UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AQUEOUS FILM–FORMING FOAMS
PRODUCTS LIABILITY LITIGATION                              MDL No. 2873

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On December 7, 2018, the Panel transferred 75 civil action(s) to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2018). Since that time, no additional action(s) have been transferred to the District of South Carolina. With the consent of that court, all such actions have been assigned to the Honorable Richard M. Gergel.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of South Carolina and assigned to Judge Gergel.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of South Carolina for the reasons stated in the order of December 7, 2018, and, with the consent of that court, assigned to the Honorable Richard M. Gergel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of South Carolina. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 18, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: AQUEOUS FILM–FORMING FOAMS
PRODUCTS LIABILITY LITIGATION                                     MDL No. 2873

## SCHEDULE CTO–1 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **DELAWARE** | | | |
| DE | 1 | 18–01711 | Grubb et al v. The 3M Company et al |
| **FLORIDA SOUTHERN** | | | |
| FLS | 2 | 18–14430 | City of Stuart, Florida v. The 3M Company et al |
| **NEW JERSEY** | | | |
| NJ | 1 | 18–15960 | NEW JERSEY–AMERICAN WATER COMPANY, INC. v. THE 3M COMPANY et al |
| **NEW YORK NORTHERN** | | | |
| ~~NYN~~ | ~~1~~ | ~~18–01317~~ | ~~State of New York v. 3M Company et al~~ |
| **NEW YORK SOUTHERN** | | | |
| NYS | 7 | 18–09178 | Andrews et al. v. The Port Authority of New York and New Jersey et al. |
| NYS | 7 | 18–09283 | Bermo et al v. The Port Authority of New York and New Jersey et al |
| NYS | 7 | 18–09296 | Allen et al v. The Port Authority of New York and New Jersey et al |
| NYS | 7 | 18–10622 | County of Dutchess v. 3M Company et al |
| **OHIO SOUTHERN** | | | |
| OHS | 3 | 18–00331 | City of Dayton v. 3M Company et al |
| **PENNSYLVANIA EASTERN** | | | |
| PAE | 2 | 18–04355 | KERVIN v. 3M COMPANY et al |