## Exhibit A

| CASE NAME | CASE NUMBER |
|---|---|
| *California Water Service Company v. 3M, et al.* | 2:19-cv-02906-RMG |
| *South Adams County Water and Sanitation District, on Behalf of It's South Adams County Water and Sanitation District Activity Enterprise v. 3M, et al.* | 2:19-cv-03559-RMG |
| *City of San Jose v. 3M, et al.* | 2:20-cv-02812-RMG |
| *City of Zephyrhills v. 3M, et al.* | 2:20-cv-02933-RMG |
| *County of San Joaquin v. 3M, et al.* | 2:21-cv-00728-RMG |
| *City of Watertown v. 3M, et al.* | 2:21-cv-01104-RMG |
| *City of Monroe v. 3M, et al.* | 2:21-cv-02464-RMG |
| *Sacramento County v. 3M, et al.* | 2:21-cv-02935-RMG |
| *City of Ruston v. 3M, et al.* | 2:21-cv-03333-RMG |
| *Connecticut Water Company v. 3M, et al.* | 2:21-cv-03949-RMG |
| *Pasco County v. 3M, et al.* | 2:22-cv-00049-RMG |
| *City of Plantation v. 3M, et al.* | 2:22-cv-00064-RMG |
| *City of Lathrop v. 3M, et al.* | 2:22-cv-01647-RMG |
| *City of Burbank v. 3M, et al.* | 2:22-cv-02823-RMG |
| *City of Fairborn v. 3M, et al.* | 2:22-cv-03032-RMG |
| *City of Natchitoches v. 3M, et al.* | 2:22-cv-03187-RMG |
| *City of Clovis v. 3M, et al.* | 2:22-cv-03224-RMG |
| *City of Prescott v. 3M, et al.* | 2:22-cv-03260-RMG |
| *Town of Prescott Valley v. 3M, et al.* | 2:22-cv-03335-RMG |
| *City of South Gate v. 3M, et al.* | 2:22-cv-03340-RMG |
| *City of Adelanto v. 3M, et al.* | 2:22-cv-03591-RMG |
| *Alameda County Water District v. 3M, et al.* | 2:22-cv-04010-RMG |
| *City of Loxley v. 3M, et al.* | 2:22-cv-04464-RMG |
| *City of Shreveport v. 3M, et al.* | 2:22-cv-04516-RMG |
| *City of Lake Charles v. 3M, et al.* | 2:22-cv-04525-RMG |
| *City of Benwood v. v. 3M, et al.* | 2:23-cv-01060-RMG |
| *City of Mansfield v. 3M, et al.* | 2:23-cv-01192-RMG |
| *City of Scottsdale v. 3M, et al.* | 2:23-cv-02164-RMG |
| *Howard County, Maryland v. 3M, et al.* | 2:23-cv-02463-RMG |
| *Sewerage and Water Board of New Orleans v. 3M, et al.* | 2:23-cv-02625-RMG |
| *Immokalee Water and Sewer District v. 3M, et al.* | 2:23-cv-02905-RMG |
| *County of Moore v. 3M, et al.* | 2:23-cv-04184-RMG |
| *City of Coral Springs v. 3M, et al.* | 2:23-cv-04185-RMG |
| *City of Pompano Beach v. 3M, et al.* | 2:23-cv-04186-RMG |
| *City of Plant City v. 3M, et al.* | 2:23-cv-04188-RMG |
| *Borland, et al v. 3M, et al.* | 2:23-cv-04636-RMG |
| *City of Eau Claire v. 3M, et al.* | 2:23-cv-05293-RMG |
| *City of Toledo v. 3M, et al.* | 2:23-cv-06798-RMG |