# EXHIBIT A

| Case Caption | Case Number |
|---|---|
| *Liberty Utilities (Bella Vista Water) Corp. v. 3M Company, et al.* | 2:23-cv-02624 |
| *Liberty Utilities (Litchfield Park Water & Sewer) Corp. v. 3M Company, et al.* | 2:23-cv-02627 |
| *Liberty Utilities (Rio Rico Water & Sewer) Corp. v. 3M Company, et al.* | 2:23-cv-02629 |
| *Liberty Utilities (Park Water) Corp. v. 3M Company, et al.* | 2:23-cv-02630 |