**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>) | MDL No. 2:18-mn-2873-RMG<br><br>This Document Relates to:<br>*Prince George's County, Maryland v. 3M Company, et al.,*<br>C.A. No. 2:22-cv-00293-RMG |

**PRINCE GEORGE'S COUNTY, MARYLAND'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law in Support of Plaintiff Prince George's County, Maryland ("Plaintiff") Motion for Leave to File Amended Complaint and the exhibits annexed thereto, Plaintiff moves this Court for an Order pursuant to Federal Rule of Civil Procedure 15(a)(2) granting Plaintiff leave to file its proposed Amended Complaint in this action.

PLEASE TAKE FURTHER NOTICE, that pursuant to Local Rule 7.06, opposing affidavits and memoranda of law, if any, must be filed within fourteen days of the filing of this motion, unless the parties agree otherwise or the Court imposes a different schedule.

Pursuant to CMO 2A and Local Rule 7.02, Plaintiff has conferred with the PEC, DCC and individual defendants. Co-Lead Counsel for the plaintiffs has consented to the motion. Despite multiple rounds of communication, no defendant has stated a position.

Dated: May 31, 2023            /s/ *Viola Vetter*

                                                Jay W. Eisenhofer
                                                Kyle J. McGee
                                                Viola Vetter
                                                Jason H. Wilson
                                                GRANT & EISENHOFER P.A.
                                                123 S. Justison Street

Wilmington, DE 19801
Tel.: (302) 622-7000
Fax: (302) 622-7100
jeisenhofer@gelaw.com
kmcgee@gelaw.com
vvetter@gelaw.com
jwilson@gelaw.com

**PRINCE GEORGE'S COUNTY OFFICE OF LAW**
Rhonda L. Weaver
County Attorney
Andrew J. Murray (MD No. 10511)
1301 McCormack Drive, Suite 4100
Largo, MD 20774
Tel.: (301) 952-5225
Fax: (301) 952-3071
rlweaver@co.pg.md.us
ajmurray@co.pg.md.us

**GORDON, WOLF & CARNEY CHTD.**
Richard Gordon (MD No. 06882)
Martin Wolf (MD No. 09425)
100 W. Pennsylvania Avenue, Suite 100
Towson, MD 21204
Tel.: (410) 825-2300
Fax: (410) 825-0066
rgordon@GWCfirm.com
mwolf@GWCfirm.com

*Attorneys for Plaintiff Prince George's County, Maryland*