# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG <br><br> **NOTICE OF WITHDRAWAL OF MOTION TO STAY PROCEEDINGS** <br><br> This Document Relates to Case No. 2:18-cv-3358-RMG |

## NOTICE OF WITHDRAWAL OF UNITED STATES OF AMERICA'S MOTION TO STAY PROCEEDINGS

Defendants United States of America, the U.S. Department of Defense, the U.S. National Guard Bureau, and the U.S. Air Force (collectively, the "United States"), by their attorneys, hereby withdraw their motion dated January 23, 2019, seeking a stay of proceedings in the matter captioned *City of Newburgh v. United States of America et al.*, No. 2:18-cv-03358 (RMG). *See* No. 2:18-mn-02873 (RMG), Dkt. No. 11; No. 2:18-cv-03358 (RMG), Dkt. No. 189. On January 25, 2019, appropriations legislation restoring funding to the Department of Justice was passed by Congress and signed into law by the President. Accordingly, because the relief requested is no longer necessary, the United States hereby withdraws its motion.

    Respectfully submitted,

    SHERRI A. LYDON
    UNITED STATES ATTORNEY

By:   *s/Lee E. Berlinsky*
    Lee E. Berlinsky (Fed. I.D. #05443)
    Assistant United States Attorney
    151 Meeting Street, Suite 200
    Charleston, SC 29401
    Telephone: (843) 266-1600

        GEOFFREY S. BERMAN  
        United States Attorney for the  
        Southern District of New York

By:    SAMUEL DOLINGER  
        ARASTU K. CHAUDHURY  
        Assistant United States Attorneys  
        86 Chambers Street, 3rd Floor  
        New York, NY 10007  
        Tel.: (212) 637-2677/2633  
        E-mail:  samuel.dolinger@usdoj.gov  
                      arastu.chaudhury@usdoj.gov

January 28, 2019