**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>This Document Relates to:<br><br>*The Commonwealth of Puerto Rico, et al., v. 3M Company, et al.*,<br>Case No.: 2:23-cv-02351-RMG |

## STIPULATION OF PARTIAL DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff the Puerto Rico Aqueduct and Sewer Authority ("PRASA") in the above-captioned action and Defendant BASF Corporation hereby stipulate and agree to a dismissal with prejudice of PRASA's Claims against BASF Corporation, individually and as successor in interest to Ciba, Inc., and any other Released Parties ("BASF")[1] in this action pursuant to PRASA's decision to participate in the Settlement Agreement Between Public Water Systems and BASF dated May 20, 2024 (the "Settlement Agreement"), which received final approval on November 22, 2024, from the Court overseeing *In Re: Aqueous Film-Forming Foams Products Liability Litigation,* No. 2:18-mn-2873 (D.S.C.).

The certain Claims or portions thereof that are <u>not</u> dismissed pursuant to this stipulation are the following: (1) all Claims asserted by the non-PRASA Plaintiffs against all Defendants, including BASF; and (2) all of PRASA's Claims against all Defendants except for BASF.

---

[1] Unless otherwise indicated, all capitalized terms in this stipulation have the meaning given to them in the Settlement Agreement.

1

Each Party shall bear its own costs.

Date: April 30, 2025                                    Respectfully submitted,

*/s/ Jimmy R. Rock*                                     */s/ Matthew A. Holian*
JIMMY R. ROCK                                           Matthew A. Holian
EDELSON PC                                              John R. Wellschlager
1255 Union Street NE, 7th Floor                         Holly Purdy-McMillan
Washington, DC 20002                                    DLA PIPER
Tel. 202.270.4777                                       33 Arch Street 26th Floor
jrock@edelson.com                                       Boston, MA 02110-1447
                                                        Tel. (617) 406-6009
DAVID MINDELL                                           Matt.Holian@us.dlapiper.com
SHANTEL CHAPPLE KNOWLTON                                John.Wellschlager@us.dlapiper.com
EDELSON PC                                              Holly.Purdy-McMillan@us.dlapiper.com
350 N. LaSalle Street, Suite 1400
Chicago, IL 60654                                       *Counsel for BASF Corporation*
Tel: 312.589.6370
Fax: 312.589.6378
dmindell@edelson.com
schappleknowlton@edelson.com

*Counsel for PRASA*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 30, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      */s/ Matthew A. Holian*
Matthew A. Holian
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, Massachusetts 02110-1447
(617) 406-6009
matt.holian@us.dlapiper.com