# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>This Document Relates to:<br><br>*District of Columbia v. 3M Company*, Case No.: 2:23-cv-04505-RMG<br><br>*Commonwealth of Puerto Rico v. 3M Company*, Case No.: 2:23-cv-02351-RMG<br><br>*City of Camden v. BASF Corp.,* Case No. 2:24-cv-03174-RMG<br><br>*City of Camden v. Tyco Fire Products LP*, Case No. 2:24-cv-02321-RMG |

## NOTICE OF WITHDRAWAL OF MOTIONS FOR LIMITED DISMISSAL, FOR LEAVE, TO INTERVENE, AND TO AMEND

The District of Columbia (District), the Puerto Rico Aqueduct and Sewer Authority (PRASA), the Commonwealth of Puerto Rico, and the Puerto Rico Electric Power Authority hereby notify the Court of their withdrawal of the following motions: Motions for Leave to File Limited Dismissals, ECF Nos. 6586 & 6587; Motion for Leave to File a Motion to Intervene and a Motion to Amend, ECF No. 6637; Motion to Amend the Court's Orders Granting Final Settlement Approval, ECF No. 6638; and Motion to Intervene, ECF No. 6639.

On April 25, April 28, and April 30, the District and PRASA dismissed by stipulation certain claims against Tyco Fire Products LP and BASF Corporation. ECF Nos. 7049, 7053, & 7063. These stipulated dismissals resolve the controversy underlying the motions named above. Accordingly, because the relief requested is no longer necessary, the District, PRASA, the Commonwealth of Puerto Rico, and the Puerto Rico Electric Power Authority withdraw the

motions named above.

Date: May 6, 2025                                                             Respectfully submitted,

/s/ Jimmy R. Rock
JIMMY R. ROCK
AARON COLANGELO
PETER DEMARCO
EDELSON PC
1255 Union Street NE, Suite 850
Washington, DC 20002
Tel. 202.270.4777
jrock@edelson.com
acolangelo@edelson.com
pdemarco@edelson.com

*Counsel for the District of Columbia, the Puerto Rico Aqueduct and Sewer Authority, the Commonwealth of Puerto Rico, and the Puerto Rico Electric Power Authority*

## CERTIFICATE OF SERVICE

    I hereby certify that on May 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                            */s/ Jimmy R. Rock*
                                                             Jimmy R. Rock