# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.: 2:18-mn-02873-RMG<br><br>Notice of Dismissal<br><br>This Document Relates to *See Exhibit A*. |

### NOTICE OF DISMISSAL BY LISTED PLAINTIFFS ONLY, WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) & SECOND AMENDED CASE MANAGEMENT ORDER NO. 28

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and pursuant to Paragraph 6 of Second Amended CMO 28, the entire action of each Plaintiff listed in Exhibit A attached is hereby **DISMISSED WITHOUT PREJUDICE,** as to all defendants and without costs to any party. Such dismissal shall include the dismissal of any derivative loss of consortium claim for the underlying dismissed claims.

Dated: August 19, 2024

Respectfully submitted,

By:*/s/ Gary A. Anderson*
Gary A. Anderson
Environmental Litigation Group P.C.
2160 Highland Ave. S
Birmingham, Alabama 35205
205-328-9200
Gary@elglaw.com

| Case Number | Case Name | Plaintiff Name |
|---|---|---|
| 2:23-cv-01749-RMG | Lee et al. v. The 3M Company et al. | Kenneth Lee Johanning |
| 2:23-cv-01749-RMG | Lee et al. v. The 3M Company et al. | Charles Ervin Johnson |
| 2:23-cv-01749-RMG | Lee et al. v. The 3M Company et al. | Robert James Johnson |
| 2:23-cv-01749-RMG | Lee et al. v. The 3M Company et al. | Melvin Andrew Juhl |
| 2:23-cv-01749-RMG | Lee et al. v. The 3M Company et al. | Theodore Francis Keating |
| 2:23-cv-01749-RMG | Lee et al. v. The 3M Company et al. | Robert Frank Krans Jr. |
| 2:23-cv-01749-RMG | Lee et al. v. The 3M Company et al. | Michael B Labourdette Sr. |
| 2:23-cv-01749-RMG | Lee et al. v. The 3M Company et al. | James Buford Landreneau |
| 2:23-cv-01749-RMG | Lee et al. v. The 3M Company et al. | Bryan Keith Langley |
| 2:23-cv-01749-RMG | Lee et al. v. The 3M Company et al. | Willie Earl Latimore |
| 2:23-cv-01749-RMG | Lee et al. v. The 3M Company et al. | Clarence Richard Lloyd |
| 2:23-cv-01749-RMG | Lee et al. v. The 3M Company et al. | Joseph Duane Long |
| 2:23-cv-01749-RMG | Lee et al. v. The 3M Company et al. | David Martin Lowe |
| 2:23-cv-01749-RMG | Lee et al. v. The 3M Company et al. | Gregory George Lukas |
| 2:23-cv-01749-RMG | Lee et al. v. The 3M Company et al. | Stanley Earl Lynn |
| 2:23-cv-01749-RMG | Lee et al. v. The 3M Company et al. | Darron Jerome Mackins Sr. |
| 2:23-cv-01749-RMG | Lee et al. v. The 3M Company et al. | Philip James Maldari |
| 2:23-cv-01749-RMG | Lee et al. v. The 3M Company et al. | Randall Ray Mathews |
| 2:23-cv-01749-RMG | Lee et al. v. The 3M Company et al. | William Glen Mattox |
| 2:23-cv-01749-RMG | Lee et al. v. The 3M Company et al. | John L Mayes |
| 2:23-cv-01749-RMG | Lee et al. v. The 3M Company et al. | Richard Park Mayhugh |
| 2:23-cv-01749-RMG | Lee et al. v. The 3M Company et al. | Joe Bruce McGlothlin |
| 2:23-cv-01749-RMG | Lee et al. v. The 3M Company et al. | Earl Thomas McGrew |
| 2:23-cv-01749-RMG | Lee et al. v. The 3M Company et al. | Richard Allen McTague |
| 2:23-cv-01749-RMG | Lee et al. v. The 3M Company et al. | Michael Conrad Meixner |
| 2:23-cv-01749-RMG | Lee et al. v. The 3M Company et al. | Patrick Joseph Merwin |
| 2:23-cv-01749-RMG | Lee et al. v. The 3M Company et al. | Thomas John Merwin |
| 2:23-cv-01749-RMG | Lee et al. v. The 3M Company et al. | Benedict Steven Mikolinski |
| 2:23-cv-01749-RMG | Lee et al. v. The 3M Company et al. | Michael Vincent Miller |
| 2:23-cv-02712-RMG | Anderson et al. v. The 3M Company et al. | Warren L. Bain |
| 2:23-cv-02712-RMG | Anderson et al. v. The 3M Company et al. | Robert E. Barry |
| 2:23-cv-02712-RMG | Anderson et al. v. The 3M Company et al. | Keith Andrew Cross |
| 2:23-cv-02712-RMG | Anderson et al. v. The 3M Company et al. | Jarrett Dews |
| 2:23-cv-02712-RMG | Anderson et al. v. The 3M Company et al. | Charles Eddie Earls |
| 2:23-cv-02712-RMG | Anderson et al. v. The 3M Company et al. | Hussein Kennedy Glasgow |
| 2:23-cv-02712-RMG | Anderson et al. v. The 3M Company et al. | Ronald Hill |

| | | |
|---|---|---|
| 2:23-cv-02712-RMG | Anderson et al. v. The 3M Company et al. | Harvey Ira Lashinsky |
| 2:23-cv-02712-RMG | Anderson et al. v. The 3M Company et al. | Lawrence Schneider |
| 2:23-cv-02712-RMG | Anderson et al. v. The 3M Company et al. | Peter Rainton Smith |
| 2:23-CV-04525-RMG | German et al. v. The 3M Company et al. | Bob Anderson |
| 2:23-CV-04525-RMG | German et al. v. The 3M Company et al. | Ralph Auguillard |
| 2:23-CV-04525-RMG | German et al. v. The 3M Company et al. | Bobbie Barnett Sr. |
| 2:23-CV-04525-RMG | German et al. v. The 3M Company et al. | Roy Callahan |
| 2:23-CV-04525-RMG | German et al. v. The 3M Company et al. | Gary A. Findlay |
| 2:23-CV-04525-RMG | German et al. v. The 3M Company et al. | Larry Larnell Frierson |
| 2:23-CV-04525-RMG | German et al. v. The 3M Company et al. | William Dennis Gaskins III |
| 2:23-CV-04525-RMG | German et al. v. The 3M Company et al. | Duane Edward Howery |
| 2:23-CV-04525-RMG | German et al. v. The 3M Company et al. | Thomas Lapointe |
| 2:23-CV-04525-RMG | German et al. v. The 3M Company et al. | Noel Ernie Munguia |
| 2:23-CV-04525-RMG | German et al. v. The 3M Company et al. | Leroy Palmer Jr. |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 19, 2024, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

*/s/Gary A. Anderson*
Gary A. Anderson