## EXHIBIT A

| Case Caption | Case Number |
|---|---|
| *City of Westfield v. 3M Company, et al.* | 2:18-cv-03435-RMG |
| *Miami-Dade County, Florida, a Political Subdivision of the State of Florida v. The 3M Company, et al.* | 2:20-cv-04194-RMG |
| *Borough of Point Pleasant, Nj v. 3M Company, et al.* | 2:21-cv-00357-RMG |
| *City of Monterey Park v. 3M Company, et al.* | 2:21-cv-01990-RMG |
| *City of Riverside v. 3M Company, et al.* | 2:21-cv-02296-RMG |
| *Elsinore Valley Municipal Water District v. 3M Company, et al.* | 2:21-cv-03699-RMG |
| *Town of Hopedale, Massachusetts v. 3M Company, et al.* | 2:22-cv-00197-RMG |
| *Orange County Water District, et al. v. 3M Company, et al.* | 2:22-cv-01798-RMG |
| *Santa Margarita Water District v. 3M Company, et al.* | 2:22-cv-02061-RMG |
| *Camrosa Water District v. 3M Company, et al.* | 2:22-cv-02601-RMG |
| *City of Sacramento v. 3M Company, et al.* | 2:22-cv-03799-RMG |
| *City of Lake Forest, Illinois v. 3M Company, et al.* | 2:23-cv-01015-RMG |
| *Harrisville Fire District v. 3M Company, et al.* | 2:23-cv-01229-RMG |
| *Town of North Kingstown, Rhode Island v. 3M Company, et al.* | 2:23-cv-01712-RMG |
| *Town of Wayland, Massachusetts v. 3M Company, et al.* | 2:23-cv-01897-RMG |
| *City of Colton, California v. 3M Company, et al.* | 2:23-cv-02253-RMG |
| *City of Cincinnati, Ohio v. 3M Company, et al.* | 2:23-cv-02334-RMG |
| *City of Lomita v. 3M Company, et al.* | 2:23-cv-02393-RMG |
| *City of Corona and Corona Utility Authority v. 3M Company, et al.* | 2:23-cv-02485-RMG |
| *Town of Lincoln, Massachusetts v. 3M Company, et al.* | 2:23-cv-02871-RMG |
| *Town of Halifax, Massachusetts v. 3M Company, et al.* | 2:23-cv-02908-RMG |
| *City of Attleboro, Massachusetts v. 3M Company, et al.* | 2:23-cv-03575-RMG |
| *Town of Maynard Massachusetts v. 3M Company, et al.* | 2:23-cv-03848-RMG |
| *City of Columbus, Ohio v. 3M Company, et al.* | 2:23-cv-04387-RMG |
| *Pittsburgh Water and Sewer Authority v. 3M Company, et al.* | 2:23-cv-04491-RMG |