# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.: 2:18-mn-02873-RMG<br><br>Notice of Dismissal<br><br>This Document Relates to *See Exhibit A.* |

### NOTICE OF DISMISSAL BY LISTED PLAINTIFFS ONLY, WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) & SECOND AMENDED CASE MANAGEMENT ORDER NO. 28

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and pursuant to Paragraph 6 of Second Amended CMO 28, the entire action of each Plaintiff listed in Exhibit A attached is hereby **DISMISSED WITHOUT PREJUDICE,** as to all defendants and without costs to any party. Such dismissal shall include the dismissal of any derivative loss of consortium claim for the underlying dismissed claims.

Dated: July 29, 2024

Respectfully submitted,

By: */s/ Gary A. Anderson*
Gary A. Anderson
Environmental Litigation Group P.C.
2160 Highland Ave. S
Birmingham, Alabama 35205
205-328-9200
Gary@elglaw.com

| Case Number | Case Name | Plaintiff Name |
|---|---|---|
| 2:23-cv-03302-RMG | McLaughlin et al. v. The 3M Company et al. | Melvin Lear Moore |
| 2:23-cv-03302-RMG | McLaughlin et al. v. The 3M Company et al. | William Henry Morgan |
| 2:23-cv-03302-RMG | McLaughlin et al. v. The 3M Company et al. | Paul Munson |
| 2:23-cv-03302-RMG | McLaughlin et al. v. The 3M Company et al. | Michael J. Mutoza |
| 2:23-cv-03302-RMG | McLaughlin et al. v. The 3M Company et al. | Dennis M. Nason |
| 2:23-cv-03302-RMG | McLaughlin et al. v. The 3M Company et al. | Larry James Neff |
| 2:23-cv-03302-RMG | McLaughlin et al. v. The 3M Company et al. | Rodney Owens |
| 2:23-cv-03302-RMG | McLaughlin et al. v. The 3M Company et al. | Truitt Pace |
| 2:23-cv-03302-RMG | McLaughlin et al. v. The 3M Company et al. | David Padula |
| 2:23-cv-03302-RMG | McLaughlin et al. v. The 3M Company et al. | Joe Thomas Perry III |
| 2:23-cv-03302-RMG | McLaughlin et al. v. The 3M Company et al. | Edward Plankey |
| 2:23-cv-03302-RMG | McLaughlin et al. v. The 3M Company et al. | Kenneth Leslie Potter |
| 2:23-cv-03303-RMG | Reeves et al. v. The 3M Company et al. | Gabriel David Quintana |
| 2:23-cv-03303-RMG | Reeves et al. v. The 3M Company et al. | Robert Ragati |
| 2:23-cv-03303-RMG | Reeves et al. v. The 3M Company et al. | Thomas J. Raml |
| 2:23-cv-03303-RMG | Reeves et al. v. The 3M Company et al. | Doug Gene Richter |
| 2:23-cv-03303-RMG | Reeves et al. v. The 3M Company et al. | Ronald J. Rieber |
| 2:23-cv-03303-RMG | Reeves et al. v. The 3M Company et al. | Bruce Ripley |
| 2:23-cv-03303-RMG | Reeves et al. v. The 3M Company et al. | Bernard Robinson |
| 2:23-cv-03303-RMG | Reeves et al. v. The 3M Company et al. | Carlos Robledo |
| 2:23-cv-03303-RMG | Reeves et al. v. The 3M Company et al. | Michael John Rodriguez |
| 2:23-cv-03303-RMG | Reeves et al. v. The 3M Company et al. | Keith Richard Rominski |
| 2:23-cv-03303-RMG | Reeves et al. v. The 3M Company et al. | William Woodrow Russell Jr |
| 2:23-cv-03303-RMG | Reeves et al. v. The 3M Company et al. | Kevin James Ryan |
| 2:23-cv-03303-RMG | Reeves et al. v. The 3M Company et al. | Tomas E Sanchez Jr |

| | | |
|---|---|---|
| 2:23-cv-03303-RMG | Reeves et al. v. The 3M Company et al. | Richard Frederick Schaufert |
| 2:23-cv-03303-RMG | Reeves et al. v. The 3M Company et al. | James Christopher Sciascia |
| 2:23-cv-03303-RMG | Reeves et al. v. The 3M Company et al. | Bernard John Scott Jr |
| 2:23-cv-03303-RMG | Reeves et al. v. The 3M Company et al. | Dale K. Shull |
| 2:23-cv-03303-RMG | Reeves et al. v. The 3M Company et al. | Michael Skinner |
| 2:23-cv-03303-RMG | Reeves et al. v. The 3M Company et al. | Mark Lane Smith |
| 2:23-cv-03303-RMG | Reeves et al. v. The 3M Company et al. | Gary Keith Smith |
| 2:23-cv-03303-RMG | Reeves et al. v. The 3M Company et al. | James B. Smith Jr. |
| 2:23-cv-03303-RMG | Reeves et al. v. The 3M Company et al. | Jeffrey Lee Smolka |
| 2:23-cv-03304-RMG | Busby et al. v. The 3M Company et al. | Gerald Alan Abbott |
| 2:23-cv-03304-RMG | Busby et al. v. The 3M Company et al. | Kenneth Wane Allen |
| 2:23-cv-03304-RMG | Busby et al. v. The 3M Company et al. | Fred Anderson |
| 2:23-cv-03304-RMG | Busby et al. v. The 3M Company et al. | Victor Tyrone Anderson |
| 2:23-cv-03304-RMG | Busby et al. v. The 3M Company et al. | Cody Thomas Anderson |
| 2:23-cv-03304-RMG | Busby et al. v. The 3M Company et al. | John Henry Arnold |
| 2:23-cv-03304-RMG | Busby et al. v. The 3M Company et al. | Francisco Arriola |
| 2:23-cv-03304-RMG | Busby et al. v. The 3M Company et al. | Robert Dean Avis |
| 2:23-cv-03304-RMG | Busby et al. v. The 3M Company et al. | Darrell Wayne Baker |
| 2:23-cv-03304-RMG | Busby et al. v. The 3M Company et al. | Clay Allen Bays |
| 2:23-cv-03304-RMG | Busby et al. v. The 3M Company et al. | Robert Eugene Beals |
| 2:23-cv-03304-RMG | Busby et al. v. The 3M Company et al. | Scott H Behm Sr. |
| 2:23-cv-03304-RMG | Busby et al. v. The 3M Company et al. | Thomas Bellanich |
| 2:23-cv-03304-RMG | Busby et al. v. The 3M Company et al. | John Stacy Bennett |
| 2:23-cv-03304-RMG | Busby et al. v. The 3M Company et al. | Clifford John Bergen |
| 2:23-cv-03304-RMG | Busby et al. v. The 3M Company et al. | Donald Michael Bonal |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 29, 2024, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

*/s/Gary A. Anderson*
Gary A. Anderson