# DX 1

## Confidential Document Place Holder Sheet

# Confidential Documents Contemporaneously Submitted to the Court for In Camera Review in Compliance with CMO No. 17