**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) | Master Docket No.: 2:18-mn-2873-RMG |

| | | |
|---|---|---|
| | ) | |
| CITY OF CAMDEN, et al., | ) | Civil Action No.: |
| | ) | 2:23-cv-03147-RMG |
| *Plaintiffs,* | ) | |
| | ) | |
| -*vs*- | ) | |
| | ) | |
| 3M COMPANY, | ) | |
| | ) | |
| *Defendant.* | ) | |

## <u>CONSENT MOTION TO AMEND EXHIBITS TO MOTION FOR PRELIMINARY APPROVAL</u>

Plaintiffs, City of Camden, City of Brockton, City of Sioux Falls, California Water Service Company, City of Del Ray Beach, Coraopolis Water & Sewer Authority, Township of Verona, Dutchess County Water & Wastewater Authority and Dalton Farms Water System, City of South Shore, City of Freeport, Martinsburg Municipal Authority, Seaman Cottages, Village of Bridgeport, City of Benwood, Niagara County, City of Pineville, and City of Iuka (collectively, "Plaintiffs"), by and through Proposed Class Counsel, and with the consent of Defendant 3M Company ("3M") and the State and other sovereign signatories below (the "Sovereigns"),[1] move

---

[1]    The Sovereigns are Arizona, California, Colorado, Connecticut, Hawaii, Maine, Maryland, Massachusetts, Minnesota, New Hampshire, New Jersey, New Mexico, New York, Ohio, Pennsylvania, Rhode Island, Tennessee, Texas, Vermont, and Wisconsin, as well as the District of Columbia, and the Commonwealth of the Northern Mariana Islands. At the time of this filing, the Commonwealth of Puerto Rico had not officially signed on to this consent motion, but did notify the parties that given the changes set forth herein, Puerto Rico did not intend to file an objection to the Motion for Preliminary Approval.

to amend certain of the exhibits to Plaintiffs' Motion for Preliminary Approval of Class Settlement, for Certification of Settlement Class and for Permission to Disseminate Class Notice (the "Preliminary Approval Motion") (2:23-cv-03147 ECF No. 10; 2:18-mn-2873 ECF No. 3370). The grounds for this motion are as follows:

1.      Plaintiffs filed the Preliminary Approval Motion on July 3, 2023. The Preliminary Approval Motion attached as exhibits, among other things, a proposed Order granting preliminary approval of Plaintiffs' and 3M's Settlement and other relief (the "Proposed Preliminary Approval Order") (Ex. 1 to the Preliminary Approval Motion, ECF No. 10-2; ECF No. 3370-2) and a Settlement Agreement Between Public Water Systems and 3M Company (the "3M Settlement Agreement") (Ex. 2 to same, ECF No. 10-3; ECF No. 3370-3).

2.      After the filing of the Preliminary Approval Motion, the Sovereigns filed a motion to intervene in this case (ECF No. 35; ECF No. 3460) and an omnibus opposition to the Preliminary Approval Motion (ECF No. 37; ECF No. 3462). Certain Sovereigns also filed supplemental oppositions to the Preliminary Approval Motion. ECF No. 38/ECF No. 3464 (California, District of Columbia, Pennsylvania, and Puerto Rico); ECF No. 39/ECF No. 3465 (Maine and Vermont). The California State Water Resources Control Board and the California Department of Corrections and Rehabilitation (the "California Agencies") filed a joinder in the omnibus opposition and one of the supplemental oppositions (ECF No. 40; ECF No. 3466).

3.      Proposed Class Counsel, 3M, and the Sovereigns have met and conferred extensively about issues raised by the Sovereigns concerning the 3M Settlement Agreement. Those discussions and other communications have resulted in the agreements to revise the 3M Settlement Agreement set forth in Exhibit 2 (attached hereto) and described in paragraphs 5–7 and 9–16

herein, only. Neither the Settlement Amount (Ex. 1, §§ 2.66, 3.1, 6.1, 6.12) nor the timing of 3M's payments (Ex. 1, §§ 6.7, 6.8, 6.12; Ex. K) has changed.

4.      Plaintiffs, by and through Proposed Class Counsel, and 3M have also agreed to clarifications of the Proposed Preliminary Approval Order, the 3M Settlement Agreement, and Exhibits B, C, D, E, F, H, I, K, M, N, and P to the 3M Settlement Agreement. Those clarifications are reflected in the attached documents at Exhibits 1 to 11 hereto. A short summary of the clarifications set forth in the attached Exhibits follows:

5.      The Plaintiffs and 3M agreed to clarify the definition of "Drinking Water" in the 3M Settlement Agreement. Ex. 1, § 2.23.

