IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**ORDER**<br><br>**This Document Relates to Case Number:**<br><br>**2:18-cv-3433-RMG** |

This matter comes before the Court on the motion of Defendant Chemguard and Tyco Fire Products, LP, pursuant to Local Rule 83.I.07(A), to withdraw the appearances of Lindsay M. Burke and Christopher A. Kenney of Kenney & Sams, P.C. in the case identified above. (Dkt. No. 93.)

In the interest of justice and for good cause shown, the motion to withdraw the appearances of Lindsay M. Burke and Christopher A. Kenney of Kenney & Sams, P.C. is **GRANTED** and it is hereby **ORDERED** that Lindsay M. Burke's and Christopher A. Kenney's appearances as counsel for Defendants Chemguard and Tyco Fire Products, LP is withdrawn.

**AND IT IS SO ORDERED.**

The Honorable Richard M. Gergel
United States District Judge

June 7, 2019
Charleston, South Carolina