# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**CASE MANAGEMENT ORDER NO. 2.A**<br><br>**This Order Relates to All Actions.** |

## Motions Practice

1. This Order amends the process by which a party may file a motion in a case currently in these multidistrict litigation ("MDL") proceedings.

2. CMO No. 2 provides that any motion that is not signed by Co-Lead Counsel must contain an affirmation by movant's counsel that, prior to filing the motion, he/she conferred with Co-Lead Counsel about the filing of the motion, and state whether Co-Lead Counsel consents to the filing of the motion. (CMO No. 2 ¶ 42.)

3. The Court hereby amends this provision and orders that any motion must be signed by Co-Lead Counsel if the motion is to be filed without leave of the Court. If Co-Lead Counsel declines to sign the motion, the moving counsel may file the motion only after submitting a motion for leave of the Court to file the motion, setting forth the reasons such a motion is necessary at that time and obtaining from the Court permission to file the motion. All counsel must additionally comply with Local Civil Rule 7.02 D.S.C. when filing motions.

4. If a motion is signed by Co-Lead Counsel and raises issues common to more than one pending action in these MDL proceedings, the motion must be filed on behalf of all pending cases that have these common issues.

**AND IT IS SO ORDERED.**

_____
Richard Mark Gergel
United States District Court Judge

June 26, 2019
Charleston, South Carolina