IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) MDL No. 2:18-mn-2873-RMG<br><br>**ORDER**<br><br>**This Order Relates to All Actions** |

The Court held a Status Conference on July 26, 2019. The Court issues this Order to set certain deadlines:

The Parties are directed to meet and confer regarding the Implementing Case Management Order, Plaintiffs Fact Sheets and Defendants Fact Sheet in light of the orders and direction from the Court at the status conference. Within **TEN (10) DAYS** of this Order, the Parties are **DIRECTED** to file a Status Report listing any remaining disputes on the Implementing Case Management Order and Fact Sheets, and attaching the proposed Implementing Case Management Order, Plaintiffs Fact Sheets and Defendants Fact Sheet. To the extent necessary, the Parties are also permitted to file position statements explaining their respective position on any disputes.

Within **SEVEN (7) DAYS** of this Order, Plaintiffs are **DIRECTED** to provide Defendants a list of sites currently at issue. The list provided does not limit Plaintiffs' ability to identify additional sites in the future, and Plaintiffs may supplement the list after Plaintiffs learn of new sites related to allegations in a complaint.

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

July 26, 2019
Charleston, South Carolina