```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF SOUTH CAROLINA
                  CHARLESTON DIVISION


IN RE:  AQUEOUS FILM-FORMING  ) MDL NO: 2:18-MN-2873
FOAMS PRODUCTS LIABILITY      )
LITIGATION                    ) July 26, 2019


           TRANSCRIPT OF STATUS CONFERENCE

        BEFORE THE HONORABLE RICHARD M. GERGEL
         UNITED STATES DISTRICT JUDGE, presiding


A P P E A R A N C E S:

For the Plaintiffs:  FRED THOMPSON, III, ESQ.
                     MICHAEL LONDON, ESQ.
                     SCOTT SUMMY, ESQ.
                     PAUL NAPOLI, ESQ.
                     MATTHEW EDLING, ESQ.
                     KEVIN HANNON, ESQ.
                     ALAN KNARF, ESQ.
                     MIHIR DESAI, ESQ.
                     GALE PEARSON, ESQ.
                     JOSH COHAN, ESQ.
                     ALEXANDER KIPPERMAN, ESQ.
                     FREDERICK KENDALL, III, ESQ.
                     TREY FRAZER, ESQ.
                     TOPE LEYIMU, ESQ.
                     JOSEPH L. FELICIANI, ESQ.
                     CARLA BURKE PICKREL, ESQ.
                     CHRISTINA COSSICH, ESQ.
                     PHIL COSSICH, ESQ.
                     LOUISE R. CARO, ESQ.
                     CHARLES SCHAFFER, ESQ.
                     JUSTIN ARENAS, ESQ.
                     CHRISTIAN MARCUM, ESQ.
                     NANCY CHRISTENSEN, ESQ.
                     DAVID McDIVITT, ESQ.
                     DAVID HOYLE, ESQ.
                     REBECCA NEWMAN, ESQ.
                     GARY DOUGLAS, ESQ.
                     GREGORY CADE, ESQ.
                     KEVIN McKIE, ESQ.
                     GARY ANDERSON, ESQ.
                     DICK ORTEGA, ESQ.
                     JIM FERRARO, ESQ.
```

```
For the Plaintiffs:   JAMES FERRARO, ESQ.
                      JANPAUL PORTAL, ESQ.
                      ROE FRAZER, ESQ.
                      ESTHER BEREZOFSKY, ESQ.
                      BEN KAPLAN, ESQ.
                      JOHN GILMOUR, ESQ.
                      BILL JACKSON, ESQ.


For the Defendants:   DAVID DUKES, ESQ.
                      BRIAN DUFFY, ESQ.
                      JOSEPH PETROSINELLI, ESQ.
                      MICHAEL OLSEN, ESQ.
                      CHRISTINA FALK, ESQ.
                      SARAH WILLIAMS, ESQ.
                      DAN RING, ESQ.
                      ELIZABETH KNAUER, ESQ.
                      MARA MURPHY, ESQ.
                      RITA KESTERSON, ESQ.
                      NICHOLAS MINO, ESQ.
                      JOHN CERRETA, ESQ.
                      LIAT ROME, ESQ.
                      LIAM MONTGOMERY, ESQ.
                      AMANDA KITTS, ESQ.
                      CHIN-ZEN PLOTNER, ESQ.
                      MOLLY CRAIG, ESQ.
                      JOHN SHERK, ESQ.
                      THOMAS P. GRESSETTE, JR., ESQ.
                      MICHAEL CARPENTER, ESQ.
                      MARSHALL WALKER, ESQ.


Court Reporter:       KAREN E. MARTIN, RMR, CRR
                      PO Box 835
                      Charleston, SC 29402
                      864.201.8411
                      Karen_E_Martin@scd.uscourts.gov


   Proceedings reported by stenographic court reporter.
   Transcript produced with computer-aided transcription
                        software.
```

Karen E. Martin, RMR, CRR
US District Court
District of South Carolina

3

1          Friday, July 26, 2019

2      (WHEREUPON, court was called to order at 9:03 a.m.)

3          **THE COURT:**  Good morning.  Please be seated.  If

4  it appears that my papers are getting larger when I walk

5  in, it is correct.  Y'all are keeping me occupied very

6  effectively.

7          Well, I have reports from all over town that

8  y'all are eating well.  I get it everywhere people go,

9  they say they've seen, quote, my lawyers.  And let me say,

10  the restaurateurs are thrilled.

11          Okay.  We're in the matter of the -- our monthly

12  status conference for July of the AFFF MDL.  Counsel who

13  will be speaking today, could they identify themselves for

14  the record, please?

15          **MR. THOMPSON:**  Your Honor, my name's Fred

16  Thompson, and I'm plaintiff's liaison.

17          **MR. LONDON:**  Good morning, Your Honor, Michael

18  London.

19          **MR. SUMMY:**  Good morning, Your Honor, Scott

20  Summy.

21          **MR. NAPOLI:**  Good morning, Your Honor, Paul

22  Napoli.

23          **MR. PETROSINELLI:**  Good morning, Your Honor, Joe

24  Petrosinelli.  I see where I'm grossly outnumbered this

25  morning.

4

```
 1              THE COURT:  You are.  You are.
 2              MR. PETROSINELLI:  I'll give it my best shot.
 3              THE COURT:  Just throw Dukes out in front of
 4     you.
 5              MR. DUKES:  Good morning, Your Honor, David
 6     Dukes.
 7              THE COURT:  Yes.
 8              MR. OLSEN:  Good morning, Your Honor, Mike
 9     Olsen.
10              THE COURT:  Yes.
11              MR. DUFFY:  Good morning, Brian Duffy.
12              THE COURT:  Okay.
13              MR. RING:  Good morning, Your Honor, Dan Ring.
14              THE COURT:  Thank you.
15              MS. FALK:  Good morning, Your Honor, Christina
16     Falk.
17              THE COURT:  Good morning.  And Ms. Williams is
18     thrilled to be out of here, I suspect.  So I've never seen
19     someone so happy in my life.  It's good to have you.
20              Okay.  Folks, let me -- I've got a list of
21     issues that I want to raise or which I understand you want
22     to raise.  I might confess, then, some of them I might not
23     fully appreciate each party's position and why they're
24     asserting it so you'll need to help me a little bit.
25              Let me just as a -- as a opening sort of
```

5

1    understanding of my approach to issues of discovery and

2    MDL, it is very different than an individual case

3    discovery.  It's just very different.  We right now have

4    110 cases.  If I'm reading the tea leaves right, there are

5    a lot more coming.  And they are among the most complex

6    environmental cases, any one of them, pending in the

7    country.  It was a very wise decision of the MDL panel to

8    consolidate them.  It's a tremendous amount of efficiency

9    for all parties.

10             But, you know, the changes in the federal rules

11    a couple years ago regarding discovery had a major focus

12    on proportionality.  What is at issue?  And what is the

13    cost?  And it's very much of a cost-benefit analysis.  And

14    we had -- because we had cases with relatively little at

15    stake in which defendants were basically being bullied

16    into resolution by the costs of discovery, it was

17    something we heard a lot about.  It was a reasonable

18    resolution.  And I've seen a lot of progress since then.

19             And in MDL, that calculation really tips towards

20    broad discovery, I'm just going to tell you that.  I --

21    you'll hear me from time to time talk about my Lipitor

22    experience, because it's the only other one I had, and a

23    complex, very large MDL.  I learned a lot.  I think

24    counsel involved there learned a lot.  I insisted on

25    robust discovery.  The defense counsel were, I think,

1    biting through nails they were so mad at me.  They later

2    thanked me for that, okay?  Because when they went up on

3    appeal, the appeal was not about being denied access.

4            So -- and the issues here invite broad

5    discovery.  Look at the claims.  I don't have any idea if

6    they have any merit to them.  But if they are the proof,

7    or their claim, they're going to need access to

8    information that dates over a half century, right?  And

9    the defense of governmental contract immunity raises some

10   of the same factual issues.

11           So these issues are going to require a great

12   deal of discovery.  Much of it -- you know, we have, of

13   course, debates over keywords and all this stuff for word

14   searches.  Well, what if, you know, we're pre -- when

15   we're talking about -- pre-emails, right?  We're talking

16   about getting corporate documents that go back prior to

17   that time.  I -- hopefully, some of the defendants have

18   digitalized those and will help search them.  But this is

19   going to be -- this is going -- this is going to be a

20   heavy burden on defendants.  I'm just going to say that to

21   you right now.  And it's a -- it's a necessity.  But

22   imagine the alternative of being in 110 different places

23   doing this and having 110 different judges insisting on

24   you and maybe 30 different lawyers litigating each of

25   their own ideas about what discovery is necessary.

1          So I want you to understand that ideas about,

2    you know, we ought to put, you know, right now these

3    strict limits on interrogatories and requests to produce,

4    I'm not -- I'm not interested in that.  The normal 25 rule

5    makes no sense in this case.  And I've made that clear.

6          On the other hand, this is not let's imagine the

7    craziest question we can ask defendants.  And let's see

8    how long we can tie them up looking for it.  That's not

9    going to go either.  So I urge the plaintiffs, don't,

10   don't abuse my goodwill here.  Be serious.

11         And where requests are made that would require a

12   great deal of effort to retrieve that information, if the

13   defendants are aware of a shortcut how you could get

14   essentially the same information, you're supposed to

15   confer, obviously, before you file a protective order

16   motion, offer that to the plaintiff's lawyers.  Say,

17   listen, this would be enormously demanding, but how about

18   this as a way to get to the same information?

19         I know there were requests that I approve

20   discovery before it begins.  Huh-uh.  That went out with

21   demurrers and co-pleading.  Okay?  We're not doing that.

22   The system which the federal rules adopted is that -- the

23   modern rules are that if the defendants need protection,

24   they file a motion.  Don't file them saying there are too

25   many.  That is not a -- that is not an objection that's

1    worthwhile.

2              But if there are questions that don't meet the

3    standard under what is it, 15(d) or whatever, you need to

4    come in, and whatever the rule is, tell me that.  Okay?

5    Let's talk about it.  We're going to be seeing each other

6    every month.  If something's more urgent than that, fine.

7    Don't answer a discovery unduly burdensome.  Okay?  That

8    is not an acceptable answer by itself without a serious

9    factual foundation for it.

10             It'll be a really -- if it's relevant to this

11   claim or your -- one of your defenses, and almost every

12   factual inquiry I suspect will be, don't -- unduly

13   burdensome will not carry a lot of weight.  You're getting

14   an incredible efficiency by an MDL.  And if it's

15   potentially relevant info -- if this case goes up, I don't

16   want either side to have the issue that they were denied

17   adequate discovery.  I want everybody to feel like they

18   got all the information they needed.

19             Now, the timing of discovery may vary because I

20   think there's some strategic ways we need to deal with

21   issues.  And I'm going to urge you, to help you, manage

22   you towards focusing on certain issues.  I've told you

23   about that before.

24             I think the government contractor immunity issue

25   just has got to be up front.  It overlaps with other

1    issues.  So I'm not trying to limit you when you're

2    talking to some people.  You know, there might be

3    plaintiff claims as well as these defenses, but a lot of

4    them are really similar to each other.  What you know, and

5    when you knew it, and who did you warn, and all those

6    issues really are the heart of this case and the heart of

7    the government contractor defense.  So there are other

8    issues as well.  But I'm just saying, we need to get on

9    with this.

10          I was looking over how much we had actually

11   accomplished.  I think the first conference we -- status

12   conference, I think in March maybe?  Does that sound

13   right, you guys?  And we're now July.  We've set up the

14   PEC and the defense committee.  We -- the Government has

15   begun, I understand.

16          Thank you, Ms. Williams, for giving robust

17   document production allowing access to the very valuable

18   information of the Department of Defense.

19          The parties have -- are very close on the fact

20   sheets.  We'll talk about that in a little while.  Y'all

21   have made really great progress.  But it is just -- that's

22   easy compared to what we're getting ready to get into

23   right now.

24          And, you know, I guess the best meetings are

25   going to be where everybody leaves mad at me.  Okay?  I've

1   done everybody -- nobody is going to walk out feeling like
2   somehow they won in front of the judge because everybody's
3   agenda, they have agendas different from mine.  Mine is I
4   want a level playing field and robust discovery so that
5   everybody is able to gather the evidence relevant and have
6   a fair determination of the issues.  That's my job here.
7   I'm pre -- I'm the pretrial guy, right?  We may be
8   bellwethers here, or whatever.  Or I may try cases if
9   they're brought in South Carolina.  But basically, what
10  I'm doing is pretrial.
11          Okay.  With that introduction, let me go through
12  some questions, and I may not end up understanding them
13  correctly.  But the first one sort of relates to what I
14  talked about is when must the defendants respond to the
15  defense fact sheet?
16          By the way, I think these defense fact sheets
17  and the plaintiff fact sheets are really important for a
18  lot of reasons I've explained earlier.  And I want to get
19  on -- we're going to end today and I'm going to tell you
20  what I'm thinking about the areas y'all disagree.  I'm
21  going to give y'all ten days to work it out and then I'm
22  just going to rule.  Okay?  Whatever the disagree --
23  because I don't think the differences are that big a deal
24  myself.  And I think they're really important.
25          I know there's that Question 14 that the

1    defendants were kind of beefing about with what did you

2    ship, and when did you ship it, and where did it go?  That

3    is, like, really critical to know.  And it may well be

4    they're all going to defense warehouses, defense

5    department warehouses.  And we have got to trace that.  We

6    need to get that information out.  Well, we're going to do

7    that on a defense fact sheet or a first set of

8    interrogatories or requests to produce, I don't really

9    care.  But that is, like, really critical.

10          On the other hand, the defendants are entitled

11   to make sure that the individual plaintiffs have an --

12   have a colorable claim.  And I don't think that -- I mean,

13   there's not -- very little disagreement.  We'll get to

14   what the disagreements are.  But the plaintiff fact sheets

15   sort of just give them -- the people say, well, you didn't

16   even live there.  Okay?  Or you didn't -- you have like no

17   evidence that you have any issues.  Well, you know,

18   they're entitled to know that.

19          Now, I am -- you know, I don't want to do

20   individual causation discovery beyond the plaintiff fact

21   sheets right now.  I just think they're a big -- we -- you

22   know, you just -- you know, how do you eat an elephant?

23   One bite at a time.  You just don't take on the whole

24   thing.  And I don't -- I think right now there are other

25   things we need to be focusing on.

1      But I -- we're not going to wait for the

2  plaintiff's fact sheets to be done.  We'll work out a time

3  that -- that allows the plaintiff's counsel adequate time

4  to get these forms completed.  But they need to get on and

5  the defendants need to get on with -- with completing

6  those fact sheets.  And they will help focus other aspects

7  of discovery.

8      So with that, let me hear from defense counsel

9  on the issue of -- of -- of when we think the defense, the

10  defense fact sheets should be completed.

11      **MR. RING:**  As reflected in the current draft of

12  the CMO, Your Honor -- and Dan Ring on behalf of DCC and

13  3M.  They're -- and this isn't really an area of dispute,

14  although we can certainly talk about it.  They're --

15  they're keyed off of whether in our view a -- the first

16  PFS to identify a particular site and then we would

17  respond.

18      **THE COURT:**  Well, let -- let me ask -- let me

19  ask you about this.  I don't want a gamesmanship over

20  this.  I suspect that that the PEC could give you by

21  Monday morning a list of sites that are at issue in the

22  complaints thus filed.  Okay?  And we need to get -- I

23  don't want -- Mr. Ring, I don't want a gamesmanship about

24  this.  There are 401 sites according to the Department of

25  Defense.  We don't have 401 cases so not everyone is

1  involved.  Some of them may be problems on the -- on

2  installations but not on -- not -- in surrounding

3  communities, there not -- may not be claims.  If you need

4  a list, I'll make the plaintiffs give you the list.  But I

5  want, I want you to go ahead and get those moving.  And I

6  don't want, you know, waiting for the plaintiffs fact --

7  we're not going to wait for the plaintiff's fact sheets,

8  I'll tell you that right now.

9           MR. RING:  And, Your Honor, actually that was

10  our original proposal, was to try to agree on a list of

11  sites.

12           THE COURT:  They don't have to agree.  Here's

13  what it -- here's what we're going to do.

14           Who wants to speak for the plaintiffs?  Okay.

15  Mr. London, let me just say this, can you by one week from

16  today provide a list of all sites which the present cases

17  claim to be contaminated?

18           MR. LONDON:  Yes, Your Honor, we could.  We

19  could endeavor to identify the current cases that, Your

20  Honor --

21           THE COURT:  Sites now at issue.

22           MR. LONDON:  Sites now at issue.  But, Your

23  Honor, I -- I think -- I don't know if you want to hear

24  our position on it.  I -- I think we could run into

25  potential concerns with this approach.

14

1          **THE COURT:**  Because?

2          **MR. LONDON:**  Because particularly with

3      individual plaintiffs, there might be multiple sites.

4          **THE COURT:**  Well, have you alleged them in the

5      complaint?

6          **MR. LONDON:**  Well, Your Honor, they may be

7      alleged in the discovery device, which the complaint is

8      going to make your general allegations, but a plaintiff

9      may have moved to two or three --

10         **THE COURT:**  Do your best.  You can supplement it

11     later.  We don't need to be perfect.  I'm trying to get

12     discovery moving.  And I want -- I think it's very

13     important to get the sites identified.

14             And listen, if there are more lawsuits, there

15     are going to be more sites, right?  I mean, this is not

16     the -- I'm not trying to bind you to this list and no

17     other list.

18             What I'm trying to do is get -- so you can get

19     the information about the sites we know.  We know most of

20     them.  I mean, there may be a little bit of softness

21     there.  But we want to figure out who put their product

22     there, whose product's at issue.  The relative

23     responsibility of defendants is important.  And I want to

24     get on with it.

25             And this is going to be refined.  You know, the

1    whole duty, of course, is to continue to supplement,

2    right?  And -- and that will be not only to supplement on

3    the defense side but if you've got additional sites, to

4    supplement your list.  And -- but you can, you can go

5    ahead and get started.  It's not -- you're not -- it's not

6    tasked in bronze.

7            **MR. LONDON:**  Right, Your Honor.  Well, we -- we

8    could, as Your Honor indicated, provide -- and I'm not

9    trying to be disruptive or argumentative on this point,

10   Judge, so please don't take it that way.  But as framing

11   these two documents, the defense fact sheet, the

12   historical nature of it is in response to a plaintiff fact

13   sheet.  And so --

14           **THE COURT:**  I -- I don't buy it.

15           **MR. LONDON:**  Okay.  Let me --

16           **THE COURT:**  You're wasting your time.  I don't

17   buy --

18           **MR. LONDON:**  But, Your Honor, as new cases come

19   in to be filed, and there will be new sites as

20   defendants --

21           **THE COURT:**  And you will -- and you will give

22   the defendants notice of that and they will supplement.

23   We're trying to get the ball rolling.  This is not the

24   final determination, Mr. London.

25           **MR. LONDON:**  Okay.

1          **THE COURT:**  This is just to get the ball

2     rolling.  And these number of sites, I mean, some of these

3     sites you have, you know, somebody's probably got --

4     you've probably got a message at your office when you get

5     back today about a site you didn't know about that

6     someone's --

7          Mr. Napoli, do you have something else you want

8     to add to that?

9          **MR. NAPOLI:**  I do.  Because when you talk about

10    the site, it's -- it's -- for example, Colorado Springs.

11    If we say our client was exposed in Colorado Springs, all

12    of our -- our knowledge leads us to believe that the Air

13    Force base is the cause of contamination.  What occurred

14    in discovery was the defendants said, That's not the site

15    that caused your client's contamination.  It was the

16    industrial site next door where those same products were

17    used in an industrial setting.  So I think the fear of

18    Mr. London and I is that if we say a specific site like

19    the Air Force base, we're in the blind and we don't

20    know --

21          **THE COURT:**  And then you -- and here's what --

22    you do discovery and you find out there's some other site

23    nearby.  And you're going to supplement it.  You'll say,

24    Here's notice supplementing my list of August 4, 2019.

25    And you -- and you give them additional ones.

1      **MR. NAPOLI:** But -- but the way it works,

2   unfortunately, Your Honor, and -- and the -- the Air Force

3   base is -- is public information because the Government

4   and Department of Defense is putting out their reports of

5   the remediation of Phase One and Phase Twos of the site.

6   You don't necessarily get that information in an

7   industrial setting. The defendants may have it and we may

8   not know about it. In Colorado --

9      **THE COURT:** And you're going to get discovery

10   because I'm push -- I'm going to push for the requests to

11   produce and you'll -- this is going to be a rolling

12   process, guys. This is not --

13      I'm just trying to get the ball rolling. And I

14   am -- and I'm not going to -- I'm not going to tie one

15   discovery to the other discovery.

16      Give them the list by next Friday. I'll put it

17   in an order, the working list. I'll make it clear it is

18   not the final list.

19      And then how much time do defendants need to get

20   the fact sheets done?

21      **MR. RING:** Well, both sides had agreed for the

22   pending cases for 98 days from the date of your order.

23      **THE COURT:** Sound's biblical. Okay. 98 days?

24      **MR. RING:** Yes.

25      **THE COURT:** Okay.

18

1          **MR. RING:**  That was the product of many

2     back-and-forth negotiations.

3          **THE COURT:**  That sounds that way.  So -- okay.

4     So we're going to get the lists by next Friday.  And

5     98 days later, the defendants will respond.  And if

6     there's a problem comes up with getting them completed,

7     y'all let me know that.  Okay?  Does that make sense?

8          **MR. RING:**  Yes, Your Honor.

9          **THE COURT:**  Okay.  I'm satisfied.  Anything

10     else, Mr. Ring?

11          **MR. RING:**  Not on that issue.

12          **THE COURT:**  Yes, there'll be more, I'm sure.

13          Okay.  Let's talk about when the plaintiff fact

14     sheets must be completed.  Let me just say, we are -- we

15     are not waiting for answers or motions to dismiss to do

16     plaintiff fact sheets, okay?  So again, I'm trying to get

17     the process moving.  How long do the plaintiff's counsel

18     need to be able to conduct the appropriate interviews and

19     so forth and get the plaintiff fact sheets completed for

20     those presently parties to this action?

21          **MR. LONDON:**  Your Honor, Michael London.  For

22     the plaintiffs and defendants presently the -- presently

23     with cases filed, the parties have agreed, and that's not

24     an issue, it's 98 days from --

25          **THE COURT:**  There we go.  Okay.  And then was

1    it -- y'all -- they were talking about 63 days, God only

2    knows where that one came from.  Why not the same 98 days?

3           MR. LONDON:  Your Honor, the -- the difficulty

4    there and where we are not in agreement is the plaintiff's

5    position is that a fact sheet, despite hearing what Your

6    Honor just said, should be due based upon some triggering

7    event, some answer.

8           THE COURT:  Mr. London, you're wasting your

9    time.  I -- I'm -- I think they have a different purpose.

10   We're not triggering off anything.  What you do is, it's

11   going to be like one thing is waiting for another thing

12   and we never get anything done.  I'm going to set

13   deadlines.  I do not view them -- I've looked at them.  I

14   don't see any reason right now -- you -- frankly, most of

15   it y'all should have already gotten the information in

16   your intake interviews, okay?  And if not, you put a

17   paralegal on the telephone and you can knock them out very

18   quickly.  I'm trying to be liberal with you on terms of

19   giving you time to do it.  I don't think they're that

20   hard.

21          MR. LONDON:  I -- I -- well, Your Honor, I -- I

22   appreciate that.  But -- and again, that is not -- not --

23   with all due respect, Judge, I know how you did it in

24   Lipitor.  There was no trigger event, but that was not the

25   typical model.  The typical model is, Your Honor, an

1    answer -- a short-form answer, an abbreviated answer.

2    Some judges have even begun with a notice of appearance, a

3    quasi-answer, something that starts the ball running.  The

4    plaintiff --

5            THE COURT:  Mr. London, you're wasting your

6    time.  I'm getting the process moving.  We've got to move

7    a battleship here.  I don't doubt other judges do things

8    different ways.  Everybody will have their own way of

9    doing it.  I've -- I understand.  I read carefully what

10   y'all were saying.  We're getting the plaintiff fact

11   sheets completed.  Now, how many days do you need for

12   people who are coming in?

13           MR. LONDON:  Well, Your -- for people who are

14   coming in, Your Honor -- and I just -- I will say one

15   other point to this.  And I understand that it's a

16   battleship moving.  But having the deadline before service

17   of process, which is 90 days under the federal rules, and

18   we're in agreement with a lot of defendants to truncate

19   service through email means, having it before service of

20   process expires could be -- could result in a waste of

21   resources.

22           So I would submit, Your Honor, if you're not

23   going to require a notice of appearance, some sort of

24   triggering event, that the time should be greater than

25   90 days.  I would submit if Your Honor is going to do it

1  based upon filing, it should be no less than 120 days from

2  the date of filing.

3          THE COURT:  You already said 98 days for

4  existing.  Why don't -- I don't understand.  Someone's

5  coming in.  I looked at the questions.  They're not that

6  hard.

7          MR. LONDON:  Your Honor, for individual

8  plaintiffs, perhaps.  But for Government entities, and

9  sometimes there are statute of limitations at play where

10 somebody has to get a complaint on file and they do not

11 have every -- every question --

12         THE COURT:  But you've got three months to do

13 it, 98 days.  Come on.  I mean, y'all are making this too

14 hard.  Y'all are never going to get this done if y'all are

15 sitting there fighting over this.  I'm really, you know --

16         MR. LONDON:  Your Honor, I'm not trying to fight

17 over it at all.

18         THE COURT:  No, you just said something which

19 makes a little more sense which is -- the water districts

20 may be a little -- and the state governmental responses

21 may be a little more involved than the individual, okay?

22 Is 98 days sufficient for all of those, for those already

23 in the case?

24         MR. LONDON:  98 days is -- is -- we've accepted

25 that date for all --

1          THE COURT:  Okay.  I'm going to make it real

2     easy.  98 days for everybody.  When they come in, they've

3     got 98 days.  That's it.  I don't want to argue about it

4     anymore, Mr. London.

