IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**CASE MANAGEMENT ORDER NO. 3.B**<br><br>This Order Relates to All Actions. |

## Additional Parties

1. This Order amends the deadline by which a motion to add a new party to a case currently in, or pending transfer into, these multidistrict litigation ("MDL") proceedings shall be made.

2. CMO No. 3A provides that any such motion shall be made by August 4, 2019.

3. The Court hereby orders that any motion to add a new party to a case currently in, or pending transfer into, these MDL proceedings (as of the date of this Order) shall be made by September 4, 2019.

4. No other deadline provided by CMO No. 3 or No. 3A is extended.

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

August 6, 2019
Charleston, South Carolina