# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2:18-mn-2873-RMG<br><br>This document relates to:<br>    No. 2:19-cv-02196-RMG<br>    No. 2:19-cv-02192-RMG |

## NOTICE OF APPEARANCE

Please take notice that William J. Jackson, an attorney with the firm Kelley Drye & Warren LLP, hereby enters his appearance as counsel of record in the following cases for the parties listed:

*MRP Properties Company, LLC v. 3M Company, et al.*, No. 2:19-cv-02196-RMG, 1:19-cv-12149-TLL-PTM (E.D. Mich.)    Plaintiff MRP Properties Company, LLC

*Valero Refining Company-Oklahoma v. 3M Company et al.*, No. 2:19-cv-02192-RMG, 6:19-cv-00223-SPS (E.D. Okla.)    Plaintiff Valero Refining Company-Oklahoma

Dated: August 20, 2019    Respectfully submitted,

*/s/ William J. Jackson*
William J. Jackson
Kelley Drye & Warren LLP
515 Post Oak Blvd., Suite 900
Houston, TX 77027
Telephone:    (713) 355-5050
Facsimile:    (713) 355-5001
Email:    bjackson@kelleydrye.com

Attorney for Plaintiffs MRP Properties Company, LLC; and Valero Refining Company-Oklahoma