# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No.  2:18-mn-2873-RMG<br><br>CASE MANAGEMENT ORDER NO. 3.C.<br><br>This Order Relates to All Actions |

## TOLLING OF STATUTES OF LIMITATIONS AND ADDITIONAL PARTIES

1. CMO No. 3.B. provides that any motion to add a new party to a case currently in, or pending transfer into, these multidistrict litigation ("MDL") proceedings as of August 6, 2019, shall be made by September 4, 2019.

2. This Order amends the deadline by which any such motion shall be made where the parties have entered into an agreement to toll the applicable statute of limitations ("Tolling Agreement").

3. For any cases currently in or transferred to these MDL proceedings where the parties have entered into a Tolling Agreement, the deadline set in CMO 3.B. for a motion to add a new party shall be extended to and including thirty (30) days from the expiration or termination of the Tolling Agreement. In no event, however, shall this deadline be extended beyond September 30, 2020 without prior leave of Court.

4. This Order does not alter, toll, or otherwise extend the statute of limitations in any case in these MDL proceedings. This Order also does not intend to waive, or constitute a waiver

1

of, any legal or equitable defenses of any defendants or new parties that may be added to any case.

**AND IT IS SO ORDERED.**

                                                Richard Mark Gergel
                                                United States District Court Judge

October 4, 2019
Charleston, South Carolina