IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>CASE MANAGEMENT ORDER NO. 6<br><br>This Order Relates to All Actions |

## Alternative For Service of Process On A Defendant

1. This Order provides the manner in which a Defendant may be served with process of a Summons and Complaint that has been filed in, removed to, or transferred to this Multi-District Litigation.

2. This Order does not preclude a Plaintiff from serving any Defendant as prescribed in Fed. R. Civ. P. 4.

3. Nothing in this Order may be construed as a waiver or limitation of any defense available to Defendant(s).

4. For the sake of efficiency of all parties, the following Defendants have agreed to accept service of a Summons and Complaint, either filed directly into the MDL or transferred into the MDL, by the following method(s):

   a. **Chemguard Inc. and Tyco Fire Products LP:**

   Service via email: mdlafff@jci.com *and* afffservice@wc.com

   b. **Kidde PLC, Inc., Kidde-Fenwal, Inc., UTC Fire and Security Americas Corp., Inc., United Technologies Corporation, Chubb Fire, Ltd. :**

   Service via email: KiddeDefendantsAFFF@daypitney.com

   c. **Buckeye Fire Equipment Company:**

   Service via email: mcarpenter@gastonlegal.com *and* msingleton@gastonlegal.com

*Along with a copy*

via regular mail to the following address:

Michael L. Carpenter
Gray, Layton, Kersh, Solomon, Furr & Smith, P.A.
516 South New Hope Road
Post Office Box 2636
Gastonia, NC 28053

d. **Chemours Company FC, LLC, The Chemours Company, and E.I. Du Pont De Nemours and Company:**

Service via email: dupontchemoursservice@shb.com *and* mrushton@shb.com *and* mfwilliams@shb.com

e. **3M Company:**

Service via email: 3M_Service_AFFF_MDL@duffyandyoung.com

f. **National Foam, Inc.:**

Service via email: smithkei@gtlaw.com

g. **Dynax Corporation:**

Service via email: kwarner@smithlaw.com; cbrinson@smithlaw.com; aries@smithlaw.com; *and* cbona@smithlaw.com

h. **The Port Authority of New York and New Jersey:**

Service via email: mchertok@sprlaw.com, eknauer@sprlaw.com, nmino@panynj.gov *and* panylit@panynj.gov

i. **Federal Express Corporation:**

Service via email to: aeckert@kmazuckert.com, jhuang@kmazuckert.com *and* aaron.cassat@fedex.com

5. If service is accomplished via email, the body of the email shall identify by name each plaintiff named in a complaint served by that email.

2

6.    If service is accomplished via email, service shall be deemed completed at the time of the electronic submission, provided there is no email bounce-back within twenty-four (24) hours.

7.    Should any Defendant identified above seek to change the email or method of alternative service set forth above, counsel for that Defendant shall promptly advise Plaintiffs' Liaison and Lead Counsel via email, who shall notify all Plaintiffs' counsel of the change. For any change, absent agreement of the parties or special circumstances, there shall be 30 days before any change in the email or other method of alternative service is effectuated.

**AND IT IS SO ORDERED.**

_____
Richard Mark Gergel
United States District Court Judge

October 4, 2019
Charleston, South Carolina