IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>CASE MANAGEMENT ORDER NO. 7<br><br>This Order Relates to All Actions |

### APPOINTMENT OF ADDITIONAL DEFENDANTS' COORDINATION COMMITTEE MEMBERS

1. The Court appoints the following attorneys to the Defendants' Coordination Committee to lead the Non-AFFF Manufacturing Defendants subgroup of the DCC that consists of the following entities: The Chemours Company; The Chemours Company FC, LLC; E.I du Pont de Nemours and Company; and The Dynax Corporation:

Molly Craig
The Hood Law Firm, LLC
172 Meeting Street
Charleston, SC 29401

David Erickson
Shook Hardy & Bacon, L.L.P.
2555 Grand Blvd
Kansas City, MO 64108

Kenneth Reilly
Shook Hardy & Bacon, L.L.P.
2555 Grand Blvd
Kansas City, MO 64108

*Counsel for The Chemours Company, The Chemours Company FC, LLC, and E.I. du Pont de Nemours and Company*

2. In accordance with CMO No. 2 and CMO No. 3, these appointments are for a period of one year. Each appointee must apply for continued service thereafter.

3. These designations are of a personal nature. Accordingly, the Court looks to these counsel to undertake personal responsibility to perform the designated functions and, should they below unable to do so, the Court reserves the discretion to replace counsel on their request or on the Court's own motion.

**AND IT IS SO ORDERED.**

_____
Richard Mark Gergel
United States District Court Judge

November 1, 2019
Charleston, South Carolina