**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAM PRODUCTS LIABILITY LITIGATION | Case No. 2:18-mn-02873-RMG<br><br>This document relates to:<br><br>*City of Newburgh v. United States*, No. 2:18-cv-03358-RMG<br><br>*City of Westfield v. 3M Co.*, No. 2:18-cv-03435-RMG<br><br>*New York v. 3M Co.*, No. 2:19-cv-01022-RMG<br><br>*Fiattarone v. United States*, No. 2:19-cv-01119-RMG<br><br>*B&B Inv. Props. v. U.S. Fairchild AFB*, No. 2:19-cv-01120-RMG<br><br>*County of Suffolk v. United States*, No. 2:19-cv-01181-RMG<br><br>*H54B, Inc. dba Moose Creek Lodge v. United States*, No. 2:19-cv-01217-RMG<br><br>*Atlantic City Mun. Utils. Auth. v. 3M Co.*, No. 2:19-cv-01223-RMG<br><br>*County of Westchester v. United States*, No. 2:19-cv-01724-RMG<br><br>*Schaap v. United States*, No. 2:19-cv-03288-RMG<br><br>*Teune v. United States*, No. 2:19-cv-03290-RMG |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Frederick Gaston Hall of the U.S. Department of Justice, Civil Division, Torts Branch, Environmental Tort Litigation Section appears as attorney of record for the United States and its component agencies in the above-captioned actions and requests that all papers in these actions be served upon the undersigned at the address stated below.

Dated: December 10, 2019

Respectfully submitted,

/s/ *Frederick G. Hall*

FREDERICK GASTON HALL
Trial Attorney, Torts Branch
Environmental Tort Litigation Section
United States Department of Justice
175 N Street NE, Ste. 11.224
Washington, D.C. 20002
frederick.g.hall@usdoj.gov
Tel. 202-616-4211
Fac. 202-616-4473

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all known counsel of record.

Dated: December 10, 2019 /s/ *Frederick G. Hall*