# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.  2:18-mn-2873-RMG <br> Hon. Richard M. Gergel |
| **THIS DOCUMENT RELATES TO:** <br><br> 2:19-cv-02472; 2:19-cv-02473 <br> 2:19-cv-02474; 2:19-cv-01201 <br> 2:18-cv-03438; 2:18-cv-03359 <br> 2:19-cv-03604; 2:20-cv-00217 <br> 2:20-cv-00331; 2:20-cv-00332 <br> 2:20-cv-00330; 2:20-cv-00344 <br> 2:20-cv-00341; 2:20-cv-00378 <br> 2:20-cv-00390; 2:20-cv-00355 <br> 2:20-cv-00380; 2:20-cv-00381 <br> 2:20-cv-00388; 2:20-cv-00382 <br> 2:20-cv-00356; 2:20-cv-00386 <br> 2:20-cv-00384; 2:20-cv-00392 <br> 2:20-cv-00383; 2:20-cv-00391 <br> 2:20-cv-00354; 2:20-cv-00417 <br> 2:20-cv-00352; 2:20-cv-00349 <br> 2:20-cv-00350; 2:20-cv-00353 <br> 2:20-cv-00347; 2:20-cv-00562 <br> 2:20-cv-00609; 2:20-cv-00613 <br> 2:20-cv-00616; 2:20-cv-00570 <br> 2:20-cv-00619; 2:20-cv-00605 <br> 2:20-cv-00351 | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE WITH RESPECT TO CORTEVA, INC. AND DUPONT DE NEMOURS, INC. ONLY

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(i), Plaintiffs in the above captioned actions hereby voluntarily dismiss without prejudice their claims against Defendants Corteva, Inc. and DuPont de Nemours, Inc. only.  Plaintiffs' lawsuits and claims will continue pending against the remaining Defendants.

*/s/ Lawrence R. Cohan*
Lawrence R. Cohan, Esq.
ANAPOL WEISS
130 N. 18th Street, Suite 1600
Philadelphia, PA 19103

(215)790-4567  
(215) 875-7702  
Lcohan@anapolweiss.com  
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2020, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

<u>/s/ Lawrence R. Cohan</u>
Lawrence R. Cohan