# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 2:18-mn-2873-RMG<br><br>**This Document Relates to**<br>**Case No. 2:18-cv-03489-RMG** |

## MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff New Jersey American Water Company, Inc. files this its Motion for Leave to Amend, with the accompanying Memorandum of Law in support thereof, the Declaration of T. Roe Frazer II, and the exhibits annexed thereto.

Dated: March 18, 2020

By: /s/ *T. Roe Frazer II*
T. Roe Frazer II
FRAZER PLC
30 Burton Hills Blvd, Ste. 450
Nashville, TN 37215
(615) 647-6464
roe@frazer.law

Approved for filing by Plaintiff's Lead Counsel:

/s/ *Michael London*
Michael London
mlondon@douglasandlondon.com