# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) |   MDL No. 2:18-mn-2873-RMG<br><br>**CASE MANAGEMENT ORDER NO. 10**<br><br>**This Order Relates to All Actions.** |

### Appointment of Counsel to
### Plaintiffs' and Defendants' Leadership, Liaison and Committees
### For the March 2020 through March 2021 Term

1. In CMO No. 2 and No. 3, the Court appointed attorneys as Plaintiffs' Co-Lead Counsel and Plaintiffs' Liaison Counsel, and to the Plaintiffs' Executive Committee ("PEC"). The Court also appointed attorneys as Defendants' Co-Lead Counsel and Defendants' Co-Liaison Counsel, as well as to the Defense Coordination Committee ("DCC").

2. Those appointments to leadership, liaison and committee positions were for a period of one year and each appointee must apply for continued service. The Court has reviewed the applications of the appointees who seek to continue their service, as well as applications from attorneys who seek to be appointed to serve on this MDL for the first time.

### Plaintiffs' Appointments

3. The Court reappoints the following attorneys as Plaintiffs' Co-Lead Counsel:

   Michael A. London
   Douglas & London, P.C.
   59 Maiden Lane, 6th Fl.

    New York, NY 10038

    Paul J. Napoli
    Napoli Shkolnik PLLC
    360 Lexington Ave., 11th Fl.
    New York, NY 10017

    Scott Summy
    Baron & Budd, P.C.
    3102 Oak Lawn Ave., #1100
    Dallas, TX 75219

4. The Court reappoints as Plaintiffs' Liaison Counsel:

    Fred Thompson, III
    Motley Rice, LLC
    28 Bridgeside Blvd.
    Mount Pleasant, SC 29464

5. The Court reappoints to the PEC:

    Charles E. Schaffer
    Levin Sedran & Berman
    510 Walnut St., 5th Fl.
    Philadelphia, PA 19106

    Larry R. Cohan
    Anapol Weiss
    One Logan Square 130 N. 18th St., Suite 1600
    Philadelphia, PA 19103

    Richard S. Lewis
    Hausfeld
    1700 K St. N.W., Suite 650
    Washington, DC 20006

    Kevin Madonna
    Kennedy & Madonna, LLP
    48 Dewitt Mills Rd.
    Hurley, NY 12443

    Frank L. Gallucci, III
    Plevin & Gallucci
    55 Public Square, Suite 2222
    Cleveland, OH 44113

Erin Dickerson
Crueger Dickinson LLC
4532 N. Oakland Ave.
Whitefish Bay, WI 53211

William J. Jackson
Kelley Drye & Warren LLP
515 Post Oak Blvd., Suite 900
Houston, TX 77027

Richard Head
SL Environmental Law Group
201 Filbert St., Suite 401
San Francisco, CA 94105

Matt Edling
Sher Edling, LLP
100 Montgomery St., Suite 1410
San Francisco, CA 94104

Wesley Bowden
Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A.
316 South Baylen St.
Pensacola, FL 32502

Nancy Christensen
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003

Kevin Hannon
The Hannon Law Firm, LLC
1641 Downing St.
Denver, CO 80218

T. Roe Frazer, II
Frazer PLC
1 Burton Hills Blvd., Suite 215
Nashville, TN 37215

James Ferraro
The Ferraro Law Firm
600 Brickell Ave., Suite 3800
Miami, FL 33131

    Christiaan A. Marcum
    Richardson, Patrick, Westbook & Brickman
    1037 Chuck Dawley Blvd., Building A
    PO Box 1007
    Mount Pleasant, SC 29465

    Gregory A. Cade
    Law Offices of Environmental Litigation Group, P.C.
    2160 Highland Ave. South
    Birmingham, AL 35205

    Christina Cossich
    Cossich, Sumich, Parsiola & Taylor LLC
    8937 Highway 23
    Belle Chasse, LA 70037

    Gale D. Pearson
    Fears Nachawati Law Firm
    310 4th Avenue South
    Suite 5010
    Minneapolis, MN 55415

    Carl Solomon
    Solomon Law Group, LLC
    P.O. Box 1866
    Columbia, SC 29202

6. The Court appoints to the PEC:

    Matthew Pawa
    Hagens Berman Sobol Shapiro LLP
    1280 Centre Street, Suite 230
    Newton Centre, MA 02459

