**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |
| | **CASE MANAGEMENT ORDER NO. 10.A** |
| | **This Order Relates to All Actions.** |

**Appointment of Additional Counsel to
Plaintiffs' Executive Committee
For the March 2020 through March 2021 Term**

1.  In CMO No. 10, the Court appointed, *inter alia*, counsel as Plaintiffs' Co-Lead Counsel, Liaison Counsel, and to Plaintiffs' Executive Committee ("PEC") for the March 2020 through March 2021 term.

2.  The Court hereby also appoints to the PEC:

    J. Edward Bell, III
    Bell Legal Group
    219 Ridge Street
    Georgetown, SC 29440

3.  This designation is of a personal nature. Accordingly, the Court looks to this counsel to undertake personal responsibility to perform the designated functions and, should he become unable to do so, the Court reserves the discretion to replace counsel on the PEC's request or on the Court's own motion.

4.  This designation is for a period of one year. The appointee must apply for continued service thereafter.

**AND IT IS SO ORDERED.**

        _s/Richard Mark Gergel_____
Richard Mark Gergel
United States District Judge

March 30, 2020
Charleston, South Carolina