**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br><br>**Case Management Order No. 5C**<br><br>**This Order relates to**<br>**ALL CASES** |

### State Government Plaintiff Fact Sheets

1.      Case Management Orders No. 5 and 5A (collectively "CMO No. 5/A") currently govern the form, procedure, and schedule for the completion and service of Plaintiff Fact Sheets ("PFS") as to all Member Actions of MDL 2873 except for those actions brought by State Government or United States Territory Government Plaintiff(s) (the "State Government Plaintiff(s)").

2.      Defense Leadership, the PEC, and all current State Government Plaintiffs have now reached agreement as to the form of a State Government PFS to be used for all Member Actions brought by any State Government Plaintiff(s), including any Member Action(s) filed in or transferred to MDL 2873 after the date of this order.

3.      Defense Leadership, the PEC, and all current State Government Plaintiffs have also agreed that CMO No. 5/A are incorporated in whole into this CMO, except that all current State Government Plaintiffs shall have 112 days from Court approval of this order to serve their completed State Government PFS and any future State Government Plaintiff(s) shall have 112 days from the date the Court dockets a direct-filed or transferred State Government action into MDL 2873 to serve their completed State Government PFS.

**AND IT IS SO ORDERED**.

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

July 23, 2020
Charleston, South Carolina