**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br><br>**Case Management Order No. 6.A.**<br><br>**This Order relates to**<br>**ALL CASES** |

### Alternative For Service of Process On Additional Defendants

1.      CMO 6 provides the manner in which certain Defendants may be served with process of a Summons and Complaint that has been filed in, removed to, or transferred to this Multi-District Litigation.

2.      This Order supplements CMO 6 to provide additional Defendants who may be served with process of a Summons and Complaint in accordance with CMO 6.  All provisions of CMO 6 shall apply to the Defendants listed in CMO 6 and in this CMO 6A.

3.      For the sake of efficiency for all parties, the following additional Defendants have agreed to accept service of a Summons and Complaint, either filed directly into the MDL or transferred into the MDL, by the following method(s):

(a)    **Amerex Corporation:**

Service via email: lkerrigan@kmcllaw.com *and* MTrevino@nexsenpruet.com

(b)    **Archroma U.S., Inc. and Clariant Corporation:**

Service via email: robertjordan@parkerpoe.com; steveweber@parkerpoe.com; charlesraynal@parkerpoe.com; *and* janicestafford@parkerpoe.com

(c)    **Arkema Inc.**

       Service via email: AFFFArkemaService@sidley.com

(d)    **BASF Corporation**:

       Service via email: BASF-AFFF-Service@dlapiper.com

(e)    **Corteva, Inc. and DuPont de Nemours, Inc.:**

       Service via email: AFFFservice@bartlitbeck.com

(f)    **Daikin America, Inc.:**

       Service via email: tgrossman@jonesday.com *and* reblake@jonesday.com

(g)    **Honeywell International, Inc.:**

       Service via email to: Kirby.shealy@arlaw.com *and*
       Elissa.preheim@arnoldporter.com

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

July 23, 2020
Charleston, South Carolina

2