# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>Case Management Order No. 3E<br><br>This Order relates to<br>ALL CASES |

## CASE MANAGEMENT ORDER No. 3E
## (Leave to Amend Complaints)

1. This Order amends the deadline by which Plaintiffs may file an Amended Complaint for the purpose of deleting or naming additional Defendant(s) pursuant to CMO No. 3D.

2. CMO No. 3D provides that any such Amended Complaints must be filed within ninety (90) days from the entry of CMO No. 3D, which date would be August 26, 2020. (CMO No. 3D ¶ 5.)

3. The Court hereby orders that the deadline for Plaintiffs to file Amended Complaints deleting or naming additional Defendant(s) pursuant to CMO No. 3D is extended until September 25, 2020. The PEC and Defendants consent to this new deadline and this Order.

4. All other provisions of CMO No. 3D remain in effect and are not altered by this Order.

1

2

**AND IT IS SO ORDERED.**

                                                  s/ Richard Mark Gergel\
                                                  Richard Mark Gergel\
                                                  United States District Judge

August 19, 2020\
Charleston, South Carolina