**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>Case Management Order No. 6.B.<br><br>This Order relates to<br>ALL CASES |

**Alternative For Service of Process On Additional Defendants**

1. CMO 6 provides the manner in which certain Defendants may be served with process of a Summons and Complaint that has been filed in, removed to, or transferred to this Multi-District Litigation.

2. This Order supplements CMO 6 and CMO 6A to provide additional Defendants who may be served with process of a Summons and Complaint in accordance with CMO 6. All provisions of CMO 6 shall apply to the Defendants listed in this CMO 6B.

3. For the sake of efficiency for all parties, the following additional Defendants have agreed to accept service of a Summons and Complaint, either filed directly into the MDL or transferred into the MDL, by the following method(s):

    (a)    **Deepwater Chemicals Inc.:**

        Service via email: Deepwater@wbd-us.com

    (b)    **ChemDesign Products Inc.:**

        Service via email: jblakley@grsm.com *and* dmyoung@grsm.com

1

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel  
Richard Mark Gergel  
United States District Judge

August 19, 2020  
Charleston, South Carolina