**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION MDL 2873 | MDL No. 2:18-mn-2873-RMG<br><br>This Document Relates To:<br><br>Case No. 2:20-cv-2810-RMG |

## NOTICE OF APPEARANCE

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Defendant Perimeter Solutions, LP.

Dated: September 22, 2020          */s/ Renee M. Knudsen*
                                                                    RENEE M. KNUDSEN (DC Bar No. 1615689)
                                                                    BAKER & HOSTETLER LLP
                                                                    1050 Connecticut Ave. NW, Suite 1100
                                                                    Washington, DC 20036-5403
                                                                    Email: rknudsen@bakerlaw.com
                                                                    Telephone: (202) 861-1599
                                                                    Facsimile: (202) 861-1783

                                                                    *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 22, 2020, I filed the foregoing with the CM/ECF system, which will send a true and correct copy of the foregoing via email to all counsel of record.

Dated: September 22, 2020

*/s/ Renee M. Knudsen*

RENEE M. KNUDSEN (DC Bar No. 1615689)
BAKER & HOSTETLER LLP
1050 Connecticut Ave. NW, Suite 1100
Washington, DC 20036-5403
Email: rknudsen@bakerlaw.com
Telephone: (202) 861-1599
Facsimile: (202) 861-1783

*Attorney for Defendant*