**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG <br><br> **Case Management Order No. 3F** <br><br> **This Order relates to** <br> **ALL CASES** |

**CASE MANAGEMENT ORDER NO. 3F**
**(Tolling of Statutes of Limitations and Additional Parties)**

1.      This Order amends the deadline by which a party in a case pending in, or pending transfer into, this MDL as of August 6, 2019, needs to make a motion to add a new party where the parties have previously entered into an agreement to toll the applicable statute of limitations ("Tolling Agreement") pursuant to CMO No. 3C [Dkt. No. 354].

2.      CMO No. 3C provides that any such motion to add new parties shall be filed thirty (30) days from the expiration or termination of the Tolling Agreement but in no event, filed beyond September 30, 2020 without prior leave of Court.  (CMO No. 3C ¶ 3.)

3.      The Court hereby orders that the deadline to add new parties under CMO 3C shall be extended to and including thirty (30) days from the expiration or termination of the Tolling Agreement but, in no event, shall this deadline be extended beyond eighteen (18) months from the entry of this Order without prior leave of Court.  The PEC and Defendants consent to this new deadline and this Order.

4.      All other provisions of CMO No. 3C remain in effect and are not altered by this

Order.

**AND IT IS SO ORDERED**.

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

October 5, 2020
Charleston, South Carolina