**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br><br>**Case Management Order No. 6.C.**<br><br>**This Order relates to<br>ALL CASES** |

**Alternative For Service of Process On Additional Defendants**

1.      CMO 6 provides the manner in which certain Defendants may be served with process of a Summons and Complaint that has been filed in, removed to, or transferred to this Multi-District Litigation.

2.      This Order supplements CMO 6, CMO 6A, and CMO 6B to provide additional Defendants who may be served with process of a Summons and Complaint in accordance with CMO 6.  All provisions of CMO 6 shall apply to the Defendants listed in this CMO 6C.

3.      For the sake of efficiency for all parties, the following additional Defendants have agreed to accept service of a Summons and Complaint, either filed directly into the MDL or transferred into the MDL, by the following method(s):

    (a)     **Perimeter Solutions, LP:**

        Service via email: mthurlow@bakerlaw.com

    (b)     **Nation Ford Chemical Company:**

        Service via email: eware@williamsmullen.com, rlevy@williamsmullen.com, pwerner@williamsmullen.com, *and* mtaylor@williamsmullen.com

      (c)    **Carrier Global Corporation:**

Service via email: KiddeDefendantsAFFF@daypitney.com

      (d)    **WillFire HC LLC, d/b/a Williams Fire & Hazard Control:**

Service via email: mdlafff@jci.com *and* afffservice@wc.com

      (e)    **Daikin America Inc. (Amended):**

Service via email: reblake@jonesday.com, tgrossman@jonesday.com, sngeise@jonesday.com, ccarone@jonesday.com, *and* Support.Legal@daikin-america.com

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

November 12, 2020
Charleston, South Carolina

2