# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

|  |  |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2:18-mn-2873-RMG<br><br>**CASE MANAGEMENT ORDER NO. 14**<br><br>**This Order Relates to All Actions.** |

## Organization of Plaintiffs' Counsel

1. The Court has reviewed the application materials of counsel Ashley Campbell, seeking to serve on the Plaintiffs' Executive Committee ("PEC").

2. The Court hereby appoints the following attorney as to the PEC:

   Ashley Campbell
   SL Environmental Law Group
   91 North State Street, Suite 101
   Concord, NH 03301

3. All appointments to committee positions are for a period of one year. An appointee must apply for continued service thereafter.

4. This designation is of a personal nature. Accordingly, the Court looks to counsel to undertake personal responsibility to perform the designated functions and, should counsel become unable to do so, the Court reserves the discretion to replace counsel on her request or on the Court's own motion.

5. All appointments to committee positions are for a period of one year. An appointee must apply for continued service thereafter.

**AND IT IS SO ORDERED.**

        s/ Richard Mark Gergel
        Richard Mark Gergel
        United States District Judge

January 15, 2021
Charleston, South Carolina