**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG  <br><br>**Case Management Order No. 6.D.**  <br><br>**This Order relates to ALL CASES** |

**Alternative For Service of Process On Additional Defendants**

1. CMO 6 provides the manner in which certain Defendants may be served with process of a Summons and Complaint that has been filed in, removed to, or transferred to this Multi-District Litigation.

2. This Order supplements CMO No. 6, CMO No. 6A, CMO No. 6B, and CMO No. 6C to provide additional Defendants who may be served with process of a Summons and Complaint in accordance with CMO No. 6. All provisions of CMO No. 6 shall apply to the Defendants listed in this CMO No. 6D.

3. For the sake of efficiency for all parties, the following additional Defendants have agreed to accept service of a Summons and Complaint, either filed directly into the MDL or transferred into the MDL, by the following method(s):

    (a) **Chemicals Incorporated:**

        Service via email: otwaddell@goldbergsegalla.com *and* jparker@goldbergsegalla.com

    (b) **AGC Chemicals Americas, Inc.:**

        Service via email: agccaservice@crowell.com

1

    (c)    **Daikin America Inc. (Amended):**

        Service via email: reblake@jonesday.com, tgrossman@jonesday.com, sngeise@jonesday.com, ccarone@jonesday.com, scasey@joneswalker.com, Caren.DeLuccio@goodmanmfg.com, *and* Support.Legal@daikin-america.com

**AND IT IS SO ORDERED.**

        <u>s/ Richard Mark Gergel</u>
        Richard Mark Gergel
        United States District Judge

January 26, 2021
Charleston, South Carolina