**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE:  AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**DEFENDANT MINE SAFETY APPLIANCES COMPANY, LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>**This Document Relates to:**<br>**2:21-cv-00373-RMG** |

Pursuant to Federal Rule of Civil Procedure 7.1, Mine Safety Appliances Company, LLC, states that it is an indirect wholly-owned subsidiary of MSA Safety, Inc., a publicly traded corporation.

Dated:  March 8, 2021

BARNES & THORNBURG LLP
*Attorneys for Defendant Mine Safety Appliances Company, LLC*


/s/ Charles M. Denton
Charles M. Denton (MI P33269)
Anthony C. Sallah (MI P84136)
171 Monroe Avenue, NW, Suite 1000
Grand Rapids, MI 49503
Phone:  (616) 742-3930
Facsimile:  (616) 742-3999
cdenton@btlaw.com
asallah@btlaw.com

Sarah E. Johnston
2029 Century Park East
Suite 300
Los Angeles, CA 90067
310-284-3798 (phone)
F 310-284-3894 (fax)
sjohnston@btlaw.com

-and-

James L. Stengel (NY Bar ID 1800556)
Orrick, Herrington & Sutcliffe, LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: +1 212 506 5000
Facsimile: +1 212 506 5151
jstengel@orrick.com

Jennifer B. Jones (PA Bar ID 82291)
Orrick, Herrington & Sutcliffe, LLP
2029 Century Park East
Suite 300
Los Angeles, CA 90067
310-284-3798 (phone)
F 310-284-3894 (fax)
Jennifer.jones@orrick.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2021 a copy of the foregoing document was electronically filed with the CM/ECF system, which will send notice of electronic filing to all counsel of record who has consented to electronic notification.

BARNES & THORNBURG LLP

Dated:  March 8, 2021

*/s/ Charles M. Denton*
Charles M. Denton (MI P33269)
*Attorney for Defendant Mine Safety*
*Appliances Company, LLC*

3