IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br><br>Case Management Order No. 5E<br><br>**This Order relates to<br>ALL CASES** |

### AMENDED PROCEDURE TO MOVE TO REINSTATE A CLAIM THAT WAS DISMISSED WITHOUT PREJUDICE PURSUANT TO <u>CASE MANAGEMENT ORDER NO. 5</u>

1. This CMO amends the exhibit required of a plaintiff moving to reinstate a clam that was dismissed without prejudice for failure to tender a completed Plaintiff Fact Sheet.

2. Paragraph 16(c) of CMO No. 5 provides, in part: "On good cause shown, and with completed PFS tendered with a motion, a plaintiff may move to reinstate a dismissed claim within fourteen (14) days of dismissal." (Dkt. No. 205 ¶ 16(c).)

3. The Court hereby amends Paragraph 16(c) of CMO No. 5 to provide:

   On good cause shown, and with a demonstration that completed PFS was tendered to defense counsel, a plaintiff may move to reinstate a dismissed claim within fourteen (14) days of dismissal.

4. No other provision of CMO No. 5 is amended.

**AND IT IS SO ORDERED.**

                                                                 s/ Richard Mark Gergel
                                                                 Richard Mark Gergel
                                                                 United States District Judge

March 10, 2021
Charleston, South Carolina