**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

|  |  |  |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 2:18-mn-2873-RMG <br><br> **CASE MANAGEMENT ORDER NO. 15** <br><br> **This Order Relates to All Actions.** |

**Appointment of Counsel to
Plaintiffs' and Defendants' Leadership, Liaison and Committees
For the March 2021 through March 2022 Term**

1. In CMO No. 10, the Court appointed attorneys as Plaintiffs' Co-Lead Counsel and Plaintiffs' Liaison Counsel, as well as to the Plaintiffs' Executive Committee ("PEC"). The Court also appointed attorneys as Defendants' Co-Lead Counsel and Defendants' Co-Liaison Counsel, as well as to the Defense Coordination Committee ("DCC").

2. Those appointments to leadership, liaison and committee positions were for a one-year term that ends in March 2021. Each appointee was required to apply for continued service thereafter.

3. The Court has reviewed the applications of attorneys who seek re-appointment and who seek to be appointed in this MDL for the first time. The appointments for the March 2021 through March 2022 term are as follows:

**Plaintiffs' Appointments**

4. The Court reappoints as Plaintiffs' Co-Lead Counsel:

   Michael A. London
   Douglas & London, P.C.
   59 Maiden Lane, 6th Fl.
   New York, NY 10038

   Paul J. Napoli
   Napoli Shkolnik
   270 Munoz Rivera Ave., Ste. 201
   Hato Rey, PR 00918

   Scott Summy
   Baron & Budd, P.C.
   3102 Oak Lawn Ave., #1100
   Dallas, TX 75219

5. The Court reappoints as Plaintiffs' Liaison Counsel:

   Fred Thompson, III
   Motley Rice, LLC
   28 Bridgeside Blvd.
   Mount Pleasant, SC 29464

6. The Court reappoints and appoints to the PEC:

   Charles E. Schaffer
   Levin Sedran & Berman
   510 Walnut St., 5th Fl.
   Philadelphia, PA 19106

   Larry R. Cohan
   Saltz Mongeluzzi & Bendesky, P.C.
   One Liberty Place, Fl. 52
   1650 Market Street
   Philadelphia, PA 19013

   Richard S. Lewis
   Hausfeld
   1700 K St. N.W., Suite 650
   Washington, DC 20006

Kevin Madonna
Kennedy & Madonna, LLP
48 Dewitt Mills Rd.
Hurley, NY 12443

Frank L. Gallucci, III
Plevin & Gallucci
55 Public Square, Suite 2222
Cleveland, OH 44113

Erin Dickerson
Crueger Dickinson LLC
4532 N. Oakland Ave.
Whitefish Bay, WI 53211

William J. Jackson
Kelley Drye & Warren LLP
515 Post Oak Blvd., Suite 900
Houston, TX 77027

Wesley Bowden
Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A.
316 South Baylen St.
Pensacola, FL 32502

Nancy Christensen
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003

Kevin Hannon
The Hannon Law Firm, LLC
1641 Downing St.
Denver, CO 80218

T. Roe Frazer, II
Frazer PLC
1 Burton Hills Blvd., Suite 215
Nashville, TN 37215

James Ferraro
The Ferraro Law Firm
600 Brickell Ave., Suite 3800
Miami, FL 33131

Christiaan A. Marcum
Richardson, Patrick, Westbook & Brickman
1037 Chuck Dawley Blvd., Building A
PO Box 1007
Mount Pleasant, SC 29465

Gregory A. Cade
Law Offices of Environmental Litigation Group, P.C.
2160 Highland Ave. South
Birmingham, AL 35205

Christina Cossich
Cossich, Sumich, Parsiola & Taylor LLC
8937 Highway 23
Belle Chasse, LA 70037

Gale D. Pearson
Fears Nachawati Law Firm
5473 Blair Road
Dallas, TX 75231

Carl Solomon
Solomon Law Group, LLC
P.O. Box 1866
Columbia, SC 29202

Matthew Pawa
Seeger Weiss
1280 Centre Street, Ste. 230
Newton, MA 02459

Benjamin Richman
Edelson PC
350 North LaSalle Street, 14th Fl.
Chicago, IL 60654

Michael Stag
Stag Liuzza, LLC
365 Canal Street, Suite 2850
New Orleans, LA 70130

J. Edward Bell, III
Bell Legal Group
219 Ridge Street
Georgetown, SC 29440

Ashley Campbell
SL Environmental Law Group
91 North State Street, Ste. 101
Concord, NH 03301

