UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | **This Document Relates to** *Hampton Bays Water District v. 3M Company et al., 2:18-cv-03339-RMG* |
| **HAMPTON BAYS WATER DISTRICT** Plaintiff, v. **THE 3M COMPANY, f/k/a Minnesota Mining and Manufacturing Co., AGC CHEMICALS AMERICAS INC., AMEREX CORPORATION, ARKEMA INC.,** individually and as successor in interest to Atofina S.A., **ARCHROMA MANAGEMENT LLC, BASF CORPORATION,** individually and as successor in interest to Ciba Inc., **BUCKEYE FIRE EQUIPMENT COMPANY, CARRIER GLOBAL CORPORATION,** individually and as successor in interest to Kidde-Fenwal, Inc., **CHEMDESIGN PRODUCTS INC., CHEMGUARD INC. CHEMICALS, INC., CLARIANT CORPORATION,** individually and as successor in interest to Sandoz Chemical Corporation, **CORTEVA, INC,** individually and as successor in interest to DuPont Chemical Solutions Enterprise, **DEEPWATER CHEMICALS, INC., DUPONT DE NEMOURS INC.,** individually and as successor in interest to DuPont Chemical Solutions Enterprise, **DYNAX CORPORATION, E.I. DUPONT DE NEMOURS AND COMPANY,** individually and as successor in interest to DuPont Chemical Solutions Enterprise, **KIDDE-FENWAL, INC.,** individually and as successor in interest to Kidde Fire Fighting, Inc., **NATION FORD CHEMICAL COMPANY, NATIONAL FOAM INC., THE CHEMOURS COMPANY,** individually and as successor in interest to DuPont Chemical Solutions Enterprise, **THE CHEMOURS COMPANY FC, LLC,** individually and as successor in interest to DuPont Chemical Solutions Enterprise and **TYCO FIRE PRODUCTS, LP,** individually and as successor in interest to The Ansul Company, Defendants. | Civil Action No. 2:18-mn-2873-RMG |

## **NOTICE OF APPEARANCE**

      Please enter the appearance of Keith E. Smith on behalf of Defendant National Foam, Inc., in the above-captioned matter.

Dated: March 25, 2021                      GREENBERG TRAURIG, LLP

                                          By:   /s/ Keith E Smith
                                                 Keith E Smith
                                                 1717 Arch Street, Suite 400
                                                 Philadelphia, Pennsylvania 19103
                                                 Telephone: 215.988.7843
                                                 Facsimile: 215.988.7801
                                                 E-mail: smithkei@gtlaw.com

## CERTIFICATE OF SERVICE

  I, Keith E. Smith, hereby certify that on March 25, 2021, I caused a true and correct copy of the foregoing Notice of Appearance to be served on all counsel of record via ECF.

            Respectfully submitted,

            /s/ Keith E Smith
            Keith E Smith