Brian & Rebecca Bozelka
N2924 Cooke Ln
Marinette, WI 54143

ITEM X-RAYED BY USMS
5/10/21 kv

Robin L Blume, Clerk of Court
USDC, Dis. of S.C.
Charleston Federal Courthouse
85 Broad Street
Charleston, S.C. 29401

GREEN BAY WI  7 MAY 2021 PM

2021 MAY 11 AM 9:06
CLERK, CHARLESTON, SC

29401-220255

