# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE AQUEOUS FILM-FORMING FOAMS PRODUCT LIABILITY LITIGATION | MDL No.: 2:18-mn-2873-RMG<br><br>This Document Relates to:<br>*Aqua Pennsylvania, Inc. v. National Foam, Inc.*, 2:21-cv-00988-RMG |

## NOTICE OF PENDING MOTION TO REMAND

Please take notice that a Motion to Remand filed by Plaintiff Aqua Pennsylvania, Inc., was pending at the time this action was ordered transferred to this Court from the United States District Court for the Eastern District of Pennsylvania. The motion and related briefing appear on this Court's docket as docket entries number 10 (Plaintiff Aqua Pennsylvania, Inc.'s Motion to Remand), number 14 (Defendant Carrier Global Corporation's Memorandum in Opposition), and 18 (Plaintiff Aqua Pennsylvania, Inc.'s Reply Memorandum).

Dated: May 7, 2021

**COHEN PLACITELLA & ROTH, PC**

  */s/ Michael coren*
Robert L. Pratter, Esq.
Michael Coren, Esq.
Eric Pasternack, Esq.
Two Commerce Square
2001 Market Street, Suite 2900
Philadelphia, PA 19103
Tel: 215-567-3500
Fax: 215-567-6019
rpratter@cprlaw.com
mcoren@cprlaw.com
epasternack@cprlaw.com
*Counsel for Plaintiff Aqua Pennsylvania, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsel of record.

Dated: May 7, 2021                                        /s/ Michael Coren

*Counsel for Plaintiff Aqua Pennsylvania, Inc.*