**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCT LIABILITY LITIGATION** | **MDL No: 2:18-mn-2873-RMG**<br><br>**DEFENDANT GLOBE MANUFACTURING COMPANY, LLC's CORPORATE DISCLOSURE STATEMENT**<br><br>**This Document Relates to: 2:21-cv-01573-RMG** |

Pursuant to Federal Rule of Civil Procedure 7.1, Globe Manufacturing Company, LLC

states that it is an indirect wholly-owned subsidiary of MSA Safety, Inc., a publicly traded

corporation.

Dated: June 7, 2021

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Jennifer B. Jones*

Jennifer B. Jones (PA Bar ID 82291)
2121 Main Street
Wheeling, WV  26003-2809
jennifer.jone@orrick.com
Telephone:       +1 304 231 2500
Facsimile:       +1 304 231 2501

James L. Stengel (NY Bar ID 1800556)
51 West 52nd Street
New York, NY  10019-6142
jstengel@orrick.com
Telephone:       +1 212 506 5000
Facsimile:       +1 212 506 5151

*Counsel for Defendant Globe Manufacturing Company, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was electronically filed with

this Court's CM/ECF system on June 7, 2021, which will send notice of electronic filing to all

counsel of record who has consented to electronic notification.

By: */s/ Jennifer B. Jones*
Jennifer B. Jones

*Counsel for Defendant Globe Manufacturing Company, LLC*