THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) |  MDL No. 2:18-mn-2873-RMG<br><br>This Document Relates to the<br><br>Following Actions:<br><br>Case No. 2:21-cv-01708 |

## NOTICE OF PENDING MOTION TO REMAND

Pursuant to Case Management Order No. 2, ¶ 41, please take notice that a Motion to Remand filed by Plaintiffs, Attorney General Dana Nessel, on behalf of the People of the State of Michigan, and the State of Michigan (Plaintiffs), was pending at the time this action was ordered transferred to this Court from the United States District Court for the Western District of Michigan. The basis for the Motion to Remand and related briefing (Dkt. Nos. 10-11) includes Plaintiffs' arguments that Defendant 3M's notice of removal is untimely and that there is no viable federal contractor defense because Plaintiffs are not seeking any damages in this case related to AFFF. Defendant 3M's Opposition to Plaintiffs' Motion to Remand and Plaintiffs' Reply to 3M's Opposition appear on this Court's docket as Dkt. Nos. 15 and 16, respectively.

1

Dated: June 11, 2021                              Respectfully submitted,

                                                      Dana Nessel
                                                     Attorney General

*/s/ Amy E. Keller*
Adam J. Levitt
Amy E. Keller (P74015)
Special Assistant Attorneys General
Daniel R. Flynn
Adam Prom
DiCello Levitt Gutzler LLC
Ten North Dearborn Street, 6th Floor
Chicago, IL 60602
(312) 214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
dflynn@dicellolevitt.com
aprom@dicellolevitt.com

Gregory M. Utter
Joseph M. Callow, Jr.
Special Assistant Attorneys General
Matthew M. Allen
Sarah V. Geiger
Collin L. Ryan
Joseph B. Womick
Keating Muething & Klekamp PLL
1 East 4th Street, Suite 1400
Cincinnati, OH 45202
(513) 579-6400
gmutter@kmklaw.com
jcallow@kmklaw.com
mallen@kmklaw.com
sgeiger@kmklaw.com
cryan@kmklaw.com
jwomick@kmklaw.com

Richard W. Fields
Special Assistant Attorney General
Martin F. Cunniff
Fields, PLLC
1901 L St., N.W. Suite 700
Washington, D.C. 20036

(800) 878-1432
fields@fieldslawpllc.com
martincunniff@fieldslawpllc.com

Polly A. Synk (P63473)
Danielle Allison-Yokom (P70950)
Assistant Attorneys General
Michigan Department of Attorney General
Environment, Natural Resources, and Agriculture Division
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
synkp@michigan.gov
allisonyokomd@michigan.gov

3

CERTIFICATE OF SERVICE

    I hereby certify that on June 11, 2021 I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Amy E. Keller*
Amy E. Keller

4