UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAM PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2:18-mn-2873-RMG ) ) This document relates to ) 2:21-cv-01977-RMG ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Luana N. Smith of Cossich, Sumich, Parsiola & Taylor, LLC represents Plaintiffs Commonwealth of Pennsylvania, Acting By and Through Delaware County District Attorney Jack Stollsteimer, Delaware County, and Primos-Secane Westbrook Park Fire Company #5 of Upper Darby Pennsylvania, Inc. and hereby gives notice of her appearance as counsel in the above-captioned matter.

Dated: July 7, 2021          Respectfully submitted,

   /s/ Luana N. Smith
Luana N. Smith
(Louisiana State Bar 35534)
COSSICH, SUMICH, PARSIOLA
& TAYLOR, LLC
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
Telephone: (504) 394-9000
Fax: (504) 394-9110
Email: lnaylor@cossichlaw.com

1

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document was filed using the Court's CM/ECF system which will automatically send notice of the same to all registered counsel of record. This the 7th day of July 2021.

        /s/ Luana N. Smith
Luana N. Smith
COSSICH, SUMICH, PARSIOLA
& TAYLOR, LLC
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
Telephone: (504) 394-9000
Fax: (504) 394-9110
Email: lnaylor@cossichlaw.com

*Attorney for Plaintiffs*