# Summary of State's Regulation of PFOA and PFOS in Drinking Water (DW) or Groundwater (GW)

