# EXHIBIT A

Dynax Corporation's Responses to Plaintiff's First Set of Interrogatories designated as Confidential attached as Exhibit A to Plaintiff's Opposition

Submitted for In Camera Review