# EXHIBIT B

A letter dated March 16, 2015, from Eduard Kleiner, PhD., to the Office of Pollution Prevention and Toxics, EPA designated as Highly Confidential attached as Exhibit C to Plaintiff's Opposition.

Submitted for In Camera Review