# EXHIBIT C

Highly Confidential - Attorneys' Eyes Only

```
 1              UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF SOUTH CAROLINA
 2                  CHARLESTON DIVISION
 3    IN RE: AQUEOUS              )
      FILM-FORMING FOAMS          )
 4    (AFFF) PRODUCTS             )  MDL NO.
      LIABILITY LITIGATION        )  2:18-mn-2873-RMG
 5    _____    )
      THIS DOCUMENT RELATES       )
 6    TO ALL CASES                )
 7
 8           TUESDAY, NOVEMBER 10, 2020
 9    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
                PURSUANT TO PROTECTIVE ORDER
10
                         - - -
11
12           Remote videotaped deposition of
13    Dynax 30(b)(6) designee Eduard Kleiner,
14    Ph.D., Volume II, held remotely at the
15    location of the witness in commencing at
16    9:02 a.m. Eastern Time, on the above date,
17    before Carrie A. Campbell, Registered
18    Diplomate Reporter and Certified Realtime
19    Reporter.
20
21
22                       - - -
23
              GOLKOW LITIGATION SERVICES
24       877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
25
```

```
 1          certain cases, but I not know them
 2          all.  And this goes way back in time.
 3          And so going back in time and telling
 4          what's in the product, I can't do.
 5               (Kleiner Exhibit BB473 marked
 6          for identification.)
 7   QUESTIONS BY MR. SUMMY:
 8          Q.    Let's take a look at BB473.
 9               MS. RIES:  What's that Bates,
10          Scott?
11               MR. SUMMY:  This doesn't have a
12          Bates number.
13   QUESTIONS BY MR. SUMMY:
14          Q.    Dr. Kleiner, you testified
15   earlier that DX2200 had to be stopped from
16   being sold under the EPA stewardship program,
17   correct?
18          A.    Correct.
19          Q.    And why do you think that is?
20               MS. RIES:  Objection.
21               THE WITNESS:  It was
22          100 percent C8-based.
23   QUESTIONS BY MR. SUMMY:
24          Q.    And isn't the reason that the
25   EPA adopted the stewardship program and
```