# EXHIBIT D

Excerpt of the deposition of Stephen Korzeniowski held on September 11, 2020 designated as Confidential attached as Exhibit E to Plaintiff's Opposition.

Submitted for In Camera Review