# EXHIBIT H

DuPont Memorandum dated May 28, 2008 designated as Highly Confidential attached as Exhibit H to Plaintiff's Opposition.

Submitted for In Camera Review