# EXHIBIT I

Dynax Defense Fact Sheet submitted March 17, 2021 designated as Highly Confidential attached as Exhibit J to Plaintiff's Opposition

Submitted for In Camera Review