# EXHIBIT J

Excerpt of the deposition of Eduard Kleiner designated as Highly Confidential held on November 10, 2020 attached as Exhibit K to Plaintiff's Opposition.

Submitted for In Camera Review