# EXHIBIT K

Fire Fighting Foam Coalition Notes of Organizational Meeting designated as
Highly Confidential attached as Exhibit L to Plaintiff's Opposition.

Submitted for In Camera Review