# EXHIBIT L

Excerpt of the deposition of Eduard Kleiner held on November 9, 2020 designated as Highly Confidential attached as Exhibit M to Plaintiff's Opposition.

Submitted for In Camera Review