# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>CASE MANAGEMENT ORDER NO. 15.A<br><br>This Order Relates to All Actions |

### Appointment of Counsel to Defense Coordination Committee

1. The Defense Leadership seeks to appoint Kaitlyn R. Maxwell to the Defense Coordination Committee ("DCC") in light of the fact that current DCC member Jillian C. Kirn has withdrawn representation of National Foam, Inc. and therefore also withdraws from the DCC.

2. The Court has reviewed the application materials of Kaitlyn R. Maxwell and hereby appoints the following attorney to the DCC:

   Kaitlyn R. Maxwell
   Greenberg Taurig, LLP
   1717 Arch Street
   Suite 400
   Philadelphia, PA 19103

3. This designation is of a personal nature. Accordingly, the Court looks to counsel to undertake personal responsibility to perform the designated functions and, should counsel become unable to do so, the Court reserves the discretion to replace counsel on her request or on the Court's own motion.

4. All appointments to committee positions are for a period of one year. An appointee must apply for continued service thereafter. Ms. Maxwell's appointment will run in March 2022 in light of the fact that she is appointed to replace a DCC member who was appointed in March 2021.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

August 16, 2021
Charleston, South Carolina