IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>Case Management Order No. 6.E<br><br>This Order relates to<br>ALL CASES |

**Alternative For Service of Process On Defendants (Amended)**

1. CMO 6 provides the manner in which certain Defendants may be served with process of a Summons and Complaint that has been filed in, removed to, or transferred to this Multi-District Litigation ("MDL").

2. This Order supplements CMO 6, CMO 6.A, CMO 6.B, CMO 6.C, and CMO 6.D to amend the service address for Defendants who may be served with process of a Summons and Complaint in accordance with CMO 6. All provisions of CMO 6 shall apply to the Defendants listed in this CMO 6.E.

3. For the sake of efficiency for all parties, the following Defendants have agreed to accept service of a Summons and Complaint, either filed directly into the MDL or transferred into the MDL, by the following method(s):

   (a) **Chemours Company FC, LLC, The Chemours Company, and E.I. Du Pont de Nemours and Company (Amended):**

   Service via email: DBDWERLKOTTE@shb.com, *and* jhackman@shb.com, *and* sdrum@shb.com.

1

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

August 19, 2021
Charleston, South Carolina