IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

|  |  |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>CASE MANAGEMENT ORDER NO. 16a<br><br>This Order Relates to All Actions |

**AMENDED SCHEDULE FOR BRIEFING DISPOSITIVE MOTIONS ON GOVERNMENT CONTRACTOR DEFENSE**

The Court amends Case Management Order ("CMO") No. 16, paragraph B only, to set the following schedule for briefing of dispositive motions concerning the Government Contractor Defense.[1]

| | | | |
|---|---|---|---|
| a. | Opening motion and briefs to be filed on or before: | November 5, 2021 |
| b. | Response briefs to be filed on or before: | December 22, 2021 |
| c. | Reply briefs to be filed on or before: | January 21, 2022 |

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

August 25, 2021
Charleston, South Carolina

---

[1] Nothing in this order prohibits the parties from bringing other dispositive motions pursuant to the procedures set forth in Case Management Order 2.

1