UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>This Order relates to:<br>ALL CASES |

**ORDER ON PLAINTIFFS' MOTION FOR THE ESTABLISHMENT OF
TWO INTEREST-BEARING COMMON BENEFIT ACCOUNTS**

The Court issues the following Order granting Plaintiffs' Motion for the Establishment of Two-Interest Bearing Common Benefit Accounts (Dkt. No. 1949):

(1) The Court appoints Matthew Garretson of Wolf Garretson as Fund Administrator and the individual responsible for the following:

   a. Establishing two interest-bearing accounts to receive and disburse funds collected from the 3% and 6% holdback assessments identified in CMO 3 ¶ 19 (the "Funds");

   b. Creating the first account as the "MDL 2873 Expense Fund," and the second as the "MDL 2873 Fee Fund;" and

   c. Acting as Escrow Agent over the Funds, and keeping detailed records of all deposits and withdrawals, and providing quarterly account statements to Co-Lead Counsel for the Plaintiffs' Executive Committee.

(2) The Court directs Mr. Garretson to create the "MDL 2873 Expense Fund" and the "MDL 2873 Fee Fund" at Huntington Bank.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Court Judge

October 27, 2021
Charleston, South Carolina

2