# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**This Filing Relates to Case Number 2:21-cv-03594-RMG** |

## NOTICE OF FILING CERTIFIED COPY OF STATE COURT RECORD

Pursuant to Massachusetts Local Civil Rule 81.1(a), Defendants Tyco Fire Products, LP ("Tyco") and Chemguard, Inc. ("Chemguard") hereby file the attached certified copy of the state court record (*see* **Exhibit A**) for the case captioned *Littleton Water Department vs. The 3M Company et al.*, Case No. 2:21-cv-03594-RMG, which was transferred to this Court on November 1, 2021 from the United States District Court for the District of Massachusetts in accordance with CTO– 68.

Respectfully submitted,

NELSON MULLINS RILEY & SCARBOROUGH LLP

By:  s/*Amanda S. Kitts*
      David E. Dukes
      Federal Bar No. 635
      E-Mail: david.dukes@nelsonmullins.com
      Amanda S. Kitts
      Federal Bar No. 9005
      E-mail: Amanda.kitts@nelsonmullins.com
      1320 Main Street / 17th Floor
      Post Office Box 11070 (29211-1070)
      Columbia, SC
      (803) 799-2000

Columbia, South Carolina      *Attorneys for Tyco Fire Products LP and Chemguard, Inc.*
November 15, 2021