**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) |

MDL No. 2:18-mn-2873-RMG

**This Document Relates to:**

Sam Gordon v. 3M et al., 2:21-cv-01146

## PLAINTIFF'S MOTION TO REINSTATE PLAINTIFF'S CLAIM PURSUANT TO CMO 5

Plaintiff in the above-entitled action respectfully submits this Motion to Reinstate Claim Pursuant to CMO 5 requesting that his claim be reinstated having now submitted a completed Plaintiff Fact Sheet ("PFS") within 14 days of dismissal for failure to serve an executed and completed Plaintiff Fact Sheet ("PFS") as required by Case Management Order No. 5 ("CMO 5") [ECF Dkt. No. 205].

The grounds for this motion are as follows:

1.     The plaintiff was dismissed without prejudice from this lawsuit on November 17, 2021 for failure to serve a completed Plaintiff Fact Sheet ("PFS").

2.     As and for good cause, Plaintiff Sam Gordon's Plaintiff Fact Sheet was not initially served by Pennock Law Firm due to a communication error amongst staff at Pennock Law Firm that arose as a result of an employee being out of the office due to a sudden death in the family. This error went undiscovered until the Defendants filed the motion at issue.

3.     As further good cause, with respect to Defendant's Notice of Non-Compliance submitted as Exhibit A to Defendants' Motion, the undersigned never received this email because it was quarantined by the law firm's email server as a threat. Attached as **Exhibit A** is a copy of the current log for Pennock Law Firm's email provider showing that the emails sent by Natalie Butrym were quarantined by the server. At the time the Notice of Non-Compliance was sent, the undersigned was also in trial in the Southern District of Ohio and entirely unaware of the Notice

sent by Defendants.  As a result of Defendants' email being quarantined, neither the undersigned nor other staff at Pennock Law Firm actually received the email as it was sequestered by our internet server.  The system has already swept prior quarantined emails but because we have no record of getting the original Notice of Non-Compliance and we see that defense counsel's recent emails were quarantined, we believe the same thing happened previously.  The undersigned has taken steps to address this issue, which will hopefully prevent this from happening again in the future.  As such, because of the email quarantine, the first time that the undersigned became aware that the PFS for Mr. Gordon had not been served was at the time the Defendants sought to dismiss Mr. Gordon's case.  In response, the undersigned took steps to immediately serve the fully completed PFS.  Plaintiff has demonstrated good cause for why CMO 5 was not complied with respect to serving the PFS following receipt of the Notice of Non-Compliance.  Plaintiff has substantially complied with all requirements of the Court and fully completed the disclosure obligations within the Plaintiff Fact Sheet.

4.     Plaintiff has now served upon Defendants his completed PFS within the 14-day timelimit prescribed under Paragraph 16c of CMO 5 (Dkt. No. 205 paragraph 16c), and as such, no prejudice can be claimed with respect to reinstating Plaintiff's case.

5.     Attached as **Exhibit B** is proof of service of the completed PFS.

6.     Therefore, in accordance with the procedure outlined in CMO 5, Paragraphs 16a.- c., and because good cause has been shown, the Plaintiff now respectfully moves this court to reinstate his claim in accordance with Paragraph 3 of CMO 5E.

DATED: November 29, 2021

Respectfully submitted,

**Pennock Law Firm, LLC**

By: /s/ *Shannon M. Pennock*
    Shannon M. Pennock, Esq.
    101 Avenue of the Americas, Fl. 9
    New York, NY 10013
    (551) 200-6352
    shannonpennock@pennocklawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, this 29th day of November 2021, I have electronically filed a copy of the above and foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record.

/s/ *Shannon M. Pennock*
Shannon Pennock, Esq
Pennock Law Firm LLC
101 Avenue of the Americas, Fl. 9
New York, NY 10013
shannonpennock@pennocklawfirm.com
(551) 200-6352