# EXHIBIT A

# All Users Logs

**Type:**

Inbound mail

natalie.butrym@nelsonmullins.com

**Status:**

Quarantined

To

**Date/Time:**

2021/10/25 0:00 - 2021/11/25 23:59

Subject

SEARCH    CLEAR    ADVANCED SEARCH

Actions          APPLY          ⬇          100          Search...

| From | To | Subject | Date/Time | Classification | Threat Type |
|---|---|---|---|---|---|
| natalie.butrym@nelsonmullins.com<br>**Natalie Butrym <natalie.butrym@nelson...** | cwalker@pennocklawfirm.com | RE: AFFF - Sam Gordon Motion to Dismiss | 2021/11/15, 14:19 | Spam | SPF (HardFail) |
| natalie.butrym@nelsonmullins.com<br>**Natalie Butrym <natalie.butrym@nelson...** | shannonpennock@pennocklawfirm.com | RE: AFFF - Sam Gordon Motion to Dismiss | 2021/11/15, 14:19 | Spam | SPF (HardFail) |

Showing 1 to 2 of 2 entries                    First    Previous    **1**    Next    Last