# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| IN RE: AQUEOUS FILM-FORMING | ) | MDL No. 2:18-mn-2873-RMG |
| FOAMS PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | **DECLARATION** |
| | ) | |
| | ) | **This Document Relates to:** |
| | ) | |
| | ) | Sam Gordon v. 3M et al., 2:21-cv-01146 |
| | ) | |
| | ) | |

**DECLARATION OF CANDICE WALKER IN SUPPORT OF PLAINTIFF'S MOTION
TO REINSTATE PLAINTIFF'S CLAIM PURSUANT TO CMO 5**

I, Candice Walker, under penalty of perjury under the laws of the State of New Jersey, declare and state as follows:

1.      I am a legal assistant at Pennock Law Firm LLC and am over the age of eighteen and fully qualified to testify. Our office represents the Plaintiff in the above referenced matter.

2.      On November 15, 2021, our office submitted Plaintiff's first production of the completed Individual Plaintiff Personal Injury Fact Sheet (PFS) provided to defense counsel via email.

3.      Attached hereto is a copy of that email as **Exhibit C**.

Signed in Jersey City, New Jersey, this 29th day of November, 2021.

/s/ Candice Walker
Candice Walker
Legal Assistant
Pennock Law Firm, LLC
75 Montgomery St. Suite 203
cwalker@pennocklawfirm.com
(551) 200-6352

## **CERTIFICATE OF SERVICE**

I hereby certify that, this 29th day of November 2021, I have electronically filed a copy of the above and foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record.

/s/ *Shannon M. Pennock*
Shannon M. Pennock, Esq.
101 Avenue of the Americas, Fl. 9
New York, NY 10013
(551) 200-6352