# EXHIBIT C

Candice Walker <cwalker@pennocklawfirm.com>

Mon 11/15/2021 5:04 PM

To: afffmdlpfsservice@nelsonmullins.com <afffmdlpfsservice@nelsonmullins.com>

Cc: AFFF-MDL.PFS@DouglasAndLondon.com <AFFF-MDL.PFS@DouglasAndLondon.com>; Shannon Pennock <shannonpennock@pennocklawfirm.com>; Lucy Ferrante <lferrante@douglasandlondon.com>; Michael London <mlondon@douglasandlondon.com>

Bcc: AFFFZ9198409@projects.filevine.com <AFFFZ9198409@projects.filevine.com>

〲 1 attachments (961 KB)

Gordon, Sam (AFFF)-PFS.PDF;

Dear Counsel,

Pursuant to CMO 5, this email constitutes service of the attached
Plaintiff Fact Sheet for our client:

 Sam Gordon

Best Regards,

Candice Walker
Legal Assistant
Pennock Law Firm, LLC
75 Montgomery St. Suite 203
Jersey City, NJ 07302
(o) 551-200-6352
(f) 929-235-7273

**\*\*\* Please be advised that Pennock Law Firm attorneys and staff are working remotely as required by government directives during the COVID-19 crisis and as recommended by CDC guidelines.  Accordingly, our office will only be transmitting and accepting communications and pleadings via E-mail or Fax at (929) 235-7273.   Our office can still be reached via telephone at (551) 200-6352. \*\*\***