UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAM PRODUCTS LIABILITY LITIGATION | ) MDL No. 2:18-mn-02873-RMG )  ) This document relates to: ) *Gaston v. State of Alaska*, )     2:21-cv-03941-RMG ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kevin S. Hannon of Morgan & Morgan Complex Litigation Group represents the Plaintiff in the above-captioned matter and hereby gives notice of his appearance as counsel in the above-captioned matter.

Dated: December 10, 2021            Respectfully submitted,

/s/ *Kevin S. Hannon*
Kevin S. Hannon
Colorado State Bar No. 16015
MORGAN & MORGAN COMPLEX
    LITIGATION GROUP
1641 Downing Street
Denver, CO 80218
Telephone: (303) 264-1769
Fax: (303) 861-8855
khannon@forthepeople.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed using the Court's CM/ECF system which will automatically send notice of the same to all registered counsel of record.

Dated: December 10, 2021

*/s/ Kevin S. Hannon*
Kevin S. Hannon
Colorado State Bar No. 16015
MORGAN & MORGAN COMPLEX
   LITIGATION GROUP
1641 Downing Street
Denver, CO 80211
Telephone: (303) 264-1769
Fax: (303) 861-8855
khannon@forthepeople.com

*Attorney for Plaintiff*