# EXHIBIT 4

## Confidential Document Placeholder Sheet

Deposition Transcript of Anne Regina
December 2, 2020

# Confidential Documents Contemporaneously Submitted to the Court for In Camera Review in Compliance with CMO No. 17