# EXHIBIT 23

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

IN RE: AQUEOUS FILM-FORMING FOAMS
PRODUCTS LIABILITY LITIGATION

MDL No. 2:18-mn-2873-RMG

This Document relates
to: ALL CASES

## DECLARATION OF GREGORY M. WALTON, P.E.

I, Gregory M. Walton, P.E., hereby declare under penalty of perjury that the following facts set forth below are true and correct and state as follows:

**I.     Background and Qualifications**

1.     I am a Chemical and Process Engineer with Engineering Design & Testing Corporation ("ED&T") with over forty-five (45) years of experience. I joined ED&T in 2002 and provide consulting services in the areas of process design, process simulation, mechanical equipment design and specification, project management, facility startups and operations troubleshooting, equipment failure analysis, the origin and cause of fires and explosions, scope of damage assessments, repair/replacement cost estimates, industrial hazard analysis, and safety reviews.

2.     I received my Bachelor of Science in Chemical Engineering in 1976 from the University of California at Davis ("UCD"). I am a registered Certifying Entity with the United States Coast Guard and a licensed Professional Engineer in the State of California (#6152).

3.     I paid my way through college by operating an isopropyl alcohol production unit at a chemical facility, and a hydrotreating catalyst manufacturing unit at a catalyst plant. After graduating from UCD, I provided engineering support for refinery operations at a major

petroleum company. Prior to joining ED&T, I worked as the lead process engineer for engineering companies that designed, built, and commissioned petroleum refineries and chemical manufacturing facilities.

4.      Attached to this Declaration is my *curriculum vitae*, which includes more information pertaining to my qualifications.[1]

## II.      Scope of Work

5.      I was asked to review the Defendants' Omnibus Memorandum of Law dated November 5, 2021 ("Defendants' Mem."), focusing on their Argument Sections I.A and I.B and the evidence cited therein, and to determine:

a.  Whether the military "constrained"[2] the types of fluorocarbon surfactants that manufacturers may use to comply with the performance specifications of Military Specification 24385 ("MilSpec" or "MIL-F-24385") for aqueous film forming foam ("AFFF") to only perfluorooctanoic acid ("PFOA") or perfluorooctane sulfonic acid ("PFOS"), two fluorosurfactant chemicals containing a chain of eight fluorinated carbon atoms (C8).

b.  Whether it was possible to formulate MilSpec-compliant AFFF without using PFOA or PFOS as the fluorosurfactant.

c.   Whether the technology existed, and whether it was cost prohibitive, for the fluorosurfactant manufacturers to make high purity fluorosurfactants (95%-99%) containing a chain of six fluorinated carbon atoms (C6) since the 1960s.

---

[1] Attached hereto as Attachment A.
[2] Defendants' Mem. at p. 14.

2

6.      In reviewing the Defendants' Mem., the evidence cited in those sections noted above, and other materials I determined to be relevant, I relied on my background, education, training, and forty-five (45) years of professional engineering experience, and applied the same method of review and analysis as I use in my engineering practice to answer the questions posed.

### III.     Summary of Opinions

7.      After reviewing the relevant materials, I formed the following opinions in this matter which I hold to a reasonable degree of scientific certainty:

 a.  The AFFF MilSpec does not "constrain" the AFFF manufacturers to use PFOS or PFOA by the use of the term "fluorocarbon surfactant," which is a family of chemicals encompassing more than 4,000 unique compounds.

 b.  It is possible to comply with the performance specifications of the AFFF MilSpec without using PFOA, PFOS, and/or their precursors and derivatives, as evidenced by the AFC-5/AFC-5A products that were listed on the AFFF MilSpec Qualified Products Listing ("QPL") in 1982.

 c.  The technology to manufacture high purity C6 fluorocarbon surfactants (95%-99%), and the manufacturing equipment needed for this process, has been available since at least the 1960's. The manufacture of C6 fluorocarbon surfactants was not a cost-prohibitive process.

### A.  AFFF Chemical Components

8.      AFFF concentrates typically consist of three (3) primary chemical components: hydrocarbon surfactants, fluorocarbon surfactants (fluorosurfactants), and solvents. The concentrate may also contain minor amounts of salts, high molecular weight polymers, and

various foam stabilizers, depending on the type of combustible liquid fires the foam is designed to extinguish.

9.      The surfactants decrease the surface tension of the concentrate/water solution. This makes it easier to generate foam from the solution. The surfactants also decrease the interfacial tension between the foam and the combustible liquid. The lower the interfacial tension, the faster the foam spreads over the combustible liquid.

10.     Solvents in the AFFF concentrate help keep the chemicals present in solution, may lower the freezing point of the concentrate, and improve foam generation. Foam stabilizers can improve foam compatibility with polar liquids, increase how long the foam lasts, and may improve the foam's resistance to heat.

11.     The surface tension of firefighting foam must be less than the surface tension of the combustible liquid to be effective. Fluorosurfactants can lower the surface tension of water more than hydrocarbon surfactants and do so at lower concentrations than hydrocarbon surfactants.

### B. AFFF Fluorosurfactants

12.     Fluorosurfactants are chemicals that have a chain of carbon atoms with one or more fluorine atom(s) bonded to some or all of the carbon atoms. One end of the carbon chain has various chemical groups attached that influence the physical properties of the surfactant. The carbon chain may be linear or contain branches. Each carbon atom forms four (4) bonds with other atoms, with carbon-carbon, carbon-fluorine, and carbon-hydrogen bonds being the most common.

13.    The term "fluorosurfactant" describes a family of chemicals encompassing more than 4,000 unique compounds.[3]

### C. Fluorosurfactant Manufacturing Technologies

14.    There are two main technologies for manufacturing fluorosurfactants. The Simons electrochemical fluorination ("ECF") process was used by 3M to manufacture AFFF fluorosurfactants prior to 3M's withdrawal from the AFFF market in approximately 2002. The fluorotelomerization process was, and still is today, used to manufacture AFFF fluorosurfactants.

#### a. 3M's Patented ECF Process

15.    In the ECF process, an electric current is passed through a reactor containing a hydrocarbon feedstock and liquid anhydrous hydrogen fluoride. To maximize the yield of C8 fluorosurfactants from the process, a C8 hydrocarbon, 1-Octanesulfonyl Fluoride ("OSF"), is fed to the reactor. As the electric current flows through the chemicals in the reactor, the hydrogen atoms of the OSF molecule are replaced by fluorine atoms, producing Perfluorooctanesulfonyl Fluoride ("POSF").[4] POSF is the starting building block for 3M's perfluorooctanyl chemistries that include Scotchgard and AFFF Products.

16.    Several side reactions take place during the conversion of OSF to POSF. The carbon chain of OSF molecules may rearrange to create branches in the chain. The carbon chain of some OSF molecules split apart and the fragments may join to create molecules with more or

---

[3] OECD (2018). Toward a new comprehensive global database of per-polyfluoroalkyl substants (PFASs): Summary report on updated the OECD 2007 list of per and poly fluoroalkyl substances (PFASs). Series on Risk Management No. 39, OECD. Available at: https://www.oecd.org/officialdocuments/publicdisplaydocumentpdf/?cote=ENV-JM-MONO(2018)7&doclanguage=en; Buck, R.C., et al. *Identification and classification of commercially relevant per- and poly-fluoroalkyl substances (PFAS)*. Integr. Environ. Assess. Manag. 2021;17:1045–1055. Available at: https://setac.onlinelibrary.wiley.com/doi/epdf/10.1002/ieam.4450.
[4] 3M_BELL01433470, attached hereto as Attachment B.

less than eight (8) carbons. More than 100 different fluorosurfactants, including C6 fluorosurfactants, are produced from OSF during the ECF reaction. These fluorosurfactants are mixtures of linear and branched carbon chains with both odd and even numbers of fluorinated carbons.[5]

17.    To maximize the yield of C6 fluorosurfactants from the ECF process, a C6 hydrocarbon, 1-Hexanesulfonyl Fluoride ("HSF"), would be fed to the reactor.

### b.    The Fluorotelomerization Process

18.    Fluorotelomerization reacts perfluoroethyl iodide with tetrafluoroethylene to yield a mixture of linear fluorosurfactants with even-numbered carbon chains. These perfluoroalkyl iodides are commonly known as "Telomer A." Telomer A can be reacted with ethylene to make "Telomer B." Telomer B can be reacted to make fluorotelomer alcohols ("FTOHs"). Telomer A, Telomer B, and FTOHs are the starting chemicals used to manufacture dozens of different fluorotelomer-based surfactants including fluorosurfactants used in AFFF concentrates.[6]

19.    In the 1970s through 1990s, fluorotelomer manufacturers maximized the yield of the Telomer A, C8 fluorosurfactant, Perfluorooctyl Iodide. However, the reaction conditions that maximized the yield of Perfluorooctyl Iodide also produced significant quantities of Telomer A fluorosurfactants that had fewer or more than eight (8) fluorinated carbon atoms. As a result, Telomer A, Telomer B, and FTOHs were fluorosurfactant mixtures with fluorinated carbon chains containing four (4), six (6), eight (8), 10, and 12 carbons.

---

[5] Attachment B at 3M_BELL01433471.
[6] Buck, R.C., et al. *Perfluoroalkyl and Polyfluoroalkyl Substances in the Environment: Terminology, Classification, and Origins.* Integr. Environ. Assess. Manag. 2011; 7:513-541, 518-519. Available at: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3214619/.

20.     In the last 20 years, manufacturers have modified the fluorotelomerization process to greatly decrease the yield of Telomer A fluorosurfactants that contain eight (8) or more carbons. These modifications made use of equipment that was available in the 1960s.

### c.  Separating and Concentrating Mixtures of Fluorosurfactants

21.     The technology to manufacture high purity fluorosurfactants (95%-99%), containing a chain of six fluorinated carbon atoms (C6), has been available since at least the 1960's and was not a cost-prohibitive process.

22.     The ECF and fluorotelomerization reactions produce mixtures of fluorosurfactants that are not useful as is. The various fluorosurfactants need to be separated and concentrated for use in AFFF concentrates and other industries that use fluorosurfactants. 3M, Dupont, Ciba-Geigy (now BASF), Atofina (now Arkema, Inc.), and other fluorosurfactant manufacturers utilized batch distillation to separate and concentrate the fluorosurfactants produced by the ECF and fluorotelomerization reactions.

23.     Batch distillation was first used in 3000 BC in the Indus valley of Pakistan to make perfumes. Batch distillation was later used by the Babylonians of Mesopotamia to distill alcoholic beverages. The batch distillation equipment being used was only capable of performing single stage distillations. Multistage batch distillation was used commercially in the 1800s, but that distillation equipment was less efficient than the distillation equipment the fluorosurfactant manufacturers used in the 1960s and later. Distillation equipment currently in use by the fluorosurfactant manufacturers was commercially available starting in the 1930s.

24.     The batch distillation configuration used by 3M, Dupont, Ciba-Geigy, and others consists of readily available equipment such as: a heated pot, a rectifying column, a condenser, and a valve to divert a portion of the condensed vapor (called condensate) to one or more

receivers. The receivers are usually metal or plastic drums. The distillation equipment has temperature and pressure gauges and may have weigh scales that help the person operating the distillation equipment (the operator) to monitor and control the distillation.

25.     The fluorosurfactant liquid mixture is transferred to the pot and boiled. Vapor flows upwards in the rectifying column and condenses in the condenser above the column. The condensate diverted to the first drum contains a high concentration of the fluorosurfactants with the lowest boiling points. The condensate diverted to the last drum contains a high concentration of the fluorosurfactants with the highest boiling points. The condensate in each drum is referred to as a distillation cut.

26.     Each cut contains a higher concentration of fluorosurfactants with the same fluorinated carbon chain length compared to the mixture that was transferred to the pot.

27.     The concentration of the desired fluorosurfactants in one or more of the cuts may be high enough to proceed to the next manufacturing step. If not, the cut may be redistilled to further increase the concentration of the desired fluorosurfactants. Redistilling a cut can increase the concentration of the desired fluorosurfactants to 95% or more by weight.

28.     However, it is not economically feasible to make a distillation cut where every single molecule in the cut has the same number of fluorinated carbon atoms.  Even today, the fluorotelomer surfactants with chains of six (6) fluorinated carbon atoms manufactured for use in AFFF concentrates contain minute amounts (1% or less) of unintended surfactants with eight (8) or more fluorinated carbon atoms.

**D.  AFFF Military Specification (MIL-F-24385) Fluorosurfactant Requirement**

29.     In 1969, the U.S. Department of Defense ("DOD") issued military specification MIL-F-24385, which established requirements for AFFF concentrate physical properties and the

8

fire extinguishing performance of foam produced from the concentrate.[7] AFFF concentrates that met MIL-F-24385 requirements were listed on the U.S. military's AFFF QPL. The first date an AFFF concentrate was placed on this list was May 15, 1970. The DOD maintains the online qualified products database ("QPD") that lists all AFFF agents that have been tested and qualified by the United States Naval Research Laboratory ("NRL") to comply with the MilSpec, currently referenced as MIL-PRF-24385.

30.     Until 2019,[8] specification MIL-F-24385 contained just two (2) references to the chemical composition of the AFFF concentrate. Section 1.1 of the specification states the specification applies to AFFFs "consisting of fluorocarbon surfactants and foam stabilisers [*sic*]." Section 3.2 states, "The concentrate shall consist of fluorocarbon surfactants plus other compounds as required to conform to the requirements specified hereinafter."[9]

31.     As the text of MIL-F-24385 and its predecessors state, and the United States has admitted, the MilSpec does not, and did not at any time, require AFFF formulations to contain PFOA or PFOS, or their precursors and derivatives, in order to comply with its performance standards.[10],[11]

32.     AFFF manufacturers were free to use any fluorosurfactants to comply with the specification requirements. In the 1960s and 1970s, all the AFFF manufacturers chose to use C8 fluorosurfactants in their MilSpec AFFF formulations. In the early 1980s, at least one manufacturer developed AFFF concentrates that complied with specification MIL-F-24385 using

---

[7] MIL-F-24385, dated Nov. 21, 1969, attached hereto as Attachment C.
[8] MIL-PRF-24385F(SH), dated May 7, 2019, attached hereto as Attachment E.
[9] MIL-PRF-24385F(SH), dated Sept. 7, 2017, attached hereto as Attachment D.
[10] Attachment D.
[11] The United States of America's Responses to Plaintiffs' First Set of Amended Requests for Admission), attached hereto as Attachment G, at p. 3, US Response to Plaintiffs' Request for Admission No. 5 ("The AFFF MilSpec has never required that AFFF contain PFOA or PFOS").

9

primarily C6 fluorosurfactants. By 1982, C6 fluorosurfactant AFFF concentrates were on the

DOD's AFFF QPL. The first such products were Ansul AFC-5 and AFC-5A.[12] These products

contained less than 1% by weight of C8 fluorosurfactants. Specifically, AFC-5 and AFC-5A

AFFF products contained the Ciba-Geigy fluorosurfactants K81'84 and S-103/S-103A, which

were based on Lodyne 921A, a 95% C6, 4% C4, and 1% C8 fluorosurfactant mixture.[13]

---

[12] Kleiner 30(b)(6) Exhibit BB526 (DYNAX0002756), attached hereto as Attachment H, at DYNAX0002758 (by 1982 "Large selections of 6:2 FT-Surfactants available to AFFF agent producers for US Mil-spec applications…C6 (>95-97%)") and DYNAX0002764 (Ansul AFC-5 and AFC-5A based on C6 fluorosurfactants); Kleiner 30(b)(6) Exhibit BB530 (DYNAX0004335), attached hereto as Attachment I, at DYNAX0004335 ("Ansul is first company to have C6 Lodyne Fluorosurfactant based 6% AFFF approved by NRL and listed on the QPL…C6F13: ~96%"); Kleiner 30(b)(6) Exhibit BB556, attached hereto as Attachment J, (Ansul's AFC-5, Ansulite 6% AFFF/AFC-5, AFC-5A, Ansulite 3% AFFF/AFC-5A on QPL in 1982); Engman Exhibit DL342, attached hereto as Attachment K, at p. 8 (according to Tyco Fire Products LP and Chemguard Inc., AFC-5A, Ansulite 3% AFFF/AFC-5A, Ansul AFC-5, Ansulite 6% AFFF/AFC-5 were on the QPL beginning in 1982); Thomas Exhibit LP240 (AFFFTC00218780), attached hereto as Attachment L; Jho Exhibit LP520 (AFFFTC00196408), attached hereto as Attachment M; Deposition Transcript of Chang Jho ("Jho Dep. Tr."), relevant pages attached hereto as Attachment N, at 38:19-22 (█████ REDACTED ████████ 39:6-14 (████ REDACTED ████ ███████), and 47:18-48:1 (██████ REDACTED ██████); Jho Exhibit LP519 (AFFFTC00196407), attached hereto as Attachment O; 30(b)(6) Deposition Transcript of Eduard Kleiner ("Kleiner Dep. Tr."), relevant pages attached hereto as Attachment P, at 62:20-78:8 (d█████ REDACTED ██████████████████████████████████████████████████████████).

[13] Thomas Exhibit LP240, Attachment Q, at AFFFTC 00218782; Thomas Exhibit LP241 (AFFFTC00121823), attached hereto as Attachment R, at AFFFTC00121824; Thomas Exhibit LP244, attached hereto as Attachment S, at p. 1; Thomas Exhibit LP245 (BASF_AFFF_MDL_00005382), attached hereto as Attachment T, at BASF_AFFF_MDL_00005382; Thomas Exhibit LP248 (BASF_AFFF_MDL00003230), attached hereto as Attachment U, at BASF_AFFF_MDL00003247 (Lodyne S-103 is a C6 structure as of 1980); Thomas Exhibit LP249 (AFFFTC00096308), attached hereto as Attachment V, at AFFFTC00096308 (AFC-5 and AFC-5A contain Lodyne S-103 & K81'84); Engman Exhibit DL1473 (AFFFTC00005095), attached hereto as Attachment W (Ansulite AFFF 3% contains Lodyne S-103A and K81'84 beginning 1982); 30(b)(6) Deposition Transcript of Todd A. Thomas, relevant pages attached hereto as Attachment X, at 56:2-16 (Lodyne 920 A cuts are predominantly C6), 76:21-92:15 (discussing Thomas Exhibit LP241), 104:6-112:9 (discussing Thomas Exhibit LP244; confirming Lodyne 920A, a thiol mercaptan, is fractionated

10

33.     Today, virtually all the AFFF concentrates on the DOD QPL use C6 fluorosurfactants that contain only minute amounts of unintended C8 fluorosurfactants.[14]

34.     The technology and equipment that fluorosurfactant manufacturers used in the 1960s through 1990s produced significant quantities of C6 fluorosurfactants as side products to the C8 fluorosurfactant manufacturing process. Some AFFF concentrate manufacturers such as Ansul took advantage of the C6 fluorosurfactants to make AFFF concentrates that complied with specification MIL-F-24385 requirements. Even more C6 fluorosurfactants and less C8 fluorosurfactants could have been produced using the same technology and equipment had the fluorosurfactant manufacturers and AFFF manufacturers changed their operations to emphasize C6 fluorosurfactant production rather than C8 fluorosurfactant production.[15] However, the

---

to different 921 cuts, including Lodyne 921A, a 95%-plus C6 mercaptan; confirming Lodyne 921A is used to produce fluorosurfactants K81'84 and S-103A), 117:9-11 (confirming K81'84 was derived from Lodyne 921A), 137:20-141:2 (discussing Thomas Exhibit LP248; confirming Lodyne S-103 is a C6-based surfactant), 141:7-145:10 (discussing Thomas Exhibit LP249), and 144:19-145:5 (the AFC-5 products that met MilSpec were based on Lodyne 921A, a C6 homolog); Deposition Transcript of James Engman, relevant pages attached hereto as Attachment Y, at 60:20-96:24 **REDACTED** Deposition Transcript of Mitchell J. Hubert ("Hubert Dep. Tr."), relevant pages attached hereto as Attachment Z, at 69:7-15 (**REDACTED** and 108:21-109:4 (**REDACTED** Jho Exhibit LP519, Attachment O (Lodyne S-103A and K81'84 used in Ansul's MilSpec products since 1981); Giarusso 30(b)(6) Exhibit NS030, attached hereto as Attachment AA (Ansul purchase records of S-103 and K81'84); Fiedler 30(b)(6) Exhibit DL1721 (AGCCA-AFFF-00006904), attached hereto as Attachment BB, at AGCCA-AFFF-00006908-6910.

[14] MIL-PRF-24385F(SH), dated Apr. 7, 2020, attached hereto as Attachment F, at Sect. 3.3.3, Table 1.

[15] Kleiner Dep. Tr., Attachment P, at 57:19-59:17 **REDACTED** 135:19-137:3 **REDACTED** 142:6-143:17 (manufacturer can determine level of purity of C6 fluorosurfactants), and 154:20-155:10 (**REDACTED** Jho Dep. Tr., Attachment N, at 44:1-7 (**REDACTED** 45:2-6 (**REDACTED** 46:2-47:8 and 52:11-17 (**REDACTED**

fluorosurfactant manufacturers elected to not make these changes that produce more C6 fluorosurfactants.

35.     As of 2019[16], DOD AFFF specification, MIL-PRF-24385, has removed the requirement that AFFF concentrates contain fluorosurfactants. AFFF manufacturers are still free to use fluorosurfactants in their AFFF concentrate formulations, except the concentration of PFOS and PFOA in the concentrate is limited to a maximum of 800 parts per billion (ppb) for each chemical.[17] The specification does not clarify whether the limit is 800 ppb by weight, by

---

fractional distillation process was not new and well-understood in 1980s); Deposition Transcript of William Weppner, relevant pages attached hereto as Attachment CC, at 104:21-105:3 (3M capable of manufacturing C6 chemistries since it started manufacturing C8 chemistries); 30(b)(6) Deposition Transcript of Martina Bowen, attached hereto as Attachment DD, at 73:4-17 **REDACTED** and 88:19-89:7 **REDACTED** 30(b)(6) Deposition Transcript of Ashok Moza, relevant pages attached hereto as Attachment EE, at 93:25-95:15 (confirming technology for high purity C6 around for at least a hundred years but was not used because of customer demand); 30(b)(6) Deposition Transcript of Robert Buck, relevant pages attached hereto as Attachment FF, at 96:7-21 ( **REDACTED** ); Deposition Transcript of Robert Buck, relevant pages attached hereto as Attachment GG, at 33:22-34:18 **REDACTED** Deposition Transcript of Stephen Korzeniowski, relevant pages attached hereto as Attachment HH, at 145:17-22 ( **REDACTED** ), 304:3-19 ( **REDACTED** ), 321:17-323:6 (p **REDACTED** 329:17-24 ( **REDACTED** and 335:1-19 **REDACTED** Deposition Transcript of George Volker, relevant pages attached hereto as Attachment II, at 68:4-22 ( **REDACTED** ) and 83:7-13 **REDACTED** ); Deposition Transcript of Brian Rambo, relevant pages attached hereto as Attachment JJ, at 136:13-22 (D **REDACTED** ); Deposition Transcript of Rajesh R. Melkote, relevant pages attached hereto as Attachment KK, at 95:24-96:12 (National Foam could have made C6-based MilSpec AFFF prior to 2000); Hubert Dep. Tr., Attachment Z, at 75:17-76:14 ( **REDACTED**

[16] Attachment E.
[17] Attachment F at Table 1.

volume, or by molarity, but by weight is the most common unit of measure. 800 ppb is equivalent to a concentration of 0.00008% of the concentrate.[18]

36.    The DOD allows the AFFF concentrate to contain a minute amount of PFOS and PFOA because it is not economically feasible to remove 100% of C8 fluorosurfactants from C6 fluorosurfactant AFFF concentrate formulations. The unintended byproduct concentration of PFOS, PFOA, and other C8 fluorosurfactants in the AFFF concentrates is so low (0.00008%), that these C8 fluorosurfactants do not affect the physical properties or performance of the concentrate and foam.


Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 13 2021


_Greg Walton_

Gregory M. Walton, P.E.

---

[18] For context, 3M's LightWater FC-203CF manufactured in 1998 contained 103,333 ppb of PFOA and 7,133,333 ppb of PFOS. FF_NAVY13_00007708, attached hereto as Attachment LL, at FF_NAVY13_00007710.

**DECLARATION OF GREGORY M. WALTON, P.E.**

**ATTACHMENT LIST**

| ATTACHMENT | DESCRIPTION |
|---|---|
| A | Curriculum Vitae of Gregory M. Walton, P.E. |
| B | 3M_BELL01433470 (Simons Electrochemical Fluorination (ECF) Process) |
| C | MIL-F-24385, dated Nov. 21, 1969 |
| D | MIL-PRF-24385F(SH), dated Sept. 7, 2017 |
| E | MIL-PRF-24385F(SH), dated May 7, 2019 |
| F | MIL-PRF-24385F(SH), dated Apr. 7, 2020 |
| G | The United States of America's Responses to Plaintiffs' First Set of Amended Requests for Admission |
| H | Exhibit BB526 to the 30(b)(6) Deposition of Eduard Kleiner (DYNAX0002756) (2016 presentation by Dr. Kleiner, titled "1976-2016: Forty Years of Saving Lives: C6 Fluorotelomer Surfactants and Their Use in Firefighting Foams") |
| I | Exhibit BB530 to the 30(b)(6) Deposition of Eduard Kleiner (DYNAX0004335) (Memo dated Aug. 13, 2012 from Dr. Kleiner to Tom Cortina/Members of the FFFC, re: From 1972 to 2012: 40 Years of 6:2 Fluorotelomer Surfactants for AFFF Agents) |
| J | Exhibit BB556 to the 30(b)(6) Deposition of Eduard Kleiner (MIL-F-24385 QPL/QPD History) |
| K | Exhibit DL342 to the Deposition of James Engman (Tyco Fire Products LP's and Chemguard Inc.'s Objections and Responses to Plaintiffs' First Set of Interrogatories) |
| L | Exhibit LP240 to the Deposition of Todd Thomas (AFFFTC00218780) (2016 presentation by Dr. Kleiner, titled "1976-2016: Forty Years of Saving Lives: C6 Fluorotelomer Surfactants and Their Use in Firefighting Foams") |
| M | Exhibit LP520 to the Deposition of Chang Jho (AFFFTC00196408) (2016 presentation by Dr. Kleiner, titled "1976-2016: Forty Years of Saving Lives: C6 Fluorotelomer Surfactants and Their Use in Firefighting Foams") |
| N | Deposition Transcript of Chang Jho, Ph.D., dated Feb. 19, 2021 (excerpts) |
| O | Exhibit LP519 to the Deposition of Chang Jho (AFFFTC00196407) (2016 email chain re: C6 Lodyne and Ansul Mil-spec products) |
| P | 30(b)(6) Deposition Transcript of Eduard Kleiner, Ph.D., dated Nov. 9, 2020 (excerpts) |
| Q | Exhibit LP240 to the Deposition of Todd Thomas (AFFFTC00218780) (2016 presentation by Dr. Kleiner, titled "1976-2016: Forty Years of Saving Lives: C6 Fluorotelomer Surfactants and Their Use in Firefighting Foams") |

| R | Exhibit LP241 to the Deposition of Todd Thomas (AFFFTC00121823) (Ansulite Blend Record Sheet) |
|---|---|
| S | Exhibit LP244 to the Deposition of Todd Thomas (LODYNE® Fluorochemical Production Scheme) |
| T | Exhibit LP245 to the Deposition of Todd Thomas (BASF_AFFF_MDL_00005382) (LODYNE K81'86 Hazard Evaluations) |
| U | Exhibit LP248 to the Deposition of Todd Thomas (BASF_AFFF_MDL00003230) (LODYNE chemical structures) |
| V | Exhibit LP249 to the Deposition of Todd Thomas (AFFFTC00096308) (Letter from Dr. Kleiner to Ansul Co., dated Apr. 2, 1987) |
| W | Exhibit DL1473 to the Deposition of James Engman (AFFFTC00005095) (Military Ansulite AFFF 3% Concentrate ingredients) |
| X | Deposition Transcript of Todd A. Thomas, Ph.D., dated Dec. 16, 2020 (excerpts) |
| Y | Deposition Transcript of James Engman, dated July 1, 2021 (excerpt) |
| Z | Deposition Transcript of Mitchell J. Hubert, dated Mar. 16, 2021 (excerpts) |
| AA | Giarusso 30(b)(6) Exhibit NS030 (AFFFTC00096267) (compilation, Estimated usages to Ciba-Geigy) |
| BB | Exhibit DL1721 to the 30(b)(6) Deposition of William Fiedler (AGCCA-AFFF-00006904) (2018 presentation by Dr. Jho, titled "C6 Foams vs. Legacy (C8) & Fluorine-free Foams (F3) – What you need to know!") |
| CC | Deposition Transcript of William Weppner, Ph.D., dated Oct. 29, 2020 (excerpt) |
| DD | Deposition Transcript of Martina Bowen, Ph.D., dated Sept. 3, 2020 (excerpts) |
| EE | 30(b)(6) Deposition Transcript of Ashok Moza, dated Nov. 2, 2021 (excerpt) |
| FF | 30(b)(6) Deposition Transcript of Robert Buck, Ph.D., dated Oct. 15, 2020 (excerpt) |
| GG | Deposition Transcript of Robert Buck, Ph.D., dated Oct. 16, 2020 (excerpts) |
| HH | Deposition Transcript of Stephen Korzeniowski, dated Sept. 11, 2020 (excerpts) |
| II | Deposition Transcript of George Volker, dated Jan. 29, 2021 (excerpts) |
| JJ | Deposition Transcript of Brian Rambo, dated Mar. 5, 2021 (excerpt) |
| KK | Deposition Transcript of Rajesh R. Melkote, Ph.D., dated Apr. 28, 2021 (excerpt) |
| LL | FF_NAVY13_00007708 (Letter from NAVSEA to 3M Co., dated Dec. 14, 2016) |

# ATTACHMENT A



**ENGINEER: CHEMICAL**

**GREGORY M. WALTON, P.E.**

Engineering Design & Testing Corp.
Post Office Box 5126 | Concord, California 94524

**phone:** (925) 674-8010
**email:** gregwalton@edtengineers.com

## EDUCATION

1976

**Bachelor of Science in Chemical Engineering**
University of California at Davis

## EXPERIENCE

2002
to Present

**Engineering Design & Testing Corp.**
***Oakland, California***

*Consulting Engineer*
Expertise includes process design, process simulation, mechanical equipment design and specification, project management, cost estimating, facility startups and operations troubleshooting, Process Hazard Analysis (PHA), Layers Of Protection Analysis (LOPA), Chemical Exposure Index calculations (CEI), Fire Exposure Index calculations (FEI), relief system design.

Projects include petroleum production and refining facilities, marine loading terminals, and transfer stations, chemical and catalyst manufacturing plants, food processing plants, hazardous waste storage and neutralization facilities, cogeneration plants, water treatment facilities, pollution abatement and vapor recovery systems

2001
to 2002

**Eichleay Engineering**
***Concord, California***

*Process Engineer*
Process Engineer for new DOW ProFume® fumigant plant. Designed the hydrofluoric acid and sulfur dioxide offloading and storage facilities, sulfuryl fluoride storage, recovery and packaging facilities, and volatile organic carbon (VOC) abatement system. Did the chemical exposure index (CEI) and fire exposure index (FEI) calculations for the plant.

1999
to 2001

**Dexter/Loctite**
***Bay Point, California***

*Project Manager*
Project Manager for aerospace adhesive company. Projects included adhesive manufacture and filming line upgrade, Ross Mixer and Dual Range Mixer heating and cooling system replacements, wiped film evaporator improvements, Triple Range Mixer heat transfer debottlenecking, Ross Mixer instrumentation improvements.

1997
to 1999

**Eichleay Engineering**
***Concord, California***

*Project Manager/Project Engineer/Process Engineer*
Project Manager for ethylene glycol catalyst plant expansion, preliminary engineering, and cost estimate for naphtha hydrotreater replacement. Project Engineer for modifications to an aerospace adhesive manufacturing facility. Process Engineer for a new palm oil purification facility, preliminary engineering and cost estimate for fluid coker modifications, modifications to the distillation section of a nitrogen trifluoride plant.

CURRICULUM VITAE: GREGORY M. WALTON, P.E.                                    Page 2 of 2

| 1986 to 1997 | **ESI, Engineering Services, Inc.** *Walnut Creek, California* |
|---|---|

*Project Manager/Project Engineer/Process Engineer/Certifying Entity*
Project Manager for crude unit revamp. Project Engineer for crude oil pumping station, detergent manufacture plant, food processing plant modifications, refinery wastewater treatment plant modifications, cost estimate for storm water system modifications. Process Engineer for 5 crude oil or gasoline marine vapor control systems, Stretford unit modifications, gas fired steam boilers for oilfield recovery, oil refinery flare header expansion, modifications to electronic grade sulfuric and nitric acid plants. U. S. Coast Guard Certifying Entity for changes to a marine vapor control system.

| 1981 to 1986 | **Hallanger Engineers** *Orinda, California* |
|---|---|

*Process Engineer/Project Engineer*
Process Engineer for cogeneration plant, refinery feasibility studies, geothermal power plant. Project Engineer for waste oil reprocessing facility, cost estimate for crude unit and vacuum unit refurbishment.

| 1976 to 1981 | **Shell Oil Company** *Martinez, California* |
|---|---|

*Process Engineer/Economics and Scheduling Engineer/Operations Engineer*
Process Engineer for $800 million refinery modernization. Economics and Scheduling Engineer responsibilities included profitability analysis, crude oil and gasoline shipping coordination and gasoline blending oversight. Operations Support Engineer for crude oil, carbon monoxide fueled steam boiler, vacuum tower, alkylation, naphtha, gasoil, and FCCU hydrotreaters.

## REGISTRATIONS and CERTIFICATIONS

Registered Certification Engineer, United States Coast Guard

Registered Professional Engineer in California (#6152)

## PROFESSIONAL ORGANIZATIONS

American Institute of Chemical Engineers

JUNE 2021

# ATTACHMENT B

*Environmental Laboratory*

# Simons Electrochemical Fluorination (ECF) Process

$$C_8H_{17}\overset{\overset{\displaystyle O}{\|}}{\underset{\underset{\displaystyle O}{\|}}{S}}F \quad + \quad 17\ HF \quad + \quad 17e^- \xrightarrow{\ 4.5\text{-}7.0\ V\ } C_8F_{17}\overset{\overset{\displaystyle O}{\|}}{\underset{\underset{\displaystyle O}{\|}}{S}}F \quad + \quad 17\ H_2$$

**1-Octanesulfonyl**
**Fluoride**

**Perfluoroctanesulfonyl**
**Fluoride**

$$C_7H_{15}C\overset{\displaystyle O}{\underset{\displaystyle O^-}{<}} \quad + \quad 15\ HF \quad + 15\ e^- \xrightarrow{\ 4.5\text{-}7.0\ V\ } C_7F_{15}C\overset{\displaystyle O}{\underset{\displaystyle O^-}{<}} \quad + \quad 15\ H_2$$

**Octanoate**

**Perfluoroctanoate**

Attorney Client and Work Product Privileged
Do Not Copy - Do Not Disclose
3M Proprietary Information

3M_BELL01433470

*Environmental Laboratory*

# Electrochemical Fluorination Cell Products

*Desired Product:* Perfluorooctanesulfonyl Fluoride (POSF, FX-8)

$$CF_3CF_2CF_2CF_2CF_2CF_2CF_2CF_2SO_2F$$

*Also Get-*

- Other Straight Chain Perfluoroalkyl Products of Various Chain Lengths

    $C_6F_{13}SO_2F$          $C_7F_{15}SO_2F$          $C_9F_{19}SO_2F$          etc.          $C_nF_{2n+1}SO_2F$

- Branched Chain Perfluoroalkyl Products of Various Chain Lengths

$$CF_3CF_2CF_2CF_2CF_2\overset{\overset{\textstyle CF_3}{|}}{C}FCF_2SO_2F \qquad CF_3\overset{\overset{\textstyle CF_3}{|}}{C}FCF_2CF_2\overset{\overset{\textstyle CF_3}{|}}{C}FCF_2SO_2F$$

- Other Straight Chain, Branched, and Cyclic Perfluoroalkyl Compounds

    $CF_4$     $C_2F_6$     $C_3F_8$     $C_4F_{10}$     $C_5F_{12}$          $CF_3\overset{\overset{\textstyle CF_3}{|}}{C}FCF_2CH_3$

- "Tars" and Other By-Products Such As $SF_6$

Attorney Client and Work Product Privileged
Do Not Copy - Do Not Disclose
3M Proprietary Information

## Environmental Laboratory



# Fluorochemical Products & Intermediates

$C_8F_{17}SO_2F$ —

- $C_8F_{17}SO_3^-$  $H^+, K^+, Li^+$

- $C_8F_{17}SO_2\overset{R}{N}H$ —
  - $C_8F_{17}SO_2\overset{R}{N}CH_2COOH$
  - $C_8F_{17}SO_2\overset{R}{N}C_2H_4OH$ —
    - $C_8F_{17}SO_2\overset{R}{N}(C_2H_4O)_nH$
    - $C_8F_{17}SO_2\overset{R}{N}C_2H_4O\overset{O}{P}(OH)_2$
    - $C_8F_{17}SO_2\overset{R}{N}C_2H_4OSO_3H$

- $C_8F_{17}SO_2\overset{H}{N}C_3H_6N(CH_3)_2$ —
  - $[C_8F_{17}SO_2\overset{H}{N}C_2H_4N(C_2H_5)_2R]^+ X^-$
  - $C_8F_{17}SO_2\overset{H}{N}C_2H_4N^+(C_2H_5)_2C_2H_4COO^-$
  - $C_8F_{17}SO_2\overset{H}{N}C_3H_6\overset{H}{N}{}^+(CH_3)_2\ X^-$

R.A. Guenthner, R.A. and Vietor, M.L. Surface active materials from perfluorocarboxylic and perfluorosulfonic acids. *I&EC Product Research and Development* **1** (1962) 165-169.

