# EXHIBIT 24

## Confidential Document Placeholder Sheet

Deposition Transcript of Michael Falco
November 18, 2020

# Confidential Documents Contemporaneously Submitted to the Court for In Camera Review in Compliance with CMO No. 17