# EXHIBIT 36

EXHIBIT

DL-13

1.  COMMERCIAL CHEMICAL PRODUCT LINES

2.  GENERAL TOXICITY

3.  SULFONIC ACID & CARBOXYLIC ACID DERIVATIVES

    A.  REVIEW OF SUBCHRONIC DATA

    B.  METABOLISM DATA

4.  SUMMARY

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

## COMMERCIAL CHEMICALS PRODUCT LINES

| | |
|---|---|
| "FLUORINERTS" | ELECTRONIC LIQUIDS |
| "FLUOREL/KEL-F" | ELASTOMERIC RUBBER/PLASTICS |
| "LIGHT WATER" | AQUEOUS FILM FORMING FOAMS<br>FIRE FIGHTING LIQUIDS |
| "SCOTCHGARD, SCOTCHBAN" | TEXTILE/PAPER TREATMENTS |
| "FLUORAD" | SURFACTANTS |

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

## "FLUORINERT" ELECTRONIC LIQUIDS

PERFLUORINATED CARBON CHAINS

FC-88     PERFLUOROPENTANE     $C_5F_{12}$

FC-72     PERFLUOROHEXANE     $C_6F_{14}$

BLENDS OF PERFLUORINATED CYCLIC ETHERS AND PERFLUORINATED CARBON CHAIN

FC-75     $C_8F_{16}O$ (CYCLIC) + $C_8F_{18}$

FC-43     $C_8F_{17}$ C — C     + $C_{11}F_{24}$
             F
           C     C
              O

USES;  VAPOR PHASE SOLDERING, QUALITY CONTROL FOR ELECTRONIC PARTS,
       HEAT TRANSFER FLUIDS, COOLING OF ELECTRONIC COMPONENTS

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00080685

CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER

3M_AFFF_MDL00080686

## TOXICITY OF "FLUORINERT" BRAND ELECTRONIC LIQUIDS

| "FLUORINERT" LIQUIDS | ACUTE ORAL TOXICITY $LD_{50}$ (Rat) | SKIN IRRITATION (Rabbit) | EYE IRRITATION (Rabbit) | ACUTE INHALATION $LC_{50}$ (Rat) |
|---|---|---|---|---|
| FC-88 | 34.6 g/kg (oral) | Non-irritating | Non-irritating | No deaths when animals were exposed to 3300 mg/liter of air for 3 hours. |
| FC-78 | 10 g/kg (oral) | Non-irritating | Non-irritating | No deaths when animals were exposed to 340 mg/liter of air. |
| FC-72 | 34.6 g/kg (oral) | Minimally irritating | Non-irritating | No deaths when animals were exposed to near saturated vapors at room temperature for 2 hours. |
| FC-77 | 10 g/kg (oral) | Non-irritating | Non-irritating | No deaths when animals were exposed to 250 mg/liter for 1 hour at room temperature. |
| FC-104 | 23.1 g/kg (oral) | Non-irritating | Non-irritating | No Data |
| FC-75 | 34.6 g/kg (oral) | Non-irritating | Non-irritating | No deaths when animals were exposed to 750 mg/liter of air for 4 hours. |
| FC-40 | 34.6 g/kg (Intraperitoneal) | Non-irritating | Non-irritating | No deaths when animals were exposed to "near saturated" atmosphere at room temperature. |
| FC-43 | 10 g/kg (oral) | Non-irritating | Minimally irritating | No deaths when animals were exposed to 15 mg/liter for 4 hours at room temperature. |
| FC-48 | 34.6 g/kg (oral) | Non-irritating | Non-irritating | No deaths when animals were exposed to 90 mg/liter for 4 hours (300° F). |
| FC-70 | 10 g/kg (oral) | Non-irritating | Non-irritating | No deaths when animals were exposed to near saturated vapors at room temperature for 2 hours. |

NOTE:  All "FLUORINERT" Liquids, except FC-40, are classified as being practically non-toxic orally.
       FC-40, is classified as being practically non-toxic intraperitoneally.

