# EXHIBIT 37

Falco Exhibit
DL387
11/18/20 Carrie Campbell, RDR
exhibitsticker.com

# We don't expect you to believe it ...until you test it (as the U.S. Navy did)

The U.S. Navy developed this simple petri dish product demonstration five years ago and was excited by the results.

So excited, in fact, that they instituted a testing program on every kind of fire . . . from pools of volatile avgas to fuel oil to simulated plane-crash blazes.

In five years of testing they've seen "LIGHT WATER" Brand Agent create a foam that snuffs out fires 2-5 times faster than conventional foaming chemicals.

They've seen "LIGHT WATER" Agent prevent tank reignition in simulated plane-crash blazes, and allow rescue squads to get into the fuselage within 15 seconds.

They've seen "LIGHT WATER" Agent dispensed with all types of presently available air foam equipment, as a single agent and in dry-chemical "twinned agent" systems.

And in every case, they've seen "LIGHT WATER" Agent contain and control the fire faster, more completely, than any other method now in use.

The Navy believes.

"LIGHT WATER" Agent is now becoming the standard protection at U.S. Navy installations on land and at sea. The Navy believes.

Maybe you'd better find out. Write to 3M Company, Chemical Division, 3M Center, St. Paul, Minnesota 55101

**LIGHT WATER® 3M COMPANY**
BRAND AQUEOUS FILM FORMING FOAM



Avgas was placed in this petri dish. "LIGHT WATER" Agent was then put into the larger section. The avgas was ignited. Result . . . no fire, no flash back where "LIGHT WATER" Agent was applied.