# EXHIBIT 45



06 157604

3M_AFFF_MDL00015412

# LIGHT WATER® BRAND

# AQUEOUS FILM FORMING FOAM

## GENERAL INFORMATION

"LIGHT WATER" Brand Aqueous Film Forming Foam Concentrate FC-200 is a synthetic, foam-forming liquid designed for use with sea water, brackish water, or fresh water. When proportioned with water it may be used for Class B flammable fuel fire prevention and extinguishment. Used in suitable low expansion foam-making equipment of the mechanical or air foam type, it generates a white vapor-blanketing foam with a remarkable securing action on flammable liquid type fires. In addition, it improves the wetting and penetrating properties of sea water or fresh water to provide superior extinguishment of Class A fires.

"LIGHT WATER" Brand Concentrate is a scientifically designed product based on fluoro-chemical wetting agents and has resulted from several years of research. Cooperative research work is being continuously carried out with the Chemical Dynamics Branch of the U.S. Naval Research Laboratory and with industry users to find new areas of application.

The unique action of "LIGHT WATER" Concentrate stems from its ability to make water float on flammable fuels which are lighter than water. "LIGHT WATER" Concentrate is mixed with water and applied with conventional foam or fog equipment. The flame quenching foam blanket rapidly spreads over the surface of the fuel. Aqueous solution floats out over the surface to provide a vapor seal. This aqueous film forming action enhances extinguishment and prevents reflash of the fuel. The action also takes place on fuels which have not been ignited so that they are secured and are not readily ignited by a careless or stray spark.

"LIGHT WATER" Brand Concentrate has been tested and has proved to be the most effective foaming type agent ever developed. It shows speeds and efficiencies considerably greater than protein type air foam concentrates. It may be used in mobile units or fixed systems; when employed with dry chemical agents, the combined agents have demonstrated as much as a 1200 percent increase in fire extinguishing ability over protein based and synthetic hydrocarbon foaming agents.

## PRODUCT DESCRIPTION

"LIGHT WATER" Brand AFFF Concentrate FC-200 is an amber colored liquid for use in flow proportioning equipment. It is designed to be mixed with fresh or salt water in a volume proportion of 6% concentrate to 94% water or approximately one gallon of concentrate to 16 gallons of water. It may also be stored as a premix solution at the same volumetric proportions. In ordinary mechanical foam equipment it produces optimum expansions of 7 - 15 to 1 having a 25% drain time of 4 - 6 minutes. (NFPA 11 BT Foam Analysis Methods.)

FC-200 meets the requirements of MIL-F-24385 amendment 5 and is on the Q.P.L. It has the following typical properties:

| | |
|---|---|
| Specific Gravity | 1.02 |
| Freezing Point | 23°F |
| Viscosity, 77° | 5 Centistokes |
| pH | 7.5 |

## STORAGE AND USE CHARACTERISTICS

FC-200 Concentrate may be stored in its shipping container without change in its original physical or chemical characteristics. It does not show significant sedimentation or precipitation in storage or after temperature cycling. Freezing and thawing has no effect on performance, and the concentrate proportions satisfactorily in ordinary equipment at temperatures above 32°F. Freeze-thaw cycling may cause slight stratification, in which case moderate agitation before use is advised. The liquid is shipped in corrosion resistant or molded plastic containers. FC-200 storage vessels should be constructed as recommended in the Materials of Construction section.

Solutions of 6% concentrate in fresh water may be stored for ready use. Long term stability of these solutions is good when kept in a suitable container at temperatures above freezing.

If not consumed in training or in operational usage, solutions should be inspected annually. Instructions for premix solution inspection will be supplied upon request.

## APPLICATION SYSTEMS FOR DISPENSING "LIGHT WATER" AGENT

FOAM TRUCKS – Mobile foam turret trucks using air aspirating equipment or positive displacement pumps are several time more efficient when "LIGHT WATER" Concen-

06 157605

trate is substituted for regular protein foam concentrate.

COMBINED AGENT SYSTEMS – Mobile units in which "LIGHT WATER" Agent is applied with dry chemical are available in a wide range of sizes from industry.

