# EXHIBIT 53

Gerber 30(b)(6) Exhibit
DL11
8/19/21 Carrie Campbell, RDR

Interoffice Correspondence  **3M**

August 20, 1975

Subject: Fluorocarbons in Human Blood Plasma



CONFIDENTIAL

TO:  L. C. KROGH - COMMERICAL CHEMICAL DIVISION - 223-6SE
     J. D. LAZERTE - COMMERCIAL CHEMICAL DIVISION - 236-1
     R. A. NEWMARK - CENTRAL RESEARCH - 201-2W
     J. A. PENDERGRASS - MEDICAL DEPARTMENT - 220-2E

FROM: G. H. CRAWFORD - PHOTOGRAPHIC PRODUCTS - 209-1S

Record of a Telephone Conversation - August 14, 1975

Person calling - Dr. William Guy
College of Medicine
University of Florida
Gainesville, Florida

Dr. Guy called again, following up on the subject (vide my earlier memo) to see if we had any further ideas as to possible sources of the fluorocarbon carboxylic acids found in human blood samples from Texas and New York. I got John Pendergrass on the line and Guy brought in a Dr. Tays (who apparently was involved in the original observation).

The original sampling involved plasma specimens from Albany, New York, Rochester, New York (low natural fluoride in the water) Hillsborough, Texas, Andrews, Texas, and Corpus Christi, Texas (high natural fluoride). There was no measurable difference by region ($10^{-6}$ molar $F^-$). $F^{19}$ NMR studies run by Prof. Wallace Brey (Dept. of Chem., U. of F.) indicate that the fluorine is organic and the suspected species is fluorocarbon carboxylic acid with a $C_6$ or $C_7$ fluoroalkyl group. Dr. Brey suspects a branched end on the chain, e.g. perfluoro t-butyl.

The discussion involved Dr. Guy's speculative questions as to where such a "universal" presence of such compounds in human blood could come from. (The compounds are not present in laboratory animals.) These included:

1. Biosynthesis from inorganic $F^-$.

2. Biosynthesis from aerosol freons (but they don't find chlorine).

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10034962

HIGHLY CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER

3M_AFFF_MDL00419718

Telephone Conversation - Dr. William Guy
August 20, 1975
Page -2-

3. Teflon cookware.

4. "Scotchgarded" fabrics.

Somewhere he got the information that 3M's fluorocarbon carboxylic acids are used as surfactants and wanted to know if they were present in "Scotchgard" or other items in general use by the public. We plead ignorance but advised him that "Scotchgard" was a polymeric material not a F.C. acid.

Apparently an earlier ('59-'60) study turned up similar quantities of $F^-$ in human plasma (not necessarily FC derived); this would presumably antedate the increased use of either "Scotchgard" or "Teflon" cookware.

They have done experiments involving water boiled in Teflon cookware with negative results.

We suggested obtaining plasma specimens from uncivilized areas, e.g. New Guinea where they don't use too much "Teflon" cookware or "Scotchgard".

Of all the unlikely explanations above, the least unlikely is residual FC 143 (or whatever) we sell to DuPont to polymerize TFE in Teflon cookware. This is still pretty far-fetched. This was not (I hasten to say) suggested to Dr. Guy.

We adopted a position of scientific curiosity and desire to assist in any way possible and suggested that our own analytical people might be able to clarify Dr. Brey's NMR findings (I know Wallace Brey from way back. He is highly respected, conservative and not given to frivolous speculations).

After we hung up I called CRL Analytical, talked to John McBrady and Richard Newmark. It turns out that Newmark is acquainted with Brey and has, in fact, published in a NMR journal edited by Brey.

My recommendation (with J.P.'s concurrence) is to get Richard in touch with Brey, obtain spectra for his own interpretation perhaps samples to run on our equipment, etc. in other words, keep scientists talking to scientists in the spirit of cooperative scientific inquiry.

On the positive side - if it is confirmed to our satisfaction that everybody is going around with fluorocarbon surfactants in their bloodstreams with no apparent ill-effects, are there some medical possibilities that would bear looking into? We

Made Available by 3M for Inspection and Copying as Confidential Information: Subject to Protective Order in Palmer v. 3M, No. C2-04-6309

3MA10034963

HIGHLY CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER

3M_AFFF_MDL00419719

Telephone Conversation - Dr. William Guy
August 20, 1975
Page -3-

know that fluorocarbons are good oxygen carriers (but this is straight FC-75, not dissolved FC 143). Can fluorocarbon surfactants improve the hemodynamics, wetting and capillary permeation of blood in cases of atherosclerosis, kidney blockage, senility and the like? Can hemolysis, platelet destruction and other blood damage during hemodialysis and cardiovascular surgical procedures be reduced by fluorocarbon surfactants? This is speculation (but not completely wild). I would like to suggest that we consider some animal experiments to see just how much of these materials can, in fact, be tolerated in the bloodstream - both from a defensive point of view and for the above (to me) intriguing reasons. What do you think, John?

GHC/lr

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA10034964

HIGHLY CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER

3M_AFFF_MDL00419720