# EXHIBIT 54

December 30(b)(6)
Exhibit
**LP207**
8/11/21 Carrie Campbell, RDR

Interoffice Correspondence    **3M**

**Subject:** Telephone Call from
Dr. Warren S. Guy,
University of Florida,
Gainesville, Florida
re Fluorochemicals
in Human Blood

cc: T. J. Brice        -CRL-201-2S
    G. H. Crawford     -Photo Prods.-209-1S
    A. D. Levi         -Gen.Counsel-220-12E
    J. E. Long         -Toxicology-220-2E
    J. A. Pendergrass  -Medical-220-2E

AUG 2 6 1975                August 22, 1975

TO:   L. C. Krogh    - Comml.Chem.-223-6SE

FROM: J. D. LaZerte - Comml.Chem.-236-1

Dr. Guy, who is located at the University of Florida, was
calling from the University of Rochester, New York, where
he and the other author of the paper entitled "Character-
istics and Concentrations of Organic Fluorocompounds Found
in Human Tissues" were finalizing their preparations. After
reviewing the background experimental information, Dr. Guy
indicated that they were attempting to "run down" the source
of organic fluorine so they could make a more specific re-
port when they give their paper at the National ACS Meeting
in Chicago this coming Tuesday. In the search for informa-
tion he had called Gene Stump of Peninsular Chemresearch.
Gene had suggested that he contact me.

I indicated to Dr. Guy that he was asking me to speculate
in an area where one should definitely not speculate. He
asked me if it would be possible for the residues that they
had found in 98 of 100 people sampled could have come from
SCOTCHGARD. I told him that SCOTCHGARD contained no ma-
terials that were likely to produce the perfluorocarboxylic
acid derivatives they claim to have found. He asked me if
we manufacture perfluorooctanoic acid. I indicated that we
did. He asked for chemical identification of our overall
product line. I advised him our products were proprietary
but referred him to Volume V of Simons for chemical back-
ground. He said he had already read this and it was not
specific enough.

I closed the conversation by again reiterating that this
was no time for speculation. I asked him to be on firm
technical ground before making statements as to possible
sources of organic fluorine.

Ron Mitsch and possibly a member from our
Analytical Section of Central Research will be
present at the time the paper is given.

JDL:ha

CONFIDENTIAL - SUBJECT TO A PROTECTIVE ORDER ENTERED IN
HENNEPIN COUNTY DISTRICT COURT, NO. 27-CV-10-28862

3M_MN05382159