# EXHIBIT 105

## Confidential Document Placeholder Sheet

Exhibit DL 65 to the Deposition of Michael Santoro
3M Internal Correspondence, 4/13/94 re: Contamination of Water Tank

# Confidential Documents Contemporaneously Submitted to the Court for In Camera Review in Compliance with CMO No. 17