# EXHIBIT 127

**PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE FIRST
ELEMENT OF THE GOVERNMENT CONTRACTOR IMMUNITY DEFENSE**

**EXHIBIT LIST**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Declaration of Plaintiffs' Expert Patrick Lowder, Ph.D, J.D. and attachments |
| 2 | Deposition Transcript of Robert Darwin (Vol. I), dated Apr. 28, 2021 |
| 3 | United States of America's Responses to Plaintiffs' First Set of Amended Requests for Admission ("US Resp. to Pls.' RFAs") |
| 4 | Deposition Transcript of Anne Regina (Vol. II), dated Dec. 2, 2020 |
| 5 | Declaration of Janet K. Anderson, Ph.D. and Exhibit A (Expert Opinion of Janet K. Anderson, Ph.D., D.A.B.T., dated Nov. 22, 2019) attached thereto |
| 6 | Declaration of Plaintiffs' Expert Linda S. Birnbaum, Ph.D., D.A.B.T., A.T.S. and attachments |
| 7 | Deposition Transcript of John Butenhoff, Ph.D. (Vol. II), dated July 24, 2020 |
| 8 | Carpenter, Murray, "'*Forever chemicals,' other pollutants found around the summit of Everest*," The Washington Post, April 17, 2021. |
| 9 | Exhibit DL156 to the Deposition of Frederick Walker, Aug. 3, 2000 presentation "Phasing Out a Problem: Perfluorooctyl Sulfonate (PFOS)" by Mary F. Dominiak (EPA), (3M_BELL01511644) |
| 10 | EPA memorandum, dated Aug. 31, 2000, re: Domestic Manufacturers or Importers of PFOS Chemicals Other Than 3M (3M_AFFF_MDL02318474) |
| 11 | EPA Press Release, dated May 16, 2000 (3M_BELL00848209) |
| 12 | Exhibit DL104 to the Deposition of John Butenhoff, Email from Charles Auer, dated May 16, 2000, re: Phaseout of PFOS (DOD04-00015690) |
| 13 | Exhibit DL1423 to the 30(b)(6) Deposition of John Gerber, EPA Risk Management for Per- and Polyfluoroalkyl Substances (PFAS) under TSCA |
| 14 | Investigation of Perfluorochemical (PFC) Contamination in Minnesota Phase One, Report to Senate Environment Committee, dated Feb. 2006 (3M_AFFF_MDL00354270) |
| 15 | Federal Register 68:73 (Apr. 16, 2003) p. 18626 (PENNA-NAVY-018123) |
| 16 | Exhibit DL187 to the Deposition of Michael Santoro, Presentation to EHS Minichapter, Mar. 11, 2004, M.A. Santoro (3M_AFFF_MDL01092213) |
| 17 | Exhibit 7 to the 30(b)(6) Deposition of Brian Mader (demonstrative) |
| 18 | Exhibit 8 to the 30(b)(6) Deposition of Brian Mader (demonstrative) |
| 19 | Exhibit LP2 to the Deposition of Geary Olsen, Olsen, G.W., et al. *Decline in Perfluorooctanesulfonate and Other Polyfluoroalkyl Chemicals in American Red Cross Adult Blood Donors, 2000-2006*. Environ. Sci. Technol. 2008, 42, 4989-4995. |
| 20 | Exhibit LP68 to the 30(b)(6) Deposition of John Gerber, Chronology (3M_BELL00054594) |
| 21 | Deposition Transcript of John Butenhoff, Ph.D. (Vol. I), dated July 23, 2020 |
| 22 | U.S. Patent No. 2,519,983 (issued Aug. 22, 1950) |
| 23 | Declaration of Plaintiffs' Expert Gregory M. Walton, P.E. and attachments |

| EXHIBIT | DESCRIPTION |
|---|---|
| 24 | Deposition Transcript of Michael Falco, dated Nov. 18, 2020 |
| 25 | U.S. Patent 2,567,011 (issued Sept. 4, 1951) (3M_AFFF_MDL02153586) |
| 26 | Exhibit DL434 to the Deposition of Michael Falco, U.S. Patent 2,732,398 (issued Jan. 24, 1956) |
