IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>This Document relates to<br>ALL CASES |

**DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE FIRST ELEMENT OF THE GOVERNMENT CONTRACTOR IMMUNITY DEFENSE**

**EXHIBIT LIST**

| EXHIBIT[1] | DESCRIPTION |
|---|---|
| 139 | Dept. of Defense Information Paper, NRL Response to 19392C4 – Firefighting Foam Inquiry, Sept. 24, 2014 (PENNA-NAVY-004782) |
| 140 | Deposition of John Farley, June 24–25, 2021 (excerpts)[2] |
| 141 | NAVSEA Email Correspondence regarding Jennifer Field Report Solberg AFFF's, Jan. 2017 (Navy06-00002881) |
| 142 | Jennifer Field, Report on PFS Substances in Solberg Mil-Spec and commercial AFFF's, Jan. 27, 2017 (Navy06-00002882) |

---

[1] Defendants' Exhibit Nos. 1-138 were filed with Defendants' Motion for Partial Summary Judgment on the First Element of the Government Contractor Immunity Defense. (*See* Dkt. Nos. 1965, 1966, 1967, 1968, 1969, and 1971).

[2] Excerpts of particularly long documents are provided for the Court's convenience; full length copies can be provided on request.

1