# EXHIBIT 140

```
 1            UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF SOUTH CAROLINA
 2                 CHARLESTON DIVISION
 3    IN RE: AQUEOUS            )
      FILM-FORMING FOAMS        )
 4    (AFFF) PRODUCTS           )   MDL NO.
      LIABILITY LITIGATION      )   2:18-mn-2873-RMG
 5    _____  )
      THIS DOCUMENT RELATES     )
 6    TO ALL CASES              )
 7
 8              FRIDAY, JUNE 25, 2021
 9    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
10                      - - -
11          Remote videotaped deposition of
12    John Farley, Volume II, held remotely at the
13    location of the witness in Washington, DC,
14    commencing at 9:04 a.m. Eastern Time, on the
15    above date, before Carrie A. Campbell,
16    Registered Diplomate Reporter and Certified
17    Realtime Reporter.
18
19
20                      - - -
21
             GOLKOW LITIGATION SERVICES
22       877.370.3377 ph | 917.591.5672 fax
                 deps@golkow.com
23
24
25
```

1        A.    Okay.

2        Q.    Sorry.  Just to be clear, is it

3   your understanding or your memory that agent

4   13 is 3M Australia's RF6 foam?

5        A.    I can't verify that it was

6   agent 13, but I'm fully aware and I've done

7   fire testing using the Solberg RF3 agent.

8        Q.    And is the Solberg RF3 agent

9   the same agent as the 3M Australia RF6 agent?

10       A.    Well, it's -- the RF6, which is

11  really rehealing foam 6 percent, would be a

12  6 percent concentrate as opposed to the

13  3 percent concentrate RF3.

14       Q.    Okay.  Sorry.

15             So the Solberg -- did Solberg

16  also buy or -- buy the rights to or

17  manufacture RF6 as well after 3M stopped

18  making it?

19       A.    Yes.  It's currently owned by

20  Perimeter Solutions, I believe.

21       Q.    Okay.  On a different topic, is

22  one of your job responsibilities to answer

23  questions for congress people from time to

24  time?

25       A.    If I'm directed to do so.

1  Generally if there was congressional inquiry,
2  it would go to the Department of Defense
3  first or Department of Navy.  Then it usually
4  goes to NAVSEA.  And then everyone tells me
5  to look at it and draft it up and send it
6  back up the chain.
7       Q.    So sometimes it makes its way
8  through the chain of command to you if it's
9  something that's kind of in your wheelhouse
10 as a subject matter expert?
11      A.    Yes, sir.
12      Q.    Okay.  Do you recall in 2014 a
13 Congressman Rogers from Alabama asking you
14 about some questions that he had gotten from
15 a company in his district regarding a more
16 environmentally friendly firefighting foam?
17      A.    I'm aware, and I personally met
18 him at -- on -- I went to the Hill to meet
19 him to discuss the issue.
20      Q.    What do you remember about
21 either a written response to Congressman
22 Rogers or your discussion with him in person?
23      A.    I remember he had a number of
24 questions that he would like to be asked --
25 asked, and so during our discussion, I was

1  answering some of the questions.
2            And then it was decided that it
3  needed to be formal, a response, and so after
4  that meeting I got the list of questions, and
5  then I responded to those questions.  And
6  that was submitted to the chain of command
7  for transfer to the Congressman.
8       Q.   Do you recall what company was
9  sort of presenting these questions to
10 Congressman Rogers that you were answering?
11      A.   Amerex.
12      Q.   And what foam was it that they
13 were asking Congressman Rogers to press with
14 the Navy?
15      A.   The Solberg product.
16      Q.   The RF3 or RF6 we were just
17 talking about?
18      A.   That is correct.
19           (Farley Exhibit DCC172 marked
20      for identification.)
21 QUESTIONS BY MR. MONTGOMERY:
22      Q.   Okay.  Let's take a look, Joe,
23 at DCC172.
24           Is this document familiar to
25 you, Mr. Farley?

