# EXHIBIT 141

| | |
|---|---|
| **From:** | Fletcher, Steven G CIV NAVSEA HQ, SEA 05 |
| **To:** | Hunstad, Mary P CIV NAVSEA HQ, SEA 05; Berkoski, Daniel T CIV NAVSEA, SEA 05 |
| **Sent:** | 1/30/2017 12:21:09 PM |
| **Subject:** | FW: Jennifer Field Report Solberg AFFF's |
| **Attachments:** | Jennifer Field Report on PFS Substances in Solberg Mil-Spec and commercial AFFF's.pdf |



**Farley Exhibit**

**DCC569**

6/24/21 Carrie Campbell, RDR

-----Original Message-----
From: Mitch Hubert [mailto:mitch.hubert@solbergfoam.com]
Sent: Friday, January 27, 2017 11:30 AM
To: Fletcher, Steven G CIV NAVSEA HQ, SEA 05; John P. Farley
Cc: Mark Siem
Subject: [Non-DoD Source] Jennifer Field Report Solberg AFFF's

Hi Steve and John,

As promised awhile back, attached you will find the report on analysis for PFAS substances that Jennifer Field's laboratory conducted on our behalf. Included in the samples, are the exact same production batches of Mil-Spec 3% and 6% (Type 3 and Type 6) that were supplied to NRL for qualification testing as well as production batches of two of our commercial products. We ask only that you keep this information as business confidential among personnel of NRL and Naval Sea Systems Command.

If you have any questions regarding this report, please don't hesitate to contact me.

Best regards,

Mitch Hubert

Vice President, Product Development

The Solberg Company

www.solbergfoam.com

HIGHLY CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER