# EXHIBIT 142

Farley Exhibit
DCC570
6/24/21 Carrie Campbell, RDR

CONFIDENTIAL

Site Name: Solberg AFFFs
Analyst: Krista Barzen-Hanson
Date Analyzed: 20. August 2016

**Method Overview:** The method is based on a micro liquid-liquid extraction of groundwater into an organic phase followed by direct analysis via large-volume injection HPLC-MS/MS.[1,2] Ten classes[3,4] and a total of 52 individual per- and polyfluoroalkyl substances (PFASs) are determined by this method.

The AFFF samples were run at three different dilution factors to capture all analytes. For all low abundance analytes, AFFFs were diluted 1:10,000 for analysis. A 20 μL aliquot of AFFF sample was diluted in 10 mL of methanol; then 75 μL of the once-diluted AFFF was prepared in 1.5 mL of methanol. The second dilution factor of 1:100,000 captured most of the abundant analytes. To prepare the 1:100,000 dilution, 25 μL of the once-diluted AFFF was further diluted in 5 mL of methanol. For analysis, 1.46 mL of the twice-diluted AFFF was prepared in 1.5 mL of methanol. The final dilution factor of 1:1,000,000 captured the FtTAoS class. The 1:1,000,000 dilution was prepared by delivering a 150 μL aliquot of the twice-diluted AFFF in 1.5 mL of methanol.   The Solberg Mil Spec 6% AFFF at 1:100,000 was run in triplicate.

### Definition of Terms

| Term | Definition |
|---|---|
| <LOD | Signal-to-noise ratio less than 3 |
| <LOQ | Computed concentration fell below the Limit of Quantification (LOQ), which corresponds to the lowest calibration curve point when applied to the most dilute sample (in this data set 1:10,000) |
| < ½ LOQ | Computed concentration fell below half the Limit of Quantification in a Solvent Blank or Process Blank; no further action required |
| * | Semi-quantitative; analytes have an authentic standard but no matched internal standard[1] |
| ** | Qualitative; analytes have neither an authentic standard nor a matched internal standard[1] |
| N/A | No authentic standard available[1] |
| Solvent Overspike | Solvent mixture spiked with standard, run between samples to check instrument performance (replicate of calibration standard) |
| Solvent Blank | Contains the solvent matrix and mass-labeled standards |
| Surrogate Recovery | Mass-labelled standard spiked into all samples and dilution blanks after dilution to determine recovery of the mass-labelled standard in each sample |
| %RSD | Relative standard deviation; computed by dividing the standard deviation of n=3 replicates of Solberg Mil Spec 6% AFFF concentrations by the average concentration |
| > (Value) | Concentration is higher than the top point on the calibration curve |

### Analyte List
**Perfluoroalkyl Carboxylates -11**
    Perfluoro-n-butanoic acid (PFBA)

**CONFIDENTIAL**

    Perfluoro-n-pentanoic acid (PFPeA)
    Perfluoro-n-hexanoic acid (PFHxA)
    Perfluoro-n-heptanoic acid (PFHpA)
    Perfluoro-n-octanoic acid (PFOA)
    Perfluoro-n-nonanoic acid (PFNA)
    Perfluoro-n-decanoic acid (PFDA)
    Perfluoro-n-undecanoic (PFUdA)
    Perfluoro n-dodecanoic (PFDoA)
    Perfluoro n-tridecanoic (PFTrDA)
    Perfluoro n-tetradecanoid (PFTeDA)

**Perfluoroalkyl Sulfonates-9**
    Perfluoro-1-ethanesulfonate (PFEtS)**
    Perfluoro-1-propanesulfonate (PFPrS)**
    Perfluoro-1-butanesulfonate (PFBS)
    Perfluoro-1-pentanesulfonate (PFPeS)
    Perfluoro-1-hexanesulfonate (PFHxS)
    Perfluoro-1-heptanesulfonate (PFHpS)
    Perfluoro-1-octanesulfonate (PFOS)
    Perfluoro-1-nonanesulfonate (PFNS)
    Perfluoro-1-decanesulfonate (PFDS)

**Fluorotelomer Sulfonates-3**
    1H,1H,2H,2H-perfluoro-1-hexanesulfonate (4-2 FtS)
    1H,1H,2H,2H-perfluoro-1-octanesulfonate (6-2 FtS)
    1H,1H,2H,2H-perfluoro-1-decanesulfonate (8-2 FtS)

