# EXHIBIT J

**Interoffice Correspondence 3M**

SEP 24 1975

| | |
|---|---|
| cc: J. E. Long -Toxicology-220-2E<br>J. A. Pendergrass-Medical-220-2E<br>R. A. Prokop -236-3B<br>R. J. Seffl -236-2A | Subject: Telephone Call from Dr. Donald R. Taves, University of Rochester, N.Y. September 16, 1975 re Fluorochemicals in Blood |

September 22, 1975

TO: L. C. Krogh - Comml. Chem. - 223-6SE

FROM: J. D. LaZerte - Comml. Chem. - 236-1

Dr. Taves is one of the members of the research team that is working on the analysis of fluorochemicals in blood. He called to ask several questions and solicit our help. He claims that their findings to date indicate that the 20 ppb of fluorochemical they have found in human blood is either a derivative of a perfluorocarboxylic acid or a perfluorosulphonic acid. They are trying to determine specifically which compound or compounds are involved. He wanted to know if he could submit a sample to us for evaluation by our analytical people. I indicated that we would be willing to take a quick look at any such sample he would care to supply.

Dr. Taves and his group have been studying the various FDA petitions based, I presume, on the supposition that the fluorochemical found in the blood might be coming from paper or paperboard. He wanted to know if we would open up the content of our FDA petition to him. I gave him a very firm "no" in this regard, based on the fact that the petition contains our confidential method of manufacturing and yield information. He also asked about the structure of the DuPont material used by the packaging industry. I suggested that he direct this question to DuPont, not to us.

Taves indicated that their initial evaluations have not found fluorocarbons in test animals. One of the graduate students had recognized the fact that the animals whose blood had been used had been laboratory raised. They plan on repeating their work using household pets.

Details of the work that is being conducted by Taves at the University of Rochester and by Drs. Guy and Brey at the University of Florida were presented at the Chicago ACS meeting. The complete papers from this meeting are due to be submitted October 1st.

Wepner
EXHIBIT NO. 2
1-25-18

CONFIDENTIAL - SUBJECT TO A PROTECTIVE ORDER ENTERED IN HENNEPIN COUNTY DISTRICT COURT, NO. 27-CV-10-28862

3M_MN04274187

1

3M_BELL00054741

L. C. Krogh
Page 2
9/22/75

Taves did indicate that the 20 PPB might pose no toxicological hazard whatsoever but he left no doubt that they would pursue this subject until they have identified the source of the material and delved further into its toxicology.

JDL:ha

CONFIDENTIAL - SUBJECT TO A PROTECTIVE ORDER ENTERED IN
HENNEPIN COUNTY DISTRICT COURT, NO. 27-CV-10-28862

3M_MN04274188

3M_BELL00054742