# EXHIBIT P

1. COMMERCIAL CHEMICAL PRODUCT LINES

2. GENERAL TOXICITY

3. SULFONIC ACID & CARBOXYLIC ACID DERIVATIVES

   A. REVIEW OF SUBCHRONIC DATA

   B. METABOLISM DATA

4. SUMMARY

3M_AFFF_MDL00080683

## COMMERCIAL CHEMICALS PRODUCT LINES

| | |
|---|---|
| "FLUORINERTS" | ELECTRONIC LIQUIDS |
| "FLUOREL/KEL-F" | ELASTOMERIC RUBBER/PLASTICS |
| "LIGHT WATER" | AQUEOUS FILM FORMING FOAMS<br>FIRE FIGHTING LIQUIDS |
| "SCOTCHGARD, SCOTCHBAN" | TEXTILE/PAPER TREATMENTS |
| "FLUORAD" | SURFACTANTS |

3M_AFFF_MDL00080684

## "FLUORINERT" ELECTRONIC LIQUIDS

PERFLUORINATED CARBON CHAINS

FC-88     PERFLUOROPENTANE     $C_5F_{12}$

FC-72     PERFLUOROHEXANE     $C_6F_{14}$

BLENDS OF PERFLUORINATED CYCLIC ETHERS AND PERFLUORINATED CARBON CHAIN

FC-75     $C_8F_{16}O$ (CYCLIC) + $C_8F_{18}$

FC-43     $C_8F_{17}$
$$\begin{array}{c} C - C \\ | \ \ F \ \ | \\ C \quad\ \ C \\ \diagdown \ \ \diagup \\ O \end{array} + C_{11}F_{24}$$

USES: VAPOR PHASE SOLDERING, QUALITY CONTROL FOR ELECTRONIC PARTS, HEAT TRANSFER FLUIDS, COOLING OF ELECTRONIC COMPONENTS

3M_AFFF_MDL00080685

TOXICITY OF "FLUORINERT" BRAND ELECTRONIC LIQUIDS

| "FLUORINERT" LIQUIDS | ACUTE ORAL TOXICITY (Rat) LD50 | SKIN IRRITATION (Rabbit) | EYE IRRITATION (Rabbit) | ACUTE INHALATION (Rat) LC50 |
|---|---|---|---|---|
| FC-88 | 34.6 g/kg (oral) | Non-irritating | Non-irritating | No deaths when animals were exposed to 3300 mg/liter of air for 3 hours. |
| FC-78 | 10 g/kg (oral) | Non-irritating | Non-irritating | No deaths when animals were exposed to 340 mg/liter of air. |
| FC-72 | 34.6 g/kg (oral) | Minimally irritating | Non-irritating | No deaths when animals were exposed to near saturated vapors at room temperature for 2 hours. |
| FC-77 | 10 g/kg (oral) | Non-irritating | Non-irritating | No deaths when animals were exposed to 250 mg/liter for 1 hour at room temperature. |
| FC-104 | 23.1 g/kg (oral) | Non-irritating | Non-irritating | No Data |
| FC-75 | 34.6 g/kg (oral) | Non-irritating | Non-irritating | No deaths when animals were exposed to 750 mg/liter of air for 4 hours. |
| FC-40 | 34.6 g/kg (Intraperitoneal) | Non-irritating | Non-irritating | No deaths when animals were exposed to "near saturated" atmosphere at room temperature. |
| FC-43 | 10 g/kg (oral) | Non-irritating | Minimally irritating | No deaths when animals were exposed to 15 mg/liter for 4 hours at room temperature. |
| FC-48 | 34.6 g/kg (oral) | Non-irritating | Non-irritating | No deaths when animals were exposed to 90 mg/liter for 4 hours (300° F). |
| FC-70 | 10 g/kg (oral) | Non-irritating | Non-irritating | No deaths when animals were exposed to near saturated vapors at room temperature for 2 hours. |

NOTE:  All "FLUORINERT" Liquids, except FC-40, are classified as being practically non-toxic orally.
FC-40, is classified as being practically non-toxic intraperitoneally.

