# EXHIBIT R

**Interoffice Correspondence** 3M

Subject:

May 26, 1978

RECEIVED

MAY 3 0 1978

T. J. SCHEUERMAN

CONFIDENTIAL

TO:   L. W. LEHR
      J. M. PITBLADO
      F. A. UBEL
      T. A. SCHEUERMANN

FROM: R. M. ADAMS

This will confirm arrangements made for a meeting at 9:30 a.m. July 12 in Mr. Lehr's conference room, 220-14W, on the subject of fluorochemicals in blood. An hour should be sufficient for this review.

posted ✓

RMA:va

13 078552

CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER                    3M_AFFF_MDL02342766