# EXHIBIT S

Interoffice Correspondence  **3M**

Subject:

irc: T. L. Kerley-Riker Res.-218-1        June 1, 1978
     J. D. La Zerte-Comm'l.Chem.Div.-236-1L

CONFIDENTIAL

TO:   R. J. DAVIS - GENERAL COUNSEL - 220-12E
      J. E. LONG - MEDICAL DEPARTMENT - 220 - 2E
      R. A. NELSON - RIKER RESEARCH - ???
      J. A. PENDERGRASS - MEDICAL D?
      R. A. PROKOP - COMMERCIAL CF
      T. J. SCHEUERMAN - GENERAL
      F. A. UBEL - MEDICAL DEPA?

FROM: L. C. KROGH - COMMERCIAL CHE         ___ION - 223 - 6SE

This meeting is being called to consider the use of an outside consultant to review our results to date in the fluorochemicals in blood program.

Mr. Lehr has specifically requested that an outside consultant review our results and render an independent opinion as to whether we are correct in our assumption that we do not have a reportable situation under Section 8(e) of the Toxic Substances Act.

The meeting will begin at 1:00 p.m. and will be held in Conference Room 196-A, Building 223 - 6N, on Monday, June 5, 1978.

LCK:jmb

RECEIVED
JUN -5 1978
R. J. DAVIS


Dedicate '78 / a better way

**13 078091**

3M_AFFF_MDL02342749