# EXHIBIT T





GENERAL OFFICES • 3M CENTER • SAINT PAUL, MINNESOTA 55101 • TEL. (612) 733-1110

Commercial Chemicals Division

February 13, 1979

Dr. Harold C. Hodge
School of Medicine
Department of Pharmacology
University of California
San Francisco, CA 94143

Dear Dr. Hodge:

As we agreed in our telephone conversation of January 31, 1979, I am sending you the following:

(1) One Ninety Day Subacute Rat Toxicity Study using FLUORAD® Fluorochemical FC-143.

(2) One Ninety Day Subacute Rhesus Monkey Toxicity Study using FLUORAD® Fluorochemical FC-143.

(3) One Ninety Day Subacute Rat Toxicity Study using FLUORAD® Fluorochemical Surfactant FC-95.

(4) One Ninety Day Subacute Rhesus Monkey Toxicity Study using FLUORAD® Fluorochemical Surfactant FC-95.

(5) One Ninety Day Subacute Rat Toxicity Study using FM-3422.

(6) One Ninety Day Subacute Rhesus Monkey Toxicity Study using FM-3422.

(7) One Technical Report by Jon Belisle entitled IRDC 137-088: FM-3422/Monkey.

I would like to confirm Thursday, April 12, 1979, as our next meeting date with you. We will be making the trip by 3M Company plane and will be arriving at San Francisco Airport at about 8:30 a.m. From there we will go to the Hilton Inn, International where we have reserved a meeting room. (A sign with the location of the meeting room should be posted in the lobby.) The Hilton Inn is at the airport and we expect to be there at 9:00 a.m. We plan to leave the Hilton around 3:30 p.m. This is flexible and depends upon how long our discussions take.

02 010793

MINNESOTA MINING AND MANUFACTURING COMPANY

3M_AFFF_MDL00435666

Dr. H. C. Hodge              -2-                February 13, 1979

Our group will include the following persons:

M.T. Case, Pathologist, Riker Research

F. Griffith, Manager, Toxicology Services, Medical Dept.

L.C. Krogh, Division Vice President, Commercial Chemicals Div.

J.D. LaZerte, Technical Director, Commercial Chemicals Div.

R.A. Nelson, Laboratory Manager, Riker Research

R.E. Ober, Laboratory Manager, Riker Research

J.A. Pendergrass, Associate Director, Medical Department

R.A. Prokop, Laboratory Manager, Commercial Chemicals Div.

F.A. Ubel, Medical Director, Medical Department

We look forward to seeing you on April 12. If you have any questions please call me.

Very truly yours,

*[signature]*

R. A. Prokop
Manager, Research
Commercial Chemicals Division

RAP/ko

02 010794

3M_AFFF_MDL00435667

F.A. Ubel - 220-2

**02 010795**

3M_AFFF_MDL00435668