# EXHIBIT BB

**Interoffice Correspondence 3M**

dc: L.C. Krogh - 223-6SE
    J.D. LaZerte - 236-1

Subject: Minutes of Meeting With
         Dr. G. H. Patterson and
         Dr. J. H. McClure of duPont

August 3, 1978

THOSE PRESENT:

| | |
|---|---|
| J. W. BELISLE | 201-1S |
| V. A. BUNNELLE | 201-1S |
| H. E. FREIER | 201-1S |
| D. F. HAGEN | 201-1W |
| J. H. McCLURE | duPont |
| G. H. PATTERSON | duPONT |
| R. A. PROKOP | 236-3B |
| S. D. SORENSON | 220-2E |

A meeting was held on July 31, 1978 with Dr. G. H. Patterson and Dr. J. H. McClure of the Jackson Research Laboratories, Chemical, Dyes and Pigments Department of duPont. Dr. McClure and Dr. Patterson are part of the physical and analytical department of the laboratory and had come to 3M to ask technical questions on the Belisle-Hagen method for determining organically bound fluorine in blood and serum. Their prime concern was over organic fluorine levels in blood of duPont employees in the Chemical, Dyes and Pigment Department.

These employees are exposed to duPont fluorochemicals not those from 3M. Possible employee exposure to 3M fluorochemicals at duPont is in the Plastics Department or in the Textiles and Fiber Department. The Textiles and Fiber Department had asked Dr. Patterson and Dr. McClure to obtain a method for analyzing FC-143 in air.

Dr. Patterson and Dr. McClure asked a variety of technical questions concerning the method for analyzing organically bound fluorine in blood. All questions were answered and it was agreed that they could contact J. A. Belisle if further questions arose.

Drs. Patterson and McClure stated that their analytical staff, with the concurrence of Dr. W. A. Sheppard, had confirmed that the $F^{19}$ NMR spectra appearing in the paper by Guy, Taves and Brey was that of a perfluorocarboxylic acid and asked if we had also confirmed this. They were told that we disagreed, but were given no further clarification.

Submitted by:
R.A. Prokop
/df

EXHIBIT 31
10-18-07 DC

Made Available by 3M for Inspection and Copying as Confidential Information:
Subject to Protective Order In Palmer v. 3M, No. C2-04-6309

3MA00967733

3M_AFFF_MDL00419874