**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG **CASE MANAGEMENT ORDER NO. 24** **This Order Relates to All Actions.** |

**Appointment of Counsel to**
**Plaintiffs' and Defendants' Leadership, Liaison and Committee Positions**
**For the March 2022 through March 2023 Term**

1.  In CMO No. 15, the Court appointed attorneys as Plaintiffs' Co-Lead Counsel and Liaison Counsel, as well as to the Plaintiffs' Executive Committee ("PEC"). The Court also appointed attorneys as Defendants' Co-Lead Counsel and Co-Liaison Counsel, as well as to the Defense Coordination Committee ("DCC").

2.  Those appointments were for a one-year term that ends in March 2022. Each appointee was required to apply for continued service thereafter.

3.  The Court has reviewed the applications of attorneys who seek re-appointment and/or who seek to be appointed in this MDL for the first time. The appointments for the March 2022 through March 2023 term are as follows:

**Plaintiffs' Appointments**

4.  The Court reappoints as Plaintiffs' Co-Lead Counsel:

    Michael A. London
    Douglas & London, P.C.
    59 Maiden Lane, 6th Fl.
    New York, NY 10038

Paul J. Napoli
Napoli Shkolnik
270 Munoz Rivera Ave., Ste. 201
Hato Rey, PR 00918

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Ave., #1100
Dallas, TX 75219

5.    The Court reappoints as Plaintiffs' Liaison Counsel:

Fred Thompson, III
Motley Rice, LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

6.    The Court reappoints to the PEC:

Charles E. Schaffer
Levin Sedran & Berman
510 Walnut St., 5th Fl.
Philadelphia, PA 19106

Larry R. Cohan
Saltz Mongeluzzi & Bendesky, P.C.
One Liberty Place, Fl. 52
1650 Market Street
Philadelphia, PA 19013

Richard S. Lewis
Hausfeld
1700 K St. N.W., Suite 650
Washington, DC 20006

Kevin Madonna
Kennedy & Madonna, LLP
48 Dewitt Mills Rd.
Hurley, NY 12443

Frank L. Gallucci, III
Plevin & Gallucci
55 Public Square, Suite 2222
Cleveland, OH 44113

William J. Jackson
Kelley Drye & Warren LLP
515 Post Oak Blvd., Suite 900
Houston, TX 77027

Wesley Bowden
Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A.
316 South Baylen St.
Pensacola, FL 32502

Nancy Christensen
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003

Kevin Hannon
Morgan & Morgan
1641 Downing St.
Denver, CO 80218

T. Roe Frazer, II
Frazer PLC
1 Burton Hills Blvd., Suite 215
Nashville, TN 37215

James Ferraro
The Ferraro Law Firm
600 Brickell Ave., Suite 3800
Miami, FL 33131

Christiaan A. Marcum
Richardson, Patrick, Westbook & Brickman
1037 Chuck Dawley Blvd., Building A
PO Box 1007
Mount Pleasant, SC 29465

Gregory A. Cade
Law Offices of Environmental Litigation Group, P.C.
2160 Highland Ave. South
Birmingham, AL 35205

Christina Cossich
Cossich, Sumich, Parsiola & Taylor LLC
8937 Highway 23
Belle Chasse, LA 70037

Gale D. Pearson
Fears Nachawati Law Firm
5473 Blair Road
Dallas, TX 75231

Carl Solomon
Solomon Law Group, LLC
P.O. Box 1866
Columbia, SC 29202

Matthew Pawa
Seeger Weiss
1280 Centre Street, Ste. 230
Newton, MA 02459

Benjamin Richman
Edelson PC
350 North LaSalle Street, 14th Fl.
Chicago, IL 60654

Michael Stag
Stag Liuzza, LLC
365 Canal Street, Suite 2850
New Orleans, LA 70130

J. Edward Bell, III
Bell Legal Group
219 Ridge Street
Georgetown, SC 29440

Ashley Campbell
SL Environmental Law Group
91 North State Street, Ste. 101
Concord, NH 03301

Robert A. Bilott (Advisory Counsel to the PEC)
Taft Stettinius & Hollister LLP
425 Walnut St., Suite 1800
Cincinnati, OH 45202

