## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No.: 2873 <br><br> Master Docket No.: 2:18-mn-2873-RMG <br><br> This Document Relates to: <br><br> *City of Galesburg v. 3M Company, et al.*, Civil Case No.: 2:21-cv-01649-RMG <br><br> *City of Bell Gardens v. 3M Company, et al.*, Civil Case No.: 2:22-cv-00065-RMG <br><br> *City of Pico Rivera v. 3M Company, et al.*, Civil Case No.: 2:22-cv-00066-RMG |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Plaintiffs in the the above-captioned actions (collectively "Plaintiffs") initiated the above-captioned actions by filing Complaints against defendants, including Angus International Safety Group, Ltd., Central Sprinkler, LLC, Fire Products GP Holding, LLC, and Johnson Controls International, plc. Angus International Safety Group, Ltd., Central Sprinkler, LLC, Fire Products GP Holding, LLC, and Johnson Controls International, plc have not answered, moved, or otherwise responded to these Complaints. Furthermore, pursuant to ¶¶ 5 and 6 of Case Management Order 12 ("CMO 12"), as amended on March 2, 2022 by Case Management Order 12A ("CMO 12A"), the Plaintiffs' Executive Committee, on behalf of all plaintiffs in MDL No. 2873, entered into a tolling agreement with the aforementioned defendants on September 3, 2020. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and CMO 12 and CMO 12A, Plaintiffs hereby dismiss the above-captioned actions against Angus International Safety Group, Ltd., Central Sprinkler, LLC, Fire Products GP Holding, LLC, and Johnson Controls International, plc

only, without prejudice, and pursuant to the terms and conditions of CMO 12 and CMO 12A. Plaintiffs reserve their rights against all other defendants.

Dated: April 15, 2022                             Respectfully submitted,

/s/ Brandon J. Taylor
Brandon J. Taylor (LA Bar 27662)
**COSSICH, SUMICH, PARSIOLA & TAYLOR, LLC**
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
Telephone: (504) 394-9000
Fax: (504) 394-9110
Philip F. Cossich, Jr. (LA Bar 1788)
Christina Cossich (LA Bar 32407)
Luana N. Smith (LA Bar 35534)

**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 521-3605
Fax: (214) 520-1181
Scott Summy (TX Bar 19507500)

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on April 15, 2022, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

/s/ Brandon J. Taylor
Brandon J. Taylor
