# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

|  |  |  |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 2:18-mn-2873-RMG<br><br>**ORDER**<br><br>**This Order Relates to:**<br>**All Cases** |

Before the Court is Plaintiffs' motion to seal. (Dkt. No. 2403.)

Plaintiffs seek to seal certain exhibits to their reply on their motion to compel (Dkt. No. 2402) and to redact portions of the memorandum that reference the exhibits. Defendants designated the exhibits as Highly Confidential pursuant to the parties' protective order. (Dkt. No. 1523.)

Plaintiffs' motion to seal complies with the protocol set forth in Case Management Order No. 17 and provides the notice and opportunity required by the governing law and applicable Local Rule. The Court has reviewed *in camera* the exhibits and memorandum. Having weighed the public right of access against competing interests, the Court finds that partial redaction is warranted here. Redaction is furthermore the least drastic method of protecting the information in light of its substance and formatting.

Plaintiffs' motion to seal (Dkt. No. 2403) is **GRANTED**. Plaintiffs are directed to file on the docket, under seal, an unredacted version of their motion with accompanying exhibits.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel<br>
Richard Mark Gergel<br>
United States District Judge

June 15, 2022
Charleston, South Carolina