EXHIBIT 145

# FIRE FIGHTING FOAMS COALITION

## NOTES OF ORGANIZATIONAL MEETING

HUBERT
LP EXHIBIT
758
Juliana Zajicek, CSR. 03/16/2021

### Background

On May 31, 2001, representatives of manufacturers of aqueous film forming foams (AFFF), manufacturers of telomers, surfactants, and other products, and users of fire fighting foams met at the offices of Alcalde & Fay in Arlington, Virginia to discuss regulatory challenges and potential organization of an industry coalition. A list of attendees is attached.

The Chief of the Existing Chemicals Branch of the Chemical Control Division of EPA's Office of Pollution Prevention and Toxics provided a detailed briefing on EPA actions relating to perfluorooctyl sulfonates (PFOS) and EPA's concerns about related chemistries, including PFOA and telomers. Representatives of telomer manufacturers provided a briefing on the toxicity and environmental fate testing being conducted by the Telomer Research Panel established by these manufacturers. Representatives of the Department of Defense (DOD) discussed current and planned activities related to AFFF, including an October technical conference that is expected to focus on alternatives.

Based on these discussions, it seems clear that there is some confusion within EPA and the DOD about the differences between AFFF products formulated with fluorochemicals made by electrofluorination, which contain PFOS and PFOA, and those made by telomerization, which do not. Concerns were expressed to the EPA representative about statements made by EPA that users should avoid persistent chemicals without regard to information on bioaccumulation and toxicity. The industry participants agreed that it is critical for the industry to do the following:

- Establish a dialog with EPA and other regulatory authorities to ensure that accurate information about PFOS alternatives, including telomer-based products, is disseminated into the marketplace.

- Participate in EPA's ongoing review of PFOA and telomers as they relate to AFFF, including meeting with EPA in the next few weeks prior to the release of the PFOA hazard assessment.

- Establish a dialog with DOD to ensure that the differences between AFFF agents are well understood.

- Participate in DOD's October technical conference on fire fighting foams.

It was agreed that an organization to be called the Fire Fighting Foams Coalition (FFFC) would be organized and funded by the industries represented. It was agreed that Dennis Kennedy, Tom Cortina, and Caffey Norman would develop a funding proposal for consideration.

## Proposal

It is proposed that the FFFC be organized as a non-profit corporation under §501(c)(6) of the Internal Revenue Code. Proposed articles of incorporation and bylaws have been prepared and are available for review. It is proposed that the Board of Directors consist of representatives of Sustaining Members. Companies would qualify as Sustaining Members upon payment of annual dues as follows:

| | |
|---|---|
| AFFF manufacturers with annual US sales of fluorochemical-containing foams and equipment of more than $2 million | $25,000 |
| AFFF manufacturers with annual US sales of fluorochemical-containing foams and equipment of $2 million or less | $5,000 |
| Manufacturers of telomers, surfactants, and other products sold into the US fire fighting foam market | $25,000 |
| Distributor of fire fighting foams (to be limited to one distributor) | $15,000 |

Companies, government agencies, and trade associations would qualify as Affiliate Members, which will not be entitled to representation on the Board of Directors, upon payment of annual dues as follows:

| | |
|---|---|
| Manufacturers of AFFF or telomers, surfactants, and other products sold in the non-US fire fighting foams market | $5,000 |
| Distributors of fire fighting foams | $5,000 |
| Users of fire fighting foams | $500 |
| US Government departments or agencies (including branches of the Armed Services) that are users of fire fighting foams. | 0 |

CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER                    AFFF-MDL-CHE-00004463

## Action

Meeting attendees and interested parties are requested to provide any comment on the foregoing proposal and to commit to participation in the FFFC by fax or e-mail to Tom Cortina by no later than Friday, June 15, 2001:

>(703) 524-6636 (Phone)
>(703) 243-2874 (Fax)
>cortina@alcalde-fay.com

Attachment

CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER                    AFFF-MDL-CHE-00004464

## FFFC Organizational Meeting
## May 31, 2001

| Name | Company | Phone |
|---|---|---|
| Dennis Kennedy | TSS-Ansul | 715-735-7411 |
| Steve Korzeniowsk | Dupont | 302-992-3672 |
| Greg M. Rubin | Dupont | 302-999-3779 |
| Jim Devonshire | Buckeye Fire Co. | 817-633-3626 |
| Kirtland Clark | Chemguard, Inc. | 817-473-9964 |
| Fred Walker | U.S. Air Force | 850-283-6315 |
| Frances Knight | Ciba Specialty Chemicals | 336-801-2015 |
| Steve Carbone | Ciba Specialty Chemicals | 336-801-2005 |
| John Downing | Kidde/NF | 610-594-4105 |
| Ron Sibley | DOD/DLA | 804-279-4525 |
| Joe Schmierer | DOD/DLA ODS Reserve | 804-279-5202 |
| Joe Simone | Naval Facilities Engineering Command | 202-685-9177 |
| Doug Barylski | Naval Sec. Systems Command | 202-781-3612 |
| Tom Cortina | Alcalde & Fay | 703-841-0626 |
| Lee Chambers | Atofina Chemicals | 215-419-7192 |
| Tom Werkema | Atofina Chemicals | 215-419-7851 |
| Lisa May | ODUSD (ES) | 703-604-1628 |
| Ed Kleiner | Dynax | 914-764-0202 |
| Steven Grisko | TSS-Ansul | 630-305-5700 |
| Mitch Hubert | TSS-Ansul | 715-735-7411 |
| Eric LaVergne | Williams Fire | 409-745-3232 |
| Clark Shepard | ExxonMobil Research & Eng | 703-846-3327 |
| W. Caffey Norman | Patton Boggs, LLP | 202-457-5270 |

CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER        AFFF-MDL-CHE-00004465