# EXHIBIT 146

Confidential Document Placeholder Sheet

Confidential Documents Contemporaneously Submitted to the Court for In Camera Review in Compliance with CMO No. 17