
EXHIBIT 147



| From: | Anne Regina |
|---|---|
| Sent: | Wednesday, March 07, 2001 9:38 PM |
| To: | fnfitch |
| Subject: | Re: Foam Nasties |

Hi, Frank!
    I wish I could have attended the tests at Buckeye - it would have been nice to meet Nigel.
    I had to talk to Chang on another matter, so I ran your question by him.  Since 3M's announcement on PFOS, telomer-ased fluorosurfactant manufacturers are currently conducting studies for submission to the USEPA on degradability, toxicity, etc.  Chang says the common understanding of telomer-based fluorosurfactants is that they break down to carboxylates.  Most of the telomer products would also have mixed distributions, so that rules out breaking down to only PFOA.  He says interim studies look good at this moment.
He has never heard of a connection of PFOA to prostate cancer. (Says you'll know in a couple of years, and I'll be okay on this one!)
    Will let you know when the studies come out.  I understand that the original deadline was for June, but that may have been extended.
    Take care!

Anne

Kidde_Defendants_00069655

CONFIDENTIAL - SUBJECT TO AFFF MDL PROTECTIVE ORDER