# EXHIBIT 163

Light Water® BRAND AQUEOUS FILM FORMING FOAM

# ALCOHOL TYPE CONCENTRATE

PRODUCT INFORMATION BULLETIN

3M COMPANY

## DESCRIPTION:




"LIGHT WATER" Brand Alcohol Type Concentrate is the most versatile fire-fighting foam for protection of a wide range of Class B flammable liquid hazards. ATC is a synthetic foam-forming liquid designed for protection of water-miscible polar solvents and hydrocarbon flammable liquids. When used with fresh, sea, or brackish water and foam generating equipment, ATC is transformed into a vapor-blanketing foam with excellent extinguishing and securing abilities. Also, it serves as an efficient penetrating and wetting agent on Class A materials. ATC effectiveness on a wide range of flammable liquids and ordinary combustibles eliminates the need for a variety of fire-fighting agents.

### HERE'S HOW ALCOHOL TYPE AGENT WORKS:

As an alcohol foam on water-soluble polar solvents, a cohesive polymeric film is formed on the fuel surface. This thin polymeric layer protects the foam and its aqueous film from breakdown by polar solvents. If the protective layer should become disrupted by agitation, more polymeric film is produced; a regenerative action known as self-healing. This unique action enables the foam to extinguish and secure effectively.







As an AFFF on nonpolar flammable liquids (hydrocarbons), an aqueous film drains from the foam and floats over the fuel surface. This action provides a vapor seal which rapidly extinguishes and prevents reignition.

06 093018

## APPLICATION:

"LIGHT WATER" ATC is effective and simple to use with conventional fire-fighting equipment and also adapts easily to existing fixed systems. Most systems can be converted to ATC with little retrofitting or modification. Common discharge methods include: handlines, NFPA Type I and Type II devices, sprinklers, and turret nozzles.

Accurate proportioning with line proportioners and other venturi-type induction devices can easily be achieved for solution concentrations up to 6%. For higher concentrations of use "LIGHT WATER" Concentrate Control Systems or mechanical pump/proportioners are normally used.

Optimum application rate and solution concentration for ATC depends primarily on the particular hazard involved. Generally, recommendations on application rates follow those given in NFPA Standard 11. See Guidelines and Recommendations Section.

Application methods for ATC on hydrocarbon flammable liquids are the same as those used for "LIGHT WATER" AFFF. This is because ATC is an Aqueous Film Forming Foam as indicated through U.L. listing.

Unlike some agents, "LIGHT WATER" ATC does not have transit time limitations. ATC is compatible with dry chemical extinguishing agents.

## PERFORMANCE:

The superior protection offered by "LIGHT WATER" ATC has been proven through extensive evaluation in many situations of use. Tests and demonstrations have been conducted by the chemical industry, plant and municipal fire departments, and by the independent test facilities of U.L. to assure dependable extinguishing performance.

"LIGHT WATER" ATC is the only AFFF agent listed by U.L. for use on both hydrocarbon and polar solvent fires. It also meets the performance requirements of MIL-F-24385.

## FIRE TEST DATA

**Handline Application of 6% Solution**

| Flammable Liquid | Fire Size, Ft.$^2$ | Fuel Depth, In. | Appl. Rate GPM/Ft.$^2$ | 90% Control Time (Min: Sec) | Exting. Time (Min: Sec) |
|---|---|---|---|---|---|
| METHANOL | 50 (Pan)<br>450 (Pit) | 2<br>8 | 0.13<br>0.22 | 0:45<br>0:30 | 1:25<br>0:59 |
| ACETONE | 50 (Pan)<br>450 (Pit)<br>1500 (Pit) | 2<br>7<br>3 | 0.09<br>0.26<br>0.27 | 2:00<br>1:00<br>0:40 | 2:30<br>2:12<br>1:10 |
| ISOPROPANOL | 50 (Pan)<br>314 (Tank) | 2<br>7.5 | 0.09<br>0.3 | 1:45<br>2:30 | 2:00<br>3:25 |
| MEK | 400 (Pit)<br>50 (Pan) | 2<br>2 | 0.15<br>0.09 | 0:30<br>1:00 | 0:45<br>1:15 |
| HEPTANE | 50 (Pan)<br>400 (Pan) | 2<br>2 | 0.04<br>0.04 | 0:50<br>0:45 | 1:07<br>1:15 |
| LIGHT HYDROCARBON DISTILLATE | 1500 (Pit) | 0.5 | 0.12 | 0:15 | 0:25 |

