# EXHIBIT 170

Confidential Document Placeholder Sheet

# Confidential Documents Contemporaneously Submitted to the Court for In Camera Review in Compliance with CMO No. 17