EXHIBIT 231

Message

**From**:      Tom Cortina [cortina@alcalde-fay.com]
**Sent**:      10/30/2003 3:19:02 PM
**Subject**:      PFOA ECA Plenary Meeting
**Attachments**:      workgroupsummary.doc

**Importance**:      High

    <<workgroupsummary.doc>>

October 30, 2003

FIRE FIGHTING FOAM COALITION

TO: MEMBERS

FROM: TOM CORTINA

SUBJECT: PFOA ECA PLENARY MEETING
_____

Yesterday, the PFOA ECA Plenary accepted the proposal by the Telomer Technical Workgroup that telomer-based fire fighting foams no longer be considered as part of the PFOA ECA process. I was asked to present the Workgroup's summary and recommendation to the EPA Plenary on the fire fighting foam issue. Attached is a copy of my statement. Please remember that I was presenting the Workgroup's conclusions and recommendations and not the position of FFFC.

I consider this to be a major victory for FFFC and the telomer-based AFFF industry. When we started this organization two years ago, the fate of telomer-based AFFF was being tied directly to the fate of PFOA and EPA had just told the military to start searching for alternatives to AFFF. Yesterday I stood at an EPA public meeting and stated that "telomer-based fire fighting foams are not likely to be a source of PFOA in the environment" and everyone in the room including EPA agreed.

FFFC committed yesterday to provide EPA with a letter of intent within two weeks that puts in writing our voluntary commitment to collect data on inventories of AFFF.

Mike Santoro on 3M spoke to me after both EPA meetings this week and expressed his concerns about the data we are planning to collect and his desire to work with us on this project. His focus seemed to be more on knowing exactly what data we planned to collect than on helping us to collect it.

We need to have a conference call early next week to discuss this data collection effort and the content of our letter to EPA. My suggestion is that we have the call on Tuesday, November 4 at 10:00 a.m. eastern time. Please let me know ASAP if this time works for you.