# EXHIBIT 244

dynax corporation
29 hemlock hill road
pound ridge, ny 10576 usa
tel: 914 764 0202
fax: 914 764 0553

**A DYNAX FAX**

DATE: December 1, 1998

TO: Mr. Mitchell Hubert (02)
Ansul, Inc.
Fax: 715 732 3634

FROM: Eduard Kleiner
Dynax
Fax: 914 592 1239

SUBJECT: Paper by Moody and Field

Dear Mitch:

I read the paper and you might use the following feedback to the above authors (and leaving my name out):

1. Only 2 companies, 3M and Ansul were awarded, in the past, US Government AFFF contracts. One can, therefore, assume that only 3M and Ansul AFFF agents ended up at the Tyndall and Fallon test sites.

2. Neither 3M nor Ansul AFFF agents contain perfluorocarboxylic acids, salts or esters thereof.

   The 3M fluorosurfactants used in their AFFF agents are amides derived from perfluorosulfonic acids. The fluorosurfactants Ansul is using (all Ciba surfactants) are derived from perfluoroalkyl mercaptans of the type $R_fCH_2CH_2SH$. Therefore, (contrary to the statements made on page 10), it can be said that perfluorinated carboxylic acids found were not present in the AFFF agents used at Tyndall and Fallon sites and perfluorocarboxylic acids found may only be degradation products of fluorosurfactants present in AFFF agents. I have, however, some doubts about the findings described in this paper.

   As we know, during the past 8-10 years (?) only 3M was awarded AFFF agent contracts and, therefore, the degradation products one would expect to find should be perfluorosulfonic acids; however, these sulfonic acids, as well as perfluorocarboxylic acids adsorb to silicates and I expect should, therefore, not be found in ground water samples. On the other hand, perfluorocarbon surfactants and partially degraded surfactants you expect to find in the ground of AFFF test sites. I hope the "definitive" identification of perfluorinated carboxylic acids in ground water by Moody and Fields is a correct one.

I hope this is of help. Please let me know if you have any questions.

With best regards,

Ed Kleiner

dynax corporation

TOTAL P.01