IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **IN RE:  AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.  2:18-mn-2873-RMG<br><br>**Case Management Order No. 6.F**<br><br>**This Order relates to:**<br>**ALL CASES** |

### Alternative For Service of Process On Additional Defendants

1.  CMO 6 provides the manner in which certain Defendants may be served with process of a Summons and Complaint that has been filed in, removed to, or transferred to this Multi-District Litigation.

2.  This Order supplements CMO 6, CMO 6.A, CMO 6.B, CMO 6.C, CMO 6.D, and CMO 6.E to provide additional Defendants who may be served with process of a Summons and Complaint in accordance with CMO 6 and amending CMO 6 and 6.C to provide updated service addresses for National Foam, Inc. and for Nation Ford Chemical Company, respectively.  All provisions of CMO 6 shall apply to the Defendants listed in this CMO 6.F.

3.  For the sake of efficiency for all parties, the following Defendants have agreed to accept service of a Summons and Complaint, either filed directly into the MDL or transferred into the MDL, by the following method(s):

   a) **Chubb Fire Ltd.**

   Service via email: Chubb_Service_AFFFMDL@bclplaw.com

   b) **Municipal Emergency Services, Inc.**

   Service via email: rwillis@williamsmullen.com, rlevy@williamsmullen.com *and* styer@williamsmullen.com

    c) **<u>Nation Ford Chemical Company</u>**

        Service via email: eware@williamsmullen.com, rlevy@williamsmullen.com, pwerner@williamsmullen.com *and* styer@williamsmullen.com

    d) **<u>National Foam, Inc.</u>**

        Service via email: NationalFoam_Service_of_Process@gtlaw.com

**AND IT IS SO ORDERED.**

                                                <u>s/Richard Mark Gergel</u>
                                                Richard Mark Gergel
                                                United States District Judge

June 22, 2022
Charleston, South Carolina