IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>This Document relates to<br>ALL CASES |

**DEFENDANT 3M COMPANY'S REPLY BRIEF
IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY
JUDGMENT ON THE SECOND AND THIRD ELEMENTS OF THE
GOVERNMENT CONTRACTOR IMMUNITY DEFENSE**

**EXHIBIT LIST**

| EXHIBIT | DESCRIPTION |
|---|---|
| 59 | DLA letter to Ansul Company, Nov. 18, 1977 (Navy05-00002155 to -2158; excerpt from Navy05-00002032) |
| 60 | Navy letter to 3M, Jan. 11, 1978 (3M_BELL03090238) |
| 61 | Deposition of Dr. Richard Newmark, *In re Nylaan Litigation*, Oct. 23, 2019 (3M_AFFF_MDL03374556) (excerpts) |
| 62 | Christopher Lau, Perfluorinated Compounds: An Overview (in DeWitt, ed., Toxicological Effects of Perfluoroalkyl and Polyfluoroalkyl Substances), 2015 |
| 63 | TSCA Consent Agreement and Final Order, *In the Matter of 3M Company*, May 1, 2006 (3M_BELL03197707) |