# 3M EXHIBIT 61

STATE OF MICHIGAN

KENT COUNTY CIRCUIT COURT

Court File No. 2017-10716-CZ

- - - - - - - - - - - - - - - - - - - - - -

In re Nylaan Litigation

- - - - - - - - - - - - - - - - - - - - - -



- - - - - - - - - - - - - - - - - - - - - - - -


VIDEOTAPED DEPOSITION OF

RICHARD A. NEWMARK, PhD

- - - - - - - - - - - - - - - - - - - - - -




Taken October 23, 2019 By Kelly A. Herrick

3M_AFFF_MDL03374556

```
 1   APPEARANCES:
 2
 3   MOTLEY RICE LLC
 4   28 Bridgeside Blvd.
 5   Mt. Pleasant, South Carolina  29464
 6   Phone:  843.216.9032
 7   Email:  Dhoyle@motleyrice.com
 8           Rfonseca@motleyrice.com
 9   By:  T. David Hoyle
10        Rebecca A. Fonseca
11        For the Plaintiffs
12   QUINN EMANUEL URQUHART & SULLIVAN, LLP
13   865 South Figueroa Street
14   10th Floor
15   Los Angeles, California  90017
16   Phone:  213.443.3669
17   Email:  Davegrable@quinnemanuel.com
18           Andrewbrayton@quinnemanuel.com
19   By:  David M. Grable
20        Andrew Brayton
21        For Wolverine
22   GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
23   564 West Randolph Street
24   Suite 400
25   Chicago, Illinois  60661
26   Phone:  312.681.6000
27   Email:  Bodonoghue@goldmanismail.com
28           Sshinton@goldmanismail.com
29   By:  Brian P. O'Donoghue
30        Symone D. Shinton
31        For the 3M and the witness
32
33
34   Also present:  Kraig Hildahl, Videographer
35
36
37
38
```

3M_AFFF_MDL03374557

Page 3

```
 1                    I N D E X
 2    Examination by Mr. Hoyle, page 5
 3    Examination by Mr. Grable, page 120
 4    Examination by Mr. Hoyle, page 192
 5    Examination by Mr. O'Donoghue, page 196
 6    Examination by Mr. Hoyle, page 216
 7    Examination by Mr. Grable, page 230
 8
 9    INDEX OF EXHIBITS
10
11    NUMBER    DESCRIPTION
12
13    Exhibit 1724  3M_NYLAAN00617346-47,
14                  page 172
15    Exhibit 1725  3M_NYLAAN01153396-98,
16                   page 174
17
18    Exhibit 1726  3M_NYLAAN00080559-60,
19                   Page 183
20
21
22
23
24
25
26
27    PREVIOUSLY MARKED EXHIBITS REFERRED TO:
28    758, 533, 793, 444, 532, 535, 501, 536
29
30
31
32
33
34
```

3M_AFFF_MDL03374558

Page 75

1             MR. O'DONOGHUE:  Objection to form.

2             THE WITNESS:  Yes.

3   BY MR. HOYLE:

4   Q.  The statement that you made in this report,

5      which I've marked as Exhibit 535 in this

6      litigation, that PFOSH most closely

7      resembled the fluorine NMR spectrum given at

8      the Chicago ACS meeting on August 26, 1975

9      by W.S. Guy, was that statement one that you

10     made based upon your expertise in the field

11     of NMR analysis?

12           MR. O'DONOGHUE:  Objection to form.

13           THE WITNESS:  Yes.

14   BY MR. HOYLE:

15   Q.  Did you believe that to be a true statement

16     when you made it?

17   A.  Yes.

18   Q.  And by "true statement," I could expand that

19     and say, did you believe it to be an

20     accurate statement?

21   A.  The problem is that NMR spectra are

22     sensitive to a lot of conditions in the way

23     they are run, such as the sample

24     concentration, the solvents used, any other

25     contaminants in that solution.

3M_AFFF_MDL03374630

Page 76

1   Q.   I appreciate that answer, but my question to

2       you was:  When you made this statement that

3       you signed your name to on November 6, 1975,

4       did you believe it to be accurate?

