# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCT LIABILITY LITIGATION | MDL No.: 2:18-mn-02873-RMG<br><br>This Document Relates to the Following Action:<br><br>**Case No.: 2:22-cv-02593-RMG**<br><br>Insurance Auto Auctions, Inc., v. Carteret Fire Department, et al. |

## NOTICE OF PENDING MOTION TO REMAND

Pursuant to Case Management Order No. 2, ¶ 41, please take notice that a Motion to Remand filed by Defendants, Iselin Fire Department #9 and Iselin Fire Department #11, was pending at the time this action was ordered transferred to this Court from the United States District Court for the District of New Jersey. The Motion to Remand and related briefing appear on the Court's docket as ECF Nos. 19 and 20. Removing Defendant, National Foam, Inc.'s Opposition to the Iselin Defendants' Motion to Remand and the Iselin Defendants' Reply Brief in Support of Motion to Remand appear on the Court's docket as ECF Nos. 35 and 40, respectively.

Dated: August 11, 2022

Respectfully submitted,

/s/   Victoria Airgood
    Victoria J. Airgood
**HILL WALLACK LLP**
21 Roszel Road
P.O. Box 5226
Princeton, New Jersey 08543-5226
Phone:  609-924-0808
Fax:      609-452-1888
vairgood@hillwallack.com

{10532133; 1}

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2022, I electronically filed the foregoing document, Notice of Pending Motion to Remand, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record in the referenced case.

/s/ __Victoria Airgood___
Victoria J. Airgood