UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Jerry Sullivan | : | MDL No. 2:18-mn-02873-RMG |
|     Plaintiff | : | This Document relates to: |
| | : | |
| v. | : | No. 2:21-cv-04125-RMG |
| | : | |
| 3M Company, f/k/a | : | |
| Minnesota Mining and | : | |
| Manufacturing Co., et al. | : | |
| | : | |

### STIPULATION OF DISMISSAL

It is hereby Stipulated and Agreed by and between Jerry Sullivan by and through his counsel, Gacovino, Lake and Associates, P.C. and Environmental Litigation Group, P.C. more specifically, Richard Zgoda, Jr., Esquire and the Defendants herein, by and through the Defense Leadership Counsel that the parties have agreed to dismissal without prejudice of the instant action. It is further Stipulated and Agreed that the parties shall each bear their own attorney's fees and costs.

Dated: August 15, 2022

Gacovino, Lake & Associates, P.C.                           Defense Leadership Counsel

By: */s/ Richard Zgoda, Jr.*                                       By: */s/ Joseph G. Petrosinelli*
Richard Zgoda.Jr.                                                         Joseph G. Petrosinelli (Defendants' Co-
Gacovino, Lake & Associates, P.C.                            Lead Counsel)
270 West Main Street                                                 Williams & Connolly LLP
Sayville, NY 11782                                                     725 Twelfth St., N.W.
(631)-333-0962                                                            Washington DC 20005
r.zgoda@gacovinolake.com                                      jpetrosinelli@wc.com
                                                                                    (202) 434-5547

                                                                                    Michael A. Olsen (Defendants' Co-Lead
                                                                                    Counsel)

Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
molsen@mayerbrown.com
(312) 782-0600

David E. Dukes (Defendants' Co-Liaison Counsel)
Nelson Mullins Riley & Scarborough LLP
1320 Main Street / 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC 29201
David.dukes@nelsonmullins.com
(803) 799-2000

Brian C. Duffy (Defendants' Co-Liaison Counsel)
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
bduffy@duffyandyoung.com
(843) 720-2044

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 15, 2022, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

                                                                                                                                                          /s/ *Richard Zgoda, Jr.*  
                                                                                                                                                         Richard Zgoda, Jr.