IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) ) ) ) ) | MDL No. 2:18-mn-2873-RMG <br><br> **ORDER** <br><br> **This Order Relates to All Cases** |

### Order Regarding Oral Argument for Government Contract Immunity

The Court issues this order to provide the parties some greater detail regarding oral argument scheduled on the Government Contractor Immunity defense set for Friday, August 19, 2022. The argument will be conducted over a two-hour period, with the first hour devoted to 3M's motion and the second hour to the Telomer MilSpec AFFF Manufactures' motion. Each side will have 30 minutes for each one-hour segment. Since defendants are the moving party, they will argue first and may, if they wish, reserve time for reply. Defendants will advise the Court at the commencement of the argument how they wish to divide their time between the argument in chief and the reply.

The Court has reviewed multiple times the parties' excellent briefs, the major cases, and the relevant exhibits. The Court does not need the parties at oral argument to simply restate the arguments made in their briefs. Counsel should anticipate that the Court will have questions for all parties that are designed to clarify issues that are unclear or which require greater explanation. It is important that counsel answer the Court's questions directly.

**AND IT IS SO ORDERED.**

s/Richard Mark Gergel
Richard Mark Gergel
United States District Judge

August 16, 2022
Charleston, South Carolina

2