# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No.: 2873<br><br>Master Docket No.: 2:18-mn-2873-RMG<br><br>This Document Relates to the Following Case:<br>2:20-cv-1478-RMG |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.I.07(A), Andrew Cvitanovic of Cossich, Sumich, Parsiola & Taylor LLC respectfully moves this Court to withdraw his appearance as additional counsel for City of Pensacola, a Florida Municipal Corporation, only, in the above referenced matter.

Wes Bowden, Joshua Rhett Harris, and Madeline Pendley of Levin Papantonio Rafferty will continue their representation for the City of Pensacola in above referenced matter. This motion is filed with the consent of Plaintiff, City of Pensacola, and counsel from Levin Papantonio Rafferty.


Dated: August 17, 2022

Respectfully submitted,

   /s/ Andrew Cvitanovic
Andrew Cvitanovic
(Louisiana State Bar 34500)
COSSICH, SUMICH, PARSIOLA
& TAYLOR, LLC
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
Telephone: (504) 394-9000
Fax: (504) 394-9110
Email: andrewcvitanovic@cossichlaw.com

1

2

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing document was filed using the Court's CM/ECF system, which will automatically send notice of the same to all registered counsel of record.

This the 17th day of August 2022.

    /s/ Andrew Cvitanovic
Andrew Cvitanovic
COSSICH, SUMICH, PARSIOLA
& TAYLOR, LLC
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
Telephone: (504) 394-9000
Fax: (504) 394-9110
Email: andrewcvitanovic@cossichlaw.com

2