IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>CASE MANAGEMENT ORDER NO. 19-E<br>This Document Relates to All Actions |

**Fifth Amended Scheduling Order Governing First Water Provider Bellwether Trial**

This CMO 19-E amends the schedule set forth in CMO 19 for the Water Provider Bellwether Trial Pool cases. The resulting schedule is as follows:

1. Recommendation of first bellwether case for trial: The parties shall meet and confer and, if in agreement, submit by September 9, 2022 the parties' joint ranked preferences for the first bellwether trial. The parties shall provide a memorandum to the Court explaining why each case is so ranked relative to each other case. If the parties are not in agreement, however, on or before the same date each side shall file its own ranked preferences for the first bellwether trial with supporting memoranda explaining each case's ranking relative to each other case.

2. Designation of first bellwether case for trial: The Court will designate the first bellwether case for trial. After such case is designated for trial, the Court will issue a new scheduling order setting all remaining deadlines and specifying page limits for dispositive briefing.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

August 19, 2022
Charleston, South Carolina