**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br><br>This document relates to:<br><br>Civil Action No. 2:21-cv-03882-RMG |

### STIPULATION OF DISMISSAL

It is hereby Stipulated and Agreed by and between David Smith and his counsel, Skinner Law Firm, more specifically, Stephen G. Skinner, Esquire and the Defendants herein, by and through the Defense Leadership Counsel that the parties have agreed to dismissal without prejudice of the instant action *only as to David Smith as a party*, but not as to any other party. It is further Stipulated and Agreed that the parties shall each bear their own attorney's fees and costs.

Dated: August 22, 2022

/s/ Stephen G. Skinner
Stephen G. Skinner (WVND/WVSB No. 6725)
SKINNER LAW FIRM
PO BOX 487
Charles Town, WV 25414
304-725-7029
sskinner@skinnerfirm.com

By: /s/ Joseph G. Petrosinelli
Joseph G. Petrosinelli (Defendants' Co- Lead Counsel)
Williams & Connolly LLP
725 Twelfth St., N.W.
Washington DC 20005
 jpetrosinelli@wc.com
(202) 434-5547

Michael A. Olsen (Defendants' Co-Lead Counsel)
Mayer Brown LLP
71 South Wacker Drive Chicago, IL 60606
molsen@mayerbrown.com
(312) 782-0600

David E. Dukes (Defendants' Co-Liaison Counsel)
Nelson Mullins Riley & Scarborough LLP
1320 Main Street / 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC 29201
David.dukes@nelsonmullins.com
(803) 799-2000

Brian C. Duffy (Defendants' Co-Liaison Counsel)
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
bduffy@duffyandyoung.com
(843) 720-2044

**CERTIFICATE OF SERVICE**

I certify that I caused the foregoing STIPULATION OF DISMISSAL to be filed via the CM/ECF system this 22nd day of August, 2022, which will automatically send e-mail notification to all counsel of record.

/s *Stephen G. Skinner*
Stephen G. Skinner, Esq.