IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG <br><br> **This Document Relates to All Actions** |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Please take notice that pursuant to Local Rule 83.I.07(A), Laura O. Aradi of Crowell & Moring, LLP hereby moves to withdraw her appearance as additional counsel of record for Defendant AGC Chemicals Americas, Inc. ("AGCCA") in the above-captioned matter.

Peter C. Condron of Crowell & Moring, LLP will continue to represent AGCCA in this matter. This motion is filed with the consent of AGCCA, the attorney who will remain as counsel for AGCCA, and Ms. Aradi.

Dated: August 29, 2022

/s/ *Laura O. Aradi*
Laura O. Aradi
DC Bar No. 1000199
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2612
Fax: (202) 628-5116
Email: laradi@crowell.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of August, 2022, a true and correct copy of the foregoing **MOTION FOR WITHDRAWAL OF APPEARANCE** was filed and served via this Court's CM/ECF system on all counsel of record.

/s/ *Laura O. Aradi*
Laura Aradi