**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| **JAMES HUNTER,** ) | |
| ) | **MDL NO: 2873** |
| **Plaintiff,** ) | **Master Docket No**.: 218-mn-2873 |
| ) | |
| **v.** ) | **JUDGE RICHARD GERGEL** |
| ) | |
| **THE 3M COMPANY, ET AL.,** ) | **Civil Action No: 2:20-cv-00632-RMG** |
| ) | |
| **Defendants.** ) | |

## STATEMENT NOTING A PARTY'S DEATH

In accordance with Federal Rule of Civil Procedure Rule 25(a)(1), Tena Tarver, Representative, notes the death of James Hunter, Plaintiff, during the pendency of this action.

Dated: August 30, 2022

s/Merritt E. Cunningham
Michael G. Stag
Merritt E. Cunningham
STAG LIUZZA, L.L.C.
365 Canal St., Ste. 2850
New Orleans, LA 70130
Telephone (504) 593-9600
Facsimile (504) 593-9601
mstag@stagliuzza.com
mcunningham@stagliuzza.com

*Attorneys For Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2022 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/Merritt E. Cunningham
Merritt E. Cunningham