# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG **ORDER** **This Order Relates to:** **All Cases** |

Before the Court is Plaintiffs' motion to seal. (Dkt. No. 2582.)

Plaintiffs seek to redact certain portions of their response to the Telomer MilSpec AFFF Manufacturer's Supplemental Filing after August 19, 2022 oral argument. These portions refer to documents designated as Highly Confidential or Confidential pursuant to the parties' protective order. (Dkt. No. 1523.)

Plaintiffs' motion to seal complies with the protocol set forth in Case Management Order No. 17 and provides the notice and opportunity required by the governing law and applicable Local Rule. The Court has reviewed *in camera* the exhibits and memorandum. Having weighed the public right of access against competing interests, the Court finds that sealing or redaction is warranted here. Sealing or redaction is furthermore the least drastic method of protecting the information in light of its substance and formatting.

Plaintiffs' motion to seal (Dkt. No. 2582) is **GRANTED**. Plaintiffs are directed to file on the docket, under seal, an unredacted version of their response to Telomer MilSpec AFFF Manufacture's Supplemental Filing After August 19, 2022 Oral Argument.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

September 12, 2022
Charleston, South Carolina