# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG <br><br> This document relates to: <br><br> *State of Vermont v. 3M Company, et al.*, No. 2:19-cv-02281 |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Please take notice that pursuant to Local Rule 83.I.07(A), attorneys Allan Kanner, Elizabeth B. Petersen, and Allison S. Brouk hereby move to withdraw their appearances as additional counsel of record for Plaintiff the State of Vermont in the above-captioned matter.

This motion is filed with the consent of the State of Vermont, which will continue to be represented in this matter by attorneys from the Vermont Attorney General' Office and the law firm of Seeger Weiss, LLP.

Dated: September 14, 2022

                                                Respectfully submitted,

                                                /s/ *Allan Kanner*
                                                Allan Kanner
                                                Elizabeth B. Petersen
                                                Allison S. Brouk
                                                Kanner & Whiteley, LLC
                                                701 Camp Street
                                                New Orleans, LA 70130
                                                504-524-5777
                                                a.kanner@kanner-law.com

2

## CERTIFICATE OF SERVICE

A true and correct copy of the forgoing *Motion to Withdraw as Counsel* was electronically filed with this Court's CM/EMF system on September 14, 2022 and served automatically upon all counsel of record for this matter.

/s/ *Allan Kanner*
Allan Kanner

2