# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) )  MDL NO.: 2:18-mn-2873-RMG ) |
| | ) ) **This Document Relates to** ) **Case No.: 2:21-cv-00365-RMG** ) |

## STIPULATION OF DISMISSAL

It is hereby Stipulated and Agreed Defendant Sentinel Emergency Solutions, LLC, by and through its counsel, Michael P. Stephens, Katherine I. McLaughlin, and the law firm of Jenkins & Kling, P.C. and by and through the Defense Leadership Counsel, that the parties have agreed to dismissal without prejudice of the instant action. It is further Stipulated and Agreed that the parties shall each bear their own attorney's fees and costs.

Dated: September 14, 2022              Respectfully submitted,

HUMPHREY, FARRINGTON & MCLAIN, P.C.

/s/ *Andrew K. Smith*
Andrew K. Smith (MO Bar #60485)
Kenneth B. McLain (MO Bar #32430)
Lauren McClain (MO Bar #65016)
221 W. Lexington, Suite 400
Independence, MO 64050
(816) 836-5050
(816) 836-8966 (fax)
kbm@hfmlegal.com
sec@hfmlegal.com
jck@hfmlegal.com
kds@hfmlegal.com

*Attorneys for Plaintiff Tina Poytner-Abell in Case No. 2:21-cv-00365-RMG*

and

JENKINS & KLING, P.C.

/s/ *Katherine I. McLaughlin*
Katherine I. McLaughlin (MO Bar #69734)
Jason M. Rugo (MO Bar #30902)
Michael P. Stephens (MO Bar #37491)
150 N. Meramec Avenue, Suite 400
St. Louis, MO 63105
(314) 721-2525
jrugo@jenkinskling.com
mstephens@jenkinskling.com
kmclaughlin@jenkinskling.com

and

*/s/ Clayton B. McCullough*
Clayton B. McCullough (SC Bar #13722 / Fed. Bar #7120)
McCullough Khan, LLC
2036 eWall Street
Mount Pleasant, SC 29464
(843) 937-0400
clay@mklawsc.com

*Attorneys for Defendant Sentinel Emergency Solutions, LLC in Case No. 2:21-cv-00365-RMG*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was filed with the Clerk of Court on September 14, 2022 using the CM/ECF System, which allows for automatic service on all counsel of record.

s/Clayton B. McCullough
Clayton B. McCullough, Esq.
