**UNITED STATES DISTRICT COURT**
IN AND FOR THE DISTRICT OF SOUTH CAROLINA
**CHARLESTON DISTRICT**

| | |
|---|---|
| ===============================<br>)<br>**IN RE**:                                                       )<br>*AQUEOUS FILM-FORMING FOAMS*   )<br>*PRODUCTS LIABILITY LITIGATION*   )<br>                                                                )<br>===============================<br>DAVID PELACHIK,                             )<br>                                                                )<br>                              Plaintiff,     )<br>                                                                )<br>             vs.                                             )<br>                                                                )<br>3M, *et al*.                                              )<br>                                                                )<br>                              Defendants. )<br>_____ ) | MDL CASE NO.<br><br>**2:18-mn-2873-RMG**<br><br>Honorable Richard M. Gergel<br>U.S. District Court Judge<br>District Court Judge Presiding<br><br>***This filing refers to Case No***:<br><br>2:22-cv-01491 |

**VOLUNTARY DISMISSAL**
OF COMPLAINT OF DAVID PELACHIK
*FED.R.CIV.P.*, RULE 41[A][1][A][i]

WITHOUT PREJUDICE

*CORRECTION OF DUPLICATE FILING*

///

///

1

David Pelachik ("Pelachik"), by and through his attorneys, Veteran Legal Group, filed suit against Defendants 3M, *et al*, as Case No. 2:22-cv-01491-RMG.  Unbeknownst to said counsel, Pelachik had previously caused other counsel, *to wit*, the Environmental Law Group, to file suit against Defendants 3M, *et al,* creating a duplication of actions.

## VOLUNTARY DISMISSAL

Veteran Legal Group, on behalf of David Pelachik, by and through counsel, Jeremy C. Shafer, voluntarily dismisses *without prejudice* pursuant to FED.R.CIV.P., RULE 41[a][1][A][i] its duplicate Pelachik Complaint, Case No. 2:22-cv-01491, in favor of the original First Filed Pelachik Complaint filed by the Environmental Law Group as Case No. 20-cv-00013, which Complaint shall be the operative Complaint in this action.

DATED:  October 24, 2022

By:  */s/ Jeremy C. Shafer*
_____

Jeremy C. Shafer (jshafer@bannerlegal.com)
VETERAN LEGAL GROUP
700 12th Street N.W., Suite 700
Washington, D.C. 20005
Tel: (888) 215-7834
***Former*** Attorneys for Plaintiff,
DAVID PELACHIK

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2022, the foregoing document was filed using the Court's CM/ECF system, which will automatically send notice of the same to all applicable registered counsel of record.

*/s/ Jeremy C. Shafer*
_____

Jeremy C. Shafer