# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) ) ) ) | MDL NO: 2:18-MN-2873-RMG<br><br>This filing relates to:<br><br>2:18-cv-03487-RMG |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mallory S. Sparks, of the law firm of Parker Poe Adams & Bernstein LLP, whose office, mailing address, and telephone number appear below, hereby enters an appearance in the above-referenced case as counsel for Defendant Clariant Corporation and requests that all notices given or required to be given in this case be given to and served upon counsel for Defendant Clariant Corporation as set forth herein below.

Respectfully submitted,

*/s/ Mallory S. Sparks*
Mallory S. Sparks (NC Bar No. 57382)
Email: mallorysparks@parkerpoe.com
PARKER POE ADAMS & BERNSTEIN LLP
1221 Main Street, Suite 1100
Columbia, South Carolina 29201
Phone: 803-255-8000

*ATTORNEY FOR DEFENDANT*
*CLARIANT CORPORATION*

November 21, 2022

PPAB 8319622v1