**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAM PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>This document relates to:<br><br>2:22-cv-03870-RMG<br>2:22-cv-03871-RMG<br>2:22-cv-03875-RMG |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jason Julius of Baron & Budd, P.C. represents Plaintiffs Sandwich Water District, Town of West Bridgewater, and Town of Webster and hereby gives notice of his appearance as counsel in the above-captioned matters.

Dated: December 1, 2022              Respectfully submitted,

/s/ *Jason Julius*
**BARON & BUDD, P.C.**
(Texas State Bar No. 24131101)
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: 214-521-3605
Fax: 214-520-1181
Email: jjulius@baronbudd.com

1

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing document was filed using the Court's CM/ECF system which will automatically send notice of the same to all registered counsel of record. This the 1st day of December 2022.

/s/ *Jason Julius*
**BARON & BUDD, P.C.**
(Texas State Bar No. 24131101)
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: 214-521-3605
Fax: 214-520-1181
Email: jjulius@baronbudd.com

*Attorneys for Plaintiffs Sandwich Water District, Town of West Bridgewater, and Town of Webster*

2