# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.: 2873<br><br>Master Docket No.: 2:18-mm-2873-RMG<br><br>This Document Relates to<br>*Bove v. 3M Company et al*, No. 2:22-cv-03789-RMG |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Plaintiff Joanne Bove initiated the above-captioned action by filing a Complaint against Defendants including BASF Corporation and National Foam Inc. The Complaint was filed on November 1, 2022. Defendants BASF Corporation and National Foam Inc. have not answered, moved, or otherwise responded to the Complaint.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil, Plaintiff hereby dismisses the above-captioned action without prejudice against BASF Corporation and National Foam Inc. only. Plaintiff reserves its rights against all other Defendants in the above-captioned action.

Dated: New York, New York
December 5, 2022

Respectfully submitted,

**NAPOLI SHKOLNIK**

By: */s/ Andrew W. Croner*
Andrew Croner, Esq.
Patrick Lanciotti, Esq.
Nicholas Mindicino
360 Lexington Avenue, 11th Fl.
New York, New York 10017
(212) 397-1000
acroner@napolilaw.com
planciotti@napolilaw.com
nmindicino@napolilaw.com

Paul J. Napoli, Esq.
1302 Avenida Ponce de León
Santurce, Puerto Rico 00907
(833) 271-4502
pnapoli@nsprlaw.com

## **CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that on December 5, 2022, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

*/s/ Andrew W. Croner*
Andrew W. Croner
