# BartlitBeck LLP

Kat Hacker
Kat.Hacker@BartlitBeck.com

1801 Wewatta Street
Suite 1200
Denver, CO 80202
main: (303) 592-3100
direct: (303) 592-3141

BartlitBeck.com

December 19, 2022

**VIA ECF**
Hon. Richard Mark Gergel
U.S. District Court for the District of South Carolina
J. Waties Waring Judicial Center
83 Meeting Street
Charleston, South Carolina 29401

      Re: Motion to Seal, Dkt. 2729
          *In re AFFF Products Liability Litigation*, MDL No. 2:18-mn-2873-RMG

Dear Judge Gergel,

    Defendants E. I. du Pont de Nemours and Company ("Historic DuPont"), The Chemours Company, and Chemours Company FC, LLC (collectively "Chemours") write this letter to respond to the PEC's letter filed at Docket 2735. Historic DuPont and Chemours filed a motion to seal on December 16, 2022, respectfully requesting that the Court seal four exhibits as well as parts of a motion that reference those exhibits. Plaintiffs informed the Court on December 19, 2022, that one of those exhibits, Exhibit 4, had been filed publicly in the past. (*See* Dkt. 2318-19.) The inclusion of this exhibit was an oversight, and Historic DuPont and Chemours will withdraw their request for the Court to seal Exhibit 4. Historic DuPont and Chemours attempted to confer with Plaintiffs before filing this motion to seal, but Plaintiffs did not respond before they filed their motion. Had they brought this oversight to Historic DuPont and Chemours's attention before filing a letter with the Court, Historic DuPont and Chemours would, of course, have discussed this with Plaintiffs and rectified the issue before filing.

    Historic DuPont and Chemours will not address the remaining issues raised in Plaintiffs' letter here given that they are more appropriate for briefing on the substantive Motion for Reconsideration or Certification for Interlocutory Appeal, not a letter submitted separately to the Court.

                                            Sincerely,

*/s/ Margaret Raymond-Flood*                 */s/ Katherine L.I. Hacker*
Margaret Raymond-Flood                   Katherine L.I. Hacker

Email cc: Counsel of record (by ECF)