UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>This Document relates to:<br>ALL CASES |

**UNOPPOSED MOTION TO EXTEND DEADLINE FOR REPLY TO MOTION FOR RECONSIDERATION OR CERTIFICATION FOR INTERLOCUTORY APPEAL BY HISTORIC DUPONT AND CHEMOURS**

Pursuant to Local Civil Rule 6.01, Defendants E. I. du Pont de Nemours and Company, The Chemours Company, and The Chemours Company FC, LLC ("Defendants") move for an extension of time to reply to Plaintiffs' response related to their Motion for Reconsideration or Certification for Interlocutory Appeal (the "Motion"). Defendants' reply is currently due on Thursday, January 12. By this motion to extend, Defendants request two additional business days until Tuesday, January 17. This deadline has not been previously extended.

Plaintiffs' response to the Motion raises numerous legal issues involving tens of thousands of documents on Defendants' respective privilege logs related to Plaintiffs' fraudulent transfer claims against these Defendants, and, in the alternative to reconsideration, seeks certification for interlocutory appeal and a stay of enforcement of portions of the Court's December 1 Order. Defendants seek additional time to fully review and properly reply to these issues.

The extension would not affect the deadlines for any other parties or claims in this litigation. The Motion relates to a discovery order requiring the production of documents related to Plaintiffs' fraudulent transfer claims against these Defendants. The Court has entered the Stipulation Regarding Fraudulent Transfer Claims Deadlines setting out a separate discovery deadline governing Plaintiffs' fraudulent transfer claims. *See* CMO 23. The parties previously agreed that

1

they would seek an extension of the discovery deadlines after Plaintiffs' Motion to Compel was decided, *see* ECF 2329, in a motion that this Court granted by text order, ECF 2353. Plaintiffs' Motion to Compel was decided by an order of this Court dated December 1, 2022, which is subject to the Motion at issue herein. The extension would not affect any other deadlines in this litigation. *See* CMO 23 at ¶ 2.

For the reasons set forth above, Defendants respectfully move the Court for an extension of time until January 17, 2023, for Defendants to file their reply to the Motion. Undersigned counsel has conferred with Plaintiffs' counsel concerning the relief requested in this motion, and Plaintiffs do not object to such relief.

Dated: January 9, 2023                                   Respectfully Submitted,

*/s/ Margaret Raymond-Flood*                             */s/ Katherine L.I. Hacker*
Martha N. Donovan                                        Katherine L.I. Hacker (CO No. 46656)
Margaret Raymond-Flood                                   BARTLIT BECK LLP
NORRIS MCLAUGHLIN, P.A.                                  1801 Wewatta St., 12th Floor
400 Crossing Boulevard, 8th Floor                        Denver, Colorado 80202
Bridgewater, New Jersey 08807                            (303) 592-3100
(908) 722-0755                                           kat.hacker@bartlitbeck.com
mdonovan@norris-law.com
mraymondflood@norris-law.com                             Katharine A. Roin (IL No. 6302872)
                                                         BARTLIT BECK LLP
Steven DeGeorge                                          54 W. Hubbard St.
ROBINSON BRADSHAW & HINSON                               Chicago, Illinois 60654
202 East Main Street, Suite 201                          (312) 494-4400
Rock Hill, South Carolina 29730                          kate.roin@bartlitbeck.com
(803) 325-2900
sdegeroge@robinsonbradshaw.com                           Alice W. Parham Casey (Fed. I.D. #9431)
                                                         WYCHE, P.A.
*Counsel for Defendants The Chemours*                    807 Gervais St., Suite 301
*Company and The Chemours Company*                       Columbia, South Carolina 29201
*FC, LLC (as to the Fraudulent Transfer*                 (803) 254-6542
*claims)*                                                tcasey@wyche.com

                                                         *Counsel for Defendant E. I. du Pont de*
                                                         *Nemours and Company (as to the Fraudulent*
                                                         *Transfer Claims)*

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing was electronically filed with this Court's CM/ECF system on January 9, 2023, and accordingly served automatically upon all counsel of record for this matter.

                                                           */s/ Katherine L.I. Hacker*
                                                           Katherine L.I. Hacker