IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL NO: 2:18-mn-2873-RMG<br><br>This filing relates to:<br><br>*City of Stuart, Florida v. 3M Co. et al*, 2:18-cv-03487-RMG |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), it is hereby Stipulated and Agreed between Plaintiff City of Stuart, Florida, by and through its counsel Morgan & Morgan, P.A., and Weitz & Luxenberg, P.C. as well as Defendants E. I. du Pont de Nemours and Company, The Chemours Company, and The Chemours Company FC, LLC, by and through their counsel Bartlit Beck LLP and Norris McLaughlin LLP, respectively, that the parties have agreed to dismissal without prejudice of the Sixth Claim for Relief (Violation of Florida's Uniform Fraudulent Transfer Act). It is further Stipulated and Agreed that the parties shall each bear their own attorneys' fees and costs. Finally, it is Stipulated and Agreed that if Plaintiff reasserts this claim in the future, then pursuant to Federal Rule of Civil Procedure 42(b) the claim shall be bifurcated from the trial on the remaining claims.

Dated: January 13, 2023

By: */s/ Frank M. Petosa*
Frank M. Petosa
FL Bar No. 972754
MORGAN & MORGAN, P.A.
fpetosa@forthepeople.com
8151 Peters Road, 4th Floor
Plantation, FL 33324
Telephone: (954) 327-5366
Fax: (954) 327-3018

*/s/ Robin L. Greenwald*
Robin L. Greenwald
Nancy M. Christensen
WEITZ & LUXENBERG, P.C.
nchristensen@weitzlux.com
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Fax: (212) 344-5461

*/s/ Gary J. Douglas*
By: Gary J. Douglas
DOUGLAS & LONDON, PC
59 Maiden Lane 6th Floor
New York, NY 10038
P: (212)-566-7500
F: (212)-566-7501
gdouglas@douglasandlondon.com

*Attorneys for Plaintiff City of Stuart, Florida*

Respectfully Submitted,

*/s/ Katherine Hacker*           .
Katherine L.I. Hacker (CO No. 46656)
BARTLIT BECK LLP
1801 Wewatta St., 12th Floor
Denver, Colorado 80202
(303) 592-3100
kat.hacker@bartlitbeck.com

Katharine A. Roin (IL No. 6302872)
BARTLIT BECK LLP
54 W. Hubbard St.
Chicago, Illinois 60654
(312) 494-4400
kate.roin@bartlitbeck.com

-and-

*Counsel for Defendant E. I. du Pont de Nemours and Company (as to the Fraudulent Transfer Claims)*

*/s/ Margaret Raymond-Flood*     .
Martha N. Donovan
Margaret Raymond-Flood
NORRIS MCLAUGHLIN, P.A.
400 Crossing Boulevard, 8th Floor
Bridgewater, New Jersey 08807
(908) 722-0755
mdonovan@norris-law.com
mraymondflood@norris-law.com

Steven DeGeorge
ROBINSON BRADSHAW & HINSON
202 East Main Street, Suite 201
Rock Hill, South Carolina 29730
(803) 325-2900
sdegeroge@robinsonbradshaw.com

*Counsel for Defendants The Chemours Company and The Chemours Company FC, LLC (as to the Fraudulent Transfer claims)*

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing was electronically filed with this Court's CM/ECF system on January 13, 2023, and accordingly served automatically upon all counsel of record for this matter.

                                              */s/ Katherine L.I. Hacker*
                                              Katherine L.I. Hacker