**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| IN RE AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Case No. 2:18-mn-2873-RMG |
| CITY OF STUART, FLORIDA, | ) ) ) | **STIPULATION CONCERNING NATIONAL FOAM, INC.'S** |
| Plaintiff, | ) ) | **GOVERNMENT/MILITARY CONTRACTOR DEFENSE** |
| v. | ) ) | **This Document Relates to** |
| 3M COMPANY, et al., | ) ) | **Case No. 2:18-cv-3487-RMG** |
| Defendants. | ) ) ) | |

WHEREAS, on October 18, 2018, Plaintiff City of Stuart, Florida ("Plaintiff") initiated this action, *Stuart* v. *3M Company et al.*, No. 18-cv-3487 (D.S.C.) (the "Action"), by filing a Complaint alleging, inter alia, various products-liability claims against multiple parties, including Defendant National Foam, Inc. ("National Foam") (ECF No. 1);

WHEREAS, on October 3, 2019, Plaintiff filed an Amended Complaint (ECF No. 35) and, on September 25, 2020, Plaintiff filed a Second Amended Complaint (ECF No. 54);

WHEREAS, on April 12, 2021, National Foam filed an Answer to Plaintiff's Second Amended Complaint ("Answer") in which it asserted that "[t]he Complaint and each alleged claim contained therein, is barred, in whole or in part, because Defendants are entitled to immunity from suit under the government contractor defense" (ECF No. 93 at 40);

WHEREAS, Plaintiff does not contend that it purchased or used any AFFF products that were designed, distributed, manufactured and/or sold by National Foam that were manufactured in compliance with the U.S. Department of Defense military specifications ("MilSpec") for use by government entities;

WHEREAS, Plaintiff contends that the only AFFF product that was designed, distributed, manufactured and/or sold by National Foam that caused damage to Plaintiff is Universal Gold;

WHEREAS, Universal Gold was not manufactured or sold as a MilSpec AFFF product;

WHEREAS, Plaintiff has requested that National Foam withdraw its government-contractor affirmative defense in the Action on the basis that Universal Gold is not MilSpec AFFF;

WHEREAS, the parties have met and conferred and, in order to provide for the efficient adjudication of the case, have agreed to the terms as set out below;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1.      Plaintiff agrees that it shall not advance any claims against National Foam in the Action related to any products other than Universal Gold.

2.      In reliance on Plaintiff's representation in paragraph 1, National Foam agrees to withdraw affirmative defense number 7 from its Answer in this Action, which claims that National Foam is entitled to immunity from suit under the government/military contractor defense.

Dated: January 31, 2023

/s/ Gary Douglas
Gary J. Douglas
Rebecca G. Newman
Tate J. Kunkle
DOUGLAS AND LONDON PC
59 Maiden Lane, 6th Floor
New York, NY 10038
212-566-7500
Fax: 212-566-7501
gdouglas@douglasandlondon.com
rnewman@douglasandlondon.com
tkunkle@douglasandlondon.com

Nancy M. Christensen
Robin L. Greenwald
WEITZ & LUXENBERG PC
700 Broadway
New York, NY 10003
Telephone: (212) 485-1897
Facsimile: (646) 293-7966
nchristensen@weitzlux.com
rgreenwald@weitzlux.com

/s/ Keith E. Smith
Keith E. Smith
Greenberg Traurig LLP
1717 Arch Street, Suite 400
Philadelphia, PA 19103
smithkei@gtlaw.com
215.988.7843

Attorneys for Defendant, National Foam, Inc.

ACTIVE 684972836v1

Wesley A. Bowden
LEVIN PAPANTONIO RAFFERTY
316 S Baylen Street
Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7186
Facsimile: (850) 436-6186
wbowden@levinlaw.com

Fred Thompson III
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mt Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9440
fthompson@motleyrice.com

Frank Michael Petosa
MORGAN AND MORGAN
8151 Peters Road
Suite 4000
Plantation, FL 33324
Telephone: (954) 318-0268
Facsimile: (954) 333-3515
fpetosa@forthepeople.com

*Attorneys for Plaintiff*

*ACTIVE 684972836v1*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing was electronically filed with this Court's CM/ECF system on January 31, 2023 and was therefore served automatically on all counsel of record in this matter.

_/s/ Keith E. Smith_____