# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | Case No. 2:18-mn-2873-RMG<br><br>**STIPULATION CONCERNING KIDDE-FENWAL, INC.'S GOVERNMENT/ MILITARY CONTRACTOR DEFENSE**<br><br>**This Document Relates to**<br>**Case No. 2:18-cv-3487-RMG** |
| CITY OF STUART, FLORIDA,<br><br>    Plaintiff,<br><br>    v.<br><br>3M COMPANY, *et al.*,<br><br>    Defendants. | |

WHEREAS, on October 18, 2018, Plaintiff City of Stuart, Florida ("Plaintiff") initiated this action, *Stuart* v. *3M Company et al.*, No. 18-cv-3487 (D.S.C.) (the "Action"), by filing a Complaint alleging, inter alia, various products-liability claims against multiple parties including Defendant Kidde-Fenwal, Inc. ("Kidde-Fenwal") (ECF No. 1);

WHEREAS, on October 3, 2019, Plaintiff filed an Amended Complaint (ECF No. 35) and, on September 25, 2020, Plaintiff filed a Second Amended Complaint (ECF No. 54);

WHEREAS, on April 5, 2021, Kidde-Fenwal filed an Answer to Plaintiff's Second Amended Complaint ("Answer") in which it asserted that "each alleged claim contained therein[] is barred, in whole or in part, because Defendants are entitled to immunity from suit under the government/military contractor defense" (ECF No. 89 at 37);

WHEREAS, Plaintiff does not contend that it purchased or used any AFFF products that were designed, distributed, manufactured and/or sold by Kidde-Fenwal that were manufactured in compliance with the U.S. Department of Defense military specifications

("MilSpec") for use by government entities;

WHEREAS, Plaintiff contends that the only AFFF product that it purchased or used that was designed, distributed, manufactured and/or sold by Kidde-Fenwal is Universal Gold;

WHEREAS, Universal Gold was not manufactured or sold as a MilSpec AFFF product;

WHEREAS, Plaintiff has requested that Kidde-Fenwal withdraw its government-contractor affirmative defense in the Action on the basis that Universal Gold is not MilSpec AFFF;

WHEREAS, the parties have met and conferred and, in order to provide for the efficient adjudication of the case, have agreed to the terms as set out below;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1. Plaintiff agrees that it shall not advance any claims against Kidde-Fenwal in the Action related to any products other than Universal Gold purchased or used by Plaintiff including its Fire Rescue Department.

2. In reliance on Plaintiff's representation in paragraph 1, Kidde-Fenwal agrees to withdraw affirmative defense number 7 from its Answer, which claims that Kidde-Fenwal is entitled to immunity from suit under the government/military contractor defense.

Dated: January 31, 2023

| | |
|---|---|
| */s/ Gary Douglas* | */s/ Robert Giuffra* |
| Gary J. Douglas | Robert J. Giuffra, Jr. |
| Rebecca G. Newman | William B. Monahan |
| Tate J. Kunkle | Justin DeCamp |
| DOUGLAS AND LONDON PC | Nicole Friedlander |
| 59 Maiden Lane, 6th Floor | Judson O. Littleton |
| New York, NY 10038 | SULLIVAN & CROMWELL LLP |
| 212-566-7500 | 125 Broad Street |
| Fax: 212-566-7501 | New York, NY 10004 |
| gdouglas@douglasandlondon.com | Telephone: (212) 558-4000 |
| rnewman@douglasandlondon.com | Facsimile: (212) 558-3588 |
| tkunkle@douglasandlondon.com | giuffrar@sullcrom.com |
| | monahanw@sullcrom.com |
| Nancy M. Christensen | decampj@sullcrom.com |
| Robin L. Greenwald | friedlandern@sullcrom.com |
| WEITZ & LUXENBERG PC | littletonj@sullcrom.com |
| 700 Broadway | |
| New York, NY 10003 | Jonathan Isaac Handler |
| Telephone: (212) 485-1897 | Keith H. Bensten |
| Facsimile: (646) 293-7966 | DAY PITNEY LLP |
| nchristensen@weitzlux.com | One Federal Street |
| rgreenwald@weitzlux.com | Boston, MA 02110 |
| | Telephone: (617) 345-4600 |
| Wesley A. Bowden | Facsimile: (617) 345-4745 |
| LEVIN PAPANTONIO RAFFERTY | jihandler@daypitney.com |
| 316 S Baylen Street | |
| Suite 600 | John Cerreta |
| Pensacola, FL 32502 | DAY PITNEY LLP |
| Telephone: (850) 435-7186 | 242 Trumbull Street |
| Facsimile: (850) 436-6186 | Hartford, CT 06103 |
| wbowden@levinlaw.com | Tel: (860) 275-0100 |
| | Fax: (860) 881-2517 |
| Fred Thompson III | jcerreta@daypitney.com |
| MOTLEY RICE LLC | |
| 28 Bridgeside Boulevard | *Attorneys for Kidde-Fenwal, Inc.* |
| Mt Pleasant, SC 29464 | |
| Telephone: (843) 216-9000 | |
| Facsimile: (843) 216-9440 | |
| fthompson@motleyrice.com | |
| | |
| Frank Michael Petosa | |
| MORGAN AND MORGAN | |
| 8151 Peters Road | |
| Suite 4000 | |
| Plantation, FL 33324 | |
| Telephone: (954) 318-0268 | |
| Facsimile: (954) 333-3515 | |
| fpetosa@forthepeople.com | |
| | |
| *Attorneys for Plaintiff* | Date: January 31, 2023 |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed with this Court's CM/ECF system on January 31, 2023 and was therefore served automatically on all counsel of record in this matter.

*/s/ Gary Douglas*