UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) | MDL NO. 2:18-mn-2873<br><br>This Document Relates to:<br>Michael David Lowery v. 3M et al. 2:20-cv-01611-RMG |

STIPULATION OF DISMISSAL

It is hereby Stipulated and Agreed by Michael David Lowery and through his counsel, Environmental Litigation Group, P.C., and the Defendants herein, by and through the Defense Leadership Counsel that the parties have agreed to dismissal without prejudice of the instant action. It is further Stipulated and Agreed that the parties shall each bear their own attorney's fees and costs.

Dated: March 22, 2023

Environmental Litigation Group, P.C.

By:/s/ Gary A. Anderson
Gary A. Anderson
Gregory A. Cade
Kevin B. McKie
ENVIRONMENTAL LITIGATION GROUP, P.C.
2160 Highland Avenue South
Birmingham, AL 35205
gary@elglaw.com
(205) 328-9200

Defense Leadership Counsel

By:/s/ Joseph G. Petrosinelli
Joseph G. Petrosinelli (Defendants' Co-Lead Counsel)
Williams & Connolly LLP
725 Twelfth St., N.W.
Washington DC 20005
jpetrosinelli@wc.com
(202) 434-5547

Michael A. Olsen (Defendants' Co-Lead Counsel)
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
molsen@mayerbrown.com
(312) 782-0600

David E. Dukes (Defendants' Co-Liaison Counsel)
Nelson Mullins Riley & Scarborough LLP
1320 Main Street / 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC 29201
David.dukes@nelsonmullins.com
(803) 799-2000

Brian C. Duffy (Defendants' Co-Liaison Counsel)
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
bduffy@duffyandyoung.com
(843) 720-2044

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2023, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

> _/s/_ Gary A. Anderson
> Gary A. Anderson