# EXHIBIT A

| Plainitff Name | Case Name | Case Number | Plaintiff Law Firm |
|---|---|---|---|
| Able, Luke | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Allen, Kenneth | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Allen, Rayshawn | Rayshawn Allen et al. v. 3M Company, et al. | 2:22-cv-02477 | Napoli Shkolnik PLLC |
| Alverson, Gregory | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Amburgey, Kyle | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Antoine, Jerry | John Ager et al v. 3M Company, et al. | 2:22-cv-00028 | Napoli Shkolnik PLLC |
| Apgar, Edwin | Joseph Williams et al v. 3M Company, et al. | 2:22-cv-02479 | Napoli Shkolnik PLLC |
| Armentrout, Jason | Jessica Hardison et al. v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Ashley, Richard | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Aughe, Richard | Jesse Abrams et al. v. 3M Company, et al. | 2:22-cv-00027 | Napoli Shkolnik PLLC |
| Autry, Lisa | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Bailey, Aaron | Gilberto Alfaro et al v. 3M Company, et al. | 2:22-cv-00019 | Napoli Shkolnik PLLC |
| Barnes, Randi | Jessica Hardison et al. v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Bennett, Andrew | Jessica Hardison et al. v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Bennett, Donald | Gilberto Alfaro et al v. 3M Company, et al. | 2:22-cv-00019 | Napoli Shkolnik PLLC |
| Bennett, Kimberly | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Best, Andrew | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Blackmon, Taurus | Jessica Hardison et al. v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Blair, Joseph | Anthony Malmstrom et al. v. 3M Company, et al. | 2:22-cv-00030 | Napoli Shkolnik PLLC |
| Blake, Brian | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Blevins, Karen | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Blue, Jim | Gregory Alford et al v. 3M Company, et al. | 2:22-cv-00025 | Napoli Shkolnik PLLC |
| Bodenrader, Augustine | Gregory McBroom, et al. v. 3M Company, et al. | 2:22-cv-01288 | Napoli Shkolnik PLLC |
| Bonham, Larry | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Boyd, Gerald | Luke Able, et al. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Boyer, Brad | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Bozant, Glenn | Glenn Bozant, et al. v. 3M Company, et al. | 2:22-cv-02478 | Napoli Shkolnik PLLC |
| Brannon, Margaret | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Brezinski, Katy | Campbell, et al. v. 3M Company, et al. | 2:22-cv-01930 | Napoli Shkolnik PLLC |
| Brinkley, Stephen | John Ager et al. v. 3M Company, et al. | 2:22-cv-00028 | Napoli Shkolnik PLLC |
| Brooking, Patrick | Calvin Blythe et al. v. 3M Company, et al | 2:22-cv-02231 | Napoli Shkolnik PLLC |
| Brooks, James | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Broussard, Kerri | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |

| | | | |
|---|---|---|---|
| Brown, Christopher | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Bruser, George | Kevin Abbott et al v. 3M Company, et al. | 2:22-cv-00017 | Napoli Shkolnik PLLC |
| Bryant, Mary | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Buggs, Laron | John Ager et al v. 3M Company, et al. | 2:22-cv-00028 | Napoli Shkolnik PLLC |
| Burgin, Charles | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Burgos, Jorge | Calvin Blythe et al. v. 3M Company, et al. | 2:22-cv-02231 | Napoli Shkolnik PLLC |
| Burnett, Donald | John Ager et al v. 3M Company, et al. | 2:22-cv-00028 | Napoli Shkolnik PLLC |
| Burton, Efrem | John Ager et al v. 3M Company, et al. | 2:22-cv-00028 | Napoli Shkolnik PLLC |
| Butler, John | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Byrd, Ray | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Byrne, John | John Ager et al. v. 3M Company, et al. | 2:22-cv-00028 | Napoli Shkolnik PLLC |
| Cain, Savedra | Jessica Hardison et al. v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Callahan, Catherine | Gilberto Alfaro et al. v. 3M Company, et al. | 2:22-cv-00019 | Napoli Shkolnik PLLC |
| Calloway, Elton | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Campbell, Joan | Campbell et al.v 3M Company, et al. | 2:22-cv-01930 | Napoli Shkolnik PLLC |
| Campbell, Richard | Campbell et al. 3M Company, et al. | 2:22-cv-01930 | Napoli Shkolnik PLLC |
| Cardova, Charlene | John Ager et al v. 3M Company, et al. | 2:22-cv-00028 | Napoli Shkolnik PLLC |
| Carr, Vincent | Calvin Blythe et al. v. 3M Company, et al. | 2:22-cv-02231 | Napoli Shkolnik PLLC |
| Castro, Victor | John Ager et al v. 3M Company, et al. | 2:22-cv-00028 | Napoli Shkolnik PLLC |
| Caver, Ronnie | Kevin Abbott et al v. 3M Company, et al. | 2:22-cv-00017 | Napoli Shkolnik PLLC |
| Ceballos, John | Allen, et al v. 3M Company et al | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Centenaro, Nicholas | Calvin Blythe et al. v. 3M Company, et al. | 2:22-cv-02231 | Napoli Shkolnik PLLC |
