IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>This Document relates to:<br><br>*City of Stuart, FL, v. 3M Company et al.*, No. 2:18-cv-03487 |

**DEFENDANTS' OMNIBUS OPPOSITIONS TO PLAINTIFFS' MOTIONS IN LIMINE EXHIBIT LIST**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Deposition of Larry Zobel, August 6, 2020 (excerpts)[1] |
| 2 | Expert Report of Anthony Brown, March 18, 2022 |
| 3 | Expert Report of Jonathan W. Martin, March 18, 2022 |
| 4 | Expert Report of Christopher P. Higgins, March 18, 2022 |
| 5 | Expert Report of Caroline Tuit, April 28, 2022 |
| 6 | Expert Report of Adam H. Love, April 28, 2022 |
| 7 | Expert Report of Tiffany Thomas, April 29, 2022 |
| 8 | Deposition of Linda S. Birnbaum, May 24, 2022 (excerpts) |
| 9 | Deposition of Michael Woodside, January 20, 2022 (excerpts) |
| 10 | Expert Report of Ronald K. Berryhill, March 18, 2022 |
| 11 | Deposition of David Peters, April 4, 2023 (excerpts) |
| 12 | Deposition of Dale Bacon, September 23, 2020 (excerpts) |

---

[1] Excerpts of particularly long documents are provided for the Court's convenience; full length copies can be provided on request.