**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG <br><br> **This Document relates to**: <br><br> *City of Stuart, FL, v. 3M Company et al.,* No. 2:18-cv-03487 |

**OMNIBUS DEFENSE WITNESS LIST**

Pursuant to CMO 19-G(V)(A), Defendants The 3M Company, Chemguard, Inc., The Chemours Company, The Chemours Company FC, LLC, Clariant Corporation, E.I. du Pont de Nemours & Company, Kidde-Fenwal Inc., National Foam Inc., and Tyco Fire Products LP (collectively, "Defendants") hereby submit this Omnibus Defense Witness List.

Defendants submit this witness list expressly reserving all rights, including the right to supplement or amend this list whether in response to the dismissal or settlement of any Defendant or otherwise. Defendants may also call (1) any witnesses necessary to establish the authenticity or admissibility of any document; (2) any witnesses identified on any witness list submitted by Plaintiff; and/or (3) any witnesses necessary for impeachment or rebuttal.

| **Name** | **Will Call** | **May Call** | **Live** | **By Deposition** |
|---|---|---|---|---|
| Barbara Beck | X | | X | |
| Martina Bowen | X | | X | |
| Jeff Davis | X | | X | |
| John Dorsey | X | | X | |
| John Dowling | X | | X | |
| Avram Frankel | X | | X | |
| Steven Hart | X | | X | |
| Kurt Herman | X | | X | |
| Mitch Hubert | X | | X | |
| Dennis Kennedy | X | | | X |
| Karl Killian | X | | X | |
| Stephen Korzeniowski | X | | X | |
| Adam Love | X | | X | |
| Jack Poole | X | | X | |
| Anne Regina | X | | X | |
| Tiffany Thomas | X | | X | |
| Joseph Thrasher | X | | X | |
| | | | | |
| Dominik Alexander | | X | X | |
| Dayna Anderson | | X | X | |
| David Ash | | X | X | X |
| Robert Buck | | X | X | X |
| Daria Church | | X | X | |
| Sarah Cohen | | X | X | |
| Samuel Cohen | | X | X | |
| Tom Cortina | | X | X | |

| Name | Will Call | May Call | Live | By Deposition |
|---|---|---|---|---|
| Robert Darwin | | X | | X |
| Robert DeMott | | X | X | |
| David Dyal | | X | X | X |
| David Dyess | | X | X | X |
| Joe Egan | | X | X | |
| James Engman | | X | X | X |
| John Farley | | X | | X |
| Vincent Felicione | | X | X | X |
| Stephen Getty | | X | X | |
| Nigel Goulding | | X | X | |
| Chetan Jariwala | | X | X | |
| Charles Kiester | | X | | X |
| Kenneth Marcus | | X | X | X |
| Martha Marrapese | | X | X | |
| Mark Miller | | X | | X |
| Jaime Moreno | | X | X | |
| Michael Mortell | | X | X | X |
| Robert Nelson | | X | X | |
| Richard Newmark | | X | | X |
| Paul Nicoletti | | X | X | X |
| Philip Novac | | X | | X |
| Jonathan Pennington | | X | X | |
| David Peters | | X | X | X |
| Diane Picho | | X | X | |
| David Plant | | X | X | X |
| Graham Pratt | | X | X | X |
| Maureen Reitman | | X | X | |
| Robert Rickard | | X | X | |
| John Scarborough | | X | X | |
| Rosalind Schoof | | X | X | |
| Romain Severac | | X | X | |
| Hank Shaefer | | X | X | |
| John Shaw | | X | X | |
| Shane Snyder | | X | X | |
| William Spence | | X | X | X |
| Martin Stephan | | X | X | |
| Brian Titus | | X | X | X |
| Caroline Tuit | | X | X | |
| Gregg Ublacker | | X | X | X |
| John Vieweger | | X | X | X |
| Timothy Voelker | | X | | X |
| George Volker | | X | X | X |
| William Weppner | | X | X | X |
| Michael Woodside | | X | X | X |

| Name | Will Call | May Call | Live | By Deposition |
|---|---|---|---|---|
| Larry Zobel | | X | X | X |

Dated: April 7, 2023                                         Respectfully submitted,


/s/ *Michael A. Olsen*

Michael A. Olsen                                             Brian Duffy
Mayer Brown LLP                                              Duffy & Young LLC
71 South Wacker Drive                                        96 Broad Street
Chicago, IL 60606                                            Charleston, SC 29401
P: (312) 701-7120                                            P: (843) 720-2044
F: (312) 706-8742                                            F: (843) 720-2047
molsen@mayerbrown.com                                        bduffy@duffyandyoung.com


Joseph G. Petrosinelli                                       /s/ *David E. Dukes*
Williams & Connolly LLP
680 Maine Ave. SW                                            David E. Dukes
Washington, DC 20024                                         Nelson Mullins Riley & Scarborough LLP
P: (202) 434-5547                                            1320 Main Street, 17th Floor
F: (202) 434-5029                                            Columbia, SC 29201
jpetrosinelli@wc.com                                         P: (803) 255-9451
                                                             F: (803) 256-7500
                                                             david.dukes@nelsonmullins.com


*Co-Lead Counsel for Defendants*                             *Co-Liaison Counsel for Defendants*

Beth A. Wilkinson                                            Robert H. Jordan
Brian L. Stekloff                                            Steven D. Weber
Wilkinson Stekloff LLP                                       Parker, Poe, Adams & Bernstein LLP
2001 M Street NW, 10th Floor                                 850 Morrison Drive – Suite 400
Washington, DC 20036                                         Charleston, SC 29403
P: (202) 847-4000
F: (202) 847-4005                                            *Counsel for Clariant Corporation*

Brian Duffy                                                  Keith E. Smith
Duffy & Young LLC                                            Greenberg Traurig, LLP
96 Broad Street                                              Three Logan Square
Charleston, SC 29401                                         1717 Arch Street, Suite 400
P: (843) 720-2044                                            Philadelphia, PA 19103
F: (843) 720-2047                                            T +1 215.988.7843
bduffy@duffyandyoung.com                                     smithkei@gtlaw.com

*Counsel for 3M Company*                                     *Counsel for National Foam*

John Cerreta
Keith Bensten
Jonathan Handler
Day Pitney LLP
One International Place
Boston, MA 02110
P: (617) 345-4734

Robert J. Giuffra, Jr.
Justin J. DeCamp
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
P: (212) 558-4776
F: (212) 291-9634

*Counsel for Kidde-Fenwal, Inc.*

Molly H. Craig
James B. Hood
Virginia Rogers Floyd
Hood Law Firm, LLC
172 Meeting Street
Post Office Box 1508
Charleston, SC 29402
P: (843) 577-4435
Molly.craig@hoodlaw.com
James.hood@hoodlaw.com
Virginia.floyd@hoodlaw.com

Brent Dwerlkotte
Amy M. Crouch
Jennifer Hackman
Shook Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108
P: (816) 474-6550
dbdwerlkotte@shb.com
amcrouch@shb.com
jhackman@shb.com

*Attorneys for Defendants E.I. du Pont de Nemours and Company (now known as "EIDP, Inc."), The Chemours Company, and The Chemours Company FC, LLC*

Joseph G. Petrosinelli
Liam J. Montgomery
Jessica L. Pahl
Williams & Connolly LLP
680 Maine Ave SW
Washington, DC 20024

David E. Dukes
Amanda S. Kitts
Nelson Mullins Riley & Scarborough LLP
1320 Main Street / 17th Floor
Columbia, SC 29201

*Counsel for Tyco Fire Products LP and Chemguard, Inc.*