UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2:18-mn-2873<br><br>This Document Relates to:<br>Barry et al. v. 3M et al. 2:23-cv-00023-RMG |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF ROBERT BERGER

It is hereby Stipulated and Agreed by Robert Berger and through his counsel, Environmental Litigation Group, P.C., and the Defendants herein, by and through the Defense Leadership Counsel that the parties have agreed to dismissal without prejudice of Plaintiff Robert Berger's action. This stipulation of dismissal is effective only to the claims of Robert Berger and does not have any effect on other claims.

It is further Stipulated and Agreed that the parties shall each bear their own attorney's fees and costs.

Dated: April 12, 2023

| | |
|---|---|
| Environmental Litigation Group, P.C. | Defense Leadership Counsel |
| By:*/s/ Gary A. Anderson*<br>Gary A. Anderson<br>Gregory A. Cade<br>Kevin B. McKie<br>ENVIRONMENTAL LITIGATION GROUP, P.C.<br>2160 Highland Avenue South<br>Birmingham, AL 35205<br>gary@elglaw.com<br>(205) 328-9200 | By:*/s/ Joseph G. Petrosinelli*<br>Joseph G. Petrosinelli (Defendants' Co-Lead Counsel)<br>Williams & Connolly LLP<br>725 Twelfth St., N.W.<br>Washington DC 20005<br>jpetrosinelli@wc.com<br>(202) 434-5547<br><br>Michael A. Olsen (Defendants' Co-Lead Counsel)<br>Mayer Brown LLP<br>71 South Wacker Drive |

Chicago, IL 60606
molsen@mayerbrown.com
(312) 782-0600

David E. Dukes (Defendants' Co-Liaison Counsel)
Nelson Mullins Riley & Scarborough LLP
1320 Main Street / 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC 29201
David.dukes@nelsonmullins.com
(803) 799-2000

Brian C. Duffy (Defendants' Co-Liaison Counsel)
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
bduffy@duffyandyoung.com
(843) 720-2044

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2023, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/* Gary A. Anderson
Gary A. Anderson