# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2873<br><br>This Document Relates to:<br><br>*The People of the State of California v. 3M Company et al.,*<br>Case No. 4:22-cv-09001-HSG (N.D. Cal.) |

## NOTICE OF PENDING MOTION TO REMAND

Pursuant to Case Management Order No. 2, ¶ 41, please take notice that a Motion for Remand filed by Plaintiff the People of the State of California was pending at the time this action was ordered transferred to this Court from the United States District Court for the Northern District of California. The Motion for Remand and related briefing appear on that docket as Dkt. No. 22. Defendants' Opposition to Plaintiff's Motion for Remand and Plaintiff's Reply Brief in Support of Motion for Remand appear on the Court's docket as Dkt. Nos. 32 and 33, respectively.

Dated: April 13, 2023

*/s/ Nicholas G. Campins*
NICHOLAS G. CAMPINS

**CALIFORNIA DEPARTMENT OF JUSTICE**
ROB BONTA
Attorney General of California
EDWARD H. OCHOA (SBN 144842)
Senior Assistant Attorney General
SARAH E. MORRISON (SBN 143459)
Supervising Deputy Attorney General
NICHOLAS G. CAMPINS (SBN 238022)
TATIANA K. GAUR (SBN 246227)
STEPHANIE C. LAI (SBN 242959)
Deputy Attorneys General
1515 Clay Street, 20th Floor
Oakland, CA 94612
Telephone: (510) 879-0801
Fax: (510) 622-2270
Email: Nicholas.Campins@doj.ca.gov

*Attorneys for the People of the State of California, ex rel. Rob Bonta, Attorney General of California*

**CERTIFICATE OF SERVICE**

I certify that I caused the foregoing to be filed via the CM/ECF system this 13th day of April, 2023, which will automatically send email notifications to all counsel of record.

*/s/ Nicholas G. Campins*
NICHOLAS G. CAMPINS