UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>This Document relates to:<br>ALL CASES |

**CONSENT MOTION TO EXTEND THE BRIEFING SCHEDULE TO FILE THE PLAINTIFFS' EXECUTIVE COMMITTEE'S MOTION TO COMPEL**

Pursuant to Local Civil Rule 6.01, the parties move by consent for a second extension of time for the Plaintiffs' Executive Committee ("PEC") to file a renewed Motion to Compel the Production of Documents from Defendants E. I. du Pont de Nemours and Company, The Chemours Company and The Chemours Company FC, LLC ("Defendants"), pursuant to this Court's Order on Defendants' Motion for Reconsideration (the "Order," ECF 2844).

On April 4, 2023, this Court extended the time given to the PEC to file a motion to compel to April 17, 2023, on joint motion of the parties (the "Joint Motion"). ECF 2944. As explained in the Joint Motion, Defendants have agreed to produce additional documents, which will narrow the dispute over remaining documents. ECF 2936. The parties are continuing to meet and confer in an effort to narrow or resolve their outstanding disputes without Court intervention. The parties believe that an additional two-week extension until May 1, 2023 of the PEC's deadline to file a motion to compel will enable the parties to complete the meet and confer process.

The extension would not affect the deadlines for any other parties or claims in this litigation. The pending productions relate to Plaintiffs' fraudulent transfer claims against these Defendants. The Court has entered the Stipulation Regarding Fraudulent Transfer Claims Deadlines setting out a separate discovery deadline governing Plaintiffs' fraudulent transfer

1

claims. *See* CMO 23. The parties previously agreed that they would seek an extension of the discovery deadlines after the PEC's Motion to Compel was decided, *see* ECF 2329, in a motion that this Court granted by text order, ECF 2353. The PEC's Motion to Compel was decided by an order of this Court dated December 1, 2022, which was modified by the Order. The extension would not affect any other deadlines in this litigation. *See* CMO 23 at ¶ 2.

For the reasons set forth above, the parties respectfully move the Court for a brief extension of time from April 17, 2023 until May 1, 2023, for the PEC to file a motion to compel, if necessary, after the parties complete the meet and confer process. Counsel for Defendants have consented and authorized counsel for Plaintiffs to include counsel for Defendants' electronic signature on this consent motion.

Dated: April 17, 2023                          Respectfully Submitted,

By: /s/ *Fred Thompson*
Fred Thompson
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
P: (843) 216-9000
Fax: 843-216-9440
fthompson@motleyrice.com

*Plaintiffs' Liaison Counsel*

-and-

/s/ *Michael A. London*
Michael A London
Douglas and London PC
59 Maiden Lane 6th Floor
New York, NY 10038
P: (212)-566-7500
F: (212)-566-7501
mlondon@douglasandlondon.com

Paul J. Napoli
Napoli Shkolnik PLLC
1301 Avenue of The Americas, 10th Floor
New York, NY 10019
P: (212)-397-1000
F: (646)-843-7603
pnapoli@napolilaw.com

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
P: (214)-521-3605
ssummy@baronbudd.com

*Co-lead Counsel for Plaintiffs*

**WE CONSENT**

By: /s/ *Katharine A. Roin*

John S. Phillips (CO No. 24884)
Katherine L.I. Hacker (CO No. 46656)
BARTLIT BECK LLP
1801 Wewatta St., 12th Floor
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140
john.phillips@bartlitbeck.com
kat.hacker@bartlitbeck.com

Katharine A. Roin (IL No. 6302872)
Joshua P. Ackerman (IL No. 6317777)
BARTLIT BECK LLP
54 W. Hubbard St.
Chicago, IL 60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440
kate.roin@bartlitbeck.com
joshua.ackerman@bartlitbeck.com

John C. Moylan, III (Fed. I.D. # 5431)
Matthew T. Richardson (Fed. I.D. #7791)
Alice W. Parham Casey (Fed. I.D. #9431)
Mary Lucille Dinkins (Fed. I.D. #11961)
WYCHE, P.A.
807 Gervais St., Suite 301
Columbia, SC 29201
Telephone: (803) 254-6542
Facsimile: (803) 254-6544
jmoylan@wyche.com
mrichardson@wyche.com
tcasey@wyche.com
ldinkins@wyche.com

*Counsel for Defendant E.I. du Pont de Nemours and Company on the fraudulent transfer claims*

/s/ *Margaret Raymond Flood*
Margaret Raymond Flood
Norris McLaughlin
400 Crossing Boulevard, 8th Floor
Bridgewater, NJ 08807
P: (908) 722-0700
mraymondflood@norris-law.com

*Counsel for Defendants The Chemours Company and The Chemours Company FC, LLC on the fraudulent transfer claims*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 17, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/ Fred Thompson, III
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
P: (843) 216-9000
Fax: 843-216-9440
fthompson@motleyrice.com

*Plaintiffs' Liaison Counsel*
