# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br><br>**This Document relates to**<br>*City of Stuart, Florida v. 3M Company, et al.,* **2:18-cv-03487-RMG** |

Before the Court is the Plaintiff's motion to seal certain exhibits to their Oppositions to Defendant 3M Company's motions in limine, Defendant E.I. du Pont de Nemours and Company's, the Chemours Company's, and the Chemours Company FC LLC's omnibus motions in limine, Defendants' omnibus motions in limine, and the Telomer Defendants' motion in limine and to redact those oppositions to the extent they refer to those sealed exhibits. (Dkt. No. 2965).

The exhibits at issue have been designated by Plaintiffs or Defendants "Confidential" or "Highly Confidential" under the parties' protective order. (Dkt. No. 1523). Sealing or redaction is required to comply with the protective order.

Plaintiff's Motion to Seal complies with the protocol set forth in Case Management Order No. 17 and provides the notices and opportunity required by the governing law and Local Rule. The Court has reviewed *in camera* the information sought to be sealed. Having weighed the public right of access against competing interests—and except for certain documents discussed below— the Court finds that sealing or redaction are warranted here. Sealing or redaction are furthermore the least drastic method of protecting the information in light of its substance and formatting.

Regarding Exhibits F, G, and H, (Dkt. No. 2965-1 at 4) from Plaintiff's opposition to E.I. du Pont de Nemours and Company's, the Chemours Company's, and the Chemours Company FC

LLC's omnibus motions in limine, however, the Court denies the motion to seal as said documents are published court orders.

Plaintiff's Motion to Seal (Dkt No. 2965) is **GRANTED IN PART AND DENIED IN PART**. Plaintiff is directed to file on the docket, under seal, unredacted versions of their oppositions with accompanying exhibits. Plaintiff is directed to provide Exhibits F, G, and H from Plaintiff's opposition to E.I. du Pont de Nemours and Company's, the Chemours Company's, and the Chemours Company FC LLC's omnibus motions in limine to the Clerk so that said documents can be publicly filed on the docket.

**AND IT IS SO ORDERED.**

s/Richard Mark Gergel
Richard Mark Gergel
United States District Judge

April 20, 2023
Charleston, South Carolina