**JUDGE RICHARD M. GERGEL**
**JURY SELECTION INSTRUCTIONS**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON AND BEAUFORT DIVISIONS**

Please take notice that **JURY SELECTION has been set for case 2:18-cv-03487-RMG**.

**Trial will begin immediately following the jury selection**.

Please see the ECF Notice of Electronic Filing for the specific jury selection and trial dates per CMO No. 19.F (and CMO No. 19.G Supplemental).

***Parties should be present no later than 9:00 AM. Jury Selection will begin at 10:00 AM.

Courtroom #6, U.S. Courthouse, 85 Broad Street, Charleston, S.C.

**JUROR QUESTIONNAIRES** will be available to counsel of record through CM/ECF on May 24, 2023.

To obtain access to the jury list and juror questionnaires: COMPLETE and FILE the Juror Questionnaire Request Form (located on the Court's website). The information contained within these documents shall be used solely for evaluating potential jurors for jury service and is not to be used or distributed for any other purpose.  Any person wanting to obtain this information for any other purpose must petition the Court for a hearing.  If you have any questions about this procedure, please call the Jury Administrator at (803) 253-3198.

Attorneys are required to **CONFER AND SUBMIT A JOINT LIST OF POTENTIAL STRIKES FOR CAUSE** using the attached **Strikes for Cause** form. This form must be submitted to chambers by e-mail no later than*__8:00 AM on Wednesday, May 31, 2023__**.**

If chambers does not receive a form, you will be waiving your option to strike for cause.

**VOIR DIRE** requests and **REQUESTS TO CHARGE** shall be **filed** and **also submitted** to the Court with the pretrial brief, in accordance with the instructions provided in "SPECIAL INSTRUCTIONS FOR CASES BEFORE JUDGE RICHARD MARK GERGEL" (see directions for access below) __by May 12, 2023__**.**

**PLEASE NOTE: THE JUROR QUESTIONNAIRE INTERROGATORIES WILL NOT BE REPEATED AT JURY SELECTION.**

To access the forms and information referred to herein, please use the following directions:

- The web address is      http://www.scd.uscourts.gov/
- **Click** on *Judges*
- **Click** on *District Judges*
- **Scroll down** to *Judge Richard Mark Gergel*

Should you have any questions or need additional information concerning this jury selection notice, please contact Sandra Shealy (MDL/civil case administrator) at (843) 579-1406 or Crystal Perry (courtroom deputy) at (843) 579-1417 in the Charleston Clerk's Office.

BY DIRECTION OF THE COURT:

ROBIN L. BLUME, CLERK

UNITED STATES DISTRICT COURT

April 24, 2023

United States District Court for the District of South Carolina

The Honorable Richard Mark Gergel

<u>Strikes for Cause</u>

(Based on Responses from Court Questionnaires)

Case Name                                    Case Number

| Juror # | Juror Name | Question # at Issue | Concern (if not self-evident) | Parties Agree | Opposed By |
|---------|------------|---------------------|-------------------------------|---------------|------------|
|         |            |                     |                               | Y/N           | P/D        |
|         |            |                     |                               | Y/N           | P/D        |
|         |            |                     |                               | Y/N           | P/D        |
|         |            |                     |                               | Y/N           | P/D        |
|         |            |                     |                               | Y/N           | P/D        |
|         |            |                     |                               | Y/N           | P/D        |
|         |            |                     |                               | Y/N           | P/D        |
|         |            |                     |                               | Y/N           | P/D        |
|         |            |                     |                               | Y/N           | P/D        |
|         |            |                     |                               | Y/N           | P/D        |
|         |            |                     |                               | Y/N           | P/D        |
|         |            |                     |                               | Y/N           | P/D        |
|         |            |                     |                               | Y/N           | P/D        |
|         |            |                     |                               | Y/N           | P/D        |
|         |            |                     |                               | Y/N           | P/D        |
|         |            |                     |                               | Y/N           | P/D        |
|         |            |                     |                               | Y/N           | P/D        |

Attorneys must **<u>confer</u>** and use this form to **<u>submit a joint list</u>** of potential strikes for cause.
PLEASE E-MAIL THIS FORM TO:   gergel_ecf@scd.uscourts.gov
**<u>NO LATER THAN 8:00 AM ON WEDNESDAY, MAY 31, 2023</u>**