# EXHIBIT C

May 8, 2023

*City of Stuart, FL, v. 3M Company et al.*,
No. 2:18-cv-03487
**Plaintiff's Core Trial Exhibits**
**to which Defendants Have Remaining Objections Outside of Motion in Limine Objections**

| Ex. No. | Beg Bates | Description | Defendants' Remaining Objections |
|---|---|---|---|
| P1.AFFF0252 | 3M_AFFF_MDL02182920 | | 3M: Agree that it can be used at trial to the extent a proper foundation is laid under FRE 803(18). |
| P1.AFFF0254 | NF000108822 | | National Foam: 401, 403, HRS w/in HRS, Lobbying. |
| P1.AFFF0385 | 3M_MN00051484 | | 3M: Agree that it can be used at trial to the extent a proper foundation is laid under FRE 803(18). |
| P1.AFFF2057 | | | DuPont: 401, 403.  Ammonium Perfluorooctanoate TLV is irrelevant to AFFF. |
| P1.AFFF2067 | EID071436 | | DuPont: 401, 403. FC-143 is irrelevant to AFFF. |
| P1.AFFF2149 | EID599980 | | DuPont: 401, 403. FC-118 is irrelevant to AFFF. |
| P1.AFFF2269 | 3M_AFFF_MDL00238619 | | DuPont: 401, 403. FC-143 is irrelevant to AFFF. |
| P1.AFFF2436 | 3M_AFFF_MDL01591598 | | 3M: Hearsay as to handwriting. |
| P1.AFFF2489 | 3M_AFFF_MDL03251903 | | 3M: Hearsay because document is unauthored and undated and source of document is unclear.  Hearsay within hearsay because document cites statements of third parties. |
| P1.AFFF2492 | 3M_AFFF_MDL03374814 | | 3M: Hearsay because document is unauthored and undated.  Hearsay within hearsay because document reports statements of third parties. |
| P1.AFFF2498 | 3M_BELL00039544 | | 3M: Hearsay within hearsay and authenticity as to handwritten notes, including but not limited to pages 7, 11, 16-18, 22-32, 113-15. |
| P1.AFFF2693 | 3MPRODUCTSAMPLE0000001 | | 3M: Hearsay because report by third party group Eurofins. |
| P1.AFFF3168 | BEACHEDGE_00001405 | | DuPont: Hearsay; 401, 403 as to European regulations.  Document from witness file and is not a DuPont business record. |
| P1.AFFF3270 | FFFC002597 | | 3M: Hearsay because it is a statement of FFFC, which is not a party to this case. |
| P1.AFFF3427 | PENNA-NAVY-018348 | | DuPont: Hearsay  between Bowling, Atkins, and Dierdorf.  Would agree to redactions down to Korzeniowski. |
| P1.AFFF3692 | | Fire Fighting Foam Coalition. Fact Sheet on AFFF Fire Fighting Agents. Arlington, VA: Fire Fighting Foam Coalition; 2009. | 3M: 401 because FFFC is irrelevant to 3M.  Hearsay because third party (FFFC) publication.  Completeness because first page of document appears to be largely redacted.  Authenticity because source of document is not clear.<br><br>DuPont: Authenticity; Completeness (first page appears to be largely redacted). |
| P1.AFFF3922 | | National Toxicology Program (NTP). 2016. Monograph on Immunotoxicity Associated with Exposure to Perfluorooctanoic acid (PFOA) and perfluorooctane sulfonate (PFOS). Research Triangle Park, NC: National Toxicology Program. https://ntp.niehs.nih.gov/ntp/ohat/pfoa_pfos/pfoa_pfosmonograph_508.pdf). | 3M: Hearsay within hearsay as to discussion of third-party studies and statements, including but not limited to on pages 9-10, 23-29, 51-56. |
| P1.AFFF3925 | | National Toxicology Program website printout. 2021. Per- and polyfluoroalkyl substances (PFAS). | 3M: Hearsay within hearsay as to discussion of third-party studies and statements on pages 2-6. |
| P1.AFFF3948 | | Oiltechnics Fire Fighting Products. 2017. Fire fighting foam update. C6 foams. | 3M: Authenticity because source is unclear.  Hearsay because third-party document. |
| P1.AFFF4108 | | U.S. Environmental Protection Agency (EPA). Health Effects Support Document for Perfluorooctane Sulfonate (PFOS). May 2016. https://www.epa.gov/ground-water-and-drinking-water/drinking-water-health-advisories-pfoa-and-pfos. | 3M: Hearsay within hearsay as to discussion of third-party studies and statements, including but not limited to pages 31-50. |
| P1.AFFF4152 | | U.S. Environmental Protection Agency. Press Release. "EPA Advances Science to Protect the Public from PFOA and PFOS in Drinking Water." Nov. 16, 2021. Internet: https://www.epa.gov/newsreleases/epa-advancesscience-protect-public-pfoa-and-pfos-drinking-water. | DuPont: Hearsay and 403 (prejudicial). |
| P1.AFFF4245 | NF000075766 | | National Foam: 401, 403, HRS. |
| P1.AFFF4248 | FFFC002544 | | 3M: Hearsay because it is a statement of FFFC, which is not a party to this case. |

