# Juror Questionnaire & List Request

File the completed form in the case using the event *Certification - Juror Questionnaire and List Request*

Judge: __Richard M. Gergel__   Jury Selection Date: __June 5, 2023__

Case Name and Number: __2:18-mn-2873, *City of Stuart, Florida v. 3M Company, et al.*, 2:18-cv-3487__

Name of Requester: __Tamarra Matthews Johnson, Esq.__

Phone #: __(202) 847-4020__

Relationship to Case:

- [x] Attorney For:    [ ] Plaintiff    [x] Defendant  3M Company
- [ ] Party:           [ ] Plaintiff    [ ] Defendant
- [ ] Other – Explain: _____

> The undersigned party hereby certifies that the juror questionnaires and lists and the information obtained therefrom are privileged and shall be kept confidential and shall not be shared with anyone other than the US Attorney or Federal Public Defender organization without written consent of the United States District Court. This information shall be used solely for evaluating potential jurors for service in this case and shall not be used for any other purpose. Further, the undersigned party certifies that immediately after trial, he or she will destroy all copies, whether paper or electronic, of completed juror questionnaires, juror lists, and any other documents containing information obtained from the complete juror questionnaires. Failure to adhere to the above requirements would be in violation of 28 U.S.C. § 1867 (f) and the District of South Carolina's Amended Jury Selection Plan Order.

/S/ __Tamarra Matthews Johnson__        __May 9, 2023__
Signature of Requester                    Date

File the completed form in the case using the event *Certification - Juror Questionnaire and List Request* to obtain access to Juror Questionnaires and Lists. Once approved access will be granted seven days prior to the scheduled jury selection. Please allow one hour for access to juror questionnaires attached to the initial notification to be granted.

Note: for requests docketed after 4:30 pm, access will be granted after 8:30 am the following business day.

**Clear Form**