**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**NOTICE OF APPEARANCE** |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

PLEASE TAKE NOTICE that the undersigned attorney, ADAM R. BREBNER, of the law firm Sullivan & Cromwell LLP, who pursuant to Case Management Order No. 1 is a member in good standing of the bar of the United States District Court for the Southern District of New York, hereby appears as additional counsel for Kidde-Fenwal, Inc.; Kidde PLC, Inc.; Raytheon Technologies Corporation, f/k/a United Technologies Corporation; Carrier Fire & Security Americas Corporation, f/k/a UTC Fire & Security Americas Corporation, Inc.; and Carrier Global Corporation.

Dated: May 10, 2023
     New York, New York

/s/ Adam R. Brebner
Adam R. Brebner
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
brebnera@sullcrom.com
Telephone:  (212) 558-4000
Facsimile:   (212) 558-3588

*Attorney for Kidde-Fenwal, Inc., Kidde PLC, Inc., Raytheon Technologies Corporation (f/k/a United Technologies Corporation), Carrier Fire & Security Americas Corporation (f/k/a UTC Fire & Security Americas Corporation, Inc.), and Carrier Global Corporation.*