IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCT LIABILITY LITIGATION**<br><br>This document relates to:<br><br>*City of Stuart, Florida v. 3M Company, et al.*<br>Case No. 2:18-cv-03487-RMG | MDL NO: 2:18-mn-2873-RMG<br><br>**NOTICE OF APPEARANCE FOR PLAINTIFFS** |

PLEASE TAKE NOTICE that the undersigned attorney, Neil ("Ned") E. McWilliams, enters his Notice of Appearance for Plaintiff in the above-referenced litigation. Per Case Management Order No. 1, Mr. McWilliams is authorized to practice in the United States District Court for the District of South Carolina because he is duly admitted to practice before at least one other United States District Court.

Dated: May 12, 2023

                                                                                     Respectfully submitted:

                                                                                     /s/*Neil E. McWilliams*
                                                                                      Neil E. McWilliams
                                                                                      **Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A.**
                                                                                      316 S. Baylen Street, Suite 600
                                                                                      Pensacola, FL 32502
                                                                                      Phone: (850) 435-7000
                                                                                      Fax: (850) 436-600
                                                                                      Email: nmcwilliams@levinlaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with this Court's CM/ECF on this 12th day of May, 2023 and was thus served electronically upon counsel of record.

/s/*Neil E. McWilliams*
Neil E. McWilliams
**Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A.**
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 436-600
Email: nmcwilliams@levinlaw.com