# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*All Cases* | MDL No. 2:18-mn-2873-RMG<br><br>**SUGGESTION OF BANKRUPTCY FOR KIDDE-FENWAL, INC. AND NOTICE OF AUTOMATIC STAY OF PROCEEDINGS** |

**PLEASE TAKE NOTICE** that, on May 14, 2023, Kidde-Fenwal, Inc. ("KFI" or the "Debtor")[1] filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101—1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). A copy of KFI's voluntary petition, Case No. 23-10638, Docket No. 1, is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that the Debtor's chapter 11 case (the "Chapter 11 Case") is pending before the Honorable Laurie Selber Silverstein.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362(a) of the Bankruptcy Code, the Debtor's filing of its voluntary petition "operates as a stay, applicable to all entities, of—"

> (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the

---

[1] The last four digits of Kidde-Fenwal, Inc.'s tax identification number are 5282. The Debtor's corporate headquarters is located at 400 Main Street, Ashland, Massachusetts 01721.

commencement of the case under this title; (2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title; [and] (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate. . . .

11 U.S.C. § 362(a)(1)–(3).[2]  No order has been sought or entered in the Chapter 11 Case granting any relief to any party from the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that any action taken against the Debtor without obtaining from the Bankruptcy Court relief from the automatic stay may be void *ab initio* and result in a finding of contempt for violation of the automatic stay.  Any party wishing to take action against the Debtor should contact the Debtor's counsel before taking any action in the captioned proceeding to ensure that such action does not constitute a violation of the automatic stay.  The Debtor reserves and retains all rights to seek relief in the Bankruptcy Court from any judgment, order, or ruling entered in violation of the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the Chapter 11 Case may be obtained free of charge by visiting the website of the Debtor's proposed claims and noticing agent at https://cases.stretto.com/KFI.  You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.ded.uscourts.gov (PACER login and password required) in accordance with the procedures and fees set forth therein.

---

[2] Nothing herein shall constitute a waiver of the Debtor's right to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims against any party to the above-captioned case.

-3-

Dated: May 14, 2023                                    Respectfully Submitted,

| | |
|---|---|
| Jonathan I. Handler | */s/ Robert J. Giuffra, Jr.* |
| jihandler@daypitney.com | Robert J. Giuffra, Jr. |
| Keith H. Bensten | giuffrar@sullcrom.com |
| kbensten@daypitney.com | Justin J. DeCamp |
| DAY PITNEY LLP | decampj@sullcrom.com |
| One Federal Street | Adam R. Brebner |
| Boston, Massachusetts 02110 | brebnera@sullcrom.com |
| T: (617) 345-4600 | Akash M. Toprani |
| F: (617) 345-4745 | toprania@sullcrom.com |
| | SULLIVAN & CROMWELL LLP |
| John W. Cerreta | 125 Broad Street |
| jcerreta@daypitney.com | New York, NY 10004 |
| DAY PITNEY LLP | T: (212) 558-4000 |
| 242 Trumbull Street | F: (212) 558-3588 |
| Hartford, Connecticut 06103 | |
| T: (860) 275-0665 | |
| F: (860) 881-2517 | |
| | *Counsel for Defendant Kidde-Fenwal, Inc.* |