# IN THE UNITED STATE DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **DAVID SHEPHERD** | |
| | MDL NO. 2:18-mn-2873-RMG |
| **Plaintiff,** | |
| | JUDGE RICHARD GERGEL |
| v. | |
| | CIVIL ACTION NO. 2:22-cv-03819-RMG |
| **3M COMPANY, ET AL.,** | |
| **Defendants.** | DIRECT FILED COMPLAINT AND JURY DEMAND PURSUANT TO CASE MANAGEMENT ORDER NO. 3 |

### PLAINTIFF'S MOTION FOR LEAVE TO SUBSTITUTE PARTIES AND FILE AMENDED COMPLAINT

COMES NOW Maggie Shepherd, by and through the undersigned counsel, and hereby files this Motion for Leave to Substitute Parties and File an Amended Complaint. In support, Plaintiff's counsel states the following:

1.  On November 2, 2022, David Shepherd filed this action in the District Court of South Carolina pursuant to the Court's Case Management Order ("CMO") No. 3.

2.  Mr. Shepherd died on April 12, 2023 as a result of the cancer at issue in this action.

3.  Mr. Shepherd is survived by his wife, Maggie Shepherd.

4.  Under Mo. Rev. Stat. § 537.080, commonly referred to as the "Missouri Wrongful Death Statute," Plaintiff's surviving spouse, Maggie Shepherd, is a Class 1 beneficiary and is therefore a proper party to bring this action.

1

5.　　Plaintiff thus moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Maggie Shepherd as the named party in place of David Shepherd.

6.　　Plaintiff further moves pursuant to Federal Rule of Civil Procedure 15(a)(2) to file the amended complaint to plead a wrongful death action. A copy of the amended complaint is attached hereto as Exhibit A.

7.　　The parties will not be prejudiced by the filing and there has been no undue delay or bad faith by Plaintiff.

8.　　Pursuant to Local Rule 7.02, Plaintiff's counsel affirms that prior to filing this motion, counsel contacted Defendant's Co-Liaison counsel, who stated that it consents to the filing of this motion.

9.　　Pursuant to CMO No. 2A, Plaintiff's counsel sought leave from Plaintiff's Co-Lead counsel to file this Motion. Plaintiff's Co-Lead counsel stated via email that it approved of the filing.

WHEREFORE, Plaintiff prays that this Court issue an Order granting leave to substitute parties and amend the complaint.

Dated: May 15, 2023　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Kevin M. Carnie Jr.*
　　　　　　　　　　　　　　　　　　　　**THE SIMON LAW FIRM, P.C.**
　　　　　　　　　　　　　　　　　　　　John G. Simon, #35231MO
　　　　　　　　　　　　　　　　　　　　Kevin M. Carnie Jr., #60979MO
　　　　　　　　　　　　　　　　　　　　Patrick R. McPhail, #70242MO
　　　　　　　　　　　　　　　　　　　　800 Market Street, Ste. 1700
　　　　　　　　　　　　　　　　　　　　St. Louis, MO  63101
　　　　　　　　　　　　　　　　　　　　(314) 241-2929
　　　　　　　　　　　　　　　　　　　　(314) 241-2029 Fax
　　　　　　　　　　　　　　　　　　　　jsimon@simonlawpc.com
　　　　　　　　　　　　　　　　　　　　kcarnie@simonlawpc.com
　　　　　　　　　　　　　　　　　　　　pmcphail@simonlawpc.com
　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing document was filed with the Clerk of Court on May 15, 2023 using the CM/ECF System, which allows for automatic service on all counsel of record.

<em>/s/ Kevin M. Carnie, Jr.</em>