## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCT LIABILITY LITIGATION | MDL NO.: 2:18-mn-2873-RMG<br><br>**This Document Relates to the following cases:**<br>**2:23-CV-00403-RMG** |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorneys, J. Scott Wood and Zackary Paal enter this Notice of Appearance for Defendant ALLSTAR FIRE EQUIPMENT in the above-referenced litigation. Per Case management Order No. 1, Mr. Wood and Mr. Paal are authorized to practice in the United States District Court for the District Court of South Carolina because they are duly admitted to practice before at least one other United States District Court - The United States District Court of Western Washington.

Dated: May 17, 2023     **RESPECTFULLY SUBMITTED,**

By: *s/ J. Scott Wood*
J. Scott Wood     (WSBA #41342)

By: *s/ Zackary Paal*
Zackary Paal     (WSBA #45077)

GORDON REES SCULLY
MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone (206) 695-5100
Fax: (206) 689-2822
Email: swood@grsm.com
Email: zpaal@grsm.com

*Attorneys for Defendant,*
*ALLSTAR FIRE EQUIPMENT*

# CERTIFICATE OF SERVICE

I am employed in the County of King, State of Washington. I am over the age of 18 and not a party to the within action; my business address is 701 Fifth Avenue, Ste. 2100, Seattle, WA 98104.

I filed and served the foregoing document described as: **NOTICE OF APPEARANCE**.

| *VIA CM/ECF Notification System* | *VIA CM/ECF Notification System* |
|---|---|
| Elizabeth C. Pritzker<br>Jonathan K. Levine<br>Bethany L. Caracuzzo<br>Heather P. Haggarty<br>Caroline C. Corbitt<br>Richard R. Seal<br>PRITZKER LEVINE LLP<br>1900 Powell Street, Suite 450<br>Emeryville, California 94608<br>***Attorneys for Plaintiff(s)*** | All Defense Counsel Listed on PACER Website |

☒ *(BY COURT'S CM/ECF SYSTEM)* Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF systems, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list that is located on the PACER website.

Executed on **May 17, 2023**, Seattle, Washington.

☒ **[FEDERAL]** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

*s/ Leslie Boulanger*
Leslie Boulanger, Legal Assistant