UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) |  MDL NO. 2:18-mn-2873<br><br>This Document Relates to:<br>Shell et al. v. 3M et al. 2:23-cv-00400-RMG |

SUGGESTION OF DEATH UPON THE RECORD UNDER FED. R. CIV. P. 25(a)(1) AND
MOTION FOR SUBSTITUTION OF PARTY

PLEASE TAKE NOTICE THAT Counsel for Plaintiffs Joseph Clarence Shell, *et al.*, gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of plaintiff Roger Randolph Askin Jr. on February 12, 2023, during the pendency of this action. Mr. Askin's Death Certificate is attached as Exhibit A. Stacie Schmahl has been appointed Executor of the estate of Roger Randolph Askin Jr.

Pursuant to Fed. R. Civ. P. Rule 25(a), it is hereby requested that Stacie Schmahl, Executor of the Estate of Roger Randolph Askin Jr., be substituted in place of "Roger Randolph Askin Jr." as plaintiff in this action, so that Decedent's claims survive, and the action on his behalf may proceed. The request under this Motion is not sought for delay, but so that justice may be done.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 7.02, Plaintiffs' counsel has met and conferred with liaison and co-lead counsel for Defendants ("DCC") before the filing of this motion who have indicated that the DCC does not object to the filing of this motion.

Dated: May 24, 2023

| | |
|---|---|
| Environmental Litigation Group, P.C. | Defense Leadership Counsel |
| By:/s/ *Gary A. Anderson*<br>Gary A. Anderson<br>Gregory A. Cade<br>Kevin B. McKie<br>ENVIRONMENTAL LITIGATION GROUP, P.C.<br>2160 Highland Avenue South<br>Birmingham, AL 35205<br>gary@elglaw.com<br>(205) 328-9200 | By:/s/ *Joseph G. Petrosinelli*<br>Joseph G. Petrosinelli (Defendants' Co-Lead Counsel)<br>Williams & Connolly LLP<br>725 Twelfth St., N.W.<br>Washington DC 20005<br>jpetrosinelli@wc.com<br>(202) 434-5547<br><br>Michael A. Olsen (Defendants' Co-Lead Counsel)<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>molsen@mayerbrown.com<br>(312) 782-0600<br><br>David E. Dukes (Defendants' Co-Liaison Counsel)<br>Nelson Mullins Riley & Scarborough LLP<br>1320 Main Street / 17th Floor<br>Post Office Box 11070 (29211-1070)<br>Columbia, SC 29201<br>David.dukes@nelsonmullins.com<br>(803) 799-2000<br><br>Brian C. Duffy (Defendants' Co-Liaison Counsel)<br>Duffy & Young LLC<br>96 Broad Street<br>Charleston, SC 29401<br>bduffy@duffyandyoung.com<br>(843) 720-2044 |

## CERTIFICATE OF SERVICE

      I hereby certify that on May 24, 2023, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                          */s/* Gary A. Anderson
                          Gary A. Anderson