# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG <br><br> **ORDER** <br><br> **This Order Relates to** <br> *City of Stuart, Fl. v. 3M Co., et al.*, <br> **Case No. 2:18-cv-3487-RMG** |

Before the Court is Plaintiff's unopposed motion to sever claims against Defendants E. I. DuPont de Nemours & Co., The Chemours Company and the Chemours Company FC (collectively the "DuPont-Related Entities") pursuant to Fed. R. Civ. P. 21. (Dkt. No. 3144 at 1). The DuPont-Related Entities consent to Plaintiff's requested relief. (*Id.*).

Having carefully reviewed the motion, and to serve the ends of justice and the prompt and efficient disposition of this litigation, *see CVI/Beta Ventures, Inc. v. Custom Optical Frames, Inc.*, 896 F. Supp. 505, 506 (D. Md. 1995), the Court **GRANTS** Plaintiff's unopposed motion to sever the claims against the DuPont-Related Entities from this action, (Dkt. No. 3144).

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel_____  
Richard Mark Gergel  
United States District Judge

May 26, 2023  
Charleston, South Carolina