**Deposition Designation Form**
**Deponent Name: Paul Nicoletti (12/14/2021)**
**Offering Party: Defense**

| Defense Affirmative Designation | Stuart Objection Explain Basis of | Stuart Counter Designation | Defense Objection (to Counter Designation) or Indiciate Withdrawl of Designation |
|---|---|---|---|
| Page 41, Line 17 - Page 42, Line 2 | | | |
| Page 43, Line 17 - Page 44, Line 21 | | | |
| Page 45 Lines 7 - 10 | | | |
| Page 47, Line 1 - Page 47, Line 10 | | | |
| Page 47, Line 24 - Page 48, Line 24 | | | |
| Page 51 Lines 3 - 15 | | Page 50 Lines 12 - 14; Page 50 Lines: 16 - 18 | |
| Page 67 Line 1 - 22 | | | |
| Page 68, Line 21 - Page 69, Line 6 | | | |
| Page 71 Lines 4 - 9 | | | |
| Page 72, Line 21 - Page 73, Line 11 | | | |
| Page 73 Lines 16 - 25 | | | |
| Page 81 Lines 4 - 11 | | | |
| Page 81 Lines 14 - 19 | | | |
| Page 81 Lines 23 - 25 | | | |
| Page 90 Lines 11 - 21 | | | |
| Page 91 Lines 7 - 14 | | | |
| Page 91, Line 19 - Page 92, Line 5 | | | |
| Page 94 Lines 18 - 20 | | Page 94, Line 21 - Page 95, Line 12 | |
| Page 102 Lines 1 - 12 | | | |
| Page 107 Lines 9 - 25 | | | |
| Page 114 Lines 4 - 14 | | | |
| Page 116 Lines 3 - 9 | | | |
| Page 123, Line 24 - Page 124, Line 6 | | | |
| Page 133 Lines 22 - 24 | | | |
| Page 134, Line 21 - Page 135, Line 12 | | | |

**Deposition Designation Form**
**Deponent Name: Paul Nicoletti (12/14/2021)**
**Offering Party: Defense**

| Defense Affirmative Designation | Stuart Objection Explain Basis of | Stuart Counter Designation | Defense Objection (to Counter Designation) or Indiciate Withdrawl of Designation |
|---|---|---|---|
| Page 136, Line 20 - Page 137, Line 10 | | | |
| Page 154 Lines 11 - 17 | | | |
| Page 156, Line 9 - Page 157, Line 1 | | | |

2