**Deposition Designation Form**
**Deponent Name: Mark Miller (2/15/2022)**
**Offering Party: Defense**

| Defense Affirmative Designation | Stuart Objection Explain Basis of | Stuart Counter Designation | Defense Objection (to Counter Designation) or indicate Withdrawal of Designation |
|---|---|---|---|
| Page 18, Lines 21 - 25 | | Page 22, Lines 23 - 25 | |
| | | Page 23, Lines 1- 6 | |
| Page 19, Lines 1 - 17 | | | |
| Page 26, Lines 19 - 25 | | | |
| Page 27, Lines 1 - 12 | | Page 28, Lines 6 - 23 | |
| Page 30, Lines 24 - 25 | | | |
| Page 31, Lines 1 - 2 | | | |
| Page 31, Lines 4 - 10 | | | |
| Page 37, Lines 3 - 25 | | | |
| Page 38: Lines 1 - 25 | | | |
| Page 39, Lines 1 - 18 | | | |
| Page 39, Lines 24 - 25 | | | |
| Page 40, Lines 1 - 8 | | | |
| Page 40, Lines 11 - 11 | | | |
| Page 40, Lines 14 - 25 | | | |
| Page 41, Lines 1 - 14 | | | |
| Page 41, Lines 21 - 25 | | | |
| Page 42, Lines 1 - 2 | | | |
| Page 43, Lines 21 - 25 | | | |
| Page 44, Lines 1 - 25 | | | |
| Page 45, Lines 1 - 25 | | | |
| Page 46, Lines 1 - 10 | | | |
| Page 46, Lines 18 - 25 | | | |
| Page 47, Lines 1 - 10 | | | |
| Page 48, Lines 1 - 6 | | | |
| Page 49, Lines 10 - 14 | | Page 54, Lines 12 - 17 | |
| | | Page 54, Lines 19 - 23 | |
| Page 49, Lines 16 - 17 | | | |
| Page 49, Lines 24 - 25 | | | |
| Page 50, Lines 1 - 4 | | | |
| Page 52, Lines 1 - 8 | | | |
| Page 53, Lines 1 - 25 | | | |
| Page 54, Lines 1 - 5 | | | |
| Page 59, Lines 15 - 25 | | | |
| Page 60, Lines 1 - 5 | | Page 60, Lines 6 -25 | |
| Page 61, Lines 3 - 8 | | Page 61, Lines 1 - 2 | |
| Page 61, Lines 10 - 25 | | | |
| Page 62, Lines 1 - 1 | | | |
| Page 68, Lines 20 - 25 | | | |
| Page 69, Lines 2 - 19 | | | |
| Page 74, Lines 8 - 14 | | | |
| Page 78, Lines 6 - 25 | | | |
| Page 79, Lines 1 - 2 | | | |
| Page 93, Lines 19 - 25 | | Page 82, Lines 9 -25 | |
| Page 94, Lines 1 - 25 | | Page 92, Lines 3 - 8 | |
| Page 95, Lines 1 - 25 | | | |
| Page 96, Lines 1 - 25 | | | |
| Page 97, Lines 1 - 8 | | | |
| Page 97, Lines 10 - 25 | | | |
| Page 98, Lines 1 - 8 | | | |
| Page 99, Lines 5 - 25 | | | |
| Page 100, Lines 1 - 5 | | | |
| Page 100, Lines 10 - 21 | | | |
| Page 102, Lines 9 - 25 | | | |
| Page 103, Lines 1 - 22 | | | |
| Page 103, Lines 24 - 25 | | | |
| Page 104, Lines 1 - 25 | | | |
| Page 105, Lines 1 - 1 | | | |
| Page 105, Lines 3 - 25 | | | |
| Page 106, Lines 1 - 12 | | Page 108, Lines 15 - 25 | |
| Page 109, Lines 20 - 25 | | Page 109, Lines 1 - 2 | |
| Page 110, Lines 1 - 25 | | | |
| Page 112, Lines 15 - 19 | | | |
| Page 112, Lines 22 - 25 | | | |
| Page 113, Lines 1 - 10 | | | |
| Page 115, Lines 14 - 25 | | | |
| Page 116, Lines 1 - 2 | | | |
| Page 116, Lines 4 -5 | | | |
| Page 116, Lines 24 - 25 | | | |
| Page 117, Lines 1 - 12 | | | |
| Page 117, Lines 14 - 19 | | | |
| Page 118, Lines 10 - 11 | | | |
| Page 118, Lines 13 - 18 | | | |
| Page 123, Lines 8 - 20 | | | |

**Deposition Designation Form**
**Deponent Name: Mark Miller (2/15/2022)**
**Offering Party: Defense**

| Defense Affirmative Designation | Stuart Objection Explain Basis of | Stuart Counter Designation | Defense Objection (to Counter Designation) or indicate Withdrawal of Designation |
|---|---|---|---|
| Page 123, Lines 22 - 25 | | | |
| Page 124, Lines 1 - 11 | | | |
| Page 124, Lines 14 - 16 | | | |
| Page 127, Lines 12 - 24 | | | |
| Page 129, Lines 15 - 18 | | | |
| Page 129, Lines 20 - 25 | | | |
| Page 130, Lines 1 - 3 | | | |
| Page 130, Lines 5 - 8 | | | |
| Page 131, Lines 10 - 20 | | | |
| Page 132, Lines 9 - 25 | | | |
| Page 133, Lines 1 - 5 | | | |
| Page 134, Lines 2 - 5 | | | |
| Page 134, Lines 7 - 7 | | | |
| Page 136, Lines 6 - 16 | | | |
| Page 149, Lines 15 -25 | | | |
| Page 150, Lines 1 - 10 | | | |
| Page 159, Lines 6 -25 | | | |
| Page 160, Lines 1 - 10 | | | |
| Page 162, Lines 1 - 6 | | | |
| Page 168, Lines 24 - 25 | | Page 166, Lines 4 - 25 | |
| Page 169, Lines 1 - 25 | | Page 167, Lines 1 - 6 | |
| Page 170, Lines 1 -22 | | | |
| Page 170, Lines 24 - 25 | | | |
| Page 171, Lines 1 -14 | | | |
| Page 171, Lines 16 - 25 | | | |
| Page 172, Lines 1 - 7 | | | |
| Page 186, Lines 11 - 25 | | | |
| Page 187, Line 1 | | | |
| Page 194, Lines 23 - 25 | | Page 193, Lines 2 - 25 | |
| Page 195, Lines 1 - 5 | | Page 194, Lines 1 - 5 | |
| Page 195, Lines 10 - 11 | | Page 205, Lines 16 - 25<br>Page 206, Lines 1 - 25 | |
| Page 196, Lines 24 - 25 | | Page 207, Lines 2 - 21 | |
| Page 197, Lines 1 - 16 | | Page 207, Lines 23 - 25 | |
| Page 203, Lines 5 - 19 | | Page 208, Lines 1 - 2 | |