UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| CITY OF STUART, FLORIDA, ) | |
| ) | MDL No. 2873 |
| Plaintiff, ) | |
| ) | |
| v. ) | Master Docket No. 2:18-mn-2873 |
| ) | |
| 3M COMPANY (f/k/a Minnesota Mining ) | Judge Richard Mark Gergel |
| and Manufacturing, Co.), TYCO FIRE ) | |
| PRODUCTS LP, CHEMGUARD, INC., ) | Civil Action No. 2:18-CV-03487 |
| BUCKEYE FIRE EQUIPMENT ) | |
| COMPANY, NATIONAL FOAM, INC., ) | |
| KIDDE FENWAL, INC., DYNAX ) | |
| CORPORATION, E.I. DU PONT DE ) | |
| NEMOURS AND COMPANY, THE ) | |
| CHEMOURS COMPANY FC, L.L.C., ) | |
| CORTEVA, INC., DUPONT DE ) | |
| NEMOURS, INC., BASF CORPORATION, ) | |
| individually, and as successor in interest to ) | |
| Ciba Inc., and CLARIANT ) | |
| CORPORATION, individually, and as ) | |
| successor in interest to Sandoz Chemical ) | |
| Corporation; ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S AMENDED WITNESS LIST

Plaintiff City of Stuart, by and through undersigned counsel, submits the following amended list of witnesses, which is amended to elevate Dr. Jonathan Martin and William Spence to the "Will Call Live" list and remove Greg Walton from the "May Call Live" list:

**Will Call Live**
1. Anthony Brown
2. Christopher P. Higgins, PhD
3. David Peters

4. Linda S. Birnbaum, PhD
5. Michael B. Siegel, MD, MPH
6. Michael Woodside
7. Robert W. Johnson
8. Ronald J. Kendall, PhD
9. Ronald K. Berryhill, PE
10. Stephen E. Petty, PE, CIH, CSP
11. Vincent Felicione
12. Jonathan W. Martin, PhD
13. William Spence

**May Call Live**

1. Anthony S. Travis, PhD
2. Barry S. Levy, MD, MPH
3. David L. MacIntosh, ScD, CIH, DABT
4. Michael J. Mortell, JD
5. Patrick D. Lowder, JD, PhD

**Will Call by Deposition**

1. Anne Regina
2. Brian Mader
3. Charles Kiester
4. Charles Reich
5. Dale Bacon
6. Daryl Roberts
7. Geary Olsen
8. John Butenhoff
9. John Schuster
10. Jon Gerber
11. Paul Nicoletti

**May Call by Deposition**

1. Andrea Quercia
2. Chang Jho
3. David Dyal
4. David Plant
5. Dennis Kennedy
6. Gregg Ublacker
7. John Farley
8. Jon Engman
9. Mark Miller
10. Martina Bowen
11. Michael Santoro
12. Mitchell Hubert
13. Philip Novac
14. Robert Buck
15. Robert Darwin
16. Robert Rickard
17. Stephen Korzeniowski
18. Timothy Voelker
19. William Weppner

Plaintiff reserves the right to supplement or further amend this list, including any new witness identified by any on-going or additional discovery. In addition, Plaintiff reserves the right to call any and all witnesses who Defendant identifies on its witness list, and to amend/or to supplement this disclosure as necessary in light of Court rulings or otherwise. Plaintiff reserves the right to call any witness necessary to authenticate, lay foundation and/or establish the admissibility of any exhibits to the extent necessary.

Dated: May 26, 2023

Respectfully submitted,

<u>s/ Fred Thompson, III</u>
Fred Thompson, III
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
P: (843) 216-9000
Fax: 843-216-9440
fthompson@motleyrice.com

**Plaintiffs' Liaison Counsel**

-and-

s/<u>Michael A. London</u>
Michael A. London
Douglas and London PC
59 Maiden Lane
6th Floor
New York, NY 10038
P: (212)-566-7500
F: (212)-566-7501
mlondon@douglasandlondon.com

Paul J. Napoli
Napoli Shkolnik PLLC
1301 Avenue of The Americas
10th Floor
New York, NY 10019
P: (212)-397-1000
F: (646)-843-7603
pnapoli@napolilaw.com

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
P: (214)-521-3605
ssummy@baronbudd.com

**Plaintiffs' Co-Lead Counsel**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on Defendants' liaison counsel by email on this 26th day of May 2023 and filed using ECF.

/s/ Fred Thompson

Fred Thompson
*Plaintiffs' Liaison Counsel*