# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**This Document Relates to:**<br><br>*City and County of Denver v. 3M Company, et al.*, Case No. 2:23-cv-01250-RMG |

## CITY AND COUNTY OF DENVER'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law in Support of City and County of Denver's ("Denver") Motion for Leave to File Amended Complaint and the exhibits attached thereto, Denver moves pursuant to Rules 15(a)(2) and 21 of the Federal Rules of Civil Procedure for leave to amend its Amended Complaint.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Local Rule 7.06, opposing affidavits and memoranda of law, if any, must be filed within fourteen days of the filing of this motion, unless the parties agree otherwise or the Court imposes a different schedule.

Pursuant to CMO 2A and Local Rule 7.02, Plaintiff has conferred with the PEC and DCC. The PEC consents to this filing. Defense counsel have not provided their position prior to filing.

Dated:  May 31, 2023                                                     Respectfully submitted,

**CITY AND COUNTY OF DENVER**                       **NAPOLI SHKOLNIK**

By */s/ Kerry Tipper*                                                         By: */s/ Andrew W. Croner*
By */s/ Edward Gorman*                                                  Andrew Croner
By */s/ David Steinberger*                                               Patrick Lanciotti
Kerry Tipper                                                                       Nicholas Mindicino
City Attorney                                                                      360 Lexington Avenue, 11th Fl.
Edward Gorman                                                                New York, NY 10017
Senior Assistant City Attorney                                         Telephone: (212) 397-1000

1

Municipal Operations Section
David Steinberger
Senior Assistant City Attorney
DEN Legal Section
City and County of Denver
210 W. Colfax Avenue, Dept. 1207
Denver, CO 80202-5332
Telephone: (720) 913-3256
Fax: (720) 913-3180
kerry.tipper@denvergov.org
edward.gorman@denvergov.org
david.steinberger@denvergov.org

acroner@napolilaw.com
planciotti@napolilaw.com
nmindicino@napolilaw.com

Paul J. Napoli
1302 Avenida Ponce de León
Santurce, Puerto Rico 00907
Telephone: (833) 271-4502
pnapoli@nsprlaw.com

**KELLER ROHRBACK L.L.P.**

By /s/ Gretchen Freeman Cappio
Gretchen Freeman Cappio
Daniel Mensher
Alison S. Gaffney
Kathryn McCallum
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Fax (206) 623-3384
gcappio@kellerrohrback.com
dmensher@kellerrohrback.com
agaffney@kellerrohrback.com
kmccallum@kellerrohrback.com

**MINER, BARNHILL & GALLAND, P.C**.

By: /s/Robert S. Libman
Robert S. Libman
David Baltmanis
325 N. LaSalle Street, Suite 350
Chicago, IL 60654
Telephone: (312) 751-1170
Fax (312) 751-0438
rlibman@lawmbg.com
dbaltmanis@lawmbg.com

**EDELSON PC**

By: /s/ Eve Lynn J. Rapp
Eve Lynn J. Rapp
2101 Pearl St.
Boulder, CO 80302
Telephone: (720) 741-0084
erapp@edelson.com

*Attorneys for Plaintiff City and County of Denver*

Approved for filing by Plaintiffs' Lead Counsel:

 /s/ Paul Napoli
Paul Napoli
pnapoli@nsprlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2023, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which shall send notice to all counsel of record.

Dated: May 31, 2023

By: */s/ Andrew W. Croner*
Andrew Croner