**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG  **This Document relates to**:  *City of Stuart, FL, v. 3M Company et al.,* No. 2:18-cv-03487 |

**DEFENDANT 3M COMPANY'S AMENDED WITNESS LIST**

Pursuant to CMO 19-G(V)(A), Defendant The 3M Company hereby submits the following Amended Witness List.

Defendant submits this amended witness list expressly reserving all rights, including the right to supplement or amend this list. Defendant may also call (1) any witnesses necessary to establish the authenticity or admissibility of any document; (2) any witnesses identified on any witness list submitted by Plaintiff; and/or (3) any witnesses necessary for impeachment or rebuttal.

| Name | Will Call | May Call | Live | By Deposition |
|---|---|---|---|---|
| Barbara Beck | X | | X | |
| John Dorsey | X | | X | |
| Avram Frankel | X | | X | |
| Karl Killian | X | | X | |
| | | | | |
| Robert Darwin | | X | | X |
| Jeff Davis | | X | X | |
| David Dyal | | X | | X |
| Mark Miller | | X | | X |
| Michael Mortell | | X | | X |
| Paul Nicoletti | | X | | X |
| Jack Poole | | X | X | |
| Timothy Voelker | | X | | X |
| Larry Zobel | | X | | X |

|  |  |
|---|---|
| Dated: June 1, 2023 | Respectfully submitted,<br><br>/s/ *Brian L. Stekloff*<br><br>Beth A. Wilkinson<br>Brian L. Stekloff<br>Keri Arnold<br>Tamarra Matthews Johnson<br>Ralia Polechronis<br>Hannah Bedard<br>WILKINSON STEKLOFF LLP<br>2001 M Street NW, 10th Floor<br>Washington, DC 20036<br>P: (202) 847-4000<br>F: (202) 847-4005<br><br>Brian Duffy<br>DUFFY & YOUNG LLC<br>96 Broad Street<br>Charleston, SC 29401<br>P: (843) 720-2044<br>F: (843) 720-2047<br>bduffy@duffyandyoung.com<br><br>Lauren R. Goldman<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>P: (212) 351-4000<br>lgoldman@gibsondunn.com<br><br>Amir C. Tayrani<br>Katherine Moran Meeks<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue NW<br>Washington, DC 20036<br>P: (202) 955-8500<br>atayrani@gibsondunn.com<br>kmeeks@gibsondunn.com<br><br>*Counsel for 3M Company* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Brian L. Stekloff*
Brian L. Stekloff