# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>This Document relates to:<br><br>*City of Stuart, FL, v. 3M Company et al.*, No. 2:18-cv-03487 |

## JOINT MOTION FOR CONTINUANCE

Defendant 3M Company and the Plaintiff Leadership Committee hereby request a continuance of the trial of this case currently scheduled to begin June 5, 2023. In support of this motion, the Parties state as follows:

1. On October 26, 2022, the Court appointed the Hon. Layn R. Phillips (ret.) to serve as a Court-appointed mediator ("Mediator") to assist the parties. The Court ordered that the Mediator facilitate and encourage discussions among and between the parties as he deems necessary and appropriate, and as he may be directed by the Court.

2. Since October 26, 2022, the Mediator has supervised mediation among outside counsel for 3M and Plaintiffs' Co-Lead Counsel.

3. Plaintiffs' Co-Lead Counsel and outside counsel for 3M have negotiated in good faith.

4. The parties are making material and significant progress toward a resolution and believe that their time would be more productively spent attempting to resolve the matter and therefore jointly request a continuance.

Dated: June 4, 2023

Respectfully submitted,

s/ *Michael A. London*
Michael A. London
Douglas and London PC
59 Maiden Lane
6th Floor
New York, NY 10038
(212)-566-7500
mlondon@douglasandlondon.com
Paul J. Napoli

s/Brian C. Duffy
Brian C. Duffy (Fed. ID. No. 9491)
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
(843) 720-2044
bduffy@duffyandyoung.com

s/ *Michael A. Olsen*

Napoli Shkolnik PLLC
1301 Avenue of The Americas
10th Floor
New York, NY 10019
(212)-397-1000
pnapoli@napolilaw.com

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
(214)-521-3605
ssummy@baronbudd.com

*Co-Lead Counsel for Plaintiffs*

Michael A. Olsen
Daniel L. Ring
Richard F. Bulger
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 701-7120
molsen@mayerbrown.com

Beth A. Wilkinson
Brian L. Stekloff
Keri L. Arnold
Tamarra Matthews Johnson
Ralia Polechronis
Hannah L. Bedard
WILKINSON STEKLOFF LLP
2001 M Street NW, 10thFloor
Washington, DC 20036
(202) 847-4000
bstekloff@wilkinsonstekloff.com

*Counsel for Defendant 3M Company*