**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| **JACK CHAMBERS,** ) | |
| ) | |
| Plaintiff, ) | Master Docket No:   2:18-mn-2873-RMG |
| ) | This Document relates to: |
| v. ) | Civil Action No: 2:23-cv-01455-RMG |
| ) | |
| **3M COMPANY (f/k/a Minnesota** ) | |
| **Mining and Manufacturing Company);** ) | |
| **et al.** ) | |
| ) | |
| **Defendants.** ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW the Plaintiff, by and through undersigned counsel, and gives notice of his voluntary dismissal of this action.

Respectfully Submitted,

**RILEY & JACKSON, P.C.**

*/s/ James E. Murrill, Jr.*
James E. Murrill, Jr. (ASB-4329-A57M)
Keith Jackson (ASB-7519-J66B)
Jeremiah Mosley (ASB-0516-M29M)
RILEY & JACKSON, P.C.
3530 Independence Dr.
Birmingham, AL 35209
Telephone: 205-879-5000
Facsimile: 205-879-5901

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 6, 2023, a copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sends notification of such filing to the counsel of record in this cause.

            */s/ James E. Murrill, Jr.*
            OF COUNSEL

2