## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>This Document Relates to<br>No. 2:21-cv-00366-RMG |

### NOTICE OF A PARTY'S DEATH

In accordance with Federal Rule of Civil Procedure Rule 25(a)(1), Lisa Pizzo, Representative, notes the death of Stephen ("Steve") Pizzo, Plaintiff, during the pendency of this action.

DATED: June 6, 2023

**PRITZKER LEVINE LLP**

By: /s/ *Jonathan K. Levine*

Elizabeth C. Pritzker, Esq.
Jonathan K. Levine, Esq.
Bethany L. Caracuzzo, Esq.
Heather P. Haggarty, Esq.
Richard R. Seal, Esq.
1900 Powell Street, Suite 450
Emeryville, California 94608
Telephone: (415) 692-0772
Facsimile:  (415) 366-6110
ecp@pritzkerlevine.com
jkl@pritkzkerlevine.com
bc@pritzkerlevine.com
hph@pritzkerlevine.com
rrs@pritzkerlevine.com

*Attorneys for the Mauldin Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2023 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/Jonathan K. Levine
Jonathan K. Levine