UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL NO. 2:18-mn-2873<br><br>This Document Relates to:<br>Mason et al. v. 3M et al. 2:23-cv-00396-RMG |

NOTICE OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF RICHARD ALLEN
MACMURDO PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Plaintiff Richard Allen MacMurdo initiated the above-captioned action by filing a

Complaint on January 31, 2023. None of the named defendants has answered, moved, or

otherwise responded to the Complaint. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, Plaintiff Richard Allen MacMurdo hereby dismisses his claims in the above-

captioned action against all named defendants without prejudice. Plaintiff Richard Allen

MacMurdo was inadvertently filed more than once and the other complaint (2:22-cv-02473-

RMG) will remain operative. This notice of dismissal is effective only to the claims of Richard

Allen MacMurdo and does not have any effect on other claims.

Dated: June 8, 2023

Respectfully submitted by,

By:/s/ Gary A. Anderson_____
Gary A. Anderson
Gregory A. Cade
Kevin B. McKie
ENVIRONMENTAL LITIGATION GROUP, P.C.
2160 Highland Avenue South
Birmingham, AL 35205
gary@elglaw.com
(205) 328-9200

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2023, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Gary A. Anderson
Gary A. Anderson