# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# CHARLESTON DIVISION

| | | |
|---|---|---|
| RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION<br><br>MDL No. 2873 | This Document Relates to:<br>*Cindy Boyle and Charles Boyle vs. Tyco Fire Products L.P. et al.,* | 2:23-cv-01503-RMG |
| | *Jessica Clochesy and Jeffrey Clochesy vs. Tyco Fire Products L.P. et al.,* | 2:23-cv-01504-RMG |
| | *William Verschay and Cynthia Verschay vs. Tyco Fire Products L.P. et al.* | 2:23-cv-01505-RMG |
| | *Theresa Bearson and Gary Bearson vs. Tyco Fire Products L.P. et al.,* | 2:23-cv-01506-RMG |
| | *Kayla Furton and Dean Furton vs. Tyco Fire Products L.P. et al.,* | 2:23-cv-01507-RMG |
| | *Brian Bozelka and Rebecca Bozelka vs. Tyco Fire Products L.P. et al.,* | 2:23-cv-01508-RMG |

## NOTICE OF PENDING MOTIONS TO REMAND

Pursuant to Case Management Order No. 2, ¶ 41, please take notice that Motions to Remand filed by Plaintiffs in each of the above-captioned matters were pending when this action was ordered transferred to this Court from the United States District Court for the Western District of Wisconsin. The basis for Plaintiffs' respective Motions to Remand and related briefing includes Plaintiffs' arguments that there is no federal officer jurisdiction over these matters under Section 1442(a).

Tyco Fire Products, LP's Opposition to Plaintiffs' Motions to Remand and Plaintiffs' Replies also appear on the Western District of Wisconsin dockets.

The Docket Nos. for each of the Plaintiffs' Motions to Remand, Defendant's Oppositions and Plaintiffs' Replies are listed below:

| Case No. | Pltf. Remand Motion | Def. Opp. | Pltf. Reply |
|---|---|---|---|
| 2:23-cv-01503-RMG | No. 3 | No. 29 | No. 30 |
| 2:23-cv-01504-RMG | No. 3 | No. 29 | No. 30 |
| 2:23-cv-01505-RMG | No. 3 | No. 29 | No. 30 |
| 2:23-cv-01506-RMG | No. 3 | No. 12 | No.13 |
| 2:23-cv-01507-RMG | No. 3 | No. 29 | No.30 |
| 2:23-cv-01508-RMG | No. 3 | No. 30 | No. 31 |

Respectfully Submitted,

Attorneys for Plaintiffs,

*/s/ Casey P. Shorts*
Casey P. Shorts
The Previant Law Firm, S.C.
310 W. Wisconsin Avenue, Suite 100MW
Milwaukee, WI 53203
Tel.: (414) 271-4500
cps@previant.com


Elizabeth A. Bailey
ebailey@smbb.com
Saltz Mongeluzzi and Bendesky
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
P: 215-575-3859
C: 215-496-0999

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2023, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                         BY:  */s/ Casey Shorts*
                                                 CASEY SHORTS

Dated: April 27, 2023