UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAM PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br><br>This Document Relates to:<br>*The People of the State of California, ex rel. Rob Bonta, Attorney General of California v. 3M Company, et al.*<br><br>Case No. 2:23-cv-01531-RMG<br><br>**ORDER GRANTING MOTION TO WITHDRAW THE PEOPLE OF THE STATE OF CALIFORNIA'S MOTION FOR REMAND TO STATE COURT** |

### ORDER

The Court has considered the Motion to Withdraw the People of the State of California's Motion for Remand to State Court ("Motion").

Good cause has been shown. The Motion is APPROVED, and the People of the State of California's Motion for Remand to State Court (Dkt. 22, No. 2:23-cv-01531-RMG) is deemed withdrawn. The withdrawal does not limit Plaintiff from challenging federal subject-matter jurisdiction at a later date.

IT IS SO ORDERED.

Dated: June 14, 2023

s/Richard Mark Gergel
Hon. Richard Mark Gergel
United States District Judge