IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** ) ) ) ) ) ) ) ) ) | MDL No. 2:18-mn-2873-RMG This<br><br>Document Relates To:<br><br>Link, Jr., et al. v. The 3M Co, et al.<br>Case No. 2:23-cv-02774-RMG |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Merritt Cunningham of the law firm of Stag Liuzza, LLC hereby enters her appearance on behalf of Plaintiffs in the above captioned matter.

Dated: June 23, 2023

Respectfully submitted,

s/ Merritt E. Cunningham
Michael G. Stag, Esq. (LA 23314)
Merritt E. Cunningham, Esq. (LA 32843)
STAG LIUZZA, L.L.C.
365 Canal Street, Suite 2850
New Orleans, LA 70130
Phone: (504) 593-9600
Fax: (504) 593-9601
mstag@stagliuzza.com
mcunningham@stagliuzza.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of June, 2023. I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/* Merritt E. Cunningham
Merritt E. Cunningham