# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.: 2873 <br><br> Master Docket No.: 2:18-mm-2873-RMG <br><br> This Document Relates to Member Case Nos: <br> 2:23-cv-02157-RMG <br> 2:23-cv-02158-RMG |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Plaintiffs Commissioners of Public Works of the Town of Summerville and North Charleston Sewer District (collectively, "Plaintiffs") initiated the above-referenced actions by filing a Complaint against Defendants, including Defendant Kidde-Fenwal, Inc. ("KFI"), on May 19, 2023. On May 14, 2023, KFI filed a voluntary petition for relief under Chapter 11, Title 11 of the Bankruptcy Code (the "Voluntary Chapter 11 Petition"), commencing proceedings before the United States Bankruptcy Court for the District of Delaware. KFI has not answered, moved, or otherwise responded to the Complaints Plaintiffs filed in the above-referenced actions. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and in recognition of the automatic bankruptcy stay imposed as result of KFI's Voluntary Chapter 11 Petition, Plaintiffs hereby dismiss the above-referenced actions against KFI only without prejudice. Plaintiffs reserve their rights against all other Defendants named in the above-referenced actions.

DATED: June 26, 2023

                                             ROBBINS GELLER RUDMAN
                                                 & DOWD LLP
                                             MARK J. DEARMAN
                                             DOROTHY P. ANTULLIS
                                             NICOLLE B. BRITO
                                             BRADLEY M. BEALL

                                                            */s/ Mark J. Dearman*
                                                           MARK J. DEARMAN

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
mdearman@rgrdlaw.com
dantullis@rgrdlaw.com
nbrito@rgrdlaw.com
bbeal@rgrdlaw.com

AQUALAW PLC
F. Paul Calamita
6 South 5th Street
Richmond, VA 23219
Telephone:  804/716-9021
804/716-9022 (fax)
paul@aqualaw.com

NAPOLI SHKOLNIK
Andrew Croner, Esq.
Patrick Lanciotti, Esq.
Nicholas Mindicino, Esq.
360 Lexington Avenue, 11th Fl.
New York, New York 10017
(212) 397-1000
acroner@napolilaw.com
planciotti@napolilaw.com
nmindicino@napolilaw.com

Paul J. Napoli, Esq.
1302 Avenida Ponce de León
Santurce, Puerto Rico 00907
(833) 271-4502
pnapoli@nsprlaw.com

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 26, 2023, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

*/s/ Mark J. Dearman*
MARK J. DEARMAN