IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No.: 2873 <br><br> Master Docket No.: 2:18-mn-2873-RMG <br><br> **This Document Relates to:** <br><br> *Robert Murray v. 3M Company, et al*, 2:23-cv-02134-RMG |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT KIDDE-FENWAL, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Plaintiff Robert Murray ("Plaintiff") initiated the above-captioned action by filing a Complaint against multiple defendants, including Kidde-Fenwal, Inc. Defendant Kidde-Fenwal, Inc. has not filed an Answer or Motion for Summary Judgement in this action. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses the above-captioned action against Defendant Kidde-Fenwal, Inc. only, without prejudice. Plaintiff reserves his rights against all other Defendants named in the above-captioned action.

| | |
|---|---|
| Dated: June 28, 2023 | Respectfully submitted, <br> */s/ James Vasquez, Esq.* <br><br> James Vasquez, Esq. <br> LAW OFFICES OF JAMES VASQUEZ, P.C. <br> 970 Clifton Avenue <br> Clifton, NJ 07011 <br> NJ Attorney ID: 013262008 <br> james@jamesvasquezlaw.com <br> Tel: (862) 247-8711 <br><br> *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 28, 2023, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

<u>/s/ *James Vasquez*        </u>
James Vasquez
