LAW OFFICES

# WILLIAMS & CONNOLLY LLP

LIAM J. MONTGOMERY
(202) 434-5030
lmontgomery@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

June 30, 2023

*Via CM/ECF*

The Honorable Richard M. Gergel
U.S. District Court for the District of South Carolina
J. Waties Waring Judicial Center
83 Meeting Street
Charleston, South Carolina 29401

Re:     *In re Aqueous Film-Forming Foams Products Liability Litigation* (MDL No. 2873);
          *Tyco Fire Products LP v. AIU Insurance Company et al.* (No. 2:23-cv-02384)

Dear Judge Gergel:

      Pursuant to the Court's order of June 21, 2023 (MDL Dkt. No. 3311), Tyco Fire Products LP provides with this filing all pleadings (complaints, cross claims, and answers), all motions with related memoranda (to include supporting exhibits and affidavits), and all orders in *Century Indemnity Co. v. Tyco Fire Products LP et al.* (Wisc. Cir. Ct. C.A. No. 2022CV000283). Excluded from this filing are the numerous non-substantive filings in that case, such as applications for admission pro hac vice, proposed orders, and affidavits of service. To ensure compliance with the Wisconsin court's orders, we have provided redacted copies of filings and have not provided materials filed under seal. Finally, also included in this filing is the complete docket in *Century Indemnity* as of this date. For ease of reference, highlighted entries indicate the documents described above that are not included in this filing.

WILLIAMS & CONNOLLY LLP®
The Honorable Richard M. Gergel
June 30, 2023
Page 2

      Should the Court wish to see a filing that Tyco omitted, please do not hesitate to contact me. In addition, Tyco would be pleased to explain the status of *Century Indemnity* if the Court would find that helpful.

                                          Respectfully submitted,

                                          /s/ *Liam J. Montgomery*

                                          Liam J. Montgomery
                                          WILLIAMS & CONNOLLY LLP
                                          680 Maine Avenue, SW
                                          Washington, DC  20024
                                          P: (202) 434-5030
                                          F: (202) 434-5029
                                          lmontgomery@wc.com

                                          *Counsel for Tyco Fire Products, LP*

Enclosures (by CM/ECF; identical paper and electronic copies separately provided to chambers)

Copy to:   All Counsel of Record (via CM/ECF)