# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL NO. 2:18-mn-2873 <br><br> **This Document Relates to:** <br><br> *Commonwealth of Puerto Rico v. 3M Company, et al.* <br> 2:23-cv-03146-RMG |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Plaintiff the Commonwealth of Puerto Rico through its Department of Natural and Environmental Resources initiated the above-captioned action by filing a complaint on May 31, 2023, in the District Court for the District of Puerto Rico. On June 5, 2023, Defendant 3M Company filed a notice of potential tag-along action before the United States Judicial Panel on Multidistrict Litigation. None of the named defendants has served an answer or motion for summary judgment. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses its claims in the above-captioned action against all named defendants without prejudice.

Dated: July 12, 2023

Respectfully submitted,

| **ORLANDO H. MARTINEZ LAW OFFICES** | **LAW OFFICES OF JOHN K. DEMA, P.C.** |
|---|---|
| */s/ Orlando H. Martinez Echeverria* <br> Orlando H. Martinez Echeverria <br><br> Centro de Seguros, Suite 413 <br> 701 Ponce de Leon Avenue <br> San Juan, Puerto Rico 00907 <br> Phone (787) 722-2378 <br> Email: omartinez@martinezlaw.org | */s/ John K. Dema* <br> John K. Dema, Esq. <br><br> 1236 Strand Street, Suite 103 <br> Christiansted, St. Croix <br> U.S. Virgin Islands 00820-5034 <br> Phone: (340) 773-6142 <br> Email: jdema@demalaw.com |

2

**KELLEY DRYE & WARREN LLP**

*/s/ William J. Jackson*
William J. Jackson, Esq.

*/s/John D.S. Gilmour*
John D.S. Gilmour, Esq.

515 Post Oak Blvd. Suite 900
Houston, Texas 77027
Phone: (713) 355-5000
Email: BJackson@KelleyDrye.com
Email: jgilmour@kelleydrye.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2023, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                              */s/ John K. Dema*
                                              John K. Dema, Esq.