IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>This Document relates to<br>*City of Camden, et al. v. 3M Company,*<br>2:23-cv-03147-RMG |

Before the Court is the states of Colorado, Hawaii, Maine, Maryland, Massachusetts, Minnesota, New Jersey, New Mexico, Oregon, Rhode Island, Tennessee, Texas, Vermont, and Wisconsin ("States")'s motion to extend their time—and the time of other states that join said motion—to respond to certain Plaintiffs' motion for preliminary approval of the class action settlement between public water systems and 3M Company from July 17, 2023 to July 31, 2023. (Dkt. No. 3405). Putative class counsel consent. (*Id.* at 1-2). For good cause shown, the States' motion is GRANTED IN PART and the States' objections, if any, must be filed on or before July 24, 2023.

  **AND IT IS SO ORDERED.**

                   s/Richard Mark Gergel
                   Richard Mark Gergel
July 17, 2023              United States District Judge
Charleston, South Carolina