**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2-18-mn-2873-RMG<br><br>This Document Relates to:<br>*City of Camden, et al. v. 3M Company,*<br>Case No. 2:23-cv-03147-RMG |

**NOTICE OF JOINDER IN MOTION FOR EXTENSION OF TIME**

Pursuant to this Court's Order at ECF No. 3408, the People of the State of California ("People"), by and through Attorney General Rob Bonta; the California State Water Resources Control Board ("State Water Board"), and the California Department of Corrections and Rehabilitation ("CDCR") (collectively, the "California Parties"), submit this notice of joinder to the Motion for Extension of Time filed by fourteen states[1] to certain Plaintiffs' Motion for Preliminary Approval of Class Settlement, for Certification of Settlement Class and for Permission to Disseminate Class Notice (ECF No. 3370), in *City of Camden, et al. v. 3M Company*, Case No. 2:23-cv-03147-RMG. As Exhibit A and B to this Notice demonstrate, the California Parties have conferred with Putative Class Counsel, who consent to this joinder.

Dated: July 17, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
EDWARD H. OCHOA (SBN 144842)
Senior Assistant Attorney General
JEREMY M. BROWN (SBN 269159)
Supervising Deputy Attorney General
NICHOLAS G. CAMPINS (SBN 238022)
BRENDAN J. HUGHES (SBN 333690)
Deputy Attorneys General
1515 Clay Street, 20th Floor
Oakland, CA 94612

---

[1] *See* Motion for Extension of Time (ECF No. 3405), *In re Aqueous Film-Forming Foams Prods. Liab. Litig.*, No. 2:18-mn-2873-RMG (D.S.C. July 14, 2023).

Telephone: (510) 879-0801
Fax: (510) 622-2270
Email: Nicholas.Campins@doj.ca.gov


*/s/ Nicholas G. Campins*
NICHOLAS G. CAMPINS
Deputy Attorney General

*Attorneys for the People of the State of California, ex rel. Rob Bonta, Attorney General of California*


ROB BONTA
Attorney General of California
ROBERT W. BYRNE (SBN 213155)
Senior Assistant Attorney General
ANNADEL A. ALMENDRAS (SBN 143459)
Supervising Deputy Attorney General
SARAE T. SNYDER (SBN 341482)
JANELLE M. SMITH (SBN 231801)
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: (415) 510-3367
Fax: (415) 703-5480
Email: Annadel.Almendras@doj.ca.gov


*/s/ Annadel A. Almendras*
ANNADEL A. ALMENDRAS
Supervising Deputy Attorney General

*Attorneys for the California State Water Resources Control Board and California Department of Corrections and Rehabilitation*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 17, 2023, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which shall send notice to all counsel of record.

Dated: July 17, 2023                                             */s/ Nicholas G. Campins*  
                                                                                  NICHOLAS G. CAMPINS