

**COMMONWEALTH OF PENNSYLVANIA**
**OFFICE OF ATTORNEY GENERAL**
HARRISBURG, PA 17120

MICHELLE A. HENRY
ATTORNEY GENERAL

16TH FLOOR
STRAWBERRY SQUARE
HARRISBURG, PA 17120
(717) 787-3391

July 20, 2023

OVERNITE MAIL

Sandra Shelley, Clerk
United States District Court
South Carolina District
85 Broad Street
Charleston, SC 29401
843-579-1406

RE:   *Aqueous Film-Forming Foams Products Liability Litigation;* MDL NO. 2-18-MN-2873-RMG; *City of Camden, et al. v. 3M,* Case No. 2:23-cv-03147-RMG

Dear Clerk of Court:

    On behalf of the Commonwealth of Pennsylvania, attached for filing in the above-captioned cases please find a Notice of Joinder in Motion for Extension of Time and a Certification of Service.

    The Commonwealth of Pennsylvania recently filed a complaint that is currently being transferred to the above-referenced MDL. That case originated in the United States District Court of Pennsylvania, Middle District (Commonwealth of Pennsylvania et al v. EIDP, Inc. et al, Docket No. 1:23-cv-011310JPW) where I am admitted to practice. I filed a notice of appearance in that matter and thus, as per this Court's Case Management Order No. 1, I am able to file in this MDL.

Respectfully submitted,

MICHELLE A. HENRY
Attorney General
Commonwealth of Pennsylvania

_____
JAMES A. DONAHUE, III
First Deputy Attorney General.
Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120
717-787-3391
jdonahue@attorneygeneral.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING ) <br> FOAMS PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) | MDL No. 2-18-mn-2873-RMG <br> This Document relates to <br> *City of Camden, et al. v. 3M* <br> Case No. 2:23-cv-03147-RMG |

## NOTICE OF JOINDER IN MOTION FOR EXTENSION OF TIME

Pursuant to this Court's Order at ECF No. 3408, the Commonwealth of Pennsylvania, by and through Attorney General Michelle A Henry, submit this notice of joinder to the Motion for Extension of Time filed by fourteen states to certain Plaintiffs' Motion for Preliminary Approval of Class Settlement, for Certification of Settlement Class and for Permission to Disseminate Class Notice (ECF No. 3370), in *City of Camden, et al. v. 3M Company*, Case No.2:23-cv-03147-RMG. The Commonwealth has attempted to confer with Putative Class Counsel about this joinder through an email communication, but has not received a response.

Dated: July 20, 2023

Respectfully submitted,

MICHELLE A. HENRY
Attorney General
Commonwealth of Pennsylvania

*/s/ James A. Donahue, III*

JAMES A. DONAHUE, III
First Deputy Attorney General.
Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120
717-787-3391
jdonahue@attorneygeneral.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2023, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which shall send notice to all counsel of record.

Dated: July 20, 2023

MICHELLE A. HENRY
Attorney General
Commonwealth of Pennsylvania

*[signature]*

JAMES A. DONAHUE, III
First Deputy Attorney General.
Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120
717-787-3391
jdonahue@attorneygeneral.gov