# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION ) ) | Master Docket No.: 2:18-mn-2873-RMG |

| | |
|---|---|
| CITY OF CAMDEN, et al., ) ) ) *Plaintiffs,* ) ) -vs- ) ) E.I. DU PONT DE NEMOURS & COMPANY (n/k/a ) EIDP, INC.), et al., ) ) *Defendant.* ) | Civil Action No.: 2:23-cv-03230-RMG |

### MOTION FOR EXTENSION OF TIME FOR THE SOVEREIGNS TO RESPOND TO CERTAIN PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT BETWEEN PUBLIC WATER SYSTEMS AND THE DUPONT DEFENDANTS

Pursuant to Local Rules 6.01 and 7.02 and Your Honor's Special Instructions, the states of California, Colorado, Hawaii, Maine, Maryland, Massachusetts, Minnesota, New Jersey, New Mexico, New Hampshire, New York, North Carolina, Oregon, Rhode Island, Tennessee, Texas, Vermont, and Wisconsin as well as the District of Columbia and Puerto Rico (collectively, "Sovereigns")[1][2], by and through their undersigned attorneys, hereby move for an Order to enlarge the deadline to respond to certain Plaintiffs'[3] Motion for Preliminary Approval of the Class Action

---

[1] To avoid unnecessary repetition, Movants incorporate by reference arguments presented in Motion for Extension of Time for the States to Respond to Certain Plaintiffs' Motion for Preliminary Approval of the Class Action Settlement Between Public Water Systems and 3M Company (ECF No. 3405).

[2] Movants herein also include state and sovereign agencies.

[3] Those Plaintiffs are: City of Camden, City of Brockton, City of Sioux Falls, California Water Service Company, City of Del Ray Beach, Coraopilis Water & Sewer Authority and Dalton Farms Water System, City of South Shore, City of Freeport, Martinsburg Municipal Authority, Seaman

Settlement Agreement Between Public Water Systems and The Chemours Company, The Chemours Company FC, LLC, DuPont de Nemours, Inc., Corteva, Inc., and E.I. DuPont de Nemours and Company n/k/a EIDP, Inc. (ECF Nos. 3392, 3393-2) (the "DuPont Settlement" or the "DuPont Settlement Agreement") by fourteen (14) days, from Monday July 24, 2023 to Monday August 7, 2023.  This is the Sovereigns' first request to enlarge the deadline, is consistent with the relief sought in connection with preliminary approval of the 3M settlement that the Court recently partially granted (ECF No. 3408), and will not impact any other deadlines before this Court.  The Sovereigns independently and through the Sovereign Committee attempted to confer with putative Class Counsel, who have not yet been able to take a position on the timing of this request given ongoing discussions with the DuPont entities as of the time of filing.  This request is for good cause and not for purposes of delay, as explained more fully below.

The Sovereigns are currently meeting and conferring with putative Class Counsel, 3M, and the MDL Sovereign Committee to address the concerns outlined in ECF No. 3405 and the related joinders.  While some of the same questions, concerns, and ambiguities are present in the DuPont Settlement Agreement that Sovereigns are presently addressing in the 3M Settlement Agreement, additional concerns are present here that require separate discussion, including but not limited to the request for an injunction imposed on class members and non-class members under the All Writs Act.  In addition, like the 3M Settlement Agreement, the DuPont Settlement relates to matters of profound importance to the Sovereigns in their roles as trustees of natural resources and in the exercise of their *parens patriae* authority to protect public health and the environment.

A brief pause to allow the Sovereigns to continue discussion with putative Class Counsel and The Chemours Company, The Chemours Company FC, LLC, DuPont de Nemours, Inc.,

---

Cottages, Village of Bridgeport, City of Benwood, Niagara County, City of Pineville, and City of Iuka (hereinafter, the "Settlement Plaintiffs").

Corteva, Inc., and E.I. DuPont de Nemours and Company (together, "DuPont") and adequate time to complete their review of a highly complex settlement agreement, discuss their concerns with interim Class Counsel and counsel for DuPont, and provide the Court with a well-considered and thoughtful response is in the best interests of all concerned parties.

Given the complexity of the DuPont Settlement, the concurrent conferral related to the 3M Settlement Agreement, and the voluminous filings with the Court, the Sovereigns request an additional fourteen (14) days to fully review, evaluate, and consider the DuPont Settlement. This short delay will not prejudice any parties or undermine the DuPont Settlement. Thus, the States respectfully request a fourteen (14) day extension of the deadline to respond to the Motion for Preliminary Approval of the DuPont Settlement from Monday July 24, 2023 to Monday August 7, 2023.

