# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>This Document relates to<br>*City of Camden, et al. v. E.I. DuPont de Nemours & Co. (n/k/a/ EIDP, Inc.), et al.*,<br>2:23-cv-3230-RMG |

Before the Court is the states of California, Colorado, Hawaii, Maine, Maryland, Massachusetts, Minnesota, New Jersey, New Mexico, New Hampshire, New York, North Carolina, Oregon, Rhode Island, Tennessee, Texas, Vermont, and Wisconsin as well as the District of Columbia and Puerto Rico ("States")'s motion to extend their time to respond to certain Plaintiffs' motion for preliminary approval of the class action settlement between public water systems and the DuPont Entities, from July 24, 2023 to August 7, 2023. (Dkt. No. 3427). For good cause shown, the States' motion is GRANTED IN PART and the States' objections, if any, must be filed on or before July 31, 2023.

    **AND IT IS SO ORDERED.**

                                                                             s/Richard Mark Gergel
                                                                             Richard Mark Gergel
July 21, 2023                                                    United States District Judge
Charleston, South Carolina