IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br><br>This Document relates to<br>*City of Camden, et al. v. 3M Company,*<br>2:23-cv-03147-RMG |

    Before the Court is a motion by Certain States, with the consent of proposed Class Counsel and 3M, to extend the time to respond to certain Plaintiffs' motion for preliminary approval of the class action settlement between public water systems and 3M Company from July 24, 2023 to July 26, 2023. (Dkt. No. 3436). For good cause shown, the motion is GRANTED and the States' objections, if any, must be filed on or before July 26, 2023.

    **AND IT IS SO ORDERED.**

<u>s/Richard Mark Gergel</u>
Richard Mark Gergel
United States District Judge

July 25, 2023
Charleston, South Carolina