# Exhibit A

# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400

Alexander S. Lorenzo                    Direct Dial: 212-210-9528                    Email: alexander.lorenzo@alston.com

July 5, 2023

**<u>VIA EMAIL ONLY</u>**
Jeffrey W. Moss
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110
jeffrey.moss@morganlewis.com

> **Re:**    ***Tyco Fire Products LP v. AIU Insurance Company, et al.***,
> No. 2:23-cv-02384 (D.S.C.)

Mr. Moss:

As discussed, I write to memorialize the agreement that was reached on June 30, 2023 regarding the extension to the response deadline in the above-referenced action. Specifically, this confirms that your client, Tyco Fire Products LP, the AIG Defendants, and the Zurich Defendants have reached agreement on a twenty-one (21) day extension to the current July 11, 2023 deadline to move, answer, or otherwise respond to the Complaint in the action.[1]  With this twenty-one (21) day extension, responses to the Complaint are now due on August 1, 2023.  The AIG Defendants and the Zurich Defendants agree to grant a comparable accommodation to Tyco Fire Products LP, if later requested.

To memorialize this agreement, please sign at the bottom of this letter and email same back to us at your earliest convenience.  Thank you for your time and attention. Should you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

*/s/ Alexander S. Lorenzo*

Alexander S. Lorenzo

---

[1] The AIG Defendants are AIU Insurance Company, American Home Assurance Company, Insurance Company of the State of Pennsylvania, National Union Fire Insurance Company of Pittsburgh, Pa., and New Hampshire Insurance Company.

The Zurich Defendants are American Guarantee and Liability Insurance Company and Zurich American Insurance Company.

Alston & Bird LLP                                                                                        www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Fort Worth | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

Jeffrey W. Moss
July 5, 2023
Page 2

This is to confirm that the deadline for the AIG Defendants and the Zurich Defendants to move, answer, or otherwise respond to the Complaint has been extended to August 1, 2023.

_____
Attorney for Tyco Fire Products LP