# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>This Notice Relates to:<br><br>*State of Vermont v. 3M Company, et al.*, Case No. 2:19-cv-02281;<br>*State of Maine v. 3M Company, et al.*, Case No. 2:23-cv-02573 |

## **NOTICE OF APPEARANCE**

Please take notice that Matthew F. Pawa of Seeger Weiss LLP, hereby enters his appearance as counsel for Plaintiffs the State of Vermont and the State of Maine in the above referenced actions.

Dated: July 26, 2023

Respectfully submitted,

*/s/ Matthew F. Pawa*
Matthew F. Pawa
SEEGER WEISS LLP
1280 Centre Street, Suite 230
Newton Centre, MA 02459
Tel: 617-641-9550
mpawa@seegerweiss.com