# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2-18-mn-2873-RMG<br><br>This Document Relates to:<br>*City of Camden, et al. v. 3M Company,*<br>Case No. 2:23-cv-03147-RMG |

## SOVEREIGNS' MOTION TO INTERVENE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Arizona, California, Colorado, Connecticut, Hawaii, Maine, Maryland, Massachusetts, Minnesota, New Hampshire, New Jersey, New Mexico, New York, Ohio, Pennsylvania, Rhode Island, Tennessee, Texas, Vermont, Wisconsin, as well as the District of Columbia, Puerto Rico, and the Commonwealth of the Northern Mariana Islands (collectively, the "Sovereigns"), by and through their respective Attorneys General and/or their respective counsel, will and hereby do move this Court, for the reasons set forth in their Memorandum of Law in Support of this Motion, for leave to intervene as of right in this action pursuant to Fed. R. Civ. P. 24(a). In the alternative, the Sovereigns seek permissive intervention pursuant to Fed. R. Civ. P. 24(b).

The grounds for this motion are as follows:

1. The Sovereigns satisfy each requirement to intervene as of right under Rule 24(a)(2). The motion is timely, the Sovereigns have significant protectable interests in this action, denial of the Motion would impair the Sovereigns' ability to protect those interests, and the Sovereigns' interests are not adequately protected by the parties to *City of Camden, et al. v. 3M Company*, No. 2:23-cv-03147-RMG.

2. In the alternative, the Sovereigns should be granted permissive intervention pursuant to Rule 24(b) because the Motion is timely, the Sovereigns' claims share common questions of law and fact with Plaintiffs' claims in this action, and intervention will not result in undue delay or prejudice to the parties to *City of Camden, et al. v. 3M Company*, No. 2:23-cv-03147-RMG.

Dated: July 26, 2023                Respectfully submitted,

        **STATE OF ARIZONA**
        **KRISTIN K. MAYES**
        **Arizona Attorney General**
        State of Arizona
        */s/ Curtis Cox*
        Curtis Cox
        Assistant Attorney General
        2005 N. Central Avenue
        Phoenix, Arizona 85004
        Telephone: (602) 542-7781
        Environmental@azag.gov

        **THE PEOPLE OF THE STATE OF CALIFORNIA**
        **ROB BONTA**
        **Attorney General of California**
        EDWARD H. OCHOA (SBN 144842)
        Senior Assistant Attorney General
        JEREMY M. BROWN (SBN 269159)
        Supervising Deputy Attorney General
        NICHOLAS G. CAMPINS (SBN 238022)
        BRENDAN J. HUGHES (SBN 333690)
        Deputy Attorneys General
        1515 Clay Street, 20th Floor
        Oakland, CA 94612
        Telephone: (510) 879-0801
        Fax: (510) 622-2270
        Email: Nicholas.Campins@doj.ca.gov

        */s/ Nicholas G. Campins*
        NICHOLAS G. CAMPINS
        Deputy Attorney General
        *Attorneys for the People of the State of California, ex rel.*
        *Rob Bonta, Attorney General of California*

        **STATE OF COLORADO**
        **PHILIP J. WEISER**
        **ATTORNEY GENERAL**
        */s/ Heather Kelly*
        PHILIP J. WEISER, Attorney General
        LESLIE EATON
        HEATHER KELLY
        CARRIE NOTEBOOM
        First Assistant Attorneys General
        Ralph L. Carr Judicial Center

1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6000
FAX: (720) 508-6040
*Counsel of Record

**STATE OF CONNECTICUT**
**WILLIAM TONG**
**Attorney General**
*/s/ Matthew I. Levine*
Matthew I. Levine
Deputy Associate Attorney General
Christopher Patrick Kelly
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
Telephone: 860-808-5052
Email: Matthew.Levine@ct.gov
         Christopher.Kelly@ct.gov

**DISTRICT OF COLUMBIA**
**BRIAN L. SCHWALB**
**Attorney General for the District of Columbia**
JENNIFER C. JONES
Deputy Attorney General
Public Advocacy Division
ARGATONIA D. WEATHERINGTON
Chief, Social Justice Section
By: */s/ Wesley Rosenfeld*
WESLEY ROSENFELD
Assistant Attorney General
LAUREN CULLUM
Special Assistant Attorney General
Office of the Attorney General for the District of Columbia
400 Sixth Street NW, 10th Floor
Washington, D.C. 20001
Tel: 202.368.2569
wesley.rosenfeld1@dc.gov
lauren.cullum@dc.gov

EDELSON PC
By: */s/ Jimmy Rock*
JIMMY ROCK
1255 Union St NE, 7th Floor
Washington, D.C. 20002
Tel: 202.270.4777

3

jrock@edelson.com

**STATE OF HAWAII**
**ANNE E. LOPEZ**
**Attorney General**
*/s/ Wade H. Hargrove III*
WADE H. HARGROVE, III
Deputy Attorney General
465 S. King Street, #200
Honolulu, Hawaii 96813
(808) 587-3050
Wade.H.Hargrove@hawaii.gov

