# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2-18-mn-2873-RMG<br><br>This Document Relates to:<br>*City of Camden, et al. v. 3M Company,*<br>Case No. 2:23-cv-03147-RMG |

## [PROPOSED] ORDER GRANTING SOVEREIGNS' MOTION TO INTERVENE

Upon consideration of the Sovereigns' Motion to Intervene and Memorandum of Law in Support of the Sovereigns' Motion to Intervene, is hereby ORDERED that the Sovereigns' Motion to Intervene is GRANTED pursuant to Federal Rule of Civil Procedure Rule 24(a), or in the alternative, pursuant to Federal Rule of Civil Procedure Rule 24(b). It is further ORDERED that the Sovereigns are permitted to intervene in this matter, *City of Camden, et al. v. 3M Company*, No. 2:23-cv-03147-RMG.

Dated: \_\_\_\_ , 2023

                                                            Hon. Richard Mark Gergel
                                                            United States District Judge
                                                            Charleston, South Carolina

## CERTIFICATE OF SERVICE

  I hereby certify that on July 26, 2023, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which shall send notice to all counsel of record.

Dated: July 26, 2023               */s/ Nicholas G. Campins*
                         NICHOLAS G. CAMPINS