# EXHIBIT 3

**DECLARATION OF SARAE T. SNYDER**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2-18-mn-2873-RMG<br><br>This Document Relates to:<br>*City of Camden, et al. v. 3M Company,*<br>Case No. 2:23-cv-03147-RMG |

**DECLARATION OF SARAE T. SNYDER**

I, Sarae T. Snyder, declare as follows:

1. I am a Deputy Attorney General with the Office of the California Attorney General. Along with my colleagues, Annadel A. Almendras, Janelle M. Smith, and William N. Jenkins, I represent the California Department of Corrections and Rehabilitation and the California State Water Resources Control Board (collectively, the "Agencies"), putative class members in the *City of Camden, et al. v. 3M Company* action.

2. I submit this declaration in support of the Agencies' Joinder to the States' and Sovereigns' Omnibus Opposition and the Subset of Sovereigns' Supplemental Opposition to Plaintiffs' Motion for Preliminary Approval of Class Settlement, for Certification of Settlement Class and for Permission to Disseminate Class Notice. I have personal knowledge of the following facts, and if called as a witness, I could and would testify competently to them.

Meet and Confer with Proposed Class Counsel

3. On Sunday, July 16, 2023, I sent a meet and confer email to Proposed Class Counsel attorneys Michael London, Paul Napoli, Scott Summy, and Elizabeth Fegan. In the email I set forth concerns with the 3M Settlement and Proposed Class Counsel's accompanying Motion for Preliminary Approval of Class Settlement, for Certification of the Settlement Class, and for Permission to Disseminate Class Notice (Dkt. 3370-1) ("Motion"). In the same email, I

1

2

also stated the Agencies' intention to file a Joinder—following up on a previous email sent by counsel for the People of the State of California—and offered to meet and confer regarding the Agencies' filings. A true and correct copy of this email is attached as **Exhibit A**.

    4.    As of the time of execution of this Declaration, I had not yet received a response from Proposed Class Counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed this 26th day of July, 2023, at San Francisco, California.

_____

Sarae T. Snyder

# EXHIBIT A

| | |
|---|---|
| **From:** | Sarae Snyder |
| **To:** | "Michael London"; "Paul Napoli"; "ssummy@baronbudd.com"; "beth@feganscott.com" |
| **Cc:** | Annadel Almendras; Janelle Smith |
| **Subject:** | In re AFFF Products Liability Litigation - 2:18-mn-2873-RMG - City of Camden, et al. v. 3M Company - 2:23-cv-03147-RMG |
| **Date:** | Sunday, July 16, 2023 3:04:00 PM |

**Non-Privileged/Non-Confidential Email Chain – May Be Filed With Court**

Elizabeth, Michael, Scott, and Paul:

Along with my colleagues, Janelle Smith and Annadel Almendras, I represent the California Department of Corrections and Rehabilitation ("CDCR") and the California State Water Resources Control Board ("SWRCB"). CDCR and SWRCB have reviewed Plaintiffs' Motion for Preliminary Approval of Class Settlement, for Certification of Settlement Class and for Permission to Disseminate Class Notice ("Plaintiffs' Motion") and have determined that the Settlement's defects will negatively impact them as putative class members in the *City of Camden, et al. v. 3M Company* action.

CDCR and SWRCB have identified the following defects in the Settlement, which are detrimental to their interests as putative class members:

- The settlement amount is insufficient to pay for treatment of contaminated drinking water nationwide.
- The settlement contains an overbroad indemnity clause that shifts massive amounts of 3M's liability onto class members.
- The amount that each system would receive under the settlement is not ascertainable.
- The payout period is overly long, extending through 2036.
- The exemption of state-owned water facilities should be clearer.
- The release could create uncertainty about whether claims for soil contamination and other harm related to water systems are covered.
- The release encompasses PFAS compounds that are not the subject of litigation and have not been widely tested in California.
- The proposed class is flawed in that it lacks the necessary representatives, its scope is not ascertainable, and it is overly broad.

Deputy Attorney General Nick Campins, counsel for the People of the State of California ("People"), notified you of the People's intention to file an Opposition to the Plaintiffs' Motion. On July 14, Mr. Campins also notified you that CDCR and SWRCB would file a motion to intervene. However, because CDCR and SWRCB are putative class members, a motion to intervene is not necessary. Instead, CDCR and SWRCB will file a Joinder to the People's Opposition to the Plaintiffs' Motion.

We are writing to inform you that we will file Notices of Appearance and CDCR and SWRCB's Joinder on Monday, July 17. Please let us know if you would like to meet and confer with us tonight or tomorrow morning concerning CDCR and SWRCB's Joinder.

Thank you,

**Sarae Snyder**
Deputy Attorney General
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: 415-510-3808
Email: Sarae.Snyder@doj.ca.gov