IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>This Document relates to<br>2:23-cv-3569-RMG |

Before the Court is a motion for leave to direct file a multi-plaintiff action in this MDL pursuant to CMO 3, paragraph 26. (Dkt. No. 3342). After a careful review of the complaint, the motion for leave to direct file complaint is **GRANTED.**

**AND IT IS SO ORDERED.**

s/Richard Mark Gergel
Richard Mark Gergel
United States District Judge

July 31, 2023
Charleston, South Carolina