# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | Master Docket No.: 2:18-mn-2873-RMG |
| CITY OF CAMDEN, et al., *Plaintiffs,* -vs- E.I. DUPONT DE NEMOURS AND COMPANY (n/k/a EIDP, Inc.), et al. *Defendants.* | Civil Action No.: 2:23-cv-03230-RMG |

**PROPOSED CLASS COUNSEL'S CONSENT MOTION FOR EXTENSION OF TIME TO ALLOW RESPONSES TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

Proposed Class Counsel, with the consent of The Chemours Company, The Chemours Company FC, LLC, DuPont de Nemours, Inc., Corteva, Inc., and E.I. DuPont de Nemours and Company (n/k/a/ EIDP, Inc.) (the "DuPont Entities"), move for an extension of time for an additional seven (7) days, until August 7, 2023, to allow for the submission of responses, if any, to Plaintiffs' Motion for Preliminary Approval.

Specifically, as requested by certain state Attorney Generals, proposed Class Counsel (with the DuPont Entities' consent) agree to a 7-day extension for the States to respond to Plaintiffs' Motion for Preliminary Approval of Class because progress is being made to address concerns raised by the States. Proposed Class Counsel, the DuPont Entities and the States have exchanged ideas about language that would satisfy the concerns that have been presented, with some issues already agreed upon.

Given the productive nature of the discussions, proposed Class Counsel, with the consent of the DuPont Entities, submit that an additional seven (7) day extension of time for responses to the Plaintiffs' Motion for Preliminary Approval, subject, of course, to the Court's approval, until August 7, 2023, would be beneficial. During this period, the undersigned intend to continue the ongoing discussions directed to the issues raised.

Wherefore, proposed Class Counsel submit that a 7-day extension of time, up to and including August 7, 2023, be allowed for the submission of responses, if any, to Plaintiffs' Motion for Preliminary Approval.

Dated: July 31, 2023

Respectfully Submitted,

s/ Michael A. London
Michael A. London
Douglas and London P.C. 59
Maiden Lane, 6th Floor
New York, NY 10038
212-566-7500
212-566-7501 (fax)
mlondon@douglasandlondon.com

s/ Paul J. Napoli
Paul J. Napoli
Napoli Shkolnik
1302 Avenida Ponce de León
San Juan, Puerto Rico 00907
Tel: (833) 271-4502
Fax: (646) 843-7603
pnapoli@nsprlaw.com

s/ Scott Summy
Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
214-521-3605
ssummy@baronbudd.com

s/ Elizabeth A. Fegan
Elizabeth A. Fegan
Fegan Scott LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
312-741-1019
beth@feganscott.com

*Proposed Class Counsel*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was electronically filed with this Court's CM/ECF on this 31st day of July 2023 and was thus served electronically upon counsel of record.

                                                */s/ Michael A. London*
                                                Michael A. London
                                                Douglas and London PC
                                                59 Maiden Lane, 6th Floor
                                                New York, NY 10038
                                                212-566-7500
                                                212-566-7501 (fax)
                                                mlondon@douglasandlondon.com