# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG <br><br> **JOINT STATUS REPORT FOR July 14, 2023 CASE MANAGEMENT CONFERENCE** <br><br> **This Document relates to ALL CASES** |

Pursuant to this Court's Case Management Order No. 2, Co-Lead Counsel for Plaintiffs and Defendants provide this Joint Status Report in advance of the in-person status conference scheduled for July 14, 2023.

1. **Update and developments in litigation progress since May 26, 2023 Joint Status Report:**

    a. Defendant and third-party overall document productions: approximately 4.65 million documents and over 37.4 million pages.

    b. Depositions:
        i. Taken since May 26, 2023: 2 (164 total depositions).
        ii. Scheduled to be taken: 9.

    c. Settlement Report

        i. The parties have reached a signed Master Settlement Agreement ("MSA") dated June 30, 2023 by and between Plaintiff Interim Class Counsel and The Chemours Company, The Chemours Company FC, LLC, DuPont de Nemours, Inc., Corteva, Inc., and E.I. DuPont de Nemours and Company n/k/a EIDP, Inc. (collectively the "Dupont Defendants") on behalf of Public Water Systems ("PWSs"). The DuPont MSA defines the Settlement Class as: (a) All PWSs in the United States that have tested and detected PFAS at any level on or before June 30, 2023; and (b) All PWSs, that as of June 30, 2023, have not detected PFAS but are subject to UCMR5 or otherwise required to test for PFAS under applicable federal or state law. There are certain entities excluded from the settlement, namely PWSs owned by a state or federal government, privately-owned wells and surface water

a next round of cases to be discovered and advanced for trial.

    2.    <u>Future Bellwether Cases:</u>

The parties are working on the deadlines and parameters of CMO 26 as it pertains to the next wave of bellwether cases and have agreed to extend the selection of the personal injury bellwether cases under CMO 26 from July 28, 2023 until September 28, 2023.

The PEC and DCC will also engage in meet and confers to address other categories of cases.

    **C.**    **<u>Memorialized Settlement Reports and Updates</u>**

1. 3M Settlement with Public Water Systems: As noted above, on June 22, 2023, Plaintiff Interim Class Counsel and 3M agreed to a class action settlement resolving claims on behalf of a proposed class of Public Water Systems. The PEC filed its motion for Preliminary Approval on July 3, 2023 [ECF 3370].

2. Dupont Settlement with Public Water Systems: As noted above, on June 30, 2023, Plaintiff Interim Class Counsel and The Chemours Company, The Chemours Company FC, LLC, DuPont de Nemours, Inc., Corteva, Inc., and E.I. DuPont de Nemours and Company n/k/a EIDP, Inc. (collectively the "Dupont Defendants") have entered into a class action settlement in the amount of one billion one hundred and eighty-five million dollar ($1,185,000,000) for public water systems that have a PFAS in their drinking water by June 30, 2023, or are a required by UCMR 5 to test for PFAS or required to test for PFAS by applicable state law by the UCMR 5 deadline. The PEC intends to file its Motion for Preliminary Approval on July 10, 2023.

    **D.**    **<u>CMO 12 Compliance</u>**

The parties are reminded of the entry of CMO 12. This CMO provides among other things, tolling protections for Plaintiffs as to certain Defendants and in exchange those Defendants should not be named as Defendants in future lawsuits in this MDL. In addition, those Defendants should be dismissed (without prejudice – subject to CMO 12) from existing lawsuits in this MDL. The parties will submit an agreed-to amended CMO 12 to extend the tolling period.

Dated: July 7 2023

Respectfully submitted,

/s/ *Michael A. London*      /s/ *Joseph G. Petrosinelli*

Michael A London
Douglas and London PC
59 Maiden Lane
6th Floor
New York, NY 10038
P: (212)-566-7500
F: (212)-566-7501
mlondon@douglasandlondon.com

Paul J. Napoli
Napoli Shkolnik PLLC
1301 Avenue Of The Americas
10th Floor
New York, NY 10019
P: (212)-397-1000
F: (646)-843-7603
pnapoli@napolilaw.com

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
P: (214)-521-3605
ssummy@baronbudd.com

*Co-lead Counsel for Plaintiffs*

Fred Thompson, III
Motley Rice LLC
28 Bridgeside Boulevard
Mt Pleasant, SC 29464
P: (843)-216-9000
F: (843)-216-9440
fthompson@motleyrice.com

*Liaison Counsel for Plaintiffs*

Joseph G. Petrosinelli
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
P: (202) 434-5547
F: (202) 434-5029
jpetrosinelli@wc.com

Michael A. Olsen
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
P: (312) 701-7120
F: (312) 706-8742
molsen@mayerbrown.com

*Co-lead Counsel for Defendants*

Brian Duffy
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
P: (843) 720-2044
F: (843) 720-2047
bduffy@duffyandyoung.com

David E. Dukes
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
P: (803) 255-9451
F: (803) 256-7500
david.dukes@nelsonmullins.com

*Co-liaison Counsel for Defendants*