# IN THE UNITED STATES DISTRICT COURT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>This Document Relates to:<br><br>*The Commonwealth of Puerto Rico v. 3M Company, et al.*, Case No.: 2:23-cv-02351-RMG |

## MOTION FOR LEAVE TO AMEND COMPLAINT TO ADD ADDITIONAL PLAINTIFFS

**PLEASE TAKE NOTICE**, that upon the Memorandum of Law in Support of the Commonwealth's Motion for Leave to Amend the Complaint, the Declaration of Jimmy R. Rock, and the exhibits annexed thereto, Plaintiff, the Commonwealth of Puerto Rico (the "Commonwealth") moves this Court for an order pursuant to Rule 15 of the Federal Rules of Civil Procedure granting the Commonwealth leave to amend its Complaint in this action to add additional instrumentalities of the Commonwealth as plaintiffs.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Local Rule 7.06, opposing affidavits and memoranda of law, if any, must be filed within fourteen days of the filing of this motion, unless the parties agree otherwise, or the Court imposes a different schedule.

Date: July 31, 2023

Respectfully submitted,

**DOMINGO EMANUELLI HERNÁNDEZ
SECRETARY OF JUSTICE
DEPARTMENT OF JUSTICE OF PUERTO RICO**

By: */s/ Guarionex Díaz Martínez*

GUARIONEX DÍAZ MARTÍNEZ
Assistant Secretary
Department of Justice
PO Box 9020192
San Juan, PR 00902-0192
Tel. 787.721.2900
gdiaz@justicia.pr.gov

**EDELSON PC**

By:*/s/ Jimmy Rock*
JIMMY ROCK
DAVID MINDELL
SHANTEL CHAPPLE KNOWLTON
1255 Union St NE, 7th Floor
Washington, DC 20002
Tel. 202.270.4777
jrock@edelson.com
dmindell@edelson.com
schappleknowlton@edelson.com

**MINER, BARNHILL & GALLAND, P.C**.

By:*/s/ Robert S. Libman*
ROBERT S. LIBMAN
DAVID BALTMANIS
325 N. LaSalle Street, Suite 350
Chicago, IL 60654
(312) 751-1170; Fax (312) 751-0438
rlibman@lawmbg.com
dbaltmanis@lawmbg.com

**MIRAMAR GROUP LLC**

By:*/s/ Carlos J. Sagardía-Abreu*
CARLOS J. SAGARDÍA-ABREU
PO Box 10051
San Juan, PR 00908
Teléfono: (787) 934-0805
csagardia@miramargroupllc.com