## UNITED STATES JUDICIAL PANEL
### on
## MULTIDISTRICT LITIGATION

**IN RE: AQUEOUS FILM–FORMING FOAMS
PRODUCTS LIABILITY LITIGATION**                              MDL No. 2873

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO –145)

On December 7, 2018, the Panel transferred 75 civil action(s) to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 357 F.Supp.3d 1391 (J.P.M.L. 2018). Since that time, 423 additional action(s) have been transferred to the District of South Carolina. With the consent of that court, all such actions have been assigned to the Honorable Richard M. Gergel.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of South Carolina and assigned to Judge Gergel.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of South Carolina for the reasons stated in the order of December 7, 2018, and, with the consent of that court, assigned to the Honorable Richard M. Gergel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of South Carolina. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 01, 2023

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*Tiffaney D. Pete*

Tiffaney D. Pete
Clerk of the Panel

IN RE: AQUEOUS FILM–FORMING FOAMS
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2873

### SCHEDULE CTO–145 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| **FLORIDA MIDDLE** | | | |
| FLM | 3 | 23–00819 | Stephens v. 3M Company et al |
| **MASSACHUSETTS** | | | |
| MA | 1 | 23–11588 | Town of Yarmouth v. THE 3M Company et al |
| MA | 1 | 23–11590 | Bourne Water District v. THE 3M Company et al |
| MA | 1 | 23–11593 | Dennis Water District v. The 3M Company et al |
| **NEW YORK SOUTHERN** | | | |
| NYS | 7 | 23–05866 | Black River Falls Water Utility v. The 3M Company et al |
| NYS | 7 | 23–05879 | Glencoe Water and Sewer Works v. The 3M Company et al |
| NYS | 7 | 23–05892 | Anderson Regional Joint Water System v. The 3M Company et al |
| NYS | 7 | 23–05981 | City of Laurens Commissioners of Public Works v. The 3M Company et al |
| **NEW YORK WESTERN** | | | |
| NYW | 1 | 23–00681 | Town of Randolph v. THE 3M COMPANY et al |
| **NORTH CAROLINA EASTERN** | | | |
| NCE | 4 | 23–00114 | Neuse Regional Water and Sewer Authority v. 3M Company et al |
| NCE | 5 | 23–00370 | City of Raleigh v. 3M Company et al |
| NCE | 7 | 23–01155 | Village of Bald Head Island, North Carolina v. 3M Company et al |
| **OHIO SOUTHERN** | | | |
| OHS | 1 | 23–00433 | City of Loveland v. 3M Company et al |
| OHS | 1 | 23–00435 | City of Milford v. 3M Company et al |
| **PENNSYLVANIA EASTERN** | | | |
| PAE | 5 | 23–02652 | LEHIGH COUNTY AUTHORITY v. 3M COMPANY et al |
| **PENNSYLVANIA MIDDLE** | | | |

PAM         1          23–01151         York County, Pennsylvania v. 3M Company et al