## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

### CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAM PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>This Document Relates to:<br>*City of Philadelphia v. Kidde Fenwal, Inc., et al.*<br>*Case No. 2:23-cv-01614-RMG*<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Aimee D. Thomson of the City of Philadelphia Law Department hereby enters an appearance as counsel of record representing Plaintiff City of Philadelphia in the above captioned matter.

Dated: August 1, 2023

Respectfully submitted,

By: */s/ Aimee D. Thomson*

Aimee D. Thomson
PA Bar No. 326328
**CITY OF PHILADELPHIA LAW DEPARTMENT**
Affirmative & Special Litigation Unit
1515 Arch St.
Philadelphia, PA 19102
(215) 683-5444
aimee.thomson@phila.gov

*Attorney for Plaintiff City of Philadelphia*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 1, 2023, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which shall send notice to all counsel of record.

Dated: August 1, 2023                          */s/ Aimee D. Thomson*
                                               AIMEE D. THOMSON