**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | )<br>) | Master Docket No.:<br>2:18-mn-2873-RMG |

| | | |
|---|---|---|
| CITY OF CAMDEN, et al.,<br><br>*Plaintiffs,*<br><br>-*vs*-<br><br>E.I. DUPONT DE NEMOURS AND COMPANY (n/k/a EIDP, Inc.), et al.,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.:<br>2:23-cv-03230-RMG |

## <u>CONSENT MOTION TO AMEND EXHIBITS TO MOTION FOR PRELIMINARY APPROVAL</u>

Proposed Class Counsel, with the consent of The Chemours Company, The Chemours Company FC, LLC, DuPont de Nemours, Inc., Corteva, Inc., and E.I. DuPont de Nemours and Company (n/k/a/ EIDP, Inc.) (the "DuPont Entities") and the States and other sovereign signatories below (the "Sovereigns"),[1] move to amend certain of the exhibits to the Motion for Preliminary Approval of Class Settlement, for Certification of Settlement Class and for Permission to Disseminate Class Notice (the "Preliminary Approval Motion") (ECF No. 3).  The grounds for this motion are as follows:

---

[1] The Sovereigns are Arizona, California, Colorado, Connecticut, Hawaii, Maine, Maryland, Massachusetts, Minnesota, New Hampshire, New Jersey, New Mexico, New York, Ohio, Pennsylvania, Rhode Island, Tennessee, Texas, Vermont, and Wisconsin, as well as the District of Columbia, the Commonwealth of the Northern Mariana Islands, and the Commonwealth of Puerto Rico.

1.    Proposed Class Counsel filed the Preliminary Approval Motion on July 10, 2023. The Preliminary Approval Motion attached as exhibits, among other things, a Proposed Order Granting Preliminary Approval of Settlement Agreement (the "Proposed Preliminary Approval Order") (ECF No. 4-1) and a Class Action Settlement Agreement (the "DuPont Entities Settlement Agreement") (ECF No. 4-2.)

2.    After filing of the Preliminary Approval Motion, the Sovereigns requested additional time to communicate issues that they sought clarification upon, and if such items could not be adequately addressed, for additional time to respond to Plaintiffs' Preliminary Approval Motion (ECF No. 14), which the Court granted (ECF No. 15).

3.    Proposed Class Counsel, the DuPont Entities, and the Sovereigns have met and conferred about the issues raised by the Sovereigns concerning the DuPont Entities Settlement Agreement.  Those discussions have resulted in the agreements set forth herein.

4.    Proposed Class Counsel and the DuPont Entities have agreed to the clarifications and modifications of the DuPont Entities Settlement Agreement and the Proposed Preliminary Approval Order reflected in the attached redlines at Ex. A and Ex. B, respectively.

5.    The Sovereigns have agreed that, with these clarifications and modifications, they do not oppose the Preliminary Approval Motion [2:23-cv-03230-RMG, ECF 3; 2:18-mn-2873, ECF No. 3393]. A short summary of the clarifications and modifications set forth in the attached redlines follows:

6.     The parties agreed to revise the definition of Releasing Persons.  Ex. A, ¶ 2.45.[2]

---

[2] Capitalized terms shall have the same meaning as set forth in the DuPont Entities Settlement Agreement and accompanying exhibits.

7.      The parties agreed to extend the deadline for Requests for Exclusion to 90 days. Ex. A, ¶ 9.7.2.  *See also* Ex. B. at 2 (revising the Order Granting Preliminary Approval of Settlement Agreement).

8.      The parties agreed to amend the provision regarding Protection Against Claims-Over. Ex. A, ¶¶ 12.7.1, 12.7.5.

9.      The parties agreed to a modification to the section of the Proposed Preliminary Approval Order regarding the Stay Order and Injunction.  Ex. B at 3.

