# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| | |
|---|---|
| IN RE AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION MDL 2873 | **MDL No. 2:18-mn-2873-RMG**<br><br>**This Document Relates To:**<br><br>*Mauldin v. 3M Company, et al.*, 2:21-cv-00366<br>*Allen v. 3M Company, et al.*, 2:21-cv-01573<br>*Allen v. 3M Company, et al.*, 2:21-cv-01572<br>*Hayes v. 3M Company, et al.*, 2:22-cv-00711<br>*Marchetti v. 3M Company, et al.*, 2:22-cv-00710<br>*Nordby v. 3M Company, et al.*, 2:22-cv-01589<br>*Nanez v. 3M Company, et al.*, 2:22-cv-01590<br>*Babstock v. 3M Company, et al.*, 2:22-cv-02473<br>*Ain v. 3M Company, et al.*, 2:23-cv-01520<br>*Baldwin v. 3M Company, et al.*, 2:23-cv-01563<br>*Ballard v. 3M Company, et al.*, 2:23-cv-01826<br>*Brown v. 3M Company, et al.*, 2:23-cv-01827<br>*Buckler v. 3M Company, et al.*, 2:23-cv-01828<br>*Charkowick v. 3M Company, et al.*, 2:23-cv-1598<br>*Diehl v. 3M Company, et al.*, 2:23-cv-01564<br>*Gayron v. 3M Company, et al.*, 2:23-cv-01829<br>*Hoenisch v. 3M Company, et al.*, 2:23-cv-01565<br>*Horta v. 3M Company, et al.*, 2:23-cv-01566<br>*Jackson v. 3M Company, et al.*, 2:23-cv-01567<br>*Kouns v. 3M Company, et al.*, 2:23-cv-01568<br>*MacDonald v. 3M Company, et al.*, 2:23-cv-1830<br>*Mathews Jr. v. 3M Company, et al.*, 2:23-cv-1569<br>*Peterkinson v. 3M Company, et al.*, 2:23-cv-1570<br>*Shackel v. 3M Company, et al.*, 2:23-cv-01571<br>*Shamiya v. 3M Company, et al.*, 2:23-cv-01572<br>*Vitales v. 3M Company, et al.*, 2:23-cv-01574<br>*Brodeur v. 3M Company, et al.*, 2:23-cv-01575<br>*Connor v. 3M Company, et al.*, 2:23-cv-01576<br>*Fagan v. 3M Company, et al.*, 2:23-cv-01577<br>*Grilla v. 3M Company, et al.*, 2:23-cv-01578<br>*Lorenzo v. 3M Company, et al.*, 2:23-cv-01579<br>*Yerardi v. 3M Company, et al.*, 2:23-cv-01580<br>*Withycombe v. 3M Company, et al.*, 2:23-cv-1831 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Plaintiffs filed complaints in the above-captioned actions against Defendant Perimeter Solutions, LP ("Perimeter Solutions"). Perimeter Solutions has not answered or moved in response to those complaints. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss the above-captioned actions against Perimeter Solutions without prejudice. Plaintiffs reserve their rights against all other defendants named in the above-captioned cases.

Dated: August 16, 2023                    Respectfully submitted,

                                          */s/ Jonathan K. Levine*
                                          —————————————————————
                                          Jonathan K. Levine
                                          Elizabeth C. Pritzker
                                          Pritzker Levine LLP
                                          1900 Powell Street, Suite 450
                                          Emeryville, California 94608
                                          Telephone: (415) 692-0772
                                          Facsimile: (415) 366-6110
                                          jkl@pritkzkerlevine.com
                                          ecp@pritzkerlevine.com

                                          *Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 16, 2023, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a true and correct copy of the foregoing via email to all counsel of record.

Dated: August 16, 2023

*/s/ Jonathan K. Levine*

Jonathan K. Levine
Elizabeth C. Pritzker
Pritzker Levine LLP
1900 Powell Street, Suite 450
Emeryville, California 94608
Telephone: (415) 692-0772
Facsimile: (415) 366-6110
jkl@pritkzkerlevine.com
ecp@pritzkerlevine.com

*Attorneys for Plaintiffs*