**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: AQUEOUS FILM–FORMING FOAMS
PRODUCTS LIABILITY LITIGATION                                   MDL No. 2873

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –146)**

On December 7, 2018, the Panel transferred 75 civil action(s) to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 357 F.Supp.3d 1391 (J.P.M.L. 2018). Since that time, 445 additional action(s) have been transferred to the District of South Carolina. With the consent of that court, all such actions have been assigned to the Honorable Richard M. Gergel.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of South Carolina and assigned to Judge Gergel.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of South Carolina for the reasons stated in the order of December 7, 2018, and, with the consent of that court, assigned to the Honorable Richard M. Gergel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of South Carolina. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 10, 2023

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Tiffaney D. Pete
Clerk of the Panel

IN RE: AQUEOUS FILM−FORMING FOAMS
PRODUCTS LIABILITY LITIGATION                                     MDL No. 2873

### SCHEDULE CTO−146 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 2 | 23−00892 | GARZA et al v. 3M Company et al |
| ALN | 2 | 23−00903 | Knight et al v. 3M Company et al |
| ALN | 2 | 23−00906 | Brown et al v. 3M Company et al |
| ALN | 2 | 23−00911 | Vaughn et al v. 3M Company et al |
| ALN | 2 | 23−00912 | Sherbert et al v. 3M Company et al |
| FLORIDA MIDDLE | | | |
| FLM | 2 | 23−00527 | Bonita Springs Fire Control and Rescue District v. 3M Company et al |
| FLM | 8 | 23−01597 | City of Plant City v. 3M Company et al |
| FLORIDA SOUTHERN | | | |
| FLS | 0 | 23−61371 | City of Coral Springs v. 3M Company et al |
| FLS | 0 | 23−61372 | City of Pompano Beach v. 3M Company et al |
| NEW MEXICO | | | |
| NM | 1 | 23−00623 | State of New Mexico, ex rel. et al v. 3M Company et al |
| NEW YORK SOUTHERN | | | |
| NYS | 1 | 23−06607 | Rodriguez et al v. 3M Company et al |
| NYS | 1 | 23−06608 | Tweed et al v. The 3M Company et al |
| NORTH CAROLINA EASTERN | | | |
| NCE | 4 | 23−00122 | Martin County Regional Water & Sewer Authority v. 3M Company et al |
| NORTH CAROLINA MIDDLE | | | |
| NCM | 1 | 23−00587 | TOWN OF MOCKSVILLE, NORTH CAROLINA v. 3M COMPANY et al |
| NORTH CAROLINA WESTERN | | | |
| NCW | 3 | 23−00426 | Anson County v. 3M Company et al |