IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**ORDER**<br><br>**This Order relates to ALL CASES** |
|---|---|

The Court has considered Plaintiffs' Co-Lead Counsel's motion to add a fourth co-lead counsel. (Dkt. No. 3600). Pursuant to Case Management Order No. 2 (Dkt. No. 48 at 5), the motion is granted and the Court appoints Joe Rice of Motley Rice, LLC as additional Plaintiffs' Co-Lead Counsel. Mr. Rice will have the same powers and duties as the three previously appointed Co-Leads and will be involved in all aspects of matters pending before the Court in this litigation presently and in the future.

**AND IT IS SO ORDERED**.

                                                                               s/Richard Mark Gergel
                                                                               Richard Mark Gergel
                                                                               United States District Judge

August 22, 2023
Charleston, South Carolina