**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA**

**CHARLESTON DIVISION**

-----------------------------------------------X

WILLIAM JOSEPH CRIST

*Plaintiff,*

-against-

3M COMPANY, f/k/a Minnesota Mining and Manufacturing Company, AGC CHEMICALS AMERICAS INC., ARKEMA INC., BASF CORPORATION, BUCKEYE FIRE EQUIPMENT COMPANY, CARRIER GLOBAL CORPORATION, CHEMDESIGN PRODUCTS, INC., CHEMGUARD, INC., CLARIANT CORPORATION, CORTEVA, INC., DUPONT DE NEMOURS INC., f/k/a DOWDUPONT, INC., DYNAX CORPORATION, E.I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise, KIDDE-FENWAL, INC., NATIONAL FOAM, INC., THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise, THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise, TYCO FIRE PRODUCTS L.P., UTC FIRE & SECURITY AMERICAS CORPORATION, INC.

*Defendants.*

-----------------------------------------------X

Civil Action No: 2:21-cv-03952-RMG

Master Docket No.: 2:18-mn-2873

**JUDGE RICHARD GERGEL**

## <u>SUGGESTION OF DEATH UPON RECORD</u>

Veronica Christ, as surviving spouse and representative of the Estate of William Joseph Crist, suggests upon the record, pursuant to Federal Rule of Civil Procedure Rule 25(a)(1), the death of Plaintiff, William Joseph Crist during the pendency of this action. Mr. Crist departed this life on July 22, 2023, and Ms. Crist as appointed representative of the Estate of William Crist on August 11, 2023, wishes to maintain and continue this cause of action as Plaintiff

Dated: August 22, 2023           Respectfully submitted

                               LAW OFFICES OF JAMES VASQUEZ, P.C.
                               *Attorneys for Plaintiff*

By:    */s/ James Vasquez*_____
            JAMES VASQUEZ, ESQ.
            NJ Attorney ID: 013262008
            Law Offices of James Vasquez, P.C.
            433 Clifton Avenue
            Clifton, New Jersey 07011
            Tel: (862) 247-8711
            james@jamesvasquezlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day 22nd day of August, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing.

            By:    */s/ James Vasquez*_____