UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**[PROPOSED] ORDER**<br><br>**This Document Relates to All Cases** |

Upon review of Plaintiffs' and Turnout Gear ("TOG") Defendants' Joint Motion for Extension of Time to Meet and Confer filed on August 28, 2023, IT IS HEREBY ORDERED that the August 28, 2023, deadline to (i) "meet and confer in good faith and submit for the Court's consideration, . . . a TOG-specific PFS and proposed Case Management Order" (Dkt. 3362 at 3 n.1), and (ii) "meet and confer in good faith" related to the TOG Defendants' scope objections (*id*. at 5), is extended until September 27, 2023.  The sequence and deadline provided in the Order for seeking judicial intervention, if any, remains 14 days after the conclusion of the meet-and-confer period.

**AND IT IS SO ORDERED.**

Dated: _____    _____
Charleston, South Carolina         Richard Mark Gergel
                                   United States District Judge