**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2-18-mn-2873-RMG <br><br> This Document Relates to: <br> *City of Camden, et al. v. 3M Company,* <br> Case No. 2:23-cv-03147-RMG |

**WITHDRAWAL OF JOINDER OF CALIFORNIA STATE WATER RESOURCES CONTROL BOARD AND CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION TO STATES' AND SOVEREIGNS' OMNIBUS OPPOSITION AND SUBSET OF SOVEREIGNS' SUPPLEMENTAL OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, FOR CERTIFICATION OF SETTLEMENT CLASS AND FOR PERMISSION TO DISSEMINATE CLASS NOTICE**

## **WITHDRAWAL OF JOINDER**

The California State Water Resources Control Board and California Department of Corrections and Rehabilitation hereby withdraw the joinder previously filed in this matter (Docket Entry No. 40), in which they had joined the States' and Sovereigns' Omnibus Opposition (Docket Entry No. 37), as well as the Subset of Sovereigns' Supplemental Opposition (Docket Entry No. 38), to Plaintiffs' Motion for Preliminary Approval of Class Settlement, for Certification of Settlement Class and for Permission to Disseminate Class Notice.

Dated: August 29, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
ROBERT W. BYRNE (SBN 213155)
Senior Assistant Attorney General
ANNADEL A. ALMENDRAS (SBN 143459)
Supervising Deputy Attorney General
SARAE T. SNYDER (SBN 341482)
JANELLE M. SMITH (SBN 231801)
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: (415) 510-3522
Fax: (415) 703-5480
Email: Janelle.Smith@doj.ca.gov

/s/ *Janelle M. Smith*
JANELLE M. SMITH
Deputy Attorney General

*Attorneys for the California State Water Resources Control Board and California Department of Corrections and Rehabilitation*

1