# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2873<br><br>**This Document relates to:**<br><br>*Adams, et al., v. The 3M Co., et al.*<br>2:18-cv-03369-RMG<br><br>*Gordon, et al. v. The 3M Co., et al.*<br>2:18-cv-03371-RMG<br><br>*Smith, et al. v. The 3M Co., et al.*<br>2:18-cv-03372-RMG<br><br>*Roderick, et al. v. The 3M Co., et al.*<br>2:18-cv-03382-RMG<br><br>*Chisholm, et al. v. The 3M Co., et al.*<br>2:18-cv-03383-RMG<br><br>*Smith, et al. v, The 3M Co., et al.*,<br>2:18-cv-03387-RMG<br><br>*Wolfe, et al. v. The 3M Co., et al.*<br>2:18-cv-03388-RMG<br><br>*Thomas, et al. v. The 3M Co., et al.*<br>2:18-cv-03389-RMG<br><br>*Thompson, et al. v. The 3M Co., et al.*<br>2:18-cv-03390-RMG<br><br>*Kahler, et al. v. The 3M Co., et al.*<br>2:18-cv-03391-RMG<br><br>*Rice, et al. v. The 3M Co., et al.*<br>2:18-cv-03397-RMG<br><br>*Hartley, et al. v. The 3M Co., et al.*<br>2:18-cv-03398-RMG |

*Stacy, et al. v. The 3M Co., et al.*
2:18-cv-03402-RMG

*Crow, et al. v. The 3M Co., et al.*
2:18-cv-03403-RMG

*Padilla, et al. v. The 3M Co., et al.*
2:18-cv-03404-RMG

*Sherban, et al. v. The 3M Co., et al.*
2:18-cv-03408-RMG

*Kelley, et al. v. The 3M Co., et al.*
2:18-cv-03412-RMG

STIPULATION OF PARTIAL DISMISSAL

It is hereby Stipulated and Agreed by and between Napoli Shkolnik on behalf of the Plaintiffs named in Exhibits A and B, and the Defendants herein, by and through the Defense Leadership Counsel, that the parties have agreed that pursuant to Fed. R. Civ. P 41(a)(1):

1. All Plaintiffs listed in Exhibit A hereby voluntarily dismiss without prejudice any/all personal injury claims asserted in the above referenced actions. However, these plaintiffs maintain their causes of action for medical monitoring and property damage and therefore shall not be terminated from the action.

2. All Plaintiffs listed in Exhibit B hereby voluntarily dismiss without prejudice any/all personal injury claims asserted in the above referenced actions. However, these plaintiffs maintain their causes of action for medical monitoring and therefore shall not be terminated from the action.

The parties further agree that these dismissals and partial discontinuances are without cost to either party.

Dated: September 15, 2023

 *s/Paul J. Napoli*
Paul J. Napoli, Esq.
Napoli Shkolnik
1302 Avenida Ponce de Leon,
Santurce, Puerto Rico 00907
(787) 493-5088
pnapoli@nsprlaw.com

*Counsel for Plaintiffs*

 *s/Joseph G. Petrosinelli*
Joseph G. Petrosinelli, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
P: (202) 434-5547
F: (202) 434-5029
jpetrosinelli@wc.com

Michael A. Olsen
Mayer Brown LLP
71 South Wacker Drive Chicago,
IL 60606
P: (312) 701-7120
F: (312) 706-8742
molsen@mayerbrown.com

*Co-lead Counsel for Defendants*

Brian Duffy
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
P: (843) 720-2044
F: (843) 720-2047
bduffy@duffyandyoung.com

David E. Dukes
Nelson Mullins Riley &
Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
P: (803) 255-9451
F: (803) 256-7500
david.dukes@nelsonmullins.com

*Co-liaison Counsel for Defendants*