

PAUL J. NAPOLI, PARTNER
PNAPOLI@NSPRLAW.COM

September 21, 2023

**VIA ECF**
The Honorable Richard M. Gergel
U.S. Dist. Judge of South Carolina
P.O. Box 835
Charleston, SC 29402

    Re:    MDL No. 2873 – Aqueous Film-Forming Foams
               *Campbell v. Tyco Fire prods., LP, et al.*, Case No. 2:19-cv-00422-RMG (D.S.C.)

Dear Judge Gergel:

    On behalf of myself and Mr. Rob Bilott, we write to provide the Court with an update regarding the administration of the class action settlement in the above-referenced case. Attached to this letter please find a Status Report from David Cohen, Claims Administrator.

    We thank the Court for its continued time and courtesies.

                                        Respectfully,

                                        NAPOLI SHKOLNIK PLLC

                                        Paul J. Napoli, Esq.