UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCT LIABILITY LITIGATION | MDL NO. 2:18-mn-2873-RMG |
| TYCO FIRE PRODUCTS LP,<br><br>                *Plaintiff*,<br><br>v.<br><br>AIU INSURANCE COMPANY, *et al.*,<br><br>                *Defendants*. | Civil Action No. 2:23-cv-02384-RMG<br><br>Hon. Richard M. Gergel |

**AGREED MOTION TO SET CONSOLIDATED BRIEFING DEADLINES FOR CERTAIN INSURER DEFENDANTS' PRE-SEPTEMBER 21 MOTIONS TO DISMISS**

Pursuant to Local Civil Rule 6.01, and with the consent of all of the insurer defendants who have filed Pre-September 21 Motions as defined below ("Certain Insurer Defendants"), Plaintiff Tyco Fire Products LP ("Tyco") files this agreed motion to set the following consolidated briefing deadlines, which will allow Tyco to file a streamlined set of response papers to all of the motions to dismiss its Amended Complaint that have been filed prior to September 21 by Certain Insurer Defendants — i.e., ECF 43, 44, 47, 50, 51, 54, and 60 ("Pre-September 21 Motions"). Granting this motion will eliminate Tyco's need to file multiple response briefs on different dates, lessen burdens on the Court, and allow all of the Pre-September 21 Motions to be considered together at the same time.

Specifically, by this motion, Tyco and Certain Insurer Defendants request that Tyco's response deadline to all of the Pre-September 21 Motions be extended by five or seven days (depending on the motion) to the single date of **October 2, 2023**, and that Certain Insurer Defendants' reply deadline(s) be extended by 7 days to the single date of **October 16, 2023**.

Tyco has conferred with all of the Certain Insurer Defendants who have filed the Pre-September 21 Motions, and can confirm that all have agreed to the consolidated schedule requested in this motion: AIU Insurance Company, American Guarantee and Liability Insurance Company, American Home Assurance Company, Great American Assurance Company, Insurance Company of the State of Pennsylvania, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, National Union Fire Insurance Company of Pittsburgh PA, New Hampshire Insurance Company, Starr Indemnity and Liability Company, Zurich American Insurance Company, Affiliated FM Insurance Company, American Zurich Insurance Company, Great American Spirit Insurance Company, and TIG Insurance Company.

Dated: September 22, 2023                          COVINGTON & BURLING LLP

/s/ Allan B. Moore
Allan B. Moore (admitted *pro hac vice*)
Timothy D. Greszler (admitted *pro hac vice*)
Alexis N. Dyschkant (admitted *pro hac vice*)
850 Tenth Street, NW
Washington, DC 20001
Tel:   (202) 662-5575
Email: abmoore@cov.com

*Counsel for Tyco Fire Products LP*