# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| EUGENE LINDSAY and KATHERINE MARIE LINDSAY | **MDL NO. 2873** |
| Plaintiffs, | **Master Docket no. 2:18-mn-2873-RMG** |
| v. | **JUDGE RICHARD GERGEL** |
| VST CHEMICAL CORPORATION, FIRE-TROL HOLDINGS, LLC, ICL PERFORMANCE PRODUCTS, INC., and PERIMETER SOLUTIONS, LP | **Civil Action No. 2:23-cv-02070-RMG** |
| | **STIPULATION OF DISMISSAL** |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the respective parties herein, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims against ICL Performance Products, Inc. and Fire-Trol Holdings, LLC in the above captioned action are hereby dismissed, without prejudice, and with no costs assigned to either party.

Counsel of record for Plaintiffs, ICL Performance Products, Inc., and Fire-Trol Holdings, LLC have affixed their signatures hereto.

Dated: September 22, 2023

| | |
|---|---|
| By: */s/ Jason W. Burge* | By: */s/ Matthew D. Thurlow* |
| FISHMAN HAYGOOD LLP<br>Kerry J. Miller<br>Jason W. Burge<br>Danielle Teutonico<br>201 St. Charles Avenue, Suite 4600<br>New Orleans, LA 70170-4600<br>Telephone: (504) 586-5252<br>Facsimile: (504) 586-5250<br>Email:  kmiller @fishmanhaygood.com<br>         jburge@fishmanhaygood.com<br>         dteutonico@fishmanhaygood.com<br><br>*Counsel for Plaintiff* | BAKER & HOSTETLER LLP<br>Matthew D. Thurlow<br>1050 Connecticut Ave NW, #1100<br>Washington, DC 20036<br>mthurlow@bakerlaw.com<br>Telephone: (202) 861-1681<br>Facsimile: (202) 861-1783<br>mthurlow@bakerlaw.com<br>*Counsel for Defendants Fire-Trol Holdings, LLC, ICL Performance Products, Inc., and Perimeter Solutions, LP* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day 22nd of September, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing.

*/s/ Jason W. Burge*