UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

------------------------------------- X
:
:
: MDL No. 2:18-mn-2873-RMG
IN RE: AQUEOUS FILM-FORMING :
FOAMS PRODUCTS LIABILITY :
LITIGATION : **This Document relates to**
: **ALL CASES**
:
:
------------------------------------- X

## PLAINTIFFS' AND TURNOUT GEAR DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME TO MEET AND CONFER

Pursuant to Local Civil Rule 6.01, the Plaintiff Executive Committee (the "PEC") and Turnout Gear ("TOG") Defendants[1] respectfully move for a 30-day extension of time related to the deadlines set forth in the Court's order of June 29, 2023, related to the PEC's motion to compel regarding discovery of various TOG Defendants (the "Order"), and Text Order granting Motion for Extension of time until September 27, 2023. (Dkts. 3362, 3818.) This motion is based on the following grounds:

1.  The Order directed Plaintiffs and TOG Defendants, within 60 days of the Order (*i.e.*, August 28, 2023), to (i) "meet and confer in good faith and submit for the Court's consideration, . . . a TOG-specific PFS and proposed Case Management Order" (*id.* at 3 n.1), and (ii) "meet and confer in good faith" related to the TOG Defendants' scope objections (*id.* at 5). If

---

[1] The following TOG Defendants participated in the meet-and-confer process with Plaintiffs in response to the Order: Allstar Fire Equipment, Fire-Dex LLC, Globe Manufacturing Company LLC, Honeywell Safety Products USA Inc., Lion Group Inc., Mine Safety Appliances Co. LLC, Municipal Emergency Services Inc., PBI Performance Products Inc., Southern Mills Inc. dba TenCate Protective Fabrics, Stedfast USA Inc., and W. L. Gore & Associates, Inc.

mutual resolution was not reached, then the parties could "move for relief before this Court no more than 14 days after the expiration of this 60-day period." *Id.*

2. Having met and conferred and made substantial progress, the parties moved jointly to extend the deadlines of the Order by 30 days (Dkt. 3617), and the Court granted the extension (Dkt. 3818).

3. Since the Court's Order, Plaintiffs and TOG Defendants have reached agreements on various issues regarding the scope of discovery and issues regarding the TOG Plaintiff Fact Sheet, and the parties also reached agreement on a supplemental protective order to address TOG Defendants. The Court entered that supplemental protective order on August 24, 2023. (Dkt. 3611.) The parties are still conferring to make progress on outstanding issues regarding the scope of discovery and the TOG Plaintiff Fact Sheet and agree that an extension of time will allow the parties to further narrow or resolve these issues.

4. In light of the parties' progress, and without waiver of any positions by either side, Plaintiffs and the TOG Defendants believe it would be beneficial to have a 30-day extension to October 27, 2023, to continue our meet-and-confer discussions.

5. If granted, the sequence and deadline provided in the Order for seeking judicial intervention, if any, would remain 14 days after the conclusion of the meet-and-confer period (*i.e.*, November 10, 2023).

6. This deadline has been previously extended once, and this extension, if granted, will not affect any other deadlines.

7. Prior to filing this motion, the TOG Defendants conferred with Co-Lead Counsel for Defendants about the filing of the motion and Co-Lead Counsel consent to the filing of the motion.

Wherefore, the PEC and TOG Defendants respectfully request that the Court extend the time for the parties to meet and confer to October 27, 2023, and the deadline for seeking judicial intervention to remain 14 days after the conclusion of the meet-and-confer period.

Dated: September 27, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Paul J. Napoli* | */s/ Mark S. Cheffo* |
| Paul J. Napoli, Esq. | Mark S. Cheffo |
| Napoli Shkolnik | Dechert LLP |
| 1302 Avenida Ponce de León | Three Bryant Park |
| Santurce, Puerto Rico 00907 | 1095 Avenue of the Americas |
| Tel: (833) 271-4502 | New York, NY 10336 |
| Fax: (646) 843-7603 | Tel.: (212) 698-3500 |
| pnapoli@nsprlaw.com | mark.cheffo@dechert.com |
| | |
| Michael A London | *DCC Turnout Gear Defendants Liaison* |
| Douglas and London PC | |
| 59 Maiden Lane | |
| 6th Floor | |
| New York, NY 10038 | |
| P: (212) 566-7500 | |
| mlondon@douglasandlondon.com | |

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
P: (214) 521-3605
ssummy@baronbudd.com

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC  29464
P: (843) 216-9000
jrice@motleyrice.com

*Co-lead Counsel for Plaintiffs*

Fred Thompson, III
Motley Rice LLC
28 Bridgeside Boulevard
Mt Pleasant, SC 29464
P: (843) 216-9000
fthompson@motleyrice.com

*Liaison Counsel for Plaintiffs*