IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG <br><br> **CASE MANAGEMENT ORDER NO. 6.G** <br><br> **This Order Relates to All Cases.** |

**Alternative For Service of Process On Defendants**
**(Amendments and Additional Defendants)**

1. CMO 6 provides the manner in which certain Defendants may be served with process of a Summons and Complaint that has been filed in, removed to, or transferred to this Multi-District Litigation ("MDL").

2. This Order supplements CMO 6, CMO 6.A, CMO 6.B, CMO 6.C, CMO 6.D, CMO 6.E, and CMO 6.F to amend the service address for Defendants who may be served with process of a Summons and Complaint in accordance with CMO 6 and to provide additional Defendants who may be served with process of a Summons and Complaint in accordance with CMO 6. All provisions of CMO 6 shall apply to the Defendants listed in this CMO 6.G.

3. For the sake of efficiency for all parties, the following Defendants have agreed to accept service of a Summons and Complaint, either filed directly into the MDL or transferred into the MDL, by the following method(s):

   **(a)** **AllStar Fire Equipment**

   Service via email:    AFFF-AllstarFire-MDLService@grsm.com

   **(b)** **ChemDesign Products, Inc. (Amends Service Method Provided in CMO 6.B)**

   Service via email:    CDPI-AFFFMDLService@grsm.com

**(c)** **Daikin America Inc. (Amends Service Method Provided in CMO 6.D)**

Service via email:   tgrossman@jonesday.com
sngeise@jonesday.com
cyeilding@balch.com
Support.Legal@daikin-america.com

**(d)** **Dynax Corporation (Amends Service Method Provided in CMO 6)**

Service via email:   DynaxService@smithlaw.com

**(e)** **Globe Manufacturing Company LLC**

Service via email:   AFFF_MDL_Service@orrick.com

**(f)** **Mine Safety Appliances Co. LLC**

Service via email:   AFFF_MDL_Service@orrick.com

**(g)** **Southern Mills Inc. (d/b/a TenCate Protective Fabrics)**

Service via email:   mdlservice@tencatefabrics.com
SMI-Mauldin-MDL@kilpatricktownsend.com

**(h)** **Stedfast USA Inc.**

Service via email:   stedfastservice@hinshawlaw.com

**(i)** **The Port Authority of New York and New Jersey (Amends Service Method Provided in CMO6)**

Service via email:   mchertok@sprlaw.com
eknauer@sprlaw.com
cjvalletta@panynj.gov
panylit@panynj.gov

**AND IT IS SO ORDERED.**

s/Richard Mark Gergel
Richard Mark Gergel
United States District Judge

October 13, 2023
Charleston, South Carolina

2