IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) | Master Docket No.: 2:18-mn-2873-RMG |

| | | |
|---|---|---|
| CITY OF CAMDEN, et al., | ) ) ) | Civil Action No.: 2:23-cv-3230-RMG |
| *Plaintiffs,* | ) ) | |
| -vs- | ) ) | |
| E.I DUPONT DE NEMOURS AND COMPANY (n/k/a EIDP, Inc.), et al., | ) ) ) | |
| *Defendants.* | | |

Before the Court is the Parties' joint motion to extend the time to respond to class action settlement objections from November 14, 2023 to November 21, 2023. (Dkt. No. 3889). On October 26, 2023, the Court extended the deadline by which to file objections from November 4, 2023 to November 11, 2023. (Dkt. No. 3862 at 4). For good cause shown, the Court extends the Parties' deadline by which to respond to any objections to November 21, 2023.

**AND IT IS SO ORDERED**

November 3, 2023
Charleston, South Carolina

s/Richard M. Gergel
Richard M. Gergel
United States District Judge