IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG <br><br> **CASE MANAGEMENT ORDER 27.A** <br><br> This Order relates to <br> ALL CASES |

### Number of Depositions in Telomer Water Provider Tier Two Fact Discovery

1. This Order amends the deadline by which the parties shall meet and confer and submit a proposed plan to the Court regarding the number of depositions necessary for fact discovery in the Telomer Water Provider Tier Two cases.

2. CMO 27 provides that "The Parties shall meet and confer in good faith on the number of depositions necessary for Tier Two fact discovery and submit a proposed plan to the Court by no later than November 1, 2023." (Dkt. No. 3665 at 4).

3. The Court hereby orders that the proposed plan for the number of Tier two fact discovery deposition shall be submitted by no later than November 21, 2023.

4. No other deadline provided by CMO 27 is extended.

AND IT IS SO ORDERED.

November 3, 2023

Charleston, South Carolina

s/Richard Mark Gergel
Richard Mark Gergel
United States District Court Judge