# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | Master Docket No.: 2:18-mn-2873-RMG |

| | |
|---|---|
| CITY OF CAMDEN, et al., | Civil Action No.: 2:23-cv-3230-RMG |
| *Plaintiffs,* | |
| -vs- | |
| E.I DUPONT DE NEMOURS AND COMPANY (n/k/a EIDP, Inc.), et al., | |
| *Defendants.* | |

      Before the Court is the Parties' joint motion to extend the time to file Plaintiffs' motion for final approval from November 14, 2023 to November 21, 2023. (Dkt. No. 3932). On November 3, 2023, the Court extended the time to respond to class action settlement objections from November 14, 2023 to November 21, 2023. (Dkt. No. 3891). The Parties now indicate that they had previously intended to move to extend both the briefing in support of final approval and the responses to objections from November 14, 2023 to November 21, 2021. (Dkt. No. 3932 at 2). For good cause shown, the Court extends the Parties' deadline by which to move for final approval to November 21, 2023.

    **AND IT IS SO ORDERED**

November 8, 2023
Charleston, South Carolina

                                                                 s/Richard M. Gergel
                                                                 Richard M. Gergel
                                                                 United States District Judge