# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**This Order Relates To**<br>*City of Camden, et al., v. 3M Company,*<br>No. 2:23-cv-03147-RMG |

Before the Court is the Parties' joint motion to supplement the preliminarily approved settlement agreement. (Dkt. No. 3964). Also before the Court is the Leech Lake Band of Ojibwe's (the "Band") notice of motion and motion for clarification of settlements agreements (Dkt. No. 3895) and the Band's notice of motion and motion to intervene for limited purpose to clarify settlements (Dkt. No. 3894). The Parties note that in light of the Band's motions, they have conferred with the Band and have agreed to supplement the Settlement Agreement with the Parties' Joint Interpretative Guidance on Federally Recognized Indian Tribes and Public Water Systems (Dkt. No. 3964 at 3); (*Id.* at 5-6) (copy of said guidance). Having reviewed the provided guidance and given that it directly addresses the requests for clarification put forward by the Band, the Court GRANTS the Parties joint motion to supplement, (Dkt. No. 3964), DENIES as moot the Band's motion for clarification (Dkt. No. 3895) and DENIES the Band's motion to intervene as moot (Dkt. No. 3894).

**AND IT IS SO ORDERED**

November 17, 2023
Charleston, South Carolina

                                                            Richard M. Gergel
                                                            United States District Judge