

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
**o.** 843.216.9000  **f.** 843.216.9450

**Fred Thompson III**
*Licensed in South Carolina*
direct: 843.216.9118
fthompson@motleyrice.com

November 21, 2023

**VIA ECF**
Hon. Richard Mark Gergel
U.S. District Court for the District of South Carolina
J. Waites Waring Judicial Center
83 Meeting Street
Charleston, South Carolina 29401

Re: *In re AFFF Products Liability Litigation*, MDL No. 2:18-mn-2873-RMG

Dear Judge Gergel:

On November 3, 2023, the Court entered CMO 27-A extending the deadline for the parties to submit a proposed plan for the depositions in Tier Two fact discovery permitted under CMO 27 (the Telomer AFFF Bellwether Plan), from November 1, 2023 to November 21, 2023. The deadline of November 21, 2023 was selected to align with the current CMO 27 deadline for the parties to present their agreed upon, or competing, Tier Two case proposals. The parties completed the Tier One discovery depositions last Friday, November 17, 2023, and seek additional time to meet and confer on these two submissions.

The parties have met and conferred and jointly respectfully request an extension to present to the Court their agreed upon, or competing, Tier Two case proposals, and provide their proposed deposition plan, to the Court on or before November 28, 2023. This extension is requested to give the parties sufficient time to analyze the testimony and documents in order to make the Tier Two case proposals and make a well-informed and efficient deposition plan.

We thank the Court for its continued time and courtesies.

Respectfully submitted,

*/s/ Fred Thompson III*

Fred Thompson, III
*Plaintiffs' Liaison Counsel*


Encl.

cc:     All Counsel of Record (by ECF)
        Cary Kotcher (by email) (Cary_Kotcher@scd.uscourts.gov)

MT. PLEASANT, SC | MORGANTOWN, WV | CHARLESTON, WV | PROVIDENCE, RI | WASHINGTON, DC | CHERRY HILL, NJ
PHILADELPHIA, PA | HARTFORD, CT | NEW ORLEANS, LA | KANSAS CITY, MO | NEW YORK, NY