

GreenvilleWater

407 West Broad Street • P.O. Box 687 • Greenville, SC 29602 • 864.241.6004 tel • 864.241.6077 fax • greenvillewater.com

November 16, 2023

In re: Aqueous Film-Forming Foams Products
Liability Litigation
c/o Notice Administrator
Steven Weisbrot
Angeion Group
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**Re:    Request for Exclusion**

Dear Mr. Weisbrot,

Pursuant to Paragraph 9.7 of the Settlement Agreement between Settlement Class Members and The Chemours Company, The Chemours Company FC, LLC, DuPont de Nemours, Inc., and E.I. DuPont de Nemours and Company, Greenville Water System formally requests to be excluded from the Settlement.

Sincerely,

GREENVILLE WATER

Jeffrey W. Boss, P.E.
Chief Executive Officer

Cc:    Randolph R. Lowell, Esquire
       Burr & Forman, LLP
       rlowell@burr.com

52396794 v1