COMMISSION OF PUBLIC WORKS OF
THE CITY OF GREENVILLE, SOUTH CAROLINA

A RESOLUTION TO OPT-OUT OF CERTAIN CLASS ACTION SETTLEMENTS RELATED TO THE DETECTION OF PFAS IN CERTAIN DRINKING WATER PROVIDED BY PUBLIC WATER SYSTEMS.

**WHEREAS,** class action settlement agreements have been entered into between defined Class Representatives and The Chemours Company, The Chemours Company FC, LLC, DuPont de Nemours, Inc., and E.I. DuPont de Nemours and Company (the *"EIDP Settlement"*); and 3M Company (the *"3M Settlement"*);

**WHEREAS,** these class action settlements are in regard to aqueous film-forming foams product liability litigation in which the presence of PFAS, known as "forever chemicals," have been detected in drinking water supplied by public water systems;

**WHEREAS,** as an active public water system in the United State of America that does not have an impacted water source as of the settlement date, but serves more than 3,300 people, Greenville Water System (the *"System"*) qualifies as a Settlement Class Member who must participate in the class action settlements, unless the System submit timely Requests for Exclusion; and

**WHEREAS,** the Commissioners have evaluated the risks and benefits of participating in the settlements and have determined that it is in the best interests of the System to submit a Request for Exclusion for both class action settlement agreements.

**NOW, THEREFORE, BE IT RESOLVED** by the Commissioners, in a meeting duly assembled, that Requests for Exclusion should be filed in both the EIDP and 3M Settlements as soon as possible.

**BE IT FURTHER RESOLVED** that the Commissioners authorize Jeff Boss, Chief Executive Officer, to submit all requisite documents on behalf of the System and take all reasonable and necessary action to exclude the System from the EIDP and 3M Settlements.

The above Resolution, upon motion duly made, was passed and approved by the Commissioner of Public Works of the City of Greenville, South Carolina, at a regular meeting held on the 7th day of November, 2023.

COMMISSIONERS OF PUBLIC WORKS FOR
THE CITY OF GREENVILLE, SC

_____
Chairman

51942881 v1