

November 16, 2023

In re: Aqueous Film-Forming Foams Products
Liability Litigation
c/o Notice Administrator
Steven Weisbrot
Angeion Group
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**Re:** **Request for Exclusion**

Dear Mr. Weisbrot,

Pursuant to Paragraph 8.5 of the Settlement Agreement between Settlement Class Members and 3M Company, Greenville Water System formally requests to be excluded from the Settlement.

Sincerely,

GREENVILLE WATER

Jeffrey W. Boss, P.E.
Chief Executive Officer

Cc:   Randolph R. Lowell, Esquire
      Burr & Forman, LLP
      rlowell@burr.com

52396751 v1