# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br><br>**CASE MANAGEMENT ORDER 27B**<br><br>**This Order relates to<br>ALL CASES** |

**Telomer Water Provider Tier Two Cases and
Number of Depositions in Telomer Water Provider Tier Two Fact Discovery**

1. This Order amends the deadline by which the parties shall present to the Court their agreed upon, or competing, Tier Two proposals and by which to submit the proposed plan for the number of Tier two fact discovery depositions.

2. CMO 27 provides "That the parties shall present to the Court, their agreed upon, or competing, Tier Two proposals by no later than November 21, 2023."

3. CMO 27A provides "that the proposed plan for the number of Tier Two fact discovery deposition[s] shall be submitted by no later than November 21, 2023."

4. The Court hereby orders that the deadline by which the parties shall present to the Court their agreed upon, or competing, Tier Two proposals, and proposed plan for the number of Tier two fact discovery depositions, shall be submitted by no later than November 28, 2023.

5. No other deadline provided by CMO 27 is extended.

**AND IT IS SO ORDERED.**

November 27, 2023

Charleston, South Carolina                             s/Richard Mark Gergel
                                                      Richard Mark Gergel
                                                      United States District Court Judge