# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**This Order Relates To**<br>*City of Camden, et al., v. 3M Company,*<br>No. 2:23-cv-03147-RMG |

Before the Court is the Parties' joint motion to clarify the preliminary approved settlement agreement. (Dkt. No. 4107). The parties seek to supplement the Settlement Agreement with Interpretative Guidance on Certain Release Issues to address objections related to the scope of the release and questions about the same directed to Class Counsel. For good cause shown, the Parties' consent motion to clarify is GRANTED (Dkt. No. 4107).

**AND IT IS SO ORDERED**

December 4, 2023
Charleston, South Carolina

                                                       s/Richard M. Gergel
                                                       Richard M. Gergel
                                                       United States District Judge