

Christopher M. Huck
huck@goldfarb-huck.com
Direct: 206.492.7393

925 Fourth Avenue, Suite 3950
Seattle, WA 98104

November 30, 2023

In re: Aqueous Film-Forming Foams Products Liability Litigation
c/o DuPont Notice Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

**RE:**     **NOTICE OF INTENTION TO OPT OUT and REQUEST FOR EXCLUSION**

> ***In re: Aqueous Film-Forming Foams Products Liability Litigation*,**
> **District of South Carolina (MDL No. 2-18-mn-2873-RMG)**
>
> ***City of Camden, et al. v. E.I. DuPont De Nemours and Company, et al.*,**
> **District of South Carolina (2:23-cv-03230-RMG)**

Dear DuPont Notice Administrator:

The City of Everett, Washington (Public Works) intends to opt out and requests to be excluded from the Class Action Settlement Agreement between Class Representatives, individually and on behalf of the Settlement Class Members, and defendants The Chemours Company, The Chemours Company FC, LLC, DuPont de Nemours, Inc., Corteva, Inc., and E.I. DuPont de Nemours and Company n/k/a EIDP, Inc. in the above-referenced matter.

Please find enclosed the following: (a) letter from the City of Everett; (b) Notice of Intention to Opt Out; (c) Request for Exclusion; (d) Affidavit of David Hall; and (e) Declaration of Christopher M. Huck.

If you have any questions about Everett's intent to opt out and request for exclusion, please contact me as Everett's outside counsel.

Sincerely,

GOLDFARB & HUCK ROTH RIOJAS, PLLC

Christopher M. Huck

November 30, 2023
Page 2

Cc:     In Re: Aqueous Film-Forming Foams Products Liability Litigation
c/o Notice Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

AFFF Public Water System Claims
PO Box 4466
Baton Rouge, Louisiana 70821

Dustin Mire
Eisner Advisory Group
8550 United Plaza Boulevard, Suite #1001
Baton Rouge, LA

Matthew Garretson
Wolf/Garretson LLC
P.O. Box 2806
Park City, UT 8406

Matthew Garretson
Wolf/Garretson LLC
672 Woodside Avenue
Park City, UT 84060

The Chemours Company
Office of the General Counsel
1007 Market Street
Wilmington, DE 19801
Attn: Kristine M. Wellman

Jeffrey M. Wintner
Graham W. Meli
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

DuPont de Nemours, Inc.
974 Centre Rd.
Wilmington, DE 19806
Attn: Erik T. Hoover

Kevin T. Van Wart
Kirkland & Ellis LLP
300 North Lasalle
Chicago, IL 60654

Corteva Inc.
974 Centre Road Building 735
Wilmington, DE 19805
Attn: Cornel B. Fuerer

November 30, 2023
Page 3

EIDP, Inc.
974 Centre Road Building 735
Wilmington, DE 19805
Attn: Thomas A. Warnock

Michael T. Reynolds
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Ave, ste. 1100
Dallas, Texas 75219

Michael A. London
Douglas & London
59 Maiden Lane, 6th floor
New York, NY 10038

Paul J. Napoli
Napoli Shkolnik
1302 Av. Ponce De Leon
San Juan, Puerto Rico 00907

Paul J. Napoli
Napoli Shkolnik
360 Lexington Avenue
11th Floor
 New York, NY 10017

Elizabeth A. Fegan
Fegan Scott
150 S Wacker Dr, 24th Floor
Chicago, Il 60606

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

# APPENDIX A



**EVERETT**

**OFFICE OF THE
CITY ATTORNEY**

December 1, 2023

In re: Aqueous Film-Forming Foams Products Liability Litigation
c/o DuPont Notice Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

RE:    <u>OPT OUT and  REQUEST FOR EXCLUSION</u>

*In re: Aqueous Film-Forming Foams Products Liability Litigation,
District of South Carolina (MDL No. 2-18-mn-2873-RMG)*

*City of Camden, et al. v. E.I. DuPont De Nemours and Company, et al.,
District of South Carolina (2:23-cv-03230-RMG)*

Dear DuPont Notice Administrator:

The City of Everett, Washington (Public Works) hereby opts out and formally requests to be excluded from the Class Action Settlement Agreement between Class Representatives, individually and on behalf of the Settlement Class Members, and defendants The Chemours Company, The Chemours Company FC, LLC, DuPont de Nemours, Inc., Corteva, Inc., and E.I. DuPont de Nemours and Company n/k/a EIDP, Inc. in the above-referenced matter.

