IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) | Master Docket No.: 2:18-mn-2873-RMG |

| | | |
|---|---|---|
| CITY OF CAMDEN, *et al.*, | ) ) ) | Civil Action No.: 2:23-cv-3230-RMG |
| *Plaintiffs*, | ) ) | |
| -vs- | ) ) | |
| E.I DUPONT DE NEMOURS AND COMPANY (n/k/a EIDP, Inc.), *et al.*, | ) ) ) | |
| *Defendants*. | | |

The Court has received inquiries from the parties concerning the format which will be followed for the Fairness Hearing scheduled for December 14, 2023. The Court will utilize the following format for the Fairness Hearing:

1. Class Counsel for Plaintiffs will explain the major features of the proposed settlement and explain why counsel asserts the proposed settlement meets all legal requirements and is fair, reasonable and adequate.

2. Counsel for Defendants will follow Plaintiffs' counsel and explain why they assert the proposed settlement meets all legal requirements and is fair, reasonable and adequate. Counsel for the Dupont Entities[1] may make one collective presentation or separate presentations, whichever is their preference.

3. Any settlement class member who has satisfied the requirements for filing objections

---

[1] The "Dupont Entities" include Defendants Chemours Company; The Chemours Company, FC, LLC; Dupont de Nemours, Inc.; Corteva, Inc.; and E.I. Dupont de Nemours and Company, n/k/a EIDP, Inc.

set forth in the Order Granting Preliminary Approval of Settlement Agreement, Paragraphs 20-23 (C.A. No. 2:23-cv-3230, Dkt. No. 33), may thereafter speak concerning any timely submitted objections.  Any settlement class member who has filed timely objections and wishes to speak at the Fairness Hearing must provide written notice to the Clerk on or before December 12, 2023.

      4.      Counsel for Plaintiffs and Defendants may thereafter respond, as they deem necessary and appropriate, to any written objections which have been submitted, regardless of whether the objector has appeared and spoken at the Fairness Hearing.

      5.      The Court will thereafter address the issues raised by the parties and shortly thereafter issue a written order.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel<br>
Richard M. Gergel<br>
United States District Judge

December 6, 2023  
Charleston, South Carolina