IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) MDL No. 2:18-mn-2873-RMG ) ) **This Order Relates to All Cases.** ) ) ) ) ) ) |

**JOINT SUBMISSION REGARDING PROPOSED INITIAL PERSONAL INJURY BELLWETHER DISCOVERY POOL PLAINTIFFS**

Pursuant to this Court's Case Management Order ("CMO") No. 26, as amended by CMO 26.A. and 26.B., Co-lead Counsel for Plaintiffs on behalf of the PEC, as well as Co-lead Counsel for Defendants on behalf of the DCC, provide this submission identifying their joint proposal for the Initial Personal Injury Bellwether Discovery Pool Plaintiffs to undergo Core Discovery in the Personal Injury Tier One process.[1]

---

[1] In connection with the bankruptcy of Kidde-Fenwal, Inc., the United States Bankruptcy Court for the District of Delaware has entered an order preliminarily extending the automatic stay and enjoining, until January 5, 2024 subject to further extension by the order of the Bankruptcy Court, AFFF claims against certain entities affiliated with Kidde-Fenwal, Inc. ("KFI Affiliates") (the KFI Affiliates are Kidde plc, Kidde Fire Fighting, Inc., Chubb Fire Limited, Carrier Global Corporation, Carrier Fire & Security Americas Corp., Inc. (f/k/a UTC Fire & Security Americas Corporation), and Raytheon Technologies Corporation (f/k/a United Technologies Corporation)), as well as National Foam, Inc., and certain of its affiliates ("New National Foam Affiliates") (the New National Foam Affiliates are Angus International Safety Group, Ltd., and Angus Fire Armor Corp.). *See In re: Kidde-Fenwal, Inc.*, Case No. 23-50387 (Bankr. Del. July 27, 2023) (Doc. 69). The Bankruptcy Court's order provides that the PEC shall file a motion with the MDL Court seeking to sever Kidde-Fenwal, Inc., the KFI Affiliates, National Foam, Inc., and the New National Foam Affiliates from the first personal injury bellwether case selected for trial in the AFFF MDL. *Id.* at 7. However, in light of the delays in commencing the bellwether discovery process and the imminent January 5th expiration of the Stay, PEC reserves the right to move the Bankruptcy Court for relief from its obligation to sever, and move the MDL Court to re-join these defendants to the first personal injury bellwether trial should that become appropriate following an order of the Bankruptcy Court. In light of the automatic stay and injunction and anticipated severance of these

A.  **Proposed Initial Personal Injury Bellwether Discovery Pool Plaintiffs**

The parties propose that the following twenty-five (25) plaintiffs comprise the Initial Personal Injury Bellwether Discovery Pool Plaintiffs, which includes five plaintiffs alleging kidney cancer[2], eight plaintiffs alleging testicular cancer, eight plaintiffs alleging hypothyroidism/thyroid disease, and four plaintiffs alleging ulcerative colitis:

| Plaintiff Name | Case Number | Alleged CMO 26 Injury | Alleged CMO 26 Exposure Site |
|---|---|---|---|
| Donnelly, Brock | 2:20-cv-00209 | Kidney Cancer | Pennsylvania |
| Hines, Consepcion | 2:18-cv-03381 | Kidney Cancer | Colorado |
| Mola, John | 2:20-cv-00428 | Kidney Cancer | Pennsylvania |
| Speers, Clinton | 2:21-cv-03181 | Kidney Cancer | Pennsylvania |
| Voelker, Kevin | 2:18-cv-03438 | Kidney Cancer | Pennsylvania |
| Belarde, James | 2:18-cv-03390 | Testicular Cancer | Colorado |
| Bien, Michael | 2:20-cv-00257 | Testicular Cancer | Pennsylvania |
| Field, Alex | 2:20-cv-00301 | Testicular Cancer | Pennsylvania |
| Hartman, Rodney | 2:20-cv-00302 | Testicular Cancer | Pennsylvania |
| Sarvey, Jason | 2:20-cv-00278 | Testicular Cancer | Pennsylvania |
| Scheiler, Denny | 2:18-cv-03390 | Testicular Cancer | Colorado |

---

parties, Kidde-Fenwal, Inc., the KFI Affiliates, National Foam, Inc., and the New National Foam Affiliates have not participated in the bellwether selection process or discovery concerning the bellwether candidates, and on that basis, Kidde-Fenwal, Inc. and the KFI Affiliates reserve the right to oppose any attempt to have them join in such bellwether trials. Assuming the Court grants the motion to sever these defendants, it will not be necessary for them to execute *Lexecon* waivers for the cases discussed herein.

