**Appendix A**

| Plaintiff Name | Case Number | Plaintiff Counsel | Alleged CMO 26 Injury | Any Other Injuries Alleged in PFS | Alleged Site/Location of Exposure to PFAS | Named Defendants | ECF References to Operative Complaint | ECF References to Statements of Affirmative Defenses |
|---|---|---|---|---|---|---|---|---|
| Donnelly, Brock | 2:20-cv-00209 | Weitz & Luxenberg, P.C. | Kidney Cancer | N/A | Warminster, Pennsylvania | 3M Co.; Tyco Fire Products, LP; Chemguard, Inc., Buckeye Fire Equipment Company, National Foam, Inc., Kidde-Fenwal, Inc., Dynax Corporation, E.I. du Pont De Nemours and Company, The Chemours Company, The Chemours Company FC, LLC, Corteva, Inc., DuPont de Nemours, Inc., Carrier Global Corporation, ChemDesign Products, Inc., Chemicals Inc., Clariant Corporation, Deepwater Chemicals, Inc., Nation Ford Chemical Company, and BASF Corporation | *Donnelly*, 2:20-cv-00209, ECF No. 8 (First Amended Complaint) | 3M: 2:18-mn-02873, ECF No. 150 (applies to all cases) Tyco/Chemguard: 2:18-mn-02873, ECF No. 149 (applies to all cases) Buckeye: 2:18-mn-02873, ECF No. 248 (applies to all cases) National Foam: 2:18-mn-02873, ECF No. 254 (applies to all cases) Kidde-Fenwal, Inc.: 2:18-mn-02873, ECF No. 246 (applies to all cases) Dynax: 2:18-mn-02873, ECF No. 250 (applies to all cases) The Chemours Company, The Chemours FC, LLC: 2:18-mn-02873, ECF No. 299 (applies to all cases) E.I. DuPont de Nemours and Company: 2:18-mn-02873, ECF No. 300 (applies to all cases) Corteva, Inc.; DuPont de Nemours: 2:18-mn-02873, ECF No. 382 (applies to all cases) Carrier Global: 2:18-mn-02873, ECF No. 1270 (applies to all cases) ChemDesign: 2:18-mn-02873, ECF No. 268 (applies to all cases) Chemicals Inc.: 2:18-mn-02873, ECF No. 1209 (applies to all cases) Clariant: 2:18-mn-02873, ECF No. 415 (applies to all cases) Deepwater Chemicals: 2:18-mn-02873, ECF No. 729 (applies to all cases) Nation Ford Chemical: 2:18-mn-02873, ECF No. 689 (applies to all cases) BASF: 2:20-cv-00209, ECF No. 14 |

**Appendix A**

| Plaintiff Name | Case Number | Plaintiff Counsel | Alleged CMO 26 Injury | Any Other Injuries Alleged in PFS | Alleged Site/Location of Exposure to PFAS | Named Defendants | ECF References to Operative Complaint | ECF References to Statements of Affirmative Defenses |
|---|---|---|---|---|---|---|---|---|
| Hines, Consepcion | 2:18-cv-03381 | Napoli Shkolnik PLLC | Kidney Cancer | N/A | Fountain, Colorado | 3M Co.; AGC Chemicals Americas, Inc.; Amerex Corporation; Arkema, Inc.; Archroma Management LLC; Buckeye Fire Equipment Company, Carrier Global Corporation; Chemdesign Products, Inc.; Chemguard, Inc.; Chemicals, Inc.; Clariant Corporation; Corteva, Inc.; Deepwater Chemicals, Inc.; DuPont de Nemours, Inc.; Dynax Corporation; E.I. DuPont De Nemours & Co.; Kidde-Fenwal, Inc.; Nation Ford Chemical Company, The Chemours Company' The Chemours Company FC, LLC; and Tyco Fire Products, LP | *Gutierres*, 2:18-cv-03381, ECF No. 50 (Third Amended Complaint) | AGC Chemicals: 2:18-mn-02873, ECF No. 654 (applies to all cases)<br>Amerex Corp: 2:18-mn-02873, ECF No. 507 (applies to all cases)<br>Arkema: 2:18-mn-02873, ECF No. 399 (applies to all cases)<br>(For other Defendants, see prior entries) |

