# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION ) ) | Master Docket No.: 2:18-mn-2873-RMG |
| CITY OF CAMDEN, et al., *Plaintiffs,* -vs- 3M COMPANY, *Defendant.* | Civil Action No.: 2:23-cv-03147-RMG |

**CLASS COUNSEL'S MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT, AND FOR FINAL CERTIFICATION OF THE SETTLEMENT CLASS**

Class Counsel, on behalf of all Plaintiffs' counsel, the Preliminarily Approved Settlement Class and the Preliminarily Approved Class Representatives, City of Camden, City of Brockton, City of Sioux Falls, California Water Service Company, City of Del Ray Beach, Coraopolis Water & Sewer Authority, Township of Verona, Dutchess County Water & Wastewater Authority and Dalton Farms Water System, City of South Shore, City of Freeport, Martinsburg Municipal Authority, Seaman Cottages, Village of Bridgeport, City of Benwood, Niagara County, City of Pineville, and City of Iuka, respectfully submit this Motion for Final Approval of Class Settlement, and for Final Certification of the Settlement Class.

For the reasons set forth in the accompanying memorandum of law, Class Counsel's request that the Court:

- Grant their Motion for Final Approval;

- Find the Settlement Agreement is fair, reasonable and adequate;

- Find that, for settlement purposes only, the Settlement Class satisfies the requirements of Fed. R. Civ. P. 23;

- Enter judgment dismissing Claims in the Litigation asserted by Class Members against Released Parties; and

- Enter a permanent injunction prohibiting any Class Member from asserting or pursuing any Released Claim against any Released Party in any forum.

Dated: December 18, 2023         Respectfully submitted,

/s/ Michael A. London
Michael A. London
Douglas and London P.C.
59 Maiden Lane, 6th Floor
New York, NY 10038
212-566-7500
212-566-7501 (fax)
mlondon@douglasandlondon.com

Paul J. Napoli
Napoli Shkolnik
1302 Avenida Ponce de León
San Juan, Puerto Rico 00907
Tel: (833) 271-4502
Fax: (646) 843-7603
pnapoli@nsprlaw.com

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
214-521-3605
ssummy@baronbudd.com


Elizabeth A. Fegan
Fegan Scott LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
312-741-1019
beth@feganscott.com


Joseph Rice
Motley Rice LLC
28 Bridgeside Blvd.,
Mt. Pleasant, SC 29464
jrice@motleyrice.com

*Class Counsel*



-and-


Robert Klonoff
Lewis & Clark School of Law
Jordan D. Schnitzer Professor of Law
10101 S. Terwilliger Boulevard
Portland, Oregon 97219
503-768-6600
klonoff@usa.net

*On the Brief*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed with this Court's CM/ECF on this 18th day of December, 2023 and was thus served electronically upon counsel of record.

/s/ *Michael A. London*
Michael A. London
Douglas and London PC
59 Maiden Lane, 6th Floor
New York, NY 10038
212-566-7500
212-566-7501 (fax)
mlondon@douglasandlondon.com