IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) MDL No. 2:18-mn-2873-RMG<br><br>CASE MANAGEMENT ORDER NO. 27.D<br><br>This Order Relates to All Actions |

## TELOMER AFFF BELLWETHER PROGRAM

After careful consideration of the parties' submissions (Dkt. Nos. 4152, 4153, 4179, 4187), the Court hereby selects the following cases for Tier Two Discovery.

1. *City of Watertown v. 3M Company et al.* (No. 2:21-cv-01104).

2. *Southeast Morris County Municipal Utilities Authority v. 3M Company et al.* (No. 2:22-cv-00199).

The presumptive limits on the number of depositions set forth by Fed. R. Civ. P. 30 shall apply to Tier Two fact discovery.

**AND IT IS SO ORDERED.**

Dated: December 19, 2023
Charleston, South Carolina

s/Richard M. Gergel
Hon. Richard M. Gergel
United States District Judge