# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| THE STATE OF SOUTH CAROLINA, *ex. rel*. Alan M. Wilson, in his official capacity as Attorney General of the State of South Carolina,<br><br>Plaintiff,<br><br>vs.<br><br>3M COMPANY; EIDP, INC., *f/k/a* E.I. DUPONT DE NEMOURS AND COMPANY ("Old DuPont"); THE CHEMOURS COMPANY ("Chemours"); THE CHEMOURS COMPANY FC, LLC ("Chemours FC"); CORTEVA, INC. ("Corteva"); and DUPONT DE NEMOURS, INC. ("New DuPont"),<br><br>Defendants. | MDL No. 2:18-mn-2873-RMG<br><br>This Document Relates To<br>Civil Action No.: 2:23-cv-05979-RMG<br><br>**STATE OF SOUTH CAROLINA'S MOTION TO REMAND** |

Plaintiff, the State of South Carolina, by and through Attorney General Alan M. Wilson, respectfully moves this Honorable Court to remand this case to the Richland County Court of Common Pleas. Respectfully, remand is appropriate pursuant to 28 U.S.C. § 1447(c) on the grounds that this Court lacks subject matter jurisdiction over Plaintiff's state law claims. For the reasons set forth in the accompanying brief in support, the Plaintiff respectfully requests that the Court remand this matter.

Please take notice that pursuant to this Court's prior case management orders, Co-Lead Counsel has authorized the filing of this motion.

Please take further notice that pursuant to Local Rule 7.02, Plaintiffs' counsel and 3M's counsel conferred before the filing of this motion, and Defendant 3M plans to oppose the motion.

[Signature Page to Follow.]

Respectfully submitted,

s/Michael D. Wright

ALAN M. WILSON, Fed. ID# 10457
Attorney General of South Carolina
W. JEFFREY YOUNG, Fed ID# 6122
Chief Deputy Attorney General
C. HAVIRD JONES, JR., Fed. ID# 2227
Senior Assistant Deputy Attorney General
JARED Q. LIBET, Fed. ID# 9882
Assistant Deputy Attorney General
KRISTIN M. SIMONS, Fed. ID# 10167
Senior Assistant Attorney General
DANIELLE A. ROBERTSON, Fed. ID# 14007
Assistant Attorney General
**OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA**
P.O. Box 11549
Columbia, South Carolina 29211
(803) 734-8044
SJones@scag.gov
KSimons@scag.gov
DaniRobertson@scag.gov


Vincent A. Sheheen, Fed. ID# 7016
Michael D. Wright, Fed. ID# 11452
**SAVAGE ROYALL & SHEHEEN, LLP**
P.O. Drawer 10
1111 Church Street
Camden, South Carolina 29020
(803) 432-4391
VSheheen@thesavagefirm.com


A. Gibson Solomons, III, Fed. ID# 7769
**SPEIGHTS & SOLOMONS, LLC**
P.O. Box 685
100 Oak Street, East
Hampton, South Carolina 29924
(803) 943-4444 (Tel); (803) 943-4599 (Fax)
GSolomons@speightsandsolomons.com

Jonathan M. Robinson, Fed. ID# 7755
Austin T. Reed, Fed. ID# 13405
Frederick N. Hanna, Jr., Fed ID# 13826
**SMITH ROBINSON HOLLER DUBOSE & MORGAN, LLC**
2530 Devine Street
Columbia, South Carolina 29205
803-254-5445 (Tel)
803-254-5007 (Fax)
Jon@smithrobinsonlaw.com


Pursuant to CMO 2A, filed with the Approval of,


s/Michael A. London
Douglas and London PC
59 Maiden Lane, 6th Floor
New York, NY 10038
Phone: 212-566-7500
mlondon@douglasandlondon.com

Plaintiff's Co-Lead Counsel

December 19, 2023

## CERTIFICATE OF SERVICE

  I hereby certify that on this date, I caused the foregoing to be filed with the Clerk of this Court via CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record. I also served copies of the foregoing upon the following parties by Electronic Mail as indicated below:

Brian C. Duffy, Esq.
Duffy & Young, LLC
96 Broad Street
Charleston, SC 29401
bduffy@duffyandyoung.com

Daniel L. Ring, Esq.
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
dring@mayerbrown.com
*Counsel for Defendant 3M Company*

Katherin L.I. Hacker, Esq.
Barlit Beck LLP
1801 Wewatta St., 12th Floor
Denver, CO 80202
Kat.hacker@barlitbeck.com
*Counsel for Defendant Corteva, Inc. and DuPont De Nemours, Inc.*

David R. Erickson, Esq.
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108
derickson@shb.com
*Counsel for Defendant EIDP, Inc. (f/k/a E.I. DuPont De Nemours and Company), The Chemours Company, and The Chemours Company FC, LLC*

                /s/ Michael D. Wright
                Savage, Royall, & Sheheen, LLP

December 19, 2023