# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**This Order Relates To**<br>*City of Camden, et al., v. 3M Company,*<br>No. 2:23-cv-03147-RMG |

The Court will utilize the following format for the February 2, 2024 Fairness Hearing:

1. Class Counsel for Plaintiffs will explain the major features of the proposed settlement and explain why counsel asserts the proposed settlement meets all legal requirements and is fair, reasonable and adequate.

2. Counsel for Defendant will follow Plaintiffs' counsel and explain why they assert the proposed settlement meets all legal requirements and is fair, reasonable and adequate.

3. Any settlement class member who has satisfied the requirements for filing objections set forth in the Order Granting Preliminary Approval of Settlement Agreement, (C.A. No. 2:23-cv-3147, Dkt. No. 66 at 10-11), may thereafter speak concerning any timely submitted objections. Any settlement class member who has filed timely objections and wishes to speak at the Fairness Hearing must provide written notice to the Clerk **on or before January 29, 2024**.

4. Counsel for Plaintiffs and Defendant may thereafter respond, as they deem necessary and appropriate, to any written objections which have been submitted, regardless of whether the objector has appeared and spoken at the Fairness Hearing.

5. The Court will thereafter address the issues raised by the parties and shortly thereafter issue a written order.

**AND IT IS SO ORDERED**

January 22, 2024
Charleston, South Carolina

                                                  s/Richard M. Gergel
                                                  Richard M. Gergel
                                                  United States District Judge