IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) | Master Docket No.: 2:18-mn-2873-RMG |
| CITY OF CAMDEN, et al., *Plaintiffs,* -vs- 3M COMPANY, *Defendant.* | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 2:23-cv-03147-RMG |

**ORDER**

Before the Court is Class Counsel's Consent Motion to Amend the 3M Settlement Agreement to Align with Amended Exhibit P. [ECF No. 4363].

Plaintiffs state that a Class Settlement has been entered into between Plaintiffs and 3M [ECF No. 3370-3], which has been granted preliminary approval by the Court [ECF No. 3626]. Exhibit P to the Settlement Agreement was amended on August 29, 2023 [ECF Nos. 3620, 3624]. Plaintiffs, with 3M's consent, now seek to amend § 11.1.5(iii) of the 3M Settlement Agreement to align with Amended Exhibit P [ECF No. 3620]. Plaintiffs state that such amendment will avoid any potential confusion about the governing language.

Having reviewed Plaintiffs' Consented to Motion, the Court finds that the amendment of § 11.1.5(iii) of the 3M Settlement Agreement is warranted.

Plaintiffs' Consented to Motion to Amend the 3M Settlement Agreement to Align with Amended Exhibit P is **GRANTED.**

**AND IT IS SO ORDERED.**

   January 23   , 2024
Charleston, South Carolina

   s/Richard Mark Gergel
Richard Mark Gergel
United States District Judge