# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAM PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2:18-mn-2873-RMG<br><br>This document relates to:<br><br>2:23-cv-03147-RMG |

**CLASS COUNSEL'S MOTION FOR LEAVE TO FILE A SUR-REPLY IN RESPONSE TO MARTEN LAW'S REPLY IN SUPPORT OF ITS OBJECTIONS AND REQUEST FOR ENLARGEMENT OF PAGE LIMIT FOR SAME**

Class Counsel hereby move this Court for leave to file a Sur-Reply in response to Marten Law's Reply in Support of its Objections (MDL Case No. 2:18-mn-2873, ECF No. 4346) (the "Marten Law Reply"), and further move this Court in accordance with Rule 7.05, DSC, for an enlargement of the number of pages permitted for a reply brief up to twenty-five (25).

Class Counsel filed their Motion for Preliminary Approval of the 3M Settlement on July 3, 2023 (ECF No. 3370). Such motion was granted on August 29, 2023, with the Court's issuance of the Preliminary Approval Order (ECF No. 3626). The Preliminary Approval Order laid out a briefing schedule for objections and responses thereto, according to which the Marten Law firm filed multiple objections and Class Counsel then filed their Response to Objections on January 9, 2024 (ECF No. 4319). Without authority from the Preliminary Approval Order and without leave of court, the Marten Law firm filed a Reply on January 16, 2024 (ECF No. 4346). Therein, Marten Law raised entirely new arguments. Class Counsel therefore seek leave to file a sur-reply to address these never-before-seen arguments within the Marten Law Reply. Class Counsel's proposed Sur-Reply is attached hereto as Exhibit A.

3

This motion should be granted so that all the issues are properly joined.

Class Counsel has conferred with Marten Law to request their consent for the filing of this Sur-Reply and Marten Law takes no position on Class Counsel's request.

Dated:  January 23, 2024                    Respectfully submitted,

/s/ Michael A. London
Michael A. London
Douglas and London PC
59 Maiden Lane, 6th Floor
New York, NY 10038
212-566-7500
212-566-7501 (fax)
mlondon@douglasandlondon.com

/s/ Paul J. Napoli
Paul J. Napoli
Napoli Shkolnik
1302 Avenida Ponce de León
San Juan, Puerto Rico 00907
Tel: (833) 271-4502
Fax: (646) 843-7603
pnapoli@nsprlaw.com

/s/ Scott Summy
Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
214-521-3605
ssummy@baronbudd.com

/s/ Elizabeth A. Fegan
Elizabeth A. Fegan
Fegan Scott LLC
150 S. Wacker Drive, 24h Floor
Chicago, IL 60606
312-741-1019
beth@feganscott.com

/s/ Joseph F. Rice
Joseph F. Rice
Motley Rice
28 Bridgeside Blvd.

4

Mount Pleasant, SC 29464

*Class Counsel*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAM PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2:18-mn-2873-RMG<br><br>This document relates to:<br><br>2:23-cv-03147-RMG |

### [PROPOSED] ORDER REGARDING CLASS COUNSEL'S MOTION
### FOR LEAVE TO FILE A SUR-REPLY AND FOR AN ENLARGEMENT OF PAGES

The Court hereby GRANTS Class Counsel's Motion for Leave to File a Sur-Reply in order to respond to the Reply in Support of Objections filed by Marten Law and docketed at MDL Case No. 2:18-mn-2873, ECF No. 4346, and their request for an enlargement of pages of up to twenty-five (25) pages for their memorandum.

**AND IT IS SO ORDERED**

_____
Richard Mark Gergel
United States District Court Judge

_____, 2024
Charleston, South Carolina

6

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed with this Court's CM/ECF on this 23rd day of January, 2024 and was thus served electronically upon counsel of record.

/s/ Michael A. London
Michael A. London
Douglas and London PC
59 Maiden Lane, 6th Fl.
New York, NY 10038
212-566-7500
212-566-7501 (fax)
mlondon@douglasandlondon.com