IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) Master Docket No.:<br>) 2:18-mn-2873-RMG |

| | |
|---|---|
| CITY OF CAMDEN, et al., | )<br>)<br>) |
| *Plaintiffs,* | ) Civil Action No.:<br>) 2:23-cv-03147-RMG |
| v. | )<br>) |
| 3M COMPANY, | )<br>)<br>) |
| *Defendant.* | ) |

**ORDER GRANTING JOINT MOTION TO AMEND
THE PRELIMINARILY APPROVED 3M SETTLEMENT AGREEMENT AND THE
PRELIMINARY APPROVAL ORDER**

Before the Court is the Parties' joint motion to amend the preliminarily approved settlement agreement and the preliminary approval order (Dkt. No. 4383). The Parties seek to both clarify the process by which an Eligible Claimant that has elected to opt out may withdraw its Request for Exclusion and extend the deadline to do so to at any time on or before March 1, 2024. The Parties have submitted joint guidance to this effect (Dkt. No. 4383-1). For good cause shown, the Court GRANTS the Parties' motion.

The Parties' joint guidance is hereby adopted, the Settlement Agreement is amended as stated therein, and Section VIII of the Court's August 29, 2023 Preliminary Approval Order is amended as follows (amendment in italics):

**VIII. Stay and Injunction**

Pursuant to the Court's inherent authority to control its own docket and its powers under the All Writs Act, 28 U.S.C. § 1651, (a) all litigation in any forum or

jurisdiction (whether federal, state, or otherwise) brought by or on behalf of any Eligible Claimant or Releasing Party and that asserts a Released Claim, and all Claims and proceedings therein, are hereby STAYED as to any Released Party, except as to proceedings that may be necessary to implement the Settlement, to remove an action to federal court, or to obtain transfer by the Judicial Panel on Multidistrict Litigation; and (b) all Eligible Claimants and Releasing Parties are ENJOINED from filing or prosecuting any litigation that asserts a Released Claim in any forum or jurisdiction (whether federal, state, or otherwise) against any of the Released Parties, provided however, that, after *March 1, 2024*, the stay and injunction shall not apply to any Person who has filed (and not withdrawn) a timely and valid Request for Exclusion and that the stay and injunction shall not apply to litigation brought by a State or the federal government. The foregoing stay and injunction shall remain in effect until the earlier of (a) the Effective Date, in which case such provisions shall be superseded by the provisions of the Order Granting Final Approval, or (b) the termination of the Settlement Agreement in accordance with its terms.

**AND IT IS SO ORDERED.**

Charleston, South Carolina, this 29th day of January, 2024.

s/Richard M. Gergel
Richard M. Gergel
UNITED STATES DISTRICT JUDGE