**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| | ) | |
| IN RE: AQUEOUS FILM-FORMING | ) | **MDL No. 2:18-mn-2873** |
| FOAMS PRODUCT LIABILITY | ) | |
| LITIGATION | ) | **JUDGE RICHARD GERGEL** |
| | ) | |
| | ) | |
| This Document Relates to: | ) | |
| *City of Camden, et al. v. 3M Company,* | ) | |
| *No. 2:23-cv-03147-RMG* | ) | |
| | ) | |

**BROWARD COUNTY'S REQUEST TO APPEARANCE AT FAIRNESS HEARING**

Pursuant to the Court's Order, dated January 22, 2024 [DE 4366], Plaintiff Broward County, Florida, provides this notice of its request to speak at the February 2, 2024, Fairness Hearing. Broward County timely filed its objections on November 11, 2023 [DE 3996].

Date: January 29, 2024

Respectfully submitted,

*/s/ René D. Harrod*
René D. Harrod, Fla. Bar No. 627666
Ricardo Abraham, Fla. Bar No. 1038488
Matthew S. Haber, Fla. Bar No. 105203
Broward County Attorney's Office
115 South Andrews Avenue, Suite 423
Fort Lauderdale, Florida 33301
Telephone: (954) 357-7600
rharrod@broward.org
rabraham@broward.org
mhaber@broward.org

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was electronically filed with this Court's CM/ECF on this 29th day of January, 2024, and was thus served electronically upon counsel of record.

*/s/ René D. Harrod*
René D. Harrod, Fla. Bar No. 627666
Broward County Attorney's Office
115 South Andrews Avenue, Suite 423
Fort Lauderdale, Florida 33301
Telephone: (954) 357-7600
rharrod@broward.org