

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
**o.** 843.216.9000   **f.** 843.216.9450

**Fred Thompson III**
*Licensed in South Carolina*
direct:  843.216.9118
fthompson@motleyrice.com

February 1, 2024

<u>VIA ECF</u>
The Honorable Richard Mark Gergel
U.S. District Court for the District of South Carolina
J. Waites Waring Judicial Center
83 Meeting Street
Charleston, South Carolina 29401

Re: *In re AFFF Products Liability Litigation*, MDL No. 2:18-mn-2873-RMG

Dear Judge Gergel:

On behalf of Class Counsel, I write to advise the Court that Class Counsel hereby withdraw their letter to the Court dated January 23, 2024 [ECF No. 4379]. Class Counsel further advise they withdraw their request to have a City Attorney or any other client representative for either City of DuPont or City of Vancouver appear at the 3M Final Fairness Hearing.

We thank the Court for its continued time and courtesies.

Respectfully submitted,

Fred Thompson III
Plaintiffs' Liaison Counsel

Enclosures


cc:   Plaintiffs' Co-Lead Counsel    (via electronic mail)
       Defense Liaison Counsel (via electronic mail)
       Jeff Kray, Esquire (via electronic mail)