UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2:18-mn-2873<br><br>This Document Relates to:<br>Peterson et al. v. 3M et al. 2:23-cv-02841-RMG |

SUGGESTION OF DEATH UPON THE RECORD UNDER FED. R. CIV. P. 25(a)(1) AND
MOTION FOR SUBSTITUTION OF PARTY

PLEASE TAKE NOTICE THAT Counsel for Plaintiffs Earl Peterson Jr., *et al*., gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of plaintiff Thomas Jerold Wheatley on June 11, 2021. Mr. Wheatley's Death Certificate is attached as Exhibit A. Thomas James Wheatley has been appointed Executor of the estate of Thomas Jerold Wheatley.

Pursuant to Fed. R. Civ. P. Rule 25(a), it is hereby requested that Thomas James Wheatley, Executor of the Estate of Thomas Jerold Wheatley, be substituted in place of "Thomas Jerold Wheatley" as plaintiff in this action, so that Decedent's claims survive, and the action on his behalf may proceed. The request under this Motion is not sought for delay, but so that justice may be done.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 7.02, Plaintiffs' counsel has met and conferred with liaison and co-lead counsel for Defendants ("DCC") before the filing of this motion who have indicated that the DCC does not object to the filing of this motion.

Dated: February 5, 2024

Environmental Litigation Group, P.C.

By:/s/ *Gary A. Anderson*
Gary A. Anderson
Gregory A. Cade
Kevin B. McKie
ENVIRONMENTAL LITIGATION GROUP, P.C.
2160 Highland Avenue South
Birmingham, AL 35205
gary@elglaw.com
(205) 328-9200

Defense Leadership Counsel

By:/s/ *Joseph G. Petrosinelli*
Joseph G. Petrosinelli (Defendants' Co-Lead Counsel)
Williams & Connolly LLP
725 Twelfth St., N.W.
Washington DC 20005
jpetrosinelli@wc.com
(202) 434-5547

Michael A. Olsen (Defendants' Co-Lead Counsel)
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
molsen@mayerbrown.com
(312) 782-0600

David E. Dukes (Defendants' Co-Liaison Counsel)
Nelson Mullins Riley & Scarborough LLP
1320 Main Street / 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC 29201
David.dukes@nelsonmullins.com
(803) 799-2000

Brian C. Duffy (Defendants' Co-Liaison Counsel)
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
bduffy@duffyandyoung.com
(843) 720-2044

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2024, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Gary A. Anderson
Gary A. Anderson