# STATE OF OREGON
# CERTIFICATE OF VITAL RECORD

**OREGON HEALTH AUTHORITY**
**CENTER FOR HEALTH STATISTICS**
**CERTIFICATE OF DEATH**

I.D. TAG NO.: 954858
STATE FILE NUMBER: 136-2021-018692

**Legal Name**
- First: Thomas
- Middle: Jerold
- Last: Wheatley
- Suffix:
- Death Date: June 11, 2021

**Sex:** Male
**Age:** 81 years
**Social Security Number:** 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
**County of Death:** Clackamas
**Was Decedent Ever in U.S. Armed Forces?** Yes

**Birthdate:** January 23, 1940
**Birthplace:** San Diego, California

**Residence:** 12154 SE 114th Court
**City/Town:** Happy Valley
**Residence County:** Clackamas
**State or Foreign Country:** Oregon
**Zip Code + 4:** 97086
**Inside City Limits?** Yes

**Marital Status at Time of Death:** Widowed
**Spouse's Name Prior to First Marriage:** Isabel Jean Woods

**Father's Name:** Bacil Wheatley
**Mother's Name Prior to First Marriage:** Opal Turner

**Informant's Name:** Thomas Wheatley
**Telephone Number:** Not Available
**Relationship to Decedent:** Son
**Mailing Address:** 17816 SE 24th Street, Vancouver, WA 98683

**Place of Death:** Other - Dialysis facility
**Facility Name:**
**Location of Death:** 6902 SE Lake Road 100
**City/Town or Location of Death:** Portland
**State:** Oregon
**Zip Code + 4:** 97267

**Method of Disposition:** Cremation
**Place of Disposition:** Evergreen Washelli Crematory
**Location (City/Town and State):** Seattle, Washington

**Name and Complete Address of Funeral Facility:** Lincoln Memorial Park And Funeral Home    11801 SE Mt Scott Boulevard, Portland, Oregon 97086

**Date of Disposition:** TBD
**Funeral Director's Signature:** Bailey Engen (Electronically Signed)
**OR License Number:** FS-0701

**Registrar's Signature:** Jennifer A. Woodward
**Date Received:** June 24, 2021
**Local File Number:**

---

**Was case referred to Medical Examiner?** No
**Autopsy?** No
**Were autopsy findings available to complete the cause of death?**
**Time of Death:** 05:26 PM

**CAUSE OF DEATH**

| | Cause | Approximate Interval: Onset to Death |
|---|---|---|
| a. IMMEDIATE CAUSE | Kidney failure | 3 years |
| b. Due to (or as a consequence of) | Atherosclerosis | many years |
| c. Due to (or as a consequence of) | Diabetes | many years |
| d. Due to (or as a consequence of) | | |

**Other significant conditions contributing to death:** Liver cancer, Heart failure, Coronary disease

**Manner of Death:** Natural
**If Female:** Not Applicable
**Did tobacco use contribute to death?** No

**Date of Injury:**
**Time of Injury:**
**Place of Injury:**
**Injury at Work?**
**Location of Injury:**
**Describe how injury occurred:**
**If transportation injury, specify:**

**Name and Address of Certifier:** Richard Anthony Varan    9800 SE Sunnyside Road, Clackamas, Oregon 97015
**Name and Title of Attending Physician if Other than Certifier:**
**Date Signed:** June 24, 2021

**Medical Certifier:** Richard Anthony Varan (Electronically Signed)
**Title of Certifier:** M.D.
**License Number:** MD25583

45-2CC (01/06)

*20210634746*

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL CERTIFICATE ON FILE OR THE VITAL RECORDS FACTS ON FILE IN THE OREGON CENTER FOR HEALTH STATISTICS.

**DATE ISSUED:** June 29, 2021

Jennifer A. Woodward
JENNIFER A. WOODWARD, Ph.D.
STATE REGISTRAR

THIS COPY IS NOT VALID WITHOUT INTAGLIO STATE SEAL AND BORDER.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE