**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**Motion to Amend Case Management Order No. 12**<br><br>**This Order relates to ALL CASES** |

### JOINT MOTION TO AMEND CASE MANAGEMENT ORDER NO. 12

The Plaintiffs' Executive Committee ("PEC") and the Defendants listed in CMO 12, paragraph 4 ("Stipulating Defendants") respectfully request that the Court amend Case Management Order No. ("CMO") 12 [ECF No. 802] to extend the deadline by which a case pending in, or pending transfer into, this MDL as of August 6, 2019, has to make a motion to add a new party where the parties have previously entered into an agreement to toll the applicable statute of limitations pursuant to CMO 3E [ECF No. 764] and CMO 12.

CMO 3E provides that any such motion to add new parties must be filed by September 25, 2020 without prior leave of Court. CMO 12 provides additional time, until March 3, 2022, to add certain parties who had agreed with the PEC to toll claims. As noted above, those parties are listed in CMO 12, Paragraph 4, and are referred to herein as the Stipulating Defendants. CMO 12 was amended in Paragraph 8 by CMO 12A [ECF No. 2203], extending the Tolling Period to December 31, 2022. CMO 12 was later amended in Paragraph 8 by CMO 12B [ECF No. 2764], which extended the Tolling Period to June 30, 2023.

Pursuant to Paragraph 8 of CMO 12, this motion seeks to amend Paragraph 7 of CMO 12 only—the duration of the Tolling Period. The PEC and Stipulating Defendants other

than Angus International Safety Group agree to extend the Tolling Period until March 30, 2024, and for Angus International Safety Group until June 30, 2024.

This motion does not seek to modify any other provision of CMO 12; all other provisions remain in effect.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully requests that the Court grant its Motion to Amend CMO 12.

Dated: February 6, 2024

s/Michael A, London
Michael A. London
Douglas and London PC
59 Maiden Lane, 6th Floor
New York, NY 10038
212-566-7500
212-566-7501 (fax)
mlondon@douglasandlondon.com

s/Paul J. Napoli
Paul J. Napoli
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
212-397-1000
646-843-7603 (fax)
pnapoli@napolilaw.com

s/Scott Summy
Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
214-521-3605
ssummy@baronbudd.com

s/Joseph F. Rice
Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC  29464
P: (843) 216-9000
jrice@motleyrice.com

*Plaintiffs' Co- Lead Counsel*

-and-

s/Fred Thompson III
Fred Thompson III
Motley Rice
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
843-216-9118
fthompson@motleyrice.com

*Plaintiffs' Liaison Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2024 a true and correct copy of the foregoing Plaintiffs' Motion to Amend Case Management Order No. 12 was served via electronic mail upon the following:

s/Fred Thompson III
Fred Thompson III
Motley Rice
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
843-216-9118
fthompson@motleyrice.com

*Plaintiffs' Liaison Counsel*
