# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: AQUEOUS FILM−FORMING FOAMS
PRODUCTS LIABILITY LITIGATION

| | | |
|---|---|---|
| Blasa v. Tyco Fire Products LC et al. | ) | |
|    S.D. Illinois C.A. No. 3:24-cv-00062 | ) | MDL No. 2873 |

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action *(Blasa)* on January 11, 2024. Prior to expiration of that order's 7-day stay of transmittal, plaintiff *Blasa* filed a notice of opposition to the proposed transfer order. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-170" filed on January 11, 2024, is LIFTED. This action is transferred to the District of South Carolina for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Richard M. Gergel.

FOR THE PANEL:

Tiffaney D. Pete
Clerk of the Panel