IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>Case Management Order No. 12.C<br><br>This Order relates to ALL CASES |

CASE MANAGEMENT ORDER NO. 12.C
(Tolling of Claims Against Certain Defendants)

1. This Order further amends the deadline by which a case pending in, or pending transfer into, this MDL as of August 6, 2019, needs to make a motion to add a new party where the parties have previously entered into an agreement to toll the applicable statute of limitations pursuant to CMO 3E and CMO 12.

2. CMO 3E provides that any such motion to add new parties must be filed by September 25, 2020 without prior leave of Court.

3. CMO 12 provides additional time, until March 3, 2022, to add certain parties who had agreed with the Plaintiffs' Executive Committee ("PEC") to toll claims. Those partes are listed in CMO 12, Paragraph 4, and are referred to herein as the Stipulating Defendants.

4. CMO 12 was amended in Paragraph 8 by CMO 12A, extending the Tolling Period to December 31, 2022.

5. CMO 12 was later amended in Paragraph 8 by CMO 12B, which extended the Tolling Period to June 30, 2023.

6. Pursuant to Paragraph 8 of CMO 12, this order amends Paragraph 7 of CMO 12 only—the duration of the Tolling Period.  The PEC and the Stipulating Defendants hereby agree to extend the Tolling Period set forth in CMO 12 for the Stipulating Defendants other than Angus

International Safety Group until March 30, 2024 and for Angus International Safety Group until June 30, 2024.

7.     This order does not modify any other provision of CMO 12; all other provisions remain in effect.

**AND IT IS SO ORDERED**.

February 9, 2024
Charleston, South Carolina

s/Richard Mark Gergel
Richard Mark Gergel
United States District Judge