*In RE: Aqueous Film-Forming Foams (AFFF) Products Liability Litigation*

**Plaintiff Fact Sheet – Turnout Gear Plaintiffs**

In completing this Turnout Gear ("TOG") Plaintiff Fact Sheet, you are under oath, subject to the penalties of perjury, and must provide information that is true and correct to the best of your knowledge.  If you are filling this form out on behalf of someone who has died, is incapacitated, or is a minor, the questions relate to the deceased person, incapacitated person, or minor asserting claims in the lawsuit. "You" or "Your" refer to either the plaintiff who is seeking recovery for alleged personal injury or the person responding to the questions below, depending on the context of the questions.

This TOG Plaintiff Fact Sheet is intended to cover any plaintiff making allegations based upon use of turnout, bunker, proximity, or incident gear ("Turnout Gear").  This TOG Plaintiff Fact Sheet should address all Turnout Gear that is the basis for your claims.

Where information is requested, you are required to respond by providing the information available or accessible to you, including information available to you in a representative capacity if you are completing this TOG Plaintiff Fact Sheet for another (*e.g.,* for an incapacitated adult or minor).  If you cannot recall all the details requested, please provide as much information as you can.  Materials prepared by your attorneys for use in the litigation (Attorney Work Product) are not required to be produced.  You must complete the TOG Plaintiff Fact Sheet in accordance with the requirements and guidelines set forth in the applicable Case Management Orders.

Because you were required by Case Management Order No. 5 to submit medical authorizations in connection with your personal injury claims with a prior fact sheet, and are required to update those authorizations as appropriate, separate medical authorizations are not requested with this supplement.

**ALL ASPECTS OF THIS FACT SHEET ARE DESIGNATED CONFIDENTIAL AND SUBJECT TO THE PROTECTIVE ORDER.**

## 1. CASE INFORMATION

| 1.1. Caption: | | 1.2. Docket No.: | |
|---|---|---|---|

## 2. FIREFIGHTER PLAINTIFF INFORMATION

**2.1 Plaintiff's full name:**

| First | Middle | Last | Suffix |
|---|---|---|---|
| | | | |

**2.2 Plaintiff's date of birth:**

| MM | DD | YYYY |
|---|---|---|
| | | |

## 3. PERSONAL PROTECTIVE EQUIPMENT AND TURNOUT GEAR

Turnout Gear may include, among other equipment, a helmet, hood, jacket, pants, overalls, boots, and/or gloves.  Any individual one of these is a "**Piece**" of Turnout Gear.  A group of Pieces made

by the same manufacturer and provided to you together is a "**Set**" of Turnout Gear.  The questions below refer to and intend to elicit responses regarding all Pieces and Sets of Turnout Gear that are the subject of your claims.

## 3.1 Total Number of Turnout Gear

| How many Turnout Gear Sets and Pieces did you use during your career as a firefighter to the best of your knowledge? | Sets | Pieces |
|---|---|---|
| | | |

## 3.2 Turnout Gear Pieces and Sets

For each Set or Piece of Turnout Gear, provide the following details to the best of your knowledge. If you run out of space in the table below, add additional pages that contain the same table, or add additional rows to the table.

- "Type of Turnout Gear":  please identify one Set or Piece of Turnout Gear.  A Piece may include a helmet, hood, jacket, pants, overalls, gloves, boots, or other Piece.  If you refer to a Set, then in the "Description of Turnout Gear" also identify for that Set each Piece that makes up the Set.
- "Years of Use":  please state the approximate start year ("YYYY") and end year ("YYYY" or "Present") that you used the Set or Piece.
- "Description of Turnout Gear": please provide a general description of the Set or Piece, including any model, style, or number if available.
- "Manufacturer":  please name who made the Piece or Set.
- "Do you have this TOG":  please state whether or not you currently have the Piece or Set by putting an X in the space for either "Yes" or "No."

| Type of Turnout Gear | Years of Use | | Description of Turnout Gear | Manufacturer | Do you have this TOG? | |
|---|---|---|---|---|---|---|
| | Start | End | | | Yes | No |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**3.3 Turnout Gear Provider**

To the best of your knowledge, please identify who provided you with each Set or Piece of Turnout Gear that you identified in response to Question 3.2.  If you run out of space in the table below, add additional pages that contain the same table, or add additional rows to the table below using your word processor.

