**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br><br>**This Document Relates to ALL CASES** |

**UNITED STATES OF AMERICA'S OMNIBUS MOTION TO DISMISS**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendant United States of America

(hereinafter, "United States") moves to dismiss tort claims brought in the following actions against

the United States under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680 ("FTCA"):

1. *B&B Inv. Props. v. United States*, No. 2:19-cv-01120
2. *Cal. Am. Water v. United States*, No. 2:20-cv-00834
3. *City of Airway Heights v. United States*, No. 2:20-cv-01763
4. *City of Dayton v. United States*, No. 2:21-cv-02627
5. *City of DuPont v. United States*, No. 2:21-cv-03284
6. *City of Newburgh v. United States*, No. 2:18-cv-03358
7. *City of Westfield v. United States*, No. 2:18-cv-03435
8. *County of Suffolk v. United States*, No. 2:19-cv-01181
9. *County of Westchester v. United States*, No. 2:19-cv-01724
10. *Dorene Dairy Gen. P'ship v. United States*, No. 2:20-cv-04263
11. *Elsinore Vall. Mun. Water Dist. v. United States*, No. 2:21-cv-0369
12. *Fiattarone v. United States*, No. 2:19-cv-01119
13. *H54b Inc. DBA Moose Creek v. United Sta*tes, No. 2:19-cv-01217
14. *Kalispel Tribe v. 3M Co.*, No. 2:20-cv-01398
15. *Lakewood Water Dist. v. United States*, No. 2:20-cv-02899
16. *Newkirk v. United States*, No. 2:24-cv-00077
17. *New York v. 3M Co.*, No. 2:19-cv-01022
18. *New York v. 3M Co.*, No. 2:19-cv-02607
19. *Nyvchik v. United States*, No. 2:23-cv-00313
20. *O'Brien v. United States*, No. 6:22-cv-01001
21. *Schaap v. United States*, No. 2:19-cv-03288
22. *Security Water District v. United States*, No. 2:19-cv-02187
23. *Teune v. United States*, No. 2:19-cv-03290

24. *Town of New Windsor v. United States*, No. 2:21-cv-01496
25. *Vander Dussen v. United States*, No. 2:20-cv-04191
26. *Village of Waterloo v. United States*, No. 2:22-cv-02368
27. *Wash. State Dep't of Corrs. v. United States*, No. 2:20-cv-02030[1]

In these cases, Plaintiffs challenge the United States military's use and handling of

Aqueous Film Forming Foam ("AFFF") since the 1970s, contending that the AFFF contaminated

their water with "forever chemicals" collectively known as "PFAS."  However, under the

FTCA's Discretionary Function Exception, 28 U.S.C. § 2680(a) ("DFE"), the United States

retains immunity from claims challenging discretionary government conduct that is susceptible

to policy analysis.  Here, the military exercised considerable discretion to use and handle AFFF,

and its decisions were imbued with sensitive policy considerations.  As such, the FTCA's DFE

bars Plaintiffs' FTCA claims against the United States.

In support of this Omnibus Motion to Dismiss, the United States submits and relies upon

its accompanying Memorandum in Support, Appendix, and Exhibits.

> J. PATRICK GLYNN
> Director
>
> CHRISTINA FALK
> Assistant Director
>
> MARIANNE F. KIES
> DAVID HAMMACK
> HAROON ANWAR
> Trial Attorneys
>
> /s/ Christina Falk
> CHRISTINA FALK
> United States Department of Justice
> Civil Division, Torts Branch
> Environmental Tort Litigation
> 1100 L Street, NW
> Washington, DC 20005

---

[1] The United States is presently aware of 30 cases pending against it in the AFFF MDL, 27 of which bring tort claims.

Phone: 202-616-4216
E-mail: Christina.Falk@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 26, 2024, a copy of the foregoing was filed via the

Court's ECF system and served on counsel of record through the ECF system.


Dated:  February 26, 2024                    /s/ Christina Falk
                                             CHRISTINA FALK