

Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
United States of America

T: +1 312 782 0600
F: +1 312 701 7711

mayerbrown.com

**Richard F. Bulger**
Partner
T: +1 312 701 7318
F: +1 312 706 8789
rbulger@mayerbrown.com

February 27, 2024

*Via ECF*

The Honorable Richard M. Gergel
U.S. District Court for the District of South Carolina
J. Waties Waring Judicial Center
83 Meeting Street
Charleston, South Carolina 29401

Re: <u>*In re Aqueous Film-Forming Foams Products Liability Litigation (MDL No. 2873)*</u>

Dear Judge Gergel:

      I write on behalf of 3M Company in support of Class Counsel's response (ECF No. 4549) to the February 23, 2024 submission from The Metropolitan Water District of Southern California ("Met") (ECF No. 4539). 3M agrees with Class Counsel that there was nothing improper about the content of the Supplemental Notice with which Met takes issue. As noted by Class Counsel, the Supplemental Notice was jointly proposed by the Parties at the Court's urging. ECF No. 4480. Neither Met nor anyone else objected to the Supplemental Notice. The Court approved the language of the Supplemental Notice and ordered its dissemination by the Notice Administrator as proposed. ECF No. 4491. Moreover, contrary to Met's contention, there is nothing coercive about the Supplemental Notice approved by the Court. Rather, the Supplemental Notice appropriately noted the key issues identified by the Court at the Final Fairness Hearing and directed the notice recipients to the full transcript of the hearing, in which the Court repeatedly emphasized respect for each system's right to make its own informed decision as to whether to participate in this Settlement. In addition, as also noted by Class Counsel, the original notice to class members had already advised systems of their right to seek the advice of their own attorney. Met's request for "corrective action" is without merit and should be rejected.

                                      Sincerely,

                                       <u>/s/ *Richard F. Bulger*</u>
                                       Richard F. Bulger
                                       Mayer Brown LLP
                                       71 South Wacker Drive
                                       Chicago, IL 60606
                                       P: (312) 701-7120
                                       F: (312) 706-8742
                                       <u>rbulger@mayerbrown.com</u>

                                       *Counsel for 3M Company*

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership),
and Tauil & Chequer Advogados (a Brazilian partnership).