UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2:18-mn-2873<br><br>This Document Relates to:<br>Hiott et al. v. 3M et al. 2:23-cv-01345-RMG |

SUGGESTION OF DEATH UPON THE RECORD UNDER FED. R. CIV. P. 25(a)(1) AND MOTION FOR SUBSTITUTION OF PARTY

PLEASE TAKE NOTICE THAT Counsel for Plaintiffs Samuel Edward Hiott, *et al.*, gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Plaintiff Karry Wade Jackson on April 9, 2021. Mr. Jackson's Death Certificate is attached as Exhibit A. Dian Black has been appointed Executor of the estate of Karry Wade Jackson.

Pursuant to Fed. R. Civ. P. Rule 25(a), it is hereby requested that Dian Black, Executor of the Estate of Karry Wade Jackson, be substituted in place of "Karry Wade Jackson" as plaintiff in this action, so that Decedent's claims survive, and the action on his behalf may proceed. The request under this Motion is not sought for delay, but so that justice may be done.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 7.02, Plaintiffs' counsel has met and conferred with liaison and co-lead counsel for Defendants ("DCC") before the filing of this motion who have indicated that the DCC does not object to the filing of this motion.

Dated: March 7, 2024

| | |
|---|---|
| Solomon Law Group, LLC | Defense Leadership Counsel |
| s/ Carl L. Solomon<br>Carl L. Solomon, Esq.<br>3501 North Main Street<br>Columbia, SC 29203<br>(803) 391-3120<br>carl@solomonlawsc.com | By:/s/ *Joseph G. Petrosinelli*<br>Joseph G. Petrosinelli (Defendants' Co-Lead Counsel)<br>Williams & Connolly LLP<br>725 Twelfth St., N.W.<br>Washington DC 20005<br>jpetrosinelli@wc.com<br>(202) 434-5547<br><br>Michael A. Olsen (Defendants' Co-Lead Counsel)<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>molsen@mayerbrown.com<br>(312) 782-0600<br><br>David E. Dukes (Defendants' Co-Liaison Counsel)<br>Nelson Mullins Riley & Scarborough LLP<br>1320 Main Street / 17th Floor<br>Post Office Box 11070 (29211-1070)<br>Columbia, SC 29201<br>David.dukes@nelsonmullins.com<br>(803) 799-2000<br><br>Brian C. Duffy (Defendants' Co-Liaison Counsel)<br>Duffy & Young LLC<br>96 Broad Street<br>Charleston, SC 29401<br>bduffy@duffyandyoung.com<br>(843) 720-2044 |