UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG <br><br> **This Document Relates to:** <br> 2:23-cv-03720-RMG <br> 2:23-cv-04237-RMG <br> 2:23-cv-04277-RMG <br> 2:23-cv-04366-RMG <br> 2:23-cv-04851-RMG <br> 2:23-cv-04890-RMG <br> 2:23-cv-04918-RMG <br> 2:23-cv-04999-RMG <br> 2:23-cv-05616-RMG <br> 2:23-cv-05617-RMG <br> 2:23-cv-05794-RMG <br> 2:23-cv-05850-RMG <br> 2:23-cv-05936-RMG <br> **And any other cases filed hereafter.** |

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MILLIKEN & COMPANY

The undersigned hereby certifies and advises this Court, the parties, and their attorneys, that M. Dawes Cooke and Barbara J. Wagner are appearing on behalf of Defendant MILLIKEN & COMPANY in the above-captioned matters.

**BARNWELL WHALEY PATTERSON & HELMS**

/s/ M. Dawes Cooke, Jr.
Barbara Wagner, S.C. Bar No. 76307
M. Dawes Cooke, Jr., S.C. Bar No. 1376
BARNWELL WHALEY PATTERSON & HELMS, LLC
211 King Street, Suite 300
Charleston, SC  29401
Phone:     (843) 577-7700
Facsimile: (843)-577-7708
bwagner@barnwell-whaley.com
mdc@barnwell-whaley.com

ATTORNEYS FOR MILLIKEN & COMPANY