UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAM PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2:18-mn-2873-RMG<br><br>This document relates to:<br><br>*City of Camden, et al. v. E.I. DuPont de Nemours and Company (n/k/a EIDP, Inc.)*, *et al.*, Case No. 2:23-cv-03230-RMG |

## WITHDRAWAL OF OBJECTIONS

**PLEASE TAKE NOTICE** that the City of Newburgh withdraws its Objections filed on November 11, 2023 (Dk. No. 85, Master Dkt. No. 3995).

Dated: March 11, 2024

/s/ Alan J. Knauf
**KNAUF SHAW LLP**
*Attorneys for City of Newburgh*
Alan J. Knauf, Esq., and
 Amy K. Kendall, Esq., of Counsel
2600 Innovation Square
100 South Clinton Ave.
Rochester, NY 14604
Tel.: (585) 546-8430
aknauf@nyenvlaw.com
akendall@nyenvlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2024, the foregoing document was filed using the Court's CM/ECF system, which will automatically send notice of the same to all registered counsel of record.

/s/ Amy K. Kendall
Amy K. Kendall