# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) MDL No. 2:18-mn-2873-RMG )<br>) This Document Relates to:<br>)<br>) *City of Camden, et al. v. E.I. du Pont de*<br>) *Nemours & Company, et al.*, Case No. 2:23-<br>) cv-03230-RMG |

## NOTICE OF APPEAL

Under Federal Rule of Appellate Procedure 3, The Metropolitan Water District of Southern California hereby appeals to the United States Court of Appeals for the Fourth Circuit from the order certifying a class action and finally approving a classwide settlement (ECF No. 4471, entered February 8, 2024), and from the Final Order And Judgment Approving Settlement Agreement (ECF Nos. 4543 & 4543-1, entered February 26, 2024).

*/s/ Mitchell C. Tilner*
Mitchell C. Tilner, CA Bar No. 93023
Peder K. Batalden, CA Bar No. 205054
Horvitz & Levy LLP
3601 West Olive Avenue, 8th Floor
Burbank, California
Phone: (818) 995-0800
Fax: (844) 497-6592
mtilner@horvitzlevy.com

*Attorneys for The Metropolitan Water District of Southern California*