**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-MN-2873-RMG<br><br>This Document Relates to:<br><br>*Gibson, et al. v. 3M Company, et al.*, No. 2:22-cv-01303<br><br>*Hayes, et al. v. 3M Company, et al.*, No. 2:22-cv-00711<br><br>*Marchetti, et al. v. 3M Company, et al.*, No. 2:22-cv-00710<br><br>*Nanez v. 3M Company, et al.*, No. 2:22-cv-01590<br><br>*Graziano, et al. v. 3M Company, et al.*, No. 2:23-cv-01371<br><br>*Battise v. 3M Company, et al.*, No. 2:22-cv-03918<br><br>*Morris v. 3M Company, et al.*, No. 2:22-cv-04098<br><br>*Mason, et al. v. 3M Company, et al.*, No. 2:23-cv-00396<br><br>*Davidson v. 3M Company, et al.*, No. 2:23-cv-00398<br><br>*Monk v. 3M Company, et al.*, No. 2:23-cv-00401<br><br>*Nylander v. 3M Company, et al.*, No. 2:23-cv-00397<br><br>*Ray v. 3M Company, et al.*, No. 2:23-cv-00402<br><br>*Shell v. 3M Company, et al.*, No. 2:23-cv-00400<br><br>*Chester v. 3M Company, et al.*, No. 2:23-cv-00403<br><br>*Manson v. 3M Company, et al.*, No. 2:23-cv-00178 |

