IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>This Order relates to All Actions |

# PLAINTIFF EXECUTIVE COMMITTEE'S RESPONSE TO CASE MANAGEMENT ORDER NO. 28

Pursuant to Case Management Order ("CMO") No. 28 [ECF 4681] the Court directed that the "Plaintiffs shall identify the diseases not addressed in CMO 26 that they assert are associated with exposure to an AFFF source in drinking water." *See* CMO 28 at paragraph 1.

Accordingly, in response to CMO 28, the following diseases are identified:

- Liver cancer
- Thyroid cancer

Plaintiffs are not waiving any rights related to any injuries by not including them on the list of injuries above. *See* CMO 28 at paragraph 1. The parties are prepared to comply with all other aspects and timing provisions in CMO 28.

Dated: March 13, 2024

Respectfully submitted,

/s/ *Michael A. London*
Michael A. London
Douglas and London PC
59 Maiden Lane
6th Floor
New York, NY 10038
P: (212)-566-7500
mlondon@douglasandlondon.com

Paul J. Napoli
Napoli Shkolnik PLLC
1301 Avenue of The Americas
10th Floor
New York, NY 10019
P: (212)-397-1000
pnapoli@napolilaw.com

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
P: (214)-521-3605
ssummy@baronbudd.com

Joseph Rice
Motley Rice LLC
28 Bridgeside Blvd.,
Mt. Pleasant, SC 29464
P: (843)-216-9000
jrice@motleyrice.com

*Plaintiffs' Co-Lead Counsel*

-and-

Fred Thompson, III
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
P: (843) 216-9000
fthompson@motleyrice.com

*Plaintiffs' Liaison Counsel*