## APPEAL TRANSMITTAL SHEET (non-death penalty)

| **Transmittal to 4CCA of notice of appeal filed:** 03/11/24 | **District:** South Carolina | **District Case No.:** 2:18-mn-2873-RMG;;2:23-cv-03230-RMG |
|---|---|---|
| ___ First NOA in Case<br>___ Subsequent NOA-same party<br>✓ Subsequent NOA-new party<br>___ Subsequent NOA-cross appeal<br>___ Paper ROA   ___ Paper Supp.<br>Vols: _____<br>Other: _____ | **Division:** Charleston<br><br>**Caption:**<br>In Re MDL 2873<br>City of Camden et al v. E.I. du Pont de Nemours & Company et al | **4CCA No(s). for any prior NOA:** 24-01077<br><br>**4CCA Case Manager:** Emily Borneisen |

**Exceptional Circumstances:**  ___ Bail   ___ Interlocutory   ___ Recalcitrant Witness   ✓ Other  member case to MDL 2873

| **Confinement**-Criminal Case: | **Fee Status:** |
|---|---|
| ___ Death row-use DP Transmittal<br>___ Recalcitrant witness<br>___ In custody<br>___ On bond<br>___ On probation | ___ No fee required (USA appeal)   ✓ Appeal fees paid in full   ___ Fee not paid |
| **Defendant Address**-Criminal Case: | **Criminal Cases:**<br>___ Defendant proceeded under CJA in district court.<br>___ Defendant did not proceed under CJA in district court.<br>**Civil, Habeas & 2255 Cases:**<br>___ Court granted & did not revoke IFP status (continues on appeal)<br>___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)<br>___ Court never granted IFP status (must pay fee or apply to 4CCA)<br>**PLRA Cases:**<br>___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)<br>___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **District Judge:**<br>Honorable Richard Mark Gergel | |
| **Court Reporter** (list all):<br>Karen Martin | **Sealed Status** (check all that apply):<br>✓ Portions of record under seal<br>___ Entire record under seal<br>___ Party names under seal<br>___ Docket under seal |
| **Coordinator:** 803-253-3491 | |

| **Record Status for Pro Se Appeals** (check any applicable): | **Record Status for Counseled Appeals** (check any applicable): |
|---|---|
| ___ Assembled electronic record available upon request<br>___ Additional sealed record available upon request<br>___ Paper record or supplement available upon request<br>___ No in-court hearings held<br>___ In-court hearings held – all transcript on file<br>___ In-court hearings held – all transcript not on file<br>___ Other: | ✓ Assembled electronic record available upon request<br>___ Additional sealed record available upon request<br>___ Paper record or supplement available upon request<br>___ No in-court hearings held<br>✓ In-court hearings held – all transcript on file<br>___ In-court hearings held – all transcript not on file<br>___ Other: |

Deputy Clerk: S. Shealy    Phone: 843-579-1406    Date: 03/12/24

02/2023