# EXHIBIT A

| | |
|---|---|
| **From:** | Teraoka,Jill C |
| **To:** | kristine.m.wellman@chemours.com; jmwintner@wlrk.com; gwmeli@wlrk.com; erik.t.hoover@dupont.com; kevin.vanwart@kirkland.com; cornel.b.fuerer@corteva.com; mreynolds@cravath.com; thomas.a.warnock@corteva.com; Michael London; Paul Napoli; Scott Summy; Beth Fegan; Joe Rice |
| **Cc:** | Scully,Marcia L |
| **Subject:** | Motion to Intervene in City of Camden, et al. v. E.I. DuPont De Nemours and Co. (n/k/a EIDP, Inc.), et al., No. 2:23-cv-03230-RMG |
| **Date:** | Saturday, March 9, 2024 1:09:55 PM |

Counsel: Pursuant to Local Rule 7.02, I am sending this email to you to meet and confer regarding a motion to intervene that Metropolitan intends to file on Monday, March 11, 2024 in *City of Camden, et al. v. E.I. DuPont De Nemours and Co. (n/k/a EIDP, Inc.), et al.*, No. 2:23-cv-03230-RMG, for the limited purpose of appealing the final approval order and judgment if the parties do not agree to correct the terms of the settlement agreement to provide for compliant opt outs to reserve their rights as to claims they may have now and in the future as to The Chemours Company, The Chemours Company FC, LLC, DuPont de Nemours, Inc., Corteva, Inc., and E.I. DuPont de Nemours and Company n/k/a EIDP, Inc. (collectively, "DuPont"). Please let us know if you will agree to correct the terms of the settlement agreement to provide for compliant opt outs to reserve their rights as to any and all claims they may have now and in the future as to DuPont. We look forward to hearing from you soon and no later than 6 p.m. PT on Sunday, March 10, 2024.

Regards,
Jill

*Jill C. Teraoka*
*Senior Deputy General Counsel*
*The Metropolitan Water District of Southern California*
*700 North Alameda Street*
*Los Angeles, CA 90012*
*P: (213) 217-6332*
*F: (213) 217-6890*
*e-mail: jteraoka@mwdh2o.com*

This communication, together with any attachments or embedded links, is for the sole use of the intended recipient(s) and may contain information that is confidential or legally protected. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by return e-mail message and delete the original and all copies of the communication, along with any attachments or embedded links, from your system.