# EXHIBIT B

| | |
|---|---|
| **From:** | Jeff B. Kray |
| **To:** | Michael London; Jessica K. Ferrell |
| **Cc:** | Scott Summy; PNapoli@NapoliLaw.com; Joe Rice; Beth Fegan; Teraoka,Jill C; Scully,Marcia L |
| **Subject:** | RE: Afff mdl -time sensitive |
| **Date:** | Saturday, March 9, 2024 7:11:12 PM |

Michael - Yes, we continue to represent the Metropolitan Water District of Southern California ("Metropolitan") on PFAS-related issues, including the DuPont and 3M settlements. However, for appeal purposes regarding the DuPont PFAS settlement, Metropolitan would work with separate counsel. We are aware that Metropolitan's Senior Deputy General Counsel, Jill Teraoka, has contacted you to confer about a motion to intervene to file an appeal and have no objection to Class Counsel conferring with Ms. Teraoka per her request. I have copied both Ms. Teraoka and Marcia Scully, Metropolitan's General Counsel, on this email.

JBK

Jeff B. Kray (he/him)
Managing Partner


D - 206.292.2608
M - 253.686.2594
E - jkray@martenlaw.com
https://urldefense.proofpoint.com/v2/url?u=http-3A__martenlaw.com&d=DwIFAw&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=x_LAk-edqyI-9j8dA6sAXF491W0bKlIHlHfMqCKrqf8&m=rLKZ67eQ_veamuhkO3Dn09EsyGRlOGXqT4uyxccfguBgG9Ow_w2B_8e0vtpRkN7y&s=kG1MI2cyWGDwb9q6QNeFbNBU4DqoTmHisrNRApyOuR8&e=
1191 Second Ave, Suite 2200
Seattle, WA 98101



-----Original Message-----
From: Michael London <mlondon@douglasandlondon.com>
Sent: Saturday, March 9, 2024 1:58 PM
To: Jeff B. Kray <jkray@martenlaw.com>; Jessica K. Ferrell <jferrell@martenlaw.com>
Cc: Scott Summy <ssummy@baronbudd.com>; PNapoli@NapoliLaw.com; Joe Rice <jrice@motleyrice.com>; Beth Fegan <beth@feganscott.com>
Subject: Afff mdl -time sensitive

Hello Jeff and Jessica,

We received a communication earlier today, from what we believe is (or was) your client, MET Water District. The communication was sent by Jill Teraoka, senior deputy general counsel.   Her request is for a meet and confer to occur by tomorrow 6pm Pacific, albeit within 18 hours of her request.

Kindly confirm whether you still represent MET?  And if so, or if not, kindly confirm whether you have any objection to us engaging with Ms. Teraoka in such a meet and confer.

Thanks.
-------------------------------------------------------------------------------------------------

This e-mail may contain confidential and privileged information and is sent for the sole use of the intended recipient. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

IRS CIRCULAR 230 NOTICE: To the extent that this message or any attachment concerns tax matters, it is not intended to be used and cannot be used by a taxpayer for the purpose of avoiding penalties that may be imposed by law.