# EXHIBIT D

**Subject:** Re: DuPont Settlement Opt Out Update & Extension
**Date:** Friday, March 15, 2024 at 4:41:05 PM Eastern Daylight Time
**From:** Rebecca Newman
**To:** Rebecca Newman

**Subject: DuPont Settlement Opt Out Update & Extension**
**Reply-To:** Tom Dobbins <brown@amwa.net>

Colleagues,

I trust this letter finds you well. The Association of Metropolitan Water Agencies (AMWA) is writing to inform you about a situation related to the Metropolitan Water District (Metropolitan) of Southern California and the DuPont Settlement.

Metropolitan opted out of the DuPont Settlement and later received an email from Class Counsel. This email was considered inappropriate as it was addressed to an individual employee --- neither the utility nor the attorney for Metropolitan.

AMWA highly suggests that if you or your utility have been contacted in a manner you consider inappropriate, to connect with Metropolitan or file your own complaint with the Court. As well, Metropolitan would like any other AMWA members who have opted out, to contact their *Senior Deputy General Counsel,* Jill Teraoka, at JTeraoka@mwdh2o.com.

Also, a reminder that if your utility opted out of this settlement, you could withdraw those requests by **Friday, March 1st**. To read further access AMWA's Monday Morning Briefing article here.

If you have any questions or concerns, do not hesitate to contact Erica Brown, AMWA's Chief Policy and Strategy Officer at 202-505-1023 or brown@amwa.net.

Sincerely,

Tom Dobbins CAE
Chief Executive Officer
Association of Metropolitan Water Agencies
Dobbins@amwa.net
202.505.3150
www.amwa.net

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.