UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) | MDL NO. 2:18-mn-2873<br><br>This Document Relates to:<br>Palmer et al. v. 3M et al. 2:23-cv-04823-RMG |

NOTICE OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF RICKEY RAY SANDERS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Plaintiff Rickey Ray Sanders initiated the above-captioned action by filing a Complaint on September 27, 2023. None of the named defendants has answered, moved, or otherwise responded to the Complaint. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Rickey Ray Sanders hereby dismisses his claims in the above-captioned action against all named defendants without prejudice. This notice of dismissal is effective only to the claims of Rickey Ray Sanders and does not have any effect on other claims.

Dated: March 20, 2024

Respectfully submitted by,

By:*/s/ Gary A. Anderson*
Gary A. Anderson
Gregory A. Cade
Kevin B. McKie
ENVIRONMENTAL LITIGATION GROUP, P.C.
2160 Highland Avenue South
Birmingham, AL 35205
gary@elglaw.com
(205) 328-9200

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2024, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Gary A. Anderson
Gary A. Anderson