# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING ) | |
| FOAMS PRODUCTS LIABILITY ) | MDL NO. 2:18-mn-2873 |
| LITIGATION ) | |
| ) | This Document Relates to: |
| ) | CONSUELO KELLY-LEPPERT v. 3M et al. |
| ) | 2:23-cv-04108-RMG |
| ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.I.07, Douglass A. Kreis of Aylstock, Witkin, Kreis & Overholtz, PLLC, counsel of record for Plaintiff Consuelo Kelly-Leppert moves this Court for an Order allowing him to withdraw as counsel of record for Plaintiff, Consuelo Kelly-Leppert, in the above-captioned multidistrict litigation.

1. Plaintiff, Consuelo Kelly-Leppert consents to this withdrawal as Counsel of Record and has hired Gabrielle Sulpzio of Bell Legal Group to substitute as counsel into this matter.

2. Gabrielle Sulpzio of Bell Legal Group will be substituted as the attorney in charge for Plaintiff.

3. Gabrielle Sulpzio of Bell Legal Group will file her appearance in this matter.

WHEREFORE, the attorneys of record for Plaintiff with the law firm of

Aylstock, Witkin, Kreis & Overholtz, PLLC, request that they be allowed to withdraw as counsel of record for Plaintiff Consuelo Kelly-Leppert.

Dated: March 19, 2024        *s/ Douglass A. Kreis*
Douglass A. Kreis
Bryan F. Aylstock
Justin G. Witkin
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
dkreis@awkolaw.com
baylstock@awkolaw.com
jwitkin@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I do hereby certify that on this  19th   day of March 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*s/ Douglass A. Kreis*
Douglass A. Kreis