IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |
| STATE OF SOUTH CAROLINA, *ex. rel.* Alan M. Wilson, in his official capacity as Attorney General of the State of South Carolina<br><br>Plaintiff,<br><br>v.<br><br>3M COMPANY, CORTEVA, INC., DUPONT DE NEMOURS, INC., EIDP, INC., F/K/A E.I. DUPONT DE NEMOURS AND COMPANY, THE CHEMOURS COMPANY, and THE CHEMOURS COMPANY FC, LLC<br><br>Defendants. | Civil Action No. 2:23-cv-05979-RMG<br><br>Judge Richard M. Gergel |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. §§ 1291 and 1447(d) and Rule 3 of the Federal Rules of Appellate Procedure, Defendant 3M Company hereby gives notice that it appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered in the above-captioned cases on February 29, 2024 (MDL Dkt. No. 4580; *South Carolina v. 3M Company et al.*, Dkt. No. 13), granting Plaintiff's Motion to Remand to State Court (MDL Dkt. No. 4281; *South Carolina v. 3M Company et al.*, Dkt. No. 8).

|  |  |
|---|---|
|  | Respectfully submitted, |
| March 28, 2024 | /s/ Brian Duffy |

Brian Duffy
DUFFY & YOUNG LLC
96 Broad Street
Charleston, SC 29401
P: (843) 720-2044
F: (843) 720-2047
bduffy@duffyandyoung.com

/s/ Lauren R. Goldman

Lauren R. Goldman
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
P: (212) 351-2375
F: (212) 716-0875
lgoldman@gibsondunn.com

Amir C. Tayrani
Katherine Moran Meeks
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue NW
Washington, DC 20036
P: (202) 955-8500
F: (202) 467-0539
atayrani@gibsondunn.com
kmeeks@gibsondunn.com

*Counsel for 3M Company*