UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No.: 2873<br><br>This Document Relates to:<br>*Harter, et al., v. 3M Company, et al.*<br>2:23-cv-00773-RMG |

**PLAINTIFF SIOBHAN ADAMS NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Plaintiff Siobhan Adams ("Plaintiff") initiated the above-referenced action by filing a Complaint against Defendants. Defendants have not answered, moved, or otherwise responded to the Complaint. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Adams hereby dismisses the above-referenced action without prejudice. All claims brought by the remaining captioned Plaintiffs shall remain against all Defendants.

Dated:  New York, New York
        March 28, 2024

Respectfully submitted,

**NAPOLI SHKOLNIK**

By: */s/ Patrick Lanciotti*
Patrick Lanciotti, Esq.
360 Lexington Avenue, 11th Fl.
New York, New York 10017
(212) 397-1000
planciotti@napolilaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 28, 2024, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

*/s/ Patrick J. Lanciotti*
Patrick J. Lanciotti