**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| IN RE:  AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-MN-2873-RMG<br><br>This Document Relates to:<br><br>*James Baldwin, et al. v. 3M Company, et al.*<br>Civil Action No.: 2:24-cv-00142-RMG<br><br>*Patricia Beranich (Estate of David Beranich) v. 3M Company, et al.*<br>Civil Action No.: 2:24-cv-00731-RMG<br><br>*Ronald Daniel Earl v. 3M Company, et al.*<br>Civil Action No.: 2:24-CV-00016-RMG<br><br>*Evonne Hiatt v. 3M Company, et al.*<br>Civil Action No.: 2:23-cv-06865-RMG<br><br>*Shellie Lynn Mathon v. 3M Company, et al.*<br>Civil Action No.: 2:23-cv-06854-RMG<br><br>*Robert Alexander Oberst v. 3M Company, et al.*<br>Civil Action No.: 2:24-cv-00150-RMG<br><br>*Suzanne Ellison Spak v. 3M Company, et al.*<br>Civil Action No.: 2:23-cv-06853-RMG<br><br>*Craig Stiver v. 3M Company, et al.*<br>Civil Action No.: 2:24-cv-00321-RMG<br><br>*Bruce Wilson v. 3M Company, et al.*<br>Civil Action No.: 2:23-cv-06874-RMG |

## NOTICE OF ERRATA TO CORRECT ERRONEOUS NAMING OF DEFENDANT

The Downs Law Group, P.A. respectfully submits this Notice of Errata to correct the

erroneous naming of a Defendant in this action.  After the cases were filed, the undersigned counsel

realized that the Defendant had been erroneously named.  The Defendant named as "INTERTECH

GROUP, D/B/A PBI PERFORMANCE PRODUCTS" and similar iterations including "INTERTECH GROUP" was incorrect and undersigned counsel avers that the error was unintentional.  The correct name of the Defendant is "PBI PERFORMANCE PRODUCTS, INC.".

Dated:  March 29, 2024

Respectfully Submitted,

*/s/ Jason P. Frank*
Jason Frank, Esq.
FLORIDA BAR NO.: 1049042
Jason Larey, Esq.
FLORIDA BAR NO.: 1019237
THE DOWNS LAW GROUP, P.A.
3250 Mary Street, Suite 307
Coconut Grove, Florida 33133
Telephone (305) 444-8226
Facsimile: (305)-444-6773
Email: jfrank@downslawgroup.com
            jlarey@downslawgroup.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March 2024, a true and correct copy of the foregoing instrument was filed with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

*/s/ Jason P. Frank*
Jason Frank, Esq.

2