# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2873 |
| | Master Docket No. 2:18-mn-2873-RMG |
| | Judge Richard Mark Gergel |
| | **Chubb Fire Limited's Response to Plaintiffs' Motion to Sever Claims Against Certain Defendants** |
| THIS DOCUMENT RELATES TO: | |
| *Braun et al v. 3M Company, et al.*<br>Case Number: 2:18-cv-03370-RMG | |
| *Gordon et al v. 3M Company, et al.*<br>Case Number: 2:18-cv-03371-RMG | |
| *Smith et al v. 3M Company et al.*<br>Case Number: 2:18-cv-03372-RMG | |
| *Gutierres et al v. 3M Company, et al.*<br>Case Number: 2:18-cv-03381-RMG | |
| *Gokey et al v. 3M Company, et al.*<br>Case Number: 2:18-cv-03385-RMG | |
| *Thompson et al v. 3M Company, et al.*<br>Case Number: 2:18-cv-03390-RMG | |
| *Kahler et al v. 3M Company, et al.*<br>Case Number: 2:18-cv-03391-RMG | |
| *Hutchison et al v. 3M Company, et al.*<br>Case Number: 2:18-cv-03395-RMG | |
| *Helm et al v. 3M Company, et al.*<br>Case Number: 2:18-cv-03401-RMG | |
| *Padilla et al v. 3M Company, et al.*<br>Case Number: 2:18-cv-03404-RMG | |

*Niskern et al v. 3M Company, et al.*
Case Number: 2:18-cv-03417-RMG

*Voelker, et al. v. 3M Company, et al.*
Case Number: 2:18-cv-03438-RMG

*Donnelly v. 3M Company, et al.*
Case Number: 2:20-cv-00209-RMG

*Bien v. 3M Company, et al.*
Case Number: 2:20-cv-00257-RMG

*Sarvey v. 3M Company, et al.*
Case Number: 2:20-cv-00278-RMG

*DeMaio v. 3M Company, et al.*
Case Number: 2:20-cv-00291-RMG

*Field v. 3M Company, et al*
Case Number: 2:20-cv-00301-RMG

*Hartman v. 3M Company, et al.*
Case Number: 2:20-cv-00302-RMG

*Mola et al v. 3M Company, et al*
Case Number: 2:20-cv-00428-RMG

*Feite v. 3M Company, et al.*
Case Number: 2:20-cv-00521-RMG

*City of Watertown v. 3M Company, et al.*
Case Number: 2:21-cv-01104-RMG

*Speers et al v. 3M Company, et al*
Case Number: 2:21-cv-03181-RMG

*Southeast Morris County Municipal Utilities Authority, v. 3M Company, et al.*
Case Number: 2:22-cv-00199-RMG

Chubb Fire Limited hereby responds to Plaintiffs' Motion to Sever [Doc. No. 4745] and proposed order [Doc. No. 4745-1]. Chubb Fire Limited is a defendant in the *City of Watertown* case (Case No. 2:21-cv-01104-RMG) and is one of the "Kidde-Related Entities" identified in

Plaintiffs' Motion to Sever. Although it is one of the Kidde-Related Entities identified in Plaintiffs' Motion, Chubb Fire Limited has separate counsel in this litigation from Kidde Fenwal, Inc., and the other Kidde-Related Entities.

Although Chubb Fire Limited does not oppose Plaintiffs' Motion to Sever, Plaintiffs' Counsel did not confer with Chubb Fire Limited's Counsel regarding the motion, and Chubb Fire Limited's counsel did not have an opportunity to review a draft of the motion or proposed order before they were filed.

Chubb Fire Limited files this response to make clear that it contests personal jurisdiction in this case, does not consent to the Court exercising jurisdiction over it, and reiterates its previous requests to be permitted to bring a motion contesting personal jurisdiction at the earliest opportunity.

Respectfully Submitted,

/s/ Richard P. Cassetta
A. Elizabeth Sternhell-Blackwell
Stefani L. Wittenauer
Richard P. Cassetta
Bryan Cave Leighton Paisner LLP
211 N. Broadway, Ste. 3600
St. Louis, MO  63102
(314) 259-2000
liz.blackwell@bclplaw.com
stefani.wittenauer@bclplaw.com
richard.cassetta@bclplaw.com

Counsel for Defendant Chubb Fire, Ltd.

# CERTIFICATE OF SERVICE

I, Richard P. Cassetta, an attorney and counsel of record for Defendant Chubb Fire Limited, hereby certify that on March 29, 2024, I caused a true and correct copy of the foregoing **CHUBB FIRE LIMITED'S RESPONSE TO PLAINTIFFS' MOTION TO SEVER CLAIMS AGAINST CERTAIN DEFENDANTS** to be served using the CM/ECF system on the Lead Counsel and Liaison Counsel of Record in the above-captioned action:

Michael A London
DOUGLAS & LONDON PC
59 Maiden Lane, 6th Floor
New York, NY 10038
P: (212)566-7500
F: (212)566-7501
Email: mlondon@douglasandlondon.com

Paul J. Napoli
NAPOLI SHKOLINK PLLC
1301 Avenue Of The Americas, 10th Floor
New York, NY 10019
P: (212)397-1000
F: (646)843-7603
Email: pnapoli@napolilaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
P: (214)521-3605
Email: ssummy@baronbudd.com

Joseph Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
P: (843)216-9000
F: (843)216-9440
Email: jrice@motleyrice.com

*Plaintiffs' Lead Counsel*

Joseph G. Petrosinelli
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
P: (202)434-5547
F: (202)434-5029
Email: jpetrosinelli@wc.com

Michael A. Olsen
MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, IL 60606
Email: molsen@mayerbrown.com

David E. Dukes
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
P: (803)255-9451
F: (803)256-7500
Email: david.dukes@nelsonmullins.com

Brian C. Duffy
DUFFY & YOUNG LLC
96 Broad Street
Charleston, SC 29401
Email: bduffy@duffyandyoung.com

*Defendants' Lead Counsel*

/s/ *Richard P. Cassetta*

Richard P. Cassetta