# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) MDL No. 2:18-mn-2873-RMG<br><br>CASE MANAGEMENT ORDER NO. [27-F]<br><br>**This Order Relates to:**<br>*The Southeast Morris County Municipal Utilities Authority*<br>**2:22-cv-00199-RMG and**<br>*City of Watertown v. 3M Company et al.*,<br>**2:21-cv-1104-RMG** |

## JOINT MOTION FOR ENTRY OF CASE MANAGEMENT ORDER 27-F

The Defense Leadership and Plaintiffs' Executive Committee ("PEC") (collectively, the "Parties") jointly request that the Court enter Proposed CMO 27-F, attached as Exhibit A, which governs the protocol for raising Rule 12(b)(1), 12(b)(2) and/or 12(b)(5) defenses in the two water provider bellwether cases selected for Tier Two Discovery in the Telomer AFFF Bellwether Program, which are (1) *City of Watertown v. 3M Company et al.* (No. 2:21-cv-01104) and (2) *Southeast Morris County Municipal Utilities Authority v. 3M Company et al.* (No. 2:22-cv-00199) (the "Telomer Water Provider Tier Two Cases"). In support of this motion, the Parties state as follows:

1. The Parties met and conferred and believe that a Case Management Order governing the protocol for raising Rule 12(b)(1), 12(b)(2) and/or 12(b)(5) defenses in the Telomer Water Provider Tier Two Cases would be beneficial. Thus, the Parties have reached an agreement on the terms of a proposed case management order consistent with the same.

2. Accordingly, the Parties now submit proposed Case Management Order 27-F, attached hereto as Exhibit A, for consideration and entry by the Court.

WHEREFORE, the Parties respectfully request that the Court enter proposed Case

Management Order 27-F, attached as Exhibit A.

Respectfully submitted,

| | |
|---|---|
| By:/s/ *Michael A. London* | By:/s/ *David E. Dukes* |
| Fred Thompson, III<br>Motley Rice (Mt Pl)<br>28 Bridgeside Boulevard<br>Mt Pleasant, SC 29464<br>843-216-9000<br>Email: fthompson@motleyrice.com | Joseph G. Petrosinelli<br>Defendants' Co-Lead Counsel<br>Williams & Connolly LLP<br>725 Twelfth St., N.W.<br>Washington DC 20005<br>jpetrosinelli@wc.com<br>(202) 434-5547 |
| Joseph F Rice<br>Motley Rice<br>PO Box 1792<br>Mt Pleasant, SC 29465<br>843-216-9000<br>Email: jrice@motleyrice.com | Michael A. Olsen<br>Defendants' Co-Lead Counsel<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>molsen@mayerbrown.com<br>(312) 782-0600 |
| Michael A London<br>Douglas and London PC<br>59 Maiden Lane<br>6th Floor<br>New York, NY 10038<br>212-566-7500<br>Email: mlondon@douglasandlondon.com | David E. Dukes<br>Defendants' Co-Liaison Counsel<br>Nelson Mullins Riley & Scarborough LLP<br>1320 Main Street / 17th Floor<br>Post Office Box 11070 (29211-1070)<br>Columbia, SC  29201<br>david.dukes@nelsonmullins.com<br>(803) 799-2000 |
| Paul J Napoli<br>Napoli Shkolnik<br>1302 Avenida Ponce de Leon<br>Santurce<br>Puerto Rico<br>Email: pnapoli@napolilaw.com | Brian C. Duffy<br>Defendants' Co-Liaison Counsel<br>Duffy & Young LLC<br>96 Broad St.<br>Charleston, SC 29401<br>bduffy@duffyandyoung.com<br>(843) 720-2044 |
| Scott Summy<br>Baron & Budd PC<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX 75219<br>214-521-3605<br>Email: ssummy@baronbudd.com | *Defense Leadership Counsel* |
| *Plaintiffs' Executive Committee* | |