IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>This Document relates to<br>ALL CASES |

**PLAINTIFFS' AND DEFENDANTS' JOINT MOTION
FOR ENTRY OF AMENDED CASE MANGEMENT ORDER**

Pursuant to DSC Local Civil Rule 7.01, Co-Lead Counsel for Plaintiffs and Defendants respectfully move this Court to enter the attached Amended CMO 28 (Exhibit 1) regarding personal injury cases that do not fall within CMO 26. The motion is based on the following grounds:

1. On December 5, 2023, the Court ordered the parties to jointly recommend a CMO regarding personal injury cases not addressed by the bellwether program governed by CMO-26 or, in the absence of an agreed proposal, for the PEC and DCC each to submit its own proposal. Dkt. 4149. The parties submitted a proposed CMO 28 by joint motion on March 8, 2024 (Dkt. 4639), and the Court entered CMO 28 on March 13, 2024 (Dkt. 4681).

2. Since the Court entered CMO 28, Co-Lead Counsel have met and conferred regarding the attached amendments to CMO-28, which would clarify that Order in accordance with the parties' original intent. *See* Exhibit 2 (redline of CMO-28 to Proposed Amended CMO 28). Specifically, the parties' original intent was that the dismissal protocol found in paragraph 6 to CMO 28 would apply to all personal injury cases, without regard to the alleged route of exposure. The parties' edits in Proposed Amended CMO 28 clarify this original intent.

Wherefore, Co-Lead Counsel for Plaintiffs and Defendants respectfully request that the Court enter Amended CMO 28 as proposed.

Dated: April 4, 2024

Respectfully submitted,

By: /s/ *Liam J. Montgomery*

Liam J. Montgomery
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
P: (202) 434-5030
F: (202) 434-5029
lmontgomery@wc.com

On behalf of:

/s/ *Michael A. London*

Michael A London
Douglas and London PC
59 Maiden Lane
6th Floor
New York, NY 10038
P: (212)-566-7500
F: (212)-566-7501
mlondon@douglasandlondon.com

Paul J. Napoli
Napoli Shkolnik PLLC
1301 Avenue Of The Americas
10th Floor
New York, NY 10019
P: (212)-397-1000
F: (646)-843-7603
pnapoli@napolilaw.com

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
P: (214) 521-3605
ssummy@baronbudd.com

/s/ *Joseph G. Petrosinelli*

Joseph G. Petrosinelli
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
P: (202) 434-5547
F: (202) 434-5029
jpetrosinelli@wc.com

Michael A. Olsen
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
P: (312) 701-7120
F: (312) 706-8742
molsen@mayerbrown.com

*Co-lead Counsel for Defendants*

Joseph Rice
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
P: (843) 216-9159
F: (843) 216-9290
jrice@motleyrice.com

*Co-lead Counsel for Plaintiffs*

Fred Thompson , III
Motley Rice LLC
28 Bridgeside Boulevard
Mt Pleasant, SC 29464
P: (843)-216-9000
F: (843)-216-9440
fthompson@motleyrice.com

Brian Duffy
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
P: (843) 720-2044
F: (843) 720-2047
bduffy@duffyandyoung.com

David E. Dukes
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
P: (803) 255-9451
F: (803) 256-7500
david.dukes@nelsonmullins.com

*Liaison Counsel for Plaintiffs*          *Co-Liaison Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with this Court's CM/ECF system on this 4th day of April 2024 and was thus served electronically upon counsel of record.

/s/ *Liam J. Montgomery*
Liam J. Montgomery
**Williams & Connolly LLP**
680 Maine Avenue SW
Washington, DC  20024
Phone: (202) 434-5030
Fax:    (202) 434-5029
lmontgomery@wc.com