**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | ) ) ) | MDL No: 2:18-mn-2873-RMG |
| | ) ) ) ) | This filing relates to: *Robert Marquis v. 3M Company, et al* No. 2:23-cv-06081-RMG |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

COMES NOW, Scott M. Hendler and moves to withdraw as attorney of record for plaintiff, Robert Marquis, for the following reasons:

1. There is good cause for this Court to grant the motion to withdraw because Mr. Marquis terminated Hendler Flores Law, PLLC's services.

2. Scott M. Hendler has delivered a copy of this motion to Robert Marquis and notified him in writing of the motion by both certified U.S. mail and email.

3. Robert Marquis's last known address and telephone number are:

   263 Pearl Lane
   Williston, SC 29853
   rr_marquis@ymail.com
   (312) 953-8901

4. This motion to withdraw has not been brought for purposes of delaying these proceedings. There are no pending settings or deadlines in this case.

5. Therefore, Plaintiff's counsel, Scott M. Hendler, seeks to withdraw as attorney of record on behalf of Robert Marquis. A proposed Order granting this Motion is submitted herewith.

Dated:  April 9, 2024                    Respectfully Submitted,

                                         HENDLER FLORES LAW, PLLC


                              By:  _____

                                   Scott M. Hendler
                                   shendler@hendlerlaw.com
                                   901 S. MoPac Expressway
                                   Bldg. 1, STE 300
                                   Austin, TX 78746
                                   Tel: (512) 439-3202
                                   Fax: (512) 439-3201
                                   *Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 9, 2024, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.


                              /s/ Scott M. Hendler
                              Scott M. Hendler