**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | **)** **)** **)** **)** **)** **)** **)** | MDL No: 2:18-mn-2873-RMG<br><br>This filing relates to:<br>*Robert Marquis v. 3M Company, et al*<br>No. 2:23-cv-06081-RMG |

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

This Court has considered the Motion of Scott M. Hendler to withdraw as attorney of record for plaintiff Robert Marquis and hereby GRANTS the motion. In accordance with the rules, Robert Marquis has been notified by sending notice of this motion to his last known address.

**IT IS SO ORDERED**.

Dated this _____ day of April 2024.

_____
JUDGE RICHARD M. GERGEL