IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

|  |  |  |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2:18-mn-2873-RMG<br><br>**This Document Relates to**<br>**ALL CASES** |

**JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT A PROPOSED CMO REGARDING TIER 2 PERSONAL INJURY BELLWETHER PROCEEDINGS**

Pursuant to Local Civ. Rule 6.01 (D.S.C.), Co-Lead Counsel for Plaintiffs and Defendants respectfully move this Court for a brief extension of time to submit a proposed Case Management Order regarding Tier 2 Personal Injury Bellwether proceedings. This Motion is based on the following grounds:

1. Pursuant to CMO 26.C. (Dkt. 4276), the parties are to submit a proposed Case Management Order regarding Tier 2 Personal Injury Bellwether proceedings by no later than eight (8) weeks prior to the end of the Tier 1 Discovery period. The current deadline for the proposed Case Management Order is April 9, 2024.

2. This deadline has not been previously extended.

3. The parties jointly request an extension of time to allow them to attempt to reach agreement on a proposed Case Management Order regarding Tier 2 Personal Injury Bellwether proceedings.

4. The parties request an extension of fifteen (15) days to submit a proposed Case Management Order. With this requested extension, the deadline for the proposed Case Management Order would be extended to April 24, 2024.

5.  This extension will not affect any existing deadlines.

WHEREFORE, Co-Lead Counsel for Plaintiffs and Defendants respectfully request that the Court extend the time for the parties to submit a proposed Case Management Order regarding Tier 2 Personal Injury Bellwether proceedings to April 24, 2024.

Dated: April 9, 2024

Respectfully submitted,

| | |
|---|---|
| */s/Michael A. London* | */s/Joseph G. Petrosinelli* |
| Michael A London<br>Douglas and London PC<br>59 Maiden Lane, 6th Floor<br>New York, NY 10038<br>P: (212) 566-7500<br>mlondon@douglasandlondon.com | Joseph G. Petrosinelli<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>P: (202) 434-5547<br>jpetrosinelli@wc.com |
| */s/Paul J. Napoli* | Michael A. Olsen<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>P: (312) 701-7120<br>molsen@mayerbrown.com |
| Paul J. Napoli, Esq.<br>Napoli Shkolnik<br>1302 Avenida Ponce de León<br>Santurce, Puerto Rico 00907<br>P: (833) 271-4502<br>pnapoli@nsprlaw.com | *Co-Lead Counsel for Defendants* |
| Scott Summy<br>Baron & Budd, P.C.<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX 75219<br>P: (214) 521-3605<br>ssummy@baronbudd.com | */s/David E. Dukes*<br><br>David E. Dukes<br>Nelson Mullins Riley & Scarborough LLP<br>1320 Main Street, 17th Floor<br>Columbia, SC 29201<br>P: (803) 255-9451<br>F: (803) 256-7500<br>david.dukes@nelsonmullins.com |
| Joseph F. Rice<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC 29464<br>P: (843) 216-9000<br>jrice@motleyrice.com | Brian Duffy<br>Duffy & Young LLC<br>96 Broad Street<br>Charleston, SC 29401<br>P: (843) 720-2044<br>F: (843) 720-2047 |
| *Co-Lead Counsel for Plaintiffs* | |

2

Fred Thompson, III
Motley Rice LLC
28 Bridgeside Blvd.
Mt Pleasant, SC 29464
P: (843)-216-9000
F: (843)-216-9440
fthompson@motleyrice.com

*Liaison Counsel for Plaintiffs*

bduffy@duffyandyoung.com

*Co-liaison Counsel for Defendants*

3