# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG <br><br> **This Document Relates to:** <br><br> *City of Camden et al. v. E.I. du Pont de Nemours & Company et al.,* <br> *Case No. 2:23 cv-03230-RMG* |

## NOTICE OF WITHDRAWAL OF MOTION TO INTERVENE

On March 11, 2024, The Metropolitan Water District of Southern California filed a motion to intervene for the limited purpose of filing an appeal. (ECF No. 190.) Metropolitan hereby withdraws that motion.

Dated: April 16, 2024

Respectfully submitted:

*/s/ Peder K. Batalden*
Peder K. Batalden, CA Bar No. 205054
Horvitz & Levy LLP
3601 West Olive Avenue, 8th Floor
Burbank, California
Phone: (818) 995-0800
Fax: (844) 497-6592
pbatalden@horvitzlevy.com

*Attorneys for The Metropolitan Water District of Southern California*

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed with this Court's CM/ECF system and was thus served electronically upon all registered counsel of record.

Dated: April 16, 2024

*/s/ Peder K. Batalden*
Peder K. Batalden, CA Bar No. 205054
Horvitz & Levy LLP
3601 West Olive Avenue, 8th Floor
Burbank, California
Phone: (818) 995-0800
Fax: (844) 497-6592
pbatalden@horvitzlevy.com

*Attorneys for The Metropolitan Water District of Southern California*
