IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) | Master Docket No.: 2:18-mn-2873-RMG |
| CITY OF CAMDEN, et al.,<br><br>*Plaintiffs,*<br><br>-vs-<br><br>E.I. DUPONT DE NEMOURS AND COMPANY (n/k/a EIDP, Inc.), et al.<br><br>*Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 2:23-cv-03230-RMG |

## WITHDRAWAL OF MOTION FOR FRAP 7 BOND WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that Class Counsel hereby withdraw their Motion for a Federal Rule of Appellate Procedure 7 Bond against Metropolitan Water District of Southern California ("Met") (ECF No. 4696) without prejudice.

Dated: April 16, 2024                    Respectfully Submitted,

                                                      s/ Michael A. London
                                                     Michael A. London
                                                     Douglas and London P.C.
                                                     59 Maiden Lane, 6th Floor
                                                     New York, NY 10038
                                                     212-566-7500
                                                     212-566-7501 (fax)
                                                     mlondon@douglasandlondon.com

s/ Paul J. Napoli
Paul J. Napoli
Napoli Shkolnik
1302 Avenida Ponce de León
San Juan, Puerto Rico 00907
Tel: (833) 271-4502
Fax: (646) 843-7603
pnapoli@nsprlaw.com

s/ Scott Summy
Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
214-521-3605
ssummy@baronbudd.com

s/ Elizabeth A. Fegan
Elizabeth A. Fegan
Fegan Scott LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
312-741-1019
beth@feganscott.com

s/ Joseph F. Rice
Joseph F. Rice
Motley Rice
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
jrice@motleyrice.com

*Class Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed with this Court's CM/ECF on this 16th day of April, 2024 and was thus served electronically upon counsel of record.

>*/s/ Michael A. London*
>Michael A. London
>Douglas and London PC
>59 Maiden Lane, 6th Floor
>New York, NY 10038
>212-566-7500
>212-566-7501 (fax)
>mlondon@douglasandlondon.com