UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**This Document relates to**<br>*All Cases* |

**JOINT MOTION FOR EXTENSION OF TIME AND ENTRY OF
CASE MANAGEMENT ORDER 27G**

Pursuant to Local Civil Rule 6.01, the Defense Leadership and Plaintiffs' Executive Committee ("PEC") (collectively, the "Parties") jointly move to extend the deadlines contained in Section III of Case Management Order ("CMO") 27, which governs the schedule of the Telomer-AFFF Water Provider Bellwether Cases that have advanced to Tier Two discovery. The Parties further request that the Court enter Proposed CMO 27G, attached as Exhibit A, which extends the deadlines as follows:

1. Tier Two fact discovery in the Telomer Water Provider Tier Two Cases shall close on April 1, 2024.

2. On or before May 20, 2024, Plaintiffs shall disclose general and case-specific expert witness reports for the Telomer Water Provider Tier Two Cases pursuant to Fed. R. Civ. P. 26(a)(2).

3. On or before June 24, 2024, Defendants shall disclose general and case-specific expert witness reports for the Telomer Water Provider Tier Two Cases pursuant to Fed. R. Civ. P. 26(a)(2).

4. Plaintiffs shall disclose rebuttal expert witness reports, if any, by July 8, 2024.

5. All depositions of expert witnesses shall be completed by July 29, 2024

6. The parties shall agree or submit to the Court their respective positions on the sequence for trial of the Telomer Water Provider Tier 2 Cases by July 15, 2024. The parties shall agree or the Court shall select the sequence by July 29, 2024.

7. Any motions for summary judgment or for partial summary judgment shall be filed on or before August 5, 2024, in the Telomer Water Provider First Trial Case only.

8. Any motions seeking to challenge expert testimony pursuant to Daubert shall be filed on or before August 29, 2024, in the Telomer Water Provider First Trial Case only.

9. Responses to motions for summary judgment or for partial summary judgment shall be filed on or before September 6, 2024, in the Telomer Water Provider First Trial Case only.

10. Responses to motions seeking to challenge expert testimony pursuant to Daubert shall be filed on or before September 26, 2024, in the Telomer Water Provider First Trial Case only.

11. Reply briefs in further support of summary judgment motions shall be filed on or before September 20, 2024, in the Telomer Water Provider First Trial Case only.

12. Reply briefs in further support of motions seeking to challenge expert testimony pursuant to Daubert shall be filed on or before October 7, 2024, in the Telomer Water Provider First Trial Case only.

13. A more detailed schedule for final pretrial matters, including witness and exhibit lists, motions in limine, deposition designations, and a provision for pre-trial depositions of any trial witnesses not previously deposed will be the subject of a subsequent CMO.

14. Trial Date: The presumptive trial date for the Telomer Water Provider First Trial Case

will be October 28, 2024.

15. All other provisions of CMO 27 remain unchanged.

WHEREFORE, the Parties have diligently pursued discovery under the timelines set forth in CMO 27. However, additional time is needed for the parties to complete expert discovery in the bellwether cases that proceeded to Tier Two discovery in the Telomer AFFF Bellwether Program. As such, the Parties respectfully request that the Court enter CMO 27G to extend the deadlines as requested herein.

[*signatures on following page*]

Respectfully submitted,

By: /s/ *Michael A. London*

Michael A. London
Douglas and London PC
59 Maiden Lane
6th Floor
New York, NY 10038
212-566-7500
Email: mlondon@douglasandlondon.com

Fred Thompson , III
Motley Rice (Mt Pl)
28 Bridgeside Boulevard
Mt Pleasant, SC 29464
843-216-9000
Email: fthompson@motleyrice.com

Joseph F. Rice
Motley Rice
PO Box 1792
Mt Pleasant, SC 29465
843-216-9000
Email: jrice@motleyrice.com

Paul J. Napoli
Napoli Shkolnik
1302 Avenida Ponce de Leon
Santurce
Puerto Rico
Email: pnapoli@napolilaw.com

