**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br><br>**ORDER**<br><br>**This Order relates to:**<br>*Bien v. 3M Company, et al.*, No. 2:20-cv-00257<br><br>*Braun, et al. v. 3M Company, et al.*, No. 2:18-cv-03370<br><br>*City of Watertown v. 3M Company, et al.*, No. 2:21-cv-01104<br><br>*DeMaio v. 3M Company, et al.*, No. 2:20-cv-00291<br><br>*Donnelly v. 3M Company, et al.*, No. 2:20-cv-00209<br><br>*Feite v. 3M Company, et al.*, No. 2:20-cv-00521<br><br>*Field v. 3M Company, et al.*, No. 2:20-cv-00301<br><br>*Gokey, et al. v. 3M Company, et al.*, No. 2:18-cv-03385<br><br>*Gordon, et al. v. 3M Company, et al.*, No. 2:18-cv-03371<br><br>*Gutierres, et al. v. 3M Company, et al.*, No. 2:18-cv-03381<br><br>*Hartman v. 3M Company, et al.*, No. 2:20-cv-00302<br><br>*Helm, et al. v. 3M Company, et al.*, No. 2:18-cv-03401 |

*Hutchison, et al. v. 3M Company, et al.*, No. 2:18-cv-03395

*Kahler, et al. v. 3M Company, et al.*, No. 2:18-cv-03391

*Mola, et al. v. 3M Company, et al.*, No. 2:20-cv-00428

*Niskern, et al. v. 3M Company, et al.*, No. 2:18-cv-03417

*Padilla, et al. v. 3M Company, et al.*, No. 2:18-cv-03404

*Sarvey v. 3M Company, et al.*, No. 2:20-cv-00278

*Smith et al. v. 3M Company, et al.*, No. 2:18-cv-03372

*Southeast Morris County Municipal Utilities Authority v. 3M Company, et al.*, No. 2:22-cv-00199

*Speers, et al. v. 3M Company, et al.*, No. 2:21-cv-03181

*Thompson, et al. v. 3M Company, et al.*, No. 2:18-cv-03390

*Voelker, et al. v. 3M Company, et al.*, No. 2:18-cv-03438

## **ORDER**

Before the Court is Plaintiffs' motion to sever claims in the above-referenced actions against Kidde Fenwal, Inc. ("KFI"), Kidde PLC, Kidde Fire Fighting, Inc., Carrier Global Corporation, Carrier Fire & Security Americas Corp., Inc. (f/k/a UTC Fire & Security Americas Corporation), Raytheon Technologies Corporation (f/k/a United Technologies Corporation), Chubb Fire Ltd., and National Foam, Inc (collectively, the "KFI-Related Entities") pursuant to

Fed. R. Civ. P. 21. (Dkt. No. 4745).  KFI and the KFI-Related Entities consent to, and the other Defendants in the above-referenced actions do not oppose, Plaintiffs' requested relief.[1] (*Id.*)

After consideration of the Motion, the Court **GRANTS** Plaintiffs' motion to sever the claims against KFI and the KFI-Related Entities from the above-referenced actions.  The Court retains jurisdiction to address these severed claims in a future order.

**AND IT IS SO ORDERED**.

                        s/Richard Mark Gergel
                        Hon. Richard Mark Gergel
                        United States District Judge

DATED this 24th day of April, 2024
Charleston, South Carolina

---

[1] By agreeing not to oppose the relief requested, Defense Co-Leads are not waiving and no individual Defendant is waiving any rights or arguments with respect to allocation of fault, contribution, or any other claims, arguments, or defenses that may be asserted as or related to any of the KFI or KFI-Related Entities or as to any of the pending individual personal injury cases selected pursuant to CMO 26C or any of the two water provider bellwether cases selected in the Telomer AFFF Bellwether Program pursuant to CMO 27E.