**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | Master Docket No:    2:18-mn-2873-RMG<br><br>This document relates to:<br><br>*Jeffrey Muzzin v. 3M Company et al.*<br>Case No. 2:23-cv-3553-RMG |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jennifer A. Zarich of Danko Meredith represents Plaintiff Jeffrey Muzzin and hereby gives notice of their appearance as counsel in the above-captioned matter.

Dated: April 24, 2024

Respectfully submitted,

**DANKO MEREDITH**

/s/  Jennifer A. Zarich

Jennifer A. Zarich
333 Twin Dolphin Drive, Suite 145
Redwood Shores, CA 94065
Tel: (650) 453-3600
Fax: (650) 394-8672
jzarich@dankolaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2024, the foregoing document was filed using the Court's CM/ECF system, which will automatically send notice of the same to all registered counsel of record.

/s/ Jennifer A. Zarich

Jennifer A. Zarich
333 Twin Dolphin Drive, Suite 145
Redwood Shores, CA 94065
Tel: (650) 453-3600
Fax: (650) 394-8672
jzarich@dankolaw.com

***Attorneys for Plaintiff***