**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**This Document Relates to ALL CASES** |

**JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT A PROPOSED CMO
REGARDING TIER 2 PERSONAL INJURY BELLWETHER PROCEEDINGS**

Pursuant to Local Civ. Rule 6.01 (D.S.C.), Co-Lead Counsel for Plaintiffs and Defendants respectfully move this Court for a brief extension of time to submit proposals for a Case Management Order regarding Tier 2 Personal Injury Bellwether proceedings. This Motion is based on the following grounds:

1. Pursuant to CMO 26.C, the Parties were to submit a proposed Case Management Order regarding Tier 2 Personal Injury Bellwether proceedings by no later than eight (8) weeks prior to the end of the Tier 1 Discovery period.

2. The Parties previously filed a joint motion requesting an extension of time until April 24, 2024 to allow them to attempt to reach agreement on a proposed Case Management Order regarding Tier 2 Personal Injury Bellwether Proceedings. Dkt. 4831. The Court has not yet ruled on this motion.

3. The Parties have continued to discuss competing proposals and will continue to attempt to reach agreement where possible, but the Parties anticipate that there will likely be disputes for the Court to resolve.

4. To enable the Parties to have a further opportunity to confer and prepare the necessary submissions on any disputes, the Parties now request an extension of seven days to

1

submit competing proposals for the Court's consideration.

5. The Parties' propose to submit their proposals simultaneously at 7:00pm ET on May 1, 2024. Each proposal will be accompanied by a supporting brief not to exceed 12 pages in length.

6. The Parties continue to meet and confer as to whether briefs in response to the other side's submission would be necessary and intend to advise the Court of their positions on this issue by no later than 5:00pm ET on May 3, 2024.

7. The requested extension will not affect any existing deadlines. Given the importance of these issues, the Parties jointly request the Court to grant the requested extension and the proposed briefing process.

WHEREFORE, Co-Lead Counsel for Plaintiffs and Defendants respectfully request that the Court extend the time for the parties to submit proposals for a Case Management Order regarding Tier 2 Personal Injury Bellwether proceedings to May 1, 2024.

Dated: April 24, 2024                                  Respectfully submitted,

/s/ Michael A London                                   /s/ Michael A. Olsen
Michael A London                                       Michael A. Olsen
Douglas and London PC                                  Mayer Brown LLP
59 Maiden Lane, 6th Floor                              71 South Wacker Drive
New York, NY 10038                                     Chicago, IL 60606
P: (212) 566-7500                                      P: (312) 701-7120
mlondon@douglasandlondon.com                           molsen@mayerbrown.com

Paul J. Napoli, Esq.                                   Joseph G. Petrosinelli
Napoli Shkolnik                                        Williams & Connolly LLP
1302 Avenida Ponce de León                             725 Twelfth Street, N.W.
Santurce, Puerto Rico 00907                            Washington, DC 20005
P: (833) 271-4502                                      P: (202) 434-5547
pnapoli@nsprlaw.com                                    jpetrosinelli@wc.com

                                                       *Co-Lead Counsel for Defendants*

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
P: (214) 521-3605
ssummy@baronbudd.com

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
P: (843) 216-9000
jrice@motleyrice.com

*Co-Lead Counsel for Plaintiffs*

Fred Thompson, III
Motley Rice LLC
28 Bridgeside Blvd.
Mt Pleasant, SC 29464
P: (843)-216-9000
F: (843)-216-9440
fthompson@motleyrice.com

*Liaison Counsel for Plaintiffs*

David E. Dukes
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
P: (803) 255-9451
F: (803) 256-7500
david.dukes@nelsonmullins.com

Brian Duffy
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
P: (843) 720-2044
F: (843) 720-2047
bduffy@duffyandyoung.com

*Co-liaison Counsel for Defendants*