**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**This Document Relates to ALL CASES** |

**JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT A PROPOSED ORDER
REGARDING CERTAIN PERSONAL INJURY CLAIMS**

Pursuant to Local Civ. Rule 6.01 (D.S.C.), Co-Lead Counsel for Plaintiffs and Defendants respectfully move this Court for a brief extension of time to submit a proposed order addressing the high cholesterol and pregnancy-induced hypertension claims that are currently part of these proceedings. This Motion is based on the following grounds:

1. Pursuant to CMO 28, the parties are to submit a proposed order addressing the high cholesterol and pregnancy-induced hypertension claims that are currently part of these proceedings on or before May 1, 2024.

2. The Parties are continuing to meet and confer regarding this issue.

3. This deadline has not been previously extended.

4. The parties request an extension until June 28, 2024 to submit a proposed order.

5. This extension will not affect any existing deadlines.

WHEREFORE, Co-Lead Counsel for Plaintiffs and Defendants respectfully request that the Court extend the time for the parties to submit a proposed order addressing the high cholesterol and pregnancy-induced hypertension claims that are currently part of these proceedings to June 28, 2024.

Dated: April 24, 2024

/s/ Michael A London
Michael A London
Douglas and London PC
59 Maiden Lane, 6th Floor
New York, NY 10038
P: (212) 566-7500
mlondon@douglasandlondon.com

Paul J. Napoli, Esq.
Napoli Shkolnik
1302 Avenida Ponce de León
Santurce, Puerto Rico 00907
P: (833) 271-4502
pnapoli@nsprlaw.com

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
P: (214) 521-3605
ssummy@baronbudd.com

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
P: (843) 216-9000
jrice@motleyrice.com

*Co-Lead Counsel for Plaintiffs*

Fred Thompson, III
Motley Rice LLC
28 Bridgeside Blvd.
Mt Pleasant, SC 29464
P: (843)-216-9000
F: (843)-216-9440
fthompson@motleyrice.com

*Liaison Counsel for Plaintiffs*

Respectfully submitted,

/s/ Michael A. Olsen
Michael A. Olsen
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
P: (312) 701-7120
molsen@mayerbrown.com

Joseph G. Petrosinelli
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
P: (202) 434-5547
jpetrosinelli@wc.com

*Co-Lead Counsel for Defendants*

David E. Dukes
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
P: (803) 255-9451
F: (803) 256-7500
david.dukes@nelsonmullins.com

Brian Duffy
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
P: (843) 720-2044
F: (843) 720-2047
bduffy@duffyandyoung.com

*Co-liaison Counsel for Defendants*