# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>This Document Relates To All Actions |

**JOINT MOTION FOR ENTRY OF PROPOSED CASE MANAGEMENT 26D**

Pursuant to Paragraph B.2 of Case Management Order 26C, the Defense Co-Leads and Defense Coordinating Committee and the Plaintiffs' Executive Committee (collectively, the "Parties") jointly move for the entry of Proposed Case Management Order 26D. In support of this motion, the Parties state as follows:

1. Case Management Order 26C ordered the Parties to propose "a process for selecting the Initial Personal Injury Bellwether Trial Pool Plaintiffs, as well as a schedule for completing such further discovery and trial preparation, up to the selection of the first personal injury bellwether trial."

2. Following extensive negotiations between the Parties and several extensions of the Court's submission deadline, the Parties have reached agreement on the terms of a proposed case management order.

3. Accordingly, the Parties now submit proposed Case Management Order 26D, attached hereto as Exhibit A, for consideration and entry by the Court.

WHEREFORE, the Parties respectfully request that the Court enter proposed Case Management Order 26D, attached as Exhibit A.

Dated: May 6, 2024 | Respectfully submitted,

*/s/ Michael A. London* | */s/ Michael A. Olsen*

Michael A London
Douglas and London PC
59 Maiden Lane, 6th Floor
New York, NY 10038
P: (212) 566-7500
mlondon@douglasandlondon.com

Paul J. Napoli, Esq.
Napoli Shkolnik
1302 Avenida Ponce de León
Santurce, Puerto Rico 00907
P: (833) 271-4502
pnapoli@nsprlaw.com

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
P: (214) 521-3605
ssummy@baronbudd.com

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
P: (843) 216-9000
jrice@motleyrice.com

*Co-lead Counsel for Plaintiffs*

Michael A. Olsen
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
P: (312) 701-7120
molsen@mayerbrown.com

Joseph G. Petrosinelli
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
P: (202) 434-5547
jpetrosinelli@wc.com

*Co-lead Counsel for Defendants*