# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING ) <br> FOAMS PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ) <br> ) <br> ) | **MDL No. 2:18-mn-02873-RMG** |

                            2:23-cv-03720-RMG
                            2:23-cv-04237-RMG
                            2:23-cv-04277-RMG
                            2:23-cv-04365-RMG
                            2:23-cv-04366-RMG
                            2:23-cv-04851-RMG
                            2:23-cv-04890-RMG
                            2:23-cv-04918-RMG
                            2:23-cv-04999-RMG
                            2:23-cv-05616-RMG
                            2:23-cv-05617-RMG
                            2:23-cv-05794-RMG
                            2:23cv05850-RMG
                            2:23cv05936-RMG
                            2:23cv06407-RMG
                            2:23cv06409-RMG
                            2:23cv06410-RMG
                            2:23cv06411-RMG
                            2:23cv06412-RMG
                            2:23cv06414-RMG
                            2:23cv06415-RMG
                            2:23cv06634-RMG
                            2:23cv06792-RMG
                            2:23cv06802-RMG
                            2:23cv06803-RMG
                            2:23cv06806-RMG
                            2:23cv06807-RMG
                            2:24cv00149-RMG
                            2:24cv00198-RMG
                            2:24cv00294-RMG

2:24cv00356-RMG
2:24cv00360-RMG
2:24cv00363-RMG
2:24cv00364-RMG
2:24cv00365-RMG
2:24cv00366-RMG
2:24cv00368-RMG
2:24cv00377-RMG
2:24cv00392-RMG
2:24cv00395-RMG
2:24cv00396-RMG
2:24cv00397-RMG
2:24cv00398-RMG
2:24cv00399-RMG
2:24cv00400-RMG
2:24cv00401-RMG
2:24cv00426-RMG
2:24cv00428-RMG
2:24cv00429-RMG
2:24cv00432-RMG
2:24CV00443-RMG
2:24cv00529-RMG
2:24cv00612-RMG
2:24cv00755-RMG
2:24cv00757-RMG
2:24cv00798-RMG
2:24cv00849-RMG
2:24cv00894-RMG
2:24cv00958-RMG
2:24cv01003-RMG
2:24cv01022-RMG
2:24cv01029-RMG
2:24cv01109-RMG
2:24cv01198-RMG
2:24cv01270-RMG
2:24cv01385-RMG
2:24cv01397-RMG
2:24cv01444-RMG
2:24cv01683-RMG
2:24cv01744-RMG
2:24cv01811-RMG
2:24cv01908-RMG
2:24cv01909-RMG
2:24cv01912-RMG
2:24cv01913-RMG
2:24cv01915-RMG

2:24cv01916-RMG
2:24cv02002-RMG
2:24cv02003-RMG
2:24cv02004-RMG
2:24cv02005-RMG
2:24cv02143-RMG
2:24cv02144-RMG
2:24cv02145-RMG
2:24cv02147-RMG
2:24cv02153-RMG
2:24cv02158-RMG
2:24cv02169-RMG
2:24cv02170-RMG
2:24cv02171-RMG
2:24cv02174-RMG
2:24cv02177-RMG
2:24cv02178-RMG
2:24cv02180-RMG
2:24cv02181-RMG
2:24cv02184-RMG
2:24cv02186-RMG
2:24cv02187-RMG
2:24cv02188-RMG
2:24cv02189-RMG
2:24cv02252-RMG
2:24cv02254-RMG
2:24cv02255-RMG
2:24cv02256-RMG
2:24cv02259-RMG
2:24cv02263-RMG
2:24cv02267-RMG
2:24cv02286-RMG
2:24cv02287-RMG
2:24cv02288-RMG
2:24cv02290-RMG
2:24cv02292-RMG
2:24cv02293-RMG
2:24cv02295-RMG
2:24cv02296-RMG
2:24cv02297-RMG
2:24cv02298-RMG
2:24cv02299-RMG
2:24cv02300-RMG
2:24cv02301-RMG
2:24cv02302-RMG
2:24cv02303-RMG

