# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | Master Docket No.: 2:18-mn-2873-RMG |

| | |
|---|---|
| CITY OF CAMDEN, et al., *Plaintiffs*, -vs- BASF CORPORATION, individually and as successor in interest to Ciba Inc., *Defendant.* | |

## MOTION FOR LEAVE TO FILE MULTI-PLAINTIFF COMPLAINT

## INTRODUCTION

Plaintiffs City of Camden, California Water Service Company, City of Benwood, City of Brockton, City of Delray Beach, City of Freeport, City of Sioux Falls, City of South Shore, Coraopolis Water & Sewer Authority, Dalton Farms Water System, Martinsburg Municipal Authority, Township of Verona, and Village of Bridgeport are Public Water Systems, as such term is defined by the EPA, that draw or otherwise collect from any water source that was tested or otherwise analyzed for PFAS and found to contain any PFAS at any level.

Plaintiffs seek to file the attached Complaint to recover damages for the contamination of their drinking water wells and supplies. The named Plaintiffs seek to represent a class of Public Water Systems throughout the United States of America that have one or more water sources found to contain PFAS.

3

A class is appropriate and necessary here to protect the rights of those Public Water Systems that are faced with PFAS contamination in their water sources.

Plaintiffs seek leave to file this multi-plaintiff action in MDL 2873 pursuant to CMO 3, paragraph 26.

## **REQUEST FOR LEAVE**

Plaintiffs' claims arise out of PFAS contamination in their Public Water Systems' drinking water.  They involve the common questions of law and fact that MDL 2873 was established to address in an efficient and comprehensive manner, and Plaintiffs' lawsuit will be transferred to this MDL even if filed in a different federal district court.  Because Plaintiffs' lawsuit would be transferred to this Court, the interests of judicial economy are furthered by permitting direct filing into the MDL.

Dated:  May 23, 2024

                Respectfully submitted,

                /s/ Michael A. London
                Michael A. London
                Douglas and London PC
                59 Maiden Lane, 6th Floor
                New York, NY 10038
                212-566-7500
                212-566-7501 (fax)
                mlondon@douglasandlondon.com

                /s/ Paul J. Napoli
                Paul J. Napoli
                Napoli Shkolnik
                1302 Avenida Ponce de León
                San Juan, PR 00907
                Tel: (833) 271-4502
                Fax: (646) 843-7603
                pnapoli@nsprlaw.com

/s/ Scott Summy
Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
214-521-3605
ssummy@baronbudd.com

/s/ Joseph Rice
Joseph Rice
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
P: (843) 216-9000
Fax: 843-216-9440
jrice@motleyrice.com

*Proposed Class Counsel*

<u>**CERTIFICATE OF**</u>
<u>**SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing was electronically filed with this Court's CM/ECF on this 23rd day of May, 2024 and was thus served electronically upon counsel of record.

<u>/s/ Michael A. London</u>
Michael A. London
Douglas and London PC
59 Maiden Lane, 6th Floor
New York, NY 10038
212-566-7500
212-566-7501 (fax)
mlondon@douglasandlondon.com
