**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) | Master Docket No.: 2:18-mn-2873-RMG |

| | |
|---|---|
| CITY OF CAMDEN, et al., | ) ) ) |
| *Plaintiffs,* | ) ) |
| -*vs*- | ) ) |
| BASF CORPORATION, individually and as successor in interest to Ciba Inc., | ) ) ) ) |
| *Defendant.* | |

**[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION
FOR LEAVE TO FILE MULTI-PLAINTIFF COMPLAINT**

The Court hereby GRANTS Plaintiffs' Motion for Leave to File a Multi-Plaintiff Complaint in MDL 2873 and orders the Complaint docketed.

**AND IT IS SO ORDERED**

_____, 2024
Charleston, South Carolina

_____
Richard Mark Gergel
United States District Court Judge

<u>**CERTIFICATE OF**</u>
<u>**SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing was electronically filed with this Court's CM/ECF on this 23rd day of May, 2024 and was thus served electronically upon counsel of record.

/s/ Michael A. London
Michael A. London
Douglas and London PC
59 Maiden Lane, 6th Floor
New York, NY 10038
212-566-7500
212-566-7501 (fax)
mlondon@douglasandlondon.com