# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2:18-mn-2873-RMG<br><br>This Document Relates To:<br>**2:18-cv-03366-RMG** |

## NOTICE OF APPEARANCE OF LAUREN M. KNAPP

Please take notice that Lauren M. Knapp, of the law firm Burg Simpson Eldredge Hersh & Jardine, P.C., hereby enters an appearance as counsel of record for Plaintiffs Alan Davis, Billy Long, Donald Easter, Joyce Moore, Leslie Davis, Linda Long, Lonnie Rouser, Rhonda Sharkey, Theresa Easter, Carol Flathers, David Bell, Deanne Lopez, Janet Bahner, Judy Barstad, Lorencio Atchley, Marilyn Bennett, Marnello Boddie, Mary Niemetz, Patricia Atchley, Pennie Gale, Phyllis Taylor, Walter Gale, and Yvonne Strachan in the above-referenced action.  Lauren M. Knapp enters her appearance in addition to all counsel who previously entered their appearance on behalf of these specific Plaintiffs.

Dated: May 28, 2024

Respectfully Submitted,

*/s/ Lauren M. Knapp*

Lauren M. Knapp, CO53737
**BURG SIMPSON**
**ELDREDGE HERSH & JARDINE, P.C.**
40 Inverness Drive East
Englewood, Colorado 80112
Telephone: (303) 792-5595
Facsimile: (303) 708-0527
E-Mail: LKnapp@burgsimpson.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of May 2024, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system and thereby serving all counsel of record.

/s/ Aleah M. Ratcliff
Aleah M. Ratcliff