UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| THOMAS PHILLIP MANZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:23-cv-03311 |
| | ) |
| 3M COMPANY (f/k/a Minnesota Mining and | ) Master Docket No: 2:18-mn-02873 |
| Manufacturing Company); *et al.* | ) |
| | ) |
| Defendants. | ) |

### MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Erin D. Lawrence of Boulware Law LLC, pursuant to Local Rule 83.I.07(a), respectfully requests the Court enter an Order granting her Motion to Withdraw as counsel for Plaintiff. Ms. Lawrence is leaving Boulware Law LLC and will no longer be an attorney at the firm effective June 1, 2024. Plaintiff consents to the relief requested in this motion and will continue to be represented by Brandon J.B. Boulware and Jeremy M. Suhr of Boulware Law LLC.

Dated: May 30, 2024                              Respectfully submitted,

                                                 BOULWARE LAW LLC

                                                 By: /s/ Erin D. Lawrence
                                                 Ern D. Lawrence       MO Bar # 63021
                                                 Boulware Law LLC
                                                 1600 Genessee Street, Suite 416
                                                 Kansas City, MO 64102
                                                 Tel:   (816) 492-2826
                                                 erin@bouwlare-law.com

1

## CERTIFICATE OF SERVICE

    I hereby certify that on this 30th day of May 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case.

                                          /s/ Erin D. Lawrence