IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | Master Docket No.: 2:18-mn-2873-RMG |
| CITY OF CAMDEN, et al., *Plaintiffs,* -vs- BASF CORPORATION, individually and as successor in interest to Ciba Inc., *Defendants.* | Civil Action No.: 2:24-cv-03174-RMG |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, FOR CERTIFICATION OF SETTLEMENT CLASS AND FOR PERMISSION TO DISSEMINATE CLASS NOTICE**

Plaintiffs, City of Camden, California Water Service Company, City of Benwood, City of Brockton, City of Delray Beach, City of Freeport, City of Sioux Falls, City of South Shore, Coraopolis Water & Sewer Authority, Dalton Farms Water System, Martinsburg Municipal Authority, Township of Verona, and Village of Bridgeport, pursuant to Federal Rule of Civil Procedure 23 (a), (b) and (e), respectfully submit this Motion for: (1) preliminary approval of a proposed Settlement Agreement with BASF Corporation ("BASF"); (2) preliminary certification, for settlement purposes only, of the Settlement Class; (3) approval of the form of Notice to the Settlement Class; (4) approval of the Notice Plan and approval of its commencement; (5) appointment of Class Counsel; (6) appointment of Class Representatives; (7) appointment of the Notice Administrator; (8) appointment of

the Claims Administrator; (9) appointment of the Opt Out Administrator; (10) appointment of the Special Master; (11) the scheduling of Objection, Opt Out, and other deadlines; and (12) the scheduling of a Final Fairness Hearing.

For the reasons set forth in the accompanying memorandum of law, the proposed Settlement is fair, reasonable, and adequate, and the proposed class should be preliminarily certified so that class notice may properly be disseminated.

Dated: June 3, 2024

                          Respectfully submitted,

                          /s/ Michael A. London
                          Michael A. London
                          Douglas and London
                          P.C. 59 Maiden Lane,
                          6th Floor New York,
                          NY 10038
                          212-566-7500
                          212-566-7501 (fax)
                          mlondon@douglasandlondon.com

                          Paul J. Napoli
                          Napoli Shkolnik
                          1302 Avenida Ponce de León
                          San Juan, Puerto Rico 00907
                          Tel: (833) 271-4502
                          Fax: (646) 843-7603
                          pnapoli@nsprlaw.com

                          Scott Summy
                          Baron & Budd, P.C.
                          3102 Oak Lawn Avenue, Suite 1100
                          Dallas, TX 75219
                          214-521-3605
                          ssummy@baronbudd.com

                          Joseph F. Rice
                          Motley Rice
                          28 Bridgeside Boulevard
                          Mt. Pleasant, SC 29464
                          jrice@motleyrice.com

                          *Proposed Class Counsel*

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was electronically filed with this Court's CM/ECF on this 3rd day of June, 2024 and was thus served electronically upon counsel of record.

    /s/ Michael A. London
Michael A. London
Douglas and London PC
59 Maiden Lane, 6th Floor
New York, NY 10038
212-566-7500
212-566-7501 (fax)
mlondon@douglasandlondon.com