**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| In re:<br><br>AQUEOUS FILM-FORMING FOAMS<br>PRODUCTS LIABILITY LITIGATION | **MDL No. 2:18-mn-2873-RMG**<br><br>**This Document relates to:**<br>*Paraskevas Gyparakis v. 3M Company et al.*,<br>No. 2:24-cv-01415-RMG |

**NOTICE OF APPEARANCE OF COUNSEL**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I am admitted or otherwise authorized to practice in this court, and I hereby appear in this case as counsel to *Paraskevas S. Gyparakis.*

Dated: New York, New York
      June 11, 2024

By: _____
         Paris Gyparakis

Paris Gyparakis, Esq.
1675 Broadway, Ste 1810
New York, NY 10019
(646) 348-6727
pgyparakis@pbnlaw.com