# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.: 2:18-mn-02873-RMG<br><br>Notice of Dismissal<br><br>This Document Relates to: *See* Exhibit A |

## NOTICE OF DISMISSAL OF ENTIRE ACTION(S) WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) & SECOND AMENDED CASE MANAGEMENT ORDER NO. 28

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and pursuant to Paragraph 6 of Second Amended CMO 28, each listed action as described in Exhibit A attached is hereby **DISMISSED WITHOUT PREJUDICE,** in its entirety**,** as to all defendants without costs to any party. Such dismissal shall include the dismissal of any derivative loss of consortium claim for the underlying dismissed claims.

Dated: June 17, 2024

Respectfully submitted,

By: */s/ Tessa G. Cuneo*
Tessa G. Cuneo
ASK LLP
2600 Eagan Woods Drive, Ste 400
St. Paul, MN 55121
Phone: (651) 406-9665
Fax: (651) 406-9676
tcuneo@askllp.com

| Case Name | Case Number |
|---|---|
| *James Pierce v. 3M Company, The et al.* | 2:24-cv-00571 |
| *Richard Epps v. 3M Company, The et al.* | 2:24-cv-00572 |
| *Roger Yaste v. 3M Company, The et al.* | 2:24-cv-00847 |
| *Kailum Alexander v. 3M Company, The et al.* | 2:24-cv-02792 |
| *James Merryman v. 3M Company, The et al.* | 2:24-cv-03115 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 17, 2024, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

*/s/ Tessa G. Cuneo*
Tessa G. Cuneo