# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.: 2:18-mn-02873-RMG<br><br>Notice of Dismissal<br><br>This Document Relates to *See Exhibit A*. |

## NOTICE OF DISMISSAL BY LISTED PLAINTIFFS ONLY, WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) & SECOND AMENDED CASE MANAGEMENT ORDER NO. 28

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and pursuant to Paragraph 6 of Second Amended CMO 28, the entire action of each Plaintiff listed in Exhibit A attached is hereby **DISMISSED WITHOUT PREJUDICE,** as to all defendants and without costs to any party. Such dismissal shall include the dismissal of any derivative loss of consortium claim for the underlying dismissed claims.

Dated: July 2, 2024

Respectfully submitted,

By: */s/ Gary A. Anderson*
Gary A. Anderson
Environmental Litigation Group P.C.
2160 Highland Ave. S
Birmingham, Alabama 35205
205-328-9200
Gary@elglaw.com

| Case Number | Case Name | Plaintiff Name |
|---|---|---|
| 2:23-cv-01746-RMG | Hayden et al. v. The 3M Company et al. | John McGaffin |
| 2:23-cv-01746-RMG | Hayden et al. v. The 3M Company et al. | Kirk McLaughlin |
| 2:23-cv-01746-RMG | Hayden et al. v. The 3M Company et al. | Kemper Meade |
| 2:23-cv-01746-RMG | Hayden et al. v. The 3M Company et al. | Gary Meeks |
| 2:23-cv-01746-RMG | Hayden et al. v. The 3M Company et al. | David Mendonca |
| 2:23-cv-01746-RMG | Hayden et al. v. The 3M Company et al. | Alfred Miller |
| 2:23-cv-02712-RMG | Anderson et al. v. The 3M Company et al. | Gregory Bunn |
| 2:23-CV-02836-RMG | Nolze et al. v. The 3M Company et al. | Randy Miltier |
| 2:23-CV-02836-RMG | Nolze et al. v. The 3M Company et al. | Isidro Molina |
| 2:23-CV-02836-RMG | Nolze et al. v. The 3M Company et al. | David Montgomery |
| 2:23-CV-02836-RMG | Nolze et al. v. The 3M Company et al. | Joseph Moody |
| 2:23-CV-02836-RMG | Nolze et al. v. The 3M Company et al. | Everette Moon |
| 2:23-CV-02836-RMG | Nolze et al. v. The 3M Company et al. | Paul Moore |
| 2:23-CV-02836-RMG | Nolze et al. v. The 3M Company et al. | Ransom Moreland |
| 2:23-CV-02836-RMG | Nolze et al. v. The 3M Company et al. | Brian Moses |
| 2:23-CV-02836-RMG | Nolze et al. v. The 3M Company et al. | Donald Muellhaupt |
| 2:23-CV-02836-RMG | Nolze et al. v. The 3M Company et al. | David Murray |
| 2:23-CV-02836-RMG | Nolze et al. v. The 3M Company et al. | Lyle Musick |
| 2:23-CV-02836-RMG | Nolze et al. v. The 3M Company et al. | William Nolze |

| | | |
|---|---|---|
| 2:23-CV-02836-RMG | Nolze et al. v. The 3M Company et al. | Leonard O'Brian |
| 2:23-CV-02836-RMG | Nolze et al. v. The 3M Company et al. | Thomas O'Connell |
| 2:23-CV-02836-RMG | Nolze et al. v. The 3M Company et al. | Michael Opalinski |
| 2:23-CV-02836-RMG | Nolze et al. v. The 3M Company et al. | Harold Pappas |
| 2:23-CV-02836-RMG | Nolze et al. v. The 3M Company et al. | Jason Parham |
| 2:23-CV-02836-RMG | Nolze et al. v. The 3M Company et al. | Ricky Parker |
| 2:23-CV-02836-RMG | Nolze et al. v. The 3M Company et al. | Joseph Pate |
| 2:23-CV-02836-RMG | Nolze et al. v. The 3M Company et al. | Martin Willis |
| 2:23-CV-02836-RMG | Nolze et al. v. The 3M Company et al. | Robi Willis |
| 2:23-cv-02837-RMG | Harper et al. v. The 3M Company et al. | Dennis Payne |
| 2:23-cv-02837-RMG | Harper et al. v. The 3M Company et al. | Jay Pederson |
| 2:23-cv-02837-RMG | Harper et al. v. The 3M Company et al. | Delma Penn |
| 2:23-cv-02837-RMG | Harper et al. v. The 3M Company et al. | James Poehlman |
| 2:23-cv-02837-RMG | Harper et al. v. The 3M Company et al. | Melvin Polk |
| 2:23-cv-02837-RMG | Harper et al. v. The 3M Company et al. | Jesse Powell |
| 2:23-cv-02837-RMG | Harper et al. v. The 3M Company et al. | Vernon Pressley |
| 2:23-cv-02837-RMG | Harper et al. v. The 3M Company et al. | Jonathan Prokopis |
| 2:23-cv-02837-RMG | Harper et al. v. The 3M Company et al. | Maurice Rakestraw |
| 2:23-cv-02837-RMG | Harper et al. v. The 3M Company et al. | Nelson Ramos |
| 2:23-cv-02837-RMG | Harper et al. v. The 3M Company et al. | Julian Raper |

| | | |
|---|---|---|
| | Company et al. | |
| 2:23-cv-02837-RMG | Harper et al. v. The 3M Company et al. | Lyn Rapp |
| 2:23-cv-02837-RMG | Harper et al. v. The 3M Company et al. | Ellis Ray |
| 2:23-cv-02837-RMG | Harper et al. v. The 3M Company et al. | Howard Rechtschaffen |
| 2:23-cv-02837-RMG | Harper et al. v. The 3M Company et al. | Rickey Redmon |
| 2:23-cv-02837-RMG | Harper et al. v. The 3M Company et al. | Nathaniel Reed |
| 2:23-cv-02837-RMG | Harper et al. v. The 3M Company et al. | Stephen Renison |
| 2:23-cv-02837-RMG | Harper et al. v. The 3M Company et al. | Mark Rinkevicz |
| 2:23-cv-02837-RMG | Harper et al. v. The 3M Company et al. | Kenneth Robbins |
| 2:23-cv-02837-RMG | Harper et al. v. The 3M Company et al. | John Roberts |
| 2:23-cv-02837-RMG | Harper et al. v. The 3M Company et al. | Timothy Robertson |
| 2:23-cv-02837-RMG | Harper et al. v. The 3M Company et al. | Brent Wimpee |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 2, 2024, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

*/s/Gary A. Anderson*
Gary A. Anderson