# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No: 2:18-mn-2873-RMG<br><br>**This Document Relates to All Actions** |

## NOTICE OF APPEARANCE

Stephen D. Feldman of Robinson, Bradshaw & Hinson, P.A. hereby provides notice of his appearance as counsel for Honeywell International Inc. (including as successor-in-interest to Allied Chemical Corporation), Honeywell Safety Products USA, Inc., Morning Pride Manufacturing, LLC d/b/a Honeywell First Responder Products, and Sperian Protective Apparel USA, LLC in all cases in which these parties have been named as a defendant.

This 2nd day of July, 2024.

*/s/ Stephen D. Feldman*
Stephen D. Feldman
N.C. Bar No. 34940
sfeldman@robinsonbradshaw.com

ROBINSON, BRADSHAW & HINSON, P.A.
434 Fayetteville Street, Suite 1600
Raleigh, North Carolina 27601
Telephone:    919.239.2600
Facsimile:    919.328.8791

CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing *Notice of Appearance* with the Court using the CM/ECF system, which will send notification of such filing to all registered counsel of record.

This 2nd day of July, 2024.

*/s/ Stephen D. Feldman*
Stephen D. Feldman