UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.: 2:18-mn-02873-RMG<br><br>Notice of Dismissal<br><br>This Document Relates to<br><br>*Brown, et al v. 3M Company et al,*<br>No.: 2:24-cv-02108-RMG |

**NOTICE OF DISMISSAL BY LISTED PLAINTIFFS ONLY, WITHOUT PREJUDICE PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) &
SECOND AMENDED CASE MANAGEMENT ORDER NO. 28**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and pursuant to Paragraph 6 of Second Amended CMO 28, the entire action of each Plaintiff listed in Exhibit A attached is hereby **DISMISSED WITHOUT PREJUDICE,** as to all defendants and without costs to any party. Such dismissal shall include the dismissal of any derivative loss of consortium claim for the underlying dismissed claims.

Dated: July 7, 2024　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　By: *s/Merritt Cunningham*
　　　　　　　　　　　　　　　Michael G. Stag (LA Bar 23314)
　　　　　　　　　　　　　　　Merritt Cunningham (LA Bar 32843)
　　　　　　　　　　　　　　　STAG LIUZZA, LLC
　　　　　　　　　　　　　　　365 Canal St., Ste. 2850
　　　　　　　　　　　　　　　New Orleans, LA 70130
　　　　　　　　　　　　　　　Phone: (504) 593-9600
　　　　　　　　　　　　　　　Fax: (504) 593-9601
　　　　　　　　　　　　　　　mstag@stagliuzza.com
　　　　　　　　　　　　　　　mcunningham@stagliuzza.com

| Case Name | Case Number | Plaintiff Name |
|---|---|---|
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Clayton Rapier |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Joseph Raynor |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Joseph Reif |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Steven Resnick |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Bill Rice |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Douglas Richey |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | David Richmond |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Melvin Richmond |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Benito Rios |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Ronald Robison |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | George Rollins |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Michael Rosler |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Jody Roup |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Juan Salas |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Jose Salazar |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Alejandro Sandoval |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Andre Sanford |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Gerald Saslaw |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Clifford Scheel |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Carl Sexton |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Jesse Shackleford |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Thomas Shefchunas |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Mark Sicking |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Rocky Silva |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | William Sleeper |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Daniel Smith |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Irvin Smith |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | James Smith |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | James L. Smith |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | James R. Smith |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Jerry Smith |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Kevin Smith |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Larry Spriggs |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Michael Stauffer |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Jackie Steelman |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Ralph Stewart |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | David Stinnett |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | David L. Stinnett |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Kenneth Streck |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Stephen Strickland |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Elliott Sturm |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Lee Sutton |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Charles Swanson |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Gary Switzer |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Darwyn Taylor |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Donald Taylor |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | John Taylor |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | David Thacker |

| | | |
|---|---|---|
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | Charles Thomas |
| Michael Brown, et al v. The 3M Co., et al | 2:24-cv-02108-RMG | David Thomas |

2:24-cv-02108-RMG     Date Filed 07/07/24     Entry Number 16     Page 3 of 4

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on July 7 2024, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

                                                         *s/Merritt Cunningham*
                                                         Merritt Cunningham