**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-<br>FORMING FOAMS PRODUCTS<br>LIABILITY LITIGATION | )<br>)<br>)<br>)<br>)<br>) | MDL No. 2:18-mn-2873-RMG<br><br>**This Document Relates to Case**<br>**No. 20-cv-02115-RMG** |

## NEW MEXICO'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law in Support of Plaintiffs the State of New Mexico and the New Mexico Environment Department's (collectively, "New Mexico") Motion for Leave to File Second Amended Complaint, and accompanying exhibits, New Mexico moves this Court for an Order pursuant to Federal Rule of Procedure 15(a)(2) granting New Mexico leave to file its proposed Second Amended Complaint in this action.

Pursuant to paragraph three (3) of Case Management Order No. 2.A, prior to the filing of this Motion counsel for New Mexico conferred with Co-Lead Counsel for Plaintiffs, who provided their consent and have signed this Motion accordingly. Furthermore, pursuant to Local Rule 7.02, counsel for New Mexico conferred with opposing counsel at the U.S. Department of Justice prior to filing this Motion. The parties conferred via written correspondence on July 1-2, 2024, and via a video teleconference held July 5, 2024. On July 8, 2024, opposing counsel advised that the United States takes no position on the Motion, and reserves any and all defenses to the claims and requested relief in the proposed Second Amended Complaint.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Local Rule 7.06, opposing affidavits and memoranda of law, if any, must be filed within fourteen (14) days of the filing of this Motion, unless the parties agree otherwise or the Court imposes a different schedule.

Dated: July 8, 2024

Respectfully submitted,

**RAÚL TORREZ, ATTORNEY GENERAL FOR THE STATE OF NEW MEXICO**

**NEW MEXICO DEPARTMENT OF JUSTICE**

*/s/ William G. Grantham*
William G. Grantham
Assistant Attorney General
wgrantham@nmdoj.gov
Post Office Drawer 1508
Sante Fe, NM 87504
505-717-3520

**NEW MEXICO ENVIRONMENT DEPARTMENT**

*/s/ Zachary Ogaz*
Zachary Ogaz
General Counsel
zachary.ogaz@env.nm.gov
121 Tijeras Ave. NE, Suite 1000
Albuquerque, NM 87102
505-470-8151

**KANNER & WHITELY, LLC**

*/s/ Allan Kanner*
Allan Kanner
a.kanner@kanner-law.com
David Ivy-Taylor
d.ivy-taylor@kanner-law.com
Annemieke Tennis
a.tennis@kanner-law.com
701 Camp Street
New Orleans, LA 10130
504-524-5777

Approved for filing by Plaintiffs' Lead Counsel:

*/s/ Paul J. Napoli*
Paul J. Napoli
pnapoli@napolilaw.com

*/s/ Scott Summy*
Scott Summy
SSummy@baronbudd.com

*/s/ Joseph Rice*
Joseph Rice
jrice@motleyrice.com