**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**This Order Relates To**<br>All Cases |

## ORDER ON THE MOTION FOR CLARIFICATION OF THE STATUS OF TWO PREVIOUSLY ESTABLISHED INTEREST-BEARING COMMON BENEFIT ACCOUNTS

The Court issues the following Order granting Plaintiffs' Motion for Clarification of the Status of the Two Previously Established Interest-Bearing Common Benefit Accounts:

The Court confirms that the two interest-bearing Common Benefit Accounts previously established by Order dated October 27, 2021 (Dkt. No. 1954) are qualified settlement funds within the meaning of section 468B of Title 26 of the United States Code. The Court retains continuing jurisdiction over the Common Benefit Accounts.

**AND IT IS SO ORDERED.**

s/Richard M. Gergel
Richard Mark Gergel
United States District Judge

July 11, 2024
Charleston, South Carolina

1