IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**This Document Relates to**<br>**ALL CASES** |

**JOINT MOTION FOR ENTRY OF CASE MANAGEMENT ORDER NO. 6.H**

Co-Lead Counsel for Plaintiffs and Defendants respectfully move this Court to enter Proposed Case Management Order ("CMO") No. 6.H., which supplements CMO 6, CMO 6.A, CMO 6.B, CMO 6.C, CMO 6.D, CMO 6.E, CMO 6.F, and CMO 6.G to amend the service address for certain Defendants who may be served with process of a Summons and Complaint in accordance with CMO 6 and to provide additional Defendants who may be served with process of a Summons and Complaint in accordance with CMO 6. Proposed CMO 6.H is attached as Exhibit A.

WHEREFORE, Co-Lead Counsel for Plaintiffs and Defendants respectfully request that the Court enter CMO 6.H.

Dated: July 16, 2024

Respectfully submitted,

| | |
|---|---|
| */s/Paul J. Napoli* | */s/Joseph G. Petrosinelli* |
| Paul J. Napoli, Esq.<br>Napoli Shkolnik<br>1302 Avenida Ponce de León<br>Santurce, Puerto Rico 00907<br>P: (833) 271-4502<br>pnapoli@nsprlaw.com | Joseph G. Petrosinelli<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>P: (202) 434-5547<br>jpetrosinelli@wc.com |

1

Michael A London
Douglas and London PC
59 Maiden Lane, 6th Floor
New York, NY 10038
P: (212) 566-7500
mlondon@douglasandlondon.com

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
P: (214) 521-3605
ssummy@baronbudd.com

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
P: (843) 216-9000
jrice@motleyrice.com

*Co-Lead Counsel for Plaintiffs*

Fred Thompson, III
Motley Rice LLC
28 Bridgeside Blvd.
Mt Pleasant, SC 29464
P: (843)-216-9000
F: (843)-216-9440
fthompson@motleyrice.com

*Liaison Counsel for Plaintiffs*

Michael A. Olsen
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
P: (312) 701-7120
molsen@mayerbrown.com

*Co-Lead Counsel for Defendants*

*/s/David E. Dukes*

David E. Dukes
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
P: (803) 255-9451
F: (803) 256-7500
david.dukes@nelsonmullins.com

Brian Duffy
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
P: (843) 720-2044
F: (843) 720-2047
bduffy@duffyandyoung.com

*Co-liaison Counsel for Defendants*