# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) MDL No. 2:18-mn-2873-RMG ) ) **CASE MANAGEMENT ORDER NO. 6.H** ) ) **This Order Relates to All Cases.** ) ) ) ) |

**Alternative For Service of Process On Defendants**
**(Amendments and Additional Defendants)**

1. CMO 6 provides the manner in which certain Defendants may be served with process of a Summons and Complaint that has been filed in, removed to, or transferred to this Multi-District Litigation ("MDL").

2. This Order supplements CMO 6, CMO 6.A, CMO 6.B, CMO 6.C, CMO 6.D, CMO 6.E, CMO 6.F, and CMO 6.G to amend the service address for Defendants who may be served with process of a Summons and Complaint in accordance with CMO 6 and to provide additional Defendants who may be served with process of a Summons and Complaint in accordance with CMO 6. All provisions of CMO 6 shall apply to the Defendants listed in this CMO 6.H.

3. For the sake of efficiency for all parties, the following Defendants have agreed to accept service of a Summons and Complaint, either filed directly into the MDL or transferred into the MDL, by the following method(s):

    **(a)**    **CB Garment, Inc.**

        Service via email:   crpfas@ycrlaw.com

    **(b)**    **Fire-Dex, LLC**

        Service via email:   jgreenfelder@bdblaw.com

                    jferguson@fmglaw.com

**(c)**     **Innotex Corp.**

     Service via email:    gbuermann@goldbergsegalla.com
                                     tholmgren@goldbergsegalla.com
                                       jparker@goldbergsegalla.com

**(d)**     **Mallory Safety and Supply LLC**

     Service via email:    cwheatley@grsm.com
                                     mmehall@grsm.com
                                       scoyne@grsm.com
                                     Sarah.Sanford@mallory.com

**(e)**     **Mine Safety Appliances Company, LLC ("MSAC")** **(Amends Service Method Provided in CMO 6.G)**

     Service via email:    AFFF_MDL_Service@huschblackwell.com
                                     msa@kcic.com

     MSAC will not accept electronic service at AFFF_MDL_Service@orrick.com

**(f)**     **Municipal Emergency Services**

     Service via email:    MES@kcic.com
                                     MES@williamsmullen.com

**(g)**     **Narcote LLC d/b/a Stedfast USA, Inc. and Narcote Canada Corporation (f/k/a Stedfast, Inc.) and Narcote Holding Corporation**

     Service via email:    Narcoteservice@hinshawlaw.com

**(h)**     **Ricochet Manufacturing Company, Inc.**

     Service via email:    Ricochet-AFFFMDLService@archerlaw.com

**(i)**     **Safety Components, Inc. and Safety Components Fabric Technologies, Inc.**

     Service via email:    SCI-AFFFMDLService@grsm.com

**(j)**     **Veridian Limited**

     Service via email:    sgflynn@foxrothschild.com
                                   ncherry@foxrothschild.com

        lrussell@foxrothschild.com
        kkolb@foxrothschild.com

**(k)**     **Witmer Public Safety Group, Inc.**

        Service via email:     mkk@swblaw.com
                                    mvg@swblaw.com

**(l)**     **W. L. Gore & Associates, Inc.**

        Service via email:     WLGore_AFFFMDL_Service@dechert.com

**AND IT IS SO ORDERED.**

        _____
        Richard Mark Gergel
        United States District Judge

July \_\_, 2024
Charleston, South Carolina

3