# Exhibit A

**Eligible Tier 1 Bellwether Plaintiffs**

|   | Plaintiff Name | Alleged CMO 26 Injury | Alleged CMO 26 Exposure Site |
|---|---|---|---|
| 1 | *Donnelly, Brock* 2:20-cv-209-RMG | Kidney Cancer | Pennsylvania |
| 2 | *Hines, Consepcion* 2:18-cv-03381 | Kidney Cancer | Colorado |
| 3 | *Mola, John* 2:20-cv-00428 | Kidney Cancer | Pennsylvania |
| 4 | *Speers, Clinton* 2:21-cv-03181-RMG | Kidney Cancer | Pennsylvania |
| 5 | *Voelker, Kevin* 2:18-cv-03438 | Kidney Cancer | Pennsylvania |
| 6 | *Belarde, James* 2:18-cv-03390 | Testicular Cancer | Colorado |
| 7 | *Bien, Michael* 2:20-cv-00257 | Testicular Cancer | Pennsylvania |
| 8 | *Field, Alex* 2:20-cv-00301 | Testicular Cancer | Pennsylvania |
| 9 | *Hartman, Rodney* 2:20-cv-00302 | Testicular Cancer | Pennsylvania |
| 10 | *Sarvey, Jason* 2:20-cv-00278 | Testicular Cancer | Pennsylvania |
| 11 | *Scheiler, Denny* 2:18-cv-00390 | Testicular Cancer | Colorado |
| 12 | *Thein, Alan* 2:18-cv-03381 | Testicular Cancer | Colorado |
| 13 | *Woods, Daryl* 2:18-cv-03417 | Testicular Cancer | Colorado |
| 14 | *Bohlmann, Rita* 2:18-cv-03395 | Thyroid Disease | Colorado |
| 15 | *Carlson, Dolores* 2:18-cv-03401 | Thyroid Disease | Colorado |
| 16 | *DeMaio, Carole* 2:18-cv-00291 | Thyroid Disease | Pennsylvania |
| 17 | *Fenlon, Ingrid* 2:18-cv-03372 | Thyroid Disease | Colorado |
| 18 | *Frazier, Karin* 2:18-cv-03372 | Thyroid Disease | Colorado |
| 19 | *Jordan, Denise* 2:18-cv-03391 | Thyroid Disease | Colorado |
| 20 | *Montgomery, Ethel* 2:18-cv-03370 | Thyroid Disease | Colorado |
| 21 | *Slagle, John* 2:18-cv-03391 | Thyroid Disease | Colorado |
| 22 | *Feite, Michael* 2:20-cv-00521 | Ulcerative Colitis | Pennsylvania |
| 23 | *Smalley, Anthony* 2:18-cv-03371 | Ulcerative Colitis | Colorado |
| 24 | *Townsend, Scott* 2:18-cv-03404 | Ulcerative Colitis | Colorado |

| 25 | *Zajicek, James* 2:18-cv-03385 | Ulcerative Colitis | Colorado |