# Exhibit B

**PEC's Proposed Tier 2 Bellwether Plaintiffs**

| Plaintiff Name & Docket Number | Injury | Source of Contamination | Implicated Water District |
|---|---|---|---|
| *Donnelly, Brock* 2:20-cv-209-RMG | Kidney Cancer | Naval Air Station Joint Reserve Base Willow Grove and/or Naval Air Warfare Center Warminster | Warminster Municipal Authority |
| *Speers, Clinton* 2:21-cv-03181-RMG | Kidney Cancer | Naval Air Station Joint Reserve Base Willow Grove and/or Naval Air Warfare Center Warminster | Borough of Ambler |
| *Voelker, Kevin* 2:18-cv-03438-RMG | Kidney Cancer | Naval Air Station Joint Reserve Base Willow Grove and/or Naval Air Warfare Center Warminster | Warminster Municipal Authority |
| *Bien, Michael* 2:20-cv-257-RMG | Testicular Cancer | Naval Air Station Joint Reserve Base Willow Grove and/or Naval Air Warfare Center Warminster | Horsham Water & Sewer Authority |
| *Field, Alex* 2:20-cv-301-RMG | Testicular Cancer | Naval Air Station Joint Reserve Base Willow Grove and/or Naval Air Warfare Center Warminster | Horsham Water & Sewer Authority |
| *Hartman, Rodney* 2:20-cv-00302-RMG | Testicular Cancer | Naval Air Station Joint Reserve Base Willow Grove and/or Naval Air Warfare Center Warminster | Warminster Municipal Authority |
| *Frazier, Karin* 2:18-cv-03387-RMG | Thyroid Disease | Peterson Air Force Base and/or Colorado Springs Municipal Airport | Widefield Water and Sanitation |
| *Jordan, Denise* 2:18-cv-03391-RMG | Thyroid Disease | Peterson Air Force Base and/or Colorado Springs Municipal Airport | Security Water District |
| *Slagle, John* 2:18-cv-03391-RMG | Thyroid Disease | Peterson Air Force Base and/or Colorado Springs Municipal Airport | Security Water District<br><br>Widefield Water and Sanitation |
| *Smalley, Anthony* 2:18-cv-03371-RMG | Ulcerative Colitis | Peterson Air Force Base and/or Colorado Springs Municipal Airport | City of Fountain Private Well |
| *Zajicek, James* 2:18-cv-03385-RMG | Ulcerative Colitis | Peterson Air Force Base and/or Colorado Springs Municipal Airport | Security Water District<br><br>Widefield Water and Sanitation |