# Exhibit C

**DCC's Proposed Tier 2 Bellwether Plaintiffs**

| Plaintiff Name & Docket Number | Injury | Source of Contamination | Implicated Water District |
|---|---|---|---|
| *Hines, Consepcion* 2:18-cv-03381 | Kidney Cancer | Peterson Air Force Base and/or Colorado Springs Municipal Airport | Widefield Water and Sanitation |
| *Mola, John* 2:20-cv-00428 | Kidney Cancer | Naval Air Station Joint Reserve Base Willow Grove and/or Naval Air Warfare Center Warminster | Horsham Water & Sewer Authority<br><br>Warrington Water and Sewer |
| *Voelker, Kevin* 2:18-cv-03438-RMG | Kidney Cancer | Naval Air Station Joint Reserve Base Willow Grove and/or Naval Air Warfare Center Warminster | Warminster Municipal Authority |
| *Belarde, James* 2:18-cv-03390 | Testicular Cancer | Peterson Air Force Base and/or Colorado Springs Municipal Airport | City of Fountain |
| *Hartman, Rodney* 2:20-cv-00302-RMG | Testicular Cancer | Naval Air Station Joint Reserve Base Willow Grove and/or Naval Air Warfare Center Warminster | Warminster Municipal Authority |
| *Scheiler, Denny* 2:18-cv-00390 | Testicular Cancer | Peterson Air Force Base and/or Colorado Springs Municipal Airport | Widefield Water and Sanitation |
| *Carlson, Dolores* 2:18-cv-03401 | Thyroid Disease | Peterson Air Force Base and/or Colorado Springs Municipal Airport | Widefield Water and Sanitation |
| *DeMaio, Carole* 2:18-cv-00291 | Thyroid Disease | Naval Air Station Joint Reserve Base Willow Grove and/or Naval Air Warfare Center Warminster | Warminster Municipal Authority |
| *Slagle, John* 2:18-cv-03391-RMG | Thyroid Disease | Peterson Air Force Base and/or Colorado Springs Municipal Airport | Security Water District<br><br>Widefield Water and Sanitation |
| *Feite, Michael* 2:20-cv-00521 | Ulcerative Colitis | Naval Air Station Joint Reserve Base Willow Grove and/or Naval Air Warfare Center Warminster | Horsham Water & Sewer Authority<br><br>Warminster Municipal Authority |
| *Zajicek, James* 2:18-cv-03385-RMG | Ulcerative Colitis | Peterson Air Force Base and/or Colorado Springs Municipal Airport | Security Water District<br><br>Widefield Water and Sanitation |