**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**This Order Relates to All Actions** |

**ORDER SELECTING TIER TWO PERSONAL INJURY BELLWETHER CASES**

Pursuant to Case Management Order No. 26 D, Co-Lead Counsel for Plaintiffs and Co-Lead Counsel for Defendants provided the Court with their competing proposals for inclusion in the Tier Two Personal Injury Bellwether Trial Pool. (Dkt. Nos. 5333 and 5360). CMO 26 D provides that the Court will select the plaintiffs for inclusion in this Trial Pool. (Dkt. No. 4964). Having carefully reviewed the parties' submissions, the Court selects the following plaintiffs as the Tier Two Personal Injury Bellwether Trial Pool:

| Plaintiff | CV Number | Group | Injury |
|---|---|---|---|
| Kevin Voelker | 2:18-cv-0438-RMG | Group A | Kidney Cancer |
| Brock Donnelly | 2:20-cv-00209-RMG | Group A | Kidney Cancer |
| Clinton Speers | 2:21-cv-03181-RMG | Group A | Kidney Cancer |
| Rodney Hartman | 2:20-cv-00302-RMG | Group A | Testicular Cancer |
| Michael Bien | 2:20-cv-00257-RMG | Group A | Testicular Cancer |
| Alex Field | 2:20-cv-00301-RMG | Group A | Testicular Cancer |
| John Slagle | 2:18-cv-03391-RMG | Group B | Thyroid Disease |
| Karen Frazier | 2:18-cv-3372-RMG | Group B | Thyroid Disease |

| James Zajicek | 2:18-cv-03385-RMG | Group B | Ulcerative Colitis |

  s/Richard Mark Gergel
Richard Mark Gergel
United States District Judge

July 19, 2024
Charleston, South Carolina