**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.: 2:18-mn-02873-RMG<br><br>Notice of Dismissal<br><br>This Document Relates to *See Exhibit A.* |

### NOTICE OF DISMISSAL BY LISTED PLAINTIFFS ONLY, WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) & SECOND AMENDED CASE MANAGEMENT ORDER NO. 28

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and pursuant to Paragraph 6 of Second Amended CMO 28, the entire action of each Plaintiff listed in Exhibit A attached is hereby **DISMISSED WITHOUT PREJUDICE,** as to all defendants and without costs to any party. Such dismissal shall include the dismissal of any derivative loss of consortium claim for the underlying dismissed claims.

Dated: August 1, 2024

Respectfully submitted,

By: */s/ Gary A. Anderson*
Gary A. Anderson
Environmental Litigation Group
P.C.
2160 Highland Ave. S
Birmingham, Alabama 35205
205-328-9200
Gary@elglaw.com

| Case Number | Case Name | Plaintiff Name |
|---|---|---|
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Mark Alan Lackey |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Mark Earnest LaCombe |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Daniel Layer Jr. |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | David Webster Leeson |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Alan Graham Lemon |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Stanley Eugene Lim |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Douglas Long |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Ernesto Lopez |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | David Lovett |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Daniel Henry Lunny |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Kerry Vachel Lynn |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Harold Maat |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Donald Eric Manuel |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Ronald G. Marcoux |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Gary Martin |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Dale Patrick Mason |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Nicholas Maxim |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | James Mays |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Columbus McCoy , Jr. |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Richard William Mcgrath |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Louis Thomas McLurkin |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Fred Wayne Meacham |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Herbert Lawrence Medcalf II |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | James David Merchant |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Roy Donald Messer |

| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | William Robert Mezo |
| --- | --- | --- |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | James Michalski |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Roger Dale Miller |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Rockne Monk |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Stephen Van Meter |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | James Mooney |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | Frank Michael Moran |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | John Morris |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | Richard Mueller |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | James Kenneth Murphy |
| 2:23-CV-04823-RMG | Palmer et al. v. The 3M Company et al. | Ronald Lee Murray |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | Thomas August Nelson |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | Mark Camillo Nisbett |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | James T. Norton |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | Kwesi Nosayaba |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | Leslie Eugene Noy |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | Randy O'Connor |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | Thomas Olivarez |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | David Spencer Padgett |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | Stephen Page |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | Cole Edmund Panning |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | Brian Ray Patton |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | Fred Joseph Phillips III |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | Billy Ray Pier |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 1, 2024, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

*/s/Gary A. Anderson*
Gary A. Anderson