| | | |
|---|---|---|
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Mark Alan Lackey |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Mark Earnest LaCombe |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Daniel Layer Jr. |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | David Webster Leeson |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Alan Graham Lemon |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Stanley Eugene Lim |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Douglas Long |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Ernesto Lopez |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | David Lovett |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Daniel Henry Lunny |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Kerry Vachel Lynn |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Harold Maat |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Donald Eric Manuel |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Ronald G. Marcoux |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Gary Martin |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Dale Patrick Mason |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Nicholas Maxim |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | James Mays |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Columbus McCoy , Jr. |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Richard William Mcgrath |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Louis Thomas McLurkin |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Fred Wayne Meacham |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Herbert Lawrence Medcalf II |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | James David Merchant |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Roy Donald Messer |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | William Robert Mezo |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | James Michalski |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Roger Dale Miller |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Rockne Monk |
| 2:23-cv-04822-RMG | Deboer et al. v. The 3M Company et al. | Stephen Van Meter |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | James Mooney |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | Frank Michael Moran |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | John Morris |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | Richard Mueller |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | James Kenneth Murphy |
| 2:23-CV-04823-RMG | Palmer et al. v. The 3M Company et al. | Ronald Lee Murray |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | Thomas August Nelson |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | Mark Camillo Nisbett |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | James T. Norton |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | Kwesi Nosayaba |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | Leslie Eugene Noy |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | Randy O'Connor |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | Thomas Olivarez |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | David Spencer Padgett |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | Stephen Page |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | Cole Edmund Panning |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | Brian Ray Patton |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | Fred Joseph Phillips III |
| 2:23-cv-04823-RMG | Palmer et al. v. The 3M Company et al. | Billy Ray Pier |