#### UNITED STATES JUDICIAL PANEL
#### on
#### MULTIDISTRICT LITIGATION

IN RE: AQUEOUS FILM–FORMING FOAMS
PROBABLY LIABILITY LITIGATION  MDL No. 2873

(SEE ATTACHED SCHEDULE)

#### CONDITIONAL TRANSFER ORDER (CTO –204)

On December 7, 2018, the Panel transferred 75 civil action(s) to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 357 F.Supp.3d 1391 (J.P.M.L. 2018). Since that time, 825 additional action(s) have been transferred to the District of South Carolina. With the consent of that court, all such actions have been assigned to the Honorable Richard M. Gergel.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of South Carolina and assigned to Judge Gergel.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of South Carolina for the reasons stated in the order of December 7, 2018, and, with the consent of that court, assigned to the Honorable Richard M. Gergel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of South Carolina. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 06, 2024

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Marcella R. Lockert
Acting Clerk of the Panel

IN RE: AQUEOUS FILM−FORMING FOAMS
PRODUCTS LIABILITY LITIGATION                                           MDL No. 2873

### SCHEDULE CTO−204 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 24−06127 | Tarrants et al v. 3M Company et al |
| ILN | 1 | 24−06128 | Wagner v. 3M Company et al |
| ILN | 1 | 24−06204 | Bunting v. 3M Company et al |
| NEVADA | | | |
| NV | 2 | 24−01292 | Morris et al v. 3M Company et al |
| NV | 2 | 24−01306 | Johnson et al v. 3M Company et al |
| NV | 2 | 24−01308 | O'Keefe et al v. 3M Company et al |
| NEW YORK NORTHERN | | | |
| NYN | 1 | 24−00888 | MHC Acquisition Fund IV LLC v. AGC Chemicals Americas, INC. et al |
| NEW YORK SOUTHERN | | | |
| NYS | 7 | 24−05410 | Village of Yellow Springs v. AGC Chemicals Americas Inc. et al |
| NYS | 7 | 24−05416 | Rich Prairie Sewer & Water District v. AGC Chemicals Americas Inc. et al |