IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Dr. Chipley Bennett, | ) | C.A. No.: 7:23-cv-02574-JDA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Spartanburg Community College | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Instruction [Docket Entry No. 56], the Parties jointly submit this status report as follows:

a)      Based on the outcome of the previous mediation and the parties' recent review and discussion, they do not believe a second mediation would be beneficial in this case.

b)      The Parties believe a trial in this matter will require three to four days.

c)      The Parties are not opposed to trying this case in April 2026, subject to the limitations below.  Defense Counsel has another trial set for the week of March 30, 2026.  In addition, Defendant Spartanburg Community College's Spring Break is set for the week of April 6, 2026, which will likely impact the availability of witnesses for trial preparation and appearance. In light of these obstacles, the Parties request that trial not be set during the weeks beginning April 6th and April 13th.  They remain available for trial the weeks of April 20th, April 27th, and May 4th, 2026.

- 2 -

Respectfully submitted this 21st day of November, 2025.

s/Jeffrey P. Dunlaevy
Jeffrey P. Dunlaevy (#7575)
Dunlaevy Law Firm
27 Villa Road, Suite 440
Greenville, South Carolina 29615
Telephone: (864) 208-9305
jeff@dunlaevylaw.com
*Attorney for Plaintiff Dr. Chipley Bennett*

s/Stephanie H. Burton
Stephanie H. Burton (#5009)
Gibbes Burton, LLC
308 East Saint John Street
Spartanburg, SC 29302
sburton@gibbesburton.com
*Attorney for Defendant Spartanburg Community College*