# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL Case No. 2:18-mn-2873-RMG <br><br> Judge Richard M. Gergel <br><br> **This document relates to:** <br><br> *City of Columbia v. 3M Company et al.,* <br><br> Case No. 2:24-cv-03794 <br><br> **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME** |

**THIS MATTER** comes before the Court on the motion of Plaintiff, to which Defendant 3M Company, Inc. ("Defendant") has consented, for an enlargement of time in which Plaintiff in the above-titled action may file a Reply to Defendant's Response to Plaintiff's Motion to Remand. Plaintiff's reply is currently due on August 30, 2024. Defendant consents to an enlargement of time of seven (7) days to September 6, 2024.

Plaintiff Leadership and Defense Leadership have each consented to the filing of the motion.

**IT IS HEREBY ORDERED** that Plaintiff shall have until September 6, 2024, to file a Reply to Defendant's Response to Plaintiff's Motion to Remand.

**AND IT IS SO ORDERED.**

                                                                           s/Richard M. Gergel
                                                                           The Honorable Richard M. Gergel
                                                                           United States District Judge

August 30, 2024
Charleston, South Carolina