# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | Master Docket No.: 2:18-mn-2873-RMG <br><br> **This document relates to:** <br> *City of Raleigh v. 3M Company, et al.*, <br> No. 2:23-cv-03740-RMG |

## STIPULATION OF DISMISSAL OF 3M COMPANY WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff in the above-referenced action and Defendant 3M Company ("3M") hereby stipulate and agree to a dismissal with prejudice of all Plaintiffs' claims pending against 3M pursuant to the Settlement Agreement between Public Water Systems and 3M Company dated June 22, 2023 (as subsequently amended), filed in *In re Aqueous Film-Forming Foams Products Liability Litigation,* MDL No. 2:18-mn-2873 (D.S.C).

Each party shall bear its own costs.

Dated: September 6, 2024

/s/ Haley R. Wells
Hayley R. Wells
N.C. State Bar I.D. No.: 38465
email: docket@wardandsmith.com*
email: hrw@wardandsmith.com**
A. Charles Ellis
N.C. State Bar I.D. No.: 010865
email: ace@wardandsmith.com**
Ward and Smith, P.A.
Post Office Box 8088
Greenville, NC 27835-8088
Telephone: 252.215.4000
Facsimile: 252.215.4077

*Counsel for Plaintiff City of Raleigh*

Respectfully submitted,

/s/ *Richard F. Bulger*
Richard F. Bulger
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
312-702-0600
rbulger@mayerbrown.com

*Counsel for Defendant 3M Company*