**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** )<br>)<br>)<br>)<br>)<br>)<br>) | **MDL No. 2:18-mn-2873-RMG**<br><br>**CASE MANAGEMENT ORDER NO. 22.B**<br><br>**This Order Relates to All Actions** |

The Court hereby issues the following Case Management Order ("CMO") to govern the deposition of potential trial witnesses not previously deposed during fact discovery in the Tier Two Personal Injury Bellwether Trial Pool cases. Section II.B. of CMO 22 shall apply to the Tier Two Personal Injury Bellwether Trial Pool cases, which provides:

> If either party discloses a fact witness on its trial witness list who has not previously been deposed in this MDL, any party shall be permitted to depose that witness. Any party noticing a deposition pursuant to this provision must notify all parties of its intent to depose the previously non-deposed trial witness within fourteen days of receipt of the opposing party's trial witness list. Further, for depositions conducted pursuant to this provision, the parties will use good faith efforts to complete the depositions within an agreed-upon time period within the framework of the existing deadlines and trial schedule that will be forthcoming. It is also presumptively understood that depositions under this provision will be conducted within 30 days of receipt of the request for the witness's deposition.

**IT IS SO ORDERED.**


Dated:  September 9,  2024

       Charleston, South Carolina                           s/Richard M. Gergel

                                              Hon. Richard M. Gergel
                                              United States District Judge