UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.: 2:18-mn-02873-RMG<br><br>Notice of Dismissal<br><br>This Document Relates to<br><br>*See attached Exhibit A* |

**NOTICE OF DISMISSAL OF ENTIRE ACTION(S) WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) & SECOND AMENDED CASE MANAGEMENT ORDER NO. 28**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and pursuant to Paragraph 6 of Second Amended CMO 28, each listed action as described in Exhibit A attached is hereby **DISMISSED WITHOUT PREJUDICE,** in its entirety**,** as to all defendants without costs to any party. Such dismissal shall include the dismissal of any derivative loss of consortium claim for the underlying dismissed claims.

Dated: September 9, 2024                                Respectfully submitted,

By: */s/ Stephen T Sullivan, Jr.*
Stephen T. Sullivan, Jr., Esq
Keefe Law Firm
Galleria, 2 Bridge Ave
Suite 623
Red Bank, NJ 07701
732-224-9400
732-224-9494
Ssullivan@keefe-lawfirm.com

| Case Name | Case Number |
|---|---|
| Mitchell, Elizabeth v. 3M Company, et als. | 2:22-cv-4197-RMG |
| Monteleone, Daniel v. 3M Company, et als. | 2:22-cv-765-RMG |
| Nolan, Barry v. 3M Company, et als. | 2:23-cv-1406-RMG |
| Nolan, Michael v. 3M Company, et als. | 2:22-cv-1224-RMG |
| Nostrant, Lawrence v. 3M Company, et als. | 2:22-cv-2453-RMG |
| Owens, James v. 3M Company, et als. | 2:21-cv-3573-RMG |
| Perrigo, Paul v. 3M Company, et als. | 2:22-cv-873-RMG |
| Powell Frederick v. 3M Company, et als. | 2:23-cv-2364-RMG |
| Pranger, Michael v. 3M Company, et als. | 2:23-cv-1408-RMG |
| Pringle, Kennedy v. 3M Company, et als. | 2:23-cv-1409-RMG |
| Romero, Henry v. 3M Company, et als. | 2:22-cv-280-RMG |
| Rudy, Raymond v. 3M Company, et als. | 2:22-cv-3952-RMG |
| Ruth Sr., Oren v. 3M Company, et als. | 2:21-cv-3572-RMG |
| Schaack, Paul v. 3M Company, et als. | 2:22-cv-1226-RMG |
| Shaw Jr., Robert v. 3M Company, et als. | 2:22-cv-3956-RMG |
| Southerland, Earl v. 3M Company, et als. | 2:23-cv-1410-RMG |
| Stokes, Raymond v. 3M Company, et als. | 2:22-cv-3953-RMG |
| Sullivan, John v. 3M Company, et als. | 2:22-cv-1222-RMG |
| Sullivan, Ronald v. 3M Company, et als. | 2:22-cv-875-RMG |
| Taylor, McLewis v. 3M Company, et als. | 2:22-cv-1196-RMG |
| Thompson, James v. 3M Company, et als. | 2:21-cv-3861-RMG |
| Troxell, Timothy v. 3M Company, et als. | 2:22-cv-3958-RMG |
| Villete, Armando v. 3M Company, et als. | 2:22-cv-2455-RMG |
| Walker, Alan v. 3M Company, et als. | 2:21-cv-4159-RMG |
| Walz, John v. 3M Company, et als. | 2:22-cv-1083-RMG |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 9, 2024, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

*/s/Stephen T. Sullivan, Jr.*
Stephen T. Sullivan, Jr, Esq.
