# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.: 2:18-mn-02873-RMG<br><br>Notice of Dismissal<br><br>This Document Relates to Actions Listed in Exhibit A |

### Notice Of Partial Dismissal By Listed Plaintiffs Only, Of Particular Personal Injury Claims, Without Prejudice Pursuant To Federal Rule Of Civil Procedure 41(A)(1)(A)(I) & Second Amended Case Management Order No. 28

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and pursuant to Paragraph 6 of Second Amended CMO 28, each Plaintiff listed in Exhibit A hereby **DISMISSES WITHOUT PREJUDICE** any/all causes of action related to any claimed personal injuries with the exception of any/all claims for kidney cancer, testicular cancer, ulcerative colitis, thyroid disease, thyroid cancer, liver cancer, pregnancy induced hypertension, and/or high cholesterol. Such dismissal applies to all defendants and is without costs to any party (but only to extent such claim(s) is/are asserted in the Complaint or a Plaintiff Fact Sheet appropriately tendered pursuant to Case Management Order 5 and amendments thereto). Such dismissal shall include the dismissal of any derivative loss of consortium claim for the underlying dismissed claims. However, all causes of action arising out of any and all other diagnoses alleged by plaintiff, as well as any alleged non-personal injury claims, remain and are NOT dismissed.

Dated: September 9, 2024	Respectfully submitted,

By:*/s/ Nicholas Mindicino*
Nicholas Mindicino
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
(212) 937-1000
NMindicino@napolilaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 9, 2024, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

*/s/ Nicholas Mindicino*
Attorney Name