| Case Name | Case Number | Plaintiff Name |
|---|---|---|
| 2:22-cv-00303-RMG | Jeffrey Allen et al  v. 3M Company et. al. | Farmer, Robert C. |
| 2:22-cv-00303-RMG | Jeffrey Allen et al  v. 3M Company et. al. | Figard, Arthur |
| 2:22-cv-00303-RMG | Jeffrey Allen et al  v. 3M Company et. al. | Hensley, Christopher G. |
| 2:22-cv-00303-RMG | Jeffrey Allen et al  v. 3M Company et. al. | Higgins, Toni |
| 2:22-cv-00303-RMG | Jeffrey Allen et al  v. 3M Company et. al. | Jackson Jr, Howard |
| 2:22-cv-00303-RMG | Jeffrey Allen et al  v. 3M Company et. al. | Koontz, Kevin |
| 2:22-cv-00303-RMG | Jeffrey Allen et al  v. 3M Company et. al. | Leinneweber, Anthony |
| 2:22-cv-00303-RMG | Jeffrey Allen et al  v. 3M Company et. al. | Long, Joseph |
| 2:22-cv-00303-RMG | Jeffrey Allen et al  v. 3M Company et. al. | Mendoza, Gary |
| 2:22-cv-00303-RMG | Jeffrey Allen et al  v. 3M Company et. al. | Minozzi, Frank |
| 2:22-cv-00303-RMG | Jeffrey Allen et al  v. 3M Company et. al. | Redd, Diane |
| 2:22-cv-00305-RMG | Eddie Burrow et. al.  v. 3M Company et. al. | Burrow, Eddie |
| 2:22-cv-00305-RMG | Eddie Burrow et. al.  v. 3M Company et. al. | Goins, Willie |
| 2:22-cv-00305-RMG | Eddie Burrow et. al.  v. 3M Company et. al. | Thacker, Edward O |
| 2:22-cv-00307-RMG | Martin Self et al  v. 3M Company et. al. | Sharp, Destry |
| 2:22-cv-00307-RMG | Martin Self et al  v. 3M Company et. al. | Smith, Ernest |
| 2:22-cv-00307-RMG | Martin Self et al  v. 3M Company et. al. | Turner, Reginald W. |
| 2:22-cv-00307-RMG | Martin Self et al  v. 3M Company et. al. | Winborne-Scidone, Deborah |
| 2:22-cv-00912-RMG | Lanegan  v. 3M Company et. al. | Lanegan, Christine |
| 2:22-cv-01285-RMG | Debra Mason et al  v. 3M Company et. al. | Fowler, Janet |
| 2:22-cv-01287-RMG | Abel et al  v. 3M Company et. al. | Hines, William |
| 2:22-cv-01287-RMG | Abel et al  v. 3M Company et. al. | Jayne, Kyle |
| 2:22-cv-01287-RMG | Abel et al  v. 3M Company et. al. | Jett, Robert A |
| 2:22-cv-01287-RMG | Abel et al  v. 3M Company et. al. | Ling, Valerie |
| 2:22-cv-01287-RMG | Abel et al  v. 3M Company et. al. | Metz, Peter |
| 2:22-cv-01287-RMG | Abel et al  v. 3M Company et. al. | Pappas, Gregory |
| 2:22-cv-01287-RMG | Abel et al  v. 3M Company et. al. | Stencel, Timothy |
| 2:22-cv-01287-RMG | Abel et al  v. 3M Company et. al. | Thompson, Clarence |
| 2:22-cv-01288-RMG | Gregory McBroom, et al.  v. 3M Company et. al. | Johnson, Benny |
| 2:22-cv-01575-RMG | Cody Medearis et. al. v. 3M Company et. al. | Medearis, Tracy |
| 2:22-cv-01611-RMG | Stephen Guevara, et al.  v. 3M Company et. al. | Guevara, Stephen |
| 2:22-cv-01792-RMG | Collart et al  v. 3M Company et. al. | Delfini, Diane M |
| 2:22-cv-01792-RMG | Collart et al  v. 3M Company et. al. | Edwards, Tiana |
| 2:22-cv-01930-RMG | Campbell et al  v. 3M Company et. al. | Desotell, Theresa |
| 2:22-cv-01930-RMG | Campbell et al  v. 3M Company et. al. | Lemay, Mary A |
| 2:22-cv-01930-RMG | Campbell et al  v. 3M Company et. al. | Lowis, Gerald |
| 2:22-cv-02231-RMG | Calvin Blythe et al.  v. 3M Company et. al. | Brooking, Patrick |
| 2:22-cv-02231-RMG | Calvin Blythe et al.  v. 3M Company et. al. | Forstater, Gerald |
| 2:22-cv-02231-RMG | Calvin Blythe et al.  v. 3M Company et. al. | Jones, John |
| 2:22-cv-02231-RMG | Calvin Blythe et al.  v. 3M Company et. al. | Ogeron Sr, George |
| 2:22-cv-02231-RMG | Calvin Blythe et al.  v. 3M Company et. al. | Pesotski, Richard |
| 2:22-cv-02476-RMG | Jessica Hardison et al.  v. 3M Company et. al. | Brown, Thomas |
| 2:22-cv-02476-RMG | Jessica Hardison et al.  v. 3M Company et. al. | Longoria, Javier |
| 2:22-cv-02476-RMG | Jessica Hardison et al.  v. 3M Company et. al. | Milledge, Ricky |

| | | |
|---|---|---|
| 2:22-cv-02476-RMG | Jessica Hardison et al. v. 3M Company et. al. | Sackett, Matthew |
| 2:22-cv-02476-RMG | Jessica Hardison et al. v. 3M Company et. al. | Williams, Douglas |
| 2:22-cv-02478-RMG | Glenn Bozant, et al. v. 3M Company et. al. | Ellis, Glenn A. |
| 2:22-cv-02478-RMG | Glenn Bozant, et al. v. 3M Company et. al. | Weimer, Annmarie |
| 2:22-cv-02479-RMG | Joseph Williams et al v. 3M Company et. al. | Williams, Joseph |
| 2:22-cv-03075-RMG | Hinton Nelms et al. v. 3M Company et. al. | Simmons, David |