# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873<br><br>This Document relates to:<br>*City of Camden, et al. v. Tyco Fire Products LP*, No. 2:24-cv-2873-RMG |
| CITY OF CAMDEN, et al., <br><br>*Plaintiffs*<br><br>v.<br><br>TYCO FIRE PRODUCTS LP,<br><br>*Defendant* | Civil Action No.: 2:24-cv-02321-RMG |

## WITHDRAWAL OF OBJECTION

The Saint Regis Mohawk Tribe hereby withdraws in full its objection to the Tyco Settlement, filed August 23, 2024 [Entry No. 5756].

Date: September 11, 2024                             Respectfully,

Bernice I. Corman
BICKY CORMAN LAW, PLLC
1250 Connecticut Avenue, NW, Suite 700
Washington, DC 20036
Ph: (202) 213-1672
E-mail: bcorman@bickycormanlaw.com

*Counsel to Saint Regis Mohawk Tribe*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed with this Court's CM/ECF system and was thus served electronically upon all registered counsel of record.

Dated: September 11, 2024

_____
BERNICE I. CORMAN