**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.  2:18-mn-2873-RMG<br><br><br>**This Document relates to**<br>**ALL CASES** |

**JOINT MOTION TO DEFER PROCEEDINGS FOR CASES INVOLVING**
**HIGH CHOLESTEROL OR PREGNANCY-INDUCED HYPERTENSION**

Pursuant to DSC Local Civil Rule 7.01, Co-Lead Counsel for Plaintiffs and Defendants respectfully move this Court to enter the attached proposed order (Exhibit A) deferring further proceedings for claims involving high cholesterol or pregnancy-induced hypertension until a later time.  The motion is based on the following grounds:

1. In Second Amended CMO 28 (Dkt. 4985), the Court instructed the parties to meet and confer on cases involving the two injuries not addressed in CMO 26, high cholesterol and pregnancy-induced hypertension, and to submit to the Court either a joint proposed order addressing these two conditions or, if unable to agree, competing proposals.  On September 4, 2024, the Court ordered the parties to submit such joint proposed order or competing proposals within 10 days of the Court's order (Dkt. 5918).

2. Co-Lead Counsel have met and conferred regarding claims involving these two additional injuries and collectively all agree that at the present time the resources of the Court and the parties are best directed to the existing personal injury bellwether cases and that the Court should continue to defer further proceedings for claims involving high cholesterol or

1

pregnancy-induced hypertension, subject to further review by the Court and the parties at a later time.

Wherefore, Co-Lead Counsel for Plaintiffs and Defendants respectfully request that the Court enter the attached proposed order deferring further proceedings for claims involving high cholesterol or pregnancy-induced hypertension until a later time.

Dated: September 12, 2024

     Respectfully submitted,


By: /s/ *Amanda S. Kitts*

     Nelson Mullins Riley & Scarborough LLP
     1320 Main Street, 17th Floor
     Columbia, SC 29201
     P: (803) 255-9594
     F: (803) 256-7500
     Amanda.Kitts@nelsonmullins.com


On behalf of:

/s/ *Michael A. London*

Michael A London
Douglas and London PC
59 Maiden Lane
6th Floor
New York, NY 10038
P: (212)-566-7500
F: (212)-566-7501
mlondon@douglasandlondon.com

Paul J. Napoli
Napoli Shkolnik PLLC
1301 Avenue Of The Americas
10th Floor
New York, NY 10019

/s/ *Joseph G. Petrosinelli*

Joseph G. Petrosinelli
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
P: (202) 434-5547
F: (202) 434-5029
jpetrosinelli@wc.com

Michael A. Olsen
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
P: (312) 701-7120
F: (312) 706-8742

P: (212)-397-1000
F: (646)-843-7603
pnapoli@napolilaw.com

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
P: (214) 521-3605
ssummy@baronbudd.com

Joseph Rice
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
P: (843) 216-9159
F: (843) 216-9290
jrice@motleyrice.com

*Co-lead Counsel for Plaintiffs*

Fred Thompson, III
Motley Rice LLC
28 Bridgeside Boulevard
Mt Pleasant, SC 29464
P: (843)-216-9000
F: (843)-216-9440
fthompson@motleyrice.com

*Liaison Counsel for Plaintiffs*

molsen@mayerbrown.com

*Co-lead Counsel for Defendants*

Brian Duffy
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
P: (843) 720-2044
F: (843) 720-2047
bduffy@duffyandyoung.com

David E. Dukes
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
P: (803) 255-9451
F: (803) 256-7500
david.dukes@nelsonmullins.com

*Co-Liaison Counsel for Defendants*