# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**This Order relates to<br>ALL CASES** |

The Court hereby issues the following order regarding cases involving two injuries not addressed in CMO 26, high cholesterol and pregnancy-induced hypertension. The Court shall defer further proceedings for cases involving these conditions to a later time.

**IT IS ORDERED.**

Dated: _____, 2024
    Charleston, South Carolina

                                                                  Hon. Richard M. Gergel
                                                                  United States District Judge