# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**ORDER** |

The Court directs the Parties to confer and propose to the Court a Case Management Order ("CMO") that will govern the process for cases alleging high cholesterol and pregnancy-induced hypertension, which the Court will refer to as Group C cases. The parties shall submit their proposed CMO regarding Group C cases by January 6, 2025. The proposal shall include steps for identifying and selecting Group C Plaintiffs as well as a two-tiered discovery process consistent with the processes the Parties have followed with other injuries in the Initial Personal Injury Bellwether Program.

**AND IT IS SO ORDERED.**

s/Richard Mark Gergel
Richard Mark Gergel
United States District Judge

September 16, 2024
Charleston, South Carolina