**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: AQUEOUS FILM–FORMING FOAMS
PRODUCTS LIABILITY LITIGATION                                                                 MDL No. 2873

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –215)**

On December 7, 2018, the Panel transferred 75 civil action(s) to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 357 F.Supp.3d 1391 (J.P.M.L. 2018). Since that time, 871 additional action(s) have been transferred to the District of South Carolina. With the consent of that court, all such actions have been assigned to the Honorable Richard M. Gergel.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of South Carolina and assigned to Judge Gergel.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of South Carolina for the reasons stated in the order of December 7, 2018, and, with the consent of that court, assigned to the Honorable Richard M. Gergel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of South Carolina. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Marcella R. Lockert*

Marcella R. Lockert
Acting Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 30, 2024

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: AQUEOUS FILM−FORMING FOAMS
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2873

SCHEDULE CTO−215 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| MASSACHUSETTS | | | |
| MA | 3 | 24−12280 | Town of Palmer v. 3M COMPANY et al |
| NEW JERSEY | | | |
| NJ | 2 | 24−08815 | PEREZ SR. v. THE 3M COMPANY |
| NEW YORK NORTHERN | | | |
| NYN | 3 | 24−01092 | Village of Newark Valley, New York v. AGC Chemicals Americas Inc. et al |
| NEW YORK SOUTHERN | | | |
| NYS | 1 | 24−06833 | Village of White Lake, WI v. AGC Chemicals Americas Inc. et al |
| NYS | 1 | 24−06837 | Allen et al v. The 3M Company et al |
| NYS | 1 | 24−06868 | Raymond Moody et al v. The 3M Company (f/k/a Minnesota Mining and Manufacturing, Co.) et al |
| NORTH CAROLINA EASTERN | | | |
| NCE | 5 | 24−00520 | CORBIN et al v. 3M Company et al |