# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>This Document Relates to All Actions |

## JOINT MOTION FOR ENTRY OF CASE MANAGEMENT ORDER RELATED TO *LEACH* (CMO 26) PLAINTIFFS

The Defense Co-Leads and Defense Coordinating Committee and the Plaintiffs' Executive Committee (collectively, the "Parties") jointly move for entry of the Proposed Case Management Order No. 26E. In support of this motion, the Parties state as follows:

1. On May 5, 2023, this Court entered Case Management Order No. 26 to govern the Second Bellwether Program: Initial Personal Injury Claims [ECF No. 3080].

2. Since the entry of that Order, CMO 26 has been amended and/or supplemented five times [ECF Nos. 3735, 4134, 4276, 4297, and 4964].

3. Following extensive negotiations, the parties have conferred and agreed on the entry of a sixth amendment, Case Management Order No. 26E, attached here, which sets forth revised general schedules for Tier 2 Discovery for Group A and Group B *Leach* cases.

WHEREFORE, the Parties respectfully request that the Court enter the proposed Case Management Order No. 26E, attached as Exhibit A.

Dated: October 3, 2024                                                         Respectfully submitted,

/s/ *Fred Thompson*                                                              /s/ *Michael A. Olsen*

Fred Thompson                                                                     Michael A. Olsen
Motley Rice LLC                                                                    Mayer Brown LLP
28 Bridgeside Blvd.                                                                71 South Wacker Drive

Mount Pleasant, SC 29464
P: (843) 216-9658
fthompson@motleyrice.com

*Plaintiffs' Liaison Counsel*

Michael A. London
Douglas & London, P.C.
59 Maiden Lane, 6th Fl.
New York, New York 10038
P: (212) 566-7500
mlondon@douglasandlondon.com

Paul J. Napoli
Napoli Shkolnik
1302 Avenida Ponce de Leon
Santurce, Puerto Rico 00907
P: (833) 271-4502
pnapoli@nsprlaw.com

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
P: (214) 521-3605
ssummy@baronbudd.com

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd
Mount Pleasant, SC 29464
P: (843) 216-9000
jrice@motleyrice.com

*Co-Lead Counsel for Plaintiffs*

Chicago, IL 60606
P: (312) 701-7120
molsen@mayerbrown.com

Joseph G. Petrosinelli

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington DC 20005
P: (202) 434-5547
jpetrosinelli@wc.com

*Co-Lead Counsel for Defendants*