# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br><br>This Document Relates To All Actions |

**JOINT MOTION FOR ENTRY OF CASE MANAGEMENT ORDER GOVERNING THE FORM, PROCEDURE AND SCHEDULE FOR THE COMPLETION OF A <u>PLAINTIFF PROFILE FORM</u>**

Co-Lead Counsel for Defendants and Co-Lead Counsel for Plaintiffs (collectively, the "Parties") jointly move for the entry of Proposed Case Management Order 31. In support of this motion, the Parties state as follows:

1. During the July 19, 2024, Case Management Conference, the Court suggested that the Parties establish a process by which plaintiffs alleging personal injury claims provide a threshold showing of evidence supporting the allegations in their case.

2. The Parties met and conferred extensively regarding this subject and have reached agreement on the terms of a proposed case management order regarding the completion and service of a Plaintiff Profile Form that will serve as a supplement to the existing Personal Injury Plaintiff Fact Sheet.

3. Accordingly, the Parties now submit proposed Case Management Order 31, attached hereto as Exhibit 1, for consideration and entry by the Court.

WHEREFORE, the Parties respectfully request that the Court enter proposed Case Management Order 31, attached as Exhibit 1.

| | |
|---|---|
| Dated: October 15, 2024 | Respectfully submitted, |
| */s/ Paul J. Napoli* | */s/ Michael A. Olsen* |
| Paul J. Napoli, Esq.<br>Napoli Shkolnik<br>1302 Avenida Ponce de León<br>Santurce, Puerto Rico 00907<br>P: (833) 271-4502<br>pnapoli@nsprlaw.com | Michael A. Olsen<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>P: (312) 701-7120<br>molsen@mayerbrown.com |
| Michael A London<br>Douglas and London PC<br>59 Maiden Lane, 6th Floor<br>New York, NY 10038<br>P: (212) 566-7500<br>mlondon@douglasandlondon.com | Joseph G. Petrosinelli<br>Williams & Connolly LLP<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>P: (202) 434-5547<br>jpetrosinelli@wc.com |
| Scott Summy<br>Baron & Budd, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219<br>P: (214) 521-3605<br>ssummy@baronbudd.com | *Co-lead Counsel for Defendants* |
| Joseph F. Rice<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC 29464<br>P: (843) 216-9000<br>jrice@motleyrice.com | |
| *Co-lead Counsel for Plaintiffs* | |