# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) MDL No. 2:18-mn-2873-RMG ) ) **CASE MANAGEMENT ORDER NO. 6.I** ) ) **This Order Relates to All Cases.** ) ) ) ) |

**Alternative For Service of Process On Defendants**
**(Amendments and Additional Defendants)**

1. CMO 6 provides the manner in which certain Defendants may be served with process of a Summons and Complaint that has been filed in, removed to, or transferred to this Multi-District Litigation ("MDL").

2. This Order supplements CMO 6, CMO 6.A, CMO 6.B, CMO 6.C, CMO 6.D, CMO 6.E, CMO 6.F, CMO 6.G, and CMO 6.H to amend the service address for Defendants who may be served with process of a Summons and Complaint in accordance with CMO 6 and to provide additional Defendants who may be served with process of a Summons and Complaint in accordance with CMO 6. All provisions of CMO 6 shall apply to the Defendants listed in this CMO 6.I.

3. For the sake of efficiency for all parties, the following Defendants have agreed to accept service of a Summons and Complaint, either filed directly into the MDL or transferred into the MDL, by the following method(s):

**(a)** **Daikin America Inc.**
**(Amends Service Method Provided in CMO 6.A, 6.C, 6.D, and 6.G)**

　　　Service via email:　　tgrossman@jonesday.com
　　　　　　　　　　　　　　sngeise@jonesday.com

1

        cyeilding@balch.com
        Support.Legal@daikin-america.com
        EXT-AFFFMDLServiceDaikinAm@groups.jonesday.com

**(b)** **Honeywell International Inc.; Honeywell Safety Products USA, Inc.; Morning Pride Manufacturing, LLC; Sperian Protective Apparel USA, LLC**
**(Amends Service Method Provided in CMO 6.A)**

  Service via email: HON-MDL2873-Pleadings@robinsonbradshaw.com
        Elissa.preheim@arnoldporter.com

**(c)** **L.N. Curtis**

  Service via email: AFFF-LNCurtis-MDLService@grsm.com

**(d)** **Mine Safety Appliances Company, LLC ("MSAC")**
**(Amends Service Method Provided in CMO 6.G and 6.H)**

  Service via email: AFFF_MDL_Service@huschblackwell.com

  MSAC will not accept electronic service at:
  AFFF_MDL_Service@orrick.com

**(e)** **W. L. Gore & Associates, Inc.**
**(Amends Service Method Provided in CMO 6.H)**

  Service via email: WLGore_AFFFMDL_Service@lists.dechert.com

**(f)** **Amerex Corporation**
**(Amends Service Method Provided in CMO 6.A)**

  Service via email: lkerrigan@kmcllaw.com
        mtrevino@maynardnexsen.com

**(g)** **Nation Ford Chemical Company**
**(Amends Service Method Provided in CMO 6.C and 6.F)**

  Service via email: NationFord@wbd-us.com

**(h)** **Municipal Emergency Services, Inc.**
(**Amends Service Method Provided in CMO 6.F and 6.H)**

  Service via email: MES@wbd-us.com
        MES@KCIC.com

**(i)** **Archroma U.S., Inc.**
**(Amends Served Method Provided in CMO 6.A)[1]**

Service via email:   robertjordan@parkerpoe.com;
steveweber@parkerpoe.com;
charlesraynal@parkerpoe.com;
janicestafford@parkerpoe.com;
peter.farrell@kirkland.com;
ArchromaUS_AFFFMDL_Service@kirkland.com

**AND IT IS SO ORDERED.**

                                                                        _____
                                                                        Richard Mark Gergel
                                                                        United States District Judge

November __, 2024
Charleston, South Carolina

---

[1] CMO 6.I. does not change or amend the service method for Clariant Corporation.

3