# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**ORDER** |

Paul J. Napoli has submitted his resignation as a Plaintiff Co-Lead, and the Court has accepted that resignation. The other Plaintiff Co-Leads, Michael A. London, Scott Summy, and Jospeh Rice, will continue to serve. The Court hereby appoints Hunter J. Shkolnik as a member of the Plaintiff Executive Committee, with his term subject to renewal at the same time as the other members of the Plaintiff Executive Committee.

**AND IT IS SO ORDERED**

s/Richard M Gergel
Richard M. Gergel
United States District Judge

November 13, 2024
Charleston, South Carolina