# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | Master Docket No.: 2:18-mn-2873-RMG |
| CITY OF CAMDEN, et al., *Plaintiffs,* -vs- TYCO FIRE PRODUCTS LP, individually and as successor in interest to The Ansul Company, and CHEMGUARD, INC., *Defendants.* | Civil Action No.: 2:24-cv-02321-RMG |
| CITY OF CAMDEN, et al., *Plaintiffs,* -vs- BASF CORPORATION, individually and as successor in interest to Ciba Inc., *Defendant.* | Civil Action No.: 2:24-cv-03174-RMG |

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF SUPPLEMENTAL NOTICE TO ENTITIES THAT HAVE REQUESTED EXCLUSION**

Before the Court is the parties' joint motion for approval of the proposed supplemental notice to entities that have requested exclusion (Dkt. No. 6401). The parties seek approval of the proposed language to be sent by the Opt Out Administrator via email to all those who submitted a Request for Exclusion, or "opt out," from either the Tyco PWS Settlement or the BASF PWS Settlement.

The parties' motion is granted, the supplemental notice is hereby approved, and the Opt Out Administrator is directed to disseminate the language as proposed.

**AND IT IS SO ORDERED.**

Charleston, South Carolina, this 21st day of November, 2024.

                                               s/Richard M. Gergel
                                               Richard M. Gergel
                                               UNITED STATES DISTRICT JUDGE