**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.: 2:18-mn-02873-RMG<br><br>Notice of Dismissal<br><br>This Document Relates to *See Exhibit A*. |

**NOTICE OF DISMISSAL BY LISTED PLAINTIFFS ONLY, WITHOUT**
**PREJUDICE PURSUANT TO FEDERAL**
**RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the entire action of each Plaintiff listed in Exhibit A attached is hereby **DISMISSED WITHOUT PREJUDICE,** as to all defendants and without costs to any party. Such dismissal shall include the dismissal of any derivative loss of consortium claim for the underlying dismissed claims.

Dated: December 5, 2024

Respectfully submitted,

By:*/s/ Gary A. Anderson*
Gary A. Anderson
Environmental Litigation Group
P.C.
2160 Highland Ave. S
Birmingham, Alabama 35205
205-328-9200
Gary@elglaw.com

| Case Number | Case Name | Plaintiff Name |
|---|---|---|
| 2:23-cv-00397-RMG | Nylander et al. v. The 3M Company et al. | Bobby Joe Lambert |
| 2:23-cv-01238-RMG | Chiles et al v. The 3M Company et al. | Gregory John Crispo |
| 2:23-cv-04203-RMG | Garza et al v. The 3M Company et al. | Lawrence Ellis |
| 2:24-cv-00392-RMG | Ates et al v. The 3M Company et al. | Roshonda Bailey |
| 2:24-cv-00395-RMG | Sylestine et al v. The 3M Company et al. | Robert Underwood |
| 2:24-cv-00395-RMG | Sylestine et al v. The 3M Company et al. | Kenneth Whaley |
| 2:24-cv-00396-RMG | Simpson et al v. The 3M Company et al. | Jay Warren Smith |
| 2:24-cv-00398-RMG | Killings et al v. The 3M Company et al. | Eric Anthony Jordan |
| 2:24-cv-00400-RMG | Fox et al v. The 3M Company et al. | Steven Troy Fisher |
| 2:24-cv-00401-RMG | Cottingim et al v. The 3M Company et al. | Michael Frank Zepeda |
| 2:24-cv-03025-RMG | Marshall et al v. The 3M Company et al. | Charles C. Marshall |
| 2:24-cv-03025-RMG | Marshall et al v. The 3M Company et al. | Robert Parker |
| 2:24-cv-03026-RMG | Hill et al v. The 3M Company et al. | Johnarfin Goodjoint |
| 2:24-cv-03027-RMG | Carr et al v. The 3M Company et al. | David Ammons |
| 2:24-cv-03027-RMG | Carr et al v. The 3M Company et al. | Van Bass |
| 2:24-cv-03027-RMG | Carr et al v. The 3M Company et al. | Norman B. Chapman |
| 2:24-cv-03248-RMG | Byrd et al. v. The 3M Company et al. | Randall Bonds |
| 2:24-cv-03248-RMG | Byrd et al. v. The 3M Company et al. | Keith Michael Burkhalter |
| 2:24-cv-03248-RMG | Byrd et al. v. The 3M Company et al. | Sheri Carlson |
| 2:24-cv-03351-RMG | Gildersleeve et al v. The 3M Company et al. | Michael Francis |
| 2:24-cv-03392-RMG | South et al v. The 3M Company et al. | John Hanson |
| 2:24-cv-04057-RMG | Speigner et al. v. The 3M Company et al. | Patrick F. Roberts |
| 2:24-cv-04058-RMG | Colvin et al. v. The 3M Company et al. | Mark Bryant |
| 2:24-cv-04058-RMG | Colvin et al. v. The 3M Company et al. | Ronald Hansen |
| 2:24-cv-04242-RMG | Dixon et al. v. The 3M Company et al. | Shaun Deprez |
| 2:24-cv-04242-RMG | Dixon et al. v. The 3M Company et al. | Nicholas James Lewis |
| 2:24-cv-04243-RMG | Zynda et al. v. The 3M Company et al. | Bilal A. Malik |
| 2:24-cv-04243-RMG | Zynda et al. v. The 3M Company et al. | James Norman |
| 2:24-cv-04243-RMG | Zynda et al. v. The 3M Company et al. | David Rivera |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on December 5, 2024, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

*/s/Gary A. Anderson*
Gary A. Anderson