**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**This Order Relates To**<br>**ALL CASES** |

### Order Appointing Portal Vendor

1. This matter arises on the Parties' Joint Motion to Appoint Eisner Advisory Group as the Parties' Shared Fact Sheet Vendor Under Case Management Order ("CMO") Nos. 5G and 31. (Dkt. No. 6434).

2. CMO No. 31 governs the form, procedure, and schedule for the completion of Plaintiff Profile Form ("PPF") and provides that the Parties shall mutually agree to a Portal Vendor to allow for the electronic submission of PPFs. CMO No. 31 also recognizes "that the Parties are conferring on a revised Personal Injury Plaintiff Fact Sheet and arranging for a digital Portal Vendor." (Dkt. No. 6255 at 5).

3. The Parties now requests the Court to appoint Eisner Advisory Group to act as Portal Vendor for the PPF and for the Amended Personal Injury Fact Sheet ("PFS") recently approved by the Court in CMO 5G. (Dkt. No. 6434 at 1-2).

4. Having reviewed the Parties' motion and accompanying exhibits, the Court grants the Parties' joint motion and hereby appoints Eisner Advisory Group as CMO No. 31 Portal Vendor for PPFs and PFSs.

1

**AND IT IS SO ORDERED.**

                                                                                                               <u>s/Richard Mark Gergel</u>
                                                                                                               Richard Mark Gergel
                                                                                                                United States District Judge

December 5, 2024
Charleston, South Carolina