# Exhibit A – Motion to Dismiss
# (Environmental Litigation Group PC & Solomon Law Group, LLC)

| Plaintiff | Case Name | Docket No. | MDL Transfer Date | PFS Due Date | Delinquency Letter Sent |
|---|---|---|---|---|---|
| Allen, David | Carr v. 3M Co. et al. | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Allen, James Richard | Carr v. 3M Co. et al. | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Anderson, Crockett | Carr v. 3M Co. et al. | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Anderson, John | Carr v. 3M Co. et al. | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Anderson, Keith | Carr v. 3M Co. et al. | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Ayala, Robert | Carr v. 3M Co. et al. | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Baker, Blaine | Carr v. 3M Co. et al. | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Balcer, Raymond C. Jr. | Carr v. 3M Co. et al. | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Ball, Jaran | Carr v. 3M Co. et al. | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Banks, Bradley J. | Carr v. 3M Co. et al. | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Bauer, Timothy | Carr v. 3M Co. et al. | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Beard, Matthew | Carr v. 3M Co. et al. | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Beebe, Mark | Carr v. 3M Co. et al. | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Berenson, Michel | Carr v. 3M Co. et al. | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Bowmaster, Albert | Carr v. 3M Co. et al. | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Bradley, Richard | Carr v. 3M Co. et al. | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Brown, Bobby | Carr v. 3M Co. et al. | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Brown, Edward | Carr v. 3M Co. et al. | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Bruce, Trevor Clayton | Carr v. 3M Co. et al. | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Bryan, Curtis | Carr v. 3M Co. et al. | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Bryson, James T. Jr. | Carr v. 3M Co. et al. | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |

| Plaintiff | Case Name | Docket No. | MDL Transfer Date | PFS Due Date | Delinquency Letter Sent |
|---|---|---|---|---|---|
| Burgess, Terrence | Carr v. 3M Co. et al. | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Butler, Johnna | Carr v. 3M Co. et al. | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Callihan, Richard | Carr v. 3M Co. et al. | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Campbell, Robert | Carr v. 3M Co. et al. | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Casselman, Tracey | Carr v. 3M Co. et al. | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Catron, Acie | Carr v. 3M Co. et al. | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Chaussee, Mark | Carr v. 3M Co. et al. | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Clark, James | Carr v. 3M Co. et al. | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Collins, Mioshi | Carr v. 3M Co. et al. | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Conway, Paul | Carr v. 3M Co. et al. | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Cordova, James Joseph | Carr v. 3M Co. et al. | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Corso, Frank | Carr v. 3M Co. et al. | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Dillon, Matthew T. | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Diluzio, Maurice | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Edwards, Eddie Wesley | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Elmore, Robert E. | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Fears, Jackie L. | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Ferguson, Danny Allen | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Fernandez, Christopher | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Ferriera, Robert | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Fraser, Brian | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Freeman, Will | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Frey, Fred | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |

| Plaintiff | Case Name | Docket No. | MDL Transfer Date | PFS Due Date | Delinquency Letter Sent |
|---|---|---|---|---|---|
| Frykman, Gregory Dale | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Gargagliano, Matthew | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Gerlach, Keith | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Graham, Ronald | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Granit, Wayne Michael | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Halpin, James P. Sr. | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Hardman, Byron | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Harper, Nicholas Wendel | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Harrell, Langston | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Harte, Gregory | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Hartley, Charles | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Heard, Quinton | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Henley, Eric | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Hernandez, Christopher | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Hood, Bobbi | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Hunter, Kenyatta | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| James, Antwan | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| James, Donald | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Jasch, Donald C. | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Jenkins, Lareta | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Jennings, Milton Ray | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Johnson, Calvin Bernard | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Jones, Keith | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |

| Plaintiff | Case Name | Docket No. | MDL Transfer Date | PFS Due Date | Delinquency Letter Sent |
|---|---|---|---|---|---|
| Jones, Tierney | Hill v. 3M Co. et al. | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Keary, George P. | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Kelly, William | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Kempert, Lawrence | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Klegman, James J. | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Knox, Earl Michael Patrick | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| La Viola, Jeff | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Lain, Mark Allen | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Lasalle, Janson | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Lattimer, Wendy | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Livingston, Russell W. Sr. | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Lockner, William | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Machiela, Alan | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Martin, Michael | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| McClellan, Jessica | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| McClellan, Patrick | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| McConald, Mark | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| McCrary, Ronald Lamar | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| McGregor, James | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Michael, David Grant | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Miller, Sherlock | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Mills, Vahl | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Milner, Michael Allen | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |

| Plaintiff | Case Name | Docket No. | MDL Transfer Date | PFS Due Date | Delinquency Letter Sent |
|---|---|---|---|---|---|
| Mims, Gregory | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Moose, Timothy Lee | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Morley, Donald | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Murray, Wunnie Jr. | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Nance, Richard | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Nelson, Jeffrey | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Norvell, Jerald | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| O'Gar, George | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Oliver, Robert W. | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| O'Neill, Daniel | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Owens, Bruce | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Owens, Sheree | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Pearl, Roy Elliot | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Poling, Isaac | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Potts, Fard | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Powell, Kendra D. | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Pringle, Dennis E. | Marshall v. 3M Co. et al. | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Newsome, George | Newsome v. 3M Co. et al. | 2:24-cv-03127 | 5/20/2024 | 8/26/2024 | 9/25/2024 |
| Reed, Michael D. Sr. | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Rhodes, Nicholas | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Richardson, Aaron | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Rieman, Mark Scott | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Robertson, Tarvara | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |

