# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) MDL No. 2:18-mn-2873-RMG<br>)<br>) This document relates to:<br>) *No. 2:24-cv-04450-RMG*<br>) *Township of Wall v. 3M Company, et al.* |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Township of Wall initiated the above-captioned action by filing a Complaint against Defendants on August 14, 2024. No Defendant has answered, moved, or otherwise responded to the Complaint.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims against E.I. Du Pont De Nemours & Company (n/k/a EIDP, Inc.); The Chemours Company; The Chemours Company FC, LLC; Corteva, Inc.; and DuPont de Nemours, Inc. ("Dupont entities), in this case, 2:24-cv-04450-RMG, are hereby dismissed without prejudice.

Dated: December 20, 2024    Respectfully submitted,

*[signature: Stephen T. Sullivan, Jr.]*

Stephen T. Sullivan, Jr.
John E. Keefe, Jr.
**KEEFE LAW FIRM, LLC**
2 Bridge Ave, Suite 623
Red Bank, NJ 07724
Telephone: (732) 224-9400
Fax: (732) 224-9494
Ssullivan@keefe-lawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on December 20, 2024, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings Systems (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

_____
Stephen T. Sullivan, Jr.