IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>This Motion relates to All Actions |

## JOINT MOTION FOR ENTRY OF CASE MANAGEMENT ORDER NO. 26F.

The Defense Leadership and Plaintiffs' Executive Committee ("PEC') jointly move this Court to enter Proposed Case Management Order ("CMO") No. 26F., which supplements in part CMOs No. 26 – 26E. to establish a process by which additional ulcerative colitis personal injury bellwether cases are chosen to undergo additional Tier 1 that may advance to Tier 2 discovery and establish a scheduling order governing the Group B Personal Injury Bellwether Trial Pool Cases. Proposed CMO No. 26F. is attached as Exhibit A.

WHEREFORE, the Defense Leadership and PEC respectfully request that this Court enter Proposed CMO No. 26F.

Respectfully submitted,

[*signatures on next page*]

By: /s/ *Michael A. London*

Fred Thompson , III
Motley Rice (Mt Pl)
28 Bridgeside Boulevard
Mt Pleasant, SC 29464
843-216-9000
Email: fthompson@motleyrice.com

Joseph F Rice
Motley Rice
PO Box 1792
Mt Pleasant, SC 29465
843-216-9000
Email: jrice@motleyrice.com

Michael A London
Douglas and London PC
59 Maiden Lane
6th Floor
New York, NY 10038
212-566-7500
Email: mlondon@douglasandlondon.com

Hunter J. Shkolnik
Napoli Shkolnik
1302 Avenida Ponce de Leon
Santurce, Puerto Rico 00907
Email: Hunter@nsprlaw.com

Scott Summy
Baron & Budd PC
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
214-521-3605
Email: ssummy@baronbudd.com

*Plaintiffs' Executive Committee*

Dated: December 20, 2024

By: /s/ *David E. Dukes*

Joseph G. Petrosinelli
Defendants' Co-Lead Counsel
Williams & Connolly LLP
680 Maine Avenue SW
Washington DC 20024
jpetrosinelli@wc.com
(202) 434-5547

Michael A. Olsen
Defendants' Co-Lead Counsel
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
molsen@mayerbrown.com
(312) 782-0600

David E. Dukes
Defendants' Co-Liaison Counsel
Nelson Mullins Riley & Scarborough LLP
1320 Main Street / 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC  29201
david.dukes@nelsonmullins.com
(803) 799-2000

Brian C. Duffy
Defendants' Co-Liaison Counsel
Duffy & Young LLC
96 Broad St.
Charleston, SC 29401
bduffy@duffyandyoung.com
(843) 720-2044

*Defense Leadership Counsel*