**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>This Motion relates to All Actions |

**JOINT MOTION FOR ENTRY OF CASE MANAGEMENT ORDER NO. 26G**

The Defense Leadership and Plaintiffs' Executive Committee ("PEC') jointly move this Court to enter Proposed Case Management Order ("CMO") No. 26G, which amends the schedule for the completion of Group A personal injury bellwether expert discovery, and extends the trial date from October 6, 2025, to October 20, 2025. Proposed CMO No. 26G is attached as Exhibit 1.

WHEREFORE, the Defense Leadership and PEC respectfully request that this Court enter Proposed CMO No. 26G.

Respectfully submitted,

[*signatures on next page*]

Dated: January 2, 2025

/s/ *Fred Thompson*

Fred Thompson
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
P: (843) 216-9658
fthompson@motleyrice.com

*Plaintiffs' Liaison Counsel*

Michael A. London
Douglas & London, P.C.
59 Maiden Lane, 6th Fl.
New York, New York 10038
P: (212) 566-7500
mlondon@douglasandlondon.com

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
P: (214) 521-3605
ssummy@baronbudd.com

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd
Mount Pleasant, SC 29464
P: (843) 216-9000
jrice@motleyrice.com

*Co-Lead Counsel for Plaintiffs*

/s/ *Michael A. Olsen*

Michael A. Olsen
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
P: (312) 701-7120
molsen@mayerbrown.com

Joseph G. Petrosinelli
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington DC 20005
P: (202) 434-5547
jpetrosinelli@wc.com

*Co-Lead Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed with this Court's CM/ECF on this 2nd day of January, 2025, and was thus served electronically upon counsel of record.

/s/ Fred Thompson, III

2