**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**This Order Relates To**<br>No. 2:24-cv-02321-RMG and No. 2:24-cv-3174-RMG |

**ORDER CONFIRMING FINAL JUDGMENT**

On November 22, 2024, the Court entered an order finally approving a class settlement agreement reached between Public Water System Plaintiffs ("PWS Plaintiffs") and Defendants Tyco Fire Products LP and Chemgaurd, Inc. (Dkt. No. 6406) and an order finally approving a class settlement agreement reached between PWS Plaintiffs and Defendant BASF Corporation (Dkt. No. 6407). The settlement agreements were approved in the following member cases of this MDL: *City of Camden, et al. v. Tyco Fire Products LP and Chemguard, Inc.*, 2:24-cv-02321-RMG and *City of Camden, et al. v. BASF Corporation*, 2:24-cv-03174-RMG. The complaints in those member cases were intended to be used as the mechanisms for class-wide settlements, identify each class representative, define the settlement classes, and state the claims intended to become released claims and concluded by final judgment.

A question has arisen whether the November 22, 2024 final approval orders were intended as the final judgment in those cases. The question arose because the effective date of the settlement and other deadlines set forth in the final approval orders are tied to the date of final judgment. The Court confirms that the November 22, 2024 final approval orders (Dkt. Nos. 6406 and 6407) constituted final judgment in their respective member cases.

1

                                                    _s/Richard Mark Gergel_
                                                    Richard Mark Gergel
                                                    United States District Judge

January 7, 2025
Charleston, South Carolina