**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

|  |  |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** ) ) ) ) ) ) ) | **MDL No. 2:18-mn-2873-RMG**<br><br>**CASE MANAGEMENT ORDER NO. 31A**<br><br>**This Order Relates to All Cases** |

**CASE MANAGEMENT ORDER NO 31A**
**(AMENDING THE DEADLINES FOR THE SUBMISSION OF A**
**PLAINTIFF PROFILE FORM AND OF**
<u>**AN AMENDED PERSONAL INJURY PLAINTIFF FACT SHEET**</u>**)**

On October 15, 2024 this Court issued Case Management Order 31 (ECF No. 6255) governing the form, procedure, and schedule for the completion and service of a Plaintiff Profile Form ("PPF"), which serves as a supplement to the now superseded Personal Injury Plaintiff Fact Sheet. On December 5, 2024, the Court issued Case Management Order 5G (ECF No. 6443) requiring any Plaintiff submitting a Personal Injury Plaintiff Fact Sheet to utilize the CMO 5G Amended Personal Injury Plaintiff Fact Sheet ("Amended PI PFS"). Both of these forms are required to be submitted via an online portal set up by Eisner Advisory Group ("Eisner" or "EAG"), the parties' joint portal vendor which was appointed by Court Order dated December 5, 2024 (ECF No. 6444).

The Court has been informed that Eisner is continuing to build the portal for submission of the PPF and Amended PI PFS. Eisner expects to begin accepting PPFs by approximately the second full week in January 2025, and to begin accepting Amended PI PFSs approximately three weeks thereafter. Until such time as Eisner begins accepting forms via the portal, no Plaintiff is

1

able to comply with CMOs 31 or 5G. Accordingly, the deadlines for completion of PPFs and Amended PI PFS are amended as below.

1. The deadlines for completion of a PPF pursuant to CMO 31, Paragraph II (A)(1) are amended as follows:

   Each plaintiff required to complete a PPF shall do so on a rolling basis within the following timeframes:

   a. For law firms with 1-99 plaintiffs on file by December 5, 2024: by March 17, 2025;
   b. For law firms with 100-399 plaintiffs on file by December 5, 2024: by March 31, 2025;
   c. For law firms with 400-749 plaintiffs on file by December 5, 2024: by April 14, 2025;
   d. For law firms with over 750 plaintiffs on file by December 5, 2024: by May 12, 2025;

   Furthermore, no personal injury Plaintiff shall be deemed non-compliant under CMO 31 for failing to submit a substantially complete PPF until at least 30 days after the Portal Vendor begins accepting Amended PI PFS.

2. The deadlines for completion of an Amended PI PFS pursuant to CMO 5G are amended as follows:

   Each plaintiff required to complete an Amended PI PFS shall do so on a rolling basis within the following timeframes:

   a. For plaintiffs filed in or transferred to this MDL before December 23, 2024: Amended PI PFS due by March 31, 2025;

   b. For plaintiffs filed after December 23, 2024: Amended PI PFS due as directed in CMO 5 (within 98 days of filing in or transfer to this MDL).

**IT IS SO ORDERED.**

Dated: _____ 2025
Charleston, South Carolina

_____
Hon. Richard M. Gergel
United States District Judge