IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) MDL No. 2:18-mn-2873-RMG <br> ) <br> ) **This Document Relates to:** <br> ) <br> ) See list of plaintiffs and case numbers included below |

# SUPPLEMENTAL REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO SERVE TURNOUT GEAR PLAINTIFF FACT SHEETS

The moving Defendants ("Defendants")[1] respectfully submit this Supplemental Reply in Support of their Motion to Dismiss (Dkt. 6472) to reflect material developments that occurred after their original reply was filed (Dkt. 6537).

Certain Plaintiffs who are subject to the motion to dismiss have, since the reply was filed, submitted Turnout Gear Plaintiff Fact Sheets, thereby mooting the motion as to those Plaintiffs.[2]

---

[1] The following Defendants join in this motion: AllStar Fire Equipment; CB Garment, Inc.; Fire-Dex LLC; Globe Manufacturing Company, LLC; Honeywell International Inc.; Honeywell Safety Products USA, Inc.; Innotex Corp.; Lakeland Industries, Inc.; L.N. Curtis & Sons, Inc.; Lion Group, Inc.; Mallory Safety & Supply, LLC; Milliken & Company; Morning Pride Manufacturing, LLC d/b/a Honeywell First Responder Products; MSA Safety Sales, LLC; Municipal Emergency Services, Inc.; Narcote Holding Corporation; Narcote LLC d/b/a Stedfast USA, Inc.; Northeast Rescue Systems, Inc.; PBI Performance Products, Inc.; Ricochet Manufacturing Co., Inc.; Safety Components Fabric Technologies, Inc.; Safety Components, Inc.; Southern Mills Inc. dba Tencate Protective Fabrics; Sperian Protective Apparel USA, LLC; Stedfast USA Inc.; Veridian Limited; Witmer Public Safety, Inc.; and W. L. Gore & Associates, Inc. ("Defendants").

[2] These Plaintiffs are: Bauer, Timothy (2:24-cv-03027); Bryson, James T. Jr. (2:24-cv-03027); Casselman, Tracey (2:24-cv-03027); Chaussee, Mark (2:24-cv-03027); Clark, James (2:24-cv-03027); Freeman, Will (2:24-cv-03026); Frey, Fred (2:24-cv-03026); Gerlach, Keith (2:24-cv-03026); Harper, Nicholas Wendel (2:24-cv-03026); Hartley, Charles (2:24-cv-03026); Jennings, Milton Ray (2:24-cv-03026); Lain, Mark Allen (2:24-cv-03025); Machiela, Alan (2:24-cv-03025); Ross, Douglas Anthony (2:24-cv-03024); Stoutamire, Conrad (2:24-cv-03024); Bilancione, Christopher (2:24-cv-03392); Anderchin, Scott (2:24-cv-03194); Barnes, BJ (2:24-cv-03194); Baucas, Kristen Margaret (2:24-cv-03194).

1

Defendants' motion is still pending regarding the other Plaintiffs identified in the motion who still have not served completed Turnout Gear Plaintiff Fact Sheets. These Plaintiffs are listed below for the Court's convenience:

| Plaintiff | Docket No. | MDL Transfer Date | PFS Due Date | Delinquency Letter Sent |
|---|---|---|---|---|
| Yerg, Jody obo Keith Yerg | 2:24-cv-02971 | 5/10/2024 | 8/16/2024 | 9/25/2024 |
| Allen, David | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Allen, James Richard | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Anderson, Crockett | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Bowmaster, Albert | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Campbell, Robert | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Corso, Frank | 2:24-cv-03027 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Heard, Quinton | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Hunter, Kenyatta | 2:24-cv-03026 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Kelly, William | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Lockner, William | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| McClellan, Patrick | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Miller, Sherlock | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Morley, Donald | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Pearl, Roy Elliot | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Schieber, Tammy L. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Smith, Carl Dennis | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Stern, William Lloyd Jr. | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Wootten, Shawn | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Kerkeski, Gale Scott | 2:24-cv-03392 | 6/7/2024 | 9/13/2024 | 9/25/2024 |
| Owens, Bruce | 2:24-cv-03025 | 5/14/2024 | 8/20/2024 | 9/25/2024 |
| Wilborn, Daniel W. III | 2:24-cv-03024 | 5/14/2024 | 8/20/2024 | 9/25/2024 |

Dated: January 16, 2025					Respectfully submitted,

*/s/ Mark Cheffo*
Mark S. Cheffo
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10336
P: (212) 698-3500
mark.cheffo@dechert.com

*DCC Turnout Gear Defendants Liaison*

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2025, a copy of the foregoing was served electronically via the Court's CM/ECF system.

*/s/ Mark Cheffo*
Mark S. Cheffo
