# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-02873-RMG<br><br>**This Document Relates to**<br>**Case No.: 2:24-cv-03439-RMG**<br>**Case No.: 2:24-cv-04284-RMG** |

## NOTICE OF APPEAL

Pursuant to 9 U.S.C. § 16(a)(1)(A) and Rule 3 of the Federal Rules of Appellate Procedure, Defendant Illinois Union Insurance Company ("Illinois Union") hereby gives notice that it appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered in the above-captioned cases on January 15, 2025 (MDL Dkt. No. 6569) (*Donald Bouvet, et al. v. 3M Co., et al.*, Case No. 2:24-cv-03439-RMG, Dkt. No. 240) (*City of Wausau v. AGC Chemicals Americas, Inc.*, Case No. 2:24-cv-04284-RMG, Dkt No. 155) denying Illinois Union's Motion for Leave to File Motion to Stay the Wisconsin Direct Action Claims Against It Based on Arbitration Agreement (MDL Dkt. No. 6276) (*Donald Bouvet, et al. v. 3M Co., et al.*, Case No. 2:24-cv-03439-RMG, Dkt. No. 227) (*City of Wausau v. AGC Chemicals Americas, Inc.*, Case No. 2:24-cv-04284-RMG, Dkt No. 142).

[*Remainder of page intentionally left blank*]

- 2 -

Dated: February 4, 2025                         Respectfully submitted,

*R. Walsh*
_____
Robert F. Walsh, Esq.
Lynndon K. Groff, Esq.
WHITE AND WILLIAMS LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395
(215) 864-7045
walshr@whiteandwilliams.com
groffl@whiteandwilliams.com

Morgan Liptak, Esq.
WHITE AND WILLIAMS LLP
810 Seventh Avenue, Suite 500
New York, NY 10019
(646) 766-1352
liptakm@whiteandwilliams.com

*Counsel for ACE American Insurance Company, ACE Property & Casualty Insurance Company, Century Indemnity Company, Federal Insurance Company, Illinois Union Insurance Company, Insurance Company of North America, Oakwood Insurance Company, and Westchester Surplus Lines Insurance Company*

- 3 -

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was electronically filed with this Court's CM/ECF on this 4th day of February 2025 and was thus served electronically upon counsel of record.

                                                           _____
                                                           Lynndon K. Groff
                                                           WHITE AND WILLIAMS LLP
                                                           1650 Market Street
                                                           One Liberty Place, Suite 1800
                                                           Philadelphia, PA 19103-7395
                                                           (215) 864-7033
                                                           groffl@whiteandwilliams.com

                                                           *Counsel for ACE American Insurance Company, ACE Property & Casualty Insurance Company, Century Indemnity Company, Federal Insurance Company, Illinois Union Insurance Company, Insurance Company of North America, Oakwood Insurance Company, and Westchester Surplus Lines Insurance Company*