UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

IN RE: AQUEOUS FILM-FORMING
FOAMS PRODUCTS LIABILITY                MDL NO. 2:18-mn-2873
LITIGATION

This Document Relates to:
v. 3M et. al. No.:

### NOTICE OF DISMISSAL BY LISTED PLAINTIFFS ONLY, WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(i) & SECOND AMDENDED CASE MANAGEMENT ORDER NO. 28

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and pursuant to Paragraph 6 of Second Amended CMO 28, the entire action of each Plaintiff listed in Exhibit A attached is hereby **DISMISSED WITHOUT PREJUDICE**, as to all defendants and without costs to any party. Such dismissal shall include the dismissal of any derivative loss of consortium claim for the underlying dismissed claims.

Dated: February 12, 2025

                                          Respectfully submitted by,

                                          /s/ Stephen G. Skinner
                                          Stephen G. Skinner, Esquire (WV Bar No. 6725)
                                          SKINNER LAW FIRM
                                          P.O. Box 487
                                          Charles Town, WV 25414
                                          304-725-7029/Fax: 304-725-4082
                                          sskinner@skinnerfirm.com

**EXHIBIT A**

| Case Number | Case Name | Plaintiff Name |
| --- | --- | --- |
| 2:21-cv-03882 | Barrett | Amber McLeod |
| 2:21-cv-02347 | Miller | Estate of Norma Haslacker |
| 2:21-cv-02347 | Miller | Patricia Parsons |
| 2:21-cv-03882 | Barrett | Caroline Zdziera |
| 2:21-cv-02347 | Miller | Lori Stiles |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2025, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Stephen G. Skinner  
Stephen G. Skinner