# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) MDL No. 2:18-mn-02873-RMG |

## MOTION FOR LEAVE TO WITHDRAW REPRESENTATION AS COUNSEL

Pursuant to Local Rule 83.I.07(B), Jay Davis, Brandt Horton and Ashton Phillips of Clements Rivers LLP, counsel of record for the Defendant CB Garment, Inc. (hereinafter "CB Garment"), hereby move the Court to withdraw their representation of CB Garment in the following cases:

2:23-cv-03720-RMG
2:23-cv-04277-RMG
2:23-cv-04384-RMG
2:23-cv-04918-RMG
2:23-cv-05850-RMG
2:23-cv-05936-RMG
2:23-cv-06407-RMG
2:23-cv-06409-RMG
2:23-cv-06411-RMG
2:23-cv-06415-RMG
2:23-cv-06634-RMG
2:23-cv-06792-RMG
2:23-cv-06802-RMG
2:23-cv-06803-RMG
2:23-cv-06806-RMG
2:23-cv-06807-RMG
2:24-cv-00198-RMG
2:24-cv-00356-RMG
2:24-cv-00363-RMG
2:24-cv-00364-RMG

2:24-cv-00365-RMG
2:24-cv-00366-RMG
2:24-cv-00368-RMG
2:24-cv-00377-RMG
2:24-cv-00392-RMG
2:24-cv-00395-RMG
2:24-cv-00396-RMG
2:24-cv-00397-RMG
2:24-cv-00398-RMG
2:24-cv-00399-RMG
2:24-cv-00400-RMG
2:24-cv-00401-RMG
2:24-cv-00432-RMG
2:24-cv-00443-RMG
2:24-cv-00529-RMG
2:24-cv-00755-RMG
2:24-cv-00849-RMG
2:24-cv-00958-RMG
2:24-cv-01003-RMG
2:24-cv-01022-RMG
2:24-cv-01109-RMG
2:24-cv-01198-RMG
2:24-cv-01683-RMG
2:24-cv-01908-RMG
2:24-cv-01909-RMG
2:24-cv-01915-RMG
2:24-cv-01916-RMG
2:24-cv-02177-RMG
2:24-cv-02178-RMG
2:24-cv-02298-RMG
2:24-cv-02482-RMG
2:24-cv-02485-RMG
2:24-cv-02572-RMG
2:24-cv-02574-RMG
2:24-cv-02575-RMG
2:24-cv-02576-RMG
2:24-cv-02578-RMG
2:24-cv-02579-RMG
2:24-cv-02580-RMG
2:24-cv-02581-RMG

2:24-cv-02605-RMG
2:24-cv-02607-RMG
2:24-cv-02608-RMG
2:24-cv-02609-RMG
2:24-cv-02611-RMG
2:24-cv-02729-RMG
2:24-cv-02908-RMG
2:24-cv-02910-RMG
2:24-cv-02912-RMG
2:24-cv-02913-RMG
2:24-cv-02914-RMG
2:24-cv-02915-RMG
2:24-cv-02917-RMG
2:24-cv-02918-RMG
2:24-cv-02919-RMG
2:24-cv-02920-RMG
2:24-cv-02929-RMG
2:24-cv-02930-RMG
2:24-cv-02934-RMG
2:24-cv-03024-RMG
2:24-cv-03025-RMG
2:24-cv-03026-RMG
2:24-cv-03027-RMG
2:24-cv-03127-RMG
2:24-cv-03149-RMG
2:24-cv-03194-RMG
2:24-cv-03228-RMG
2:24-cv-03229-RMG
2:24-cv-03241-RMG
2:24-cv-03242-RMG
2:24-cv-03244-RMG
2:24-cv-03279-RMG
2:24-cv-03295-RMG
2:24-cv-03297-RMG
2:24-cv-03392-RMG
2:24-cv-03504-RMG
2:24-cv-03505-RMG
2:24-cv-03506-RMG
2:24-cv-03509-RMG
2:24-cv-03704-RMG

