IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 2:18-mn-02873-RMG |

## **CERTIFICATION OF D. JAY DAVIS, JR. IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW REPRESENTATION AS COUNSEL**

Pursuant to Local Rule 83.I.07(B), the undersigned counsel, D. Jay Davis, Jr., Esq., hereby certifies as follows:

1. On February 12, 2025, I provided CB Garment, Inc. (hereinafter "CB Garment") with copy of the Motion for Leave to Withdraw Representation as Counsel (hereinafter "the Motion"), by sending a draft copy of the same to their CEO, Greg Lyons. I explained to Mr. Lyons that the Motion would be filed on Friday, February 14, 2025.

2. Upon the filing of this Motion on February 14, 2025, a Court-stamped copy will be provided to CB Garment.

3. I explained to CB Garment that (a) it may not proceed in these cases without counsel, (b) its counsel must be admitted in this district, and (c) it may be held in default or have its claims dismissed if it fails to obtain replacement counsel within a reasonable time.

4. I further explained to CB Garment that (a) it has a right to object to this withdrawal, (b) that any response to this withdrawal must be received by the Court within seventeen (17) days of the date of this motion's filing, and (c) such a response must be filed by counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 14, 2025, in Charleston, South Carolina.

**CLEMENT RIVERS, LLP**

By: _____*s/ D. Jay Davis, Jr.*_____
D. Jay Davis, Jr.  Fed. ID # 6723
P.O. Box 993, Charleston, SC 29402
Phone: (843) 720-5406
Fax: (843) 579-1398
jdavis@ycrlaw.com