# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**This Document Relates to**<br>**ALL CASES** |

### JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED REAL PROPERTY PRODUCT ID SITES TO THE COURT

Pursuant to Local Civ. Rule 6.01 (D.S.C.), Co-Lead Counsel for Plaintiffs and Defendants respectfully move this Court for a brief extension of time to submit an agreed list or competing lists of Real Property Product ID Sites to the Court pursuant to Case Management Order No. 32. This Motion is based on the following grounds:

1. Pursuant to CMO 32, the Parties are to submit an agreed list of Real Property Product ID Sites or competing lists to the Court by no later than March 7, 2025. Dkt. 6571.

2. The PEC has proposed its initial list of potential Real Property Product ID Sites to the DCC, and the DCC has proposed an additional list of Sites to the PEC for consideration. However, the Parties require additional time to meet and confer regarding the selection of the 10 to 15 Real Property Product ID Sites from among the Parties' initial proposals.

3. The Parties request a brief extension of time in order to allow their discussions to continue. The Parties ask that the Court extend the current deadline to submit an agreed list of Real Property Product ID Sites or competing lists to the Court until March 26, 2025. Should briefing be necessary to determine the final pool of Real Property Product ID Sites, then such briefing would be submitted by no later than April 2, 2025.

4. This is the Parties' first request for an extension of time.

1

5.      The requested extension will not affect any other existing deadlines.

WHEREFORE, Co-Lead Counsel for Plaintiffs and Defendants respectfully request that the Court extend the time for the Parties to submit an agreed list or competing lists of Real Property Product ID Sites to the Court pursuant to CMO No. 32 until March 26, 2025.

Dated: March 5, 2025                                        Respectfully submitted,

| | |
|---|---|
| */s/ Michael A. London* | *s/ Michael A. Olsen* |
| Michael A London | Michael A. Olsen |
| Douglas and London PC | Mayer Brown LLP |
| 59 Maiden Lane, 6th Floor | 71 South Wacker Drive |
| New York, NY 10038 | Chicago, IL 60606 |
| P: (212) 566-7500 | P: (312) 701-7120 |
| mlondon@douglasandlondon.com | molsen@mayerbrown.com |
| | |
| Scott Summy | Joseph G. Petrosinelli |
| Baron & Budd, P.C. | Williams & Connolly LLP |
| 3102 Oak Lawn Avenue | 725 Twelfth Street, N.W. |
| Suite 1100 | Washington, DC 20005 |
| Dallas, TX 75219 | P: (202) 434-5547 |
| P: (214) 521-3605 | jpetrosinelli@wc.com |
| ssummy@baronbudd.com | |
| | *Co-Lead Counsel for Defendants* |
| Joseph F. Rice | |
| Motley Rice LLC | David E. Dukes |
| 28 Bridgeside Blvd. | Nelson Mullins Riley & Scarborough LLP |
| Mount Pleasant, SC 29464 | 1320 Main Street, 17th Floor |
| P: (843) 216-9000 | Columbia, SC 29201 |
| jrice@motleyrice.com | P: (803) 255-9451 |
| | F: (803) 256-7500 |
| *Co-Lead Counsel for Plaintiffs* | david.dukes@nelsonmullins.com |
| | |
| Fred Thompson, III | Brian Duffy |
| Motley Rice LLC | Duffy & Young LLC |
| 28 Bridgeside Blvd. | 96 Broad Street |
| Mt Pleasant, SC 29464 | Charleston, SC 29401 |
| P: (843)-216-9000 | P: (843) 720-2044 |
| F: (843)-216-9440 | F: (843) 720-2047 |
| fthompson@motleyrice.com | bduffy@duffyandyoung.com |
| | |
| *Liaison Counsel for Plaintiffs* | *Co-liaison Counsel for Defendants* |