**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) |  MDL No. 2:18-mn-2873-RMG  <br><br>CASE MANAGEMENT ORDER NO. 31B  <br><br>This Order Relates to All Cases |

**CASE MANAGEMENT ORDER NO 31B**
**(AMENDING THE DEADLINES FOR THE SUBMISSION OF A**
**PLAINTIFF PROFILE FORM AND OF**
**<u>AN AMENDED PERSONAL INJURY PLAINTIFF FACT SHEET</u>)**

On October 15, 2024 this Court issued Case Management Order 31 (ECF No. 6255) governing the form, procedure, and schedule for the completion and service of a Plaintiff Profile Form ("PPF"), which serves as a supplement to the now superseded Personal Injury Plaintiff Fact Sheet. On December 5, 2024, the Court issued Case Management Order 5G (ECF No. 6443) requiring any Plaintiff submitting a Personal Injury Plaintiff Fact Sheet to utilize the CMO 5G Amended Personal Injury Plaintiff Fact Sheet ("Amended PI PFS"). Both of these forms are required to be submitted via an online portal set up by Eisner Advisory Group ("Eisner" or "EAG"), the parties' joint portal vendor which was appointed by Court Order dated December 5, 2024 (ECF No. 6444).

The Court has been informed that Eisner's portal is now accepting submissions of the PPF, but has not yet begun accepting submissions of the Amended PI PFS. Eisner expects to begin accepting Amended PI PFS by March 14, 2025. Until such time as Eisner begins accepting Amended PI PFS via the portal, no Plaintiff is able to comply with CMO 5G. Accordingly, the deadlines for completion of an Amended PI PFS pursuant to CMO 5G are amended as follows:

Each plaintiff required to complete an Amended PI PFS shall do so on a rolling basis within the following timeframes:

a. For plaintiffs filed in or transferred to this MDL before February 3, 2025: Amended PI PFS due by May 12, 2025;

b. For plaintiffs filed in or transferred to this MDL after February 3, 2025: Amended PI PFS due as directed in CMO 5 (within 98 days of filing in or transfer to this MDL).

**IT IS SO ORDERED.**

Dated: March 10, 2025                             s/Richard M. Gergel
Charleston, South Carolina                   Hon. Richard M. Gergel
                                             United States District Judge