IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**This Order Relates To**<br>*All Cases* |

Before the Court are the Report and Recommendations ("R & Rs") of Special Master John Perry concerning the allocation of attorney's fees (Dkt. No. 6712) and cost awards (Dkt. No. 6713). Objections to the R & Rs were due March 10, 2025. No party filed objections to the R & Rs. After careful review of the R & Rs, the Court **ADOPTS** the R & Rs as orders of the Court.

**AND IT IS SO ORDERED.**

 s/Richard Mark Gergel
Richard Mark Gergel
United States District Judge

March 11, 2025
Charleston, South Carolina

1