**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | Case No. 2:18-mn-2873-RMG<br><br>This document relates to:<br><br>*All cases in which the United States is a named party* |

## <u>NOTICE OF WITHDRAWAL AS COUNSEL</u>

Pursuant to Local Rule 83.I.07 and Case Management Order No. 1, ¶ 6, ECF No. 3, the United States moves to withdraw Timothy B. Walthall as counsel for the United States in All Cases in Which the United States is a Named Party. Timothy B. Walthall will shortly no longer be part of the Environmental Tort Litigation Section of the U.S. Department of Justice. The United States will continue to be represented ably by other Department of Justice attorneys both in the MDL and in each case in which Timothy B. Walthall entered an appearance. On behalf of the United States, Christina Falk, Assistant Director, Environmental Tort Litigation Section, consents.

Dated: March 26, 2025

Respectfully submitted,

*/s/ Timothy B. Walthall*
Timothy B. Walthall
Trial Attorney, Torts Branch
Environmental Torts, Civil Division
United States Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-0692
E-mail: timothy.walthall@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 26, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all known counsel of record.


Dated: March 26, 2025                                                    */s/ Timothy B. Walthall*