IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2873<br>Master Docket No. 2:18-mn-2873-RMG<br><br>Notice of Voluntary Dismissal Without Prejudice as to Selected Defendants<br><br>This Document Relates to Actions Listed on Exhibit A |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i), each action listed in Exhibit A attached is hereby **DISMISSED WITHOUT PREJUDICE** as to Defendants Kidde-Fenwal, Inc., and Kidde P.L.C., Inc. *only*, without costs to either party.

All claims as to any other Defendants are not dismissed.

This 3d day of April, 2025

By: /s/ W. Stacy Miller II
W. Stacy Miller II
N.C. Bar No. 21198
MaryAnne M. Hamilton
N.C. Bar No. 59323
Post Office Box 6340
Raleigh, NC 27628
T: (919) 348-4361
F: (919) 729-2953
maryanne@millerlawgroupnc.com

# EXHIBIT A
## To Notice of Voluntary Dismissal
## Cases to be Dismissed as to Selected Defendants

| Case Caption | Case No. |
|---|---|
| Carlos Campos & Anita Campos v. 3M Company et al. | 2:24-cv-03678-RMG |
| Dennis Fitzgerald v. 3M Company et al. | 2:24-cv-03679-RMG |
| Tracy Peace v. 3M Company et al. | 2:24-cv-03680-RMG |
| Scott Means v. 3M Company et al. | 2:24-cv-04628-RMG |
| William Thomas Burke & Sarah Burke v. 3M Company et al. | 2:24-cv-04630-RMG |
| Donald Hoolahan & Rhonda Hoolahan v. 3M Company et al. | 2:24-cv-04631-RMG |
| Jeffrey Mayben & Sara Annette Mayben v. 3M Company et al. | 2:24-cv-04632-RMG |
| Rex Ticknor & Vickie Ticknor v. 3M Company et al. | 2:24-cv-04633-RMG |
| Mark Carver & Margaret Carver v. 3M Company et al. | 2:24-cv-04634-RMG |
| James Feggestad & Karen Feggestad v. 3M Company et al. | 2:24-cv-04637-RMG |
| Ronnie Ralston & Jeannette Ralston v. 3M Company et al. | 2:24-cv-04638-RMG |
| William Lee Angelo v. 3M Company et al. | 2:24-cv-04760-RMG |
| Karl Butler & Carmen Butler v. 3M Company et al. | 2:24-cv-04762-RMG |
| Jacquelyn Potts Hollis v. 3M Company et al. | 2:24-cv-04765-RMG |
| Jeffrey Scott Richards & Jeannie Richards v. 3M Company et al. | 2:24-cv-04768-RMG |
| Jeffrey Robert Downs & Angela Downs v. 3M Company et al. | 2:24-cv-05571-RMG |
| Jay Edward Garbus & Robin Garbus v. 3M Company et al. | 2:24-cv-05572-RMG |
| Nathan Edward Lynch & Michelle Lynch v. 3M Company et al. | 2:24-cv-05573-RMG |
| Shane Phipps & Jessica Phipps v. 3M Company et al. | 2:24-cv-05574-RMG |
| William Andrew Davis v. 3M Company et al. | 2:24-cv-05854-RMG |
| Gregory Michael Hargrove & Allison Hargrove v. 3M Company et al. | 2:24-cv-05855-RMG |
| Joal Smith & Sheila Smith v. 3M Company et al. | 2:24-cv-05858-RMG |
| William Howard Wilkinson III v. 3M Company et al. | 2:24-cv-05861-RMG |
| Richard Carl Bowen v. 3M Company et al. | 2:24-cv-06601-RMG |
| James David Rollins & Deborah Rollins v. 3M Company et al. | 2:24-cv-06605-RMG |
| William Lee Sullivan v. 3M Company et al. | 2:24-cv-06607-RMG |
| James C. Parker v. 3M Company et al. | 2:24-cv-07091-RMG |
| William Ocariza Cartagena & Lorna Cartagena v. 3M Company et al. | 2:24-cv-07355-RMG |

A-2

| | |
|---|---|
| Betty Friendly, individually and as Administrator of the Estate of Johnny Eugene Friendly v. 3M Company et al. | 2:24-cv-07356-RMG |
| Harold Anthony Allen & Michelle Allen v. 3M Company et al. | 2:25-cv-00233-RMG |
| Robert Anthony Antulov & Julie Clap v. AGC Chemicals Americas Inc. et al. | 2:25-cv-00235-RMG |
| Bradley Fraser v. 3M Company et al. | 2:25-cv-00238-RMG |
| Kevin Michael Gubelman v. 3M Company et al. | 2:25-cv-00239-RMG |
| Michael John Kennelly & Marcia Kennelly v. 3M Company et al. | 2:25-cv-00240-RMG |
| David Eugene Randle II v. 3M Company et al. | 2:25-cv-00241-RMG |
| Michael Rogers v. 3M Company et al. | 2:25-cv-00242-RMG |
| Joseph Scott Baltz & Janie Baltz v. 3M Company et al. | 2:25-cv-00884-RMG |
| Shannon Ty Chambers & Letticia Chambers v. 3M Company et al. | 2:25-cv-00885-RMG |
| Clifford Hall v. 3M Company et al. | 2:25-cv-00886-RMG |
| Ronald Kevin Shuck v. 3M Company et al. | 2:25-cv-00889-RMG |
| Joshua Robert Smith & Catherine Smith v. 3M Company et al. | 2:25-cv-00890-RMG |

A-2

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on April 3, 2025, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF).

      Notice of and access to this filing will be provided to all parties through CM/ECF.

      /s/ *MaryAnne M. Hamilton*
      MaryAnne M. Hamilton