**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**This Order Relates To**<br>*All Cases* |

The Court has set a Science Day in this litigation for Friday, June 20, 2025. The Court sets the following terms to conduct the Science Day.

1. The Science Day will immediately follow the MDL status conference set for June 20, 2025.

2. The Plaintiffs Executive Committee (PEC) and Defense Coordinating Committee (DCC) will each be allowed to offer up four experts (two for Liver Cancer and two for Thyroid Cancer) to address the Court during the Science Day and to respond to the Court's questions. Plaintiffs' experts will go first, followed by Defense experts.

3. The presentations and questioning will be under the control and direction of the Court. Counsel will not be involved in making presentations or questioning the experts.

4. The presentations, supportive materials, and responses of the experts are off the record and may not be used in any manner by any party in any aspect of this litigation. A transcript of the Science Day will be made strictly for the Court's use and will not be provided to any party.

5. The PEC and DCC will make available to the Court the CVs of their experts at least 10 days before Science Day.

6. Experts may use power points and provide supportive charts and data, but they should anticipate the Court actively participating in and directing questioning.

s/Richard Mark Gergel  
Richard Mark Gergel  
United States District Judge

April 7, 2025  
Charleston, South Carolina