**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING ) | |
| FOAMS PRODUCTS LIABILITY ) | MDL NO. 2:18-mn-2873 |
| LITIGATION ) | |
| ) | This Document Relates to: |
| ) | Samuel J. Green v. 3M et al. |
| ) | 2:23-cv-03701-RMG |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

PLEASE TAKE NOTICE THAT pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), the Plaintiff SAMUEL J. GREEN and their counsel hereby voluntarily dismiss the above-captioned action and Complaint *without prejudice*. The Defendants have not served an answer or a motion for summary judgment.

Dated: May 01, 2025           /s/ *Douglass A. Kreis*
                              Douglass A. Kreis
                              Bryan F. Aylstock
                              Justin G. Witkin
                              AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
                              dkreis@awkolaw.com
                              baylstock@awkolaw.com
                              jwitkin@awkolaw.com
                              17 East Main Street, Suite 200
                              Pensacola, FL 32502
                              Phone: (850) 202-1010
                              Facsimile: (850) 916-7449

                              *Counsel for Plaintiff Samuel J. Green*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on <u>May 01, 2025</u>, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

                                  */s/ Douglass A. Kreis*
                                  Douglass A. Kreis