# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.: 2873<br><br>This Document Relates to:<br>*Braun et al v. The 3M Company et al., 2:18-cv-03370-RMG* |

## PLAINTIFF JOSEPH LUCERO NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Plaintiff JOSEPH LUCERO ("Plaintiff") initiated the above-referenced action by filing a Complaint against Defendants. Defendants have not answered, moved, or otherwise responded to the Complaint. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff JOSEPH LUCERO hereby dismisses the above-referenced action without prejudice. All claims brought by the remaining captioned Plaintiffs shall remain against all Defendants.

Dated: New York, New York
       May 12, 2025

Respectfully submitted,

**NAPOLI SHKOLNIK**

By: */s/ Nicholas Mindicino*
Nicholas Mindicino
360 Lexington Avenue, 11th Fl.
New York, New York 10017
(212) 397-1000
nmindicino@napolilaw.com

*Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 12, 2025, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

*/s/ Nicholas Mindicino*
Nicholas Mindicino