# EXHIBIT A

| Case Caption | Case Number |
|---|---|
| *City of Hialeah, Florida, a political subdivision of the State of Florida v. 3M et al* | 2:23-cv-01484 |
| *Oak Bluffs Water District v. 3M et al.* | 2:23-cv-03103 |
| *Columbus Water Works v. 3M et al* | 2:23-cv-03557 |
| *Upper Oconee Basin Water Authority v. 3M et al* | 2:23-cv-04654 |
| *Dekalb County v. 3M et al* | 2:23-cv-04903 |
| *Ellijay-Gilmer County Water and Sewerage Authority v. 3M et al* | 2:23-cv-05375 |
| *City of Fort Lauderdale v. 3M et al* | 2:23-cv-05650 |
| *City of Hollywood v. 3M et al* | 2:23-cv-06079 |
| *City of Boca Raton, FL v. 3M et al* | 2:23-cv-06247 |
| *City of North Miami Beach v. 3M et al -* | 2:23-cv-06584 |
| *Unified Government of Athens-Clarke County v. 3M et al* | 2:23-cv-06769 |
| *City of Dania Beach v. 3M et al* | 2:24-cv-00037 |
| *City of North Miami v. 3M et al* | 2:24-cv-00151 |
| *Cobb County-Marietta Water Authority v. 3M et al* | 2:24-cv-00464 |
| *City of Hallandale Beach v. 3M et al* | 2:24-cv-00721 |
| *City of Deerfield Beach, FL v. 3M et al* | 2:24-cv-01285 |
| *Cooper City, FL v. 3M et al* | 2:24-cv-01473 |
| *City of Homestead, FL v. 3M et al* | 2:24-cv-01929 |
| *City of Tamarac, FL v. 3M et al* | 2:24-cv-01970 |
| *City of Sunrise, Fla. v. 3M et al* | 2:24-cv-03168 |
| *Fort Pierce Utilities Authority v. 3M* | 2:24-cv-03829 |
| *City of Port St. Lucie, FL v. 3M et al* | 2:24-cv-04095 |