# EXHIBIT A

| Case Caption | Case Number |
|---|---|
| *Town of Barnstable v. 3M Company, et al.* | 2:18-cv-03432 |
| *Emerald Coast Utilities Authority v. 3M Company, et al.* | 2:18-cv-03488 |
| *City of Sioux Falls v. 3M Company, et al.* | 2:19-cv-01806 |
| *Town of Ayer v. 3M Company, et al.* | 2:19-cv-03120 |
| *Town of Maysville v. 3M Company, et al.* | 2:19-cv-03434 |
| *City of Lauderhill v. 3M Company, et al.* | 2:20-cv-00772 |
| *Coraopolis Water and Sewer Authority v. 3M Company, et al.* | 2:20-cv-02384 |
| *Santa Clarita Valley Water Agency v. 3M Company, et al.* | 2:20-cv-03771 |
| *City of Tempe v. 3M Company, et al.* | 2:21-cv-00511 |
| *Town of Bellingham v. 3M Company, et al.* | 2:21-cv-00582 |
| *City of Wilmington* | 2:21-cv-00792 |
| *City of Downey v. 3M Company, et al.* | 2:21-cv-00848 |
| *Town of Danvers v. 3M Company, et al.* | 2:21-cv-00851 |
| *City of Pleasanton v. 3M Company, et al.* | 2:21-cv-01119 |
| *City of Galesburg v. 3M Company et al.* | 2:21-cv-01649 |
| *San Jose Water Company v. 3M Company, et al.* | 2:21-cv-03434 |
| *Town of Falmouth v. 3M Company, et al.* | 2:21-cv-04206 |
| *City of Bell Gardens v. 3M Company, et al.* | 2:22-cv-00065 |
| *City of Pico Rivera* | 2:22-cv-00066 |
| *Zone 7 Water Agency v. 3M Company, et al.* | 2:22-cv-00580 |
| *City of Whittier v. 3M Company, et al.* | 2:22-cv-01078 |
| *City of Portsmouth, Ohio v. 3M Company, et al.* | 2:22-cv-01441 |
| *Town of Poolesville v. 3M Company, et al.* | 2:22-cv-02221 |
| *City of Taneytown v. 3M Company, et al.* | 2:22-cv-02222 |
| *Village of Bridgeport v. 3M Company, et al.* | 2:22-cv-02357 |
| *Town of Avon v. 3M Company, et al.* | 2:22-cv-03047 |
| *Town of Chatham v. 3M Company, et al.* | 2:22-cv-03048 |
| *North Raynham Water District v. 3M Company, et al.* | 2:22-cv-03050 |
| *Raynham Center Water District v. 3M Company, et al.* | 2:22-cv-03051 |
| *Town of Millis v. 3M Company, et al.* | 2:22-cv-03052 |
| *Lunenburg Water District v. 3M Company, et al.* | 2:22-cv-03053 |
| *Town of Uxbridge v. 3M Company, et al.* | 2:22-cv-03056 |
| *City of Fountain v. 3M Company, et al.* | 2:22-cv-03118 |
| *City of Salisbury v. 3M Company, et al.* | 2:22-cv-03119 |
| *Town of Prescott Valley v. 3M Company, et al.* | 2:22-cv-03335 |
| *Town of Cumberland v. 3M Company, et al.* | 2:22-cv-03454 |
| *Sandwich Water District v. 3M Company, et al.* | 2:22-cv-03870 |
| *Town of West Bridgewater v. 3M Company, et al.* | 2:22-cv-03871 |
| *Town of Webster v. 3M Company, et al.* | 2:22-cv-03875 |
| *City of Manteca v. 3M Company, et al.* | 2:22-cv-04042 |
| *City of Bellbrook v. 3M Company, et al.* | 2:22-cv-04429 |
| *Belforest Water System v. 3M Company, et al.* | 2:22-cv-04463 |
| *Town of Tewksbury v. 3M Company, et al.* | 2:22-cv-04555 |
| *Town of Milford v. 3M Company, et al.* | 2:23-cv-00308 |
| *Town of Ware v. 3M Company, et al.* | 2:23-cv-00309 |

| Case Caption | Case Number |
|---|---|
| Cotuit Fire District v. 3M Company, et al. | 2:23-cv-00311 |
| Town of Salisbury v. 3M Company, et al. | 2:23-cv-00312 |
| Town of Walpole v. 3M Company, et al. | 2:23-cv-00324 |
