UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.: 2:18-mn-02873-RMG<br><br>Notice of Dismissal<br><br>This Document Relates to:<br>*Plaintiffs, et al v. 3M Company et al,*<br>No.: 2:25-cv-00933 |

**NOTICE OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) & SECOND AMENDED CASE MANAGEMENT ORDER NO. 28**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and pursuant to Paragraph 6 of Second Amended CMO 28, each listed action as described in Exhibit A attached is hereby **DISMISSED WITHOUT PREJUDICE,** in its entirety**,** as to all defendants without costs to any party. Such dismissal shall include the dismissal of any derivative loss of consortium claim for the underlying dismissed claims.

Dated: May 19, 2025               Respectfully submitted,

By:*/s/ William T. Gibbs*
William T. Gibbs
Kenneth T. Lumb
Mitchell W. Bild
Corboy & Demetrio
33 North Dearborn Street, Floor 21
Chicago, Illinois 60602
Phone: (312) 346-3191
Fax: (312) 346-5562
WTG@corboydemetrio.com
KTL@corboydemetrio.com
MWB@corboydemetrio.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 19, 2025, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

*/s/ William T. Gibbs*
William T. Gibbs