| Case Name | Case Number |
|---|---|
| Keen, et al v. Tyco Fire Products L.P., et al | 2:25-cv-00933 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**EXHIBIT**

tabbies®

**A**