# EXHIBIT A

| Case Caption | Case Number | Firm(s) Representing Plaintiff |
|---|---|---|
| *Waurika Public Works Authority v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-01602 | Levin Papantonio; Mayor Jacob Eck; Ussery Law Group |