# EXHIBIT A

| Case Caption | Case Number |
|---|---|
| *Miami-Dade County, Florida v. 3M Company et al.* | 2:20-cv-04194 |
| *City of Columbus, Ohio v. 3M Company, et al.* | 2:23-cv-04387 |
| *City of Madison, Minnesota v. 3M Company, et al.* | 2:23-cv-04486 |
| *Pittsburgh Water and Sewer Authority v. 3M Company, et al.* | 2:23-cv-04491 |
| *Hardyston Township Municipal Authority v. AGC Chemicals Americas Inc. et al.* | 2:23-cv-06406 |
| *City of Fergus Fall, Minnesota v. 3M Company et al.* | 2:24-cv-00453 |
| *City of Apple Valley, Minnesota v. 3M Company et al.* | 2:24-cv-00597 |
| *Borough of Florham Park, New Jersey v. 3M Company et al.* | 2:24-cv-00723 |
| *Erie County Water Authority v. AGC Chemicals Americas, Inc. et al.* | 2:24-cv-00725 |
| *City of Huntington, Indiana v. 3M Company et al.* | 2:24-cv-00753 |
| *City of Dawson, Minnesota v. 3M Company et al.* | 2:24-cv-00813 |
| *City of North Branch, Minnesota v. 3M Company et al.* | 2:24-cv-00830 |
| *City of Washington, Indiana v. 3M Company et al.* | 2:24-cv-00872 |
| *City of Coconut Creek v. 3M Company et al.* | 2:24-cv-00878 |
| *City of Bridgeton, New Jersey v. 3M Company et al.* | 2:24-cv-00991 |
| *Metropolitan Government of Nashville and Davidson County, Tennessee v. 3M Company et al.* | 2:24-cv-01140 |
| *City of Carmel, Indiana v. 3M Company et al.* | 2:24-cv-01193 |
| *Town of Plainfield, Indiana v. 3M Company et al.* | 2:24-cv-01196 |
| *City of Madison, Indiana v. 3M Company et al.* | 2:24-cv-01221 |
| *City of Peru, Indiana v. 3M Company et al.* | 2:24-cv-01253 |
| *Town of Cicero, Indiana v. 3M Company et al.* | 2:24-cv-01288 |
| *Del-Co Water Company, Inc. v. 3M Company et al.* | 2:24-cv-01377 |
| *City of Lafayette, Indiana v. 3M Company et al.* | 2:24-cv-01378 |
| *Town of West Terre Haute, Indiana v. 3M Company et al.* | 2:24-cv-01379 |
| *City of Paynesville, Minnesota v. 3M Company et al.* | 2:24-cv-01381 |
| *Town of Oxford, Indiana v. 3M Company et al.* | 2:24-cv-01577 |
| *San Andreas Mutual Water Company v. AGC Chemicals Americas, Inc.* | 2:24-cv-01691 |
| *Town of Wellesley v. 3M Company et al.* | 2:24-cv-01692 |
| *City of Salem, New Jersey v. 3M Company et al.* | 2:24-cv-01802 |
| *City of Bangor, Maine v. 3M Company et al.* | 2:24-cv-01803 |
| *Austin Utilities v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-01804 |
| *Clermont County Ohio Board of County Commissioners v. 3M Company et al.* | 2:24-cv-01846 |
| *City of Newport, Rhode Island v. 3M Company et al.* | 2:24-cv-01858 |
| *Town of Sellersburg, Indiana v. 3M Company et al.* | 2:24-cv-01907 |
| *City of Worcester, Massachusetts v. 3M Company et al.* | 2:24-cv-01911 |
| *City of Glendale, Arizona v. 3M Company et al.* | 2:24-cv-01914 |
| *City of Spokane, Washington v. 3M Company et al.* | 2:24-cv-01917 |
| *Town of Foxborough, Massachusetts v. 3M Company et al.* | 2:24-cv-01922 |
| *Town of Concord, Massachusetts v. 3M Company et al.* | 2:24-cv-01923 |
| *Covina Irrigating Company v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-01924 |
| *Valencia Heights Water Company v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-01927 |
| *City of Norco, California v. 3M Company et al.* | 2:24-cv-01934 |
| *Town of Andover, Massachusetts v. 3M Company et al.* | 2:24-cv-01936 |
| *Global Water Resources, Inc. v. AGC Chemicals Americas Inc. et al.* | 2:24-cv-01939 |

| Case Caption | Case Number |
|---|---|
| East Cherry Creek Valley Water & Sanitation District v. AGC Chemicals Americas Inc. et al. | 2:24-cv-01940 |
| City of Corona, California v. AGC Chemicals Americas Inc. et al. | 2:24-cv-01941 |
| Hearthstone Water, Inc. v. AGC Chemicals Americas Inc. et al. | 2:24-cv-01942 |
| City of Woodbury, Minnesota v. 3M Company et al. | 2:24-cv-02804 |
| City of Cheney, Washington v. 3M Company et al. | 2:24-cv-02834 |
| Rolling Hills MHC LLC v. AGC Chemicals Americas Inc. et al. | 2:24-cv-02835 |
| South Berwick Water District v. AGC Chemicals Americas Inc. et al. | 2:24-cv-02837 |
| Brunswick & Topsham Water District v. AGC Chemicals Americas Inc. et al. | 2:24-cv-02841 |
| Town of Ipswich, Massachusetts v. 3M Company et al. | 2:24-cv-02842 |
| Orange County Water District et al. v. AGC Chemicals Americas, Inc. et al. | 2:24-cv-02846 |
| La Puente Valley County Water District v. AGC Chemicals Americas Inc. et al. | 2:24-cv-02855 |
| Village of Walworth, Wisconsin v. AGC Chemicals Americas Inc. et al. | 2:24-cv-02987 |
| Municipal Services Commission of the City of New Castle v. AGC Chemicals Americas Inc. et al. | 2:24-cv-03004 |
| City of Pomona, California v. 3M Company et al. | 2:24-cv-03129 |
| Fayson Lake Water Company Inc. v. AGC Chemicals Americas Inc. et al. | 2:24-cv-03131 |
| JW Water Holdings, LLC v. 3M Company et al. | 2:24-cv-03144 |
| Village of Granton, Wisconsin v. 3M Company et al. | 2:24-cv-03145 |
| The Pennsylvania State University v. AGC Chemicals Americas Inc. et al. | 2:24-cv-03442 |
| City of Lakeville, Minnesota v. 3M Company et al. | 2:24-cv-04077 |
| City of Isle, Minnesota v. 3M Company et al. | 2:24-cv-06564 |
| City of Phoenix, Arizona v. 3M Company et al. | 2:24-cv-07513 |