**Exhibit A**

| Case Number | Case Name | Plaintiff Name |
|---|---|---|
| 2:23-cv-02774-RMG | Link, et al v. The 3M Co., et al | Paul D'Adamo |
| 2:24-cv-00212-RMG | Dembroe, et al v. The 3M Co., et al | Scott Hodge |
| 2:24-cv-02999-RMG | Neumann, et al v. The 3M Co., et al | Carol Neumann |
| 2:24-cv-05435-RMG | Perez, Sr., et al v. The 3M Co., et al | Wesley Ashe |
| 2:24-cv-05435-RMG | Perez, Sr., et al v. The 3M Co., et al | Heather Beer |
| 2:24-cv-05435-RMG | Perez, Sr., et al v. The 3M Co., et al | Brian Billiet |
| 2:24-cv-05435-RMG | Perez, Sr., et al v. The 3M Co., et al | Michael Blankenship |
| 2:24-cv-05435-RMG | Perez, Sr., et al v. The 3M Co., et al | Robert Brazil |
| 2:24-cv-05435-RMG | Perez, Sr., et al v. The 3M Co., et al | Christopher Dixon |
| 2:24-cv-05435-RMG | Perez, Sr., et al v. The 3M Co., et al | Raymond Down |
| 2:24-cv-05435-RMG | Perez, Sr., et al v. The 3M Co., et al | Stephen Hanson |
| 2:24-cv-05435-RMG | Perez, Sr., et al v. The 3M Co., et al | Kennith Johnson |
| 2:24-cv-05435-RMG | Perez, Sr., et al v. The 3M Co., et al | Gene Miltner |
| 2:24-cv-05435-RMG | Perez, Sr., et al v. The 3M Co., et al | Walter Oldham |
| 2:24-cv-05435-RMG | Perez, Sr., et al v. The 3M Co., et al | Michael Talik |
| 2:25-cv-01045-RMG | Huhn, et al v. The 3M Co., et al | James Holler |
| 2:25-cv-01045-RMG | Huhn, et al v. The 3M Co., et al | William McIntire |
| 2:25-cv-01045-RMG | Huhn, et al v. The 3M Co., et al | Louis Wallgren |