**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING | ) | |
| FOAMS PRODUCTS LIABILITY | ) | MDL NO. 2:18-mn-2873 |
| LITIGATION | ) | |
| | ) | This Document Relates to: |
| | ) | Bruce Bonanomi v. 3M et al. |
| | ) | 2:25-cv-01461-RMG |
| | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

PLEASE TAKE NOTICE THAT pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), the Plaintiff BRUCE BONANOMI and their counsel hereby voluntarily dismiss the above-captioned action and Complaint *without prejudice*. The Defendants have not served an answer or a motion for summary judgment.

Dated: May 24, 2025

/s/ *Douglass A. Kreis*
Douglass A. Kreis
Bryan F. Aylstock
Justin G. Witkin
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
dkreis@awkolaw.com
baylstock@awkolaw.com
jwitkin@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Counsel for Plaintiff Bruce Bonanomi*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on <u>May 24, 2025</u>, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

<u>*/s/ Douglass A. Kreis*</u>
Douglass A. Kreis