UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No: 2:18-mn-02873-RMG <br><br> Notice of Dismissal |
| | This document relates to: <br> Arthur Norton v. 3M Company, et al. <br> Civil Action No.: 2:25-cv-03636-RMG |

### NOTICE OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) & SECOND AMENDED CASE MANAGEMENT ORER NO. 28

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and pursuant to Paragraph 6 of Second Amended CMO 28, the action on behalf of Plaintiff Arthur Norton is hereby DISMISSED WITHOUT PREJUDICE in its entirety, as to all defendants without costs to any party. Such dismissal shall include the dismissal of any derivative loss of consortium claim for the underlying dismissed claims.

Dated: May 28, 2025                                          Respectfully Submitted,

_____
Joseph Y. Shenkar
Marc J. Bern & Partners, LLP
101 West Elm St., Suite 520
Conshohocken, PA 19428
Phone: (803) 315-3357
Email: jshenkar@bernllp.com
Fax: (610) 941-9880

## CERTIFICATE OF SERVICE

    I, Miranda Emerson, paralegal to the law offices of Marc J. Bern & Parners, LLP, certify that I have caused the foregoing NOTICE OF DISMISSAL to be served upon the following persons and parties in the following manner: electronically filed using the CM/ECF system, which will send notification of such filing to all counsel of record.

 

_____
Miranda Emerson
Marc J. Bern & Partners, LLP
101 West Elm St., Suite 520
Conshohocken, PA 19428
Phone: (212) 702-5000
Email: memerson@bernllp.com
Fax: (610)941-9880

Date: May 28, 2025