IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**This Document Relates to**<br>**ALL CASES** |

**THIRD JOINT MOTION FOR EXTENSION OF BRIEFING DEADLINES FOR DEFENDANTS' MOTIONS TO DISMISS FOR FAILURE TO COMPLY WITH SECOND AMENDED CMO NO. 28**

Pursuant to Local Civ. Rule 6.01 (D.S.C.), Co-Lead Counsel for Plaintiffs and Defendants jointly move to extend the briefing deadlines for Defendants' motions to dismiss for failure to comply with Second Amended Case Management Order No. 28. [ECF Nos. 6980, 6982, 6983, 6984, 6985, 6986 ("CMO 28 Motions to Dismiss")].

1. Defendants filed the above-referenced motions to dismiss on April 14, 2025. Pursuant to Local Civ. Rules 7.06 and 7.07, Plaintiffs' response to those motions were initially due on April 28, 2025.

2. On April 25, the Co-Lead Counsel for Plaintiffs and Defendants jointly moved to extend the briefing deadlines associated with those motions to make Plaintiffs oppositions due on May 19, 2025 and Defendants' replies due on June 2, 2025. [ECF No. 7041]. The Court granted that motion on April 29, 2025. [ECF No. 7059].

3. On May 15, Co-Lead Counsel for Plaintiffs and Defendants jointly moved to further extend the briefing deadlines associated with the CMO 28 Motions to Dismiss [ECF No.7137] to

make oppositions due on June 9, 2025 and replies (if any) due on June 23, 2025. The Court granted that motion on May 20, 2025. [ECF NO. 7149.]

4. The purpose of this motion for extension of time, as well as the two prior motions for extension of time filed with the Court [ECF Nos. 7041 and 7137], is to give the parties time to meet and confer regarding certain plaintiffs identified in the CMO 28 Motions to Dismiss, and where appropriate, withdraw or vacate the motions with respect to certain plaintiffs or resolve claims via stipulation of dismissal or other means.

5. Counsels' meet and confer efforts continue to be productive. However, given the high volume of plaintiffs and claims included in the CMO 28 Motions to Dismiss, the Co-Leads jointly request an additional 21-day extension of the briefing deadlines associated with the CMO 28 Motions to Dismiss.

6. Accordingly, the parties propose that Plaintiffs' time to respond to Defendants' CMO 28 Motions to Dismiss be extended to June 30, 2025, and Defendants' replies, if any, be extended to July 14, 2025.

WHEREFORE, Co-Lead Counsel for Plaintiffs and Defendants respectfully request that the Court enter an Order extending the time for Plaintiffs to respond to Defendants' CMO 28 Motions to Dismiss to June 30, 2025 and for Defendants' replies, if any, to July 14, 2025.

Dated: June 3, 2025

Respectfully submitted,

| /s/Michael A. London | /s/Joseph G. Petrosinelli |
|---|---|
| Michael A London | Joseph G. Petrosinelli |
| Douglas and London PC | Williams & Connolly LLP |
| One State Street, 35th Floor | 680 Maine Ave SW |
| New York, NY 10004 | Washington, DC 20024 |
| P: (212) 566-7500 | P: (202) 434-5547 |

mlondon@douglasandlondon.com

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
P: (214) 521-3605
ssummy@baronbudd.com

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
P: (843) 216-9000
jrice@motleyrice.com

*Co-Lead Counsel for Plaintiffs*

Fred Thompson, III
Motley Rice LLC
28 Bridgeside Blvd.
Mt Pleasant, SC 29464
P: (843)-216-9000
F: (843)-216-9440
fthompson@motleyrice.com

*Liaison Counsel for Plaintiffs*

jpetrosinelli@wc.com

Michael A. Olsen
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
P: (312) 701-7120
molsen@mayerbrown.com

*Co-Lead Counsel for Defendants*

*/s/David E. Dukes*

David E. Dukes
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
P: (803) 255-9451
F: (803) 256-7500
david.dukes@nelsonmullins.com

Brian Duffy
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
P: (843) 720-2044
F: (843) 720-2047
bduffy@duffyandyoung.com

*Co-liaison Counsel for Defendants*