# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-MN-2873-RMG <br><br> This Document Relates to: <br><br> *Ronnie L. Howard v. 3M Company, et al.* <br> Civil Action No: 2:25-cv-02663-RMG <br><br> *Jessica C. Wayment v. 3M Company, et al.* <br> Civil Action No: 2:25-cv-02655-RMG <br><br> *Alton C. Turner v. 3M Company, et al.* <br> Civil Action No: 2:25-cv-02661-RMG <br><br> *James W. Leyhe Jr., v. 3M Company, et al.* <br> Civil Action No: 2:25-cv-02665-RMG <br><br> *Jeremy R. Alexander v. 3M Company, et al.* <br> Civil Action No: 2:25-cv-02659-RMG <br><br> *Dustin B. Caccia v. 3M Company, et al.* <br> Civil Case No: 2:25-cv-02696-RMG <br><br> *Brian M. Rodgers v. 3M Company, et al.* <br> Civil Case No: 2:25-cv-02976-RMG <br><br> *Jessica L. Johnting v. 3M Company, et al.* <br> Civil Case No: 2:25-cv-03131-RMG <br><br> *Elaine M. Loftus v. 3M Company, et al.* <br> Civil Case No: 2:25-cv-03130-RMG <br><br> *Katherine Ayan v. 3M Company, et al.* <br> Civil Case No: 2:25-cv-03134-RMG |

*Mark G. Blanchard, Sr. v. 3M Company, et al.*
Civil Case No:  2:25-cv-03128-RMG

*Jeffrey B. Hudson v. 3M Company, et al.*
Civil Case No:  2:25-cv-03737-RMG

*Teressa Burns v. 3M Company, et al.*
Civil Case No:  2:25-cv-03744-RMG

*Bernard V. Wedo v. 3M Company, et al.*
Civil Case No:  2:25-cv-03742-RMG

*Ann K. Gebuhr v. 3M Company, et al.*
Civil Case No:  2:25-cv-03740-RMG

*Stephen T. Trembley, Jr. v. 3M Company, et al.*
Civil Case No:  2:25-cv-03736-RMG

*Corey F. Phifer v. 3M Company, et al.*
Civil Case No:  2:25-cv-03739-RMG

*Kathy C. Melton v. 3M Company, et al.*
Civil Case No:  2:25-cv-03787-RMG

*Jennifer L. Sneeden v. 3M Company, et al.*
Civil Case No:  2:25-cv-03796-RMG

*Garret L. Earley v. 3M Company, et al.*
Civil Case No:  2:25-cv-03791-RMG

*Victor A. Cole v. 3M Company, et al.*
Civil Case No:  2:25-cv-03789-RMG

*Tihara J. Williams v. 3M Company, et al.*
Civil Case No:  2:25-cv-03795-RMG

*Tina D. Rodgers v. 3M Company, et al.*
Civil Case No:  2:25-cv-03792-RMG

*LaShonda L. Cunningham v. 3M Company, et al.*
Civil Case No: 2:25-cv-03788-RMG

*JoAnn Walker v. 3M Company, et al.*
Civil Case No: 2:25-cv-03793-RMG

*Misty M. Morgan v. 3M Company, et al.*
Civil Case No: 2:25-cv-03794-RMG

*Robert P. Buoncuore v. 3M Company, et al.*
Civil Case No: 2:25-cv-03790-RMG

*Robert A. Cash v. 3M Company, et al.*
Civil Case No: 2:25-cv-03825-RMG

*Tyler Schild v. 3M Company, et al.*
Civil Case No: 2:25-cv-03828-RMG

*James W. Schiermeister v. 3M Company, et al.*
Civil Case No: 2:25-cv-03820-RMG

*Douglas S. White v. 3M Company, et al.*
Civil Case No: 2:25-cv-03817-RMG

*Sherina S. Blett v. 3M Company, et al.*
Civil Case No: 2:25-cv-03816-RMG

*David J. Rush v. 3M Company, et al.*
Civil Case No: 2:25-cv-03831-RMG

*Grace Sandoval v. 3M Company, et al.*
Civil Case No: 2:25-cv-03819-RMG

*Joseph C. Wright v. 3M Company, et al.*
Civil Case No: 2:25-cv-03827-RMG

|   | *Jarvona L. Jones v. 3M Company, et al.*<br>Civil Case No: 2:25-cv-03824-RMG<br><br>*Ruth T. Singer v. 3M Company, et al.*<br>Civil Case No: 2:25-cv-03830-RMG<br><br>*John-Michael Brady v. 3M Company, et al.*<br>Civil Case No: 2:25-cv-03823-RMG<br><br>*Kailie J. Benson v. 3M Company, et al.*<br>Civil Case No: 2:25-cv-03818-RMG |
|---|---|

## NOTICE OF ERRATA TO CORRECT ERRONEOUS NAMING OF DEFENDANT

Rafferty, Domnick, Cunningham & Yaffa respectfully submits this Notice of Errata to correct the erroneous naming of a Defendant in this action. After the cases were filed, the undersigned counsel realized that the Defendant had been erroneously named. The Defendant named as "THE INTERTECH GROUP, INC D/B/A PBI PERFORMANCE PRODUCTS" and similar iterations including "INTERTECH GROUP" was incorrect and undersigned counsel avers that the error was unintentional. The correct name of the Defendant is "PBI PERFORMANCE PRODUCTS, INC."

Respectfully Submitted,

*/s/ Angela L. Trawick*
Angela L. Trawick, Esq.
Florida Bar No.: 112236
Troy A. Rafferty, Esq.
Florida Bar No.: 24120
**Rafferty, Domnick, Cunningham & Yaffa, PLLC**
815 South Palafox Street, 3rd Floor
Pensacola, FL 32502
Telephone: (850) 208-0830
Fax: (561) 625-6269
E-mail:   angela@pbglaw.com
                 troy@pbglaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of June, 2025, a true and correct copy of the foregoing instrument was filed with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

*/s/ Angela L. Trawick*
Angela L. Trawick, Esq.