IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>This Document relates to:<br>*Kevin Voelker v. 3M Company, et al.*<br>**Case No. 2:18-cv-03438 and**<br>**Case No. 2:25-cv-01350** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed between Plaintiff Kevin Voelker and all Defendants who have appeared in this action, respectively, that the parties have agreed to a dismissal with prejudice of all claims asserted by Plaintiff Kevin Voelker against Defendants Buckeye Fire Equipment Company; Dynax Corporation; Clariant Corporation, individually and as successor in interest to Sandoz Chemical Corporation; ChemDesign Products Inc.; National Foam, Inc.; and Nation Ford Chemical Company. All parties agree to bear their own attorneys' fees and costs.

Dated: June 13, 2025    Respectfully submitted,

*/s/ Lawrence R. Cohan*
Lawrence R. Cohan, Esq.
Joshua C. Cohan, Esq.
**SALTZ MONGELUZZI BENDESKY**
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Phone: (215) 486-8282
Fax: (215) 496-0999
lcohan@smbb.com
jcohan@smbb.com

*Attorneys for Plaintiff*

*/s/ David E. Dukes*
David E. Dukes
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
P: (803) 255-9451
david.dukes@nelsonmullins.com

/s/ *Joseph G. Petrosinelli*
Joseph G. Petrosinelli
Williams & Connolly LLP
680 Maine Ave S.W.
Washington, DC 20024
P: (202) 434-5547
F: (202) 434-5029
jpetrosinelli@wc.com

*Counsel for Defendants Tyco Fire Products L.P. and Chemguard, Inc.*

*/s/ Michael A. Olsen*
Michael A. Olsen
Daniel L. Ring
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
molsen@mayerbrown.com
dring@mayerbrown.com

Brian Duffy
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
P: (843) 720-2044
F: (843) 720-2047
bduffy@duffyandyoung.com

*Counsel for Defendant 3M Company*

*/s/ Keith E. Smith*
Greenberg Traurig, LLP
Keith E. Smith, Esquire
Three Logan Square
1717 Arch Street, Suite 400
Philadelphia, PA 19103
T +1 215.988.7843
E-mail:  smithkei@gtlaw.com

*Attorneys for Defendant, National Foam, Inc.*

*/s/ Matthew A. Holian*
Matthew A. Holian
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, Massachusetts 02110-1447
T: (617) 406.6009
F: (617) 406.6109
matt.holian@us.dlapiper.com

John Wellschlager
DLA PIPER LLP (US)
650 South Exeter Street Suite 1100
Baltimore, Maryland 21202
T: (410) 580.4281
F: (410) 580.3281
john.wellschlager@us.dlapiper.com

*Attorneys for Defendant BASF Corporation*

*/s/ Brent Dwerlkotte*
Molly H. Craig (6671)
James B. Hood (9130)
HOOD LAW FIRM, LLC
172 Meeting Street/Post Office Box 1508
Charleston, SC 29402
Phone: (843) 577-4435
Facsimile: (843) 722-1630
E: Info@hoodlaw.com

Brent Dwerlkotte
Amy M. Crouch
Jennifer M. Hackman
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
(816) 474-6500
dbdwerlkotte@shb.com
amcrouch@shb.com
jhackman@shb.com

*Attorneys for Defendants Corteva, Inc., DuPont de Nemours, Inc., EIDP, Inc., The Chemours Company, and The Chemours Company FC, LLC*

*/s/ Michael L. Carpenter*
Michael L. Carpenter
Christopher M. Whelchel
Marshall P. Walker
GRAY, LAYTON, KERSH,
SOLOMON, FURR & SMITH, P.A.
P.O. Box 2336
Gastonia, NC 28053
P: (704) 865-4400
mcarpenter@gastonlegal.com
cwhelchel@gastonlegal.com
mwalker@gastonlegal.com

*Counsel for Defendant*
*Buckeye Fire Equipment Company*

*/s/ Steven D. Weber*
Steve. D. Weber (SC State Bar No. 16917)
PARKER POE ADAMS & BERNSTEIN LLP
620 South Tryon Street, Suite 800
Charlotte, North Carolina 28202
Telephone: (704) 335-9876
E-mail: steveweber@parkerpoe.com

Melanie Black Dubis (NC State Bar No. 22027)
Charles E. Raynal (N.C. State Bar No. 32310)
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
Telephone: (919) 828-0564
E-mail: melaniedubis@parkerpoe.com
E-mail: charlesraynal@parkerpoe.com

Robert H. Jordan (SC State Bar No. 13612)
PARKER POE ADAMS & BERNSTEIN LLP
200 Meeting Street, Suite 301
Charleston, South Carolina 29401
Phone: 843-727-2650
E-mail: robertjordan@parkerpoe.com

*Attorneys for Defendant Clariant Corporation*

*/s/ Addie K.S. Ries*
Addie K.S. Ries
S.C. State Bar No. 103016
N.C. State Bar No. 31759
Kirk G. Warner
N.C. State Bar No. 16238
Clifton L. Brinson
N.C. State Bar No. 34331
SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, L.L.P.
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone:     (919) 821-1220
Facsimile:     (919) 821-6800
Email:
aries@smithlaw.com
kwarner@smithlaw.com
cbrinson@smithlaw.com

*Attorneys for Dynax Corporation*