IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>This Document relates to:<br><br>*Donnelly v. 3M, et al.*, No. 2:20-cv-00209-RMG<br>*Speers v. 3M, et al.*, No. 2:21-cv-03181-RMG<br>*Voelker v. 3M, et al.*, No. 2:18-cv-03438-RMG |

**DEFENDANT BASF CORPORATION'S MOTION FOR SUMMARY JUDGMENT**
**EXHIBIT LIST**

| Exhibit No. | Descriptions |
|---|---|
| JX45 | Deposition of David MacIntosh (Volume II), May 22, 2025 |
| JX55 | Deposition of Christopher Higgins, May 16, 2025 |
| BASF-1 | Expert Report of Christopher Higgins, February 18, 2025 |
| BASF-2 | Expert Report of Jonathan Martin, February 18, 2025 |
| BASF-3 | Expert Report of Michael Siegel, February 18, 2025 |
| BASF-4 | Expert Report of Stephen Petty, February 18, 2025 |
| BASF-5 | BASF Responses to Plaintiffs' First Interrogatories |
| BASF-6 | Deposition of Mike Munsell, April 8, 2021 |
| BASF-7 | Expert Report of Ronald Kendall, February 18, 2025 |
| BASF-8 | BASF_AFFF_MDL_00085951-58 |
| BASF-9 | Deposition of Ted Deisenroth, March 21, 2024 |