# JX11 Pt. 2

**Figure 3.** Hazard ratios and 95% confidence intervals for overall hematologic malignancies (dark circles) and histologic subtypes (light circles) for hematologic subtypes per doubling of PFAS concentrations (using $\log_2$-transformed measures) by sex and type of PFAS, case–cohort study of association between PFAS and selected cancers among participants in the Cancer Prevention II LifeLink cohort, 1998–2015. All models had separate baseline hazards by sex or were restricted to one sex. The primary models controlled for year of serum sample collection (single-year categories), age at serum collection (<60, 60–64, 65–69, 70–74, 75–79, ≥80 y), race (non-Hispanic White, other), education (high school graduate or less, vocational/trade school or some college, college graduate, graduate school), smoking status (current smoker, former smoker, ever smoked but unknown if current or former, never smoked), and alcohol consumption (nondrinker, <1 drink/wk, 1–6 drinks/wk, 1 drink/d, ≥2 drinks/d). The overall number of cancers (both sexes) included in the models were as follows: Heme, 626; MYELO, 80; LYMPH, 540; B-NHL, 483; DLBCL, 123; CLL/SLL, 140; MM, 99. See Tables S9 and S10 for numerical data. Note: B-NHL, B-cell non-Hodgkin leukemia/lymphoma; CLL/SLL, chronic lymphocytic leukemia/small lymphocytic lymphoma/mantle cell lymphoma; DLBCL, diffuse large B-cell lymphoma; Heme, hematologic malignancies; LYMPH, lymphoid malignancies; MM, multiple myeloma; MYELO, myeloid malignancies; PFAS, per- and polyfluoroalkyl substances; PFHxS, perfluorohexane sulfonic acid; PFNA, perfluorononanoic acid; PFOA, perfluorooctanoic acid; PFOS, perfluorooctane sulfonate.

skin cancer. At the time of the baseline serum collection in 1998–2001, 79% of those included in our subcohort were ≥65 y of age. PFAS exposure has been ongoing in the United States for many years. PFAS production started in the 1940s, and global emissions of perfluoroalkyl carboxylic acids (such as PFOA and PFNA) steadily increased until approximately 2000–2002.[23,102] PFAS concentrations in human serum in the U. S. NHANES survey were first measured during the 1999–2000 NHANES cycle, and PFOS, PFOA, PFHxS, and FOSA were detected in all samples.[19] Therefore, CPS-II LifeLink Cohort participants almost certainly were exposed to several PFAS for many years before serum collection in 1998–2001, and the study is left-truncated. In the presence of varying susceptibility to the effect of exposure on disease, left truncation can lead to bias in measures of the effect of an exposure on disease.[103–106] Bias resulting from left truncation can occur because those who are most susceptible to the effect of exposure on disease are lost over time from the population that remains at risk for the outcome, leaving a population that is less susceptible to the effects of the exposure on disease.[103,104] This is a type of selection bias,[106] the magnitude of which can increase with increasing time between the start of exposure and study enrollment[103]; it can lead to underestimation of positive associations and can result in an exposure that has a harmful effect appearing to have a protective effect.[105–107] Ongoing exposure prior to enrollment also complicates control for some variables, such as BMI, which might confound some PFAS associations but might also be caused by PFAS exposure and therefore potentially on the causal pathway between PFAS exposure and the outcome.[104] Some left-truncation is unavoidable in U.S. epidemiological studies of PFAS and cancer outside historical settings. However, for this study, the effect of left truncation might have been particularly pronounced, because observation for many participants started at an age that is older than the median age at diagnosis for some of the cancers considered, especially for kidney and breast cancers.[108] Left-truncation could have led to underestimation of some HRs and could explain some of our observed negative associations but is unlikely to have led to overestimation of HRs.

Another study limitation is that that PFAS serum concentrations are available for only one point in time, and the degree to which this measurement would adequately represent a person's PFAS exposure history is uncertain. However, there are several reasons to expect that the serum concentrations would adequately reflect a person's longer-term exposures. Our analysis can be considered as essentially addressing the question of whether people with higher PFAS serum concentrations have a higher cancer incidence than those with lower PFAS concentrations, with the assumption being that a person's PFAS exposure ranking in relation to others with similar covariates (e.g., age, sex) and with serum drawn around the same time remains relatively stable over time, even if absolute concentrations change. This assumption is likely reasonable, given *a*) the long half-lives of several PFAS,[8,25,26] and *b*) the facts that PFAS have been used for long

periods of time,[102] are persistent in the environment,[102] and have only relatively recently come to attention in drinking water.[10] One study that examined within-individual changes in serum PFAS concentrations over time in a population with PFAS exposure at general-population levels found that the ranking of individuals' serum concentrations remained relatively stable, even though absolute concentrations changed over time.[109] Our PFAS serum concentrations were also only for the linear isomers of the PFAS considered, which might limit comparability of our findings to those of other studies of PFAS and cancer.

It is also important to note that concentrations of the various PFAS were correlated, so HRs for one type of PFAS should be interpreted as possibly also representing the effects of other correlated PFAS. The number of cancer cases in our study did not allow for more complex models controlling for other PFAS. Nevertheless, there is no guarantee that models controlling for other PFAS would be less biased than single-PFAS models. If unmeasured exposures (e.g., diet) confound the association between the outcome and one type of PFAS, but not another type of PFAS, including both types of PFAS in the model could amplify, not decrease, bias.[110] In addition, associations could be confounded by other correlated but unmeasured PFAS. Nevertheless, the inability to control for other PFAS limits our ability to confidently conclude that associations observed for kidney cancer among women and CLL/SLL among men are solely attributable to specific PFAS. Consideration of PFAS mixtures is an important area for exploration in future studies of PFAS and cancer.

Although this study includes more cases of the cancers considered than many previous studies, the number of cases for some of the cancer subtypes considered might have been small relative to the number of variables in our models, with some variables involving multiple parameters. Some have suggested that having fewer than 10 cases per model parameter can lead to bias,[111,112] but others have suggested that bias is unlikely with case counts as low as five cases per parameter.[113] Models for bladder, breast, prostate, and the larger hematologic malignancy subgroups had an ample number of cases relative to the number of parameters, but models for kidney cancer, pancreatic cancer and smaller hematologic subtypes had a fewer cases per parameter (Table S11). Model results should be interpreted considering this limitation. The fact that models with collapsed categories of some control variables gave similar conclusions provides some reassurance that low case numbers might not have seriously biased the primary model results. Finally, our results should be interpreted with consideration of the fact that there are multiple comparisons, and some observed associations could be due to chance or unknown sources of bias.

