# JX28




International Journal of Cancer

# Body mass index and risk of renal cell cancer: A dose-response meta-analysis of published cohort studies

Furan Wang and Yinghua Xu

Department of Pediatric Urology, Ningbo Women & Children's Hospital, Ningbo, Zhejiang, China

Obesity is accepted as one of the major risk factors for renal cell cancer (RCC). However, conflicting results persist for the pooled risks based on the results from case–control and cohort studies combined, and the exact shape of the dose–response relationship has not been clearly defined yet. To help elucidate the role of obesity, PubMed and Embase databases were searched for published cohort studies on associations between body mass index (BMI) and risk of RCC. Random-effects models and dose-response meta-analyses were used to pool study results. Subgroup analyses were conducted by the available characteristics of studies and participants. Cohort studies (21) with 15,144 cases and 9,080,052 participants were identified. Compared to normal weight, the pooled relative risks and the corresponding 95% confidence intervals of RCC were 1.28(1.24–1.33) for preobesity and 1.77(1.68–1.87) for obesity, respectively. A nonlinear dose–response relationship was also found for RCC risk with BMI ($p = 0.000$), and the risk increased by 4% for each 1 $kg/m^2$ increment in BMI. There was no significant between-study heterogeneity among studies ($I^2 = 35.6\%$ for preobesity and $I^2 = 44.2\%$ for obesity, respectively). Subgroup analysis showed a basically consistent result with the overall analysis. These results suggest that increased BMI are associated with increased risk of RCC both for men and women.

Renal cell cancer (RCC), which accounts for 2–3% of all adult malignant neoplasms, is the most lethal of the common urologic cancers.[1] Traditionally, 30–40% of patients with RCC have died of their cancer.[1] The incidence of RCC has been increasing both in the US and in most Western countries.[2–4] The incidence varies more than 10-fold over the world. The highest rates are found in North America and Europe and the lowest in Asia.[5] RCC occurs about twice as often among men, as among women.

It is reported that the rising incidence of RCC is due both to an increased prevalence of risk factors and to improvements in diagnosis.[6] Obesity is now accepted as one of the major risk factors for RCC.[1] Although an association between body mass index (BMI) and increased RCC risk is consistently observed, conflicting results persist for the pooled risks based on the results from case–control and cohort studies combined.[7–9] Bergström et al.[7] reported that increased BMI is equally strongly associated with an increased risk of RCC among men and women, whereas Mathew et al.[9] showed a slightly higher risk of renal cancer in women than in men. In addition, the exact shape of the dose–response relationship between BMI and RCC risk has not been clearly defined.

In our study, we carried out a dose-response meta-analysis on BMI and risk of RCC by summarizing the results of published cohort studies. Our aim was to update and quantitatively assess the association between them, and to examine the possibility of the nonlinear associations.

## Material and Methods
### Search strategy
We searched PubMed and Embase databases to December 15, 2013 for studies on the relationship between BMI and incidence of RCC. The same search strategy was applied to Embase as that used for PubMed (see Appendix A) using the appropriate controlled vocabulary. Our search was limited to cohort studies in humans. No lower date or "language" limits were set. We also reviewed the reference lists from reviews, meta-analyses, and other relevant publications to search for additional relevant studies.

### Eligibility criteria
Studies were included in this dose-response meta-analysis if they met the following criteria: (*i*) use of cohort design, (*ii*) BMI, obesity, or weight as the exposure of interest, (*iii*) RCC as the outcome of interest, and (*iv*) reporting risk estimates with the corresponding 95% confidence intervals (95%CIs) or sufficient information to calculate them. For dose–response analysis, the study had to report the estimates for at least three BMI categories. Studies on particular subtype of RCC (*i.e.*, clear cell RCC) were excluded. If data were duplicated

**Key words:** obesity, body mass index, renal cell cancer, dose-response, meta-analysis
**DOI:** 10.1002/ijc.28813
**History:** Received 21 Dec 2013; Accepted 17 Feb 2014; Online 26 Feb 2014
**Correspondence to:** Furan Wang, Ningbo Women and Children's Hospital, Ningbo, Zhejiang, China, Fax: +86 0574 87116761, E-mail: pheonix925@hotmail.com

Int. J. Cancer: **00**, 00–00 (2014) © 2014 UICC

> **What's new?**
> Obesity is known to be a major risk factor for renal-cell cancer (RCC). However, various studies have yielded conflicting results regarding the exact impact of increasing body mass index (BMI) on RCC risk. In this study, the authors conducted a dose-response meta-analysis of all published cohort studies involving BMI and risk of RCC. They found that, compared to normal weight, obesity conferred a relative risk of 1.77 for RCC, and that risk increased by 4% for each 1kg/m2 increment in BMI.

in more than one study, only the most recent and informative one was included.

### Data extraction

The following data were extracted from each study: first author's surname, publication year, study location, study name or source, study period, duration of follow-up, sex, age, study size (number of cases, participants or person-years), assessment method of weight/height (measured or self-reported), BMI categories, risk estimates with the corresponding 95%CIs for each BMI category, and adjustment factors in the multivariable analysis. We assumed that rate ratio and hazard ratio were all valid estimates of the relative risks (RRs), and we, therefore, reported all results as RR for simplicity. We extracted the RRs from the maximally adjusted model to reduce the risk of possible residual confounding.

The median or mean level of BMI for each category was assigned to the corresponding RR. When the median or mean BMI per category was not reported in the study, we assigned the midpoint of the upper and lower boundaries in each category as the average level. If the upper boundary for the highest category or the lower boundary for the lowest category was not provided, we assumed that the boundary had the same amplitude as the adjacent category. The BMI (kg/m$^2$) in adults was classified as follows[10]: normal weight, 18.50–24.99; preobesity, 25.00–29.99; obesity, ≥30.00.

When a study reported risk estimates and 95%CIs relative to a reference category other than the lowest normal weight, the RRs were recalculated using the lowest one as reference by the method proposed by Greenland and Longnecker.[11] Briefly, consider a cohort study with $B_0$ unexposed subjects and $B_i$ subjects exposed at level $i$ ($i = 1, \ldots, n$), of whom $A_0$ and $A_i$ subjects, respectively, developed the disease being studied. The log RRs were approximately equal to $\log_e(R_i) = \log_e(A_i B_0 / A_0 B_i)$. The variance was estimated as $V_i = 1/A_0 + 1/B_0 + 1/A_i + 1/B_i$ and approximate 95%CIs for the log RRs were $\log_e(R_i) \pm 1.96 V_i$.

