# JX37

IARC MONOGRAPHS

# TRICHLOROETHYLENE, TETRACHLOROETHYLENE, AND SOME OTHER CHLORINATED AGENTS

VOLUME 106

IARC MONOGRAPHS
ON THE EVALUATION
OF CARCINOGENIC RISKS
TO HUMANS

International Agency for Research on Cancer

World Health Organization

# IARC MONOGRAPHS

# TRICHLOROETHYLENE, TETRACHLOROETHYLENE, AND SOME OTHER CHLORINATED AGENTS

VOLUME 106

This publication represents the views and expert opinions of an IARC Working Group on the Evaluation of Carcinogenic Risks to Humans, which met in Lyon, 2-9 October 2012

LYON, FRANCE - 2014

IARC MONOGRAPHS ON THE EVALUATION OF CARCINOGENIC RISKS TO HUMANS

International Agency for Research on Cancer

World Health Organization

# IARC MONOGRAPHS

In 1969, the International Agency for Research on Cancer (IARC) initiated a programme on the evaluation of the carcinogenic risk of chemicals to humans involving the production of critically evaluated monographs on individual chemicals. The programme was subsequently expanded to include evaluations of carcinogenic risks associated with exposures to complex mixtures, lifestyle factors and biological and physical agents, as well as those in specific occupations. The objective of the programme is to elaborate and publish in the form of monographs critical reviews of data on carcinogenicity for agents to which humans are known to be exposed and on specific exposure situations; to evaluate these data in terms of human risk with the help of international working groups of experts in carcinogenesis and related fields; and to indicate where additional research efforts are needed. The lists of IARC evaluations are regularly updated and are available on the Internet at http://monographs.iarc.fr/.

This programme has been supported since 1982 by Cooperative Agreement U01 CA33193 with the United States National Cancer Institute, Department of Health and Human Services. Additional support has been provided since 1986 by the European Commission Directorate-General for Employment, Social Affairs, and Inclusion, initially by the Unit of Health, Safety and Hygiene at Work, and since 2014 by the European Union Programme for Employment and Social Innovation "EaSI" (2014–2020) (for further information please consult: http://ec.europa.eu/social/easi). Support has also been provided since 1992 by the United States National Institute of Environmental Health Sciences, Department of Health and Human Services. The contents of this volume are solely the responsibility of the Working Group and do not necessarily represent the official views of the United States National Cancer Institute, the United States National Institute of Environmental Health Sciences, the United States Department of Health and Human Services, or the European Commission.

Published by the International Agency for Research on Cancer,
150 cours Albert Thomas, 69372 Lyon Cedex 08, France
©International Agency for Research on Cancer, 2014
On-line publication, 5 June 2014 (see Corrigenda)

Distributed by WHO Press, World Health Organization, 20 Avenue Appia, 1211 Geneva 27, Switzerland
(tel.: +41 22 791 3264; fax: +41 22 791 4857; email: bookorders@who.int).

Publications of the World Health Organization enjoy copyright protection in accordance with the provisions of Protocol 2 of the Universal Copyright Convention. All rights reserved.

Corrigenda to the IARC Monographs are published online at http://monographs.iarc.fr/ENG/Publications/corrigenda.php
To report an error, please contact: editimo@iarc.fr

 Co-funded by the European Union

The International Agency for Research on Cancer welcomes requests for permission to reproduce or translate its publications, in part or in full. Requests for permission to reproduce or translate IARC publications – whether for sale or for non-commercial distribution – should be addressed to the IARC Communications Group at: publications@iarc.fr.

The designations employed and the presentation of the material in this publication do not imply the expression of any opinion whatsoever on the part of the Secretariat of the World Health Organization concerning the legal status of any country, territory, city, or area or of its authorities, or concerning the delimitation of its frontiers or boundaries.

The mention of specific companies or of certain manufacturers' products does not imply that they are endorsed or recommended by the World Health Organization in preference to others of a similar nature that are not mentioned. Errors and omissions excepted, the names of proprietary products are distinguished by initial capital letters.

The IARC Monographs Working Group alone is responsible for the views expressed in this publication.

**IARC Library Cataloguing in Publication Data**

Trichloroethylene, tetrachloroethylene, and some other chlorinated agents / IARC Working Group on the Evaluation of Carcinogenic Risks to Humans (2012: Lyon, France)

(IARC monographs on the evaluation of carcinogenic risks to humans ; v. 106)

1. Carcinogens  2. Humans  3. Neoplasms - chemically induced  4. Occupational Exposure
5. Trichloroethylene - adverse effects  6. Tetrachloroethylene - adverse effects 7. Dichloroacetic Acid - adverse effects
8. Trichloroacetic Acid - adverse effects  9. Chloral Hydrate - adverse effects
I. IARC Working Group on the Evaluation of Carcinogenic Risks to Humans II. Series

ISBN 978 92 832 45315                                                                                                        (NLM Classification: W1)
ISSN 1017-1606

# CONTENTS

**NOTE TO THE READER** ................................................................................................... 1

