# JX42



# PERFLUOROOCTANOIC ACID (PFOA) AND PERFLUOROOCTANESULFONIC ACID (PFOS)

## VOLUME 135



IARC MONOGRAPHS ON THE IDENTIFICATION OF CARCINOGENIC HAZARDS TO HUMANS

International Agency for Research on Cancer

World Health Organization

Bahnson Exhibit 11



IARC MONOGRAPHS

# PERFLUOROOCTANOIC ACID (PFOA) AND PERFLUOROOCTANESULFONIC ACID (PFOS)

## VOLUME 135

This publication represents the views and expert opinions of an IARC Working Group on the Identification of Carcinogenic Hazards to Humans, which met in Lyon, France, 7–14 November 2023

LYON, FRANCE - 2025

IARC MONOGRAPHS
ON THE IDENTIFICATION
OF CARCINOGENIC HAZARDS
TO HUMANS



International Agency for Research on Cancer
World Health Organization

# IARC MONOGRAPHS

In 1969, the International Agency for Research on Cancer (IARC) initiated a programme on the evaluation of the carcinogenic hazard of chemicals to humans, involving the production of critically evaluated monographs on individual chemicals. The programme was subsequently expanded to include evaluations of carcinogenic hazards associated with exposures to complex mixtures, lifestyle factors and biological and physical agents, as well as those in specific occupations. The objective of the programme is to elaborate and publish in the form of monographs critical reviews of data on carcinogenicity for agents to which humans are known to be exposed and on specific exposure situations; to evaluate these data in terms of cancer hazard to humans with the help of international working groups of experts in carcinogenesis and related fields; and to identify gaps in evidence. The lists of IARC evaluations are regularly updated and are available on the internet at https://monographs.iarc.who.int/.

This programme has been supported since 1982 by Cooperative Agreement U01 CA33193 with the United States National Cancer Institute, Department of Health and Human Services. Additional support has been provided since 1986 by the European Commission Directorate-General for Employment, Social Affairs, and Inclusion, initially by the Unit of Health, Safety and Hygiene at Work, and since 2014 by the European Union Programme for Employment and Social Innovation "EaSI" (for further information please consult: https://ec.europa.eu/social/easi). Support has also been provided since 1992 by the United States National Institute of Environmental Health Sciences, Department of Health and Human Services. The contents of this volume are solely the responsibility of the Working Group and do not necessarily represent the official views of the United States National Cancer Institute, the United States National Institute of Environmental Health Sciences, the United States Department of Health and Human Services, or the European Commission.

 Co-funded by the European Union

Published by the International Agency for Research on Cancer,
25 avenue Tony Garnier, CS 90627, 69366 Lyon Cedex 07, France
©International Agency for Research on Cancer, 2025
Online publication, February 2025

Publications of the World Health Organization enjoy copyright protection in accordance with the provisions of Protocol 2 of the Universal Copyright Convention. All rights reserved.

*IARC Monographs* (and Corrigenda) are published online at https://publications.iarc.who.int/.
To report an error, please contact: imo@iarc.who.int.

Distributed by WHO Press, World Health Organization, 20 Avenue Appia, 1211 Geneva 27, Switzerland
(tel.: +41 22 791 3264; fax: +41 22 791 4857; website: https://apps.who.int/bookorders; email: bookorders@who.int).

Permissions and rights: Some rights reserved. This work is available under the Creative Commons Attribution-NonCommercial-NoDerivs 3.0 IGO licence (CC BY-NC-ND 3.0 IGO; https://creativecommons.org/licenses/by-nc-nd/3.0/igo).
Under the terms of this licence, you may copy and redistribute the work for non-commercial purposes, provided the work is appropriately cited, as indicated below. In any use of this work, there should be no suggestion that WHO endorses any specific organization, products, or services. The use of the WHO logo is not permitted. Any mediation relating to disputes arising under the licence shall be conducted in accordance with the mediation rules of the World Intellectual Property Organization.
To submit requests for adaptations or commercial use and queries on rights and licensing, see the IARC Publications website (https://publications.iarc.who.int/Rights-And-Permissions).

Third-party materials: If you wish to reuse material from this work that is attributed to a third party, such as tables, figures or images, it is your responsibility to determine whether permission is needed for that reuse and to obtain permission from the copyright holder. The risk of claims resulting from infringement of any third-party-owned component in the work rests solely with the user.

General disclaimers: The designations employed and the presentation of the material in this publication do not imply the expression of any opinion whatsoever on the part of the Secretariat of the World Health Organization concerning the legal status of any country, territory, city, or area or of its authorities, or concerning the delimitation of its frontiers or boundaries.
The mention of specific companies or of certain manufacturers' products does not imply that they are endorsed or recommended by WHO in preference to others of a similar nature that are not mentioned. Errors and omissions excepted, the names of proprietary products are distinguished by initial capital letters.
All reasonable precautions have been taken by WHO to verify the information contained in this publication. However, the published material is being distributed without warranty of any kind, either expressed or implied. The responsibility for the interpretation and use of the material lies with the reader. In no event shall WHO or contributing agencies be liable for damages arising from its use.
The *IARC Monographs* Working Group alone is responsible for the views expressed in this publication.



