**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| **In Re: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br><br>**This Document Relates to:**<br><br>*Brock Donnelly v. 3M Company et al.*, No. 2:20-cv-00209-RMG<br><br>*Clinton Speers & Gail Speers v. 3M Company et al.*, No. 2:21-cv-03181-RMG<br><br>*Kevin Voelker v. 3M Company et al.*, No. 2:18-cv-03438-RMG |

**DEFENDANTS' FIRST OMNIBUS MOTION TO EXCLUDE
PLAINTIFFS' CAUSATION AND PLAUSIBILITY EXPERT TESTIMONY**

Pursuant to Federal Rules of Evidence 702 and Case Management Order Nos. 26-G and 26-J, Defendants' Co-Lead Counsel, on behalf of the *PI Bellwether* Defendants, submit this first omnibus motion to exclude testimony from Dr. Joseph M. Braun, Dr. Robert Bahnson, and Dr. David H. Sherman. As set forth in the accompanying memorandum of law, these experts' opinions do not satisfy the standards for the admission of expert testimony.

Dated: June 17, 2025

Respectfully submitted,

*/s/ Brian Duffy*

Joseph G. Petrosinelli
WILLIAMS & CONNOLLY LLP
680 Maine Ave. S.W.
Washington, D.C.  20024
Tel.: (202) 434-5547
Fax: (202) 434-5029
jpetrosinelli@wc.com

Brian Duffy
DUFFY & YOUNG LLP
96 Broad Street
Charleston, SC  29401
Tel.: (843) 720-2044
Fax: (843) 720-2047
bduffy@duffyandyoung.com

David E. Dukes
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1320 Main Street, 17th Floor
P.O. Box 11070
Columbia, SC  29201
Tel.: (803) 799-2000
Fax: (803) 256-7500
david.dukes@nelsonmullins.com

Michael A. Olsen
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL  60606
Tel.: (312) 701-7120
Fax: (312) 706-8742
molsen@maybrown.com

*Defense Co-Leads*

**CERTIFICATE OF SERVICE**

On June 17, 2025, I electronically submitted the foregoing document with the Clerk of Court, using the electronic case filing system of the Court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).


*/s/ Brian Duffy*
Brian Duffy