# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE:<br>AQUEOUS FILM-FORMING FOAMS<br>PRODUCT LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>NOTICE OF WITHDRAWAL<br>FROM ECF<br><br>**This filing relates to:**<br>*Insurance Auto Auctions, Inc. v.*<br>*Middlesex County Fire Marshal, et al.*<br>No. 2:22-cv-2593 RMG |

To:     The Clerk of Court

Defendant, Middlesex County Fire Marshal, in Member Case 2:22-cv-2593 (RMG) entered into a Voluntary Stipulation of Dismissal, uploaded at (**DOC 59** in Case 2:22-cv-2593) on May 23, 2025 and at (**DOC 7167** on the Lead Case Docket (2:18-mn-2873 RMG) on May 23, 2025.

As such, Middlesex County Fire Marshal, requests to be removed from all future ECF notifications across all filings in the Lead Case:

lori@dvoraklegal.com

ecf@dvoraklegal.com

glempka@dvoraklegal.com

                                                  **DVORAK & ASSOCIATES, LLC**

                                                  */s/ Lori A. Dvorak*
                                                  **LORI A. DVORAK, ESQ.**
                                                  New Jersey Attorney ID #021871992
                                                  lori@dvoraklegal.com
                                                  *Attorneys for Defendant Middlesex County*
                                                  *Fire Marshal*