# EXHIBIT 1



**U.S. Department of Justice**

Christina M. Falk
Assistant Director
Civil Division, Environmental Torts

---

*Telephone: (202) 616-4216*
*Facsimile: (202) 616-4473*
*Email: Christina.Falk@usdoj.gov*

*175 N Street, N.E.*
*3 CON, Room 11.103*
*Washington, DC 20530*

May 11, 2023

**BY EMAIL**
Andrew Croner
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
P: (212) 397-1000
ACroner@NapoliLaw.com

Paul J. Napoli
Puerto Rico Office
1302 Avenida Ponce de Leon
Santurce, Puerto Rico 00907
P: (787) 493-5088
PNAPOLI@NSPRLAW.COM

      Re:    *In re Aqueous Film-Forming Foams Prods. Liab. Litig.*, No. 2:18-mn-02873 (D.S.C.) – List of Custodians for Cannon Air Force Base

Dear Andrew and Paul,

    Per your request, the Air Force has identified the following list of custodians as related exclusively to Cannon Air Force Base.

| Custodian (As it appears on Relativity) | Full Name |
|---|---|
| Canales | Donna Canales |
| Crystal Chavez | Crystal Chavez |
| Dowdy Roy/Roy Dowdy | Roy Dowdy |
| Christopher Gierke | Christopher Gierke |
| Gheesling | Russell Gheesling |
| Hamlett, P | Pamela Hamlett |
| Howard, William | William Howard |
| Lancaster | Ronald Landcaster |
| Pignataro, Joel | Joel Pignataro |
| Schnabel | David Schnabel |

2

| USAF AFSOC 27 SOCS/SCOK | N/A |

    We will continue to provide any updates to this list and a list of custodians from the other Air Force bases on a rolling basis. As I mentioned earlier, all documents collected from National Guard and Army bases already clearly identify in the custodial ID the base where the document custodian was located.

    Best,

    /s/ *Christina M. Falk*
    Christina M. Falk
    *Assistant Director*