IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG <br><br> This Document Relates To All Actions |

**JOINT MOTION FOR ENTRY OF PROPOSED CASE MANAGEMENT ORDER 33A**

The Defense Leadership and Plaintiffs' Executive Committee ("PEC') jointly move this Court to enter Proposed Case Management Order ("CMO") No. 33A, which amends and extends the schedule for the disclosure of expert witnesses, expert discovery and *Daubert* challenges related to thyroid cancer and liver cancer.

On March 26, 2025 this Court issued Case Management Order 33 (ECF No. 6863) a setting a schedule for the disclosure of expert witnesses, expert discovery and Daubert challenges related to thyroid cancer and liver cancer. That schedule called for expert reports to be exchanged beginning on July 11, 2025. Also pursuant to CMO 33, on June 20, 2025 the Court held a Science Day related to these injuries at which the parties presented expert witnesses to address the Court.

The Parties have conferred and agree an extension of the current schedule for expert discovery related to these injuries is appropriate. The Parties' respective experts would benefit from additional time to prepare expert reports. Such time would in particular allow the experts to address the specific questions and issues raised by the Court. Accordingly, the Parties jointly seek an extension of each deadline in CMO 33 by approximately four weeks, as laid out more specifically in the attached Proposed CMO 33A.

WHEREFORE, the Parties respectfully request that the Court enter proposed Case Management Order 33A, attached as Exhibit A.

1

Respectfully submitted,

Dated: July 7, 2025                                                      Respectfully submitted,

<u>/s/ Fred Thompson</u>                                                 <u>/s/ Michael A. Olsen</u>

Fred Thompson                                                            Michael A. Olsen
Motley Rice LLC                                                          Mayer Brown LLP
28 Bridgeside Blvd.                                                      71 South Wacker Drive
Mount Pleasant, SC 29464                                                 Chicago, IL 60606
P: (843) 216-9658                                                        P: (312) 701-7120
fthompson@motleyrice.com                                                 molsen@mayerbrown.com

*Plaintiffs' Liaison Counsel*                                            Joseph G. Petrosinelli
                                                                         Williams & Connolly LLP
Michael A London                                                         725 Twelfth Street, N.W.
Douglas and London PC                                                    Washington DC 20005
One State Street, 35th Floor                                             P: (202) 434-5547
New York, NY 10004                                                       jpetrosinelli@wc.com
P: (212) 566-7500
mlondon@douglasandlondon.com                                             *Co-Lead Counsel for Defendants*

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue,
Suite 1100
Dallas, TX 75219
P: (214) 521-3605
ssummy@baronbudd.com

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
P: (843) 216-9000
jrice@motleyrice.com

*Co-lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/Fred Thompson III
Fred Thompson III
Motley Rice
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
843-216-9118
fthompson@motleyrice.com

*Plaintiffs' Liaison Counsel*
