**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) MDL No. 2:18-mn-2873-RMG<br><br>CASE MANAGEMENT ORDER NO. 33A<br><br>This Order Relates to All Cases |

**CASE MANAGEMENT ORDER NO 33A**
**(AMENDING THE DEADLINES FOR DISCLOSURE OF EXPERT WITNESSES, EXPERT DISCOVERY AND DAUBERT CHALLENGES FOR THYROID AND LIVER CANCER)**

On March 26, 2025 this Court issued Case Management Order 33 (ECF No. 6863) a setting a schedule for the disclosure of expert witnesses, expert discovery and *Daubert* challenges related to thyroid cancer and liver cancer. On June 20, 2025 the Court held a Science Day related to these injuries at which the parties presented expert witnesses to address the Court.

The Court now amends and extends the schedule for the disclosure of expert witnesses, expert discovery and *Daubert* challenges related to thyroid cancer and liver cancer as follows:

- Plaintiffs' general causation expert reports shall be due August 8, 2025. Plaintiffs shall offer at least 2 dates for depositions for each expert tendering such reports.

- Defendants' general causation expert reports shall be due September 26, 2025. Defendants shall offer at least 2 dates for depositions for each expert tendering any such reports

- Plaintiffs' rebuttal general causation expert reports, if any, shall be due October 10, 2025.

1

- The Parties intend that the limitations on expert discovery set forth in Rule 26 of the Federal Rules of Civil Procedure, including the provisions of Rule 26(b)(4)(A)-(D) limiting discovery with respect to draft reports, communications with experts, and depositions of consulting experts, shall apply.

By no later than October 17, 2025, Plaintiff and Defense Co-Lead Counsel shall meet and confer regarding a proposed order setting a schedule for expert depositions and Daubert/Rule 702 briefing. Co-Lead Counsel shall submit to the Court by October 24, 2025, an agreed proposed order or, if unable to agree, competing proposed orders.

**IT IS SO ORDERED.**

Dated: July 7 2025  
Charleston, South Carolina

s/Richard M. Gergel  
Hon. Richard M. Gergel  
United States District Judge