IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No.: 2873<br><br>This Document Relates to:<br><br>*Hills, et al. v. 3M Company, et al.*<br>2:25-cv-04054-RMG |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Plaintiff Erik Morales ("Plaintiff") initiated the above-referenced action by filing a Complaint against Defendants. Defendants have not answered, moved, or otherwise responded to the Complaint. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses the above-referenced action without prejudice.

All claims brought by the remaining Plaintiffs in this action shall remain against all Defendants and are not dismissed.

Dated: New York, New York
      July 16, 2025

Respectfully submitted,

*/s/ Nicholas R. Farnolo*
Nicholas R. Farnolo, Esq.
CHAFFIN LUHANA LLP
600 Third Avenue, 12th Floor
New York, New York 10016
Farnolo@chaffinluhana.com
(888) 480-1123 telephone
(888) 499-1123 facsimile

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 16, 2025, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

*/s/ Nicholas R. Farnolo*
Nicholas R. Farnolo