6.      The Plaintiffs and 3M agreed to clarify the definition of "Releasing Parties" in the 3M Settlement Agreement. Ex. 1, § 2.61.

7.      The Plaintiffs and 3M agreed to add a definition of "State" in the 3M Settlement Agreement. Ex. 1, § 2.72.

8.      The Plaintiffs and 3M agreed to revise the 3M Settlement Agreement to account for a recent settlement. Ex. 1, §§ 6.7.2, 6.8.6, 6.12.

9.      The Plaintiffs and 3M agreed to revise the 3M Settlement Agreement to extend the period for Requests for Exclusion to 90 days. Ex. 1, § 8.5.

10.     The Plaintiffs and 3M agreed to clarify the "Protection of Ratepayers" provision of the 3M Settlement Agreement. Ex. 1, § 11.4.

11.     The Plaintiffs and 3M agreed to revise the 3M Settlement Agreement to replace the "Contribution and Indemnity" provision with a "Protection Against Claims-Over" provision. Ex. 1, §§ 2.11, 11.6.

12.     The Plaintiffs and 3M agreed to add a "Liens" provision in the 3M Settlement Agreement. Ex. 1, § 11.7.

13.     The Plaintiffs and 3M agreed to add a provision regarding Claims owned by a State or the federal government in the 3M Settlement Agreement. Ex. 1, § 11.10.

14.     The Plaintiffs and 3M agreed to add a sentence to the "No Admission of Wrongdoing or Liability" provision of the 3M Settlement Agreement. Ex. 1, § 13.3.

15.     The Plaintiffs and 3M agreed to clarify the "More Favorable Terms in Other Settlements" provision of the 3M Settlement Agreement. Ex. 1, § 13.4.1.

16.     The Plaintiffs and 3M agreed to certain other typographical corrections in the 3M Settlement Agreement. Ex. 1, §§ 5.1, 5.2.

17.     The Plaintiffs and 3M agreed to update and/or add certain information to and correct certain typographical issues in the proposed Notice (Ex. B to the 3M Settlement Agreement), Notice Plan (Ex. C to same) and the Summary Notice (Ex. M to same). Exs. 2, 3, 4.

18.     The Plaintiffs and 3M agreed to revise the lists of Phase One Eligible Claimants (Ex. E to the 3M Settlement Agreement), Phase Two Eligible Claimants (Ex. F to same), Systems Owned by a State Government (Ex. H to same), Systems Owned by the Federal Government (Ex. I to same), and Potential Eligible Claimant Plaintiffs (Ex. N to same) to reflect more current and accurate information. Exs. 5, 6, 7, 8, 9.

19.     The Plaintiffs and 3M agreed to revise the Payment Schedule (Ex. K to the 3M Settlement Agreement) to account for a recent settlement. Ex. 10.

20.     The Plaintiffs and 3M agreed to clarify the Letter from Releasing Party (Ex. P to the 3M Settlement Agreement) to better reflect the intent of the settlement. Ex. 11.

21.     The Plaintiffs and 3M also agreed that any stay of or injunction against litigation by Class Members or Released Persons, including but not limited to the invocation of the All Writs Act, shall not apply to cases brought by States (as the term is defined in Ex. 1, § 2.72).

22.     In addition, Proposed Class Counsel have confirmed with the Sovereigns that they have always intended to establish a settlement-specific website with information that will allow Class Members to derive a good-faith estimate of what they may receive under the 3M Settlement Agreement if they participate in it, which is now live online, unrestricted, and accessible to the public at www.PFASWaterProviderSettlement.com. This reference material is a good faith estimate only and not the actual settlement awards because allocations depend on data that is not publicly available, the extent of participation rates among Class Members is unknown, and the full extent of Impacted Water Sources is unknown. These factors are unknowable until all Claims Forms have been submitted and processed; however, the reference material will nonetheless prove useful in providing a good-faith estimate and is now available on the settlement-specific website, www.PFASWaterProviderSettlement.com.

23.     The Sovereigns and the California Agencies have agreed that, with the aforementioned clarifications and revisions to the 3M Settlement Agreement (*see supra* paragraphs 5–7 and 9–16 herein), they do not oppose the Preliminary Approval Motion.

24.     Based on the clarifications and revisions to the 3M Settlement Agreement (*see supra* paragraphs 5 to 16 herein), the Sovereigns have agreed to withdraw their motion for intervention (ECF No. 35; ECF No. 3460), their omnibus opposition to the Preliminary Approval Motion (ECF No. 37; ECF No. 3462), and their supplemental oppositions to the Preliminary Approval Motion (ECF No. 38; ECF No. 3464). The California Agencies have agreed to withdraw

their joinder in opposition to the Preliminary Approval Motion (ECF No. 40; ECF No. 3466) by separate notice of withdrawal.