5          MR. LONDON:  I'm not going to argue with Your

6     Honor either.

7          THE COURT:  Okay.  You'll be -- one day you'll

8     be glad to get it over with.

9          MR. NAPOLI:  If I may?

10          THE COURT:  Yes, sir.

11          MR. NAPOLI:  It doesn't seem like a good

12     inflection point to me to -- to speak, but I'm going to

13     try to sort of tell an issue.  In Colorado, we were under

14     a statute with the defendants.  A little gamesmanship was

15     going on between the sides as to whether or not a personal

16     injury case had to be filed or a medical monitoring case

17     had to be filed within two years of when they knew or

18     should have known there was an issue.

19          THE COURT:  I've got you.

20          MR. NAPOLI:  And so now we had a class action

21     and 8,000 cases filed.  The defendants approached us and

22     said we want to do this in a logical fashion.  We want to

23     deal with the class which is going to resolve most of the

24     issues.  And Judge Jackson wrestled with this issue as

25     well.  And so what was agreed upon between the parties, of

1   Mr. Petrosinelli's predecessor and other people that are

2   here in the courtroom -- but the lawyers changed at one

3   time -- was a stipulation to not serve those complaints.

4   They were never served --

5          THE COURT:  But they had -- I suggested in the

6   first meeting that they consider tolling, okay, the

7   individual cases.  Because I feared we'll one day get

8   150,000 individual cases.

9          MR. NAPOLI:  That's right.  So we signed, the

10  parties --

11         THE COURT:  Well, if y'all want to do that,

12  that's another issue.  It's not being done now.  And if --

13  I'm not the one -- this is the defendant's prerogative.  I

14  can't control this.  I cannot impose -- and believe me, if

15  I could, I would.  Okay?  But I can't.  So if they don't

16  want that, one day they're going to have to live with

17  150,000 cases.  And they'll probably regret they didn't

18  agree to it.  I think they should.

19         But what the point is at this moment, there's no

20  staying.  I'm -- I'm not going to let them do discovery

21  beyond the plaintiff fact sheets.  They're not going to

22  sit there and start taking the depositions of individual

23  plaintiffs at this point.  I'm going to hold that off.

24  We're going to put that down.  We're going to do general

25  liability and general causation first.  But I want to give

1    them the opportunity, and it'll be -- you'll be -- it'll

2    be a favor to you for people who are bogus plaintiffs.  I

3    had -- about 20 percent of our Lipitor people had no claim

4    whatsoever.  And we got them out and it was a benefit to

5    everybody.  I want to use the plaintiff fact sheets for

6    that.  And I want the -- I want the defendants to have

7    some assessment of what they're facing.

8          You know, it does not take a genius to figure

9    out that if certain motions don't go their way, the

10   defendants are in an existential threat to their survival.

11   And that probably promotes some thoughtful resolution of

12   the case.  Well, give them the factual foundation to be

13   able to assess their liability.

14         **MR. NAPOLI:**  So there are thousands of cases.

15   They're going to get -- they're going to get that

16   information.  We signed the tolling agreement on those --

17         **THE COURT:**  But you don't have it in this case.

18   You know, I'm getting y'all together once a month.  Y'all

19   had -- y'all were -- y'all were within six feet of each

20   other last night.  Y'all could have pulled aside and

21   talked about this.  Okay?  I can't make them do a tolling

22   agreement.  I think they should.  I'm telling them, you

23   should do that.  Okay?  I think it'll be in your

24   interests.  I don't think you're giving anything up.  But

25   if you don't, I can't make them do it.

1          **MR. NAPOLI:**  So, Your Honor, the point is, me,

2    myself, and Mr. Petrosinelli have discussed it.  We have a

3    signed tolling agreement.  All the defendants have signed

4    a tolling agreement, so --

5          **THE COURT:**  I have not seen that.

6          **MR. NAPOLI:**  Well, if -- if I may approach, I

7    can give it to your court clerk.

8          **THE COURT:**  Mr. Petrosinelli, do you want to

9    tell me the nature of your tolling agreement?

10          **MR. PETROSINELLI:**  No, there's no tolling

11    agreement.  There was an agreement not up on -- related to

12    service of the complaints --

13          **THE COURT:**  Yeah, I mean, this is -- this is --

14          **MR. NAPOLI:**  And that was -- as Mr. Napoli said,

15    it was my predecessor.  And back to Your Honor's earlier

16    comments, that's when it was one case.  We have an MDL

17    now.  It's a totally different --

18          **THE COURT:**  Yeah, I mean, it's a -- let me tell

19    you something.  I think the potential individual claims

20    could be a nightmare for everyone.  We're not going to do

21    discovery on them now.  We're going to get these other

22    issues out first.  And I think it would be prudent for

23    everybody to agree to a tolling agreement.  In the absence

24    of one, I'm going to give them the plaintiff fact sheets

25    because I'm going to treat it as if there's no tolling of

1    the claims.

2         But I can control discovery.  And I -- and I'm

3    going -- what I'm avoiding for y'all is the nightmare of

4    having some team of your -- of these lawyers on your --

5    who are the plaintiffs lawyers, here they are running

6    around the country sitting in people's living rooms while

7    their depositions are being taken.  I mean,I'm trying to

8    avoid that because I think it's way ahead of where we need

9    to be in this litigation.

10         **MR. NAPOLI:**  So, Your Honor, I think this goes

11    then to Mr. London's point.  So the -- I disagree with

12    Mr. Petrosinelli.  We haven't figured out the appropriate

13    time to bring this up to you.  I will exchange the tolling

14    agreement that was signed --

15         **THE COURT:**  I don't want to -- I'm not going to

16    see anything until you guys work it out.  I can't make --

17         **MR. NAPOLI:**  Well --

18         **THE COURT:**  -- I can't make the defendants do

19    it.

20         **MR. NAPOLI:**  So then -- so fair enough.  So with

21    regard to service, so these cases have not been served.

22    Now, this is just one group of cases.  I think the

23    triggering event needs to be service.  While you may file

24    something to toll --

25         **THE COURT:**  Do you want me to order you to serve

1   it by next week?  I mean, I'm just trying to get the

2   process moving.  I think y'all are creating obstacles to

3   progress.  What we don't want are the motions to dismiss

4   filed.  And then we're briefing all these issues before

5   we're ready to deal with them.  I think y'all -- I think

6   y'all have got the sequence out of order here.  I think

7   you -- y'all think I don't.  But the difference is I'm the

8   judge and y'all are not.  Okay?  So we're going to do it

9   my way.

10           So 98 days -- I'll enter an order, 98 days from

11   today for the ones who are parties.  98 days new people

12   coming in.  If anybody's having problems, let me know.

13   Okay?  How about that?

14           **MR. LONDON:**  Your Honor?

15           **THE COURT:**  Yes?

16           **MR. LONDON:**  I was going to answer the question

17   about how we came up with these biblical dates --

18           **THE COURT:**  Yeah.

19           **MR. LONDON:**  -- of the 98 and 63 days.  It was

20   the defendant's idea and I think it was a good one.

21           **THE COURT:**  Yeah.

22           **MR. LONDON:**  They're all divisible by seven.

23           **THE COURT:**  Okay.  That's good.

24           **MR. LONDON:**  Which is when we don't run into

25   weekend problems.

1          **THE COURT:**  That sounds very biblical, by the

2    way.

3          **MR. LONDON:**  Even more biblical.

4          **MR. PETROSINELLI:**  We're going to rest on the

5    seventh day.

6          **THE COURT:**  Yes.  Y'all have not allowed me to

7    rest.

8          There was this issue about -- was -- you know, I

9    was trying to get the -- since we were delaying the

10   answers, I didn't want the defendants to be out there

11   hiding some defense the plaintiffs had not anticipated.  I

12   have trouble imagining that could actually happen, but I

13   think it's possible.  And to eliminate that possibility

14   with y'all, everybody goes off and does discovery.  And

15   they don't do discovery on some issue that no one knew was

16   really an issue.

17         I -- I said I want the defendants to go ahead

18   and list their affirmative defenses.  They gave you 37.

19   That's got to be a world record, okay?  But you got them.

20   And that was the purpose.  And then there has been this

21   suggestion that they won't -- the defendants are going to

22   have to file a fact -- a defense fact sheet for each

23   individual plaintiff as opposed to general fact sheets

24   that go to their knowledge.  Why -- why do they have to

25   file it for individual -- individual -- a plaintiff -- in

1    response to every plaintiff case?  Why?  Why would that

2    be?

3         **MR. LONDON:**  Well, Your Honor, the purpose of

4    that, again, and I -- and I -- I think I understand

5    where -- where the Court is leaning right now, and

6    particularly -- again, we were building the defense fact

7    sheet structure being responsive to --

8         **THE COURT:**  I -- I understand that.

9         **MR. LONDON:**  -- to a plaintiff.  Actually, now,

10   it's -- the defense fact sheet is seemingly responsive to

11   the sites at issue, which the plaintiffs will identify in

12   a week.  Plaintiffs will endeavor to supplement that list

13   as new cases are filed and new sites are identified in the

14   coming weeks.  Defendants then, seemingly, will, within

15   98 days, provide new defense fact sheets.

16        **THE COURT:**  Let's hold on, let me say this.

17   Fact -- the fact sheets have a limited utility.  There's

18   something called requests to produce, interrogatories,

19   that are far more dynamic in my view about how you do

20   this.  They're similar but they're more dynamic.

21        And to the extent a specific plaintiff has a

22   specific need for information regarding a particular

23   defendant, all you have to do is just stick it in an

24   interrogatory.  As to defendant Mr. Smith living in

25   Colorado Springs, please provide the following specific

1    information.  That's what discovery is all about.  That's

2    why I'm not going to limit it to some artificial number

3    because it may be your case-specific information that you

4    need.

5            And, you know, you don't like what I'm doing

6    here.  You're going to like what I do about deposition --

7    about interrogatories and requests to produce.  I'm

8    trying -- all I'm trying to do is get the mechanism going

9    where you get the information you need and we don't try to

10   crush the defendants in the process of doing that.

11           **MR. LONDON:**  And that approach, Your Honor,

12   that -- that you just set forth, that -- that's

13   acceptable. And that -- the paradigm is a little bit

14   different, but we can go back and refigure this --

15           **THE COURT:**  Thank you.

16           **MR. LONDON:**  -- and fix it.  That's acceptable.

17           **THE COURT:**  Okay.  Let me go through the

18   disputes over the plaintiff fact sheets and the defense

19   fact sheets.  Let me -- let me go through this.  Okay?

20           Okay.  Who -- I'm looking now at the plaintiff

21   fact sheets.  Let me see if I can -- actually, I'm looking

22   at the Case Management Order.  Y'all are color coding

23   these things, which were very helpful.  But the copy that

24   came to me did not -- was not color-coded.  So I was

25   having to figure out is that a plaintiff objection or a

1    defense objection?  It was -- but my law clerk finally --

2    Yoni finally coughed up the color copy to me.  You know,

3    it took a while.  He was hiding it in his office for some

4    reason.  But he finally -- he was testing me.

5         Okay.  So let's just go through -- I'm at

6    Paragraph -- I'm trying to go through each objection here.

7    At Paragraph 5, there's -- okay, you know, the yellow is

8    for -- is for the defense and the blue is for the

9    plaintiffs.  Tell me what the dispute here -- who wants to

10   tell me what's really the dispute at Paragraph 5?  Where

11   are we having disagreement?

12        MR. LONDON:  Your Honor, I think you've given

13   quite a bit of guidance to this.  What the PEC really

14   wanted to be sure is that we would not be embarking in

15   further discovery at this time.  We're not -- we're not

16   opening the door to negotiate these fact sheets in lieu of

17   interrogatories to follow and depositions to follow.  And

18   that at such time as these cases are moved to an advance

19   track, bellwether practice, early settlement evaluation,

20   whatever, at that time those selected cases will go down

21   this enhanced discovery track.

22        THE COURT:  Yes.  Now, let me say this.  At some

23   point if the -- if the defendants tell me they want to do

24   broad discovery on the plaintiffs, even those that might

25   not be bellwether, I'll hear them out.  I'm not trying to

1    limit that right now.  What I'm just saying is, I'm not

2    making a decision on that.  What I'm making a decision on

3    is in the effort to manage discovery in a way that makes

4    sense for everybody.  I'm just saying individual causation

5    ought to be something we do down the road.  And that's

6    also all the sort of medical-related issues regarding

7    individual causation and all that.

8            And I'm talking about individual cases because

9    the water districts are a different analysis.  I just kind

10   of put all of that off because I think it's largely a

11   distraction right now.  We'll get to it.  And it'll be --

12   it -- it'll be demanding if we get to it.  And -- but I'm

13   trying to put it off.

14           So I think -- can y'all work out the language

15   now understanding my view on Paragraph 5?  Is that

16   something we can work out?

17           **MR. RING:**  Yes, Your Honor.

18           **THE COURT:**  Good.  What we're going to do is I'm

19   going to have an order that in ten days y'all are going to

20   give me a revised CMO.  And on any issues still in

21   dispute, I'll rule then thereafter.  Okay?

22           And then on -- going on Page 3, end of

23   Paragraph 5, again, there's this language, No additional

24   case-specific discovery.  You know, we're -- we're not

25   doing that.  We're going to proceed with -- we're

1   proceeding with -- I don't know if you want to say

2   case-specific discovery.  We're certainly proceeding

3   with -- with general causation discovery.  And it will be

4   site-specific to gather that information.  Do you need any

5   more guidance as to that highlighted yellow area on

6   Page 3?

7               MR. LONDON:  No.  I think the PEC's position

8   and, I think, consistent with what Your Honor said, this

9   language is going to come out.  If an individual -- the

10  plaintiffs will receive defense fact sheets that are

11  site-specific.  And as Your Honor indicated a few minutes

12  ago, if a plaintiff has -- a specific plaintiff has a

13  question, they can serve it by interrogatory.

14              THE COURT:  That's the way you do it.

15              MR. LONDON:  Thank you.

16              THE COURT:  Okay.

17              MS. KNAUER:  Your Honor, may I speak?

18              THE COURT:  Yes, ma'am.

19              MS. KNAUER:  Elizabeth Knauer.  I'm the liaison

20  counsel for the non-manufacturing defendants.  I think we

21  would like some additional guidance on what the parameters

22  would be -- our group, we have not been served master

23  discovery requests because we aren't -- you know, it

24  really isn't relevant to us in terms of the nature of the

25  questions on those.  So we are tied to specific sites.

1    And our -- our position is that if we aren't undertaking

2    discovery of the individual plaintiffs related to those

3    sites, then there's sort of an equity factor as well as

4    just a practicality of us needing to engage in full-scale

5    document collection on those sites before the more general

6    causation issues related to AFFF are --

7         THE COURT:  Well, explain to me more

8    specifically what you're talking about.  What are you

9    seeking that you would not -- because the parties have to

10   produce -- the discovery they're getting, you'll get.

11   Okay?  You will get that discovery.

12        MS. KNAUER:  Right, understood.

13        THE COURT:  What else -- what else do you need?

14        MS. KNAUER:  Well, I don't -- I don't think that

15   there has been discovery requests propounded related to

16   specific sites other than what products were delivered to

17   those sites.

18        THE COURT:  I would imagine they want to know

19   any measurements of water quality at those sites.

20        MS. KNAUER:  But you can ask them this if they

21   are part of the fact sheet.

22        THE COURT:  Right.

23        MS. KNAUER:  So all we are -- all -- all we are

24   saying is that we will provide the information that the

25   fact sheet requests as the plaintiffs are providing the --

1      **THE COURT:**  Yes.

2      **MS. KNAUER:**  -- sort of limited information

3    requested in the plaintiff fact sheets.  And that -- that

4    the -- and sort of in a -- a parallel construct, that

5    further discovery on those site-specific issues of the --

6    of the defendants related only to sites should be

7    forestalled as it is for the plaintiffs and under order of

8    the Court.

9      **THE COURT:**  I'm somehow missing what you don't

10   want to happen.  What specifically are you concerned

11   about?

12     **MS. KNAUER:**  That while the general discovery is

13   occurring on the sort of government contractor defense

14   issues, et cetera, that we are being sort of inundated

15   with discovery requests requiring us to engage in a

16   large-scale document collection that isn't relevant to the

17   issues that are really --

18     **THE COURT:**  I think they're really -- I think

19   they are relevant.  That's the problem.  I think they are

20   relevant to issues -- we're trying to do -- see, you -- we

21   can't say we're doing just governmental contractor

22   immunity because there are fact -- there are issues that

23   are core to the plaintiff's claims as well.  It's the same

24   factual issues.  So we're not limiting to that.  If -- if

25   you -- you've got to understand, with an MDL, that the

1   normal liberty of control that you have as a single party

2   in your case, or one of just a few parties, ends up having

3   to give way, at times, timing in particular to when

4   something happens.  And that's just the nature of the MDL.

5       And there are tremendous advantages to an MDL.

6   And, frankly, there are some disadvantages.  But I haven't

7   heard anything specifically that you need -- what do you

8   need that you feel like you won't be getting right now?

9       **MS. KNAUER:**  Well --

10      **THE COURT:**  Give me an example.  I just don't

11  understand it.

12      **MS. KNAUER:**  What do we need that we won't be

13  getting?

14      **THE COURT:**  Yes.

15      **MS. KNAUER:**  Well, I mean, I just -- I didn't --

16  I don't -- I guess I can give a particular example for --

17  for our client, the Port Authority, which is a defendant

18  to the City of Newburgh cases --

19      **THE COURT:**  Yes.

20      **MS. KNAUER:**  -- brought by the City of Newburgh

21  as the water provider.  If the discovery of that

22  plaintiff, as the water provider, is limited to the

23  plaintiff fact sheets, they really have most of the

24  information concerning their claims in terms of --

25      **THE COURT:**  Well, what additional -- what

1    additional do you want?

2         MS. KNAUER:  Well, I -- if I -- I just feel that

3    if they are -- if they are able to engage in full-scale

4    discovery of us, the defendant, that we should have the

5    equal ability --

6         THE COURT:  Well, what do you want from them?

7         MS. KNAUER:  Information about the actions that

8    they have taken, their -- their damages, their costs, et

9    cetera.

10        THE COURT:  I intend to have -- I've said

11   earlier, I think one of the early issues -- it's not going

12   to be the first issue -- is going to be the water district

13   claims.  Okay?  I think that's an early issue that we --

14   that's an early set of issues we need to address.  And

15   those very issues need to be explored.  And I made the

16   point, I think, and maybe it was either the last or the

17   prior -- one of the prior status conferences, that I

18   thought the water district cases were in some ways like

19   the canary in the coal mine.  If the plaintiffs can't win

20   the sort of general causation arguments there, they don't

21   have to prove individual customers are injured.  So

22   they -- if they can't win their case -- they can't prove

23   their case, the water districts, then basically, the --

24   the plaintiffs are in big trouble.

25        On the other hand, simply because the water

1    districts might be able to prove their claim, doesn't mean

2    the individual claims can win.  So my -- in my head, one

3    of the -- once we get through the -- I think there's going

4    to be a tremendously demanding effort to figure out this

5    government contractor immunity and the overlapping issues

6    that go -- what people knew, and when they knew it, and

7    how was the product developed.

8            The next phase is going to be the water

9    districts.  And you're just going to have to accept that

10   in a Multidistrict Litigation, you don't get to -- you

11   know, one party doesn't get to set the schedule for

12   everybody else.  Because otherwise we just have chaos.  We

13   can't do it all at one time.

14           And I understand the government contractor

15   immunity seems like really irrelevant to you.  I get that.

16   I do.  I get that completely.  But you're going to have to

17   be patient because there are going to be issues when we go

18   to the water districts that people who aren't water

19   districts will say, why are we spending all this time with

20   the water districts?

21           You've just got -- you've just got to do it.

22   You've got to have some rational plan for this.  You can't

23   do it all at one time.  I'm not turning you loose as a

24   loose cannon to go after the water -- your water district.

25   It's just not the way we're going to order discovery.

1          **MS. KNAUER:**  If I may, Your Honor?  I -- I -- we

2    do not have an issue with being patient.  I -- I think our

3    request is more that we would request that the plaintiffs

4    be patient with respect to --

5          **THE COURT:**  No, I -- I've -- listen, I've ruled

6    on this.  We're proceeding.  Okay?

7          **MS. KNAUER:**  Thank you, Your Honor.

8          **THE COURT:**  Okay.  Page 10.

9          **MR. PETROSINELLI:**  I think, Your Honor, you

10   decided that one.

11         **THE COURT:**  Okay.

12         **MR. LONDON:**  This is decided.  98 days --

13         **THE COURT:**  Okay.  Thank you.

14         **MR. LONDON:**  -- after filing or transfer.

15         **THE COURT:**  Paragraph 25 on Page 11, I think

16   that's just a fill in?

17         **MR. LONDON:**  Yes.

18         **THE COURT:**  Okay.  This vendor thing.  Tell

19   me -- I've never had anybody fighting over the vendor.

20   What's that about?  I'm somehow missing that one.

21         **MR. PETROSINELLI:**  Your Honor, I can, if you'll

22   permit me, I'll start.  This is just a question for you,

23   really honestly, which is that in MDLs, at least that I've

24   been involved in, the parties use a vendor to create

25   essentially a database that can run reports for the Court

40

1   and the parties.  So for example, if in six months you

2   wanted to say how many water district cases are there

3   where they've done testing and had over 70 parts per

4   trillion, you can push a button and get it.

5          THE COURT:  And why do the plaintiffs not want

6   to do that?

7          MR. LONDON:  Your Honor, that's -- we -- the

8   plaintiffs have no problem with the defendants utilizing a

9   management system.  We intend to utilize one on our end.

10         We just simply do not believe that the

11  defendants -- the defendants -- the question that we've

12  not been able to get an answer for, too, that we thought

13  was decided is they want us to pay for this data

14  management.  We, too, are using data management to see --

15  and will provide reports to this Court when we finally

16  start getting their documents -- how many are instructive,

17  how many are duplicates, how many are redacted, how many

18  are illegible, how many are this, how many are that.  And

19  we're going to share it with Your Honor.

20         And then we're going to look back and we're

21  going to meet and confer over it.  And it's helpful for

22  the Court.  We think this, too, is helpful.  We just don't

23  think, and we still don't have an answer, if we're

24  supposed to pay for it.

25         This issue has -- was thought about as an

1    afterthought by the defendants on the 11th hour.  We, too,

2    have used the vendors before.  There are some great

3    vendors.  There are some that in our experience have been

4    a disaster to MDLs.

5            THE COURT:  Okay.  Let -- let me, let me make

6    this easy.  I don't care.  Okay?  Y'all can't work it out.

7    I'm not going to impose a requirement on a vendor.  Okay?

8    Makes -- sounds like it makes some sense to use a common

9    vendor.  If y'all have one that y'all have confidence in,

10   but that's y'all's call, not the Court's.  Okay?

11           Okay.  30 looks like the issue we've been

12   talking about, the 98 days, and all that.  Are we okay?

13           MR. LONDON:  That's covered.

14           THE COURT:  Okay.

15           I'm now going into the questionnaires.  And I'm

16   in the -- I guess it's the personal injury questionnaire.

17   Does that look like what that is?  Yeah, personal injury

18   fact sheet.

19           And No. 14, let me talk to you about this direct

20   communication thing.  Fair question.  I don't think it

21   fits in the fact sheet.  I think it's an interrogatory.  I

22   just think that's where it is.  And if you ask 3M, Give me

23   every communication, if you're doing the reciprocal, I

24   mean, come on.  Okay?  I mean, I just think an

25   interrogatory to that effect, followed by supplemental

1    responses, is -- the defendant is going to learn more

2    about these communications.  I think that's the way to go.

3           So I just -- I don't know, I -- I think the

4    question, these communication questions are entirely

5    proper.  They're just not -- don't need to be in the fact

6    sheet.  Okay?  So let's just take No. 16 out, propound it

7    as a -- defendant's can propound it as an interrogatory to

8    plaintiffs if you want to know that information.

9           **MR. LONDON:**  Your Honor, to short circuit it,

10   that was -- that question appeared in all the

11   plaintiffs --

12          **THE COURT:**  All --

13          **MR. LONDON:**  -- that's the open issue in the

14   plaintiff's actions.

15          **THE COURT:**  Yeah.  In all the -- I agree, we'll

16   just -- we'll short circuit all those.

17          And then in the defense fact sheet, it had it in

18   there.  And I just -- I just sort of feel like it's more

19   appropriate as an interrogatory.

20          Okay.  The defendant fact sheet.  What's this

21   introductory paragraph dispute?  What's that?  I've never

22   had y'all -- anybody fight over the introductory

23   paragraph.

24          Mr. Ring?

25          **MR. RING:**  I think, Your Honor, you've -- you've

1   resolved it.

2         THE COURT:  Good.  Okay.

3         MR. RING:  It's a -- it's a debate over how to

4   define sites, essentially.

5         THE COURT:  Okay.  Okay.  Good.

6         Paragraph 3 is the same thing?

7         MR. LONDON:  I think, Your Honor, it's -- it's a

8   bit -- Paragraph -- it is the same as Paragraph 3, but

9   it -- it is -- I think, Your Honor, I just want it for

10  clarification purposes because we are going to meet and

11  confer over this.  I think Your Honor has adopted, in most

12  part, the definition of site as set forth -- as alleged in

13  the complaint, as identified in the complaint.

14        THE COURT:  I think that's right.  I think --

15        MR. LONDON:  And I'm just concerned the

16  defendants here have defined site two ways, as either a

17  military institution -- excuse me, three ways, an airport,

18  a military base, or an industrial location, or -- and as

19  alleged in the complaint, I -- you know, we appreciate and

20  may disagree respectfully with Your Honor's decision.

21        THE COURT:  I want the broader definition.

22        MR. LONDON:  It should be alleged in the

23  complaint, not one of these three entities because there

24  are other entities.  There are training facilities, there

25  are fire houses, there are fire --

1      **THE COURT:**  I want any -- you know, what I don't

2    want to do is quarreling about this.  I want -- you know,

3    I know there are firefighter training facilities, there

4    are airports -- I want the site -- I want it to be a

5    robust list --

6          **MR. LONDON:**  Right.