    Benjamin Richman
    Edelson PC
    350 North LaSalle Street, 14th Fl.
    Chicago, IL 60654

    Michael Stag
    Stag Liuzza, LLC
    365 Canal Street, Suite 2850
    New Orleans, LA 70130

7. The Court reappoints to the Advisory Counsel to the PEC:

    Robert A. Bilott
    Taft Stettinius & Hollister LLP
    425 Walnut St., Suite 1800
    Cincinnati, OH 45202

### Defendants' Appointments

8. The Court reappoints as Defendants' Co-Lead Counsel:

    Joseph G. Petrosinelli
    Williams & Connolly LLP
    725 Twelfth St., N.W.
    Washington, DC 20005

    Michael A. Olsen
    Mayer Brown LLP
    71 S. Wacker Dr.
    Chicago, IL 60606

9. The Court reappoints as Defendants' Co-Liaison Counsel:

    David E. Dukes
    Nelson Mullins Riley & Scarborough LLP
    1320 Main St., 17th Fl.
    Columbia, SC 29201

    Brian C. Duffy
    Duffy & Young LLC
    96 Broad St.
    Charleston, SC 29401

10. The Court reappoints the following attorneys to the DCC:

    Joseph G. Petrosinelli
    Williams & Connolly LLP
    725 Twelfth St., N.W.
    Washington, DC 20005

    Michael A. Olsen
    Mayer Brown LLP
    71 S. Wacker Dr.
    Chicago, IL 60606

David E. Dukes
Nelson Mullins Riley & Scarborough LLP
1320 Main St., 17th Fl.
Columbia, SC 29201

Brian C. Duffy
Duffy & Young LLC
96 Broad St.
Charleston, SC 29401

11. The Court reappoints to the DCC's AFFF Manufacturing Defendant Sub-Group:

Amanda S. Kitts
Nelson Mullins Riley & Scarborough LLP
1320 Main St., 17th Fl.
Columbia, SC 29201

Liam J. Montgomery
Williams & Connolly LLP
725 12th St. N.W.
Washington, DC 20005

Lyn P. Pruitt
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
425 W. Capitol Ave., Suite 1800
Little Rock, AR 72201

Daniel L. Ring
Mayer Brown LLP
71 S. Wacker Dr.
Chicago, IL 60606

Jillian C. Kirn
Greenberg Traurig, LLP
1717 Arch St., Suite 400
Philadelphia, PA 19103

12. The Court reappoints to the DCC's Non-AFFF Manufacturing Defendant Sub-Group:

Molly Craig
The Hood Law Firm, LLC
172 Meeting Street
Charleston, SC 29401

David Erickson
Shook Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansa City, MO 64108

Kenneth Reilly
Shook Hardy & Bacon, L.L.P.
201 S. Biscayne Blvd., Suite 3200
Miami, FL 33131

13. The Court reappoints to the DCC's United States of America Defendant Sub-Group:

Christina M. Falk
United States Department of Justice
Civil Division, Environmental Torts Branch
175 N St., N.E.
Washington, DC 20002

14. The Court reappoints to the DCC's Other Defendant Sub-Group:

Elizabeth Knauer
Sive, Paget & Riesel P.C.
560 Lexington Ave., 15th Fl.
New York, NY 10022

Mark A. Chertok
Sive Paget & Riesel, P.C.
560 Lexington Ave., 15th Fl.
New York, NY 10022

15. The organizational structure, authority and responsibilities of these designated leadership, liaison and committee members remain as provided in CMO No. 2, as does a committee and the Court's authority to amend or expand the appointments as circumstances warrant.

16. These designations are of a personal nature. Accordingly, the Court looks to these counsel to undertake personal responsibility to perform the designated functions and, should they become unable to do so, the Court reserves the discretion to replace counsel on their request or on the Court's own motion.

17. These designations to leadership, liaison and committee positions are for a period of one year. Each appointee must apply for continued service thereafter.

**AND IT IS SO ORDERED.**

                                                                                                                s/Richard Mark Gergel\
                                                                                                                Richard Mark Gergel\
                                                                                                                United States District Judge

March 23, 2020\
Charleston, South Carolina