Robert A. Bilott (Advisory Counsel to the PEC)
Taft Stettinius & Hollister LLP
425 Walnut St., Suite 1800
Cincinnati, OH 45202

Stephanie Biehl
Sher Edling, LLP
100 Montgomery Street, Ste. 1410
San Francisco, CA 94104

Elizabeth C. Pritzker
Pritzker Levine LLP
1900 Powell Street, Ste. 450
Emeryville, CA 94608

## Defendants' Appointments

7. The Court reappoints as Defendants' Co-Lead Counsel:

Joseph G. Petrosinelli
Williams & Connolly LLP
725 Twelfth St., N.W.
Washington, DC 20005

Michael A. Olsen
Mayer Brown LLP
71 S. Wacker Dr.
Chicago, IL 60606

8. The Court reappoints as Defendants' Co-Liaison Counsel:

David E. Dukes
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, Fl. 17
Columbia, SC 29201

Brian C. Duffy
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401

9.  The Court reappoints and appoints to the DCC:

    Joseph G. Petrosinelli
    Williams & Connolly LLP
    725 Twelfth St., N.W.
    Washington, DC 20005

    Michael A. Olsen
    Mayer Brown LLP
    71 S. Wacker Dr.
    Chicago, IL 60606

    David E. Dukes
    Nelson Mullins Riley & Scarborough LLP
    1320 Main St., 17th Fl.
    Columbia, SC 29201

    Brian C. Duffy
    Duffy & Young LLC
    96 Broad St.
    Charleston, SC 29401

    *AFFF Manufacturing Defendant Sub-Group:*

    Amanda S. Kitts
    Nelson Mullins Riley & Scarborough LLP
    1320 Main St., 17th Fl.
    Columbia, SC 29201

    Liam J. Montgomery
    Williams & Connolly LLP
    725 12th St. N.W.
    Washington, DC 20005

    Lyn P. Pruitt
    Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
    425 W. Capitol Ave., Suite 1800
    Little Rock, AR 72201

    Daniel L. Ring
    Mayer Brown LLP
    71 S. Wacker Dr.
    Chicago, IL 60606

Jillian C. Kirn
Greenberg Traurig, LLP
1717 Arch St., Suite 400
Philadelphia, PA 19103

J. Liat Rome
Williams & Connolly LLP
725 12th St. N.W.
Washington, DC 20005

Jessica Pahl
Williams & Connolly LLP
725 12th St. N.W.
Washington, DC 20005

*Non-AFFF Manufacturing Defendant Sub-Group:*

Molly Craig
The Hood Law Firm, LLC
172 Meeting Street
Charleston, SC 29401

David Erickson
Shook Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansa City, MO 64108

Brent Dwerlkotte
Shook Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108

*United States of America Defendant Sub-Group:*

Christina M. Falk
United States Department of Justice
Civil Division, Environmental Torts Branch
175 N St., N.E.
Washington, DC 20002

Frederick Gaston Hall
United States Department of Justice
Civil Division, Environmental Torts Branch
175 N St., N.E.
Washington, DC 20002

David Hammack
United States Department of Justice
Civil Division, Environmental Torts Branch
175 N St., N.E.
Washington, DC 20002

Haroon Anwar
United States Department of Justice
Civil Division, Environmental Torts Branch
175 N St., N.E.
Washington, DC 20002

Christina Natale
United States Department of Justice
Civil Division, Environmental Torts Branch
175 N St., N.E.
Washington, DC 20002

*Other Defendant Sub-Group:*

Elizabeth Knauer
Sive, Paget & Riesel P.C.
560 Lexington Ave., 15th Fl.
New York, NY 10022

Mark A. Chertok
Sive Paget & Riesel, P.C.
560 Lexington Ave., 15th Fl.
New York, NY 10022

10. The organizational structure, authority and responsibilities of these designated leadership, liaison and committee members remain as provided in CMO No. 2, as does a committee's and the Court's authority to amend or expand the appointments as circumstances warrant.

11. These designations are of a personal nature. Accordingly, the Court looks to these counsel to undertake personal responsibility to perform their designated functions and, should they become unable to do so, the Court reserves the discretion to replace counsel on their request or on the Court's own motion.

12. These designations to leadership, liaison and committee positions are for a period of one year.  Each appointee must apply for continued service thereafter.

**AND IT IS SO ORDERED.**

s/Richard Mark Gergel
Richard Mark Gergel
United States District Judge

March 24, 2021
Charleston, South Carolina