Attorney Client and Work Product Privileged
Do Not Copy - Do Not Disclose
3M Proprietary Information

3M_BELL01433472

*Environmental Laboratory*

# Example: Surfactant used in AFFF Products

- **Three Major Components**

"L-4640"                          "Diadduct"

- **Perfluoro Moiety Primarily Six Carbons Long**

Attorney Client and Work Product **Privileged**
Do Not Copy - Do Not Disclose
3M Proprietary Information

3M_BELL01433473

*Environmental Laboratory*

# Environmental Issues of Fluorochemicals

- **Halogenated**

- **Xenobiotic**

- **Persistent**

- **Widely Dispersed in the Environment**

- **Potential to Bioaccumulate**

- **Biologically Active**

Attorney Client and Work Product Privileged
Do Not Copy - Do Not Disclose
3M Proprietary Information

*Environmental Laboratory*

# Xenobiotic

- ## Nothing in Nature Similar to Perfluoro Moiety
- ## Natural Fluorinated Organics Rare
  - **Monofluoroacic Acid ($CH_2FCOOH$)**
    - Produced by South African Plants
    - "Extremely Toxic" (Merck Index)

      | | |
      |---|---|
      | Monofluoroacetic acid | Rat Oral LD50:  4.7 mg/kg |
      | Sodium Fluoroacetate | Rat Oral LC50:  0.1 mg/kg |
      | Potassium Fluoroacetate | Rabbit Oral LD0:  500 ug/kg |

    - Sodium Monofluoroacetate (Compound 1080) Used to Control Prairie Dogs, Coyotes, and other Mammals
    - Degrades Rapidly in Anaerobic and Anerobic Environments
    - Metabolic Pathway and Toxic Mechanism Well Understood
  - **Perfluoromethane ($CF_4$)**
    - Produced by Volcanoes in Small Quantities
    - **To Be Published Soon**

Attorney Client and Work Product Privileged
Do Not Copy - Do Not Disclose
3M Proprietary Information

3M_BELL01433475

**_Environmental Laboratory_**                                   **3M**

# Xenobiotic

- **Perfluoroorganics Do Not Fit the Paradigms of Chemicals of Environmental Concern (DDT, PCBs, Dioxin, etc.)**

| _Others_ | _Perfluoroorganics_ |
|---|---|
| Usually Contain Chlorine | Lack Chlorine |
| Uncharged | Charged |
| Oleophilic (Fat Soluble) | Oleophobic (Fat Insoluble) |
| Hydrophobic | Perfluoro Moiety: Hydrophobic<br>Charged Moiety: Hydrophilic |
| Many Researchers<br>$1,000,000,000s on Research<br>Decades of Study<br>Much Knowledge | Few Researchers<br>Little Knowledge |
| Highly Regulated<br>Bans Being Considered | Generally Unregulated<br>Generally Unknown to Regulators<br>and Non-Governmental<br>Organizations (NGOs) |

Attorney Client and Work Product Privileged
Do Not Copy - Do Not Disclose
3M Proprietary Information

3M_BELL01433476

**Environmental Laboratory**  **3M**

# Xenobiotic

- **Physical/Chemical Properties Very Different From Other Chemicals of Concern**

- **Usual Properties May Be Meaningless, Ill-Defined or Inappropriate in Terms of Environmental Fate**
  - Octanol/Water Partition Coeffieient ?
  - Solubility ?
  - Critical Micell Concentration ?
  - pKa ?
  - Ion Pairing ?

- **Cannot Predict How They Will Affect or Behave In the Environment**
  - Are Models Built on Other Chemical Paradigms Appropriate for FCs?

- **Cannot Predict How They Will Affect or Behave In Living Systems**

Attorney Client and Work Product Privileged
Do Not Copy - Do Not Disclose
3M Proprietary Information

3M_BELL01433477

# ATTACHMENT C

This document has been approved
for public release and sale; its
distribution is unlimited.

MIL-F-24385(NAVY)
21 November 1969
SUPERSEDING
MIL-F-23905B(AS)
25 April 1967

MILITARY SPECIFICATION

FIRE EXTINGUISHING AGENT, AQUEOUS FILM FORMING

FOAM (AFFF) LIQUID CONCENTRATE, SIX PERCENT,

FOR FRESH AND SEA WATER

This specification has been concurred in by interested commands of the Navy Department and the Marine Corps.

1. SCOPE

1.1  This specification covers the requirements for aqueous film forming foam (AFFF) liquid concentrate fire extinguishing agent consisting of fluorocarbon surfactants and foam stabilizers.  The liquid concentrate will be diluted for use in concentrations of six parts concentrate to ninety-four parts fresh or sea water by volume.

2. APPLICABLE DOCUMENTS

2.1  The following documents, of the issue in effect on date of invitation for bids or request for proposal, form a part of the specification to the extent specified herein:

SPECIFICATIONS

FEDERAL
TT-E-489 - Enamel, Alkyd, Gloss (For Exterior and Interior Surfaces).
PPP-D-700 - Drums: Metal, 55-Gallon, (For Acid and Corrosive Liquids).
PPP-D-729 - Drums: Metal, 55-Gallon, (For Shipment of Noncorrosive Material).
PPP-D-1152 - Drum, Steel, 55-Gallon (24-Gage) Reinforced.
PPP-P-704 - Pails, Metal:  Shipping Steel, (1 through 12 Gallon).

MILITARY
MIL-P-116 - Preservation, Methods of.
MIL-G-5572 - Gasoline, Aviation, Grades 80/87, 100/130,115/145.

STANDARDS

FEDERAL
FED-STD-595 - Colors.

MILITARY
MIL-STD-105 - Sampling Procedures and Tables for Inspection by Attributes.
MIL-STD-129 - Marking for Shipment and Storage.
MIL-STD-130 - Identification Marking of U.S. Military Property.
MIL-STD-147 - Palletized and Containerized Unit Loads, 40" x 48" Pallets, Skids, Runners, or Pallet-Type Base.

(Copies of specifications, standards, drawings, and publications required by suppliers in connection with specific procurement functions should be obtained from the procuring activity or as directed by the contracting officer.)

2.2  Other publications. The following documents form a part of this specification to the extent specified herein.  Unless otherwise indicated, the issue in effect on date of invitation for bids or request for proposal shall apply.

AMERICAN SOCIETY FOR TESTING AND MATERIALS
ASTM A279-63 - Total Immersion Corrosion Test of Stainless Steels.
ASTM D445-65 - Test for Viscosity of Transparent and Opaque Liquids (Kinematic Viscosities).
ASTM D1141-52 (1965) - Substitute Ocean Water, Specification for.
ASTM D1298-67 - Test for Specific Gravity of Petroleum Liquids, Hydrometer Method.
ASTM D1331-56 - Tests for Surface and Interfacial Tension of Solutions of Surface Active Agents.

FSC 4210

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T18:42Z
Check the source to verify that this is the current version before use.

MIL-F-24385(NAVY)

(Application for copies should be addressed to the American Society for Testing and Materials, 1916 Race Street, Philadelphia, Pennsylvania 19103.)

(Technical society and technical association specifications and standards are generally available for reference from libraries.  They are also distributed among technical groups and using Federal agencies.)

UNIFORM CLASSIFICATION COMMITTEE

Uniform Freight Classification Rules

(Application for copies should be addressed to the Uniform Classification Committee, 202 Union Station, 516 West Jackson Blvd., Chicago, Illinois 60606.)

NATIONAL CLASSIFICATION BOARD

National Motor Freight Classification Rules.

(Application for copies should be addressed to National Motor Freight Traffic Association, Inc., 1616 P Street, N.W., Washington, D.C. 20036.)

NATIONAL FIRE PROTECTION ASSOCIATION (NFPA)
NFPA No. 412 – Suggested Standard Test Procedures for Aircraft Rescue and Fire Fighting Vehicles Utilizing Foam (1969 Edition)

(Application for copies should be addressed to National Fire Protection Association, 60 Batterymarch Street, Boston, Mass. 02110).

3.  REQUIREMENTS

3.1  Qualification. Liquid concentrate fire extinguishing agents furnished under this specification shall be products which are qualified for listing on the applicable Qualified Products List at the time set for opening of bids (see 4.3 and 6.3).

3.2  Material. The concentrate shall consist of fluorocarbon surfactants plus other compounds as required to conform to the requirements specified hereinafter.  The material shall have no adverse effect on the health of personnel when used for its intended purpose.

3.3  Compatibility. The concentrate of one manufacturer shall be compatible with the concentrate furnished by the other manufacturers listed on the qualified products list for this specification.  An admixture shall conform to 3.10, 3.11, and 3.13, when tested as specified in 4.7.7, 4.7.8, and 4.7.12.  The percentages of the components in the admixture shall be determined by the testing activity.

3.4  Specific gravity. The specific gravity shall be determined as specified in 4.7.1. Samples tested subsequent to qualification shall deviate not more than 0.01 from the specific gravity value determined during qualification testing.

3.5  Viscosity. The concentrate shall have a maximum kinematic viscosity of 300 centistokes (cs) at $40^\circ \pm 0.1^\circ$F., when tested as specified in 4.7.2.

3.6  pH value. The concentrate shall have a pH value between 4.0 and 8.0 at $77^\circ \pm 1^\circ$F., when tested as specified in 4.7.3.  Samples tested subsequent to qualification shall deviate not more than 0.5 from the pH value determined during qualification testing, but in no case shall be less than 4.0 or greater than 8.0 at $77^\circ \pm 1^\circ$F.

3.7  Surface tension. The solution shall have a maximum surface tension of 18 dynes per centimeter at $77^\circ \pm 1^\circ$F., when tested as specified in 4.7.4.

3.8  Interfacial tension. A 6-percent solution shall have a maximum interfacial tension of 5.0 dynes per centimeter at $77^\circ \pm 1^\circ$F., when tested as specified in 4.7.5.

3.9  Foamability. The solution of AFFF concentrate in water (six parts concentrate to ninety-four parts water by volume) shall produce a foam possessing an expansion of 7.0 minimum and a 25-percent drainage time of 3 minutes minimum value, when tested as specified in 4.7.6 with both fresh (tap) water and synthetic sea water.

3.10  Film formation and sealability. When tested as specified in 4.7.7, the film produced by the sample shall spread over the surface of the fuel, and shall result in a surface from which no sustained ignition of fuel vapors can be detected.

3.11  Fire performance.

2

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T18:42Z
Check the source to verify that this is the current version before use.

MIL-F-24385(NAVY)

3.11.1 <u>Twenty-eight square-foot test</u>. When tested for fire performance as specified in 4.7.8, the fire shall be completely extinguished with an application density of 0.10 gal/ft $^2$ (84-second application time) or less, and shall exhibit a 25-percent burnback time of at least 240 seconds.

3.11.2 <u>Four-hundred square-foot test</u>. When tested for fire performance as specified in 4.7.9, at least 85 percent of the fire shall be extinguished within 30 seconds and the total of the "percent of fire extinguished" values recorded at 10, 20, 30, and 40 seconds shall be 285 or greater.

3.11.3 <u>Twelve-hundred sixty square-foot test</u>. When tested for fire performance as specified in 4.7.10, at least 85 percent of the fire shall be extinguished within 30 seconds, and the total of the "percent of fire extinguished" values recorded at 10, 20, 30, and 40 seconds shall be 285 or greater.

3.12 <u>Corrosion</u>. When tested as specified in 4.7.11, the corrosion rate of the concentrate shall not exceed 25 milligrams per square decimeter per day (mdd) for cold rolled steel, 0.5 mdd for 6061T6 aluminum alloy, and corrosion-resistant steel (CRES 304). The corrosion rate of a 6-percent sea water solution shall not exceed 10 mdd for cupro-nickel (90 percent Cu-10 percent Ni).

3.13 <u>Stability</u>. The concentrate and solution in fresh water shall be tested as specified in 4.7.12. At the end of the required storage period, the concentrate samples shall show no evidence of precipitation or stratification. The diluted solution samples shall show no evidence of stratification, and precipitate formation shall not exceed 1 percent by volume. In addition, stored samples shall conform to the limits specified herein, except that foam expansion shall be no less than 6.0 (after storage), when tested as specified in 4.7.1, 4.7.5, 4.7.6, and 4.7.7.

3.14 <u>Marking</u>.

3.14.1 Identification marking shall be in accordance with MIL-STD-130. In addition, the marking on the containers (see 5.3) shall be in white characters against a blue background (see 5.1.1.3).

3.14.2 Two identical markings conforming to figure 1 shall be applied to containers so that the markings are located diametrically opposite. The markings shall be applied on the containers in such a manner that water immersion, contact with the contents of the containers, or normal handling will not impair the legibility of the marking. No paper labels shall be used.

4. QUALITY ASSURANCE PROVISIONS

4.1 <u>Responsibility for inspection</u>. Unless otherwise specified in the contract or purchase order, the supplier is responsible for the performance of all inspection requirements as specified herein. Except as otherwise specified in the contract or order, the supplier may use his own or any other facilities suitable for the performance of the performance of the inspection requirements specified herein, unless disapproved by the Government. The Government reserves the right to perform any of the inspections set forth in the specification where such inspections are deemed necessary to assure supplies and services conform to prescribed requirements.

4.2 <u>Classification of tests</u>. The inspection of the fire extinguishing agent shall be classified as follows:

    (a)  Qualification tests.
    (b)  Quality conformance inspection.
        (1)  Examination of filled containers.
        (2)  Quality conformance tests.
        (3)  Production check tests.

4.3 <u>Qualification tests</u>. [1]/Qualification tests shall be conducted at a laboratory satisfactory to the Naval Ship Engineering Center. Qualification tests shall consist of examination and qualification tests shown in table I.

4.3.1 <u>Samples for qualification tests</u>. Five filled 5-gallon containers are required for the qualification tests.

[1]/ Application for qualification tests shall be made in accordance with "Provisions Governing Qualification SD-6" (see 6.3 and 6.3.1).

3

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T18:42Z
Check the source to verify that this is the current version before use.

MIL-F-24385(NAVY)

THIS END UP

U.S.

AQUEOUS FILM FORMING FOAM (AFFF) LIQUID CONCENTRATE

In accordance with

MILITARY SPECIFICATION MIL-F-24385

---

THIS FIRE EXTINGUISHING CONCENTRATE IS FOR USE BY DILUTION WITH WATER IN FIXED OR MOBILE SYSTEMS.  IT MAY BE USED ALONE OR IN COMBINATION WITH "TWINNED" DRY CHEMICAL EQUIPMENT.  THE CONCENTRATE MAY BE DILUTED FOR USE IN FLOW PROPORTION- ING EQUIPMENT WITH SEA WATER OR FRESH WATER AT VOLUME PROPORTIONS OF SIX GALLONS CONCENTRATE TO 94 GALLONS WATER.  IT MAY ALSO BE DILUTED FOR READY-USE STORAGE AS A SIX-PERCENT PREMIX SOLUTION WITH FRESH WATER ONLY.

FOR READY USE DO NOT STORE BELOW 32$^{\circ}$F.  AVOID PROLONGED STORAGE ABOVE 120$^{\circ}$F. DO NOT MIX WITH OTHER THAN LIQUID CONCENTRATE APPROVED UNDER SPECIFICATION MIL-F-24385 OR WATER.

---

MANUFACTURER'S NAME
ADDRESS
BATCH NO.
DATE OF MANUFACTURE.

Figure 1 - Container markings.

4

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T18:42Z
Check the source to verify that this is the current version before use.

MIL-F-24385(NAVY)

4.4  The examination and tests applicable to each classification shall be as shown in table I:

Table I – Categories of inspection

| Reference | Title | Qualification | Quality conformance | Production check 2/ |
|---|---|---|---|---|
| 4.5.2 | Examination of filled containers | X | X | X |
| 3.3, 4.7.7, 4.7.8, 4.7.12 | Compatibility | X | | |
| 3.4, 4.7.1 | Specific gravity | X | X | |
| 3.5, 4.7.2 | Viscosity | X | X | |
| 3.6, 4.7.3 | pH value | X | X | |
| 3.7, 4.7.4 | Surface tension | X | X | |
| 3.8, 4.7.5 | Interfacial tension | X | X | |
| 3.9, 4.7.6 | Foamability | X | X | |
| 3.10, 4.7.7 | Film formation | X | X | |
| 3.11.1, 4.7.8 | Fire performance (28 sq. ft.) | X | X | X |
| 3.11.2, 4.7.9 | Fire performance (400 sq. ft.) | X | X | |
| 3.113, 4.7.10 | Fire performance (1260 sq. ft.) | X | 1/ | |
| 3.12, 4.7.11 | Corrosion | X | | |
| 3.14, 4.7.12 | Stability | X | | |

1/ Either the 400-square foot or 1260-foot fire test may be performed for quality conformance testing at the discretion of the supplier.

2/ Tests of this specification, in addition to the fire performance test, will be performed as necessary to insure that the sample is essentially identical to the product upon which qualification approval has been granted.

4.5  Sampling for quality conformance inspection.

4.5.1  Inspection lot. For purposes of sampling, a lot shall consist of all material manufactured as one batch and transferred from one mixing tank to the shipping container.

4.5.2  Sampling for examination of filled containers. A random sample of filled containers shall be selected in accordance with MIL-STD-105 at inspection level I.  The acceptable quality level = 2.5 percent defective to verify compliance with all requirements regarding fill, closure, marking, and other requirements not requiring tests, as specified in 4.6.1, 5.1.1.1, and 5.1.1.2.

4.5.3  Sampling for quality conformance tests. Three filled 5-gallon containers shall be selected at random from each lot and used as one composite sample for the tests specified in 4.6.2, or three 5-gallon containers of the product shall be withdrawn from an agitated mixing tank prior to packaging.  The results of the tests required by 4.6.2 shall be submitted to the Naval Ship Engineering Center or the designated Laboratory.

4.5.4  Sampling for production check tests. In addition to the sample selected for quality conformance tests, four additional 5-gallon containers from the first lot offered for delivery under a contract or order, and thereafter from any one lot in each group of ten successive lots shall be selected and forwarded to a laboratory designated by the Naval Ship Engineering Center for the tests specified in 4.6.3.

4.6  Quality conformance inspection.

4.6.1  Examination of filled containers. Each sample filled container shall be examined for defects of construction of the container and the closure, for evidence of leakage, and for unsatisfactory markings.  Each filled container shall also be weighed to determine the amount of contents.  Any container in the sample having one or more defects or less than required fill, shall not be offered for delivery, and if the number of defective containers in any sample exceeds the acceptance number for the appropriate sampling plan of MIL-STD-105, this shall be cause for rejection of the lot represented by the sample.

4.6.2  Quality conformance tests. The samples selected in accordance with 4.5.3 shall be subjected to the tests of table I, as applicable.

4.6.2.1  Action in case of failure. If the sample tested is found to be not in conformance with any requirement of this specification, the lot represented by the sample shall be rejected.

5

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T18:42Z
Check the source to verify that this is the current version before use.

MIL-F-24385(NAVY)

4.6.3 <u>Production check tests</u>. The samples selected as specified in 4.5.4 shall be composited by the designated testing laboratory, and the composite sample shall be subjected to the fire performance test specified in 4.7.8. In addition, the sample shall be subjected to such other tests of this specification as are necessary to determine that the sample is essentially identical to the product upon which qualification approval has been granted.

4.6.3.1 <u>Action in case of failure</u>. Acceptance of the first lot offered for delivery under a contract or order shall be withheld until a satisfactory report is received on the composite production check test sample. Thenceforth, except as hereinafter specified, acceptance and rejection of lots shall normally be on the basis of the sampling, examination, and tests specified in 4.5, 4.6, and 4.7 and acceptance shall not be withheld pending receipt of test reports on production check test samples. However, upon receipt of an unsatisfactory test report on a production check test sample, additional samples shall be selected from every subsequent lot offered for delivery. The samples so selected shall be submitted to a laboratory designated by the Naval Ship Engineering Center and shall there be subjected to the examination and tests specified in 4.6 and 4.7. Lots shall then be accepted only upon receipt of a satisfactory test report on the samples so selected. Additional testing shall be discontinued and lot acceptance returned to the normal basis when two successive lots have been accepted. The contractor shall not be permitted to submit more than three separate samples for production check tests (see 4.6.3) in the event of failure.

4.7 <u>Test procedures</u>.

(NOTE: Where sea water is required for tests, synthetic sea water in accordance with ASTM D1141-52 shall be used.)

4.7.1 <u>Specific gravity</u>. The specific gravity of the liquid concentrate shall be determined in accordance with ASTM Method D1298-67.

4.7.2 <u>Viscosity</u>. The viscosity of the liquid concentrate shall be determined in accordance with ASTM Method D445-65 using a capillary viscometer of appropriate size number at $40^\circ \pm 0.1^\circ$F.

4.7.3 <u>pH value</u>. The pH value of the liquid concentrate shall be determined potentiometrically, using a pH meter equipped with a glass electrode and a reference electrode.

4.7.4 <u>Surface tension</u>. The surface tension of a solution of 1 cc of the liquid concentrate in 370 cc of distilled water shall be determined in a Cenco DuNuoy tensiometer, or equal, in accordance with ASTM D1331-56 and until the readings come to an equilibrium (approximately 30 minutes).

4.7.5 <u>Interfacial tension</u>. The interfacial tension between reagent grade cyclohexane and a 6-percent by volume solution of the liquid concentrate in distilled water shall be determined in a Cenco DuNuoy tensiometer, or equal, in accordance with ASTM D1331-56, and until the readings come to an equilibrium.

4.7.6 <u>Foamability</u>. Foam samples for analyses shall be taken from the same equipment as used in the fire performance test specified in 4.7.8 which shall be operated in the same manner. A 6-percent solution shall be $70^\circ \pm 2^\circ$F. Foam shall be discharged from the nozzle held at hip height and directed onto the collection backboard from a distance of approximately 10 feet. The methods and procedures used shall be as specified in National Fire Protection Association Publication NFPA No. 412.

4.7.7 <u>Film formation and sealability</u>. The test shall determine the ability of a fire-extinguishing agent of the foam-forming type to develop a vapor-sealing film on a hydrocarbon fuel surface. As the foam drains, a small percentage of the liquid drop-out remains surface-borne and spreads to provide protection against re-ignition of exposed fuel.

4.7.7.1 A corrosion-resisting steel Graduated Measure of 1000 ml capacity (4-1/2 inches in diameter, 5 inches deep) (Cole-Parmer Co., Chicago, Illinois, or similar) shall be fitted at the top edge with two small metal clips protruding 1/8 inch into the opening. They shall serve to restrain an 80-mesh conical screen of corrosion-resisting steel (5 inches in height by 4-3/4 inches in diameter) from floating out of the container during the test. A Waring Automatic Blender, or similar, shall be used as the test foam maker (at $70^\circ \pm 5^\circ$F.).

4.7.7.2 First, 600 ml of 98-percent cyclohexane shall be placed into the Graduated Measure. One hundred ml of the 6-percent solution to be tested shall be foamed for 10 seconds at low speed in the blender. Two hundred ml of this foam shall be poured onto the fuel surface. The screen shall then be inserted into the measure and clipped firmly into place, and a stopwatch shall be started.

4.7.7.2.1 After 1 minute of elapsed time, a small flame shall be passed six times around the fuel surface at a height of 1/2 inch ($\pm$ 1/8 inch). A small flash may occur but no sustained ignition shall result if an effective vapor-seal is present. This flame can be readily provided using a hand-held propane tank fitted with a capillary tubing outlet and adjusted with the valve to give about a 1-inch long pilot flame.

4.7.8 <u>Fire performance (28-square-foot test)</u>.

6

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T18:42Z
Check the source to verify that this is the current version before use.

MIL-F-24385(NAVY)

4.7.8.1 <u>Test site</u>. The 28-square-foot fire performance test shall be conducted in a level circular pan 6 feet in diameter (28 square feet), fabricated from 1/4-inch thick steel and having sides 5 inches high, resulting in a freeboard of approximately 2-1/2 inches during tests. The pan shall be without leaks so as to contain gasoline on a substrate of water. The water depth shall be held to a minimum, and shall be used only to ensure complete coverage of the pan with fuel.

4.7.8.2 <u>Test equipment</u>. The nozzle used for applying agent shall be of a type available from National Foam System, Inc., West Chester, Pa., or equal, as a laboratory testing item with a flow rate of 2.0 gallons per minute (g.p.m.) at 100 pounds per square inch (p.s.i.) pressure. The outlet shall be modified by a "wing tip" spreader having a 1/8-inch wide circular arc orifice 1-7/8 inches long. (Bernz-o-matic flame spreader TX-1527, slightly pinched down.)

4.7.8.3 <u>Test materials</u>. The 6-percent solution in fresh water and sea water shall be 70° ± 10°F. The charge shall consist of 6-percent ± 0.1 percent concentrate in fresh water and sea water. The fuel shall be 10 gallons of gasoline conforming to MIL-G-5572.

4.7.8.4 <u>Test procedure</u>. No tests shall be conducted with wind speeds in excess of 10 miles per hour. The complete fuel charge shall be dumped into the diked area within a 60-second time period.

4.7.8.4.1 The fuel shall be ignited within 60 seconds after completion of fueling and shall be permitted to burn freely for 15 seconds before the application of the extinguishing agent.

4.7.8.4.2 The fire shall be extinguished as rapidly as possible and in the most effective and expeditious manner. This shall be achieved by maintaining the nozzle 3-1/2 to 4 feet above the ground and angled upward at a distance that permits the closest edge of the foam pattern to fall on the nearest edge of the fire. The nozzle shall be moved slowly from side to side to permit the foam pattern to fall from edge to edge of the fire. The operator shall move forward and around the area as the fire front recedes and shall always maintain the nozzle in the same attitude. When the fire is extinguished, the time-for-extinguishment shall be recorded continuing distribution of the agent over the test area until exactly 3 gallons of premix has been applied. (90-second application time.)

4.7.8.4.3 <u>Burnback.</u> The burnback test shall start within 30 seconds after the 90-second solution application. A weighted 1-foot diameter pan having 2-inch side walls and charged with 1 quart of gasoline shall be placed in the center of the area. (An eyebolt with an 8-inch shaft attached to the center of the pan and a 10-foot pole with a hook on the end will facilitate the placement of the pan.) The fuel in the pan shall be ignited just prior to placement. Burnback time shall commence at the time of this placement and terminate when 25 percent of the fuel area (7 square feet), (36-inch diameter), originally covered with foam is aflame. After the large test pan area will sustain burning, the small pan shall be removed.

4.7.8.4.4 A minimum of three runs each in fresh water and sea water of the 28-square foot test, including burnback, will be required for qualification. One run each in fresh water and sea water will be required for quality conformance and production check tests.

4.7.8.5 Results: The following shall be recorded:

    (a)  Time for extinguishment (seconds).
    (b)  Time for 25 percent area burnback (seconds).

The following shall be calculated and reported:

    (a)  Application density for extinguishment (gals/ft.$^2$) =

$$\frac{2 \text{ gal.}}{\text{min.}} \times \frac{1}{28 \text{ ft.}^2} \times \frac{\text{Extinguishment time (seconds)}}{60}$$

    (b)  Burnback time (seconds).

The results for each test run shall be reported.

4.7.9 <u>Fire performance (400-square-foot test)</u>.

4.7.9.1 <u>Test site</u>. The fire test shall be conducted in a level circular area 22.6 feet in diameter (400 square feet). The base and surrounding dike shall be of material suitable for the containment of fuel on a substrate of water. The water depth shall be the minimum required to ensure complete coverage of the diked area with fuel.

4.7.9.2 <u>Test equipment</u>. The nozzle used for applying the agent shall be a Rockwood FFF nozzle with stream shaper designed to discharge 16 g.p.m. at 100 pounds per square inch (p.s.i.) or equal (available from Bliss-Portland, South Portland, Maine 04106). The test shall be run with the nozzle discharging 16 g.p.m. at 100 p.s.i. pressure at the nozzle (application rate 0.04 g.p.m. per square foot).

7

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T18:42Z
Check the source to verify that this is the current version before use.

MIL-F-24385(NAVY)

4.7.9.3  Test materials. The solutions in fresh water and sea water shall be 70° ± 10°F, and shall contain 6.0 ± 0.1 percent AFFF concentrate.  The fuel shall be 150 gallons of gasoline conforming to MIL-G-5572.

4.7.9.4  Test procedure. No tests shall be conducted with wind speeds in excess of 10 miles per hour.  The complete fuel charge shall be dumped into the diked area as rapidly as possible.  Before fueling for any test run, all extinguishing agent from the previous test runs shall be removed from the diked area.

4.7.9.4.1  The fuel shall be ignited within 60 seconds after completion of fueling, and shall be permitted to burn freely for 15 seconds before the application of the extinguishing agent.

4.7.9.4.2  The fire shall be extinguished as rapidly as possible, and in the most effective and expeditious manner.  This shall be achieved by maintaining the nozzle 3-1/2 to 4 feet above the ground and angled upward at a distance that permits the closest edge of the foam pattern to fall on the nearest edge of the fire.  The nozzle shall be moved slowly from side to side to permit the foam pattern to fall from edge to edge of the fire. The operator shall move forward and around the area as the fire front recedes, and shall always maintain the nozzle in the same attitude.

4.7.9.4.3  A minimum of three runs each in fresh water and sea water of the 400-square foot fire performance test shall be required for qualification.  One run each in fresh water and sea water will be required for quality conformance and production check tests.

4.7.9.5  Results. The "percentage of fire extinguished" at 10-second intervals after beginning application of the extinguishing agent shall be recorded.  The values recorded at 10, 20, 30, and 40 seconds shall be summed and reported for each test run.

4.7.10  Fire performance (1260-square-foot test).

4.7.10.1  Test site. The fire test shall be conducted in a level circular area 40 feet in diameter (1260 square feet).  The base and surrounding dike shall be of nonporous material for the containment of fuel on a substrate of water.  The water depth shall be the minimum required to ensure complete coverage of the diked area with fuel.

4.7.10.2  Test equipment. The nozzle used for applying agent shall be a Rockwood FFF nozzle with double screen designed to discharge 50 g.p.m. at 100 p.s.i. (available from Bliss-Portland, South Portland, Maine 04106) or equal.  The test shall be run with the nozzle discharging 50 g.p.m. at 100 p.s.i. pressure at the nozzle.

4.7.10.3  Test materials. The solution in fresh water and sea water shall be 70° ± 10°F., and shall contain 6.0 ± 0.1 percent AFFF concentrate.  The fuel shall be 250 gallons of gasoline conforming to MIL-G-5572.

4.7.10.4  Test procedure. No tests shall be conducted with wind speeds in excess of 10 miles per hour. The complete fuel charge shall be dumped into the diked area as rapidly as possible.  Before fueling for any test run, all extinguishing agent from the previous test runs shall be removed from the diked area.

4.7.10.4.1  The fuel shall be ignited within 60 seconds after completion of fueling, and shall be permitted to burn freely for 15 seconds before the application of the extinguishing agent.

4.7.10.4.2  The fire shall be extinguished as rapidly as possible, and in the most effective and expeditious manner.  This shall be achieved by maintaining the nozzle 3-1/2 to 4 feet above the ground and angled upward at a distance that permits the closest edge of the foam pattern to fall on the nearest edge of the fire. The nozzle shall be moved slowly from side to side to permit the foam pattern to fall from edge to edge of the fire.  The operator shall move forward and around the area as the fire front recedes, and shall always maintain the nozzle in the same attitude.

4.7.10.4.3  A minimum of three runs each, in fresh water and sea water, of the 1260-square foot fire performance test shall be required for qualification.  One run each in fresh water and sea water will be required for quality conformance and production check tests.

4.7.10.5  Results. The "percentage of fire extinguished" at 10-second intervals after beginning application of the extinguishing agent shall be recorded.  The values recorded at 10, 20, 30, and 40 seconds shall be summed and reported for each test run.

4.7.11  Corrosion. The corrosion tests shall be conducted with the AFFF concentrate on cold rolled steel, corrosion-resistant steel (CRES 304), 6061T6 aluminum alloy, and with 6-percent solution prepared with synthetic sea water on cupro-nickel alloy consisting of 90 percent copper and 10 percent nickel as specified in ASTM A279-63. The metal coupons shall be approximately 1/16-inch thick and milled to a finished dimension of 1/2 inch by 3 inches.  The metal coupons shall be two thirds immersed in the appropriate liquids and held for 38 days at a temperature of 98° ± 2°F.  The container shall be capped to prevent evaporation.  At the end of the exposure period, the weight loss shall be determined and calculated out on an mdd basis.

8

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T18:42Z
Check the source to verify that this is the current version before use.

MIL-F-24385(NAVY)

4.7.12 <u>Stability</u>. Three samples each of the concentrate and 6-percent solution in fresh water shall be placed in cylindrical glass containers of 1000 ml. capacity (approximately 2 inches in diameter and 19 inches high). The containers shall be stoppered to prevent evaporation and stored in an oven maintained at 135° ± 5°F. for 10 days. Additional samples of both concentrate and dilute solution stored shall be of sufficient quantity to perform the test specified in 4.7.6 after storage.

4.7.12.1 At the end of the exposure period, the concentrate samples shall show no evidence of precipitation or stratification. The diluted solution samples shall show no evidence of stratification, and precipitate formation shall not exceed 1 percent by volume. Precipitation shall be determined visually in the glass storage containers. Stratification shall be determined by visual examination and by subjecting specimens drawn from the top and bottom of the glass storage containers to the tests specified in 4.7.1, 4.7.5, and 4.7.7.

4.8 <u>Inspection for preparation for delivery</u>. Samples items and packages shall be selected in accordance with MIL-P-116 and inspected to verify conformance with the requirements of section 5.

5. PREPARATION FOR DELIVERY

(The preparation for delivery requirements specified herein apply only for direct Government procurements. For the extent of applicability of the preparation for delivery requirements of referenced documents listed in Section 2, see 6.4.).

5.1 <u>Preservation and packaging</u>. Preservation and packaging for levels A and C shall be as specified hereinafter.

5.1.1 The foam-forming liquid shall be furnished in 5-gallon pails or 55-gallon drums as specified (see 6.2).

5.1.1.1 <u>Five-gallon pails</u>. The five-gallon pails shall conform to type I, class 3 of PPP-P-704 and as follows:

(a) The interior of the pails shall have a coating system approved by Naval Ship Engineering Center which has demonstrated satisfactory resistance to the liquid concentrate. The supplier shall furnish appropriate data prior to qualification. Application of the coating shall ensure the packaged product from making contact with any metal part of the container.
(b) Pour openings shall have a minimum diameter of 1-1/4 inches.
(c) Wire handles shall be galvanized or protectively coated to resist corrosion.

5.1.1.2 <u>Fifty-five gallon drums</u>. Fifty-five gallon drums shall conform to type I of PPP-D-729, type I or III of PPP-D-700, or PPP-D-1152 at the option of the supplier.

5.1.1.2.1 <u>Lining</u>. Fifty-five-gallon drums shall be lined on all interior surfaces as specified for pails.

5.1.1.3 <u>Exterior coating</u>. Pails and drums shall have a bright blue exterior coating conforming to TT-E-489, color number 15123 of Federal Standard No. 595.

5.2 <u>Packing</u>. For levels A, B, and C, no further packing required.

5.2.1 Method of shipment shall comply with Uniform Freight or National Motor Freight Classification Rules or Regulations or other carrier rules as applicable to the mode of transportation.

5.2.2 <u>Pallets</u>. When specified (see 6.2), five-gallon pails shall be palletized in accordance with load type III of MIL-STD-147.

5.3 <u>Marking</u>. In addition to the marking specified in 3.14 and any special marking required in the contract or order, containers and palletized unit loads shall be marked in accordance with MIL-STD-129.

6. NOTES

6.1 <u>Intended use</u>. The concentrate is intended for use in mechanical foam generating equipment such as fire-fighting trucks or foam sprinkler systems for extinguishing fires in flammable liquids such as gasoline or fuel oils.

6.2 <u>Ordering data</u>. Procurement documents should specify the following:

(a) Title, number, and date of this specification.
(b) Level of packaging and packing required (5.1 and 5.2).
(c) Size of container required (5.1.1).
(d) Whether palletizing is required (5.2.2).

9

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T18:42Z
Check the source to verify that this is the current version before use.

MIL-F-24385(NAVY)

6.3 With respect to products requiring qualification, awards will be made only for such products as have, prior to the time set for opening of bids, been tested and approved for inclusion in Qualified Products List QPL-24385 whether or not such products have actually been so listed by that date. The attention of the suppliers is called to this requirement, and manufacturers are urged to arrange to have the products that they propose to offer to the Federal Government tested for qualification, in order that they may be eligible to be awarded contracts or orders for the products covered by this specification. The activity responsible for the qualified products list is the Naval Ship Engineering Center, Department of the Navy, Center Building, Prince Georges Center, Hyattsville, Maryland, 20782 and information pertaining to qualification of products may be obtained from that activity. Application for Qualification tests shall be made in accordance with "Provisions Governing Qualification SD-6" (see 6.3.1).

6.3.1 Copies of "Provisions Governing Qualification" may be obtained upon application to Commanding Officer, Naval Publications and Forms Center, 5801 Tabor Avenue, Philadelphia, Pennsylvania 19120.

6.4 Sub-contracted material and parts. The preparation for delivery requirements of referenced documents listed in section 2 do not apply when material and parts are procured by the supplier for incorporation into the equipment and lose their separate identity when the equipment is shipped.

Review activities:
AS

User activities:
OS, YD, MC

Preparing activity:
Navy - SH
(Project 4210-N051)

10

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T18:42Z
Check the source to verify that this is the current version before use.

| SPECIFICATION ANALYSIS SHEET | Form Approved<br>Budget Bureau No. 119-R004 |
|---|---|

**INSTRUCTIONS**

This sheet is to be filled out by personnl either Government or contractor, involved in the use of the specification in procurement of products for ultimate use by the Department of Defense. This sheet is provided for obtaining information on the use of this specification which will insure that suitable products can be procured with a minimum amount of delay and at the least cost. Comments and the return of this form will be appreciated. Fold on lines on reverse side, staple in corner, and send t. preparing activity (as indicates 'n reverse hereof).

SPECIFICATION

| ORGANIZATION (Of submitter) | CITY AND STATE |
|---|---|

| CONTRACT NO. | QUANTITY OF ITEMS PROCURED | DOLLAR AMOUNT<br>$ |
|---|---|---|

MATERIAL PROCURED UNDER A

☐ DIRECT GOVERNMENT CONTRACT        ☐ SUBCONTRACT

1. HAS ANY PART OF THE SPECIFICATION CREATED PROBLEMS OR REQUIRED INTERPRETATION IN PROCUREMENT USE?
   A. GIVE PARAGRAPH NUMBER AND WORDING.

   B. RECOMMENDATIONS FOR CORRECTING THE DEFICIENCIES.

2. COMMENTS ON ANY SPECIFICATION REQUIREMENT CONSIDERED TOO RIGID

3. IS THE SPECIFICATION RESTRICTIVE?

   ☐ YES        ☐ NO   IF "YES", IN WHAT WAY?