## "FLUOREL/KEL-F" ELASTOMERS/THERMOPLASTIC

### "FLUOREL" FLUOROELASTOMERS

COPOLYMERS OF

VINYLIDENE FLUORIDE

PERFLUOROPROPENE

### "KEL-F" THERMOPLASTICS

COPOLYMERS OF

VINYLIDENE FLUORIDE

CHLOROTRIFLUOROETHYLENE

USES:  "FLUOREL":  HEAT RESISTENT
O-RINGS, GASKETS, ETC.

"KEL-F":  ACID/BASE RESISTANT THERMOPLASTIC LAQUERS,AND COATINGS
FOR ALUMINUM, COPPER, STEEL & PLASTIC

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00080687

# TOXICITY SUMMARY OF

## "FLUOREL" AND KEL-F" PRODUCTS

### "FLUOREL" Elastomer

PRIMARY SKIN IRRITATION (RABBIT):         0.0/8.0  NON-IRRITATING

ACUTE INHALATION, THERMAL DECOMPOSITION:  10/10 DEATHS TOXIC
                                          PRODUCTS AT 260°C.

### "KEL-F" Thermoplastic

ACUTE ORAL TOXICITY (RAT):      >5 GM/KG   PRACTICALLY NON-
                                           TOXIC

PRIMARY SKIN IRRITATION (RABBIT):   0.0/8.0   NON-IRRITATING

EYE IRRITATION (RABBIT):        15.5/110.0 MINIMALLY IRRITATING

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

# "LIGHT WATER" AQUEOUS FILM FORMING FOAMS

**TYPICAL FORMULATION:** FC-203

| | |
|---|---|
| 2-3% | FLUOROCHEMICAL FOAMER* |
| 1-2% | FLUOROCHEMICAL SURFACTANTS† |
| 3% | HYDROCARBON SURFACTANTS |
| 2% | SOAP |
| 65% | WATER |
| 25% | BUTYL CARBITOL |

*FLUOROCHEMICAL FOAMER

$$C_6F_{13}SO_2NC_3H_6N(CH_3)_2C_2H_4OH$$
$$\overset{\displaystyle CH_2CHOHCH_2SO_3Na}{|}$$

†FLUOROCHEMICAL SURFACTANT

$$FC\text{-}95 - C_8F_{17}SO'_3K$$

USES: FIRE EXTINGUISHING LIQUIDS
ESPECIALLY GOOD FOR EXTINGUISHING SOLVENT AND FUEL FIRES

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00080690

## "LIGHT WATER" AFFF TOXICITY SUMMARY OF PRODUCTS

| Product | Primary Skin Irritation | Eye Irritation | Acute Oral Toxicity |
|---|---|---|---|
| FC-201 | 0.0 NON-IRRITATING | 12.7/110 MINIMALLY | $LD_{50}$  1.0-3.0 G/KG |
| FC-203A | 0.0 NON-IRRITATING | 11.0/110 MINIMALLY | $LD_{50}$  >5 G/KG |
| FC-206 | 0.0 NON-IRRITATING | 6.0*/110 MILDLY | $LD_{50}$  >5 G/KG |
| FC-206A | 0.1 MINIMALLY IRRITATING | 17.1/110 MILDLY | $LD_{50}$  > 5 G/KG |
| FC-206A DILUTED (6%) | 0.0 NON-IRRITATING | 0.0/110.0 NON-IRRITATING | |
| FC-600 | .96 SLIGHTLY IRRITATING | 9.3+/110.0 MODERATELY | $LD_{50}$  >10 G/KG |
| FC-600 DILUTED (6%) | 0.0 NON-IRRITATING | 13.6/110.0 MINIMALLY | |