AIR BORNE FIRE SUPPRESSION SYSTEMS – Feasibility of mounting "LIGHT WATER" Agent in a helicopter for delivery and discharge directly over a crash fire, has been demonstrated.

HANDLINE SYSTEMS – Auxiliary handline application from mobile foam trucks will yield the expected increase in efficiency over protein foam on flammable liquid fires with the added advantage of "Class A" fire capability for brush and structural materials.

FOAM NOZZLES AND IN – LINE EDUCTORS – Structural fire fighting handlines equipped with air aspirating nozzles and concentrate eductor tubes will extinguish fuel fires in a manner comparable to regular foam trucks without significant sacrifice in "Class A" fire fighting capabilities. It has been listed by Underwriters' Laboratories in this type of equipment.

FOG NOZZLE SYSTEMS – Ordinary structural fire department fog nozzles listed in the equipment section have also found to be very effective applicators for "LIGHT WATER" Agent. When supplied through these nozzles with properly matched eductors, the solution foams and extinguishes flammable liquid fires rapidly.

FIXED SYSTEMS – Fixed foam systems may readily be adapted to the application of "LIGHT WATER" Agent by substituting the concentrate for a 6% foam concentrate. These systems are useful in hangars, machinery spaces, petroleum loading racks, and chemical plants.

SUB–SURFACE APPLICATIONS FOR TANK FIRES – "LIGHT WATER" Agent foams may be injected below the liquid level of a burning petroleum product storage tank. The layer of "LIGHT WATER" Agent foam will float to the top and extinguish the burning fuel. Engineering is critical in this application. Its use should be limited to systems fully certified and tested by the manufacturer of hardware and by the user.

STANDARD AND FOAM/WATER SPRINKLERS

These systems may be readapted to the use of "LIGHT WATER" Agent or may be equipped to discharge "LIGHT WATER" Agent in new installations. Application areas suggested include aircraft hangars, solvent extraction plants, coatings manufacture and petrochemical processing. Foam/water sprinkler systems are UL listed.

## FIRE TEST DATA

"LIGHT WATER" Brand Liquid Concentrates have been tested for comparative and quantitative fire extinguishment efficiency in a multitude of fire situations over the years since they were first originated. These tests have been conducted by fire protection engineers in the Navy, the fire equipment industry, the Marines and Coast Guard, the petroleum refining industry, numerous federal, foreign, and state agencies, and many others. The liquid has also been tested by the fire protection services and industries of numerous foreign countries.

The typical fires covering up to 25,000 square feet in areas which have undergone tests may be described by the following categories:

- Pooled fuel or fuel spill fires.
- Flowing fuel into spill fires.
- Crashed air-craft fires, on or off the airport.
- Open-top fuel tank fires.
- Fuel fires in grassy and sandy areas.
- "Hot-depth" fuel fires.
- Fuel fires on water.

In one typical test series comparisons were made between "LIGHT WATER" Agent and protein based mechanical foams. On identical 4000 square foot fires using AvGas with a one minute preburn, both "LIGHT WATER" Agent and 6% protein were applied on successive tests with the same mobile turret nozzle at the same application rates.

Graphic data below show that fire control time was 5 to 1 in favor of "LIGHT WATER"




Agent and the amount of concentrate used for total extinguishment was only 1/3 as much.

## BIBLIOGRAPHY


Proposal for Heliborne Crash/Rescue Fire Supression System.
Report 229-099-411-Bell Helicopter Company

"LIGHT WATER" Agent and Protein Foam – A Report of Comparative Evaluations.
Los Angeles City Fire Department-1968

NFPA Bulletins – MP 67-4 A.B. Peterson–NRL
– F 34-1 Peterson–Jablonski
– 403 Standard–Aircraft Rescue & Fire Fighting Services at Airports and Heli-Ports.
– 412 Evaluating Foam Fire Equipment, Aircraft Rescue and Fire Fighting Vehicles.
– NFPA 11 BT Synthetic Foams and Combined Agent Systems Part 1 AFFF Systems.