| 27 | Exhibit DL437 to the Deposition of Michael Falco, U.S. Patent 2,759,019 (issued Aug. 14, 1956) |
| 28 | Exhibit DL438 to the Deposition of Michael Falco, U.S. Patent 2,764,602 (issued Sept. 25, 1956) |
| 29 | U.S. Patent 2,809,990 (issued Oct. 15, 1957) |
| 30 | U.S. Patent 3,245,817 (issued Apr. 12, 1966) |
| 31 | Exhibit DL390 to the Deposition of Michael Falco, *Popular Mechanics*, Mar. 1952 (3M_AFFF_MDL00579820) |
| 32 | Exhibit DL124 to the Deposition of Michael Falco, "History of the Development of 'Light Water' Brand Aqueous Film Forming Foam Concentrates" (3M_AFFF_MDL01297999) |
| 33 | Exhibit DL388 to the Deposition of Robert Darwin, 1961 3M Co. advertisement (US-Darwin-00006295) |
| 34 | Exhibit DL389 to the Deposition of Robert Darwin, 3M Co. advertisement (US-Darwin-00010031) |
| 35 | Deposition Transcript of John Farley (Vol. I), dated June 24, 2021 |
| 36 | Exhibit DL13 to the Deposition of John Butenhoff, report for Commercial Chemicals Product Lines (3M_AFFF_MDL00080683) |
| 37 | Exhibit DL387 to the Deposition of Michael Falco, 3M Co. Light Water advertisement (US-Darwin-00010027) |
| 38 | Exhibit DL1385 to the Deposition of John Farley, Declaration of John P. Farley, dated Apr. 30, 2021 |
| 39 | Exhibit DL1385-4 to the Deposition of John Farley, Exhibit 4 to the Declaration of John P. Farley (PENNA-NAVY-010905) |
| 40 | Exhibit DL1336 to the Deposition of Robert Darwin, Navy memoranda on AFFF (excerpt of Navy05-00001795 at Navy05-00001825-31; a full copy can be provided upon request) |
| 41 | Exhibit BB556 to the 30(b)(6) Deposition of Eduard Kleiner, Ph.D., MIL-F-24385 QPL/QPD History for Type 6 and Type 3 AFFF |
| 42 | Exhibit DL436 to the Deposition of Robert Darwin, MIL-F-24385, dated Nov. 21, 1969 (NAVY01-000000904) |
| 43 | MIL-PRF-24385F(SH), dated Sept. 7, 2017 (DOD01-000005595) |
| 44 | MIL-PRF-24385F(SH), dated May 7, 2019 (NAVY01-000021563) |
| 45 | 3M Advertisement for Light Water AFFF FC-200 (3M_AFFF_MDL00015412) |
| 46 | Deposition Transcript of John Prins, Ph.D., D.A.B.T., dated Jan. 21, 2021 |
| 47 | Exhibit DL49 to the Deposition of Charles Reich, "3M Phasing Out Some of its Specialty Materials," dated May 16, 2000 (3M_AFFF_MDL00207575) |
| 48 | Hughes Associates, Inc., "Estimated Quantities of Aqueous Film Forming Foam (AFFF) in the United States" (3M_AFFF_MDL01397437) |

| EXHIBIT | DESCRIPTION |
|---|---|
| 49 | Exhibit BB226 to the Deposition of Larry Zobel, M.D., Index of 3M Toxicology and Human Health Studies Submitted to the U.S. Environmental Protection Agency as of September 8, 2000 (3M_BELL01639192) |
| 50 | Exhibit DL353 to the 30(b)(6) Deposition of John Gerber, Letter from 3M Co. to EPA, dated May 15, 1998, re: TSCA Section 8(e) (3M_BELL02796621) |
| 51 | Letter from Charles M. Auer (EPA) to Dr. Scott A. Masten (NIEHS), dated Aug. 7, 2003 (3M_AFFF_MDL01669634) |
| 52 | Exhibit LP193 to the Deposition of Geary Olsen, Mayer & Brown, "3M to Discontinue Some Scotchgard Repellant Products," May 17, 2000. |