Confidential - Pursuant to Protective Order

1  A. Yes, sir, I wrote it.
2  Q. So what is -- just describe for
3  the jury in general terms, what is DCC172?
4  A. It is a response to a
5  congressional inquiry.  In this case it was
6  Congressman Rogers, who represented the Third
7  District in Alabama.
8  Q. And what's the date of DCC172?
9  A. 24 September 2014.
10 Q. So I want to skip down in the
11 interest of time to the page marked E-1,
12 which is the third page of the PDF.
13       Just describe generally, what
14 are you doing here?  That's not a very good
15 question.
16       How is this structured that
17 you're -- that you're providing to
18 Congressman Rogers?
19 A. The bullets in bold are the
20 specific questions that he would like a
21 response to.  And following the -- the
22 bullet, the sub-bullets or the -- then I
23 would make comment, and in some cases I would
24 make comment related to safety cost or just a
25 generalized comment.

```
 1            Q.   Okay.  And so is it right that
 2   the issue that's being presented at the very
 3   top is what Congressman Rogers was asserting
 4   to you, in other words, that the current mil
 5   spec for firefighting foams mandates the use
 6   of fluorinated chemicals that are harmful to
 7   military personnel and the environment?
 8                 MR. DOUGLAS:  Objection to form
 9        and foundation.
10                 THE WITNESS:  Could you say
11        that question again?
12   QUESTIONS BY MR. MONTGOMERY:
13            Q.   Sure.
14                 I'm just asking, is the issue
15   that's presented there about fluorinated
16   chemicals that are harmful to military
17   personnel and the environment, is that
18   something that Congressman Rogers presented
19   to you, or is that an issue that you wrote?
20                 MR. DOUGLAS:  Objection.  Form
21        and foundation.
22                 THE WITNESS:  That was a
23        question by the Congressman or his
24        staff, yes.
25
```

```
 1   QUESTIONS BY MR. MONTGOMERY:
 2        Q.    Okay.  Did you at the time
 3   agree with the assertion that fluorinated
 4   chemicals are harmful to military personnel
 5   and the environment?
 6             MR. DOUGLAS:  Objection to
 7        form.
 8             Can we get the date of the
 9        document?
10   QUESTIONS BY MR. MONTGOMERY:
11        Q.    You can answer.
12             MR. DOUGLAS:  Well, the date's
13        important.
14             THE WITNESS:  I certainly knew
15        the -- there were environmental
16        consequences.
17   QUESTIONS BY MR. MONTGOMERY:
18        Q.    Did you agree with the
19   assertion that fluorinated chemicals are
20   harmful to military personnel in 2014, the
21   date of this document?
22        A.    I do not necessarily agree with
23   saying it was harmful, because the mil spec
24   says that as far as the need -- as far as
25   NAVSEA is concerned, the qualified products
```

1  are not harmful to military personnel if it's
2  being used for its intended use.
3       Q.    The fourth bullet down is
4  entitled "The specification does not allow
5  for newer alternative technologies that are
6  safer and less expensive."
7             And can you just read for the
8  jury -- well, let me ask you this.  You made
9  a general comment, a safety comment and a
10 cost comment.
11            What's your safety comment
12 there for the Congressman?
13      A.    Well, that's just getting to
14 the point where we would want rapid
15 extinguishment to protect the people that are
16 fighting the fire and also minimize the
17 damage to military equipment.
18      Q.    You call that in the document
19 the principal DOD safety concern.  You say it
20 relates to "limiting personnel exposure to
21 large, unconfined fires, which may include
22 ordnance, flight crew rescue and limiting
23 damage, both primary and secondary, to vital
24 fleet assets."
25            So what did you mean when you

```
 1   said that was the principal DOD safety
 2   concern?
 3           MR. HALL:  Object to the form.
 4           THE WITNESS:  Well, I think
 5       that's -- it's my understanding that
 6       the Department of Defense wanted to
 7       ensure that we were using an agent
 8       that would help to limit exposure or
 9       harm to the people fighting the fires,
10       limit the possibility of ordnance
11       cooking off, crew safety, rescuing the
12       pilot, which could include an NFO,
13       limiting the damage of secondary, not
14       only to the fleet assets as far as
15       aircraft is concerned but the
16       structure of the ship itself.
17   QUESTIONS BY MR. MONTGOMERY:
18       Q.   Thank you for including NFOs in
19   that.  I appreciate that.
20           MR. HALL:  Could you ask
21       Mr. Farley what NFO means for those of
22       us that don't know?
23   QUESTIONS BY MR. MONTGOMERY:
24       Q.   For the jury, what is an NFO?
25       A.   A naval flight officer.
```