**Perfluoroalkyl Sulfonamido Amines-6**
    N-(3-(dimethylamino)propyl)-perfluoropropane-1-sulfonamide (PFPrSaAm)**
    N-(3-(dimethylamino)propyl)-perfluorobutane-1-sulfonamide (PFBSaAm)**
    N-(3-(dimethylamino)propyl)-perfluoropentane-1-sulfonamide (PFPeSaAm)**
    N-(3-(dimethylamino)propyl)-perfluorohexane-1-sulfonamide (PFHxSaAm)**
    N-(3-(dimethylamino)propyl)-perfluoroheptane-1-sulfonamide (PFHpSaAm)**
    N-(3-(dimethylamino)propyl)-perfluorooctane-1-sulfonamide (PFOSaAm)**

**Perfluoroalkyl Sulfonamide Amino Carboxylates-6**
    3-(N-(3-(dimethylamino)propyl)-perfluoropropylsulfonamido)propanoic acid (PFPrSaAmA)**
    3-(N-(3-(dimethylamino)propyl)-perfluorobutylsulfonamido)propanoic acid (PFBSaAmA)**
    3-(N-(3-(dimethylamino)propyl)-perfluoropentylsulfonamido)propanoic acid (PFPeSaAmA)**
    3-(N-(3-(dimethylamino)propyl)-perfluorohexylsulfonamido)propanoic acid (PFHxSaAmA)**
    3-(N-(3-(dimethylamino)propyl)-perfluorohepylsulfonamido)propanoic acid (PFHpSaAmA)**
    3-(N-(3-(dimethylamino)propyl)-perfluorooctylsulfonamido)propanoic acid (PFOSaAmA)**

**Fluorotelomer Thioether Amido Sulfonates-3**
    2-methyl-2-(3-((1H,1H,2H,2H-perfluoro-1-hexyl)thio)propanamido)propane-1-sulfonate (4-2 FtTAoS)**
    2-methyl-2-(3-((1H,1H,2H,2H-perfluoro-1-octyl)thio)propanamido)propane-1-sulfonate (6-2 FtTAoS)*
    2-methyl-2-(3-((1H,1H,2H,2H-perfluoro-1-decyl)thio)propanamido)propane-1-sulfonate (8-2 FtTAoS)**

**Fluorotelomer Thio Hydroxy Ammonium-2**
    2-hydroxy-N,N,N-trimethyl-3-((1H,1H,2H,2H-perfluoro-1-octyl)thio)propan-1-aminium (6-2 FtTHN$^+$)*

CONFIDENTIAL

2-hydroxy-N,N,N-trimethyl-3-((1H,1H,2H,2H-perfluoro-1-decyl)thio)propan-1-aminium (8-2 FtTHN$^+$)*

**Fluorotelomer Sulfonamide Amine-2**

N-[3-(dimethylamino) propyl]-1H,1H,2H,2H-perfluoro-1-octanesulfonamide (6-2 FtSaAm)*
N-[3-(dimethylamino) propyl]-1H,1H,2H,2H-perfluoro-1-decanesulfonamide (8-2 FtSaAm)**

**Fluorotelomer Sulfonamido Betaines-4**

N-(carboxymethyl)-N,N-dimethyl-3-(1H,1H,2H,2H-perfluoro-1-octanesulfonamido)propan-1-aminium (6-2 FtSaB)*
N-(carboxymethyl)-N,N-dimethyl-3-(1H,1H,2H,2H-perfluoro-1-decanesulfonamido)propan-1-aminium (8-2 FtSaB)**
N-(carboxymethyl)-N,N-dimethyl-3-(1H,1H,2H,2H-perfluoro-1-dodecanesulfonamido)propan-1-aminium (10-2 FtSaB)**
N-(carboxymethyl)-N,N-dimethyl-3-(1H,1H,2H,2H-perfluoro-1-tetradecanesulfonamido)propan-1-aminium (12-2 FtSaB)**

**Fluorotelomer Betaines-6**

N-(carboxymethyl)-1H,1H,2H,2H,3H -N,N-dimethylperfluorooctan-1-aminium (5-1-2 FtB)*
N-(carboxymethyl)-1H,1H,2H,2H,3H -N,N-dimethylperfluorodecan-1-aminium (7-1-2 FtB)*
N-(carboxymethyl)-1H,1H,2H,2H,3H -N,N-dimethylperfluorododecan-1-aminium (9-1-2 FtB)*
N-(carboxymethyl)-1H,1H,2H,2H,3H,3H -N,N-dimethylperfluorooctan-1-aminium (5-3 FtB)*
N-(carboxymethyl)-1H,1H,2H,2H,3H,3H -N,N-dimethylperfluorodecan-1-aminium (7-3 FtB)*
N-(carboxymethyl)-1H,1H,2H,2H,3H,3H -N,N-dimethylperfluorododecan-1-aminium (9-3FtB)*