## "FLUOREL/KEL-F" ELASTOMERS/THERMOPLASTIC

### "FLUOREL" Fluoroelastomers

COPOLYMERS OF

VINYLIDENE FLUORIDE

$$\begin{array}{ccc} H & & F \\ & \diagdown & \diagup \\ & C = C \\ & \diagup & \diagdown \\ H & & F \end{array}$$

PERFLUOROPROPENE

$$\begin{array}{ccc} F & & CF_3 \\ & \diagdown & \diagup \\ & C = C \\ & \diagup & \diagdown \\ F & & F \end{array}$$

### "KEL-F" Thermoplastics

COPOLYMERS OF

VINYLIDENE FLUORIDE

$$\begin{array}{ccc} H & & F \\ & \diagdown & \diagup \\ & C = C \\ & \diagup & \diagdown \\ H & & F \end{array}$$

CHLOROTRIFLUOROETHYLENE

$$\begin{array}{ccc} F & & F \\ & \diagdown & \diagup \\ & C = C \\ & \diagup & \diagdown \\ F & & Cl \end{array}$$

USES:  "FLUOREL":  HEAT RESISTENT
                   O-RINGS, GASKETS, ETC.

       "KEL-F":  ACID/BASE RESISTANT THERMOPLASTIC LAQUERS, AND COATINGS
                 FOR ALUMINUM, COPPER, STEEL & PLASTIC

3M_AFFF_MDL00080687

# TOXICITY SUMMARY OF

## "FLUOREL" AND KEL-F" PRODUCTS

### "FLUOREL" Elastomer

PRIMARY SKIN IRRITATION (RABBIT):        0.0/8.0   NON-IRRITATING

ACUTE INHALATION, THERMAL DECOMPOSITION:  10/10 DEATHS TOXIC
                                          PRODUCTS AT 260°C.

### "KEL-F" Thermoplastic

ACUTE ORAL TOXICITY (RAT):        >5 GM/KG    PRACTICALLY NON-TOXIC

PRIMARY SKIN IRRITATION (RABBIT):  0.0/8.0    NON-IRRITATING

EYE IRRITATION (RABBIT):          15.5/110.0 MINIMALLY IRRITATING

3M_AFFF_MDL00080688

## "LIGHT WATER" AQUEOUS FILM FORMING FOAMS

TYPICAL FORMULATION:   FC-203

|  |  |
|---|---|
| 2-3% | FLUOROCHEMICAL FOAMER* |
| 1-2% | FLUOROCHEMICAL SURFACTANTS† |
| 3% | HYDROCARBON SURFACTANTS |
| 2% | SOAP |
| 65% | WATER |
| 25% | BUTYL CARBITOL |

*FLUOROCHEMICAL FOAMER

$$C_6F_{13}SO_2NC_3H_6N(CH_3)_2C_2H_4OH$$

with $CH_2CHOHCH_2SO_3Na$

†FLUOROCHEMICAL SURFACTANT

FC-95 – $C_8F_{17}SO_3'K$

USES: FIRE EXTINGUISHING LIQUIDS
ESPECIALLY GOOD FOR EXTINGUISHING SOLVENT AND FUEL FIRES

3M_AFFF_MDL00080689

## "LIGHT WATER" AFFF TOXICITY SUMMARY OF PRODUCTS

| PRODUCT | PRIMARY SKIN IRRITATION | EYE IRRITATION | ACUTE ORAL TOXICITY |
|---|---|---|---|
| FC-201 | 0.0 NON-IRRITATING | 12.7/110 MINIMALLY | $LD_{50}$ 1.0-3.0 G/KG |
| FC-203A | 0.0 NON-IRRITATING | 11.0/110 MINIMALLY | $LD_{50}$ >5 G/KG |
| FC-206 | 0.0 NON-IRRITATING | 6.0*/110 MILDLY | $LD_{50}$ >5 G/KG |
| FC-206A | 0.1 MINIMALLY IRRITATING | 17.1/110 MILDLY | $LD_{50}$ > 5 G/KG |
| FC-206A DILUTED (6%) | 0.0 NON-IRRITATING | 0.0/110.0 NON-IRRITATING | |
| FC-600 | .96 SLIGHTLY IRRITATING | 9.3+/110.0 MODERATELY | $LD_{50}$ >10 G/KG |
| FC-600 DILUTED (6%) | 0.0 NON-IRRITATING | 13.6/110.0 MINIMALLY | |