Stephanie Biehl
Sher Edling, LLP
100 Montgomery Street, Ste. 1410
San Francisco, CA 94104

Elizabeth C. Pritzker
Pritzker Levine LLP
1900 Powell Street, Ste. 450
Emeryville, CA 94608

### **Defendants' Appointments**

7.  The Court reappoints as Defendants' Co-Lead Counsel:

Joseph G. Petrosinelli
Williams & Connolly LLP
725 Twelfth St., N.W.
Washington, DC 20005

Michael A. Olsen
Mayer Brown LLP
71 S. Wacker Dr.
Chicago, IL 60606

8.  The Court reappoints as Defendants' Co-Liaison Counsel:

David E. Dukes
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, Fl. 17
Columbia, SC 29201

Brian C. Duffy
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401

9.  The Court reappoints and appoints to the DCC:

Joseph G. Petrosinelli
Williams & Connolly LLP
725 Twelfth St., N.W.
Washington, DC 20005

Michael A. Olsen
Mayer Brown LLP
71 S. Wacker Dr.
Chicago, IL 60606

David E. Dukes
Nelson Mullins Riley & Scarborough LLP
1320 Main St., 17th Fl.

Columbia, SC 29201

Brian C. Duffy
Duffy & Young LLC
96 Broad St.
Charleston, SC 29401

*AFFF Manufacturing Defendant Sub-Group:*

Amanda S. Kitts
Nelson Mullins Riley & Scarborough LLP
1320 Main St., 17th Fl.
Columbia, SC 29201

Liam J. Montgomery
Williams & Connolly LLP
725 12th St. N.W.
Washington, DC 20005

Lyn P. Pruitt
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.
425 W. Capitol Ave., Suite 1800
Little Rock, AR 72201

Daniel L. Ring
Mayer Brown LLP
71 S. Wacker Dr.
Chicago, IL 60606

J. Liat Rome
Williams & Connolly LLP
725 12th St. N.W.
Washington, DC 20005

Jessica Pahl
Williams & Connolly LLP
725 12th St. N.W.
Washington, DC 20005

Kaitlyn Maxwell
Greenberg Traurig, LLP
1717 Arch St., Suite 400
Philadelphia, PA 19103

*Non-AFFF Manufacturing Defendant Sub-Group:*

Molly Craig
The Hood Law Firm, LLC
172 Meeting Street
Charleston, SC 29401

David Erickson
Shook Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansa City, MO 64108

Brent Dwerlkotte
Shook Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108

*United States of America Defendant Sub-Group:*

Christina M. Falk
United States Department of Justice
Civil Division, Environmental Torts Branch
175 N St., N.E.
Washington, DC 20002

Frederick Gaston Hall
United States Department of Justice
Civil Division, Environmental Torts Branch
175 N St., N.E.
Washington, DC 20002

David Hammack
United States Department of Justice
Civil Division, Environmental Torts Branch
175 N St., N.E.
Washington, DC 20002

Haroon Anwar
United States Department of Justice
Civil Division, Environmental Torts Branch
175 N St., N.E.
Washington, DC 20002

Marianne Kies
United States Department of Justice
Civil Division, Environmental Torts Branch

175 N St., N.E.
Washington, DC 20002

*Other Defendant Sub-Group:*

Elizabeth Knauer
Sive, Paget & Riesel P.C.
560 Lexington Ave., 15th Fl.
New York, NY 10022

Mark A. Chertok
Sive Paget & Riesel, P.C.
560 Lexington Ave., 15th Fl.
New York, NY 10022

10. The organizational structure, authority and responsibilities of these designated leadership, liaison and committee members remain as provided in CMO No. 2, as does a committee's and the Court's authority to amend or expand the appointments as circumstances warrant.

11. These designations are of a personal nature. Accordingly, the Court looks to these counsel to undertake personal responsibility to perform their designated functions and, should they become unable to do so, the Court reserves the discretion to replace counsel on their request or on the Court's own motion.

12. These designations to leadership, liaison and committee positions are for a period of one year. Each appointee must apply for continued service thereafter.

**AND IT IS SO ORDERED.**

<u>s/Richard Mark Gergel</u>
Richard Mark Gergel
United States District Judge

March 30, 2022
Charleston, South Carolina

8