Foam Expansions on above tests were 8-15:1

06 093019

## GUIDELINES & RECOMMENDATIONS:

| FLAMMABLE LIQUID | Recommended Appl. Rates (GPM/Ft.²) | | |
|---|---|---|---|
| | NFPA Type II Storage Tank Protection | | Spill Protection |
| | 6% Solution | 9% Solution | 6% Solution |
| GASOLINE<br>HEXANE<br>HEPTANE<br>TOLUENE<br>VMP NAPTHA<br>N-BUTANOL<br>BUTYL ACETATE<br>MIBK<br>METHYL METHACRYLATE<br>ACETIC ACID<br>ETHANOL/HEXANE: 25/75 | 0.1 | — | 0.1 |
| BENZENE<br>DMF<br>METHYL ACRYLATE<br>ISOBUTYL ALCOHOL<br>MORPHOLINE | 0.1—0.15 | — | 0.1 |
| DIOXANE<br>ETHYL ACETATE<br>ETHYL CELLOSOLVE<br>ACRYLONITRILE<br>ISOPROPYL ETHER<br>MEK<br>ETHYLENE DIAMINE | 0.15—0.2 | 0.1—0.15 | 0.1—0.15 |
| ACETONE | 0.35 | 0.2 | 0.25 |
| METHANOL | 0.25 | 0.15 | 0.2 |
| T-BUTYL ALCOHOL | 0.35 | 0.2 | 0.25 |
| ISOPROPANOL | 0.35 | 0.2 | 0.25 |
| ETHYL ETHER | 0.3 | 0.2 | 0.2 |
| TETRAHYDROFURAN | 0.35 | 0.2 | 0.25 |

06 093020

## TYPICAL PROPERTIES:

pH at 77°F (25°C): 7.8
Specific gravity at 77°F (25°C): 1.022
Viscosity: 77°F (25°C) 1230 centistokes
40°F (4.4°C) 2180 centistokes
Minimum use temperature: 35°F (1.7°C)
Freeze point: 28°F (−2.2°C)
Storage temperature: 35° to 120°F (1.7° to 49°C)

## ENVIRONMENTAL/TOXICOLOGICAL PROPERTIES:

Standardized tests are conducted as an ongoing program to evaluate and assess the impact of "LIGHT WATER" ATC on humans and the natural environment. Based on these test results, ATC is biodegradable, low in toxicity, and it can be treated in biological treatment systems. In its concentrate form, ATC was found to be a slight eye and skin irritant, but as a foam solution, there are no noticeable negative effects. Tests and actual use situations have shown that animal and aquatic life are not adversely affected.

## STORAGE:

"LIGHT WATER" ATC, when stored in its shipping container or other recommended materials, has excellent storage life.

## PACKAGING:

5 gallon plastic pails: 45 lbs./pail
55 gallon steel drums: 520 lbs./drum

**IMPORTANT NOTICE TO PURCHASER**

All statements, technical information and recommendations herein are based on information and tests we believe to be reliable. The accuracy or completeness thereof are not guaranteed.

In accordance with 3M's "Terms and Conditions of Sale" and since conditions of use are outside our control, the purchaser should determine the suitability of the product for his intended use and assumes all risk and liability whatsoever in connection therewith.

Product and use covered by U.S. Patent Numbers 3562156, 3772195 and foreign patents.

**This product is designed and packaged for the industrial, commercial or professional user.**

06 093021

Fire Protection Systems 3M COMPANY
3M CENTER · SAINT PAUL, MINNESOTA 55101
LITHO IN U.S.A.

Y-FGF4
Issued 8/30/76