5            MR. O'DONOGHUE:  Objection:  Form;

6       asked and answered.

7            THE WITNESS:  The statement says it

8       most closely resembles.  It does not say it

9       is.

10   BY MR. HOYLE:

11   Q.   Did you ever do any analysis, after this

12       report was generated on November 6, 1975, in

13       which you compared additional samples and

14       their NMR spectrum to the spectrum presented

15       by Dr. Guy in Chicago in August of 1975?

16   A.   I don't recall.

17   Q.   As you sit here today, you have no

18       recollection of ever doing additional work

19       after this report was generated on

20       November 6, 1975 which I've marked as

21       Exhibit 535; is that fair?

22            MR. O'DONOGHUE:  Objection to form.

23            THE WITNESS:  I don't recall

24       doing -- what was your original statement on

25       that?

3M_AFFF_MDL03374631

Page 200

1   A.  I have it.

2   Q.  And this is the Guy and Taves prepublication

3       that counsel reviewed with you earlier in

4       your deposition, correct?

5   A.  Yes.

6   Q.  Does Guy and Taves establish that there was

7       widespread PFOS or PFOA in

8       nonoccupationally-exposed people's blood?

9           MR. GRABLE:  Objection to form.

10          THE WITNESS:  No.

11  BY MR. O'DONOGHUE:

12  Q.  Why not?

13  A.  Because they pooled a hundred samples of

14      blood, and there could have been one or two

15      people who had high levels of their -- of

16      organic fluoride in their blood.

17          And it also should be noted that

18      they only recovered 30 -- roughly 30 percent

19      of the organic fluorine.

20  Q.  That's two points, and let's break those

21      down.  So, first of all, does Guy and Taves'

22      article say anything about the occupations

23      of the people in the pooled blood that you

24      used?

25  A.  No.

Page 201

1   Q.   And why might that be important to know?

2   A.   Because people who are exposed to these

3        fluorochemicals in their occupations would

4        have a higher level of fluorochemical in

5        their blood.

6   Q.   And then you said that it should also be

7        noted that they only recovered roughly 30

8        percent of the organic fluorine, correct?

9   A.   Yes.

10  Q.   I'd like you to turn to page 8 of the center

11       numbers on the article, if you would.

12            And if you would go down to the

13       bottom -- in fact, it's underlined in this

14       draft -- it says, "These data show that

15       about one-third of the original amount of

16       organic fluorine in plasma is recovered in

17       the major peak from the silicic acid

18       chromatography.  Another third is accounted

19       for in other fractions and the rest is not

20       accounted for, presumably because of

21       adsorption to surfaces of containers in

22       which samples were placed."

23            Do you see that, sir?

24  A.   Yes.

25  Q.   So, what is your understanding of what that

Page 202

1    sentence means -- those sentences mean?

2  A.  That, when we are looking -- when they were

3       looking at the NMR fractions, they were only

4       looking at one-third of the total organic

5       fluorine that was collected in the blood

6       bank samples.

7  Q.  Does it matter, in terms of the NMR spectra

8       that was reported in Guy and Taves, that

9       only 30 percent of the total organic

10      fluorine from the plasma of blood banks was

11      part of the of sample analyzed?

12          MR. GRABLE:  Objection to form.

13          MR. HOYLE:  Join.

14          THE WITNESS:  It's important to

15      understand that there was a lot of other

16      possible organic fluorine that we -- they

17      have not identified.

18      BY MR. O'DONOGHUE:

19  Q.  And, percentagewise, how much of --

20      according to Guy and Taves, how much had

21      they not identified?

22  A.  They did not identify 33 percent -- I mean

23      67 percent.  They only identified

24      33 percent.