| Chiafson, Howell | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Chisler, Charles | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Chudalla, Dustin | Chudalla, Dustin, et al. v. 3M Company, et al. | 2:22-cv-02475 | Napoli Shkolnik PLLC |
| Clark, Greggory | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Clarke, George | Kevin Abbott et al v. 3M Company, et al. | 2:22-cv-00017 | Napoli Shkolnik PLLC |
| Clements, Gary | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Cline, Jeffrey | Jessica Hardison et al. v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Cobb, Phillip | Gilberto Alfaro et al v. 3M Company, et al. | 2:22-cv-00019 | Napoli Shkolnik PLLC |
| Cochran, Linda | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Colbert, Daryl | John Ager et al v. 3M Company, et al. | 2:22-cv-00028 | Napoli Shkolnik PLLC |
| Collart, Elvia | Collart et al. v. The Port Authority of New York and New Jersey | 2:22-cv-01792 | Napoli Shkolnik PLLC |

| | | | |
|---|---|---|---|
| Collins, Robert | Anthony Malmstrom et al. v. 3M Company, et al. | 2:22-cv-00030 | Napoli Shkolnik PLLC |
| Coman, Amy | Carl Anderson et al v. 3M Company, et al. | 2:22-cv-00031 | Napoli Shkolnik PLLC |
| Cooter, Eugene | John Ager et al v. 3M Company, et al. | 2:22-cv-00028 | Napoli Shkolnik PLLC |
| Corcoran, Joseph | CALVIN BLYTHE et al. v. 3M Company, et al. | 2:22-cv-02231 | Napoli Shkolnik PLLC |
| Corley, Paul | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Cormier, Quincy | Glenn Bozant, et al. v. 3M Company, et al. | 2:22-cv-02478 | Napoli Shkolnik PLLC |
| Coursey, Guenevere | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Courtney, Angelica | Kevin Abbott et al v. 3M Company, et al. | 2:22-cv-00017 | Napoli Shkolnik PLLC |
| Cox, Timothy | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Crawford, Earl | Joseph Williams et al v. 3M Company, et al. | 2:22-cv-02479 | Napoli Shkolnik PLLC |
| Cuny, Richard | Gregory McBroom, et al. v. 3M Company, et al. | 2:22-cv-01288 | Napoli Shkolnik PLLC |
| Davis, Jr., Ervie | Kevin Abbott et al v. 3M Company, et al. | 2:22-cv-00017 | Napoli Shkolnik PLLC |
| Davis, Luther | Gregory McBroom, et al. v. 3M Company, et al. | 2:22-cv-01288 | Napoli Shkolnik PLLC |
| Dawson, Larry | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| De Shaw, Pierre | Joseph Williams et al v. 3M Company, et al. | 2:22-cv-02479 | Napoli Shkolnik PLLC |
| Dean, Jennifer | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Denton, Brooke | Joseph Williams et al v. 3M Company, et al. | 2:22-cv-02479 | Napoli Shkolnik PLLC |
| Desotell, Theresa | Campbell, et al v. 3M Company | 2:22-cv-01930 | Napoli Sckolnik PLLC |
| Deveau, Michael | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Sckolnik PLLC |
| Devitt, Michael | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Sckolnik PLLC |
| Dewrell, Garry | Carl Anderson et al | 2:22-cv-00031 | Napoli Sckolnik PLLC |
| Dillard, Curlie | Collart et al. v. The Port Authority of New York and New Jersey | 2:22-cv-01792 | Napoli Shkolnik PLLC |
| Dixon, Steve | Campbell et al. 3M Company, et al. | 2:22-cv-01930 | Napoli Shkolnik PLLC |
| Dreifuerst, Dustin | Campbell, et al. v. 3M Company | 2:22-cv-01930 | Napoli Shkolnik PLLC |
| Dudley, Dirk | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Dufour, Paul | Jessica Hardison et al. v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Duke, Timothy | CALVIN BLYTHE et al. v. 3M Company, et al. | 2:22-cv-02231 | Napoli Shkolnik PLLC |
| Dunham, Glen | John Ager et al v. 3M Company, et al. | 2:22-cv-00028 | Napoli Shkolnik PLLC |
| Duran, Adonai | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Edwards, Dion | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Eller, Gary | Glenn Bozant, et al. v. 3M Company, et al. | 2:22-cv-02478 | Napoli Shkolnik PLLC |
| Esposito, Joseph | Anthony Malmstrom et al. v. 3M Company, et al. | 2:22-cv-00030 | Napoli Shkolnik PLLC |
| Evans, Jeffrey | Chudalla, Dustin, et al. v. 3M Company, et al. | 2:22-cv-02475 | Napoli Shkolnik PLLC |

| | | | |
|---|---|---|---|
| Fairman, Willie | Calvin Blythe et al. v. 3M Company, et al. | 2:22-cv-02231 | Napoli Shkolnik PLLC |
| Fielding, Julie | Jeffrey Allen et al. v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Fields, Christopher | Kevin Abbott et al v. 3M Company, et al. | 2:22-cv-00017 | Napoli Shkolnik PLLC |
| Fields, Roger | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Flores, Antonio | Glenn Bozant, et al. v. 3M Company, et al. | 2:22-cv-02478 | Napoli Shkolnik PLLC |
| Flowers, Timothy | John Ager et al v. 3M Company, et al. | 2:22-cv-00028 | Napoli Shkolnik PLLC |
| Folds, Ron | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Ford, April | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Ford, James | Glenn Bozant, et al. v. 3M Company, et al. | 2:22-cv-02478 | Napoli Shkolnik PLLC |