May 8, 2023

*City of Stuart, FL, v. 3M Company et al.*,
No. 2:18-cv-03487
**Plaintiff's Core Trial Exhibits**
**to which Defendants Have Remaining Objections Outside of Motion in Limine Objections**

| Ex. No. | Beg Bates | Description | Defendants' Remaining Objections |
|---|---|---|---|
| P1.AFFF4251 | 3M_AFFF_MDL03180750 | | 3M: Hearsay within hearsay as to statements by 3M.  DuPont: 401, 403. FC-143 is irrelevant to AFFF. |
| P1.AFFF4255 | 3MA00257421 - dupe | | 3M: Improper demonstrative. 403 because excerpts of document and deposition transcript are unduly prejudicial and confusing. Deposition transcript excerpts are subject to deposition designation objections. |
| P1.BB042 | 3MA00631017 | | DuPont: Rule 401, 403 FC-143 irrelevant to AFFF. |
| P1.BB050 | 3M_BELL03185977 | | 3M: Hearsay as to the entire document because it is not clear on its face what it is, who wrote it, or when. |
| P1.BB434 | 3MA00967406 | | 3M: Authentication and hearsay as to handwritten notes. |
| P1.BB526 | | | 3M: Hearsay as to 3M (this is a Dynax document). Relevance because Dynax has been dismissed. |
| P1.DL0004 | 3M_BELL00985788 | | 3M: Hearsay as to report by third party. Hearsay within hearsay as to statements by 3M including but not limited to pages 2-5. |
| P1.DL0006 | 3M_AFFF_MDL00234610 | | 3M: 403 and best evidence because pages 1-20 are illegible and confusing. Hearsay because some pages are unauthored and some pages are authored by third party (DuPont).  DuPont: Rule 401, 403 FC-143 irrelevant to AFFF. Illegible and confusing. |
| P1.DL0007 | 3M_MN02267863 | | 3M: Hearsay because letter from third party to third party. |
| P1.DL0008 | 3M_BELL00054589 | | 3M: Hearsay because document is unauthored and undated. Hearsay within hearsay because document cites statements of third parties. |
| P1.DL0009 | 3MA00967400 | | 3M: Hearsay, foundation, and authenticity as to handwriting. |
| P1.DL0013 | 3M_AFFF_MDL00080683 | | 3M: Hearsay because unauthored and no indication of source of document. Hearsay within hearsay to the extent the document is citing other sources. |
| P1.DL0018 | 3M_AFFF_MDL00499393 | | 3M: Hearsay because unauthored and no indication of source of document. Hearsay within hearsay to the extent the document is citing other sources. |
| P1.DL0029 | USEPA 15743 / WJB000002 | | DuPont: Rule 401, 403 FC-143 irrelevant to AFFF. |
| P1.DL0030 | EID917954 / GLK000699 | | DuPont: Rule 401, 403 FC-143 irrelevant to AFFF. |
| P1.DL0031 | 3M_BELL00039001 | | 3M: Hearsay bcause unauthored, undated; no indication of source of document. Hearsay within hearsay to the extent the document is citing other sources. incomplete because sources of footnotes are not provided. |
| P1.DL0032 | USEPA 15640 / RCG000172 | | DuPont: Rule 401, 403 FC-143 irrelevant to AFFF. |
| P1.DL0033 | 3M_BELL02610941 | | 3M: Hearsay within hearsay as to statements by other sources including ICI. |
| P1.DL0034 | EID918337 / GLK002093 | | DuPont: Rule 401, 403 FC-143 irrelevant to AFFF. |
| P1.DL0035 | | | 3M: Hearsay within hearsay as to statements by other sources. |
| P1.DL0037 | EID008492 | | DuPont: Rule 401, 403 FC-143 irrelevant to AFFF. |
| P1.DL0040 | 3M_BELL00039915 | | 3M: Completeness because file appears corrupted for example on page 4. |
| P1.DL0052 | 3M_BELL00848126 | | 3M: Hearsay because document is unauthored and undated, source of document is unclear, and contains unidentified handwriting. |
| P1.DL0060 | 3M_BELL00050765 | | 3M: Hearsay because letter from third party and as to handwriting. |
| P1.DL0086 | 3M_BELL02617361 | | 3M: Hearsay because document is undated, unauthored, and contains handwriting. |
| P1.DL0093 | Navy02-00002442 | | 3M: Hearsay because third party document (FFFC). 401 because FFFC is irrelevant to 3M. |
| P1.DL0094 | | Jönsson, J.E. Fact sheet on C6 fluorinated surfactants. www.fomtec.com. | 3M: Hearsay because third party document (Fomttec). |
| P1.DL0100 | AFFF-MDL-CHE-00001790 | | 3M: Hearsay because it is a statement of FFFC, which is not a party to the case. |
| P1.DL0147 | | P1.6723 (C8 MDL trials exhibit) | 3M: Agree that it can be used at trial to the extent a proper foundation is laid under FRE 803(18).  DuPont: Hearsay. |
| P1.DL0151 | | P1.8688 (C8 MDL trials exhibit) | 3M: Agree that it can be used at trial to the extent a proper foundation is laid under FRE 803(18). |
| P1.DL0273 | EID086757 / RCG000094 | | DuPont: Rule 401, 403 FC-143 irrelevant to AFFF. |
| P1.DL0284 | | | 3M: Authenticity as to the handwritten notes on page 1. |
| P1.DL0354 | 3M_BELL01945370 | | 3M: Hearsay and authenticity as to the handwritten notes on pages 1 and 2. |