Respectfully submitted,

**ROB BONTA**
**Attorney General of California**
EDWARD H. OCHOA (SBN 144842)
Senior Assistant Attorney General
JEREMY M. BROWN (SBN 269159)
Supervising Deputy Attorney General
NICHOLAS G. CAMPINS (SBN 238022)
BRENDAN J. HUGHES (SBN 333690)
Deputy Attorneys General
1515 Clay Street, 20th Floor
Oakland, CA 94612
Telephone: (510) 879-0801
Fax: (510) 622-2270
Email: Nicholas.Campins@doj.ca.gov

*/s/ Nicholas G. Campins*
NICHOLAS G. CAMPINS
Deputy Attorney General

**PHILIP J. WEISER**
**STATE OF COLORADO**
**ATTORNEY GENERAL**
*/s/ Heather Kelly*
PHILIP J. WEISER, Attorney General
LESLIE EATON, Atty Reg. No. 17791*
HEATHER KELLY, Atty Reg. No. 36052*
CARRIE NOTEBOOM, Atty Reg. No. 52910*
First Assistant Attorneys General
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO  80203
Telephone: (720) 508-6000
FAX: (720) 508-6040
*Counsel of Record

**STATE OF HAWAII**
**ANNE E. LOPEZ**
**ATTORNEY GENERAL**
*/s/ Wade H. Hargrove III*
WADE H. HARGROVE
Deputy Attorney General
465 S. King Street, #200
Honolulu, Hawaii  96813
(808) 587-3050
Wade.H.Hargrove@hawaii.gov

**STATE OF MAINE**
**AARON M. FREY**
**ATTORNEY GENERAL**
*/s/ Matthew F. Pawa*
Matthew F. Pawa
Benjamin A. Krass
SEEGER WEISS LLP
1280 Centre Street, Suite 230
Newton Centre, MA  02459
Phone: (617) 641-9550
MPawa@seegerweiss.com
BKrass@seegerweiss.com

**ANTHONY G. BROWN**
**Attorney General of Maryland**
*/s/ Patricia Tipon*
PATRICIA V. TIPON
Attorney No. 0806170244
JULIE KUSPA
Attorney No. 0912160009
MATTHEW ZIMMERMAN
Attorney No. 8005010219
Assistant Attorneys General
Office of the Attorney General
1800 Washington Boulevard, Suite 6048
Baltimore, Maryland 21230
patricia.tipon@maryland.gov
matthew.zimmerman@maryland.gov
julie.kuspa@maryland.gov
(410) 537-3061
(410) 537-3943 (facsimile)

ADAM D. SNYDER
Attorney No. 9706250439
Assistant Attorney General
Office of the Attorney General
301 West Preston Street, Suite 1101
Baltimore, Maryland 21201
adam.snyder1@maryland.gov
(410) 767-1409

**COMMONWEALTH OF MASSACHUSETTS**
**OFFICE OF THE ATTORNEY GENERAL**
*/s/ Nancy E. Harper*
NANCY E. HARPER
Assistant Attorney General and Chief, Environmental Protection Division
I. ANDREW GOLDBERG
LOUIS DUNDIN
JILLIAN RILEY
Assistant Attorneys General
OFFICE OF THE ATTORNEY GENERAL
One Ashburton Place, 18th Floor
Boston, Massachusetts 02108
(617) 727-2200
(617) 727-9665 (facsimile)
betsy.harper@mass.gov
andy.goldberg@mass.gov
louis.dundin@mass.gov
jillian.riley@mass.gov

**STATE OF MINNESOTA**
**OFFICE OF THE ATTORNEY GENERAL**
*/s/ Peter N. Surdo*
Special Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street
Suite 1400
St. Paul, Minnesota 55101
peter.surdo@ag.state.mn.us
Phone: (651) 757-1061

**STATE OF NEW HAMPSHIRE**
**By its attorney,**
**JOHN M. FORMELLA**
**ATTORNEY GENERAL**
*/s/ Christopher G. Aslin*
Christopher G. Aslin, NH Bar # 18285
Senior Assistant Attorney General
Environmental Protection Bureau
New Hampshire Department of Justice
33 Capitol Street
Concord, NH 03301
(603) 271-3679
christopher.aslin@doj.nh.gov

**FOR THE STATE OF NEW JERSEY**
**MATTHEW J. PLATKIN**
**Attorney General**
By: */s/ Gwen Farley*
GWEN FARLEY
Deputy Attorney General
Office of the Attorney General
Environmental Enforcement &
Environmental Justice Section
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 083
Trenton, NJ 08625-0093
Phone: (609) 376-2740
Gwen.Farley@law.njoag.gov

**RAÚL TORREZ**
**ATTORNEY GENERAL OF NEW MEXICO**
*/s/ William Grantham*
**William Grantham**
**Assistant Attorney General**
408 Galisteo Street
Santa Fe, NM 87501
wgrantham@nmag.gov
Phone: (505) 717-3520

**STATE OF NEW YORK**
**LETITIA JAMES**
**ATTORNEY GENERAL**
*/s/ Muhammad Umair Khan*
Muhammad Umair Khan
Senior Advisor & Special Counsel
Umair.Khan@ag.ny.gov
Philip Bein
Mihir Desai
Assistant Attorneys General
Philip.Bein@ag.ny.gov
Mihir.Desai@ag.ny.gov
Office of the New York Attorney General
28 Liberty St.
New York, NY 10005
(212) 416-6685