**STATE OF MAINE**
**AARON M. FREY**
**ATTORNEY GENERAL**
*s/ Matthew F. Pawa*
Matthew F. Pawa
Benjamin A. Krass
Seeger Weiss LLP
1280 Centre Street, Suite 230
Newton Centre, MA 02459
(617) 641-9550
MPawa@seegerweiss.com
BKrass@seegerweiss.com

Scott Boak
Robert Martin
Assistant Attorneys General
6 State House Station
Augusta, Maine 04333
(207) 626-8566
(207) 626-8897
Scott.Boak@maine.gov
Robert.Martin@maine.gov

Kyle J. McGee
Viola Vetter
Jason H. Wilson
Grant & Eisenhofer, P.A.
123 Justison Street
Wilmington, DE 19801
(302) 622-7000
kmcgee@gelaw.com
vvetter@gelaw.com

4

**STATE OF MARYLAND**
**ANTHONY G. BROWN**
**Attorney General of Maryland**
*/s/ Patricia V. Tipon*
PATRICIA V. TIPON
Attorney No. 0806170244
JULIE KUSPA
Attorney No. 0912160009
MATTHEW ZIMMERMAN
Attorney No. 8005010219
Assistant Attorneys General
Office of the Attorney General
1800 Washington Boulevard, Suite 6048
Baltimore, Maryland 21230
patricia.tipon@maryland.gov
matthew.zimmerman@maryland.gov
julie.kuspa@maryland.gov
(410) 537-3061
(410) 537-3943 (facsimile)

ADAM D. SNYDER
Attorney No. 9706250439
Assistant Attorney General
Office of the Attorney General
301 West Preston Street, Suite 1101
Baltimore, Maryland 21201
adam.snyder1@maryland.gov
(410) 767-1409

**COMMONWEALTH OF MASSACHUSETTS**
**ANDREA JOY CAMPBELL**
**Attorney General**
*/s/ Nancy E. Harper*
**NANCY E. HARPER**
**Assistant Attorney General and Chief, Environmental Protection Division**
I. ANDREW GOLDBERG
LOUIS DUNDIN
JILLIAN RILEY
Assistant Attorneys General
OFFICE OF THE ATTORNEY GENERAL
One Ashburton Place, 18th Floor
Boston, Massachusetts 02108
(617) 727-2200
(617) 727-9665 (facsimile)
betsy.harper@mass.gov

5

andy.goldberg@mass.gov
louis.dundin@mass.gov
jillian.riley@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

**STATE OF MINNESOTA**
**OFFICE OF THE ATTORNEY GENERAL**
**KEITH ELLISON, ATTORNEY GENERAL**
*/s/ Peter N. Surdo*
Special Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street
Suite 1400
St. Paul, Minnesota 55101
peter.surdo@ag.state.mn.us
Phone: (651) 757-1061

**STATE OF NEW HAMPSHIRE**
By its attorney,
JOHN M. FORMELLA,
ATTORNEY GENERAL
*/s/ Christopher G. Aslin*
Christopher G. Aslin, NH Bar #18285
Senior Assistant Attorney General
Environmental Protection Bureau
NEW HAMPSHIRE DEPT. OF JUSTICE
33 Capitol Street
Concord, NH 03301
Tel: (603) 271-3650
christopher.g.aslin@doj.nh.gov

**STATE OF NEW JERSEY**
**MATTHEW J. PLATKIN**
**Attorney General**
By: */s/ Gwen Farley*
GWEN FARLEY
Deputy Attorney General
Division of Law
Environmental Enforcement &
Environmental Justice Section
Hughes Justice Complex
25 Market Street, 7th Floor
P.O. Box 093
Trenton, NJ 08625-0093
Telephone: (609) 376-2740
Gwen.Farley@law.njoag.gov

6

**STATE OF NEW MEXICO**
**RAÚL TORREZ**
**ATTORNEY GENERAL**
*/s/ William Grantham*
**William Grantham**
**Assistant Attorney General**
408 Galisteo Street
Santa Fe, NM 87501
wgrantham@nmag.gov
Phone: (505) 717-3520

**STATE OF NEW YORK**
**LETITIA JAMES**
**ATTORNEY GENERAL**
*/s/ Muhammad Umair Khan*
Muhammad Umair Khan
Senior Advisor & Special Counsel
Umair.Khan@ag.ny.gov
Philip Bein
Mihir Desai
Assistant Attorneys General
Philip.Bein@ag.ny.gov
Mihir.Desai@ag.ny.gov
Office of the New York Attorney General
28 Liberty St.
New York, NY 10005
(212) 416-6685