10.     In addition, as part of this agreement, Proposed Class Counsel have confirmed to the Sovereigns that they have always intended to establish a settlement-specific website with information that will allow Class Members to derive a good faith estimate of what they may receive under the DuPont Entities Settlement Agreement if they participate in it, which is in process.  This reference material is a good faith estimate only and not the actual settlement awards because allocations depend on data that is not publicly available, the extent of participation rates among Class Members is unknown, and the full extent of Impacted Water Sources is unknown. These factors are unknowable until all Claims Forms have been submitted and processed; however, the reference material will nonetheless prove useful in providing a good faith estimate and will be available on the settlement-specific website.

Accordingly, the parties and the Sovereigns respectfully request that the Court consider the attached clarifications and modifications as part of the proposed DuPont Entities Settlement Agreement and the Proposed Preliminary Approval Order.

Dated:  August 7, 2023

Respectfully submitted,

/s/ Michael A. London
Michael A. London
Douglas and London PC
59 Maiden Lane, 6th Floor
New York, NY 10038
212-566-7500
212-566-7501 (fax)
mlondon@douglasandlondon.com

/s/ Paul J. Napoli
Paul J. Napoli
Napoli Shkolnik
1302 Avenida Ponce de León
San Juan, Puerto Rico 00907
Tel: (833) 271-4502
Fax: (646) 843-7603
pnapoli@nsprlaw.com

/s/ Scott Summy
Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
214-521-3605
ssummy@baronbudd.com

/s/ Elizabeth A. Fegan
Elizabeth A. Fegan
Fegan Scott LLC
150 S. Wacker Drive, 24h Floor
Chicago, IL 60606
312-741-1019
beth@feganscott.com

*Proposed Class Counsel*

CONSENTED TO BY:

By: /s/ Graham W. Meli
    Jeffrey M. Wintner
    Graham W. Meli
    WACHTELL, LIPTON, ROSEN & KATZ
    51 West 52nd Street
    New York, NY 10019

*Counsel for The Chemours Company and The Chemours Company FC, LLC*

By: /s/ Kevin T. Van Wart, P.C.
    Kevin T. Van Wart, P.C.
    KIRKLAND & ELLIS LLP
    300 North LaSalle
    Chicago, IL 60654

*Counsel for DuPont de Nemours, Inc.*

By: /s/ Michael T. Reynolds
    Michael T. Reynolds
    CRAVATH, SWAINE & MOORE LLP
    Worldwide Plaza
    825 Eighth Avenue
    New York, New York 1001

*Counsel for Corteva, Inc., and E.I. DuPont de Nemours and Company n/k/a EIDP, Inc.*

By: */s/ Curtis Cox*
**STATE OF ARIZONA**
**KRISTIN K. MAYES**
**Arizona Attorney General**
State of Arizona
Curtis Cox
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-7781
Environmental@azag.gov

*Attorneys for the State of Arizona*

5

By: */s/ Nicholas G. Campins*

**THE PEOPLE OF THE STATE OF CALIFORNIA**
**ROB BONTA**
**Attorney General of California**
EDWARD H. OCHOA (SBN 144842)
Senior Assistant Attorney General
JEREMY M. BROWN (SBN 269159)
Supervising Deputy Attorney General
NICHOLAS G. CAMPINS (SBN 238022)
BRENDAN J. HUGHES (SBN 333690)
Deputy Attorneys General
1515 Clay Street, 20th Floor
Oakland, CA 94612
Telephone: (510) 879-0801
Fax: (510) 622-2270
Email: Nicholas.Campins@doj.ca.gov

*Attorneys for the People of the State of California, ex rel. Rob Bonta, Attorney General of California*


By: */s/ Heather Kelly*

**STATE OF COLORADO**
**PHILIP J. WEISER**
**ATTORNEY GENERAL**
PHILIP J. WEISER, Attorney General
LESLIE EATON
HEATHER KELLY
CARRIE NOTEBOOM
First Assistant Attorneys General
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6000
FAX: (720) 508-6040

*Attorneys for the State of Colorado*


By: */s/ Matthew I. Levine*

**STATE OF CONNECTICUT**
**WILLIAM TONG**
**Attorney General**
Matthew I. Levine
Deputy Associate Attorney General
Christopher Kelly
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
Telephone: 860-808-5052
Email: Matthew.Levine@ct.gov
          Christopher.Kelly@ct.gov