The enclosed affidavit establishes Everett's standing, including the name, address, telephone and facsimile number, and email address for Everett, as well as my name, address, telephone and facsimile number, and email address.  As also described in the enclosed affidavit, as the City Attorney, I have the authority to make this request on behalf of Everett.


The enclosed declaration includes the name, address, telephone and facsimile number, and email address of Everett's outside counsel, who will be filing and serving Everett's attached Notice of Intention to Opt Out and Request for Exclusion.

If you have any questions about Everett's opt out and request for exclusion, please contact Everett's outside counsel as follows:

Christopher M. Huck
Goldfarb & Huck Roth Riojas, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98110
(206) 492-7393 (telephone)
(206) 397-3062 (facsimile)
huck@goldfarb-huck (email)

**Civil**


2930 Wetmore Ave., Ste. 10-C
Everett, WA 98201


425.257.7000
425.257.8693 fax


CityAttorney@everettwa.gov
everettwa.gov/legal

Sincerely,

David Hall,
City Attorney, Everett

cc:     In Re: Aqueous Film-Forming Foams Products Liability Litigation
        c/o Notice Administrator
        1650 Arch Street, Suite 2210
        Philadelphia, PA 19103

        AFFF Public Water System Claims
        PO Box 4466
        Baton Rouge, Louisiana 70821

        Dustin Mire
        Eisner Advisory Group
        8550 United Plaza Boulevard, Suite #1001
        Baton Rouge, LA

        Matthew Garretson
        Wolf/Garretson LLC
        P.O. Box 2806
        Park City, UT 8406

        Matthew Garretson
        Wolf/Garretson LLC
        672 Woodside Avenue
        Park City, UT 84060

        The Chemours Company
        Office of the General Counsel
        1007 Market Street
        Wilmington, DE 19801
        Attn: Kristine M. Wellman

        Jeffrey M. Wintner
        Graham W. Meli
        Wachtell, Lipton, Rosen & Katz
        51 West 52nd Street
        New York, NY 10019

        DuPont de Nemours, Inc.
        974 Centre Rd.
        Wilmington, DE 19806
        Attn: Erik T. Hoover

        Kevin T. Van Wart
        Kirkland & Ellis LLP
        300 North Lasalle
        Chicago, IL 60654



Corteva Inc.
974 Centre Road Building 735
Wilmington, DE 19805
Attn: Cornel B. Fuerer

EIDP, Inc.
974 Centre Road Building 735
Wilmington, DE 19805
Attn: Thomas A. Warnock

Michael T. Reynolds
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Ave, ste. 1100
Dallas, Texas 75219

Michael A. London
Douglas & London
59 Maiden Lane, 6th floor
New York, NY 10038

Paul J. Napoli
Napoli Shkolnik
1302 Av. Ponce De Leon
San Juan, Puerto Rico 00907

Paul J. Napoli
Napoli Shkolnik
360 Lexington Avenue
11th Floor
 New York, NY 10017

Elizabeth A. Fegan
Fegan Scott
150 S Wacker Dr, 24th Floor
Chicago, Il 60606

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

# APPENDIX B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING | ) | |
| FOAMS PRODUCTS LIABILITY | ) | Master Docket No. |
| LITIGATION | ) | 2-18-mn-2873-RMG |
| | ) | |
| | ) | |
| | ) | **This Document Relates to:** |
| | ) | *City of Camden, et al. v. E.I. DuPont De* |
| | ) | *Nemours and Company (n/k/a EIDP, Inc),* |
| | ) | *et al.,* |
| | ) | |
| | ) | Case No. 2:23-cv-03230-RMG |

_____

| | | |
|---|---|---|
| CITY OF CAMDEN, et. al., | ) | |
| | ) | Case No. 2:23-cv-03230-RMG |
| Plaintiff(s) | ) | |
| v. | ) | |
| | ) | |
| E.I. DUPONT DE NEMOURS AND | ) | |
| COMPANY (N/K/A EIDP, INC.), ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**CITY OF EVERETT, WASHINGTON (PUBLIC WORKS)**
**NOTICE OF INTENTION TO OPT OUT**

      Pursuant to the Court's Order dated August 22, 2023, the Notice of Proposed Class Action

Settlement and Court Approval Hearing, and Paragraph 9.7 of the Class Action Settlement

Agreement between Class Representatives, individually and on behalf of the Settlement Class

Members, and defendants The Chemours Company, The Chemours Company FC, LLC, DuPont

de Nemours, Inc., Corteva, Inc., and E.I. DuPont de Nemours and Company n/k/a EIDP, Inc. in

the above-referenced matter (the "Settlement"), the City of Everett, Washington hereby provides

notice of its intention to opt out and requests to be excluded from the Settlement.