[2] As a compromise, the Parties have agreed to move forward selecting only five, rather than eight plaintiffs alleging kidney cancer, and request that the Court accept this proposal.

| Plaintiff Name | Case Number | Alleged CMO 26 Injury | Alleged CMO 26 Exposure Site |
|---|---|---|---|
| Thein, Alan | 2:18-cv-03381 | Testicular Cancer | Colorado |
| Woods, Daryl | 2:18-cv-03417 | Testicular Cancer | Colorado |
| Bohlmann, Rita | 2:18-cv-03395 | Thyroid Disease | Colorado |
| Carlson, Dolores | 2:18-cv-03401 | Thyroid Disease | Colorado |
| DeMaio, Carole | 2:18-cv-00291 | Thyroid Disease | Pennsylvania |
| Fenlon, Ingrid | 2:18-cv-03372 | Thyroid Disease | Colorado |
| Frazier, Karin | 2:18-cv-03372 | Thyroid Disease | Colorado |
| Jordan, Denise | 2:18-cv-03391 | Thyroid Disease | Colorado |
| Montgomery, Ethel | 2:18-cv-03370 | Thyroid Disease | Colorado |
| Slagle, John | 2:18-cv-03391 | Thyroid Disease | Colorado |
| Feite, Michael | 2:20-cv-00521 | Ulcerative Colitis | Pennsylvania |
| Smalley, Anthony | 2:18-cv-03371 | Ulcerative Colitis | Colorado |
| Townsend, Scott | 2:18-cv-03404 | Ulcerative Colitis | Colorado |
| Zajicek, James | 2:18-cv-03385 | Ulcerative Colitis | Colorado |

Attached as Appendix A is a chart providing additional details with respect to each of these plaintiffs, as required by CMO 26.

**B.     Counsel Information**

Appendix A provides a list of Defendants in each case listed above. Pursuant to CMO 26, below is counsel information for each named Defendant:

| Defendant | Counsel |
|---|---|
| 3M Company | Michael A. Olsen<br>Daniel L. Ring<br>**MAYER BROWN LLP** |

3

| Defendant | Counsel |
|---|---|
| | 71 South Wacker Drive<br>Suite 3200<br>Chicago, IL 60606<br>(312) 782-0600<br>molsen@mayerbrown.com<br>dring@mayerbrown.com<br><br>Brian C. Duffy<br>**DUFFY & YOUNG, LLC**<br>96 Broad Street<br>Charleston, SC 29401<br>(843) 720-2044<br>bduffy@duffyandyoung.com<br><br>Brian L. Stekloff<br>Tamarra Matthews Johnson<br>**WILKINSON STEKLOFF LLP**<br>2001 M Street, NW - 10th Floor<br>Washington, DC 20036<br>(202) 847-4000<br>bstekloff@wilkinsonstekloff.com<br>tmatthewsjohnson@wilkinsonstekloff.com |
| AGC Chemicals Americas Inc. | Peter C. Condron<br>Clifford J. Zatz<br>Andrew D. Kaplan<br>**CROWELL & MORING LLP**<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>202.624.2500<br>pcondron@crowell.com<br>czatz@crowell.com<br>akaplan@crowell.com |
| Amerex Corporation | J. Alan Truitt<br>Jennifer A. Simon<br>Leland Frost<br>**KAZMAREK MOWREY CLOUD LASETER LLP**<br>1914 4th Avenue North<br>Suite 400<br>Birmingham, AL 35203<br>Phone: (205) 777-7972<br>Email: atruitt@kmcllaw.com |