**Appendix A**

| Plaintiff Name | Case Number | Plaintiff Counsel | Alleged CMO 26 Injury | Any Other Injuries Alleged in PFS | Alleged Site/Location of Exposure to PFAS | Named Defendants | ECF References to Operative Complaint | ECF References to Statements of Affirmative Defenses |
|---|---|---|---|---|---|---|---|---|
| Mola, John | 2:20-cv-00428 | Weitz & Luxenberg, P.C. | Kidney Cancer | N/A | Warrington, Willow Grove, and Hatboro, Pennsylvania | 3M Co.; Tyco Fire Products, LP; Chemguard, Inc., Buckeye Fire Equipment Company, National Foam, Inc., Kidde-Fenwal, Inc., Dynax Corporation, E.I. du Pont De Nemours and Company, The Chemours Company, The Chemours Company FC, LLC, Corteva, Inc., DuPont de Nemours, Inc., ChemDesign Products, Inc., Chemicals Inc., Clariant Corporation, Deepwater Chemicals, Inc., Nation Ford Chemical Company, and BASF Corporation | *Mola*, 2:20-cv-00428, ECF No. 10 (First Amended Complaint) | BASF: 2:20-cv-00428, ECF No. 15 (For other Defendants, see prior entries) |

**Appendix A**

| Plaintiff Name | Case Number | Plaintiff Counsel | Alleged CMO 26 Injury | Any Other Injuries Alleged in PFS | Alleged Site/Location of Exposure to PFAS | Named Defendants | ECF References to Operative Complaint | ECF References to Statements of Affirmative Defenses |
|---|---|---|---|---|---|---|---|---|
| Speers, Clinton | 2:21-cv-03181 | Pennock Law Firm, LLC; Douglas & London | Kidney Cancer | N/A | Fort Washington, Pennsylvania | 3M Co.; Buckeye Fire Equipment Co.; Chemguard, Inc., Tyco Fire Products, L.P., National Foam, Inc., E.I. Du Pont De Nemours & Co.; The Chemours Company, The Chemours Company FC, LLC, Corteva, Inc., DuPont de Nemours, Inc., Arkema Inc., AGC Chemicals Americas, Inc.; Dynax Corporation; Kidde-Fenwal, Inc., Clariant Corporation; BASF Corporation; UTC Fire & Security Americas Corporation, Inc.; Carrier Global Corporation; and ChemDesign Products, Inc. | *Speers*, 2:21-cv-03181, ECF No. 1 (Original Complaint) | BASF: 2:21-cv-03181, ECF No. 4 UTC: 2:18-mm-02873, ECF No. 246 (applies to all cases) (For other Defendants, see prior entries) |

**Appendix A**

| Plaintiff Name | Case Number | Plaintiff Counsel | Alleged CMO 26 Injury | Any Other Injuries Alleged in PFS | Alleged Site/Location of Exposure to PFAS | Named Defendants | ECF References to Operative Complaint | ECF References to Statements of Affirmative Defenses |
|---|---|---|---|---|---|---|---|---|
| Voelker, Kevin | 2:18-cv-03438 | Saltz Mongeluzzi Bendesky P.C. | Kidney Cancer | N/A | Warminster, Pennsylvania | 3M Co.; Tyco Fire Products L.P.; Chemguard, Inc.; Buckeye Fire Equipment Company; National Foam, Inc.; Kidde-Fenwal, Inc.; Dynax Corporation; E.I. du Pont De Nemours and Company; The Chemours Company; The Chemours Company FC, L.L.C.; Carrier Global Corporation; ChemDesign Products, Inc.; Chemicals Inc.; Clariant Corporation; Deepwater Chemicals, Inc.; Nation Ford Chemical Company; and BASF Corporation | *Voelker*, 2:18-cv-03438, ECF No. 92 (Second Amended Complaint) | BASF: 2:18-cv-03438, ECF No. 96 (For other Defendants, see prior entries) |