- "Type of Turnout Gear":  please use the Type of Turnout Gear responses from Question 3.2 and in the same order from that question (you may cut and paste from that table).
- "Provider Name":  please state the name of who provided or sold you each Piece or Set, such as a fire department or station, union, store, base, vessel, individual, or other provider.
- "Provider Address":  please state the Provider's street address or vessel name; the Provider's city, state (e.g., "NY"), and zip code; and the Provider's country (if not the United States).  Please provide what address information you know.

| Type of Turnout Gear | Provider Name | Provider Address |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**3.4 Turnout Gear Use**

3.4.1:  Please state generally the circumstances and frequency in which you would regularly wear each Set or Piece of Turnout Gear.  If you run out of space in the table below, add additional pages that contain the same table or add additional rows to the table below.

- "Type of Turnout Gear":  please use the Type of Turnout Gear responses from Question 3.2 above and in the same order from that question (you may cut and paste from that table).
- "Circumstances of Use":  please explain generally the situations in which you used the Turnout Gear.
- "Frequency of Use":  please state approximately how often you regularly wore the Turnout Gear, such as how many days per week, days per month, or similar.

| Type of Turnout Gear | Circumstances of Use | Frequency of Use |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

3

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |

3.4.2:  Did you ever wear any Set or Piece of Turnout Gear when not responding to calls.  Place an X for either "Yes," "No," or "I don't know."

| Yes: |  | No: |  | I don't know: |  |
|---|---|---|---|---|---|

If Yes, then describe below the instances and frequency in which you would wear Turnout Gear when not responding to a call:

|  |
|---|
|  |

3.4.3:  Please state whether you ever wore any Set or Piece of Turnout Gear when responding to calls for a military base or airport fire, hazardous materials calls, or overhauling work.  Place an X for either "yes," "no," or "I don't know."

| Yes: |  | No: |  | I don't know: |  |
|---|---|---|---|---|---|

If yes, then for each such Piece or Set, please identify the "Type of Turnout Gear" using your responses to Question 3.2 to identify which Set or Piece you reference from that question.  For "Years," please state the approximate start year ("YYYY") and end year ("YYYY" or "Present") you wore the Turnout Gear for the Type of Call.  If you run out of space in the table below, add additional pages that contain the same table, or add additional rows to the table below.

| Type of Call | Type of Turnout Gear | Years | |
|---|---|---|---|
| | | Start | End |
| Military Base | | | |
| | | | |
| | | | |
| | | | |
| Airport fire | | | |
| | | | |
| | | | |
| | | | |
| Hazardous Materials | | | |
| | | | |
| | | | |
| | | | |
| Overhauling work | | | |

4

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### 3.5 Waterproofing and Flame Retarding

To the best of your knowledge, did you ever apply (or have anyone else apply for you) any water proofing or flame-retardant coating ("Coating") to any Set or Piece of Turnout Gear?  Place an X for either "Yes," "No," or "I don't know."

| Yes: |  | No: |  | I don't know: |  |
|---|---|---|---|---|---|

If yes, then for each such Piece or Set where Coating was applied, please provide the following to the best of your knowledge:
- "Type of Turnout Gear":  please use information from Question 3.2 to identify which Set or Piece you reference from that question.
- "Coating Type":  please state "Water Proofing," "Flame-Retardant Coating," or "Unknown.".
- "Manufacturer":  please name the Coating manufacturer.
- "Brand Name":  please state the Coating brand.
- "Years":  please state the approximate start year ("YYYY") and end year ("YYYY" or "Present") that the Coating was applied.