*Schoolcraft v. 3M Company, et al.*, No. 2:23-cv-00163

*Adams v. 3M Company, et al.*, No. 2:23-cv-00343

*Twardak v. 3M Company, et al.*, No. 2:23-cv-00867

*Arnold v. 3M Company, et al.*, No. 2:23-cv-01239

*Bothwell v. 3M Company, et al*, No. 2:23-cv-01240

*Chiles v. 3M Company, et al.*, No. 2:23-cv-00285

*Hall v. 3M Company, et al.*, No. 2:23-cv-01745

*Duster v. 3M Company, et al.*, No. 2:23-cv-01242

*Longo v. 3M Company, et al*, No. 2:23-cv-01744

*Hudgins v. 3M Company, et al.*, No. 2:23-cv-01747

*Lee v. 3M Company, et al.*, No. 2:23-cv-01749

*Hayden v. 3M Company, et al.*, No. 2:23-cv-01746

*Irick v. 3M Company, et al.*, No 2:23-cv-01748

*Leak v. 3M Company, et al.*, No. 2:23-cv-01472

*Hiott v. 3M Company, et al.*, No. 2:23-cv-01345

*Kirkpatrick v. 3M Company, et al.*, No. 2:23-cv-00947

*Schoenbeck v. 3M Company, et al.*, No. 2:23-cv-00948

*Villars v. 3M Company, et al.*, No. 2:23-cv-00949

*Marquart v. 3M Company, et al.*, No. 2:23-cv-

00952

*Jones v. 3M Company, et al.*, No. 2:23-cv-00958

*Warner v. 3M Company, et al.*, No. 2:23-cv-00950

*Fitzgerald v. 3M Company, et al.*, No. 2:23-cv-00946

*Lyons v. 3M Company, et al.*, No. 2:23-cv-00995

*Elliott v. 3M Company, et al.*, No. 2:23-cv-01271

*Link v. 3M Company, et al.*, No. 2:23-cv-02774

*Carner v. 3M Company, et al.*, No. 2:23-cv-01364

*Langosh v. 3M Company, et al.*, No. 2:23-cv-01372

*Ain v. 3M Company, et al.*, No. 2:23-cv-01520

*Baldwin v. 3M Company, et al.*, No. 2:23-cv-01563

*Aaron v. 3M Company, et al.*, No. 2:23-cv-02192

*Nilson v. 3M Company, et al.*, No. 2:23-cv-02194

*Floyd v. 3M Company, et al.*, No. 2:23-cv-02840

*Nolze v. 3M Company, et al.*, No. 2:23-cv-02836

*Harper v. 3M Company, et al.*, No. 2:23-cv-02837

*Charles E. Jones v. 3M Company, et al.*, No. 2:23-cv-02839

*Summit v. 3M Company, et al.*, No. 2:23-cv-02838

*Peterson v. 3M Company, et al.*, No. 2:23-cv-02841

*Scott Diehl v. 3M Company, et al.*, No. 2:23-cv-

01564

*Hoenisch v. 3M Company, et al.*, No. 2:23-cv-01565

*Kouns v. 3M Company, et al.*, No. 2:23-cv-01568

*Horta v. 3M Company, et al.*, No. 2:23-cv-01566

*Mathews v. 3M Company, et al.*, No. 2:23-cv-01569

*Jackson v. 3M Company, et al.*, No. 2:23-cv-01567

*Peterkinson v. 3M Company, et al.*, No. 2:23-cv-01570

*Shackel v. 3M Company, et al.*, No. 2:23-cv-01571

*Shamiya v. 3M Company, et al.*, No. 2:23-cv-01572

*Vitales v. 3M Company, at al.*, No. 2:23-cv-01574

*Brodeur v. 3M Company, at al.*, No. 2:23-cv-01575

*Connor v. 3M Company, at al.*, No. 2:23-cv-01576

*Grilla v. 3M Company, at al.*, No. 2:23-cv-01578

*Fagan v. 3M Company, at al.*, No. 2:23-cv-01577

*Lorenzo v. 3M Company, at al.*, No. 2:23-cv-01579

*Yerardi v. 3M Company, at al.*, No. 2:23-cv-01580

*Nichols v. 3M Company, et al.*, No. 2:23-cv-01692

*Withycombe v. 3M Company, et al.*, No. 2:23-cv-

01831

*MacDonald v. 3M Company, et al.*, No. 2:23-cv-01830

*Russell Brown v. 3M Company, et al.*, No. 2:23-cv-01827

*Buckler v. 3M Company, et al.*, No. 2:23-cv-01828

*Ballard v. 3M Company, et al.*, No. 2:23-cv-01826

*Gayron v. 3M Company, et al.*, No. 2:23-cv-01829

*Meeks v. 3M Company, et al.*, No. 2:23-cv-01841

*Anderson v. 3M Company, et al.*, No. 2:23-cv-02712

*Montgomery v. 3M Company, et al.*, No. 2:23-cv-01908

*Reeves v. 3M Company, et al.*, No. 2:23-cv-03303

*McLaughlin v. 3M Company, et al.*, No. 2:23-cv-03302

*Thompson v. 3M Company, et al.*, No. 2:23-cv-03300

*Davis v. 3M Company, et al.*, No. 2:23-cv-03301

*Busby v. 3M Company, et al.*, No. 2:23-cv-03304

*Lewis v. 3M Company, et al.*, No. 2:23-cv-03307

*Freeman v. 3M Company, et al.*, No. 2:23-cv-02089

*Harrison v. 3M Company, et al.*, No. 2:23-cv-03299*David C Bole v. 3M Company, et al.*, No. 2:23-cv-2242