Scott Summy
Baron & Budd PC
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
214-521-3605
Email: ssummy@baronbudd.com

*Plaintiffs' Executive Committee*

By: /s/ *David E. Dukes*

Joseph G. Petrosinelli
Defendants' Co-Lead Counsel
Williams & Connolly LLP
725 Twelfth St., N.W.
Washington DC 20005
jpetrosinelli@wc.com
(202) 434-5547

Michael A. Olsen
Defendants' Co-Lead Counsel
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
molsen@mayerbrown.com
(312) 782-0600

David E. Dukes
Defendants' Co-Liaison Counsel
Nelson Mullins Riley & Scarborough LLP
1320 Main Street / 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC  29201
david.dukes@nelsonmullins.com
(803) 799-2000

Brian C. Duffy
Defendants' Co-Liaison Counsel
Duffy & Young LLC
96 Broad St.
Charleston, SC 29401
bduffy@duffyandyoung.com
(843) 720-2044

*Defense Leadership Counsel*

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>CASE MANAGEMENT ORDER NO. 27G<br><br>This Order relates to All Actions |

## TELOMER AFFF BELLWETHER PROGRAM

This Case Management Order ("CMO") extends the deadlines set forth in Section III of CMO 27 in the two water provider bellwether cases selected for Tier Two Discovery in the Telomer AFFF Bellwether Program, which are (1) *City of Watertown v. 3M Company et al.* (No. 2:21-cv-01104) and (2) *Southeast Morris County Municipal Utilities Authority v. 3M Company et al.* (No. 2:22-cv-00199) (the "Telomer Water Provider Tier Two Cases"), as follows:

1. Tier Two fact discovery in the Telomer Water Provider Tier Two Cases shall close on April 1, 2024.

2. On or before May 20, 2024, Plaintiffs shall disclose general and case-specific expert witness reports for the Telomer Water Provider Tier Two Cases pursuant to Fed. R. Riv. P. 26(a)(2).

3. On or before June 24, 2024, Defendants shall disclose general and case-specific expert witness reports for the Telomer Water Provider Tier Two Cases pursuant to Fed. R. Riv. P. 26(a)(2).

4. Plaintiffs shall disclose rebuttal expert witness reports, if any, by July 8, 2024.

5. All depositions of expert witnesses shall be completed by July 29, 2024

6. The parties shall agree or submit to the Court their respective positions on the sequence for trial of the Telomer Water Provider Tier 2 Cases by July 15, 2024. The parties shall agree or the Court shall select the sequence by July 29, 2024.

7. Any motions for summary judgment or for partial summary judgment shall be filed on or before August 5, 2024, in the Telomer Water Provider First Trial Case only.

8. Any motions seeking to challenge expert testimony pursuant to *Daubert* shall be filed on or before August 29, 2024, in the Telomer Water Provider First Trial Case only.

9. Responses to motions for summary judgment or for partial summary judgment shall be filed on or before September 6, 2024, in the Telomer Water Provider First Trial Case only.

10. Responses to motions seeking to challenge expert testimony pursuant to D*aubert* shall be filed on or before September 26, 2024, in the Telomer Water Provider First Trial Case only.

11. Reply briefs in further support of summary judgment motions shall be filed on or before September 20, 2024, in the Telomer Water Provider First Trial Case only.

12. Reply briefs in further support of motions seeking to challenge expert testimony pursuant to *Daubert* shall be filed on or before October 7, 2024, in the Telomer Water Provider First Trial Case only.

13. A more detailed schedule for final pretrial matters, including witness and exhibit lists, motions *in limine*, deposition designations, and a provision for pre-trial depositions of any trial witnesses not previously deposed will be the subject of a subsequent CMO.

14. Trial Date: The presumptive trial date for the Telomer Water Provider First Trial Case will be October 28, 2024.

All other provisions of CMO 27 remain unchanged.

AND IT IS SO ORDERED.

                                                                                                                             _____
                                                                                                                             Richard Mark Gergel
                                                                                                                             United States District Court Judge

April \_\_\_, 2024
Charleston, South Carolina