2:24cv02304-RMG
2:24cv02305-RMG
2:24cv02306-RMG
2:24cv02307-RMG
2:24cv02308-RMG
2:24cv02309-RMG
2:24cv02310-RMG
2:24cv02311-RMG
2:24cv02312-RMG
2:24cv02314-RMG
2:24cv02315-RMG
2:24cv02316-RMG
2:24cv02317-RMG
2:24cv02318-RMG
2:24cv02319-RMG
2:24cv02320-RMG
2:24cv02323-RMG
2:24cv02324-RMG
2:24cv02325-RMG
2:24cv02326-RMG
2:24cv02327-RMG
2:24cv02328-RMG
2:24cv02329-RMG
2:24cv02330-RMG
2:24cv02331-RMG
2:24cv02333-RMG
2:24cv02334-RMG
2:24cv02336-RMG
2:24cv02337-RMG
2:24cv02339-RMG
2:24cv02340-RMG
2:24cv02343-RMG
2:24cv02348-RMG
2:24cv02349-RMG
2:24cv02350-RMG
2:24cv02351-RMG
2:24cv02353-RMG
2:24cv02354-RMG
2:24cv02357-RMG
2:24cv02358-RMG
2:24cv02359-RMG
2:24cv02360-RMG
2:24cv02361-RMG
2:24cv02364-RMG
2:24cv02372-RMG
2:24cv02373-RMG

2:24cv02374-RMG
2:24cv02375-RMG
2:24cv02376-RMG
2:24cv02377-RMG
2:24cv02378-RMG
2:24cv02379-RMG
2:24cv02380-RMG
2:24cv02381-RMG
2:24cv02382-RMG
2:24cv02383-RMG
2:24cv02401-RMG
2:24cv02420-RMG
2:24cv02421-RMG
2:24cv02422-RMG
2:24cv02423-RMG
2:24cv02424-RMG
2:24cv02425-RMG
2:24cv02426-RMG
2:24cv02430-RMG
2:24cv02431-RMG
2:24cv02432-RMG
2:24-cv-02434-RMG
2:24-cv-02444-RMG
2:24-cv-02445-RMG
2:24-cv-02449-RMG
2:24-cv-02453-RMG
2:24-cv-02455-RMG
2:24-cv-02460-RMG
2:24-cv-02467-RMG
2:24-cv--02470-RMG
2:24-cv-02474-RMG
2:24-cv-02477-RMG
2:24-cv-02478-RMG
2:24-cv-02479-RMG
2:24-cv-02480-RMG
2:24-cv-02481-RMG
2:24-cv-02482-RMG
2:24-cv-02483-RMG
2:24-cv-02485-RMG
2:24-cv-02534-RMG
2:24-cv-02485-RMG
2:24-cv-02533-RMG
2:24-cv-02534-RMG
2:24-cv-02535-RMG
2:24-cv-02536-RMG
2:24-cv-02537-RMG

2:24-cv-02538-RMG
2:24-cv-02539-RMG
2:24-cv-02540-RMG
2:24-cv-02541-RMG
2:24-cv-02542-RMG
2:24-cv-02543-RMG
2:24-cv-02544-RMG
2:24-cv-02545-RMG
2:24-cv-02546-RMG
2:24-cv-02548-RMG
2:24-cv-02550-RMG
2:24-cv-02551-RMG
2:24-cv-02552-RMG
2:24-cv-02553-RMG
2:24-cv-02554-RMG
2:24-cv-02555-RMG
2:24-cv-02556-RMG
2:24-cv-02557-RMG
2:24-cv-02558-RMG
2:24-cv-02559-RMG
2:24-cv-02560-RMG
2:24-cv-02561-RMG
2:24-cv-02571-RMG
2:24-cv-02572-RMG
2:24-cv-02574-RMG
2:24-cv-02575-RMG
2:24-cv-02576-RMG
2:24-cv-02578-RMG
2:24-cv-02579-RMG
2:24-cv-02580-RMG
2:24-cv-02581-RMG
2:24-cv-02605-RMG
2:24-cv-02607-RMG
2:24-cv-02608-RMG
2:24-cv-02609-RMG
2:24-cv-02611-RMG
2:24-cv-02613-RMG
2:24-cv-02729-RMG
2:24-cv-03024-RMG
2:24-cv-03025-RMG
2:24-cv-03026-RMG
2:24-cv-03027-RMG
And any other cases filed hereafter.

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT CB GARMENT, INC.**

The undersigned hereby certifies and advises this Court, the parties, and their attorneys, that Jay Davis, Brandt Horton and Ashton Phillips are appearing on behalf of Defendant CB GARMENT, INC. in the above-captioned matters.

**CLEMENT RIVERS, LLP**

By: ___s/ D. Jay Davis, Jr._____
D. Jay Davis, Jr.  Fed. ID # 6723
Brandt R. Horton, Fed. ID # 72572
T. Ashton Phillips, III, Fed. ID # 13205
P.O. Box 993, Charleston, SC 29402
Phone: (843) 720-5406
Fax: (843) 579-1398
jdavis@ycrlaw.com
bhorton@ycrlaw.com
aphillips@ycrlaw.com

*Attorneys for Defendant CB Garment, Inc.*

Charleston, South Carolina

Dated:  ___May 21, 2024____