| Plaintiff | Case Name | Docket No. | MDL Transfer Date | PFS Due Date | Delinquency Letter Sent |
|---|---|---|---|---|---|
| Robinson, Demario | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Rodriguez, Jose | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Ross, Douglas Anthony | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Ruffin, Martin | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Sallee, Rashad | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Sanders, Melvin | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Schieber, Tammy L. | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Schwecke, James | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Sessions, Gary Ray | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Sheppard, Cindy Marie | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Skiber, Robert | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Skinner, James | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Smith, Carl Dennis | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Stern, William Lloyd Jr. | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Stillwell, James Matthew | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Stoutamire, Conrad | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Suitt, Cary Joe | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Taylor, Keith | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Thomas, Brian | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Thomas, Donte Maurice | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Topor, Timothy Alan | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Torrez, Henry Ray | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Turpin, Steve | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |

| Plaintiff | Case Name | Docket No. | MDL Transfer Date | PFS Due Date | Delinquency Letter Sent |
|---|---|---|---|---|---|
| Villanueva, Joe | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Washington, Etta C. | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Watkins, Jonathan | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Westerlund, Sean | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Woods, Marshall | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Wootten, Shawn | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Wright, Hugh | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Reynolds, Robert | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Wilborn, Daniel W. III | Stoutamire v. 3M Co. et al. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Yerg, Keith | Yerg v. 3M Co. et al. | 2:24-cv-02971 | 5/10/2024 | 8/16/2024 | 9/25/2024 |
| Bilancione, Christopher | South v. 3M Co. et al. | 2:24-cv-03392 | 6/7/2024 | 9/13/2024 | 9/25/2024 |
| Draper, David | South v. 3M Co. et al. | 2:24-cv-03392 | 6/7/2024 | 9/13/2024 | 9/25/2024 |
| Flaherty, Michael | South v. 3M Co. et al. | 2:24-cv-03392 | 6/7/2024 | 9/13/2024 | 9/25/2024 |
| Grosvenor, Benjamin | South v. 3M Co. et al. | 2:24-cv-03392 | 6/7/2024 | 9/13/2024 | 9/25/2024 |
| Kerkeski, Gale Scott | South v. 3M Co. et al. | 2:24-cv-03392 | 6/7/2024 | 9/13/2024 | 9/25/2024 |
| Ramey, Jason P. | South v. 3M Co. et al. | 2:24-cv-03392 | 6/7/2024 | 9/13/2024 | 9/25/2024 |
| Starks, Dennis | South v. 3M Co. et al. | 2:24-cv-03392 | 6/7/2024 | 9/13/2024 | 9/25/2024 |
| Walker, Matthew | South v. 3M Co. et al. | 2:24-cv-03392 | 6/7/2024 | 9/13/2024 | 9/25/2024 |
| Anderchin, Scott | Michauskas v. 3M Co. et al. | 2:24-cv-03194 | 5/24/2024 | 8/30/2024 | 9/25/2024 |
| Barnes, BJ | Michauskas v. 3M Co. et al. | 2:24-cv-03194 | 5/24/2024 | 8/30/2024 | 9/25/2024 |
| Barnwell, Nathan | Michauskas v. 3M Co. et al. | 2:24-cv-03194 | 5/24/2024 | 8/30/2024 | 9/25/2024 |
| Baucas, Kristen Margaret | Michauskas v. 3M Co. et al. | 2:24-cv-03194 | 5/24/2024 | 8/30/2024 | 9/25/2024 |
| Beal, Jeffrey | Michauskas v. 3M Co. et al. | 2:24-cv-03194 | 5/24/2024 | 8/30/2024 | 9/25/2024 |

| Plaintiff | Case Name | Docket No. | MDL Transfer Date | PFS Due Date | Delinquency Letter Sent |
|---|---|---|---|---|---|
| Biddle, Drexel | Michauskas v. 3M Co. et al. | 2:24-cv-03194 | 5/24/2024 | 8/30/2024 | 9/25/2024 |
| Buford, Keith Sr. | Michauskas v. 3M Co. et al. | 2:24-cv-03194 | 5/24/2024 | 8/30/2024 | 9/25/2024 |
| Charles, Eugene | Michauskas v. 3M Co. et al. | 2:24-cv-03194 | 5/24/2024 | 8/30/2024 | 9/25/2024 |
| Crayton, Stanley | Michauskas v. 3M Co. et al. | 2:24-cv-03194 | 5/24/2024 | 8/30/2024 | 9/25/2024 |
| Cruz, William | Michauskas v. 3M Co. et al. | 2:24-cv-03194 | 5/24/2024 | 8/30/2024 | 9/25/2024 |