2:24-cv-03803-RMG
2:24-cv-03806-RMG
2:24-cv-04032-RMG
2:24-cv-04041-RMG
2:24-cv-04057-RMG
2:24-cv-04058-RMG
2:24-cv-04102-RMG
2:24-cv-04111-RMG
2:24-cv-04112-RMG
2:24-cv-04119-RMG
2:24-cv-04138-RMG
2:24-cv-04159-RMG
2:24-cv-04173-RMG
2:24-cv-04195-RMG
2:24-cv-04249-RMG
2:24-cv-04258-RMG
2:24-cv-04270-RMG
2:24-cv-04274-RMG
2:24-cv-04275-RMG
2:24-cv-04315-RMG
2:24-cv-04342-RMG
2:24-cv-04345-RMG
2:24-cv-04348-RMG
2:24-cv-04353-RMG
2:24-cv-04514-RMG
2:24-cv-04515-RMG
2:24-cv-04517-RMG
2:24-cv-04551-RMG
2:24-cv-04753-RMG
2:24-cv-04758-RMG
2:24-cv-04759-RMG
2:24-cv-04832-RMG
2:24-cv-04855-RMG
2:24-cv-04887-RMG
2:24-cv-04903-RMG
2:24-cv-04905-RMG
2:24-cv-04906-RMG
2:24-cv-04907-RMG
2:24-cv-04909-RMG
2:24-cv-04910-RMG

2:24-cv-04977-RMG
2:24-cv-04978-RMG
2:24-cv-04979-RMG
2:24-cv-04981-RMG
2:24-cv-05295-RMG
2:24-cv-05564-RMG
2:24-cv-05822-RMG
2:24-cv-06221-RMG
2:24-cv-06275-RMG
2:24-cv-06291-RMG
2:24-cv-06323-RMG
2:24-cv-06345-RMG
2:24-cv-06425-RMG
2:24-cv-06441-RMG
2:24-cv-06442-RMG
2:24-cv-06443-RMG
2:24-cv-06444-RMG
2:24-cv-06445-RMG
2:24-cv-06446-RMG
2:24-cv-06447-RMG
2:24-cv-06448-RMG
2:24-cv-06449-RMG
2:24-cv-06450-RMG
2:24-cv-06451-RMG
2:24-cv-06452-RMG
2:24-cv-06453-RMG
2:24-cv-06454-RMG
2:24-cv-06455-RMG
2:24-cv-06456-RMG
2:24-cv-06457-RMG
2:24-cv-06458-RMG
2:24-cv-06459-RMG
2:24-cv-06460-RMG
2:24-cv-06465-RMG
2:24-cv-06466-RMG
2:24-cv-06467-RMG
2:24-cv-06468-RMG
2:24-cv-06471-RMG
2:24-cv-06472-RMG
2:24-cv-06474-RMG

2:24-cv-06475-RMG
2:24-cv-06491-RMG
2:24-cv-06492-RMG
2:24-cv-06494-RMG
2:24-cv-06495-RMG
2:24-cv-06496-RMG
2:24-cv-06497-RMG
2:24-cv-06499-RMG
2:24-cv-06501-RMG
2:24-cv-06502-RMG
2:24-cv-06503-RMG
2:24-cv-06504-RMG
2:24-cv-06505-RMG
2:24-cv-06506-RMG
2:24-cv-06507-RMG
2:24-cv-06509-RMG
2:24-cv-06511-RMG
2:24-cv-06512-RMG
2:24-cv-06513-RMG
2:24-cv-06514-RMG
2:24-cv-06515-RMG
2:24-cv-06518-RMG
2:24-cv-06519-RMG
2:24-cv-06521-RMG
2:24-cv-06807-RMG
2:24-cv-06808-RMG
2:24-cv-06810-RMG
2:24-cv-06811-RMG
2:24-cv-06813-RMG
2:24-cv-06875-RMG
2:24-cv-06876-RMG
2:24-cv-06877-RMG
2:24-cv-06878-RMG
2:24-cv-07061-RMG
2:24-cv-07062-RMG
2:24-cv-07063-RMG
2:24-cv-07064-RMG
2:24-cv-07088-RMG
2:24-cv-07089-RMG
2:24-cv-07090-RMG