| Town of Holliston v. 3M Company, et al. | 2:23-cv-00377 |
| City of El Monte v. 3M Company, et al. | 2:23-cv-00680 |
| Town of Marshfield v. 3M Company, et al. | 2:23-cv-00725 |
| Hanson Water Department v. 3M Company, et al. | 2:23-cv-00726 |
| Town of Scituate v. 3M Company, et al. | 2:23-cv-00789 |
| Upper Cape Regional Water Supply Cooperative v. 3M Company, et al. | 2:23-cv-00790 |
| Ayer Road Properties, LLC v. 3M Company, et al. | 2:23-cv-00914 |
| Town of Payson v. 3M Company, et al. | 2:23-cv-00932 |
| Abington/Rockland Joint Water Works v. 3M Company, et al. | 2:23-cv-01010 |
| Town of Chestertown v. 3M Company, et al. | 2:23-cv-01030 |
| Branchville Borough v. 3M Company, et al. | 2:23-cv-01036 |
| City of Peabody v. 3M Company, et al. | 2:23-cv-01168 |
| City of Sioux City v. 3M Company, et al. | 2:23-cv-01416 |
| Burlington Township v. 3M Company, et al. | 2:23-cv-01603 |
| Robeson County v. 3M Company, et al. | 2:23-cv-01726 |
| Town of Mt. Airy v. 3M Company, et al. | 2:23-cv-02021 |
| City of Cayce v. 3M Company, et al. | 2:23-cv-02159 |
| City of Camas v. 3M Company, et al. | 2:23-cv-02163 |
| Board of Supervisors of Stafford County v. 3M Company, et al. | 2:23-cv-02191 |
| Town of Union Bridge v. 3M Company, et al. | 2:23-cv-02200 |
| Washington County Service Authority v. 3M Company, et al. | 2:23-cv-02234 |
| Town of Thurmont v. 3M Company, et al. | 2:23-cv-02346 |
| Town of Weldon v. 3M Company, et al. | 2:23-cv-02350 |
| Middletown Maryland v. 3M Company, et al. | 2:23-cv-02389 |
| City of Aberdeen v. 3M Company, et al. | 2:23-cv-02464 |
| City of Bakersfield v. 3M Company, et al. | 2:23-cv-02487 |
| Town of Elkton v. 3M Company, et al. | 2:23-cv-02532 |
| City of Gretna v. 3M Company, et al. | 2:23-cv-02538 |
| Board of County Commissioners for Washington County, Maryland v. 3M Company, et al. | 2:23-cv-02597 |
| Town of Boonsboro, Maryland v. 3M Company, et al. | 2:23-cv-02615 |
| Town of New Haven v. 3M Company, et al. | 2:23-cv-02622 |
| Chester Municipal Water Works v. 3M Company, et al. | 2:23-cv-02638 |
| City of St. Marys v. 3M Company, et al. | 2:23-cv-02661 |
| City of Springfield, an Oregon municipal corporation, acting by and through the Springfield Utility Board v. 3M Company, et al. | 2:23-cv-02722 |
| Town of Norwell v. 3M Company, et al. | 2:23-cv-02878 |
| Town of Plainville v. 3M Company, et al. | 2:23-cv-02880 |
| City of Vernon v. 3M Company, et al. | 2:23-cv-02882 |
| Rainbow Water and Fire District v. 3M Company, et al. | 2:23-cv-03126 |
| Strawberry Hill Acton Realty Trust v. 3M Company, et al. | 2:23-cv-03598 |
| Tyngsborough Water District v. 3M Company, et al. | 2:23-cv-03599 |

| Case Caption | Case Number |
| --- | --- |
| *City of Loveland v. 3M Company, et al.* | 2:23-cv-03730 |
| *City of Milford v. 3M Company, et al.* | 2:23-cv-03731 |
| *Bourne Water District v. 3M Company, et al.* | 2:23-cv-03959 |
| *Town of Mocksville v. 3M Company, et al.* | 2:23-cv-04178 |
| *Dennis Water District v. 3M Company, et al.* | 2:23-cv-04182 |
| *Town of Carthage v. 3M Company, et al.* | 2:23-cv-04183 |