In conclusion, this study provides important information supporting the previously observed association between PFOA and kidney cancer, particularly among women, at general population-level PFAS exposures. It also contributes to evidence relating to PFAS exposure and specific types of hematologic malignancies, which have been less commonly studied, and not previously studied in a population with general-population-level PFAS exposures. It suggests a possible association between PFAS exposure and CLL/SLL among men that could be followed-up in future studies. Study findings also indicate that consideration of histologic subtypes might be important in future studies of PFAS and cancer, especially for hematologic malignancies.

## Acknowledgments

The authors express sincere appreciation to all CPS-II participants, and to each member of the study and biospecimen management group.

This work was supported by funding from the U.S. CDC and the ATSDR. Funding for the overall CPS-II study was from the ACS. The findings and conclusions in this report are those of the authors and do not necessarily represent the official position of the U.S. CDC and the ATSDR or the ACS or ACS Cancer Action Network.

The authors would like to acknowledge the contribution to this study from central cancer registries supported through the U.S. CDC National Program of Cancer Registries and cancer registries supported by the National Cancer Institute's Surveillance Epidemiology and End Results Program.

## References

1. Kotthoff M, Muller J, Jurling H, Schlummer M, Fiedler D. 2015. Perfluoroalkyl and polyfluoroalkyl substances in consumer products. Environ Sci Pollut Res Int 22(19):14546–14559, PMID: 25854201, https://doi.org/10.1007/s11356-015-4202-7.
2. Lau C, Anitole K, Hodes C, Lai D, Pfahles-Hutchens A, Seed J. 2007. Perfluoroalkyl acids: a review of monitoring and toxicological findings. Toxicol Sci 99(2):366–394, https://doi.org/10.1093/toxsci/kfm128.
3. Renner R. 2001. Growing concern over perfluorinated chemicals. Environ Sci Technol 35(7):154A–160A, PMID: 11348100, https://doi.org/10.1021/es012317k.
4. NASEM. 2022. *Guidance on PFAS Exposure, Testing, and Clinical Follow-up*. https://nap.nationalacademies.org/catalog/26156/guidance-on-pfas-exposure-testing-and-clinical-follow-up [accessed 26 October 2023].
5. OECD (Organisation for Economic Co-operation and Development). 2013. Synthesis Paper on Per- and Polyfluorinated Chemicals (PFCS). http://www.oecd.org/chemicalsafety/risk-management/synthesis-paper-on-per-and-polyfluorinated-chemicals.htm [accessed 26 October 2023].
6. Birnbaum L. Hearing on the Federal Role in the Toxic PFAS Chemical Crisis. https://www.niehs.nih.gov/about/assets/docs/hearing_on_the_federal_role_in_the_toxic_pfas_chemical_crisis_508.pdf [accessed 8 August 2019].
7. OECD. 2021. Reconciling Terminology of the Universe of Per- and Polyfluoroalkyl Substances: Recommendations and Practical Guidance, OECD Series on Risk Management No. 61. https://www.oecd.org/chemicalsafety/portal-perfluorinated-chemicals/terminology-per-and-polyfluoroalkyl-substances.pdf [accessed 25 October 2023].
8. ATSDR (Agency for Toxic Substances and Disease Registry). 2021. Toxicological Profile for Perfluoroalkyls. https://www.atsdr.cdc.gov/ToxProfiles/tp200.pdf [accessed 25 October 2023].
9. IARC (International Agency for Research on Cancer). 2017. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Some Chemicals Used as Solvents and in Polymer Manufacture. https://monographs.iarc.fr/wp-content/uploads/2018/06/mono110-01.pdf [accessed 19 October 2018].
10. Sunderland EM, Hu XC, Dassuncao C, Tokranov AK, Wagner CC, Allen JG. 2019. A review of the pathways of human exposure to poly- and perfluoroalkyl substances (PFASs) and present understanding of health effects. J Expo Sci Environ Epidemiol 29(2):131–147, PMID: 30470793, https://doi.org/10.1038/s41370-018-0094-1.
11. Harris KJ, Munoz G, Woo V, Sauve S, Rand AA. 2022. Targeted and suspect screening of per- and polyfluoroalkyl substances in cosmetics and personal care products. Environ Sci Technol 56(20):14594–14604, PMID: 36178710, https://doi.org/10.1021/acs.est.2c02660.
12. Winkens K, Vestergren R, Berger U, Cousins IT. 2017. Early life exposure to per- and polyfluoroalkyl substances (PFASs): a critical review. Emerging Contaminants 3(2):55–68, https://doi.org/10.1016/j.emcon.2017.05.001.
13. Olsen GW, Logan PW, Hansen KJ, Simpson CA, Burris JM, Burlew MM, et al. 2003. An occupational exposure assessment of a perfluorooctanesulfonyl fluoride production site: biomonitoring. AIHA J (Fairfax, Va) 64(5):651–659, PMID: 14521435, https://doi.org/10.1202/375.1.
14. Woskie SR, Gore R, Steenland K. 2012. Retrospective exposure assessment of perfluorooctanoic acid serum concentrations at a fluoropolymer manufacturing plant. Ann Occup Hyg 56(9):1025–1037, PMID: 22539556, https://doi.org/10.1093/annhyg/mes023.
15. Nilsson H, Kärrman A, Westberg H, Rotander A, van Bavel B, Lindström G. 2010. A time trend study of significantly elevated perfluorocarboxylate levels in humans after using fluorinated ski wax. Environ Sci Technol 44(6):2150–2155, PMID: 20158198, https://doi.org/10.1021/es9034733.
16. Rotander A, Toms LM, Aylward L, Kay M, Mueller JF. 2015. Elevated levels of PFOS and PFHxS in firefighters exposed to aqueous film forming foam (AFFF). Environ Int 82:28–34, PMID: 26001497, https://doi.org/10.1016/j.envint.2015.05.005.
17. Rotander A, Kärrman A, Toms LM, Kay M, Mueller JF, Gomez Ramos MJ. 2015. Novel fluorinated surfactants tentatively identified in firefighters using liquid chromatography quadrupole time-of-flight tandem mass spectrometry and a case-control approach. Environ Sci Technol 49(4):2434–2442, PMID: 25611076, https://doi.org/10.1021/es503653n.

18. Tanner EM, Bloom MS, Wu Q, Kannan K, Yucel RM, Shrestha S, et al. 2018. Occupational exposure to perfluoroalkyl substances and serum levels of perfluorooctanesulfonic acid (PFOS) and perfluorooctanoic acid (PFOA) in an aging population from upstate New York: a retrospective cohort study. Int Arch Occup Environ Health 91(2):145–154, PMID: 29027000, https://doi.org/10.1007/s00420-017-1267-2.