### Statistical analysis

We conducted separate meta-analysis for different levels of BMI. For the outcome of interest, pooled estimates and 95%CIs of effect sizes were calculated by using an inverse-variance weighted random-effects meta-analysis.[12] The $I^2$ statistic was used to assess heterogeneity among studies,[13] and $I^2$ values of 0, 25, 50 and 75% represent no, low, moderate and high heterogeneity, respectively. To investigate the effect of potential confounders, subgroup analyses were conducted by the available characteristics of studies and participants, if three or more studies were available per subgroup.

For dose-response analysis, a two-stage random-effects dose-response meta-analysis[14] was performed to compute the trend from the correlated log RR estimates across levels of BMI, taking into account the between-study heterogeneity. In the first stage, a restricted cubic spline model with three knots at percentiles 10, 50 and 90% of the distribution was estimated using generalized least-square regression taking into account the correlation within each set of published RRs. Then, the study-specific estimates were combined using the restricted maximum likelihood method in a multivariate random-effects meta-analysis.[15] A $p$ value for nonlinearity was calculated by testing the null hypothesis that the coefficient of the second spline was equal to zero.[16]

Considering the possibility of effect modification by other known risk factors (i.e., sex, age, smoking, and hypertension), we also conducted dose-response meta-analyses by these factors, respectively, apart from subgroup analyses. Furthermore, we performed two sensitivity analyses to assess whether the summary estimates are robust to inclusion of studies: first, one study at a time was removed and the rest analyzed to evaluate whether the results could have been affected significantly by a single study[17]; second, other percentiles (5, 35, 65 and 95%) of the distribution were used as knots for dose–response meta-analysis. Publication bias was evaluated with the use of the Begg and Egger's test.[18,19] In case of evidence of publication bias, we carried out a "trim and fill" analysis to evaluate if this could have affected the results.[20]

All statistical analyses were performed with Stata version 12 (Stata Corporation, College Station, TX). All reported probabilities ($p$ values) were two-sided, with $p < 0.05$ considered statistically significant.

### Results

#### Literature search and study characteristics

Our literature search identified 21 cohort studies[21–41] of BMI and RCC risk (Fig. 1). Combined, these studies included 15,144 cases and 9,080,052 participants. Nine studies[22,23,25,28,30,32,37,39,41] were conducted in the United States, eight[21,26,31,33–35,38,40] in Europe, and four[24,27,29,36] in Asia. Most studies controlled for age (17 studies[21–23,25,27–38,41]) and smoking (17 studies[21–23,25,27–38,41]). A few studies adjusted for

Int. J. Cancer: 00, 00–00 (2014) © 2014 UICC

Epidemiology

**Figure 1.** Flowchart of selection of studies for inclusion in this meta-analysis. [Color figure can be viewed in the online issue, which is available at wileyonlinelibrary.com.]

physical activity (nine studies[27–31,34,36,38,41]), alcohol consumption (eight studies[25,27,29–31,34,36,41]), hypertension (seven studies[23,25,27,30,32,35,37]), and other factors. Three[24,35,36] and six[22,23,29,31,32,39] studies only reported separate outcomes of males and females, respectively, and 12 studies[21,25–30,33,34,37,38,40,41] reported outcomes of both sex. Of the 12 studies, nine[21,27,28,30,33,34,37,40,41] reported outcomes of males and females separately while three[25,26,38] provided data of males and females combined. Furthermore, women in one study[28] had been included in another one[23] and the latter was the most recent, so we excluded women of the former from meta-analysis. General characteristics in the studies included in this meta-analysis were shown in Table 1.

**Quantitative synthesis**

*Abnormal vs. normal BMI.* Compared to the reference category (normal weight), the combined RRs(95%CIs) of RCC were 1.28(1.24–1.33) and 1.77(1.68–1.87) for the category of preobesity and obesity, respectively (Fig. 2). No evidence of high heterogeneity among studies was found in the analyses (preobesity: $I^2 = 35.6\%$; obesity: $I^2 = 44.2\%$).

*Subgroup analysis.* For the category of preobesity and obesity, subgroup analysis showed a basically consistent result with the overall analysis (Table 2). The risk of RCC with preobesity and obesity was slightly high in women, in studies which located in Asia, in studies in which weight and height was self-reported, in studies not adjusting for age and in studies which adjusted for smoking and hypertension. No significant effect differences were observed for duration of follow-up and for other adjustment factors (*i.e.*, physical activity and alcohol consumption). For preobesity, some evidence of heterogeneity was found in men ($I^2 = 53.2\%$), in studies in which weight and height was measured ($I^2 = 50.2\%$), and in studies not adjusting for smoking ($I^2 = 65.4\%$). While for obesity, some evidence of heterogeneity was found in studies which located in North America ($I^2 = 54.1\%$), in studies in which weight and height was self-reported ($I^2 = 53.4\%$), in studies of which duration of follow-up was more than 10 years ($I^2 = 59.6\%$), and in studies not adjusting for age ($I^2 = 51.6\%$), smoking ($I^2 = 63.9\%$) and physical activity ($I^2 = 50.2\%$).

*Dose–response meta-analysis.* Dose-response from 21 cohort studies showed an increased RCC risk of 1.04(1.04–1.05) for each 1 kg/m$^2$ increase in BMI. When adjusted for sex, the risk of RCC for men and women increased by 4% (RR = 1.04, 95%CI = 1.03–1.05) and 5% (RR = 1.05, 95%CI = 1.04–1.06), respectively, for each 1 kg/m$^2$ increment.

As shown in Figure 3, some evidence of a nonlinear relationship between BMI and risk of RCC was found ($p = 0.000$). Compared to BMI = 18.5 kg/m$^2$, the summary RRs(95%CIs) of RCC were 1.16(1.12–1.20), 1.48(1.42–1.54), 2.03(1.89–2.16), and 2.77(2.48–3.10) for BMI = 25, 30, 35 and 40 kg/m$^2$, respectively. A statistically nonlinear relationship between BMI and RCC risk was also observed by adjustment of sex, age, smoking, and hypertension, as shown in Figure 4.