**LIST OF PARTICIPANTS** ................................................................................................ 3

**PREAMBLE** ........................................................................................................................ 7
    A. GENERAL PRINCIPLES AND PROCEDURES ....................................................... 7
        1.  Background ............................................................................................................. 7
        2.  Objective and scope ............................................................................................... 8
        3.  Selection of agents for review ............................................................................... 9
        4.  Data for the *Monographs* ...................................................................................... 9
        5.  Meeting participants ............................................................................................ 10
        6.  Working procedures ............................................................................................ 11
    B. SCIENTIFIC REVIEW AND EVALUATION ......................................................... 12
        1.  Exposure data ...................................................................................................... 13
        2.  Studies of cancer in humans ............................................................................... 14
        3.  Studies of cancer in experimental animals ......................................................... 18
        4.  Mechanistic and other relevant data ................................................................... 21
        5.  Summary ............................................................................................................. 24
        6.  Evaluation and rationale ..................................................................................... 25
    References ....................................................................................................................... 29

**GENERAL REMARKS** .................................................................................................... 31

**TRICHLOROETHYLENE** ............................................................................................. 35
    1. Exposure Data .............................................................................................................. 35
        1.1  Identification of the agent ................................................................................. 35
        1.2  Production and use ............................................................................................ 37
        1.3  Occurrence and exposure .................................................................................. 40
        1.4  Regulations and guidelines ............................................................................... 48
    2. Cancer in Humans ....................................................................................................... 48
        2.1  Introduction ....................................................................................................... 48
        2.2  Cohort studies .................................................................................................... 49
        2.3  Case–control studies ......................................................................................... 72
        2.4  Ecological studies ............................................................................................. 92
        2.5  Meta-analyses and pooled analyses ................................................................. 95

- 3. Cancer in Experimental Animals . . . 97
  - 3.1 Mouse . . . 98
  - 3.2 Rat . . . 112
  - 3.3 Hamster . . . 117
  - 3.4 Administration with known carcinogens or other modifying factors . . . 117
  - 3.5 Effects of stabilizers . . . 118
  - 3.6 Carcinogenicity of metabolites . . . 118
- 4. Mechanistic and Other Relevant Data . . . 119
  - 4.1 Toxicokinetic data . . . 119
  - 4.2 Genotoxicity and related effects . . . 127
  - 4.3 Non-genotoxic mechanisms of carcinogenesis . . . 149
  - 4.4 Susceptibility data . . . 164
  - 4.5 Other adverse effects . . . 169
- 5. Summary of Data Reported . . . 184
  - 5.1 Exposure data . . . 184
  - 5.2 Human carcinogenicity data . . . 184
  - 5.3 Animal carcinogenicity data . . . 186
  - 5.4 Mechanistic and other relevant data . . . 187
- 6. Evaluation . . . 189
  - 6.1 Cancer in humans . . . 189
  - 6.2 Cancer in experimental animals . . . 189
  - 6.3 Overall evaluation . . . 189
  - 6.4 Rationale . . . 189
- References . . . 189

**TETRACHLOROETHYLENE . . . 219**
- 1. Exposure Data . . . 219
  - 1.1 Identification of the agent . . . 219
  - 1.2 Production and use . . . 220
  - 1.3 Occurrence and exposure . . . 222
  - 1.4 Regulations and guidelines . . . 234
- 2. Cancer in Humans . . . 234
  - 2.1 Cohort studies . . . 238
  - 2.2 Case–control studies . . . 249
  - 2.3 Ecological studies . . . 271
  - 2.4 Meta-analyses . . . 272
- 3. Cancer in Experimental Animals . . . 272
  - 3.1 Mouse . . . 272
  - 3.2 Rat . . . 277
  - 3.3 Studies with mixtures of solvents . . . 279
  - 3.4 Initiation–promotion studies . . . 279
  - 3.5 Carcinogenicity of metabolites . . . 279

    4. Mechanistic and Other Relevant Data .................................................... 280
        4.1 Toxicokinetic data ........................................................... 280
        4.2 Genotoxicity and related effects ............................................. 292
        4.3 Non-genotoxic effects and organ toxicity ..................................... 301
        4.4 Susceptibility ............................................................... 320
        4.5 Mechanistic considerations ................................................... 322
    5. Summary of Data Reported ........................................................... 325
        5.1 Exposure data ................................................................ 325
        5.2 Human carcinogenicity data ................................................... 326
        5.3 Animal carcinogenicity data .................................................. 327
        5.4 Mechanistic and other relevant data .......................................... 328
    6. Evaluation ......................................................................... 329
        6.1 Cancer in humans ............................................................. 329
        6.2 Cancer in experimental animals ............................................... 329
        6.3 Overall evaluation ........................................................... 329
    References .......................................................................... 329