About the cover: Worker at a wastewater treatment plant. PFOA and PFOS are ubiquitous in the environment and may contaminate drinking-water.

Source: © APchanel/Adobe Stock

How to cite: IARC (2025). Perfluorooctanoic acid (PFOA) and perfluorooctanesulfonic acid (PFOS). *IARC Monogr Identif Carcinog Hazards Hum*. 135:1–754.

**IARC Library Cataloguing-in-Publication Data**

Names: IARC Working Group on the Identification of Carcinogenic Hazards to Humans.

Title: Perfluorooctanoic acid (PFOA) and perfluorooctanesulfonic acid (PFOS)

Description: Lyon: International Agency for Research on Cancer, 2025. | Series: IARC monographs on the identification of carcinogenic hazards to humans, ISSN 1017-1606; v. 135. | "This publication represents the views and expert opinions of an IARC Working Group on the Identification of Carcinogenic Hazards to Humans, which met in Lyon, France, 7–14 November 2023." | Includes bibliographical references.

Identifiers: ISBN 9789283201748 (pbk.) | ISBN 9789283202929 (ebook)

Subjects: MESH: Neoplasms--etiology. | Environmental Exposure. | Alkanesulfonic Acids. | Fluorocarbons. | Risk Factors.

Classification: NLM W1



The *IARC Monographs* Working Group and Secretariat for Volume 135, Perfluorooctanoic acid (PFOA) and perfluorooctanesulfonic acid (PFOS), which met in Lyon, France, on 7–14 November 2023.

# CONTENTS

**NOTE TO THE READER** ................................................................................................ **1**

**LIST OF PARTICIPANTS** ............................................................................................... **3**

**PREAMBLE** ....................................................................................................................... **9**
    A. GENERAL PRINCIPLES AND PROCEDURES ......................................................... 9
        1.   Background ................................................................................................. 9
        2.   Objective and scope ................................................................................... 10
        3.   Selection of agents for review ................................................................... 11
        4.   The Working Group and other meeting participants .................................. 11
        5.   Working procedures ................................................................................... 13
        6.   Overview of the scientific review and evaluation process ........................ 14
        7.   Responsibilities of the Working Group ..................................................... 16
    B. SCIENTIFIC REVIEW AND EVALUATION ............................................................ 17
        1.   Exposure characterization ......................................................................... 17
        2.   Studies of cancer in humans ..................................................................... 20
        3.   Studies of cancer in experimental animals ................................................ 25
        4.   Mechanistic evidence ................................................................................ 28
        5.   Summary of data reported ......................................................................... 31
        6.   Evaluation and rationale ............................................................................ 32
    References .................................................................................................................... 37

**GENERAL REMARKS** .................................................................................................. **41**

**1. EXPOSURE CHARACTERIZATION** ........................................................................ **49**
        1.1  Identification of the agent ......................................................................... 49
        1.2  Production and uses ................................................................................... 55
        1.3  Detection and quantification ..................................................................... 57
        1.4  Occurrence and exposure .......................................................................... 68
        1.5  Regulations and guidelines ....................................................................... 112
        1.6  Quality of exposure assessment in key epidemiological studies of cancer and mechanistic
            studies in humans ..................................................................................... 116
    References .................................................................................................................... 131

IARC MONOGRAPHS – 135

**2. CANCER IN HUMANS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **157**
    2.1  Cohort descriptions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 158
    2.2  Cancers of the urinary tract . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 213
    2.3  Cancers of the male genital tract . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 252
    2.4  Cancers of the breast and thyroid gland . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 280
    2.5  Cancers of the digestive tract . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 347
    2.6  Cancers of the brain and lymphatic and haematopoietic tissue . . . . . . . . . . . . . . . . 358
    2.7  Cancer of all sites combined . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 366
    2.8  Evidence synthesis for cancer in humans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 370
    References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 390

**3. CANCER IN EXPERIMENTAL ANIMALS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **397**
    3.1  Perfluorooctanoic acid (PFOA) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 397
    3.2  Perfluorooctanesulfonic acid (PFOS) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 425
    3.3  Evidence synthesis for cancer in experimental animals . . . . . . . . . . . . . . . . . . . . . . 435
    References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 438

**4. MECHANISTIC EVIDENCE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **441**
    4.1  Absorption, distribution, metabolism, and excretion . . . . . . . . . . . . . . . . . . . . . . . . 441
    4.2  Evidence relevant to key characteristics of carcinogens . . . . . . . . . . . . . . . . . . . . . . 454
    4.3  Evaluation of high-throughput in vitro screening data . . . . . . . . . . . . . . . . . . . . . . . 658
    References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 662