Accordingly, the Plaintiffs, 3M, and the Sovereigns respectfully request that the Court consider the attached clarifications as part of the proposed 3M Settlement Agreement and the Proposed Preliminary Approval Order when addressing the pending Preliminary Approval Motion.

Dated: August 28, 2023

Respectfully submitted,

/s/ _____
Michael A. London
Douglas and London PC
59 Maiden Lane, 6th Floor
New York, NY 10038
212-566-7500
212-566-7501 (fax)
mlondon@douglasandlondon.com

/s/ _____
Paul J. Napoli
Napoli Shkolnik
1302 Avenida Ponce de León
San Juan, Puerto Rico 00907
Tel: (833) 271-4502
Fax: (646) 843-7603
pnapoli@nsprlaw.com

/s/ _____
Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
214-521-3605
ssummy@baronbudd.com

/s/ _____
Elizabeth A. Fegan
Fegan Scott LLC
150 S. Wacker Drive, 24h Floor
Chicago, IL 60606
312-741-1019
beth@feganscott.com

/s/ _____
Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
843-216-9159
jrice@motleyrice.com

*Proposed Class Counsel*

CONSENTED TO BY:


/s/ Daniel L. Ring
Daniel L. Ring
Michael A. Olsen
Richard F. Bulger
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
312-782-0600
dring@mayerbrown.com
molsen@mayerbrown.com
rbulger@mayerbrown.com

Brian Duffy
Duffy & Young
96 Broad Street
Charleston, SC 29401
843-720-2044
bduffy@duffyandyoung.com

*Counsel for 3M Company*


By: _____
**STATE OF ARIZONA**
**KRISTIN K. MAYES**
**Arizona Attorney General**
State of Arizona
Curtis Cox
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-7781
Environmental@azag.gov

*Attorneys for the State of Arizona*

By: _____
**THE PEOPLE OF THE STATE OF CALIFORNIA**
**ROB BONTA**
**Attorney General of California**
EDWARD H. OCHOA (SBN 144842)
Senior Assistant Attorney General
JEREMY M. BROWN (SBN 269159)
Supervising Deputy Attorney General
NICHOLAS G. CAMPINS (SBN 238022)
BRENDAN J. HUGHES (SBN 333690)
Deputy Attorneys General
1515 Clay Street, 20th Floor
Oakland, CA 94612
Telephone: (510) 879-0801
Fax: (510) 622-2270
Email: Nicholas.Campins@doj.ca.gov

*Attorneys for the People of the State of California, ex rel. Rob Bonta, Attorney General of California*

By: _____
**STATE OF COLORADO**
**PHILIP J. WEISER**
**ATTORNEY GENERAL**
*/s/ Heather Kelly*
PHILIP J. WEISER, Attorney General
LESLIE EATON
HEATHER KELLY
CARRIE NOTEBOOM
First Assistant Attorneys General
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6000
FAX: (720) 508-6040

*Attorneys for the State of Colorado*

By: _____
**STATE OF CONNECTICUT**
**WILLIAM TONG**
**Attorney General**
Matthew I. Levine
Deputy Associate Attorney General
Christopher Kelly
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
Telephone: 860-808-5052
Email: Matthew.Levine@ct.gov
        Christopher.Kelly@ct.gov

*Attorneys for the State of Connecticut*


By: _____
**DISTRICT OF COLUMBIA**
**BRIAN L. SCHWALB**
**Attorney General for the District of Columbia**
JENNIFER C. JONES
Deputy Attorney General
Public Advocacy Division
ARGATONIA D. WEATHERINGTON
Chief, Social Justice Section

WESLEY ROSENFELD
Assistant Attorney General
LAUREN CULLUM
Special Assistant Attorney General
Office of the Attorney General for the District of Columbia
400 Sixth Street NW, 10th Floor
Washington, D.C. 20001
Tel: 202.368.2569
wesley.rosenfeld1@dc.gov
lauren.cullum@dc.gov

EDELSON PC
JIMMY ROCK
1255 Union St NE, 7th Floor
Washington, D.C. 20002
Tel: 202.270.4777
jrock@edelson.com

*Attorneys for the District of Columbia*

By: _____

**STATE OF HAWAII**
**ANNE E. LOPEZ**
**Attorney General**
WADE H. HARGROVE, III
Deputy Attorney General
465 S. King Street, #200
Honolulu, Hawaii 96813
(808) 587-3050
Wade.H.Hargrove@hawaii.gov