7          **THE COURT:**  -- and I don't want the defendants

8    constantly having to go back if they don't have to.  It

9    won't be a complete list.

10         **MR. LONDON:**  Right.

11         **THE COURT:**  But I want it -- we're not trying to

12   artificially limit this right now.  I'm just trying to get

13   past this.  So whatever -- I mean, I'm guessing and I

14   don't know this for sure, that a number of our -- when

15   we're trying to figure out what product went to what

16   sites, we're going to find that it went to some Department

17   of Defense or some military branch's warehouse, right?

18   And it stops.  We don't know.  We have got to then go to

19   the Government and see, hopefully, now you're going back

20   many years.  You're -- you're trying to figure out where

21   did -- actually that product was delivered and who has it.

22         It may well be in the end of all this, the

23   parties may end up wanting to stipulate about percentages

24   of allocation of responsibility just because it's

25   roughly -- you know, but that's y'all's call.  If you want

1    to prove it, that's another way to do it.  It may well be

2    once you get enough information by sampling, you may just

3    want to say why don't we just stipulate that for these

4    sites, you know, a certain of these various defendants

5    have this responsibility.  It's up to y'all.

6             **MR. RING:**  I think between Mr. London and I, we

7    can work it out --

8             **THE COURT:**  Good.

9             **MR. RING:**  -- with using the lists --

10            **THE COURT:**  Good.

11            **MR. RING:**  -- an improved --

12            **THE COURT:**  And again, if we have problems,

13   you've got -- you've got access to me once a month, right?

14   You can -- and if we make a decision that's not working,

15   y'all need to let me know that.  Okay?  Just --

16            Question 14, this is, you know, to me the

17   central purpose of the whole fact sheet.  I know the

18   defense objects to it.  Tough.  This is what we need.  If

19   there's a better way to do it, I'm open to it.  But I

20   think this is what -- this is what we need, the major

21   purpose of the fact sheet.

22            **MR. RING:**  If I can, briefly, Your Honor?

23            **THE COURT:**  Yeah.

24            **MR. RING:**  Questions 7 and 10 in the defense

25   fact sheet actually do cover product sales.  And the

1    earlier questions also cover identifying distributors,

2    sales agents, and the like.  7 deals with it from the

3    perspective of the manufacturing defendants.  10 deals

4    with it from the perspective of a site owner or operator.

5    And I would add that there are product identification

6    questions in the master discovery that has been served.

7    And so, one of our issues was 14 seems to overlap with

8    ones where all --

9            THE COURT:  Y'all talk to each other.  And if

10   it's duplicative -- I don't want duplication.  You can

11   afford it, but I want it comprehensive.  And if you

12   need -- refine one of the other ones.  We don't -- let's

13   not have duplication.  But we need to have a comprehensive

14   response, as much as the defendants can give it to the --

15   this question.

16           MR. LONDON:  Well, we tried, Your Honor.  I --

17   this -- Question 7 does not apply to the manufacturing

18   defendants as he indicated --

19           THE COURT:  Yeah.

20           MR. LONDON:  -- so that's not applicable.  And

21   Question 10 does not get to these quest -- these issues

22   here.  And we -- we reframed this.  This is the language

23   that defendants agreed to.

24           THE COURT:  I -- I -- it looks --

25           MR. LONDON:  We think it needs to be there.

1          THE COURT:  -- perfectly reasonable to me,

2     frankly, folks.  I -- I really -- I've got to tell you, as

3     you'll -- I will confess that there will be difficulties

4     on some of these that I just won't appreciate until

5     somebody tells me there's a problem.  But it looks

6     reasonable to me.  Let's work that out.  Okay?

7          And Questions 15 through -- through 20 are

8     perfectly appropriate.  But they ought to be

9     interrogatories and not plaintiff fact sheets.  That's

10    just my view of it.  It's just -- that's a better sort --

11    that's a better place to put it with all these

12    communications.  Obviously, an -- a potentially important

13    issue in the case.

14          Okay.  So it sounds like we -- you're going to

15    let me know within ten days whether we have -- you're

16    going to deliver to me a plaintiff fact sheet.  Or, if

17    there's any dispute, a color-coded extra copy for the

18    Judge so Yoni can't hide it, and put Judge on that, you

19    know, and I'll rule promptly on that.  Okay?

20          Let's talk about limiting interrogatories,

21    requests to produce.  A scheduling order -- you know, a

22    normal case, out of the chute we send -- we serve a --

23    answer comes in, we serve a scheduling order.  You've got

24    90 days to do this.  You've got to have post-trial

25    motions, et cetera.

1          That doesn't really fit here.  It just doesn't

2     fit.  That's -- you know, we're going to have

3     19 scheduling orders?  It doesn't make any sense right

4     now.  However, if my -- if -- if we're not making

5     progress, I'll start ordering things.  Okay?  I'm -- I'm

6     kind of leaving it to y'all right now.

7          We've got the -- we've got the discovery

8     requests going out.  If the -- I presume from them there

9     may be requests for 30(b)(6)'s, et cetera.  Y'all got a

10    problem, you let me know.  Try to work it out among

11    yourselves.  But putting you on a time clock right now,

12    when we don't even know what's out there, it just doesn't

13    make a lot of sense to me.

14          I want you working hard.  I was accused in

15    Lipitor of putting the parties on the Bataan Death March,

16    okay?  And, you know, they weren't making enough progress

17    initially, and I finally put the hammer down.  You had to

18    do it all by a certain day.  Everybody did it.  It got

19    done.  But right this moment, I'm not going to do that.

20    And I'm not going to limit artificially the number of

21    requests to produce or interrogatories.

22          If, however, there are -- there are some of

23    those requests that seem to have marginal relevance or no

24    relevance, and a tremendous burden on the defendants to

25    produce it, file your motion for protective order or your

1    objections to it.  I will address it after y'all confer,

2    and hopefully y'all can work them out.  But I think I've

3    made it clear, I think there needs to be robust discovery

4    in this case.  And in the end, everybody won't like what I

5    do.  But there it is.  They say in this business if you

6    want a friend get a dog, right?

7          Okay.  So I'm -- the requests to limit, I

8    don't -- I'm not going to limit it.  And the party -- the

9    plaintiffs are free to propound the first set of discovery

10   requests if they choose to do so.

11         I addressed briefly before the issue of -- I

12   guess I did actually regarding the fact sheets.  I've

13   asked the defendants to list the defenses.  They do not

14   need to list that for every plaintiff.  Now, eventually,

15   when they answer, they will have -- of course, we'll work

16   out how we're going to do a group answer, individual

17   answer.  But right now, they don't have to make a -- I

18   think they've given -- they've done what I've asked them

19   to do, which is to put you on notice of what the potential

20   defenses are.  I would have guessed y'all could have

21   gotten all 37 if you were -- but I avoided the -- this,

22   the problem.  I told you.

23         Establishing a deposition protocol, what's going

24   on with that?

25         **MR. LONDON:**  Your Honor, just on the responsive

1    pleading issue --

2            THE COURT:  Yeah.

3            MR. LONDON:  -- and we understood the Court's --

4            THE COURT:  Yeah.

5            MR. LONDON:  We're not going to reargue that

6    because that had --

7            THE COURT:  Yes.

8            MR. LONDON:  -- other implications.

9            THE COURT:  Thank you.

10           MR. LONDON:  We did receive -- and I think this

11   is important to note -- that we received the responses

12   from two defendants.  And the report indicates that the

13   other defendants may respond by, I think it's August 30th.

14   We just -- we do want to -- if that's the date, great.  We

15   just want to make sure that that is --

16           THE COURT:  August 30 is the date.

17           MR. LONDON:  Okay.  Thank you, Your Honor.

18           THE COURT:  And the two who have already

19   answered -- who have already provided the information, if

20   you'll send it digitally, the other sides can just cut and

21   paste.  Okay?  They don't really need until August 30.

22   Okay?  If you didn't come up with one of the defenses, it

23   would be a surprise.  Okay?

24           MR. THOMPSON:  I think they get a bonus if they

25   come up with additional --

1          THE COURT:  Yeah, anymore, right?

2          MS. KNAUER:  Your Honor, may I ask for

3    clarification?

4          THE COURT:  Yes.

5          MS. KNAUER:  I just want to make sure that

6    submitting the statement of affirmative defenses would not

7    preclude a party from seeking to file a Rule 12 motion.

8          THE COURT:  Will not.  Absolutely not.

9          MS. KNAUER:  Thank you, Your Honor.

10         THE COURT:  And I anticipate at some point we

11   will get to that, because we're going to have immunity

12   issues that I presume will come before the Court in other

13   motions.  You see, the problem -- we have immunity issues.

14   You've got a -- they -- they often raise factual issues.

15   It's not purely legal questions.  And -- and I have --

16   Courts always -- I have -- parties always can -- oh, we

17   want to do discovery just on that issue.  Well, it's,

18   like, terribly inefficient.  You could do the whole

19   discovery on the case while you're doing discovery on the

20   one jurisdictional issue.  So we always try to balance

21   that.

22         Yes, ma'am, from the Department of Justice?

23   Yes?

24         MS. FALK:  Your Honor, because we're raising

25   jurisdictional issues, I -- any -- in the current

1    statement we identify two very global jurisdictional

2    issues.

3            THE COURT:  I saw that.  Yes, ma'am.

4            MS. FALK:  We have other issues where you styled

5    them as affirmative defenses, we consider this just

6    jurisdictional issues.  Do you want the United States to

7    list all the additional --

8            THE COURT:  I wish you would, just so --

9            MS. FALK:  Sure.

10           THE COURT:  So to the extent there's some

11   discovery that needs to be done on any of them --

12           MS. FALK:  Sure.

13           THE COURT:  -- that the parties kind of are

14   aware of it.  Because I'd love at some point that we kind

15   of try to address the general governmental immunity.  We

16   address the governmental contractor immunity and others

17   that -- that really go foundationally to the case.  I want

18   to -- I'd love to do those at a time, I -- I want to give

19   everybody a chance to go do the discovery first.

20           MS. FALK:  Right.  We can do that by the 30th,

21   Your Honor, that's no problem.

22           THE COURT:  Good.  Good.  Thank you very much.

23           Deposition protocol.  I understood that that

24   basically had been worked out or close to it?

25           MR. THOMPSON:  Your Honor, we reported to --

1    yesterday that we are in discussion.  We've submitted an

2    edited version.  They've come back.  And they now have it

3    under advisement.  What I've advised the Court is that we

4    will either have it worked out to submit to you as a -- an

5    agreed-upon order or it will be ripe for you to put the

6    hammer down.

7         THE COURT:  As y'all -- as y'all understand, I

8    will make a decision.  So when we --

9         MR. THOMPSON:  Now, there is a fascinating

10   aspect, and that is the United States has forwarded a

11   position which is that they believe the Federal Rules of

12   Civil Procedure should govern the conduct of the

13   depositions and not a negotiated protocol.  So that's --

14        THE COURT:  Well, I -- I largely agree with them

15   actually.  I -- you know, I --

16        MR. THOMPSON:  I seem to remember --

17        THE COURT:  I, frankly, find the whole protocol

18   thing -- if y'all want to do it, fine.  But I largely

19   agree with the United States on this.  It works just fine.

20   Y'all are trying to reinvent the wheel, guys.  We have all

21   these years of experience with the federal rules.  It

22   works pretty well.  And I'm not only available once a

23   month to y'all.  You know, we have telephones in

24   Charleston.  You call me, we'll -- I'll address an issue.

25        MR. PETROSINELLI:  Your Honor, I think the

1　protocol, from our perspective, is more dealing with

2　things like, you know, you have to go through the PEC and

3　DCC.  The issues --

4　　　　　**THE COURT:**  Well, you know I'm big on that.

5　You know, when that -- that one motion came, I put it on

6　you to -- in the future you had -- you had to sign -- put

7　your signature on that thing to do it.  I completely agree

8　with that.

9　　　　　Let me talk about medical monitoring issues for

10　a second, because I think I've caused the defendants to

11　have a heart attack over this issue.

12　　　　　The -- I was ex -- you know, the parties have

13　told me, quite passionately, they believe in their

14　positions.  Great.  Okay.  I'm glad you do.  And I was

15　going to say, okay, if everybody thinks the plaintiffs

16　think this causes tremendous harm and the defendants think

17　it's harmless, let's go test our theories.  Let's pick a

18　couple sites and let's go do it.  It'll be voluntary.

19　Let's go do it.  Plaintiffs leapt at the opportunity and

20　the defendants said no way.  Okay.  Take that for what it

21　means.  Okay?

22　　　　　**MR. PETROSINELLI:**  That never happens.

23　　　　　**THE COURT:**  Yes.  I would -- and that's fine.

24　Never happens is fine.  I am -- I thought it would be --

25　you know, I will tell you, there was a great debate.  Some

1    of y'all have read my book.  There's a -- was a great

2    debate about using the doll studies in the Brown -- in

3    the -- in Briggs vs. Elliott, which became Brown, the

4    Brown case, the use of the dolls.  Nobody had ever done

5    anything like that.  I guess at the -- if they had

6    answered that way, Thurgood Marshall would not have used

7    the dolls.  But Marshall said he had a young assistant,

8    Robert Carter, later a District Judge in New York, some of

9    y'all from New York would have known Judge Carter, he was

10   like 30 years old.  He said, you know, we've got to do

11   this new cutting edge thing.  And Marshall's, you know, a

12   little skeptical but then believed and you have got to

13   prove your damages if you have a case.  He said, I'll tell

14   you what, you send Clark to South Carolina.  Let him do it

15   in South Carolina.  Go right to the site.  Don't just have

16   a theory.  Go prove it in Summerton, South Carolina.  And

17   he did.  It was a powerful piece of evidence.

18          Now, if you go to one of -- if you go to the

19   sites and you test them and it's a -- it's a home run for

20   the plaintiffs, bad for the defendants.  If it's a washout

21   for the plaintiffs, bad for the plaintiffs.  Right?  I

22   mean, it's not decisive either way.  But it's just a piece

23   of important evidence.

24          But I can't -- it's like the whole thing with

25   the tolling.  I can't make you do it.  I am not going to

1   make you.  I'm not going to try to make you do it at this

2   stage.  At some point, medical monitoring, in those states

3   which allow it -- I think it's eleven states we looked at

4   last, I think seven of them allowed it -- might be a

5   remedy we will consider.

6           I will tell you that the -- and I'm told the C8

7   Panel stuff is worthless on one side and its, you know,

8   Nobel Prize Laureate stuff on the other, okay?  I'll hear

9   more at Science Day about all that.  I'm interested in it.

10          I just, you know, one observation I have is that

11  in a perfect world without statutes of limitation and the

12  race to the courthouse, we -- this lawsuit might have been

13  brought a couple years from now, with a little more of the

14  data everybody wished they had.  And I've told you in the

15  midst of this we're going to get data that is going to

16  help or hurt parties.  I mean it, it just will.  And the

17  more information we have, the better.

18          But there are things I have the power to do and

19  there are things I -- I don't have the power to do.  And

20  one of the things I don't have the power to do is make

21  y'all do a medical monitoring program, to actually -- I

22  think the defendant referred to it dismissively as an

23  epidemiological study in the midst of litigation.  If the

24  plaintiffs are going to do that, they need to do it

25  themselves.  I can't make the defendants do it.

1          But Mr. London, it might be something y'all can

2     do, you know.  And you might well do it, but you won't do

3     it with the cooperation of the defendants.  And it's

4     entirely their prerogative not to agree to that.  No need

5     to file a memorandum any further on that.  I got the

6     defense position.  I already agreed with it, frankly,

7     before I had made those statements.

8          City of Newburgh's amended complaint.  The

9     United States has some concerns about that.  What's going

10    on with that?  Y'all know anything about that?  Anybody?

11    I'm looking at blank looks here.

12          MR. THOMPSON:  Judge, this is the communication

13    I had yesterday.  The -- plaintiff's counsel from the City

14    of Newburgh needs to amend, or desires to amend his

15    complaint both for -- to add an additional claim and to --

16          THE COURT:  Add the United States.  Don't they

17    want -- do they want --

18          MR. THOMPSON:  No, no.  As I understand -- well,

19    he -- he is available to speak to you.

20          THE COURT:  He's standing behind you.

21          MR. THOMPSON:  And I think he probably thinks

22    I'm not going to do as good a job discussing it as he.

23          THE COURT:  He would have good reason to think

24    that.

25          MR. THOMPSON:  Oh, that's so unfair.

1           THE COURT:  Come on forward and tell me what the

2    issue is and let me understand.

3           MR. KNAUF:  Your Honor, Alan Knauf for City of

4    Newburgh.

5           THE COURT:  Yes.

6           MR. KNAUF:  We did serve an amended -- or we did

7    file, excuse me, an amended complaint --

8           THE COURT:  I saw that on the 23rd, yes.

9           MR. KNAUF:  -- on Tuesday which we believe was

10   right under Rule 15 because we're still working --

11          THE COURT:  You're probably not right about

12   that, but you're going to be able to get it done.  You're

13   going -- technically, if you look at the rule -- and I

14   might be wrong about this -- but I think the rule would be

15   it's 21 days after you file or 21 days after you get a

16   responsive pleading.  Okay?  So you have filed now a

17   motion to amend.  I would read -- I would, you filed an

18   amended complaint.  I would, frankly, read it as a motion

19   to amend.  Just, that's the way I would read it.  If the

20   Government objects or anybody objects to it, file your

21   objection to the motion to amend.  And I will rule.

22          But let me give you the short road here.  The

23   short road is, it's going to be amended.  And I will rule

24   it as -- once it's -- I rule it as a motion to amend and

25   you object, you know, I take that as a -- the 21 days is

1    starting to run and you have a right to amend.  So you're

2    going -- you're going to be able to amend your complaint.

3    We're supposed to do it.  We're -- because of the delay in

4    filing answers, this is getting a little -- you know,

5    these kind of standard practices get disrupted a little

6    bit.  But you're going to be able --

7            Does anybody object to the City of Newburgh's

8    amended complaint?

9            MS. FALK:  Your Honor, we're consulting with the

10   Southern District of New York, who's actually been working

11   with the plaintiffs on -- on this particular matter.

12           THE COURT:  I want you in ten days to let me

13   know whether there's an objection.

14           MS. FALK:  Sure.

15           THE COURT:  And if there's not an objection, I'm

16   going to -- I'm going to rule it as a motion to amend

17   granted.  Okay?

18           MS. FALK:  Yeah.

19           MR. KNAUF:  Your Honor, I did have a formal

20   motion drafted that I have in my file.  Should I file it?

21           THE COURT:  Go ahead and file it.  I'm going to

22   backdate it to the day of your amended complaint.

23           MR. KNAUF:  I don't need anybody else to sign it

24   or --

25           THE COURT:  No, no.  You're welcome to do that.

1    It's just your amended complaint.

2              Mr. Thompson, have you got any concerns?

3              **MR. THOMPSON:**  Judge, just from the -- the

4    aspect of unexamined consequences, the CMO requires that

5    motions filed with the Court are to be filed by leaders --

6    or to be signed by leadership.

7              **THE COURT:**  Okay.  Here's what you're going to

8    do then.  Why don't you -- I think Mr. Thompson is

9    actually right about this.  I fussed with Mr. Petrosinelli

10   last time about this.  You need -- anybody who wants to --

11   you know, like an amended complaint, just present it to

12   committee.  If you don't have -- if they won't agree to

13   it, you present it to me at the next status conference if

14   they won't file the motion for you.  This is one that they

15   would routinely -- you know, they would have no reason not

16   to agree to.

17             **MR. KNAUF:**  I am against a Monday -- my deadline

18   of Monday, because of my federal tort claim.

19             **THE COURT:**  Well, your mo -- you're fine.  You

20   can file a motion to amend.  You're -- you're within the

21   time.  Don't worry about that.

22             **MR. KNAUF:**  Thank you.  And the other issue was

23   Ms. Williams at one of the previous conferences brought up

24   the venue.

25             **THE COURT:**  Venue is not an issue.  I am not

1    trying to move venue.  Venue is still in New York.  This

2    is just pretrial.  I'm the pretrial judge.  That's all

3    that there is.  Venue is -- remains in New York.  Under

4    Lexecon, I couldn't even try the case here if I wanted to

5    unless the parties consented.

6              MR. KNAUF:  Okay.  Great.

7              THE COURT:  Okay.

8              MR. KNAUF:  We -- normally in that -- I mean,

9    we, obviously, only filed -- we'll just come in --

10             THE COURT:  Yes.

11             MR. KNAUF:  -- and add them.

12             THE COURT:  Right, and we don't go back.  And

13   under my rule -- my CMO-1 you don't go back to the -- to

14   the original court to -- to do an amendment.

15             MS. FALK:  Your Honor, maybe it will short

16   circuit this.  The United States, I think, don't

17   anticipate filing anything objecting to the amended

18   complaint.

19             THE COURT:  The motion to amend is granted.  You

20   don't have to file anything.  Okay?  Done.

21             MR. KNAUF:  All right.  Thank you, Your Honor.

22             MR. EDLING:  Your Honor?

23             THE COURT:  Yes?

24             MR. EDLING:  Matt Edling.  And I consulted with

25   the PEC on this.  Just -- I suspect there is going to be a

1  number of parties who will seek to amend before your

2  August 4th deadline.  I might suggest, on motions to

3  amend, perhaps to alleviate some of the strain on Mike,

4  Scott, and Paul, if --

5       THE COURT:  Don't worry about the strain on

6  them.  They can handle it.

7       MR. EDLING:  Well, the --

8       THE COURT:  I put them on this because they can

9  handle this.  They told me they could.

10      MR. EDLING:  They can.  But the concept of them

11  signing motions to amend seems -- as opposed to just

12  seeking -- you know, I --

13      THE COURT:  Just submit it to them.  They can

14  file one line, we consent to all of these.

15      MR. EDLING:  Good.  Thank you.

16      THE COURT:  Okay.  Thank you.

17      MR. LONDON:  And I think Your Honor addressed

18  that.  Thank you.

19      THE COURT:  Yes.  But it makes the point that

20  we're trying to have some control, support of our

21  leadership.  That's really the key here because otherwise

22  we have, in my view, chaos.

23      Let me talk a moment.  I -- I'm sure everyone

24  noticed that I filed a Science Day Order.  Did everybody

25  see that?  Surprise.  And y'all notice that I -- the one

63

1   thing about it is I didn't do anything that any of y'all

2   wanted me to do.  I did it exactly the way -- I think

3   y'all had made -- y'all were -- y'all were going to

4   spoonfeed me.  And I was going to sit there.  What was it

5   Judge Sirica said, I was going to sit there like a -- like

6   a fool watching the parade go by or something like that?

7   Or was it nincom -- I was going to be like a nincompoop

8   watching the parade go by?

9        I think I asked the -- under Paragraph 7, all

10  the questions, everybody's terrified what the answer is,

11  right?  Because nobody really knows the answer to these,

12  is my guess.  Or at least they won't admit to themselves

13  that they don't really know the answer.  But these are the

14  central questions in my view of the case.  And I've been

15  doing a lot of reading, and I don't know the answers to

16  these questions.

17        So I'm really interested in -- I mean, there are

18  all these different, dramatically different, numbers for

19  what is toxic to human health?  What's risk to human

20  health?  What's the underlying basis for these -- for

21  this, for these tremendously varied numbers?

22        And to that end, the plaintiffs put in a -- in a

23  filing with me, I can't remember what document.  It was

24  recent.  That -- it was the thing about medical

25  monitoring.  It made the statement that the C8 Medical

64

1    Panel had used 50 parts per trillion.  Where'd that come

2    from?  Because when I read the studies I've read from the

3    medical panel, I haven't found specific numbers.  Maybe

4    I'm not looking hard enough.  Maybe I don't understand

5    what they're saying.

6            They talk about certain cause -- certain

7    conditions, like certain cancers, were at the highest

8    level.  But they don't define what the highest level of

9    exposure is.  I don't -- I haven't been able to find that.

10   And it may be that I'm just having a -- I'm not looking

11   hard enough or I'm looking fully.  So where did this

12   50 parts per trillion come from?  Yes?

13           **MR. LONDON:**  Your Honor, it was part of the

14   class definition.  And at the time, back in '04, '05, that

15   was the lowest detection number.

16           **THE COURT:**  The lowest detection number in the

17   data they were --

18           **MR. LONDON:**  That was -- at that time, correct.

19           **THE COURT:**  Did they later get more spe --

20   more --

21           **MR. LONDON:**  Oh, no, that was how the class was

22   defined.  50 parts per trillion for a year of expo -- one

23   year of drinking the water.

24           **THE COURT:**  Yeah, but see, but the studies

25   indicated that from the -- I understand, I know how you

1    defined the class.  What -- what was unclear to me was

2    when the medical panel was saying testicular cancer is

3    present with the highest rate of exposure; what was that

4    rate of exposure?  I just don't know.  And I'm trying to

5    figure out, and you have all these different groups

6    recently using 10 to 14 parts per trillion.  What is the

7    data there?  The EPA uses 70 parts per trillion.  The

8    Department of Defense is relying on that in a lot of their

9    work.  What is the basis for that?  Does the CDC Panel,

10   didn't they have some low number as well?  What was --

11   what was that all about?  There's a New Jersey Water

12   Quality Authority that had some numbers.  I just think

13   we -- this is going to end up being kind of important.

14          I think about what -- and I will say, it may be

15   particularly important on the water district cases because

16   think about this for a moment.  If the water districts say

17   the defendants contaminated our product.  We have this

18   product called water.  And we sell our water.  And it

19   contaminated our product.  And you'll say, well, you have

20   25 parts per trillion.  Is that's not -- is that

21   contamination or not contamination?  It might well go on

22   what the science shows.  Is there a reasonable basis for

23   that concern?  Because -- is there a reasonable scientific

24   basis?

25          I think this is, like, a really important

1    question to sort out.  And, you know, I'm going to be --

2    I'm going to be interested in hearing out the -- your

3    ex -- your respective experts on that issue about, you

4    know, is there a scientific basis for these various

5    numbers.  And we've talked before about how small so many

6    parts per trillion really is.  I mean, we're talking

7    about, you know, drops of -- of the -- of the product in a

8    large body of water.