5. REMARKS (Attach any pertinent data which may be of use in improving this specification. If there are additional papers, attach to form and place both in an envelope addressed to preparing activity)

| SUBMITTED BY (Printed or typed name and activity) | DATE |
|---|---|

DD FORM 1426
1 APR 63        REPLACES NAVSHIPS FORM 4863, WHICH IS OBSOLETE        0101-807-2000

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T18:42Z
Check the source to verify that this is the current version before use.

**FOLD**

**DEPARTMENT OF THE NAVY**
Naval Ship Engineering Center
Center Building
Prince George's Center
Hyattsville, Maryland 20782

POSTAGE AND FEES PAID
NAVY DEPARTMENT

**OFFICIAL BUSINESS**

Commander, Naval Ship Engineering Center
DOD Standardization Program & Documents Branch
Center Building
Prince George's Center
Hyattsville, Maryland  20782

**FOLD**

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T18:42Z
Check the source to verify that this is the current version before use.

# ATTACHMENT D

INCH-POUND

MIL-PRF-24385F(SH)
w/AMENDMENT 2
7 September 2017

SUPERSEDING
MIL-F-24385F(SH)
w/AMENDMENT 1
5 August 1994
MIL-F-24385F(SH)
7 January 1992

PERFORMANCE SPECIFICATION

FIRE EXTINGUISHING AGENT, AQUEOUS FILM-FORMING FOAM (AFFF) LIQUID CONCENTRATE,
FOR FRESH AND SEA WATER

This specification is approved for use by the Naval Sea Systems Command and is available for use by all Departments and Agencies of the Department of Defense.

1. SCOPE

1.1 <u>Scope</u>. This specification covers the requirements for aqueous film-forming foam (AFFF) liquid concentrate fire extinguishing agents consisting of fluorocarbon surfactants and other compounds, as required, to conform to this specification. At the time of use they shall be diluted with fresh or sea water to form a fire-extinguishing solution. Certain proportioning equipment may produce AFFF solutions of extreme concentrations; requirements for such concentrations are specified herein.

1.2 <u>Classification</u>. Concentrates shall be of the following types, as specified (see 6.2):

Type 3 - To be used as three parts concentrate to ninety-seven parts water by volume solution.

Type 6 - To be used as six parts concentrate to ninety-four parts water by volume solution.

2. APPLICABLE DOCUMENTS

2.1.1 <u>Specifications, standards, and handbooks</u>. The following specifications, standards, and handbooks form a part of this document to the extent specified herein. Unless otherwise specified, the issues of these documents are those cited in the solicitation or contract.

SPECIFICATIONS

FEDERAL

NN-P-71      -   Pallets, Material Handling, Wood, Stringer Construction, 2-Way and 4-Way (Partial)

O-D-1407     -   Dry Chemical, Fire Extinguishing, Potassium Bicarbonate

DELETED

DELETED

Comments, suggestions, or questions on this document should be addressed to: Commander, Naval Sea Systems Command, ATTN: SEA 05S, 1333 Isaac Hull Avenue, SE, Stop 5160, Washington Navy Yard DC 20376-5160 or emailed to CommandStandards@navy.mil, with the subject line "Document Comment". Since contact information can change, you may want to verify the currency of this address information using the ASSIST Online database at https://assist.dla.mil.

AMSC N/A                                                                                                          FSC 4210

DISTRIBUTION STATEMENT A. Approved for public release. Distribution is unlimited.

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T17:46Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 2

MILITARY

DELETED

MIL-D-43703    -    Drum, Shipping and Storage, Molded Polyethylene

STANDARDS

FEDERAL

DELETED

MILITARY

MIL-STD-129    -    Military Marking for Shipment and Storage

MIL-STD-130    -    Identification Marking of U.S. Military Property

MIL-STD-147    -    Palletized Unit Loads

DELETED

(Copies of these documents are available online at http://quicksearch.dla.mil.)

2.1.2  Other Government publications.  The following other Government publications form a part of this document to the extent specified herein.  Unless otherwise specified, the issues are those cited in the solicitation.

PUBLICATIONS

DEPARTMENT OF DEFENSE

DoD QSM 5.1    -    Department of Defense (DoD) Quality Systems Manual (QSM) for Environmental Laboratories, Version 5.1

(Copies of this document are available online at http://www.denix.osd.mil/edqw/documents/documents.)

DEPARTMENT OF TRANSPORTATION

Code of Federal Regulations, Title 49

(Application for copies should be addressed to the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402.)

MILITARY

DAVID W. TAYLOR NAVAL SHIP RESEARCH AND DEVELOPMENT CENTER (DTNSRDC)

Standard Marine Bioassay Procedure for Shipboard Chemicals

(Application for copies should be addressed to Commander, David W. Taylor Naval Ship Research and Development Center, (Code 2865), Annapolis, MD  21402.)

2.2  Non-Government publications.  The following documents form a part of this document to the extent specified herein.  Unless otherwise specified, the issues of these documents are those cited in the solicitation or contract.

AMERICAN SOCIETY FOR TESTING AND MATERIALS (ASTM)

A342/A342M    -    Standard Test Methods for Permeability of Weakly Magnetic Materials

DELETED

DELETED

2

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T17:46Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 2

| | | |
|---|---|---|
| D445 | - | Standard Test Method for Kinematic Viscosity of Transparent and Opaque Liquids (and the Calculation of Dynamic Viscosity) (DoD adopted) |
| D1141 | - | Standard Specification for Substitute Ocean Water |
| D1331 | - | Standard Test Methods for Surface and Interfacial Tension of Solutions of Surface-Active Agents |
| D1796 | - | Standard Test Method for Water and Sediment in Fuel Oils by the Centrifuge Method (Laboratory Procedure) |

DELETED

| | | |
|---|---|---|
| D3953 | - | Standard Specification for Strapping, Flat Steel and Seals. |
| D4814 | - | Standard Specification for Automotive Spark-Ignition Engine Fuel |
| D6199 | - | Standard Practice for Quality of Wood Members of Containers and Pallets |
| E11 | - | Standard Specification for Woven Wire Test Sieve Cloth and Test Sieves |
| E527 | - | Standard Practice for Numbering Metals and Alloys (UNS) |
| E729 | - | Standard Practice for Conducting Acute Toxicity Tests with Fish, Macroinvertebrates and Amphibians |

(Application for copies should be addressed to the American Society for Testing and Materials, 1916 Race Street, Philadelphia, PA  19103.)

AMERICAN PUBLIC HEALTH ASSOCIATION

Standard Methods for the Examination of Water and Waste Water

(Application for copies should be addressed to the American Public Health Association, 1015 15th Street NW, Suite 300, Washington, DC  20005.)

NATIONAL FIRE PROTECTION ASSOCIATION (NFPA)

NFPA No. 412 - Evaluating Foam Fire Fighting Equipment on Aircraft Rescue and Fire Fighting Vehicles

(Application for copies should be addressed to the National Fire Protection Association, Batterymarch Park, Quincy, Massachusetts  02269.)

SAE INTERNATIONAL

SAE-AMS-STD-595 - Colors Used in Government Procurement

(Copies of this document are available online at www.sae.org.)

UNIFORM CLASSIFICATION COMMITTEE, AGENT

Uniform Freight Classification Ratings, Rules, and Regulations

(Application for copies should be addressed to the Uniform Classification Committee Agent, Tariff Publication Officer, Room 1106, 222 South Riverside Plaza, Chicago, IL  60606.)

2.3  Order of precedence.  Unless otherwise noted herein or in the contract, in the event of a conflict between the text of this document and the references cited herein, the text of this document takes precedence.  Nothing in this document, however, supersedes applicable laws and regulations unless a specific exemption has been obtained.

3

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T17:46Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 2

3. REQUIREMENTS

3.1 <u>Qualification</u>.  Liquid concentrate fire extinguishing agents furnished under this specification shall be products which are qualified for listing on the applicable Qualified Products List at the time set for opening of bids (see 4.3 and 6.4).

3.2 <u>Materials</u>.  Concentrates shall consist of fluorocarbon surfactants plus other compounds as required to conform to the requirements specified hereinafter.  The material shall have no adverse effect on the health of personnel when used for its intended purpose.

3.3 <u>Concentrate characteristics</u>.  Concentrates shall conform to the chemical and physical requirements shown in table I.

3.3.1 <u>Film formation and sealability</u>.  The foam produced film shall spread over the fuel surface and seal off vapor production to prevent sustained ignition (see 4.7.6).

3.3.2 <u>Stability</u>.  The concentrate (Type 3 or Type 6) and a 3 percent premix solution of Type 3 or a 6 percent premix solution of Type 6 as applicable shall conform to the following requirements after 10 days storage at 65 Celsius (°C) ±2.0 °C (see 4.7.11):

    a.   Spreading coefficient:  (See table I)

    b.   Foamability:  (See table I)

    c.   Film formation and sealability:  As specified in 3.3.1

    d.   Fire performance, 28 square feet (ft²) fire, 1.5 and 3 percent of Type 3 and 3 and 6 percent of Type 6 fresh and sea water solutions:  As specified in 3.4

    e.   Stratification:  No visible evidence following test (see 4.7.15)

    f.   Precipitation:  0.05 percent by volume (see 4.7.16).

3.3.3 <u>Compatibility</u>.  The concentrates of one manufacturer shall be compatible in all proportions with concentrate furnished by other manufacturers listed on the qualified products list.  The material shall also be compatible with materials in inventory which were acquired under previous issues of this specification and known to be still in use in significant quantities.  Information regarding these materials may be obtained from NAVSEA.  The concentrate shall conform to the following requirements after 10 days storage at 65 °C ±2.0 °C (see 4.7.12):

    a.   Foamability:  (See table I)

    b.   Film formation and sealability:  As specified in 3.3.1

    c.   Fire performance 28 ft², 3 percent of Type 3 and 6 percent of Type 6 fresh and sea water solution:  As specified in 3.4

    d.   Stratification:  No visible evidence following test (see 4.7.15)

    e.   Precipitation:  0.05 percent by volume (see 4.7.16).

4

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T17:46Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 2

TABLE I.  Chemical and physical requirements for concentrates or solutions.

| Requirement | Values Type 3 | Values Type 6 | Applicable publication | Test paragraph |
|---|---|---|---|---|
| Refractive index, minimum | 1.3630 | 1.3580 | - | 4.7.1 |
| Viscosity, centistokes: | | | ASTM D445 | 4.7.2 |
| Maximum at 5 °C | 20 | 10 | | |
| Minimum at 25 °C | 2 | 2 | | |
| Hydrogen ion concentration (pH) | 7.0 to 8.5 | 7.0 to 8.5 | - | 4.7.5 |
| Spreading coefficient, minimum | 3 | 3 | - | 4.7.4 |
| Foamability: | | | | |
| Foam expansion, minimum | 5.0 | 5.0 | NFPA STD 412 | 4.7.5 |
| Foam 25% drainage time, minutes, minimum | 2.5 | 2.5 | NFPA STD 412 | 4.7.5 |
| Corrosion rate: | | | | |
| General | | | | |
| Cold rolled, low carbon steel (UNS G10100), milli in/yr, maximum | 1.5 | 1.5 | ASTM E527 | 4.7.7 |
| Copper-nickel (90-10) (UNS C70600), milli in/yr, maximum | 1.0 | 1.0 | ASTM E527 | 4.7.7 |
| Nickel-copper (70-30) (UNS N04400), milli in/yr, maximum | 1.0 | 1.0 | ASTM E527 | 4.7.7 |
| Bronze (UNS C90500), milligrams, maximum | 100 | 100 | ASTM E527 | 4.7.7 |
| Localized, corrosion-resistant (CRES) steel, (UNS S30400) | No pits | No pits | - | 4.7.7 |
| Perfluorooctanoic acid (PFOA) content, ppb, maximum | 800 [1] | 800 [1] | DoD QSM 5.1 | 4.7.8 |
| Perfluorooctane Sulfonate (PFOS) content, ppb, maximum | 800 [1] | 800 [1] | DoD QSM 5.1 | 4.7.8 |
| DELETED | | | | |
| Dry chemical compatibility, burn-back, resistance time, seconds, minimum | 360 | 360 | - | 4.7.10 |
| Environmental impact: | | | | |
| Toxicity, $LC_{50}$, mg/L, minimum | 500 | 1000 | - | 4.7.13.1 |
| COD, mg/L, maximum | 1000K | 500K | - | 4.7.13.2 |
| $\frac{BOD}{COD}20$, minimum | 0.65 | 0.65 | - | 4.7.13.3 |

NOTE:
[1]    Current limit of quantitation.

3.3.4  Total fluorine content.  The total fluorine content of the AFFF shall be determined and shall not deviate more than 15 percent of the value determined and reported at time of qualification report (see 4.7.17.1).

5

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T17:46Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 2

3.4 <u>Fire performance</u>.  The foam shall conform to the fire performance requirements shown in <u>table II</u>.

TABLE II.  <u>Fire performance</u>.

| | AFFF solutions, percent | | |
| --- | --- | --- | --- |
| | **1.5% of Type 3 3.0% of Type 6** | **3% of Type 3 6% of Type 6** | **15% of Type 3 30% of Type 6** |
| | **(Fresh and sea)** | **(Fresh and sea)** | **(Sea)** |
| 28-ft² fire (see 4.7.14.1): | | | |
|   Foam application time to extinguish, seconds, maximum | 45 | 30 | 55 |
|   Burnback time of resulting foam cover, seconds, minimum | 300 | 360 | 200 |
| 50-ft² fire (see 4.7.14.2): | | | |
|   Foam application time to extinguish, seconds, maximum | | 50 (Sea only) | |
|   Burnback time of resulting foam cover, seconds, minimum | | 360 | |
|   40-second summation, minimum | | 320 | |

3.5 <u>Marking</u>.

3.5.1  Identification marking shall be in accordance with MIL-STD-130.  In addition, the marking on the containers (see 5.3) shall be in white characters against a green background for Type 3, a blue background for Type 6.

3.5.2  Two identical markings conforming to <u>figures 1</u> and <u>2</u> shall be applied to containers so that the markings are located diametrically opposite.  The markings shall be applied on the containers in such a manner that water immersion contact with the contents of the containers, or normal handling will not impair the legibility of the marking.  Paper labels shall not be used.

4.  QUALITY ASSURANCE PROVISIONS

4.1 <u>Responsibility for inspection</u>.  Unless otherwise specified in the contract, the contractor is responsible for the performance of all inspection requirements as specified herein.  Except as otherwise specified in the contract, the contractor may use his own or any other facilities suitable for the performance of the inspection requirements specified herein, unless disapproved by the Government.  The Government reserves the right to perform any of the inspections set forth in the specification where such inspections are deemed necessary to ensure supplies and services conform to prescribed requirements.

4.2 <u>Classification of inspections</u>.  The inspection requirements specified herein are classified as follows:

a.   Qualification inspection (see 4.3).

b.   Quality conformance inspection (see 4.4).

   (1)  Examination of filled containers

   (2)  Quality conformance inspection.

4.3 <u>Qualification inspection</u>.  Qualification inspection shall be conducted at a laboratory satisfactory to the Naval Sea Systems Command.  Qualification inspection shall consist of the inspections and tests shown in <u>table III</u>.

6

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T17:46Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 2

TABLE III.  Qualification and quality conformance inspections.

| Examination or test | Reference paragraph | | Qualification | Quality conformance |
|---|---|---|---|---|
| | Requirement | Test | | |
| Refractive index | 3.3 | 4.7.1 | X | X |
| Viscosity | 3.3 | 4.7.2 | X | X |
| pH value | 3.3 | 4.7.3 | X | X |
| Spreading coefficient | 3.3 | 4.7.4 | X | X |
| Foamability | 3.3 | 4.7.5 | X | X |
| Film formation and sealability | 3.3.1 | 4.7.6 | X | X |
| General corrosion | 3.3 | 4.7.7 | X | |
| Localized corrosion | 3.3 | 4.7.7 | X | |
| PFOA content | 3.3 | 4.7.8 | X | |
| PFOS content | 3.3 | 4.7.8 | X | |
| DELETED | | | | |
| Fluorine content | 3.3.4 | 4.7.17 | X | X |
| Dry chemical compatibility | 3.3 | 4.7.10 | X | |
| Stability | 3.3.2 | 4.7.11 | X | |
| Compatibility | 3.3.3 | 4.7.12 | X | |
| Environmental impact | 3.3 | 4.7.13 | X | |
| 28-ft² fire test | 3.4 | 4.7.14 | X | |
| 50-ft² fire test | 3.4 | 4.7.14 | X | X |
| Examination of filled containers | | 4.6 | | X |
| Torque to remove cap [1] | 5.1.1.1.1f | 4.7.18.2 | X | X |
| NOTE:<br>[1]    Torque test to be performed a minimum of 48 hours after initial closure. | | | | |

4.3.1  Samples for qualification inspection.  One hundred gallons of Type 3 and 200 gallons of Type 6 are required for the qualification inspection.

4.4  Sampling for quality conformance inspection.

4.4.1  Inspection lot.  A lot shall consist of all foam manufactured as one unchanged process batch and transferred from one mixing tank to the shipping container.

4.4.2  Sampling for examination of filled containers.  As a minimum, the contractor shall randomly select a sample quantity from each lot of filled containers in accordance with table IV and examine them in accordance with 4.6, 5.1.1.1, and 5.1.1.2.  The sample size depends on lot size.  If one or more defects are found in any sample, the entire lot shall be rejected.  The contractor has the option of screening 100 percent of the rejected lot for the defective characteristics, or providing a new lot, which shall be examined in accordance with the sampling plan contained herein.  The contractor shall maintain for a period of three years after contract completion, records of inspections, tests, and any resulting rejections.

7

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T17:46Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 2

TABLE IV.  Sample size for examination of filled containers.

| Lot size | Sample size |
|---|---|
| 2-5 | All |
| 6-50 | 5 |
| 51-90 | 7 |
| 91-150 | 11 |
| 151-280 | 13 |
| 281-500 | 16 |
| 501-1200 | 19 |
| 1201-3200 | 23 |

4.4.3  Sampling for quality conformance inspection.  Three filled 5-gallon containers shall be selected at random from each lot and used as one composite sample for the tests specified in 4.6, or three 5-gallon containers of the product shall be withdrawn from an agitated mixing tank prior to packaging.  The results of the tests required by 4.5 shall be submitted to NAVSEA or the designated laboratory.

4.5  Quality conformance inspection.  The samples selected in accordance with 4.4.3 shall be subjected to the quality conformance inspection of table III.  If the sample tested is found to be not in conformance with any of the quality conformance tests, the lot represented by the sample shall be rejected (see 6.3).

4.6  Examination of filled containers.  Each sample filled container shall be examined for defects of construction of the container and the closure, for evidence of leakage, and for unsatisfactory markings.  Each filled container shall also be weighed to determine the amount of contents.

4.7  Test procedure.[1]  Test procedures shall be as follows:

4.7.1  Refractive index.  The refractive index shall be determined at 25 °C ±0.1 °C, using sodium vapor source lamp illumination.

4.7.2  Viscosity.  The viscosity shall be determined at temperatures of 5 °C ±0.1 °C and 25 °C ±0.1 °C in accordance with ASTM D445, using capillary viscosimeters in the appropriate size.

4.7.3  pH value.  The pH value shall be determined potentiometrically, using a pH meter with a glass electrode and a reference electrode, at 25 °C ±1.0 °C.

4.7.4  Spreading coefficient.  The spreading coefficient shall be determined with reference to cyclohexane in accordance with the following relationship:

Where:      $Sa_{/b} = \gamma_b - \gamma_a - \gamma_i$

$Sa_{/b}$      = Spreading coefficient

$\gamma_b$      = Surface tension of cyclohexane as determined in 4.7.4.1

$\gamma_a$      = Surface tension of AFFF solution as determined in 4.7.4.1

$\gamma_i$      = Interfacial tension between liquids as determined in 4.7.4.2

---

[1]  Where sea water is required for tests, synthetic sea water in accordance with ASTM D1141 shall be used.  A sea salt mixture conforming to this standard may be purchased from Lake Products Company, Inc., P.O. Box 2248, St. Louis, Missouri  63043.

8

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T17:46Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 2

4.7.4.1  Surface tension.  The surface tension of 3±0.05 percent of Type 3 or 6±0.1 percent of Type 6 by volume in distilled water, as appropriate, and of reagent grade cyclohexane shall be determined with a DuNoy tensiometer, or equal, at 23 °C ±2.0 °C in accordance with ASTM D1331.

4.7.4.2  Interfacial tension.  The interfacial tension between 3±0.05 percent of Type 3 or 6±0.1 percent of Type 6 by volume in distilled water, as appropriate, and reagent grade cyclohexane shall be determined with a DuNoy tensiometer, or equal, at 23 °C ±2.0 °C until the readings come to equilibrium and in accordance with ASTM D1331.

4.7.5  Foamability.  The foam shall be generated by means of a special 2-gallons-per-minute (gal/min) test nozzle.  The basic nozzle, as made by National Foam System, Inc., Lionville, Pennsylvania, or equal, shall be modified by shortening the length of the foam barrel from 2½ to 1¼ inches, and by adding a "wing-tip" spreader on the outlet.  The spreader shall have a ⅛-inch wide, circular orifice, 1⅞ inches long.  (It may be made by slightly compressing a Bernz-o-matic TX-1527, or equal, flame spreader.)  A print of the nozzle construction is available from the Naval Research Laboratory, Code 6180, Washington, DC  20375.  During foam sample collection, the nozzle inlet pressure shall be maintained at a gauge pressure of 100 pounds per square inch (lb/in²), and the solution temperature at 23 °C ±5.0 °C.  The nozzle shall be held at hip height and directed onto the backboard from a distance of 4 to 6 feet.  The method and procedure shall be in accordance with NFPA 412.  Foamability shall be run on 6 percent fresh and sea water solutions of the Type 6 concentrate and 3 percent fresh and sea water solutions of the Type 3 concentrate.

4.7.6  Film formation and sealability.

4.7.6.1  Test equipment.  A CRES graduated measure of 1,000-milliliter (mL) capacity (4½ inches in diameter, 5 inches deep; Cole-Parmer Co., Chicago, Illinois, or equal) shall be fitted with two retaining clips at the top edge.  The clips serve to restrain a cone 5 inches in height and 4¾ inches in diameter, made of 80-mesh perforated CRES, in an inverted position inside the measure.  The 2-gal/min nozzle specified in 4.7.5 shall be used for foam production.

4.7.6.2  Test procedure.  After placing 400 mL of water and 200 mL of 98-percent cyclohexane in the measure, 200 mL of freshly-made foam shall be poured onto the fuel.  The inverted cone shall be pushed down into the measure, thereby pushing most of the foam aside but allowing the film-producing liquid to creep in through the mesh openings.  A foam-free surface shall be created by manually scooping out most of the residual foam from the center of the cone.  After a 1-minute waiting period, a pilot flame shall be passed over the fuel surface at a height of about ½ inch.  A small flash is permitted, but no sustained ignition shall result, if an effective vapor seal is present.  A 1-inch long pilot flame shall be provided with a hand-held propane cylinder fitted with a capillary tubing outlet.

4.7.7  Corrosion.  The liquid for immersion of the metal specimens for general corrosion and localized corrosion tests shall consist of the concentrate diluted by 10 percent by volume with sea water.

4.7.7.1  General corrosion.

4.7.7.1.1  Test specimens.  The test specimens shall consist of the following metals, in accordance with UNS designations (see ASTM E527):  G10100 steel, C70600 copper-nickel alloy, N04400 nickel-copper, and C90500 bronze.  All specimens, except the bronze, shall be milled to finished dimensions of approximately ¹⁄₁₆ inch thick, ½ inch wide, and 3 inches long.  The bronze shall have sand cast faces and be approximately ³⁄₁₆ inch thick, ½ inch wide, and 3 inches long.  All specimens shall be degreased in acetone, rinsed with distilled water, and air dried before exposure.  (Prepared metal specimens may be obtained from the Metaspec Company, Box 27707, San Antonio, Texas  27227-0707.)

4.7.7.1.2  Test procedures.  Five weighted specimens of each metal shall be fully immersed in the test medium in a separate 600-mL beaker and held at room temperature for a period of 60 days.  A watch-glass cover shall be used to retard evaporation.  At the end of the exposure period, the weight-loss shall be determined and the corrosion rate calculated as required.

9

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T17:46Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 2

4.7.7.2  Localized corrosion.

4.7.7.2.1  Test specimens.  The test specimens shall consist of UNS S30400 CRES milled to finished dimensions of approximately $\frac{1}{16}$ inch thick, $\frac{1}{2}$ inch wide, and 3 inches long.  After degreasing with acetone, rinsing with distilled water, and air drying before exposure, the specimens shall be pretreated by immersion in a 1:9 concentrated nitric acid-water solution for the period of 5 minutes.

4.7.7.2.2  Procedure.  Ten specimens shall be girdled lengthwise with a clean $\frac{1}{16}$ to $\frac{1}{8}$-inch wide band of a good grade of gum rubber of a size such that the band is taut during the test.  Because of the poor quality of most commercial rubber bands, it is recommended that the bands for this test be cut from $1\frac{3}{4}$ inch flat width pure gum amber tubing (Preiser Scientific Rubber tubing, Pure Gum, Gooch type, $\frac{1}{32}$-inch thin wall, pure gum amber tubing, very elastic, especially made for Gooch crucibles, or equal).  This tubing is most easily cut into uniform strips with a blade-type papercutter, but can also be cut with sharp shears.  The specimens girdled with the rubber bands shall be placed in a 600-mL beaker so that no contact is made between individual specimens.  A $\frac{1}{4}$-inch layer of glass beads shall be introduced into the beaker to aid in stabilizing specimen position.  Enough liquid shall be added to completely immerse the specimens, and a watch-glass shall be placed over the beaker to retard evaporation (but allow air access) and act as a dust cover, and the assemblies allowed to stand at room temperature for 60 days.

4.7.7.2.3  Results.  The specimens shall be monitored daily over the 60-day period to ascertain the presence or absence of pitting.  These daily examinations shall be made without disturbing the test (other than removing the cover).  Corrosion is customarily signaled by the appearance of a dark spot which, if removed after sufficient exposure, discloses a corrosion pit.  If the suspected area cannot be positively identified by the naked eye, it can be at a magnification of 10X.  At the end of the test, each specimen shall be inspected carefully with particular attention being given to the edges of the specimens and those areas of the specimens under or adjacent to the rubber bands.  10X magnification shall be used, if necessary.

4.7.8  PFOA and PFOS content.  The tests for PFOA and PFOS content shall be conducted by a laboratory that is accredited by the DoD Environmental Laboratory Accreditation Program (ELAP) and tests in compliance with the "Per- and Polyfluoroalkyl Substances (PFAS) Using Liquid Chromatography Tandem Mass Spectrometry (LC/MS/MS) with Isotope Dilution or Internal Standard Quantification in Matrices Other Than Drinking Water" table of DoD QSM Version 5.1.  (A list of ELAP accredited laboratories can be found online at http://www.denix.osd.mil/edqw/accreditation/accreditedlabs.  Under the "Method" drop-down list, select "PFAS by LCMSMS Compliant with QSM 5.1 Table B-15".)  Test results shall be recorded from the lowest dilution possible while still meeting all of the requirements in the DoD QSM table.  This may require results to be recorded from two different dilutions; one for PFOA and one for PFOS.

4.7.8.1  PFOA content.  PFOA content shall be determined in accordance with 4.7.8.  Results shall be expressed in parts per billion (ppb).

4.7.8.2  PFOS content.  PFOS content shall be determined in accordance with 4.7.8.  Results shall be expressed in ppb.

4.7.9  Total halides.  DELETED

4.7.10  Dry chemical compatibility.  The foam's compatibility with potassium bicarbonate dry chemical extinguishing agent shall be determined by measuring the burnback time in the presence of dry chemical.

4.7.10.1  Test materials.  The fuel shall be unleaded gasoline conforming to ASTM D4814.  The dry chemical agent shall conform to O-D-1407.  The sieve shall be an 8-inch diameter, 40-mesh sieve conforming to ASTM E11.

4.7.10.2  Test procedure.  A 28-square-foot fire test shall be conducted in accordance with 4.7.14.1 using Type 3 or 6 AFFF sea water solution, as required.  Before placing the burning pan, 1 pound of dry chemical agent shall be evenly distributed over the foam blanket with the aid of a sieve on a long handle.  This shall be accomplished within a 30-second period so that the total time from end of foam application to placement of the burning pan will not be longer than 90 seconds.  The burnback time shall be determined as in 4.7.14.1.4.

10

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T17:46Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 2

4.7.11  Stability.

4.7.11.1  Sample preparation.  Samples of concentrate, and Type 3 and Type 6 AFFF fresh water and sea water solution, as appropriate, shall be prepared in sufficient quantity to perform the required tests.  One liter (L) of each shall be placed in lightly stoppered glass cylinders.  All samples shall then be stored at 65 °C ±2.0 °C for a period of 10 days.  The samples shall then be subjected to the following tests:

| | | |
|---|---|---|
| a. | Spreading coefficient | 4.7.4 |
| b. | Foamability | 4.7.5 |
| c. | Film formation and sealability | 4.7.6 |
| d. | Fire performance (28 ft²) | 4.7.14.1 |
| e. | Stratification | 4.7.15 |
| f. | Precipitation | 4.7.16 |

NOTE:  In the preparation of the samples to be used for the precipitation test, the synthetic sea water shall be filtered prior to use.

4.7.12  Compatibility.

4.7.12.1  Sample preparation.  The Government will provide samples of appropriate qualified product(s) to manufacturers officially authorized to submit candidate material for qualification (see 3.3.3).  Mixtures of the Type 3 and Type 6 concentrates to be tested shall be prepared in sufficient quantities to perform the required tests.  (For qualification testing, the testing activity will determine the number of product mixtures to be evaluated and the ratio of product comprising these mixtures.)  Additionally, 3 percent of Type 3 or 6 percent of Type 6 AFFF fresh water and sea water solutions shall be prepared from each concentrate mixture.  One L of each shall be placed in lightly stoppered glass cylinders.  The samples shall be stored at 65 °C ±2.0 °C for a period of 10 days.  The samples shall then be subjected to the following tests:

| | | |
|---|---|---|
| a. | Foamability | 4.7.5 |
| b. | Film formation and sealability | 4.7.6 |
| c. | Fire performance (28 ft²) | 4.7.14.1 |
| d. | Stratification | 4.7.15 |
| e. | Precipitation | 4.7.16 |

4.7.13  Environmental impact.

4.7.13.1  Toxicity.  Toxicity test shall be performed on the Killiefish (Fundulus herteroclitus) in accordance with ASTM E729, using dynamic procedures.  The minimum acceptable dissolved oxygen content of water used in this procedure shall be 5 p/m.

4.7.13.2  Chemical oxygen demand (COD).  COD shall be determined in accordance with procedures in Standard Method for the Examination of Water and Waste Water (latest applicable edition).

4.7.13.3  Biodegradability.  Biodegradability shall be determined by dividing the value expressed in mg/L for the 20-day biological oxygen demand (BOD20) determined from 5-day BOD test in accordance with the procedure specified in Standard Methods for the Examination of Water and Waste Water (latest applicable edition) by the value expressed in mg/L for COD determined as specified in 4.7.13.2.

4.7.14  Fire test.  No fire test shall be conducted when the wind speed is above 10 miles per hour (mi/hr).  These tests are normally conducted indoors to avoid adverse weather conditions.

4.7.14.1  Twenty-eight-square-foot fire test.

4.7.14.1.1  Test equipment.  The fire test shall be conducted in a level, circular pan 6 feet in diameter, fabricated from ¼-inch thick steel with a 4-inch high side.  A shallow water layer shall be used to protect the pan bottom and to ensure complete coverage of the area with fuel.  The nozzle used for foam application shall be the 2 gal/min device specified in 4.7.5.

11

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T17:46Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 2

4.7.14.1.2  Test materials.  Foam shall be generated at 23 °C ±5.0 °C from AFFF solutions made with fresh or sea water, as required, at concentration values shown in table V.  The fuel shall be 10 gallons of unleaded gasoline conforming to ASTM D4814.

TABLE V.  AFFF test concentration values.

| Solutions | Type 3 | Type 6 |
|---|---|---|
| Lean [1] | 1.5±0.03 | 3±0.1 |
| Normal strength | 3±0.05 | 6±0.1 |
| Rich [2] | 15±0.2 | 30±0.2 |

[1]  One test with fresh water and one with sea water.

[2]  One test with sea water.

4.7.14.1.3  Test procedure.  The fuel shall be dumped within a 30-second period.  The fuel shall be ignited within 30 seconds of fueling and allowed to burn freely for 10 seconds.  After the preburn period, the fire shall be attacked and extinguished as expeditiously as possible and the fire extinguishing time shall be recorded at the exact cessation of all flame, but foam application shall continue for a total of 90 seconds.

4.7.14.1.4  Burnback procedure.  Within 60 seconds of the completion of foam application, a burning pan (1-foot diameter with 2-inch side) containing one gallon of unleaded gasoline shall be placed in the center of the 28-square-foot pan and a timer started.  When it appears that the fire has spread outside the pan so that the burning will continue after pan removal, the pan shall be removed.  The burnback time is that at which it is estimated that 7 square feet (25 percent) of the total area is involved in flames.

NOTE:  Intermittent "flash-overs" may occur.  They are characterized by creeping faint blue or invisible flames over the foam surface which usually self-extinguish.  They are not considered a part of the burnback area unless sustained burning occurs.  All isolated, sustained burning areas shall be included in arriving at the 7-square-foot total area.

4.7.14.2  Fifty-square-foot fire test.

4.7.14.2.1  Test site.  The fire test shall be conducted on a level, circular area 8 feet in diameter.  The base and surrounding wall shall be suitable for containment of the fuel on a substrate of water.  The water depth shall be the minimum required to ensure complete coverage area with the fuel.

4.7.14.2.2  Test equipment.  The nozzle used for foam application shall be the 2 gal/min device specified in 4.7.5, operated at a gauge pressure of 100 lb/in$^2$.

4.7.14.2.3  Test materials.  The foam shall be generated at 23 °C ±5.0 °C from 3±0.05 percent of Type 3 or 6±0.1 percent of Type 6 AFFF solutions made with sea water.  The fuel shall be 15 gallons of unleaded gasoline conforming to ASTM D4814.

4.7.14.2.4  Test procedure.  The fuel shall be dumped into the area in less than 60 seconds and ignited in less than 30 seconds after fuel dumping is completed.  After allowing a preburn period of 10 seconds, the fire shall be attacked and extinguished in an expeditious manner.  At 10-second intervals after the start of foam application, observers shall estimate the percentage of fire area extinguished.  The percentages at 10, 20, 30, and 40 seconds shall be totaled to give the "40-second summation" value.  The exact extinguishing time shall also be recorded at the cessation of all flame, but foam application shall continue for a total of 90 seconds.

4.7.14.2.5  Burnback procedure.  Within 60 seconds of the completion of foam application, a burnback test shall be conducted as specified in 4.7.14.1.4, except that the burnback area shall be 12.5 square feet (25 percent).

4.7.15  Stratification.  The presence of stratification shall be determined by visual examination of the samples contained in the glass cylinders.

12

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T17:46Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 2

4.7.16  Precipitation.  The amount of precipitation shall be determined in accordance with the procedures of ASTM D1796.

4.7.17  Fluorine content.

4.7.17.1  Qualification.  The total fluorine content shall be determined.  The total fluorine content and the test procedure used to determine the content shall be furnished as part of the qualification inspection report.

4.7.17.2  Quality conformance inspection.  The total fluorine content shall be determined in accordance with the test procedure furnished with the qualification inspection report (see 4.7.17.1).  The total fluorine content shall be included in the quality conformance inspection report.

4.7.18  Packaging inspection.  Sample packages and packs and the inspection of preservation, packaging, packing, and marking for shipment and storage shall be in accordance with the requirements of 4.6, section 5, and the documents specified therein.  The magnetic permeability test (for metal handles of 5-gallon containers) of 4.7.17.1 and the torque test (for the pour cap of 5-gallon containers) of 4.7.18.2 shall be included.

4.7.18.1  Magnetic permeability (metal handles of 5-gallon containers).  The metal handles of the 5-gallon containers shall be checked to determine conformance with the magnetic requirements of 5.1.1.1.1d using a permeability indicator, low-mu (GO-NO-GO) in accordance with ASTM A342/A342M.

4.7.18.2  Torque test (pour cap of 5-gallon container).  The pour cap of the 5-gallon container shall be subjected to a torque test to determine conformance with 5.1.1.1.1f.

5.  PACKAGING

(The packaging requirements specified herein apply only for direct Government acquisitions.  For the extent of applicability of the packaging requirements of referenced documents listed in section 2, see 6.5.)

5.1  Preservation-packaging.  Preservation-packaging for Level A shall be as specified hereinafter.

5.1.1  The AFFF liquid concentrate shall be furnished in a 5-gallon or in a 55-gallon plastic container as specified (see 6.2d).

5.1.1.1  Five-gallon plastic container.  The container shall be molded polyethylene as specified herein.  The container shall be as follows:

| | | |
|---|---|---|
| a. | Capacity | 5 gallon (min.) |
| b. | Height, body (overall) | 15 inches (max.) |
| c. | Diameter, body (overall) | 11¾ inches (max.) |
| d. | Pour opening (inside dia.) | 1½ inches (min.) |

5.1.1.1.1  The container shall meet the requirements of Department of Transportation Specification Number 34 as specified in the Code of Federal Regulations, Title 49, Part 178.19, and as follows:

a.  Shall be stackable and self-supporting.

b.  Shall be provided with a threaded-type plastic cap fitted with a gasket for the pour opening.

c.  May be provided with a vent opening having an easily punctured membrane.  When furnished, vent opening shall be provided with a threaded type plastic cap.

d.  Shall be provided with an integrally molded or recessible plastic or metal handle.  Metal handles shall not exceed a magnetic permeability of 2.0.

e.  Shall have colors conforming to 5.1.1.3, Type 3 green, Type 6 blue.

f.  The torque required to remove the pour opening cap shall not exceed 50 inch-pounds.

5.1.1.2  Fifty-five gallon container.  The 55-gallon container shall be molded polyethylene, Size 4, conforming to MIL-D-43703.

13

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T17:46Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 2

5.1.1.3  Exterior color and coating.  The green color (see 3.5) shall be an approximate match to color number 14187 of SAE-AMS-STD-595.  The blue color (see 3.5) shall be an approximate match to color number 15123 of SAE-AMS-STD-595.