*IRRITATING THROUGH 5 DAYS
+IRRITATING THROUGH 7 DAYS

# "SCOTCHGARD/SCOTCHBAN" TEXTILE/PAPER TREATMENTS

## "SCOTCHGARD" TEXTILE TREATMENTS

### FLUOROCHEMICAL EMULSIONS

FC-234:
30% SOLIDS TERPOLYMER:  METHYL FOSE ACRYLATE/
BUTYL ALCOHOL/
POLY MEG 2000 DIMETHYL ACRYLATE

IN: WATER
METHYL ISOBUTYL KETONE
ETHYLENE GLYCOL

FC-378:
30% SOLIDS 2 ET
FOSE+/TDI:          URETHANE

IN: WATER
METHYL ISOBUTYL KETONE
ETHYLENE GLYCOL

*MEFOSE ACRYLATE:   $C_8F_{17}SO_2N(CH_3)C_2H_4OC\overset{O}{\underset{H}{-}}C=CH_2$

+ETFOSE:            $C_8F_{17}SO_2N(C_2H_3)C_2H_4OH$

USES:  PROVIDES SOIL, STAIN AND WATER REPELLANCY TO A VARIETY OF FABRICS.

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

"SCOTCHBAN" PAPER TREATMENTS

FC-807:  33% SOLID SALT OF A FLUOROCHEMICAL PHOSPHATE ESTER

$$[C_8F_{17}SO_2N(C_2H_3)CH_2CH_2O\ ]_2 \overset{O}{\underset{}{P}} ONH_4$$

IN WATER AND ISOPROPYL ALCOHOL

USES:  OIL AND STAIN RESISTANCE IN PAPER PRODUCTS. FC-807
       IS CURRENTLY APPROVED BY THE U.S. FOOD AND DRUG
       ADMINISTRATION FOR USE IN FOOD PACKAGING.

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

## "SCOTCHGARD/SCOTCHBAN" TOXICITY SUMMARY

| SCOTCHGARD | PSI | GPS HSP* | EI | LD$_{50}$ AOT | I.T. | AMES | SUB-CHRONIC DATA |
|---|---|---|---|---|---|---|---|
| FC-214 | 0.0 | NEG. | 0.0 | >5G/KG | LOW HAZARD | N.K. | No |
| FC-234 | 0.0 | N.K. | 47.31 MODERATELY | >5G/KG | N.K. | N.K. | No |
| FC-380 | 0.0 | NEG. | 8.0 MINIMALLY | >10G/KG | LOW HAZARD | NEG. | No |
| FC-388 | 0.0 | NEG. | 15.3 MILDLY | >5G/KG | LOW HAZARD | NEG. | No |

### SCOTCHBAN

| | PSI | GPS HSP* | EI | LD$_{50}$ AOT | I.T. | AMES | SUB-CHRONIC DATA |
|---|---|---|---|---|---|---|---|
| FC-807 | 0.0 | NEG. | <15.0 MINIMALLY | >15.4G/KG | N.K. | NEG. | YES |
| FC-808 | <1.6 MINI-MALLY | N.K. | 4.0 MINIMALLY | >15G/KG | N.K. | NEG. | YES |

*GUINEA PIG SENSITIZATION HUMAN SKIN PATCH STUDY

CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER

3M_AFFF_MDL00080693

## "FLUORAD" SURFACTANTS

## PERFLUOROOCTYL SULFONIC ACID DERIVATIVES

FC-95:   $C_8F_{17}SO_3^- K^+$

FC-99:   $C_8F_{17}SO_3^- H_2N^+ (CH_2CH_2OH)_2$

FC-128:   $C_8F_{17}SO_2NH(CH_2)_3N(CH_3)_3^+ I'$

## CARBOXYLIC ACID DERIVATIVE

FC-143:   $C_7F_{13}COO'NH_4^+$

USES:   REDUCE SURFACE TENSION OF AQUEOUS AND NON-AQUEOUS SYSTEMS: ETCHING BATHS, SPECIALTY INKS, FLOOR POLISH EMULSIONS AND PHOTOGRAPHIC SOLUTIONS, TEFLON EMULSIFIER.