Fire Equipment Tests Aboard the CVA-62 – Related to Improved Aircraft Carrier Safety–
NRL Memorandum Report 1851–January 30, 1968

Full Scale Fire Modeling Test Studies of "LIGHT WATER"
Agent and Protein Type Foams–
NRL Report 6573–August 15, 1967

A New Vapor-Securing Agent for Flammable Liquid Fire Extinguishment.
NRL Report 6057–March 13, 1964

A Comparative Testing Study of Fire Extinguishing Agents for Shipboard Machinery Spaces–
NRL Memorandum Report 1969–April 15, 1966

FAA Interim Report–Foam and dry chemical application experiments project No. 430-002-02X NA 68-34 December 1968.

"Underwriters' Laboratories Report Ex 2682 72NK2184 'Aqueous Film Forming Foam Concentrate for Use With Foam/Water Sprinklers", July 6, 1972.

"Minimum needs for airport fire fighting and rescue services" Gage-Babcock and Associates, Inc. Report AS-71-1 A.D. No. 720-512 National Technical Information Service.

Underwriters' Laboratories report Ex 2682 Proj. 71NK 1662 Jan. 4, 1972 "Aqueous Film Forming Foam Liquid Concentrates.

Factory Mutual Research Corporation Report No. 19207 "Evaluation of 'LIGHT WATER' Foam for the Suppression of Fuel Fires in Aircraft Hangars". (Also Factory Mutual Report No. 20580).

FAA–USAF Final Technical Report AGFSRS 71-1. Evaluation of Aircraft Ground Firefighting Agent and Techniques Feb. 1972.

"LIGHT WATER" Brand AFFF Engineering Manual, 3M Company, Code Y-ILBA-R.

"The use of 'LIGHT WATER' Foam for Major Aircraft Fires". Fittes, Griffiths & Na JFRO Fire Technology Nov., 1969.

"Foam - Its Efficiency in Tank Fires" - Hird, Rodriguez, & Smith - Fire Technology Feb., 1970.


06 157606

## EQUIPMENT SUITABLE FOR "LIGHT WATER" CONCENTRATE

### HANDLINE EQUIPMENT

**G-W Rockwood**

[illegible]

**Norris Industries**

[illegible]

**Elkhart Brass**

[illegible]

**Akron Brass**

Dual [illegible]
[illegible]
Imperial Series fog nozzles
"Turbojet" Series fog nozzles

### "LIGHT WATER" PREMIX SOLUTION SYSTEMS

**Ansul Company**

"MAGNUM" [illegible] Dual Agent System with Purple-K [illegible] Chemical
"LIGHT WATER" Agent Solution System (May be used singly or as add-on to existing dry chemical system)

**Fire Control Engineering**

"Fire Boss" [illegible] dual agent system with dry chemical
"Fire Boss" [illegible] "LIGHT WATER" solution system (May be used singly or as add-on to existing dry chemical system)

### MOBILE TURRET MONITOR EQUIPMENT

**G-W Rockwood**

[illegible]

**Cardox**

[illegible]

**Feecon Inc.**

"COBRA" [illegible] foam monitors

### "AFFF" PROPORTIONING SYSTEMS

**G-W Rockwood**

Model D Dual Suction Proportioner
Model B-2 Around the Pump System
Balanced Pressure [illegible]

**Cardox**

Variable Orifice Proportioning Valve [illegible] 50-2000 GPM
Foam Pump with Gravity Flow and Orifices

**Fire Control Engineering**

Demand Proportioner 50-1500 GPM
In-Line Proportioners 75-550 GPM

### FIXED MONITOR EQUIPMENT

**G-W Rockwood**

LWP-500 Hydraulic Oscillating Nozzle

### HIGH PRESSURE FOG SYSTEMS

**FMC Corporation – John Bean Division**

Proportioning System
BEAN Foam "AFFF" Proportioning Systems complete with metering valve and foam [illegible]
AFFF holding tanks
BEAN 500 Foam System
Model [illegible] pump, 70 GPM, [illegible] PSI
Model [illegible]
[illegible]




### FC-200 CONCENTRATE METAL COMPATIBILITY DATA PER MIL-F-24385

CONDITIONS–100°F –21 Days

| TEST LIQUIDS | 6061 ALUMINUM | CARTRIDGE BRASS | 1020 CARBON STEEL | STAINLESS STEEL 304 |
|---|---|---|---|---|
| "LIGHT WATER" Concentrate | [illegible] MDD | [illegible]5 MDD | 5 MDD | 0 MDD |
| "LIGHT WATER" SOLUTION 6% in tap water | 0.5 | [illegible] | 3 | 0 |
| Tap Water | 5 | 2 | [illegible] | 0 |
| Sea Water | 2 | 6 | 2 | 0.15 |
| Distilled Water | 5 | [illegible] | 2 | 0 |

Figures are Milligrams per Square Decimeter per Day Weight Loss.