| 53 | Exhibit DL11 to the 30(b)(6) Deposition of John Gerber, 3M Co. internal memorandum, dated Aug. 20, 1975 (3M_AFFF_MDL00419718) |
| 54 | Exhibit LP207 to the 30(b)(6) Deposition of John Gerber, 3M Co. internal memorandum, dated Aug. 22, 1975 (3M_MN05382159) |
| 55 | Exhibit BB424 to the 30(b)(6) Deposition of John Gerber, 3M Co. internal memorandum, dated Sept. 22, 1975 (3M_BELL00054741) |
| 56 | Exhibit DL8 to the 30(b)(6) Deposition of John Gerber, Chronology – Fluorochemicals in Blood (3M_BELL00054589) |
| 57 | Exhibit DL9 to the 30(b)(6) Deposition of John Gerber, Central Analytical Laboratory Report No. 6448, dated Nov. 6, 1975 (3MA00967400) |
| 58 | 30(b)(6) Deposition Transcript of John Gerber, dated Aug. 19, 2021 |
| 59 | Exhibit DL884 to the Deposition of Geary Olsen, Belisle, J. *Organic Fluorine in Human Serum: Natural Versus Industrial Sources*. Science. 212 (1981). |
| 60 | Exhibit 16 to the 30(b)(6) Deposition of Brian Mader (demonstrative) |
| 61 | Exhibit 18 to the 30(b)(6) Deposition of Brian Mader (demonstrative) |
| 62 | Exhibit 19 to the 30(b)(6) Deposition of Brian Mader (demonstrative) |
| 63 | Exhibit 20 to the 30(b)(6) Deposition of Brian Mader (demonstrative) |
| 64 | Buck, R.C., et al. *Perfluoroalkyl and Polyfluoroalkyl Substances in the Environment: Terminology, Classification, and Origins*. Integr. Environ. Assess. Manag. 2011; 7:513-541 |
| 65 | Current AFFF Market Channel (3M_BELL02641301) |
| 66 | Exhibit DL91 to the Deposition of Stephen Korzeniowski, Korzeniowski, S.H., et al. *Fluorosurfactants in Firefighting Foams: Past and Present* |
| 67 | Exhibit DL371 to the Deposition of Robert Buck, EPA 2010/2015 PFOA Stewardship Program Guidance on Reporting Emissions and Product Content, Oct. 2006 |
| 68 | Exhibit DL93 to the Deposition of Stephen Korzeniowski, FFFC Fact Sehet on AFFF Fire Fighting Agents (2017) (Navy02-00002442) |
| 69 | Exhibit DL517 to the Deposition of Anne Regina, 2001 FFFC presentation titled "AFFFF Fire Fighting Foams" (AFFF-MDL-CHE00000) |
| 70 | Deposition Transcript of Frederick K. Walker, Jr., dated May 19, 2021 (Vol. I) |
| 71 | Buck, R.C., et al. *Identification and classification of commercially relevant per- and poly-fluoroalkyl substances (PFAS)*. Integr. Environ. Assess. Manag. 2021; 17:1045–1055 |
| 72 | An Appraisal of Fluorocarbons (1952) (3M_AFFF_MDL01863928) |

| EXHIBIT | DESCRIPTION |
|---|---|
| 73 | Deposition Transcript of Gregg Ublacker, dated Mar. 4, 2021 (Vol. II) |
| 74 | Exhibit DCC627 to the Deposition of Ronald Sheinson, Declaration of Ronald Sheinson, dated June 10, 2021 |
| 75 | Deposition Transcript of Todd Thomas, Ph.D., dated Sept. 16, 2020 |
| 76 | Exhibit LP245 to the Deposition of Todd Thomas, LODYNE K81'86 Hazard Evaluations (BASF_AFFF_MDL00005382) |
| 77 | 30(b)(6) Deposition Transcript of Ashok Moza, dated Nov. 2, 2021 |
| 78 | Deposition Transcript of William J. Fiedler, IIII, dated Oct. 19, 2021 |
| 79 | Deposition Transcript of Philip J. Novac, dated Mar. 18, 2021 |