1    Q.    In sort of lay terms, can you
2  describe what a naval flight officer is?
3    A.    Well, it depends on the
4  aircraft.  It could be the bombardier, or in
5  most cases be the RIO, radar intercept
6  officer, who assists the pilot to perform the
7  mission.
8         Mr. Montgomery could probably
9  tell you a lot more about what an NFO is.
10   Q.    Maybe some other time.
11        Yesterday we talked about
12  SERDP, the Strategic Environmental Research
13  and Development Program.
14        So, Joe, do you have the
15  exhibits that were sent along?
16        JOE WILLS:  Yes, I have the
17     first five, and then the larger file
18     attachment is downloading now.
19        MR. MONTGOMERY:  Okay.  Let me
20     start with the one that's
21     Bates-stamped AMEREX 0249588.  And I'm
22     going to go a little bit out of order
23     and designate that one DCC644.
24        MR. DOUGLAS:  Okay.  So we
25     don't have that, so we can't print out

```
 1                       CERTIFICATE
 2
 3           I, CARRIE A. CAMPBELL, Registered
    Diplomate Reporter, Certified Realtime
 4  Reporter and Certified Shorthand Reporter, do
    hereby certify that prior to the commencement
 5  of the examination, John Farley, was duly
    sworn by me to testify to the truth, the
 6  whole truth and nothing but the truth.
 7           I DO FURTHER CERTIFY that the
    foregoing is a verbatim transcript of the
 8  testimony as taken stenographically by and
    before me at the time, place and on the date
 9  hereinbefore set forth, to the best of my
    ability.
10
             I DO FURTHER CERTIFY that I am
11  neither a relative nor employee nor attorney
    nor counsel of any of the parties to this
12  action, and that I am neither a relative nor
    employee of such attorney or counsel, and
13  that I am not financially interested in the
    action.
14
15
16
         _____
17       CARRIE A. CAMPBELL,
         NCRA Registered Diplomate Reporter
18       Certified Realtime Reporter
         Notary Public
19
20
21
22
23       Dated:  June 30, 2021
24
25
```

## Acknowledgment of John P. Farley

I, John P. Farley, hereby certify that I have read the transcripts of Volumes I and II of my deposition, taken on June 24 and 25, 2021, in *In re Aqueous Film-Forming Foam Products Liability Litigation*, No. 2:18-mn-02873-RMG (D.S.C.), and that the same are correct transcriptions of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substances noted in the following sheets. I declare under penalty of perjury that the foregoing is true and correct.

_____

John P. Farley

Executed July 26, 2021

**Deposition of John P. Farley Errata, Volume I (June 24, 2021)**

| Page/Line | Current | Change | Reason |
|---|---|---|---|
| 6:10 | ElanaCates@usdoj.gov | Elana.M.Cates@usdoj.gov | Accuracy |
| 6:12 | Washington, DC 20002  (202) 616-4269 | Washington, DC 20002  (202) 616-4451 | Accuracy |
| 12:14 | KARRIN MINOTT, Trial Attorney, Department of Defense, Navy Litigation Office | KARRIN MINOTT, Senior Trial Attorney, Department of the Navy, Office of General Counsel | Accuracy |
| 12:15 | TIFFANY SIRC, attorney, Navy | TIFFANY SIRC, Assistant Counsel, Office of Counsel, Naval Research Laboratory | Accuracy |
| 16:13 | DL1385-  Exhibit 4, Declaration of John P. Farley  101 | DL1385-4  Exhibit 4, Declaration of John P. Farley  101 | Missing digit in exhibit number |
| 21:11-12 | fire protection systems in fleet doctrine for the | fire protection systems and fleet doctrine for the | Incorrect transcription |
| 38:23 | fire protectant agents that are | fire protection agents | Misspoke |
| 44:18 | received one in 1969 {sic} on a method | received one in 1966 on a method | Misspoke |
| 45:25 | In fact, if you look at that pattern, | In fact, if you look at that patent | Misspoke |
| 47:8 | holds, 13 {sic} of which are active patents. | holds, 1300 of which are active patents. | Misspoke |
| 48:14 | 6 percent concentrate form." | 6 percent concentrate foam." | Misspoke |
| 72:25 | idea of the overarcing.  You know, normally | idea of the overarcing -- you know, normally | Punctuation accuracy |
| 89:2 | perfluorooctane sulfonate, or PFOS, by 2000 | perfluorooctane sulfonate, or PFOS, by 2002 | Misspoke |
| 103:13 | A.  Yes, this is the 1960 -- this | A.  Yes, this is the 1969 -- this | Misspoke |
| 124:21 | they're -- especially with the | there -- especially with the | Incorrect transcription |
| 132:9 | FC-195 {sic} Light Water; manufacturer, 3M; | FC-196 Light Water; manufacturer, 3M; | Misspoke |
| 137:4 | changed after this whole study investigation | changed after this whole study investigated | Misspoke |