**REFERENCES**

1.   Backe, W.; Field, J. A., Zwitterionic, cationic, and anionic fluorinated chemicals in aqueous film forming foam formulations and groundwater at US militarty bases by non-aqueous large volume injection HPLC-MS/MS. *Environ. Sci. & Technol.* **2013**, *47*, 5226-5234.
2.   Barzen-Hanson, K. A.; Field, J. A., Discovery and Implications of C2 and C3 Perfluoroalkyl Sulfonates in Aqueous Film-Forming Foams and Groundwater. *Environ. Sci. Technol. Lett.* **2015**, *2*, (4), 95-99.
3.   Place, B. J.; Field, J. A., Identification of Novel Fluorochemicals in Aqueous Film-Forming Foams Used by the US Military. *Environ. Sci. Technol.* **2012**, *46*, (13), 7120-7127.
4.   D'Agostino, L. A.; Mabury, S. A., Identification of Novel Fluorinated Surfactants in Aqueous Film Forming Foams and Commercial Surfactant Concentrates. *Environ. Sci. Technol.* **2013**, *48*, (1), 121-129.



| | | Acceptance Limit | C4 PFBA (mg/L) | C5 PFPeA (mg/L) | C6 PFHxA (mg/L) | C7 PFHpA (mg/L) | C8 PFOA (mg/L) | C9 PFNA (mg/L) | C10 PFDA (mg/L) | C11 PFUdA (mg/L) | C12 PFDoA (mg/L) | C13 PFTrDA (mg/L) | C14 PFTeDA (mg/L) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Samples** | | | | | | | | | | | | |
| | Solberg Arctic 3% | | 0.31 | <LOD | 0.72 | <LOD | <LOD | <LOQ | <LOQ | <LOD | <LOD^ | <LOD^ | <LOD^ |
| | Solberg Arctic 3x3 | | <LOQ | <LOD | 0.11 | <LOD | <LOQ @ | <LOD | <LOD | <LOD | <LOD^ | <LOD^ | <LOD^ |
| | Solberg Mil Spec 6% | | 0.25 | <LOQ | 0.62 | <LOD | <LOD | <LOQ | <LOD | <LOD | <LOD^ | <LOD^ | <LOD^ |
| | Solberg Mil Spec 3% | | 1.1 | <LOQ | 1.4 | <LOD | <LOD | <LOQ | <LOD | <LOD | <LOD^ | <LOD^ | <LOD^ |
| | **% RSD** | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| | **QC** | | | | | | | | | | | | |
| n = 1 | Solvent Overspike 100 ng/L #1 | 70 - 130 ng/L | 120 | 100 | 110 | 110 | 85 | 100 | 92 | 110 | ^ | ^ | ^ |
| n = 1 | Solvent Overspike 500 ng/L #1 | 350 - 650 ng/L | 520 | 470 | 500 | 500 | 560 | 490 | 510 | 410 | ^ | ^ | ^ |
| n = 1 | Solvent Overspike 100 ng/L #2 | 70 - 130 ng/L | 110 | 100 | 110 | 94 | 120 | 91 | 96 | 110 | ^ | ^ | ^ |
| n = 1 | Solvent Overspike 500 ng/L #2 | 350 - 650 ng/L | 530 | 470 | 430 | 680*** | 670*** | 600 | 400 | 420 | ^ | ^ | ^ |
| n = 1 | Solvent Blank #1 | < ½ LOQ | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD^ | <LOD^ | <LOD^ |
| n = 1 | Solvent Blank #2 | < ½ LOQ | <LOD | <LOD | <LOD | <LOD | < ½ LOQ @ | <LOD | <LOD | <LOD | <LOD^ | <LOD^ | <LOD^ |
| | Dilution Blank | < ½ LOQ | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD^ | <LOD^ | <LOD^ |
| 6-9 points | Linearity ($R^2$) | $R^2 > 0.97$ | 0.99 | 0.99 | 0.99 | 0.99 | 0.99 | 0.98 | 0.99 | 0.99 | ^ | ^ | ^ |
| | **Method Limits** | | | | | | | | | | | | |
| | Limit of Detection (mg/L) | | 0.0041 | 0.0011 | 0.0014 | 0.0018 | 0.0015 | 0.0010 | 0.00094 | 0.00093 | 0.0010 | 0.0012 | 0.0017 |
| | Limit of Quantitation (mg/L) | | 0.1 | 0.1 | 0.1 | 0.15 | 0.1 | 0.15 | 0.15 | 0.1 | 0.1 | 0.1 | 0.1 |

^ Due to poor chromatographic peak shape for PFDoDA, PFTrDA, and PFTeDA, no concentrations were computed. Results reported are qualitative. Reanalysis was not deemed necessary since these analytes were not found in the samples.

@Contamination coming from an impurity in the mass-labelled standard.