*IRRITATING THROUGH 5 DAYS
+IRRITATING THROUGH 7 DAYS

3M_AFFF_MDL00080690

# "SCOTCHGARD/SCOTCHBAN" TEXTILE/PAPER TREATMENTS

## "SCOTCHGARD" TEXTILE TREATMENTS

### FLUOROCHEMICAL EMULSIONS

FC-234:
30% SOLIDS TERPOLYMER:   METHYL FOSE ACRYLATE/
BUTYL ALCOHOL/
POLY MEG 2000 DIMETHYL ACRYLATE

IN: WATER
METHYL ISOBUTYL KETONE
ETHYLENE GLYCOL


FC-378:
30% SOLIDS 2 ET
FOSE†/TDI:              URETHANE

IN: WATER
METHYL ISOBUTYL KETONE
ETHYLENE GLYCOL

*MeFOSE ACRYLATE:    $C_8F_{17}SO_2N(CH_3)C_2H_4OC-C=CH_2$ with $\overset{O}{\overset{\|}{\phantom{x}}}$ and $\underset{H}{\phantom{x}}$

†EtFOSE:    $C_8F_{17}SO_2N(C_2H_3)C_2H_4OH$


USES:  PROVIDES SOIL, STAIN AND WATER REPELLANCY TO A VARIETY OF FABRICS.

3M_AFFF_MDL00080691

## "SCOTCHBAN" PAPER TREATMENTS

FC-807:  33% SOLID SALT OF A FLUOROCHEMICAL PHOSPHATE ESTER

$$[C_8F_{17}SO_2N(C_2H_3)CH_2CH_2O]_2 \overset{O}{\underset{}{P}} ONH_4$$

IN WATER AND ISOPROPYL ALCOHOL

USES:  OIL AND STAIN RESISTANCE IN PAPER PRODUCTS. FC-807 IS CURRENTLY APPROVED BY THE U.S. FOOD AND DRUG ADMINISTRATION FOR USE IN FOOD PACKAGING.

3M_AFFF_MDL00080692

## "SCOTCHGARD/SCOTCHBAN" TOXICITY SUMMARY

| SCOTCHGARD | PSI | GPS HSP* | EI | LD$_{50}$ AOT | I.T. | AMES | SUB-CHRONIC DATA |
|---|---|---|---|---|---|---|---|
| FC-214 | 0.0 | NEG. | 0.0 | >5G/KG | LOW HAZARD | N.K. | No |
| FC-234 | 0.0 | N.K. | 47.31 MODERATELY | >5G/KG | N.K. | N.K. | No |
| FC-380 | 0.0 | NEG. | 8.0 MINIMALLY | >10G/KG | LOW HAZARD | NEG. | No |
| FC-388 | 0.0 | NEG. | 15.3 MILDLY | >5G/KG | LOW HAZARD | NEG. | No |
| **SCOTCHBAN** | | | | | | | |
| FC-807 | 0.0 | NEG. | <15.0 MINIMALLY | >15.4G/KG | N.K. | NEG. | YES |
| FC-808 | <1.6 MINI-MALLY | N.K. | 4.0 MINIMALLY | >15G/KG | N.K. | NEG. | YES |

*GUINEA PIG SENSITIZATION HUMAN SKIN PATCH STUDY

3M_AFFF_MDL00080693

## "FLUORAD" SURFACTANTS

### PERFLUOROOCTYL SULFONIC ACID DERIVATIVES

FC-95:  $C_8F_{17}SO_3^- K^+$

FC-99:  $C_8F_{17}SO_3^- H_2N^+(CH_2CH_2OH)_2$

FC-128:  $C_8F_{17}SO_2NH(CH_2)_3N(CH_3)_3^+I'$

### CARBOXYLIC ACID DERIVATIVE

FC-143:  $C_7F_{13}COO'NH_4^+$

USES:  REDUCE SURFACE TENSION OF AQUEOUS AND NON-AQUEOUS
SYSTEMS:  ETCHING BATHS, SPECIALTY INKS, FLOOR
POLISH EMULSIONS AND PHOTOGRAPHIC SOLUTIONS, TEFLON
EMULSIFIER.