25  Q.  So, the majority?

3M_AFFF_MDL03374757

Page 203

```
 1   A.  Yes.

 2   Q.  And if you turn to page 10 of the center

 3       numbers of the article, and again someone

 4       has underlined this for us already.

 5             It says, "The prevalence of the

 6       particular compounds isolated and

 7       characterized here, i.e., perfluoro fatty

 8       acid (C6-C8) derivatives, is not known since

 9       the starting material for each batch shown

10       in Figure 4 was pooled from between 25 and

11       30 individuals and since only about one

12       third of the original organic fluorine

13       content was accounted for in the fractions

14       containing these compounds."

15             Do you see that, sir?

16   A.  Yes.

17   Q.  What do you understand that to mean?

18   A.  That, again, just a couple of individuals

19       could have had high fluorine levels, and we

20       are -- and they are looking at the total

21       organic fluorine, after combining all 100

22       samples, or whatever samples were left after

23       their earlier analyses.

24   Q.  Is it possible that the spectra shown in the

25       Guy and Taves article is that of only one or
```

Page 204

```
 1      two of the 106 people's plasma that was

 2      used?

 3              MR. GRABLE:  Objection to form.

 4              MR. HOYLE:  Objection:  Foundation.

 5              THE WITNESS:  Yes.

 6      BY MR. O'DONOGHUE:

 7   Q.  Does the NMR spectra in Guy and Taves'

 8       article necessarily reflect the identity of

 9       the compound that makes up the majority of

10       the organic fluorine in the human blood

11       samples they started with?

12              MR. GRABLE:  Objection to form;

13       foundation.

14              MR. HOYLE:  Join.

15              THE WITNESS:  Because we don't know

16       what the other 67 percent of the organic

17       fluorine is, we can't be absolutely certain

18       of that.

19       BY MR. O'DONOGHUE:

20   Q.  If you could pull Exhibit 535 in front of

21       you.  This is the Central Analytical

22       Laboratory report from November 6, 1975 you

23       ran as a comparator to Guy and Taves?

24   A.  Yes.

25   Q.  Do you have it there, sir?
```

3M_AFFF_MDL03374759

Page 205

```
 1   A.   Yes.
 2   Q.   So, Counsel asked you a number of questions
 3        about this exhibit where you wrote, "Of the
 4        compounds submitted C8F17SO3H resembled most
 5        closely the fluorine NMR spectrum given at
 6        the Chicago A.C.S. meeting in August 26,
 7        1975, by W.S. Guy."
 8                  Do you see that?
 9   A.   Yes.
10   Q.   And just as a language issue, I believe
11        opposing counsel established with you that
12        C8F17SO3H is PFOSH or perfluorooctanoic
13        sulfonic acid; is that correct?
14   A.   Yes.
15   Q.   Was your NMR spectra analysis definitive
16        identification of the compound in the Guy
17        and Taves article as perfluorooctanoic
18        sulfonic acid?
19                  MR. GRABLE:  Objection to form.
20                  MR. HOYLE:  Join.
21                  THE WITNESS:  No.  It just says it
22        most closely resembled that material.
23   BY MR. O'DONOGHUE:
24   Q.   And why was it not definitive, sir?
25                  MR. GRABLE:  Same objection.
```

Page 206

1          MR. HOYLE: Join.

2          THE WITNESS: There are two things

3     to be considered: One is we could never --

4     we did not have their sample in order to

5     spike it, or somehow compare it definitively

6     with the sample that we had.

7          Second, all NMR spectra are very

8     sensitive to concentration and solvent, and

9     I am quite certain that we did not run the

10     spectra at the same low concentration that

11     they did because it took them 16 hours,

12     roughly, to obtain their spectra, and our

13     instrument was no more sensitive than their

14     instrument.

15     BY MR. O'DONOGHUE:

16    Q.   Turning to page 9 of the Guy and Taves

17       article, sir, down at the bottom there it

18       says: The difference in shift for Peak E is

19       consistent with the presence of, and then it

20       lists some compounds, or possibly the

21       presence of a sulfonic acid derivative as

22       the functional group.

23          Do you see that, sir?

24    A.   Yes.

25    Q.   Did the Guy and Taves article identify

3M_AFFF_MDL03374761