| Francesconi, Michael | Carl Anderson et al v. 3M Company, et al. | 2:22-cv-00031 | Napoli Shkolnik PLLC |
| Franklin, George | John Ager et al v. 3M Company, et al. | 2:22-cv-00028 | Napoli Shkolnik PLLC |
| Frazier, Carl | Eddie Burrow et. al. v. 3M Company, et al. | 2:22-cv-00305 | Napoli Shkolnik PLLC |
| Gabaldon, Elfego | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Galloway, Michael | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Garland, Demille | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Gasper, Rudolph | Glenn Bozant, et al. v. 3M Company, et al. | 2:22-cv-02478 | Napoli Shkolnik PLLC |
| Gates, Robert | Debra Mason, et al v. 3M Company, et al. | 2:22-cv-01285 | Napoli Shkolnik PLLC |
| Gentie, Jerry | Gregory McBroom, et al. v. 3M Company, et al. | 2:22-cv-01288 | Napoli Shkolnik PLLC |
| Gilbert, Raymond | Eddie Burrow et. al. v. 3M Company, et al. | 2:22-cv-00305 | Napoli Shkolnik PLLC |
| Goins, Willie | Eddie Burrow et. al. v. 3M Company, et al. | 2:22-cv-00305 | Napoli Shkolnik PLLC |
| Golden, Edward | Carl Anderson et al v. 3M Company, et al. | 2:22-cv-00031 | Napoli Shkolnik PLLC |
| Gonzalez, Dante | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Gonzalez, Oscar | Jesse Abrams et al v. 3M Company, et al. | 2:22-cv-00027 | Napoli Shkolnik PLLC |
| Gould, Jerry | Chudalla, Dustin, et al., v. 3M Company, et al. | 2:22-cv-02475 | Napoli Shkolnik PLLC |
| Graham, Steven | Joseph Williams et al v. 3M Company, et al. | 2:22-cv-02479 | Napoli Shkolnik PLLC |
| Greco, Thomas | Carl Anderson et al v. 3M Company, et al. | 2:22-cv-00031 | Napoli Shkolnik PLLC |
| Green, Henry | Eddie Burrow et. al. v. 3M Company, et al. | 2:22-cv-00305 | Napoli Shkolnik PLLC |
| Greene, William | Jessica Hardison et al. v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Griner, Ebony | Jessica Hardison et al. v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Groff, Catherine | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Grubbs, Charles | John Ager et al v. 3M Company, et al. | 2:22-cv-00028 | Napoli Shkolnik PLLC |
| Guevara, Stephen | Stephen Guevara, et al. v. 3M Company | 2:22-cv-01611 | Napoli Shkolnik PLLC |
| Gunter, David | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Hampton, Perry | James Gilbert, et al v. 3M Company, et al. | 2:22-cv-00022 | Napoli Shkolnik PLLC |

| | | | |
|---|---|---|---|
| Hansen, Tammy | John Ager et al v. 3M Company, et al. | 2:22-cv-00028 | Napoli Shkolnik PLLC |
| Hardin, Roger | Jessica Hardison et al. v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Harris, Christene | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Hatfield, Edward | Gilberto Alfaro et al v. 3M Company, et al. | 2:22-cv-00019 | Napoli Shkolnik PLLC |
| Hayes, Richard | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Haynes, Ross | Joseph Williams et al v. 3M Company, et al. | 2:22-cv-02479 | Napoli Shkolnik PLLC |
| Henderson, Natalie | Luke Able, et al.  v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Herring, Robert | Glenn Bozant, et al. v. 3M Company, et al. | 2:22-cv-02478 | Napoli Shkolnik PLLC |
| Hiatt, Robin | James Gilbert v. 3M Company, et al. | 2:22-cv-00022 | Napoli Shkolnik PLLC |
| Higginbotham, Clinton | James Gilbert v. 3M Company, et al. | 2:22-cv-00022 | Napoli Shkolnik PLLC |
| Hockaday, William | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Hoehn, Paul | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Holloman, Melvineice | Jessica Hardison et al. v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Holmes, Diane | Jessica Hardison et al. v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Horn, Gary | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Huber, Albert | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Huey, Robert | Jessica Hardison et al. v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Huff, Stanley | Eddie Burrow et. al. v. 3M Company, et al. | 2:22-cv-00305 | Napoli Shkolnik PLLC |
| Hunt, Tucker | Jessica Hardison et al. v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Ingram, Cecil | Glenn Bozant, et al. v. 3M Company, et al. | 2:22-cv-02478 | Napoli Shkolnik PLLC |
| Ingram, Michael | John Ager et al v. 3M Company, et al. | 2:22-cv-00028 | Napoli Shkolnik PLLC |
| Jackson, David | John Ager et al  v. 3M Company, et al. | 2:22-cv-00028 | Napoli Shkolnik PLLC |
| Jackson, Eddie | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Jackson, Jr., Howard | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| James, Billie | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Jarman, Patrick | Gilberto Alfaro et al v. 3M Company, et al. | 2:22-cv-00019 | Napoli Shkolnik PLLC |
| Jayne, Kyle | Luke Able, et al.  v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Jenkins, Bert | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Jett, David | Jason Meadows et al v. 3M Company, et al. | 2:22-cv-01286 | Napoli Shkolnik PLLC |