May 8, 2023

City of Stuart, FL, v. 3M Company et al.,
No. 2:18-cv-03487
**Plaintiff's Core Trial Exhibits**
**to which Defendants Have Remaining Objections Outside of Motion in Limine Objections**

| Ex. No. | Beg Bates | Description | Defendants' Remaining Objections |
|---|---|---|---|
| P1.DL0358 | | Barboza D. "E.P.A. Says It Pressed 3M for Action on Scotchgard Chemical." New York Times. May 19, 2000. (original publication) | 3M: Authenticity and illegibility as to the entire document. |
| P1.DL0371 | | 10.2006 2010/15 PFOA Stewardship Program Guidance on Reporting Emissions and Product Content | 3M: 401/403 because it is a complex and technical EPA document about requirements for reporting emissions that are not relevant to this case and would confuse the jury into thinking there is widespread contamination or emissions outside of Stuart; Hearsay because it is a statement by EPA, which is not a party. |
| P1.DL0389 | US-Darwin-00010031 | | National Foam: 401, 403. Plaintiffs have stipulated that the only NF branded product at issue is Universal Gold. Document relates to a Manufacturing Procedure for a product other than Universal Gold. |
| P1.DL0390 | 3M_AFFF_MDL00579820 | | 3M: Hearsay because it is a statement of Clifford B. Hicks/Popular Mechanics, neither of which are parties to this case. |
| P1.DL0434 | | US2732398 | National Foam: Relevance: No allegations Chemguard FS-220B used by Stuart Fire Rescue, therefore irrelevant to this case; 401, 403, HRS; 602 HRS. Email exchange between 2 UK employees of UTC Fire & Security about foams manufactured in the UK and never sold in the US and about FS not used in Universal Gold. |
| P1.DL0446 | 3M_AFFF_MDL01306235 | | 3M: Authenticity and hearsay as to the handwritten notes on pages 1, 2, 4, 5, 6, 8, and 10. |
| P1.DL0447 | 3M_AFFF_MDL01306281 | | 3M: Authenticity and hearsay as to the handwritten notes on pages 3, 4, and 6. |
| P1.DL0452 | Kidde_Defendants_00251176 | | Kidde: 401, 403. This document is not relevant to any issues in dispute. The topic of the email -- the "buffer" in a formulation of AFFF not at issue -- is not relevant to this case. It will also be confusing for the jury and unduly prejudicial for the receipient of the email, Anne Regina, to be referred to as the "Queen of Foam" when (i) there is no evidence she was regularly referred to in that way; and (ii) the use of that appellation in this email has nothing to do with any of the issues in dispute. |
| P1.DL0454 | NF000613052 | | National Foam: 401, 403. Plaintiffs have stipulated that the only NF branded product at issue is Universal Gold. Document relates to a Manufacturing Procedure for a product other than Universal Gold. |
| P1.DL0455 | | EPA Technical Fact Sheet - Perfluorooctane Sulfonate (PFOS) and Perfluorooctanoic Acid (PFOA), November 2017 | 3M: Statements summarizing conclusions of studies are hearsay and should be treated under Rule 803(18). |
| P1.DL0460 | NF000455856 | | 3M: Hearsay within hearsay as to the apparent statements, on page 2, by "Tom" at the FFFC, nonparties to this case, about 3M having "created" the "legacy issues" with PFAS.<br><br>National Foam: FRE 401, 403, 602, Hearsay within Hearsay. |
| P1.DL0464 | NF000165533 | | National Foam: Plaintiff has agreed to withdraw (through Tate Kunkle); 401, 403, HRS. Email exchange among 3 UK employees of UTC Fire & Security about foams manufactured in the UK and never sold in the US.<br><br>Kidde: 401, 403, HRS w/in HRS. This email exchange relates to foams manufactured in the UK and never sold in the U.S. and is therefore not relevant and unfairly prejudicial for the reasons discussed regarding Exhibit P1.DL0462. It also contains embedded hearsay as it references a memo from an employee of the U.S. Navy and questions he had about the impact to telomer foams resulting from the EPA Stewardship Program. |
| P1.DL0466 | Kidde_Defendants_00091854 | | Kidde: 403, HRS w/in HRS. This document is unfairly prejudicial and inflammatory given that the discussion surrounding a testing protocol is not relevant. At deposition, plaintiff used the document principally to imply that the drafter of the email had made an insenstive joke. The document also contains embedded hearsay. |
| P1.DL0467 | NF000257454 | | National Foam: 401, 403, HRS w/in HRS. It is stipulated that the only National Foam product that could have potential contributed to any contamination in Stuart is Universal Gold. It is not disputed that National Foam used Forafac 1157N (a fluorosurfactant containing C8) up until April 10, 2015 when the conversion of Universal Gold to a C6 product was completed. This document impliedly relates to National Foam's continued use of Forafac 1157N in Universal Gold beyond the conversion date, which is not in question in this case and this email is therefore irrelevant and would be both confusing and unfairly prejudicial to show the jury. |
| P1.DL0468 | NF000415593 | | National Foam: 401, 403, HRS w/in HRS. It is stipulated that the only National Foam product that could have potential contributed to any contamination in Stuart is Universal Gold. It is not disputed that National Foam used Forafac 1157N (a fluorosurfactant containing C8) up until April 10, 2015 when the conversion of Universal Gold to a C6 product was completed. This document impliedly relates to National Foam's continued use of Forafac 1157N in Universal Gold beyond the conversion date, which is not in question in this case and this email is therefore irrelevant and would be both confusing and unfairly prejudicial to show the jury. |