**STATE OF NORTH CAROLINA**
**JOSHUA H. STEIN**
**ATTORNEY GENERAL**
*/s/ Daniel S. Hirschman*
Daniel S. Hirschman
Senior Deputy Attorney General
dhirschman@ncdoj.gov
Marc Bernstein
Special Deputy Attorney General
mbernstein@ncdoj.gov
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
(919) 716-6600

**ELLEN F. ROSENBLUM**
**Attorney General**
*/s/ Lisa Udland*
**Udland, Lisa,** OSB No. 964444
Special Counsel to the Attorney General
Email: lisa.udland@doj.state.or.us
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880

**STATE OF RHODE ISLAND,**
**PETER F. NERONHA**
**ATTORNEY GENERAL**
By Its Attorneys,
*/s/ Alison Hoffman*
**ADI GOLDSTEIN** (Bar No. 6701)
**MIRIAM WEIZENBAUM** (Bar No. 5182)
**SARAH W. RICE** (Bar No. 10588)
**ALISON HOFFMAN** (Bar No. 9811)
**DEPARTMENT OF THE ATTORNEY GENERAL**
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400
agoldstein@riag.gov
mweizenbaum@riag.gov
srice@riag.gov
ahoffman@riag.gov

**JONATHAN SKRMETTI** (BPR No. 31551)
**ATTORNEY GENERAL AND REPORTER**
**STATE OF TENNESSEE**
*/s/ Sohnia Hong*
Sohnia W. Hong (BPR No. 17415)
Deputy Attorney General
Amanda E. Callihan (BPR No. 035960)
Senior Assistant Attorney General
Office of the Tennessee Attorney General
Environmental Division
P.O. Box 20207
Nashville, Tennessee 32707
Sohnia.Hong@ag.tn.gov
Amanda.Callihan@ag.tn.gov

8

**TEXAS OFFICE OF THE ATTORNEY GENERAL**
ANGELA COLMENERO
Provisional Attorney General
*/s/ Katie Hobson*
KATIE B. HOBSON
Assistant Attorney General, State Bar No. 24082680
KELLIE E. BILLINGS-RAY
Deputy Chief, State Bar No. 24042447
Environmental Protection Division
P. O. Box 12548, MC-066
Austin, Texas 78711-2548
Tel: (512) 463-2012
katie.hobson@oag.texas.gov
kellie.billings-ray@oag.texas.gov

**STATE OF VERMONT**
**CHARITY R. CLARK**
**ATTORNEY GENERAL**
*/s/ Laura B. Murphy*
Laura B. Murphy
Assistant Attorney General
109 State Street
Montpelier, VT 05609-1001
(802) 828-3186
laura.murphy@vermont.gov

**JOSHUA L. KAUL**
**Attorney General of Wisconsin**
*/s/ Bradley J. Motl*
BRADLEY J. MOTL
Assistant Attorney General
State Bar #1074743
SARAH C. GEERS
Assistant Attorney General
State Bar #1066948
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-0505 (Motl)
(608) 266-3067 (Geers)
(608) 267-2778 (Fax)
motlbj@doj.state.wi.us
geerssc@doj.state.wi.us

9

**DISTRICT OF COLUMBIA**
BRIAN L. SCHWALB
Attorney General for the District of Columbia
JENNIFER C. JONES
Deputy Attorney General
Public Advocacy Division
ARGATONIA D. WEATHERINGTON
Chief, Social Justice Section
By: */s/ Wesley Rosenfeld*
WESLEY ROSENFELD
Assistant Attorney General
LAUREN CULLUM
Special Assistant Attorney General
Office of the Attorney General for the District of Columbia
400 Sixth Street NW, 10th Floor
Washington, D.C. 20001
Tel: 202.368.2569
wesley.rosenfeld1@dc.gov
lauren.cullum@dc.gov

EDELSON PC
By: */s/ Jimmy Rock*
JIMMY ROCK
1255 Union St NE, 7th Floor
Washington, D.C. 20002
Tel: 202.270.4777
jrock@edelson.com

**COMMONWEALTH OF PUERTO RICO**
DOMINGO EMANUELLI HERNÁNDEZ
SECRETARY OF JUSTICE
DEPARTMENT OF JUSTICE OF PUERTO RICO
By: */s/ Guarionex Díaz Martínez*
GUARIONEX DÍAZ MARTÍNEZ
Assistant Secretary
Department of Justice
PO Box 9020192
San Juan, PR 00902-0192
Tel: 787.721.2900
gdiaz@justicia.pr.gov

EDELSON PC
By: */s/ Jimmy Rock*
JIMMY ROCK
1255 Union St NE, 7th Floor
Washington, D.C. 20002
Tel: 202.270.4777
jrock@edelson.com

11

## CERTIFICATE OF SERVICE

   I hereby certify that on July 20, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and a copy thereof was served via the CM/ECF system upon all counsel of record.

              <u>*/s/ William J. Jackson*</u>
              William J. Jackson
              TX Bar No. 784325
              KELLEY DRYE & WARREN LLP
              515 Post Oak Blvd. Suite 900
              Houston, Texas 77027
              Ph. (713) 355-5000
              Fax (713) 355-5001
              BJackson@KelleyDrye.com