**OFFICE OF THE ATTORNEY GENERAL**
**COMMONWEALTH OF THE NORTHERN**
**MARIANA ISLANDS**
*/s/ Keisha Blaise*
**Keisha Blaise**
**Assistant Attorney General**
keisha_blaise@cnmioag.org
Hon. Juan A. Sablan Memorial Bid., Fl. 2
Caller Box 10007, Capitol Hill
Saipan, MP 96950
Telephone: (670) 237-7500

**STATE OF OHIO**
**ATTORNEY GENERAL DAVE YOST**
By:*/s/ Kyle J. McGee*
Kyle J. McGee
Viola Vetter

7

Jason Wilson
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, Delaware 19801
Tel.: (302) 622-7000
kmcgee@gelaw.com
vvetter@gelaw.com
jwilson@gelaw.com
*Attorneys for State of Ohio*

**COMMONWEALTH OF PENNSYLVANIA**
**MICHELLE A. HENRY**
**ATTORNEY GENERAL**
*/s/ James A. Donahue, III*
James A. Donahue, III
First Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120
717-787-3391
jdonahue@attorneygeneral.gov

*FOR THE COMMONWEALTH OF PUERTO RICO*
**DOMINGO EMANUELLI HERNÁNDEZ**
**SECRETARY OF JUSTICE**
**DEPARTMENT OF JUSTICE OF PUERTO RICO**
By: /s/ Guarionex Diaz Martinez
GUARIONEX DÍAZ MARTÍNEZ
Assistant Secretary
Department of Justice
PO Box 9020192
San Juan, PR 00902-0192
Tel. 787.721.2900
gdiaz@justicia.pr.gov

**STATE OF RHODE ISLAND,**
**PETER F. NERONHA**
**ATTORNEY GENERAL**
By Its Attorneys,
*/s/ Alison Hoffman*
ADI GOLDSTEIN (Bar No. 6701)
MIRIAM WEIZENBAUM (Bar No. 5182)
SARAH W. RICE (Bar No. 10588)
ALISON HOFFMAN (Bar No. 9811)
DEPARTMENT OF THE ATTORNEY GENERAL
150 South Main Street

8

Providence, RI 02903
Tel. (401) 274-4400
agoldstein@riag.gov
mweizenbaum@riag.gov
srice@riag.gov
ahoffman@riag.gov

**JONATHAN SKRMETTI** (BPR No. 31551)
**ATTORNEY GENERAL AND REPORTER**
**STATE OF TENNESSEE**
*/s/ Sohnia Hong*
Sohnia W. Hong (BPR No. 17415)
Deputy Attorney General
Amanda E. Callihan (BPR No. 035960)
Senior Assistant Attorney General
Office of the Tennessee Attorney General
Environmental Division
P.O. Box 20207
Nashville, Tennessee 32707
Sohnia.Hong@ag.tn.gov
Amanda.Callihan@ag.tn.gov

**STATE OF TEXAS**
**ANGELA COLMENERO**
**PROVISIONAL ATTORNEY GENERAL**
*/s/ Katie B. Hobson*
KATIE B. HOBSON
Assistant Attorney General
State Bar No. 24082680
BRITTANY WRIGHT
Assistant Attorney General
State Bar No. 24130011
KELLIE E. BILLINGS-RAY
Deputy Chief
State Bar No. 24042447
Environmental Protection Division
P. O. Box 12548, MC-066
Austin, Texas 78711-2548
Tel: (512) 463-2012
Katie.Hobson@oag.texas.gov
Brittany.Wright@oag.texas.gov
Kellie.Billings-Ray@oag.texas.gov

**STATE OF VERMONT**
**CHARITY R. CLARK**
**ATTORNEY GENERAL**

*/s/ Laura B. Murphy*
Laura B. Murphy
Assistant Attorney General
109 State Street
Montpelier, VT 05609-1001
(802) 828-3186
laura.murphy@vermont.gov

Matthew F. Pawa
Benjamin A. Krass
Seeger Weiss LLP
1280 Centre Street, Suite 230
Newton Centre, MA 02459
(617) 641-9550
MPawa@seegerweiss.com
BKrass@seegerweiss.com

Kyle J. McGee
Viola Vetter
Jason H. Wilson
Grant & Eisenhofer, P.A.
123 Justison Street
Wilmington, DE 19801
(302) 622-7000
kmcgee@gelaw.com
vvetter@gelaw.com

**STATE OF WISCONSIN**
**JOSHUA L. KAUL**
**Attorney General of Wisconsin**
*/s/ Bradley J. Motl*
BRADLEY J. MOTL
Assistant Attorney General
State Bar #1074743
SARAH C. GEERS
Assistant Attorney General
State Bar #1066948
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-0505 (Motl)
(608) 266-3067 (Geers)
(608) 267-2778 (Fax)
motlbj@doj.state.wi.us
geerssc@doj.state.wi.us

10

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 26, 2023, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which shall send notice to all counsel of record.

Dated: July 26, 2023                                  */s/ Nicholas G. Campins*
                                                                                     NICHOLAS G. CAMPINS