*Attorneys for the State of Connecticut*

By: */s/ Wesley Rosenfeld*
**DISTRICT OF COLUMBIA**
**BRIAN L. SCHWALB**
**Attorney General for the District of Columbia**
JENNIFER C. JONES
Deputy Attorney General
Public Advocacy Division
ARGATONIA D. WEATHERINGTON
Chief, Social Justice Section

WESLEY ROSENFELD
Assistant Attorney General
LAUREN CULLUM
Special Assistant Attorney General
Office of the Attorney General for the District of Columbia
400 Sixth Street NW, 10th Floor
Washington, D.C. 20001
Tel: 202.368.2569
wesley.rosenfeld1@dc.gov
lauren.cullum@dc.gov

EDELSON PC
JIMMY ROCK
1255 Union St NE, 7th Floor
Washington, D.C. 20002
Tel: 202.270.4777
jrock@edelson.com
*Attorneys for the District of Columbia*


By: */s/ Wade H. Hargrove III*
**STATE OF HAWAII**
**ANNE E. LOPEZ**
**Attorney General**
WADE H. HARGROVE, III
Deputy Attorney General
465 S. King Street, #200
Honolulu, Hawaii 96813
(808) 587-3050
Wade.H.Hargrove@hawaii.gov
*Attorneys for the State of Hawaii*

7

By: */s/ Matthew F. Pawa*
**STATE OF MAINE**
**AARON M. FREY**
**ATTORNEY GENERAL**
Matthew F. Pawa
Benjamin A. Krass
Seeger Weiss LLP
1280 Centre Street, Suite 230
Newton Centre, MA 02459
(617) 641-9550
MPawa@seegerweiss.com
BKrass@seegerweiss.com

Scott Boak
Robert Martin
Assistant Attorneys General
6 State House Station
Augusta, Maine 04333
(207) 626-8566
(207) 626-8897
Scott.Boak@maine.gov
Robert.Martin@maine.gov

Kyle J. McGee
Viola Vetter
Jason H. Wilson
Grant & Eisenhofer, P.A.
123 Justison Street
Wilmington, DE 19801
(302) 622-7000
kmcgee@gelaw.com
vvetter@gelaw.com
jwilson@gelaw.com
*Attorneys for the State of Maine*

By: */s/ Patricia V. Tipon*
**STATE OF MARYLAND**
**ANTHONY G. BROWN**
**Attorney General of Maryland**
PATRICIA V. TIPON
Attorney No. 0806170244
JULIE KUSPA
Attorney No. 0912160009
MATTHEW ZIMMERMAN
Attorney No. 8005010219
Assistant Attorneys General
Office of the Attorney General
1800 Washington Boulevard, Suite 6048
Baltimore, Maryland 21230
patricia.tipon@maryland.gov
matthew.zimmerman@maryland.gov
julie.kuspa@maryland.gov
(410) 537-3061
(410) 537-3943 (facsimile)

ADAM D. SNYDER
Attorney No. 9706250439
Assistant Attorney General
Office of the Attorney General
301 West Preston Street, Suite 1101
Baltimore, Maryland 21201
adam.snyder1@maryland.gov
(410) 767-1409
*Attorneys for the State of Maryland*


By: */s/ Nancy E. Harper*
**COMMONWEALTH OF MASSACHUSETTS**
**ANDREA JOY CAMPBELL**
**ATTORNEY GENERAL**
Nancy E. Harper
Assistant Attorney General and Chief, Environmental Protection Division
Louis Dundin
Assistant Attorney General and Deputy Chief, Environmental Protection Division
I. Andrew Goldberg
Jillian Riley
Assistant Attorneys General
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, Massachusetts 02108
(617) 727-2200
betsy.harper@mass.gov
louis.dundin@mass.gov
andy.goldberg@mass.gov
jillian.riley@mass.gov
*Attorneys for the Commonwealth of Massachusetts*