1

Respectfully submitted,

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**

By: _/s/ Christopher M. Huck_
    Christopher M. Huck (WSBA #34104)
    925 Fourth Avenue, Suite 3950
    Seattle, Washington 98104
    Telephone: (206) 452-0260
    Facsimile: (206) 397-3062
    Email: huck@goldfarb-huck.com

*Attorneys for City of Everett, Washington*

# APPENDIX C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | Master Docket No. 2-18-mn-2873-RMG<br><br>**This Document Relates to:**<br>*City of Camden, et al. v. E.I. DuPont De Nemours and Company (n/k/a EIDP, Inc), et al.,*<br><br>Case No. 2:23-cv-03230-RMG |

---

| | | |
|---|---|---|
| CITY OF CAMDEN, et. al.,<br><br>                    Plaintiff(s)<br>v.<br><br>E.I. DUPONT DE NEMOURS AND COMPANY (N/K/A EIDP, INC.), ET AL.,<br><br>                    Defendants. | ) ) ) ) ) ) ) ) ) | Case No. 2:23-cv-03230-RMG |

## <u>CITY OF EVERETT, WASHINGTON (PUBLIC WORKS) REQUEST FOR EXCLUSION</u>

The City of Everett, Washington ("Everett") respectfully requests to be excluded from the Class Action Settlement Agreement between Class Representatives, individually and on behalf of the Settlement Class Members, and defendants The Chemours Company, The Chemours Company FC, LLC, DuPont de Nemours, Inc., Corteva, Inc., and E.I. DuPont de Nemours and Company n/k/a EIDP, Inc. in the above-referenced matter (the "Settlement").

This Request for Exclusion is hereby made and filed pursuant to the Court's Order dated August 22, 2023 and the Notice of Proposed Class Action Settlement and Court Approval Hearing.

1

The Affidavit of David Hall (the "Hall Affidavit"), attached hereto as Exhibit 1, is provided as proof of standing of Everett and demonstrates why Everett would be a Settlement Class Member absent this Request for Exclusion.  The Hall Affidavit includes the name the name, address, telephone and facsimile number, and email address of David Hall.  The Hall Affidavit also includes the name, address, telephone and facsimile number, and email address for Everett.

The Declaration of Christopher M. Huck (the "Huck Declaration"), attached hereto as Exhibit 2, is provided to identify the name, address, telephone and facsimile number, and email address of Everett's undersigned outside counsel, who is filing and serving Everett's Notice of Intention to Opt Out and this Request for Exclusion.

Accordingly, Everett respectfully requests that it be excluded from the Settlement.

Respectfully submitted,

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**

By: */s/ Christopher M. Huck*
    Christopher M. Huck (WSBA #34104)
    925 Fourth Avenue, Suite 3950
    Seattle, Washington 98104
    Telephone: (206) 452-0260
    Facsimile: (206) 397-3062
    Email: huck@goldfarb-huck.com

*Attorneys for City of Everett, Washington*

# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | Master Docket No. 2-18-mn-2873-RMG **This Document Relates to:** *City of Camden, et al. v. E.I. DuPont De Nemours and Company (n/k/a EIDP, Inc), et al.,* Case No. 2:23-cv-03230-RMG |

---

| | | |
|---|---|---|
| CITY OF CAMDEN, et. al., | ) ) | Case No. 2:23-cv-03230-RMG |
| Plaintiff(s) | ) | |
| v. | ) ) | |
| E.I. DUPONT DE NEMOURS AND COMPANY (N/K/A EIDP, INC.), ET AL., | ) ) ) | |
| Defendants. | ) | |

### AFFIDAVIT OF DAVID HALL
### CITY OF EVERETT, WASHINGTON (PUBLIC WORKS)
### REQUEST FOR EXCLUSION

I, David Hall, hereby declare under penalty of perjury in accordance with 28 U.S.C § 1746 that the following is true and correct:

1.      I am the City Attorney for the City of Everett, Washington ("Everett").  I am over the age of eighteen and I have personal knowledge of the facts stated herein.

2.      I submit this affidavit in support of Everett's Request for Exclusion from the Class Action Settlement Agreement between Class Representatives, individually and on behalf of the Settlement Class Members, and defendants The Chemours Company, The Chemours Company

1

FC, LLC, DuPont de Nemours, Inc., Corteva, Inc., and E.I. DuPont de Nemours and Company

n/k/a EIDP, Inc. in the above-referenced matter (the "Settlement").