4

| Defendant | Counsel |
|---|---|
| | Email: jsimon@kmcllaw.com<br><br>Paul A. Dominick<br>R. Bruce Wallace<br>Alexandra Austin<br>**MAYNARD NEXSEN, PC**<br>205 King Street<br>Suite 400<br>Charleston, SC 29401<br>Phone: (843) 720-1734<br>Email: pdominick@maynardnexsen.com<br>Email: bwallace@maynardnexsen.com<br>Email: aaustin@maynardnexsen.com |
| Arkema, Inc. | Heidi Levine<br>Alan E. Rothman<br>**SIDLEY AUSTIN LLP**<br>787 7th Avenue<br>New York, NY 10019<br>Phone: (212) 839-5300<br>hlevine@sidley.com<br>arothman@sidley.com<br><br>J. Simone Jones<br>Daniel A. Spira<br>**SIDLEY AUSTIN LLP**<br>One South Dearborn Street<br>Chicago, IL 60613<br>Phone: (312) 853-7274<br>jsimone.jones@sidley.com<br>dspira@sidley.com<br><br>Lisa M. Gilford<br>**SIDLEY AUSTIN LLP**<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>Phone: (213) 896-6000<br>lgilford@sidley.com |
| BASF Corporation | Matthew A. Holian<br>John R. Wellschlager<br>**DLA PIPER**<br>33 Arch Street, 26th Floor<br>Boston, Massachusetts 02110-1447 |

5

| Defendant | Counsel |
|---|---|
| | (617) 406-6009 Telephone<br>(617) 406-6109 Fax<br>matt.holian@dlapiper.com<br>john.wellschlager@dlapiper.com |
| Buckeye Fire Equipment Company | Michael L. Carpenter<br>**GRAY, LAYTON, KERSH, SOLOMON, FURR & SMITH, P.A.**<br>516 South New Hope Road<br>Post Office Box 2636<br>Gastonia, NC 28053<br>(704) 865-4400<br>(704) 866-8010 fax<br>mcarpenter@gastonlegal.com |
| ChemDesign Products Incorporated | J. Hayes Ryan<br>Jonathan Blakley<br>**GORDON REES SCULLY MANSUKHANI, LLP**<br>One North Franklin, Ste. 800<br>Chicago, IL 60606<br>P: (312) 565-1400<br>F: (312) 565-6511<br>hayesryan@grsm.com<br>jblakley@grsm.com |
| Chemguard, Inc.<br>Tyco Fire Products L.P. | Joseph G. Petrosinelli<br>Liam Montgomery<br>J. Liat Rome<br>**WILLIAMS & CONNOLLY LLP**<br>680 Maine Ave., S.W.<br>Washington, DC 20024<br>P: (202) 434-5000<br>F: (202) 434-5029<br>jpetrosinelli@wc.com<br>lmontgomery@wc.com<br>lrome@wc.com<br><br>David E. Dukes<br>Amanda S. Kitts<br>Wesley T. Moran<br>**NELSON MULLINS RILEY & SCARBOROUGH LLP**<br>1320 Main St. 17th Fl |

| Defendant | Counsel |
|---|---|
|  | Columbia, SC 29201<br>(803) 799-2000<br>david.dukes@nelsonmullins.com<br>amanda.kitts@nelsonmullins.com<br>wes.moran@nelsonmullins.com |
| Chemicals Incorporated | Oliver E. Twaddell<br>John F. Parker<br>**GOLDBERG SEGALLA LLP**<br>711 Third Avenue, Suite 1900<br>New York, NY 10017<br>T: (646) 292-8751<br>otwaddell@goldbergsegalla.com<br>jparker@goldbergsegalla.com |
| The Chemours Company<br>The Chemours Company FC, LLC | Brent Dwerlkotte<br>Amy M. Crouch<br>Jennifer Hackman<br>**SHOOK, HARDY & BACON LLP**<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>amcrouch@shb.com<br>dbdwerlkotte@shb.com<br>jhackman@shb.com<br><br>Molly H. Craig<br>James B. Hood<br>**HOOD LAW FIRM**<br>172 Meeting St.<br>Charleston, SC 29401<br>Molly.craig@hoodlaw.com<br>James.hood@hoodlaw.com<br><br>Martha Donovan<br>Margaret Raymond-Flood<br>Kimbrilee Weber<br>**NORRIS MCLAUGHLIN, P.A.**<br>400 Crossing Boulevard<br>8th Floor<br>Bridgewater, New Jersey 08807<br>(908) 722-0700 |