**Appendix A**

| Plaintiff Name | Case Number | Plaintiff Counsel | Alleged CMO 26 Injury | Any Other Injuries Alleged in PFS | Alleged Site/Location of Exposure to PFAS | Named Defendants | ECF References to Operative Complaint | ECF References to Statements of Affirmative Defenses |
|---|---|---|---|---|---|---|---|---|
| Belarde, James | 2:18-cv-03390 | Napoli Shkolnik, PLLC | Testicular Cancer | N/A | Fountain, Colorado | 3M Co.; AGC Chemicals Americas, Inc.; Amerex Corp.; Archroma Management, LLC; Arkema, Inc.; Buckeye Fire Equipment Co.; Carrier Global Corporation; ChemDesign Products, Inc.; Chemguard, Inc.; Chemicals Inc.; Clariant Corp.; Corteva, Inc.; Deepwater Chemicals, Inc.; DuPont de Nemours, Inc.; Dynax Corp.; E.I. Du Pont De Nemours & Co.; Kidde-Fenwal, Inc.; Nation Ford Chemical Co.; The Chemours Co.; The Chemours Company FC, LLC; and Tyco Fire Products, LP | *Thompson*, 2:18-cv-03390, ECF No. 60 (Fourth Amended Complaint) | (See prior entries) |

Appendix A

| Plaintiff Name | Case Number | Plaintiff Counsel | Alleged CMO 26 Injury | Any Other Injuries Alleged in PFS | Alleged Site/Location of Exposure to PFAS | Named Defendants | ECF References to Operative Complaint | ECF References to Statements of Affirmative Defenses |
|---|---|---|---|---|---|---|---|---|
| Bien, Michael | 2:20-cv-00257 | Weitz & Luxenberg, P.C. | Testicular Cancer | N/A | Horsham and Warminster, Pennsylvania | 3M Co.; Tyco Fire Products L.P.; Chemguard, Inc.; Buckeye Fire Equipment Company; National Foam, Inc.; Kidde-Fenwal, Inc.; Dynax Corporation; E.I. du Pont De Nemours and Company; The Chemours Company; The Chemours Company FC, L.L.C.; Corteva, Inc.; DuPont de Nemours, Inc.; Carrier Global Corporation; ChemDesign Products, Inc.; Chemicals Inc.; Clariant Corporation; Deepwater Chemicals, Inc.; Nation Ford Chemical Company; and BASF Corporation | *Bien*, 2:20-cv-00257, ECF No. 10 (First Amended Complaint) | BASF: 2:20-cv-00257, ECF No. 16. (For other Defendants, see prior entries) |

Appendix A

| Plaintiff Name | Case Number | Plaintiff Counsel | Alleged CMO 26 Injury | Any Other Injuries Alleged in PFS | Alleged Site/Location of Exposure to PFAS | Named Defendants | ECF References to Operative Complaint | ECF References to Statements of Affirmative Defenses |
|---|---|---|---|---|---|---|---|---|
| Field, Alex | 2:20-cv-00301 | Weitz & Luxenberg, P.C. | Testicular Cancer | N/A | Horsham, Pennsylvania | 3M Co.; Tyco Fire Products L.P.; Chemguard, Inc.; Buckeye Fire Equipment Company; National Foam, Inc.; Kidde-Fenwal, Inc.; Dynax Corporation; E.I. du Pont De Nemours and Company; The Chemours Company; The Chemours Company FC, L.L.C.; Corteva, Inc.; DuPont de Nemours, Inc.; Carrier Global Corporation; ChemDesign Products, Inc.; Chemicals Inc.; Clariant Corporation; Deepwater Chemicals, Inc.; Nation Ford Chemical Company; and BASF Corporation | *Field*, 2:20-cv-00301, ECF No. 10 (First Amended Complaint) | BASF: 2:20-cv-00301, ECF No. 16. (For other Defendants, see prior entries) |

**Appendix A**

| Plaintiff Name | Case Number | Plaintiff Counsel | Alleged CMO 26 Injury | Any Other Injuries Alleged in PFS | Alleged Site/Location of Exposure to PFAS | Named Defendants | ECF References to Operative Complaint | ECF References to Statements of Affirmative Defenses |
|---|---|---|---|---|---|---|---|---|
| Hartman, Rodney | 2:20-cv-00302 | Weitz & Luxenberg, P.C. | Testicular Cancer | N/A | Warminster, Pennsylvania | 3M Co.; Tyco Fire Products L.P.; Chemguard, Inc.; Buckeye Fire Equipment Company; National Foam, Inc.; Kidde-Fenwal, Inc.; Dynax Corporation; E.I. du Pont De Nemours and Company; The Chemours Company; The Chemours Company FC, L.L.C.; Corteva, Inc.; DuPont de Nemours, Inc.; Carrier Global Corporation; ChemDesign Products, Inc.; Chemicals Inc.; Clariant Corporation; Deepwater Chemicals, Inc.; Nation Ford Chemical Company; and BASF Corporation | *Hartman*, 2:20-cv-00302, ECF No. 10 (First Amended Complaint) | BASF, 2:20-cv-00302, ECF No. 16 (For other Defendants, see prior entries) |