If you run out of space in the table below, add additional pages that contain the same table, or add additional rows to the table below.

| Type of Turnout Gear | Coating Type | Manufacturer | Brand Name | Years | |
|---|---|---|---|---|---|
|  |  |  |  | Start | End |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

### 3.6 Cleaning

To the best of your knowledge, was the Turnout Gear that you identified in Question 3.2 cleaned? Place an X for either "Yes," "No," or "I don't know."

| Yes: |  | No: |  | I don't know: |  |
|---|---|---|---|---|---|

If yes, then for each Piece or Set of Turnout Gear that was cleaned, please provide the following:
- "Type of Turnout Gear": please use the information from Question 3.2 to identify which Set or Piece you reference.
- "Cleaning Location": describe the location where each Type of Turnout Gear was cleaned.
- "Years": please state the approximate start year ("YYYY") and end year ("YYYY" or

5

"Present").

If you run out of space in the table below, add additional pages that contain the same table, or add additional rows to the table below.

| Type of Turnout Gear | Cleaning Location | Years | |
|---|---|---|---|
| | | Start | End |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**3.7 Protective Breathing Equipment**

Please state whether you ever wore a face mask, respirator, or any other protective breathing equipment while on duty, responding to a call, or participating in an exercise.  Place an X for either "Yes," "No," or "I don't know."

| Yes: | | No: | | I don't know: | |
|---|---|---|---|---|---|

If yes, then please identify each type of protective equipment you wore to the best of your knowledge:
- "Type of Equipment":  please state "Face Mask," "Respirator," or "Other Protective Breathing Equipment."
- "Manufacturer":  please name who made the breathing equipment.
- "Call Type Used":  please state the types of calls during which you wore the breathing equipment.
- "Years":  please state the approximate start year ("YYYY") and end year ("YYYY" or "Present") that you used the breathing equipment.

If you run out of space in the table below, add additional pages that contain the same table or add additional rows to the table below.

| Type of Breathing Equipment | Manufacturer | Call Type Used | Years | |
|---|---|---|---|---|
| | | | Start | End |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**3.8 Alternative Garments**

Please state whether you ever respond to a call while <u>not</u> wearing Turnout Gear. Place an X for either "Yes," "No," or "I don't know."

| Yes: | | No: | | I don't know: | |
|---|---|---|---|---|---|

If yes, then to the best of your knowledge, please describe (i) the type of call, (ii) the garments you would typically wear instead of Turnout Gear, (iii) the manufacturer of those garments, and (iv) the years of you used those garments.

| |
|---|
| |

**3.9 Garments Under Turnout Gear**

Please state whether you ever wore garments <u>under</u> your Turnout Gear? Place an X for either "yes," "no," or "I don't know."

| Yes: | | No: | | I don't know: | |
|---|---|---|---|---|---|

If yes, then to the best of your knowledge, please describe the garments you wore under your Turnout Gear, including the manufacturer of the garments and the years of use.

| |
|---|
| |

## 4. <u>HEALTH AND FAMILY HISTORY</u>

**4.1 Diseases, Injuries, or Damages**

| | Yes | No |
|---|---|---|
| **Are you relying entirely on your answer to questions in Section IV of your Individual Plaintiff Personal Injury Fact Sheet for a complete statement of all of the injuries you claim were caused by Turnout Gear?** **Place an X for either "Yes" or "No."** | | |

If no, then identify the injury, disease, and damages that you allege resulted from exposure to PFAS from your use of Turnout Gear.

| |
|---|

## 5. RECORDS

To the extent not already provided in this lawsuit, please provide records in your possession that you used or relied upon to complete this PFS form or that support or relate to your claimed injuries, diseases, or damages.

| | Yes | No |
|---|---|---|
| **Are you submitting records used or relied upon to complete this Plaintiff Fact Sheet – Turnout Gear Plaintiffs?**<br><br>**Place an X for either "Yes" or "No."** | | |

## 6. ASSISTANCE WITH FACT SHEET

| | Yes | No |
|---|---|---|
| **Did you consult with anyone other than your attorneys to answer any question in this fact sheet?**<br><br>**Place an X for either "yes" or "no."** | | |
| **If yes, with whom did you consult?** | | |

## 7. VERIFICATION

I declare under penalty of perjury subject to all applicable laws that I have carefully reviewed the final copy of this Plaintiff Fact Sheet – Turnout Gear Plaintiffs and verified that all of the information provided is true and correct to the best of my knowledge, information, and belief.

_____

Signature of Plaintiff

_____

Print Name

_____

Date

8