*Mark A Bush v. 3M Company, et al.*, No. 2:23-

cv-02244

*Robert D Gleason v. 3M Company, et al.*, No. 2:23-cv-02245

*David G Helm v. 3M Company, et al.*, No. 2:23-cv-02247

*Nathan C Oyler v. 3M Company, et al.*, No. 2:23-cv-02248

*Paul A Pechilis v. 3M Company, et al.*, No. 2:23-cv-02249

*Kenneth W. Jones v. 3M Company, et al.*, No. 2:23-cv-02250

*Brian G Phillips v. 3M Company, et al.*, No. 2:23-cv-02263

*Joe D Morris v. 3M Company, et al.*, No. 2:23-cv-02262

*David Sheehan v. 3M Company, et al.*, No. 2:23-cv-02269

*Dennis E Reddy III v. 3M Company, et al.*, No. 2:23-cv-02271

*Marcia Smith v. 3M Company, et al.*, No. 2:23-cv-02296

*Deloris Smith v. 3M Company, et al.*, No. 2:23-cv-02297

*Tammy Pritchett v. 3M Company, et al.*, No. 2:23-cv-02295

*Janice Winchester v. 3M Company, et al.*, No. 2:23-cv-02298

*Susan Hastings v. 3M Company, et al.*, No. 2:23-cv-02406

*Deborah Downing v. 3M Company, et al.*, No. 2:23-cv-02536

*Charles Brown v. 3M Company, et al.*, No. 2:23-

cv-04190

*Michael Knight v. 3M Company, et al.*, No. 2:23-cv-04202

*Joseph Sherbert v. 3M Company, et al.*, No. 2:23-cv-04191

*Fred Garza v. 3M Company, et al.*, No. 2:23-cv-04203

*Schwinge v. 3M Company, et al.*, No. 2:23-cv-02599

*Charkowick v. 3M Company, et al.*, No. 2:23-cv-02598

*James Vaughn v. 3M Company, et al.*, No. 2:23-cv-04192

*Melissa Mae Miller v. 3M Company, et al.*, No. 2:23-cv-03028

*Howard Dillow v. 3M Company, et al.*, No. 2:23-cv-03193

*Soward v. 3M Company, et al.*, No. 2:23-cv-03192

*Gayla Prewitt v. 3M Company, et al.*, No. 2:23-cv-03263

*Jimmy Tabb v. 3M Company, et al.*, No. 2:23-cv-04824

*Kimberly Martinez v. 3M Company, et al.*, No. 2:23-cv-03325

*State of Florida v. Tyco Fire Products LP*, No. 2:23-cv-00229

*Ferrera v. 3M Company, et al.,* No. 2:23-cv-03720

*Klass v. 3M Company, et al.*, No. 2:23-cv-04335

*Allyn v. 3M Company, et al.*, No. 2:23-cv-04022

*Williams v. 3M Company, et al.*, No. 2:23-cv-04030

*Poppi v. 3M Company, et al.*, No. 2:23-cv-04024

*Thomas v. 3M Company, et al.*, No. 2:23-cv-04237

*Mansell v. 3M Company, et al.*, No. 2:23-cv-04277

*Allison v. 3M Company, et al.*, No. 2:23-cv-04366

*Brickhouse v. 3M Company, et al.*, No. 2:23-cv-04513

*Chestnut v. 3M Company, et al.*, No. 2:23-cv-04691

*Thomley v. 3M Company, et al.*, No. 2:23-cv-04851

*Bemis v. 3M Company, et al.*, No. 2:23-cv-04890

*Hales v. 3M Company, et al.*, No. 2:23-cv-04918

*Vanover v. 3M Company, et al.*, No. 2:23-cv-04999

*Eglite v. 3M Company, et al.*, No. 2:23-cv-05166

*Pirrone v. 3M Company, et al.*, No. 2:23-cv-05170

*Kolda v. 3M Company, et al.*, 2:23-cv-05167

*Kuempel v. 3M Company, et al.*, No. 2:23-cv 05169

*Tapia v. 3M Company, et al.*, No. 2:23-cv-05172

*Velazquez v. 3M Company, et al.*, No. 2:23-cv-05173

**GLOBE MANUFACTURING COMPANY, LLC'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Globe Manufacturing Company, LLC ("Globe") respectfully submits its Corporate Disclosure Statement. Globe is a wholly-owned subsidiary of MSA Safety Inc., a publicly traded corporation.

Dated: March 11, 2024

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ James L. Stengel

James L. Stengel (NY Bar ID 1800556)
51 West 52nd Street
New York, NY  10019-6142
jstengel@orrick.com
Telephone:      +1 212 506 5000
Facsimile:      +1 212 506 5151

*Counsel for Defendant Globe Manufacturing Company, LLC*