2:24-cv-07091-RMG
2:24-cv-07116-RMG
2:24-cv-07139-RMG
2:24-cv-07149-RMG
2:24-cv-07158-RMG
2:24-cv-07159-RMG
2:24-cv-07160-RMG
2:24-cv-07161-RMG
2:24-cv-07163-RMG
2:24-cv-07173-RMG
2:24-cv-07181-RMG
2:24-cv-07184-RMG
2:24-cv-07186-RMG
2:24-cv-07187-RMG
2:24-cv-07188-RMG
2:24-cv-07189-RMG
2:24-cv-07207-RMG
2:24-cv-07208-RMG
2:24-cv-07209-RMG
2:24-cv-07220-RMG
2:24-cv-07223-RMG
2:24-cv-07225-RMG
2:24-cv-07227-RMG
2:24-cv-07228-RMG
2:24-cv-07230-RMG
2:24-cv-07231-RMG
2:24-cv-07232-RMG
2:24-cv-07253-RMG
2:24-cv-07257-RMG
2:24-cv-07258-RMG
2:24-cv-07259-RMG
2:24-cv-07260-RMG
2:24-cv-07261-RMG
2:24-cv-07265-RMG
2:24-cv-07279-RMG
2:24-cv-07355-RMG
2:24-cv-07356-RMG
2:24-cv-07357-RMG
2:24-cv-07383-RMG
2:24-cv-07542-RMG

2:24-cv-07543-RMG
2:24-cv-07544-RMG
2:24-cv-07613-RMG
2:24-cv-07614-RMG
2:24-cv-07615-RMG
2:24-cv-07693-RMG
2:24-cv-07708-RMG
2:24-cv-07713-RMG
2:24-cv-07714-RMG
2:24-cv-07715-RMG
2:24-cv-07716-RMG
2:24-cv-07739-RMG
2:24-cv-07740-RMG
2:25-cv-00105-RMG
2:25-cv-00121-RMG
2:25-cv-00135-RMG
2:25-cv-00136-RMG
2:25-cv-00137-RMG
2:25-cv-00138-RMG
2:25-cv-00140-RMG
2:25-cv-00141-RMG
2:25-cv-00142-RMG
2:25-cv-00143-RMG
2:25-cv-00144-RMG
2:25-cv-00146-RMG
2:25-cv-00147-RMG
2:25-cv-00148-RMG
2:25-cv-00149-RMG
2:25-cv-00150-RMG
2:25-cv-00151-RMG
2:25-cv-00177-RMG
2:25-cv-00193-RMG
2:25-cv-00233-RMG
2:25-cv-00234-RMG
2:25-cv-00235-RMG
2:25-cv-00236-RMG
2:25-cv-00237-RMG
2:25-cv-00238-RMG
2:25-cv-00239-RMG
2:25-cv-00240-RMG

2:25-cv-00241-RMG
2:25-cv-00242-RMG
2:25-cv-00253-RMG
2:25-cv-00299-RMG
2:25-cv-00322-RMG
2:25-cv-00349-RMG
2:25-cv-00360-RMG
2:25-cv-00370-RMG
2:25-cv-00372-RMG
2:25-cv-00373-RMG
2:25-cv-00456-RMG
2:25-cv-00688-RMG
2:25-cv-00689-RMG
2:25-cv-00715-RMG
2:25-cv-00716-RMG
*And any other cases naming CB Garment, Inc. as a Defendant.*

CB Garment, Inc. is a corporation with the mailing address and telephone number listed below:

3403 West 7th Avenue
Eugene, OR, 97402
(541) 209-6800

In accordance with Local Rule 83.I.07(B)(2), CB Garment has been informed that (a) it may not proceed without counsel, (b) its counsel must be admitted in this district, and (c) it may be held in default or have its claims dismissed if it fails to obtain replacement counsel within a reasonable time.

In accordance with Local Rule 83.I.07(B)(3), this motion is being filed alongside a Certification that CB Garment has been provided a copy of the motion and an explanation of the following: (a) the party's right to object to the withdrawal, (b) that any response must be received by the Court within seventeen (17) days of February 14, 2025, the date of this motion's filing, and (c) such a response must be filed by counsel.

Respectfully submitted,

**CLEMENT RIVERS, LLP**

By: *s/ D. Jay Davis, Jr.*
D. Jay Davis, Jr.  Fed. ID # 6723
Brandt R. Horton, Fed. ID # 72572
T. Ashton Phillips, III, Fed. ID # 13205
P.O. Box 993, Charleston, SC 29402
Phone: (843) 720-5406
Fax: (843) 579-1398
jdavis@ycrlaw.com
bhorton@ycrlaw.com
aphillips@ycrlaw.com

Charleston, South Carolina

Dated: February 14, 2025