| *Anson County v. 3M Company, et al.* | 2:23-cv-04189 |
| *City of Hamlet v. 3M Company, et al.* | 2:23-cv-04270 |
| *Township of Florence v. 3M Company, et al.* | 2:23-cv-04272 |
| *Town of Clinton v. 3M Company, et al.* | 2:23-cv-04274 |
| *Town of Wrentham v. 3M Company, et al.* | 2:23-cv-04345 |
| *City of Goldsboro v. 3M Company, et al.* | 2:23-cv-04379 |
| *Borough of Glen Gardner v. 3M Company, et al.* | 2:23-cv-04497 |
| *RAS Trust v. 3M Company, et al.* | 2:23-cv-04539 |
| *Seekonk Water District v. 3M Company, et al.* | 2:23-cv-04542 |
| *City Woburn v. 3M Company, et al.* | 2:23-cv-04545 |
| *Town of Groton v. 3M Company, et al.* | 2:23-cv-04573 |
| *Village of New Richmond v. 3M Company, et al.* | 2:23-cv-04637 |
| Board of County Commissioners of Warren County, Ohio v. 3M Company et al. | 2:23-cv-04638 |
| *City of Taunton v. 3M Company, et al.* | 2:23-cv-04655 |
| *Mahoning Valley Sanitary District v. 3M company, et al.* | 2:23-cv-04730 |
| *Martinsburg Municipal Authority v. 3M Company, et al.* | 2:23-cv-04916 |
| Hammond Water Works Department v. AGC Chemicals Americas, Inc., et al. | 2:23-cv-04975 |
| *Byfield Water District v. 3M Company, et al.* | 2:23-cv-05080 |
| *Salem and Beverly Water Supply Board v. 3M Company, et al.* | 2:23-cv-05081 |
| *City of Green Bay v. 3M Company, et al.* | 2:23-cv-05295 |
| Auburn Water District v. AGC Chemical Americas, Inc., et al. | 2:23-cv-06484 |
| Berwick-Bayou Vista Joint Waterworks Commission v. AGC Chemicals Americas Inc. et al. | 2:23-cv-06841 |
| Town of Star Valley v. AGC Chemicals Americas Inc. et al. | 2:23-cv-06883 |
| Peace River Manasota Regional Water Supply Authority v. 3M Company et al. | 2:24-cv-00250 |
| Town of West Brookfield v. AGC Chemicals Americas Inc., et al. | 2:24-cv-00354 |
| Lafourche Parish Water District No. 1 v. AGC Chemicals Americas Inc. et al. | 2:24-cv-00936 |
| Town of Myersville v. AGC Chemicals Americas Inc. et al. | 2:24-cv-01167 |
| Dighton Water District v. AGC Chemicals Americas Inc. | 2:24-cv-01203 |
| St. Mary Parish Water & Sewer Commission No. 1 v. 3M Company et al. | 2:24-cv-01349 |
| Sweetwater Authority v. AGC Chemicals Americas Inc. et al. | 2:24-cv-01460 |
| Copper Mountain Consolidated Metropolitan District v. AGC Chemicals Americas Inc. et al. | 2:24-cv-01469 |
| City of Moss Point v. AGC Chemicals Americas Inc. et al. | 2:24-cv-01504 |
| Town of Braintree v. AGC Chemicals Americas Inc. et al. | 2:24-cv-01980 |

| Case Caption | Case Number |
|---|---|
| *Town of Franklin v. AGC Chemical Americas Inc. et al.* | 2:24-cv-03343 |
| *Onset Fire District Water Department v. AGC Chemicals Americas Inc.* | 2:24-cv-03809 |
| *Perkasie Regional Authority v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-03918 |
| *Polk County v. 3M Company et al.* | 2:24-cv-03964 |
| *City of Dunn v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-05167 |
| *Town of Medfield v. 3M Company et al.* | 2:24-cv-05304 |
| *Town of Aurora v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-06061 |
| *Pamlico County v. AGC Chemicals Americas Inc., et al.* | 2:25-cv-00577 |