19. Calafat AM, Kuklenyik Z, Reidy JA, Caudill SP, Tully JS, Needham LL. 2007. Serum concentrations of 11 polyfluoroalkyl compounds in the U.S. population: data from the National Health and Nutrition Examination Survey (NHANES). Environ Sci Technol 41(7):2237–2242, PMID: 17438769, https://doi.org/10.1021/es062686m.

20. Calafat AM, Wong LY, Kuklenyik Z, Reidy JA, Needham LL. 2007. Polyfluoroalkyl chemicals in the U.S. population: data from the National Health and Nutrition Examination Survey (NHANES) 2003–2004 and comparisons with NHANES 1999–2000. Environ Health Perspect 115(11):1596–1602, PMID: 18007991, https://doi.org/10.1289/ehp.10598.

21. Kato K, Wong LY, Jia LT, Kuklenyik Z, Calafat AM. 2011. Trends in exposure to polyfluoroalkyl chemicals in the U.S. population: 1999–2008. Environ Sci Technol 45(19):8037–8045, PMID: 21469664, https://doi.org/10.1021/es1043613.

22. Jain RB. 2018. Time trends over 2003–2014 in the concentrations of selected perfluoroalkyl substances among US adults aged ≥20 years: interpretational issues. Sci Total Environ 645:946–957, PMID: 30248883, https://doi.org/10.1016/j.scitotenv.2018.07.198.

23. Wang Z, Cousins IT, Scheringer M, Buck RC, Hungerbuhler K. 2014. Global emission inventories for C4–C14 perfluoroalkyl carboxylic acid (PFCA) homologues from 1951 to 2030, part I: production and emissions from quantifiable sources. Environ Int 70:62–75, PMID: 24932785, https://doi.org/10.1016/j.envint.2014.04.013.

24. U.S. CDC (U.S. Centers for Disease Control and Prevention). 2022. National Report on Human Exposure to Environmental Chemicals. Updated March 2022. https://www.cdc.gov/exposurereport/ [accessed 26 September 2022].

25. Olsen GW, Burris JM, Ehresman DJ, Froehlich JW, Seacat AM, Butenhoff JL, et al. 2007. Half-life of serum elimination of perfluorooctanesulfonate, perfluorohexanesulfonate, and perfluorooctanoate in retired fluorochemical production workers. Environ Health Perspect 115(9):1298–1305, PMID: 17805419, https://doi.org/10.1289/ehp.10009.

26. Bartell SM, Calafat AM, Lyu C, Kato K, Ryan PB, Steenland K. 2010. Rate of decline in serum PFOA concentrations after granular activated carbon filtration at two public water systems in Ohio and West Virginia. Environ Health Perspect 118(2):222–228, PMID: 20123620, https://doi.org/10.1289/ehp.0901252.

27. C8 Science Panel. 2018. C8 Probable Link Reports. http://www.c8sciencepanel.org/prob_link.html [accessed 25 October 2018].

28. Benbrahim-Tallaa L, Lauby-Secretan B, Loomis D, Guyton KZ, Grosse Y, El Ghissassi F, et al. 2014. Carcinogenicity of perfluorooctanoic acid, tetrafluoroethylene, dichloromethane, 1,2-dichloropropane, and 1,3-propane sultone. Lancet Oncol 15(9):924–925, PMID: 25225686, https://doi.org/10.1016/s1470-2045(14)70316-x.

29. Chang ET, Adami HO, Boffetta P, Cole P, Starr TB, Mandel JS. 2014. A critical review of perfluorooctanoate and perfluorooctanesulfonate exposure and cancer risk in humans. Crit Rev Toxicol 44 Suppl 1:1–81, PMID: 24793953, https://doi.org/10.3109/10408444.2014.905767.

30. Steenland K, Winquist A. 2021. PFAS and cancer, a scoping review of the epidemiologic evidence. Environ Res 194:110690, PMID: 33385391, https://doi.org/10.1016/j.envres.2020.110690.

31. Barry V, Winquist A, Steenland K. 2013. Perfluorooctanoic acid (PFOA) exposures and incident cancers among adults living near a chemical plant. Environ Health Perspect 121(11–12):1313–1318, PMID: 24007715, https://doi.org/10.1289/ehp.1306615.

32. Vieira VM, Hoffman K, Shin HM, Weinberg JM, Webster TF, Fletcher T. 2013. Perfluorooctanoic acid exposure and cancer outcomes in a contaminated community: a geographic analysis. Environ Health Perspect 121(3):318–323, PMID: 23308854, https://doi.org/10.1289/ehp.1205829.

33. C8 Science Panel. (2012). Probable Link Evaluation of Cancer. http://www.c8sciencepanel.org/pdfs/Probable_Link_C8_Cancer_16April2012_v2.pdf [accessed 25 October 2023].

34. Bartell SM, Vieira VM. 2021. Critical review on PFOA, kidney cancer, and testicular cancer. J Air Waste Manag Assoc 71(6):663–679, PMID: 33780327, https://doi.org/10.1080/10962247.2021.1909668.

35. Steenland K, Woskie S. 2012. Cohort mortality study of workers exposed to perfluorooctanoic acid. Am J Epidemiol 176(10):909–917, PMID: 23079607, https://doi.org/10.1093/aje/kws171.

36. Consonni D, Straif K, Symons JM, Tomenson JA, van Amelsvoort LGPM, Sleeuwenhoek A, et al. 2013. Cancer risk among tetrafluoroethylene synthesis and polymerization workers. Am J Epidemiol 178(3):350–358, PMID: 23828249, https://doi.org/10.1093/aje/kws588.

37. Shearer JJ, Callahan CL, Calafat AM, Huang W-Y, Jones RR, Sabbisetti VS, et al. 2021. Serum concentrations of per- and polyfluoroalkyl substances and risk of renal cell carcinoma. J Natl Cancer Inst 113(5):580–587, PMID: 32944748, https://doi.org/10.1093/jnci/djaa143.

38. Mastrantonio M, Bai E, Uccelli R, Cordiano V, Screpanti A, Crosignani P. 2018. Drinking water contamination from perfluoroalkyl substances (PFAS): an ecological mortality study in the Veneto Region, Italy. Eur J Public Health 28(1):180–185, PMID: 28541558, https://doi.org/10.1093/eurpub/ckx066.

39. Lundin JI, Alexander BH, Olsen GW, Church TR. 2009. Ammonium perfluorooctanoate production and occupational mortality. Epidemiology 20(6):921–928, PMID: 19797969, https://doi.org/10.1097/EDE.0b013e3181b5f395.