*Sensitivity analysis.* In a sensitivity analysis in which one study at a time was removed and the rest analyzed, the

Epidemiology

**Table 1.** Study characteristics of published cohort studies on BMI and risk of RCC

| Author, year, country | Study name or source, study period, duration of follow-up | Study size, sex, age, number of cases | Assessment method of weight/height | BMI (kg/m$^2$) | RR(95%CI) | Adjustment factors |
|---|---|---|---|---|---|---|
| Haggstrom et al., 2013, Norway, Sweden and Austria, | Me-Can, NA, 10y | 560,388(M 278,920; W 281,468), M/W, 42y, 855(M 592; W 263) | Self-reported | M 21.5 ± 1.3 | M 1.00(Reference) | Categories of birth year, age at measurement, and stratified for cohort, smoking and quintiles of BMI (except for BMI and the composite score) |
| | | | | 23.8 ± 0.8 | 1.11(0.81–1.52) | |
| | | | | 25.4 ± 0.8 | 0.94(0.68–1.29) | |
| | | | | 27.1 ± 0.9 | 1.28(0.95–1.73) | |
| | | | | 31.7 ± 3.6 | 1.51(1.13–2.03) | |
| | | | | W 20.0 ± 1.2 | W 1.00(Reference) | |
| | | | | 22.2 ± 0.8 | 0.95(0.52–1.74) | |
| | | | | 24.1 ± 0.8 | 1.84(1.08–3.13) | |
| | | | | 26.4 ± 1.0 | 1.74(1.02–2.94) | |
| | | | | 31.7 ± 3.6 | 2.21(1.32–3.70) | |
| Kabat et al., 2013, Canada | CNBSS, 1980–2000, NA | 89,835, W, 49.0(40–59)y, 196 | Measured | <21.6 | 1.00(Reference) | Age, oral contraceptive use, hormone therapy, menopausal, years of education, and pack-years of smoking |
| | | | | 21.6–23.2 | 0.93(0.56–1.56) | |
| | | | | 23.3–24.9 | 0.92(0.55–1.53) | |
| | | | | 25.0–27.8 | 1.54(0.97–2.43) | |
| | | | | ≥27.9 | 1.43(0.89–2.28) | |
| Karami et al., 2013, USA | NIH-AARP, 1995–2006, 11.2y | NIH-AARP: 210,300, W, 62.3(50–71)y, 601 | Self-reported | <25 | NIH-AARP 1.00(Reference) | BMI, highest educational level completed, race/ethnicity, history of hypertension, and smoking status |
| | | | | 25–30 | 1.41(1.15–1.74) | |
| | | | | >30 | 2.41(1.98–2.94) | |
| | PLCO, 1993–2001, 14.2y | PLCO: 73,652, W, 61.3(55–74)y, 191 | | | PLCO 1.00(Reference) | |
| | | | | | 1.54(1.07–2.24) | |
| | | | | | 2.49(1.74–3.57) | |
| Leiba et al., 2013, Israel | INCR, 1967–2005, 15.9(8.3–26.1) y | 1,110,835, M, 16–19 y, 274 | Measured | <22.5 | 1.00(Reference) | Birth year |
| | | | | 22.5–24.9 | 1.37(1.03–1.84) | |

Table 1. Study characteristics of published cohort studies on BMI and risk of RCC (Continued)

| Author, year, country | Study name or source, study period, duration of follow-up | Study size, sex, age, number of cases | Assessment method of weight/height | BMI (kg/m$^2$) | RR(95%CI) | Adjustment factors |
|---|---|---|---|---|---|---|
| | | | | 25.0–27.4 | 1.26(0.78–2.02) | |
| | | | | ≥27.5 | 2.63(1.67–4.1) | |
| Macleod et al., 2013, USA | VITAL, 2000.10–2009.12.31, 8(0–9)y | 73,440(M 37,095; W 40,165), M/W, 50–76y, 238(M 160; W 89) | Self-reported | <25 | 1.00(Reference) | Age, gender, ethnic group, hypertension, diabetes, kidney disease, viral hepatitis, smoking, alcohol consumption, fruit and vegetable intake |
| | | | | 25–29 | 1.23(0.88–1.72) | |
| | | | | 30–34 | 1.20(0.81–1.78) | |
| | | | | ≥35 | 1.71(1.06–2.79) | |
| Van Hemelrijck et al., 2012, Sweden | AMORIS, 1985–1996, 13y | 85,025, M/W, (M 55.46 ± 10.98y; W 43.93 ± 13.95y), 167 | Measured | 18.5–24.99 | 1.00(Reference) | NA |
| | | | | 25–29.99 | 1.37(1.00–1.89) | |
| | | | | >30 | 1.06(0.58–1.93) | |
| Sawada et al., 2010, Japan | JPHCPS, 1990–2006.12.31, 13.5y | 99,462(M 46,837; W 52625), M/W, 40–69y, 139(M 101; W 38) | Self-reported | M < 21 | M 1.86(1.01–3.45) | Age, public health center area, smoking status, alcohol drinking, leisure-time physical activity, history of hypertension and history of diabetes mellitus |
| | | | | 21–22.9 | 1.16(0.62–2.16) | |
| | | | | 23–24.9 | 1.00(Reference) | |
| | | | | 25–26.7 | 1.39(0.73–2.63) | |
| | | | | ≥27 | 1.99(1.04–3.81) | |
| | | | | W < 21 | W 1.04(0.43–2.56) | |
| | | | | 21–24.9 | 1.00(Reference) | |
| | | | | >25 | 1.55(0.76–3.18) | |
| Adams et al., 2008, USA | NIH-AARP, 1995–2003.12, >8.2y | 528,772(M 313,522; W 215,250), M/W, 50–71y, 1366(M 1022; W 344) | Self-reported | 18.5–22.5 | M 1.00(Reference) | Age, smoking status and dose, physical activity, protein intake, and history of diabetes |
| | | | | 22.5–25 | 1.15(0.85–1.57) | |
| | | | | 25–27.5 | 1.43(1.07–1.92) | |
| | | | | 27.5–30 | 1.64(1.22–2.22) | |
| | | | | 30–35 | 1.87(1.38–2.53) | |
| | | | | ≥35 | 2.47(1.72–3.53) | |