**DICHLOROACETIC ACID** ................................................................. 353
    1. Exposure Data ..................................................................... 353
        1.1 Identification of the agent .................................................. 353
        1.2 Production and use ........................................................... 355
        1.3 Occurrence and exposure ...................................................... 355
        1.4 Regulations and guidelines ................................................... 357
    2. Cancer in Humans .................................................................. 357
    3. Cancer in Experimental Animals .................................................... 357
        3.1 Mouse ........................................................................ 357
        3.2 Rat .......................................................................... 365
        3.3 Co-administration with known carcinogens or other modifying factors .......... 366
    4. Mechanistic and Other Relevant Data ............................................... 368
        4.1 Absorption, distribution, metabolism, and excretion .......................... 368
        4.2 Genotoxicity and related effects ............................................. 368
        4.3 Non-genotoxic mechanisms of carcinogenesis ................................... 375
        4.4 Susceptibility data .......................................................... 381
        4.5 Mechanistic considerations ................................................... 383
    5. Summary of Data Reported ........................................................... 385
        5.1 Exposure data ................................................................ 385
        5.2 Human carcinogenicity data ................................................... 385
        5.3 Animal carcinogenicity data .................................................. 385
        5.4 Mechanistic and other relevant data .......................................... 385
    6. Evaluation ......................................................................... 386
        6.1 Cancer in humans ............................................................. 386
        6.2 Cancer in experimental animals ............................................... 386
        6.3 Overall evaluation ........................................................... 386
    References .......................................................................... 386

**TRICHLOROACETIC ACID** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**393**
   1. Exposure Data. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .393
      1.1  Chemical and physical data. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .393
      1.2  Production and use. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .394
      1.3  Occurrence . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .396
      1.4  Regulations and guidelines . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .401
   2. Cancer in Humans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .401
   3. Cancer in Experimental Animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .401
      3.1  Mouse. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .402
      3.2  Rat. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .406
      3.3  Administration with known carcinogens or other modifying factors . . . . . . . . . . . . . . . . . . . .406
   4. Mechanistic and Other Relevant Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .407
      4.1  Absorption, distribution, metabolism, and excretion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .407
      4.2  Genotoxicity and related effects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .413
      4.3  Nongenotoxic mechanisms of carcinogenesis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .416
      4.4  Susceptibility data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .426
      4.5  Mechanistic considerations. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .428
   5. Summary of Data Reported . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .429
      5.1  Exposure data. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .429
      5.2  Human carcinogenicity data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .429
      5.3  Animal carcinogenicity data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .429
      5.4  Mechanistic and other relevant data. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .429
   6. Evaluation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .430
      6.1  Cancer in humans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .430
      6.2  Cancer in experimental animals. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .430
      6.3  Overall evaluation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .430
   References. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 430

**CHLORAL AND CHLORAL HYDRATE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **439**
   1. Exposure Data. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .439
      1.1  Chemical and physical data. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .439
      1.2  Production and use. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .441
      1.3  Occurrence and exposure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .442
      1.4  Regulations and guidelines . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .443
   2. Cancer in Humans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .443
   3. Cancer in Experimental Animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .444
      3.1  Mouse. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .444
      3.2  Rat. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .448
   4. Mechanistic and Other Relevant Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .448
      4.1  Toxicokinetic data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .448
      4.2  Genotoxicity and related effects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .452
      4.3  Non-genotoxic mechanisms of carcinogenesis. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .462

Contents

    4.4 Susceptibility data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 463  
    4.5 Toxic non-cancer effects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 464  
    4.6 Synthesis of mechanistic considerations. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 465  
5. Summary of Data Reported . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 466  
    5.1 Exposure data. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 466  
    5.2 Human carcinogenicity data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 466  
    5.3 Animal carcinogenicity data. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 466  
    5.4 Mechanistic and other relevant data. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 467  
6. Evaluation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 467  
    6.1 Cancer in humans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 467  
    6.2 Cancer in experimental animals. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 467  
    6.3 Overall evaluation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 467  
    6.4 Rationale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 468  
References. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 468  

**1,1,1,2-TETRACHLOROETHANE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **475**  
1. Exposure Data. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 475  
    1.1 Identification of the agent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 475  
    1.2 Production and use. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 476  
    1.3 Occurrence and exposure. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 477  
    1.4 Regulations and guidelines . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 477  
2. Cancer in Humans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 477  
3. Cancer in Experimental Animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 477  
    3.1 Mouse. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 479  
    3.2 Rat . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 479  
4. Mechanistic and Other Relevant Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 479  
    4.1 Absorption, distribution, metabolism and excretion. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 479  
    4.2 Genotoxicity and related effects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 482  
    4.3 Nongenotoxic mechanisms of carcinogenesis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 485  
    4.4 Susceptibility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 486  
    4.5 Synthesis of mechanistic considerations. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 486  
5. Summary of Data Reported . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 486  
    5.1 Exposure data. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 486  
    5.2 Human carcinogenicity data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 486  
    5.3 Animal carcinogenicity data. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 486  
    5.4 Mechanistic and other relevant data. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 487  
6. Evaluation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 487  
    6.1 Cancer in humans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 487  
    6.2 Cancer in experimental animals. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 487  
    6.3 Overall evaluation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 487  
References. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 487