**5. SUMMARY OF DATA REPORTED** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **705**
    5.1  Exposure characterization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 705
    5.2  Cancer in humans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 706
    5.3  Cancer in experimental animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 710
    5.4  Mechanistic evidence . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 711

**6. EVALUATION AND RATIONALE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **717**
    6.1  Cancer in humans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 717
    6.2  Cancer in experimental animals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 717
    6.3  Mechanistic evidence . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 717
    6.4  Overall evaluation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 717
    6.5  Rationale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 717

**LIST OF ABBREVIATIONS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **719**

**ANNEX 1. Supplementary material for Section 1, Exposure Characterization** . . . . . . . . . . . . . . . **727**

**ANNEX 2. Actions and regulations for the elimination of PFAS worldwide** . . . . . . . . . . . . . . . . . **729**

**ANNEX 3. Supplementary analyses used in reviewing evidence on cancer in humans** . . . . . . . . . . **733**

**ANNEX 4. Supplementary material for Section 2, Cancer in Humans** . . . . . . . . . . . . . . . . . . . . . . . **747**

**ANNEX 5. Supplementary material for Sections 4.1 and 4.2, Mechanistic Evidence** . . . . . . . . . . . **749**

Contents

**ANNEX 6.** Supplementary material for Section 4.3, Evaluation of high-throughput in vitro toxicity screening data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **751**

**SUMMARY OF FINAL EVALUATIONS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **753**

# NOTE TO THE READER

The evaluations of carcinogenic hazard in the *IARC Monographs on the Identification of Carcinogenic Hazards to Humans* series are made by international working groups of independent scientists. The *IARC Monographs* classifications do not indicate the level of risk associated with a given level or circumstance of exposure. The *IARC Monographs* do not make recommendations for regulation or legislation.

Anyone who is aware of published data that may alter the evaluation of the carcinogenic hazard of an agent to humans is encouraged to make this information available to the *IARC Monographs* programme, International Agency for Research on Cancer, 25 avenue Tony Garnier, CS 90627, 69366 Lyon Cedex 07, or via email at imo@iarc.who.int, in order that the agent may be considered for re-evaluation by a future Working Group.

Although every effort is made to prepare the monographs as accurately as possible, mistakes may occur. Readers are requested to communicate any errors to the *IARC Monographs* programme. Corrigenda are published online on the relevant webpage for the volume concerned (IARC Publications: https://publications.iarc.who.int/).

# LIST OF PARTICIPANTS

## Members [1]

### Mohamed A-E. Abdallah

School of Geography, Earth and
    Environmental Sciences
University of Birmingham
Birmingham
UK

### Chad R. Blystone

Division of Translational Toxicology
National Institute of Environmental Health
    Sciences
Morrisville, North Carolina
USA

### Jens Peter Bonde (Subgroup Chair, Cancer in Humans)

University of Copenhagen
Copenhagen
Denmark

### Miriam Calkins

United States Centers for Disease Control
    and Prevention, National Institute for
    Occupational Safety and Health
Cincinnati, Ohio
USA

### Weihsueh Albert Chiu (Subgroup Chair, Mechanistic Evidence)

School of Veterinary Medicine and
    Biomedical Sciences
Texas A&M University
College Station, Texas
USA

### Guang-Hui Dong

School of Public Health
Sun Yat-sen University
Guangzhou
China

[1] Working Group Members and Invited Specialists serve in their individual capacities as scientists and not as representatives of their government or any organization with which they are affiliated. Affiliations are provided for identification purposes only. Invited Specialists do not serve as Meeting Chair or Subgroup Chair, draft text that pertains to the description or interpretation of cancer data, or participate in the evaluations. Each participant was asked to declare potentially relevant research, employment, and financial interests that are current or that have occurred during the past 4 years. Minimal interests are not disclosed here, and include stock valued at no more than US$ 1000 overall, grants that provide no more than 5% of the research budget of the expert's organization and that do not support the expert's research or position, and consulting or speaking on matters not before a court or government agency that does not exceed 2% of total professional time or compensation. All other non-publicly funded grants that support the expert's research or position and all consulting or speaking on behalf of an interested party on matters before a court or government agency are disclosed as potentially significant conflicts of interests.

*David Dorman*

Department of Molecular Biosciences
North Carolina State University
Raleigh, North Carolina
USA

*Rebecca Fry*

Gillings School of Public Health
University of North Carolina at Chapel Hill
Chapel Hill, North Carolina
USA

*Huan Guo [unable to attend]*

Tongji Medical College
Huazhong University of Science and
    Technology
Wuhan
China

*Line Småstuen Haug*

Norwegian Institute of Public Health
Oslo
Norway

*Jonathan Hofmann*

Division of Cancer Epidemiology and
    Genetics
National Cancer Institute
Bethesda, Maryland
USA

*Jane Hoppin (Subgroup Chair, Exposure
    Characterization)*

North Carolina State University
Raleigh, North Carolina
USA

*Motoki Iwasaki*

Division of Epidemiology
National Cancer Center Institute for Cancer
    Control
Tokyo
Japan