*Attorneys for the State of Hawaii*

By: _____
**STATE OF MAINE**
**AARON M. FREY**
**ATTORNEY GENERAL**
Matthew F. Pawa
Benjamin A. Krass
Seeger Weiss LLP
1280 Centre Street, Suite 230
Newton Centre, MA 02459
(617) 641-9550
MPawa@seegerweiss.com
BKrass@seegerweiss.com

Scott Boak
Robert Martin
Assistant Attorneys General
6 State House Station
Augusta, Maine 04333
(207) 626-8566
(207) 626-8897
Scott.Boak@maine.gov
Robert.Martin@maine.gov

Kyle J. McGee
Viola Vetter
Jason H. Wilson
Grant & Eisenhofer, P.A.
123 Justison Street
Wilmington, DE 19801
(302) 622-7000
kmcgee@gelaw.com
vvetter@gelaw.com
jwilson@gelaw.com

*Attorneys for the State of Maine*

By: _____
**STATE OF MARYLAND**
**ANTHONY G. BROWN**
**Attorney General of Maryland**
PATRICIA V. TIPON
Attorney No. 0806170244
JULIE KUSPA
Attorney No. 0912160009
MATTHEW ZIMMERMAN
Attorney No. 8005010219
Assistant Attorneys General
Office of the Attorney General
1800 Washington Boulevard, Suite 6048
Baltimore, Maryland 21230
patricia.tipon@maryland.gov
matthew.zimmerman@maryland.gov
julie.kuspa@maryland.gov
(410) 537-3061
(410) 537-3943 (facsimile)

ADAM D. SNYDER
Attorney No. 9706250439
Assistant Attorney General
Office of the Attorney General
301 West Preston Street, Suite 1101
Baltimore, Maryland 21201
adam.snyder1@maryland.gov
(410) 767-1409

*Attorneys for the State of Maryland*

By: _____
**COMMONWEALTH OF MASSACHUSETTS**
**ANDREA JOY CAMPBELL**
**ATTORNEY GENERAL**
Nancy E. Harper
Assistant Attorney General and Chief, Environmental Protection Division
Louis Dundin
Assistant Attorney General and Deputy Chief, Environmental Protection Division
I. Andrew Goldberg
Jillian Riley
Assistant Attorneys General
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, Massachusetts 02108
(617) 727-2200
betsy.harper@mass.gov
louis.dundin@mass.gov
andy.goldberg@mass.gov
jillian.riley@mass.gov

*Attorneys for the Commonwealth of Massachusetts*


By: _____
**STATE OF MINNESOTA**
**OFFICE OF THE ATTORNEY GENERAL**
Peter N. Surdo
Special Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street
Suite 1400
St. Paul, Minnesota 55101
peter.surdo@ag.state.mn.us
Phone: (651) 757-1061

*Attorneys for the State of Minnesota*

By: _____
**STATE OF NEW HAMPSHIRE**
By its attorney,
JOHN M. FORMELLA,
ATTORNEY GENERAL
Christopher G. Aslin, NH Bar #18285
Senior Assistant Attorney General
Environmental Protection Bureau
NEW HAMPSHIRE DEPT. OF JUSTICE
33 Capitol Street
Concord, NH 03301
Tel: (603) 271-3650
christopher.g.aslin@doj.nh.gov

*Attorneys for the State of New Hampshire*


By: _____
**STATE OF NEW JERSEY**
**MATTHEW J. PLATKIN**
**Attorney General**
GWEN FARLEY
Deputy Attorney General
Division of Law
Environmental Enforcement &
Environmental Justice Section
Hughes Justice Complex
25 Market Street, 7th Floor
P.O. Box 093
Trenton, NJ 08625-0093
Telephone: (609) 376-2740
Gwen.Farley@law.njoag.gov

*Attorneys for the State of New Jersey*

By: _____
**STATE OF NEW MEXICO**
**RAÚL TORREZ**
**ATTORNEY GENERAL**
**William Grantham**
**Assistant Attorney General**
408 Galisteo Street
Santa Fe, NM 87501
wgrantham@nmag.gov
Phone: (505) 717-3520

*Attorneys for the State of New Mexico*


By: _____
**STATE OF NEW YORK**
**LETITIA JAMES**
**ATTORNEY GENERAL**
Muhammad Umair Khan
Senior Advisor & Special Counsel
Umair.Khan@ag.ny.gov
Philip Bein
Mihir Desai
Assistant Attorneys General
Philip.Bein@ag.ny.gov
Mihir.Desai@ag.ny.gov
Office of the New York Attorney General
28 Liberty St.
New York, NY 10005
(212) 416-6685