9              So I -- I think it's -- it's just -- I think

10   that is a very important issue which I'll be asking -- I

11   have a lot of interest in, and which I think is very

12   important to the claims of the plaintiff and the defenses.

13             Mr. Summy, you have something to add about that?

14        **MR. SUMMY:**  Yes, Your Honor.  I just want to

15   comment that, you know, the questions you're asking I

16   think are right on point.  They're especially important

17   for water providers.  And, you know, we believe that the

18   experts, certainly on the plaintiffs' side, are going to

19   be prepared to address those and have a strong basis to,

20   you know, describe for the Court what these states are

21   doing and what the basis for these numbers are.  And so we

22   look forward to that opportunity.

23        **THE COURT:**  Good.

24        **MR. OLSEN:**  Your Honor?

25        **THE COURT:**  Yes?

1          **MR. OLSEN:**  Just one question from the defense

2     perspective.  We talked to the PEC last night and they're

3     contemplating it, but in looking -- and thank you, I agree

4     with Mr. Summy that -- that we agree these are important

5     questions and we'll be prepared to address them.  If you

6     look at the questions that Your Honor outlined, the first

7     five categories, you have environmental remediation

8     questions.  And at the top cycle, human effect questions.

9     And that, at least from the defense perspective, falls

10    into two readily-definable buckets.  And we have two

11    experts can -- that can address it.

12          That last category, talking about alternative

13    products, that's at least from our perspective really a

14    separate question.  And we're not looking to expand the

15    time limit at all.  Two hours is perfectly fine.  But from

16    the defense perspective, we were thinking that three

17    experts would be very helpful for us to address those kind

18    of three buckets where we would have a separate expert to

19    address that AFFF question in the same time limit.

20          **THE COURT:**  Mr. London, what's the plaintiff's

21    view?  Or Mr. Summy?

22          **MR. LONDON:**  Mr. Summy is going to address this.

23          **MR. SUMMY:**  Your Honor, the first I heard about

24    this was last night at the cocktail party where they were

25    talking about this.  Our current plan is to have two

1    experts address this.  But, you know, we have --

2         THE COURT:  How about up to three?  Up to three.

3    Y'all -- if y'all want three, and you hit the same time

4    limit, I don't care.

5         MR. SUMMY:  Okay.

6         THE COURT:  I want -- do want people to know

7    what they're talking about.  Okay?  I mean --

8         MR. SUMMY:  Sure.

9         THE COURT:  -- you know.  And, you know, I've

10   said we're going to begin the process by them telling me

11   which is in their expertise.

12        I once had this case where we had two lawyers --

13   sorry, guys -- from the Department of Justice, from

14   different divisions of the Department of Justice.  And it

15   was -- it covered -- it was another environmental case

16   involving a cruise ship.  And one was from Natural

17   Resources and one from some other area.  And I would ask

18   one of them a question, and they said, well, that's hers.

19   And then they said, No, no, that's yours.  And there

20   was -- nobody would own it, you know?  And I was saying,

21   Come on, guys, one of y'all, just one person needs to

22   answer my question.

23        So I do want to know who's going to answer those

24   questions.  And I recognize there are areas which may be

25   outside the expertise, because I do go in different -- in

1   different areas.  But, you know, I think this Science Day

2   might not only be helpful for me -- you know, that's what

3   it's really intended for, selfishly, for me.  I think it

4   ought to help all of y'all to think more deeply about the

5   underlying science on -- on your respective positions.

6           Okay.  Now, that is the list I had.  Are there

7   additional issues that the parties need to address with

8   me?

9           **MR. THOMPSON:**  No, Your Honor.  Thank you very

10  much.

11          **MR. PETROSINELLI:**  I have one, Your Honor.

12          **THE COURT:**  Yes sir.

13          **MR. PETROSINELLI:**  Just an update for you.  You

14  might have seen this on the agenda.  The State of New York

15  had filed a second complaint in the Northern District of

16  New York.  And they tried to get that court to decide on

17  the motion to remand.  I appeared in a hearing, I think it

18  was Tuesday, before the magistrate judge up there where we

19  argued that any motion to remand should be brought before

20  Your Honor.

21          **THE COURT:**  Correct.

22          **MR. PETROSINELLI:**  And I'm happy to report that

23  the magistrate judge granted our motion to stay that case,

24  which -- and when he did that, the State of New York then

25  withdrew their opposition to transfer the case to Your

1  Honor.  So I don't know what that was all about, but all I
2  can say is I'm happy to say that that case is on its way.
3        **THE COURT:**  Let -- let me just say, I understand
4  how some of the parties may feel like their issues aren't
5  being addressed like step one, theirs's may be step two or
6  three.  I get that.  I really do.  And I'm going to -- I'm
7  going to try to stay very conscious of the interests of
8  all the parties not to unduly address -- not to address
9  one set of claims and completely ignore the interests of
10 others.  But there are limitations when you have 110
11 really complicated cases.
12        And folks, tell me, do we have a lot more
13 coming?  What are we hearing?
14        **MR. LONDON:**  Yes.
15        **MR. PETROSINELLI:**  I should say that the State
16 of New York just filed, I think yesterday, a third case in
17 that same court.  I'm hoping, given what's happened, that
18 they won't oppose transfer and try to end run -- end run a
19 motion to remand, but I guess we'll see.
20        **THE COURT:**  Folks, let me ask you what may just
21 be a completely ridiculous idea, but one in which I think
22 the parties would have a common interest in this.  I have
23 attempted on my own to gather as much information as I
24 can.  I've been reading the various Department of Defense
25 reports to congress on publicly-released reports.  And I

1    have read the interests of numerous congressmen of all

2    parties, all parts of the country who have understandable

3    concern about the effects of this product may have in

4    their individual congressional districts and in and around

5    military installations.

6              I made a reference before that to the extent

7    that the plaintiff's claim have merit -- claims have

8    merit, that this could be an existential threat to the --

9    to the defendants.  The -- I don't think the -- the

10   liability could be extraordinary.

11             The Government has filed motions to a certain

12   governmental immunity.  I don't think anybody would argue

13   that to the extent there is culpability or responsibility

14   here, which is yet to be determined, the Government was an

15   active participant in that.  There is no question about

16   that.

17             And I'm not saying anything intentional.  I just

18   think in terms of who allege -- you know, who was involved

19   in the exposure of the product to servicemen and to people

20   living in and around military installations and so forth

21   or near these products where the -- where the product was

22   exposed.

23             That seems to strike me that there needs to be

24   some careful consideration of whether in -- in a reso --

25   potential resolution of this case the United States should

1    not participate.  It may be -- have to be a voluntary

2    congressional act, a version of -- sort of the 9/11

3    situation, where the United States may participate in a

4    settlement fund.  I -- and I would suggest as -- and

5    you've got many, many things on your plate -- that y'all

6    might in common seek to start a dialogue with congress on

7    that issue.

8            I know there are a lot of congress members of

9    the House and Senate vitally interested in this subject.

10   I see it on the internet.  They're very concerned.  And

11   it -- it would have to be a decision by congress to do

12   that.

13           To the extent there's governmental immunity,

14   that would -- that would be the responsibility.  But it

15   has been known, of course, there are instances where the

16   Government by -- you know, we traditionally call those

17   private bills where the Government steps in and

18   contributes.

19           So I simply say to you -- to all of you that

20   that might be a source of something of common interest

21   that y'all ought to be exploring.  It would not be a fast

22   process.  But, you know, all across the country, news

23   reports -- I suspect the plaintiffs lawyers may have some

24   role in this -- are starting to pop up about the dangers

25   of this contamination.  And that is, obviously, generating

1    a great deal of public concern and perhaps response by

2    people who are in elected positions who may be in a

3    position to play some role in what may be necessary to

4    remediate.

5           I -- you know, the Government has spent, I don't

6    know, Ms. Williams, hundreds of millions of dollars now on

7    remediation?  Is that fair?

8           **MS. WILLIAMS:**  Yes, Your Honor.

9           **THE COURT:**  So, obviously, this is a -- this is

10   a big task.  It may be bigger than anybody sitting in this

11   courtroom can han -- do themselves.

12          Anything further to come before the Court?

13          Yes, sir?

14          **MR. DESAI:**  Yes, could I just respond very

15   briefly as to --

16          **THE COURT:**  Come on forward.

17          **MR. DESAI:**  Thank you, Your Honor.

18          **THE COURT:**  Yes.

19          **MR. DESAI:**  Mihir Desai from the State of New

20   York.

21          **THE COURT:**  Yes.  You're the one filing all the

22   lawsuits.  You're starting to act -- you need to come sit

23   with the plaintiffs here.  You're going to be like -- you

24   know, you're starting to act like a good plaintiff's

25   lawyer.

1      **MR. DESAI:**  It is correct we had a case pending

2  in the Northern District of New York.  We just -- we think

3  that case still belongs in the state court of New York

4  because there's not a basis for federal court

5  jurisdiction.  There are no federal contracts at issue

6  with the sites that are -- regarding -- in that complaint.

7  But the judge there in the status conference that was

8  referred to earlier this week said that there was not time

9  adequately to address a rule on a remand motion by the

10  time the JPML ruled on the transfer motion, so therefore

11  we did withdraw.

12      **THE COURT:**  Yeah.  Let me tell -- let me say

13  this.  In my Lipitor case, I remanded a lot of cases.

14      **MR. DESAI:**  Okay.

15      **THE COURT:**  I mean, we -- we -- I had a

16  magistrate judge who did nothing but handle remand cases,

17  and we had some where they didn't have complete diversity

18  and so forth.  And we, you know, we remanded it.  The

19  question is can you have some kind of central decision

20  making in all of this so you don't ask random judges all

21  across the country to address the very -- the identical

22  issue?  So we may have other remand motions.  I'm not

23  promoting remand.  I think the MDL makes a lot of sense to

24  kind of getting central control and having -- keeping as

25  many people here as appropriate to be here.  And, you

1    know, I'm a believer in the system.  But there are

2    instances where this Court doesn't have jurisdiction.

3    And, you know, if so -- and if that's the case, so be it.

4            **MR. DESAI:**  There are sites in New York where we

5    may expand our complaint, file new suits.  And some of

6    that may involve military sites.  And Your Honor has

7    already ruled on a remand motion with respect to that.

8            **THE COURT:**  I have.

9            **MR. DESAI:**  And then we certainly wouldn't

10   oppose that in the future.  But there are different types

11   of sites.

12           **THE COURT:**  Well, to the extent you have a --

13   you come here and you have a remand motion after the panel

14   transfers it to me, make your motion.  And, you know,

15   under the leadership, you should at least -- you know, you

16   need to consult with --

17           **MR. DESAI:**  Sure.

18           **THE COURT:**  -- with the PEC.  And if they don't

19   approve, they aren't willing to sign on, you would come

20   before me for permission to file it.  And then I will -- I

21   will address whether, you know, whether -- I will tell you

22   that I would -- I will likely address a remand motion.  I

23   mean, I'm -- even if the PEC doesn't agree to it, I

24   would -- I'm going, I'm going to hear out remand motions.

25   So -- and I'll address them on the merits.

76

1          MR. DESAI:  Thank you, Your Honor.

2          THE COURT:  Okay.  Thank you.

3          Anything further?

4          MR. THOMPSON:  Judge --

5          THE COURT:  Hearing's adjourned.

6          MR. THOMPSON:  -- thank you.

7          (WHEREUPON, court was adjourned at 10:33 a.m.)

8                              ***

9    I certify that the foregoing is a correct transcript from

10   the record of proceedings in the above-entitled matter.

11        s/Karen E. Martin                8/4/2019

     _____     _____
12   Karen E. Martin, RMR, CRR            Date

13

14

15

16

17

18

19

20

21

22

23

24

25

MR. DESAI: [9]  73/13 73/16 73/18
73/25 74/13 75/3 75/8 75/16 75/25
MR. DUFFY: [1]  4/10
MR. DUKES: [1]  4/4
MR. EDLING: [5]  61/21 61/23 62/6
62/9 62/14
MR. KNAUF: [11]  58/2 58/5 58/8
59/18 59/22 60/16 60/21 61/5 61/7
61/10 61/20
MR. LONDON: [57]  3/16 13/17 13/21
14/1 14/5 15/6 15/14 15/17 15/24
18/20 19/2 19/20 20/12 21/6 21/15
21/23 22/4 27/13 27/15 27/18 27/21
27/23 28/2 29/2 29/8 30/10 30/15
31/11 33/6 33/14 39/11 39/13 39/16
40/6 41/12 42/8 42/12 43/6 43/14
43/21 44/5 44/9 46/15 46/19 46/24
49/24 50/2 50/4 50/7 50/9 50/16 62/16
64/12 64/17 64/20 67/21 70/13
MR. NAPOLI: [14]  3/20 16/8 16/25
22/8 22/10 22/19 23/8 24/13 24/25
25/5 25/13 26/9 26/16 26/19
MR. OLSEN: [3]  4/7 66/23 66/25
MR. PETROSINELLI: [12]  3/22 4/1
25/9 28/3 39/8 39/20 53/24 54/21
69/10 69/12 69/17 70/14
MR. RING: [16]  4/12 12/10 13/8 17/20
17/23 17/25 18/7 18/10 32/16 42/24
43/2 45/5 45/8 45/10 45/21 45/23
MR. SUMMY: [5]  3/18 66/13 67/22
68/4 68/7
MR. THOMPSON: [13]  3/14 50/23
52/24 53/8 53/15 57/11 57/17 57/20
57/24 60/2 69/8 76/3 76/5
MS. FALK: [10]  4/14 51/23 52/3 52/8
52/11 52/19 59/8 59/13 59/17 61/14
MS. KNAUER: [19]  33/16 33/18 34/11
34/13 34/19 34/22 35/1 35/11 36/8
36/11 36/14 36/19 37/1 37/6 38/25
39/6 51/1 51/4 51/8
MS. WILLIAMS: [1]  73/7
THE COURT: [167]

'
'04 [1]  64/14
'05 [1]  64/14
's [1]  48/9

1
10 [5]  39/8 45/24 46/3 46/21 65/6
10:33 [1]  76/7
11 [2]  39/15 72/2
110 [4]  5/4 6/22 6/23 70/10
11th [1]  41/1
12 [1]  51/7
120 days [1]  21/1
14 [4]  10/25 41/19 45/16 46/7
14 parts [1]  65/6
15 [3]  8/3 47/7 58/10
150,000 [2]  23/8 23/17
16 [1]  42/6
19 scheduling [1]  48/3

2
20 [1]  47/7
20 percent [1]  24/3

2019 [4]  1/13 3/1 16/24 76/11
21 days [3]  58/15 58/15 58/25
23rd [1]  58/8
25 [2]  7/4 39/15
25 parts [1]  65/20
26 [2]  1/4 3/1
2873 [1]  1/3
29402 [1]  2/18
2:18-MN-2873 [1]  1/3

3
30 [5]  6/24 41/11 48/9 50/16 50/21
30 years [1]  55/10
30th [1]  50/13 52/20
37 [2]  28/18 49/21
3M [2]  12/13 41/22

4
401 [2]  12/24 12/25
4th [1]  62/2

5
50 parts [3]  64/1 64/12 64/22

6
63 days [2]  19/1 27/19

7
70 parts [2]  40/3 65/7

8
8,000 [1]  22/21
8/4/2019 [1]  76/11
835 [1]  27/1
864.201.8411 [1]  2/18

9
9/11 [1]  72/2
90 days [3]  20/17 20/25 47/24
98 and [1]  27/19
98 days [17]  17/22 17/23 18/5 18/24
19/2 21/3 21/13 21/22 21/24 22/2 22/3
27/10 27/10 27/11 29/15 39/12 41/12
9:03 [1]  3/2

A
a.m [2]  3/2 76/7
abbreviated [1]  20/1
ability [1]  37/5
able [10]  10/5 18/18 24/13 37/3 38/1
40/12 58/12 59/2 59/6 64/9
about [77]
above [1]  76/10
above-entitled [1]  76/10
absence [1]  25/23
Absolutely [1]  51/8
abuse [1]  7/10
accept [1]  38/9
acceptable [3]  8/8 30/13 30/16
accepted [1]  21/24
access [4]  6/3 6/7 9/17 45/13
accomplished [1]  9/11
according [1]  12/24
accused [1]  48/14
across [2]  72/22 74/21
act [3]  72/2 73/22 73/24
action [2]  18/20 22/20
actions [2]  37/7 42/14

active [1]  71/15
actually [12]  9/10 13/9 28/12 29/9
30/21 44/21 45/25 49/12 53/15 56/21
59/10 60/9
add [6]  16/8 46/5 57/15 57/16 61/11
66/13
additional [10]  15/3 16/25 32/23 33/21
36/25 37/1 50/25 52/7 57/15 69/7
address [20]  37/14 49/1 52/15 52/16
53/24 66/19 67/5 67/11 67/17 67/19
67/22 68/1 69/7 70/8 70/8 74/9 74/21
75/21 75/22 75/25
addressed [3]  49/11 62/17 70/5
adequate [2]  8/17 12/3
adequately [1]  74/9
adjourned [2]  76/5 76/7
admit [1]  63/12
adopted [1]  7/22 43/11
advance [1]  31/18
advantages [1]  36/5
advised [1]  53/3
advisement [1]  53/3
AFFF [3]  3/12 34/6 67/19
affirmative [3]  28/18 51/6 52/5
afford [1]  46/11
after [6]  38/24 39/14 49/1 58/15 58/15
75/13
afterthought [1]  41/1
again [6]  18/16 19/22 29/4 29/6 32/23
45/12
against [1]  60/17
agenda [2]  10/3 69/14
agendas [1]  10/3
agents [1]  46/2
ago [2]  5/11 33/12
agree [14]  13/10 13/12 23/18 25/23
42/15 53/14 53/19 54/7 57/4 60/12
60/16 67/3 67/4 75/23
agreed [6]  17/21 18/23 22/25 46/23
53/5 57/6
agreed-upon [1]  53/5
agreement [11]  19/4 20/18 24/16
24/22 25/3 25/4 25/9 25/11 25/11
25/23 26/14
ahead [5]  13/5 15/5 26/8 28/17 59/21
aided [1]  2/20
Air [3]  16/12 16/19 17/2
airport [1]  43/17
airports [1]  44/4
ALAN [2]  1/13 58/3
ALEXANDER [1]  1/15
all [59]  3/7 5/9 6/13 8/18 9/5 11/4
13/16 16/11 19/23 21/17 21/22 21/25
25/3 27/4 27/22 29/23 30/1 30/8 32/6
32/7 32/10 34/23 34/23 34/23 38/13
38/19 38/23 41/12 42/10 42/12 42/15
42/16 44/22 46/8 47/11 48/18 49/21
52/7 53/20 56/9 61/2 61/21 62/14 63/9
63/18 65/5 65/11 67/15 69/4 70/1 70/1
70/8 71/1 71/2 72/19 72/22 73/21
74/20 74/20
allegations [1]  14/8
allege [1]  71/18
alleged [5]  14/4 14/7 43/12 43/19
43/22
alleviate [1]  62/3
allocation [1]  44/24

**A**

**allow** [1] 56/3
**allowed** [2] 28/6 56/4
**allowing** [1] 9/17
**allows** [1] 12/3
**almost** [1] 8/11
**already** [7] 19/15 21/3 21/22 50/18 50/19 57/6 75/7
**also** [2] 32/6 46/1
**alternative** [2] 6/22 67/12
**although** [1] 12/14
**always** [3] 51/16 51/16 51/20
**am** [6] 11/19 17/14 54/24 55/25 60/17 60/25
**AMANDA** [1] 2/12
**amend** [14] 57/14 57/14 58/17 58/19 58/21 58/24 59/1 59/2 59/16 60/20 61/19 62/1 62/3 62/11
**amended** [10] 57/8 58/6 58/7 58/18 58/23 59/8 59/22 60/1 60/11 61/17
**amendment** [1] 61/14
**among** [2] 5/5 48/10
**amount** [1] 5/8
**analysis** [2] 5/13 32/9
**ANDERSON** [1] 1/24
**another** [4] 19/11 23/12 45/1 68/15
**answer** [19] 8/7 8/8 19/7 20/1 20/1 20/1 20/3 27/16 40/12 40/23 47/23 49/15 49/16 49/17 63/10 63/11 63/13 68/22 68/23
**answered** [2] 50/19 55/6
**answers** [4] 18/5 28/10 59/4 63/15
**anticipate** [2] 51/10 61/17
**anticipated** [1] 28/11
**any** [17] 5/6 6/5 6/6 11/17 19/14 32/20 33/4 34/19 44/1 47/17 48/3 51/25 52/11 57/5 60/2 63/1 69/19
**anybody** [9] 39/19 42/22 57/10 58/20 59/7 59/23 60/10 71/12 73/10
**anybody's** [1] 27/12
**anymore** [2] 22/4 51/1
**anything** [14] 18/9 19/10 19/12 24/24 26/16 36/7 55/5 57/10 61/17 61/20 63/1 71/17 73/12 76/3
**appeal** [2] 6/3 6/3
**appearance** [2] 20/2 20/23
**appeared** [2] 42/10 69/17
**appears** [1] 3/4
**applicable** [1] 46/20
**apply** [1] 46/17
**appreciate** [4] 4/23 19/22 43/19 47/4
**approach** [4] 5/1 13/25 25/6 30/11
**approached** [1] 22/21
**appropriate** [5] 18/18 26/12 42/19 47/8 74/25
**approve** [2] 7/19 75/19
**AQUEOUS** [1] 1/3
**are** [134]
**area** [3] 12/13 33/5 68/17
**areas** [3] 10/20 68/24 69/1
**aren't** [5] 33/23 34/1 38/18 70/4 75/19
**ARENAS** [1] 1/20
**argue** [3] 22/3 22/5 71/12
**argued** [1] 69/19
**argumentative** [1] 15/9
**arguments** [1] 37/20
**around** [4] 26/6 71/4 71/20

**artificial** [1] 30/2
**artificially** [2] 44/12 45/20
**as** [65] 4/25 4/25 7/18 9/3 9/3 9/8 12/11 15/8 15/10 15/18 15/19 22/15 22/24 25/14 25/25 28/23 29/13 29/24 31/18 33/5 33/11 34/3 34/3 34/25 35/7 35/23 36/1 36/21 36/22 38/23 40/25 42/7 42/7 42/19 43/8 43/12 43/12 43/13 43/16 43/18 46/14 46/14 46/18 47/2 52/5 53/4 53/7 53/7 56/22 57/18 57/22 57/22 58/18 58/24 58/24 58/25 59/16 62/11 65/10 70/23 70/23 72/4 73/15 74/24 74/25
**aside** [1] 24/20
**ask** [9] 7/7 12/18 12/19 34/20 41/22 51/2 68/17 70/20 74/20
**asked** [3] 49/13 49/18 63/9
**asking** [2] 66/10 66/15
**aspect** [2] 53/10 60/4
**aspects** [1] 12/6
**asserting** [1] 4/24
**assess** [1] 24/13
**assessment** [1] 24/7
**assistant** [1] 55/7
**at** [60] 3/2 5/12 5/14 6/1 6/5 9/25 11/23 12/21 13/21 13/22 14/22 16/4 19/13 21/5 21/9 21/17 23/2 23/19 23/23 29/11 30/20 30/22 31/5 31/7 31/10 31/15 31/18 31/20 31/22 34/19 36/3 38/13 38/23 39/23 51/10 52/14 52/18 54/19 55/5 56/1 56/2 56/3 56/9 57/11 58/13 60/13 60/23 63/12 64/7 64/14 64/18 67/6 67/8 67/9 67/13 67/15 67/24 74/5 75/15 76/7
**attack** [1] 54/11
**attempted** [1] 70/23
**August** [5] 16/24 50/13 50/16 50/21 62/2
**August 30** [2] 50/16 50/21
**August 30th** [1] 50/13
**August 4** [1] 16/24
**August 4th** [1] 62/2
**Authority** [1] 36/17 65/12
**available** [2] 53/22 57/19
**avoid** [1] 26/8
**avoided** [1] 49/21
**avoiding** [1] 26/3
**aware** [2] 7/13 52/14

**B**

**back** [12] 6/16 16/5 18/2 25/15 30/14 40/20 44/8 44/19 53/2 61/12 61/13 64/14
**back-and-forth** [1] 18/2
**backdate** [1] 59/22
**bad** [2] 55/20 55/21
**balance** [1] 51/20
**ball** [4] 15/23 16/1 17/13 20/3
**base** [4] 16/13 16/19 17/3 43/18
**based** [2] 19/6 21/1
**basically** [4] 5/15 10/9 37/23 52/24
**basis** [8] 63/20 65/9 65/22 65/24 66/4 66/19 66/21 74/4
**Bataan** [1] 48/15
**battleship** [2] 20/7 20/16
**be** [138]
**became** [1] 55/3