5.2  Packing.  For Level A no further packing is required.

5.2.1  Method of shipment shall comply with Uniform Freight Classification Ratings, Rules, and Regulations or other carrier rules as applicable to the mode of transportation.

5.2.2  Palletization.

a.  Thirty-six 5-gallon plastic containers shall be palletized in accordance with the requirements of MIL-STD-147, Load Type XVII.  Pallets conforming to NN-P-71, Type V, Class 1, wood group optional, Size 2, are acceptable.  Containers shall be properly and firmly nested and arranged to ensure a snug, non-shifting load.  Pallet dimensions may be adjusted to ensure a snug, non-shifting load, but shall not exceed 43 by 52 inches.

b.  Inverted caps.  The inverted cap shall be the open sheathing type, wood group optional.

c.  Top wood cap.  The top wood cap shall be the closed sheathing (plywood) wood cap, wood group optional for slats.  In addition, each corner of the plywood cap shall be secured to the end and side slats with strapping.  Strapping shall be ¾ inch by 0.035 inch and shall extend a minimum of 3 inches into the plywood top and slats.  Nails used to secure the strapping shall be clinched.

d.  Strapping.  All primary, secondary, auxiliary, and horizontal strapping shall not be less than 1¼ inches by 0.035 inch.  Strapping shall conform to ASTM D3953, Type I, Finish B.  Cross ties shall be applied in accordance with MIL-STD-147.

e.  Side frames.  Minimum size of side frame members shall be a nominal 1 by 6 inches conforming to Group I, II, III,or IV of ASTM D6199.  Nails used to secure flat surfaces of side frames shall be clinched not less than ¼ inch.

5.3  Marking.  In addition to the marking specified in 3.5 and any special marking required (see 6.2), containers and palletized unit loads shall be marked in accordance with MIL-STD-129.

6.  NOTES

(This section contains information of a general or explanatory nature that may be helpful, but is not mandatory.)

6.1  Intended use.  The concentrate is intended for use in mechanical foam generating equipment such as fire-fighting trucks or foam sprinkler systems for extinguishing fires in flammable liquids such as gasoline or fuel oils.  Type 6 is intended for use in proportioners designed to dispense only the 6-percent solution (usually shipboard fire protection systems).  Type 3 may be used in any equipment capable of proportioning at variable rates or at fixed 3-percent solution.

6.2  Acquisition requirements.  Acquisition documents should specify the following:

a.  Title, number, and date of this specification.

b.  The specific issue of individual documents referenced (see 2.1.1 and 2.2).

c.  Type of concentrate required (see 1.2).

d.  Size of container required (see 5.1.1).

e.  Special marking, if required (see 5.3).

6.3  Consideration of data requirements.  The following data requirements should be considered when this specification is applied in a contract.  The applicable Data Item Description (DID's) should be reviewed in conjunction with the specific acquisition to ensure that only essential data are requested/provided and that the DID's are tailored to reflect the requirements of the specific acquisition.  To ensure correct contractual application of the data requirements, a Contract Data Requirements List (DD Form 1423) must be prepared to obtain the data, except where DOD FAR Supplement 27.475-1 exempts the requirements for a DD Form 1423.

| Reference paragraph | DID number | DID title | Suggested tailoring |
|---|---|---|---|
| 4.5 | DI-T-2072 | Test report | - |

14

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T17:46Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 2

The above DID was cleared as of the date of this specification. The current issue of DOD 5010.12-L, Acquisition Management Systems and Data Requirements Control List (AMSDL), must be researched to ensure that only current, cleared DID's are cited on the DD Form 1423.

6.4  Qualification.  With respect to products requiring qualification, awards will be made only for products which are, at the time of award of contract, qualified for inclusion in Qualified Products List QPL No. 24385 whether or not such products have actually been so listed by that date.  The attention of the contractors is called to these requirements, and manufacturers are urged to arrange to have the products that they propose to offer to the Federal Government tested for qualification in order that they may be eligible to be awarded contracts or orders for the products covered by this specification.  Information pertaining to qualification of products may be obtained from Commander, Naval Sea Systems Command, ATTN:  SEA 05S, 1333 Isaac Hull Avenue, SE, Stop 5160, Washington Navy Yard DC  20376-5160 or emailed to CommandStandards@navy.mil.  An online listing of products qualified to this specification may be found in the Qualified Products Database (QPD) at https://assist.dla.mil.

6.4.1  Provisions governing qualification.  Copies of SD-6 "Provisions Governing Qualification" are available online at http://quicksearch.dla.mil/ or https://assist.dla.mil.

6.5  Sub-contracted material and parts.  The packaging requirements of referenced documents listed in section 2 do not apply when material is acquired by the contractor for incorporation into the concentrate and lose separate identity when the concentrate is shipped.

6.6  PFOA and PFOS content.  The DoD's goal is to acquire and use a non-fluorinated AFFF formulation or equivalent firefighting agent to meet the performance requirements for DoD critical firefighting needs.  The DoD is funding research to this end, but a viable solution may not be found for several years.  In the short term, the DoD intends to acquire and use AFFF with the lowest demonstrable concentrations of two particular per- and PFAS; specifically PFOS and PFOA.  The DoD intends to be open and transparent with Congress, the Environmental Protection Agency (EPA), state regulators, and the public at large regarding DoD efforts to address these matters.  AFFF manufacturers and vendors are encouraged to determine the levels of PFOS, PFOA, and other PFAS in their products and work to drive these levels toward zero while still meeting all other military specification requirements.

6.7  Amendment notations.  The margins of this specification are marked with vertical lines to indicate modifications generated by this amendment.  This was done as a convenience only and the Government assumes no liability whatsoever for any inaccuracies in these notations.  Bidders and contractors are cautioned to evaluate the requirements of this document based on the entire content irrespective of the marginal notations.

15

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T17:46Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 2


THIS END UP

U.S.

AQUEOUS FILM FORMING FOAM (AFFF) LIQUID CONCENTRATE

In accordance with

DEPARTMENT OF DEFENSE SPECIFICATION MIL-PRF-24385

TYPE 3 (3%)


This fire extinguishing concentrate is for use by dilution with water in fixed or mobile systems.  It may be used alone or in combination with "twinned" dry chemical equipment.  The concentrate may be diluted for use in flow proportioning equipment with sea water or fresh water at volume proportions of three gallons concentrate to 97 gallons water.  It may also be diluted for ready-use storage at a three percent premix solution with fresh water. For ready use do not store below 32 °F.  Avoid prolonged storage above 120 °F.  Do not mix with other than liquid concentrate in accordance with MIL-PRF-24385F(SH) with Amendment 2 and water.


MANUFACTURER'S NAME

ADDRESS

BATCH NO.

DATE OF MANUFACTURE


FIGURE 1.  <u>Type 3 container markings</u>.


16

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T17:46Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 2


THIS END UP

U.S.

AQUEOUS FILM FORMING FOAM (AFFF) LIQUID CONCENTRATE

In accordance with

DEPARTMENT OF DEFENSE SPECIFICATION MIL-PRF-24385

TYPE 6 (6%)


This fire extinguishing concentrate is for use by dilution with water in fixed or mobile systems.  It may be used alone or in combination with "twinned" dry chemical equipment.  The concentrate may be diluted for use in flow proportioning equipment with sea water or fresh water at volume proportions of six gallons concentrate to 94 gallons water.  It may also be diluted for ready-use storage at six-percent premix solution with fresh water.  For ready use do not store below 32 °F.  Avoid prolonged storage above 120 °F.  Do not mix with other than liquid concentrate in accordance with MIL-PRF-24385F(SH) with Amendment 2 and water.


MANUFACTURER'S NAME

ADDRESS

BATCH NO.

DATE OF MANUFACTURE


FIGURE 2.  Type 6 container markings.


17

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T17:46Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 2

CONCLUDING MATERIAL

Custodian:                                         Preparing activity:
  Navy – SH                                      Navy – SH
                                              (Project 4210-2017-007)

Review activity:
  DLA – IS

NOTE:  The activities listed above were interested in this document as of the date of this document.  Since organizations and responsibilities can change, you should verify the currency of the information above using the ASSIST Online database at https://assist.dla.mil.

18

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T17:46Z
Check the source to verify that this is the current version before use.

# ATTACHMENT E

INCH-POUND

MIL-PRF-24385F(SH)
w/INT. AMENDMENT 3
7 May 2019

USED IN LIEU OF
MIL-PRF-24385F(SH)
w/AMENDMENT 2
7 September 2017

PERFORMANCE SPECIFICATION

FIRE EXTINGUISHING AGENT, AQUEOUS FILM-FORMING FOAM (AFFF) LIQUID CONCENTRATE,
FOR FRESH AND SEA WATER

This specification is approved for interim use by the Naval Sea Systems Command.  Other activities in the Department of Defense may use this interim amendment or may continue using MIL-F-24385F w/AMENDMENT 2.

1.  SCOPE

1.1  Scope.  This specification covers the requirements for aqueous film-forming foam (AFFF) liquid concentrate fire extinguishing agents consisting of surfactants and other compounds, as required, to conform to this specification.  At the time of use they shall be diluted with fresh or sea water to form a fire-extinguishing solution.  Certain proportioning equipment may produce AFFF solutions of extreme concentrations; requirements for such concentrations are specified herein.

1.2  Classification.  Concentrates shall be of the following types, as specified (see 6.2):

Type 3 - To be used as three parts concentrate to ninety-seven parts water by volume solution.

Type 6 - To be used as six parts concentrate to ninety-four parts water by volume solution.

2.  APPLICABLE DOCUMENTS

2.1.1  Specifications, standards, and handbooks.  The following specifications, standards, and handbooks form a part of this document to the extent specified herein.  Unless otherwise specified, the issues of these documents are those cited in the solicitation or contract.

SPECIFICATIONS

FEDERAL

NN-P-71        -    Pallets, Material Handling, Wood, Stringer Construction, 2-Way and 4-Way (Partial)

O-D-1407       -    Dry Chemical, Fire Extinguishing, Potassium Bicarbonate

MILITARY

MIL-D-43703    -    Drum, Shipping and Storage, Molded Polyethylene

---

Comments, suggestions, or questions on this document should be addressed to:  Commander, Naval Sea Systems Command, ATTN:  SEA 05S, 1333 Isaac Hull Avenue, SE, Stop 5160, Washington Navy Yard DC  20376-5160 or emailed to CommandStandards@navy.mil, with the subject line "Document Comment".  Since contact information can change, you may want to verify the currency of this address information using the ASSIST Online database at https://assist.dla.mil.

AMSC N/A                                                                                                                      FSC 4210

DISTRIBUTION STATEMENT A.  Approved for public release.  Distribution is unlimited.

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:04Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/INT AMENDMENT 3

STANDARDS

MILITARY

MIL-STD-129  -  Military Marking for Shipment and Storage

MIL-STD-130  -  Identification Marking of U.S. Military Property

MIL-STD-147  -  Palletized Unit Loads

(Copies of these documents are available online at https://quicksearch.dla.mil.)

2.1.2  Other Government publications.  The following other Government publications form a part of this document to the extent specified herein.  Unless otherwise specified, the issues are those cited in the solicitation.

PUBLICATIONS

DEPARTMENT OF DEFENSE

DoD QSM 5.1  -  Department of Defense (DoD) Quality Systems Manual (QSM) for Environmental Laboratories, Version 5.1

(Copies of this document are available online at http://www.denix.osd.mil/edqw/documents/documents.)

DEPARTMENT OF TRANSPORTATION

Code of Federal Regulations, Title 49

(Application for copies should be addressed to the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402.)

MILITARY

DAVID W. TAYLOR NAVAL SHIP RESEARCH AND DEVELOPMENT CENTER (DTNSRDC)

Standard Marine Bioassay Procedure for Shipboard Chemicals

(Application for copies should be addressed to Commander, David W. Taylor Naval Ship Research and Development Center, (Code 2865), Annapolis, MD  21402.)

2.2  Non-Government publications.  The following documents form a part of this document to the extent specified herein.  Unless otherwise specified, the issues of these documents are those cited in the solicitation or contract.

AMERICAN SOCIETY FOR TESTING AND MATERIALS (ASTM)

A342/A342M  -  Standard Test Methods for Permeability of Weakly Magnetic Materials

D445  -  Standard Test Method for Kinematic Viscosity of Transparent and Opaque Liquids (and the Calculation of Dynamic Viscosity) (DoD adopted)

D1141  -  Standard Specification for Substitute Ocean Water

D1331  -  Standard Test Methods for Surface and Interfacial Tension of Solutions of Surface-Active Agents

D1796  -  Standard Test Method for Water and Sediment in Fuel Oils by the Centrifuge Method (Laboratory Procedure)

D3953  -  Standard Specification for Strapping, Flat Steel and Seals.

D4814  -  Standard Specification for Automotive Spark-Ignition Engine Fuel

2

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:04Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/INT AMENDMENT 3

| D6199 | - | Standard Practice for Quality of Wood Members of Containers and Pallets |
| E11 | - | Standard Specification for Woven Wire Test Sieve Cloth and Test Sieves |
| E527 | - | Standard Practice for Numbering Metals and Alloys (UNS) |
| E729 | - | Standard Practice for Conducting Acute Toxicity Tests with Fish, Macroinvertebrates and Amphibians |

(Application for copies should be addressed to the American Society for Testing and Materials, 1916 Race Street, Philadelphia, PA  19103.)

AMERICAN PUBLIC HEALTH ASSOCIATION

Standard Methods for the Examination of Water and Waste Water

(Application for copies should be addressed to the American Public Health Association, 1015 15th Street NW, Suite 300, Washington, DC  20005.)

NATIONAL FIRE PROTECTION ASSOCIATION (NFPA)

NFPA No. 412  -  Evaluating Foam Fire Fighting Equipment on Aircraft Rescue and Fire Fighting Vehicles

(Application for copies should be addressed to the National Fire Protection Association, Batterymarch Park, Quincy, Massachusetts  02269.)

SAE INTERNATIONAL

SAE-AMS-STD-595     -   Colors Used in Government Procurement

(Copies of this document are available online at www.sae.org.)

UNIFORM CLASSIFICATION COMMITTEE, AGENT

Uniform Freight Classification Ratings, Rules, and Regulations

(Application for copies should be addressed to the Uniform Classification Committee Agent, Tariff Publication Officer, Room 1106, 222 South Riverside Plaza, Chicago, IL  60606.)

2.3  Order of precedence.  Unless otherwise noted herein or in the contract, in the event of a conflict between the text of this document and the references cited herein, the text of this document takes precedence.  Nothing in this document, however, supersedes applicable laws and regulations unless a specific exemption has been obtained.

3.  REQUIREMENTS

3.1  Qualification.  Liquid concentrate fire extinguishing agents furnished under this specification shall be products which are qualified for listing on the applicable Qualified Products List at the time set for opening of bids (see 4.3 and 6.4).

3.2  Materials.  Concentrates shall consist of surfactants plus other compounds as required to conform to the requirements specified hereinafter.  The material shall have no adverse effect on the health of personnel when used for its intended purpose.

3.3  Concentrate characteristics.  Concentrates shall conform to the chemical and physical requirements shown in table I.

3.3.1  Film formation and sealability.  The foam produced film shall spread over the fuel surface and seal off vapor production to prevent sustained ignition (see 4.7.6).

3

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:04Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/INT AMENDMENT 3

3.3.2  <u>Stability</u>.  The concentrate (Type 3 or Type 6) and a 3 percent premix solution of Type 3 or a 6 percent premix solution of Type 6 as applicable shall conform to the following requirements after 10 days storage at 65 Celsius (°C) ±2.0 °C (see 4.7.10):

   a.   Spreading coefficient:  (See <u>table I</u>)

   b.   Foamability:  (See <u>table I</u>)

   c.   Film formation and sealability:  As specified in 3.3.1

   d.   Fire performance, 28 square feet (ft²) fire, 1.5 and 3 percent of Type 3 and 3 and 6 percent of Type 6 fresh and sea water solutions:  As specified in 3.4

   e.   Stratification:  No visible evidence following test (see 4.7.14)

   f.   Precipitation:  0.05 percent by volume (see 4.7.15).

3.3.3  <u>Compatibility</u>.  The concentrates of one manufacturer shall be compatible in all proportions with concentrate furnished by other manufacturers listed on the qualified products list.  The material shall also be compatible with materials in inventory which were acquired under previous issues of this specification and known to be still in use in significant quantities.  Information regarding these materials may be obtained from NAVSEA.  The concentrate shall conform to the following requirements after 10 days storage at 65 °C ±2.0 °C (see 4.7.11):

   a.   Foamability:  (See <u>table I</u>)

   b.   Film formation and sealability:  As specified in 3.3.1

   c.   Fire performance 28 ft², 3 percent of Type 3 and 6 percent of Type 6 fresh and sea water solution:  As specified in 3.4

   d.   Stratification:  No visible evidence following test (see 4.7.14)

   e.   Precipitation:  0.05 percent by volume (see 4.7.15).

4

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:04Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/INT AMENDMENT 3

TABLE I.  Chemical and physical requirements for concentrates or solutions.

| Requirement | Values | | Applicable publication | Test paragraph |
|---|---|---|---|---|
| | Type 3 | Type 6 | | |
| Refractive index, minimum | 1.3630 | 1.3580 | - | 4.7.1 |
| Viscosity, centistokes: | | | ASTM D445 | 4.7.2 |
| Maximum at 5 °C | 20 | 10 | | |
| Minimum at 25 °C | 2 | 2 | | |
| Hydrogen ion concentration (pH) | 7.0 to 8.5 | 7.0 to 8.5 | - | 4.7.5 |
| Spreading coefficient, minimum | 3 | 3 | - | 4.7.4 |
| Foamability: | | | | |
| Foam expansion, minimum | 5.0 | 5.0 | NFPA STD 412 | 4.7.5 |
| Foam 25% drainage time, minutes, minimum | 2.5 | 2.5 | NFPA STD 412 | 4.7.5 |
| Corrosion rate: | | | | |
| General | | | | |
| Cold rolled, low carbon steel (UNS G10100), milli in/yr, maximum | 1.5 | 1.5 | ASTM E527 | 4.7.7 |
| Copper-nickel (90-10) (UNS C70600), milli in/yr, maximum | 1.0 | 1.0 | ASTM E527 | 4.7.7 |
| Nickel-copper (70-30) (UNS N04400), milli in/yr, maximum | 1.0 | 1.0 | ASTM E527 | 4.7.7 |
| Bronze (UNS C90500), milligrams, maximum | 100 | 100 | ASTM E527 | 4.7.7 |
| Localized, corrosion-resistant (CRES) steel, (UNS S30400) | No pits | No pits | - | 4.7.7 |
| Perfluorooctanoic acid (PFOA) content, ppb, maximum | 800 [1] | 800 [1] | DoD QSM 5.1 | 4.7.8 |
| Perfluorooctane Sulfonate (PFOS) content, ppb, maximum | 800 [1] | 800 [1] | DoD QSM 5.1 | 4.7.8 |
| Dry chemical compatibility, burn-back, resistance time, seconds, minimum | 360 | 360 | - | 4.7.9 |
| Environmental impact: | | | | |
| Toxicity, $LC_{50}$, mg/L, minimum | 500 | 1000 | - | 4.7.12.1 |
| COD, mg/L, maximum | 1000K | 500K | - | 4.7.12.2 |
| $\frac{BOD}{COD}20$ , minimum | 0.65 | 0.65 | - | 4.7.12.3 |

NOTE:
[1]    Current limit of quantitation.

3.3.4  Total fluorine content.  The total fluorine content of the AFFF shall be determined and shall not deviate more than 15 percent of the value determined and reported at time of qualification report (see 4.7.16.1).

5

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:04Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/INT AMENDMENT 3

3.4  Fire performance.  The foam shall conform to the fire performance requirements shown in table II.

TABLE II.  Fire performance.

| | AFFF solutions, percent | | |
|---|---|---|---|
| | 1.5% of Type 3 3.0% of Type 6 | 3% of Type 3 6% of Type 6 | 15% of Type 3 30% of Type 6 |
| | (Fresh and sea) | (Fresh and sea) | (Sea) |
| 28-ft² fire (see 4.7.13.1): | | | |
|    Foam application time to extinguish, seconds, maximum | 45 | 30 | 55 |
|    Burnback time of resulting foam cover, seconds, minimum | 300 | 360 | 200 |
| 50-ft² fire (see 4.7.13.2): | | | |
|    Foam application time to extinguish, seconds, maximum | | 50 (Sea only) | |
|    Burnback time of resulting foam cover, seconds, minimum | | 360 | |
|    40-second summation, minimum | | 320 | |

3.5  Marking.

3.5.1  Identification marking shall be in accordance with MIL-STD-130.  In addition, the marking on the containers (see 5.3) shall be in white characters against a green background for Type 3, a blue background for Type 6.

3.5.2  Two identical markings conforming to figures 1 and 2 shall be applied to containers so that the markings are located diametrically opposite.  The markings shall be applied on the containers in such a manner that water immersion contact with the contents of the containers, or normal handling will not impair the legibility of the marking.  Paper labels shall not be used.

4.  VERIFICATION

4.1  Responsibility for inspection.  Unless otherwise specified in the contract, the contractor is responsible for the performance of all inspection requirements as specified herein.  Except as otherwise specified in the contract, the contractor may use his own or any other facilities suitable for the performance of the inspection requirements specified herein, unless disapproved by the Government.  The Government reserves the right to perform any of the inspections set forth in the specification where such inspections are deemed necessary to ensure supplies and services conform to prescribed requirements.

4.2  Classification of inspections.  The inspection requirements specified herein are classified as follows:

a.  Qualification inspection (see 4.3).

b.  Quality conformance inspection (see 4.4).

   (1)  Examination of filled containers

   (2)  Quality conformance inspection.

4.3  Qualification inspection.  Qualification inspection shall be conducted at a laboratory satisfactory to the Naval Sea Systems Command.  Qualification inspection shall consist of the inspections and tests shown in table III.

6

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:04Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/INT AMENDMENT 3

TABLE III.  Qualification and quality conformance inspections.

| Examination or test | Reference paragraph | | Qualification | Quality conformance |
|---|---|---|---|---|
| | Requirement | Test | | |
| Refractive index | 3.3 | 4.7.1 | X | X |
| Viscosity | 3.3 | 4.7.2 | X | X |
| pH value | 3.3 | 4.7.3 | X | X |
| Spreading coefficient | 3.3 | 4.7.4 | X | X |
| Foamability | 3.3 | 4.7.5 | X | X |
| Film formation and sealability | 3.3.1 | 4.7.6 | X | X |
| General corrosion | 3.3 | 4.7.7 | X | |
| Localized corrosion | 3.3 | 4.7.7 | X | |
| PFOA content | 3.3 | 4.7.8 | X | |
| PFOS content | 3.3 | 4.7.8 | X | |
| Fluorine content | 3.3.4 | 4.7.16 | X | X |
| Dry chemical compatibility | 3.3 | 4.7.9 | X | |
| Stability | 3.3.2 | 4.7.10 | X | |
| Compatibility | 3.3.3 | 4.7.11 | X | |
| Environmental impact | 3.3 | 4.7.12 | X | |
| 28-ft² fire test | 3.4 | 4.7.13 | X | |
| 50-ft² fire test | 3.4 | 4.7.13 | X | X |
| Examination of filled containers | | 4.6 | | X |
| Torque to remove cap [1] | 5.1.1.1.1f | 4.7.17.2 | X | X |
| NOTE: | | | | |
| [1]   Torque test to be performed a minimum of 48 hours after initial closure. | | | | |

    4.3.1  Samples for qualification inspection.  One hundred gallons of Type 3 and 200 gallons of Type 6 are required for the qualification inspection.

    4.4  Sampling for quality conformance inspection.

    4.4.1  Inspection lot.  A lot shall consist of all foam manufactured as one unchanged process batch and transferred from one mixing tank to the shipping container.

    4.4.2  Sampling for examination of filled containers.  As a minimum, the contractor shall randomly select a sample quantity from each lot of filled containers in accordance with table IV and examine them in accordance with 4.6, 5.1.1.1, and 5.1.1.2.  The sample size depends on lot size.  If one or more defects are found in any sample, the entire lot shall be rejected.  The contractor has the option of screening 100 percent of the rejected lot for the defective characteristics, or providing a new lot, which shall be examined in accordance with the sampling plan contained herein.  The contractor shall maintain for a period of three years after contract completion, records of inspections, tests, and any resulting rejections.

7

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:04Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/INT AMENDMENT 3

TABLE IV. Sample size for examination of filled containers.

| Lot size | Sample size |
|----------|-------------|
| 2-5 | All |
| 6-50 | 5 |
| 51-90 | 7 |
| 91-150 | 11 |
| 151-280 | 13 |
| 281-500 | 16 |
| 501-1200 | 19 |
| 1201-3200 | 23 |

4.4.3 <u>Sampling for quality conformance inspection</u>. Three filled 5-gallon containers shall be selected at random from each lot and used as one composite sample for the tests specified in 4.6, or three 5-gallon containers of the product shall be withdrawn from an agitated mixing tank prior to packaging. The results of the tests required by 4.5 shall be submitted to NAVSEA or the designated laboratory.

4.5 <u>Quality conformance inspection</u>. The samples selected in accordance with 4.4.3 shall be subjected to the quality conformance inspection of table III. If the sample tested is found to be not in conformance with any of the quality conformance tests, the lot represented by the sample shall be rejected (see 6.3).

4.6 <u>Examination of filled containers</u>. Each sample filled container shall be examined for defects of construction of the container and the closure, for evidence of leakage, and for unsatisfactory markings. Each filled container shall also be weighed to determine the amount of contents.

4.7 <u>Test procedure</u>.[1] Test procedures shall be as follows:

4.7.1 <u>Refractive index</u>. The refractive index shall be determined at 25 °C ±0.1 °C, using sodium vapor source lamp illumination.

4.7.2 <u>Viscosity</u>. The viscosity shall be determined at temperatures of 5 °C ±0.1 °C and 25 °C ±0.1 °C in accordance with ASTM D445, using capillary viscosimeters in the appropriate size.

4.7.3 <u>pH value</u>. The pH value shall be determined potentiometrically, using a pH meter with a glass electrode and a reference electrode, at 25 °C ±1.0 °C.

4.7.4 <u>Spreading coefficient</u>. The spreading coefficient shall be determined with reference to cyclohexane in accordance with the following relationship:

Where: $Sa_{/b} = \gamma_b - \gamma_a - \gamma_i$

$Sa_{/b}$ = Spreading coefficient

$\gamma_b$ = Surface tension of cyclohexane as determined in 4.7.4.1

$\gamma_a$ = Surface tension of AFFF solution as determined in 4.7.4.1

$\gamma_i$ = Interfacial tension between liquids as determined in 4.7.4.2

---

[1] Where sea water is required for tests, synthetic sea water in accordance with ASTM D1141 shall be used. A sea salt mixture conforming to this standard may be purchased from Lake Products Company, Inc., P.O. Box 2248, St. Louis, Missouri 63043.

8

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:04Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/INT AMENDMENT 3

4.7.4.1  <u>Surface tension</u>.  The surface tension of 3±0.05 percent of Type 3 or 6±0.1 percent of Type 6 by volume in distilled water, as appropriate, and of reagent grade cyclohexane shall be determined with a DuNoy tensiometer, or equal, at 23 °C ±2.0 °C in accordance with ASTM D1331.

4.7.4.2  <u>Interfacial tension</u>.  The interfacial tension between 3±0.05 percent of Type 3 or 6±0.1 percent of Type 6 by volume in distilled water, as appropriate, and reagent grade cyclohexane shall be determined with a DuNoy tensiometer, or equal, at 23 °C ±2.0 °C until the readings come to equilibrium and in accordance with ASTM D1331.

4.7.5  <u>Foamability</u>.  The foam shall be generated by means of a special 2-gallons-per-minute (gal/min) test nozzle.  The basic nozzle, as made by National Foam System, Inc., Lionville, Pennsylvania, or equal, shall be modified by shortening the length of the foam barrel from 2½ to 1¼ inches, and by adding a "wing-tip" spreader on the outlet.  The spreader shall have a ⅛-inch wide, circular orifice, 1⅞ inches long.  (It may be made by slightly compressing a Bernz-o-matic TX-1527, or equal, flame spreader.)  A print of the nozzle construction is available from the Naval Research Laboratory, Code 6180, Washington, DC  20375.  During foam sample collection, the nozzle inlet pressure shall be maintained at a gauge pressure of 100 pounds per square inch (lb/in²), and the solution temperature at 23 °C ±5.0 °C.  The nozzle shall be held at hip height and directed onto the backboard from a distance of 4 to 6 feet.  The method and procedure shall be in accordance with NFPA 412.  Foamability shall be run on 6 percent fresh and sea water solutions of the Type 6 concentrate and 3 percent fresh and sea water solutions of the Type 3 concentrate.

4.7.6  <u>Film formation and sealability</u>.

4.7.6.1  <u>Test equipment</u>.  A CRES graduated measure of 1,000-milliliter (mL) capacity (4½ inches in diameter, 5 inches deep; Cole-Parmer Co., Chicago, Illinois, or equal) shall be fitted with two retaining clips at the top edge. The clips serve to restrain a cone 5 inches in height and 4¾ inches in diameter, made of 80-mesh perforated CRES, in an inverted position inside the measure.  The 2-gal/min nozzle specified in 4.7.5 shall be used for foam production.

4.7.6.2  <u>Test procedure</u>.  After placing 400 mL of water and 200 mL of 98-percent cyclohexane in the measure, 200 mL of freshly-made foam shall be poured onto the fuel.  The inverted cone shall be pushed down into the measure, thereby pushing most of the foam aside but allowing the film-producing liquid to creep in through the mesh openings.  A foam-free surface shall be created by manually scooping out most of the residual foam from the center of the cone.  After a 1-minute waiting period, a pilot flame shall be passed over the fuel surface at a height of about ½ inch.  A small flash is permitted, but no sustained ignition shall result, if an effective vapor seal is present. A 1-inch long pilot flame shall be provided with a hand-held propane cylinder fitted with a capillary tubing outlet.

4.7.7  <u>Corrosion</u>.  The liquid for immersion of the metal specimens for general corrosion and localized corrosion tests shall consist of the concentrate diluted by 10 percent by volume with sea water.

4.7.7.1  <u>General corrosion</u>.

4.7.7.1.1  <u>Test specimens</u>.  The test specimens shall consist of the following metals, in accordance with UNS designations (see ASTM E527):  G10100 steel, C70600 copper-nickel alloy, N04400 nickel-copper, and C90500 bronze.  All specimens, except the bronze, shall be milled to finished dimensions of approximately ¹⁄₁₆ inch thick, ½ inch wide, and 3 inches long.  The bronze shall have sand cast faces and be approximately ³⁄₁₆ inch thick, ½ inch wide, and 3 inches long.  All specimens shall be degreased in acetone, rinsed with distilled water, and air dried before exposure.  (Prepared metal specimens may be obtained from the Metaspec Company, Box 27707, San Antonio, Texas  27227-0707.)

4.7.7.1.2  <u>Test procedures</u>.  Five weighted specimens of each metal shall be fully immersed in the test medium in a separate 600-mL beaker and held at room temperature for a period of 60 days.  A watch-glass cover shall be used to retard evaporation.  At the end of the exposure period, the weight-loss shall be determined and the corrosion rate calculated as required.

9

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:04Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/INT AMENDMENT 3

4.7.7.2  <u>Localized corrosion</u>.

4.7.7.2.1  <u>Test specimens</u>.  The test specimens shall consist of UNS S30400 CRES milled to finished dimensions of approximately 1/16 inch thick, 1/2 inch wide, and 3 inches long.  After degreasing with acetone, rinsing with distilled water, and air drying before exposure, the specimens shall be pretreated by immersion in a 1:9 concentrated nitric acid-water solution for the period of 5 minutes.

4.7.7.2.2  <u>Procedure</u>.  Ten specimens shall be girdled lengthwise with a clean 1/16 to 1/8-inch wide band of a good grade of gum rubber of a size such that the band is taut during the test.  Because of the poor quality of most commercial rubber bands, it is recommended that the bands for this test be cut from 1¾ inch flat width pure gum amber tubing (Preiser Scientific Rubber tubing, Pure Gum, Gooch type, 1/32-inch thin wall, pure gum amber tubing, very elastic, especially made for Gooch crucibles, or equal).  This tubing is most easily cut into uniform strips with a blade-type papercutter, but can also be cut with sharp shears.  The specimens girdled with the rubber bands shall be placed in a 600-mL beaker so that no contact is made between individual specimens.  A ¼-inch layer of glass beads shall be introduced into the beaker to aid in stabilizing specimen position.  Enough liquid shall be added to completely immerse the specimens, and a watch-glass shall be placed over the beaker to retard evaporation (but allow air access) and act as a dust cover, and the assemblies allowed to stand at room temperature for 60 days.

4.7.7.2.3  <u>Results</u>.  The specimens shall be monitored daily over the 60-day period to ascertain the presence or absence of pitting.  These daily examinations shall be made without disturbing the test (other than removing the cover).  Corrosion is customarily signaled by the appearance of a dark spot which, if removed after sufficient exposure, discloses a corrosion pit.  If the suspected area cannot be positively identified by the naked eye, it can be at a magnification of 10X.  At the end of the test, each specimen shall be inspected carefully with particular attention being given to the edges of the specimens and those areas of the specimens under or adjacent to the rubber bands.  10X magnification shall be used, if necessary.

4.7.8  <u>PFOA and PFOS content</u>.  The tests for PFOA and PFOS content shall be conducted by a laboratory that is accredited by the DoD Environmental Laboratory Accreditation Program (ELAP) and tests in compliance with the "Per- and Polyfluoroalkyl Substances (PFAS) Using Liquid Chromatography Tandem Mass Spectrometry (LC/MS/MS) with Isotope Dilution or Internal Standard Quantification in Matrices Other Than Drinking Water" table of DoD QSM Version 5.1.  (A list of ELAP accredited laboratories can be found online at http://www.denix.osd.mil/edqw/accreditation/accreditedlabs.  Under the "Method" drop-down list, select "PFAS by LCMSMS Compliant with QSM 5.1 Table B-15".)  Test results shall be recorded from the lowest dilution possible while still meeting all of the requirements in the DoD QSM table.  This may require results to be recorded from two different dilutions; one for PFOA and one for PFOS.

4.7.8.1  <u>PFOA content</u>.  PFOA content shall be determined in accordance with 4.7.8.  Results shall be expressed in parts per billion (ppb).

4.7.8.2  <u>PFOS content</u>.  PFOS content shall be determined in accordance with 4.7.8.  Results shall be expressed in ppb.

4.7.9  <u>Dry chemical compatibility</u>.  The foam's compatibility with potassium bicarbonate dry chemical extinguishing agent shall be determined by measuring the burnback time in the presence of dry chemical.

4.7.9.1  <u>Test materials</u>.  The fuel shall be unleaded gasoline conforming to ASTM D4814.  The dry chemical agent shall conform to O-D-1407.  The sieve shall be an 8-inch diameter, 40-mesh sieve conforming to ASTM E11.

4.7.9.2  <u>Test procedure</u>.  A 28-square-foot fire test shall be conducted in accordance with 4.7.13.1 using Type 3 or 6 AFFF sea water solution, as required.  Before placing the burning pan, 1 pound of dry chemical agent shall be evenly distributed over the foam blanket with the aid of a sieve on a long handle.  This shall be accomplished within a 30-second period so that the total time from end of foam application to placement of the burning pan will not be longer than 90 seconds.  The burnback time shall be determined as in 4.7.13.1.4.

10

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:04Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/INT AMENDMENT 3

4.7.10  Stability.

4.7.10.1  Sample preparation.  Samples of concentrate, and Type 3 and Type 6 AFFF fresh water and sea water solution, as appropriate, shall be prepared in sufficient quantity to perform the required tests.  One liter (L) of each shall be placed in lightly stoppered glass cylinders.  All samples shall then be stored at 65 °C ±2.0 °C for a period of 10 days.  The samples shall then be subjected to the following tests:

| | | |
|---|---|---|
| a. | Spreading coefficient | 4.7.4 |
| b. | Foamability | 4.7.5 |
| c. | Film formation and sealability | 4.7.6 |
| d. | Fire performance (28 ft²) | 4.7.13.1 |
| e. | Stratification | 4.7.14 |
| f. | Precipitation | 4.7.15 |

NOTE:  In the preparation of the samples to be used for the precipitation test, the synthetic sea water shall be filtered prior to use.

4.7.11  Compatibility.

4.7.11.1  Sample preparation.  The Government will provide samples of appropriate qualified product(s) to manufacturers officially authorized to submit candidate material for qualification (see 3.3.3).  Mixtures of the Type 3 and Type 6 concentrates to be tested shall be prepared in sufficient quantities to perform the required tests.  (For qualification testing, the testing activity will determine the number of product mixtures to be evaluated and the ratio of product comprising these mixtures.)  Additionally, 3 percent of Type 3 or 6 percent of Type 6 AFFF fresh water and sea water solutions shall be prepared from each concentrate mixture.  One L of each shall be placed in lightly stoppered glass cylinders.  The samples shall be stored at 65 °C ±2.0 °C for a period of 10 days.  The samples shall then be subjected to the following tests:

| | | |
|---|---|---|
| a. | Foamability | 4.7.5 |
| b. | Film formation and sealability | 4.7.6 |
| c. | Fire performance (28 ft²) | 4.7.13.1 |
| d. | Stratification | 4.7.14 |
| e. | Precipitation | 4.7.15 |

4.7.12  Environmental impact.

4.7.12.1  Toxicity.  Toxicity test shall be performed on the Killiefish (Fundulus herteroclitus) in accordance with ASTM E729, using dynamic procedures.  The minimum acceptable dissolved oxygen content of water used in this procedure shall be 5 p/m.

4.7.12.2  Chemical oxygen demand (COD).  COD shall be determined in accordance with procedures in Standard Method for the Examination of Water and Waste Water (latest applicable edition).

4.7.12.3  Biodegradability.  Biodegradability shall be determined by dividing the value expressed in mg/L for the 20-day biological oxygen demand (BOD20) determined from 5-day BOD test in accordance with the procedure specified in Standard Methods for the Examination of Water and Waste Water (latest applicable edition) by the value expressed in mg/L for COD determined as specified in 4.7.12.2.

4.7.13  Fire test.  No fire test shall be conducted when the wind speed is above 10 miles per hour (mi/hr).  These tests are normally conducted indoors to avoid adverse weather conditions.