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00080695

## FLUORAD Surfactant Toxicity Summary

| | P.S.I. | E.I. | A.O.T. | I.T. | AMES | SUBCHRONIC |
|---|---|---|---|---|---|---|
| FC-95 | 0.0 NON-IRRITATING | 9.3 MILDLY | $LD_{50}$ 251MG/KG | $LC_{50}$ 5.2MG/L | NEGATIVE | YES |
| FC-99 | 0.1 MINIMALLY | 15.2 MILDLY | $LD_{50}$ > 5G/KG | N.K. | N.K. | YES - 14 DAY SUBACUTE |
| FC-128 | 0.9 SLIGHTLY | 5.8 MINIMALLY | $LD_{50}$ 1250MG/KG SLIGHTLY | $LC_{50}$ 22.22-6623 MG/L | N.K. | No |
| FC-134 | 0.5 MINIMALLY | 7.0 MINIMALLY | $LD_{50}$ 500MG/KG MODERATELY TOXIC | $LD_{50}$ >5.1MG/L RESPIRATORY IRRITANT | N.K. | No |
| FC-143 | 0.0 NON-IRRITATING | 14.0 MINIMALLY | $LD_{50}$ 540MG/KG | $LC_{50}$ >18.6MG/L RESPIRATORY IRRITANT | NEGATIVE | YES |

## MANUFACTURE OF FC-143
## CARBOXYLIC ACID DERIVATIVE

100% Perfluorooctanoic acid

$$C_7F_{15}CO_2H + NH_3$$
$$\downarrow$$
$$C_7F_{15}CO_2NH_4$$

FC-143

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

MANUFACTURE OF E$_T$FOSE ALCOHOL AND FC-95

$C_8F_{17}SO_2F + C_2H_5NH_2$

$C_8F_{17}SO_2NH$
$|$
$C_2H_5$

$ClC_2H_4OH + NaCO_2$

$C_8F_{17}SO_2N-C_2H_4OH$       CRUDE
$|$
$C_2H_5$

DISTILLED            NARROW RANGE FM-3422 E$_T$FOSE

$C_8F_{17}SO_2N-C_2H_4OH$
$|$
$C_2H_5$

K+ $|$ LBFC

$C_8F_{17}SO_2^-K^+$

FC-95

3M_AFFF_MDL0008069

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

## MANUFACTURE OF FC-807

$$C_8F_{17}SO_2\overset{\overset{\textstyle C_2H_5}{|}}{N}C_2H_4OH + POCl_3$$

FM-3422

$$\downarrow$$

5-15% $R-O-\overset{\overset{\textstyle O}{\|}}{P}-Cl_2$

65-75% $(R)_2-\overset{\overset{\textstyle O}{\|}}{P}-Cl$     $(R)_3-\overset{\overset{\textstyle O}{\|}}{P}$  15-25%

$$\downarrow \;\; + H_2O$$

$R-O_3\overset{\overset{\textstyle O}{\|}}{P}-(OH)_2$

$R_2-\overset{\overset{\textstyle O}{\|}}{P}-OH$    $R_3-P = O$

$$\downarrow \text{ ISOPROPYL ALCOHOL}$$
$$H_2O$$
$$NH_4OH$$

$R-O-\overset{\overset{\textstyle O}{\|}}{P}-(ONH_4)_2$

$R_2-\overset{\overset{\textstyle O}{\|}}{P}-ONH_4$

$R_3-P = O$

$$\downarrow \text{ SETTLE, FILTER}$$
$$H_2O + IPA$$

FINAL PRODUCT

FC-807

80-90% DIESTER

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00080698

# PRODUCT LINES BASED ON

# PERFLUOROOCTYL SULFONYL ACID DERIVATIVES

| | |
|---|---|
| "FLUORAD" Surfactants | 27 |
| "SCOTCHGARD" Fabric and Textile Treatments | 58 |
| "SCOTCHBAN" Paper Treatments | 10 |
| "LIGHTWATER" Aqueous Film Forming Foams ($C_6$ Sulfonyl Acid Derivatives) | 10 |