## "LIGHT WATER" AGENT CAPABILITIES

Many other tests have verified these data, which are available in the standard fire engineering literature. The following general conclusions may be made, when "LIGHT WATER" Concentrate is applied as a fire fighting agent:

1. "LIGHT WATER" Agent foams show efficiencies of over 3 times that of protein type foams on open surface gasoline fire.

2. "LIGHT WATER" Agent foams protect unfired surfaces of gasoline spills from ignition for long periods of time.

3. "LIGHT WATER" Agent foam extinguishes and protects fuels from reignition at an efficiency level of as much as 40 square feet of burning fuel per gallon of 6% water solution of the concentrated liquid (.025 gallons/ft.$^2$).

4. "LIGHT WATER" Agent foams extinguish, confine, and "hold" fuel fires into which fuel is pouring from a reservoir until the burning stream can be extinguished.

5. "LIGHT WATER" Agent foams possess an excellent "Class A" fire extinguishing capacity; i.e., they will quickly extinguish burning woods, weeds, grass, and structural materials.

6. "LIGHT WATER" Agent controls and extinguishes rubber tire fires with no danger of reflash (a problem with dry chemical).

7. "LIGHT WATER" Agent foams have shown utility in suppressing fuel tank fires, cooling hot metal and sealing the fuel-tank side area without great depths of foam. This has been experimentally demonstrated in:
   A. Sub-surface application in storage tanks.
   B. Conventional top-side foam application systems.

8. "LIGHT WATER" Agent may be applied to fires simultaneously with other foams, dry chemicals, or $CO_2$, since the agents are mutually effective. (LIGHT WATER Concentrate should never be stored in the same container with protein or other foam concentrates since the concentrates are not completely compatible).

9. "LIGHT WATER" Agent has shown utility on polar solvent spill fires. Higher solution application rates are usually required.

10. "LIGHT WATER" Agent discharged from standard water sprinklers is effective at controlling flammable fuel fires. It has been tested by Factory Mutual for this application.

## MATERIALS OF CONSTRUCTION FOR FC-200

FC-200 Concentrate has a neutral pH and shows corrosion rates comparable to those of water on common metals of construction. Many existing units with mild steel and brass components have been converted to contain "LIGHT WATER" Concentrate with satisfactory results. For optimum storage compatibility, recommended materials of construction for FC-200 concentrate and 6% fresh and sea water premixes are given below:

I. Storage Tanks
   A. Concentrate:
   *Mild steel and cast iron, all stainless steels, Monel 400, baked phenolic coatings on mild steel such as Heresite P-403 or Plasite 3055 (made by Heresite and Chemical Company and Wisconsin Protective Coatings Corporation, respectively), PVC (both rigid and as a mild steel coating). polypropylene, hi–density polyethylene, ethylene–propylene terpolymer (EPT) and fabric–reinforced nitrile rubbers (the latter two used as bladders).

   *Although steel may be used for concentrate storage tanks it is recommended that stainless steel, Monel or coated steel tanks be used for this purpose to avoid the physical problems which may be caused by the rust and scale formation which generally occur when aqueous solutions are stored in uncoated steel vessels.

   B. 6% fresh water solutions:

   Same as for concentrate, in addition Aluminums 6061T–6 and Cast 356.

II. Valves, piping, fittings, gaskets, seals, etc.
   A. Concentrate and 6% fresh water solutions:

   All materials suitable for storage tank construction, as well as conventional brass and bronze, standard asbestos and metal packing materials, most conventional pump greases.

   B. 6% sea water solutions:

   90/10 Copper–Nickel, mild steel lined with baked phenolic or PVC, rigid PVC, EPT and fabric–reinforced nitrile rubbers, standard asbestos and metal packing materials, most conventional pump greases.