| 80 | OECD (2018). "Toward a new comprehensive global database of per-polyfluoroalkyl substances (PFASs): Summary report on updated the OECD 2007 list of per and poly fluoroalkyl substances (PFASs)." Series on Risk Management No. 39, OECD. |
| 81 | Exhibit DL1385-6 to the Deposition of John Farley, Exhibit 6 to the Declaration of John P. Farley (PENNA-NAVY-020809) |
| 82 | Exhibit DL38 to the Deposition of John Butenhoff, 3M Co. MSDS for FC-206CF Light Water Brand AFFF, dated Feb. 19, 1997 (PENNA-NAVY-020452) |
| 83 | Exhibit DL39 to the Deposition of Michael Santoro, 3M Co. MSDS for FC-2303 Light Water Brand AFFF, dated May 1972 (3M_BELL00474500) |
| 84 | Exhibit DL1159 to the Deposition of Philip Novac, Ansul MSDS for Ansulite 6% AFFF (AFC-3), dated Nov. 15, 1985 (AFFFTC00045290) |
| 85 | Exhibit DL1160 to the Deposition of Philip Novac, Ansul MSDS for Ansulite 6% AFFF (AFC-3), dated June 1, 1989 (AFFFTC00045296) |
| 86 | Exhibit DL1162 to the Deposition of Philip Novac, Ansul MSDS for Ansulite 6% AFFF (AFC-5), dated June 1, 1989 (AFFFTC00045312) |
| 87 | Exhibit DL1163 to the Deposition of Philip Novac, Ansul MSDS for Ansulite 3% AFFF (AFC-5-A), dated Nov. 15, 1985 (AFFFTC00045322) |
| 88 | Exhibit DL1164 to the Deposition of Philip Novac, Ansul MSDS for Ansulite 3% AFFF (AFC-5-A), dated June 1, 1989 (AFFFTC00045328) |
| 89 | Exhibit DL1099 to the Deposition of Gregg Ublacker, Chemguard MSDS for 6% AFFF C-601MS, dated Jan. 26, 2006 |
| 90 | Exhibit DL1103 to the Deposition of Gregg Ublacker, Ansul MSDS for Ansulite 6% AFFF (AFC-3), dated Nov. 15, 1985 (AFFFTC00045290) |
| 91 | Exhibit DL1748 to the Deposition of William Vegso, Buckeye MSDS for 3% MIL SPEC AFFF, 2008 (BF_00002499) |
| 92 | Buckeye MSDS for 3% MIL SPEC AFFF (BFC-3MS), 2012 (BF_00010323) |
| 93 | Buckeye MSDS for 3% MIL SPEC AFFF (BFC-3MS), 2004 (BF_00000606) |
| 94 | National Foam MSDS for Aer-O-Water 3EM AFFF, 2000 (NF000000005) |
| 95 | National Foam MSDS for Aer-O-Water 6EM AFFF, 2000 (NF000000013) |
| 96 | Department of the Air Force memorandum re: Replacement and Disposal of Legacy AFFF, dated Aug. 22, 2016 (AF02-000001138) |
| 97 | Department of the Navy memorandum re: AFFF Control, Removal, and Disposal, dated June 17, 2016 (PENNA-NAVY-017115) |

| EXHIBIT | DESCRIPTION |
|---|---|
| 98 | Exhibit DL53 to the Deposition of Robert Darwin, AFFF Conversion Program folder (excerpt of Navy02-00007150 at Navy02-00007167; a full copy can be provided upon request)* |
| 99 | NRL Memorandum Report 2733, A Substitute Liquid for AFFF Concentrate for Checking Proportioners, dated Feb. 1974 (Navy02-00007013) |
| 100 | 3M Co. 1976 Light Water brochure (3M_BELL03194246) |
| 101 | 3M Co. 1978 Light Water brochure (3M_BELL02617421) |
| 102 | Exhibit BB816 to the Deposition of Frederick Walker, 3M Co. letter to USAF Hospital/SGPB, dated Mar. 15, 1983, re: FC-780B AFFF (3M_BELL01440788) |
| 103 | 3M Co. letter to EPA, dated Aug. 16, 1983, re: 3M AFFF Aquatic Toxicity (3M_BELL01440784) |
| 104 | 3M Co. Product Toxicity Summary Sheet for FC-203CF Light Water Brand AFFF, dated Mar. 29, 1993 (US-Darwin-00005906) |