| Page/Line | Current | Change | Reason |
|---|---|---|---|
| 163:16-17 | ability analysis to support both the DDX and future carriers programs at LHAR. | vulnerability analyses to support both the DDX and future carriers programs and LHA(R). | Incorrect transcription |
| 164:12-13 | vessel, which is now called the X -- the fast -- expeditionary transport vessel. | vessel, which is now called the Expeditionary Fast Transport (EPF) vessel. | Misspoke |
| 172:17 | first agent we requalified was the foam tech | first agent we requalified was the PhosChek | Incorrect transcription |
| 173:10 | C6 agents, and the FAS check 3 percent | C6 agents, and the PhosChek 3 percent | Incorrect transcription |
| 173:22 | FAS check. I don't know what they're using | PhosChek. I don't know what they're using | Incorrect transcription |
| 175:19 | heat modes in the trainers were not as high | heat exposure in the trainer was not as high | Misspoke |
| 178:24 | do scale up to real world -- real world | does scale up to real world -- real world | Misspoke |
| 181:11 | there are station-designated hose rails up on | there are station-designated hose reels up on | Incorrect transcription |
| 182:1 | Q.  -- aimlessly; is that right? | Q.  -- seamlessly; is that right? | Incorrect transcription |
| 182:11 | in 60 seconds.  So control being 70 percent | in 60 seconds.  So control being 90 percent | Misspoke |
| 185:14 | they're going to meet that mark, so they'll | they're going to meet that mark, so they're | Misspoke |
| 190:21 | group, CO5P, and it's related to AFFF, | group, 05P5, and it's related to AFFF, | Incorrect transcription |
| 215:6 | one that says -- starts with "Three | one that says -- starts with "3. | Incorrect transcription |
| 218:12 | NAVSEA, O5P5. | NAVSEA, 05P5. | Incorrect transcription |
| 220:14-15 | for that -- those two -- (audio interruption) -- that was available for the | for that -- those two analytes that were available for the | Missing testimony; incorrect transcription |
| 222:20-21 | concentrations for two particular PFAS, which is namely PFOS and PFOA." | concentrations for two particular" PFAS, which is namely PFOS and PFOA. | Punctuation accuracy |

| Page/Line | Current | Change | Reason |
| --- | --- | --- | --- |
| 223:6 | accordance with the FY '20 NDA requirements. | accordance with the FY '20 NDAA requirements. | Incorrect transcription |
| 223:8-9 | A.  Okay.  Environmental Strategic Technology Demonstration Program. | A.  Okay.  Environmental Security Technology Certification Program. | Misspoke |
| 223:15 | SERDP program, which is an OSD facility, | SERDP program, which is an OSD organization, | Misspoke |
| 223:17 | to develop environmentally programs to solve | to develop environmentally -- programs to solve | Punctuation accuracy |
| 239:20 | to meet the NDA 20 -- the NDA requirement by | to meet the NDAA '20 -- the NDAA requirement by | Incorrect transcription |
| 241:9 | the COO of NRL to the COO of Naval Facilities | the CO [Commanding Officer] of NRL to the CO of Naval Facilities | Incorrect transcription |
| 248:19 | technically from the COO, correct? | technically from the CO, correct? | Incorrect transcription |
| 251:14 | A.  Corrine. | A.  Karrin. | Incorrect transcription |
| 251:17 | Q.  Corrine. | Q.  Karrin. | Incorrect transcription |
| 251:20 | from lawyers from DOJ or Corrine? | from lawyers from DOJ or Karrin? | Incorrect transcription |
| 268:11 | testing, if I detect PFAS or PFOA, does that | testing, if I detect PFOS or PFOA, does that | Incorrect transcription |
| 270:8 | follow-on PFOS testing has essentially | follow-on PFAS testing has essentially | Incorrect transcription |
| 279:14 | A.  Well, I'm the core of the | A.  Well, I'm the COR [Contracting Officer Representative] of the | Incorrect transcription |
| 289:1-2 | NAVSEA, which they are qualified {sic} to do on the process of the QPL, is to | NAVSEA, which they are required to do under the QPL process, is to | Accuracy |
| 294:23 | at NRL does the PFOS analysis that's ongoing | at NRL does the PFAS analysis that's ongoing | Incorrect transcription |
| 298:2 | the initial PFOS testing done at DOD labs | the initial PFAS testing done at DOD labs | Incorrect transcription |
| 300:5 | that you just mentioned to test the PFOS | that you just mentioned to test the PFAS | Incorrect transcription |