***Did not pass

CONFIDENTIAL

| Surrogate Recovery | | M2-PFOA (ng/L) |
|---|---|---|
| | Acceptance Limit | |
| **Samples** | | |
| Solberg Arctic 3% | 7.0 – 13 ng/L | 11 |
| Solberg Arctic 3x3 | 7.0 – 13 ng/L | 19*** |
| Solberg Mil Spec 6% | 7.0 – 13 ng/L | 13 |
| Solberg Mil Spec 3% | 7.0 – 13 ng/L | 13 |
| **% RSD** | | 20 |
| **QC** | Acceptance Limit | |
| n = 1　Solvent Overspike 30 ng/L #1 | 21 – 39 ng/L | 24 |
| n = 1　Solvent Overspike 100 ng/L #1 | 70 - 130 ng/L | 95 |
| n = 1　Solvent Overspike 30 ng/L #1 | 21 – 39 ng/L | 28 |
| n = 1　Solvent Overspike 100 ng/L #1 | 70 - 130 ng/L | 110 |
| Dilution Blank | < ½ LOQ | <LOD |
| 7 points Linearity ($R^2$) | $R^2$ > 0.97 | 0.99 |
| **Method Limits** | | |
| Limit of Detection (LOD) (ng/L) | | N/A |
| Limit of Quantitation (LOQ) (ng/L) | | N/A |

***Did not pass

**CONFIDENTIAL**

| | | | C2 PFEtS** (mg/L) | C3 PFPrS** (mg/L) | C4 PFBS (mg/L) | C5 PFPeS (mg/L) | C6 PFHxS (mg/L) | C7 PFHpS (mg/L) | C8 PFOS (mg/L) | C9 PFNS (mg/L) | C10 PFDS (mg/L) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Samples** | | | | | | | | | | |
| | Solberg Arctic 3% | | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD |
| | Solberg Arctic 3x3 | | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD |
| | Solberg Mil Spec 6% | | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD |
| | Solberg Mil Spec 3% | | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD |
| | **% RSD** | | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| | **QC** | Acceptance Limit | | | | | | | | | |
| n = 1 | Solvent Overspike 100 ng/L #1 | 70 - 130 ng/L | N/A | N/A | 80 | 91 | 100 | 130 | 97 | 97 | 93 |
| n = 1 | Solvent Overspike 500 ng/L #1 | 350 - 650 ng/L | N/A | N/A | 360 | 430 | 450 | 560 | 460 | 420 | 430 |
| n = 1 | Solvent Overspike 100 ng/L #2 | 70 - 130 ng/L | N/A | N/A | 79 | 91 | 96 | 130 | 99 | 89 | 92 |
| n = 1 | Solvent Overspike 500 ng/L #2 | 350 - 650 ng/L | N/A | N/A | 360 | 410 | 400 | 520 | 600 | 490 | 560 |
| n = 1 | Solvent Blank #1 | < ½ LOQ | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD |
| n = 1 | Solvent Blank #2 | < ½ LOQ | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD |
| | Dilution Blank | < ½ LOQ | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD |
| 6-8 points | Linearity ($R^2$) | $R^2 > 0.97$ | N/A, calculated using PFBS | | 0.98 | 0.99 | 0.99 | 0.99 | 0.99 | 0.99 | 0.99 |
| | **Method Limits** | | | | | | | | | | |
| | Limit of Detection (mg/L) | | N/A | N/A | 0.0012 | N/A | 0.0017 | 0.00088 | 0.00081 | N/A | 0.00071 |
| | Limit of Quantitation (mg/L) | | N/A | N/A | 0.1 | N/A | 0.1 | 0.15 | 0.1 | N/A | 0.1 |

**CONFIDENTIAL**

|  |  |  | 4-2 FtS (mg/L) | 6-2 FtS (mg/L) | 8-2 FtS (mg/L) |
|---|---|---|---|---|---|
|  | **Samples** |  |  |  |  |
|  | Solberg Arctic 3% |  | <LOD | 35 | <LOD |
|  | Solberg Arctic 3x3 |  | <LOD | 5 | <LOD |
|  | Solberg Mil Spec 6% |  | <LOQ | 34 | <LOQ |
|  | Solberg Mil Spec 3% |  | <LOQ | 37 | 1.1 |
|  | **% RSD** |  | N/A | 19 | N/A |
|  | **QC** | Acceptance Limit |  |  |  |
| n = 1 | Solvent Overspike 100 ng/L #1 | 70 - 130 ng/L | 130 | 190*** | 92 |
| n = 1 | Solvent Overspike 500 ng/L #1 | 350 - 650 ng/L | 830*** | 380 | 520 |
| n = 1 | Solvent Overspike 100 ng/L #2 | 70 - 130 ng/L | 170*** | 84 | 100 |
| n = 1 | Solvent Overspike 500 ng/L #2 | 350 - 650 ng/L | 640 | 420 | 640 |
| n = 1 | Solvent Blank #1 | < ½ LOQ | <LOD | <LOD | <LOD |
| n = 1 | Solvent Blank #2 | < ½ LOQ | <LOD | <LOD | <LOD |
|  | Dilution Blank | < ½ LOQ | <LOD | <LOD | <LOD |
| 5-7 points | Linearity ($R^2$) | $R^2 > 0.97$ | 0.99 | 0.98 | 0.98 |
|  | **Method Limits** |  |  |  |  |
|  | Limit of Detection (mg/L) |  | 0.016 | 0.084 | 0.019 |
|  | Limit of Quantification (mg/L) |  | 0.15 | 0.15 | 0.15 |