3M_AFFF_MDL00080694

## FLUORAD Surfactant Toxicity Summary

| | P.S.I. | E.I. | A.O.T. | I.T. | AMES | SUBCHRONIC |
|---|---|---|---|---|---|---|
| FC-95 | 0.0 NON-IRRITATING | 9.3 MILDLY | $LD_{50}$ 251MG/KG | $LC_{50}$ 5.2MG/L | NEGATIVE | YES |
| FC-99 | 0.1 MINIMALLY | 15.2 MILDLY | $LD_{50}$ > 5G/KG | N.K. | N.K. | YES – 14 DAY SUBACUTE |
| FC-128 | 0.9 SLIGHTLY | 5.8 MINIMALLY | $LD_{50}$ 1250MG/KG SLIGHTLY | $LC_{50}$ 22.22–6623 MG/L | N.K. | No |
| FC-134 | 0.5 MINIMALLY | 7.0 MINIMALLY | $LD_{50}$ 500MG/KG MODERATELY TOXIC | $LD_{50}$ >5.1MG/L RESPIRATORY IRRITANT | N.K. | No |
| FC-143 | 0.0 NON-IRRITATING | 14.0 MINIMALLY | $LD_{50}$ 540MG/KG | $LC_{50}$ >18.6MG/L RESPIRATORY IRRITANT | NEGATIVE | YES |

## MANUFACTURE OF FC-143
## CARBOXYLIC ACID DERIVATIVE

100% Perfluorooctanoic acid

$$C_7F_{15}CO_2H + NH_3$$

$$\downarrow$$

$$C_7F_{15}CO_2NH_4$$

FC-143

3M_AFFF_MDL00080696

MANUFACTURE OF EtFOSE ALCOHOL AND FC-95

$C_8F_{17}SO_2F + C_2H_5NH_2$

↓

$C_8F_{17}SO_2NH$
|
$C_2H_5$

↓ $ClC_2H_4OH + NaCO_2$

$C_8F_{17}SO_2N-C_2H_4OH$   CRUDE
|
$C_2H_5$

↓ DISTILLED

$C_8F_{17}SO_2N-C_2H_4OH$   NARROW RANGE FM-3422 EtFOSE
|
$C_2H_5$

K+  LBFC

↓

$C_8F_{17}SO_2^-K^+$

FC-95

3M_AFFF_MDL00080697

## MANUFACTURE OF FC-807

$$C_2H_5$$
$$C_8F_{17}SO_2NC_2H_4OH + POCl_3$$

FM-3422

$\downarrow$

$$5\text{-}15\% \quad R\text{-}O\text{-}\overset{\displaystyle O}{\underset{\displaystyle \|}{P}}\text{-}Cl_2$$

$$65\text{-}75\% \quad (R)_2\text{-}\overset{\displaystyle O}{\underset{\displaystyle \|}{P}}\text{-}Cl \qquad (R)_3\text{-}\overset{\displaystyle O}{\underset{\displaystyle \|}{P}} \quad 15\text{-}25\%$$

$\overset{O}{\underset{\|}{\downarrow}} \leftarrow H_2O$

$$R\text{-}O_3\overset{\displaystyle O}{\underset{\displaystyle \|}{P}}\text{-}(OH)_2$$

$$R_2\text{-}\overset{\displaystyle O}{\underset{\displaystyle \|}{P}}\text{-}OH \qquad R_3\text{-}P = O$$

$\downarrow$ ISOPROPYL ALCOHOL
$\downarrow$ H$_2$O
  NH$_4$OH

$$R\text{-}O\text{-}\overset{\displaystyle O}{\underset{\displaystyle \|}{P}}\text{-}(ONH_4)_2$$

$$R_2\text{-}\overset{\displaystyle O}{\underset{\displaystyle \|}{P}}\text{-}ONH_4$$

$$R_3\text{-}P = O$$

$\downarrow$ SETTLE, FILTER
$\downarrow$ H$_2$O + IPA

FINAL PRODUCT

FC-807

80-90% DIESTER

3M_AFFF_MDL00080698

PRODUCT LINES BASED ON

PERFLUOROOCTYL SULFONYL ACID DERIVATIVES

"FLUORAD" SURFACTANTS                                    27

"SCOTCHGARD" FABRIC AND TEXTILE TREATMENTS    58

"SCOTCHBAN" PAPER TREATMENTS                        10

"LIGHTWATER" AQUEOUS FILM FORMING FOAMS      10
     ($C_6$ SULFONYL ACID DERIVATIVES)