| Johnson, Byron | Eddie Burrow et. al. v. 3M Company, et al. | 2:22-cv-00305 | Napoli Shkolnik PLLC |
| Johnson, Lionell | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Johnson, Ralph | Jessica Hardison et al. v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Johnson, Willie | Eddie Burrow et. al. v. 3M Company, et al. | 2:22-cv-00305 | Napoli Shkolnik PLLC |
| Johnson, Yavette | Glenn Bozant, et al. v. 3M Company, et al. | 2:22-cv-02478 | Napoli Shkolnik PLLC |

| | | | |
|---|---|---|---|
| Jones, John | Calvin Blythe et al. v. 3M Company, et al. | 2:22-cv-02231 | Napoli Shkolnik PLLC |
| Jones, Loretta | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Jones, Mark | Collart et al. v. The Port Authority of New York and New Jersey | 2:22-cv-01792 | Napoli Shkolnik PLLC |
| Jones, Mary | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Jones, Melissa | Able et al. v. 3M Company et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Judge, Richard | John Ager et al v. 3M Company, et al. | 2:22-cv-00028 | Napoli Shkolnik PLLC |
| Kansupda, Jessica | Glenn Bozant, et al. v. 3M Company, et al. | 2:22-cv-02478 | Napoli Shkolnik PLLC |
| Keithline, Stephen | John Ager et al v. 3M Company, et al. | 2:22-cv-00028 | Napoli Shkolnik PLLC |
| Kelly, Robert | Eddie Burrow et. al. v. 3M Company, et al. | 2:22-cv-00305 | Napoli Shkolnik PLLC |
| Kelly, Tyrone | Joseph Williams et al v. 3M Company, et al. | 2:22-cv-02479 | Napoli Shkolnik PLLC |
| Kerr, Bryan | Jessica Hardison et al. v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Kies, Donna | Donna Kies v. 3M Company | 2:22-cv-01930 | Napoli Shkolnik PLLC |
| King, Marvin | Eddie Burrow et. al. v. 3M Company, et al. | 2:22-cv-00305 | Napoli Shkolnik PLLC |
| Knox, Keith | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Koskol, Kenneth | John Ager et al v. 3M Company, et al. | 2:22-cv-00028 | Napoli Shkolnik PLLC |
| Krawczyk, Kim | Joseph Williams et al v. 3M Company, et al. | 2:22-cv-02479 | Napoli Shkolnik PLLC |
| Kuhn, John | Glenn Bozant, et al. v. 3M Company, et al. | 2:22-cv-02478 | Napoli Shkolnik PLLC |
| Kunkle, William | James Gilbert v. 3M Company, et al. | 2:22-cv-00022 | Napoli Shkolnik PLLC |
| Kuykendall, Paul | Eddie Burrow et. al. v. 3M Company, et al. | 2:22-cv-00305 | Napoli Shkolnik PLLC |
| Lake, Ralph | Glenn Bozant, et al. v. 3M Company, et al. | 2:22-cv-02478 | Napoli Shkolnik PLLC |
| Lam-Beddard, Dale | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Landreth, James | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Lane, Abenayaa | John Ager et al v. 3M Company, et al. | 2:22-cv-00028 | Napoli Shkolnik PLLC |
| Laners, Abraham | Calvin Blythe et al. v. 3M Company, et al. | 2:22-cv-02231 | Napoli Shkolnik PLLC |
| LaRue, Randal | James Gilbert v. 3M Company, et al. | 2:22-cv-00022 | Napoli Shkolnik PLLC |
| Lasher, Donal | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Lauderdale, James | Jessica Hardison et al. v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Lawrence, Daniel | Robert Bell et al v. 3M Company, et al. | 2:22-cv-00021 | Napoli Shkolnik PLLC |
| Ledford, Ronald | Jessica Hardison et al. v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Lemay, James | Campbell, et al. v. 3M Company, et al. | 2:22-cv-01930 | Napoli Shkolnik PLLC |
| Leonard, Tobey | John Ager et al v. 3M Company, et al. | 2:22-cv-00028 | Napoli Shkolnik PLLC |
| Leverette, Danny | Joseph Williams et al v. 3M Company, et al. | 2:22-cv-02479 | Napoli Shkolnik PLLC |
| Lewis, Donald | William Johnson et al v. 3M Company, et al. | 2:22-cv-00038 | Napoli Shkolnik PLLC |

| | | | |
|---|---|---|---|
| Lintelman, Tim | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Lippert, Preston | Gregory McBroom, et al. v. 3M Company, et al. | 2:22-cv-01288 | Napoli Shkolnik PLLC |
| Litteral , Corbett | Robert Bell et al v. 3M Company, et al. | 2:22-cv-00021 | Napoli Shkolnik PLLC |
| Locklear, Larry | John Ager et al v. 3M Company, et al. | 2:22-cv-00028 | Napoli Shkolnik PLLC |
| Longoria, Javier | Jessica Hardison et al. v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Lopez, Alexander | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Lopez, Amanda | John Ager et al v. 3M Company, et al. | 2:22-cv-00028 | Napoli Shkolnik PLLC |
| Louden, Mark | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Lucas, Dawn | Luke Able, et al. 3MCompany, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Lucas, John | Anthony Malmstrom et al. v. 3M Company, et al. | 2:22-cv-00030 | Napoli Shkolnik PLLC |
| MacTavish, Douglas | James Gilbert, et al  v. 3M Company, et al. | 2:22-cv-00022 | Napoli Shkolnik PLLC |
| Madron, Mark | John Ager et al v. 3M Company, et al. | 2:22-cv-00028 | Napoli Shkolnik PLLC |
| Majano, Angel | Collart et al. v. The Port Authority of New York and New Jersey | 2:22-cv-01792 | Napoli Shkolnik PLLC |