May 8, 2023

*City of Stuart, FL, v. 3M Company et al.*,
No. 2:18-cv-03487
**Plaintiff's Core Trial Exhibits**
**to which Defendants Have Remaining Objections Outside of Motion in Limine Objections**

| Ex. No. | Beg Bates | Description | Defendants' Remaining Objections |
|---|---|---|---|
| P1.DL0469 | NF000415595 | | National Foam: 401, 403, HRS w/in HRS. It is stipulated that the only National Foam product that could have potential contributed to any contamination in Stuart is Universal Gold. It is not disputed that National Foam used Forafac 1157N up until April 10, 2015 when the conversion of Universal Gold to a C6 product was completed. This document impliedly relates to National Foam's continued use of Forafac 1157N in Universal Gold beyond the conversion date and the ability to sell a AFFF containing C8 in Latin America, which are not in question in this case and this email is therefore irrelevant and would be both confusing and unfairly prejudicial to show the jury. |
| P1.DL0470 | NF000415573 | | National Foam: 401, 403, HRS w/in HRS. It is stipulated that the only National Foam product that could have potential contributed to any contamination in Stuart is Universal Gold. It is not disputed that National Foam used Forafac 1157N (a fluorosurfactant containing C8) up until April 10, 2015 when the conversion of Universal Gold to a C6 product was completed. This document impliedly relates to National Foam's continued use of Forafac 1157N in Universal Gold beyond the conversion date, which is not in question in this case and this email is therefore irrelevant and would be both confusing and unfairly prejudicial to show the jury. |
| P1.DL0471 | NF000470314 | | National Foam: 401, 403, HRS w/in HRS. This document is dated after the last sale of any C8-containing Universal Gold to the City of Stuart, but pertains to National Foam's continued use of certain C8 containing fluorosurfactants in products other than Universal Gold, which is the only National Foam product at issue in this case. Therefore, this email is therefore irrelevant and would be both confusing and unfairly prejudicial to show the jury. |
| P1.DL0472 | Kidde_Defendants_00179722 | | Kidde: HRS w/in HRS. This document contains embedded hearsay as it contains references throughout to supposed statements made by Dynax employees to Kidde employees. Dynax is no longer a defendant in this action, and no hearsay exception applies. |
| P1.DL0479 | | Fire Fighting Foam Coalition State and Federal Legislation on AFFF (FFFC Website) | 3M: 401/403 as to this website capture which describes lobbying activities by FFFC, which is not a party to the case; Hearsay as to this website because it is statement by FFFC, which is not a party to the case. |
| P1.DL0485 | Kidde_Defendants_00069654 | | 3M: 401/403 and hearsay within hearsay as to the speculative and inflammatory comments throughout this email repeating sentiments of unidentified nonparties such as "[s]ome people here think that 3M is plotting a rebirth in the fire industry" and "[o]thers think this is another American plot to dominate the world."<br><br>Kidde: 403, HRS w/in HRS. This document contains embedded hearsay as it references the supposed contents of a "confidential paper," which is not otherwise identified and to which no exception to the hearsay rule applies. The document is also more prejudicial than probative. |
| P1.DL0490 | Kidde_Defendants_00067516 | | 3M: 403 as to the incomplete and misleading representation of the scientific data on PFOS and as to the inflammatory and gratuitous reference to human birth defects.<br><br>National Foam: FRE 401, 403.<br><br>Kidde: 403. Plaintiff has sought to use the "ugly babies" language in this document in an inflammatory way and misleading fashion, any potential relevance of this document is outweighed by prejudice. |
| P1.DL0497 | Kidde_Defendants_00251583 | | Kidde: 401, 403, HRS w/in HRS. Like P1.DL0462 and P1.DL0464, this document relates to a Kidde UK product which is not in question in this case and this email is therefore irrelevant and would be both confusing and unfairly prejudicial to show the jury. |
| P1.DL0519 | NF000063179 | | 3M: 401/403 as to the reference on page 1 to "an incident in a village in upstate NY that had an issue with PFOA contamination."<br><br>National Foam: FRE 401, 403. |
| P1.DL0806 | 3M_AFFF_MDL00647494 | | 3M: Hearsay as to the document which on its face has no date or author. |
| P1.DL0898 | 3MA00967775 | | 3M: Authenticity and hearsay as to the handwriting on pages 2-5. |
| P1.DL0934 | 3M_MN03423907 | | 3M: Authenticity and hearsay as to the handwriting on page 4. |
| P1.DL1052 | 3M_AFFF_MDL00016709 | | 3M: 401/403 as to the entire document because it concerns a different and irrelevant product (Scotchguard). |
| P1.DL1053 | 3M_BELL01443247 | | 3M: 401/403 as to the entire document because it concerns different and irrelevant products (FC-807 and FC-10); Authenticity and hearsay as to the handwriting on pages 3, 4, and 6. |
| P1.DL1056 | | | 3M: Authenticity (appears to be a demonstrative not an exhibit). |