9

By: */s/ Peter N. Surdo*
**STATE OF MINNESOTA**
**OFFICE OF THE ATTORNEY GENERAL**
Peter N. Surdo
Special Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street
Suite 1400
St. Paul, Minnesota 55101
peter.surdo@ag.state.mn.us
Phone: (651) 757-1061

*Attorneys for the State of Minnesota*


By: */s/ Christopher G. Aslin*
**STATE OF NEW HAMPSHIRE**
JOHN M. FORMELLA,
ATTORNEY GENERAL
Christopher G. Aslin, NH Bar #18285
Senior Assistant Attorney General
Environmental Protection Bureau
NEW HAMPSHIRE DEPT. OF JUSTICE
33 Capitol Street
Concord, NH 03301
Tel: (603) 271-3650
christopher.g.aslin@doj.nh.gov

*Attorneys for the State of New Hampshire*


By: */s/ Gwen Farley*
**STATE OF NEW JERSEY**
**MATTHEW J. PLATKIN**
**Attorney General**
GWEN FARLEY
Deputy Attorney General
Division of Law
Environmental Enforcement &
Environmental Justice Section
Hughes Justice Complex
25 Market Street, 7th Floor
P.O. Box 093
Trenton, NJ 08625-0093
Telephone: (609) 376-2740
Gwen.Farley@law.njoag.gov

*Attorneys for the State of New Jersey*

By: */s/ William Grantham*
**STATE OF NEW MEXICO**
**RAÚL TORREZ**
**ATTORNEY GENERAL**
**William Grantham**
**Assistant Attorney General**
408 Galisteo Street
Santa Fe, NM 87501
wgrantham@nmag.gov
Phone: (505) 717-3520
*Attorneys for the State of New Mexico*


By: */s/ Muhammad Umair Khan*
**STATE OF NEW YORK**
**LETITIA JAMES**
**ATTORNEY GENERAL**
Muhammad Umair Khan
Senior Advisor & Special Counsel
Umair.Khan@ag.ny.gov
Philip Bein
Mihir Desai
Assistant Attorneys General
Philip.Bein@ag.ny.gov
Mihir.Desai@ag.ny.gov
Office of the New York Attorney General
28 Liberty St.
New York, NY 10005
(212) 416-6685
*Attorneys for the State of New York*


By: */s/ Keisha Blaise*
**OFFICE OF THE ATTORNEY GENERAL**
**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**
**Keisha Blaise**
**Assistant Attorney General**
keisha_blaise@cnmioag.org
Hon. Juan A. Sablan Memorial Bid., Fl. 2
Caller Box 10007, Capitol Hill
Saipan, MP 96950
Telephone: (670) 237-7500
*Attorneys for the Commonwealth of the Northern Mariana Islands*

11

By: */s/ Kyle J. McGee*
**STATE OF OHIO**
**ATTORNEY GENERAL DAVE YOST**
Kyle J. McGee
Viola Vetter
Jason Wilson
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, Delaware 19801
Tel.: (302) 622-7000
kmcgee@gelaw.com
vvetter@gelaw.com
jwilson@gelaw.com

*Attorneys for the State of Ohio*

By: */s/ James A. Donahue, III*
**COMMONWEALTH OF PENNSYLVANIA**
**MICHELLE A. HENRY**
**ATTORNEY GENERAL**
James A. Donahue, III
First Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120
717-787-3391
jdonahue@attorneygeneral.gov

*Attorneys for the Commonwealth of Pennsylvania*

By: */s/ Guarionex Díaz Martínez*
**FOR THE COMMONWEALTH OF PUERTO RICO**
**DOMINGO EMANUELLI HERNÁNDEZ**
**SECRETARY OF JUSTICE**
**DEPARTMENT OF JUSTICE OF PUERTO RICO**
GUARIONEX DÍAZ MARTÍNEZ
Assistant Secretary
Department of Justice
PO Box 9020192
San Juan, PR 00902-0192
Tel. 787.721.2900
gdiaz@justicia.pr.gov