3.    The contact information for Everett is as follows:

<u>Name</u>
City of Everett, Washington

<u>Address</u>
2930 Wetmore Avenue
Everett, WA 98201

<u>Telephone Number</u>
(425) 257-8700

<u>Facsimile Number</u>
(425) 257-8741

<u>Email</u>
businesstax@everettwa.gov

4.    My contact information is as follows:

<u>Name</u>
David Hall
City Attorney
Everett City Attorney's Office

<u>Address</u>
2930 Wetmore Avenue
Everett, WA 98201

<u>Telephone Number</u>
(425) 257-8624

<u>Facsimile Number</u>
(425) 257-8607

<u>Email</u>
dhall@everettwa.gov

5.      Absent its Request for Exclusion, Everett qualifies as a Settlement Class Member. The Everett water system supplies water to more than 600,000 people.  Everett is also identified as a Phase Two Eligible Claimant in Amended Exhibit F of the 3M Company Settlement Agreement.  Everett also received notice that it would be member of the proposed class absent a request for exclusion.  Thus, in the absence of its Request for Exclusion, Everett would be a member of the proposed Settlement Class under the Settlement Class definition.

6.      As the City Attorney, I have authority and am legally authorized to make decisions on legal matters involving Everett.  I am, therefore, authorized to exclude Everett from the Settlement.  Accordingly, at this time, Everett hereby opts out and formally requests that Everett be excluded from the Class Action Settlement Agreement between Class Representatives, individually and on behalf of the Settlement Class Members, and defendants The Chemours Company, The Chemours Company FC, LLC, DuPont de Nemours, Inc., Corteva, Inc., and E.I. DuPont de Nemours and Company n/k/a EIDP, Inc. in the above-referenced matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _1st_ day of _December_, 2023 at Everett, Washington.


David Hall, City Attorney
Everett City Attorney's Office

On behalf of
City of Everett, Washington
Its:  City Attorney

# EXHIBIT 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

IN RE: AQUEOUS FILM-FORMING )
FOAMS PRODUCTS LIABILITY )    Master Docket No.
LITIGATION )    2-18-mn-2873-RMG
)
)
)    **This Document Relates to:**
)    *City of Camden, et al. v. E.I. DuPont De*
)    *Nemours and Company (n/k/a EIDP, Inc),*
)    *et al.,*
)
)    Case No. 2:23-cv-03230-RMG

---

CITY OF CAMDEN, et. al., )
)    Case No. 2:23-cv-03230-RMG
Plaintiff(s) )
v. )
)
E.I. DUPONT DE NEMOURS AND )
COMPANY (N/K/A EIDP, INC.), ET AL., )
)
Defendants. )

## DECLARATION OF CHRISTOPHER M. HUCK
## CITY OF EVERETT, WASHINGTON (PUBLIC WORKS)
## REQUEST FOR EXCLUSION

I, Christopher M. Huck, hereby declare under penalty of perjury in accordance with 28
U.S.C § 1746 that the following is true and correct:

1.      I am an attorney with Goldfarb & Huck Roth Riojas, PLLC.  I am one of the
attorneys from my law firm representing the City of Everett, Washington ("Everett") in the above-
referenced matter.  I am over the age of eighteen and I have personal knowledge of the facts stated
herein.

2.      I submit this affidavit in support of Everett's Request for Exclusion from the Class

1

Action Settlement Agreement between Class Representatives, individually and on behalf of the Settlement Class Members, and defendants The Chemours Company, The Chemours Company FC, LLC, DuPont de Nemours, Inc., Corteva, Inc., and E.I. DuPont de Nemours and Company n/k/a EIDP, Inc. in the above-referenced matter (the "Settlement").

3.    My contact information is as follows:

Name
Chrisotpher M. Huck
Goldfarb & Huck Roth Riojas, PLLC

Address
925 Fourth Avenue, Suite 3950
Seattle, WA 98110

Telephone Number
(206) 492-7393

Facsimile Number
(206) 397-3062

Email
huck@goldfarb-huck.com

4.    My law firm has been authorized by Everett to file and serve all documents needed for Everett to opt out and request that Everett be excluded from the Settlement.

5.    Accordingly, pursuant to Everett's Request for Exclusion, including the Affidavit of David Hall, at this time Everett respectfully opts out and formally requests that Everett be excluded from the Class Action Settlement Agreement between Class Representatives, individually and on behalf of the Settlement Class Members, and defendants The Chemours Company, The Chemours Company FC, LLC, DuPont de Nemours, Inc., Corteva, Inc., and E.I. DuPont de Nemours and Company n/k/a EIDP, Inc. in the above-referenced matter.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed this December 1, 2023 at Bainbridge Island, Washington.