| Defendant | Counsel |
|---|---|
|  | mndonovan@norris-law.com<br>mraymondflood@norris-law.com<br>kmweber@norris-law.com<br><br>Stephen Cox<br>**ROBINSON BRADSHAW**<br>202 East Main Street<br>Suite 201<br>Rock Hill, SC 29730<br>(803) 325-2900<br>scox@robinsonbradshaw.com |
| Clariant Corporation | Melanie Black Dubis, Esq.<br>Drew Hargrove, Esq.<br>**PARKER POE ADAMS & BERNSTEIN LLP**<br>301 Fayetteville Street, Suite 1400<br>Raleigh, North Carolina 27601<br>Telephone: (919) 828-0564<br>melaniedubis@parkerpoe.com<br>drewhargrove@parkerrpoe.com<br><br>Steven D. Weber, Esq.<br>**PARKER POE ADAMS & BERNSTEIN LLP**<br>620 S. Tryon Street, Suite 800<br>Charlotte, NC 28202<br>Telephone: (704) 335-9065<br>steveweber@parkerpoe.com<br><br>Kevin A. Dunlap, Esq.<br>**PARKER POE ADAMS & BERNSTEIN LLP**<br>110 East Court Street, Suite 200<br>Greenville, SC 29601<br>Telephone: (864) 577-6370<br>kevindunlap@parkerpoe.com |
| E.I. Du Pont De Nemours and Company<br>Corteva Inc.<br>DuPont de Nemours, Inc. | Brent Dwerlkotte<br>Amy M. Crouch<br>Jennifer Hackman<br>**SHOOK, HARDY & BACON LLP**<br>2555 Grand Boulevard<br>Kansas City, MO 64108 |

| Defendant | Counsel |
|---|---|
|  | Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>amcrouch@shb.com<br>dbdwerlkotte@shb.com<br>jhackman@shb.com<br><br>Molly H. Craig<br>James B. Hood<br>**HOOD LAW FIRM**<br>172 Meeting St.<br>Charleston, SC 29401<br>Molly.craig@hoodlaw.com<br>James.hood@hoodlaw.com<br><br>John C. Moylan, III<br>Alice W. Parham Casey<br>Matthew T. Richardson<br>Mary Lucille Dinkins<br>**WYCHE, P.A.**<br>807 Gervais St., Suite 301<br>Columbia, SC 29201<br>(803) 254-6542<br>(803) 254-6544 (Fax)<br>jmoylan@wyche.com<br>tcasey@wyche.com<br>mrichardson@wyche.com<br>ldinkins@wyche.com<br><br>Katherine L.I. Hacker<br>**BARTLIT BECK LLP**<br>1801 Wewatta St. 12th Floor<br>Denver, Colorado 80202<br>(303) 592-3100<br>(303) 592-3140 (Fax)<br>Kat.hacker@bartlitbeck.com |
| Deepwater Chemicals Inc. | Kurt D. Weaver<br>Katherine Zimmerman<br>**WOMBLE BOND DICKINSON (US) LLP**<br>555 Fayetteville Street<br>Suite 1100<br>Raleigh, NC 27601<br>T: (919) 755-8163<br>M: (919) 819-4037 |