**Appendix A**

| Plaintiff Name | Case Number | Plaintiff Counsel | Alleged CMO 26 Injury | Any Other Injuries Alleged in PFS | Alleged Site/Location of Exposure to PFAS | Named Defendants | ECF References to Operative Complaint | ECF References to Statements of Affirmative Defenses |
|---|---|---|---|---|---|---|---|---|
| Sarvey, Jason | 2:20-cv-00278 | Weitz & Luxenberg, P.C. | Testicular Cancer | N/A | Warrington, Pennsylvania | 3M Co.; Tyco Fire Products L.P.; Chemguard, Inc.; Buckeye Fire Equipment Company; National Foam, Inc.; Kidde-Fenwal, Inc.; Dynax Corporation; E.I. du Pont De Nemours and Company; The Chemours Company; The Chemours Company FC, L.L.C.; Corteva, Inc.; DuPont de Nemours, Inc.; Carrier Global Corporation; ChemDesign Products, Inc.; Chemicals Inc.; Clariant Corporation; Deepwater Chemicals, Inc.; Nation Ford Chemical Company; and BASF Corporation | *Sarvey*, 2:20-cv-00278, ECF No. 10 (First Amended Complaint) | BASF: 2:20-cv-00278, ECF No. 16. (For other Defendants, see prior entries) |

**Appendix A**

| Plaintiff Name | Case Number | Plaintiff Counsel | Alleged CMO 26 Injury | Any Other Injuries Alleged in PFS | Alleged Site/Location of Exposure to PFAS | Named Defendants | ECF References to Operative Complaint | ECF References to Statements of Affirmative Defenses |
|---|---|---|---|---|---|---|---|---|
| Scheiler, Denny | 2:18-cv-03390 | Napoli Shkolnik, PLLC | Testicular Cancer | N/A | Colorado Springs, Colorado | 3M Co.; AGC Chemicals Americas, Inc.; Amerex Corp.; Archroma Management, LLC; Arkema, Inc.; Buckeye Fire Equipment Co.; Carrier Global Corporation; ChemDesign Products, Inc.; Chemguard, Inc.; Chemicals Inc.; Clariant Corp.; Corteva, Inc.; Deepwater Chemicals, Inc.; DuPont de Nemours, Inc.; Dynax Corp.; E.I. Du Pont De Nemours & Co.; Kidde-Fenwal, Inc.; Nation Ford Chemical Co.; The Chemours Co.; The Chemours Company FC, LLC; and Tyco Fire Products, LP | *Thompson*, 2:18-cv-03390, ECF No. 60 (Fourth Amended Complaint) | (See prior entries) |

**Appendix A**

| Plaintiff Name | Case Number | Plaintiff Counsel | Alleged CMO 26 Injury | Any Other Injuries Alleged in PFS | Alleged Site/Location of Exposure to PFAS | Named Defendants | ECF References to Operative Complaint | ECF References to Statements of Affirmative Defenses |
|---|---|---|---|---|---|---|---|---|
| Thein, Alan | 2:18-cv-03381 | Napoli Shkolnik, PLLC | Testicular Cancer | N/A | Colorado Springs, Colorado | 3M Co.; AGC Chemicals Americas, Inc.; Amerex Corporation; Arkema, Inc.; Archroma Management LLC; Buckeye Fire Equipment Company, Carrier Global Corporation; Chemdesign Products, Inc.; Chemguard, Inc.; Chemicals, Inc.; Clariant Corporation; Corteva, Inc.; Deepwater Chemicals, Inc.; DuPont de Nemours, Inc.; Dynax Corporation; E.I. DuPont De Nemours & Co.; Kidde-Fenwal, Inc.; Nation Ford Chemical Company, The Chemours Company' The Chemours Company FC, LLC; and Tyco Fire Products, LP | *Gutierres*, 2:18-cv-03381, ECF No. 50 (Third Amended Complaint) | (See prior entries) |