40. Hardell E, Karrman A, van Bavel B, Bao J, Carlberg M, Hardell L. 2014. Case-control study on perfluorinated alkyl acids (PFAAs) and the risk of prostate cancer. Environ Int 63:35–39, PMID: 24246240, https://doi.org/10.1016/j.envint.2013.10.005.

41. Leonard RC, Kreckmann KH, Sakr CJ, Symons JM. 2008. Retrospective cohort mortality study of workers in a polymer production plant including a reference population of regional workers. Ann Epidemiol 18(1):15–22, PMID: 17900928, https://doi.org/10.1016/j.annepidem.2007.06.011.

42. Ghisari M, Long M, Roge DM, Olsen J, Bonefeld-Jorgensen EC. 2017. Polymorphism in xenobiotic and estrogen metabolizing genes, exposure to perfluorinated compounds and subsequent breast cancer risk: a nested case-control study in the Danish National Birth Cohort. Environ Res 154:325–333, PMID: 28157646, https://doi.org/10.1016/j.envres.2017.01.020.

43. Ghisari M, Eiberg H, Long M, Bonefeld-Jorgensen EC. 2014. Polymorphisms in phase I and phase II genes and breast cancer risk and relations to persistent organic pollutant exposure: a case-control study in Inuit women. Environ Health 13(1):19, PMID: 24629213, https://doi.org/10.1186/1476-069X-13-19.

44. Wielsoe M, Kern P, Bonefeld-Jorgensen EC. 2017. Serum levels of environmental pollutants is a risk factor for breast cancer in Inuit: a case control study. Environ Health 16(1):56, PMID: 28610584, https://doi.org/10.1186/s12940-017-0269-6.

45. Bonefeld-Jorgensen EC, Long M, Bossi R, Ayotte P, Asmund G, Krüger T, et al. 2011. Perfluorinated compounds are related to breast cancer risk in Greenlandic Inuit: a case control study. Environ Health 10:88, PMID: 21978366, https://doi.org/10.1186/1476-069X-10-88.

46. Bonefeld-Jorgensen EC, Long M, Fredslund SO, Bossi R, Olsen J. 2014. Breast cancer risk after exposure to perfluorinated compounds in Danish women: a case-control study nested in the Danish National Birth Cohort. Cancer Causes Control 25(11):1439–1448, PMID: 25148915, https://doi.org/10.1007/s10552-014-0446-7.

47. Mancini FR, Cano-Sancho G, Gambaretti J, Marchand P, Boutron-Ruault M-C, Severi G, et al. 2020. Perfluorinated alkylated substances serum concentration and breast cancer risk: evidence from a nested case-control study in the French E3N cohort. Int J Cancer 146(4):917–928, PMID: 31008526, https://doi.org/10.1002/ijc.32357.

48. Feng Y, Bai Y, Lu Y, Chen M, Fu M, Guan X, et al. 2022. Plasma perfluoroalkyl substance exposure and incidence risk of breast cancer: a case-cohort study in the Dongfeng-Tongji cohort. Environ Pollut 306:119345, PMID: 35472559, https://doi.org/10.1016/j.envpol.2022.119345.

49. Velarde MC, Chan AFO, Sajo MEJV, Zakharevich I, Melamed J, Uy GLB, et al. 2022. Elevated levels of perfluoroalkyl substances in breast cancer patients within the Greater Manila Area. Chemosphere 286(pt 1):131545, PMID: 34293563, https://doi.org/10.1016/j.chemosphere.2021.131545.

50. Omoike OE, Pack RP, Mamudu HM, Liu Y, Wang L. 2021. A cross-sectional study of the association between perfluorinated chemical exposure and cancers related to deregulation of estrogen receptors. Environ Res 196:110329, PMID: 33068574, https://doi.org/10.1016/j.envres.2020.110329.

51. Li X, Song F, Liu X, Shan A, Huang Y, Yang Z, et al. 2022. Perfluoroalkyl substances (PFASs) as risk factors for breast cancer: a case-control study in Chinese population. Environ Health 21(1):83, PMID: 36085159, https://doi.org/10.1186/s12940-022-00895-3.

52. Chang VC, Rhee J, Berndt SI, Moore SC, Freedman ND, Jones RR, et al. 2023. Serum perfluorooctane sulfonate and perfluorooctanoate and risk of postmenopausal breast cancer according to hormone receptor status: an analysis in the Prostate, Lung, Colorectal and Ovarian Cancer Screening Trial. Int J Cancer 153(4):775–782, PMID: 36843273, https://doi.org/10.1002/ijc.34487.

53. Alexander BH, Olsen GW, Burris JM, Mandel JH, Mandel JS. 2003. Mortality of employees of a perfluorooctanesulphonyl fluoride manufacturing facility. Occup Environ Med 60(10):722–729, PMID: 14504359, https://doi.org/10.1136/oem.60.10.722.

54. Girardi P, Merler E. 2019. A mortality study on male subjects exposed to polyfluoroalkyl acids with high internal dose of perfluorooctanoic acid. Environ Res 179(pt A):108743, PMID: 31542491, https://doi.org/10.1016/j.envres.2019.108743.

55. Goodrich JA, Walker D, Lin X, Wang H, Lim T, McConnell R, et al. 2022. Exposure to perfluoroalkyl substances and risk of hepatocellular carcinoma in a multiethnic cohort. JHEP Rep 4(10):100550, PMID: 36111068, https://doi.org/10.1016/j.jhepr.2022.100550.

56. Cao L, Guo Y, Chen Y, Hong J, Wu J, Hangbiao J. 2022. Per-/polyfluoroalkyl substance concentrations in human serum and their associations with liver cancer. Chemosphere 296:134083, PMID: 35216980, https://doi.org/10.1016/j.chemosphere.2022.134083.

57. Hurley S, Goldberg D, Wang M, Park J-S, Petreas M, Bernstein L, et al. 2018. Breast cancer risk and serum levels of per- and poly-fluoroalkyl substances: a case-control study nested in the California Teachers Study. Environ Health 17(1):83, PMID: 30482205, https://doi.org/10.1186/s12940-018-0426-6.

58. Frenoy P, Perduca V, Cano-Sancho G, Antignac JP, Severi G, Mancini FR. 2022. Application of two statistical approaches (Bayesian Kernel Machine Regression and Principal Component Regression) to assess breast cancer risk in association to exposure to mixtures of brominated flame retardants and per- and polyfluorinated alkylated substances in the E3N cohort. Environ Health 21(1):27, PMID: 35216589, https://doi.org/10.1186/s12940-022-00840-4.