Table 1. Study characteristics of published cohort studies on BMI and risk of RCC (Continued)

| Author, year, country | Study name or source, study period, duration of follow-up | Study size, sex, age, number of cases | Assessment method of weight/height | BMI (kg/m$^2$) | RR(95%CI) | Adjustment factors |
|---|---|---|---|---|---|---|
| | | | | | W 1.00(Reference) | |
| | | | | | 1.11(0.74–1.65) | |
| | | | | | 1.57(1.07–2.29) | |
| | | | | | 1.60(1.05–2.44) | |
| | | | | | 2.16(1.47–3.17) | |
| | | | | | 2.59(1.70–3.96) | |
| Song et al., 2008, Korea | KMIC, 1994.10.1–2003.12.31, 8.75y | 154,693, W, 40–64y, 111 | Measured | 18.5–20.9 | 0.99(0.29–3.37) | Age, height, smoking status, alcohol intake, physical exercise, and pay level at study entry, after excluding the cancer patients diagnosed within the first 5 years of follow-up |
| | | | | 21.0–22.9 | 1.00(reference) | |
| | | | | 23.0–24.9 | 1.64(0.66–4.06) | |
| | | | | 25.0–26.9 | 2.16(0.88–5.30) | |
| | | | | 27.0–29.9 | 2.12(0.81–5.58) | |
| | | | | ≥30 | 3.25(0.95–11.1) | |
| Setiawan et al., 2007, USA | HLAMC, 1993–2002, 8.3y | 161,126(M 85,964), M/W, 65(45–75) y, 347(M 220, W 127) | Self-reported | <25 | M 1.00(Reference) | BMI, smoking, alcohol drinking, hypertension, and physical activity as appropriate |
| | | | | 25–30 | 1.14(0.84–1.55) | |
| | | | | ≥30 | 1.76(1.20–2.58) | |
| | | | | | W 1.00(Reference) | |
| | | | | | 2.03(1.31–3.15) | |
| | | | | | 2.27(1.37–3.74) | |
| Reeves et al., 2007, UK | MWC, 1996–2001, 5.4y | 122,2630, W, 55.9(50–64)y, 723 | Self-reported | <22.5 | 0.95(0.79–1.14) | Age, geographical region, socioeconomic status, reproductive history, smoking status, alcohol intake, physical activity, and, where appropriate, time since menopause and use of hormone replacement therapy |
| | | | | 22.5–24.9 | 1.00(Reference) | |
| | | | | 25–27.4 | 1.10(0.94–1.28) | |
| | | | | 27.5–29.5 | 1.19(0.99–1.44) | |
| | | | | ≥30 | 1.52(1.31–1.77) | |

Wang and Xu     7

Table 1. Study characteristics of published cohort studies on BMI and risk of RCC (Continued)

| Author, year, country | Study name or source, study period, duration of follow-up | Study size, sex, age, number of cases | Assessment method of weight/height | BMI (kg/m$^2$) | RR(95%CI) | Adjustment factors |
|---|---|---|---|---|---|---|
| Luo et al., 2007, USA | WHI, 1993.9–2005.9.12, 7.7y | 140,057, W, 50–79y, 269 | Measured | <25.0 | 1.0(Reference) | Participation in the observational study or clinical trials, and different treatment assignments for all three clinical trials, age, smoking status, hypertension, oral contraceptive use, and total energy intake |
|  |  |  |  | 25–29.9 | 1.2(0.9–1.7) |  |
|  |  |  |  | 30.0–34.9 | 1.5(1.0–2.1) |  |
|  |  |  |  | ≥35.0 | 1.6(1.1–2.4) |  |
| Lukanova et al., 2006, Sweden | NSHDC, 1985–2003, (M 8.2 ± 3.6y; W 8.3 ± 3.5y) | 68,786(M 33,424; W 35,362), M/W, (M 46 ± 9.8y; W 46.1 ± 9.7y), 45(M 25; W 20) | Measured | 18.5–24.9 | M 1.00(Reference) | Age, calendar year and smoking, all subjects |
|  |  |  |  | 25–29.9 | 1.30(0.51–3.56) |  |
|  |  |  |  | ≥30 | 3.63(1.23–10.66) |  |
|  |  |  |  | | W 1.00(Reference) |  |
|  |  |  |  | | 0.92(0.31–2.58) |  |
|  |  |  |  | | 1.79(0.55–5.27) |  |
| Pischon et al., 2006, Denmark, France, Germany, Greece, Italy, Netherlands, Norway, Spain, Sweden and UK | EPIC, 1992–2000, 6.0 ± 1.6y | 348,550, M/W, 51.6(25–70)y, 287(M 155, W 132) | Measured | M <23.6 | M 1.00(Reference) | Smoking status, education, alcohol consumption and physical activity, using age as the underlying time variable, and stratified by center and age at recruitment |
|  |  |  |  | 23.6–25.3 | 1.07(0.65–1.77) |  |
|  |  |  |  | 25.4–27 | 0.67(0.39–1.18) |  |
|  |  |  |  | 27.1–29.3 | 0.84(0.49–1.43) |  |
|  |  |  |  | ≥29.4 | 1.22(0.74–2.03) |  |
|  |  |  |  | W <21.8 | W 1.00(Reference) |  |
|  |  |  |  | 21.8–23.7 | 1.48(0.73–3.01) |  |
|  |  |  |  | 23.8–25.9 | 1.39(0.69–2.80) |  |
|  |  |  |  | 26–29 | 1.99(1.03–3.88) |  |
|  |  |  |  | ≥29.1 | 2.25(1.14–4.44) |  |