**1,1,2,2-TETRACHLOROETHANE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**491**
  1. Exposure Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .491
    1.1 Identification of the agent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .491
    1.2 Production and use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .492
    1.3 Occurrence . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .493
    1.4 Regulations and guidelines . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .495
  2. Cancer in Humans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .495
  3. Cancer in Experimental Animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .495
    3.1 Mouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .495
    3.2 Rat . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .497
  4. Mechanistic and Other Relevant Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .498
    4.1 Absorption, distribution, metabolism and excretion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .498
    4.2 Genotoxicity and related effects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .502
    4.3 Nongenotoxic mechanisms of carcinogenesis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .506
    4.4 Other adverse effects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .507
    4.5 Mechanistic considerations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .507
  5. Summary of Data Reported . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .508
    5.1 Exposure data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .508
    5.2 Human carcinogenicity data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .508
    5.3 Animal carcinogenicity data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .508
    5.4 Mechanistic and other relevant data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .508
  6. Evaluation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .508
    6.1 Cancer in humans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .508
    6.2 Cancer in experimental animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .509
    6.3 Overall evaluation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .509
  References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 509

**LIST OF ABBREVIATIONS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**513**

# NOTE TO THE READER

The term 'carcinogenic risk' in the *IARC Monographs* series is taken to mean that an agent is capable of causing cancer. The *Monographs* evaluate cancer hazards, despite the historical presence of the word 'risks' in the title.

Inclusion of an agent in the *Monographs* does not imply that it is a carcinogen, only that the published data have been examined. Equally, the fact that an agent has not yet been evaluated in a *Monograph* does not mean that it is not carcinogenic. Similarly, identification of cancer sites with *sufficient evidence* or *limited evidence* in humans should not be viewed as precluding the possibility that an agent may cause cancer at other sites.

The evaluations of carcinogenic risk are made by international working groups of independent scientists and are qualitative in nature. No recommendation is given for regulation or legislation.

Anyone who is aware of published data that may alter the evaluation of the carcinogenic risk of an agent to humans is encouraged to make this information available to the Section of IARC Monographs, International Agency for Research on Cancer, 150 cours Albert Thomas, 69372 Lyon Cedex 08, France, in order that the agent may be considered for re-evaluation by a future Working Group.

Although every effort is made to prepare the *Monographs* as accurately as possible, mistakes may occur. Readers are requested to communicate any errors to the Section of IARC Monographs, so that corrections can be reported in future volumes.

# LIST OF PARTICIPANTS

## Members[1]

*Aaron Blair [Scientist Emeritus] (Meeting Chair)*

Division of Cancer Epidemiology and Genetics
National Cancer Institute
Rockville, MD
USA

*Richard J. Bull [retired]*

Washington State University
Richland, WA
USA

*Jane Caldwell*

National Center for Environmental Assessment
United States Environmental Protection Agency
Research Triangle Park, NC
USA

*Barbara Charbotel*

Transport, Work and Environmental Epidemiology Research Unit
Claude Bernard University Lyon I
Lyon
France

---

[1] Working Group Members and Invited Specialists serve in their individual capacities as scientists and not as representatives of their government or any organization with which they are affiliated. Affiliations are provided for identification purposes only. Invited Specialists do not serve as Meeting Chair or Subgroup Chair, draft text that pertains to the description or interpretation of cancer data, or participate in the evaluations.

 Each participant was asked to disclose pertinent research, employment, and financial interests. Current financial interests and research and employment interests during the past 4 years or anticipated in the future are identified here. Minor pertinent interests are not listed and include stock valued at no more than US $1000 overall, grants that provide no more than 5% of the research budget of the expert's organization and that do not support the expert's research or position, and consulting or speaking on matters not before a court or government agency that does not exceed 2% of total professional time or compensation. All grants that support the expert's research or position and all consulting or speaking on behalf of an interested party on matters before a court or government agency are listed as significant pertinent interests.

*Weihsueh Chiu*

National Center for Environmental Assessment
United States Environmental Protection Agency
Washington, DC
USA

*Marlin D. Friesen*

Bloomberg School of Public Health
Johns Hopkins University
Baltimore, MD
USA

*Lin Fritschi*

Western Australian Institute for Medical Research
The University of Western Australia
Perth, WA
Australia

*Kathryn Z. Guyton*

National Center for Environmental Assessment
United States Environmental Protection Agency
Washington, DC
USA

*Johnni Hansen (Subgroup Chair, Cancer in Humans)*

Danish Cancer Society Research Centre
Institute of Cancer Epidemiology
Copenhagen
Denmark

*Rogene Henderson [retired]*

Lovelace Respiratory Research Institute
Albuquerque, NM
USA

*Hans Kromhout (Subgroup Chair, Exposure Data)*

Institute for Risk Assessment Sciences
Utrecht University
Utrecht
The Netherlands

*Qing Lan [unable to attend]*

Division of Cancer Epidemiology & Genetics
National Cancer Institute
Rockville, MD
USA

*Lawrence H. Lash*

Department of Pharmacology
Wayne State University School of Medicine
Detroit, MI
USA