*Jun Kanno (Subgroup Chair, Cancer in
    Experimental Animals)*

National Institute of Health Sciences and
Nissan Tamagawa Hospital
Tokyo
Japan

*Miroslav Machala*

Department of Pharmacology and Toxicology
Veterinary Research Institute
Brno
Czechia

*Francesca Romana Mancini*

Paris-Saclay University and
Institut national de la santé et de la recherche
    médicale (INSERM)
Paris
France

*Peter Møller*

Department of Public Health
University of Copenhagen
Copenhagen
Denmark

*Jack Chakmeng Ng*

Queensland Alliance for Environmental
    Health Sciences
The University of Queensland
Woolloongabba
Australia

*Marc Pallardy*

> Université Paris-Saclay and
> Institut national de la santé et de la recherche
>     médicale (INSERM)
> Paris
> France

*Gloria Post*

> New Jersey Department of Environmental
>     Protection
> Trenton, New Jersey
> USA

*Samira Salihovic*

> School of Medical Sciences
> Örebro University
> Örebro
> Sweden

*Jennifer Schlezinger*

> School of Public Health
> Boston University
> Boston, Massachusetts
> USA

*Anatoly Soshilov*

> Office of Environmental Health Hazard
>     Assessment
> California Environmental Protection Agency
> Sacramento, California
> USA

*Kyle Steenland [not present for final
    evaluations]*

> Emory University
> Atlanta, Georgia
> USA

*Inger-Lise K. Steffensen*

> Department of Food Safety
> Norwegian Institute of Public Health
> Oslo
> Norway

*Silvya Stuchi Maria Engler*

> School of Pharmaceutical Sciences
> University of São Paulo
> São Paulo
> Brazil

*Volodymyr Tryndyak*

> National Center for Toxicological Research
> United States Food and Drug Administration
> Jefferson, Arizona
> USA

*Alexandra White*

> National Institute of Environmental Health
>     Sciences
> National Institutes of Health
> Durham, North Carolina
> USA

*Susan Woskie*

> Zuckerberg College of Health Sciences
> University of Massachusetts Lowell
> Lowell, Massachusetts
> USA

*Shelia Zahm [2] (Meeting Chair)*

> National Cancer Institute (retired)
> Bangor, Maine
> USA

---

[2] Dr Zahm is employed by Shelia K. Zahm Consulting, but the work conducted by this company does not involve competing interests for the topics covered by the present *IARC Monographs* meeting.

## Invited Specialist

*Antony Fletcher [3] [not present for final evaluations]*

> London School of Hygiene and Tropical Medicine
> London
> UK

## Representatives

*François Pouzaud*

> Agence nationale de sécurité sanitaire de l'alimentation, de l'environnement et du travail (ANSES)
> Maisons-Alfort
> France

*Andrea Winquist*

> National Center for Environmental Health Centers for Disease Control and Prevention
> Atlanta, Georgia
> USA

## Observers [4]

*Amina Amadou*

> Centre Léon Bérard
> Lyon
> France

*Valentin Thomas*

> Sciences Po Lyon (Institut d'études politiques de Lyon)
> Lyon
> France

*Danny Whu [5]*

> International Association of Firefighters
> Washington, District of Columbia
> USA

## IARC Secretariat

> Nahid Ahmadi
> Ayat Ahmadi *(Rapporteur, Cancer in Humans)*
> Lamia Benbrahim-Tallaa *(Rapporteur, Cancer in Experimental Animals)*
> Wendy Bijoux
> Shirisha Chittiboyina *(Rapporteur, Cancer in Experimental Animals)*
> Aline de Conti *(Rapporteur, Mechanistic Evidence)*
> Caterina Facchin *(Rapporteur, Mechanistic Evidence)*

---

[3] Dr Fletcher reported providing expert opinion for plaintiffs in cases of exposure to PFOA in drinking-water in Italy and in the USA, and for the Government of Australia in defending against a class action lawsuit on behalf of communities seeking damages for drinking-water contaminated from use of aqueous film-forming foam (AFFF) on military airfields, and for the Government of Jersey in his capacity of member of the PFAS Scientific Advisory Panel.

[4] Each Observer agreed to respect the Guidelines for Observers at *IARC Monographs* meetings. Observers did not serve as Working Group members, draft any part of a monograph, or participate in the evaluations. They also agreed not to contact participants before the meeting, not to lobby them at any time, not to send them written materials, and not to offer them meals or other favours. IARC asked and reminded Working Group members to report any contact or attempt to influence that they may have encountered, either before or during the meeting.

[5] Dr Whu reported receiving support for travel from the International Association of Firefighters.