*Attorneys for the State of New York*

By: _____
**OFFICE OF THE ATTORNEY GENERAL**
**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
*/s/ Keisha Blaise*
**Keisha Blaise**
**Assistant Attorney General**
keisha_blaise@cnmioag.org
Hon. Juan A. Sablan Memorial Bid., Fl. 2
Caller Box 10007, Capitol Hill
Saipan, MP 96950
Telephone: (670) 237-7500

*Attorneys for the Commonwealth of the Northern Mariana Islands*


By: _____
**STATE OF OHIO**
**ATTORNEY GENERAL DAVE YOST**
Kyle J. McGee
Viola Vetter
Jason Wilson
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, Delaware 19801
Tel.: (302) 622-7000
kmcgee@gelaw.com
vvetter@gelaw.com
jwilson@gelaw.com

*Attorneys for the State of Ohio*


By: _____
**COMMONWEALTH OF PENNSYLVANIA**
**MICHELLE A. HENRY**
**ATTORNEY GENERAL**
James A. Donahue, III
First Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120
717-787-3391
jdonahue@attorneygeneral.gov

*Attorneys for the Commonwealth of Pennsylvania*

By: _____
**STATE OF RHODE ISLAND**
**PETER F. NERONHA**
**ATTORNEY GENERAL**
ADI GOLDSTEIN (Bar No. 6701)
MIRIAM WEIZENBAUM (Bar No. 5182)
SARAH W. RICE (Bar No. 10588)
ALISON HOFFMAN (Bar No. 9811)
DEPARTMENT OF THE ATTORNEY GENERAL
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400
agoldstein@riag.gov
mweizenbaum@riag.gov
srice@riag.gov
ahoffman@riag.gov

*Attorneys for the State of Rhode Island*


By: _____
**STATE OF TENNESSEE**
**JONATHAN SKRMETTI** (BPR No. 31551)
**ATTORNEY GENERAL AND REPORTER**
Sohnia W. Hong (BPR No. 17415)
Deputy Attorney General
Amanda E. Callihan (BPR No. 035960)
Senior Assistant Attorney General
Office of the Tennessee Attorney General
Environmental Division
P.O. Box 20207
Nashville, Tennessee 37202
Sohnia.Hong@ag.tn.gov
Amanda.Callihan@ag.tn.gov

*Attorneys for the State of Tennessee*

By: _____
**STATE OF TEXAS**
**ANGELA COLMENERO**
**PROVISIONAL ATTORNEY GENERAL**
KATIE B. HOBSON
Assistant Attorney General
State Bar No. 24082680
BRITTANY WRIGHT
Assistant Attorney General
State Bar No. 24130011
KELLIE E. BILLINGS-RAY
Deputy Chief
State Bar No. 24042447
Environmental Protection Division
P. O. Box 12548, MC-066
Austin, Texas 78711-2548
Tel: (512) 463-2012
Katie.Hobson@oag.texas.gov
Brittany.Wright@oag.texas.gov
Kellie.Billings-Ray@oag.texas.gov

*Attorneys for the State of Texas*

By: _____
**STATE OF VERMONT**
**CHARITY R. CLARK**
**ATTORNEY GENERAL**
Laura B. Murphy
Assistant Attorney General
109 State Street
Montpelier, VT 05609-1001
(802) 828-3186
laura.murphy@vermont.gov

Matthew F. Pawa
Benjamin A. Krass
Seeger Weiss LLP
1280 Centre Street, Suite 230
Newton Centre, MA 02459
(617) 641-9550
MPawa@seegerweiss.com
BKrass@seegerweiss.com

Kyle J. McGee
Viola Vetter
Jason H. Wilson
Grant & Eisenhofer, P.A.
123 Justison Street
Wilmington, DE 19801
(302) 622-7000
kmcgee@gelaw.com
vvetter@gelaw.com
jwilson@gelaw.com

*Attorneys for the State of Vermont*

By: _____
**STATE OF WISCONSIN**
JOSHUA L. KAUL
Attorney General of Wisconsin
BRADLEY J. MOTL
Assistant Attorney General
State Bar #1074743
SARAH C. GEERS
Assistant Attorney General
State Bar #1066948
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-0505 (Motl)
(608) 266-3067 (Geers)
(608) 267-2778 (Fax)
motlbj@doj.state.wi.us
geerssc@doj.state.wi.us

*Attorneys for the State of Wisconsin*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/*Michael A. London*
Michael A. London
Douglas and London PC
59 Maiden Lane, 6th Floor
New York, NY 10038