**because** [42] 5/14 5/22 6/2 8/19 10/2 10/23 14/1 14/2 16/9 17/3 17/10 23/7 25/25 26/8 30/3 32/8 32/10 33/23 34/9 35/22 37/25 38/12 38/17 43/10 43/23 44/24 50/6 51/11 51/24 52/14 54/10 58/10 59/3 60/18 62/8 62/21 63/11 64/2 65/15 65/23 68/25 74/4
**beefing** [1] 11/1
**been** [16] 26/21 28/20 33/22 34/15 39/24 40/12 41/3 41/11 46/6 52/24 56/12 59/10 63/14 64/9 70/24 72/15
**before** [19] 1/7 7/15 7/20 8/23 20/16 20/19 27/4 34/5 41/2 49/11 51/12 57/7 62/1 66/5 69/18 69/19 71/6 73/12 75/20
**begin** [1] 68/10
**begins** [1] 7/20
**begun** [2] 9/15 20/2
**behalf** [1] 12/12
**behind** [1] 57/20
**being** [10] 5/15 6/3 6/22 23/12 26/7 29/7 35/14 39/2 65/13 70/5
**believe** [7] 16/12 23/14 40/10 53/11 54/13 58/9 66/17
**believed** [1] 55/12
**believer** [1] 75/1
**bellwether** [2] 31/19 31/25
**bellwethers** [1] 10/8
**belongs** [1] 74/3
**BEN** [1] 2/3
**benefit** [2] 5/13 24/4
**BEREZOFSKY** [1] 2/2
**best** [3] 4/2 9/24 14/10
**better** [4] 45/19 47/10 47/11 56/17
**between** [3] 22/15 22/25 45/6
**beyond** [1] 11/20 23/21
**biblical** [4] 17/23 27/17 28/1 28/3
**big** [5] 10/23 11/21 37/24 54/4 73/10
**bigger** [1] 73/10
**BILL** [1] 2/4
**bills** [1] 72/17
**bind** [1] 14/16
**bit** [6] 4/24 14/20 30/13 31/13 43/8 59/6
**bite** [1] 11/23
**biting** [1] 6/1
**blank** [1] 57/11
**blind** [1] 16/19
**blue** [1] 31/8
**body** [1] 66/8
**bogus** [1] 24/2
**bonus** [1] 50/24
**book** [1] 55/1
**both** [2] 17/21 57/15
**Box** [1] 2/17
**branch's** [1] 44/17
**BRIAN** [2] 2/6 4/11
**briefing** [1] 27/4
**briefly** [3] 45/22 49/11 73/15
**Briggs** [1] 55/3
**bring** [1] 26/13
**broad** [3] 5/20 6/4 31/24
**broader** [1] 43/21
**bronze** [1] 15/6
**brought** [5] 10/9 36/20 56/13 60/23 69/19
**Brown** [1] 55/2 55/3 55/4

**B**

buckets [2] 67/10 67/18
building [1] 29/6
bullied [1] 5/15
burden [2] 6/20 48/24
burdensome [2] 8/7 8/13
BURKE [1] 1/17
business [1] 49/5
but [99]
button [1] 40/4
buy [2] 15/14 15/17

**C**

C8 [2] 56/6 63/25
CADE [1] 1/23
calculation [1] 5/19
call [4] 41/10 44/25 53/24 72/16
called [3] 3/2 29/18 65/18
came [4] 19/2 27/17 30/24 54/5
can [44] 7/7 7/8 12/14 13/15 14/10
14/18 15/4 15/14 19/17 25/7 26/2 30/14
30/21 32/14 32/16 33/13 34/20 36/16
38/2 39/21 39/25 40/4 42/7 45/7 45/14
45/22 46/10 46/14 49/2 50/20 51/16
52/20 57/1 60/20 62/6 62/8 62/10
62/13 67/11 67/11 70/2 70/24 73/11
74/19
can't [18] 23/14 23/15 24/21 24/25
26/16 26/18 35/21 37/19 37/22 37/22
38/13 38/22 41/6 47/18 55/24 55/25
56/25 63/23
canary [1] 37/19
cancer [1] 65/2
cancers [1] 64/7
cannon [1] 38/24
cannot [1] 23/14
care [3] 11/9 41/6 68/4
careful [1] 71/24
carefully [1] 20/9
CARLA [1] 1/17
CARO [1] 1/19
CAROLINA [5] 1/1 10/9 55/14 55/15
55/16
CARPENTER [1] 2/15
carry [1] 8/13
Carter [2] 55/8 55/9
case [38] 5/2 7/5 8/15 9/6 21/23 22/16
22/16 24/12 24/17 25/16 29/1 30/3
30/22 32/24 33/2 36/2 37/22 37/23
47/13 47/22 49/4 51/19 52/17 55/4
55/13 61/4 63/14 68/12 68/15 69/23
69/25 70/2 70/16 71/25 74/1 74/3
74/13 75/3
case-specific [3] 30/3 32/24 33/2
cases [28] 5/4 5/6 5/14 10/8 12/25
13/16 13/19 15/18 17/22 18/23 22/21
23/7 23/8 23/17 24/14 26/21 26/22
29/13 31/18 31/20 32/8 36/18 37/18
40/2 65/15 70/11 74/13 74/16
categories [1] 67/7
category [1] 67/12
causation [7] 11/20 23/25 32/4 32/7
33/3 34/6 37/20
cause [2] 16/13 64/6
caused [2] 16/15 54/10
causes [1] 54/16
CDC [1] 65/9

central [4] 45/17 63/14 74/19 74/24
century [1] 6/8
CERRETA [1] 2/11
certain [8] 8/22 24/9 45/4 48/18 64/6
64/6 64/7 71/11
certainly [4] 12/14 33/2 66/18 75/9
certify [1] 76/9
cetera [4] 35/14 37/9 47/25 48/9
chance [1] 52/19
changed [1] 23/2
changes [1] 5/10
chaos [2] 38/12 62/22
CHARLES [1] 1/19
CHARLESTON [3] 1/2 2/18 53/24
CHIN [1] 2/13
CHIN-ZEN [1] 2/13
choose [1] 49/10
CHRISTENSEN [1] 1/21
CHRISTIAN [1] 1/20
CHRISTINA [3] 1/18 2/7 4/15
chute [1] 47/22
circuit [3] 42/9 42/16 61/16
City [6] 36/18 36/20 57/8 57/13 58/3
59/7
Civil [1] 53/12
claim [9] 6/7 8/11 11/12 13/17 24/3
38/1 57/15 60/18 71/7
claims [12] 6/5 9/3 13/3 25/19 26/1
35/23 36/24 37/13 38/2 66/12 70/9
71/7
clarification [2] 43/10 51/3
Clark [1] 55/14
class [5] 22/20 22/23 64/14 64/21 65/1
clear [3] 7/5 17/17 49/3
clerk [2] 25/7 31/1
client [2] 16/11 36/17
client's [1] 16/15
clock [1] 48/11
close [2] 9/19 52/24
CMO [4] 12/12 32/20 60/4 61/13
CMO-1 [1] 61/13
co [1] 7/21
co-pleading [1] 7/21
coal [1] 37/19
cocktail [1] 67/24
coded [2] 30/24 47/17
coding [1] 30/22
COHAN [1] 1/14
collection [2] 34/5 35/16
color [4] 30/22 30/24 31/2 47/17
color-coded [2] 30/24 47/17
colorable [1] 11/12
Colorado [5] 16/10 16/11 17/8 22/13
29/25
come [20] 8/4 15/18 21/13 22/2 33/9
41/24 50/22 50/25 51/12 53/2 58/1
61/9 64/1 64/12 68/21 73/12 73/16
73/22 75/13 75/19
comes [2] 18/6 47/23
coming [7] 5/5 20/12 20/14 21/5 27/12
29/14 70/13
comment [1] 66/15
comments [1] 25/16
committee [2] 9/14 60/12
common [4] 41/8 70/22 72/6 72/20
communication [4] 41/20 41/23 42/4
57/12

communications [2] 42/2 47/12
communities [1] 73/3
compared [1] 9/22
complaint [20] 14/5 14/7 21/10 43/13
43/13 43/19 43/23 57/8 57/15 58/7
58/18 59/2 59/8 59/22 60/1 60/11
61/18 69/15 74/6 75/5
complaints [3] 12/22 23/3 25/12
complete [2] 44/9 74/17
completed [6] 12/4 12/10 18/6 18/14
18/19 20/11
completely [4] 38/16 54/7 70/9 70/21
completing [1] 12/5
complex [2] 5/5 5/23
complicated [1] 70/11
comprehensive [2] 46/11 46/13
computer [1] 2/20
computer-aided [1] 2/20
concept [1] 62/10
concern [3] 65/23 71/3 73/1
concerned [3] 35/10 43/15 72/10
concerning [1] 36/24
concerns [3] 13/25 57/9 60/2
conditions [1] 64/7
conduct [2] 18/18 53/12
confer [4] 7/15 40/21 43/11 49/1
conference [6] 1/6 3/12 9/11 9/12
60/13 74/7
conferences [2] 37/17 60/23
confess [2] 4/22 47/3
confidence [1] 41/9
congress [4] 70/25 72/6 72/8 72/11
congressional [2] 71/4 72/2
congressmen [1] 71/1
conscious [1] 70/7
consent [1] 62/14
consented [1] 61/5
consequences [1] 60/4
consider [3] 23/6 52/5 56/5
consideration [1] 71/24
consistent [1] 33/8
consolidate [1] 5/8
constantly [1] 44/8
construct [1] 35/4
consult [1] 75/16
consulted [1] 61/24
consulting [1] 59/9
contaminated [2] 13/17 65/17 65/19
contamination [5] 16/13 16/15 65/21
65/21 72/25
contemplating [1] 67/3
continue [1] 15/1
contract [1] 6/9
contractor [7] 8/24 9/7 35/13 35/21
38/5 38/14 52/16
contracts [1] 74/5
contributes [1] 72/18
control [5] 23/14 26/2 36/1 62/20
74/24
cooperation [1] 57/3
copy [3] 30/23 31/2 47/17
core [1] 35/23
corporate [1] 6/16
correct [5] 3/5 64/18 69/21 74/1 76/9
correctly [1] 10/13
COSSICH [2] 1/18 1/18
cost [2] 5/13 5/13

**C**

**cost-benefit [1]** 5/13
**costs [2]** 5/16 37/8
**coughed [1]** 31/2
**could [19]** 3/13 7/13 12/20 13/18 13/19 13/24 15/8 20/20 20/20 23/15 24/20 25/20 28/12 49/20 51/18 62/9 71/8 71/10 73/14
**couldn't [1]** 61/4
**counsel [8]** 3/12 5/24 5/25 12/3 12/8 18/17 33/20 57/13
**country [5]** 5/7 26/6 71/2 72/22 74/21
**couple [3]** 5/11 54/18 56/13
**course [4]** 6/13 15/1 49/15 72/15
**court [22]** 1/1 2/17 2/20 3/2 25/7 29/5 35/8 39/25 40/15 40/22 51/12 53/3 60/5 61/14 66/20 69/16 70/17 73/12 74/3 74/4 75/2 76/7
**Court's [2]** 41/10 50/3
**courthouse [1]** 56/12
**courtroom [2]** 23/2 73/11
**Courts [1]** 51/16
**cover [2]** 45/25 46/1
**covered [2]** 41/13 68/15
**CRAIG [1]** 2/13
**craziest [1]** 7/7
**create [1]** 39/24
**creating [1]** 27/2
**critical [2]** 11/3 11/9
**CRR [2]** 2/17 76/12
**cruise [1]** 68/16
**crush [1]** 30/10
**culpability [1]** 71/13
**current [4]** 12/11 13/19 51/25 67/25
**customers [1]** 37/21
**cut [1]** 50/20
**cutting [1]** 55/11
**cycle [1]** 67/8

**D**

**damages [2]** 37/8 55/13
**DAN [3]** 2/8 4/13 12/12
**dangers [1]** 72/24
**data [6]** 40/13 40/14 56/14 56/15 64/17 65/7
**database [1]** 39/25
**date [6]** 17/22 21/2 21/25 50/14 50/16 76/12
**dates [2]** 6/8 27/17
**DAVID [4]** 1/21 1/22 2/5 4/5
**day [9]** 22/7 23/7 23/16 28/5 48/18 56/9 59/22 62/24 69/1
**days [31]** 10/21 17/22 17/23 18/5 18/24 19/1 19/2 20/11 20/17 20/25 21/1 21/3 21/13 21/22 21/24 22/2 22/3 27/10 27/10 27/11 27/19 29/15 32/19 39/12 41/12 47/15 47/24 58/15 58/15 58/25 59/12
**DCC [2]** 12/12 54/3
**deadline [3]** 20/16 60/17 62/2
**deadlines [1]** 19/13
**deal [7]** 6/12 7/12 8/20 10/23 22/23 27/5 73/1
**dealing [1]** 54/1
**deals [2]** 46/2 46/3
**Death [1]** 48/15
**debate [3]** 43/3 54/25 55/2

**debates [1]** 6/13
**decide [1]** 69/16
**decided [3]** 39/10 39/12 40/13
**decision [8]** 5/7 32/2 32/2 43/20 45/14 53/8 72/11 74/19
**decisive [1]** 55/22
**deeply [1]** 69/4
**defendant [7]** 29/23 29/24 36/17 37/4 42/1 42/20 56/22
**defendant's [3]** 23/13 27/20 42/7
**defendants [57]** 2/5 5/15 6/17 6/20 7/7 7/13 7/23 10/14 11/1 11/10 12/5 14/23 15/20 15/22 16/14 17/7 17/19 18/5 18/22 20/18 22/14 22/21 24/6 24/10 25/3 26/18 28/10 28/17 28/21 29/14 30/10 31/23 33/20 35/6 40/8 40/11 40/11 41/1 43/16 44/7 45/4 46/3 46/14 46/18 46/23 48/24 49/13 50/12 50/13 54/10 54/16 54/20 55/20 56/25 57/3 65/17 71/9
**defense [37]** 5/25 6/9 9/7 9/14 9/18 10/15 10/16 11/4 11/4 11/7 12/8 12/9 12/10 12/25 15/3 15/11 17/4 28/11 28/22 29/6 29/10 29/15 30/18 31/1 31/8 33/10 35/13 42/17 44/17 45/18 45/24 57/6 65/8 67/1 67/9 67/16 70/24
**defenses [9]** 8/11 9/3 28/18 49/13 49/20 50/22 51/6 52/5 66/12
**definable [1]** 67/10
**define [2]** 43/4 64/8
**defined [3]** 43/16 64/22 65/1
**definition [3]** 43/12 43/21 64/14
**delay [1]** 59/3
**delaying [1]** 28/9
**deliver [1]** 47/16
**delivered [2]** 34/16 44/21
**demanding [3]** 7/17 32/12 38/4
**demurrers [1]** 7/21
**denied [2]** 6/3 8/16
**department [10]** 9/18 11/5 12/24 17/4 44/16 51/22 65/8 68/13 68/14 70/24
**deposition [3]** 30/6 49/23 52/23
**depositions [4]** 23/22 26/7 31/17 53/13
**DESAI [2]** 1/13 73/19
**describe [1]** 66/20
**desires [1]** 57/14
**despite [1]** 19/5
**detection [2]** 64/15 64/16
**determination [2]** 10/6 15/24
**determined [1]** 71/14
**developed [1]** 38/7
**device [1]** 14/7
**dialogue [1]** 72/6
**DICK [1]** 1/25
**did [21]** 9/5 11/1 11/2 11/2 19/23 30/24 44/21 48/18 49/12 50/10 55/17 58/6 58/6 59/19 62/24 63/2 64/11 64/19 69/24 74/11 74/16
**didn't [10]** 11/15 11/16 16/5 23/17 28/10 36/15 50/22 63/1 65/10 74/17
**difference [1]** 27/7
**differences [1]** 10/23
**different [18]** 5/2 5/3 6/22 6/23 6/24 10/3 19/9 20/8 25/17 30/14 32/9 63/18 63/18 65/5 68/14 68/25 69/1 75/10
**difficulties [1]** 47/3

**difficulty [1]** 19/3
**digitalized [1]** 6/18
**digitally [1]** 50/20
**direct [1]** 41/19
**disadvantages [1]** 36/6
**disagree [4]** 10/20 10/22 26/11 43/20
**disagreement [2]** 11/13 31/11
**disagreements [1]** 11/14
**disaster [1]** 41/4
**discovery [56]** 5/1 5/3 5/11 5/16 5/20 5/25 6/5 6/12 6/25 7/20 8/7 8/17 8/19 10/4 11/20 12/7 14/7 14/12 16/14 16/22 17/9 17/15 17/15 23/20 25/21 26/2 28/14 28/15 30/1 31/15 31/21 31/24 32/3 32/24 33/2 33/3 33/23 34/2 34/10 34/11 34/15 35/5 35/12 35/15 36/21 37/4 38/25 46/6 48/7 49/3 49/9 51/17 51/19 51/19 52/11 52/19
**discussed [1]** 25/2
**discussing [1]** 57/22
**discussion [1]** 53/1
**dismiss [2]** 18/15 27/3
**dismissively [1]** 56/22
**dispute [6]** 12/13 31/9 31/10 32/21 42/21 47/17
**disputes [1]** 30/18
**disrupted [1]** 59/5
**disruptive [1]** 15/9
**distraction [1]** 32/11
**distributors [1]** 46/1
**district [12]** 1/1 1/1 1/7 37/12 37/18 38/24 40/2 55/8 59/10 65/15 69/15 74/2
**districts [10]** 21/19 32/9 37/23 38/1 38/9 38/18 38/19 38/20 65/16 71/4
**diversity [1]** 74/17
**divisible [1]** 27/22
**DIVISION [1]** 1/2
**divisions [1]** 68/14
**do [110]**
**document [4]** 9/17 34/5 35/16 63/23
**documents [3]** 6/16 15/11 40/16
**does [9]** 9/12 18/7 24/8 28/14 41/17 46/17 46/21 59/7 65/9
**doesn't [9]** 18/1 38/11 48/1 48/1 48/3 48/12 75/2 75/23
**dog [1]** 49/6
**doing [12]** 6/23 7/21 10/10 20/9 30/5 30/10 32/25 35/21 41/23 51/19 63/15 66/21
**doll [1]** 55/2
**dollars [1]** 73/6
**dolls [2]** 55/4 55/7
**don't [97]**
**done [13]** 10/1 12/2 17/20 19/12 21/14 23/12 40/3 48/19 49/18 52/11 55/4 58/12 61/20
**door [2]** 16/16 31/16
**doubt [1]** 20/7
**DOUGLAS [1]** 1/23
**down [5]** 23/24 31/20 32/5 48/17 53/6
**draft [1]** 12/11
**drafted [1]** 59/20
**dramatically [1]** 63/18
**drinking [1]** 64/23
**drops [1]** 66/7
**due [2]** 19/6 19/23

**D**

**DUFFY [2]** 2/6 4/11
**DUKES [3]** 2/5 4/3 4/6
**duplicates [1]** 40/17
**duplication [2]** 46/10 46/13
**duplicative [1]** 46/10
**duty [1]** 15/1
**dynamic [2]** 29/19 29/20

**E**

**each [8]** 4/23 6/24 8/5 9/4 24/19 28/22 31/6 46/9
**earlier [5]** 10/18 25/15 37/11 46/1 74/8
**early [4]** 31/19 37/11 37/13 37/14
**easy [3]** 9/22 22/2 41/6
**eat [1]** 11/22
**eating [1]** 3/8
**edge [1]** 55/11
**edited [1]** 53/2
**EDLING [2]** 1/12 61/24
**effect [2]** 41/25 67/8
**effectively [1]** 3/6
**effects [1]** 71/3
**efficiency [2]** 5/8 8/14
**effort [3]** 7/12 32/3 38/4
**either [7]** 7/9 8/16 22/6 37/16 43/16 53/4 55/22
**elected [1]** 73/2
**elephant [1]** 11/22
**eleven [1]** 56/3
**eliminate [1]** 28/13
**ELIZABETH [2]** 2/9 33/19
**Elliott [1]** 55/3
**else [6]** 16/7 18/10 34/13 34/13 38/12 59/23
**email [1]** 20/19
**emails [1]** 6/15
**embarking [1]** 31/14
**end [11]** 10/12 10/19 32/22 40/9 44/22 44/23 49/4 63/22 65/13 70/18 70/18
**endeavor [2]** 13/19 29/12
**ends [1]** 36/2
**engage [3]** 34/4 35/15 37/3
**enhanced [1]** 31/21
**enormously [1]** 7/17
**enough [5]** 26/20 45/2 48/16 64/4 64/11
**enter [1]** 27/10
**entirely [2]** 42/4 57/4
**entities [3]** 21/8 43/23 43/24
**entitled [3]** 11/10 11/18 76/10
**environmental [3]** 5/6 67/7 68/15
**EPA [1]** 65/7
**epidemiological [1]** 56/23
**equal [1]** 37/5
**equity [1]** 34/3
**especially [1]** 66/16
**ESQ [60]** 1/10 1/10 1/11 1/11 1/12 1/12 1/13 1/13 1/14 1/14 1/15 1/15 1/16 1/16 1/17 1/17 1/18 1/18 1/19 1/19 1/20 1/20 1/21 1/22 1/22 1/23 1/23 1/24 1/24 1/25 1/25 2/1 2/1 2/2 2/2 2/3 2/3 2/4 2/5 2/6 2/6 2/7 2/7 2/8 2/8 2/9 2/9 2/10 2/11 2/11 2/12 2/12 2/13 2/13 2/14 2/14 2/15 2/15
**essentially [3]** 7/14 39/25 43/4

**Establishing [1]** 49/23
**ESTHER [1]** 2/2
**et [4]** 35/14 37/8 47/25 48/9
**evaluation [1]** 31/19
**even [7]** 11/16 20/2 28/3 31/24 48/12 61/4 75/23
**event [4]** 19/7 19/24 20/24 26/23
**eventually [1]** 49/14
**ever [1]** 55/4
**every [7]** 8/6 8/11 21/11 21/11 29/1 41/23 49/14
**everybody [17]** 8/17 9/25 10/1 10/5 20/8 22/2 24/5 25/23 28/14 32/4 38/12 48/18 49/4 52/19 54/15 56/14 62/24
**everybody's [2]** 10/2 63/10
**everyone [3]** 12/25 25/20 62/23
**everywhere [1]** 36/8
**evidence [4]** 10/5 11/17 55/17 55/23
**ex [2]** 54/12 66/3
**exactly [1]** 63/2
**example [4]** 16/10 36/10 36/16 40/1
**exchange [1]** 26/13
**excuse [2]** 43/17 58/7
**existential [2]** 24/10 71/8
**existing [1]** 21/4
**expand [2]** 67/14 75/5
**experience [3]** 5/22 41/3 53/21
**expert [1]** 67/18
**expertise [2]** 68/11 68/25
**experts [5]** 66/3 66/18 67/11 67/17 68/1
**expires [1]** 20/20
**explain [1]** 34/7
**explained [1]** 10/18
**explored [1]** 37/15
**exploring [1]** 72/21
**expo [1]** 64/22
**exposed [2]** 16/11 71/22
**exposure [4]** 64/9 65/3 65/4 71/19
**extent [6]** 29/21 52/10 71/6 71/13 72/13 75/12
**extra [1]** 47/17
**extraordinary [1]** 71/10

**F**

**facilities [2]** 43/24 44/3
**facing [1]** 24/7
**fact [52]** 9/19 10/15 10/16 10/17 11/7 11/14 11/20 12/2 12/6 12/10 13/6 13/7 15/11 15/12 17/20 18/13 18/16 18/19 19/5 20/10 23/21 24/5 25/24 28/22 28/22 28/23 29/6 29/10 29/15 29/17 29/17 30/18 30/19 30/21 31/16 33/10 34/21 34/25 35/3 35/22 36/23 41/18 41/21 42/5 42/17 42/20 45/17 45/21 45/25 47/9 47/16 49/12
**factor [1]** 34/3
**factual [6]** 6/10 8/9 8/12 24/12 35/24 51/14
**fair [4]** 10/6 26/20 41/20 73/7
**FALK [2]** 2/7 4/16
**falls [1]** 67/9
**far [1]** 29/19
**fascinating [1]** 53/9
**fashion [1]** 22/22
**fast [1]** 72/21
**favor [2]** 44/2

**fear [1]** 16/17
**feared [1]** 23/7
**federal [8]** 5/10 7/22 20/17 53/11 53/21 60/18 74/4 74/5
**feel [5]** 8/17 36/8 37/2 42/18 70/4
**feeling [1]** 10/1
**feet [1]** 24/19
**FELICIANI [1]** 1/17
**FERRARO [2]** 1/25 2/1
**few [2]** 33/11 36/2
**field [1]** 10/4
**fight [2]** 21/16 42/22
**fighting [2]** 21/15 39/19
**figure [7]** 14/21 24/8 30/25 38/4 44/15 44/20 65/5
**figured [1]** 26/12
**file [22]** 7/15 7/24 7/24 21/10 26/23 28/22 28/25 48/25 51/7 57/5 58/7 58/15 58/20 59/20 59/20 59/21 60/14 60/20 61/20 62/14 75/5 75/20
**filed [17]** 12/22 15/19 18/23 22/16 22/17 22/21 27/4 29/13 58/16 58/17 60/5 60/5 61/9 62/24 69/15 70/16 71/11
**filing [7]** 21/1 21/2 39/14 59/4 61/17 63/23 73/21
**fill [1]** 39/16
**FILM [1]** 1/3
**FILM-FORMING [1]** 1/3
**final [2]** 15/24 17/18
**finally [5]** 31/1 31/2 31/4 40/15 48/17
**find [4]** 16/22 44/16 53/17 64/9
**fine [7]** 8/6 53/18 53/19 54/23 54/24 60/19 67/15
**fire [2]** 43/25 43/25
**firefighter [1]** 44/3
**first [12]** 9/11 10/13 11/7 12/15 23/6 23/25 25/22 37/12 49/9 52/19 67/6 67/23
**fit [2]** 48/1 48/2
**fits [1]** 41/21
**five [1]** 67/7
**fix [1]** 30/16
**FOAMS [1]** 1/4
**focus [2]** 5/11 12/6
**focusing [2]** 8/22 11/25
**folks [4]** 4/20 47/2 70/12 70/20
**follow [2]** 31/17 31/17
**followed [1]** 41/25
**following [1]** 29/25
**fool [1]** 63/6
**Force [3]** 16/13 16/19 17/2
**foregoing [1]** 76/9
**forestalled [1]** 35/7
**form [1]** 20/1
**formal [1]** 59/19
**FORMING [1]** 1/3
**forms [1]** 12/4
**forth [6]** 18/2 18/19 30/12 43/12 71/20 74/18
**forward [3]** 58/1 66/22 73/16
**forwarded [1]** 53/10
**found [1]** 64/3
**foundation [2]** 8/9 24/12
**foundationally [1]** 52/17
**framing [1]** 15/10
**frankly [6]** 19/14 36/6 47/2 53/17 57/6

**F**

**frankly...** [1] 58/18
**FRAZER** [2] 1/16 2/2
**FRED** [2] 1/10 3/15
**FREDERICK** [1] 1/15
**free** [1] 49/9
**Friday** [3] 3/1 17/16 18/4
**friend** [1] 49/6
**front** [3] 4/3 8/25 10/2
**full** [2] 34/4 37/3
**full-scale** [2] 34/4 37/3
**fully** [2] 4/23 64/11
**fund** [1] 72/4
**further** [5] 31/15 35/5 57/5 73/12 76/3
**fussed** [1] 60/9
**future** [2] 54/6 75/10