4.7.13.1  Twenty-eight-square-foot fire test.

4.7.13.1.1  Test equipment.  The fire test shall be conducted in a level, circular pan 6 feet in diameter, fabricated from ¼-inch thick steel with a 4-inch high side.  A shallow water layer shall be used to protect the pan bottom and to ensure complete coverage of the area with fuel.  The nozzle used for foam application shall be the 2 gal/min device specified in 4.7.5.

11

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:04Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/INT AMENDMENT 3

4.7.13.1.2  Test materials.  Foam shall be generated at 23 °C ±5.0 °C from AFFF solutions made with fresh or sea water, as required, at concentration values shown in table V.  The fuel shall be 10 gallons of unleaded gasoline conforming to ASTM D4814.

TABLE V.  AFFF test concentration values.

| Solutions | Type 3 | Type 6 |
|---|---|---|
| Lean [1/] | 1.5±0.03 | 3±0.1 |
| Normal strength | 3±0.05 | 6±0.1 |
| Rich [2/] | 15±0.2 | 30±0.2 |

[1/]  One test with fresh water and one with sea water.

[2/]  One test with sea water.

4.7.13.1.3  Test procedure.  The fuel shall be dumped within a 30-second period.  The fuel shall be ignited within 30 seconds of fueling and allowed to burn freely for 10 seconds.  After the preburn period, the fire shall be attacked and extinguished as expeditiously as possible and the fire extinguishing time shall be recorded at the exact cessation of all flame, but foam application shall continue for a total of 90 seconds.

4.7.13.1.4  Burnback procedure.  Within 60 seconds of the completion of foam application, a burning pan (1-foot diameter with 2-inch side) containing one gallon of unleaded gasoline shall be placed in the center of the 28-square-foot pan and a timer started.  When it appears that the fire has spread outside the pan so that the burning will continue after pan removal, the pan shall be removed.  The burnback time is that at which it is estimated that 7 square feet (25 percent) of the total area is involved in flames.

NOTE:  Intermittent "flash-overs" may occur.  They are characterized by creeping faint blue or invisible flames over the foam surface which usually self-extinguish.  They are not considered a part of the burnback area unless sustained burning occurs.  All isolated, sustained burning areas shall be included in arriving at the 7-square-foot total area.

4.7.13.2  Fifty-square-foot fire test.

4.7.13.2.1  Test site.  The fire test shall be conducted on a level, circular area 8 feet in diameter.  The base and surrounding wall shall be suitable for containment of the fuel on a substrate of water.  The water depth shall be the minimum required to ensure complete coverage area with the fuel.

4.7.13.2.2  Test equipment.  The nozzle used for foam application shall be the 2 gal/min device specified in 4.7.5, operated at a gauge pressure of 100 lb/in$^2$.

4.7.13.2.3  Test materials.  The foam shall be generated at 23 °C ±5.0 °C from 3±0.05 percent of Type 3 or 6±0.1 percent of Type 6 AFFF solutions made with sea water.  The fuel shall be 15 gallons of unleaded gasoline conforming to ASTM D4814.

4.7.13.2.4  Test procedure.  The fuel shall be dumped into the area in less than 60 seconds and ignited in less than 30 seconds after fuel dumping is completed.  After allowing a preburn period of 10 seconds, the fire shall be attacked and extinguished in an expeditious manner.  At 10-second intervals after the start of foam application, observers shall estimate the percentage of fire area extinguished.  The percentages at 10, 20, 30, and 40 seconds shall be totaled to give the "40-second summation" value.  The exact extinguishing time shall also be recorded at the cessation of all flame, but foam application shall continue for a total of 90 seconds.

4.7.13.2.5  Burnback procedure.  Within 60 seconds of the completion of foam application, a burnback test shall be conducted as specified in 4.7.13.1.4, except that the burnback area shall be 12.5 square feet (25 percent).

4.7.14  Stratification.  The presence of stratification shall be determined by visual examination of the samples contained in the glass cylinders.

12

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:04Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/INT AMENDMENT 3

4.7.15  Precipitation.  The amount of precipitation shall be determined in accordance with the procedures of ASTM D1796.

4.7.16  Fluorine content.

4.7.16.1  Qualification.  The total fluorine content shall be determined.  The total fluorine content and the test procedure used to determine the content shall be furnished as part of the qualification inspection report.

4.7.16.2  Quality conformance inspection.  The total fluorine content shall be determined in accordance with the test procedure furnished with the qualification inspection report (see 4.7.16.1).  The total fluorine content shall be included in the quality conformance inspection report.

4.7.17  Packaging inspection.  Sample packages and packs and the inspection of preservation, packaging, packing, and marking for shipment and storage shall be in accordance with the requirements of 4.6, section 5, and the documents specified therein.  The magnetic permeability test (for metal handles of 5-gallon containers) of 4.7.16.1 and the torque test (for the pour cap of 5-gallon containers) of 4.7.17.2 shall be included.

4.7.17.1  Magnetic permeability (metal handles of 5-gallon containers).  The metal handles of the 5-gallon containers shall be checked to determine conformance with the magnetic requirements of 5.1.1.1.1d using a permeability indicator, low-mu (GO-NO-GO) in accordance with ASTM A342/A342M.

4.7.17.2  Torque test (pour cap of 5-gallon container).  The pour cap of the 5-gallon container shall be subjected to a torque test to determine conformance with 5.1.1.1.1f.

5.  PACKAGING

(The packaging requirements specified herein apply only for direct Government acquisitions.  For the extent of applicability of the packaging requirements of referenced documents listed in section 2, see 6.5.)

5.1  Preservation-packaging.  Preservation-packaging for Level A shall be as specified hereinafter.

5.1.1  The AFFF liquid concentrate shall be furnished in a 5-gallon or in a 55-gallon plastic container as specified (see 6.2d).

5.1.1.1  Five-gallon plastic container.  The container shall be molded polyethylene as specified herein.  The container shall be as follows:

| | | |
|---|---|---|
| a. | Capacity | 5 gallons (min.) |
| b. | Height, body (overall) | 15 inches (max.) |
| c. | Diameter, body (overall) | 11¾ inches (max.) |
| d. | Pour opening (inside dia.) | 1½ inches (min.) |

5.1.1.1.1  The container shall meet the requirements of Department of Transportation Specification Number 34 as specified in the Code of Federal Regulations, Title 49, Part 178.19, and as follows:

a.   Shall be stackable and self-supporting.

b.   Shall be provided with a threaded-type plastic cap fitted with a gasket for the pour opening.

c.   May be provided with a vent opening having an easily punctured membrane.  When furnished, vent opening shall be provided with a threaded type plastic cap.

d.   Shall be provided with an integrally molded or recessible plastic or metal handle.  Metal handles shall not exceed a magnetic permeability of 2.0.

e.   Shall have colors conforming to 5.1.1.3, Type 3 green, Type 6 blue.

f.   The torque required to remove the pour opening cap shall not exceed 50 inch-pounds.

5.1.1.2  Fifty-five gallon container.  The 55-gallon container shall be molded polyethylene, Size 4, conforming to MIL-D-43703.

13

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:04Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/INT AMENDMENT 3

5.1.1.3  <u>Exterior color and coating</u>.  The green color (see 3.5) shall be an approximate match to color number 14187 of SAE-AMS-STD-595.  The blue color (see 3.5) shall be an approximate match to color number 15123 of SAE-AMS-STD-595.

5.2  <u>Packing</u>.  For Level A no further packing is required.

5.2.1  Method of shipment shall comply with Uniform Freight Classification Ratings, Rules, and Regulations or other carrier rules as applicable to the mode of transportation.

5.2.2  <u>Palletization</u>.

a.    Thirty-six 5-gallon plastic containers shall be palletized in accordance with the requirements of MIL-STD-147, Load Type XVII.  Pallets conforming to NN-P-71, Type V, Class 1, wood group optional, Size 2, are acceptable.  Containers shall be properly and firmly nested and arranged to ensure a snug, non-shifting load.  Pallet dimensions may be adjusted to ensure a snug, non-shifting load, but shall not exceed 43 by 52 inches.

b.    Inverted caps.  The inverted cap shall be the open sheathing type, wood group optional.

c.    Top wood cap.  The top wood cap shall be the closed sheathing (plywood) wood cap, wood group optional for slats.  In addition, each corner of the plywood cap shall be secured to the end and side slats with strapping.  Strapping shall be ¾ inch by 0.035 inch and shall extend a minimum of 3 inches into the plywood top and slats.  Nails used to secure the strapping shall be clinched.

d.    Strapping.  All primary, secondary, auxiliary, and horizontal strapping shall not be less than 1¼ inches by 0.035 inch.  Strapping shall conform to ASTM D3953, Type I, Finish B.  Cross ties shall be applied in accordance with MIL-STD-147.

e.    Side frames.  Minimum size of side frame members shall be a nominal 1 by 6 inches conforming to Group I, II, III,or IV of ASTM D6199.  Nails used to secure flat surfaces of side frames shall be clinched not less than ¼ inch.

5.3  <u>Marking</u>.  In addition to the marking specified in 3.5 and any special marking required (see 6.2), containers and palletized unit loads shall be marked in accordance with MIL-STD-129.

6.  NOTES

(This section contains information of a general or explanatory nature that may be helpful, but is not mandatory.)

6.1  <u>Intended use</u>.  The concentrate is intended for use in mechanical foam generating equipment such as fire-fighting trucks or foam sprinkler systems for extinguishing fires in flammable liquids such as gasoline or fuel oils.  Type 6 is intended for use in proportioners designed to dispense only the 6-percent solution (usually shipboard fire protection systems).  Type 3 may be used in any equipment capable of proportioning at variable rates or at fixed 3-percent solution.

6.2  <u>Acquisition requirements</u>.  Acquisition documents should specify the following:

a.    Title, number, and date of this specification.

b.    The specific issue of individual documents referenced (see 2.1.1 and 2.2).

c.    Type of concentrate required (see 1.2).

d.    Size of container required (see 5.1.1).

e.    Special marking, if required (see 5.3).

6.3  <u>Consideration of data requirements</u>.  The following data requirements should be considered when this specification is applied in a contract.  The applicable Data Item Description (DID's) should be reviewed in conjunction with the specific acquisition to ensure that only essential data are requested/provided and that the DID's are tailored to reflect the requirements of the specific acquisition.  To ensure correct contractual application of the data requirements, a Contract Data Requirements List (DD Form 1423) must be prepared to obtain the data, except where DOD FAR Supplement 27.475-1 exempts the requirements for a DD Form 1423.

| Reference paragraph | DID number | DID title | Suggested tailoring |
|---|---|---|---|
| 4.5 | DI-T-2072 | Test report | - |

14

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:04Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/INT AMENDMENT 3

The above DID was cleared as of the date of this specification.  The current issue of DOD 5010.12-L, Acquisition Management Systems and Data Requirements Control List (AMSDL), must be researched to ensure that only current, cleared DID's are cited on the DD Form 1423.

6.4  Qualification.  With respect to products requiring qualification, awards will be made only for products which are, at the time of award of contract, qualified for inclusion in Qualified Products List QPL No. 24385 whether or not such products have actually been so listed by that date.  The attention of the contractors is called to these requirements, and manufacturers are urged to arrange to have the products that they propose to offer to the Federal Government tested for qualification in order that they may be eligible to be awarded contracts or orders for the products covered by this specification.  Information pertaining to qualification of products may be obtained from Commander, Naval Sea Systems Command, ATTN:  SEA 05S, 1333 Isaac Hull Avenue, SE, Stop 5160, Washington Navy Yard DC  20376-5160 or emailed to CommandStandards@navy.mil.  An online listing of products qualified to this specification may be found in the Qualified Products Database (QPD) at https://assist.dla.mil.

6.4.1  Provisions governing qualification.  Copies of SD-6 "Provisions Governing Qualification" are available online at https://quicksearch.dla.mil or https://assist.dla.mil.

6.5  Sub-contracted material and parts.  The packaging requirements of referenced documents listed in section 2 do not apply when material is acquired by the contractor for incorporation into the concentrate and lose separate identity when the concentrate is shipped.

6.6  PFOA and PFOS content.  The DoD's goal is to acquire and use a non-fluorinated AFFF formulation or equivalent firefighting agent to meet the performance requirements for DoD critical firefighting needs.  The DoD is funding research to this end, but a viable solution may not be found for several years.  In the short term, the DoD intends to acquire and use AFFF with the lowest demonstrable concentrations of two particular per- and PFAS; specifically PFOS and PFOA.  The DoD intends to be open and transparent with Congress, the Environmental Protection Agency (EPA), state regulators, and the public at large regarding DoD efforts to address these matters.  AFFF manufacturers and vendors are encouraged to determine the levels of PFOS, PFOA, and other PFAS in their products and work to drive these levels toward zero while still meeting all other military specification requirements.

6.7  Amendment notations.  The margins of this specification are marked with vertical lines to indicate modifications generated by this amendment.  This was done as a convenience only and the Government assumes no liability whatsoever for any inaccuracies in these notations.  Bidders and contractors are cautioned to evaluate the requirements of this document based on the entire content irrespective of the marginal notations.

15

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:04Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/INT AMENDMENT 3


THIS END UP

U.S.

AQUEOUS FILM FORMING FOAM (AFFF) LIQUID CONCENTRATE

In accordance with

DEPARTMENT OF DEFENSE SPECIFICATION MIL-PRF-24385

TYPE 3 (3%)

NSN _____


This fire extinguishing concentrate is for use by dilution with water in fixed or mobile systems.  It may be used alone or in combination with "twinned" dry chemical equipment.  The concentrate may be diluted for use in flow proportioning equipment with sea water or fresh water at volume proportions of three gallons concentrate to 97 gallons water.  It may also be diluted for ready-use storage at a three percent premixed foam solution with fresh water.  For ready use do not store below 35 °F and avoid prolonged storage above 120 °F.  Only mix with other Type 3 liquid concentrate in accordance with MIL-PRF-24385 and water.


MANUFACTURER'S NAME

CORPORATE ADDRESS

MANUFACTURING ADDRESS

PRODUCT NAME

BATCH NO.

DATE OF MANUFACTURE


FIGURE 1.  Type 3 container markings.


16

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:04Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/INT AMENDMENT 3


THIS END UP

U.S.

AQUEOUS FILM FORMING FOAM (AFFF) LIQUID CONCENTRATE

In accordance with

DEPARTMENT OF DEFENSE SPECIFICATION MIL-PRF-24385

TYPE 6 (6%)

NSN _____


This fire extinguishing concentrate is for use by dilution with water in fixed or mobile systems.  It may be used alone or in combination with "twinned" dry chemical equipment.  The concentrate may be diluted for use in flow proportioning equipment with sea water or fresh water at volume proportions of six gallons concentrate to 94 gallons water.  It may also be diluted for ready-use storage at a six-percent premixed foam solution with fresh water.  For ready use do not store below 35 °F and avoid prolonged storage above 120 °F.  Only mix with other Type 6 liquid concentrate in accordance with MIL-PRF-24385 and water.


MANUFACTURER'S NAME

CORPORATE ADDRESS

MANUFACTURING ADDRESS

PRODUCT NAME

BATCH NO.

DATE OF MANUFACTURE


FIGURE 2.  Type 6 container markings.

17

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:04Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/INT AMENDMENT 3

CONCLUDING MATERIAL

Preparing activity:
Navy − SH
(Project 4210-2019-003)

NOTE:  The activities listed above were interested in this document as of the date of this document.  Since organizations and responsibilities can change, you should verify the currency of the information above using the ASSIST Online database at https://assist.dla.mil.

18

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:04Z
Check the source to verify that this is the current version before use.

# ATTACHMENT F

INCH-POUND

MIL-PRF-24385F(SH)
w/AMENDMENT 4
7 April 2020
SUPERSEDING
MIL-PRF-24385F(SH)
w/INT. AMENDMENT 3
7 May 2019
w/AMENDMENT 2
7 September 2017

PERFORMANCE SPECIFICATION

FIRE EXTINGUISHING AGENT, AQUEOUS FILM-FORMING FOAM (AFFF) LIQUID CONCENTRATE, FOR FRESH AND SEA WATER

This specification is approved for use by the Naval Sea Systems Command and is available for use by all Departments and Agencies of the Department of Defense.

1. SCOPE

1.1 <u>Scope</u>. This specification covers the requirements for aqueous film-forming foam (AFFF) liquid concentrate fire extinguishing agents consisting of surfactants and other compounds, as required, to conform to this specification. At the time of use they shall be diluted with fresh or sea water to form a fire-extinguishing solution. Certain proportioning equipment may produce AFFF solutions of extreme concentrations; requirements for such concentrations are specified herein.

1.2 <u>Classification</u>. Concentrates shall be of the following types, as specified (see 6.2):

Type 3 - To be used as three parts concentrate to ninety-seven parts water by volume solution.

Type 6 - To be used as six parts concentrate to ninety-four parts water by volume solution.

2. APPLICABLE DOCUMENTS

2.1.1 <u>Specifications, standards, and handbooks</u>. The following specifications, standards, and handbooks form a part of this document to the extent specified herein. Unless otherwise specified, the issues of these documents are those cited in the solicitation or contract.

SPECIFICATIONS

FEDERAL

NN-P-71    -    Pallets, Material Handling, Wood, Stringer Construction, 2-Way and 4-Way (Partial)

O-D-1407    -    Dry Chemical, Fire Extinguishing, Potassium Bicarbonate

MILITARY

MIL-D-43703    -    Drum, Shipping and Storage, Molded Polyethylene

---

Comments, suggestions, or questions on this document should be addressed to: Commander, Naval Sea Systems Command, ATTN: SEA 05S, 1333 Isaac Hull Avenue, SE, Stop 5160, Washington Navy Yard DC 20376-5160 or emailed to CommandStandards@navy.mil, with the subject line "Document Comment". Since contact information can change, you may want to verify the currency of this address information using the ASSIST Online database at https://assist.dla.mil.

AMSC N/A                                                                                                    FSC 4210

DISTRIBUTION STATEMENT A. Approved for public release. Distribution is unlimited.

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:03Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 4

STANDARDS

MILITARY

| | | |
|---|---|---|
| MIL-STD-129 | - | Military Marking for Shipment and Storage |
| MIL-STD-130 | - | Identification Marking of U.S. Military Property |
| MIL-STD-147 | - | Palletized Unit Loads |

(Copies of these documents are available online at https://quicksearch.dla.mil.)

2.1.2  Other Government publications.  The following other Government publications form a part of this document to the extent specified herein.  Unless otherwise specified, the issues are those cited in the solicitation.

PUBLICATIONS

DEPARTMENT OF DEFENSE

| | | |
|---|---|---|
| DoD QSM 5.3 | - | Department of Defense (DoD) Quality Systems Manual (QSM) for Environmental Laboratories, Version 5.3 |

(Copies of this document are available online at https://www.denix.osd.mil/edqw/documents/manuals/.)

DEPARTMENT OF TRANSPORTATION

Code of Federal Regulations, Title 49

(Application for copies should be addressed to the Superintendent of Documents, U.S. Government Printing Office, Washington, DC  20402.)

MILITARY

DAVID W. TAYLOR NAVAL SHIP RESEARCH AND DEVELOPMENT CENTER (DTNSRDC)

Standard Marine Bioassay Procedure for Shipboard Chemicals

(Application for copies should be addressed to Commander, David W. Taylor Naval Ship Research and Development Center, Code 2865, Annapolis, MD  21402.)

2.2  Non-Government publications.  The following documents form a part of this document to the extent specified herein.  Unless otherwise specified, the issues of these documents are those cited in the solicitation or contract.

AMERICAN SOCIETY FOR TESTING AND MATERIALS (ASTM)

| | | |
|---|---|---|
| A342/A342M | - | Standard Test Methods for Permeability of Weakly Magnetic Materials |
| D445 | - | Standard Test Method for Kinematic Viscosity of Transparent and Opaque Liquids (and Calculation of Dynamic Viscosity) |
| D1141 | - | Standard Specification for the Preparation of Substitute Ocean Water |
| D1331 | - | Standard Test Methods for Surface and Interfacial Tension of Solutions of Paints, Solvents, Solutions of Surface-Active Agents, and Related Materials |
| D1796 | - | Standard Test Method for Water and Sediment in Fuel Oils by the Centrifuge Method (Laboratory Procedure) |
| D3953 | - | Standard Specification for Strapping, Flat Steel and Seals |
| D4814 | - | Standard Specification for Automotive Spark-Ignition Engine Fuel |

2

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:03Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 4

| | | |
|---|---|---|
| D6199 | - | Standard Practice for Quality of Wood Members of Containers and Pallets |
| E11 | - | Standard Specification for Woven Wire Test Sieve Cloth and Test Sieves |
| E527 | - | Standard Practice for Numbering Metals and Alloys in the Unified Numbering System (UNS) |
| E729 | - | Standard Guide for Conducting Acute Toxicity Tests on Test Materials with Fishes, Macroinvertebrates, and Amphibians |

(Application for copies should be addressed to the American Society for Testing and Materials, 1916 Race Street, Philadelphia, PA  19103.)

AMERICAN PUBLIC HEALTH ASSOCIATION

Standard Methods for the Examination of Water and Waste Water

(Application for copies should be addressed to the American Public Health Association, 1015 15th Street NW, Suite 300, Washington, DC  20005.)

NATIONAL FIRE PROTECTION ASSOCIATION (NFPA)

NFPA 412     -   Standard for Evaluating Aircraft Rescue and Fire-Fighting Foam Equipment

(Application for copies should be addressed to the National Fire Protection Association, Batterymarch Park, Quincy, Massachusetts  02269.)

SAE INTERNATIONAL

SAE-AMS-STD-595     -   Colors Used in Government Procurement

(Copies of this document are available online at www.sae.org.)

UNIFORM CLASSIFICATION COMMITTEE, AGENT

Uniform Freight Classification Ratings, Rules, and Regulations

(Application for copies should be addressed to the Uniform Classification Committee Agent, Tariff Publication Officer, Room 1106, 222 South Riverside Plaza, Chicago, IL  60606.)

2.3  Order of precedence.  Unless otherwise noted herein or in the contract, in the event of a conflict between the text of this document and the references cited herein, the text of this document takes precedence.  Nothing in this document, however, supersedes applicable laws and regulations unless a specific exemption has been obtained.

3.  REQUIREMENTS

3.1  Qualification.  Liquid concentrate fire extinguishing agents furnished under this specification shall be products which are qualified for listing on the applicable Qualified Products List at the time set for opening of bids (see 4.3 and 6.4).

3.2  Materials.  Concentrates shall consist of surfactants plus other compounds as required to conform to the requirements specified hereinafter.  The material shall have no adverse effect on the health of personnel when used for its intended purpose.

3.3  Concentrate characteristics.  Concentrates shall conform to the chemical and physical requirements shown in table I.

3.3.1  Film formation and sealability.  The foam produced film shall spread over the fuel surface and seal off vapor production to prevent sustained ignition (see 4.7.6).

3

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:03Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 4

3.3.2  <u>Stability</u>.  The concentrate (Type 3 or Type 6) and a 3 percent premix solution of Type 3 or a 6 percent premix solution of Type 6 as applicable shall conform to the following requirements after 10 days storage at 65 Celsius (°C) ±2.0 °C (see 4.7.10):

    a.   Spreading coefficient:  (See table I)

    b.   Foamability:  (See table I)

    c.   Film formation and sealability:  As specified in 3.3.1

    d.   Fire performance, 28 square feet (ft²) fire, 1.5 and 3 percent of Type 3 and 3 and 6 percent of Type 6 fresh and sea water solutions:  As specified in 3.4

    e.   Stratification:  No visible evidence following test (see 4.7.14)

    f.   Precipitation:  0.05 percent by volume (see 4.7.15).

3.3.3  <u>Compatibility</u>.  The concentrates of one manufacturer shall be compatible in all proportions with concentrate furnished by other manufacturers listed on the qualified products list.  The material shall also be compatible with materials in inventory which were acquired under previous issues of this specification and known to be still in use in significant quantities.  Information regarding these materials may be obtained from NAVSEA.  The concentrate shall conform to the following requirements after 10 days storage at 65 °C ±2.0 °C (see 4.7.11):

    a.   Foamability:  (See table I)

    b.   Film formation and sealability:  As specified in 3.3.1

    c.   Fire performance 28 ft², 3 percent of Type 3 and 6 percent of Type 6 fresh and sea water solution:  As specified in 3.4

    d.   Stratification:  No visible evidence following test (see 4.7.14)

    e.   Precipitation:  0.05 percent by volume (see 4.7.15).

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:03Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 4

TABLE I.  Chemical and physical requirements for concentrates or solutions.

| Requirement | Values | | Applicable publication | Test paragraph |
|---|---|---|---|---|
| | Type 3 | Type 6 | | |
| Refractive index, minimum | 1.3630 | 1.3580 | - | 4.7.1 |
| Viscosity, centistokes: | | | ASTM D445 | 4.7.2 |
|   Maximum at 5 °C | 20 | 10 | | |
|   Minimum at 25 °C | 2 | 2 | | |
| Hydrogen ion concentration (pH) | 7.0 to 8.5 | 7.0 to 8.5 | - | 4.7.5 |
| Spreading coefficient, minimum | 3 | 3 | - | 4.7.4 |
| Foamability: | | | | |
|   Foam expansion, minimum | 5.0 | 5.0 | NFPA 412 | 4.7.5 |
|   Foam 25% drainage time, minutes, minimum | 2.5 | 2.5 | NFPA 412 | 4.7.5 |
| Corrosion rate: | | | | |
|   General | | | | |
|     Cold rolled, low carbon steel (UNS G10100), milli in/yr, maximum | 1.5 | 1.5 | ASTM E527 | 4.7.7 |
|     Copper-nickel (90-10) (UNS C70600), milli in/yr, maximum | 1.0 | 1.0 | ASTM E527 | 4.7.7 |
|     Nickel-copper (70-30) (UNS N04400), milli in/yr, maximum | 1.0 | 1.0 | ASTM E527 | 4.7.7 |
|     Bronze (UNS C90500), milligrams, maximum | 100 | 100 | ASTM E527 | 4.7.7 |
|   Localized, corrosion-resistant (CRES) steel, (UNS S30400) | No pits | No pits | - | 4.7.7 |
| Perfluorooctanoic acid (PFOA) content, ppb, maximum | 800 [1] | 800 [1] | DoD QSM 5.3 | 4.7.8 |
| Perfluorooctane Sulfonate (PFOS) content, ppb, maximum | 800 [1] | 800 [1] | DoD QSM 5.3 | 4.7.8 |
| Dry chemical compatibility, burn-back, resistance time, seconds, minimum | 360 | 360 | - | 4.7.9 |
| Environmental impact: | | | | |
|   Toxicity, $LC_{50}$, mg/L, minimum | 500 | 1000 | - | 4.7.12.1 |
|   COD, mg/L, maximum | 1000K | 500K | - | 4.7.12.2 |
|   $\dfrac{BOD}{COD}20$ , minimum | 0.65 | 0.65 | - | 4.7.12.3 |

NOTE:
[1]    Current limit of quantitation.

5

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:03Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 4

3.3.4 <u>Total fluorine content</u>. The total fluorine content of the AFFF shall be determined and shall not deviate more than 15 percent of the value determined and reported at time of qualification report (see 4.7.16.1).

3.4 <u>Fire performance</u>. The foam shall conform to the fire performance requirements shown in <u>table II</u>.

TABLE II.  <u>Fire performance</u>.

| | AFFF solutions, percent | | |
| --- | --- | --- | --- |
| | 1.5% of Type 3 3.0% of Type 6 | 3% of Type 3 6% of Type 6 | 15% of Type 3 30% of Type 6 |
| | **(Fresh and sea)** | **(Fresh and sea)** | **(Sea)** |
| 28-ft² fire (see 4.7.13.1): | | | |
| Foam application time to extinguish, seconds, maximum | 45 | 30 | 55 |
| Burnback time of resulting foam cover, seconds, minimum | 300 | 360 | 200 |
| 50-ft² fire (see 4.7.13.2): | | | |
| Foam application time to extinguish, seconds, maximum | | 50 (Sea only) | |
| Burnback time of resulting foam cover, seconds, minimum | | 360 | |
| 40-second summation, minimum | | 320 | |

3.5 <u>Marking</u>.

3.5.1 Identification marking shall be in accordance with MIL-STD-130.  In addition, the marking on the containers (see 5.3) shall be in white characters against a green background for Type 3, a blue background for Type 6.

3.5.2 Two identical markings conforming to <u>figures 1</u> and <u>2</u> shall be applied to containers so that the markings are located diametrically opposite.  The markings shall be applied on the containers in such a manner that water immersion contact with the contents of the containers, or normal handling will not impair the legibility of the marking.  Paper labels shall not be used.

4.  VERIFICATION

4.1 <u>Responsibility for inspection</u>.  Unless otherwise specified in the contract, the contractor is responsible for the performance of all inspection requirements as specified herein.  Except as otherwise specified in the contract, the contractor may use his own or any other facilities suitable for the performance of the inspection requirements specified herein, unless disapproved by the Government.  The Government reserves the right to perform any of the inspections set forth in the specification where such inspections are deemed necessary to ensure supplies and services conform to prescribed requirements.

4.2 <u>Classification of inspections</u>.  The inspection requirements specified herein are classified as follows:

a.  Qualification inspection (see 4.3).

b.  Quality conformance inspection (see 4.4).

  (1)  Examination of filled containers

  (2)  Quality conformance inspection.

4.3 <u>Qualification inspection</u>.  Qualification inspection shall be conducted at a laboratory satisfactory to the Naval Sea Systems Command.  Qualification inspection shall consist of the inspections and tests shown in <u>table III</u>.

6

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:03Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 4

TABLE III.  Qualification and quality conformance inspections.

| Examination or test | Reference paragraph | | Qualification | Quality conformance |
| --- | --- | --- | --- | --- |
| | Requirement | Test | | |
| Refractive index | 3.3 | 4.7.1 | X | X |
| Viscosity | 3.3 | 4.7.2 | X | X |
| pH value | 3.3 | 4.7.3 | X | X |
| Spreading coefficient | 3.3 | 4.7.4 | X | X |
| Foamability | 3.3 | 4.7.5 | X | X |
| Film formation and sealability | 3.3.1 | 4.7.6 | X | X |
| General corrosion | 3.3 | 4.7.7 | X | |
| Localized corrosion | 3.3 | 4.7.7 | X | |
| PFOA content | 3.3 | 4.7.8 | X | |
| PFOS content | 3.3 | 4.7.8 | X | |
| Fluorine content | 3.3.4 | 4.7.16 | X | X |
| Dry chemical compatibility | 3.3 | 4.7.9 | X | |
| Stability | 3.3.2 | 4.7.10 | X | |
| Compatibility | 3.3.3 | 4.7.11 | X | |
| Environmental impact | 3.3 | 4.7.12 | X | |
| 28-ft² fire test | 3.4 | 4.7.13 | X | |
| 50-ft² fire test | 3.4 | 4.7.13 | X | X |
| Examination of filled containers | | 4.6 | | X |
| Torque to remove cap [1/] | 5.1.1.1.1f | 4.7.17.2 | X | X |

NOTE:

[1/]  Torque test to be performed a minimum of 48 hours after initial closure.

4.3.1  Samples for qualification inspection.  One hundred gallons of Type 3 and 200 gallons of Type 6 are required for the qualification inspection.

4.4  Sampling for quality conformance inspection.

4.4.1  Inspection lot.  A lot shall consist of all foam manufactured as one unchanged process batch and transferred from one mixing tank to the shipping container.

4.4.2  Sampling for examination of filled containers.  As a minimum, the contractor shall randomly select a sample quantity from each lot of filled containers in accordance with table IV and examine them in accordance with 4.6, 5.1.1.1, and 5.1.1.2.  The sample size depends on lot size.  If one or more defects are found in any sample, the entire lot shall be rejected.  The contractor has the option of screening 100 percent of the rejected lot for the defective characteristics, or providing a new lot, which shall be examined in accordance with the sampling plan contained herein.  The contractor shall maintain for a period of three years after contract completion, records of inspections, tests, and any resulting rejections.

7

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:03Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 4

TABLE IV.  Sample size for examination of filled containers.

| Lot size | Sample size |
| --- | --- |
| 2-5 | All |
| 6-50 | 5 |
| 51-90 | 7 |
| 91-150 | 11 |
| 151-280 | 13 |
| 281-500 | 16 |
| 501-1200 | 19 |
| 1201-3200 | 23 |

4.4.3  Sampling for quality conformance inspection.  Three filled 5-gallon containers shall be selected at random from each lot and used as one composite sample for the tests specified in 4.6, or three 5-gallon containers of the product shall be withdrawn from an agitated mixing tank prior to packaging.  The results of the tests required by 4.5 shall be submitted to NAVSEA or the designated laboratory.

4.5  Quality conformance inspection.  The samples selected in accordance with 4.4.3 shall be subjected to the quality conformance inspection of table III.  If the sample tested is found to be not in conformance with any of the quality conformance tests, the lot represented by the sample shall be rejected (see 6.3).

4.6  Examination of filled containers.  Each sample filled container shall be examined for defects of construction of the container and the closure, for evidence of leakage, and for unsatisfactory markings.  Each filled container shall also be weighed to determine the amount of contents.

4.7  Test procedure.[1]  Test procedures shall be as follows:

4.7.1  Refractive index.  The refractive index shall be determined at 25 °C ±0.1 °C, using sodium vapor source lamp illumination.

4.7.2  Viscosity.  The viscosity shall be determined at temperatures of 5 °C ±0.1 °C and 25 °C ±0.1 °C in accordance with ASTM D445, using capillary viscosimeters in the appropriate size.

4.7.3  pH value.  The pH value shall be determined potentiometrically, using a pH meter with a glass electrode and a reference electrode, at 25 °C ±1.0 °C.

4.7.4  Spreading coefficient.  The spreading coefficient shall be determined with reference to cyclohexane in accordance with the following relationship:

Where:  $$Sa_{/b} = \gamma_b - \gamma_a - \gamma_i$$

$Sa_{/b}$  = Spreading coefficient

$\gamma_b$  = Surface tension of cyclohexane as determined in 4.7.4.1

$\gamma_a$  = Surface tension of AFFF solution as determined in 4.7.4.1

$\gamma_i$  = Interfacial tension between liquids as determined in 4.7.4.2

---

[1]  Where sea water is required for tests, synthetic sea water in accordance with ASTM D1141 shall be used.  A sea salt mixture conforming to this standard may be purchased from Lake Products Company, Inc., P.O. Box 2248, St. Louis, Missouri  63043.

8

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:03Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 4

4.7.4.1  Surface tension.  The surface tension of 3±0.05 percent of Type 3 or 6±0.1 percent of Type 6 by volume in distilled water, as appropriate, and of reagent grade cyclohexane shall be determined with a DuNoy tensiometer, or equal, at 23 °C ±2.0 °C in accordance with ASTM D1331.

4.7.4.2  Interfacial tension.  The interfacial tension between 3±0.05 percent of Type 3 or 6±0.1 percent of Type 6 by volume in distilled water, as appropriate, and reagent grade cyclohexane shall be determined with a DuNoy tensiometer, or equal, at 23 °C ±2.0 °C until the readings come to equilibrium and in accordance with ASTM D1331.

4.7.5  Foamability.  The foam shall be generated by means of a special 2-gallons-per-minute (gal/min) test nozzle.  The basic nozzle, as made by National Foam System, Inc., Lionville, Pennsylvania, or equal, shall be modified by shortening the length of the foam barrel from 2½ to 1¼ inches, and by adding a "wing-tip" spreader on the outlet.  The spreader shall have a ⅛-inch wide, circular orifice, 1⅞ inches long.  (It may be made by slightly compressing a Bernz-o-matic TX-1527, or equal, flame spreader.)  A print of the nozzle construction is available from the Naval Research Laboratory, Code 6180, Washington, DC  20375.  During foam sample collection, the nozzle inlet pressure shall be maintained at a gauge pressure of 100 pounds per square inch (lb/in²), and the solution temperature at 23 °C ±5.0 °C.  The nozzle shall be held at hip height and directed onto the backboard from a distance of 4 to 6 feet.  The method and procedure shall be in accordance with NFPA 412.  Foamability shall be run on 6 percent fresh and sea water solutions of the Type 6 concentrate and 3 percent fresh and sea water solutions of the Type 3 concentrate.

4.7.6  Film formation and sealability.

4.7.6.1  Test equipment.  A CRES graduated measure of 1,000-milliliter (mL) capacity (4½ inches in diameter, 5 inches deep; Cole-Parmer Co., Chicago, Illinois, or equal) shall be fitted with two retaining clips at the top edge. The clips serve to restrain a cone 5 inches in height and 4¾ inches in diameter, made of 80-mesh perforated CRES, in an inverted position inside the measure.  The 2-gal/min nozzle specified in 4.7.5 shall be used for foam production.

4.7.6.2  Test procedure.  After placing 400 mL of water and 200 mL of 98-percent cyclohexane in the measure, 200 mL of freshly-made foam shall be poured onto the fuel.  The inverted cone shall be pushed down into the measure, thereby pushing most of the foam aside but allowing the film-producing liquid to creep in through the mesh openings.  A foam-free surface shall be created by manually scooping out most of the residual foam from the center of the cone.  After a 1-minute waiting period, a pilot flame shall be passed over the fuel surface at a height of about ½ inch.  A small flash is permitted, but no sustained ignition shall result, if an effective vapor seal is present. A 1-inch long pilot flame shall be provided with a hand-held propane cylinder fitted with a capillary tubing outlet.

4.7.7  Corrosion.  The liquid for immersion of the metal specimens for general corrosion and localized corrosion tests shall consist of the concentrate diluted by 10 percent by volume with sea water.

4.7.7.1  General corrosion.

4.7.7.1.1  Test specimens.  The test specimens shall consist of the following metals, in accordance with UNS designations (see ASTM E527):  G10100 steel, C70600 copper-nickel alloy, N04400 nickel-copper, and C90500 bronze.  All specimens, except the bronze, shall be milled to finished dimensions of approximately ¹⁄₁₆ inch thick, ½ inch wide, and 3 inches long.  The bronze shall have sand cast faces and be approximately ³⁄₁₆ inch thick, ½ inch wide, and 3 inches long.  All specimens shall be degreased in acetone, rinsed with distilled water, and air dried before exposure.  (Prepared metal specimens may be obtained from the Metaspec Company, Box 27707, San Antonio, Texas  27227-0707.)