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

# CHRONOLOGY OF EVENTS LEADING TO THE

# INITIATION OF 90 DAY STUDIES

**1971**    D. R. TAVES REPORTS ORGANIC AND INORGANIC FORMS OF FLUORINE IN HUMAN SERUM.

**1975**    TAVES PRESENTS $^{19}$F NMR SPECTRA DATA TO 3M

CRL IDENTIFIES $^{19}$F NMR SPECTRUM AS $C_8F_{17}SO_3H$ OR ITS SALTS

**1976**    ANALYTICAL METHOD FOR LOW LEVEL DETECTION OF $R^+F'$ DEVELOPED

3M WORKERS SAMPLED

CARBOXYLIC ACID IDENTIFIED IN 3M EMPLOYEE $C_7F_{15}COO'H^+$

**1977**    ANALYSIS OF $R^+F'$ LEVELS IN SHORT-TERM ANIMAL STUDIES BEGINS

90 DAY STUDIES ON FC-143, FC-95 AND FM-3422 INITIATED

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00080700

# 90 DAY ORAL STUDY, FC-143, RAT

| DOSE | DEATHS | PHARMACOTOXIC SIGNS AND PATHOLOGY |
|------|--------|-----------------------------------|
| 10PPM | 0/10 | NO REMARKABLE PATHOLOGY |
| 30PPM | 0/10 | IN MALES: INCREASED LIVER AND KIDNEY WEIGHTS |
| 100PPM | 1/10* | IN MALES: INCREASED KIDNEY WEIGHTS |
| 300PPM | 1/10* | IN MALES: INCREASED LIVER AND KIDNEY WEIGHTS, SOME LIVER PATHOLOGY |
| 1000PPM | 0/10 | IN MALES: LIVER DISCOLORATION WITH SLIGHT HYPERTROPHY OF THE HEPATOCYTES, BLOOD EFFECTS. |

*RATS DIED AFTER BLOOD COLLECTION.

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

## 90 DAY ORAL STUDY, FC-143, RHESUS MONKEY

| DOSE | DEATHS | PHARMACOTOXIC SIGNS, PATHOLOGY |
|------|--------|-------------------------------|
| 3 MG/KG/DAY | 0/4 | Soft stool, occasional emesis. Increased platelet count |
| 10 MG/KG/DAY | 0/4 | Anorexia, pale face & gums Increase in activated partial prothrombin time (APPT) |
| 30 MG/KG/DAY | 3/4 | Same as above, swollen face and eyes Decreased activity prostration Death 7-12 weeks Highly increased APPT. Pathology revealed hemopoetic effect |
| 100 MG/KG/DAY | 4/4 | Same as above. Death 2-5 weeks. |

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

## 90 DAY ORAL STUDIES FC-95, RAT

| DOSE | DEATH | PHARMACOTOXIC SIGNS & PATHOLOGY |
|------|-------|--------------------------------|
| 30PPM | 0/10 | NO SIGNIFICANT PHARMACOTOXIC SIGNS. PATHOLOGY REVEALED SOME MINOR LIVER EFFECTS. |
| 100PPM | 5/10 | INCREASED SENSITIVITY TO EXTERNAL STIMULI. CONSULSIONS, CNS EFFECTS. LIVER NECROSIS, GI TRACT HEMORRHAGING. HEMATOPOETIC EFFECT: THYMUS, SPLEEN AND MESENTARY LYMPH NODES. |
| 300PPM | 10/10 | INCREASED SENSITIVITY TO EXTERNAL STIMULI. EMACIATION, CONVULSIONS. HUNCHED BACK. PATHOLOGY SAME AS 100PPM |
| 1000PPM | 10/10 | SAME AS ABOVE. |
| 3000PPM | 10/10 | SAME AS ABOVE, REDUCED MOTOR ACTIVITY. |

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

90 DAY ORAL RHESUS MONKEY STUDY FC-95 I.

| Dose | Death | Pharmacotoxic Signs & Pathology |
|------|-------|--------------------------------|
| 10mg/kg/day | 4/4 (11-20 day) | Anorexia, slight to severe decreases in activity, emesis, body tremors, twitching, convulsions and prostration. Liver discoloration noted but no histopathological evidence of damage. |
| 30mg/kg/day | 4/4 (7-10 day) | Same as above. |
| 100mg/kg/day | 4/4 (3-5 day) | Same as above. |
| 300mg/kg/day | 4/4 (2-4 day) | Same as above. |