## STEPS IN CONVERTING SYSTEMS TO "LIGHT WATER" AGENT

"LIGHT WATER" Concentrate has a powerful detergent action and is a strong penetrant. Equipment that has used protein foam concentrate for an extended period of time usually has a heavy residual deposit that cannot be removed by flushing with water. This residue will be loosened by the "LIGHT WATER" Concentrate, and is capable of fouling pumps and proportioning systems. In converting equipment from protein foam concentrate to "LIGHT WATER" Concentrate it is best to completely remove and thoroughly clean out the concentrate tank. If this is not feasible, the following steps are recommended:

1. Remove all protein foam concentrate from the system. Under no circumstances should "LIGHT WATER" Concentrate be stored with protein.

2. Clean and flush the system as thoroughly as possible with fresh water.

3. Add "LIGHT WATER" Concentrate to the system. After one to two weeks of storage the foam system should be operated and drained completely. Training fire usage is suggested.

4. Reflush system with fresh water and clean any removable filters or separators.

5. Refill system with fresh "LIGHT WATER" Concentrate for permanent conversion.

6. Check proportioning rate.

06 157608

## NOTICE

All statements, technical information and recommendations contained herein are based on tests we believe to be reliable, but the accuracy or completeness thereof is not guaranteed, and the following is made in lieu of all warranties, express or implied:

Seller's and manufacturer's only obligation shall be to replace such quantity of the product proved to be defective. Neither seller nor manufacturer shall be liable for any injury, loss or damage, direct or consequential, arising out of the use of or the inability to use the product. Before using, user shall determine the suitability of the product for his intended use, and user assumes all risk and liability whatsoever in connection therewith.

No statement or recommendation not contained herein shall have any force or effect unless in an agreement signed by officers of seller and manufacturer.

Product and use covered by
U.S. Patent Numbers
3562156, 3772195 and foreign patents.

## BRANCH OFFICES

ATLANTA
5925 Peachtree Industrial Blvd.
Chamblee, Georgia 30341
Tel. (404) 451-1661

BOSTON
155 Fourth Avenue
Needham Heights, Mass. 02194
Tel. (617) 449-0300

CHICAGO
907 Elm St.
Hinsdale, Ill. 60521
Tel. (312) 325-9724
(312) 458-2200

CINCINNATI
4835 Para Drive
Cincinnati, Ohio 45237
Tel. (216) 267-1800

CLEVELAND
12200 Brookpark Road
Cleveland, Ohio 44130
Tel. (216) 267-1800

DALLAS
2121 Santa Anna Avenue
P. O. Box 28158
Dallas, Texas 75228
Tel. (214) 327-7311

DETROIT
23923 Research Drive
Farmington, Michigan 48024
Tel. (313) 477-5000

LOS ANGELES
6023 South Garfield Avenue
Los Angeles, Calif. 90040
Tel. (213) 726-1511

NEW YORK
15 Henderson Drive
P. O. Box 76
West Caldwell, N. J. 07006
Tel. (201) 227-9100 (N.J.)
(212) 285-9600 (N.Y.)

PHILADELPHIA
5698 Rising Sun Avenue
Philadelphia, Pennsylvania 19120
Tel. (215) 742-0200

ST. LOUIS
10725 Baur Boulevard
P. O. Box 510
St. Louis, Missouri 63132
Tel. (314) 991-1320

ST. PAUL
3M Center
St. Paul, Minnesota 55101
Tel. (612) 733-1110

SAN FRANCISCO
320 Shaw Road
South San Francisco, Calif. 94080
Tel. (415) 761-1155

SEATTLE
100 Andover Park West
Andover Industrial Park
Seattle, Washington 98188
Tel. (206) 244-7200

WASHINGTON, D. C.
1750 Pennsylvania Ave. NW
Washington, D. C. 20006
Tel. (202) 298-9200

**Fire Protection Systems 3M COMPANY**
3M CENTER · SAINT PAUL, MINNESOTA 55101

06 157609

Y-FGBI (54.75) BE

Litho in U.S.A. with 3M BRAND Photo Offset Plates, Film and Chemicals.