| 105 | Exhibit DL65 to the Deposition of Michael Santoro, 3M internal correspondence, dated Apr. 13, 1994, re: Contamination of water tank with FC-203CE (3M_AFFF_MDL00384561) |
| 106 | Deposition Transcript of Curtis Bowling, dated Oct. 7, 2021 |
| 107 | Exhibit DCC705 to the Deposition of Curtis Bowling, EPA memorandum re: PowerPoint Presentation: EPA Activities/Issues on Fluorosurfactants (EPA01-00161541) |
| 108 | Exhibit DL480 to the Deposition of Anne Regina, Kidde Fire Fighting customer letter, dated Feb. 8, 2011 (NF000063181) |
| 109 | Deposition Transcript of Anne Regina, dated Dec. 1, 2020 (Vol. I) |
| 110 | Exhibit DL1126 to the Deposition of Philip Novac, Chemguard Specialty Chemical and Fire Suppression Products: An Environmental Statement, dated Feb. 9, 2009 (AFFFTC00196371) |
| 111 | Exhibit DL1134 to the Deposition of Philip Novac, Chemguard Fluorosurfactants Environmental Position, dated Aug. 1, 2007 (AFFFTC00418728) |
| 112 | Exhibit DL1753 to the Deposition of William Vegso, Email chain, dated June 14, 2019, re: Buckeye Foam and HB-1279 (BF_00390042) |
| 113 | Deposition Transcript of Jim Devonshire, dated Oct. 27, 2021 |
| 114 | Deposition Transcript of Ronald Sheinson, Ph.D., dated June 28, 2021 |
| 115 | Exhibit DL464 to the Deposition of Anne Regina, Email chain, dated Sept. 15, 2008, re: DoD Memo on PFOA (NF000165533) |
| 116 | Exhibit DL1125 to the Deposition of Philip Novac, Frequently Asked Questions: PFOS, PFOA and Firefighting Foams, dated Feb. 2017 (AFFFTC00728486) |
| 117 | Exhibit DL1135 to the Deposition of Philip Novac, Introduction to Chemguard and Chemguard Fluorosurfactants (AFFFTC00043581) |
| 118 | 30(b)(6) Deposition Transcript of Eduard Kleiner, Ph.D., dated Nov. 10, 2020 (Vol. II) |
| 119 | Air Force Civil Engineer Center Fact Sheet: PFOS/PFOA, dated Nov. 7, 2016 (AF04-00768856) |
| 120 | EPA, Provisional Health Advisories for Perfluorooctanoic Acid (PFOA) and Pefluorooctane Sulfonate (PFOS), dated Jan. 8, 2009. |

| EXHIBIT | DESCRIPTION |
|---|---|
| 121 | Exhibit DL74B to the Deposition of John Butenhoff, excerpt from ATSDR Toxicological Profile for Perfluoroalkyls, dated June 2018 |
| 122 | Exhibit DL455 to the Deposition of Anne Regina, EPA Technical Fact Sheet – PFOS and PFOA, dated Nov. 2017 |
| 123 | DoD Manual 4715.20, Enc. 2 (1)(a), Enc. 3 (1)(a), (b). DOD Manual § 4715.20. |
| 124 | Exhibit DL1380 to the Deposition of Frederick Walker, Email chain, dated Nov. 3, 2016, re: Air Force official defends foam use despite PFCs (Navy02-00009228) |
| 125 | 2021 Inspector General Report titled "Evaluation of the Department of Defense's Actions to Control Contaminant Effects from Perfluoroalkyl and Polyfluoroalkyl Substances at Department of Defense Installations" |
| 126 | Exhibit DL1353 to the 30(b)(6) Deposition of John Gerber, FC-95, FC-143, and FM-3422 – 90 Day Subacute Toxicity Studies Conducted at IRDC – Review of Final Reports and Summary (3M_AFFF_MDL02174949) |
| 127 | Exhibit List to Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment on the First Element of the Government Contractor Immunity Defense |