Page 4 of 6

| Page/Line | Current | Change | Reason |
|---|---|---|---|
| 300:14 | limit of detection is much improved | limit of quantitation is much improved | Misspoke |
| 301:25 | A.  I have the PFOS data -- | A.  I have the PFAS data -- | Incorrect transcription |
| 305:6 | protocol, the limit of detection is lower. | protocol, the limit of quantitation is lower. | Misspoke |
| 305:12 | Q.  -- sorry, detection limit. | Q.  -- sorry, quantitation limit. | Accuracy |
| 305:17 | that will have a lower detection limit? | that will have a lower quantitation limit? | Accuracy |
| 306:8 | highly confidential stance is | highly confidential stamp is | Incorrect transcription |
| 307:14 | Professor Fields' method for testing for PFOS | Professor Fields' method for testing for PFAS | Incorrect transcription |
| 309:11 | foams to determine PFOS content? | foams to determine PFAS content? | Incorrect transcription |
| 311:2 | resonance technology to examine PFOS. | resonance technology to examine PFAS. | Accuracy |
| 311:5 | fluor -- is this PFOS or total fluorine | fluor -- is this PFAS or total fluorine | Incorrect transcription |
| 312:19 | from the COO of NRL is entitled "DOD AFFF | from the CO of NRL is entitled "DOD AFFF | Incorrect transcription |
| 324:10 | the NDA requirement. | the NDAA requirement. | Incorrect transcription |
| 324:24-25 | compatibility.  It included H concentrate testing, H solution testing, and then | compatibility.  It included aged concentrate testing, aged solution testing, and then | Incorrect transcription |
| 329:20 | eye-opening, for you, revelations about PFOA. | eye-opening, for you, revelations about PFOS. | Accuracy |
| 339:25 | 1880s, late 1880s.  We have -- when I | 1980s, late 1980s.  We have -- when I | Misspoke |
| 340:4-5 | generated, both the AFFF solution fuel and water, are all disposed of | generated, both the AFFF solution, fuel and water, are all disposed of | Punctuation accuracy |

Page 5 of 6

**Deposition of John P. Farley Errata, Volume II (June 25, 2021)**

| Page/Line | Current | Change | Reason |
|---|---|---|---|
| 356:7 | KARRIN MINOTT, Trial Attorney, Department of Defense, Navy Litigation Office | KARRIN MINOTT, Senior Trial Attorney, Department of the Navy, Office of General Counsel | Accuracy |
| 356-8 | TIFFANY SIRC, Navy | TIFFANY SIRC, Assistant Counsel, Office of Counsel, Naval Research Laboratory | Accuracy |
| 357:11 | US 1  Performance Analysis of Foam Agents Required to Combat Liquid 429 | US Farley 1  Performance Analysis of Foam Agents Required to Combat Liquid  429 | Incorrect exhibit designation |
| 366:5 | A.  That is correct.  But PFAS in | A.  That is correct.  But PFAS and | Incorrect transcription |
| 377:5 | Environmentally Improved AFFF" from the COO | Environmentally Improved AFFF" from the CO | Incorrect transcription |
| 380:22 | personal experience in concerned, we started | personal experience is concerned, we started | Incorrect transcription |
| 397:3 | first or Department of Navy.  Then it usually | first or Department of the Navy.  Then it usually | Incorrect transcription |
| 398:6 | that was submitted to the chain of command | that was submitted up the chain of command | Misspoke |
| 399:24 | make comment related to safety cost or just a | make a comment related to safety, cost, or just a | Incorrect transcription; punctuation accuracy |
| 425:4 | does this describe the performance test for | does this describe the performance tests for | Incorrect transcription |
| 432:1-2 | fluorine-free product in this -- (audio interruption). | fluorine-free product in this new MilSpec that will be used for all shore-based DoD military applications. | Missing testimony |
| 437:3 | Q.  Did Jennifer Seed {sic} from | Q.  Did Jennifer Field from | Misspoke |
| 440:24 | A.  That's it's persistent in the | A.  That it's persistent in the | Incorrect transcription |