***Did not pass

|  |  | C3<br>PFPrSaAm<br>**<br>(mg/L) | C4<br>PFBSaAm<br>**<br>(mg/L) | C5<br>PFPeSaAm<br>**<br>(mg/L) | C6<br>PFHxSaAm<br>**<br>(mg/L) | C7<br>PFHpSaAm<br>**<br>(mg/L) | C8<br>PFOSaAm<br>**<br>(mg/L) |
|---|---|---|---|---|---|---|---|
| **Samples** |  |  |  |  |  |  |  |
| Solberg Arctic 3% |  | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD |
| Solberg Arctic 3x3 |  | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD |
| Solberg Mil Spec 6% |  | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD |
| Solberg Mil Spec 3% |  | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD |
| **% RSD** |  | N/A | N/A | N/A | N/A | N/A | N/A |
| **QC** | Acceptance Limit |  |  |  |  |  |  |
| n = 1  Solvent Overspike 100 ng/L #1 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| n = 1  Solvent Overspike 500 ng/L #1 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| n = 1  Solvent Overspike 100 ng/L #2 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| n = 1  Solvent Overspike 500 ng/L #2 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| n = 1  Solvent Blank #1 | < ½ LOQ | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD |
| n = 1  Solvent Blank #2 | < ½ LOQ | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD |
| Dilution Blank | < ½ LOQ | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD |
| Linearity ($R^2$) | $R^2 > 0.97$ | N/A, calculated using PFOS calibration | | | | | |
| **Method Limits** |  |  |  |  |  |  |  |
| Limit of Detection (mg/L) |  | N/A | N/A | N/A | N/A | N/A | N/A |
| Limit of Quantitation (mg/L) |  | N/A | N/A | N/A | N/A | N/A | N/A |

CONFIDENTIAL

HIGHLY CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER

Navy06-00002889

**CONFIDENTIAL**

|  |  | C3<br>PFPrSaAmA**<br>(mg/L) | C4<br>PFBSaAmA**<br>(mg/L) | C5<br>PFPeSaAmA**<br>(mg/L) | C6<br>PFHxSaAmA**<br>(mg/L) | C7<br>PFHpSaAmA**<br>(mg/L) | C8<br>PFOSaAmA**<br>(mg/L) |
|---|---|---|---|---|---|---|---|
| **Samples** |  |  |  |  |  |  |  |
| Solberg Arctic 3% |  | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD |
| Solberg Arctic 3x3 |  | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD |
| Solberg Mil Spec 6% |  | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD |
| Solberg Mil Spec 3% |  | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD |
| **% RSD** |  | N/A | N/A | N/A | N/A | N/A | N/A |
| **QC** | Acceptance Limit |  |  |  |  |  |  |
| n = 1 Solvent Overspike 100 ng/L #1 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| n = 1 Solvent Overspike 500 ng/L #1 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| n = 1 Solvent Overspike 100 ng/L #2 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| n = 1 Solvent Overspike 500 ng/L #2 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| n = 1 Solvent Blank #1 | < ½ LOQ | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD |
| n = 1 Solvent Blank #2 | < ½ LOQ | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD |
| Dilution Blank | < ½ LOQ | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD |
| Linearity ($R^2$) | $R^2$ > 0.97 | N/A, calculated using PFOS calibration | | | | | |
| **Method Limits** |  |  |  |  |  |  |  |
| Limit of Detection (LOD) (mg/L) |  | N/A | N/A | N/A | N/A | N/A | N/A |
| Limit of Quantitation (LOQ) (mg/L) |  | N/A | N/A | N/A | N/A | N/A | N/A |