3M_AFFF_MDL00080699

# CHRONOLOGY OF EVENTS LEADING TO THE
# INITIATION OF 90 DAY STUDIES

1971    D. R. Taves reports organic and inorganic forms of fluorine in human serum.

1975    Taves presents $^{19}F$ NMR spectra data to 3M

CRL identifies $^{19}F$ NMR spectrum as $C_8F_{17}SO_3H$ or its salts

1976    Analytical method for low level detection of $R^+F'$ developed

3M workers sampled

Carboxylic Acid identified in 3M employee $C_7F_{15}COO'H^+$

1977    Analysis of $R^+F'$ levels in short-term animal studies begins

90 day studies on FC-143, FC-95 and FM-3422 initiated

## 90 DAY ORAL STUDY, FC-143, RAT

| Dose | Deaths | Pharmacotoxic signs and Pathology |
|------|--------|-----------------------------------|
| 10ppm | 0/10 | No remarkable pathology |
| 30ppm | 0/10 | In males:  Increased liver and kidney weights |
| 100ppm | 1/10* | In males:  Increased kidney weights |
| 300ppm | 1/10* | In males:  Increased liver and kidney weights, some liver pathology |
| 1000ppm | 0/10 | In males:  Liver discoloration with slight hypertrophy of the hepatocytes. Blood effects. |

*Rats died after blood collection.

## 90 DAY ORAL STUDY, FC-143, RHESUS MONKEY

| DOSE | DEATHS | PHARMACOTOXIC SIGNS, PATHOLOGY |
|------|--------|--------------------------------|
| 3 MG/KG/DAY | 0/4 | Soft stool, occasional emesis. Increased platelet count |
| 10 MG/KG/DAY | 0/4 | Anorexia, pale face & gums Increase in activated partial prothrombin time (APPT) |
| 30 MG/KG/DAY | 3/4 | Same as above, swollen face and eyes Decreased activity prostration Death 7-12 weeks Highly increased APPT. Pathology revealed hemopoetic effect |
| 100 MG/KG/DAY | 4/4 | Same as above. Death 2-5 weeks. |

3M_AFFF_MDL00080702

## 90 DAY ORAL STUDIES FC-95, RAT

| DOSE | DEATH | PHARMACOTOXIC SIGNS & PATHOLOGY |
|------|-------|--------------------------------|
| 30PPM | 0/10 | NO SIGNIFICANT PHARMACOTOXIC SIGNS. PATHOLOGY REVEALED SOME MINOR LIVER EFFECTS. |
| 100PPM | 5/10 | INCREASED SENSITIVITY TO EXTERNAL STIMULI. CONSULSIONS, CNS EFFECTS. LIVER NECROSIS, GI TRACT HEMORRHAGING. HEMATOPOETIC EFFECT: THYMUS, SPLEEN AND MESENTARY LYMPH NODES. |
| 300PPM | 10/10 | INCREASED SENSITIVITY TO EXTERNAL STIMULI. EMACIATION, CONVULSIONS. HUNCHED BACK. PATHOLOGY SAME AS 100PPM |
| 1000PPM | 10/10 | SAME AS ABOVE. |
| 3000PPM | 10/10 | SAME AS ABOVE, REDUCED MOTOR ACTIVITY. |

## 90 DAY ORAL RHESUS MONKEY STUDY FC-95 I.

| DOSE | DEATH | PHARMACOTOXIC SIGNS & PATHOLOGY |
|------|-------|--------------------------------|
| 10MG/KG/DAY | 4/4 (11-20 DAY) | ANOREXIA, SLIGHT TO SEVERE DECREASES IN ACTIVITY, EMESIS, BODY TREMORS, TWITCHING, CONVULSIONS AND PROSTRATION. LIVER DISCOLORATION NOTED BUT NO HISTOPATHOLOGICAL EVIDENCE OF DAMAGE. |
| 30MG/KG/DAY | 4/4 (7-10 DAY) | SAME AS ABOVE. |
| 100MG/KG/DAY | 4/4 (3-5 DAY) | SAME AS ABOVE. |
| 300MG/KG/DAY | 4/4 (2-4 DAY) | SAME AS ABOVE. |