| Majano, Angely | Collart et al. v. The Port Authority of New York and New Jersey | 2:22-cv-01792 | Napoli Shkolnik PLLC |
| Majano, Rigoberto | Collart et al. v. The Port Authority of New York and New Jersey | 2:22-cv-01792 | Napoli Shkolnik PLLC |
| Majcherek, Matthew | Carl Anderson et al v. 3M Company, et al. | 2:22-cv-00031 | Napoli Shkolnik PLLC |
| Mallory, Julian | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Manning, Gregory | Glenn Bozant, et al. v. 3M Company, et al. | 2:22-cv-02478 | Napoli Shkolnik PLLC |
| Marigny, Frank | Glenn Bozant, et al. v. 3M Company, et al. | 2:22-cv-02478 | Napoli Shkolnik PLLC |
| Marlborough, Kevin | John Ager et al v. 3M Company, et al. | 2:22-cv-00028 | Napoli Shkolnik PLLC |
| Martin, Billy | William Johnson et al v. 3M Company, et al. | 2:22-cv-00038 | Napoli Shkolnik PLLC |
| Martin, Clinton | Rayshawn Allen, et Al. v. 3M Company, et al. | 2:22-cv-02477 | Napoli Shkolnik PLLC |
| Martin, Derriel | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Martin, Gregory | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Martin, James | Calvin Blythe et al. v. 3M Company, et al. | 2:22-cv-02231 | Napoli Shkolnik PLLC |
| Mason, Debra | Debra Mason, et al v. 3M Company, et al. | 2:22-cv-01285 | Napoli Shkolnik PLLC |
| Massey, Jeffrey | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Masterson, James | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Maston, Ralph | Eddie Burrow et. al. v. 3M Company, et al. | 2:22-cv-00305 | Napoli Shkolnik PLLC |
| McBroom, Gregory | Gregory McBroom, et al. v. 3M Company, et al. | 2:22-cv-01288 | Napoli Shkolnik PLLC |
| McClanahan, James | Joseph Williams et al v. 3M Company, et al. | 2:22-cv-02479 | Napoli Shkolnik PLLC |

| | | | |
|---|---|---|---|
| McCoy, Lashonda | Moore et al. v. 3M Company et al. | 2:22-cv-00023 | Napoli Shkolnik PLLC |
| McGinnis, Robert | John Ager et al v. 3M Company, et al. | 2:22-cv-00028 | Napoli Shkolnik PLLC |
| McMillian, Jay | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Meadows, Jason | Jason Meadows v. 3M Company, et al. | 2:22-cv-01286 | Napoli Shkolnik PLLC |
| Medearis, Tracy | CODY MEDEARIS AND TRACY MEDEARIS v. 3M Company, et al. | 2:22-cv-01575 | Napoli Shkolnik PLLC |
| Medlin, Kathryn | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Mihelich, Neal | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Miller, William | Jessica Hardison et al. v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Mills, John | Jessica Hardison et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Milton, William | Glenn Bozant, et al. v. 3M Company, et al. | 2:22-cv-02478 | Napoli Shkolnik PLLC |
| Miranda, Enrique | Jessica Hardison et al. v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Mobley, Tracey | CALVIN BLYTHE et al. v. 3M Company, et al. | 2:22-cv-02231 | Napoli Shkolnik PLLC |
| Moore, Carol | Carol Moore, et al v. 3M Company, et al. | 2:22-cv-00023 | Napoli Shkolnik PLLC |
| Moore, Ransom | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Morgan, Patricia | Eddie Burrow et. al. v. 3M Company, et al. | 2:22-cv-00305 | Napoli Shkolnik PLLC |
| Morris, Larry | Eddie Burrow et. al. v. 3M Company, et al. | 2:22-cv-00305 | Napoli Shkolnik PLLC |
| Muhammad, Tony | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Mullins, Calvin | Joseph Williams et al v. 3M Company, et al. | 2:22-cv-02479 | Napoli Shkolnik PLLC |
| Murray, Julius | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Murry, Louis | Joseph Williams et al v. 3M Company, et al. | 2:22-cv-02479 | Napoli Shkolnik PLLC |
| Myers, David | Luke Able, et al. v. Arkemn, Inc. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Navarro, Ramon | Luke Able, et al. v. Arkemn, Inc. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Neher, Cathy | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Neher, Kathy | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Neher, Richard | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Nelson, Eliot | Glen Bozant, et al. v. 3M Company, et al. | 2:22-cv-02478 | Napoli Shkolnik PLLC |
| Nethery, Robert | Glenn Bozant, et al. 3M Company, et al. | 2:22-cv-02478 | Napoli Shkolnik PLLC |
| Newton, Odes | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Nigra, Dominick | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Norman, Clarence | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Nye, Thomas | Calvin Blythe et al. v. 3M Company, et al. | 2:22-cv-02231 | Napoli Shkolnik PLLC |
| Obey, Victor | John Ager et al v. 3M Company, et al. | 2:22-cv-00028 | Napoli Shkolnik PLLC |
| O'Dowd, Patrick | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |

| | | | |
|---|---|---|---|
| Ogeron, George | Calvin Blythe et al. v. 3M Company, et al. | 2:22-cv-02231 | Napoli Shkolnik PLLC |