4

May 8, 2023

*City of Stuart, FL, v. 3M Company et al.*,
No. 2:18-cv-03487
**Plaintiff's Core Trial Exhibits**
to which Defendants Have Remaining Objections Outside of Motion in Limine Objections

| Ex. No. | Beg Bates | Description | Defendants' Remaining Objections |
|---|---|---|---|
| P1.DL1114 | | FFFC Best Practice Guidance for Use of Class B Firefighting Foams (5.2016) | 3M: Hearsay because it is a statement of FFFC, which is not a party to the case. |
| P1.DL1115 | | FFFC Best Practice Guidance for Fluorinated Firefighting Foams | 3M: Hearsay because it is a statement of FFFC, which is not a party to the case. |
| P1.DL1130 | AFFFTC00717600 | | 3M: Hearsay because it is a statement of FFFC, which is not a party to the case. |
| P1.DL1221 | 3M_BELL00538605 | | 3M: 401 to the extent this includes production of products/chemistries not at issue in this case; Foundation, authenticity, and completeness as to the entirety of the document, the origin of which is unknown. |
| P1.DL1225 | 3M_BELL00538616 | | 3M: Foundation, authenticity, and completeness as to the incomplete and draft nature of the document that is missing sections (see, e.g., page 14). |
| P1.DL1229 | 3M_AFFF_MDL01064043 | | 3M: Authenticity and hearsay as to the handwriting on pages 1-2. |
| P1.DL1271 | | Transcript of Videotaped Deposition of Richard Newmark, PhD, October 23, 2019. In re Nylaan. | 3M: Object to admission of deposition transcript. |
| P1.DL1387 | 3M_AFFF_MDL00019951 | | 3M: Hearsay because document is unauthored and undated, and not made at or near the time of the events described. |
| P1.DL1391 | 3M_AFFF_MDL01789404 | | 3M: Hearsay objection for handwritten notes. |
| P1.DL1396 | 3M_AFFF_MDL00419759 | | DuPont: 401, 403 as FC-143 is irrelevant to AFFF. |
| P1.DL1422 | 3M_MN05367080 | | 3M: Rule 401 as it relates to page 4, which referencs products not at issue in this case. |
| P1.DL1423 | | EPA Risk Management for Per- and Polyfluoroalkyl Substances (PFAS) under TSCA printout | 3M: Hearsay as it is a website overview page from the EPA. |
| P1.DL1424 | 3M_BELL00039796 | | 3M: Hearsay as it is an unauthored, draft document. |
| P1.DL1425 | 3M_AFFF_MDL00118637 | | 3M: Hearsay: unauthored, draft document. |
| P1.DL1428 | | Perfluorooctanesulfonyl fluoride, CRCS, Inc., working draft | 3M: R401; R403; Hearsay 3rd party "working draft" document prepared w/ EPA funding. |
| P1.DL1487 | ARKEMAINC_AFFF0000012 | | 3M: Documents is from a third party and doesn't have to do with product at issue in this case; 401 and hearsay. |
| P1.DL1491 | AFFFTC00111678 | | 3M: Rule 401: Branded foam (Tyco) not at issue in this case. |