EDELSON PC
JIMMY ROCK
1255 Union St NE, 7th Floor
Washington, D.C. 20002
Tel: 202.270.4777
jrock@edelson.com

*Attorneys for the Commonwealth of Puerto Rico*

12

By: */s/ Alison Hoffman*
**STATE OF RHODE ISLAND**
**PETER F. NERONHA**
**ATTORNEY GENERAL**
ADI GOLDSTEIN (Bar No. 6701)
MIRIAM WEIZENBAUM (Bar No. 5182)
SARAH W. RICE (Bar No. 10588)
ALISON HOFFMAN (Bar No. 9811)
DEPARTMENT OF THE ATTORNEY GENERAL
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400
agoldstein@riag.gov
mweizenbaum@riag.gov
srice@riag.gov
ahoffman@riag.gov

*Attorneys for the State of Rhode Island*


By: */s/ Sohnia Hong*
**STATE OF TENNESSEE**
**JONATHAN SKRMETTI** (BPR No. 31551)
**ATTORNEY GENERAL AND REPORTER**
Sohnia W. Hong (BPR No. 17415)
Deputy Attorney General
Amanda E. Callihan (BPR No. 035960)
Senior Assistant Attorney General
Office of the Tennessee Attorney General
Environmental Division
P.O. Box 20207
Nashville, Tennessee 37202
Sohnia.Hong@ag.tn.gov
Amanda.Callihan@ag.tn.gov

*Attorneys for the State of Tennessee*

By: _/s/ Katie B. Hobson_

**STATE OF TEXAS**
**ANGELA COLMENERO**
**PROVISIONAL ATTORNEY GENERAL**
KATIE B. HOBSON
Assistant Attorney General
State Bar No. 24082680
BRITTANY WRIGHT
Assistant Attorney General
State Bar No. 24130011
KELLIE E. BILLINGS-RAY
Deputy Chief
State Bar No. 24042447
Environmental Protection Division
P. O. Box 12548, MC-066
Austin, Texas 78711-2548
Tel: (512) 463-2012
Katie.Hobson@oag.texas.gov
Brittany.Wright@oag.texas.gov
Kellie.Billings-Ray@oag.texas.gov

_Attorneys for the State of Texas_

14

By: */s/ Laura B. Murphy*
**STATE OF VERMONT**
**CHARITY R. CLARK**
**ATTORNEY GENERAL**
Laura B. Murphy
Assistant Attorney General
109 State Street
Montpelier, VT 05609-1001
(802) 828-3186
laura.murphy@vermont.gov

Matthew F. Pawa
Benjamin A. Krass
Seeger Weiss LLP
1280 Centre Street, Suite 230
Newton Centre, MA 02459
(617) 641-9550
MPawa@seegerweiss.com
BKrass@seegerweiss.com

Kyle J. McGee
Viola Vetter
Jason H. Wilson
Grant & Eisenhofer, P.A.
123 Justison Street
Wilmington, DE 19801
(302) 622-7000
kmcgee@gelaw.com
vvetter@gelaw.com
jwilson@gelaw.com
*Attorneys for the State of Vermont*


By: */s/ Bradley J. Motl*
**STATE OF WISCONSIN**
JOSHUA L. KAUL
Attorney General of Wisconsin
BRADLEY J. MOTL
Assistant Attorney General
State Bar #1074743
SARAH C. GEERS
Assistant Attorney General
State Bar #1066948
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-0505 (Motl)
(608) 266-3067 (Geers)
(608) 267-2778 (Fax)
motlbj@doj.state.wi.us
geerssc@doj.state.wi.us
*Attorneys for the State of Wisconsin*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was electronically filed with this Court's CM/ECF on this 7th day of August 2023 and was thus served electronically upon counsel of record.

/s/  Michael A. London
Michael A. London
Douglas and London PC
59 Maiden Lane, 6th Floor
New York, NY 10038
212-566-7500
212-566-7501 (fax)
mlondon@douglasandlondon.com