_/s/ Christopher M. Huck_
Christopher M. Huck (WSBA #34104)
Goldfarb & Huck Roth Riojas, PLLC

# APPENDIX D

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | Master Docket No.<br>2-18-mn-2873-RMG<br><br>**This Document Relates to:**<br>*City of Camden, et al. v. E.I. DuPont De Nemours and Company (n/k/a EIDP, Inc), et al.,*<br><br>Case No. 2:23-cv-03230-RMG |

---

| | |
|---|---|
| CITY OF CAMDEN, et. al.,<br><br>Plaintiff(s)<br>v.<br><br>E.I. DUPONT DE NEMOURS AND COMPANY (N/K/A EIDP, INC.), ET AL.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) |  Case No. 2:23-cv-03230-RMG |

## AFFIDAVIT OF DAVID HALL
## CITY OF EVERETT, WASHINGTON (PUBLIC WORKS)
## REQUEST FOR EXCLUSION

I, David Hall, hereby declare under penalty of perjury in accordance with 28 U.S.C § 1746 that the following is true and correct:

1.      I am the City Attorney for the City of Everett, Washington ("Everett").  I am over the age of eighteen and I have personal knowledge of the facts stated herein.

2.      I submit this affidavit in support of Everett's Request for Exclusion from the Class Action Settlement Agreement between Class Representatives, individually and on behalf of the Settlement Class Members, and defendants The Chemours Company, The Chemours Company

1

FC, LLC, DuPont de Nemours, Inc., Corteva, Inc., and E.I. DuPont de Nemours and Company

n/k/a EIDP, Inc. in the above-referenced matter (the "Settlement").

3.    The contact information for Everett is as follows:

> Name
> City of Everett, Washington
>
> Address
> 2930 Wetmore Avenue
> Everett, WA 98201
>
> Telephone Number
> (425) 257-8700
>
> Facsimile Number
> (425) 257-8741
>
> Email
> businesstax@everettwa.gov

4.    My contact information is as follows:

> Name
> David Hall
> City Attorney
> Everett City Attorney's Office
>
> Address
> 2930 Wetmore Avenue
> Everett, WA 98201
>
> Telephone Number
> (425) 257-8624
>
> Facsimile Number
> (425) 257-8607
>
> Email
> dhall@everettwa.gov

5.      Absent its Request for Exclusion, Everett qualifies as a Settlement Class Member. The Everett water system supplies water to more than 600,000 people. Everett is also identified as a Phase Two Eligible Claimant in Amended Exhibit F of the 3M Company Settlement Agreement. Everett also received notice that it would be member of the proposed class absent a request for exclusion. Thus, in the absence of its Request for Exclusion, Everett would be a member of the proposed Settlement Class under the Settlement Class definition.

6.      As the City Attorney, I have authority and am legally authorized to make decisions on legal matters involving Everett. I am, therefore, authorized to exclude Everett from the Settlement. Accordingly, at this time, Everett hereby opts out and formally requests that Everett be excluded from the Class Action Settlement Agreement between Class Representatives, individually and on behalf of the Settlement Class Members, and defendants The Chemours Company, The Chemours Company FC, LLC, DuPont de Nemours, Inc., Corteva, Inc., and E.I. DuPont de Nemours and Company n/k/a EIDP, Inc. in the above-referenced matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _1st_ day of _December_, 2023 at Everett, Washington.

David Hall, City Attorney
Everett City Attorney's Office

On behalf of
City of Everett, Washington
Its: City Attorney

3

# APPENDIX E

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING | ) | |
| FOAMS PRODUCTS LIABILITY | ) | Master Docket No. |
| LITIGATION | ) | 2-18-mn-2873-RMG |
| | ) | |
| | ) | |
| | ) | **This Document Relates to:** |
| | ) | *City of Camden, et al. v. E.I. DuPont De* |
| | ) | *Nemours and Company (n/k/a EIDP, Inc),* |
| | ) | *et al.,* |
| | ) | |
| | ) | Case No. 2:23-cv-03230-RMG |

---

| | | |
|---|---|---|
| CITY OF CAMDEN, et. al., | ) | |
| | ) | Case No. 2:23-cv-03230-RMG |
| Plaintiff(s) | ) | |
| v. | ) | |
| | ) | |
| E.I. DUPONT DE NEMOURS AND | ) | |
| COMPANY (N/K/A EIDP, INC.), ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF CHRISTOPHER M. HUCK**
**CITY OF EVERETT, WASHINGTON (PUBLIC WORKS)**
**REQUEST FOR EXCLUSION**

I, Christopher M. Huck, hereby declare under penalty of perjury in accordance with 28

U.S.C § 1746 that the following is true and correct:

1.      I am an attorney with Goldfarb & Huck Roth Riojas, PLLC.  I am one of the

attorneys from my law firm representing the City of Everett, Washington ("Everett") in the above-

referenced matter.  I am over the age of eighteen and I have personal knowledge of the facts stated

herein.