| Defendant | Counsel |
|---|---|
|  | Kurt.weaver@wbd-us.com<br>Katherine.Zimmerman@wbd-us.com |
| Dynax Corporation | Addie K.S. Ries<br>Cliff Brinson<br>**SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP**<br>150 Fayetteville Street, Ste. 2300<br>Raleigh, NC 27601<br>(919) 821-1220<br>aries@smithlaw.com<br>cbrinson@smithlaw.com |
| Nation Ford Chemical Company | Ethan R. Ware, Esq.<br>Richard H. Willis, Esq.<br>Ruth A. Levy, Esq.<br>**WILLIAMS MULLEN**<br>1230 Main Street, Suite 330<br>Columbia, SC 29201<br>(T): 803.567.4600<br>(F): 803.567.4601<br>eware@williamsmullen.com<br>rwillis@williamsmullen.com<br>rlevy@williamsmullen.com |
| National Foam | Keith E. Smith<br>Kaitlyn R. Maxwell<br>**GREENBERG TRAURIG**<br>1717 Arch Street<br>Suite 400<br>Philadelphia, PA 19103<br>(215) 988-7800 T<br>(215) 988-7843 D<br>smithkei@gtlaw.com<br>maxwellk@gtlaw.com |

    **C.**    **Certification Regarding Waiver of *Lexecon* Rights**

        **1.**    **Defendants' Certification**

Each Defendant properly served in the above-referenced cases (as listed in Appendix A) agrees to waive its rights under *Lexecon Inc. v. Milberg, Weiss, Bershad, Hynes & Lerach*, 523 U.S. 26 (1998). This waiver is specific only as to the individual plaintiff selected as a Personal Injury Tier One Plaintiff[3] and does not apply to any other plaintiff or case in this MDL or in the event that the Personal Injury Tier One Plaintiff's case is consolidated with any other action for trial. This waiver is without prejudice to any other rights, defenses, and/or objections that Defendants, or any individual Defendant, may have as to any claim or the conduct of any trial, including, but not limited to, the application of nonmutual offensive collateral estoppel to any subsequent case involving a different plaintiff.

        **2.**    **Plaintiffs' Certification**

Each plaintiff named in section A above agrees to waive its rights under *Lexecon Inc. v. Milberg, Weiss, Bershad, Hynes & Lerach*, 523 U.S. 26 (1998). This waiver is without prejudice to any other rights, privileges and/or objections that any individual Plaintiff may have.

\* \* \*

Co-lead Counsel for Plaintiffs and Defendants stand ready to provide the Court with any additional information that it may require regarding their proposed Initial Personal Injury Bellwether Discovery Pool Plaintiffs (a/k/a Personal Injury Tier One Plaintiffs). Pursuant to the Parties' proposed Case Management Order, the parties propose and respectfully request to begin

---

[3] The Defendants' waiver also includes any loss of consortium claims asserted in the individual plaintiff's case.

Tier One discovery relating to the above-referenced Plaintiffs three (3) business days after the Court enters an order confirming selections.

Dated:  December 11, 2023

    Respectfully submitted,

/s/Michael A. London
Michael A. London
Douglas and London PC
59 Maiden Lane, 6th Floor
New York, NY 10038
P: (212)-566-7500
F: (212)-566-7501
mlondon@douglasandlondon.com

Paul J. Napoli
Napoli Shkolnik
1302 Avenida Ponce de Leon
Santurce, Puerto Rico 00907
P: (212)-397-1000
F: (646)-843-7603
pnapoli@nsprlaw.com

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
P: (214)-521-3605
ssummy@baronbudd.com

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
P: (843) 216-9000
jrice@motleyrice.com


*Co-lead Counsel for Plaintiffs*

Fred Thompson, III
Motley Rice LLC
28 Bridgeside Boulevard
Mt Pleasant, SC 29464

/s/Joseph G. Petrosinelli
Joseph G. Petrosinelli
Williams & Connolly LLP
680 Maine Ave., S.W.
Washington, DC 20024
P: (202) 434-5000
F: (202) 434-5029
jpetrosinelli@wc.com


Michael A. Olsen
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
P: (312) 701-7120
F: (312) 706-8742
molsen@mayerbrown.com

*Co-lead Counsel for Defendants*

/s/David E. Dukes
David E. Dukes
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
P: (803) 255-9451
F: (803) 256-7500
david.dukes@nelsonmullins.com

Brian Duffy
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
P: (843) 720-2044
F: (843) 720-2047
bduffy@duffyandyoung.com

P: (843)-216-9000
F: (843)-216-9440
fthompson@motleyrice.com
*Liaison Counsel for Plaintiffs*

*Co-liaison Counsel for Defendants*