**Appendix A**

| Plaintiff Name | Case Number | Plaintiff Counsel | Alleged CMO 26 Injury | Any Other Injuries Alleged in PFS | Alleged Site/Location of Exposure to PFAS | Named Defendants | ECF References to Operative Complaint | ECF References to Statements of Affirmative Defenses |
|---|---|---|---|---|---|---|---|---|
| Woods, Daryl | 2:18-cv-03417 | Napoli Shkolnik, PLLC | Testicular Cancer | N/A | Fountain, Colorado | 3M Co.; AGC Chemicals Americas, Inc.; Amerex Corp.; Arkema, Inc.; Archroma Management LLC; Buckeye Fire Equipment Company; Carrier Global Corporation; Chemdesign Products, Inc.; Chemguard, Inc.; Chemicals, Inc.; Clariant Corp.; Corteva, Inc.; Deepwater Chemicals, Inc.; DuPont de Nemours, Inc.; Dynax Corporation; E. I. DuPont De Nemours & Co.; Kidde-Fenwal, Inc.; Nation Ford Chemical Company; The Chemours Company; The Chemours Company FC, LLC; and Tyco Fire Products, LP | *Niskern*, 2:18-cv-03417, ECF No. 56 (Second Amended Complaint) | (See prior entries) |

Appendix A

| Plaintiff Name | Case Number | Plaintiff Counsel | Alleged CMO 26 Injury | Any Other Injuries Alleged in PFS | Alleged Site/Location of Exposure to PFAS | Named Defendants | ECF References to Operative Complaint | ECF References to Statements of Affirmative Defenses |
|---|---|---|---|---|---|---|---|---|
| Bohlmann, Rita | 2:18-cv-03395 | Napoli Shkolnik PLLC | Thyroid Disease | N/A | Colorado Springs, Colorado | 3M Co.; AGC Chemicals Americas, Inc.; Amerex Corp.; Arkema, Inc.; Archroma Management, LLC; Buckeye Fire Equipment Company; Carrier Global Corporation; Chemdesign Products, Inc.; Chemguard, Inc.; Chemicals Inc.; Clariant Corporation; Corteva, Inc.; Deepwater Chemicals, Inc.; DuPont de Nemours, Inc.; Dynax Corporation; E.I. DuPont De Nemours & Co.; Kidde-Fenwal, Inc.; Nation Ford Chemical Company; The Chemours Company; The Chemours Company FC, LLC; and Tyco Fire Products, LP | *Hutchison*, 2:18-cv-03395, ECF No. 50 (Third Amended Complaint) | (See prior entries) |

**Appendix A**

| Plaintiff Name | Case Number | Plaintiff Counsel | Alleged CMO 26 Injury | Any Other Injuries Alleged in PFS | Alleged Site/Location of Exposure to PFAS | Named Defendants | ECF References to Operative Complaint | ECF References to Statements of Affirmative Defenses |
|---|---|---|---|---|---|---|---|---|
| Carlson, Dolores | 2:18-cv-03401 | Napoli Shkolnik, PLLC | Thyroid Disease | High cholesterol, high blood pressure | Colorado Springs, Colorado | 3M Co.; AGC Chemicals Americas, Inc.; Amerex Corp.; Archroma Management, LLC; Arkema, Inc.; Buckeye Fire Equipment Co.; Carrier Global Corporation; ChemDesign Products, Inc.; Chemguard, Inc.; Chemicals Inc.; Clariant Corp.; Corteva, Inc.; Deepwater Chemicals, Inc.; DuPont de Nemours, Inc.; Dynax Corp.; E.I. Du Pont De Nemours & Co.; Kidde-Fenwal, Inc.; Nation Ford Chemical Co.; The Chemours Co.; The Chemours Company FC, LLC; and Tyco Fire Products, LP | *Helm*, 2:18-cv-03401, ECF No. 50 (Third Amended Complaint) | (See prior entries) |