59. Cohn BA, La Merrill MA, Krigbaum NY, Wang M, Park J-S, Petreas M, et al. 2020. In utero exposure to poly- and perfluoroalkyl substances (PFASs) and subsequent breast cancer. Reprod Toxicol 92:112–119, PMID: 31323350, https://doi.org/10.1016/j.reprotox.2019.06.012.

60. Rhee J, Barry KH, Huang W-Y, Sampson JN, Hofmann JN, Silverman DT, et al. 2023. A prospective nested case-control study of serum concentrations of per- and polyfluoroalkyl substances and aggressive prostate cancer. Environ Res 228:115718, PMID: 36958379, https://doi.org/10.1016/j.envres.2023.115718.

61. Tsai M-S, Chang S-H, Kuo W-H, Kuo C-H, Li S-Y, Wang M-Y, et al. 2020. A case-control study of perfluoroalkyl substances and the risk of breast cancer in Taiwanese women. Environ Int 142:105850, PMID: 32580117, https://doi.org/10.1016/j.envint.2020.105850.

62. Liu M, Zhang G, Meng L, Han X, Li Y, Shi Y, et al. 2021. Associations between novel and legacy per- and polyfluoroalkyl substances in human serum and thyroid cancer: a case and healthy population in Shandong Province, East China. Environ Sci Technol 56(10):6144–6151, PMID: 34618433, https://doi.org/10.1021/acs.est.1c02850.

63. Itoh H, Harada KH, Kasuga Y, Yokoyama S, Onuma H, Nishimura H, et al. 2021. Serum perfluoroalkyl substances and breast cancer risk in Japanese women: a case-control study. Sci Total Environ 800:149316, PMID: 34392213, https://doi.org/10.1016/j.scitotenv.2021.149316.

64. Fry K, Power MC. 2017. Persistent organic pollutants and mortality in the United States, NHANES 1999–2011. Environ Health 16(1):105, PMID: 29017533, https://doi.org/10.1186/s12940-017-0313-6.

65. Wen X, Wang M, Xu X, Li T. 2022. Exposure to per- and polyfluoroalkyl substances and mortality in U.S. adults: a population-based cohort study. Environ Health Perspect 130(6):67007, PMID: 35731224, https://doi.org/10.1289/EHP10393.

66. Eriksen KT, Sørensen M, McLaughlin JK, Lipworth L, Tjønneland A, Overvad K, et al. 2009. Perfluorooctanoate and perfluorooctanesulfonate plasma levels and risk of cancer in the general Danish population. J Natl Cancer Inst 101(8):605–609, PMID: 19351918, https://doi.org/10.1093/jnci/djp041.

67. Chiu BC-H, Hou N. 2015. Epidemiology and Etiology of Non-Hodgkin Lymphoma. In: Non-Hodgkin Lymphoma: Pathology, Imaging, and Current Therapy. Evens AM, Blum KA, eds. New York, NY: Springer International Publishing, 1–25.

68. Li H, Hammarstrand S, Midberg B, Xu Y, Li Y, Olsson DS, et al. 2022. Cancer incidence in a Swedish cohort with high exposure to perfluoroalkyl substances in drinking water. Environ Res 204(pt C):112217, PMID: 34662573, https://doi.org/10.1016/j.envres.2021.112217.

69. Calle EE, Rodriguez C, Jacobs EJ, Almon ML, Chao A, McCullough ML, et al. 2002. The American Cancer Society Cancer Prevention Study II nutrition cohort: rationale, study design, and baseline characteristics. Cancer. 94(9):2490–2501, PMID: 12015775, https://doi.org/10.1002/cncr.101970.

70. Bergmann MM, Calle EE, Mervis CA, Miracle-McMahill HL, Thun MJ, Heath CW. 1998. Validity of self-reported cancers in a prospective cohort study in comparison with data from state cancer registries. Am J Epidemiol 147(6):556–562, PMID: 9521182, https://doi.org/10.1093/oxfordjournals.aje.a009487.

71. NCI, SEER (National Cancer Institute, Surveillance, Epidemiology, and End Results Program). n.d. Historical Staging and Coding Manuals. https://seer.cancer.gov/tools/codingmanuals/historical.html#1/ [accessed 11 November 2023].

72. Prentice RL. 1986. A case-cohort design for epidemiologic cohort studies and disease prevention trials. Biometrika 73(1):1–11, https://doi.org/10.1093/biomet/73.1.1.

73. Barlow WE, Ichikawa L, Rosner D, Izumi S. 1999. Analysis of case-cohort designs. J Clin Epidemiol 52(12):1165–1172, PMID: 10580779, https://doi.org/10.1016/s0895-4356(99)00102-x.

74. Wong F, MacLeod M, Mueller JF, Cousins IT. 2014. Enhanced elimination of perfluorooctane sulfonic acid by menstruating women: evidence from population-based pharmacokinetic modeling. Environ Sci Technol 48(15):8807–8814, PMID: 24943117, https://doi.org/10.1021/es500796y.

75. Hornug RWR, Reed LD. 1990. Estimation of average concentration in the presence of nondetectable values. Appl Occup Environ Hyg 5(1):46–51, https://doi.org/10.1080/1047322X.1990.10389587.

76. Robbins SL, Cotran RS. 1994. Neoplasia. In: Robbins Pathologic Basis of Disease. Cotran RS, Kumar V, Robbins SL, eds. 5th ed. Philadelphia, PA: W. B. Saunders Company, 214–303.

77. Kashgarian M. 1989. Urinary tract. In: Ackerman's Surgical Pathology. Rosai J, ed. 7th ed. Maryland Heights, MO: The C. V. Mosby Company, 819–922.

78. Ackerman LV. 1989. Pancreas and periampullary region. In: Ackerman's Surgical Pathology. Rosai J, ed. 7th ed. Maryland Heights, MO: The C. V. Mosby Company, 757–788.

79. Morton LM, Turner JJ, Cerhan JR, Linet MS, Treseler PA, Clarke CA, et al. 2007. Proposed classification of lymphoid neoplasms for epidemiologic research from the Pathology Working Group of the International Lymphoma Epidemiology Consortium (InterLymph). Blood 110(2):695–708, PMID: 17389762, https://doi.org/10.1182/blood-2006-11-051672.

80. IARC. 2019. List of Classifications by Cancer Sites with Sufficient or Limited Evidence in Humans, Volumes 1 to 123. https://monographs.iarc.fr/wp-content/uploads/2018/07/Table4.pdf [accessed 15 April 2019].