**Epidemiology**

Table 1. Study characteristics of published cohort studies on BMI and risk of RCC (Continued)

| Author, year, country | Study name or source, study period, duration of follow-up | Study size, sex, age, number of cases | Assessment method of weight/height | BMI (kg/m$^2$) | RR(95%CI) | Adjustment factors |
|---|---|---|---|---|---|---|
| Samanic et al., 2006, Sweden | SFOSHCI, 1971–1992, 19y | 362,552, M, 34.3y, 820 | Measured | 18.5–24.9 | 1.00(Reference) | Attained age (10-year intervals) and calendar year (5-year intervals), and smoking status (never, former, current, unknown), and relative to normal weight subjects, diastolic blood pressure (continuous) |
| | | | | 25–29.9 | 1.28(1.10–1.49) | |
| | | | | ≥30 | 1.82(1.41–2.35) | |
| Oh et al., 2005, Korea | KNHIC, 1992–2001.12.31, 10y | 781,283, M, ≥20 y, 443 | Measured | 18.5–22.9 | 1.00(Reference) | Age, smoking status, average amount of alcohol consumed per day, frequency of regular exercise ore than 30 minutes during a week, family history of cancer, and residency area at baseline |
| | | | | 23.0–24.9 | 1.06(0.84–1.34) | |
| | | | | 25.0–26.9 | 1.23(0.94–1.61) | |
| | | | | 27.0–29.9 | 1.89(1.37–2.60) | |
| | | | | ≥30.0 | 1.62(0.66–3.94) | |
| Flaherty et al., 2005, USA | NHS and HPFS, 1976–2000.5.31, (M 12y; W 24y) | 167,144(M 48,953; W 118,191), M/W, 30–75 y, 265(M 110; W 155) | Self-reported | M <22.0 | M 1.0(Reference) | Age, hypertension and pack–years of smoking |
| | | | | 22.0–24.9 | 2.1(0.7–5.9) | |
| | | | | 25.0–27.9 | 2.4(0.9–6.8) | |
| | | | | 28.0–29.9 | 2.1(0.7–6.6) | |
| | | | | ≥30.0 | 2.1(0.7–6.8) | |
| | | | | W <22.0 | W 1.0(Reference) | |
| | | | | 22.0–24.9 | 1.3(0.9–2.0) | |
| | | | | 25.0–27.9 | 1.6(0.9–2.5) | |
| | | | | 28.0–29.9 | 2.2(1.2–4.1) | |
| van Dijk et al., 2004, Netherlands | NCSDC, 1986.9–1995.12, 9.3 y | 120,852, M/W, 55–69y, 264 | Self-reported | <23 | 0.77(0.50–1.19) | Age, sex, smoking, energy intake, non-occupational physical activity, and, en only, occupational physical activity |
| | | | | 23–25 | 1.00(Reference) | |
| | | | | 25–27 | 0.92(0.61–1.38) | |
| | | | | 27–30 | 1.46(0.97–2.21) | |
| | | | | ≥30 | 1.04(0.54–1.99) | |

Wang and Xu                                                                                                                 9

Table 1. Study characteristics of published cohort studies on BMI and risk of RCC (Continued)

| Author, year, country | Study name or source, study period, duration of follow-up | Study size, sex, age, number of cases | Assessment method of weight/height | BMI (kg/m$^2$) | RR(95%CI) | Adjustment factors |
|---|---|---|---|---|---|---|
| Nicodemus et al., 2004, USA | IWHS, 1986–2000, >15 | 34,637, W, 55–69y, 124 | Self-reported | <22.9 | 1.0(Reference) | Age |
|  |  |  |  | 22.9–25.0 | 0.80(0.38–1.65) |  |
|  |  |  |  | 25.0–27.4 | 1.46(0.77–2.74) |  |
|  |  |  |  | 27.4–30.6 | 1.87(1.02–3.41) |  |
|  |  |  |  | >30.6 | 2.49(1.39–4.44) |  |
| Bjorge et al., 2004, Norway | DRSN and CRN, 1963–2001, 23(0–40) y | 2,001,230(M 963,442; W 1,037,788), M/W, 20–74y, 6453(M 3821; W 2632) | Measured | 18.5–24.9 | M 1.00(Reference) | Age at height and weight measurement and birth cohort |
|  |  |  |  | 25.0–29.9 | 1.18(1.11–1.26) |  |
|  |  |  |  | ≥30.0 | 1.55(1.36–1.76) |  |
|  |  |  |  |  | W 1.00(Reference) |  |
|  |  |  |  |  | 1.32(1.21–1.45) |  |
|  |  |  |  |  | 1.85(1.66–2.06) |  |
| Calle et al., 2003, USA | CPS II, 1982–1998, 16y | 900,053(M 404,576; W 495,477), M/W, 57y, 1310(M 837; W 473) | Self-reported | M 18.5–24.9 | M 1.00(Reference) | Age, education, smoking status and number of cigarettes smoked, physical activity, alcohol use, marital status, ethnic group, aspirin use, fat consumption, and vegetable consumption. |
|  |  |  |  | 25.0–29.9 | 1.18(1.02–1.37) |  |
|  |  |  |  | 30.0–34.9 | 1.36(1.06–1.74) |  |
|  |  |  |  | ≥35 | 1.70(0.99–2.92) |  |
|  |  |  |  | W 18.5–24.9 | W 1.00(Reference) |  |
|  |  |  |  | 25.0–29.9 | 1.33(1.08–1.63) |  |
|  |  |  |  | 30.0–34.9 | 1.66(1.23–2.24) |  |
|  |  |  |  | 35.0–39.9 | 1.70(0.94–3.05) |  |
|  |  |  |  | ≥40.0 | 4.75(2.50–9.04) |  |

BMI, body mass index; RCC, renal cell cancer; RR, relative risk; CI, confidence interval; Me-Can, Metabolic syndrome and Cancer project; NA, not available; M, men; W, women; CNBSS, Canadian National Breast Screening Study; NIH-AARP, National Institutes of Health-AARP Diet and Health Study; PLCO, Prostate, Lung, Colorectal and Ovarian Cancer Screening Trial; INCR, Israel National Cancer Registry; VITAL, Vitamins and Lifestyle Study; AMORIS, Apolipoprotein Mortality Risk; JPHCPS, Japan Public Health Center-based Prospective Study; NLCS, Netherlands Cohort Study; KMIC, Korea Medical Insurance Corporation; HLAMC, Hawaii-Los Angeles Multiethnic Cohort; WHI, Women's Health Initiative; NSHDC, Northern Sweden Health and Disease Cohort; EPIC, European Prospective Investigation into Cancer and Nutrition; SFOSHCI, Swedish Foundation for Occupational Safety and Health of the Construction Industry; KNHIC, Korea National Health Insurance Corporation; NHS, Nurses' Health Study; HPFS, Health Professionals Follow-up Study; NCSDC, Netherlands Cohort Study on Diet and Cancer; IWHS, Iowa Women's Health Study; DRSN, Death Registry at Statistics Norway; CRN, Cancer Registry of Norway; CPS II, Cancer Prevention Study II.