*Elsebeth Lynge*

Department of Public Health
University of Copenhagen
Copenhagen
Denmark

*Ronald Melnick (Subgroup Chair, Cancer in Experimental Animals)*

    Ron Melnick Consulting, LLC
    North Logan, UT
    USA

*Avima Ruder*

    National Institute for Occupational Safety and Health
    Centers for Disease Control and Prevention
    Cincinnati, OH
    USA

*Ivan Rusyn (Subgroup Chair, Mechanistic and Other Relevant Data)*

    Gillings School of Global Public Health
    University of North Carolina
    Chapel Hill, NC
    USA

*Cristina Villanueva Belmonte [unable to attend]*

    Centre for Research in Environmental Epidemiology (CREAL)
    Barcelona
    Spain

**Representatives**

*Laurent Bodin*

    French Agency for Food, Environment and Occupational Health Safety (ANSES)
    Maisons-Alfort
    France

*Frank J. Bove*

    Agency for Toxic Substances and Disease Registry
    Centers for Disease Control and Prevention
    Atlanta, GA
    USA

*Marie-Estelle Gouze*

    French Agency for Food, Environment and Occupational Health Safety (ANSES)
    Maisons-Alfort
    France

*Jill Järnberg*

    European Commission
    Directorate-General for Employment, Social Affairs and Inclusion
    Luxembourg City
    Luxembourg

*Engin Tutkun [unable to attend]*

    Ankara Occupational Diseases Hospital
    Ministry of Health
    Ankara
    Republic of Turkey

## Observers[2]

*Paul H. Dugard* [3]

    Washington, MD
    USA

*Claire Marant Micallef*

    Léon Bérard Centre
    Department of Cancer and the Environment
    Lyon
    France

*Gerard Swaen* [4]

    Epidemiology Health Services
    The Dow Chemical Company
    Terneuzen
    The Netherlands

## IARC Secretariat

Robert Baan, *Senior Visiting Scientist* (*Rapporteur, Mechanistic and Other Relevant Data*)
Lamia Benbrahim-Tallaa (*Rapporteur, Mechanistic and Other Relevant Data*)
Véronique Bouvard (*Rapporteur, Mechanistic and Other Relevant Data*)
Fatiha El Ghissassi (*Rapporteur, Mechanistic and Other Relevant Data*)
Yann Grosse (*Rapporteur, Cancer in Experimental Animals*)
Neela Guha (*Responsible Officer*)
Rachel Hanisch
Béatrice Lauby-Secretan (*Rapporteur, Exposure Data*)
Dana Loomis (*Rapporteur, Cancer in Humans*)
Heidi Mattock (*Scientific Editor*)
Kurt Straif (*Head of Programme*)
Jelle Vlaanderen

## Administrative Assistance

Sandrine Egraz
Brigitte Kajo
Michel Javin
Helene Lorenzen-Augros
Annick Leroux

## Production Team

Elisabeth Elbers
Dorothy Russell

---

[2] Each Observer agreed to respect the Guidelines for Observers at IARC Monographs meetings. Observers did not serve as Meeting Chair or Subgroup Chair, draft any part of a Monograph, or participate in the evaluations. They also agreed not to contact participants before the meeting, not to lobby them at any time, not to send them written materials, and not to offer them meals or other favours. IARC asked and reminded Working Group Members to report any contact or attempt to influence that they may have encountered, either before or during the meeting.

[3] Observer for the American Chemistry Council. Paul Dugard was Director (until September 2011) of Halogenated Solvents Industry Alliance (HSIA), an Employment-Trade Association representing manufacturers of trichloroethylene and tetrachloroethylene. He is sole proprietor of PHD Consulting which consults for HSIA. His mutual fund includes stock in chemical companies. He is sponsored by HSIA.

[4] Observer for the European Chlorinated Solvents Association (ECSA). Gerard Swaen is employed by and holds stock in Dow Chemical company. He is sponsored by the European Chlorinated Solvents Association.

However, strong evidence of genotoxicity of DCVC, the metabolite of trichloroethylene in the kidney, supported an overall conclusion that the evidence of mechanisms of carcinogenesis in kidney is strong. There was strong evidence for liver as a target tissue for trichloroethylene from cancer and toxicity findings in experimental animals. The evidence for non-genotoxic and/or genotoxic mechanisms of liver carcinogenesis was moderate. The available data suggested that multiple non-genotoxic mechanisms of carcinogenesis exist, and that there is the potential for genotoxic mechanisms from trichloroethylene metabolites dichloroacetic acid and chloral hydrate. The evidence for the immune system as a target tissue for trichloroethylene from findings of a generalized hypersensitivity syndrome and of alterations of immune response in humans and experimental animals was strong. Evidence from studies in humans and experimental animals identifying active metabolites or the mechanisms for cancers of the immune system was weak, being limited to studies of immunological and haematological toxicity in humans and experimental animals. The evidence for the lung as a target tissue for trichloroethylene, from cancer and toxicity findings in experimental animals, was moderate. The data supporting the mechanisms of carcinogenesis in the lung were weak. The evidence for the nervous system as a target tissue for trichloroethylene on the basis of a variety of neurobehavioural effects in studies in humans and experimental animals was strong. The relevance of these effects to the potential cancer hazard of trichloroethylene in the nervous system is unknown. The data regarding the mechanism of carcinogenesis of trichloroethylene in the central nervous system were inconclusive. Trichloroethylene has been shown to adversely affect the male and female reproductive systems. The evidence for the male reproductive system as a target tissue for trichloroethylene was strong, on the basis of studies of toxicity in humans and experimental animals and studies of cancer in rats. The overall data supporting the mechanisms of carcinogenesis of trichloroethylene in the testes were weak, with limited data from humans and experimental animals available to support a mechanism involving hormonal disruption for trichloroethylene-induced testicular tumours. The overall support for an association between exposure to trichloroethylene and reproductive toxicity in females was weak.