Federica Madia *(Rapporteur, Mechanistic Evidence)*
Heidi Mattock *(Scientific Editor)*
Mira Merdas
Elisa Pasqual *(Rapporteur, Cancer in Humans)*
Mary Schubauer-Berigan *(Programme Head; Rapporteur, Cancer in Humans)*
Eero Suonio *(Rapporteur, Exposure Characterization)*
Susana Viegas *(Rapporteur, Exposure Characterization)*
Roland Wedekind *(Responsible Officer and Rapporteur, Exposure Characterization)* [6]
Ljubica Zupunski

## Administrative and Technical Assistance

Noëmi Joncour
Jennifer Nicholson
Mathieu Rose
Sandrine Ruiz

## Production Team

Niree Kraushaar
Solène Quennehen

## Pre- and Post-Meeting Assistance

Scott Bartell
Liacine Bouaoun
Mark Cleasby
Nathan DeBono
Fatiha El Ghissassi
Yann Grosse
Misty Hein
John Kaldor
Simone Kühnle
Alison Lees
Karen Müller *(Managing Editor)*

---

[6] Dr Wedekind reports that his life partner is a salaried employee of the SEB group working for the Rowenta brand. Tefal, a former user of PFOA, is another brand of the SEB group. This was determined not to present a conflict of interest for the present *IARC Monographs* meeting, since Rowenta has no reported involvement with the agents under review, and Tefal ceased using PFOA more than a decade ago.

# 6. EVALUATION AND RATIONALE

## 6.1  Cancer in humans

There is *limited evidence* in humans for the carcinogenicity of perfluorooctanoic acid (PFOA). Positive associations have been observed between PFOA and renal cell carcinoma and cancer of the testis.

There is *inadequate evidence* in humans regarding the carcinogenicity of perfluorooctanesulfonic acid (PFOS).

## 6.2  Cancer in experimental animals

There is *sufficient evidence* in experimental animals for the carcinogenicity of PFOA.

There is *limited evidence* in experimental animals for the carcinogenicity of PFOS.

## 6.3  Mechanistic evidence

There is *strong evidence* that PFOA exhibits multiple key characteristics of carcinogens in exposed humans, in human primary cells, and in experimental systems.

There is *strong evidence* that PFOS exhibits multiple key characteristics of carcinogens in exposed humans, in human primary cells, and in experimental systems.

## 6.4  Overall evaluation

PFOA is *carcinogenic to humans* (Group 1).

PFOS is *possibly carcinogenic to humans* (Group 2B).

## 6.5  Rationale

### 6.5.1 PFOA

The Group 1 evaluation for PFOA is based on the combination of *sufficient evidence* for cancer in experimental animals and *strong* mechanistic evidence of key characteristics of carcinogens in exposed humans. The evidence for cancer in experimental animals was *sufficient* because exposure to PFOA caused an increase in the incidence of an appropriate combination of benign and malignant neoplasms in both sexes of a single species (rat) in one study that complied with GLP. The mechanistic evidence was *strong* in exposed humans because PFOA induces epigenetic alterations and is immunosuppressive. In exposed humans, PFOA induces epigenetic alterations in the form of gene-specific methylation and cancer-related miRNAs. These effects are supported by evidence of epigenetic alterations in multiple experimental systems. In exposed humans, PFOA is immunosuppressive, increasing risk of infectious disease and decreasing vaccine response to diverse antigens. These effects are supported by evidence

IARC MONOGRAPHS – 135

of immunosuppression in human primary cells and experimental systems. In addition, in human primary cells and experimental systems, PFOA induces oxidative stress and modulates receptor-mediated effects. Additionally, in experimental systems, PFOA alters cell proliferation, cell death, or nutrient supply.

Also, for PFOA, the evidence for cancer in humans was found to be *limited* for renal cell carcinoma and cancer of the testis. Despite the increase in the number of available human cancer studies since the previous evaluation by the *IARC Monographs*, the results were somewhat inconsistent across the studies. For renal cell carcinoma, positive findings were observed in three studies conducted in partly overlapping occupationally and environmentally exposed populations and in a fourth population with background exposure. However, positive findings were not observed overall in two other background-exposed populations. For testicular cancer, there were two studies with positive findings: one cohort study and a second ecological study that had limitations. For other cancer types, there were only sporadic positive findings in the informative studies (e.g. breast), and for all these other cancer types, the evidence was *inadequate*.

### 6.5.2 PFOS

The Group 2B evaluation for PFOS is based on *strong* mechanistic evidence. There is *strong* evidence that PFOS exhibits multiple key characteristics of carcinogens in exposed humans, human primary cells, and experimental systems. There is strong evidence that PFOS in exposed humans induces epigenetic alterations in the form of gene-specific methylation and cancer-related miRNAs. These effects are supported by evidence of epigenetic alterations in multiple experimental systems. In exposed humans, PFOS is immunosuppressive, increasing risk of infectious disease and decreasing vaccine response to diverse antigens. These effects are supported by evidence of immunosuppression in human primary cells and experimental systems. In human primary cells and experimental systems, PFOS modulates receptor-mediated effects and induces oxidative stress. Additionally, in experimental systems, PFOS alters cell proliferation, cell death, or nutrient supply.