**G**

**GALE** [1] 1/14
**gamesmanship** [3] 12/19 12/23 22/14
**GARY** [2] 1/23 1/24
**gather** [3] 10/5 33/4 70/23
**gave** [1] 28/18
**general** [9] 14/8 23/24 23/25 28/23 33/3 34/5 35/12 37/20 52/15
**generating** [1] 72/25
**genius** [1] 24/8
**GERGEL** [1] 1/7
**get** [65] 3/8 7/13 7/18 9/8 9/22 10/18 11/6 11/13 12/4 12/4 12/5 12/22 13/5 14/11 14/13 14/18 14/18 14/24 15/5 15/23 16/1 16/4 17/6 17/9 17/13 17/19 18/4 18/16 18/19 19/12 19/21 21/10 21/14 22/8 23/7 24/15 24/15 25/21 27/1 28/9 30/8 30/9 32/11 32/12 34/10 34/11 38/3 38/10 38/11 38/15 38/16 40/4 40/12 44/12 45/2 46/21 49/6 50/24 51/11 56/15 58/12 58/15 59/5 64/19 69/16 70/6
**getting** [14] 3/4 6/16 8/13 9/22 18/6 20/6 20/10 24/18 34/10 36/8 36/13 40/16 59/4 74/24
**GILMOUR** [1] 2/3
**give** [20] 4/2 10/21 11/15 12/20 13/4 15/21 16/25 17/16 23/25 24/12 25/7 25/24 32/20 36/3 36/10 36/16 41/22 46/14 52/18 58/22
**given** [3] 31/12 49/18 70/17
**giving** [3] 9/16 19/19 24/24
**glad** [2] 22/8 54/14
**global** [1] 52/1
**go** [40] 3/8 6/16 7/9 10/11 11/2 13/5 15/4 18/25 24/9 28/17 28/24 30/14 30/17 30/19 31/5 31/6 31/20 38/6 38/17 38/24 42/2 44/8 44/18 52/17 52/19 54/2 54/17 54/18 54/19 55/15 55/16 55/18 55/18 59/21 61/12 61/13 63/6 63/8 65/21 68/25
**God** [1] 19/1
**goes** [3] 8/15 26/10 28/14
**going** [131]
**good** [27] 3/3 3/17 3/19 3/21 3/23 4/5 4/8 4/11 4/13 4/15 4/17 4/19 22/11 27/20 27/23 32/18 43/2 43/5 45/8 45/10 52/22 52/22 57/22 57/23 62/15 66/23 73/24
**goodwill** [1] 7/10

**get** [35] 4/20 8/18 8/25 11/5 15/3 16/3 16/4 20/6 21/12 22/3 23/19 24/4 47/6 28/19 28/19 35/25 38/21 38/21 38/22 44/18 45/13 45/13 47/2 47/23 47/24 48/7 48/7 48/9 48/18 51/14 55/10 55/12 57/5 60/2 72/5
**gotten** [2] 19/15 49/21
**govern** [1] 53/12
**government** [15] 8/24 9/7 9/14 17/3 21/8 35/13 38/5 38/14 44/19 58/20 71/11 71/14 72/16 72/17 73/5
**governmental** [7] 6/9 21/20 35/21 52/15 52/16 71/12 72/13
**granted** [3] 59/17 61/19 69/23
**great** [10] 6/11 7/12 9/21 41/2 50/14 54/14 54/25 55/1 61/6 73/1
**greater** [1] 20/24
**GREGORY** [1] 1/23
**GRESSETTE** [1] 2/14
**grossly** [1] 3/24
**group** [3] 26/22 33/22 49/16
**groups** [1] 65/5
**guess** [9] 9/24 36/16 41/16 49/12 55/5 63/12 70/19
**guessed** [1] 49/20
**guessing** [1] 44/13
**guidance** [3] 31/13 33/5 33/21
**guy** [1] 10/7
**guys** [6] 9/13 17/12 26/16 53/20 68/13 68/21

**H**

**had** [39] 5/11 5/14 5/14 5/22 9/10 17/21 22/16 22/17 22/20 23/5 24/3 24/3 24/19 28/11 39/19 40/3 42/17 42/22 48/17 50/6 52/24 54/6 54/6 55/4 55/5 55/7 56/14 57/7 57/13 63/3 64/1 65/12 68/12 68/12 69/6 69/15 74/1 74/15 74/17
**half** [1] 6/8
**hammer** [2] 48/17 53/6
**han** [1] 73/11
**hand** [3] 7/6 11/10 37/25
**handle** [3] 62/6 62/9 74/16
**HANNON** [1] 1/12
**happen** [2] 28/12 35/10
**happened** [1] 70/17
**happens** [3] 36/4 54/22 54/24
**happy** [3] 4/19 69/22 70/2
**hard** [6] 19/20 21/6 21/14 48/14 64/4 64/11
**harm** [1] 54/16
**harmless** [1] 54/17
**has** [18] 8/25 9/14 21/10 28/20 29/21 33/12 33/12 34/15 40/25 43/11 44/21 46/6 53/10 57/9 71/11 72/15 73/5 75/6
**have** [153]
**haven't** [4] 26/12 36/6 64/3 64/9
**having** [11] 6/23 20/16 20/19 26/4 27/12 30/25 31/11 36/2 44/8 64/10 74/24
**he** [15] 31/3 31/4 31/4 46/18 55/7 55/9 55/10 55/13 55/17 57/19 57/19 57/21 57/22 57/23 69/24
**He's** [1] 57/20
**head** [1] 38/2
**health** [2] 63/19 63/20

**hear** [6] 5/21 12/8 13/23 31/25 56/8 75/24
**heard** [3] 5/17 36/7 67/23
**hearing** [4] 19/5 66/2 69/17 70/13
**Hearing's** [1] 76/5
**heart** [3] 9/6 9/6 54/11
**heavy** [1] 6/20
**help** [6] 4/24 6/18 8/21 12/6 56/16 69/4
**helpful** [5] 30/23 40/21 40/22 67/17 69/2
**here** [24] 4/18 6/4 7/10 10/6 10/8 20/7 23/2 26/5 27/6 30/6 31/6 31/9 43/16 46/22 48/1 57/11 58/22 61/4 62/21 71/14 73/23 74/24 75/4 74/25 75/13
**here's** [5] 13/12 13/13 16/21 16/24 60/7
**hers** [1] 68/18
**hide** [1] 47/18
**hiding** [2] 28/11 31/3
**highest** [3] 64/7 64/8 65/3
**highlighted** [1] 33/5
**him** [1] 55/14
**his** [2] 31/3 57/14
**historical** [1] 15/12
**hit** [1] 68/3
**hold** [2] 23/23 29/16
**home** [1] 55/19
**honestly** [1] 39/23
**Honor** [82]
**Honor's** [2] 25/15 43/20
**HONORABLE** [1] 1/7
**hopefully** [3] 6/17 44/19 49/2
**hoping** [1] 70/17
**hour** [1] 41/1
**hours** [1] 67/15
**House** [1] 72/9
**houses** [1] 43/25
**how** [27] 7/8 7/13 7/17 9/10 11/22 17/19 18/17 19/23 20/11 27/13 27/17 29/19 38/7 40/2 40/16 40/17 40/17 40/17 40/18 40/18 43/3 49/16 64/21 64/25 66/5 68/2 70/4
**however** [2] 48/4 48/22
**HOYLE** [1] 1/22
**Huh** [1] 7/20
**Huh-uh** [1] 7/20
**human** [3] 63/19 63/19 67/8
**hundreds** [1] 73/6
**hurt** [1] 56/16

**I**

**I'd** [2] 52/14 52/18
**I'll** [16] 4/2 13/4 13/8 17/16 17/17 27/10 31/25 32/21 39/22 47/19 48/5 53/24 55/13 56/8 66/10 75/25
**I'm** [116]
**I've** [27] 4/18 4/20 5/18 7/5 8/22 9/25 10/18 19/13 20/9 22/19 37/10 39/5 39/5 39/19 39/23 42/21 47/2 49/2 49/12 49/18 53/3 54/10 56/14 63/14 64/2 68/9 70/24
**idea** [1] 6/5 27/20 70/21
**ideas** [2] 6/25 7/1
**identical** [1] 74/21
**identification** [1] 46/5
**identified** [3] 14/13 29/13 43/13

**I**

identify [5] 3/13 12/16 13/19 29/11 52/1
identifying [1] 46/1
if [104]
ignore [1] 70/9
Ill [2] 1/10 1/15
illegible [1] 40/18
imagine [3] 6/22 7/6 34/18
imagining [1] 28/12
immunity [11] 6/9 8/24 35/22 38/5 38/15 51/11 51/13 52/15 52/16 71/12 72/13
implications [1] 50/8
important [14] 10/17 10/24 14/13 14/23 47/12 50/11 55/23 65/13 65/15 65/25 66/10 66/12 66/16 67/4
impose [2] 23/14 41/7
improved [1] 45/11
in [183]
incredible [1] 8/14
indicated [4] 15/8 33/11 46/18 64/25
indicates [1] 50/12
individual [22] 5/2 11/11 11/20 14/3 21/7 21/21 23/7 23/8 23/22 25/19 28/23 28/25 28/25 32/4 32/7 32/8 33/9 34/2 37/21 38/2 49/16 71/4
industrial [4] 16/16 16/17 17/7 43/18
inefficient [1] 51/18
inflection [1] 22/12
info [1] 8/15
information [26] 6/8 7/12 7/14 7/18 8/18 9/18 11/6 14/19 17/3 17/6 19/15 24/16 29/22 30/1 30/3 30/9 33/4 34/24 35/2 36/24 37/7 42/8 45/2 50/19 56/17 70/23
initially [1] 48/17
injured [1] 37/21
injury [3] 22/16 41/16 41/17
inquiry [1] 8/12
insisted [1] 5/24
insisting [1] 6/23
installations [3] 13/2 71/5 71/20
instances [2] 72/15 75/2
institution [1] 43/17
instructive [1] 40/16
intake [1] 19/16
intend [2] 37/10 40/9
intended [1] 69/3
intentional [1] 71/17
interest [2] 66/11 70/22 72/20
interested [5] 7/4 56/9 63/17 66/2 72/9
interests [4] 24/24 70/7 70/9 71/1
internet [1] 72/10
interrogatories [8] 7/3 11/8 29/18 30/7 31/17 47/9 47/20 48/21
interrogatory [6] 29/24 33/13 41/21 41/25 42/7 42/19
interviews [2] 18/18 19/16
into [6] 5/16 9/22 13/24 27/24 41/15 67/10
introduction [1] 10/11
introductory [2] 42/21 42/22
inundated [1] 35/14
invite [1] 6/4
involve [1] 75/6
involved [5] 5/24 13/1 21/21 39/24

71/18
involving [1] 68/16
irrelevant [1] 38/15
is [173]
isn't [3] 12/13 33/24 35/16
issue [39] 5/12 8/16 8/24 12/9 12/21 13/21 13/22 14/22 18/11 18/24 22/13 22/18 22/24 23/12 28/8 28/15 28/16 29/11 37/12 37/13 39/2 40/25 41/11 42/13 47/13 49/11 50/1 51/17 51/20 53/24 54/11 58/2 60/22 60/25 66/3 66/10 72/7 74/5 74/22
issues [42] 4/21 5/1 6/4 6/10 6/11 8/21 8/22 9/1 9/6 9/8 10/6 11/17 22/24 25/22 27/4 32/6 32/20 34/6 35/5 35/14 35/17 35/20 35/22 35/24 37/11 37/14 37/15 38/5 38/17 46/7 46/21 51/12 51/13 51/14 51/25 52/2 52/4 52/6 54/3 54/9 69/7 70/4
it [238]
it'll [7] 8/10 24/1 24/1 24/23 32/11 32/12 54/18
it's [58] 4/19 5/3 5/8 5/13 5/22 6/21 6/21 8/10 8/14 14/12 15/5 15/5 16/10 16/10 18/24 19/10 20/15 23/12 25/17 25/18 26/8 28/13 29/10 32/10 35/23 37/11 38/25 40/21 41/16 41/21 42/18 43/3 43/3 43/7 43/7 44/24 45/5 46/10 47/10 50/13 51/15 51/17 54/17 55/19 55/19 55/20 55/22 55/22 55/24 56/3 57/3 58/15 58/23 58/24 60/1 66/9 66/9 69/3
its [251] 56/7 70/2
itself [1] 8/8

**J**

JACKSON [2] 2/4 22/24
JAMES [1] 2/1
JANPAUL [1] 2/1
Jersey [1] 65/11
JIM [1] 1/25
job [2] 10/6 57/22
Joe [1] 3/23
JOHN [3] 2/3 2/11 2/14
JOSEPH [2] 1/17 2/6
JOSH [1] 1/14
JPML [1] 74/10
JR [1] 2/14
judge [19] 1/7 10/2 15/10 19/23 22/24 27/8 47/18 47/18 55/8 55/9 57/12 60/3 61/2 63/5 69/18 69/23 74/7 74/16 76/4
judges [4] 6/23 20/2 20/7 74/20
July [4] 1/4 3/1 3/12 9/13
July 26 [1] 3/1
jurisdiction [2] 74/5 75/2
jurisdictional [4] 51/20 51/25 52/1 52/6
just [100]
Justice [3] 51/22 68/13 68/14
JUSTIN [1] 1/20

**K**

KAPLAN [1] 2/3
KAREN [4] 2/17 2/19 76/11 76/12
keeping [2] 3/5 74/24
KENDALL [1] 1/15
KESTERSON [1] 2/10

KEVIN [2] 1/12 1/24
key [1] 62/22
keyed [1] 12/15
keywords [1] 6/13
kind [10] 11/1 32/9 48/6 52/13 52/14 59/5 65/13 67/17 74/19 74/24
KIPPERMAN [1] 1/15
KITTS [1] 2/12
KNARF [1] 1/13
KNAUER [2] 2/9 33/19
Knauf [1] 58/3
knew [5] 9/5 22/17 28/15 38/6 38/6
knock [1] 19/17
know [111]
knowledge [2] 16/12 28/24
known [3] 22/18 55/9 72/15
knows [2] 19/2 63/11

**L**

language [4] 32/14 32/23 33/9 46/22
large [3] 5/23 35/16 66/8
large-scale [1] 35/16
largely [3] 32/10 53/14 53/18
larger [1] 3/4
last [7] 24/20 37/16 56/4 60/10 67/2 67/12 67/24
later [5] 6/1 14/11 18/5 55/8 64/19
Laureate [1] 56/8
law [1] 31/1
lawsuit [1] 56/12
lawsuits [2] 14/14 73/22
lawyer [1] 73/25
lawyers [8] 3/9 6/24 7/16 23/2 26/4 26/5 68/12 72/23
leaders [1] 60/5
leadership [3] 60/6 62/21 75/15
leads [1] 16/12
leaning [1] 29/5
leapt [1] 54/19
learn [1] 42/1
learned [2] 5/23 5/24
least [5] 39/23 63/12 67/9 67/13 75/15
leaves [2] 5/4 9/25
leaving [1] 48/6
legal [1] 51/15
less [1] 21/1
let [39] 3/9 4/20 4/25 10/11 12/8 12/18 12/18 12/18 13/15 13/15 18/7 18/14 23/20 25/18 27/12 29/16 30/17 30/19 30/19 30/21 32/22 41/5 41/5 41/5 41/19 45/15 47/15 48/10 54/9 55/14 58/2 58/22 59/12 62/23 70/3 70/3 70/20 74/12 74/12
let's [14] 7/6 7/7 8/5 18/13 29/16 31/5 42/6 46/12 47/6 47/20 54/17 54/17 54/18 54/19
level [3] 10/4 64/8 64/8
Lexecon [1] 61/4
LEYIMU [1] 1/16
liability [4] 1/4 23/25 24/13 71/10
liaison [2] 3/16 33/19
LIAM [1] 2/12
LIAT [1] 2/11
liberal [1] 19/18
liberty [1] 36/1
lieu [1] 31/16
life [1] 4/19

**like [37]** 8/17 10/1 11/3 11/9 11/16 16/18 19/11 22/11 30/5 30/6 33/21 36/8 37/18 38/15 41/8 41/11 41/17 42/18 46/2 47/14 49/4 51/18 54/2 55/5 55/10 55/24 60/11 63/5 63/5 63/6 63/7 64/7 65/25 70/4 70/5 73/23 73/24
**likely [1]** 75/22
**limit [10]** 9/1 30/2 32/1 44/12 48/20 49/7 49/8 67/15 67/19 68/4
**limitation [1]** 56/11
**limitations [2]** 21/9 70/10
**limited [3]** 29/17 35/2 36/22
**limiting [2]** 35/24 47/20
**limits [1]** 7/3
**line [1]** 61/24
**Lipitor [5]** 5/21 19/24 24/3 48/15 74/13
**list [21]** 4/20 12/21 13/4 13/4 13/10 13/16 14/16 14/17 15/4 16/24 17/16 17/17 17/18 28/18 29/12 44/5 44/9 49/13 49/14 52/7 69/6
**listen [3]** 7/17 14/14 39/5
**lists [2]** 18/4 45/9
**litigating [1]** 6/24
**litigation [4]** 1/4 26/9 38/10 56/23
**little [14]** 4/24 5/14 9/20 11/13 14/20 21/19 21/20 21/21 22/14 30/13 55/12 56/13 59/4 59/5
**live [2]** 11/16 23/16
**living [3]** 26/6 29/24 71/20
**location [1]** 43/18
**logical [1]** 22/22
**LONDON [12]** 1/10 3/18 13/15 15/24 16/18 18/21 19/8 20/5 22/4 45/6 57/1 67/20
**London's [1]** 26/11
**long [2]** 7/8 18/17
**look [6]** 6/5 40/20 41/17 58/13 66/22 67/6
**looked [3]** 19/13 21/5 56/3
**looking [10]** 7/8 9/10 30/20 30/21 57/11 64/4 64/10 64/11 67/3 67/14
**looks [4]** 41/11 46/24 47/5 57/11
**loose [2]** 38/23 38/24
**lot [17]** 5/5 5/17 5/18 5/23 5/24 8/13 9/3 10/18 20/18 48/13 63/15 65/8 66/11 70/12 72/8 74/13 74/23
**LOUISE [1]** 1/19
**love [2]** 52/14 52/18
**low [1]** 65/10
**lowest [2]** 64/15 64/16

**M**

**ma'am [3]** 33/18 51/22 52/3
**mad [2]** 6/1 9/25
**made [9]** 7/5 7/11 9/21 37/15 49/3 57/7 63/3 63/25 71/6
**magistrate [3]** 69/18 69/23 74/16
**major [5]** 5/11 45/20
**make [24]** 11/11 13/4 14/8 17/17 18/7 22/1 24/21 24/25 26/16 26/18 41/5 45/14 48/3 48/13 49/17 50/15 51/5 53/8 55/25 56/1 56/1 56/20 56/25 75/14
**makes [7]** 7/5 21/19 32/3 41/8 41/8 62/19 74/23
**making [6]** 21/13 32/2 32/2 48/4 48/16

74/20
**manage [2]** 6/21 32/3
**management [4]** 30/22 40/9 40/14 40/14
**manufacturing [3]** 33/20 46/3 46/17
**many [15]** 7/25 18/1 20/11 40/2 40/16 40/17 40/17 40/17 40/18 40/18 44/20 66/5 72/5 72/5 74/25
**MARA [1]** 2/9
**March [2]** 9/12 48/15
**MARCUM [1]** 1/20
**marginal [1]** 48/23
**MARSHALL [2]** 2/15 55/6 55/7
**Marshall's [1]** 55/11
**MARTIN [4]** 2/17 2/19 76/11 76/12
**master [2]** 33/22 46/6
**Matt [1]** 61/24
**matter [3]** 3/11 59/11 76/10
**MATTHEW [1]** 1/12
**may [44]** 8/19 10/7 10/8 10/12 11/3 13/1 13/3 14/6 14/9 14/20 17/7 17/7 21/20 21/21 22/9 25/6 26/23 30/3 33/17 39/1 43/20 44/22 44/23 45/1 45/2 48/9 50/13 51/2 64/10 65/14 68/24 70/4 70/5 70/20 71/3 72/1 72/3 72/23 73/2 73/3 73/10 74/22 75/5 75/6
**maybe [6]** 6/24 9/12 37/16 61/15 64/3 64/4
**McDIVITT [1]** 1/21
**McKIE [1]** 1/24
**MDL [12]** 1/3 3/12 5/2 5/7 5/19 5/23 8/14 25/16 35/25 36/4 36/5 74/23
**MDLs [2]** 39/23 41/4
**me [85]**
**mean [21]** 11/12 14/15 14/20 16/2 21/13 25/13 25/18 27/1 36/15 38/1 41/24 41/24 44/13 55/22 56/16 61/8 61/17 66/6 68/7 74/15 75/23
**mean,I'm [1]** 26/7
**means [2]** 20/19 54/21
**measurements [1]** 34/19
**mechanism [1]** 30/8
**medical [9]** 22/16 32/6 54/9 56/2 56/21 63/24 63/25 64/3 65/2
**medical-related [1]** 32/6
**meet [3]** 8/2 40/21 43/10
**meeting [1]** 23/6
**meetings [1]** 9/24
**members [1]** 72/8
**memorandum [1]** 57/5
**merit [6]** 6/6 71/7 71/8
**merits [1]** 75/25
**message [1]** 16/4
**MICHAEL [5]** 1/10 2/7 2/15 3/17 18/21
**midst [2]** 56/15 56/23
**might [17]** 4/22 4/22 9/2 14/3 31/24 38/1 56/4 56/12 57/1 57/2 58/14 62/2 65/21 69/2 69/14 72/6 72/20
**MIHIR [2]** 1/13 73/19
**Mike [2]** 4/8 62/3
**military [6]** 43/17 43/18 44/17 71/5 71/20 75/6
**millions [1]** 73/6
**mine [3]** 10/3 10/3 37/19
**MINO [1]** 2/10
**minutes [1]** 33/11
**missing [1]** 35/9 39/20

**MN [1]** 1/3
**mo [1]** 60/19
**model [2]** 19/25 19/25
**modern [1]** 7/23
**MOLLY [2]** 2/13
**moment [4]** 23/19 48/19 62/23 65/16
**Monday [3]** 12/21 60/17 60/18
**monitoring [5]** 22/16 54/9 56/2 56/21 63/25
**MONTGOMERY [1]** 2/12
**month [4]** 8/6 24/18 45/13 53/23
**monthly [1]** 3/11
**months [2]** 21/12 40/1
**more [24]** 5/5 8/6 14/14 14/15 18/12 21/19 21/21 28/3 29/19 29/20 33/5 34/5 34/7 39/3 42/1 42/18 54/1 56/9 56/13 56/17 64/19 64/20 69/4 70/12
**morning [13]** 3/3 3/17 3/19 3/21 3/23 3/25 4/5 4/8 4/11 4/13 4/15 4/17 12/21
**most [6]** 5/5 14/19 19/14 22/23 36/23 43/11
**motion [24]** 7/16 7/24 48/25 51/7 54/5 58/17 58/18 58/21 58/24 59/16 59/20 60/14 60/20 61/19 69/17 69/19 69/23 70/19 74/9 74/10 75/7 75/13 75/14 75/22
**motions [11]** 18/15 24/9 27/3 47/25 51/13 60/5 62/2 62/11 71/11 74/22 75/24
**move [2]** 20/6 61/1
**moved [2]** 14/9 31/18
**moving [6]** 13/5 14/12 18/17 20/6 20/16 27/2
**Mr. [27]** 12/23 13/15 15/24 16/7 16/18 18/10 19/8 20/5 22/4 23/1 25/2 25/8 25/14 26/11 26/12 29/24 42/24 45/6 57/1 60/2 60/8 60/9 66/13 67/4 67/20 67/21 67/22
**Mr. London [9]** 13/15 15/24 16/18 19/8 20/5 22/4 45/6 57/1 67/20
**Mr. London's [1]** 26/11
**Mr. Napoli [2]** 16/7 25/14
**Mr. Petrosinelli [4]** 25/2 25/8 26/12 60/9
**Mr. Petrosinelli's [1]** 23/1
**Mr. Ring [2]** 12/23 18/10 42/24
**Mr. Smith [1]** 29/24
**Mr. Summy [4]** 66/13 67/4 67/21 67/22
**Mr. Thompson [2]** 60/2 60/8
**Ms. [4]** 4/17 9/16 60/23 73/6
**Ms. Williams [4]** 4/17 9/16 60/23 73/6
**much [8]** 5/13 6/12 9/10 17/19 46/14 52/22 69/10 70/23
**Multidistrict [1]** 38/10
**multiple [1]** 14/3
**MURPHY [1]** 2/9
**must [2]** 10/14 18/14
**my [31]** 3/4 3/9 3/15 4/2 4/19 5/1 5/21 7/10 10/6 16/24 25/15 27/9 29/19 31/1 32/15 38/2 38/2 47/10 48/4 55/1 59/20 60/17 60/18 61/13 61/13 62/22 63/12 63/14 68/22 70/23 74/13
**myself [2]** 10/24 25/2