4.7.7.1.2  Test procedures.  Five weighted specimens of each metal shall be fully immersed in the test medium in a separate 600-mL beaker and held at room temperature for a period of 60 days.  A watch-glass cover shall be used to retard evaporation.  At the end of the exposure period, the weight-loss shall be determined and the corrosion rate calculated as required.

9

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:03Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 4

4.7.7.2  <u>Localized corrosion</u>.

4.7.7.2.1  <u>Test specimens</u>.  The test specimens shall consist of UNS S30400 CRES milled to finished dimensions of approximately 1/16 inch thick, 1/2 inch wide, and 3 inches long.  After degreasing with acetone, rinsing with distilled water, and air drying before exposure, the specimens shall be pretreated by immersion in a 1:9 concentrated nitric acid-water solution for the period of 5 minutes.

4.7.7.2.2  <u>Procedure</u>.  Ten specimens shall be girdled lengthwise with a clean 1/16 to 1/8-inch wide band of a good grade of gum rubber of a size such that the band is taut during the test.  Because of the poor quality of most commercial rubber bands, it is recommended that the bands for this test be cut from 1¾ inch flat width pure gum amber tubing (Preiser Scientific Rubber tubing, Pure Gum, Gooch type, 1/32-inch thin wall, pure gum amber tubing, very elastic, especially made for Gooch crucibles, or equal).  This tubing is most easily cut into uniform strips with a blade-type papercutter, but can also be cut with sharp shears.  The specimens girdled with the rubber bands shall be placed in a 600-mL beaker so that no contact is made between individual specimens.  A ¼-inch layer of glass beads shall be introduced into the beaker to aid in stabilizing specimen position.  Enough liquid shall be added to completely immerse the specimens, and a watch-glass shall be placed over the beaker to retard evaporation (but allow air access) and act as a dust cover, and the assemblies allowed to stand at room temperature for 60 days.

4.7.7.2.3  <u>Results</u>.  The specimens shall be monitored daily over the 60-day period to ascertain the presence or absence of pitting.  These daily examinations shall be made without disturbing the test (other than removing the cover).  Corrosion is customarily signaled by the appearance of a dark spot which, if removed after sufficient exposure, discloses a corrosion pit.  If the suspected area cannot be positively identified by the naked eye, it can be at a magnification of 10X.  At the end of the test, each specimen shall be inspected carefully with particular attention being given to the edges of the specimens and those areas of the specimens under or adjacent to the rubber bands.  10X magnification shall be used, if necessary.

4.7.8  <u>PFOA and PFOS content</u>.  The tests for PFOA and PFOS content shall be conducted by a laboratory that is accredited by the DoD Environmental Laboratory Accreditation Program (ELAP) and tests in compliance with the "Per- and Polyfluoroalkyl Substances (PFAS) Using Liquid Chromatography Tandem Mass Spectrometry (LC/MS/MS) with Isotope Dilution or Internal Standard Quantification in Matrices Other Than Drinking Water" table of DoD QSM Version 5.3.  (A list of ELAP accredited laboratories can be found online at http://www.denix.osd.mil/edqw/accreditation/accreditedlabs.  Under the "Method" drop-down list, select "PFAS by LCMSMS Compliant with Table B-15 of QSM 5.1 or Latest Version".)  Test results shall be recorded from the lowest dilution possible while still meeting all of the requirements in the DoD QSM table.  This may require results to be recorded from two different dilutions; one for PFOA and one for PFOS.

4.7.8.1  <u>PFOA content</u>.  PFOA content shall be determined in accordance with 4.7.8.  Results shall be expressed in parts per billion (ppb).

4.7.8.2  <u>PFOS content</u>.  PFOS content shall be determined in accordance with 4.7.8.  Results shall be expressed in ppb.

4.7.9  <u>Dry chemical compatibility</u>.  The foam's compatibility with potassium bicarbonate dry chemical extinguishing agent shall be determined by measuring the burnback time in the presence of dry chemical.

4.7.9.1  <u>Test materials</u>.  The fuel shall be unleaded gasoline conforming to ASTM D4814.  The dry chemical agent shall conform to O-D-1407.  The sieve shall be an 8-inch diameter, 40-mesh sieve conforming to ASTM E11.

4.7.9.2  <u>Test procedure</u>.  A 28-square-foot fire test shall be conducted in accordance with 4.7.13.1 using Type 3 or 6 AFFF sea water solution, as required.  Before placing the burning pan, 1 pound of dry chemical agent shall be evenly distributed over the foam blanket with the aid of a sieve on a long handle.  This shall be accomplished within a 30-second period so that the total time from end of foam application to placement of the burning pan will not be longer than 90 seconds.  The burnback time shall be determined as in 4.7.13.1.4.

10

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:03Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 4

4.7.10  Stability.

4.7.10.1  Sample preparation.  Samples of concentrate, and Type 3 and Type 6 AFFF fresh water and sea water solution, as appropriate, shall be prepared in sufficient quantity to perform the required tests.  One liter (L) of each shall be placed in lightly stoppered glass cylinders.  All samples shall then be stored at 65 °C ±2.0 °C for a period of 10 days.  The samples shall then be subjected to the following tests:

|   |   |   |
|---|---|---|
| a. | Spreading coefficient | 4.7.4 |
| b. | Foamability | 4.7.5 |
| c. | Film formation and sealability | 4.7.6 |
| d. | Fire performance (28 ft²) | 4.7.13.1 |
| e. | Stratification | 4.7.14 |
| f. | Precipitation | 4.7.15 |

NOTE:  In the preparation of the samples to be used for the precipitation test, the synthetic sea water shall be filtered prior to use.

4.7.11  Compatibility.

4.7.11.1  Sample preparation.  The Government will provide samples of appropriate qualified product(s) to manufacturers officially authorized to submit candidate material for qualification (see 3.3.3).  Mixtures of the Type 3 and Type 6 concentrates to be tested shall be prepared in sufficient quantities to perform the required tests.  (For qualification testing, the testing activity will determine the number of product mixtures to be evaluated and the ratio of product comprising these mixtures.)  Additionally, 3 percent of Type 3 or 6 percent of Type 6 AFFF fresh water and sea water solutions shall be prepared from each concentrate mixture.  One L of each shall be placed in lightly stoppered glass cylinders.  The samples shall be stored at 65 °C ±2.0 °C for a period of 10 days.  The samples shall then be subjected to the following tests:

|   |   |   |
|---|---|---|
| a. | Foamability | 4.7.5 |
| b. | Film formation and sealability | 4.7.6 |
| c. | Fire performance (28 ft²) | 4.7.13.1 |
| d. | Stratification | 4.7.14 |
| e. | Precipitation | 4.7.15 |

4.7.12  Environmental impact.

4.7.12.1  Toxicity.  Toxicity test shall be performed on the Killiefish (Fundulus herteroclitus) in accordance with ASTM E729, using dynamic procedures.  The minimum acceptable dissolved oxygen content of water used in this procedure shall be 5 p/m.

4.7.12.2  Chemical oxygen demand (COD).  COD shall be determined in accordance with procedures in Standard Method for the Examination of Water and Waste Water (latest applicable edition).

4.7.12.3  Biodegradability.  Biodegradability shall be determined by dividing the value expressed in mg/L for the 20-day biological oxygen demand (BOD20) determined from 5-day BOD test in accordance with the procedure specified in Standard Methods for the Examination of Water and Waste Water (latest applicable edition) by the value expressed in mg/L for COD determined as specified in 4.7.12.2.

4.7.13  Fire test.  No fire test shall be conducted when the wind speed is above 10 miles per hour (mi/hr).  These tests are normally conducted indoors to avoid adverse weather conditions.

4.7.13.1  Twenty-eight-square-foot fire test.

4.7.13.1.1  Test equipment.  The fire test shall be conducted in a level, circular pan 6 feet in diameter, fabricated from ¼-inch thick steel with a 4-inch high side.  A shallow water layer shall be used to protect the pan bottom and to ensure complete coverage of the area with fuel.  The nozzle used for foam application shall be the 2 gal/min device specified in 4.7.5.

11

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:03Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 4

4.7.13.1.2  Test materials.  Foam shall be generated at 23 °C ±5.0 °C from AFFF solutions made with fresh or sea water, as required, at concentration values shown in table V.  The fuel shall be 10 gallons of unleaded gasoline conforming to ASTM D4814.

TABLE V.  AFFF test concentration values.

| Solutions | Type 3 | Type 6 |
|---|---|---|
| Lean [1/] | 1.5±0.03 | 3±0.1 |
| Normal strength | 3±0.05 | 6±0.1 |
| Rich [2/] | 15±0.2 | 30±0.2 |
| [1/]  One test with fresh water and one with sea water. | | |
| [2/]  One test with sea water. | | |

4.7.13.1.3  Test procedure.  The fuel shall be dumped within a 30-second period.  The fuel shall be ignited within 30 seconds of fueling and allowed to burn freely for 10 seconds.  After the preburn period, the fire shall be attacked and extinguished as expeditiously as possible and the fire extinguishing time shall be recorded at the exact cessation of all flame, but foam application shall continue for a total of 90 seconds.

4.7.13.1.4  Burnback procedure.  Within 60 seconds of the completion of foam application, a burning pan (1-foot diameter with 2-inch side) containing one gallon of unleaded gasoline shall be placed in the center of the 28-square-foot pan and a timer started.  When it appears that the fire has spread outside the pan so that the burning will continue after pan removal, the pan shall be removed.  The burnback time is that at which it is estimated that 7 square feet (25 percent) of the total area is involved in flames.

NOTE:  Intermittent "flash-overs" may occur.  They are characterized by creeping faint blue or invisible flames over the foam surface which usually self-extinguish.  They are not considered a part of the burnback area unless sustained burning occurs.  All isolated, sustained burning areas shall be included in arriving at the 7-square-foot total area.

4.7.13.2  Fifty-square-foot fire test.

4.7.13.2.1  Test site.  The fire test shall be conducted on a level, circular area 8 feet in diameter.  The base and surrounding wall shall be suitable for containment of the fuel on a substrate of water.  The water depth shall be the minimum required to ensure complete coverage area with the fuel.

4.7.13.2.2  Test equipment.  The nozzle used for foam application shall be the 2 gal/min device specified in 4.7.5, operated at a gauge pressure of 100 lb/in$^2$.

4.7.13.2.3  Test materials.  The foam shall be generated at 23 °C ±5.0 °C from 3±0.05 percent of Type 3 or 6±0.1 percent of Type 6 AFFF solutions made with sea water.  The fuel shall be 15 gallons of unleaded gasoline conforming to ASTM D4814.

4.7.13.2.4  Test procedure.  The fuel shall be dumped into the area in less than 60 seconds and ignited in less than 30 seconds after fuel dumping is completed.  After allowing a preburn period of 10 seconds, the fire shall be attacked and extinguished in an expeditious manner.  At 10-second intervals after the start of foam application, observers shall estimate the percentage of fire area extinguished.  The percentages at 10, 20, 30, and 40 seconds shall be totaled to give the "40-second summation" value.  The exact extinguishing time shall also be recorded at the cessation of all flame, but foam application shall continue for a total of 90 seconds.

4.7.13.2.5  Burnback procedure.  Within 60 seconds of the completion of foam application, a burnback test shall be conducted as specified in 4.7.13.1.4, except that the burnback area shall be 12.5 square feet (25 percent).

4.7.14  Stratification.  The presence of stratification shall be determined by visual examination of the samples contained in the glass cylinders.

12

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:03Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 4

4.7.15  Precipitation.  The amount of precipitation shall be determined in accordance with the procedures of ASTM D1796.

4.7.16  Fluorine content.

4.7.16.1  Qualification.  The total fluorine content shall be determined.  The total fluorine content and the test procedure used to determine the content shall be furnished as part of the qualification inspection report.

4.7.16.2  Quality conformance inspection.  The total fluorine content shall be determined in accordance with the test procedure furnished with the qualification inspection report (see 4.7.16.1).  The total fluorine content shall be included in the quality conformance inspection report.

4.7.17  Packaging inspection.  Sample packages and packs and the inspection of preservation, packaging, packing, and marking for shipment and storage shall be in accordance with the requirements of 4.6, section 5, and the documents specified therein.  The magnetic permeability test (for metal handles of 5-gallon containers) of 4.7.16.1 and the torque test (for the pour cap of 5-gallon containers) of 4.7.17.2 shall be included.

4.7.17.1  Magnetic permeability (metal handles of 5-gallon containers).  The metal handles of the 5-gallon containers shall be checked to determine conformance with the magnetic requirements of 5.1.1.1.1d using a permeability indicator, low-mu (GO-NO-GO) in accordance with ASTM A342/A342M.

4.7.17.2  Torque test (pour cap of 5-gallon container).  The pour cap of the 5-gallon container shall be subjected to a torque test to determine conformance with 5.1.1.1.1f.

5.  PACKAGING

(The packaging requirements specified herein apply only for direct Government acquisitions.  For the extent of applicability of the packaging requirements of referenced documents listed in section 2, see 6.5.)

5.1  Preservation-packaging.  Preservation-packaging for Level A shall be as specified hereinafter.

5.1.1  The AFFF liquid concentrate shall be furnished in a 5-gallon or in a 55-gallon plastic container as specified (see 6.2d).

5.1.1.1  Five-gallon plastic container.  The container shall be molded polyethylene as specified herein.  The container shall be as follows:

| a. | Capacity | 5 gallons (min.) |
| b. | Height, body (overall) | 15 inches (max.) |
| c. | Diameter, body (overall) | 11¾ inches (max.) |
| d. | Pour opening (inside dia.) | 1½ inches (min.) |

5.1.1.1.1  The container shall meet the requirements of Department of Transportation Specification Number 34 as specified in the Code of Federal Regulations, Title 49, Part 178.19, and as follows:

a.  Shall be stackable and self-supporting.

b.  Shall be provided with a threaded-type plastic cap fitted with a gasket for the pour opening.

c.  May be provided with a vent opening having an easily punctured membrane.  When furnished, vent opening shall be provided with a threaded type plastic cap.

d.  Shall be provided with an integrally molded or recessible plastic or metal handle.  Metal handles shall not exceed a magnetic permeability of 2.0.

e.  Shall have colors conforming to 5.1.1.3, Type 3 green, Type 6 blue.

f.  The torque required to remove the pour opening cap shall not exceed 50 inch-pounds.

5.1.1.2  Fifty-five gallon container.  The 55-gallon container shall be molded polyethylene, Size 4, conforming to MIL-D-43703.

13

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:03Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 4

5.1.1.3  Exterior color and coating.  The green color (see 3.5) shall be an approximate match to color number 14187 of SAE-AMS-STD-595.  The blue color (see 3.5) shall be an approximate match to color number 15123 of SAE-AMS-STD-595.

5.2  Packing.  For Level A no further packing is required.

5.2.1  Method of shipment shall comply with Uniform Freight Classification Ratings, Rules, and Regulations or other carrier rules as applicable to the mode of transportation.

5.2.2  Palletization.

a.    Thirty-six 5-gallon plastic containers shall be palletized in accordance with the requirements of MIL-STD-147, Load Type XVII.  Pallets conforming to NN-P-71, Type V, Class 1, wood group optional, Size 2, are acceptable.  Containers shall be properly and firmly nested and arranged to ensure a snug, non-shifting load.  Pallet dimensions may be adjusted to ensure a snug, non-shifting load, but shall not exceed 43 by 52 inches.

b.    Inverted caps.  The inverted cap shall be the open sheathing type, wood group optional.

c.    Top wood cap.  The top wood cap shall be the closed sheathing (plywood) wood cap, wood group optional for slats.  In addition, each corner of the plywood cap shall be secured to the end and side slats with strapping.  Strapping shall be ¾ inch by 0.035 inch and shall extend a minimum of 3 inches into the plywood top and slats.  Nails used to secure the strapping shall be clinched.

d.    Strapping.  All primary, secondary, auxiliary, and horizontal strapping shall not be less than 1¼ inches by 0.035 inch.  Strapping shall conform to ASTM D3953, Type I, Finish B.  Cross ties shall be applied in accordance with MIL-STD-147.

e.    Side frames.  Minimum size of side frame members shall be a nominal 1 by 6 inches conforming to Group I, II, III,or IV of ASTM D6199.  Nails used to secure flat surfaces of side frames shall be clinched not less than ¼ inch.

5.3  Marking.  In addition to the marking specified in 3.5 and any special marking required (see 6.2), containers and palletized unit loads shall be marked in accordance with MIL-STD-129.

6.  NOTES

(This section contains information of a general or explanatory nature that may be helpful, but is not mandatory.)

6.1  Intended use.  The concentrate is intended for use in mechanical foam generating equipment such as fire-fighting trucks or foam sprinkler systems for extinguishing fires in flammable liquids such as gasoline or fuel oils.  Type 6 is intended for use in proportioners designed to dispense only the 6-percent solution (usually shipboard fire protection systems).  Type 3 may be used in any equipment capable of proportioning at variable rates or at fixed 3-percent solution.

6.2  Acquisition requirements.  Acquisition documents should specify the following:

a.    Title, number, and date of this specification.

b.    The specific issue of individual documents referenced (see 2.1.1 and 2.2).

c.    Type of concentrate required (see 1.2).

d.    Size of container required (see 5.1.1).

e.    Special marking, if required (see 5.3).

6.3  Consideration of data requirements.  The following data requirements should be considered when this specification is applied in a contract.  The applicable Data Item Description (DID's) should be reviewed in conjunction with the specific acquisition to ensure that only essential data are requested/provided and that the DID's are tailored to reflect the requirements of the specific acquisition.  To ensure correct contractual application of the data requirements, a Contract Data Requirements List (DD Form 1423) must be prepared to obtain the data, except where DOD FAR Supplement 27.475-1 exempts the requirements for a DD Form 1423.

| Reference paragraph | DID number | DID title | Suggested tailoring |
|---|---|---|---|
| 4.5 | DI-T-2072 | Test report | - |

14

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:03Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 4

The above DID was cleared as of the date of this specification.  The current issue of DOD 5010.12-L, Acquisition Management Systems and Data Requirements Control List (AMSDL), must be researched to ensure that only current, cleared DID's are cited on the DD Form 1423.

6.4  Qualification.  With respect to products requiring qualification, awards will be made only for products which are, at the time of award of contract, qualified for inclusion in Qualified Products List QPL No. 24385 whether or not such products have actually been so listed by that date.  The attention of the contractors is called to these requirements, and manufacturers are urged to arrange to have the products that they propose to offer to the Federal Government tested for qualification in order that they may be eligible to be awarded contracts or orders for the products covered by this specification.  Information pertaining to qualification of products may be obtained from Commander, Naval Sea Systems Command, ATTN:  SEA 05S, 1333 Isaac Hull Avenue, SE, Stop 5160, Washington Navy Yard DC  20376-5160 or emailed to CommandStandards@navy.mil.  An online listing of products qualified to this specification may be found in the Qualified Products Database (QPD) at https://assist.dla.mil.

6.4.1  Provisions governing qualification.  Copies of SD-6 "Provisions Governing Qualification" are available online at https://quicksearch.dla.mil or https://assist.dla.mil.

6.5  Sub-contracted material and parts.  The packaging requirements of referenced documents listed in section 2 do not apply when material is acquired by the contractor for incorporation into the concentrate and lose separate identity when the concentrate is shipped.

6.6  PFOA and PFOS content.  The DoD's goal is to acquire and use a non-fluorinated AFFF formulation or equivalent firefighting agent to meet the performance requirements for DoD critical firefighting needs.  The DoD is funding research to this end, but a viable solution may not be found for several years.  In the short term, the DoD intends to acquire and use AFFF with the lowest demonstrable concentrations of two particular per- and PFAS; specifically PFOS and PFOA.  The DoD intends to be open and transparent with Congress, the Environmental Protection Agency (EPA), state regulators, and the public at large regarding DoD efforts to address these matters. AFFF manufacturers and vendors are encouraged to determine the levels of PFOS, PFOA, and other PFAS in their products and work to drive these levels toward zero while still meeting all other military specification requirements.

6.7  Amendment notations.  The margins of this specification are marked with vertical lines to indicate modifications generated by this amendment.  This was done as a convenience only and the Government assumes no liability whatsoever for any inaccuracies in these notations.  Bidders and contractors are cautioned to evaluate the requirements of this document based on the entire content irrespective of the marginal notations.

15

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:03Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 4


THIS END UP

U.S.

AQUEOUS FILM FORMING FOAM (AFFF) LIQUID CONCENTRATE

In accordance with

DEPARTMENT OF DEFENSE SPECIFICATION MIL-PRF-24385

TYPE 3 (3%)

NSN _____


This fire extinguishing concentrate is for use by dilution with water in fixed or mobile systems.  It may be used alone or in combination with "twinned" dry chemical equipment.  The concentrate may be diluted for use in flow proportioning equipment with sea water or fresh water at volume proportions of three gallons concentrate to 97 gallons water.  It may also be diluted for ready-use storage at a three percent premixed foam solution with fresh water.  For ready use do not store below 35 °F and avoid prolonged storage above 120 °F.  Only mix with other Type 3 liquid concentrate in accordance with MIL-PRF-24385 and water.


MANUFACTURER'S NAME

CORPORATE ADDRESS

MANUFACTURING ADDRESS

PRODUCT NAME

BATCH NO.

DATE OF MANUFACTURE


FIGURE 1.  Type 3 container markings.

16

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:03Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 4


THIS END UP

U.S.

AQUEOUS FILM FORMING FOAM (AFFF) LIQUID CONCENTRATE

In accordance with

DEPARTMENT OF DEFENSE SPECIFICATION MIL-PRF-24385

TYPE 6 (6%)

NSN _____


This fire extinguishing concentrate is for use by dilution with water in fixed or mobile systems.  It may be used alone or in combination with "twinned" dry chemical equipment.  The concentrate may be diluted for use in flow proportioning equipment with sea water or fresh water at volume proportions of six gallons concentrate to 94 gallons water.  It may also be diluted for ready-use storage at a six-percent premixed foam solution with fresh water.  For ready use do not store below 35 °F and avoid prolonged storage above 120 °F.  Only mix with other Type 6 liquid concentrate in accordance with MIL-PRF-24385 and water.


MANUFACTURER'S NAME

CORPORATE ADDRESS

MANUFACTURING ADDRESS

PRODUCT NAME

BATCH NO.

DATE OF MANUFACTURE


FIGURE 2.  Type 6 container markings.

17

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:03Z
Check the source to verify that this is the current version before use.

MIL-PRF-24385F(SH)
w/AMENDMENT 4

CONCLUDING MATERIAL

Preparing activity:
Navy − SH
(Project 4210-2020-003)

NOTE:  The activities listed above were interested in this document as of the date of this document.  Since organizations and responsibilities can change, you should verify the currency of the information above using the ASSIST Online database at https://assist.dla.mil.

18

Source: http://assist.dla.mil -- Downloaded: 2021-12-08T19:03Z
Check the source to verify that this is the current version before use.

# ATTACHMENT G

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | No. 2:18-mn-2873-RMG<br><br>**This Document Relates to<br>All Actions** |

**THE UNITED STATES OF AMERICA'S RESPONSES TO
PLAINTIFFS' FIRST SET OF AMENDED REQUESTS FOR ADMISSION**

The United States of America provides the following responses to Plaintiffs' Executive

Committee's First Set of Amended Requests for Admission to the United States, dated July 6,

2020.

**UNITED STATES RESPONSES TO DEFINITIONS**

**Definition 1:**

"**AFFF**" means aqueous film-forming foam.

**No objection.**

**Definition 2:**

"**AFFF MILSPEC**" refers to the United States military specification originally identified

as MIL-F-24385 and now identified as MIL-PRF-24385.

**No objection.**

**Definition 3:**

"**MANUFACTURERS**" means any current or former defendant in this MDL that

currently or formerly produced or manufactured AFFF, including, but not limited to, 3M

Company, Buckeye Fire Equipment Co., Chemguard, Inc., Tyco Fire Products, L.P., the Ansul

Company, Kidde-Fenwal, Inc., and/or National Foam, Inc., and their predecessors, subsidiaries,

1

or parent companies; or that current or formerly produced or manufactured PFAS that were incorporated into any AFFF or AFFF product, including but not limited to AGC, Inc., Archroma Management LLC, Arkema France S.A., Arkema Inc., BASF Corporation, Chemours Co., Clariant Corporation, Daikin America, Inc., Daikin Industries, Ltd., Dynax Corporation, and E.I. DuPont de Nemours & Co. and their predecessors, subsidiaries, or parent companies.

**Objection.** The United States objects to this definition because the United States may not – and frequently cannot – know the corporate structures and histories of the persons who supply AFFF for testing. The United States will interpret the term **"MANUFACTURERS"** to mean persons who submit an AFFF product to the Department of the Navy for testing to be listed on the AFFF QPL.

**Definition 4:**

**"PFOA"** refers to perfluorooctanoic acid.

**No objection.**

**Definition 5:**

**"PFOS"** refers to perfluorooctanesulfonic acid.

**No objection.**

**Definition 6:**

**"QPL"** means Qualified Products List.

**No objection.**

**OBJECTIONS TO INSTRUCTIONS**

The United States objects to the Instructions to the extent they are inconsistent with or impose duties in excess of those required by Rule 36 of the Federal Rules of Civil Procedure.

**FIRST SET OF REQUESTS FOR ADMISSION**

**Request for Admission 1:**

The United States Navy has been responsible for drafting, amending, and revising the AFFF MilSpec.

**Response:** Subject to replacing "United States Navy" with "Department of the Navy," admitted.

**Request for Admission 2:**

The AFFF MilSpec and its revisions and amendments require that AFFF satisfy certain performance criteria to be included on the United States Department of Defense QPL.

**Response:** Admitted.

**Request for Admission 3:**

Beginning on November 21, 1969, until May 7, 2019, the AFFF MilSpec was a performance specification for a fluorocarbon surfactant-based fire extinguishing agent.

**Response:** Admitted.

**Request for Admission 4:**

A performance specification was used from November 21, 1969, until May 7, 2019, to give the manufacturers the greatest flexibility as to how they would meet the AFFF MilSpec's requirements and to promote competition both on performance and price.

**Response:** Subject to the United States' objection to the term **"MANUFACTURERS"**, admitted.

**Request for Admission 5:**

The AFFF MilSpec has never required that AFFF contain PFOA or PFOS.

**Response:** Admitted.

3

Respectfully submitted,

J. PATRICK GLYNN
Director, Torts Branch
Environmental Tort Litigation Section

*/s/ Christina Falk*
CHRISTINA FALK
Assistant Director, Torts Branch
Environmental Tort Litigation Section

GEOFFREY COOK
MICHELE GREIF
FREDERICK GASTON HALL
DAVID HAMMACK
CHRISTINA T. NATALE
Trial Attorneys, Torts Branch
Environmental Tort Litigation Section
Civil Division
United States Department of Justice

July 13, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2020, I sent the foregoing by electronic mail to the

Plaintiffs' Co-Lead Counsel, Plaintiffs' Liaison Counsel, Defendants' Co-Lead Counsel, and

Defendants' Co-Liaison Counsel at the following addresses:

**Plaintiffs' Co-Lead Counsel**

Paul Napoli – pnapoli@nsprlaw.com

Michael London – mlondon@douglasandlondon.com

Scott Summy – ssummy@baronbudd.com

**Plaintiffs' Liaison Counsel**

Fred Thompson III – fthompson@motleyrice.com

**Defendants' Co-Lead Counsel**

Michael Olsen – molsen@mayerbrown.com

Joseph Petrosinelli – jpetrosinelli@wc.com

**Defendants' Co-Liaison Counsel**

Brian Duffy – bduffy@duffyandyoung.com

David Dukes – david.dukes@nelsonmullins.com

Dated: July 13, 2020                          */s/ Frederick G. Hall*

5

# ATTACHMENT H

## Confidential Document Placeholder Sheet

Confidential Documents Contemporaneously Submitted to the Court for In Camera Review in Compliance with CMO No. 17

# ATTACHMENT I

Confidential Document Placeholder Sheet

Confidential Documents Contemporaneously Submitted to the Court for In Camera Review in Compliance with CMO No. 17

# ATTACHMENT J



Kleiner 30(b)(6)
Exhibit

**BB556**

11/10/20 Carrie Campbell, RDR

Current as of 21 January 2020

## MIL-F-24385 QPL/QPD History for Type 6 AFFF

| Type | Product Name | Manufacturer | First Date on QPL | Date Removed from QPL |
|---|---|---|---|---|
| 6 | FC-196 Light Water | 3M | 1970_05_15 | 1971_10_04 |
| 6 | FC-199 Light Water | 3M | 1971_10_04 | 1972_05_05 |
| 6 | FC-200 Light Water | 3M | 1972_02_03 | 1974_05_09 |
| 6 | Aer-O-Water 6 | National Foam | 1973_10_24 | 1978_01_16 |
| 6 | FC 206 Light Water | 3M → Minnesota Mining & Mfg Co | 1974_05_09 | 1978_01_16 |
| 6 | FC-200 Light Water | 3M → Minnesota Mining & Mfg Co | 1974_08_08 | 1977_03_11 |
| **3M changed their company name to Minnesota Mining & Mfg Co. on 27 November 1974** | | | | |
| 6 | Ansul AFFF | Ansul | 1976_06_03 | 1978_01_16 |
| 6 | AFC-2 | Ansul | 1978_01_16 | 1982_05_04 |
| 6 | FC-780 | 3M | 1978_01_16 | 1979_05_17 |
| 6 | FC-780B | 3M | 1979_05_17 | 1982_05_04 |
| 6 | AFC-3 | Ansul | 1979_05_17 | 1982_05_04 |
| 6 | AFC-5 | Ansul | 1982_05_04 | 1982_09_04 |
| 6 | FC-206C | 3M | 1982_05_04 | 1990_02_20 |
| 6 | Aer-o-water 6MD | National Foam System, Inc. | 1982_05_04 | 1989_03_22 |
| 6 | Ansulite 6% AFFF/AFC-5 | Ansul | 1982_09_04 | 1990_02_20 |
| 6 | 6% AFFF Type FC-206CE | 3M | 1984_02_08 | 1990_02_20 |
| 6 | Aer-o-water 6MD | CHUBB National Foam, Inc. | 1989_03_22 | 1990_02_20 |
| 6 | 6% AFFF Type FC-206CE | 3M | 1990_12_18 | 2002_04_24 |
| 6 | Aer-o-water 6MD | CHUBB National Foam, Inc. | 1990_12_18 | 1997_04_29 |
| 6 | Ansulite 6% AFFF/AFC-5 | Ansul | 1990_12_18 | 2010_08_10 |
| 6 | FC 206C | 3M | 1990_12_18 | 2002_04_24 |
| 6 | FC 206CF | 3M | 1991_08_22 | 2007_01_03 |
| 6 | Aer-o-water 6-EM | CHUBB National Foam, Inc. | 1992_05_21 | 1997_04_29 |
| 6 | Aer-o-water 6MD | National Foam, Inc. | 1997_04_29 | 1998_09_30 |
| 6 | Aer-o-water 6-EM | National Foam, Inc. | 1997_04_29 | 2004_01_02 |
| 6 | Chemguard 6% AFFF P/NC-601MS | Chemguard | 2002_04_24 | 2014_12_02 |
| 6 | Aer-o-water 6-EM | Kidde | 2004_01_02 | 2015_12_21 |
| 6 | Ansulite 6% AFFF/AFC-5 | Ansul/Tyco | 2010_08_10 | 2014_11_18 |
| 6 | Fireade 2000-MIL6 AFFF | Fire Service Plus | 2011_05_04 | 2018_01_22 |
| 6 | AnsuliteAFC-6MS 6% AFFF | Tyco/Ansul | 2015_12_15 | ACTIVE |
| 6 | Chemguard C606-MS 6% AFFF | Tyco/Chemguard | 2015_12_15 | ACTIVE |
| 6 | Arctic 6% MIL-SPEC AFFF | Amerex/Solberg | 2016_03_30 | ACTIVE |
| 6 | Aer-O-Water 6EM-C6 AFFF | National Foam | 2016_05_04 | ACTIVE |
| 6 | Tridol-C6 M6 AFFF | National Foam | 2016_05_04 | 2019_02_26 |
| 6 | Phos-Chek 6% Milspec AFFF | ICL | 2018_01_08 | ACTIVE |
| 6 | Fireade MILSPEC 6 | Fire Service Plus | 2018_01_22 | 2019_12_19 |

Current as of 21 January 2020

## MIL-F-24385 QPL/QPD History for Type 3 AFFF

| Type | Product Name | Manufacturer | First Date on QPL | Date Removed from QPL |
|---|---|---|---|---|
| 3 | AFC_5A | Ansul | 1982_05_04 | 1982_09_04 |
| 3 | FC_203C | 3M | 1982_05_04 | 1990_02_20 |
| 3 | Aer-O-Water 3 | National Foam System, Inc. | 1982_05_04 | 1989_03_22 |
| 3 | Ansulite 3% AFFF/AFC-5A | Ansul | 1982_09_04 | 1990_02_20 |
| 3 | 3% AFFF Type 203CE | 3M | 1984_02_08 | 1990_02_20 |
| 3 | Aer-O-Water 3 | CHUBB National Foam, Inc. | 1989_03_22 | 1990_02_20 |
| 3 | 3% AFFF Type 203CE | 3M | 1990_12_18 | 2002_04_24 |
| 3 | Aer-O-Water 3 | CHUBB National Foam, Inc. | 1990_12_18 | 1997_04_29 |
| 3 | Ansulite 3% AFFF/AFC-5A | Ansul | 1990_12_18 | 2010_08_10 |
| 3 | FC_203C | 3M | 1990_12_18 | 2002_04_24 |
| 3 | FC_203CF | 3M | 1991_08_22 | 2010_08_10 |
| 3 | Aer-O-Water 3-EM | CHUBB National Foam, Inc. | 1992_05_21 | 1997_04_29 |
| 3 | Tridol M 3% | Angus Fire | 1994_04_21 | 2010_08_10 |
| 3 | Aer-O-Water 3 | National Foam, Inc. | 1997_04_29 | 1998_09_30 |
| 3 | Aer-O-Water 3-EM | National Foam, Inc. | 1997_04_29 | 2004_01_02 |
| 3 | Chemguard 3% AFFF C-301MS | Chemguard | 1998_10_30 | 2017_02_08 |
| 3 | Buckeye 3% BFC-3MS AFFF | Buckeye | 2004_01_02 | 2015_09_22 |
| 3 | Aer-O-Water 3-EM | Kidde/National | 2004_01_02 | 2015_12_21 |
| 3 | Ansulite 3% AFFF/AFC-5A | Ansul/Tyco | 2010_08_10 | 2014_10_23 |
| 3 | Tridol M 3% | Kidde/National/Angus | 2010_08_10 | 2015_12_21 |
| 3 | Phos-Chek 3% AFFF MS | ICL Performance Products | 2015_11_10 | ACTIVE |
| 3 | Ansulite AFC-3MS 3% AFFF | Tyco/Ansul | 2015_12_15 | ACTIVE |
| 3 | Chemguard C306-MS 3% AFFF | Tyco/Chemguard | 2015_12_15 | ACTIVE |
| 3 | Arctic 3% MIL-SPEC AFFF | Amerex/Solberg | 2016_03_30 | ACTIVE |
| 3 | Aer-O-Water 3EM-C6 AFFF | National Foam | 2016_05_04 | ACTIVE |
| 3 | Tridol-C6 M3 AFFF | National Foam | 2016_05_04 | 2019_02_26 |
| 3 | Fomtec AFFF 3%M "SWE" | Dafo Fomtec AB | 2017_05_12 | ACTIVE |
| 3 | Fomtec AFFF 3%M "USA" | Dafo Fomtec AB | 2017_05_12 | ACTIVE |
| 3 | Fireade MILSPEC 3 | Fire Service Plus | 2018_01_22 | 2019_12_19 |

# ATTACHMENT K

## Confidential Document Placeholder Sheet

# Confidential Documents Contemporaneously Submitted to the Court for In Camera Review in Compliance with CMO No. 17

# ATTACHMENT L

251st ACS National Meeting : Div. Chem. & Env. March 13-17, 2016

# 1976 – 2016:

# Forty Years of Saving Lives: C6 Fluorotelomer Surfactants and Their Use in Firefighting Foams



**EXHIBIT LP240**
Todd Thomas, Ph.D.
12/17/2020
Michael E. Miller, FAPR, RDR, CRR

Eduard Kleiner, Ph.D.
Dynax Corporation, NY, USA



## From PFOS/PFOA to 6:2 Fluorotelomer Surfactants

| Year | Events | Reference/Note |
|---|---|---|
| 1963 | **Tuve + Jablonsky, US NRL, 3M/NRL Collaboration** <br> PFOS + PFOA type fluorosurfactants <br> Light Water + Purple K (Twin Agents) (no hydrocarbon surfactants) <br> **MIL-F-23905 (11/1/63)** (Fresh water only) | US 3,258,423 (filed 9/4/63) <br> GB 1,070,289 (filed 9/3/64) |
| 1964 | **Ratzer, Chemical Concentrates:** <br> Use of Hydrocarbon Surfactants with fluorosurfactants in AFFF | Campobello Foam Meeting (10/11-13/64), Published in "Foam" Oct. 1964, Nr. 24 |
| 1967 | **USS Forrestal Fire** | Protein Foam used; 134 dead/62 injured/21 aircrafts destroyed |
| 1969 | **3M Francen Patents:** <br> Use of Hydrocarbon Surfactants with Fluorosurfactants in AFFF | US 3,562.156 (filed 6/12/69) <br> US 3,772,195 (filed 2/5/71): <br> **Invalidated 1980** |
| 1969 | **MIL-F-24385** (6% AFFF) (Fresh & Seawater) | Seawater tests introduced |
| 1972–75 | **Atochem, France & Ciba-Geigy, USA:** <br> 6:2/8:2 and 6:2 FT-Surfactants for AFFF Agents <br> Pilot plant production for AFFF agent tests at <br> Eau et Feu (Atochem) and Ansul (Ciba-Geigy) | "Forafac" (Atochem) and "Lodyne" (Ciba-Geigy) <br> **(C6 purity > 95-97%)** |
| 1973 | First AR-AFFF launched by National Foam | |
| 1978 | **DC-10 Craft Fire at LAX** | 3M's Light Water used <br> 196 lives saved out of 200 |
| 1982– | Large selections of 6:2 FT-Surfactants available to AFFF agent producers for US Mil-spec applications | 6:2 FT-surfactants: <br> **C6 ( > 95-97%) + C4 & C8** |