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00080704

## II. 90 DAY ORAL RHESUS MONKEY TOXICITY STUDY

| DOSE | DEATH | PHARMACOTOXIC SIGNS & PATHOLOGY |
|------|-------|-------------------------------|
| 0.5 MG/KG.DAY | 0/4 | GI TRACT TOXICITY. LIPID DEPLETION OF ADRENALS, ATROPHY OF PANCREATIC EXOCRINE CELLS AND SEROUS ALVEOLAR CELLS OF THE SALIVARY GLANDS. |
| 1.5 MG/KG/DAY | 0/4 | GI TRACT TOXICITY. SAME AS ABOVE. |
| 4.5 MG/KG/DAY | 4/4 (5-7 WEEK) | GI TRACT TOXICITY. SEVERE RIGIDITY, CONVULSIONS, BODY TREMORS, PROSTRATION, AND WEIGHT LOSS. |

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

90 DAY RAT FM 3422

| DOSE | DEATH | PHARMACOTOXIC SIGNS & PATHOLOGY |
|------|-------|--------------------------------|
| 30PPM | 0/10 | |
| 100PPM | 0/10 | IN MALES: INCREASED LIVER AND KIDNEY WEIGHT. |
| 300PPM | 2/10* | INCREASED LIVER AND KIDNEY WEIGHTS. LIVER AND KIDNEY DISCOLORATION. LIVER: HYPERTROPHY AND NECROSIS. KIDNEY: TUBULAR NEPHROSIS. |
| 1000PPM | 10/10 | INCREASED SENSITIVITY TO EXTERNAL STIMULI. EMACIATION, HUNCHED BACK, CONVULSIONS. SAME AS ABOVE. |
| 3000PPM | 10/10 | SAME AS ABOVE. |
| 10,000PPM | 10/10 | SAME AS ABOVE. |

*DIED AFTER BLOOD COLLECTION.

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

## 90 DAY ORAL RHESUS MONKEY STUDY FM 3422

| DOSE | DEATH | PHARMACOTOXIC SIGNS & PATHOLOGY |
|------|-------|--------------------------------|
| 1MG/KG/DAY | 0/4 | DIARRHEA, NO REMARKABLE GROSS OR HISTOPATHOLOGY. |
| 3MG/KG/DAY | 0/4 | DIARRHEA, NO REMARKABLE GROSS OR HISTOPATHOLOGY. |
| 10MG/KG/DAY | 0/4 | DIARRHEA, IN MALES INCREASE LIVER WEIGHT. NO HISTOPATHOLOGY. |
| 30MG/KG/DAY | 1/4 | BLOODY MUCOUS IN STOOL, EMESIS, DIARRHEA. IN MALES INCREASED LIVER WEIGHT. LIPID DEPLETION OF ADRENALS. MODERATE ATROPHY OF PANCREATIC EXOCRINE CELLS. |

## COMPARISON OF THE SUBACUTE DATA

1. FC-95 IS THE MOST TOXIC OF THE THREE COMPOUNDS.
   FOLLOWED BY FM-3422 AND FC-143

2. IN GENERAL MALE RATS WERE MORE SENSITIVE TO THE COMPOUNDS THAN
   FEMALE RATS.

3. NO APPARENT SEX DIFFERENCES WERE NOTED WITH MONKEYS.

4. THE TARGET ORGANS IN RATS WERE THE LIVER, KIDNEY, CENTRAL NERVOUS
   SYSTEM (CNS), GI TRACT, AND RETICULOENDOTHELIAL SYSTEM.  IN MONKEYS
   THE LIVER AND KIDNEY EFFECTS WERE ABSENT.  GI TRACT DISTURBANCES,
   RETICULOENDOTHELIAL SYSTEM AND CNS TOXICITY WERE EVIDENT.