**CONFIDENTIAL**

| Samples | | 4-2 FtTAoS** (mg/L) | 6-2 FtTAoS* (mg/L) | 8-2 FtTAoS** (mg/L) |
|---|---|---|---|---|
| Solberg Arctic 3% | | <LOD | 590 | <LOQ |
| Solberg Arctic 3x3 | | <LOD | 890 | <LOD |
| Solberg Mil Spec 6% | | <LOQ | 290 | <LOD |
| Solberg Mil Spec 3% | | <LOQ | 810 | <LOQ |
| **% RSD** | | N/A | 2 | N/A |
| **QC** | Acceptance Limit | | | |
| n = 1    Solvent Overspike 100 ng/L #1 | 70 - 130 ng/L | N/A | 340*** | N/A |
| n = 1    Solvent Overspike 500 ng/L #1 | 350 - 650 ng/L | N/A | 650 | N/A |
| n = 1    Solvent Overspike 100 ng/L #2 | 70 - 130 ng/L | N/A | 350*** | N/A |
| n = 1    Solvent Overspike 500 ng/L #2 | 350 - 650 ng/L | N/A | 910*** | N/A |
| n = 1    Solvent Blank #1 | < ½ LOQ | <LOD | <LOD | <LOD |
| n = 1    Solvent Blank #2 | < ½ LOQ | <LOD | <LOQ***# | <LOD |
|             Dilution Blank | < ½ LOQ | <LOD | <LOD | <LOD |
| 5 points    Linearity ($R^2$) | $R^2$ > 0.97 | N/A | 0.99 | N/A |
| **Method Limits** | | | | |
| Limit of Detection (mg/L) | | N/A | N/A | N/A |
| Limit of Quantification (mg/L) | | N/A | 2.5 | N/A |

***Did not pass

Note: All quantitative results were collected before Solvent Overspike 500 ng/L #1, so the data are considered valid.

#Solvent Blank #2 did not pass due to a high concentration run immediately before this QC and is attributed to carryover.

HIGHLY CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER                    Navy06-00002891

|  | Samples | | 6-2 FtTHN* (mg/L) | 8-2 FtTHN** (mg/L) |
|---|---|---|---|---|
|  | Solberg Arctic 3% | | 40 | <LOD |
|  | Solberg Arctic 3x3 | | 67 | <LOD |
|  | Solberg Mil Spec 6% | | 18 | <LOD |
|  | Solberg Mil Spec 3% | | 33 | <LOD |
|  | % RSD | | 2 | N/A |
|  | QC | Acceptance Limit | | |
| n=1 | Solvent Overspike 150 ng/L #1 | 110 - 200 ng/L | 71*** | N/A |
| n=1 | Solvent Overspike 750 ng/L #1 | 530-980 ng/L | 330*** | N/A |
| n=1 | Solvent Overspike 150 ng/L #2 | 110 - 200 ng/L | 120 | N/A |
| n=1 | Solvent Overspike 750 ng/L #2 | 530-980 ng/L | 910 | N/A |
| n = 1 | Solvent Blank #1 | < ½ LOQ | 17*** | <LOD |
| n = 1 | Solvent Blank #2 | < ½ LOQ | 45***# | <LOD |
|  | Dilution Blank | < ½ LOQ | <LOQ*** | <LOD |
| 5 points | Linearity ($R^2$) | $R^2 > 0.97$ | 0.97 | N/A |
|  | **Method Limits** | | | |
|  | Limit of Detection (mg/L) | | N/A | N/A |
|  | Limit of Quantification (mg/L) | | 0.15 | N/A |

\*\*\*Did not pass

#Solvent Blank #2 did not pass due to a high concentration run immediately before this QC and is attributed to carryover.

Note: The 6-2 FtTHN tends to stick more to the column than the other analytes. Due to the high concentrations of the 6-2 FtTHN in these samples, a small amount of carryover is observed in the Solvent Blanks and Dilution Blank.

Note: Since the second set of Solvent Overspikes passed, the data are considered valid, and no reanalysis was deemed necessary.

CONFIDENTIAL

HIGHLY CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER                                   Navy06-00002892