3M_AFFF_MDL00080704

## II. 90 DAY ORAL RHESUS MONKEY TOXICITY STUDY

| DOSE | DEATH | PHARMACOTOXIC SIGNS & PATHOLOGY |
|------|-------|--------------------------------|
| 0.5 MG/KG.DAY | 0/4 | GI TRACT TOXICITY. LIPID DEPLETION OF ADRENALS, ATROPHY OF PANCREATIC EXOCRINE CELLS AND SEROUS ALVEOLAR CELLS OF THE SALIVARY GLANDS. |
| 1.5 MG/KG/DAY | 0/4 | GI TRACT TOXICITY. SAME AS ABOVE. |
| 4.5 MG/KG/DAY | 4/4 (5-7 WEEK) | GI TRACT TOXICITY. SEVERE RIGIDITY, CONVULSIONS, BODY TREMORS, PROSTRATION, AND WEIGHT LOSS. |

## 90 DAY RAT FM 3422

| Dose | Death | Pharmacotoxic Signs & Pathology |
|------|-------|--------------------------------|
| 30ppm | 0/10 | |
| 100ppm | 0/10 | In males: increased liver and kidney weight. |
| 300ppm | 2/10* | Increased liver and kidney weights. Liver and kidney discoloration. Liver: hypertrophy and necrosis, Kidney: Tubular nephrosis. |
| 1000ppm | 10/10 | Increased sensitivity to external stimuli. Emaciation, hunched back, convulsions. Same as above. |
| 3000ppm | 10/10 | Same as above. |
| 10,000ppm | 10/10 | Same as above. |

*Died after blood collection.

3M_AFFF_MDL00080706

## 90 DAY ORAL RHESUS MONKEY STUDY FM 3422

| DOSE | DEATH | PHARMACOTOXIC SIGNS & PATHOLOGY |
|------|-------|--------------------------------|
| 1MG/KG/DAY | 0/4 | DIARRHEA, NO REMARKABLE GROSS OR HISTOPATHOLOGY. |
| 3MG/KG/DAY | 0/4 | DIARRHEA, NO REMARKABLE GROSS OR HISTOPATHOLOGY. |
| 10MG/KG/DAY | 0/4 | DIARRHEA, IN MALES INCREASE LIVER WEIGHT. NO HISTOPATHOLOGY. |
| 30MG/KG/DAY | 1/4 | BLOODY MUCOUS IN STOOL, EMESIS, DIARRHEA. IN MALES INCREASED LIVER WEIGHT. LIPID DEPLETION OF ADRENALS. MODERATE ATROPHY OF PANCREATIC EXOCRINE CELLS. |

## COMPARISON OF THE SUBACUTE DATA

1. FC-95 IS THE MOST TOXIC OF THE THREE COMPOUNDS.
   FOLLOWED BY FM-3422 AND FC-143

2. IN GENERAL MALE RATS WERE MORE SENSITIVE TO THE COMPOUNDS THAN
   FEMALE RATS.

3. NO APPARENT SEX DIFFERENCES WERE NOTED WITH MONKEYS.

4. THE TARGET ORGANS IN RATS WERE THE LIVER, KIDNEY, CENTRAL NERVOUS
   SYSTEM (CNS), GI TRACT, AND RETICULOENDOTHELIAL SYSTEM. IN MONKEYS
   THE LIVER AND KIDNEY EFFECTS WERE ABSENT. GI TRACT DISTURBANCES,
   RETICULOENDOTHELIAL SYSTEM AND CNS TOXICITY WERE EVIDENT.