| Olson, Dennis | Luke Able, et al.  v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Ordonez, Rodrigo | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Orton, Jeremy | John Ager et al  v. 3M Company, et al. | 2:22-cv-00028 | Napoli Shkolnik PLLC |
| Osorio, Victor | Glenn Bozant, et al. 3M Company, et al. | 2:22-cv-02478 | Napoli Shkolnik PLLC |
| Pacheco, Marissa | Joseph Williams et al v. 3M Company, et al. | 2:22-cv-02479 | Napoli Shkolnik PLLC |
| Pacich, Edward | Jessica Hardison et al.  v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Padilla, Dorla | Jeffrey Allen et al v 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Papierski, Grayson | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Pappas, Gregory | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Paquette, Ronald | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Parks, Benjamin | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Parnell, James | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Pellegrino, Nicholas | Eddie Burrow et. al. v. 3M Company, et al. | 2:22-cv-00305 | Napoli Shkolnik PLLC |
| Pesotski, Richard | Calvin Blythe et al. v. 3M Company, et al. | 2:22-cv-02231 | Napoli Shkolnik PLLC |
| Peterson, Parke | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Phelan, Jonathan | Jessica Hardison et al. v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Pope, Melvin | John Ager et al v. 3M Company, et al. | 2:22-cv-00028 | Napoli Shkolnik PLLC |
| Powell, Charles | Eddie Burrow et. al. v. 3M Company, et al. | 2:22-cv-00305 | Napoli Shkolnik PLLC |
| Pritchett, Robert | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Proffitt, Randall | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Queen, Kenneth | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Queen, Richard | Robert Bell et al v. 3M Company, et al. | 2:22-cv-00021 | Napoli Shkolnik PLLC |
| Rader, Jack | Jessica Hardison et al.  v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Radtke, Nancy | Jessica Hardison et al. v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Ramirez, Mark | John Ager et al  v. 3M Company, et al. | 2:22-cv-00028 | Napoli Shkolnik PLLC |
| Redd, Diane | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Reek, Christina | Campbell, et al v. 3M Company | 2:22-cv-01930 | Napoli Shkolnik PLLC |
| Rex, Glasgow | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Rice , Stephen | Carol Moore, et al v. 3M Company, et al. | 2:22-cv-00023 | Napoli Shkolnik PLLC |
| Rice, Sebastian | Jessica Hardison et al. v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Rice, William | James Rhodes et al. v. 3M Company, et al. | 2:22-cv-00032 | Napoli Shkolnik PLLC |
| Richardson, Dale | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Richardson, Leroy | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |

| | | | |
|---|---|---|---|
| Richardson, Lillie | Joseph Williams et al v. 3M Company, et al. | 2:22-cv-02479 | Napoli Shkolnik PLLC |
| Riggs, Anne | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Rigney Sr., Joseph | Carl Anderson et al v. 3M Company, et al. | 2:22-cv-00031 | Napoli Shkolnik PLLC |
| Rigney, Rick | Glenn Bozant, et al. v. 3M Company, et al. | 2:22-cv-02478 | Napoli Shkolnik PLLC |
| Rigsby, Paul | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Robenalt, Jeff | Glenn Bozant, et al. v. 3M Company, et al. | 2:22-cv-02478 | Napoli Shkolnik PLLC |
| Robertson, Bobby | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Robicheaux, Mitchell | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Robinson, James | John Ager et al v. 3M Company, et al. | 2:22-cv-00028 | Napoli Shkolnik PLLC |
| Rodriguez, Angel | Calvin Blythe et al. v. 3M Company, et al. | 2:22-cv-02231 | Napoli Shkolnik PLLC |
| Runnels, Ray | William Johnson et al v. 3M Company, et al. | 2:22-cv-00038 | Napoli Shkolnik PLLC |
| Rushing, Clyde | Jessica Hardison et al. v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Sallinger, Gary | CALVIN BLYTHE et al. v. 3M Company, et al. | 2:22-cv-02231 | Napoli Shkolnik PLLC |
| Sanchez, Benjamin | Benjamin Sanchez et al v. 3M Company, et al. | 2:22-cv-00029 | Napoli Shkolnik PLLC |
| Sanders, Brian | Eddie Burrow et. al. v. 3M Company, et al. | 2:22-cv-00305 | Napoli Shkolnik PLLC |
| Sanico, Michael | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Sanson, Sarah | Jeffrey Allen et al v. 3M Company, et al. | 2:22-cv-00303 | Napoli Shkolnik PLLC |
| Sapp, James | Jessica Hardison et al. v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Saumty, Frank | Chudalla, Dustin, et al. v. 3M Company, et al. | 2:22-cv-02475 | Napoli Shkolnik PLLC |
| Schafer, Brandy | Jessica Hardison et al. v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Schaff, Billy | Chudalla, Dustin, et al. v. 3M Company, et al. | 2:22-cv-02475 | Napoli Shkolnik PLLC |
| Scharmen, Roger | Benjamin Sanchez et al v. 3M Company, et al. | 2:22-cv-00029 | Napoli Shkolnik PLLC |
| Schultz, Robert | Carol Moore, et al. v. 3M Company, et al. | 2:22-cv-00023 | Napoli Shkolnik PLLC |