| P1.DL1570 | | Potential for Bioaccumulation demonstrative | 3M: Lawyer created demonstrative; not an exhibit or record. |
| P1.DL1571 | | Demonstrative of DL9 and DL1571 | 3M: Lawyer created demonstrative; not an exhibit or record. |
| P1.DL1573 | | | 3M: Hearsay because document is unauthored and undated. |
| P1.DL1574 | | Toxic demonstrative | 3M: Lawyer created demonstrative; not an exhibit or record. |
| P1.DL1577 | | Confidential Videotaped Deposition of Thomas DiPasquale, J.D., December 1, 2017, transcript excerpt | 3M: Deposition Transcript Excerpt, not a document or record. |
| P1.DL1696 | 3M_BELL00500527 | | 3M: Hearsay because document is unauthored and undated and source is unclear. |
| P1.DL1872 | AFFF-MDL-CHE-00005308 | | 3M: Hearsay because it is a statement of FFFC, which is not a party to the case. |
| P1.DL1909 | FFFC000059 | | 3M: Hearsay because it is a statement of FFFC, which is not a party to the case. |
| P1.DL1914 | AFFF-MDL-EID-06608864 | | 3M: Hearsay because it is a statement of FFFC, which is not a party to the case. |
| P1.DL1926 | FF_NAVY11_00327164 | | 3M: Hearsay because it is a statement of FFFC, which is not a party to this case. |
| P1.LP044 | 3M_BELL02717862 | | 3M: 401 as to the email attachment (pages 2-5) because it concerns another product (FM 4115). |
| P1.LP052 | 3M_AFFF_MDL00578922 | | 3M: Foundation, authenticity, and hearsay as to the entire exhibit, which lacks a date or author. |
| P1.LP053 | 3M_BELL01518421 | | 3M: Foundation, authenticity, and hearsay as to the entire exhibit, which lacks an author. |
| P1.LP057 | 3M_AFFF_MDL00046983 | | 3M: Foundation, authenticity, and hearsay as to the entire exhibit, which lacks an author. |
| P1.LP061 | 3M_BELL00054431 | | 3M: 401/403 because DiPasquale's "thinking" about how 3M was going to "use the SPI" is far afield from Stuart's claims and will be used to unfairly suggest the entire company shared DiPasquale's thinking. |
| P1.LP084 | 3M_AFFF_MDL00048903 | | 3M: Foundation, authenticity, and hearsay as to the entire exhibit, which lacks an author. |
| P1.LP184 | 3M_AFFF_MDL00030285 | | 3M: Hearsay; no author; undated; not established at Chetan's deposition; hearsay within hearsay for statements by Jennifer Fields from Oregon State University. |
| P1.LP240 | AFFFTC00218780 | | 3M: 401/403; Hearsay and authenticity; slides from ACS Meeting presentation given by non-party (Dynax Corporation); additional hearsay objections as to attachments to slides, including journal article and letter from Austrailian Minister to FFFC. |