2.      I submit this affidavit in support of Everett's Request for Exclusion from the Class

1

Action Settlement Agreement between Class Representatives, individually and on behalf of the Settlement Class Members, and defendants The Chemours Company, The Chemours Company FC, LLC, DuPont de Nemours, Inc., Corteva, Inc., and E.I. DuPont de Nemours and Company n/k/a EIDP, Inc. in the above-referenced matter (the "Settlement").

3.      My contact information is as follows:

Name
Chrisotpher M. Huck
Goldfarb & Huck Roth Riojas, PLLC

Address
925 Fourth Avenue, Suite 3950
Seattle, WA 98110

Telephone Number
(206) 492-7393

Facsimile Number
(206) 397-3062

Email
huck@goldfarb-huck.com

4.      My law firm has been authorized by Everett to file and serve all documents needed for Everett to opt out and request that Everett be excluded from the Settlement.

5.      Accordingly, pursuant to Everett's Request for Exclusion, including the Affidavit of David Hall, at this time Everett respectfully opts out and formally requests that Everett be excluded from the Class Action Settlement Agreement between Class Representatives, individually and on behalf of the Settlement Class Members, and defendants The Chemours Company, The Chemours Company FC, LLC, DuPont de Nemours, Inc., Corteva, Inc., and E.I. DuPont de Nemours and Company n/k/a EIDP, Inc. in the above-referenced matter.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed this December 1, 2023 at Bainbridge Island, Washington.


_/s/ Christopher M. Huck_
Christopher M. Huck (WSBA #34104)
Goldfarb & Huck Roth Riojas, PLLC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | Master Docket No. 2-18-mn-2873-RMG <br><br> **This Document Relates to:** <br> *City of Camden, et al. v. E.I. DuPont De Nemours and Company (n/k/a EIDP, Inc), et al.,* <br><br> Case No. 2:23-cv-03230-RMG |

_____

| | | |
|---|---|---|
| CITY OF CAMDEN, et. al., <br><br>                Plaintiff(s) <br> v. <br><br> E.I. DUPONT DE NEMOURS AND COMPANY (N/K/A EIDP, INC.), ET AL., <br><br>                Defendants. | ) ) ) ) ) ) ) ) ) | Case No. 2:23-cv-03230-RMG |

### CITY OF EVERETT, WASHINGTON (PUBLIC WORKS) NOTICE OF INTENTION TO OPT OUT

Pursuant to the Court's Order dated August 22, 2023, the Notice of Proposed Class Action Settlement and Court Approval Hearing, and Paragraph 9.7 of the Class Action Settlement Agreement between Class Representatives, individually and on behalf of the Settlement Class Members, and defendants The Chemours Company, The Chemours Company FC, LLC, DuPont de Nemours, Inc., Corteva, Inc., and E.I. DuPont de Nemours and Company n/k/a EIDP, Inc. in the above-referenced matter (the "Settlement"), the City of Everett, Washington hereby provides notice of its intention to opt out and requests to be excluded from the Settlement.

1

Respectfully submitted,

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**

By: */s/ Christopher M. Huck*
    Christopher M. Huck (WSBA #34104)
    925 Fourth Avenue, Suite 3950
    Seattle, Washington 98104
    Telephone: (206) 452-0260
    Facsimile: (206) 397-3062
    Email: huck@goldfarb-huck.com

*Attorneys for City of Everett, Washington*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2023, I filed the foregoing with the Clerk of the

Court using the Court's electronic filing system, which will send notice to all counsel of

record.

By: _/s/ Christopher M. Huck_____
    Christopher M. Huck (WSBA #34104)

*Attorneys for City of Everett, Washington*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

IN RE: AQUEOUS FILM-FORMING ) 
FOAMS PRODUCTS LIABILITY )    Master Docket No.
LITIGATION )    2-18-mn-2873-RMG
 )
 )
 )    **This Document Relates to:**
 )    *City of Camden, et al. v. E.I. DuPont De*
 )    *Nemours and Company (n/k/a EIDP, Inc),*
 )    *et al.,*
 )
 )    Case No. 2:23-cv-03230-RMG

---

CITY OF CAMDEN, et. al., )
 )    Case No. 2:23-cv-03230-RMG
Plaintiff(s) )
v. )
 )
E.I. DUPONT DE NEMOURS AND )
COMPANY (N/K/A EIDP, INC.), ET AL., )
 )
Defendants. )

## <u>CITY OF EVERETT, WASHINGTON (PUBLIC WORKS)</u>
## <u>REQUEST FOR EXCLUSION</u>

The City of Everett, Washington ("Everett") respectfully requests to be excluded from the

Class Action Settlement Agreement between Class Representatives, individually and on behalf of

the Settlement Class Members, and defendants The Chemours Company, The Chemours Company

FC, LLC, DuPont de Nemours, Inc., Corteva, Inc., and E.I. DuPont de Nemours and Company

n/k/a EIDP, Inc. in the above-referenced matter (the "Settlement").