**Appendix A**

| Plaintiff Name | Case Number | Plaintiff Counsel | Alleged CMO 26 Injury | Any Other Injuries Alleged in PFS | Alleged Site/Location of Exposure to PFAS | Named Defendants | ECF References to Operative Complaint | ECF References to Statements of Affirmative Defenses |
|---|---|---|---|---|---|---|---|---|
| DeMaio, Carole | 2:20-cv-00291 | Weitz & Luxenberg, P.C. | Thyroid Disease | N/A | Warminster, Pennsylvania | 3M Co.; Tyco Fire Products, LP; Chemguard, Inc.; Buckeye Fire Equipment Company; National Foam, Inc.; Kidde-Fenwal, Inc.; Dynax Corporation; E.I. DuPont De Nemours & Co.; The Chemours Company; The Chemours Company FC, LLC; Corteva, Inc.; Carrier Global Corporation; Chemdesign Products, Inc.; Chemicals, Inc.; Clariant Corporation; Deepwater Chemicals, Inc.; Nation Ford Chemical Company, and BASF Corporation | *DeMaio*, 2:20-cv-00291, ECF No. 8 (First Amended Complaint) | BASF, 2:20-cv-00291, ECF No. 14 (For Other Defendants, see prior entries) |

**Appendix A**

| Plaintiff Name | Case Number | Plaintiff Counsel | Alleged CMO 26 Injury | Any Other Injuries Alleged in PFS | Alleged Site/Location of Exposure to PFAS | Named Defendants | ECF References to Operative Complaint | ECF References to Statements of Affirmative Defenses |
|---|---|---|---|---|---|---|---|---|
| Fenlon, Ingrid | 2:18-cv-03372 | Napoli Shkolnik PLLC | Thyroid Disease | N/A | Colorado Springs, Colorado | 3M Co.; AGC Chemicals Americas, Inc.; Amerex Corp.; Archroma Management, LLC; Arkema, Inc.; Buckeye Fire Equipment Co.; Carrier Global Corporation; ChemDesign Products, Inc.; Chemguard, Inc.; Chemicals Inc.; Clariant Corp.; Corteva, Inc.; Deepwater Chemicals, Inc.; DuPont de Nemours, Inc.; Dynax Corp.; E.I. Du Pont De Nemours & Co.; Kidde-Fenwal, Inc.; Nation Ford Chemical Co.; The Chemours Co.; The Chemours Company FC, LLC; and Tyco Fire Products, LP | *Smith*, 2:18-cv-03372, ECF No. 60 (Fourth Amended Complaint) | (See prior entries) |

**Appendix A**

| Plaintiff Name | Case Number | Plaintiff Counsel | Alleged CMO 26 Injury | Any Other Injuries Alleged in PFS | Alleged Site/Location of Exposure to PFAS | Named Defendants | ECF References to Operative Complaint | ECF References to Statements of Affirmative Defenses |
|---|---|---|---|---|---|---|---|---|
| Frazier, Karin | 2:18-cv-03372 | Napoli Shkolnik, PLLC | Thyroid Disease | High blood pressure, high cholesterol, kidney stones | Fountain, Colorado | 3M Co.; AGC Chemicals Americas, Inc.; Amerex Corp.; Archroma Management, LLC; Arkema, Inc.; Buckeye Fire Equipment Co.; Carrier Global Corporation; ChemDesign Products, Inc.; Chemguard, Inc.; Chemicals Inc.; Clariant Corp.; Corteva, Inc.; Deepwater Chemicals, Inc.; DuPont de Nemours, Inc.; Dynax Corp.; E.I. Du Pont De Nemours & Co.; Kidde-Fenwal, Inc.; Nation Ford Chemical Co.; The Chemours Co.; The Chemours Company FC, LLC; and Tyco Fire Products, LP | *Smith*, 2:18-cv-03372, ECF No. 60 (Fourth Amended Complaint) | (See prior entries) |