81. Islami F, Goding Sauer A, Miller KD, Siegel RL, Fedewa SA, Jacobs EJ, et al. 2018. Proportion and number of cancer cases and deaths attributable to potentially modifiable risk factors in the United States. CA Cancer J Clin 68(1):31–54, PMID: 29160902, https://doi.org/10.3322/caac.21440.

82. WCRF (World Cancer Research Fund). Cancer types. https://www.wcrf.org/diet-activity-and-cancer/cancer-types/ [accessed 22 November 2023].

83. ACS (American Cancer Society). 2019. Cancer Prevention & Early Detection Facts & Figures 2019–2020. Atlanta, GA: American Cancer Society.

84. NCI (National Cancer Institute). n.d. Cancer Types. https://www.cancer.gov/types [accessed 22 November 2023].

85. Yang Q, Guo X, Sun P, Chen Y, Zhang W, Gao A. 2018. Association of serum levels of perfluoroalkyl substances (PFASs) with the metabolic syndrome (MetS) in Chinese male adults: a cross-sectional study. Sci Total Environ 621:1542–1549, PMID: 29054655, https://doi.org/10.1016/j.scitotenv.2017.10.074.

86. Siegel RL, Miller KD, Fuchs HE, Jemal A. 2022. Cancer statistics, 2022. CA Cancer J Clin 72(1):7–33, PMID: 35020204, https://doi.org/10.3322/caac.21708.

87. Langholz B, Jiao J. 2007. Computational methods for case-cohort studies. Comput Stat Data Anal 51(8):3737–3748, https://doi.org/10.1016/j.csda.2006.12.028.

88. Barlow WE. 1994. Robust variance estimation for the case-cohort design. Biometrics 50(4):1064–1072, https://doi.org/10.2307/2533444.

89. SAS Institute Inc. 2015. SAS/STAT Samples: Design and Analysis of Case-Cohort Data. SAS 94 Help and Documentation. Cary, NC: SAS Institute Inc.

90. SAS Institute Inc. 2015. The PHREG Procedure: Details: Robust Sandwich Variance Estimate. SAS 94 Help and Documentation. Cary, NC: SAS Institute Inc.

91. U.S. CDC. n.d. Perfluoroalkyl and olyfluoroalkyl substances: surfactants. https://www.cdc.gov/exposurereport/report/pdf/Perfluoroalkyl%20and%20Polyfluoroalkyl%20Substances%20-%20Surfactants%20NHANES-p.pdf [accessed 22 November 2023].

92. Gilliland FD, Mandel JS. 1993. Mortality among employees of a perfluorooctanoic acid production plant. J Occup Med 35(9):950–954, PMID: 8229349, https://doi.org/10.1097/00043764-199309000-00020.

93. Raleigh KK, Alexander BH, Olsen GW, Ramachandran G, Morey SZ, Church TR, et al. 2014. Mortality and cancer incidence in ammonium perfluorooctanoate production workers. Occup Environ Med 71(7):500–506, PMID: 24832944, https://doi.org/10.1136/oemed-2014-102109.

94. Boyd RI, Ahmad S, Singh R, Fazal Z, Prins GS, Madak Erdogan Z, et al. 2022. Toward a mechanistic understanding of poly- and perfluoroalkylated substances and cancer. Cancers (Basel) 14(12): PMID: 35740585, https://doi.org/10.3390/cancers14122919.

95. Bougarne N, Weyers B, Desmet SJ, Deckers J, Ray DW, Staels B, et al. 2018. Molecular actions of PPARα in lipid metabolism and inflammation. Endocr Rev 39(5):760–802, PMID: 30020428, https://doi.org/10.1210/er.2018-00064.

96. Abu Aboud O, Donohoe D, Bultman S, Fitch M, Riiff T, Hellerstein M, et al. 2015. PPARα inhibition modulates multiple reprogrammed metabolic pathways in kidney cancer and attenuates tumor growth. Am J Physiol Cell Physiol 308(11):C890–C898, PMID: 25810260, https://doi.org/10.1152/ajpcell.00322.2014.

97. Abu Aboud O, Wettersten HI, Weiss RH. 2013. Inhibition of PPARα induces cell cycle arrest and apoptosis, and synergizes with glycolysis inhibition in kidney cancer cells. PLoS One 8(8):e71115, PMID: 23951092, https://doi.org/10.1371/journal.pone.0071115.

98. Linehan WM, Schmidt LS, Crooks DR, Wei D, Srinivasan R, Lang M, et al. 2019. The metabolic basis of kidney cancer. Cancer Discov 9(8):1006–1021, PMID: 31088840, https://doi.org/10.1158/2159-8290.CD-18-1354.

99. DiNatale RG, Sanchez A, Hakimi AA, Reznik E. 2020. Metabolomics informs common patterns of molecular dysfunction across histologies of renal cell carcinoma. Urol Oncol 38(10):755–762, PMID: 31155438, https://doi.org/10.1016/j.urolonc.2019.04.028.

100. Corton JC, Cunningham ML, Hummer BT, Lau C, Meek B, Peters JM, et al. 2014. Mode of action framework analysis for receptor-mediated toxicity: the peroxisome proliferator-activated receptor alpha (PPARα) as a case study. Crit Rev Toxicol 44(1):1–49, PMID: 24180432, https://doi.org/10.3109/10408444.2013.835784.

101. Li K, Gao P, Xiang P, Zhang X, Cui X, Ma LQ. 2017. Molecular mechanisms of PFOA-induced toxicity in animals and humans: implications for health risks. Environ Int 99:43–54, PMID: 27871799, https://doi.org/10.1016/j.envint.2016.11.014.

102. Prevedouros K, Cousins IT, Buck RC, Korzeniowski SH. 2006. Sources, fate and transport of perfluorocarboxylates. Environ Sci Technol 40(1):32–44, PMID: 16433330, https://doi.org/10.1021/es0512475.

103. Applebaum KM, Malloy EJ, Eisen EA. 2011. Left truncation, susceptibility, and bias in occupational cohort studies. Epidemiology 22(4):599–606, PMID: 21543985, https://doi.org/10.1097/EDE.0b013e31821d0879.

104. Ray WA. 2003. Evaluating medication effects outside of clinical trials: new-user designs. Am J Epidemiol 158(9):915–920, PMID: 14585769, https://doi.org/10.1093/aje/kwg231.

105. Hernán MA, Alonso A, Logan R, Grodstein F, Michels KB, Willett WC, et al. 2008. Observational studies analyzed like randomized experiments: an application to postmenopausal hormone therapy and coronary heart disease. Epidemiology 19(6):766–779, PMID: 18854702, https://doi.org/10.1097/EDE.0b013e3181875e61.