**Figure 2.** Forest plot of RRs of overweight (*i.e.*, preobesity and obesity) *vs.* normal weight for BMI with RCC risk. Open diamond denote the pooled RR. Black squares indicate the RR in each study, with the square sizes inversely proportional to the standard error of the RR. Horizontal lines represent the 95%CIs. RR, relative risk; CI, confidence interval; BMI, body mass index; RCC, renal cell cancer. [Color figure can be viewed in the online issue, which is available at wileyonlinelibrary.com.]

pooled RRs ranged from 1.38 to 1.47 for preobesity and from 1.68 to 1.87 for obesity, respectively, which indicated that the pooled estimates were robust and not influenced by a single study. The sensitivity analysis performed with four knots at percentiles 5, 35, 65 and 95% of the distribution obtained similar results with the former dose–response meta-analysis.

*Publication bias.* The Egger's test showed the possibility of publication bias for the analysis ($p = 0.001$) although the Begg's test was not statistically significant ($z = 1.40$, $p = 0.160$). Because of this, we undertook the "trim and fill" analysis, which conservatively imputes hypothetical negative unpublished studies to mirror the positive studies that cause publication bias. The pooled RR(95%CI) incorporating the

Table 2. Subgroup analyses of BMI and RCC

| Study | Preobesity | | | Obesity | | |
|---|---|---|---|---|---|---|
| | No. of studies | RR(95%CI) | $I^2$ (%) | No. of studies | RR (95%CI) | $I^2$ (%) |
| All studies | 21 | 1.28(1.24–1.33) | 35.6 | 18 | 1.77(1.68–1.87) | 44.2 |
| Sex | | | | | | |
| Men | 12 | 1.22(1.17–1.28) | 53.2 | 10 | 1.63(1.50–1.77) | 17.2 |
| Women | 14 | 1.38(1.29–1.47) | 0.0 | 11 | 1.95(1.81–2.10) | 34.9 |
| Combined | 3 | 1.37(1.15–1.63) | 28.9 | 3 | 1.28(1.00–1.63) | 0.0 |
| Study location | | | | | | |
| North America | 9 | 1.36(1.26–1.47) | 1.0 | 8 | 1.89(1.73–2.07) | 54.1 |
| Europe | 8 | 1.23(1.18–1.29) | 36.5 | 8 | 1.70(1.59–1.82) | 25.4 |
| Asia | 4 | 1.56(1.34–1.82) | 37.6 | 2 | 2.06(1.05–4.03) | 0.0 |
| Assessment of weight/height | | | | | | |
| Measured | 10 | 1.25(1.20–1.31) | 50.2 | 8 | 1.71(1.59–1.83) | 13.3 |
| Self–reported | 11 | 1.34(1.26–1.43) | 14.8 | 10 | 1.86(1.72–2.02) | 53.4 |
| Duration of follow-up | | | | | | |
| ≥10 years | 13 | 1.28(1.23–1.33) | 40.7 | 10 | 1.78(1.67–1.89) | 59.5 |
| <10 years | 8 | 1.32(1.19–1.45) | 27.7 | 8 | 1.76(1.57–1.97) | 8.7 |
| Adjustment factors | | | | | | |
| Age | | | | | | |
| Yes | 17 | 1.27(1.22–1.32) | 27.4 | 15 | 1.71(1.62–1.82) | 30.7 |
| No | 4 | 1.47(1.30–1.65) | 49.9 | 3 | 2.19(1.90–2.54) | 51.6 |
| Smoking | | | | | | |
| Yes | 17 | 1.33(1.26–1.40) | 22.2 | 15 | 1.82(1.69–1.96) | 41.4 |
| No | 4 | 1.25(1.18–1.31) | 65.4 | 3 | 1.72(1.58–1.86) | 63.9 |
| Physical activity | | | | | | |
| Yes | 9 | 1.33(1.24–1.42) | 40.0 | 8 | 1.75(1.58–1.94) | 40.8 |
| No | 12 | 1.27(1.21–1.32) | 31.9 | 10 | 1.78(1.67–1.90) | 50.2 |
| Alcohol consumption | | | | | | |
| Yes | 8 | 1.29(1.19–1.39) | 35.9 | 7 | 1.66(1.49–1.85) | 36.4 |
| No | 13 | 1.28(1.23–1.34) | 37.8 | 11 | 1.81(1.70–1.93) | 49.2 |
| Hypertension | | | | | | |
| Yes | 7 | 1.36(1.25–1.49) | 0.0 | 6 | 1.93(1.74–2.16) | 44.2 |
| No | 14 | 1.27(1.22–1.32) | 44.2 | 12 | 1.72(1.62–1.83) | 41.9 |

BMI, body mass index; RCC, renal cell cancer; RR, relative risk; CI, confidence interval.

hypothetical studies was 1.38(1.29–1.48), which did not virtually change the results.

## Discussion

In our meta-analysis, the significant association between overweight (i.e., obesity and preobesity) and increased risk of RCC was observed both in men and women, and the risk was slightly higher in women than in men. The dose–response analysis showed that each 1 kg/m$^2$ increment of BMI corresponded to a 4% increase in risk of RCC. However, it was just an estimate that broke down in the higher BMI categories. A statistically nonlinear relationship between BMI and RCC risk was also found, even though adjusted for other known risk factors.

A previous quantitative review by Bergström et al.[7] examined the relationship between BMI and risk of RCC. Similarly, it reported a summary RR(95%CI) of 1.07(1.05–1.09) per unit increase of BMI. Although it included 22 studies, most of these were case–control studies and only a few were cohort studies. Furthermore, it showed that increased BMI was equally strongly associated with an increased risk of RCC among men and women, which was not completely consistent with the results of our study and a recent meta-analysis. Ildaphonse et al.[8] and Mathew et al.[9] reported a slightly lower association between BMI and increased renal cancer, and the pooled risk was slightly greater in women (RR = 1.06, 95%CI = 1.05–1.07) than in men (RR = 1.05,

Int. J. Cancer: 00, 00–00 (2014) © 2014 UICC

Epidemiology

95%CI = 1.04–1.06). However, they did not examine the possibility of the nonlinear associations between them. Our results, only based on cohort studies, were generally in line with the results from the previous meta-analysis.[8,9] Moreover, we also found a statistically nonlinear dose-response relationship between BMI and risk of RCC, both for men and women. Subgroup analysis by the potential confounding factors showed basically stable results as well.