The carcinogenicity and toxicity of trichloroethylene, particularly in the liver and kidney, are associated with its metabolism. Inter-individual differences in the formation of trichloroethylene metabolites that are thought to be responsible for toxic and carcinogenic effects of trichloroethylene in the kidney and liver exist in humans and rodents. Susceptibility to the adverse health effects of trichloroethylene may be influenced by genetics, sex, life stage and other conditions that influence the extent and nature of its metabolism. Polymorphisms in genes involved in oxidative metabolism (e.g. *CYP2E1*, *ADH*, *ALDH*) and glutathione conjugation (e.g. GSTs) have been studied in connection with susceptibility to toxicity and carcinogenicity caused by trichloroethylene. Polymorphisms in genes for plasma-membrane transporters (e.g. *OAT1* and *OAT3*) may also influence rates or extent of cellular accumulation of key metabolites. With respect to life-stage susceptibility, data were available to support conclusions concerning differences in exposure (e.g. transplacental transfer or exposure through breast milk in early life stages) or life-stage-specific differences in toxicokinetics. Lifestyle factors (e.g. consumption of alcoholic beverages) may also affect the metabolism of trichloroethylene, while nutrition or obesity may affect internal concentrations of trichloroethylene and its metabolites.

## 6. Evaluation

### 6.1 Cancer in humans

There is *sufficient evidence* in humans for the carcinogenicity of trichloroethylene. Trichloroethylene causes cancer of the kidney. A positive association has been observed between exposure to trichloroethylene and non-Hodgkin lymphoma and liver cancer.

### 6.2 Cancer in experimental animals

There is *sufficient evidence* in experimental animals for the carcinogenicity of trichloroethylene.

### 6.3 Overall evaluation

Trichloroethylene is *carcinogenic to humans (Group 1)*.

### 6.4 Rationale

The Working Group was unanimous in its conclusion that trichloroethylene is a Group 1 carcinogen.

The majority of the Working Group concluded that the epidemiological data were sufficient; however, a minority had concerns because most of the positive evidence came from case–control studies, while the data from cohort studies were weaker.

In reaching unanimous agreement, the Working Group took into consideration the following supporting evidence:

- The absorption, distribution, metabolism and excretion of trichloroethylene are well characterized in experimental animals and humans.
- In experimental animals and humans, oxidative metabolism of trichloroethylene is catalysed by cytochrome P450 enzymes and GSH conjugation of trichloroethylene is catalysed by GST enzymes.
- The formation of reactive metabolites of trichloroethylene in the kidney from processing of GSH-conjugation metabolites in situ has been observed in experimental animals and in human kidney cells.
- The reactive GSH-conjugation metabolites of trichloroethylene are genotoxic on the basis of consistent results in several available test systems.

Consistent with the importance of the GSH-conjugation metabolic pathway for kidney carcinogenesis, one study demonstrated a statistically significant association among trichloroethylene-exposed people with at least one intact *GSTT1* allele, but not among those with two deleted alleles.

## References

Abbas R & Fisher JW (1997). A physiologically based pharmacokinetic model for trichloroethylene and its metabolites, chloral hydrate, trichloroacetate, dichloroacetate, trichloroethanol, and trichloroethanol glucuronide in B6C3F1 mice. *Toxicol Appl Pharmacol*, 147: 15–30. doi:10.1006/taap.1997.8190 PMID:9356303

Abraham DG, Patel PP, Cooper AJL (1995a). Isolation from rat kidney of a cytosolic high molecular weight cysteine-S-conjugate β-lyase with activity toward leukotriene E4. *J Biol Chem*, 270: 180–188. doi:10.1074/jbc.270.1.180 PMID:7814371

Abraham DG, Thomas RJ, Cooper AJL (1995b). Glutamine transaminase K is not a major cysteine S-conjugate β-lyase of rat kidney mitochondria: evidence that a high-molecular weight enzyme fulfills this role. *Mol Pharmacol*, 48: 855–860. PMID:7476916