In addition, the evidence for cancer in experimental animals was *limited*. Exposure to PFOS caused an increase in the incidence of an appropriate combination of benign and malignant neoplasms in one sex (female) of a single species (rat) in a study that complied with GLP. The evidence regarding cancer in humans was found to be *inadequate*, because among the relatively few available studies, positive findings were seen only sporadically and inconsistently for a few cancer sites (i.e. breast, testis, and thyroid).

# LIST OF ABBREVIATIONS

| | |
|---|---|
| 2-AAF | 2-acetylaminofluorene |
| ACGIH | American Conference of Governmental Industrial Hygienists |
| ACOX | acyl-coenzyme A oxidase |
| ACS | American Cancer Society |
| ADME | absorption, distribution, metabolism, or excretion |
| $AFB_1$ | aflatoxin $B_1$ |
| AFFF | aqueous film-forming foam |
| AHR | aryl hydrocarbon receptor |
| AOR | adjusted odds ratios |
| APFO | ammonium perfluorooctanoate |
| AR | androgen receptor |
| ARE | antioxidant responsive element |
| ASTM | American Society for Testing and Materials |
| ATBC | Alpha-Tocopherol, Beta-Carotene Cancer Prevention |
| ATP | adenosine triphosphate |
| ATSDR | Agency for Toxic Substances and Disease Registry |
| AUC | area under the curve |
| BMI | body mass index |
| BrdU | bromodeoxyuridine |
| bw | body weight |
| cAMP | cyclic adenosine monophosphate |
| CAR | constitutive androstane receptor |
| CAT | catalase |
| CBD | cannabidiol |
| CEPA | Canadian Environmental Protection Act |
| CERCLA | Comprehensive Environmental Response, Compensation, and Liability Act |
| CGA | chlorogenic acid |
| CHDS | Child Health and Development Studies |
| CHO | Chinese hamster ovary |
| CI | confidence interval |
| CIOB | Chemicals in Our Bodies |
| CNBCSP | Chinese National Breast Cancer Screening Program |
| CoA | coenzyme A |
| ConA | concanavalin A |

| | |
|---|---|
| CONTAM | European Food Safety Authority Panel on Contaminants in the Food Chain |
| CpG | 5′-C-phosphate-G-3′-dinucleotide |
| CPS | Cancer Prevention Study |
| CRP | C-reactive protein |
| CS | collagen sandwich |
| CTS | California Teachers Study |
| CV | coefficient of variation |
| CYP | cytochrome P450 |
| DCF | 2′,7′-dichlorofluorescein |
| DCF-DA | 2′,7′-dichlorofluorescein diacetate |
| DCFH-DA | 2′,7′-dichlorodihydrofluorescein diacetate |
| DEN | diethylnitrosamine |
| DFTJ | Dongfeng-Tongji |
| dG | 2′-deoxyguanosine |
| DHEA | dehydroepiandrosterone |
| diPAP | polyfluoroalkyl phosophate diester |
| DMBA | 7,12-dimethylbenz[a]anthracene |
| DMR | differentially methylated region |
| DMSO | dimethyl sulfoxide |
| DNMT | DNA methyltransferase |
| DoD | Department of Defense |
| DoDSR | Department of Defense Serum Repository |
| DOX | doxycycline |
| DTH | delayed-type hypersensitivity |
| EC | European Commission |
| $EC_{50}$ | half-maximal effective concentration |
| ECA | Environment and Childhood Asthma |
| ECCC | Environment and Climate Change Canada |
| ECF | electrochemical fluorination |
| ECHA | European Chemicals Agency |
| EFSA | European Food Safety Authority |
| eGFR | estimated glomerular filtration rate |
| ELISA | enzyme-linked immunosorbent assay |
| EPCRA | Emergency Planning and Community Right-to-Know Act |
| ER | estrogen receptor |
| ERS | endoplasmic reticulum stress |
| ESI | electrospray ionization |
| N-EtFOSAA | N-ethyl-perfluorooctane sulfonamido acetic acid |
| EU | European Union |
| EWAS | epigenome-wide association analysis study |
| FDR | false discovery rate |
| FMC | Finnish Maternity Cohort |
| Fpg | formamidopyrimidine-DNA glycosylase |
| FSANZ | Food Standards Australia New Zealand |
| FT3 | free triiodothyronine |
| FT4 | free thyroxine |
| FTOH | fluorotelomer alcohol |
| GBCA | Genetic and Biomarkers study for Childhood Asthma |
| GC | gas chromatography |
| GDP | guanosine diphosphate |