**N**

**nails [1]** 6/1
**name's [1]** 3/15

**N**

**NANCY** [1] 1/21
**NAPOLI** [4] 1/11 3/22 16/7 25/14
**Natural** [1] 68/16
**nature** [4] 15/12 25/9 33/24 36/4
**near** [1] 71/21
**nearby** [1] 16/23
**necessarily** [1] 17/6
**necessary** [2] 6/25 73/3
**necessity** [1] 6/21
**need** [42] 4/24 6/7 7/23 8/3 8/20 9/8
11/6 11/25 12/4 12/5 12/22 13/3 14/11
17/19 18/18 20/11 26/8 29/22 30/4
30/9 33/4 34/13 36/7 36/8 36/12 37/14
37/15 42/5 45/15 45/18 45/20 46/12
46/13 49/14 50/21 56/24 57/4 59/23
60/10 69/7 73/22 75/16
**needed** [1] 8/18
**needing** [1] 34/4
**needs** [7] 26/23 46/25 49/3 52/11
57/14 68/21 71/23
**negotiate** [1] 31/16
**negotiated** [1] 53/13
**negotiations** [1] 18/2
**never** [8] 4/18 19/12 21/14 23/4 39/19
42/21 54/22 54/24
**new** [22] 15/18 15/19 27/11 29/13
29/13 29/15 55/8 55/9 55/11 59/10
61/1 61/3 65/11 69/14 69/16 69/24
70/16 73/19 74/2 74/3 75/4 75/5
**Newburgh** [4] 36/18 36/20 57/14 58/4
**Newburgh's** [2] 57/8 59/7
**NEWMAN** [1] 1/22
**news** [1] 72/22
**next** [6] 16/16 17/16 18/4 27/1 38/8
60/13
**NICHOLAS** [1] 2/10
**night** [3] 24/20 67/2 67/24
**nightmare** [2] 25/20 26/3
**nincom** [1] 63/7
**nincompoop** [1] 63/7
**no** [32] 1/3 7/5 11/16 14/16 19/24 21/1
21/18 23/19 24/3 25/10 25/10 25/25
28/15 32/23 33/7 39/5 40/8 48/23
52/21 54/20 57/4 57/18 57/18 59/25
59/25 60/15 64/21 68/19 68/19 69/9
71/15 74/5
**No.** [2] 41/19 42/6
**No. 14** [1] 4/19
**No. 16** [1] 42/6
**Nobel** [1] 56/8
**nobody** [4] 10/1 55/4 63/11 68/20
**non** [1] 33/20
**non-manufacturing** [1] 33/20
**normal** [3] 7/4 36/1 47/22
**normally** [1] 61/8
**Northern** [2] 69/15 74/2
**not** [134]
**note** [1] 50/11
**nothing** [1] 74/16
**notice** [6] 15/22 16/24 20/2 20/23
49/19 62/25
**noticed** [1] 62/24
**now** [42] 5/3 6/21 7/2 8/19 9/13 9/23
11/19 11/21 11/24 13/8 13/21 13/22
19/14 20/11 22/20 23/12 25/17 25/21
26/22 29/5 29/9 30/20 31/22 32/1

32/11 32/15 36/8 41/15 44/12 44/19
48/4 48/6 48/11 49/14 49/17 53/2 53/9
55/18 56/13 58/16 69/6 73/6
**number** [8] 16/2 30/2 44/14 48/20 62/1
64/15 64/16 65/10
**numbers** [6] 63/18 63/21 64/3 65/12
66/5 66/21
**numerous** [1] 71/1

**O**

**object** [2] 58/25 59/7
**objecting** [1] 61/17
**objection** [7] 7/25 30/25 31/1 31/6
58/21 59/13 59/15
**objections** [1] 49/1
**objects** [3] 45/18 58/20 58/20
**observation** [1] 56/10
**obstacles** [1] 27/2
**obviously** [5] 7/15 47/12 61/9 72/25
73/9
**occupied** [1] 3/5
**occurred** [1] 16/13
**occurring** [1] 35/13
**off** [6] 12/15 19/10 23/23 28/14 32/10
32/13
**offer** [1] 7/16
**office** [2] 16/4 31/3
**often** [1] 51/14
**oh** [3] 51/16 57/25 64/21
**okay** [90]
**old** [1] 55/10
**OLSEN** [2] 2/7 4/9
**on** [115]
**once** [7] 24/18 38/3 45/2 45/13 53/22
58/24 68/12
**one** [58] 5/6 5/22 8/11 10/13 11/23
13/15 17/5 17/14 19/2 19/11 20/14
22/7 23/2 23/7 23/13 23/16 25/16
25/24 26/22 27/20 28/15 36/2 37/11
37/17 38/2 38/11 38/13 38/23 39/10
39/20 40/9 41/9 43/23 46/7 46/12
50/22 51/20 54/5 55/18 56/7 56/10
56/20 60/14 60/23 62/14 62/25 64/22
67/1 68/16 68/17 68/18 68/21 68/21
69/11 70/5 70/9 70/21 73/21
**ones** [4] 16/25 27/11 46/8 46/12
**only** [7] 5/22 15/2 19/1 35/6 53/22
61/9 69/2
**open** [2] 42/13 45/19
**opening** [1] 4/25 31/16
**operator** [1] 46/4
**opportunity** [3] 24/1 54/19 66/22
**oppose** [2] 70/18 75/10
**opposed** [2] 28/23 62/11
**opposition** [1] 69/25
**or** [45] 4/21 6/7 8/3 8/11 10/8 10/8
11/7 11/8 11/16 14/9 15/9 18/15 22/15
22/16 22/17 30/25 36/2 37/16 39/14
43/18 43/18 44/17 46/4 47/16 48/21
48/23 48/25 52/24 53/5 56/16 57/14
58/6 58/15 58/20 59/24 60/6 63/6 63/7
63/12 64/11 65/21 67/21 70/5 71/13
71/21
**order** [16] 3/2 7/15 17/17 17/22 26/25
27/6 27/10 30/22 32/19 35/7 38/25
47/21 47/23 48/25 53/5 62/24
**ordering** [1] 48/5

**orders** [1] 48/3
**original** [2] 15/16 61/14
**ORTEGA** [1] 1/25
**other** [31] 5/22 7/6 8/5 8/25 9/4 9/7
11/10 11/24 12/6 14/17 16/22 17/15
20/7 20/15 23/1 24/20 25/21 34/16
37/25 43/24 44/8 46/12 50/8 50/13
50/20 51/12 52/4 54/8 60/22 68/17
74/22
**others** [2] 52/16 70/10
**otherwise** [2] 38/12 62/21
**ought** [5] 7/2 32/5 47/8 69/4 72/21
**our** [27] 3/11 12/15 13/10 13/24 16/11
16/12 16/12 24/3 33/22 34/1 34/1
36/17 39/2 40/9 41/3 44/14 46/7 54/1
54/17 62/20 65/17 65/18 65/19 67/13
67/25 69/23 75/5
**out** [42] 4/3 4/18 7/20 10/1 10/21 11/6
12/2 14/21 16/22 17/4 19/17 24/4 24/9
25/22 26/12 26/16 27/6 28/10 30/25
31/25 32/14 32/16 33/9 38/4 41/6 42/6
44/15 44/20 45/17 46/7 47/6 47/22 48/8
48/10 48/12 49/2 49/16 52/24 53/4
65/5 66/1 66/2 75/24
**outlined** [1] 67/6
**outnumbered** [1] 3/24
**outside** [1] 68/25
**over** [16] 3/7 6/8 6/13 9/10 12/19
21/15 21/17 22/8 30/18 39/19 40/3
40/21 42/22 43/3 43/11 54/11
**overlap** [1] 46/7
**overlapping** [1] 38/5
**overlaps** [1] 8/25
**own** [4] 6/25 20/8 68/20 70/23
**owner** [1] 46/4

**P**

**Page** [4] 32/22 33/6 39/8 39/15
**Page 10** [1] 39/8
**Page 11** [1] 39/15
**Page 3** [2] 32/22 33/6
**panel** [7] 5/7 56/7 64/1 64/3 65/2 65/9
75/13
**papers** [1] 3/4
**parade** [2] 63/6 63/8
**paradigm** [1] 30/13
**paragraph** [12] 31/6 31/7 31/10 32/15
32/23 39/15 42/21 42/23 43/6 43/8
43/8 63/9
**Paragraph 25** [1] 39/15
**Paragraph 3** [2] 43/6 43/8
**Paragraph 5** [4] 31/7 31/10 32/15
32/23
**Paragraph 7** [1] 63/9
**paralegal** [1] 19/17
**parallel** [1] 35/4
**parameters** [1] 33/21
**part** [3] 34/21 43/12 64/13
**participant** [1] 71/15
**participate** [2] 72/1 72/3
**particular** [5] 12/16 29/22 36/3 36/16
59/11
**particularly** [3] 14/2 29/6 65/15
**parties** [24] 5/9 9/19 18/20 18/23
22/25 23/10 27/11 34/9 36/2 39/24
40/1 44/23 48/15 51/16 52/13 54/12
56/16 61/5 62/1 69/7 70/4 70/8 70/22

**P**

**parties... [1]** 71/2
**parts [9]** 40/3 64/1 64/12 64/22 65/6 65/7 65/20 66/6 71/2
**party [5]** 36/1 38/11 49/8 51/7 67/24
**party's [1]** 4/23
**passionately [1]** 54/13
**past [1]** 44/13
**paste [1]** 50/21
**patient [3]** 38/17 39/2 39/4
**PAUL [3]** 1/11 3/21 62/4
**pay [2]** 40/13 40/24
**PEARSON [1]** 1/14
**PEC [8]** 9/14 12/20 31/13 54/2 61/25 67/2 75/18 75/23
**PEC's [1]** 33/7
**pending [3]** 5/6 17/22 74/1
**people [15]** 3/8 9/2 11/15 20/12 20/13 23/1 24/2 24/3 27/11 38/6 38/18 68/6 71/19 73/2 74/25
**people's [1]** 26/6
**per [8]** 40/3 64/1 64/12 64/22 65/6 65/7 65/20 66/6
**percent [1]** 24/3
**percentages [1]** 44/23
**perfect [2]** 14/11 56/11
**perfectly [3]** 47/1 47/8 67/15
**perhaps [3]** 21/8 62/3 73/1
**permission [1]** 75/20
**permit [1]** 39/22
**person [1]** 68/21
**personal [3]** 22/15 41/16 41/17
**perspective [7]** 46/3 46/4 54/1 67/2 67/9 67/13 67/16
**PETROSINELLI [6]** 2/6 3/24 25/2 25/8 26/12 60/9
**Petrosinelli's [1]** 23/1
**PFS [1]** 12/16
**phase [3]** 17/5 17/5 38/8
**PHIL [1]** 1/18
**pick [1]** 54/17
**PICKREL [1]** 1/17
**piece [2]** 55/17 55/22
**place [1]** 47/11
**places [1]** 6/22
**plaintiff [31]** 9/3 10/17 11/14 11/20 14/8 15/12 18/13 18/16 18/19 20/4 20/10 23/21 24/5 25/24 28/23 28/25 29/1 29/9 29/21 30/18 30/20 30/25 33/12 33/12 35/3 36/22 36/23 47/9 47/16 49/14 66/12
**plaintiff's [13]** 3/16 7/16 12/2 12/3 13/7 18/17 19/4 35/23 42/14 57/13 67/20 71/7 73/24
**plaintiffs [40]** 1/10 2/1 7/9 11/11 13/4 13/6 13/14 14/3 18/22 21/8 23/23 24/2 26/5 28/11 29/11 29/12 31/9 31/24 33/10 34/2 34/25 35/7 37/19 37/24 39/3 40/5 40/8 42/8 42/11 49/9 54/15 54/19 55/20 55/21 55/21 56/24 59/11 63/22 72/23 73/23
**plaintiffs' [1]** 66/18
**plan [2]** 38/22 67/25
**plate [1]** 72/5
**play [2]** 21/9 73/3
**playing [1]** 10/4
**pleading [3]** 7/21 50/1 58/16

**please [4]** 3/3 3/14 15/10 29/25
**PLOTNER [1]** 2/13
**PO [1]** 2/17
**point [14]** 15/9 20/15 22/12 23/19 23/23 25/1 26/11 31/23 37/16 51/10 52/14 56/2 62/19 66/16
**pop [1]** 72/24
**Port [1]** 36/17
**PORTAL [1]** 2/1
**position [8]** 4/23 13/24 19/5 33/7 34/1 53/11 57/6 73/3
**positions [3]** 54/14 69/5 73/2
**possibility [1]** 28/13
**possible [1]** 28/13
**post [1]** 47/24
**post-trial [1]** 47/24
**potential [4]** 13/25 25/19 49/19 71/25
**potentially [2]** 8/15 47/12
**power [3]** 56/18 56/19 56/20
**powerful [1]** 55/17
**practicality [1]** 34/4
**practice [1]** 31/19
**practices [1]** 59/5
**pre [3]** 6/14 6/15 10/7
**pre-emails [1]** 6/15
**preclude [1]** 51/7
**predecessor [2]** 23/1 25/15
**prepared [2]** 66/19 67/5
**prerogative [2]** 23/13 57/4
**present [4]** 13/16 60/11 60/13 65/3
**presently [3]** 18/20 18/22 18/22
**presiding [1]** 1/7
**presume [2]** 48/8 51/12
**pretrial [4]** 10/7 10/10 61/2 61/2
**pretty [1]** 53/22
**previous [1]** 60/23
**prior [3]** 6/16 37/17 37/17
**private [1]** 47/14
**Prize [1]** 56/8
**probably [6]** 16/3 16/4 23/17 24/11 57/21 58/11
**problem [8]** 18/6 35/19 40/8 47/5 48/10 49/22 51/13 52/21
**problems [4]** 13/1 27/12 27/25 45/12
**Procedure [1]** 53/12
**proceed [1]** 32/25
**proceeding [3]** 33/1 33/2 39/6
**proceedings [2]** 2/20 76/10
**process [9]** 17/12 18/17 20/6 20/17 20/20 27/2 30/10 30/25 72/22
**produce [9]** 7/3 11/8 17/11 29/18 30/7 34/10 47/21 48/21 48/25
**produced [2]** 2/20
**product [14]** 14/21 18/1 38/7 44/15 44/21 45/25 46/5 65/17 65/18 65/19 66/7 71/3 71/19 71/21
**product's [1]** 14/22
**production [1]** 38/22
**products [5]** 1/4 16/16 34/16 67/13 71/21
**program [1]** 56/21
**progress [5]** 5/18 9/21 27/3 48/5 48/16
**promotes [1]** 24/11
**promoting [1]** 74/23
**promptly [1]** 47/19
**proof [1]** 6/6

**proper [1]** 42/5
**proportionality [1]** 9/12
**proposal [1]** 13/10
**propound [3]** 42/6 42/7 49/9
**propounded [1]** 34/15
**protection [1]** 7/23
**protective [2]** 7/15 48/25
**protocol [5]** 49/23 52/23 53/13 53/17 54/1
**prove [6]** 37/21 37/22 38/1 45/1 55/13 55/16
**provide [6]** 13/16 15/8 29/15 29/25 34/24 40/15
**provided [1]** 50/19
**provider [2]** 36/21 36/22
**providers [1]** 66/17
**providing [1]** 34/25
**prudent [1]** 25/22
**public [2]** 17/3 73/1
**publicly [1]** 70/25
**publicly-released [1]** 70/25
**pulled [1]** 24/20
**purely [1]** 51/15
**purpose [5]** 19/9 28/20 29/3 45/17 45/21
**purposes [1]** 43/10
**push [3]** 17/10 17/10 40/4
**put [16]** 7/2 14/21 17/16 19/16 23/24 32/10 32/13 47/11 47/18 48/17 49/19 53/5 54/5 54/6 62/8 63/22
**putting [3]** 17/4 48/11 48/15

**Q**

**quality [2]** 34/19 65/12
**quarreling [1]** 44/2
**quasi [1]** 20/3
**quasi-answer [1]** 20/3
**quest [1]** 46/21
**question [22]** 7/7 10/25 21/11 27/16 33/13 39/22 40/11 41/20 42/4 42/10 45/16 46/15 46/17 46/21 66/1 67/1 67/14 67/19 68/18 68/22 71/15 74/19
**Question 10 [1]** 46/21
**Question 14 [2]** 10/25 45/16
**Question 7 [1]** 46/17
**questionnaire [1]** 41/16
**questionnaires [1]** 41/15
**questions [19]** 8/2 10/12 21/5 33/25 42/4 45/24 46/1 46/6 47/7 51/15 63/10 63/14 63/16 66/15 67/5 67/6 67/8 67/8 68/24
**Questions 15 [1]** 47/7
**Questions 7 [1]** 45/24
**quickly [1]** 19/18
**quite [2]** 31/13 54/13
**quote [1]** 3/9

**R**

**race [1]** 56/12
**raise [3]** 4/21 4/22 51/14
**raises [1]** 6/9
**raising [1]** 51/24
**random [1]** 74/20
**rate [2]** 65/3 65/4
**rational [1]** 38/22
**RE [1]** 1/3
**read [8]** 20/9 55/1 58/17 58/18 58/19

# R

**read...** [3] 64/2 64/2 71/1
**readily** [1] 67/10
**readily-definable** [1] 67/10
**reading** [3] 5/4 63/15 70/24
**ready** [2] 9/22 27/5
**real** [1] 22/1
**really** [35] 5/19 8/10 9/4 9/6 9/21 10/17
10/24 11/3 11/8 11/9 12/13 21/15
28/16 31/10 31/13 33/24 35/17 35/18
36/23 38/15 39/23 47/2 48/1 50/21
52/17 62/21 63/11 63/13 63/17 65/25
66/6 67/13 69/3 70/6 70/11
**reargue** [1] 50/5
**reason** [4] 19/14 31/4 57/23 60/15
**reasonable** [5] 5/17 47/1 47/6 65/22
65/23
**reasons** [1] 10/18
**REBECCA** [1] 1/22
**receive** [2] 33/10 50/10
**received** [1] 50/11
**recent** [1] 63/24
**recently** [1] 65/6
**reciprocal** [1] 41/23
**recognize** [1] 68/24
**record** [3] 3/14 28/19 76/10
**redacted** [1] 40/17
**reference** [1] 71/6
**referred** [2] 56/22 74/8
**refigure** [1] 30/14
**refine** [1] 46/12
**refined** [1] 14/25
**reflected** [1] 12/11
**reframed** [1] 46/22
**regard** [1] 26/21
**regarding** [5] 5/11 29/22 32/6 49/12
74/6
**regret** [1] 23/17
**reinvent** [1] 53/20
**related** [6] 25/11 32/6 34/2 34/6 34/15
35/6
**relates** [1] 10/13
**relative** [1] 14/22
**relatively** [1] 5/14
**released** [1] 70/25
**relevance** [2] 48/23 48/24
**relevant** [7] 8/10 8/15 10/5 33/24
35/16 35/19 35/20
**relying** [1] 65/8
**remains** [1] 61/3
**remand** [11] 69/17 69/19 70/19 74/9
74/16 74/22 74/23 75/7 75/13 75/22
75/24
**remanded** [2] 74/13 74/18
**remediate** [1] 73/4
**remediation** [3] 17/5 67/7 73/7
**remedy** [1] 56/5
**remember** [2] 53/16 63/23
**report** [2] 50/12 69/22
**reported** [2] 2/20 52/25
**reporter** [2] 2/17 2/20
**reports** [7] 3/7 17/4 39/25 40/15 70/25
70/25 72/23
**request** [2] 39/3 39/3
**requested** [1] 35/3
**requests** [18] 7/3 7/11 7/19 11/8 17/10
29/18 30/7 33/23 34/15 34/25 35/15

47/21 48/8 48/9 48/21 48/23 49/7
49/10
**require** [3] 6/11 7/11 20/23
**requirement** [1] 41/7
**requires** [1] 60/4
**requiring** [1] 35/15
**reso** [1] 71/24
**resolution** [4] 5/16 5/18 24/11 71/25
**resolve** [1] 22/23
**resolved** [1] 43/1
**resources** [2] 20/21 68/17
**respect** [3] 19/23 39/4 75/7
**respectfully** [1] 43/20
**respective** [2] 66/3 69/5
**respond** [5] 10/14 12/17 18/5 50/13
73/14
**response** [4] 15/12 29/1 46/14 73/1
**responses** [3] 21/20 42/1 50/11
**responsibility** [5] 14/23 44/24 45/5
71/13 72/14
**responsive** [4] 29/7 29/10 49/25 58/16
**rest** [2] 28/4 28/7
**restaurateurs** [1] 3/10
**result** [1] 20/20
**retrieve** [1] 7/12
**revised** [1] 32/20
**RICHARD** [1] 1/7
**ridiculous** [1] 70/21
**right** [47] 5/3 5/4 6/8 6/15 6/21 7/2
9/13 9/23 10/7 11/21 11/24 14/15
15/2 15/7 19/14 23/9 29/5 32/1 32/11
34/12 34/22 36/8 43/14 44/6 44/10
44/12 44/17 45/13 48/3 48/6 48/11
48/19 49/6 49/17 51/1 52/20 55/15
55/21 58/10 58/11 59/1 60/9 61/12
61/21 63/11 66/16
**RING** [6] 2/8 4/13 12/12 12/23 18/10
42/24
**ripe** [1] 53/5
**risk** [1] 63/19
**RITA** [1] 2/10
**RMR** [2] 2/17 76/12
**road** [3] 32/5 58/22 58/23
**Robert** [1] 55/8
**robust** [5] 5/25 9/16 10/4 44/5 49/3
**ROE** [1] 2/2
**role** [2] 72/24 73/3
**rolling** [4] 15/23 16/2 17/11 17/13
**ROME** [1] 2/11
**rooms** [1] 26/6
**roughly** [1] 44/25
**routinely** [1] 60/15
**rule** [15] 7/4 8/4 10/22 32/21 47/19
51/7 58/10 58/13 58/14 58/21 58/23
58/24 59/16 61/13 74/9
**Rule 12** [1] 51/7
**Rule 15** [1] 58/10
**ruled** [1] 39/5 74/10 75/7
**rules** [6] 5/10 7/22 7/23 20/17 53/11
53/21
**run** [7] 13/24 27/24 39/25 55/19 59/1
70/18 70/18
**running** [2] 20/3 26/5

# S

**s/Karen** [1] 76/11
**said** [18] 16/14 19/6 21/3 21/18 22/22

25/14 28/17 33/8 37/10 54/20 55/7
55/10 55/13 65/5 68/10 68/18 68/19
74/8
**sales** [2] 45/25 46/2
**same** [11] 6/10 7/14 7/18 16/16 19/2
35/23 43/6 43/8 67/19 68/3 70/17
**sampling** [1] 45/2
**SARAH** [1] 2/8
**satisfied** [1] 18/9
**saw** [2] 52/3 58/8
**say** [29] 3/9 3/9 6/20 7/16 11/15 13/15
16/11 16/18 16/23 18/14 20/14 29/16
31/22 33/1 35/21 38/19 40/2 45/3 49/5
54/15 65/14 65/16 65/19 70/2 70/2
70/3 70/15 72/19 74/12
**saying** [10] 7/24 9/8 20/10 32/1 32/4
34/24 64/5 65/2 68/20 71/17
**SC** [1] 2/18
**scale** [3] 34/4 35/16 37/3
**scd.uscourts.gov** [1] 2/19
**SCHAFFER** [1] 1/19
**schedule** [1] 38/11
**scheduling** [3] 47/21 47/23 48/3
**science** [5] 56/9 62/24 65/22 69/1 69/5
**scientific** [2] 65/23 66/4
**SCOTT** [3] 1/11 3/19 62/4
**search** [1] 6/18
**searches** [1] 6/14
**seated** [1] 3/3
**second** [2] 54/10 69/15
**see** [13] 3/24 7/7 19/14 26/16 30/21
35/20 40/14 44/19 51/13 62/25 64/24
70/19 72/10
**seeing** [1] 8/5
**seek** [2] 62/1 72/6
**seeking** [3] 34/9 51/7 62/12
**seem** [3] 22/11 48/23 53/16
**seemingly** [2] 29/10 29/14
**seems** [4] 38/15 46/7 62/11 71/23
**seen** [5] 3/9 4/18 5/18 25/5 69/14
**selected** [1] 31/20
**selfishly** [1] 69/3
**sell** [1] 65/18
**Senate** [1] 72/9
**send** [3] 47/22 50/20 55/14
**sense** [8] 7/5 18/7 21/19 32/4 41/8
48/3 48/13 74/23
**separate** [2] 67/14 67/18
**sequence** [1] 27/6
**serious** [2] 7/10 8/8
**serve** [6] 23/3 26/25 33/13 47/22 47/23
58/6
**served** [4] 23/4 26/21 33/22 46/6
**service** [6] 20/16 20/19 20/19 25/12
26/21 26/23
**servicemen** [1] 71/19
**set** [9] 9/13 11/7 19/12 30/12 37/14
38/11 43/12 49/9 70/9
**setting** [2] 16/17 17/7
**settlement** [2] 31/19 72/4
**seven** [2] 27/22 56/4
**seventh** [1] 28/5
**share** [1] 40/19
**sheet** [19] 10/15 11/7 15/11 15/13 19/5
28/22 29/7 29/10 34/21 34/25 41/18
41/21 42/6 42/17 42/20 45/17 45/21
45/25 47/16

**S**

**sheets [29]** 9/20 10/16 10/17 11/14 11/21 12/2 12/6 12/10 13/7 17/20 18/14 18/16 18/19 20/11 23/21 24/5 25/24 28/23 29/15 29/17 30/18 30/19 30/21 31/16 33/10 35/3 36/23 47/9 49/12

**SHERK [1]** 2/14

**ship [3]** 11/2 11/2 68/16

**short [6]** 20/1 42/9 42/16 58/22 58/23 61/15

**short-form [1]** 20/1

**shortcut [1]** 7/13

**shot [1]** 4/2

**should [18]** 12/10 19/6 19/15 20/24 21/1 22/18 23/18 24/22 24/23 35/6 37/4 43/22 53/12 59/20 69/19 70/15 71/25 75/15

**shows [1]** 65/22

**side [4]** 8/16 15/3 56/7 66/18

**sides [3]** 17/21 22/15 50/20

**sign [3]** 54/6 59/23 75/19

**signature [1]** 54/7

**signed [6]** 23/9 24/16 25/3 25/3 26/14 60/6

**signing [1]** 62/11

**similar [2]** 9/4 29/20

**simply [3]** 37/25 40/10 72/19

**since [2]** 5/18 28/9

**single [1]** 36/1

**sir [3]** 22/10 69/12 73/13

**Sirica [1]** 63/5

**sit [4]** 23/22 63/4 63/5 73/22

**site [16]** 12/16 16/5 16/10 16/14 16/16 16/18 16/22 17/5 33/4 33/11 35/5 43/12 43/16 44/4 46/4 55/15

**site-specific [3]** 33/4 33/11 35/5

**sites [32]** 12/21 12/24 13/11 13/16 13/21 13/22 14/3 14/13 14/15 14/19 15/3 15/19 16/2 16/3 29/11 29/13 33/25 34/3 34/5 34/16 34/17 34/19 35/6 43/4 44/16 45/4 54/18 54/19 74/6 75/4 75/6 75/11