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AFFFTC00218780

## USS Forrestal Fire Disaster – July 29, 1967
**Protein foam (Fluorine-free) used; 134 dead/62 injured/21 aircraft destroyed!!!**





## DC-10 Crash Fire at LAX (March 1, 1978)
**AFFF (Light water) used; 196 lives saved out of 200!!!**





CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AFFFTC00218781

251st ACS National Meeting: Div. Chem. & Env., March 13-17, 2016



## Ciba-Geigy Lodyne Telomer-based Fluorochemicals
### (Period 1972-1982)

(2) 1972 -1982: Ansul/Ciba-Geigy exclusivity agreement
(3) K78'220B: only Lodyne C8 fluorosurfactant for FP



## Fluorosurfactants for Firefighting Foams
### Key Events 1990 – 2015

| Year | Events |
|---|---|
| 1991 | Dynax is founded and starts fluorotelomer surfactant R&D. |
| 1993-1995 | Dynax introduces C5/C7/C9-based fluorotelomer surfactant (DX3001), and 1st and 2nd generation all C6 (≥99%) foam stabilizers: DX4302 & DX5011. |
| 2000-2002 | 3M and Solberg exit PFOS-based AFFF agents market. |
| 2001 | FFFC (Fire Fighting Foam Coalition) is formed to represent the firefighting foam industry's interests on all issues related to the environmental acceptability of AFFFs. |
| 2002 | DuPont acquires Atofina's fluorotelomer surfactant business, including C6 fluorosurfactants. |
| 2003 | Chemguard acquires Ciba Specialty Chemicals' Lodyne fluorosurfactant business. |
| 2006 | EPA announces the 2010/2015 PFOA Stewardship Program. |
| 2011 | Tyco acquires Chemguard. |
| 2014 | Dynax phases out its C5/C7/C9-based fluorosurfactant, and its only C8-fluorotelomer surfactant (DX2200) |



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AFFFTC00218782

## History of Dynax Fluorotelomer Surfactant Development (1991 – 2015)

| Year | Events |
| --- | --- |
| 1991 | Dynax founded and starts fluorotelomer R&D. |
| 1993/1994 | US Air Force SBIR Phase 1&2 awarded to Dynax. |
| 1993/1994 | Dynax introduces DX3001, an amphoteric fluorotelomer surfactant (C5/C7/C9). |
| 1993-1995 | Dynax introduces 1st & 2nd generation all C6-based (>99%) polymeric fluorochemical foam stabilizers, DX4302 & DX5011, for AR-AFFF/AR-FFFP. |
| 2003 | Dynax introduces DX2200, C8 fluorotelomer surfactant for FP (FluoroProtein) foams. |
| 2006 | EPA 2010/2015 PFOA Stewardship Program. |
| 2008 | Dynax introduces DX5022, a 3rd generation C6 foam stabilizer. |
| 2010 | Dynax introduces high purity (C6>99%) fluorotelomer surfactants. |
| 2013-2014 | Dynax phases out DX3001 (C5/C7/C9) and DX2200 (C8), one year ahead of EPA 2010/2015 PFOA Stewardship Program. |



251st ACS National Meeting: Div. Chem. & Env., March 13-17, 2016

---

## US Air Force SBIR Phase 1 & 2 Contracts Awarded to Dynax in 1993 & 1994

**"Improved Formulation of Fire Fighting Agents for Hydrocarbon Fuel Fires"**

**Improved Extinguishment**
+ Improved Foam Life and Burnback Resistance
+ Lower Levels of Fluorosurfactants
+ Lower Toxicity on Aquatic Life Forms
+ Elimination of Butyl Carbitol (SARA Title III Section 313)

= Environmentally More Benign (EMB) AFFF Agents



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

251st ACS National Meeting: Div. Chem. & Env., March 13-17, 2016

## Fluorotelomer Betaine Analysis

**F**

$n = 5, 7, 9$

**G**

$n = 5, 7, 9$

**DYNAX DX3001*:**

| | |
|---|---|
| $RfCHFC_2H_4N^+(CH_3)_2CH_2COO^-$ | ~80% |
| $RfCH_2C_2H_4N^+(CH_3)_2CH_2COO^-$ | ~20% |

Rf Distribution (average):

| C5 | C7 | ≥C9 |
|---|---|---|
| 45.4% | 40.8% | ~13.8% |

*Production phased out in 2014

Ref: Fig. F&G: B.J. Place and J. A. Field, *Environ. Sci. Technol.* 2012, 46, 7123



251st ACS National Meeting: Div. Chem. & Env., March 13-17, 2016

## US MIL-F-24385F Spec Fire Test Results (Test at UL, 9/24/14)
### (Test Sample: Dynax C6 Fluorotelomer surfactants-based 3%AFFF)

**28 ft²**

| Full Strength/Fresh Water | | Spec | Heptane | Gasoline |
|---|---|---|---|---|
| 1.0%F | Extinguishment | <30 sec | 26 | 27 |
| | Burnback | >6 min | >15 | 7:25 |
| 0.85%F | Extinguishment | <30 sec | 33 | 31 |
| | Burmback | >6 min | 9:10 | 6:17 |

**28 ft²**

| Half Strength/Fresh Water | | Spec | Heptane | Gasoline |
|---|---|---|---|---|
| 1.0%F | Extinguishment | <45 sec | 36 | 35 |
| | Burnback | >5 min | 13:15 | 7:25 |

**50 ft²**

| Full Strength/Salt Water | | Spec | Heptane | Gasoline* |
|---|---|---|---|---|
| 1.0%F | Extinguishment | <50 sec | 46 | 42 |
| | Burnback | >6 min | 13:15 | 7:25 |
| | Summation | >320 | 345 | 330 |

*2:1 = gasoline: heptane



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

251st ACS National Meeting: Div. Chem. & Env., March 13-17, 2016

## Solberg Information:

### Timeline

1989  License Agreement with 3M Light Water for European market

2001  Launched fluorine free foam (F3)*

2007  Acquired patents, intellectual property for 3M F3 formulation

2014  Receives 2014 EPA Presidential Green Chemistry Award

for developing Re-Healing Fluorine Free Foams (F3)

*Patent WO2003049813 A1, June 19, 2003,
Ted H Schaefer, 3M Innovative Properties Company



## Falck-Risc Tank Test: 3x More F3


Willson Consulting

### Falck – Risc, Rotterdam 2010

- 9m dia. Storage tank fire tests, 64m² area, and NO preburn

- AR-AFFF 1x3 at 10.47L/min/m² extinguished in ~2 mins....So should be easy!

- F3  3x6 (6%) at 7L/min/m² NO control after 15 mins

- Increased to18.2L/min/m² after further 15 mins... only extinguished as fuel burnt away!

- ***CAUSE: too much fuel pick up with forceful monitor application.***

Also 350m² pool fire test – *"holes in foam blanket didn't close again and fire comes through holes"* so not met German Refinery's requirements.

Conclusions: 1. Re-Healing foam is not suitable for tank firefighting
2. For tank firefighting an AR-AFFF foam is required

**Ref: Mike Willson: CASA Discussion, Sydney Airport 11ᵗʰ June 2015**



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AFFFTC00218785

251st ACS National Meeting: Div. Chem. & Env., March 13-17, 2016

## Solberg Information:





The Global Voice for the High Risk Fire & Safety Specialist

"ARCTIC AFFF foam concentrates are intended for use on Class B hydrocarbon fuel fires and are available in 1% and 3% concentrations. ARCTIC AR-AFFF foam concentrates are intended for use on Class B hydrocarbon and polar solvent fuel fires.  Concentrates available include 1x3%, 3x3%, and 3x6% ATC™ formulations.  All ARCTIC foam concentrates can be used to prevent re-ignition of a liquid spill and control hazardous odors, and will improve extinguishment in deep seated fires."
-March 2, 2016 Issue



---

251st ACS National Meeting: Div. Chem. & Env., March 13-17, 2016

## Is Fluorine Free Foam (F3) an Alternative to C6 Fluorotelomer-based AFFF??

*"SEAC considers that fluorine-free foams can be taken into account on a long-term basis but cannot be relied on for the coming years for such a critical use."*

Quoted from: Committee for Socio-economic Analysis (SEAC), Draft Opinion, on an Annex XV dossier proposing restriction on PFOA, its salts and PFOA-related substances, 10 September 2015, p14.



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AFFFTC00218786

251st ACS National Meeting: Div. Chem. & Env., March 13-17, 2016

## Is Fluorine Free Foam (F3) an Alternative to C6 Fluorotelomer-based AFFF??



- ❖ **Forceful application** creates **flammable foam**
- ❖ **Incompatible** with AFFF and other F3 agents
- ❖ **No vapor barrier film** may endanger firefighters
- ❖ **Higher application rates** are required



251st ACS National Meeting : Div. Chem. & Env. March 13-17, 2016

# Thank you!

Dynax Contact Info:

Ed Kleiner, Ph.D.: 79 Westchester Avenue, Pound Ridge, NY 10576 USA

Tel: 914 764-0202   Fax: 914 -764-0533   e-mail: chang.jho@dynaxcorp.com



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AFFFTC00218787



FOAM

# Transition achieved

New milspec foams provide superior performance with reduced environmental risk, writes Tom Cortina.

Tom Cortina is executive director of the Fire Fighting Foam Coalition.



Sailors observe the AFFF system flow in the hangar bay of USS Makin Island during an AFFF operating system test. Photo: Mass Communication Specialist 3rd Class Nick Cerilli, US Navy.

Over the past few months new AFFF agents from multiple manufacturers containing only short-chain fluorotelomer-based surfactants have passed the US military specification (Mil-F-24385F), one of the world's most challenging foam standards, and have been listed on the US military's qualified products database.

Short-chain fluorotelomer-based surfactants that contain six carbons or less (C6) are approved for use by environmental authorities worldwide as alternatives to longer-chain fluorosurfactants (C8 and above) because they are much lower in toxicity and do not bioaccumulate based on current regulatory criteria.

While these new military specification (milspec) listings are an extremely positive development that validates our predictions that the transition to short-chains would be smooth, they are not at all surprising.

The use of short-chain (C6) fluorosurfactants in fire-fighting foams is not new. They have been a key component of some fluorotelomer-based AFFF agents since the 1970s. In fact, milspec AFFF agents containing greater than 95% short-chain fluorosurfactants that have been on the market for more than 30 years are the primary foam agents used for the last decade by US, Australian and some European armed services. As such there was never any real doubt that foams containing only short-chain fluorosurfactants could meet the most difficult fire protection challenges.

Milspec is one of the most rigorous and respected standards for fire-fighting foams in the world. It is more difficult to meet than other standards such as EN and UL, and there are many foam products that meet the requirements of those standards but do not meet the requirements of the milspec. Unlike the ICAO foam standards that are based on the results of a single fire test, the milspec requires foam to pass multiple fire tests using both fresh and salt water. Included in those fire tests is the requirement to pass one of the tests at half strength to account for potential problems with the operation of proportioning equipment in the field. No other foam standard includes this rigorous half-strength requirement. A more complete list of milspec requirements is presented here:

- Fire performance on 2.6m² and 4.6m² unleaded gasoline pool fires using both fresh and salt water
- As part of the fire performance testing foam agents must extinguish the 2.6m² fire at half-strength and at five times strength
- Foam quality, film formation and sealibility tests
- Dry chemical compatibility
- Compatibility after aging with all other QPD-listed products and prior QPD products still in use in significant quantities determined by multiple qualification tests and mixtures including 2.6m² fires using both fresh and salt water
- Conformance to chemical and physical tests, including refractive index and fluorine content
- Corrosivity on multiple alloys (pH, total halides, general and localised corrosion)
- Environmental impact as determined by biodegradability factors, specifically, chemical oxygen demand, biological oxygen demand, and aquatic toxicity

An important component of the milspec that needs to be stressed is the requirement that all listed foams must be compatible for use in the same equipment at the same time. Along with performance, this compatibility requirement is one of the key issues that led the Federal Aviation Administration to require in 2006 that all airports in the US must use milspec AFFF agents for aircraft rescue and fire fighting. Compatibility with the other concentrates allows mutual aid and re-supply from many sources in times of emergency or competitive bids, ensures performance, prevents foam mixing and storage issues and avoids potential equipment problems.

In recent years some airports in Europe and Australia have begun using fluorine-free foams for ARFF based on their having passed the ICAO standard. The airport firefighters using these foams and the passengers flying into these airports should be aware that fluorine-free foams are not currently able to pass the milspec and would not be allowed for use in US airports. In addition the ICAO standard does not include the secondary critical requirements of the milspec such as compatibility. Fluorine-free foams currently on the market are not only incompatible with AFFFs, but also with other fluorine-free agents.

Recent testing by the Naval Research Labs presented at an American Chemical Society Conference in San Diego showed AFFF agents extinguishing gasoline fires in less than half the time it took fluorine-free foams to extinguish the same fires. NRL includes the development of aqueous film-forming foam under their greatest accomplishments – 90 Years of Innovation – as 'one of the most far-reaching benefits to worldwide aviation safety.'

There is currently a misconception that foams containing only short-chain fluorosurfactants require significantly more fluorosurfactant to achieve the same level of performance as a previous formulation with some long-chain content.

This misconception appears to be based on public statements from one manufacturer that it required 40% more fluorosurfactant to reformulate some of their products. It is our understanding that most of the new short-chain AFFF agents that have passed the milspec have a fluorine content of around 1%. This is well within the historical range for fluorotelomer-based AFFF agents on the QPD and significantly lower than the PFOS-based products that were on the list prior to 2002.

Although each foam formulation is unique and the exact amount of fluorosurfactant needed to achieve a specific performance level will vary with each formulation depending on the skill of the formulator, there is nothing inherent in the use of short-chain fluorosurfactants that would require significantly more to be used to achieve the required performance level.

Concluding, the environmental impact of fire-fighting foams has been drastically reduced over the last decade with the elimination of PFOS foams, an increased focus on minimising foam discharges, and the transition to short-chain C6 fluorotelomer-based surfactants. The recent listing on the milspec QPD of multiple new AFFF agents containing only short-chain fluorosurfactants is an important sign that this transition has been successfully achieved. This will ensure that safe and effective AFFF agents that meet all environmental requirements will continue to be available well into the future.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AFFFTC00218788



**Hon Dr Steven Miles MP**
Minister for Environment and Heritage Protection and
Minister for National Parks and the Great Barrier Reef

Ref   CTS 04502/15

1 5 OCT 2015

Level 13
400 George Street Brisbane Qld 4000
GPO Box 2454 Brisbane
Queensland 4001 Australia
Telephone +61 7 3719 7330
Facsimile +61 7 3220 6231
Email environment@ministerial.qld.gov.au

Mr Thomas Cortina
Executive Director
Fire Fighting Foam Coalition
1001 19th Street North
Suite 1200 Arlington
VIRGINIA 22209 USA

Dear Mr Cortina

Thank you for your correspondence on behalf of the companies you represent concerning the draft Policy on the Management of Firefighting Foam. The Minister has asked me to respond on his behalf and to apologise for the delay in responding to you on this important matter.

The issues you have raised are under consideration along with those submitted by a range of stakeholders. The Policy content consideration and drafting process has been based on very extensive research and a wide range of advice and input over the long development period. This has included extensive consultation with relevant experts and other state, territory and commonwealth regulatory agencies to ensure a consistent and comprehensive approach to the management of the risks posed by the use of all firefighting foams.

All those involved in consideration of the Policy are mindful that there needs to be practical and realistic mechanisms to enable real progress towards long-overdue improvements in the understanding and best-practice management of firefighting foam to reduce the currently unacceptable risks while ensuring that safety and property protection are not compromised.

A range of stakeholder comments have already been received including a diversity of additional references and information that are now being reviewed. The need for further consultation will be considered as a whole, including consideration of the overall implications for users, suppliers, emergency services, the government and the community.

The Minister hopes this information is of assistance to you. Should you have any further enquiries, please contact Mr Nigel Holmes, Principal Advisor Incident Management of the Department of Environment and Heritage Protection by email at <nigel.holmes@ehp.qld.gov.au> or on telephone +61 7 4936 0503.

Yours sincerely

Philip Halton
Chief of Staff

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# ATTACHMENT M

Confidential Document Placeholder Sheet

Confidential Documents Contemporaneously Submitted to the Court for In Camera Review in Compliance with CMO No. 17

# ATTACHMENT N

Confidential Document Placeholder Sheet

# Confidential Documents Contemporaneously Submitted to the Court for In Camera Review in Compliance with CMO No. 17

# ATTACHMENT O

## Confidential Document Placeholder Sheet

# Confidential Documents Contemporaneously Submitted to the Court for In Camera Review in Compliance with CMO No. 17

# ATTACHMENT P

Confidential Document Placeholder Sheet

Confidential Documents Contemporaneously Submitted to the Court for In Camera Review in Compliance with CMO No. 17

# ATTACHMENT Q

**251st ACS National Meeting : Div. Chem. & Env. March 13-17, 2016**

# 1976 – 2016:

## Forty Years of Saving Lives: C6 Fluorotelomer Surfactants and Their Use in Firefighting Foams



**EXHIBIT LP240**
Todd Thomas, Ph.D.
12/17/2020
Michael E. Miller, FAPR, RDR, CRR

**Eduard Kleiner, Ph.D.**
**Dynax Corporation, NY, USA**


dynax

## From PFOS/PFOA to 6:2 Fluorotelomer Surfactants

| Year | Events | Reference/Note |
|---|---|---|
| 1963 | **Tuve + Jablonsky, US NRL, 3M/NRL Collaboration** <br> PFOS + PFOA type fluorosurfactants <br> Light Water + Purple K (Twin Agents) (no hydrocarbon surfactants) <br> **MIL-F-23905 (11/1/63)** (Fresh water only) | US 3,258,423 (filed 9/4/63) <br> GB 1,070,289 (filed 9/3/64) |
| 1964 | **Ratzer, Chemical Concentrates:** <br> Use of Hydrocarbon Surfactants with fluorosurfactants in AFFF | Campobello Foam Meeting (10/11-13/64), Published in "Foam" Oct. 1964, Nr. 24 |
| 1967 | **USS Forrestal Fire** | Protein Foam used; 134 dead/62 injured/21 aircrafts destroyed |
| 1969 | **3M Francen Patents:** <br> Use of Hydrocarbon Surfactants with Fluorosurfactants in AFFF | US 3,562.156 (filed 6/12/69) <br> US 3,772,195 (filed 2/5/71): <br> **Invalidated 1980** |
| 1969 | **MIL-F-24385** (6% AFFF) (Fresh & Seawater) | Seawater tests introduced |
| 1972–75 | **Atochem, France & Ciba-Geigy, USA:** <br> 6:2/8:2 and 6:2 FT-Surfactants for AFFF Agents <br> Pilot plant production for AFFF agent tests at <br> Eau et Feu (Atochem) and Ansul (Ciba-Geigy) | "Forafac" (Atochem) and "Lodyne" (Ciba-Geigy) <br> **(C6 purity > 95-97%)** |
| 1973 | First AR-AFFF launched by National Foam | |
| 1978 | **DC-10 Craft Fire at LAX** | 3M's Light Water used <br> 196 lives saved out of 200 |
| 1982– | Large selections of 6:2 FT-Surfactants available to <br> AFFF agent producers for US Mil-spec applications | 6:2 FT-surfactants: <br> **C6 ( > 95-97%) + C4 & C8** |


dynax

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AFFFTC00218780

## USS Forrestal Fire Disaster – July 29, 1967
**Protein foam (Fluorine-free) used; 134 dead/62 injured/21 aircraft destroyed!!!**





## DC-10 Crash Fire at LAX (March 1, 1978)
**AFFF (Light water) used; 196 lives saved out of 200!!!**





CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AFFFTC00218781

251st ACS National Meeting: Div. Chem. & Env., March 13-17, 2016



## Ciba-Geigy Lodyne Telomer-based Fluorochemicals
### (Period 1972-1982)

[2] 1972 -1982: Ansul/Ciba-Geigy exclusivity agreement
[3] K78'220B: only Lodyne C8 fluorosurfactant for FP



## Fluorosurfactants for Firefighting Foams
### Key Events 1990 – 2015

| Year | Events |
| --- | --- |
| 1991 | Dynax is founded and starts fluorotelomer surfactant R&D. |
| 1993-1995 | Dynax introduces C5/C7/C9-based fluorotelomer surfactant (DX3001), and 1st and 2nd generation all C6 (≥99%) foam stabilizers: DX4302 & DX5011. |
| 2000-2002 | 3M and Solberg exit PFOS-based AFFF agents market. |
| 2001 | FFFC (Fire Fighting Foam Coalition) is formed to represent the firefighting foam industry's interests on all issues related to the environmental acceptability of AFFFs. |
| 2002 | DuPont acquires Atofina's fluorotelomer surfactant business, including C6 fluorosurfactants. |
| 2003 | Chemguard acquires Ciba Specialty Chemicals' Lodyne fluorosurfactant business. |
| 2006 | EPA announces the 2010/2015 PFOA Stewardship Program. |
| 2011 | Tyco acquires Chemguard. |
| 2014 | Dynax phases out its C5/C7/C9-based fluorosurfactant, and its only C8-fluorotelomer surfactant (DX2200) |



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AFFFTC00218782

## History of Dynax Fluorotelomer Surfactant Development (1991 – 2015)

| Year | Events |
|---|---|
| 1991 | Dynax founded and starts fluorotelomer R&D. |
| 1993/1994 | US Air Force SBIR Phase 1&2 awarded to Dynax. |
| 1993/1994 | Dynax introduces DX3001, an amphoteric fluorotelomer surfactant (C5/C7/C9). |
| 1993-1995 | Dynax introduces 1st & 2nd generation all C6-based (>99%) polymeric fluorochemical foam stabilizers, DX4302 & DX5011, for AR-AFFF/AR-FFFP. |
| 2003 | Dynax introduces DX2200, C8 fluorotelomer surfactant for FP (FluoroProtein) foams. |
| 2006 | EPA 2010/2015 PFOA Stewardship Program. |
| 2008 | Dynax introduces DX5022, a 3rd generation C6 foam stabilizer. |
| 2010 | Dynax introduces high purity (C6>99%) fluorotelomer surfactants. |
| 2013-2014 | Dynax phases out DX3001 (C5/C7/C9) and DX2200 (C8), one year ahead of EPA 2010/2015 PFOA Stewardship Program. |



251st ACS National Meeting: Div. Chem. & Env., March 13-17, 2016

## US Air Force SBIR Phase 1 & 2 Contracts Awarded to Dynax in 1993 & 1994

"Improved Formulation of Fire Fighting Agents
 for Hydrocarbon Fuel Fires"

**Improved Extinguishment**
+ **Improved Foam Life and Burnback Resistance**
+ **Lower Levels of Fluorosurfactants**
+ **Lower Toxicity on Aquatic Life Forms**
+ **Elimination of Butyl Carbitol (SARA Title III Section 313)**

= **Environmentally More Benign (EMB) AFFF Agents**



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

251st ACS National Meeting: Div. Chem. & Env., March 13-17, 2016

## Fluorotelomer Betaine Analysis



**F**

$n = 5, 7, 9$

**G**

$n = 5, 7, 9$

**DYNAX DX3001*:**

| | |
|---|---|
| $RfCHFC_2H_4N^+(CH_3)_2CH_2COO^-$ | ~80% |
| $RfCH_2C_2H_4N^+(CH_3)_2CH_2COO^-$ | ~20% |

Rf Distribution (average):

| C5 | C7 | ≥C9 |
|---|---|---|
| 45.4% | 40.8% | ~13.8% |

*Production phased out in 2014

Ref: Fig. F&G: B.J. Place and J. A. Field, *Environ. Sci. Technol.* 2012, 46, 7123

251st ACS National Meeting: Div. Chem. & Env., March 13-17, 2016

## US MIL-F-24385F Spec Fire Test Results (Test at UL, 9/24/14)
### (Test Sample: Dynax C6 Fluorotelomer surfactants-based 3%AFFF)

**28 ft²**

| Full Strength/Fresh Water | | Spec | Heptane | Gasoline |
|---|---|---|---|---|
| 1.0%F | Extinguishment | <30 sec | 26 | 27 |
| | Burnback | >6 min | >15 | 7:25 |
| 0.85%F | Extinguishment | <30 sec | 33 | 31 |
| | Burmback | >6 min | 9:10 | 6:17 |

**28 ft²**

| Half Strength/Fresh Water | | Spec | Heptane | Gasoline |
|---|---|---|---|---|
| 1.0%F | Extinguishment | <45 sec | 36 | 35 |
| | Burnback | >5 min | 13:15 | 7:25 |

**50 ft²**

| Full Strength/Salt Water | | Spec | Heptane | Gasoline* |
|---|---|---|---|---|
| 1.0%F | Extinguishment | <50 sec | 46 | 42 |
| | Burnback | >6 min | 13:15 | 7:25 |
| | Summation | >320 | 345 | 330 |

*2:1 = gasoline: heptane



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

251st ACS National Meeting: Div. Chem. & Env., March 13-17, 2016

## Solberg Information:

### Timeline

1989  License Agreement with 3M Light Water for European market

2001  Launched fluorine free foam (F3)*

2007  Acquired patents, intellectual property for 3M F3 formulation

2014  Receives 2014 EPA Presidential Green Chemistry Award

       for developing Re-Healing Fluorine Free Foams (F3)

*Patent WO2003049813 A1, June 19, 2003,
Ted H Schaefer, 3M Innovative Properties Company



### Falck-Risc Tank Test: 3x More F3


Willson Consulting

**Falck – Risc, Rotterdam 2010**

- 9m dia. Storage tank fire tests, 64m² area, and NO preburn

- AR-AFFF 1x3 at 10.47L/min/m² extinguished in ~2 mins....So should be easy!

- F3  3x6 (6%) at 7L/min/m² NO control after 15 mins

- Increased to18.2L/min/m² after further 15 mins... only extinguished as fuel burnt away!

- *CAUSE: too much fuel pick up with forceful monitor application.*

Also 350m² pool fire test – *"holes in foam blanket didn't close again and fire comes through holes"* so not met German Refinery's requirements.

Conclusions: 1. Re-Healing foam is not suitable for tank firefighting
2. For tank firefighting an AR-AFFF foam is required

**Ref: Mike Willson: CASA Discussion, Sydney Airport 11th June 2015**



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AFFFTC00218785

251st ACS National Meeting: Div. Chem. & Env., March 13-17, 2016

## Solberg Information:





The Global Voice for the High Risk Fire & Safety Specialist

"ARCTIC AFFF foam concentrates are intended for use on Class B hydrocarbon fuel fires and are available in 1% and 3% concentrations. ARCTIC AR-AFFF foam concentrates are intended for use on Class B hydrocarbon and polar solvent fuel fires. Concentrates available include 1x3%, 3x3%, and 3x6% ATC™ formulations. All ARCTIC foam concentrates can be used to prevent re-ignition of a liquid spill and control hazardous odors, and will improve extinguishment in deep seated fires."
-March 2, 2016 Issue



---

251st ACS National Meeting: Div. Chem. & Env., March 13-17, 2016

## Is Fluorine Free Foam (F3) an Alternative to C6 Fluorotelomer-based AFFF??

*"SEAC considers that fluorine-free foams can be taken into account on a long-term basis but cannot be relied on for the coming years for such a critical use."*

Quoted from: Committee for Socio-economic Analysis (SEAC), Draft Opinion, on an Annex XV dossier proposing restriction on PFOA, its salts and PFOA-related substances, 10 September 2015, p14.



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

251st ACS National Meeting: Div. Chem. & Env., March 13-17, 2016

## Is Fluorine Free Foam (F3) an Alternative to C6 Fluorotelomer-based AFFF??



- ❖ **Forceful application** creates **flammable foam**
- ❖ **Incompatible with AFFF** and **other F3 agents**
- ❖ **No vapor barrier film** may endanger firefighters
- ❖ **Higher application rates** are required



251st ACS National Meeting : Div. Chem. & Env. March 13-17, 2016

# Thank you!

Dynax Contact Info:
Ed Kleiner, Ph.D.: 79 Westchester Avenue, Pound Ridge, NY 10576 USA
Tel: 914 764-0202   Fax: 914 -764-0533   e-mail: chang.jho@dynaxcorp.com



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AFFFTC00218787



FOAM

# Transition achieved

New milspec foams provide superior performance with reduced environmental risk, writes Tom Cortina.

Tom Cortina is executive director of the Fire Fighting Foam Coalition.



Sailors observe the AFFF system flow in the hangar bay of USS Makin Island during an AFFF operating system test. Photo: Mass Communication Specialist 3rd Class Nick Cerilli, US Navy.

Over the past few months new AFFF agents from multiple manufacturers containing only short-chain fluorotelomer-based surfactants have passed the US military specification (Mil-F-24385F), one of the world's most challenging foam standards, and have been listed on the US military's qualified products database.

Short-chain fluorotelomer-based surfactants that contain six carbons or less (C6) are approved for use by environmental authorities worldwide as alternatives to longer-chain fluorosurfactants (C8 and above) because they are much lower in toxicity and do not bioaccumulate based on current regulatory criteria.

While these new military specification (milspec) listings are an extremely positive development that validates our predictions that the transition to short-chains would be smooth, they are not at all surprising.

The use of short-chain (C6) fluorosurfactants in fire-fighting foams is not new. They have been a key component of some fluorotelomer-based AFFF agents since the 1970s. In fact, milspec AFFF agents containing greater than 95% short-chain fluorosurfactants that have been on the market for more than 30 years are the primary foam agents used for the last decade by US, Australian and some European armed services. As such there was never any real doubt that foams containing only short-chain fluorosurfactants could meet the most difficult fire protection challenges.

Milspec is one of the most rigorous and respected standards for fire-fighting foams in the world. It is more difficult to meet than other standards such as EN and UL, and there are many foam products that meet the requirements of those standards but do not meet the requirements of the milspec. Unlike the ICAO foam standards that are based on the results of a single fire test, the milspec requires foam to pass multiple fire tests using both fresh and salt water. Included in those fire tests is the requirement to pass one of the tests at half strength to account for potential problems with the operation of proportioning equipment in the field. No other foam standard includes this rigorous half-strength requirement. A more complete list of milspec requirements is presented here:

- Fire performance on 2.6m² and 4.6m² unleaded gasoline pool fires using both fresh and salt water
- As part of the fire performance testing foam agents must extinguish the 2.6m² fire at half-strength and at five times strength
- Foam quality, film formation and sealibility tests
- Dry chemical compatibility
- Compatibility after aging with all other QPD-listed products and prior QPD products still in use in significant quantities determined by multiple qualification tests and mixtures including 2.6m² fires using both fresh and salt water
- Conformance to chemical and physical tests, including refractive index and fluorine content
- Corrosivity on multiple alloys (pH, total halides, general and localised corrosion)
- Environmental impact as determined by biodegradability factors, specifically, chemical oxygen demand, biological oxygen demand, and aquatic toxicity

An important component of the milspec that needs to be stressed is the requirement that all listed foams must be compatible for use in the same equipment at the same time. Along with performance, this compatibility requirement is one of the key issues that led the Federal Aviation Administration to require in 2006 that all airports in the US must use milspec AFFF agents for aircraft rescue and fire fighting. Compatibility with the other concentrates allows mutual aid and re-supply from many sources in times of emergency or competitive bids, ensures performance, prevents foam mixing and storage issues and avoids potential equipment problems.

In recent years some airports in Europe and Australia have begun using fluorine-free foams for ARFF based on their having passed the ICAO standard. The airport firefighters using these foams and the passengers flying into these airports should be aware that fluorine-free foams are not currently able to pass the milspec and would not be allowed for use in US airports. In addition the ICAO standard does not include the secondary critical requirements of the milspec such as compatibility. Fluorine-free foams currently on the market are not only incompatible with AFFFs, but also with other fluorine-free agents.

Recent testing by the Naval Research Labs presented at an American Chemical Society Conference in San Diego showed AFFF agents extinguishing gasoline fires in less than half the time it took fluorine-free foams to extinguish the same fires. NRL includes the development of aqueous film-forming foam under their greatest accomplishments – 90 Years of Innovation – as 'one of the most far-reaching benefits to worldwide aviation safety.'

There is currently a misconception that foams containing only short-chain fluorosurfactants require significantly more fluorosurfactant to achieve the same level of performance as a previous formulation with some long-chain content.

This misconception appears to be based on public statements from one manufacturer that it required 40% more fluorosurfactant to reformulate some of their products. It is our understanding that most of the new short-chain AFFF agents that have passed the milspec have a fluorine content of around 1%. This is well within the historical range for fluorotelomer-based AFFF agents on the QPD and significantly lower than the PFOS-based products that were on the list prior to 2002.

Although each foam formulation is unique and the exact amount of fluorosurfactant needed to achieve a specific performance level will vary with each formulation depending on the skill of the formulator, there is nothing inherent in the use of short-chain fluorosurfactants that would require significantly more to be used to achieve the required performance level.

Concluding, the environmental impact of fire-fighting foams has been drastically reduced over the last decade with the elimination of PFOS foams, an increased focus on minimising foam discharges, and the transition to short-chain C6 fluorotelomer-based surfactants. The recent listing on the milspec QPD of multiple new AFFF agents containing only short-chain fluorosurfactants is an important sign that this transition has been successfully achieved. This will ensure that safe and effective AFFF agents that meet all environmental requirements will continue to be available well into the future.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AFFFTC00218788



Hon Dr Steven Miles MP
Minister for Environment and Heritage Protection and
Minister for National Parks and the Great Barrier Reef

Ref   CTS 04502/15

15 OCT 2015

Level 13
400 George Street Brisbane Qld 4000
GPO Box 2454 Brisbane
Queensland 4001 Australia
Telephone +61 7 3719 7330
Facsimile +61 7 3220 6231
Email environment@ministerial.qld.gov.au

Mr Thomas Cortina
Executive Director
Fire Fighting Foam Coalition
1001 19th Street North
Suite 1200 Arlington
VIRGINIA 22209 USA

Dear Mr Cortina

Thank you for your correspondence on behalf of the companies you represent concerning the draft Policy on the Management of Firefighting Foam. The Minister has asked me to respond on his behalf and to apologise for the delay in responding to you on this important matter.

The issues you have raised are under consideration along with those submitted by a range of stakeholders. The Policy content consideration and drafting process has been based on very extensive research and a wide range of advice and input over the long development period. This has included extensive consultation with relevant experts and other state, territory and commonwealth regulatory agencies to ensure a consistent and comprehensive approach to the management of the risks posed by the use of all firefighting foams.

All those involved in consideration of the Policy are mindful that there needs to be practical and realistic mechanisms to enable real progress towards long-overdue improvements in the understanding and best-practice management of firefighting foam to reduce the currently unacceptable risks while ensuring that safety and property protection are not compromised.

A range of stakeholder comments have already been received including a diversity of additional references and information that are now being reviewed. The need for further consultation will be considered as a whole, including consideration of the overall implications for users, suppliers, emergency services, the government and the community.

The Minister hopes this information is of assistance to you. Should you have any further enquiries, please contact Mr Nigel Holmes, Principal Advisor Incident Management of the Department of Environment and Heritage Protection by email at <nigel.holmes@ehp.qld.gov.au> or on telephone +61 7 4936 0503.

Yours sincerely

Philip Halton
Chief of Staff

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# ATTACHMENT R

Confidential Document Placeholder Sheet

# Confidential Documents Contemporaneously Submitted to the Court for In Camera Review in Compliance with CMO No. 17

# ATTACHMENT S

Confidential Document Placeholder Sheet

Confidential Documents Contemporaneously Submitted to the Court for In Camera Review in Compliance with CMO No. 17

# ATTACHMENT T

LODYNE K81'86 (20%) (70969-47-0) Hazard Evaluations

1. Chemical Reaction

$$C_nF_{2n+1}CH_2CH_2SH + 6 \; CH_2CHCONH_2 \xrightarrow[\substack{\text{n-Butyl Carbitol} \\ \text{n-Propanol}}]{\text{VAZO 52}} R_FCH_2CH_2S(CH_2\text{-}\underset{|}{CH})_n H$$

LODYNE 921A, n = 4 ( 5%)
6 (94%)
8 ( 1%)

$$\overset{|}{C}ONH_2$$

+ polyacrylamide
+ $(CH_3)_2CHCH_2CH(CH_3)CN$

+ $((CH_3)_2CHCH_2C(CH_3)CN)_2$

2. LODYNE K81'84(30%) Composition

| Component | CAS # | Concentration (wt %) |
|---|---|---|
| Perfluoroalkylethylthio poly acrylamide | 70969-47-0 | 20% |
| Polyacrylamide | 9003-05-8 | 5% - 9% |
| Butyl Carbitol | 112-34-5 | 32% |
| Acetic Acid | 000064197 | 0.05% |
| n-Propanol | 71-23-8 | 8% |
| Acrylamide | 79-06-1 | < 0.1% |
| Water | 77-32-18-5 | 40% |
| $(CH_3)_2CHCH_2CH(CH_3)CN$ | Impurities | < 0.1% |
| $((CH_3)_2CHCH_2C(CH_3)(CN))_2$ | | < 0.1% |

Source: Calculated from Process Flow Sheet, Analytical measurements.

3. Physical and Chemical Properties

Refer to attached Technical Bulletin and MSDS.



EXHIBIT
LP245
Todd Thomas, Ph.D.
12/16/2020
Michael E. Miller, FAPR, RDR, CRR

CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER

LODYNE K81'86 (20%) (70969-47-0) Hazard Evaluations

4.  Raw Materials

| Chemical | CAS # | Classification |
|---|---|---|
| Acetic Acid | 000064197 | TWA: 1 ppm  STEL: 15 ppm<br>Severe Eye & Skin Irritant<br>DOT: Corrosive & Combustible |
| Acrylamide | 79-06-1 | Suspect Carcinogen<br>Skin 9.3 mg/M & Eye Irritant<br>DOT: UN Class 6<br>      Irritant |
| Butyl Carbitol | 112-34-5 | Eye Irritant |
| LODYNE 921A | 68140-18-1 | |
| n-Propyl Alcohol | 71-23-8 | TWA: 200 ppm; STEL: 250 ppm |
| VAZO 52 | 4419-11-8 | DOT: Flammable Solid |

References:    1.  ACGIH
               2.  29 CFR 1910 Subpart 21 & 22
               3.  National Toxicology Program Annual Rep. on Carc.
               4.  International Agency for Research on Cancer
               5.  Attached MSDS

CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER

BASF_AFFF_MDL_00005383

LODYNE K81'86 (20%) (70969-47-0) Hazard Evaluations

5.  Toxicological Studies

Acute Oral $LD_{50}$ (rat)          > 5 g/kg

Acute Dermal $LD_{50}$             NA

Skin Irritation                Minimal

Eye Irritation                 Moderate

Minimal Lethal Concentration:      ?