5. MONKEYS WERE GENERALLY MORE SENSITIVE TO THE FLUOROCHEMICAL TOXICITY
   THAN RATS.  10 PPM IN DIET ~/MG/KG/DAY

|         | RAT                  | MONKEY             |
|---------|----------------------|--------------------|
| FC-143  | 0/10 @ 100 MG/KG/DAY | 3/4 30 MG/KG/DAY   |
| FC-95   | 5/10 @ 10 MG/KG/DAY  | 4/4 4.5  MG/KG/DAY |
| FM-3422 | 10/10 @ 100 MG/KG/DAY| 1/4 30 MG/KG/DAY   |

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

## METABOLISM STUDIES
## POSITION OF CARBON-14 LABEL

FC-143  $C_7F_{15}*COO^-NH_4^+$

FC-95  $C_7F_{15}*CF_2SO_3^-K^+$

FC-807  $(C_7F_{15}*CF_2SO_2N(C_2H_5)CH_2CH_2O)_2PO_2^-NH_4^+$

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

## ORAL ABSORPTION OF $^{14}$C LABELLED FLUOROCHEMICALS

FC-807                          $\leq$ 5%

FC-95                           ~95%

FC-143                          ~93%

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER



3M_AFFF_MDL00080712

## TISSUE DISTRIBUTION OF $^{14}$C LABELLED FLUOROCHEMICALS

| | | FC-143<br>% OF DOSE | FC-95<br>μG/G TISSUE | FC-807<br>μG/G TISSUE |
|---|---|---|---|---|
| 1. | LIVER | 2.5% | 20.6 | 31 |
| 2. | SPLEEN | <0.5% | 0.5 | 277 |
| 3. | PLASMA | 1.1% | 2.2 | 1.5 |
| 4. | BONE MARROW | <0.5% | 0.5 | 73 |
| 5. | KIDNEY | <0.5% | 1.1 | 1.7 |
| 6. | ADRENALS | <0.5% | <0.5 | 3.9 |
| 7. | RBC | <0.5% | N.R. | 1.2 |
| 8. | EYE | <0.5% | 0.5 | 0.2 |
| 9. | LUNG | <0.5% | 1.1 | N.R. |

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00080714



Cumulative Excretion (Urine + Feces) of Total Carbon-14 after a Single
Intravenous Dose of FC-95-$^{14}$C (Mean Dose of FC-95-$^{14}$C:
Cholestyramine Treated, 3.4 mg/kg; Control, 3.5 mg/kg)

Mean of 5 Rats



Cumulative Excretion (Urine + Feces) of Total Carbon-14 After a Single Intravenous Dose of FC-143-$^{14}$C (Mean Dose of FC-143-$^{14}$C: Cholestyramine Treated, 13.3 mg/kg; Control, 13.5 mg/kg)

Mean of 5 Rats

## WHAT HAVE THE ANIMAL STUDIES
## ON FC-95 AND FC-143 SHOWN?

1. FC-95 APPEARS TO BE THE MOST TOXIC OF THE COMPOUNDS EXAMINED.

2. FC-143 APPEARS TO BE THE LEAST TOXIC.

3. BOTH ARE WELL ABSORBED FROM THE GI TRACT.

4. FC-143 APPEARS TO BE QUICKLY ELIMINATED.

5. FC-95 IS SLOWLY ELIMINATED.

6. BOTH COMPOUNDS APPEAR TO HAVE EFFECTS ON THE HEMOPOETIC SYSTEM AND GI TRACT. THE LIVER AND KIDNEY EFFECTS PRESENT IN RODENTS ARE ABSENT IN PRIMATES.

7. MALE RATS ARE MORE SENSITIVE THAN FEMALE RATS.

8. PRIMATES ARE MORE SENSITIVE THAN RATS.

9. CHOLESTYRAMINE ADMINISTRATION MAY BE A POSSIBLE WAY TO ELIMINATE FC IN THE BLOOD OF WORKERS.

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

## Other Animal Toxicity Studies in Progress

1. Surfactant skin absorption study:contrasting solid and liquid forms of the surfactants

2. Teratology study on FC-95 and FM-3422

3. Further investigation platelet aggregation and APTT.

CONFIDENTIAL - SUBJECT TO AFFF MDL
PROTECTIVE ORDER

3M_AFFF_MDL00080717