| | Samples | | 6-2 FtSaB* (mg/L) | 8-2 FtSaB** (mg/L) | 10-2 FtSaB** (mg/L) | 12-2 FtSaB** (mg/L) |
|---|---|---|---|---|---|---|
| | Solberg Arctic 3% | | 620 | <LOQ | <LOD | <LOD |
| | Solberg Arctic 3x3 | | 110 | <LOD | <LOD | <LOD |
| | Solberg Mil Spec 6% | | 240 | <LOQ | <LOQ | <LOD |
| | Solberg Mil Spec 3% | | 460 | 4.4 | <LOQ | <LOD |
| | % RSD | | 7.7 | N/A | N/A | N/A |
| | QC | Acceptance Limit | | | | |
| n=1 | Solvent Overspike 1000 ng/L #1 | 700-1300 ng/L | 1200 | N/A | N/A | N/A |
| n=1 | Solvent Overspike 5000 ng/L #1 | 3500-6500 ng/L | 6400 | N/A | N/A | N/A |
| n=1 | Solvent Overspike 1000 ng/L #2 | 700-1300 ng/L | 1300 | N/A | N/A | N/A |
| n=1 | Solvent Overspike 5000 ng/L #2 | 3500-6500 ng/L | 6300 | N/A | N/A | N/A |
| n = 1 | Solvent Blank #1 | < ½ LOQ | < ½ LOQ | <LOD | <LOD | <LOD |
| n = 1 | Solvent Blank #2 | < ½ LOQ | < ½ LOQ | <LOD | <LOD | <LOD |
| | Dilution Blank | < ½ LOQ | <LOD | <LOD | <LOD | <LOD |
| 8 points | Linearity ($R^2$) | $R^2 > 0.97$ | 0.99 | N/A | N/A | N/A |
| | Method Limits | | | | | |
| | Limit of Detection (mg/L) | | N/A | N/A | N/A | N/A |
| | Limit of Quantification (mg/L) | | 1.0 | N/A | N/A | N/A |

CONFIDENTIAL

**CONFIDENTIAL**

| Samples | | 6-2 FtSaAm* (mg/L) | 8-2 FtSaAm** (mg/L) |
|---|---|---|---|
| Solberg Arctic 3% | | 140 | <LOD |
| Solberg Arctic 3x3 | | 18 | <LOQ |
| Solberg Mil Spec 6% | | 55 | 1.3 |
| Solberg Mil Spec 3% | | 150 | 4.3 |
| % RSD | | 7.7 | N/A |

| | QC | Acceptance Limit | | |
|---|---|---|---|---|
| n = 1 | Solvent Spike 810 ng/L #1 | 570 - 1100 ng/L | 750 | N/A |
| n = 1 | Solvent Spike 4100 ng/L #1 | 3000 - 5300 ng/L | 2200*** | N/A |
| n = 1 | Solvent Spike 810 ng/L #2 | 570 - 1100 ng/L | 830 | N/A |
| n = 1 | Solvent Spike 4100 ng/L #2 | 3000 - 5300 ng/L | 4400 | N/A |
| n = 1 | Solvent Blank #1 | < ½ LOQ | <LOD | <LOD |
| n = 1 | Solvent Blank #2 | < ½ LOQ | <LOQ***# | <LOD |
| | Dilution Blank | < ½ LOQ | <LOD | <LOD |
| 7 points | Linearity ($R^2$) | $R^2$ > 0.97 | 0.99 | N/A |

| Method Limits | | | |
|---|---|---|---|
| Limit of Detection (mg/L) | | N/A | N/A |
| Limit of Quantification (mg/L) | | 0.81 | N/A |

***Did not pass

#Solvent Blank #2 did not pass due to a high concentration run immediately before this QC and is attributed to carryover.

CONFIDENTIAL

| | Samples | | 5-1-2 FtB* (mg/L) | 7-1-2 FtB* (mg/L) | 9-1-2 FtB* (mg/L) | 5-3 FtB* (mg/L) | 7-3 FtB* (mg/L) | 9-3 FtB* (mg/L) |
|---|---|---|---|---|---|---|---|---|
| | Solberg Arctic 3% | | <LOD | <LOQ& | <LOD | <LOD | <LOQ& | <LOD |
| | Solberg Arctic 3x3 | | <LOD | <LOD | <LOD | <LOD | <LOQ& | <LOD |
| | Solberg Mil Spec 6% | | <LOQ$ | <LOQ& | <LOQ& | <LOD | <LOQ& | <LOD |
| | Solberg Mil Spec 3% | | <LOQ$ | <LOQ& | <LOQ& | <LOQ$ | <LOQ& | <LOQ& |
| | % RSD | | N/A | N/A | N/A | N/A | N/A | N/A |
| | QC | Acceptance Limit | | | | | | |
| n = 1 | Solvent Spike Low #1 | 70-130% | 200 | 230*** | 59*** | 50 | 95 | 16*** |
| n = 1 | Solvent Spike Mid #1 | 70-130% | 1000 | 1240*** | 330*** | 250 | 340*** | 91*** |
| n = 1 | Solvent Spike Low #2 | 70-130% | 200 | 230*** | 67*** | 50 | 97 | 17*** |
| n = 1 | Solvent Spike Mid #2 | 70-130% | 990 | 1420 | 430 | 240 | 400 | 110 |
| n = 1 | Solvent Blank #1 | < ½ LOQ | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD |
| n = 1 | Solvent Blank #2 | < ½ LOQ | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD |
| | Dilution Blank | < ½ LOQ | <LOD | <LOD | <LOD | <LOD | <LOD | <LOD |
| 5-9 points | Linearity ($R^2$) | $R^2 > 0.97$ | 0.99 | 0.99 | 0.99 | 0.99 | 0.99 | 0.98 |
| | Accepted Range | | | | | | | |
| | Solvent Overspike Low | 70 - 130% | 130 - 250 | 280 - 520 | 77 - 140 | 35 - 65 | 70 - 130 | 19 - 35 |
| | Solvent Overspike Mid | 70 - 130% | 670 - 1300 | 1400 - 2600 | 370 - 700 | 170 - 310 | 350 - 650 | 94 - 170 |
| | Method Limits | | | | | | | |
| | Limit of Detection (mg/L) | | N/A | N/A | N/A | N/A | N/A | N/A |
| | Limit of Quantification (mg/L) | | 0.19 | 0.4 | 0.16 | 0.048 | 0.50 | 0.04 |