5. MONKEYS WERE GENERALLY MORE SENSITIVE TO THE FLUOROCHEMICAL TOXICITY
   THAN RATS. 10 PPM IN DIET $\sim$/MG/KG/DAY

|          | RAT                  | MONKEY             |
|----------|----------------------|--------------------|
| FC-143   | 0/10 @ 100 MG/KG/DAY | 3/4 30 MG/KG/DAY   |
| FC-95    | 5/10 @ 10 MG/KG/DAY  | 4/4 4.5 MG/KG/DAY  |
| FM-3422  | 10/10 @ 100 MG/KG/DAY| 1/4 30 MG/KG/DAY   |

3M_AFFF_MDL00080708

METABOLISM STUDIES

POSITION OF CARBON-14 LABEL

FC-143            $C_7F_{15}*COO^-NH_4^+$

FC-95             $C_7F_{15}*CF_2SO_3^-K^+$

FC-807            $(C_7F_{15}*CF_2SO_2NCH_2CH_2O)_2PO_2^-NH_4^+$

with $\overset{C_2H_5}{|}$ on the nitrogen

3M_AFFF_MDL00080709

## ORAL ABSORPTION OF $^{14}$C LABELLED FLUOROCHEMICALS

FC-807                                               $\leq$ 5%

FC-95                                                ~95%

FC-143                                               ~93%

3M_AFFF_MDL00080710



3M_AFFF_MDL00080711



Extent & Route of Excretion of Carbon-14 Labelled Compound

3M_AFFF_MDL00080712

# TISSUE DISTRIBUTION OF $^{14}$C LABELLED FLUOROCHEMICALS

| | | FC-143<br>% OF DOSE | FC-95<br>µG/G TISSUE | FC-807<br>µG/G TISSUE |
|---|---|---|---|---|
| 1. | LIVER | 2.5% | 20.6 | 31 |
| 2. | SPLEEN | <0.5% | 0.5 | 277 |
| 3. | PLASMA | 1.1% | 2.2 | 1.5 |
| 4. | BONE MARROW | <0.5% | 0.5 | 73 |
| 5. | KIDNEY | <0.5% | 1.1 | 1.7 |
| 6. | ADRENALS | <0.5% | <0.5 | 3.9 |
| 7. | RBC | <0.5% | N.R. | 1.2 |
| 8. | EYE | <0.5% | 0.5 | 0.2 |
| 9. | LUNG | <0.5% | 1.1 | N.R. |

3M_AFFF_MDL00080713

Cumulative Excretion (Urine + Feces) of Total Carbon-14 after a Single Intravenous Dose of FC-95-$^{14}$C (Mean Dose of FC-95-$^{14}$C: Cholestyramine Treated, 3.4 mg/kg; Control, 3.5 mg/kg)

Mean of 5 Rats

Cholestyramine-Treated Rats    81.2±5.0

Control Rats    25.6± 2.2

Days Post Dose

Cumulative Percent of Dose Excreted

3M_AFFF_MDL00080714

Cumulative Excretion (Urine + Feces) of Total Carbon-14 After a Single Intravenous Dose of FC-143-$^{14}$C (Mean Dose of FC-143-$^{14}$C:  Cholestyramine Treated, 13.3 mg/kg; Control, 13.5 mg/kg)

Mean of 5 Rats



## WHAT HAVE THE ANIMAL STUDIES
## ON FC-95 AND FC-143 SHOWN?

1. FC-95 APPEARS TO BE THE MOST TOXIC OF THE COMPOUNDS EXAMINED.

2. FC-143 APPEARS TO BE THE LEAST TOXIC.

3. BOTH ARE WELL ABSORBED FROM THE GI TRACT.

4. FC-143 APPEARS TO BE QUICKLY ELIMINATED.

5. FC-95 IS SLOWLY ELIMINATED.

6. BOTH COMPOUNDS APPEAR TO HAVE EFFECTS ON THE HEMOPOETIC SYSTEM AND GI TRACT. THE LIVER AND KIDNEY EFFECTS PRESENT IN RODENTS ARE ABSENT IN PRIMATES.

7. MALE RATS ARE MORE SENSITIVE THAN FEMALE RATS.

8. PRIMATES ARE MORE SENSITIVE THAN RATS.

9. CHOLESTYRAMINE ADMINISTRATION MAY BE A POSSIBLE WAY TO ELIMINATE FC IN THE BLOOD OF WORKERS.

3M_AFFF_MDL00080716

## Other Animal Toxicity Studies in Progress

1. Surfactant skin absorption study: contrasting solid and liquid forms of the surfactants

2. Teratology study on FC-95 and FM-3422

3. Further investigation platelet aggregation and APTT.

3M_AFFF_MDL00080717