| Schultz, Thomas | Campbell, et al. v. 3M Company, et al. | 2:22-cv-01930 | Napoli Shkolnik PLLC |
| Scott, Kerwin | James Rhodes et al. v. 3M Company, et al. | 2:22-cv-00032 | Napoli Shkolnik PLLC |
| Serna, Vincent | Benjamin Sanchez et al v. 3M Company, et al. | 2:22-cv-00029 | Napoli Shkolnik PLLC |
| Sharp, Destry | Martin Self et al v. 3M Company, et al. | 2:22-cv-00307 | Napoli Shkolnik PLLC |
| Shea, James | Martin Self et al v. 3M Company, et al. | 2:22-cv-00307 | Napoli Shkolnik PLLC |
| Shelton, James | Martin Self et al v. 3M Company, et al. | 2:22-cv-00307 | Napoli Shkolnik PLLC |
| Short, Joey | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Shultz, Wendy | Campbell, et al. v. 3M Company, et al. | 2:22-cv-01930 | Napoli Shkolnik PLLC |
| Signater, Darryl | Benjamin Sanchez et al v. 3M Company, et al. | 2:22-cv-00029 | Napoli Shkolnik PLLC |
| Simon, Randy | Martin Self et al v. 3M Company, et al. | 2:22-cv-00307 | Napoli Shkolnik PLLC |
| Simons, Leonard | Benjamin Sanchez et al v. 3M Company, et al. | 2:22-cv-00029 | Napoli Shkolnik PLLC |

| | | | |
|---|---|---|---|
| Singleton, Joseph | Benjamin Sanchez et al v. 3M Company, et al. | 2:22-cv-00029 | Napoli Shkolnik PLLC |
| Skiver, James | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Smallwood, David | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Smith, Alayne | Eddie Burrow et. al. v. 3M Company, et al. | 2:22-cv-00305 | Napoli Shkolnik PLLC |
| Smith, Brandon | Gregory McBroom, et al. v. 3M Company, et al. | 2:22-cv-01288 | Napoli Shkolnik PLLC |
| Smith, Ernest | Martin Self et al v. 3M Company, et al. | 2:22-cv-00307 | Napoli Shkolnik PLLC |
| Smith, Kenneth | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Smith, Reginald | Benjamin Sanchez et al v. 3M Company, et al. | 2:22-cv-00029 | Napoli Shkolnik PLLC |
| Smith, Patrina | Carol Moore, et al v. 3M Company, et al. | 2:22-cv-00023 | Napoli Shkolnik PLLC |
| Smith, Thomas | Anthony Malmstrom et al. v. 3M Company, et al. | 2:22-cv-00030 | Napoli Shkolnik PLLC |
| Smith Jr., WD | William Johnson et al v. 3M Company, et al. | 2:22-cv-00038 | Napoli Shkolnik PLLC |
| Spears, James | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Spurgeon, John | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Stallings, Anthony | Benjamin Sanchez et al v. 3M Company, et al. | 2:22-cv-00029 | Napoli Shkolnik PLLC |
| Stamper, Larry | Martin Self et al v. 3M Company, et al. | 2:22-cv-00307 | Napoli Shkolnik PLLC |
| Stewart, Junious | Glenn Bozant, et al. v. 3M Company, et al. | 2:22-cv-02478 | Napoli Shkolnik PLLC |
| Stewart, Karen | Benjamin Sanchez et al v. 3M Company, et al. | 2:22-cv-00029 | Napoli Shkolnik PLLC |
| Stout, Gary | Carol Moore, et al v. 3M Company, et al. | 2:22-cv-00023 | Napoli Shkolnik PLLC |
| Street, John | Jessica Hardison et al. v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Strobel, Christopher | Glenn Bozant, et al. v. 3M Company, et al. | 2:22-cv-02478 | Napoli Shkolnik PLLC |
| Stuckey, Jason | Benjamin Sanchez et al v. 3M Company, et al. | 2:22-cv-00029 | Napoli Shkolnik PLLC |
| Stutzman, Conrad | Calvin Blythe et al. v. 3M Company, et al. | 2:22-cv-02231 | Napoli Shkolnik PLLC |
| Sutter, Charles | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Syphax, Robert | Eddie Burrow et. al. v. 3M Company, et al. | 2:22-cv-00305 | Napoli Shkolnik PLLC |
| Talmadge, Gerard | Martin Self et al v. 3M Company, et al. | 2:22-cv-00307 | Napoli Shkolnik PLLC |
| Tangreen, Libiann | Benjamin Sanchez et al v. 3M Company, et al. | 2:22-cv-00029 | Napoli Shkolnik PLLC |
| Tate, Ray | Jessica Hardison et al. v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Taylor, Harold | Jessica Hardison et al. v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Taylor, Mary | Jessica Hardison et al. v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Thacker, Edward | Eddie Burrow et. al. v. 3M Company, et al. | 2:22-cv-00305 | Napoli Shkolnik PLLC |
| Thomas, Michael | Benjamin Sanchez et al v. 3M Company, et al. | 2:22-cv-00029 | Napoli Shkolnik PLLC |
| Thomas, Sueanne | Robert Bell et al v. 3M Company, et al. | 2:22-cv-00021 | Napoli Shkolnik PLLC |
| Thompson, Bernal | Martin Self et al v. 3M Company, et al. | 2:22-cv-00307 | Napoli Shkolnik PLLC |
| Thompson, Clarence | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |

| | | | |
|---|---|---|---|
| Thompson, Jody | James Rhodes et al. v. 3M Company, et al. | 2:22-cv-00032 | Napoli Shkolnik PLLC |
| Tibbs, James | Carl Anderson et al v. 3M Company, et al. | 2:22-cv-00031 | Napoli Shkolnik PLLC |
| Tiberio, Tracy | Benjamin Sanchez et al v. 3M Company, et al. | 2:22-cv-00029 | Napoli Shkolnik PLLC |
| Timmons, Jonathan | Benjamin Sanchez et al v. 3M Company, et al. | 2:22-cv-00029 | Napoli Shkolnik PLLC |
| Tindell, Joseph | Carol Moore, et al v. 3M Company, et al. | 2:22-cv-00023 | Napoli Shkolnik PLLC |