May 8, 2023

*City of Stuart, FL, v. 3M Company et al.*,
No. 2:18-cv-03487
**Plaintiff's Core Trial Exhibits**
**to which Defendants Have Remaining Objections Outside of Motion in Limine Objections**

| Ex. No. | Beg Bates | Description | Defendants' Remaining Objections |
|---|---|---|---|
| P1.LP423 | | The 3M™ ScaleGard™ HP Reverse Osmosis System is now NSF 58 Certified | 3M: 401/403 -- Technical Update for 3M RO system unrelated to PFAS treatment not relevant to disputed issues; product is designed to clean water for hot and cold beverages. |
| P1.LP505 | | 3M ScaleGard HP Reverse Osmosis WaterFilter System 5629101 | 3M: Hearsay website printout from third party; 401/403 -- information for RO system unrelated to PFAS treatment not relevant to disputed issues; product is designed to clean water for hot and cold beverages; 401/403 as to references to pool and spa filters and furnace filters. |
| P1.LP519 | AFFFTC00196407 | | 3M: Hearsay statement by non parties (Tyco and Dynax); 401/403. |
| P1.LP520 | AFFFTC00196408 | | 3M: Hearsay and authenticity; slides from ACS Meeting presentation given by non-party (Dynax Corporation); 401/403. |
| P1.LP525 | AFFFTC00133287 | | 3M: Hearsay internal memo from non-party (Dynax); 401/403. |
| P1.LP750 | AMEREX_00445765 | | 3M: Hearsay email correspondence between nonparties (OSU and Solberg); 401/403. |
| P1.LP754 | 3M_AFFF_MDL00122279 | | 3M: Hearsay slide deck created by nonparty (Solberg). |
| P1.LP804 | NF000069664 | | DuPont: 401, 403: A presentation being made to Angus Fire, which markets AFFF to the European market. Because its discussion includes potential regulatory implications for Europe (and is being presented Angus Fire), it's irrelevant, confusing to the jury, and misleading. |
| P1.LP806 | NF000127224 | | National Foam: 401, 403. Email exchange with manager of sales for European products is irrelevant and discussion of "legislation" and views of others is therefore confusing and unduly prejudicial. |
| P1.LP811 | NF000008609 | | National Foam: 401, 403, HRS w/in HRS. This document is dated after the last sale of any C8-containing Universal Gold to the City of Stuart, but pertains to National Foam's continued use of certain C8 containing fluorosurfactants in products other than Universal Gold, which is the only National Foam product at issue in this case. Therefore, this email is therefore irrelevant and would be both confusing and unfairly prejudicial to show the jury. |
| P1.LP812 | NF000008619 | | National Foam: 401, 403, HRS w/in HRS. This document pertains to National Foam's continued use of certain C8 containing fluorosurfactants after the date that National Foam ceased using any C8 fluorosurfactant in Universal Gold, which is the only National Foam product at issue in this case This email is therefore irrelevant and would be both confusing and unfairly prejudicial to show the jury. |