This Request for Exclusion is hereby made and filed pursuant to the Court's Order dated

August 22, 2023 and the Notice of Proposed Class Action Settlement and Court Approval Hearing.

The Affidavit of David Hall (the "Hall Affidavit"), attached hereto as Exhibit 1, is provided as proof of standing of Everett and demonstrates why Everett would be a Settlement Class Member absent this Request for Exclusion. The Hall Affidavit includes the name the name, address, telephone and facsimile number, and email address of David Hall. The Hall Affidavit also includes the name, address, telephone and facsimile number, and email address for Everett.

The Declaration of Christopher M. Huck (the "Huck Declaration"), attached hereto as Exhibit 2, is provided to identify the name, address, telephone and facsimile number, and email address of Everett's undersigned outside counsel, who is filing and serving Everett's Notice of Intention to Opt Out and this Request for Exclusion.

Accordingly, Everett respectfully requests that it be excluded from the Settlement.

Respectfully submitted,

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**

By: */s/ Christopher M. Huck*
    Christopher M. Huck (WSBA #34104)
    925 Fourth Avenue, Suite 3950
    Seattle, Washington 98104
    Telephone: (206) 452-0260
    Facsimile: (206) 397-3062
    Email: huck@goldfarb-huck.com

*Attorneys for City of Everett, Washington*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 4, 2023, I filed the foregoing with the Clerk of the Court using the Court's electronic filing system, which will send notice to all counsel of record.

By: _/s/ Christopher M. Huck_
    Christopher M. Huck (WSBA #34104)

*Attorneys for City of Everett, Washington*

3

# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | Master Docket No. 2-18-mn-2873-RMG<br><br>**This Document Relates to:**<br>*City of Camden, et al. v. E.I. DuPont De Nemours and Company (n/k/a EIDP, Inc), et al.,*<br><br>Case No. 2:23-cv-03230-RMG |

---

| | | |
|---|---|---|
| CITY OF CAMDEN, et. al.,<br><br>                    Plaintiff(s)<br>v.<br><br>E.I. DUPONT DE NEMOURS AND COMPANY (N/K/A EIDP, INC.), ET AL.,<br><br>                    Defendants. | ) ) ) ) ) ) ) ) ) | Case No. 2:23-cv-03230-RMG |

**AFFIDAVIT OF DAVID HALL**
**CITY OF EVERETT, WASHINGTON (PUBLIC WORKS)**
**REQUEST FOR EXCLUSION**

I, David Hall, hereby declare under penalty of perjury in accordance with 28 U.S.C § 1746 that the following is true and correct:

1.      I am the City Attorney for the City of Everett, Washington ("Everett").  I am over the age of eighteen and I have personal knowledge of the facts stated herein.

2.      I submit this affidavit in support of Everett's Request for Exclusion from the Class Action Settlement Agreement between Class Representatives, individually and on behalf of the Settlement Class Members, and defendants The Chemours Company, The Chemours Company

1

FC, LLC, DuPont de Nemours, Inc., Corteva, Inc., and E.I. DuPont de Nemours and Company

n/k/a EIDP, Inc. in the above-referenced matter (the "Settlement").

3.      The contact information for Everett is as follows:

<u>Name</u>
City of Everett, Washington

<u>Address</u>
2930 Wetmore Avenue
Everett, WA 98201

<u>Telephone Number</u>
(425) 257-8700

<u>Facsimile Number</u>
(425) 257-8741

<u>Email</u>
businesstax@everettwa.gov

4.      My contact information is as follows:

<u>Name</u>
David Hall
City Attorney
Everett City Attorney's Office

<u>Address</u>
2930 Wetmore Avenue
Everett, WA 98201

<u>Telephone Number</u>
(425) 257-8624

<u>Facsimile Number</u>
(425) 257-8607

<u>Email</u>
dhall@everettwa.gov

5.      Absent its Request for Exclusion, Everett qualifies as a Settlement Class Member. The Everett water system supplies water to more than 600,000 people.  Everett is also identified as a Phase Two Eligible Claimant in Amended Exhibit F of the 3M Company Settlement Agreement.  Everett also received notice that it would be member of the proposed class absent a request for exclusion.  Thus, in the absence of its Request for Exclusion, Everett would be a member of the proposed Settlement Class under the Settlement Class definition.