**Appendix A**

| Plaintiff Name | Case Number | Plaintiff Counsel | Alleged CMO 26 Injury | Any Other Injuries Alleged in PFS | Alleged Site/Location of Exposure to PFAS | Named Defendants | ECF References to Operative Complaint | ECF References to Statements of Affirmative Defenses |
|---|---|---|---|---|---|---|---|---|
| Jordan, Denise | 2:18-cv-03391 | Napoli Shkolnik, PLLC | Thyroid Disease | N/A | Colorado Springs, Colorado | 3M Co.; AGC Chemicals Americas, Inc.; Amerex Corp.; Archroma Management, LLC; Arkema, Inc.; Buckeye Fire Equipment Co.; Carrier Global Corporation; ChemDesign Products, Inc.; Chemguard, Inc.; Chemicals Inc.; Clariant Corp.; Corteva, Inc.; Deepwater Chemicals, Inc.; DuPont de Nemours, Inc.; Dynax Corp.; E.I. Du Pont De Nemours & Co.; Kidde-Fenwal, Inc.; Nation Ford Chemical Co.; The Chemours Co.; The Chemours Company FC, LLC; and Tyco Fire Products, LP | *Kahler*, 2:18-cv-03391, ECF No. 54 (Fourth Amended Complaint) | (See prior entries) |

**Appendix A**

| Plaintiff Name | Case Number | Plaintiff Counsel | Alleged CMO 26 Injury | Any Other Injuries Alleged in PFS | Alleged Site/Location of Exposure to PFAS | Named Defendants | ECF References to Operative Complaint | ECF References to Statements of Affirmative Defenses |
|---|---|---|---|---|---|---|---|---|
| Montgomery, Ethel | 2:18-cv-03370 | Napoli Shkolnik, PLLC | Thyroid Disease | Diabetes, high blood pressure, high cholesterol, back and sciatic nerve problem | Colorado Springs, Colorado | 3M Co.; AGC Chemicals Americas, Inc.; Amerex Corp.; Archroma Management, LLC; Arkema, Inc.; Buckeye Fire Equipment Co.; Carrier Global Corporation; ChemDesign Products, Inc.; Chemguard, Inc.; Chemicals Inc.; Clariant Corp.; Corteva, Inc.; Deepwater Chemicals, Inc.; DuPont de Nemours, Inc.; Dynax Corp.; E.I. Du Pont De Nemours & Co.; Kidde-Fenwal, Inc.; Nation Ford Chemical Co.; The Chemours Co.; The Chemours Company FC, LLC; and Tyco Fire Products, LP | *Braun*, 2:18-cv-03370, ECF No. 57 (Third Amended Complaint) | (See prior entries) |

**Appendix A**

| Plaintiff Name | Case Number | Plaintiff Counsel | Alleged CMO 26 Injury | Any Other Injuries Alleged in PFS | Alleged Site/Location of Exposure to PFAS | Named Defendants | ECF References to Operative Complaint | ECF References to Statements of Affirmative Defenses |
|---|---|---|---|---|---|---|---|---|
| Slagle, John | 2:18-cv-03391 | Napoli Shkolnik, PLLC | Thyroid Disease | N/A | Colorado Springs, Colorado | 3M Co.; AGC Chemicals Americas, Inc.; Amerex Corp.; Archroma Management, LLC; Arkema, Inc.; Buckeye Fire Equipment Co.; Carrier Global Corporation; ChemDesign Products, Inc.; Chemguard, Inc.; Chemicals Inc.; Clariant Corp.; Corteva, Inc.; Deepwater Chemicals, Inc.; DuPont de Nemours, Inc.; Dynax Corp.; E.I. Du Pont De Nemours & Co.; Kidde-Fenwal, Inc.; Nation Ford Chemical Co.; The Chemours Co.; The Chemours Company FC, LLC; and Tyco Fire Products, LP | *Kahler*, 2:18-cv-03391, ECF No. 54 (Fourth Amended Complaint) | (See prior entries) |

**Appendix A**

| Plaintiff Name | Case Number | Plaintiff Counsel | Alleged CMO 26 Injury | Any Other Injuries Alleged in PFS | Alleged Site/Location of Exposure to PFAS | Named Defendants | ECF References to Operative Complaint | ECF References to Statements of Affirmative Defenses |
|---|---|---|---|---|---|---|---|---|
| Feite, Michael | 2:20-cv-00521 | Napoli Shkolnik, PLLC | Ulcerative Colitis | N/A | Horsham and Warminster, Pennsylvania | 3M Co.; AGC Chemicals Americas, Inc.; Amerex Corp.; Buckeye Fire Equipment Company; Carrier Global Corporation; Chemdesign Products, Inc.; Chemguard, Inc.; Chemicals, Inc.; Clariant Corporation; Corteva, Inc.; Deepwater Chemicals, Inc.; DuPont de Nemours, Inc.; Dynax Corporation; E.I. DuPont De Nemours & Co.; Kidde-Fenwal, Inc.; Nation Ford Chemical Company; The Chemours Company; The Chemours Company FC, LLC; and Tyco Fire Products, LP | *Feite*, 2:20-cv-00521, ECF No. 6 (First Amended Complaint) | (See prior entries) |