106. Hernan MA, Hernandez-Diaz S, Robins JM. 2004. A structural approach to selection bias. Epidemiology 15(5):615–625, PMID: 15308962, https://doi.org/10.1097/01.ede.0000135174.63482.43.

107. Hernan MA. 2010. The hazards of hazard ratios. Epidemiology 21(1):13–15, https://doi.org/10.1097/EDE.0b013e3181c1ea43.

108. NCI, SEER (National Cancer Institute, Surveillance, Epidemiology, and End Results Program). n.d. Cancer Stat Facts. https://seer.cancer.gov/statfacts/ [accessed 7 October 2022].

109. Nost TH, Vestergren R, Berg V, Nieboer E, Odland JO, Sandanger TM. 2014. Repeated measurements of per- and polyfluoroalkyl substances (PFASs) from 1979 to 2007 in males from Northern Norway: assessing time trends, compound correlations and relations to age/birth cohort. Environ Int 67:43–53, PMID: 24657493, https://doi.org/10.1016/j.envint.2014.02.011.

110. Weisskopf MG, Seals RM, Webster TF. 2018. Bias amplification in epidemiologic analysis of exposure to mixtures. Environ Health Perspect 126(4):047003, PMID: 29624292, https://doi.org/10.1289/EHP2450.

111. Concato J, Peduzzi P, Holford TR, Feinstein AR. 1995. Importance of events per independent variable in proportional hazards analysis. I. Background, goals, and general strategy. J Clin Epidemiol 48(12):1495–1501, PMID: 8543963, https://doi.org/10.1016/0895-4356(95)00510-2.

112. Peduzzi P, Concato J, Feinstein AR, Holford TR. 1995. Importance of events per independent variable in proportional hazards regression analysis. II. Accuracy and precision of regression estimates. J Clin Epidemiol 48(12):1503–1510, PMID: 8543964, https://doi.org/10.1016/0895-4356(95)00048-8.

113. Vittinghoff E, McCulloch CE. 2007. Relaxing the rule of ten events per variable in logistic and Cox regression. Am J Epidemiol 165(6):710–718, PMID: 17182981, https://doi.org/10.1093/aje/kwk052.

*Environ Health Perspect*

DOI: 10.1289/EHP13174

**Note to readers with disabilities:** *EHP* strives to ensure that all journal content is accessible to all readers. However, some figures and Supplemental Material published in *EHP* articles may not conform to 508 standards due to the complexity of the information being presented. If you need assistance accessing journal content, please contact ehp508@niehs.nih.gov. Our staff will work with you to assess and meet your accessibility needs within 3 working days.

## Supplemental Material

## Case–Cohort Study of the Association between PFAS and Selected Cancers among Participants in the American Cancer Society's Cancer Prevention Study II LifeLink Cohort

Andrea Winquist, James M. Hodge, W. Ryan Diver, Juan L. Rodriguez, Alyssa N. Troeschel, Johnni Daniel, and Lauren R. Teras

## Table of Contents

**Table S1.** Definitions used for cancer histologic subtypes using International Classification of Disease for Oncology (ICD-O) histology codes.

**Table S2.** Comparison of characteristics of study participants for the Overall CPS-II LifeLink cohort (n=39,371), the CPS-II LifeLink Cohort Meeting Case-cohort Study Inclusion Criteria (n=29,985), and participants selected for the sub-cohort (n=1000 selected, 999 with PFAS serum measurements), Case-cohort study of association between PFAS and selected cancers among participants in the Cancer Prevention II LifeLink cohort, 1998-2015.

**Table S3.** Characteristics of sub-cohort participants and participants with incident cancers, Case-cohort study of association between PFAS and selected cancers among participants in the Cancer Prevention II LifeLink cohort, 1998-2015.

**Table S4.** Results of Quality Control analysis using samples run with study samples, Case-cohort study of association between PFAS and selected cancers among participants in the Cancer Prevention II LifeLink cohort, 1998-2015.

**Table S5.** Percentage of samples with PFAS detections in the subcohort, Case-cohort study of association between PFAS and selected cancers among participants in the Cancer Prevention II LifeLink cohort, 1998-2015.

**Table S6.** Distribution of PFAS serum concentrations among subcohort participants (ng/ml, values below the limit of detection were imputed as the limit of detection divided by the square root of 2), Case-cohort study of association between PFAS and selected cancers among participants in the Cancer Prevention II LifeLink cohort, 1998-2015.

**Table S7.** Spearman correlation coefficients for correlations between PFAS serum concentrations among subcohort members, Case-cohort study of association between PFAS and selected cancers among participants in the Cancer Prevention II LifeLink cohort, 1998-2015.

**Table S8.** PFAS Distributions (ng/ml) in the subcohort by categories of covariates, using values with values below the limit of detection imputed as the limit of detection divided by the square root of 2, Case-cohort study of association between PFAS and selected cancers among participants in the Cancer Prevention II LifeLink cohort, 1998-2015.

**Table S9.** Results from primary models for overall cancer sites, Case-cohort study of association between PFAS and selected cancers among participants in the Cancer Prevention II LifeLink cohort, 1998-2015.

**Table S10.** Results from primary models for histologic subtypes, Case-cohort study of association between PFAS and selected cancers among participants in the Cancer Prevention II LifeLink cohort, 1998-2015.

**Table S11.** Ratio of the number of cases to the number of parameters in various models, Case-cohort study of association between PFAS and selected cancers among participants in the Cancer Prevention II LifeLink cohort, 1998-2015.

**Figure S1.** Timeline of study participant recruitment, Case-cohort study of association between PFAS and selected cancers among participants in the Cancer Prevention II LifeLink cohort, 1998-2015.

**Figure S2.** Hematologic sub-groups considered, Case-cohort study of association between PFAS and selected cancers among participants in the Cancer Prevention II LifeLink cohort, 1998-2015.

**Figure S3.** Box plots of PFAS serum concentrations among subcohort participants and participants with incident cancers (ng/ml), Case-cohort study of association between PFAS and selected cancers among participants in the Cancer Prevention II LifeLink cohort, 1998-2015.

**Figure S4.** Hazard ratios and 95% confidence intervals from primary models for overall cancer site groups per doubling of PFAS concentrations (using $\log_2$-transformed measures) [solid circles] and for quartiles defined among cases relative to quartile 1 [open circles], Case-cohort study of association between PFAS and selected cancers among participants in the Cancer Prevention II LifeLink cohort, 1998-2015.