Figure 3. The dose–response analysis between BMI and RCC risk in cohort studies with restricted cubic splines in a multivariate random-effects dose–response model. The solid line and the long dash line represent the estimated RR and its 95% CI. Short dash line represents the linear relationship (per 1 kg/m$^2$ increment). BMI, body mass index; RCC, renal cell cancer. [Color figure can be viewed in the online issue, which is available at wileyonlinelibrary.com.]

Obesity might be associated with increased risk of kidney cancer through several hormonal mechanisms. Increasing BMI is associated with elevated levels of free insulin growth factor-1,[42] which contributes to the stimulation of renal cell proliferation and inhibition of apoptosis.[43] Obesity also affects the hormonal milieu by increasing levels of free endogenous oestrogen,[44] which may in turn influence renal cell proliferation and growth by direct endocrine receptor-mediated effects, by regulation of receptor concentrations or through paracrine growth factors. In addition, obese individuals have been reported to have higher glomerular filtration rate and renal plasma flow, which may increase the risk of kidney damage,[45,46] and thereby render the kidney more susceptible to carcinogens.

Besides obesity, other known risk factors such as sex, age, smoking, and hypertension are also related to RCC.[1] A large number of included studies did not report all of the risk factors, although we extracted the RRs that reflected the greatest degree of control for potential confounders. However, these factors just affected magnitude of the association between BMI and RCC. Subgroup analysis showed that studies controlling for age and men revealed a slightly lower summary RR than other studies, while those controlling for women, smoking, and hypertension revealed a slightly higher RR than others. In addition, dose–response meta-analyses by adjustment of these factors also indicated a significant nonlinear relationship between BMI and increased risk of RCC, and there was no change to direction of the results.

Strengths of our study were the inclusion of cohort studies only, the large number of subjects and cases, and the assessment of potential nonlinear relationships. Dose–response



Figure 4. The dose–response analysis between BMI and RCC risk by adjustment of: (a) women; (b) men; (c) age; (d) smoking and (e) hypertension. The solid line and the long dash line represent the estimated RR and its 95% CI. Short dash line represents the linear relationship (per 1 kg/m$^2$ increment). BMI, body mass index; RCC, renal cell cancer. [Color figure can be viewed in the online issue, which is available at wileyonlinelibrary.com.]

analysis was also performed to better describe the association of RCC risk with BMI. Except for that described above, there were also some other limitations in this meta-analysis. First, in our meta-analysis including only published studies, it is inevitable that an observed effect might suffer from publication bias because studies with null results tend not to be published. Interestingly, the "trim and fill" analysis showed that publication bias did not appreciably affect our results. Second, studies had examined risk by quartile distribution (cut-off point) of BMI, and cut-offs often varied across studies. Therefore, some of studies which showed the RRs in preobesity (e.g., BMI > 27 kg/m$^2$) also included the obesity people according to the pre-defined criteria. The deficiency of criteria might influence the accuracy of our results to some extent.

In conclusion, our meta-analysis confirms that increased BMI are associated with increased risk of RCC. A statistically nonlinear relationship between BMI and RCC risk is also found. The association is observed both in men and women.