Abrahamsson K, Ekdahl A, Collén J, Pedersén M (1995). Marine algae- a source of trichloroethylene and perchloroethylene. *Limnol Oceanogr*, 40: 1321–1326. doi:10.4319/lo.1995.40.7.1321

Adgate JL, Eberly LE, Stroebel C et al. (2004). Personal, indoor, and outdoor VOC exposures in a probability sample of children. *J Expo Anal Environ Epidemiol*, 14: Suppl 1: S4–S13. doi:10.1038/sj.jea.7500353 PMID:15118740

Ahlmark A, Gerhardsson G, Holm A (1963). *Trichloroethylene exposure in Swedish engineering workshops*. In: *Proceedings of the 14th International Congress on Occupational Health*. London, United Kingdom: Permanent Commission and International Association on Occupational Health, pp. 448–450

Ala A, Stanca CM, Bu-Ghanim M et al. (2006). Increased prevalence of primary biliary cirrhosis near Superfund toxic waste sites. *Hepatology*, 43: 525–531. doi:\\ PMID:16496326

Alberati-Giani D, Malherbe P, Köhler C et al. (1995). Cloning and characterization of a soluble kynurenine aminotransferase from rat brain: identity with kidney cysteine conjugate β-lyase. *J Neurochem*, 64: 1448–1455. doi:10.1046/j.1471-4159.1995.64041448.x PMID:7891071

Alexander DD, Kelsh MA, Mink PJ et al. (2007). A meta-analysis of occupational trichloroethylene exposure and liver cancer. *Int Arch Occup Environ Health*, 81: 127–143. doi:10.1007/s00420-007-0201-4 PMID:17492303

Alexander DD, Mink PJ, Mandel JH et al. (2006). A meta-analysis of occupational trichloroethylene exposure and multiple myeloma or leukaemis. *Occup Med*, 56: 485–493. doi:10.1093/occmed/kql083

Allen JW, Collins BW, Evansky PA (1994). Spermatid micronucleus analyses of trichloroethylene and chloral hydrate effects in mice. *Mutat Res*, 323: 81–88. doi:10.1016/0165-7992(94)90049-3 PMID:7508572

Almaguer O, Kramkowski RS, Orris P (1984). *Johnson Controls Inc., Watertown, WL (Health Hazard Evaluation Report No. 83-296-1491)*. Cincinnati, OH: United States National Institute for Occupational Safety and Health

Amacher DE & Zelljadt I (1983). The morphological transformation of Syrian hamster embryo cells by chemicals reportedly nonmutagenic to Salmonella typhimurium. *Carcinogenesis*, 4: 291–295. doi:10.1093/carcin/4.3.291 PMID:6339095

Andelman JB (1985). Inhalation exposure in the home to volatile organic contaminants of drinking water. *Sci Total Environ*, 47: 443–460. doi:10.1016/0048-9697(85)90349-3 PMID:4089611

Anderson PM & Schultze MO (1965). Cleavage of S-(1,2-dichlorovinyl)-L-cysteine by an enzyme of bovine origin. *Arch Biochem Biophys*, 111: 593–602. doi:10.1016/0003-9861(65)90240-7 PMID:5862209

Anna CH, Maronpot RR, Pereira MA et al. (1994). ras proto-oncogene activation in dichloroacetic acid-, trichloroethylene- and tetrachloroethylene-induced liver tumors in B6C3F1 mice. *Carcinogenesis*, 15: 2255–2261. doi:10.1093/carcin/15.10.2255 PMID:7955063

Anttila A, Pukkala E, Sallmén M et al. (1995a). Cancer incidence among Finnish workers exposed to halogenated hydrocarbons. *J Occup Environ Med*, 37: 797–806. doi:10.1097/00043764-199507000-00008 PMID:7552463

Anttila A, Riala R, Pukkala E et al. (1995b). *Occupational exposure to solvents and risk of cancer*. Final report, Project No. 92293. Helsinki, Finland: The Finnish working environment fund, pp. 1–74.

Aranyi C, O'Shea WJ, Graham JA, Miller FJ (1986). The effects of inhalation of organic chemical air contaminants on murine lung host defenses. *Fundam Appl Toxicol*, 6: 713–720. doi:10.1016/0272-0590(86)90184-3 PMID:3519345

Arif AA & Shah SM (2007). Association between personal exposure to volatile organic compounds and asthma among US adult population. *Int Arch Occup Environ Health*, 80: 711–719. doi:10.1007/s00420-007-0183-2 PMID:17357796

Arizona Department of Health Services (1995). *Update of the Incidence of Childhood Cancers and Testicular Cancer in Southwest Tuscon: 1987–1991*. Phoenix, AZ.

Ashley DL, Bonin MA, Cardinali FL et al. (1992). Determining volatile organic compounds in human blood from a large sample population by using purge and trap gas chromatography/mass spectrometry. *Anal Chem*, 64: 1021–1029. doi:10.1021/ac00033a011 PMID:1590585

Astrand I & Ovrum P (1976). Exposure to trichloroethylene I. Uptake and distribution in man. *Scand J Work Environ Health*, 2: 199–211. doi:10.5271/sjweh.2803 PMID:1019594

ATSDR; Agency for Toxic Substances and Disease Registry (1997). *Toxicological Profile for Tetrachloroethylene*. Atlanta, GA: Agency for Toxic Substances and Disease Registry, US Department of Health and Human Services, Public Health Service, pp. 1–318. Available at: http://www.atsdr.cdc.gov/toxprofiles/tp.asp?id=265&tid=48. Accessed 19 November 2013.