List of abbreviations

| | |
|---|---|
| GF | glomerular function |
| GFR | glomerular filtration rate |
| GGT | gamma-glutamyl transferase |
| GJIC | gap junctional intercellular communication |
| GLP | Good Laboratory Practice |
| GM | geometric mean |
| GM-CSF | granulocyte-macrophage colony-stimulating factor |
| GPx | glutathione peroxidase |
| GRULAC | Group of Latin America and the Caribbean |
| GSH | glutathione |
| GSPE | grape seed proanthocyanidin extract |
| GSR | glutathione reductase |
| GSSG | oxidized glutathione |
| GST | glutathione *S*-transferase |
| γH2AX | phosphorylated H2A histone family member X |
| HBM | Human Biomonitoring |
| HBM4EU | Human Biomonitoring for Europe |
| HCC | hepatocellular carcinoma |
| HETE | hydroxyeicosatetraenoic acid |
| HFD | high-fat diet |
| HGF | hepatocyte growth factor |
| Hib | *Haemophilus influenza* type b |
| HMC | human mast cell |
| HMVEC | human microvascular endothelial cells |
| HO-1 | haem oxygenase 1 |
| HOME | Health Outcomes and Measures of the Environment |
| HPLC | high-performance liquid chromatography |
| HR | hazard ratio |
| HUVEC | human umbilical vein endothelial cell |
| IARC | International Agency for Research on Cancer |
| $IC_{50}$ | half-maximal inhibitory concentration |
| ICC | intraclass correlation coefficient |
| IFN-γ | interferon gamma |
| Ig | immunoglobulin |
| IKIDS | Illinois Kids Development Study |
| IL | interleukin |
| INHAND | International Harmonization of Nomenclature and Diagnostic Criteria for Lesions in Rats and Mice |
| iNOS | inducible nitric oxide synthase |
| INSR | insulin receptor |
| i.p. | intraperitoneal |
| IQR | interquartile range |
| IRR | incidence rate ratio |
| IsoF | isofuran |
| IsoP | isoprostane |
| ITRC | Interstate Technology and Regulatory Council |
| i.v. | intravenous |
| JEM | job-exposure matrix |
| KC | key characteristic of carcinogens |
| KEEP | Korean Elderly Environmental Panel |
| KLH | keyhole limpet haemocyanin |

IARC MONOGRAPHS – 135

| | |
|---|---|
| LC$_{50}$ | median lethal concentration |
| LC-MS/MS | liquid chromatography-tandem mass spectrometry |
| L-FABP | liver fatty acid-binding protein |
| LH | luteinizing hormone |
| LINE-1 | long interspersed nuclear element 1 |
| LLE | liquid–liquid extraction |
| LMIC | low- or middle-income country |
| LOD | limit of detection |
| LOQ | limit of quantification |
| LOX | lipoxygenase |
| LPS | lipopolysaccharide |
| LRTI | lower respiratory tract infection |
| LTL | leukocyte telomere length |
| LWBC | Laizhou Wan (Bay) birth cohort |
| MCP-1 | monocyte chemoattractant protein |
| MDA | malondialdehyde |
| MDL | method detection limit |
| MEC | Multiethnic Cohort |
| MHC | major histocompatibility complex |
| miRNA | microRNA |
| mRNA | messenger RNA |
| MLQ | method limit of quantification |
| MNNG | *N*-methyl-*N'*-nitro-*N*-nitrosoguanidine |
| MRL | minimum reporting level |
| MRP | multidrug resistance protein |
| MS | mass spectrometry |
| MS/MS | tandem mass spectrometry |
| MTT | 3-[4,5-dimethylthiazol-2-yl]-2,5 diphenyl tetrazolium bromide |
| NAC | *N*-acetylcysteine |
| NADPH | nicotinamide adenine dinucleotide phosphate |
| NAFLD | non-alcoholic fatty liver disease |
| NAR | naringin; 4′,5,7-trihydroxyflavonone-7-rhamnoglucoside |
| NASEM | National Academies of Sciences, Engineering, and Medicine |
| NDAA | National Defense Authorization Act |
| NDI | National Death Index |
| NESHAP | National Emissions Standards for Hazardous Air Pollutants |
| NeuroP | neuroprostane |
| NGF | nerve growth factor |
| NHANES | National Health and Nutrition Examination Survey |
| NHL | non-Hodgkin lymphoma |
| NHMRC | National Health and Medical Research Council |
| NICHD | National Institute of Child Health and Human Development |
| NK | natural killer |
| NO | nitric oxide |
| NOx | nitrogen oxides |
| 8-NO$_2$Gua | 8-nitrosoguanine |
| NOAEL | no observed adverse effect level |
| NPDES | National Pollutant Discharge Elimination System |
| NTCP | Na+/taurocholate cotransporting polypeptide |
| NTP | National Toxicology Program |