**sitting [3]** 21/15 26/6 73/10

**situation [1]** 72/3

**six [2]** 24/19 40/1

**skeptical [1]** 55/12

**small [1]** 66/5

**Smith [1]** 29/24

**so [80]**

**softness [1]** 14/20

**software [1]** 2/21

**some [51]** 4/22 6/9 6/17 8/20 9/2 10/12 13/1 16/2 16/22 19/6 19/7 20/2 20/23 24/7 24/11 26/4 28/11 28/15 30/2 31/3 31/22 33/21 36/6 37/18 38/22 41/2 41/3 41/8 44/16 44/17 47/4 48/22 51/10 52/10 52/14 54/25 55/8 56/2 57/9 62/3 62/20 65/10 65/12 68/17 70/4 71/24 72/23 73/3 74/17 74/19 75/5

**somebody [2]** 21/10 47/5

**somebody's [1]** 16/3

**somehow [3]** 10/2 35/9 39/20

**someone [1]** 4/19

**someone's [2]** 16/6 21/4

**something [14]** 5/17 16/7 20/3 21/18

**something's [1]** 8/6

**sometimes [1]** 21/9

**sorry [1]** 68/13

**sort [16]** 4/25 10/13 11/15 20/23 22/13 32/6 34/3 35/2 35/4 35/13 35/14 37/20 42/18 47/10 66/1 72/2

**sound [1]** 9/12

**Sound's [1]** 17/23

**sounds [4]** 18/3 28/1 41/8 47/14

**source [1]** 72/20

**SOUTH [5]** 1/1 10/9 55/14 55/15 55/16 57/1 63/6 66/13 72/20

**Southern [1]** 59/10

**spe [1]** 64/19

**speak [4]** 13/14 22/12 33/17 57/19

**speaking [1]** 3/13

**specific [14]** 16/18 29/21 29/22 29/25 30/3 32/24 33/2 33/4 33/11 33/12 33/25 34/16 35/5 64/3

**specifically [3]** 34/8 35/10 36/7

**spending [1]** 38/19

**spent [1]** 73/5

**spoonfeed [1]** 63/4

**Springs [3]** 16/10 16/11 29/25

**stage [1]** 56/2

**stake [1]** 5/15

**standard [2]** 8/3 59/5

**standing [1]** 57/20

**start [3]** 23/22 39/22 40/16 48/5 72/6

**started [1]** 15/5

**starting [4]** 59/1 72/24 73/22 73/24

**starts [1]** 20/3

**state [6]** 21/20 69/14 69/24 70/15 73/19 74/3

**statement [3]** 51/6 52/1 63/25

**statements [1]** 57/7

**states [3]** 1/1 1/7 52/6 53/10 53/19 56/2 56/3 57/9 57/16 61/16 66/20 71/25 72/3

**status [6]** 1/6 3/12 9/11 37/17 60/13 74/7

**statute [2]** 21/9 22/14

**statutes [1]** 56/11

**stay [2]** 69/23 70/7

**staying [1]** 23/20

**stenographic [1]** 2/20

**step [2]** 70/5 70/5

**steps [1]** 72/17

**stick [1]** 29/23

**still [5]** 32/20 40/23 58/10 61/1 74/3

**stipulate [1]** 44/23 45/3

**stipulation [1]** 23/3

**stops [1]** 44/18

**strain [2]** 62/3 62/5

**strategic [1]** 8/20

**strict [1]** 7/3

**strike [1]** 71/23

**strong [1]** 66/19

**structure [1]** 29/7

**studies [3]** 55/2 64/2 64/24

**study [1]** 56/23

**stuff [3]** 6/13 56/7 56/8

**styled [1]** 52/4

**subject [1]** 72/9

**submit [4]** 20/22 20/25 53/4 62/13

**submitted [1]** 53/1

**submitting [1]** 51/6

**such [1]** 37/16

**sufficient [1]** 21/22

**suggest [2]** 62/2 72/4

**suggested [1]** 23/5

**suggestion [1]** 28/21

**suits [1]** 75/5

**Summerton [1]** 55/16

**SUMMY [6]** 1/11 3/20 66/13 67/4 67/21 67/22

**supplement [7]** 14/10 15/1 15/2 15/4 15/22 16/23 29/12

**supplemental [1]** 41/25

**supplementing [1]** 16/24

**support [1]** 62/20

**supposed [3]** 7/14 40/24 59/3

**sure [12]** 11/11 18/12 31/14 44/14 50/15 51/5 52/9 52/12 59/14 62/23 68/8 75/17

**surprise [2]** 50/23 62/25

**surrounding [1]** 13/2

**survival [1]** 24/10

**suspect [5]** 4/18 8/12 12/20 61/25 72/23

**system [3]** 7/22 40/9 75/1

---

**T**

**take [6]** 11/23 15/10 24/8 42/6 54/20 58/25

**taken [2]** 26/7 37/8

**taking [1]** 23/22

**talk [12]** 5/21 8/5 9/20 12/14 16/9 18/13 41/19 46/9 47/20 54/9 62/23 64/6

**talked [4]** 10/14 24/21 66/5 67/2

**talking [11]** 6/15 6/15 9/2 19/1 32/8 34/8 41/12 66/6 67/12 67/25 68/7

**task [1]** 73/10

**tasked [1]** 15/6

**tea [1]** 5/4

**team [1]** 26/4

**technically [1]** 58/13

**telephone [1]** 19/17

**telephones [1]** 53/23

**tell [19]** 5/20 8/4 10/19 13/8 22/13 25/9 25/18 31/9 31/10 31/23 39/18 47/2 54/25 55/13 56/6 58/1 70/12 74/12 75/21

**telling [2]** 24/22 68/10

**tells [1]** 5/4

**ten [4]** 10/21 32/19 47/15 59/12

**terms [4]** 19/18 33/24 36/24 71/18

**terribly [1]** 51/18

**terrified [1]** 63/10

**test [2]** 54/17 55/19

**testicular [1]** 65/2

**testing [2]** 31/4 40/3

**than [7]** 5/2 8/6 20/24 21/1 21/21 34/16 73/10

**thank [21]** 4/14 9/16 30/15 33/15 39/7 39/13 50/9 50/17 51/9 52/22 60/22 61/21 62/15 62/16 62/18 67/3 69/9 73/17 76/1 76/2 76/6

**thanked [1]** 6/2

**that [340]**

**that's [52]** 7/8 7/25 9/21 10/6 16/14 18/23 23/9 23/9 23/12 25/16 27/23

that's... **[41]** 28/19 30/1 30/1 30/12
30/16 32/5 33/14 35/19 36/4 37/13
37/14 39/16 40/7 41/10 41/13 41/22
42/2 42/13 43/14 44/25 45/1 45/14
46/20 47/9 47/10 47/11 48/2 50/14
52/21 53/13 54/23 57/25 58/19 61/2
62/21 65/20 67/13 68/18 68/19 69/2
75/3
**theirs's [1]** 70/5
**them [50]** 4/22 5/6 5/8 6/6 6/18 7/8
7/24 9/4 10/12 11/15 13/1 14/4 14/20
16/25 17/16 18/6 19/13 19/13 19/17
23/20 24/1 24/4 24/12 24/21 24/22
24/25 25/21 25/24 27/5 28/19 31/25
34/20 37/6 48/8 49/2 49/18 52/5 52/11
53/14 55/19 56/4 61/11 62/6 62/8
62/10 62/13 67/5 68/10 68/18 75/25
**themselves [4]** 3/13 56/25 63/12
73/11
**then [25]** 4/22 5/18 10/21 12/16 16/21
17/19 18/25 26/11 26/20 27/4 28/20
29/14 32/21 32/22 34/3 37/23 40/20
42/17 44/18 55/12 60/8 68/19 69/24
75/9 75/20
**theories [1]** 54/17
**theory [1]** 55/16
**there [85]**
**there'll [1]** 18/12
**there's [23]** 8/20 10/25 11/13 16/22
18/6 23/19 25/10 25/25 29/17 31/7
32/23 34/3 38/3 45/19 47/5 47/17
52/10 55/1 59/13 59/15 65/11 72/13
74/4
**thereafter [1]** 32/21
**therefore [1]** 74/14
**these [40]** 6/11 7/2 9/3 10/16 12/4
15/11 16/2 16/2 25/21 26/4 26/21 27/4
27/17 30/23 31/16 31/18 42/2 42/4
43/23 45/3 45/4 46/21 46/21 47/4
47/11 53/21 59/5 62/14 63/11 63/13
63/16 63/18 63/20 63/21 65/5 66/4
66/20 66/21 67/4 71/21
**they [99]**
**they'll [1]** 23/17
**they're [28]** 4/23 6/7 10/9 10/24 11/4
11/18 11/21 12/13 12/14 12/15 19/19
21/5 23/16 23/21 24/7 24/15 24/15
27/22 29/20 29/20 34/10 35/18 42/5
64/5 66/16 67/2 68/7 72/10
**they've [6]** 3/9 22/2 40/3 49/18 49/18
53/2
**thing [12]** 11/24 19/11 19/11 39/18
41/20 43/6 53/18 54/7 55/11 55/24
63/1 63/24
**things [9]** 11/25 20/7 30/23 48/5 54/2
56/18 56/19 56/20 72/5
**think [110]**
**thinking [2]** 10/20 67/16
**thinks [2]** 54/15 57/21
**third [1]** 70/16
**this [143]**

**THOMAS [1]** 2/14
**THOMPSON [4]** 1/10 5/16 60/2 60/8
**those [28]** 6/18 9/5 12/6 13/5 16/16
18/20 21/22 21/22 23/3 24/16 31/20
31/24 33/25 34/2 34/5 34/17 34/19
35/5 37/15 42/16 48/23 52/18 56/2
57/7 66/19 67/17 68/23 72/16
**thought [4]** 37/18 40/12 40/25 54/24
**thoughtful [1]** 24/11
**thousands [1]** 24/14
**threat [2]** 24/10 71/8
**three [10]** 14/9 21/12 43/17 43/23
67/16 67/18 68/2 68/2 68/3 70/6
**thrilled [2]** 3/10 4/18
**through [11]** 6/1 10/11 20/19 30/17
30/19 31/5 31/6 38/3 47/7 47/7 54/2
**throw [1]** 4/3
**Thurgood [1]** 55/6
**thus [1]** 12/22
**tie [2]** 7/8 17/14
**tied [1]** 33/25
**time [31]** 5/21 5/21 6/17 11/23 12/2
12/3 15/16 17/19 19/9 19/19 20/6
20/24 23/3 26/13 31/15 31/18 31/20
38/13 38/19 38/23 48/11 52/18 60/10
60/21 64/14 64/18 67/15 67/19 68/3
74/8 74/10
**times [1]** 36/3
**timing [2]** 8/19 36/3
**tips [1]** 5/19
**today [5]** 3/13 10/19 13/16 16/5 27/11
**together [1]** 24/18
**told [6]** 8/22 49/22 54/13 56/6 56/14
62/9
**toll [1]** 26/24
**tolling [11]** 23/6 24/16 24/21 25/3 25/4
25/9 25/10 25/23 25/25 26/13 55/25
**too [6]** 7/24 21/13 40/12 40/14 40/22
41/1
**took [1]** 31/3
**top [1]** 67/8
**TOPE [1]** 1/16
**tort [1]** 60/18
**totally [1]** 25/17
**Tough [1]** 45/18
**towards [2]** 5/19 8/22
**town [1]** 3/7
**toxic [1]** 63/19
**trace [1]** 11/5
**track [2]** 31/19 31/21
**traditionally [1]** 72/16
**training [2]** 43/24 44/3
**transcript [3]** 1/6 2/20 76/9
**transcription [1]** 2/20
**transfer [4]** 39/14 69/25 70/18 74/10
**transfers [1]** 75/14
**treat [1]** 25/25
**tremendous [4]** 5/8 36/5 48/24 54/16
**tremendously [2]** 38/4 63/21
**TREY [1]** 1/16
**trial [1]** 47/24
**tried [2]** 46/16 69/16
**trigger [1]** 19/24
**triggering [4]** 19/6 19/10 20/24 26/23
**trillion [8]** 40/4 64/1 64/12 64/22 65/6
65/7 65/20 66/6
**trouble [1]** 28/12 37/24

**truncate [1]** 20/18
**try [11]** 10/8 15/10 22/13 30/9 48/10
51/20 52/15 56/1 61/4 70/7 70/18
**trying [27]** 9/1 14/11 14/16 14/18 15/9
15/23 17/13 18/16 19/18 21/16 26/7
27/1 28/9 30/8 30/8 31/6 31/25 32/13
35/20 44/11 44/12 44/15 44/20 53/20
61/1 62/20 65/4
**Tuesday [2]** 58/9 69/18
**turning [1]** 38/23
**two [13]** 14/9 15/11 22/17 43/16 50/12
50/18 52/1 67/10 67/10 67/15 67/25
68/12 70/5
**Twos [1]** 17/5
**types [1]** 75/10
**typical [2]** 19/25 19/25

**U**

**uh [1]** 7/20
**unclear [1]** 65/1
**under [10]** 8/3 20/17 22/13 35/7 53/3
58/10 61/3 61/13 63/9 75/15
**underlying [2]** 63/20 69/5
**understand [17]** 4/21 7/1 9/15 20/9
20/15 21/4 29/4 29/8 35/25 36/11
38/14 53/7 57/18 58/2 64/4 64/25 70/3
**understandable [1]** 71/2
**understanding [3]** 5/1 10/12 32/15
**understood [3]** 34/12 50/3 52/23
**undertaking [1]** 34/1
**unduly [3]** 8/7 8/12 70/8
**unexamined [1]** 60/4
**unfair [1]** 57/25
**unfortunately [1]** 17/2
**UNITED [10]** 1/1 1/7 52/6 53/10 53/19
57/9 57/16 61/16 71/25 72/3
**unless [1]** 61/5
**until [3]** 26/16 47/4 50/21
**up [23]** 6/2 7/8 8/15 8/25 9/13 10/12
18/6 24/24 25/11 26/13 27/17 31/2
36/2 44/23 45/5 50/22 50/25 60/23
65/13 68/2 68/2 69/18 72/24
**update [1]** 69/13
**upon [4]** 19/6 21/1 22/25 53/5
**urge [2]** 7/9 8/21
**urgent [1]** 8/6
**us [8]** 16/12 22/21 33/24 34/4 35/15
37/4 40/13 67/17
**use [4]** 24/5 39/24 41/8 55/4
**used [4]** 16/17 41/2 55/6 64/1
**uses [1]** 65/7
**using [4]** 40/14 45/9 55/2 65/6
**utility [1]** 29/17
**utilize [1]** 40/9
**utilizing [1]** 40/8

**V**

**valuable [1]** 9/17
**varied [1]** 63/21
**various [3]** 45/4 66/4 70/24
**vary [1]** 8/19
**vendor [5]** 39/18 39/19 39/24 41/7
41/9
**vendors [2]** 41/2 41/3
**venue [5]** 60/24 60/25 61/1 61/1 61/3
**version [2]** 53/2 72/2
**very [24]** 3/5 5/2 5/3 5/7 5/13 5/23 9/17

**V**

**very...** [17]  9/19 11/13 14/12 19/17 28/1 30/23 37/15 52/1 52/22 66/10 66/11 67/17 69/9 70/7 72/10 73/14 74/21

**view** [8]  12/15 19/13 29/19 32/15 47/10 62/22 63/14 67/21

**vitally** [1]  72/9

**voluntary** [2]  54/18 72/1

**W**

**wait** [2]  12/1 13/7

**waiting** [3]  13/6 18/15 19/11

**walk** [2]  3/4 10/1

**WALKER** [1]  2/15

**want** [74]  4/21 4/21 7/1 8/16 8/17 10/4 10/18 11/19 12/19 12/23 12/23 13/5 13/5 13/6 13/23 14/12 14/21 14/23 16/7 22/3 22/22 22/22 23/11 23/16 23/25 24/5 24/6 24/6 25/8 26/15 26/25 27/3 28/10 28/17 31/23 33/1 34/18 35/10 37/1 37/6 40/5 40/13 42/8 43/9 43/21 44/1 44/2 44/2 44/4 44/4 44/7 44/11 44/25 45/3 46/10 46/11 48/14 49/6 50/14 50/15 51/5 51/17 52/6 52/17 52/18 53/18 57/17 57/17 59/12 66/14 68/3 68/6 68/6 68/23

**wanted** [4]  31/14 40/2 61/4 63/2

**wanting** [1]  44/23

**wants** [3]  13/14 31/9 60/10

**warehouse** [1]  44/17

**warehouses** [2]  11/4 11/5

**warn** [1]  9/5

**was** [86]

**washout** [1]  55/20

**waste** [1]  20/20

**wasting** [3]  15/16 19/8 20/5

**watching** [2]  63/6 63/8

**water** [24]  21/19 32/9 34/19 36/21 36/22 37/12 37/18 37/23 37/25 38/8 38/18 38/18 38/20 38/24 38/24 40/2 64/23 65/11 65/15 65/16 65/18 65/19 66/8 66/17

**way** [23]  7/18 10/16 15/10 17/1 18/3 20/8 24/9 26/8 27/9 28/2 32/3 33/14 36/3 38/25 42/2 45/1 45/19 54/20 55/6 55/22 58/19 63/2 70/2

**ways** [5]  8/20 20/8 37/18 43/16 43/17

**we** [181]

**we'll** [12]  9/20 11/13 12/2 23/7 32/11 42/15 42/16 49/15 53/24 61/9 67/5 70/19

**we're** [62]  3/11 6/14 6/15 6/15 7/21 8/5 9/13 9/22 10/19 11/6 12/1 13/7 13/13 15/23 16/19 18/4 19/10 20/10 20/18 23/24 23/24 25/20 25/21 27/4 27/5 27/8 28/4 31/15 31/15 32/18 32/24 32/24 32/25 32/25 33/2 35/20 35/21 35/24 38/25 39/6 40/19 40/20 40/20 40/23 44/11 44/15 44/16 48/2 48/4 49/16 50/5 51/11 51/24 56/15 58/10 59/3 59/3 59/9 62/20 66/6 67/14 68/10

**we've** [10]  9/13 20/6 21/24 40/11 41/11 48/7 48/7 53/1 55/10 66/5

**week** [4]  13/15 27/1 29/12 74/8

**weekend** [1]  27/25

**weeks** [1]  29/14

**weight** [1]  8/13

**welcome** [1]  59/25

**well** [47]  3/7 3/8 6/14 9/3 9/8 11/3 11/6 11/15 11/17 12/18 14/4 14/6 15/7 17/21 19/21 20/13 22/25 23/11 24/12 25/6 26/17 29/3 34/3 34/7 34/14 35/23 36/9 36/15 36/25 37/2 37/6 44/22 45/1 46/16 51/17 53/14 53/22 54/4 57/2 57/18 60/19 62/7 65/10 65/19 65/21 68/18 75/12

**went** [4]  6/2 7/20 44/15 44/16

**were** [25]  5/15 5/25 6/1 7/19 8/16 11/1 16/16 19/1 20/10 22/13 23/4 24/19 24/19 28/9 29/6 30/23 34/16 37/18 49/21 63/3 63/3 64/7 64/17 67/16 67/24

**weren't** [1]  48/16

**what** [86]

**what's** [11]  31/10 39/20 42/20 42/21 48/12 49/23 57/9 63/19 63/20 67/20 70/17

**whatever** [6]  8/3 8/4 10/8 10/22 31/20 44/13

**whatsoever** [1]  24/4

**wheel** [1]  53/20

**when** [28]  3/4 6/2 6/14 9/1 9/5 10/14 11/2 12/9 16/4 16/9 18/13 22/2 22/17 25/16 27/24 36/3 38/6 38/17 40/15 44/14 48/12 49/15 53/8 54/5 64/2 65/2 69/24 70/10

**where** [31]  3/24 7/11 9/25 11/2 16/16 19/2 19/4 21/9 26/8 29/5 29/5 30/9 31/10 40/3 41/22 44/20 46/8 52/4 64/11 67/18 67/24 68/12 69/18 71/21 71/21 72/3 72/15 72/17 74/17 75/2 75/4

**Where'd** [1]  64/1

**WHEREUPON** [2]  3/2 76/7

**whether** [7]  12/15 22/15 47/15 59/13 71/24 75/21 75/21

**which** [26]  4/21 5/15 7/22 13/16 14/7 20/17 21/18 21/19 22/23 27/24 29/11 30/23 36/17 39/23 49/19 53/11 55/3 56/3 58/9 66/10 66/11 68/11 68/24 69/24 70/21 71/14

**while** [6]  9/20 26/6 26/23 31/3 35/12 51/19

**who** [23]  3/12 9/5 13/14 14/21 20/12 20/13 24/2 26/5 27/11 30/20 31/9 38/18 44/21 50/18 50/19 60/10 62/1 71/2 71/18 71/18 73/2 73/2 74/16

**who's** [2]  59/10 68/23

**whole** [6]  11/23 15/1 45/17 51/18 53/17 55/24

**whose** [1]  14/22

**why** [12]  4/23 19/2 21/4 28/24 28/24 29/1 29/1 30/2 38/19 40/5 45/3 60/8

**will** [47]  3/13 6/18 8/12 8/13 12/6 15/2 15/19 15/21 15/21 15/22 18/5 20/8 20/14 26/13 29/11 29/12 29/14 31/20 33/3 33/10 34/11 34/24 38/19 40/15 47/3 47/3 49/1 49/15 51/8 51/11 51/12 53/4 53/5 53/8 54/25 56/5 56/6 56/16 58/21 58/23 61/15 62/1 65/14 75/20 75/21 75/21 75/22

**WILLIAMS** [5]  2/8 4/17 9/16 60/23 73/6

**willing** [1]  75/19

**win** [3]  37/19 37/22 38/2

**wise** [1]  5/7

**wish** [1]  52/8

**wished** [1]  56/14

**withdraw** [1]  74/11

**withdrew** [1]  69/25

**within** [2]  22/17 24/19 29/14 47/15 60/20

**without** [2]  8/8 56/11

**won** [1]  10/2

**won't** [11]  20/21 36/8 36/12 44/9 47/4 49/4 57/2 60/12 60/14 63/12 70/18

**word** [1]  6/13

**work** [12]  10/21 12/2 26/16 32/14 32/16 41/6 45/7 47/6 48/10 49/2 49/15 65/9

**worked** [2]  52/24 53/4

**working** [5]  17/17 45/14 48/14 58/10 59/10

**works** [3]  17/1 53/19 53/22

**world** [2]  28/19 56/11

**worry** [2]  60/21 62/5

**worthless** [1]  56/7

**worthwhile** [1]  8/1

**would** [45]  7/11 7/17 12/16 20/22 20/25 23/15 25/22 29/1 31/14 33/21 33/22 34/9 34/18 39/3 46/5 49/20 50/23 51/6 52/8 54/23 54/24 55/6 55/9 57/23 58/14 58/17 58/17 58/18 58/19 60/15 60/15 67/17 67/18 68/17 68/20 70/22 71/12 72/4 72/11 72/14 72/14 72/21 75/19 75/22 75/24

**wouldn't** [1]  75/9

**wrestled** [1]  22/24

**wrong** [1]  58/14

**Y**

**y'all** [62]  3/5 3/8 9/20 10/20 10/21 18/7 19/1 19/15 20/10 21/13 21/14 21/14 23/11 24/18 24/18 24/19 24/19 24/20 26/3 27/2 27/5 27/6 27/7 27/8 28/6 28/14 30/22 32/14 32/19 41/6 41/9 41/9 42/22 45/5 45/15 46/9 48/6 48/9 49/1 49/2 49/20 53/7 53/18 53/20 53/23 55/1 55/9 56/21 57/1 57/10 62/25 63/1 63/3 63/3 63/3 68/3 68/3 68/21 69/4 72/5 72/21

**y'all's** [2]  41/10 44/25

**Yeah** [14]  25/13 25/18 27/18 27/21 41/17 42/15 45/23 46/19 50/2 50/4 51/1 59/18 64/24 74/12

**year** [2]  64/22 64/23

**years** [6]  5/11 22/17 44/20 53/21 55/10 56/13

**yellow** [2]  31/7 33/5

**yes** [37]  4/7 4/10 13/18 17/24 18/8 18/12 22/10 27/15 28/6 31/22 32/17 33/18 35/1 36/14 36/19 39/17 50/7 51/4 51/22 51/23 52/3 54/23 58/5 58/8 61/10 61/23 62/19 64/12 66/14 66/25 69/12 70/14 73/8 73/13 73/14 73/18 73/21

**yesterday** [3]  53/1 57/13 70/16

**yet** [1]  71/14

**Yoni** [2]  31/2 47/18

**York** [13]  58/8 55/9 59/10 61/1 61/3

**Y**

**York... [8]** 69/14 69/16 69/24 70/16 73/20 74/2 74/3 75/4

**you [303]**

**you'll [12]** 4/24 5/21 16/23 17/11 22/7 22/7 24/1 34/10 39/21 47/3 50/20 65/19

**you're [38]** 7/14 8/13 9/1 15/5 15/16 16/23 17/9 19/8 20/5 20/22 24/24 30/6 34/8 38/9 38/16 41/23 44/19 44/20 44/20 47/14 47/15 51/19 58/11 58/12 58/12 59/1 59/2 59/6 59/25 60/7 60/19 60/20 60/20 66/15 73/21 73/22 73/23 73/24

**you've [16]** 15/3 16/4 21/12 31/12 35/25 38/21 38/21 38/22 42/25 42/25 45/13 45/13 47/23 47/24 51/14 72/5

**young [1]** 55/7

**your [120]**

**yours [1]** 68/19

**yourselves [1]** 48/11

**Z**

**ZEN [1]** 2/13