Source:  Material Safety Data Sheet (from SH&E)

CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER

BASF_AFFF_MDL_00005384

# ATTACHMENT U

Confidential Document Placeholder Sheet

Confidential Documents Contemporaneously Submitted to the Court for In Camera Review in Compliance with CMO No. 17

# ATTACHMENT V

Confidential Document Placeholder Sheet

Confidential Documents Contemporaneously Submitted to the Court for In Camera Review in Compliance with CMO No. 17

# ATTACHMENT W

Confidential Document Placeholder Sheet

# Confidential Documents Contemporaneously Submitted to the Court for In Camera Review in Compliance with CMO No. 17

# ATTACHMENT X

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

IN RE: AQUEOUS                )
FILM-FORMING FOAMS            )
(AFFF) PRODUCTS              )  MDL NO.
LIABILITY LITIGATION         )  2:18-mn-2873-RMG
_____    )
                              )
THIS DOCUMENT RELATES         )
TO ALL CASES                 )


— — —

Wednesday, December 16, 2020
— — —

HIGHLY CONFIDENTIAL

PURSUANT TO PROTECTIVE ORDER


— — —


    Remote Videotaped Oral Deposition of
TODD A. THOMAS, Ph.D. held at the location of
the witness, commencing at 8:06 a.m. CST on
the above date, before Michael E. Miller,
Fellow of the Academy of Professional
Reporters, Certified Court Reporter,
Registered Diplomate Reporter, Certified
Realtime Reporter and Notary Public.


— — —

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Highly Confidential - Pursuant to Protective Order

et cetera.

Q.    Okay.  And the A cut is this --
does this chart reflect your understanding of
what the A cut would have been for Lodyne 920
specifically?  The A cut would have been
predominantly C6?

A.    The A cut was predominantly C6.

Q.    And is Dr. Kleiner's range here
of 95 to 97%, is that consistent with what
you observed at Ciba-Geigy for the A cut?

A.    That -- that is how I recall
it.  I mean, it was 20-some years ago, so
it's --

Q.    Sure.

A.    -- it's hard to know
specifically, but that seems reasonable.

Q.    Okay.  And where it says A cut,
C6, if we go to the right, it says C6
Fluorosurfactants.

Do you see where that's
written?

A.    Yes, sir.

Q.    And I want to clarify here:  C6
fluorosurfactants, Ciba-Geigy produced
historically a variety of C6-based

Highly Confidential — Pursuant to Protective Order

second, Corey.  Let me find it on mine, and then I'll -- I think I had a typo in my notes.  So it should be AFFFFTC00121823.

BY MR. BOWDEN:

Q.   This is a two-page exhibit as well.  Take a moment to look at it, if you will.  This was not produced.

MR. WELLSCHLAGER:  Same comment about reserving our right to take a break and review.

MR. BOWDEN:  Okay.

BY MR. BOWDEN:

Q.   Dr. Thomas, this should be in the Dropbox for you.

MR. BOWDEN:  I'll mark this as LP242.

TRIAL TECHNICIAN:  It's 241.

MR. BOWDEN:  241.  Thank you, Corey.  241.

(Whereupon, Deposition Exhibit LP241, Ansulite Blend Record Sheet, AFFFTC00121823 - AFFFTC00121824, was marked for identification.)

///

Highly Confidential - Pursuant to Protective Order

BY MR. BOWDEN:

Q.    Do you have a copy that you're looking at now?

A.    Working on it.  Let's see.

Q.    You may have to press refresh on your browser.

A.    Right.  There it is.

All right.  I have the document open.

MR. BOWDEN:  Okay.  So, Corey, let's go ahead and pull up the top header there that says Ansulite Blend Record Sheet.

BY MR. BOWDEN:

Q.    Sir, you see this is dated August 27th, 1985.  Do you see that on the top right?

A.    Yes, sir.

Q.    And this says:  Ansulite Blend Record Sheet, and then it says:  Ansulite 6%, paren, AFC-5, Based on Lodyne S-103 and K81-84.

You see where that's written?

A.    Yes, sir.

Q.    Lodyne S-103 was a

Highly Confidential Pursuant to Protective Order

fluorosurfactant manufactured by Ciba-Geigy at the McIntosh plant, correct?

A.    Well, in 1985, I don't know that. I don't even know if it was produced at McIntosh at that time.

Q.    Okay. Let me ask you differently.

A.    There was a Lodyne product that we produced called S-103A --

Q.    Where was that product --

A.    -- at McIntosh in the '90s.

Q.    Okay. And what about K81-84, was there a Lodyne product called K81-84 produced at the McIntosh plant to your knowledge?

A.    Yes, K81-84 was produced in McIntosh in my tenure.

Q.    It says AFC-5 is based on Lodyne S-103 and K81-84, both Ciba-Geigy products, correct?

MR. WELLSCHLAGER:  Objection, form.

BY MR. BOWDEN:

Q.    They're both Ciba-Geigy products -- (audio malfunction) --

Highly Confidential – Pursuant to Protective Order

(Clarification requested by the stenographer.)

BY MR. BOWDEN:

Q.    Dr. Thomas, was your answer yes, that those are Ciba-Geigy products?

A.    I can only assume so.  Lodyne, I believe, was trade named -- trademarked by Ciba-Geigy.

Q.    Okay.  You have no reason to believe that those were not Ciba-Geigy products?

A.    That is true.

Q.    Okay.  Now, this Ansulite blend record sheet, you see where it says -- there's steps listed out here, and on the left side of the page it says 1, Initial Water.

You see where it says that, gallons, 7036?

A.    Yes, sir.

Q.    And at the top of the page -- actually, this one doesn't have it.  Never mind.

And then step 2, it says: Water to SS Mix Tank, which I believe is

stainless steel.

Do you see where that's written?

A.    Yes, sir.

Q.    And then it says, number 3, magnesium sulfonate or sulfate, addition, 505.  You see where that's written?

A.    Yes.

Q.    And then it says Deriphat D-16-C.  Do you see where that's written?

A.    Yes, sir.

Q.    Deriphat -- and I see a different number of Deriphat models or runs, if you will.

Do you know what Deriphat is?

A.    I'm familiar with the term.  In other words, I've heard the term historically, but I don't remember the chemical makeup of Deriphat.  I don't know if --

Q.    What is your --

A.    Sorry.

Q.    What is your understanding as to what Deriphat's purpose is?  What is it typically used for in your experience?

A.    I don't remember what we --
what the functionality of the Deriphat was.

Q.    Okay.  Fair enough.  I can ask
a Tyco person that.  That will be fine.

Let's move on to the next one,
next page, Corey.  Step 5, Triton X-102.  Do
you see where that's written?

A.    Yes, sir.

Q.    And Triton X-102, is that a
hydrocarbon surfactant?  Do you know?

A.    Again, I don't remember.  The
name is familiar to me but not the makeup of
the material.

Q.    Is Triton a Ciba-Geigy product,
or not?

A.    Not that I recall.

Q.    Okay.  And then you can see
here it says Lodyne S-103.  You see where
that's written?

A.    Yes, sir.

Q.    And then underneath that,
Step 8, Lodyne K81-84.

A.    Yes, sir.

Q.    You with me?

A.    Yep.

Highly Confidential Pursuant to Protective Order

Q. We skipped a step. Step 6 is Butyl Carbitol. Ciba refers to it as something else, but Butyl Carbitol you understand to be a solvent used in AFFF agents?

MR. WELLSCHLAGER: Objection to form.

A. I do know that Butyl Carbitol is used in formulating material. I believe we used something similar in the Lodyne.

BY MR. BOWDEN:

Q. Yeah. I think you -- you switched to a glycol ether in the '90s, I believe; is that right?

A. I think there was still some Butyl Carbitol use, if I remember correctly.

Q. Okay. And then step 9, Final Water, and it adds additional gallons to it. You see where that's written?

A. Yes, sir.

Q. And then at the bottom, it says, gallons for sale, 12,000, and then it says 5 pounds, 2415.

You see where that's written?

A. Yes, sir.

Highly Confidential Pursuant to Protective Order

Q.    And as part of the -- your job as a development chemist at Ciba-Geigy, would you have interactions with Ansul in how they were formulating their agents, their AFFF agents?

A.    No, I never did.

Q.    Okay.  Were there folks at Ciba-Geigy who were responsible for interfacing with Ansul and other companies about how their products were going to be used?

MR. WELLSCHLAGER:  Objection to form.

A.    I don't know how specifically they engaged with that.  I know we had people that spoke to the customers about product utilization, effectiveness, et cetera, but I don't know if they -- if they helped develop formulations specifically, you know, with, in this case, Ansul.

BY MR. BOWDEN:

Q.    So S-103 and K81-84, do you know who would have been responsible at Ciba-Geigy for interfacing with customers on how those were going to be used in the

Highly Confidential - Pursuant to Protective Order

customers' products?

A.    No, I don't remember specifically, and I certainly didn't know in the 1980s, but I just don't remember who exactly had that role.

Q.    Who would you think it might -- might fall to to have that responsibility?

MR. WELLSCHLAGER:  Objection, foundation, calls for speculation.

MR. BOWDEN:  So, John, I'll give you a running objection to form. The foundation -- the speculation, all those are speaking objections.  I think the Court has ruled on this recently.  So I'll just give you an objection to form on all my questions. We can handle it later with the judge.

Sorry, Mr. Thomas.

MR. WELLSCHLAGER:  You're saying that stating a one-word basis is a speaking objection?

MR. BOWDEN:  Yes.  I think the speculation, you're encouraging the witness.  I've noted that it's changed his answers, so yes, I do think that

Highly Confidential - Pursuant to Protective Order

you're coaching him by saying that.

And the Court has noted and there was a lengthy discussion -- I can send you the transcript -- where objection to form is the only proper objection, and he said it's perfectly fine to give a running objection in these depositions so that we don't have interruptions, and that's what I'm -- I'm encouraging you to do now is to accept that you have a running objection, and aside from directing your witness not to answer, we shouldn't have further interruptions.

MR. WELLSCHLAGER:  Well, I'll consider it and happy to talk to you at a break.

MR. BOWDEN:  Okay.

Dr. Thomas, I did not get your answer to the last question.

A.    You were --

BY MR. BOWDEN:

Q.    I asked who you thought had the responsibility of interfacing with customers such as Ansul on how Lodyne surfactants were

being utilized.

A.    I don't remember.  I didn't get involved with interaction with the customer or with our people who interacted with the customer in the firefighting area, so I don't know.  I don't remember who did that.

Q.    Was there a department name or a team name for the people who spoke to customers about how Ciba-Geigy products were being utilized?

A.    My understanding is there were personnel in different business groups that were aligned along product lines.  And in the Lodyne world, those people resided either in Ardsley, New York or in Greensboro, slash, High Point, depending on the timing.  There was a shift in where the offices were located.

Q.    Okay.  Do you know any of the members of the business group that were responsible for the Lodyne products?

A.    Yes, sir.

Q.    What people do you recall?

A.    The two people that I recall were Dave Gregory, who was the head of the

business group at the time and when I joined the group in '92 through somewhere around '96 -- no, sorry, '97-98 time frame, he left the company.

And Steve Carbone, who was product manager. I don't know if for my whole tenure, but certainly through the middle '90s, and even up until I left the fluorochemicals group, I believe, Steve was product manager.

Jerry Poole once upon a time was plant manager at McIntosh for Lodyne production, and then he moved to High Point and took a business leadership role in the fluorochemicals business group.

Q. Okay. Okay. Were you ever given, as a development chemist at McIntosh plant, were you ever given feedback through either the business group or anyone else in Ciba-Geigy of how customers were using Lodyne surfactants and if there needed to be changes made to those surfactants?

A. I don't recall ever being tasked or having a discussion about changes that we might -- we were -- that I was asked

Highly Confidential - Pursuant to Protective Order

to make to the Lodyne surfactants based on customer feedback or from the business group.

Q.    Okay.  Was Lodyne 103 made at any other facility other than the McIntosh plant in the '90s while you were there?

A.    Not that I'm aware of, no.

Q.    What about Lodyne K81-84?

A.    Not that I'm aware of.

Q.    What about Lodyne S-106?

A.    Also I'm not aware that it was produced anywhere but McIntosh during my time with Lodynes.

Q.    Was McIntosh the primary plant for the production of Lodyne surfactants which were marketed and intended to be used in AFFF agents?

A.    The McIntosh facility was the primary, possibly only, production facility for the Lodyne products while I was involved with that group.

Q.    Okay.  And do you have a --

MR. WELLSCHLAGER:  Sorry, Wes.

Hey, Mike, I had an objection to form before that last answer, if you wouldn't mind.  I was on mute.

Highly Confidential - Pursuant to Protective Order

MR. BOWDEN: Okay. Corey, put back up that exhibit, if you would.

LP241. Let's go back to the first page.

BY MR. BOWDEN:

Q. And have you seen blend sheets in the past for AFFF agents, Dr. Thomas?

A. No, sir. I believe this is the first I've ever seen.

Q. Is it your general understanding that Lodyne surfactants are simply mixed with other raw materials to produce AFFF agents?

A. My understanding was that the Lodyne products were not used as we -- as we sold them or in the formulation that we sold them; that more work was done to them subsequent to our selling them to our customers, but only in a very general sense. I have no specific information about what that would look like.

Q. Okay. I want to talk to you about that.

When you say Lodyne products, are you referring to all Lodyne products or

are you referring to specifically the

fluorosurfactants marketed and sold for AFFF

use?

A.    I'm trying -- I'm trying to

think if I -- if that was specific to the

firefighting formulations, not necessarily

AFFF and the other use of the surfactants.

Q.    Okay.  Let me ask this very

specifically then because I think I see where

you're going.

My specific question to you is

for Ciba-Geigy Lodyne products, specifically

the fluorosurfactants that were sold to be

used in AFFF agents to meet mil spec.  Was it

your understanding that those products were

used as is by the customer?

A.    I can only speculate on sort of

my memory here because I was never involved

with formulations.  The impression that I had

was that our products were blended in some

form to make a firefighting formulation and

not used directly or as is.

But I --

Q.    I appreciate --

A.    Yeah.

Highly Confidential – Pursuant to Protective Order

Q.    And I think -- and I apologize, I think it may be a poor term of art for me.

For example, when Ciba-Geigy sold Lodyne K81-84 to be used in AFFF agents that would meet mil spec, your expectation is that that K81-84 surfactant would be blended with other compounds to produce AFFF agent; is that right?

A.    That is how I understood it.

Q.    Okay.  My question was -- and I'll make sure that we're talking clearly to each other -- you would not expect Ansul or any other AFFF agent formulator to take K81-84 and change that surfactant into a different surfactant; is that fair to say?

A.    No.  I can't say that I know that that wouldn't occur in some way.

Q.    As you sit here today, can you give me any examples where you know that purchasers of S-103 or K81-84 changed those fluorosurfactants before they were blended to make an AFFF product?

A.    I can't say that I know that anyone changed it, but I don't know really in any detail however they used our products, so

Highly Confidential - Pursuant to Protective Order

I can't -- I can neither confirm nor rule out that that kind of change could happen.

Q.    As a chemist sitting here today and looking at LP241, is there any indication in this exhibit that we've just gone through that Lodyne S-103 or Lodyne K81-84 were changed prior to blending into AFC-5?

A.    I would have to say that the way I read this, in my opinion, this doesn't look to be what I would in my mind call a chemical transformation.  This looks like a blending operation, but --

Q.    Right.

A.    -- I only have what's in front of me to go by.

Q.    Sure.  Sure.  I understand.

MR. BOWDEN:  All right, we can take that one down, Corey.

I want to pull up AFFFTC00130370, and I'll mark this as LP242.

(Whereupon, Deposition Exhibit LP242, 6/27/84 Moyer Memo to Kleiner, AFFFTC00130370 - AFFFTC00130374, was marked for identification.)

Highly Confidential - Pursuant to Protective Order

MR. WELLSCHLAGER:  Is this part of your production?

MR. BOWDEN:  That's the one we were just on.  Just a second.  I meant to say BASF_25.

(Whereupon, Deposition Exhibit LP244, Lodyne Fluorochemical Production Scheme, [No Bates], was marked for identification.)

MR. BOWDEN:  And yes, that was part of the production.

MR. WELLSCHLAGER:  BASF -- oh, ending in 25.

MR. BOWDEN:  Yes.

MR. WELLSCHLAGER:  So, Doctor, that should be Tab 3.

THE WITNESS:  I'm sorry, John, you broke up.

MR. WELLSCHLAGER:  Sorry, it should be Tab 3.

THE WITNESS:  Let me see if I've got it here.  I have it on my screen.

MR. BOWDEN:  Okay.  So, Corey, let's enlarge this, if we can, the top

Highly Confidential — Pursuant to Protective Order

line.

BY MR. BOWDEN:

Q.    And, Doctor, I think this generally describes what we've been discussing today, that Lodyne fluorochemicals typically start with zonyl telomer B, right, the top left?

A.    Yes, sir.

Q.    And if we're following the manufacturing process across the top line, you take zonyl telomer B, you convert it to Lodyne 920A, right?

A.    Yes.

Q.    Which is your thiol mercaptan; is that right?

A.    Yes, sir.

Q.    And then you fractionate 920A into the different 921 cuts, correct?

A.    Correct.

Q.    And so now we see Lodyne 921A, which is a C6 mercaptan; Lodyne 921B, which is a C8 mercaptan; 921C, C10 mercaptan.  I see.  And then 924 is your C8 to C14 mercaptan as well, right?

A.    Yes, sir, I see that.

Q.    Okay.  And I think I've referred to that previously as the D cut, but you refer to it as 924.

Is that the 924 you were referring to previously?

A.    Yes, sir.

MR. BOWDEN:  And if we continue over to the right, Corey.

BY MR. BOWDEN:

Q.    You can see that generally there's different -- there's different uses for these surfactants or at least anticipated in this flowchart.

At the top we've got 921A going over to surfactants K81-84, 81-86, 103A and 106A.  Do you see where those are written?

A.    Yes, sir.

Q.    All right.  And so those -- those surfactants listed there, those are based on the Lodyne C6 mercaptan 921A.

Have I stated that correctly?

A.    With the understanding that it's not a pure C6.  It's just that that's the largest component --

Q.    Right, it's 95-plus percent on

Highly Confidential - Pursuant to Protective Order

average, correct?

A.   I don't know that on average, but 95%-plus, it can be.  Like we just saw 106A required 96%-plus.

Q.   Okay.  And 106A is listed underneath those Rf surfactants at the end as based on the C6 product, right?

A.   Yes, sir.

Q.   Okay.  And we were looking previously at the document that showed Ansulite AFC-5 being formulated with S-103A and K1-84, and it would be your assumption based on that blend sheet that AFC was produced utilizing C6-based surfactants, correct?

MR. WELLSCHLAGER:  Objection, form.

A.   Based on the way the nomenclature here, yes.  That's not to say that it would only have C6 homologs in it, but C6 would be the predominant homolog in it.

BY MR. BOWDEN:

Q.   Right.  And C8 homologs were not intentionally added to 103A, 106A, K81-84

or K81-86, correct?

A.      I'm not quite sure what you mean by intentionally.

Q.      Right.  So the idea here is you've got Lodyne 921A as your C6 mercaptan, right?

A.      Yes, yes.

Q.      There's nothing in here that indicates that Ciba-Geigy added -- after it fractionated out 921A, that it added a C8 mercaptan in order to make those surfactants listed on the far right?

A.      I would say that we always used the maximum allowable C8 distribution based on the product specification.

Q.      Okay.

A.      So if it allowed us to have 3% C8, we tried to make sure we used as much of that allowable percentage as possible.  So it --

Q.      Why?

A.      Why?  Because all of these products required balancing the available mercaptan distribution.  Since they all had different requirements, it was a balancing

Highly Confidential - Pursuant to Protective Order

act to consume.  If you had a batch of C6 that was higher in C8 -- you had a batch of 921A that was higher in C8, you had to find a way to consume it.

So you tried to maximize the allowable C8 in, say, an A product.

Q.   Is that because the zonyl B was predominantly by distribution a C8 telomer ethyl iodide?

A.   It -- it was, but that wasn't the only reason.  Just by the nature of the fractionation there was variability in these cuts, and you were always balancing that distribution available versus the distribution allowable in the products that changed --

Q.   I think I -- I'm sorry.  I did not mean to interrupt you.  Continue.

A.   Well, and the product demand, which was customer-based, varied significantly too, so you might have a run on some cut that then left you with other cuts that you had high inventory and needed to consume.

Q.   And that's what I was trying to

figure out.

So you might have a run where you had some cuts that left you with other cuts that you had high inventory and you needed to consume. That's what you just said, right?

A.    Yes.

Q.    Okay. And so when you talk about you have a run that has a high cut, it might have a nonideal distribution, right?

A.    Correct. That could happen.

Q.    So you might have a run of 921A that's 99% C6 and 1% C8, and you might have a second run of 921A that's 94% C6 and 6% C8. And you might blend those two together to come up with a 95 or 96%-based 921A. Is that fair to say?

A.    That is --

MR. WELLSCHLAGER:    Object to form.

A.    That is a reasonable representation of what we were doing, yes.

BY MR. BOWDEN:

Q.    Because what you didn't want to have was the C8 go to waste, so you were

Highly Confidential - Pursuant to Protective Order

trying to figure out what product can we put it in so that we don't just have product sitting there that's not used, right?

MR. WELLSCHLAGER:  Objection to form.

THE WITNESS:  Yeah.

A.    It wasn't specific to C8. There were times --

BY MR. BOWDEN:

Q.    It could be all --

A.    Yeah, we might have an excess of A because, you know, firefighting sales or surfactant sales -- because there were directs of surfactant that were not firefighting -- was slower or was less than paper or other products that used the higher homologs.

Q.    I think I'm starting to now understand why you said enhanced.

My understanding is that enhanced doesn't mean 100% C6 because Ciba-Geigy was taking 921A, which was predominantly C6, and you were adding other homologs to it just so those homologs wouldn't go to waste, right?

Highly Confidential - Pursuant to Protective Order

MR. WELLSCHLAGER:  Objection to form.

A.    Yes, but I don't know that that's the only reason.  I think there was perhaps some product performance considerations as well.  I -- that is at least my understanding of how those distributions for specifications on products were developed.

MR. BOWDEN:  Okay.  All right. Corey, you can take that page down, please.

Let's pull up BASF_MDL_5382.

(Whereupon, Deposition Exhibit LP245, Lodyne K81-86 Hazard Evaluation, BASF_AFFF_MDL_00005382 - BASF_AFFF_MDL_00005384, was marked for identification.)

MR. WELLSCHLAGER:  And, Doctor, that should be Tab 19.

THE WITNESS:  I have it up.

BY MR. BOWDEN:

Q.    So at the top you can see this is the Lodyne K81-86 at 20% hazard evaluation, and then it shows underneath it

Highly Confidential - Pursuant to Protective Order

because I don't have any data that says 81-84 was made of such a ratio that the ratio of oligomers changed depending on the product. And I don't remember the specific allowable composition of oligomer of the homologs for 81-84. So I don't know that --

BY MR. BOWDEN:

Q. Okay. Fair enough.

But it's fair to say that K81-84 was derived from Lodyne 921A?

A. That is correct.

Q. That's an accurate statement?

A. That's correct.

Q. Okay. And we understand now that the ratios are something that Ciba-Geigy can target in terms of what the distribution is of 921A, correct?

A. Target -- we can blend 921A batches that had different distributions to achieve a desired range. That's not to say that we could create it from the distillation process that accurately.

Q. Okay. What was the accuracy as you understand it via the distillation process? So we take 920 and you convert it

Highly Confidential - Pursuant to Protective Order

so rhythm.  You want to come back at five of?

MR. BOWDEN:  Yeah, give me ten minutes, so call it five till the hour will be fine.

THE VIDEOGRAPHER:  The time right now is 10:46 a.m.  We are off the record.

(Recess taken, 10:46 a.m. to 11:03 a.m. CST)

THE VIDEOGRAPHER:  The time right now is 11:03 a.m.  We're back on the record.

BY MR. BOWDEN:

Q.    All right, Dr. Thomas.  We're in the home stretch here.

MR. BOWDEN:  The first thing I'd like to do, Corey, is pull up BASF Bates ending in 3230.

(Whereupon, Deposition Exhibit LP248, Chemical Structures, BASF_AFFF_MDL_00003230 - bb 003295, was marked for identification.)

MR. WELLSCHLAGER:  Sorry, 3230?

MR. BOWDEN:  Correct.

Highly Confidential - Pursuant to Protective Order

MR. WELLSCHLAGER: Should be Tab 10, Doctor.

BY MR. BOWDEN:

Q. Dr. Thomas, are you ready?

A. I have the hard copy opened. Looks like electronic copy is --

Q. We're going to look at -- we're just going to look at one page, so I think you'll be fine with just the electronic copy.

A. Okay.

Q. Well, two pages.

MR. BOWDEN: Corey, at the top right of this page.

BY MR. BOWDEN:

Q. You see where it says 1980? That's the best I can do on a date for you.

And then if you would, it's going to be page 18 of this document, which would be Bates ending 3247. Yep.

MR. BOWDEN: Go ahead and pull up that top box, just the top box.

BY MR. BOWDEN:

Q. And, Dr. Thomas, at Ciba-Geigy, you guys had process books that would show the chemical structure of the various

Highly Confidential - Pursuant to Protective Order

chemicals used and made by Ciba-Geigy; is that right?

A.    I can't say yay or nay.  There is a process book, that is correct, that did show the process and the formula, yes.

Q.    Okay.  And so this is the chemical structure that we're looking at.

MR. BOWDEN:  Corey, the middle of it says:  Name, Lodyne S-103.

BY MR. BOWDEN:

Q.    Do you see where that's written, sir?

A.    That is correct, yes.

Q.    And then it's got a structure at the top, and there's two molecules listed, one being sodium on the right side, and then you've got the C6 tail on the left side.

Do you see where that's listed?

A.    Yes, sir.

Q.    And I think we highlighted the sulfur group, but this is a salt that y'all were producing, 103, is that how it's actually made?

A.    Yes, that's how I remember it.

Q.    Okay.  So then when you put it

Highly Confidential - Pursuant to Protective Order

in solution, it turns into this C6-based anion, right?

A.    Yes.  It was an anionic product from what I remember.

Q.    Okay.  And then in 103, according to this chart here -- first of all, chemist, R. Falk.  Did you work with a Falk at Ciba-Geigy?

A.    There was a Bob Falk, Robert Falk, I believe at Ardsley, when I first joined the group.  I met him a couple of times, didn't work with him closely.

BY MR. BOWDEN:

Q.    Okay.  And so Ardsley would have been where the research chemists were housed; is that right?

A.    Yes, sir, for fluorochemicals.

Q.    And then it says talk/chapter, Rf surfactants and AFFF agents.

Do you see where that's written?

A.    Yes, sir.

Q.    And you would agree with me that Lodyne S-103 is represented here as a C6-based surfactant, correct?

Highly Confidential — Pursuant to Protective Order

A.      I would agree that that is how it is represented here.

MR. BOWDEN:  Okay.  Corey, we can take that down.

And then I want to go to AFFFTC96308.

(Whereupon, Deposition Exhibit LP249, 4/2/87 Kleiner Letter to Butler, AFFFTC00096308 - AFFFTC00096310, was marked for identification.)

MR. BOWDEN:  And, John, I do not believe this was disclosed.

MR. WELLSCHLAGER:  You don't have any --

BY MR. BOWDEN:

Q.      It's a three page -- it's a three-page document, Dr. Thomas.  It should be in the share file.  If you'd like to take a minute to review it, you can.

MR. WELLSCHLAGER:  Doctor, since you have access to it and it's only three pages, I would recommend you take a moment to familiarize yourself with the document.

Highly Confidential - Pursuant to Protective Order

THE WITNESS:  Will do.  All right.  I have it up now.  Give me just a second.

(Document review.)

THE WITNESS:  All right.  I've had an opportunity to review the document.

BY MR. BOWDEN:

Q.    All right.  And you can see here on the top, it's written April 2nd, 1987.  It's to Mr. Butler at The Ansul Company.  Do you see that?

A.    Yes, uh-huh.

Q.    And at the bottom --

MR. BOWDEN:  Corey, if you'll flip to page 3.

BY MR. BOWDEN:

Q.    -- you'll see that this is signed by Dr. Ed Kleiner, right?

A.    Yes, sir.

Q.    Who, again, was one of the lead research chemists at Ciba-Geigy during this time frame, right?

A.    Perhaps.  He may have had some business oversight as well at this time.

Highly Confidential - Pursuant to Protective Order

Q.    Right.  This was one of those business documents.  That's a fair point.

So go back up to the top, Corey.

BY MR. BOWDEN:

Q.    It says:  Dear Craig, the following are the prices for Lodyne S-103 and Lodyne K81-84 for the 1987 U.S. Government AFFF bids.

Do you see where that's written?

A.    Yes, sir.

Q.    So this is 1987.  They're bidding to provide mil spec AFFF to the government.  And you see here on the left side of the chart, it says AFC-5.

Do you see where that's written?

A.    Yes, sir.

Q.    That's 6% containers in pails, and then another line item, 6% container is drums underneath it.  Correct?

A.    That is how I read it as well, yes.

Q.    And then you've also got 3%

Highly Confidential - Pursuant to Protective Order

formulations underneath it for 5A in both pails and drums, right?

A.   Yes, sir.

Q.   And you would agree with me for all of these products or for both of these products, the Lodyne surfactant listed is S-103 and K81-84, correct?

A.   I see that those Lodyne products are listed there, yes.

MR. BOWDEN:  Okay.  And, Corey, can we keep this chart up and do a split screen with the first exhibit of today, which would have been LP240, Bates ending 18780.  Can we go down to the third page of that document, please, and pull up that flowchart again?

BY MR. BOWDEN:

Q.   So, Dr. Thomas, it's your understanding that these AFC-5 products that met mil spec and were actually being bid -- or produced for the purpose of meeting a government bid historically were based on C6 Lodyne surfactants, correct?

MR. WELLSCHLAGER:  Objection to

Highly Confidential - Pursuant to Protective Order

form.

A.    I would again say they're based on 921A, which, granted, had the largest percentage of -- that homolog would have been C6.

BY MR. BOWDEN:

Q.    Okay.  95 to 97% C6 and some contribution, a small percentage, from C4 as well, correct?

A.    And some percentage of C8.

MR. BOWDEN:  Okay.  John, I'd like to take just a brief pause.  Those might be my questions, but I want to take just a two-minute break to confer with my colleagues, okay?

MR. WELLSCHLAGER:  Yeah.  Before everyone disperses, can I just ask the group -- and this doesn't have to be on the record -- if anyone else intends to ask questions?

THE VIDEOGRAPHER:  We'll go off the record first.

MR. WELLSCHLAGER:  Sure.

THE VIDEOGRAPHER:  The time right now is 11:13 a.m.  We're off the

# ATTACHMENT Y

Confidential Document Placeholder Sheet

# Confidential Documents Contemporaneously Submitted to the Court for In Camera Review in Compliance with CMO No. 17

# ATTACHMENT Z

Confidential Document Placeholder Sheet

Confidential Documents Contemporaneously Submitted to the Court for In Camera Review in Compliance with CMO No. 17

# ATTACHMENT AA

Confidential Document Placeholder Sheet

# Confidential Documents Contemporaneously Submitted to the Court for In Camera Review in Compliance with CMO No. 17

# ATTACHMENT BB

Confidential Document Placeholder Sheet

# Confidential Documents Contemporaneously Submitted to the Court for In Camera Review in Compliance with CMO No. 17

# ATTACHMENT CC

Confidential - Pursuant to Protective Order

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

IN RE: AQUEOUS                )

FILM-FORMING FOAMS      )

(AFFF) PRODUCTS            )   MDL NO.

LIABILITY LITIGATION    )   2:18-mn-2873-RMG

_____    )

THIS DOCUMENT RELATES  )

TO ALL CASES                  )


THURSDAY, OCTOBER 29, 2020

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

- - -

Remote videotaped deposition of William Weppner, Ph.D., held remotely at the location of the witness in Escalante, Utah, commencing at 7:10 a.m. Mountain Time, on the above date, before Carrie A. Campbell, Registered Diplomate Reporter and Certified Realtime Reporter.



- - -


GOLKOW LITIGATION SERVICES

877.370.3377 ph | 917.591.5672 fax

deps@golkow.com

Confidential - Pursuant to Protective Order

Q.    And when we talk about hex, when we see that term "hex," we're talking about a C6-based chemistry, correct?

A.    That's correct.

Q.    Versus PFOS, which is perfluorooctanyl sulfonate, which means 8, C8, correct?

MR. RING:  Objection to form.

THE WITNESS:  That's correct.

QUESTIONS BY MR. BOWDEN:

Q.    And so 3M historically, as you've just said, has been using a foamer that is based on C6 chemistries and continued to do that from inception through phaseout; isn't that right?

MR. RING:  Objection to form.

THE WITNESS:  In a variety of different formulations, that's correct.

QUESTIONS BY MR. BOWDEN:

Q.    So for as long as 3M has been using C8 chemistries in its firefighting foams, it has also had the manufacturing capability of producing C6 chemistries, generally speaking; fair to say?

Confidential - Pursuant to Protective Order

MR. RING:  Objection to form.

THE WITNESS:  Generally speaking, yes.

QUESTIONS BY MR. BOWDEN:

Q.    All right.  Let me just review my notes real quick.

In the 1960s and through the manufacturing phaseout in 2000, is it fair to say that 3M was the major market supplier of AFFF products throughout the world?

MR. RING:  Objection to form.  Foundation.

THE WITNESS:  I don't specifically know that for a fact.

QUESTIONS BY MR. BOWDEN:

Q.    Okay.

A.    Certainly during my tenure, the -- obviously meeting of military spec, there had to be a qualification, and I know there were a variety of other companies that made telomer-based fluorosurfactants.

In terms of relative amounts in those marketplaces or supplies, I don't have a knowledge of that information.

Q.    So and I want to narrow this

# ATTACHMENT DD

Confidential Document Placeholder Sheet

Confidential Documents Contemporaneously Submitted to the Court for In Camera Review in Compliance with CMO No. 17

# ATTACHMENT EE

## (EXCERPT OF EXHIBIT 77)

Confidential Document Placeholder Sheet

# Confidential Documents Contemporaneously Submitted to the Court for In Camera Review in Compliance with CMO No. 17

# ATTACHMENT FF

Confidential Document Placeholder Sheet

Confidential Documents Contemporaneously Submitted to the Court for In Camera Review in Compliance with CMO No. 17

# ATTACHMENT GG

Confidential Document Placeholder Sheet

# Confidential Documents Contemporaneously Submitted to the Court for In Camera Review in Compliance with CMO No. 17

# ATTACHMENT HH

Confidential Document Placeholder Sheet

# Confidential Documents Contemporaneously Submitted to the Court for In Camera Review in Compliance with CMO No. 17

# ATTACHMENT II

## Confidential Document Placeholder Sheet

Confidential Documents Contemporaneously Submitted to the Court for In Camera Review in Compliance with CMO No. 17

# ATTACHMENT JJ

Confidential Document Placeholder Sheet

Confidential Documents Contemporaneously Submitted to the Court for In Camera Review in Compliance with CMO No. 17

# ATTACHMENT KK

Confidential - Pursuant to Protective Order

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

IN RE:  AQUEOUS FILM-FORMING

FOAMS (AFFF) PRODUCTS

LIABILITY LITIGATION

                         MDL NO. 2:18-mn-2873-RMG

_____

THIS DOCUMENT RELATES

TO ALL CASES

WEDNESDAY, APRIL 28, 2021

—  —  —

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

—  —  —

Remote Videotaped Deposition of RAJESH R. MELKOTE, Ph.D., taken pursuant to notice and conducted at the location of the witness, commencing at 9:12 a.m. Eastern Time, on the above date, before Jennifer A. Dunn, Registered Professional Reporter, Certified Court Reporter.

GOLKOW LITIGATION SERVICES

877.370.3377 ph | 917.591.5672 fax

deps@golkow.com

Confidential - Pursuant to Protective Order

Q    So if there was C6-based Mil-spec available in the '80s and '90s, then you would agree that technological feasibility existed, correct?

A    I would not, because we -- we sell -- we sold foams not just to Mil-spec, it was UL and EN and CSA and FM. All different sorts of regulations --

Q    Right.

A    -- and requirements.

Q    Those regulations, though, were global, correct? The ones you're referring to?

A    Nope, nope, those are U.S.

Q    Okay.  Is the Mil-spec most restrictive of all of those?

A    The Mil-spec is specifically designed for a particular application for the military, from what I understood.

Q    Okay.  And I -- I -- again, lay person, have heard that it's the most restrictive.  That basically if you meet Mil-spec, you're good on the rest.

You're telling me that's not correct?

A    That is not true.  You have to test -- if that were the case, we could just test to Mil-spec and show those results to UL or anybody.  That was definitely not the case.

Q    Okay.  So if there was a Mil-spec product on the QPL, just for purposes of -- to make things easy, in 2000,

Confidential - Pursuant to Protective Order

based on C6, 2000 or earlier, right, and it met Mil-spec.

So then is it fair to say that the National

Foam's -- it's technically feasible for National Foam to

have manufactured a AFFF based on C6 that met Mil-spec?

A    Met Mil-spec, but not the other specs to which

they were selling.

Q    Right.  I'm talking about Mil-spec.

A    I would -- I would grant you that.  I -- I --

again, I'm not the expert, but I would grant you that based

on --

Q    My representation?

A    Yes.

MS. EVANGELISTI:  Okay.  Okay.  If you'll

pull up 679.

(Melkote Exhibit Number BB-679 was marked for

identification.)

MS. EVANGELISTI:  And this is a rather long

PowerPoint.

THE WITNESS:  Okay.

MS. EVANGELISTI:  So I'll give you a chance

to review it.

THE WITNESS:  Any particular section, or I

should just probably -- let me go through it.

MS. EVANGELISTI:  Actually, let's go off the

record.  I'm going to try to narrow the document so continue

# ATTACHMENT LL

Confidential Document Placeholder Sheet

Confidential Documents Contemporaneously Submitted to the Court for In Camera Review in Compliance with CMO No. 17