***Did not pass

$A peak was present for the quantitative transistion, but the qualitative transistion was not present. There is great uncertainty about whether these analytes are actually present without a qualitative transistion.

& 7-1-2 FtB, 7-3 FtB (for all AFFFs) and 9-1-2, 9-3 FtB (for some AFFFs) had large peaks present for the quantitative transition, and sometimes a low abundance qualitative transition. However, without the presence of a qualitative transistion, there is great uncertainty about whether these analytes are actually present. When a qualitative transition was present, the ion ratio (the ratio of the quantitative transition area counts to the qualitative transition area counts) was very different than the ion ratios in the calibration curve and Solvent Overspikes. Ion ratios for a given analyte should be constant. Therefore, there is overwhelming evidence that these analytes are not present in the AFFFs.

Note: Due to the great uncertainty about the presence of these analytes in the AFFFs, reanalysis was not deemed necessary.



CONFIDENTIAL



Perfluoroalkyl Carboxylates[L]

| | |
|---|---|
| PFBA | n = 3 |
| PFPeA | n = 4 |
| PFHxA | n = 5 |
| PFHpA | n = 6 |
| PFOA | n = 7 |
| PFNA | n = 8 |
| PFDA | n = 9 |
| PFUdA | n = 10 |
| PFDoA | n = 11 |
| PFTrDA | n = 12 |
| PFTeDA | n = 13 |

Perfluoroalkyl Sulfonates[L]

| | |
|---|---|
| PFEtS | n = 2 |
| PFPrS | n = 3 |
| PFBS | n = 4 |
| PFPeS | n = 5 |
| PFHxS | n = 6 |
| PFHpS | n = 7 |
| PFOS | n = 8 |
| PFNS | n = 9 |
| PFDS | n = 10 |

Perfluoroalkyl Sulfonamido Amines[N]

| | |
|---|---|
| PFPrSaAm | n = 3 |
| PFBSaAm | n = 4 |
| PFPeSaAm | n = 5 |
| PFHxSaAm | n = 6 |
| PFHpSaAm | n = 7 |
| PFOSaAm | n = 8 |

Perfluoroalkyl Sulfonamide Amino Carboxylates[N]

| | |
|---|---|
| PFPrSaAmA | n = 3 |
| PFBSaAmA | n = 4 |
| PFPeSaAmA | n = 5 |
| PFHxSaAmA | n = 6 |
| PFHpSaAmA | n = 7 |
| PFOSaAmA | n = 8 |

Fluorotelomer Betaines[N]

| | |
|---|---|
| 5-1-2 FtB | n = 5 |
| 7-1-2 FtB | n = 7 |
| 9-1-2 FtB | n = 9 |
| 5-3 FtB | n = 5 |
| 7-3 FtB | n = 7 |
| 9-3 FtB | n = 9 |

Fluorotelomer Sulfonates[L]

| | |
|---|---|
| 4-2 FtS | n = 4 |
| 6-2 FtS | n = 6 |
| 8-2 FtS | n = 8 |

Fluorotelomer Sulfonamido Betaines[N]

| | |
|---|---|
| 6-2 FtSaB | n = 6 |
| 8-2 FtSaB | n = 8 |
| 10-2 FtSaB | n = 10 |
| 12-2 FtSaB | n = 12 |

Fluorotelomer Sulfonamido Amines[N]

| | |
|---|---|
| 6-2 FtSaAm | n = 6 |

Fluorotelomer Thio Amido Sulfonates[N]

| | |
|---|---|
| 4-2 FtTAoS | n = 4 |
| 6-2 FtTAoS | n = 6 |
| 8-2 FtTAoS | n = 8 |

Fluorotelomer Thio Hydroxy Ammonium[N]

| | |
|---|---|
| 6-2 FtTHN+ | n = 6 |
| 8-2 FtTHN+ | n = 8 |