| Tolbert, Paul | Calvin Blythe el a. v. 3M Company, et al. | 2:22-cv-02231 | Napoli Shkolnik PLLC |
| Torres, Gilbert | Jessica Hardison et al. v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Tressler, Daniel | Glenn Bozant, et al. v. 3M Company, et al. | 2:22-cv-02478 | Napoli Shkolnik PLLC |
| Turney, Robery | CALVIN BLYTHE et al. v. 3M Company, et al. | 2:22-cv-02231 | Napoli Shkolnik PLLC |
| Underwood, Bernie | Jessica Hardison et al. v. 3M Company, et al. | 2:22-cv-02476 | Napoli Shkolnik PLLC |
| Underwood, Tyrone | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Vance, Herbert | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Varnado, Winston | Martin Self et al v. 3M Company, et al. | 2:22-cv-00307 | Napoli Shkolnik PLLC |
| Veal, Donald | Joseph Williams et al v. 3M Company, et al. | 2:22-cv-02479 | Napoli Shkolnik PLLC |
| Vickery, James | Martin Self et al v. 3M Company, et al. | 2:22-cv-00307 | Napoli Shkolnik PLLC |
| Vincent, Michael | Eddie Burrow et. al. v. 3M Company, et al. | 2:22-cv-00305 | Napoli Shkolnik PLLC |
| Voisin, Peter | Martin Self et al v. 3M Company, et al. | 2:22-cv-00307 | Napoli Shkolnik PLLC |
| Waddell, Earl | Calvin Blythe et al. v. 3M Company, et al. | 2:22-cv-02231 | Napoli Shkolnik PLLC |
| Wales, Edward | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Walker, Jan | Carl Anderson et al v. 3M Company, et al. | 2:22-cv-00031 | Napoli Shkolnik PLLC |
| Walker, Kevin | Carl Anderson et al v. 3M Company, et al. | 2:22-cv-00031 | Napoli Shkolnik PLLC |
| Walker, Larry | Alfred Valdez et al v. 3M Company, et al. | 2:22-cv-00020 | Napoli Shkolnik PLLC |
| Wallace, Bruce | Luke Able, et al v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Walton, Ian | Glenn Bozant, et al. v. 3M Company, et al. | 2:22-cv-02478 | Napoli Shkolnik PLLC |
| Wanke, Timothy | Martin Self et al v. 3M Company, et al. | 2:22-cv-00307 | Napoli Shkolnik PLLC |
| Wanmer, Robert | Benjamin Sanchez et al v. 3M Company, et al. | 2:22-cv-00029 | Napoli Shkolnik PLLC |
| Waters, Edwin | Gregory Alford et al v. 3M Company, et al. | 2:22-cv-00025 | Napoli Shkolnik PLLC |
| Wehrmann, Freddie | Benjamin Sanchez et al v. 3M Company, et al. | 2:22-cv-00029 | Napoli Shkolnik PLLC |
| White, Dixie | Martin Self et al v. 3M Company, et al. | 2:22-cv-00307 | Napoli Shkolnik PLLC |
| White, Dolores | Martin Self et al v. 3M Company, et al. | 2:22-cv-00307 | Napoli Shkolnik PLLC |
| White, Ronald | Benjamin Sanchez et al v. 3M Company, et al. | 2:22-cv-00029 | Napoli Shkolnik PLLC |
| Whittaker, Chester | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Wiley, Derrick | Calvin Blythe et al. v. 3M Company, et al. | 2:22-cv-02231 | Napoli Shkolnik PLLC |
| Wiliams, Roy | Martin Self et al v. 3M Company, et al. | 2:22-cv-00307 | Napoli Shkolnik PLLC |

| | | | |
|---|---|---|---|
| Wilkins, Lewis | Robert Vest et al v. 3M Company, et al. | 2:22-cv-00024 | Napoli Shkolnik PLLC |
| Willard, Gary | Martin Self et al v. 3M Company, et al. | 2:22-cv-00307 | Napoli Shkolnik PLLC |
| Williams, Eddie | Benjamin Sanchez et al v. 3M Company, et al. | 2:22-cv-00029 | Napoli Shkolnik PLLC |
| Williams, Frank | Benjamin Sanchez et al v. 3M Company, et al. | 2:22-cv-00029 | Napoli Shkolnik PLLC |
| Williams, Joseph | Joseph Williams et al. v. 3M Company, et al. | 2:22-cv-02479 | Napoli Shkolnik PLLC |
| Williams, Lawana | Robert Vest et al v. 3M Company, et al. | 2:22-cv-00024 | Napoli Shkolnik PLLC |
| Williams, Maclarry | Glenn Bozant, et al. v. 3M Company, et al. | 2:22-cv-02478 | Napoli Shkolnik PLLC |
| Wiseman, Amber | Amber Wiseman v. 3M Company, et al | 2:22-cv-01696 | Napoli Shkolnik PLLC |
| Wolf, Thomas | Martin Self et al v. 3M Company, et al. | 2:22-cv-00307 | Napoli Shkolnik PLLC |
| Wood, Paul | Campbell, et al. v. 3M Company | 2:22-cv-01930 | Napoli Shkolnik PLLC |
| Wooden, Oscar | Eddie Burrow et. al. v. 3M Company, et al. | 2:22-cv-00305 | Napoli Shkolnik PLLC |
| Woods, Robert | Benjamin Sanchez et al v. 3M Company, et al. | 2:22-cv-00029 | Napoli Shkolnik PLLC |
| Worley, Glenn | Martin Self et al v. 3M Company, et al. | 2:22-cv-00307 | Napoli Shkolnik PLLC |
| Wratchford, Richard | Carl Anderson et al v. 3M Company, et al. | 2:22-cv-00031 | Napoli Shkolnik PLLC |
| Wright, Ervin | Martin Self et al v. 3M Company, et al. | 2:22-cv-00307 | Napoli Shkolnik PLLC |
| Wright, Willard | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Yaple, Kyle | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Young, Donald | Guevara, et al. v. 3M Company, et al. | 2:22-cv-01611 | Napoli Shkolnik PLLC |
| Young, Larry | Benjamin Sanchez et al v. 3M Company, et al. | 2:22-cv-00029 | Napoli Shkolnik PLLC |
| Young, Steven | Luke Able, et al. v. 3M Company, et al. | 2:22-cv-01287 | Napoli Shkolnik PLLC |
| Young, William | Eddie Burrow et. al. v. 3M Company, et al. | 2:22-cv-00305 | Napoli Shkolnik PLLC |