| P2.DL1803 | WSP_Stuart_008000 | | 3M: Illegible.<br><br>DuPont: illegible. |
| P2.Stuart029 | | data | DuPont: Annotations for demonstrative purposes. |
| P2.Stuart126 | Stuart_2:18-cv-03487_00062390 | | 3M: Completeness (document appears to be cut off at p. 9) |
| P2.Stuart169 | Stuart_2:18-cv-03487_00774406 | | 3M: Authentication; hearsay; appears to be improper summary of AFFF sales created for purposes of litigation; hearsay within hearsay as to citations to deposition transcripts.<br><br>Kidde: FOD, HRS, 901, improper summary of AFFF sales created for purposes of litigation. |
| P2.Stuart234 | Stuart_2:18-cv-03487_00742686 | | 3M: Authentication; improper summary; hearsay; unauthored, undated, improper summary of damages apparently prepared for purposes of litigation.<br><br>DuPont: 401/403/1006 improper summary.<br><br>Kidde: 401, 403, FOD. |
| P2.Stuart239 | Stuart_2:18-cv-03487_00775762 | | DuPont: 401/403 unclear where document came from. |
| P2.Stuart240 | Stuart_2:18-cv-03487_00717735 | | 3M: Authentication; improper summary; hearsay; unauthored, undated improper summary of damages apparently prepared for purposes of litigation.<br><br>DuPont: 401/403/1006 improper summary. |
| P2.Stuart241 | Stuart_2:18-cv-03487_00775774 | | 3M: Improper summary; hearsay; hearsay within hearsay as to invoices; improper summary of damages apparently prepared for purposes of litigation.<br><br>DuPont: 401/403/1006 improper summary. |
| P2.Stuart243 | STUART_2:18-CV-03487_00775430 | | DuPont: Hearsay. |
| P2.Stuart686 | STUART_2:18-CV-03487_00775770 | | 3M: Authenticity and foundation as to the entirety of the document because it is not clear on its face what it is, who wrote it, or when. |

May 8, 2023

*City of Stuart, FL, v. 3M Company et al.*,
No. 2:18-cv-03487
**Plaintiff's Core Trial Exhibits**
**to which Defendants Have Remaining Objections Outside of Motion in Limine Objections**

| Ex. No. | Beg Bates | Description | Defendants' Remaining Objections |
|---|---|---|---|
| P2.Stuart701 | Stuart_2:18-cv-03487_00379072 | | Kidde: 401, 403. |
| P2.Stuart840 | STUART_2:18-CV-03487_00778086 | | 3M: Authentication; improper summary; hearsay; unauthored, undated improper summary of damages apparently prepared for purposes of litigation.<br><br>DuPont: 401/403/1006 improper summary.<br><br>Kidde: 401, 403, foundation. |
| P2.Stuart875 | | Town of Jupiter Staff Report for Comp Plan Text Amendment, dated 12/10/2019 | 3M: Authentication; 801 non-party document; Town of Jupiter Document plus consultant report of Town of Jupiter.<br><br>DuPont: 401/403 and hearsay. |

7