6.      As the City Attorney, I have authority and am legally authorized to make decisions on legal matters involving Everett.  I am, therefore, authorized to exclude Everett from the Settlement.  Accordingly, at this time, Everett hereby opts out and formally requests that Everett be excluded from the Class Action Settlement Agreement between Class Representatives, individually and on behalf of the Settlement Class Members, and defendants The Chemours Company, The Chemours Company FC, LLC, DuPont de Nemours, Inc., Corteva, Inc., and E.I. DuPont de Nemours and Company n/k/a EIDP, Inc. in the above-referenced matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this *1st* day of *December*, 2023 at Everett, Washington.


David Hall, City Attorney
Everett City Attorney's Office

On behalf of
City of Everett, Washington
Its:  City Attorney

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2023, I filed the foregoing with the Clerk of the Court using the Court's electronic filing system, which will send notice to all counsel of record.

By: */s/ Christopher M. Huck*
Christopher M. Huck (WSBA #34104)

*Attorneys for City of Everett, Washington*

# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | Master Docket No. 2-18-mn-2873-RMG |

**This Document Relates to:**
*City of Camden, et al. v. E.I. DuPont De Nemours and Company (n/k/a EIDP, Inc), et al.,*

Case No. 2:23-cv-03230-RMG

_____

| | | |
|---|---|---|
| CITY OF CAMDEN, et. al., | ) ) | Case No. 2:23-cv-03230-RMG |
| Plaintiff(s) | ) | |
| v. | ) ) | |
| E.I. DUPONT DE NEMOURS AND COMPANY (N/K/A EIDP, INC.), ET AL., | ) ) ) | |
| Defendants. | ) | |

<u>**DECLARATION OF CHRISTOPHER M. HUCK**</u>
<u>**CITY OF EVERETT, WASHINGTON (PUBLIC WORKS)**</u>
<u>**REQUEST FOR EXCLUSION**</u>

I, Christopher M. Huck, hereby declare under penalty of perjury in accordance with 28 U.S.C § 1746 that the following is true and correct:

1.      I am an attorney with Goldfarb & Huck Roth Riojas, PLLC.  I am one of the attorneys from my law firm representing the City of Everett, Washington ("Everett") in the above-referenced matter.  I am over the age of eighteen and I have personal knowledge of the facts stated herein.

2.      I submit this affidavit in support of Everett's Request for Exclusion from the Class

1

Action Settlement Agreement between Class Representatives, individually and on behalf of the

Settlement Class Members, and defendants The Chemours Company, The Chemours Company

FC, LLC, DuPont de Nemours, Inc., Corteva, Inc., and E.I. DuPont de Nemours and Company

n/k/a EIDP, Inc. in the above-referenced matter (the "Settlement").

      3.     My contact information is as follows:

<u>Name</u>
Chrisotpher M. Huck
Goldfarb & Huck Roth Riojas, PLLC

<u>Address</u>
925 Fourth Avenue, Suite 3950
Seattle, WA 98110

<u>Telephone Number</u>
(206) 492-7393

<u>Facsimile Number</u>
(206) 397-3062

<u>Email</u>
huck@goldfarb-huck.com

      4.     My law firm has been authorized by Everett to file and serve all documents needed

for Everett to opt out and request that Everett be excluded from the Settlement.

      5.     Accordingly, pursuant to Everett's Request for Exclusion, including the Affidavit

of David Hall, at this time Everett respectfully opts out and formally requests that Everett be

excluded from the Class Action Settlement Agreement between Class Representatives,

individually and on behalf of the Settlement Class Members, and defendants The Chemours

Company, The Chemours Company FC, LLC, DuPont de Nemours, Inc., Corteva, Inc., and E.I.

DuPont de Nemours and Company n/k/a EIDP, Inc. in the above-referenced matter.

      I declare under penalty of perjury under the laws of the United States of America that the

2

foregoing is true and correct.

Executed this December 1, 2023 at Bainbridge Island, Washington.


_/s/ Christopher M. Huck_
Christopher M. Huck (WSBA #34104)
Goldfarb & Huck Roth Riojas, PLLC

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2023, I filed the foregoing with the Clerk of the Court using the Court's electronic filing system, which will send notice to all counsel of record.

By: _/s/ Christopher M. Huck_____
    Christopher M. Huck (WSBA #34104)

*Attorneys for City of Everett, Washington*

4