Appendix A

| Plaintiff Name | Case Number | Plaintiff Counsel | Alleged CMO 26 Injury | Any Other Injuries Alleged in PFS | Alleged Site/Location of Exposure to PFAS | Named Defendants | ECF References to Operative Complaint | ECF References to Statements of Affirmative Defenses |
|---|---|---|---|---|---|---|---|---|
| Smalley, Anthony | 2:18-cv-03371 | Napoli Shkolnik, PLLC | Ulcerative Colitis | N/A | Fountain and Colorado Springs, Colorado | 3M Co.; AGC Chemicals Americas, Inc.; Amerex Corp.; Archroma Management, LLC; Arkema, Inc.; Buckeye Fire Equipment Co.; Carrier Global Corporation; ChemDesign Products, Inc.; Chemguard, Inc.; Chemicals Inc.; Clariant Corp.; Corteva, Inc.; Deepwater Chemicals, Inc.; DuPont de Nemours, Inc.; Dynax Corp.; E.I. Du Pont De Nemours & Co.; Kidde-Fenwal, Inc.; Nation Ford Chemical Co.; The Chemours Co.; The Chemours Company FC, LLC; and Tyco Fire Products, LP | *Gordon*, 2:18-cv-03371, ECF No. 53 (Fourth Amended Complaint) | (See prior entries) |

**Appendix A**

| Plaintiff Name | Case Number | Plaintiff Counsel | Alleged CMO 26 Injury | Any Other Injuries Alleged in PFS | Alleged Site/Location of Exposure to PFAS | Named Defendants | ECF References to Operative Complaint | ECF References to Statements of Affirmative Defenses |
|---|---|---|---|---|---|---|---|---|
| Townsend, Scott | 2:18-cv-03404 | Napoli Shkolnik, PLLC | Ulcerative Colitis | N/A | Fountain and Colorado Springs, Colorado | 3M Co.; AGC Chemicals Americas, Inc.; Amerex Corp.; Arkema, Inc.; Archroma Management, LLC; Buckeye Fire Equipment Company; Carrier Global Corporation; Chemdesign Products, Inc.; Chemguard, Inc.; Chemicals, Inc.; Clariant Corporation; Corteva, Inc.; Deepwater Chemicals, Inc.; DuPont de Nemours, Inc.; Dynax Corporation; E.I. DuPont De Nemours & Co.; Kidde-Fenwal, Inc.; Nation Ford Chemical Company; The Chemours Company; The Chemours Company FC, LLC; and Tyco Fire Products, LP | *Padilla*, 18-cv-03404, ECF No. 50 (Third Amended Complaint) | (See prior entries) |

**Appendix A**

| Plaintiff Name | Case Number | Plaintiff Counsel | Alleged CMO 26 Injury | Any Other Injuries Alleged in PFS | Alleged Site/Location of Exposure to PFAS | Named Defendants | ECF References to Operative Complaint | ECF References to Statements of Affirmative Defenses |
|---|---|---|---|---|---|---|---|---|
| Zajicek, James | 2:18-cv-03385 | Napoli Shkolnik, PLLC | Ulcerative Colitis | High cholesterol | Colorado Springs, Colorado | 3M Co.; AGC Chemicals Americas, Inc.; Amerex Corp.; Archroma Management, LLC; Arkema, Inc.; Buckeye Fire Equipment Co.; Carrier Global Corporation; ChemDesign Products, Inc.; Chemguard, Inc.; Chemicals Inc.; Clariant Corp.; Corteva, Inc.; Deepwater Chemicals, Inc.; DuPont de Nemours, Inc.; Dynax Corp.; E.I. Du Pont De Nemours & Co.; Kidde-Fenwal, Inc.; Nation Ford Chemical Co.; The Chemours Co.; The Chemours Company FC, LLC; and Tyco Fire Products, LP | *Gokey*, 2:18-cv-03385, ECF No. 52 (Fourth Amended Complaint) | (See prior entries) |