**Figure S5.** Hazard ratios and 95% confidence intervals from primary models for histologic sub-groups for bladder and kidney cancer per doubling of PFAS concentrations (using $\log_2$-transformed measures) [solid circles] and for quartiles defined among cases relative to quartile 1 [open circles], Case-cohort study of association between PFAS and selected cancers among participants in the Cancer Prevention II LifeLink cohort, 1998-2015.

**Figure S6.** Hazard ratios and 95% confidence intervals from primary models for histologic subgroups for hematologic malignancies per doubling of PFAS concentrations (using $\log_2$-transformed measures) [solid circles] and for quartiles defined among cases relative to quartile 1 [open circles], Case-cohort study of association between PFAS and selected cancers among participants in the Cancer Prevention II LifeLink cohort, 1998-2015.

Table S1. Definitions used for cancer histologic subtypes using International Classification of Disease for Oncology (ICD-O) histology codes

| Cancer site and histologic subtypes | ICD-O codes |
|---|---|
| Kidney-all | All |
|    Renal cell carcinoma/adenocarcinoma (RCC) | 8010, 8260, 8310, 8312, 8317, 8318, 8323 |
| Bladder -all | All |
|    Transitional cell carcinoma of the bladder (TCC-B) | 8120, 8122, 8130 |
|    Transitional cell carcinoma of the bladder or kidney (TCC-BK) | 8120, 8122, 8130 |
| Breast (female only) | All |
| Prostate (male only) | All |
| Pancreas- all | All |
|    Non-islet cell carcinoma/neuroendocrine tumors | Excluding 8150, 8246 |
| Hematopoietic (lymphoma, leukemia or myeloma)- (Heme) | All |
|    Myeloid malignancies (MYELO) | 9840, 9860, 9861, 9863, 9867, 9871, 9872, 9873, 9874, 9875, 9876, 9891, 9895, 9920, 9945 |
|    Lymphoid malignancies (LYMPH) | 9590, 9591, 9596, 9650, 9652, 9663, 9670, 9671, 9673, 9675, 9680, 9684, 9687, 9689, 9690, 9691, 9695, 9698, 9699, 9700, 9701, 9702, 9705, 9709, 9714, 9718, 9728, 9729, 9732, 9823, 9827, 9831, 9834, 9835, 9940 |
|       Non-Hodgkin Leukemia/Lymphoma (NHL)[b] | 9591, 9670, 9671, 9673, 9675, 9680, 9684, 9687, 9689, 9690, 9691, 9695, 9698, 9699, 9700, 9701, 9702, 9705, 9709, 9714, 9718, 9728, 9729, 9732, 9823, 9827, 9831, 9834, 9835, 9940 |
|       NHL without Multiple Myeloma (NHL without MM) | 9591, 9670, 9671, 9673, 9675, 9680, 9684, 9687, 9689, 9690, 9691, 9695, 9698, 9699, 9700, 9701, 9702, 9705, 9709, 9714, 9718, 9728, 9729, 9823, 9827, 9831, 9834, 9835, 9940 |
|       B-cell NHL (B-NHL) | 9670, 9671, 9673, 9680, 9687, 9689, 9690, 9691, 9695, 9698, 9699, 9728, 9732, 9823, 9940 |
|       B-cell NHL without Multiple Myeloma (B-NHL without MM) | 9670, 9671, 9673, 9680, 9687, 9689, 9690, 9691, 9695, 9698, 9699, 9728, 9823, 9940 |
|       Diffuse Large B-cell Lymphoma (DLBCL) | 9680 |
|       Chronic lymphocytic leukemia/Small lymphocytic lymphoma/Mantle cell lymphoma (CLL/SLL) | 9670, 9673, 9823 |
|       Multiple Myeloma (MM) | 9732 |

Table S2. Comparison of characteristics of study participants for the Overall CPS-II[a] LifeLink cohort (n=39,371), the CPS-II LifeLink Cohort Meeting Case-cohort Study Inclusion Criteria[b] (n=29,985), and participants selected for the sub-cohort[c] (n=1000 selected, 999 with PFAS[a] serum measurements[d]), Case-cohort study of association between PFAS and selected cancers among participants in the Cancer Prevention II LifeLink cohort, 1998-2015

|  | CPS-II[a] LifeLink | CPS-II[a] LifeLink Cohort Meeting Study Inclusion Criteria[b] | Participants selected for the sub-cohort[c] | Participants in the sub-cohort with PFAS measurements[d] |
|---|---|---|---|---|
| Overall number | 39,371 | 29,985 | 1000 | 999 |
| % women | 56% | 56% | 50% | 49.95% |
| % Non-Hispanic white race | 98% | 98% | 98.2% | 98.2% |
| % college graduate | 46% | 46% | 44.8% | 44.8% |
| % current cigarette smokers in 1997 | 4% | 4% | 3.9% | 3.9% |
| Age range at blood collection (years) | 47-94 | 49-94 | 54-86 | 54-86 |
| Median age at blood collection (years) | 70 | 69 | 69 | 69 |
| Women-n | 21,963 | 16,727 | 500 | 499 |
| % Non-Hispanic white race | 98% | 98% | 99.0% | 99.0% |
| % college graduate | 38% | 37% | 37% | 37.07% |
| % current cigarette smokers in 1997 | 4% | 4% | 4.2% | 4.2% |
| Age range at blood collection (years) | 47-88 | 49-88 | 54-82 | 54-82 |
| Median age at blood collection (years) | 69 | 68 | 68 | 68 |
| Men-n | 17,408 | 13,258 | 500 | 500 |
| % Non-Hispanic white race | 98% | 98% | 97.4% | 97.4% |
| % college graduate | 57% | 57% | 52.6% | 52.6% |
| % current cigarette smokers in 1997 | 4% | 4% | 3.6% | 3.6% |
| Age range at blood collection (years) | 51-94 | 51-94 | 57-86 | 57-86 |
| Median age at blood collection (years) | 71 | 70 | 70 | 70 |

[a] CPS-II=Cancer Prevention Study II, PFAS=per- and polyfluoroalkyl substances
[b] Study inclusion criteria for the sub-cohort included the following:
   1) no previous cancer diagnosis (other than non-melanoma skin cancer) at the time of blood sample collection (1998-2001)
   2) at least 500 µl of stored serum available for the study
   3) For women, post-menopausal as of the time of the 1997 survey
[c] The sub-cohort was a random sample stratified by sex (500 men and 500 women). The sub-cohort sample size was based on consideration of study power (including for sex-specific analyses) and cost.
[d] After the sub-cohort was selected, it was determined that the available serum was insufficient for 1 person (female) selected for the sub-cohort.