## References

1. Campbell SC, Lane BR. Malignant renal tumors. In: Wein AJ, Kavoussi LR, Novick AC, Peters CA, eds. Campbell–walsh urology, 10th edn. Philadelphia: WB Saunders, Inc, 2011. 1414–75.
2. Mathew A, Devesa SS, Fraumeni JF, Jr, et al. Global increases in kidney cancer incidence, 1973–1992. Eur J Cancer Prev 2002;11:171–8.
3. Pérez–Farinós N, López–Abente G, Pastor–Barriuso R. Time trend and age–period–cohort effect on kidney cancer mortality in Europe, 1981–2000. BMC Public Health 2006;6:119.
4. Levi F, Ferlay J, Galeone C, et al. The changing pattern of kidney cancer incidence and mortality in Europe. BJU Int 2008;101:949–58.
5. Parkin DM. The global burden of cancer. Semin Cancer Biol 1998;8:219–35.
6. Falebita OA, Mancini S, Kiely E, et al. Rising incidence of renal carcinoma in Ireland. Int Urol Nephrol 2009;41:7–12.
7. Bergström A, Hsieh CC, Lindblad P, et al. Obesity and renal cell cancer—a quantitative review. Br J Cancer 2001;85:984–90.
8. Ildaphonse G, George PS, Mathew A. Obesity and kidney cancer risk in men: a meta-analysis (1992–2008). Asian Pac J Cancer Prev 2009;10:279–86.
9. Mathew A, George PS, Ildaphonse G. Obesity and kidney cancer risk in women: a meta-analysis (1992–2008). Asian Pac J Cancer Prev 2009;10:471–8.
10. Obesity: preventing and managing the global epidemic. Report of a WHO consultation. World Health Organ Tech Rep Ser. 2000;894:i–xii,1–253.
11. Greenland S, Longnecker MP. Methods for trend estimation from summarized dose-response data, with applications to meta-analysis. Am J Epidemiol 1992;135:1301–9.
12. Cottrell C, Drew J, Gibson J, et al. Feasibility assessment of telephone–administered behavioral treatment for adolescent migraine. Headache 2007;47:1293–302.
13. Higgins JP, Thompson SG. Quantifying heterogeneity in a meta-analysis. Stat Med 2002;21:1539–58.
14. Orsini N, Li R, Wolk A, et al. Meta-analysis for linear and nonlinear dose-response relations: examples, an evaluation of approximations, and software. Am J Epidemiol 2012;175:66–73.
15. Jackson D, White IR, Thompson SG. Extending DerSimonian and Laird's methodology to perform multivariate random effects Meta-analyses. Stat Med 2010;29:1282–97.
16. Desquilbet L, Mariotti F. Dose-response analyses using restricted cubic spline functions in public health research. Stat Med 2010;29:1037–57.
17. Patsopoulos NA, Evangelou E, Ioannidis JP. Sensitivity of between-study heterogeneity in meta-analysis: proposed metrics and empirical evaluation. Int J Epidemiol 2008;37:1148–57.
18. Begg CB, Mazumdar M. Operating characteristics of a rank correlation test for publication bias. Biometrics 1994;50:1088–101.
19. Egger M, Davey Smith G, et al. Bias in meta-analysis detected by a simple, graphical test. BMJ 1997;315:629–34.
20. Duval S, Tweedie R. Trim and fill: a simple funnel–plot–based method of testing and adjusting for publication bias in meta-analysis. Biometrics 2000;56:455–63.
21. Häggström C, Rapp K, Stocks T, et al. Metabolic factors associated with risk of renal cell carcinoma. PLoS One 2013;8:e57475.
22. Kabat GC, Heo M, Miller AB, et al. Scaling of weight for height in relation to risk of cancer at different sites in a cohort of Canadian women. Am J Epidemiol 2013;177:93–101.
23. Karami S, Daugherty SE, Schonfeld SJ, et al. Reproductive factors and kidney cancer risk in 2 US cohort studies, 1993–2010. Am J Epidemiol 2013;177:1368–77.
24. Leiba A, Kark JD, Afek A, et al. Adolescent obesity and paternal country of origin predict renal cell carcinoma: a cohort study of 1.1 million 16 to 19–year–old males. J Urol 2013;189:25–9.
25. Macleod LC, Hotaling JM, Wright JL, et al. Risk factors for renal cell carcinoma in the VITAL study. J Urol 2013;190:1657–61.
26. Van Hemelrijck M, Garmo H, Hammar N, et al. The interplay between lipid profiles, glucose, BMI and risk of kidney cancer in the Swedish AMO-RIS study. Int J Cancer 2012;130:2118–28.
27. Sawada N, Inoue M, Sasazuki S, et al; JPHC Study Group. Body mass index and subsequent risk of kidney cancer: a prospective cohort study in Japan. Ann Epidemiol 2010;20:466–72.
28. Adams KF, Leitzmann MF, Albanes D, et al. Body size and renal cell cancer incidence in a large US cohort study. Am J Epidemiol 2008;168:268–77.
29. Song YM, Sung J, Ha M. Obesity and risk of cancer in postmenopausal Korean women. J Clin Oncol 2008;26:3395–402.
30. Setiawan VW, Stram DO, Nomura AM, et al. Risk factors for renal cell cancer: the multiethnic cohort. Am J Epidemiol 2007;166:932–40.
31. Reeves GK, Pirie K, Beral V, et al; Million Women Study Collaboration. Cancer incidence and mortality in relation to body mass index in the Million Women Study: cohort study. BMJ 2007;335:1134.
32. Luo J, Margolis KL, Adami HO, et al; Women's Health Initiative Investigators. Body size, weight cycling, and risk of renal cell carcinoma among postmenopausal women: the Women's Health Initiative (United States). Am J Epidemiol 2007;166:752–9.
33. Lukanova A, Björ O, Kaaks R, et al. Body mass index and cancer: results from the Northern Sweden Health and Disease Cohort. Int J Cancer 2006;118:458–66.
34. Pischon T, Lahmann PH, Boeing H, et al. Body size and risk of renal cell carcinoma in the European Prospective Investigation into Cancer and Nutrition (EPIC). Int J Cancer 2006;118:728–38.
35. Samanic C, Chow WH, Gridley G, et al. Relation of body mass index to cancer risk in 362,552 Swedish men. Cancer Causes Control 2006;17:901–9.
36. Oh SW, Yoon YS, Shin SA. Effects of excess weight on cancer incidences depending on cancer sites and histologic findings among men: Korea National Health Insurance Corporation Study. J Clin Oncol 2005;23:4742–54.
37. Flaherty KT, Fuchs CS, Colditz GA, et al. A prospective study of body mass index, hypertension, and smoking and the risk of renal cell carcinoma (United States). Cancer Causes Control 2005;16:1099–106.
38. van Dijk BA, Schouten LJ, Kiemeney LA, et al. Relation of height, body mass, energy intake, and physical activity to risk of renal cell carcinoma: results from the Netherlands Cohort Study. Am J Epidemiol 2004;160:1159–67.
39. Nicodemus KK, Sweeney C, Folsom AR. Evaluation of dietary, medical and lifestyle risk factors for incident kidney cancer in postmenopausal women. Int J Cancer 2004;108:115–21.
40. Bjørge T, Tretli S, Engeland A. Relation of height and body mass index to renal cell carcinoma in two million Norwegian men and women. Am J Epidemiol 2004;160:1168–76.
41. Calle EE, Rodriguez C, Walker-Thurmond K, et al. Overweight, obesity, and mortality from cancer in a prospectively studied cohort of U.S. adults. N Engl J Med 2003;348:1625–38.
42. Frystyk J, Vestbo E, Skjaerbaek C, et al. Free insulin–like growth factors in human obesity. Metabolism 1995;44:37–44.
43. Kellerer M, von Eye Corleta H, Mühlhöfer A, et al. Insulin– and insulin–like growth–factor–I receptor tyrosine–kinase activities in human renal carcinoma. Int J Cancer 1995;62:501–7.
44. Zumoff B. Hormonal abnormalities in obesity. Acta Med Scand 1988;723:153–60.
45. Hall JE. Louis K. Dahl Memorial Lecture. Renal and cardiovascular mechanisms of hypertension in obesity. Hypertension 1994;23:381–94.
46. Ribstein J, du Cailar G, Mimran A. Combined renal effects of overweight and hypertension. Hypertension 1995;26:610–5.

## Appendix

**PubMed**
((Obesity OR Obese OR Adiposity OR fat OR fatness OR BMI OR "Body Mass Index" OR "body size" OR Overweight OR weight)) AND ((renal OR kidney) AND (cancer OR cancers OR carcinoma)) AND "cohort studies"[mh]

**Embase**
((Obesity OR Obese OR Adiposity OR fat OR fatness OR BMI OR "Body Mass Index" OR "body size" OR Overweight OR weight)) AND ((renal OR kidney) AND (cancer OR cancers OR carcinoma)) AND 'cohort studies'/exp

Epidemiology