ATSDR; Agency for Toxic Substances and Disease Registry (2004). *Feasibility investigation of worker exposure to trichloroethylene at the View-Master factory in Beaverton, Oregon*. Atlanta, GA, USA: Department of Health and Human Services.

ATSDR; Agency for Toxic Substances and Disease Registry (2006). *Health statistics review: Cancer and birth outcome analysis: Endicott area investigation: Endicott area, Town of Union, Broome County, New York*. Atlanta, GA: US Department of Health and Humans Services, pp. 7–6. Available at: http://www.atsdr.cdc.gov/HAC/pha/EndicottAreaInvestigation/EndicottHealthStatsReviewHC052606.pdf

ATSDR; Agency for Toxic Substances and Disease Registry (2008). *Health consultation: Health statistics review follow-up: Cancer and birth outcome analysis: Endicott area investigation, Endicott area, Town of Union, Broome County, New York*. Atlanta, GA: US Department of Health and Human Services. Available at: http://www.atsdr.cdc.gov/

# LIST OF ABBREVIATIONS

| | |
|---|---|
| 2,4-D | 2,4-dichlorophenoxyacetic acid |
| 2,4,5-T | 2,4,5-trichlorophenoxyacetic acid |
| 5MeC | 5-methylcytosine |
| 8-OHdG | 8-hydrodeoxyguanosine adducts |
| ADH | alcohol dehydrogenase |
| ALDH | aldehyde dehydrogenase |
| ALT | alanine transferase |
| AST | aspartate transferase |
| AUC | area under the concentration–time curve |
| BEI | biological exposure index |
| bw | body weight |
| CAREX | CARcinogen EXposure |
| CBI | covalent binding index |
| CCBL | cysteine-conjugate $\beta$-lyase |
| CI | confidence interval |
| coA | coenzyme A |
| CYP450 | cytochrome P450 |
| DCVCS | $S$-(1,2-dichlorovinyl)-L-cysteine sulfoxide |
| DCVT | $S$-(1,2-dichlorovinyl)-thiol |
| DDT | dichlorodiphenyltrichloroethane |
| DMSO | dimethyl sulfoxide |
| ECD | electron capture detection |
| ENU | $N$-ethyl-$N$-nitrosourea |
| EPA | Environmental Protection Agency |
| EU | European Union |
| FDA | Food and Drug Administration |
| FID | flame ionization detection |
| FMO | flavin-containing monooxygenase |
| GC | gas chromatography |
| GGT | γ-glutamyltranspeptidase OR γ-glutamyltransferase??? |
| GSH | glutathione |
| GST | glutathione-$S$-transferase |
| GTK | glutamine transaminase K |
| HDL | high-density lipoprotein |
| HECD | Hall electrolytic conductivity detection |

IARC MONOGRAPHS – 106

| | |
|---|---|
| HR | hazard ratio |
| $LD_{50}$ | median lethal dose |
| LOH | loss of heterozygosity |
| MCD | microcoulometric detection |
| MNNG | *N*-methyl-*N*′-nitro-*N*-nitrosoguanidine |
| MNU | *N*-methyl-*N*-nitrosourea |
| MS | mass spectrometry |
| NA | not applicable |
| NAcDCVC | *N*-acetyl-*S*-(1,2-dichlorovinyl)-L-cysteine |
| NADH | nicotinamide adenine dinucleotide |
| NADPH | nicotinamide adenine dinucleotide phosphate |
| NAG | *N*-acetylglucosaminidase |
| ND | not detected |
| NHL | non-Hodgkin lymphoma |
| NIOSH | National Institute for Occupational Safety and Health |
| NR | not reported |
| NS | not significant |
| NTP | National Toxicology Program |
| OEL | occupational exposure limit |
| OR | odds ratio |
| OSHA | Occupational Safety and Health Administration |
| PBN | phenyl-*tert*-butyl nitroxide |
| PID | photoionization detection |
| PPARα | peroxisome proliferator-activated receptor alpha |
| ppm | parts per million |
| ppt | parts per trillion |
| RR | relative risk |
| S9 | 9000 × *g* supernatant |
| SCOEL | Scientific Committee on Occupational Exposure Limits |
| SD | standard deviation |
| SIR | standardized incidence ratio |
| SMR | standardized mortality ratio |
| SSB | single-strand DNA break |
| SSCP | single-stand conformation polymorphism |
| TBARS | thiobarbituric acid-reactive substances |
| TLV | threshold limit value |
| TWA | time-weighted average |
| UDS | unscheduled DNA synthesis |
| USP | United States Pharmacopeia |
| vs | versus |