List of abbreviations

| | |
|---|---|
| OAT | organic acid transporter |
| OATP | organic anion transporting polypeptide |
| OCC | Odense Child Cohort |
| OCM | organotypic culture model |
| 8-OHdG | 8-hydroxy-2'-deoxyguanosine |
| OR | odds ratio |
| 8-oxodG | 8-oxo-2'-deoxyguanosine |
| PAH | polycyclic aromatic hydrocarbon |
| PanIN | pancreatic intraepithelial neoplasia |
| PBDE | polybrominated diphenyl ether |
| PBMC | peripheral blood mononuclear cells |
| PBPK | physiologically based pharmacokinetic |
| PCB | polychlorinated biphenyl |
| PCDD | 2,3,7,8-substituted polychlorinated dibenzodioxin |
| PCDF | 2,3,7,8-substituted polychlorinated dibenzofuran |
| PCNA | proliferating cell nuclear antigen |
| PCO | palmitoyl coenzyme A oxidase |
| PCR | polymerase chain reaction |
| PFAA | perfluoroalkyl acid |
| PFAS | perfluoroalkyl and polyfluoroalkyl substances |
| PFHpS | perfluoroheptane sulfonate |
| PFHxS | perfluorohexanesulfonic acid |
| PFNA | perfluorononanoic acid |
| PFOA | perfluorooctanoic acid |
| PFOS | perfluorooctanesulfonic acid |
| PGF | prostaglandin |
| PHA | phytohaemagglutinin |
| PKA | protein kinase A |
| PKC | protein kinase C |
| PLCO | Prostate, Lung, Colorectal, and Ovarian Cancer Screening Trial |
| PM | particulate matter |
| $PM_{2.5}$ | particulate matter with diameter $< 2.5\ \mu m$ |
| POP | persistent organic pollutant |
| POSF | perfluorooctane sulfonyl fluoride |
| PPAR | peroxisome proliferator-activated receptor |
| ppb | parts per billion |
| PPE | personal protective equipment |
| ppm | parts per million |
| PR | progesterone receptor |
| PTFE | polytetrafluoroethylene |
| PUF | polyurethane foam |
| PWS | public water systems |
| PXR | pregnane X receptor |
| qPCR | quantitative polymerase chain reaction |
| QuEChERS | quick, easy, cheap, effective, rugged, safe |
| RACK-1 | receptor for activated C kinase 1 |
| RBC | red blood cell |
| RCC | renal cell carcinoma |
| RD | human embryonal rhabdomyosarcoma cell line |
| REACH | Registration, Evaluation, Authorisation and Restriction of Chemicals |

IARC MONOGRAPHS – 135

| | |
|---|---|
| RL | reporting limit |
| RNA | ribonucleic acid |
| tRNA | transfer RNA |
| RNS | reactive nitrogen species |
| ROS | reactive oxygen species |
| RONS | reactive oxygen and nitrogen species |
| RPE | retinal pigment epithelial |
| RR | rate ratio |
| RT-PCR | reverse transcription-polymerase chain reaction |
| RSV | respiratory syncytial virus |
| SCAP | sterol regulatory element-binding protein cleavage-activating protein |
| SD | standard deviation |
| SEER | Surveillance, Epidemiology, and End Results |
| SEM | systemic evidence map |
| SHBG | sex hormone-binding globulin |
| SIR | standardized incidence ratio |
| SMBCS | Sheyang Mini Birth Cohort Study |
| SMR | standardized mortality ratio |
| SNUR | Significant New Use Rules |
| SOD | superoxide dismutase |
| SPE | solid-phase extraction |
| SRBC | sheep red blood cell |
| StAR | steroidogenic acute regulatory |
| STEL | short-term exposure limit |
| $T_{1/2}$ | half-life |
| TAC | total antioxidant capacity |
| TAD | total administered dose |
| TBARS | thiobarbituric acid-reactive substance |
| TCA | tricarboxylic acid |
| TCDD | 2,3,7,8-tetrachlorodibenzo-$p$-dioxin |
| TCR | T-cell receptor |
| TDAR | T-cell-dependent antibody response |
| TDI | tolerable daily intake |
| TFE | tetrafluoroethylene |
| TGCT | testicular germ cell tumour |
| TH | thyroid hormone |
| TK | toxicokinetic |
| TL | telomere length |
| TNF-α | tumour necrosis factor alpha |
| TNP | trinitrophenyl |
| TPOAb | thyroid peroxidase antibody |
| TR | thyroid hormone receptor |
| TRI | Toxics Release Inventory |
| TSH | thyroid-stimulating hormone |
| TSCA | Toxic Substances Control Act |
| TT3 | total triiodothyronine |
| TT4 | total thyroxine |
| TTR | transthyretin |
| TWA | time-weighted average |
| TWI | tolerable weekly intake |

List of abbreviations

| | |
|---|---|
| UBA | Umweltbundesamt (German Environment Agency) |
| UCMR 3 | Third Unregulated Contaminant Monitoring Rule |
| UK | United Kingdom |
| UNEP | United Nations Environment Programme |
| UPR | unfolded protein response |
| US | United States |
| USA | United States of America |
| US EPA | United States Environmental Protection Agency |
| US FDA | United States Food and Drug Administration |
| $V_d$ | volume of distribution |
| vP | very persistent |
| WBC | white blood cell |
| WT | wildtype |