**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **JAMES DICKOF** | **MDL NO. 2873** |
| Plaintiff, | **MASTER DOCKET NO.: 2:18-mn-2873-RMG** |
| vs. | **JUDGE RICHARD GERGEL** |
| **3M COMPANY ET AL.** | **CIVIL ACTION NO.: 2:24-cv-06875-RMG** |
| Defendants. | |

## PLAINTIFF'S EXPERT DISCLOSURE

COMES NOW the Plaintiff, James Dickof, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 26(a)(2) and the Second Amended Case Management Order No. 28, hereby serves his Disclosure of Experts, as follows, upon the following Defendants 3M COMPANY (f/k/a Minnesota Mining and Manufacturing Company); AGC CHEMICALS AMERICAS, INC.; ALLSTAR FIRE EQUIPMENT CO.; AMEREX CORPORATION; ARCHROMA U.S., INC.; ARKEMA INC.; BASF CORPORATION, Individually and as Successor-in-Interest to Ciba, Inc.; BUCKEYE FIRE EQUIPMENT COMPANY; CARRIER FIRE & SECURITY CORPORATION; CARRIER GLOBAL CORPORATION; CB GARMENT, INC.; CHEMDESIGN PRODUCTS, INC.; CHEMGUARD, INC.; CHEMICALS INCORPORATED; CHUBB FIRE, LTD.; CLARIANT CORPORATION, Individually and as Successor-in-Interest to Sandoz Chemical Corp.; CORTEVA, INC.; DAIKIN AMERICA, INC.; DEEPWATER CHEMICALS, INC.; DUPONT DE NEMOURS, INC. (f/k/a DowDuPont, Inc.); DYNAX CORP.; E.I. DUPONT DE NEMOURS AND COMPANY, Individually and as Successor-

in-Interest to DuPont Chemical Solutions Enterprise; FIRE-DEX, LLC; FIRE SERVICE PLUS, INC.; GLOBE MANUFACTURING COMPANY, LLC; HONEYWELL SAFETY PRODUCTS USA, INC. INNOTEX CORP.; KIDDE PLC, INC.; LION GROUP, INC.; L.N. CURTIS AND SONS; MALLORY SAFETY AND SUPPLY LLC; MILLIKEN & COMPANY; MINE SAFETY APPLIANCES CO., INC.; MUNICIPAL EMERGENCY SERVICES, INC.; NATION FORD CHEMICAL COMPANY; NATIONAL FOAM, INC.; PBI PERFORMANCE PRODUCTS, INC.; PERIMETER SOLUTIONS, LP; RAYTHEON TECHNOLOGIES CORPORATION; RICOCHET MANUFACTURING COMPANY, LLC; SAFETY COMPONENTS FABRIC TECHNOLOGIES, INC.; SOUTHERN MILLS, INC.; STEDFAST USA, INC.; THE CHEMOURS COMPANY, Individually and as Successor-in-Interest to DuPont Chemical Solutions Enterprise; THE CHEMOURS COMPANY FC, LLC, Individually and as Successor-in-Interest to DuPont Chemical Solutions Enterprise; TYCO FIRE PRODUCTS L.P.; UNITED TECHNOLOGIES CORP.; UTC FIRE & SECURITY AMERICAS CORP., INC.; VERIDIAN LIMITED; WITMER PUBLIC SAFETY GROUP, INC.; and W.L. GORE & ASSOCIATES, INC. (collectively, "Defendants"):

**Retained Expert Witnesses:**

1. James Lawrence Pearle, MD
   PO Box 157
   Corona Del Mar, California 92625

   **EDUCATION**

   ▪ MD, New York Medical College, New York, New York (1973)

   ▪ BA, Biology, University of Chicago, Chicago, Illinois (1969)

**POST GRADUATE STUDIES**

- Fellowship – Pulmonary – University of Illinois Medical Center, Chicago, Illinois (1977-1979)

- Residency – George Washington University, Washington, D.C. (1975-1977)

- Internship – Kaiser Hospital, Oakland, California (1973-1974)

**BOARD CERTIFICATIONS**

- Pulmonary Disease (1980)

- Internal Medicine (1977)

Dr. James L. Pearle ("Dr. Pearle") will testify as to his qualification, evaluation of facts, circumstances, and opinions in this matter related to Plaintiff's exposure and Plaintiff's condition as set forth in the expert report. Dr. Pearle will testify to general and specific causation for the specific diseases and conditions of Plaintiff. Dr. Pearle will testify consistent with the report provided. Dr. Pearle's curriculum vitae delineates his qualifications and publications. Plaintiff is serving Defendants with Dr. Pearle's expert report, curriculum vitae, testimony list, and statement of compensation as required by Fed. R. Civ. P. 26(a)(2).

The basis of Dr. Pearle's opinions are set in detail in his report.

2. Stuart Bagley, MS, CIH, CSP
   IAQ-EMF Consulting Inc.
   10453 Lexington Cir S.
   Boyton Beach, Florida 33436

   **EDUCATION**

- MS, Occupational & Environmental Health, Wayne State University

- BS, Biology (Chemistry minor), University of Michigan

3

**CERTIFICATIONS**

- Certified Industrial Hygienist (CIH)

- Certified Safety Professional (CSP)

Stuart Bagley ("Mr. Bagley") will testify as to his qualification, evaluation of facts, circumstances, and opinions in this matter related to Plaintiff's exposure and Plaintiff's condition as set forth in the expert report. Mr. Bagley will testify to general and specific causation for the specific diseases and conditions of Plaintiff. Mr. Bagley will testify consistent with the report provided. Mr. Bagley's curriculum vitae delineates his qualifications and publications. Plaintiff is serving Defendants with Mr. Bagley's expert report, curriculum vitae, testimony list, and statement of compensation as required by Fed. R. Civ. P. 26(a)(2).

The basis of Mr. Bagley's opinions are set in detail in his report.

The experts will testify about causation, the extent and nature of Plaintiff's injuries, and damages caused by and directly related to the injuries as alleged in the complaint.

Plaintiff reserves the right to elicit opinion testimony from any other witness who may be called a trial of this matter and who may, although not retained as an expert for purposes of this litigation, be competent to provide an opinion on any issues relevant to this action based upon his or her background, education, training, and/or experience.

Undersigned counsel hereby certifies that written reports prepared and signed by each of these experts, including all information required by Fed. R. Civ. P. 26(a)(2), has been disclosed to Defendants.

**Treating Providers:**

The medical providers listed below are not retained as expert witnesses in this matter. They may be called to testify as to their treatment of Plaintiff as reflected in their medical records.

Pursuant to Fed. R. Civ. P. 26(a)(2)(C), Plaintiff may present expert opinions from any of Plaintiff's medical providers, to include but not limited to:

- Michael Cleary, MD, Shannon Kopp, PA-C, Shanice Lashay Hayes, RN, Andrew Muser, RN, and physicians at Mercy Hospital, 615 S New Ballas Rd, Suite 1200, St. Louis, MO 63141

- Kelly D Gage MD and physicians at Mercy Clinic Primary Care, 12200 Weber Hill Road, Suite 100, St. Louis, MO 63127

- Claire L. Fitzhigh, RN, Marla Tapia, RN, Danielle Kaestner, RN, Elizabeth Durbin, RN, and physicians at Mercy Infusion Center Clarkson Valley, 15945 Clayton Rd. Ste 150, Ballwin, MO 63011-2146

who will testify as non-retained expert witnesses. They are expected to testify as to Plaintiff's injuries, medical care and treatment, permanency and damages as indicated in the medical records.

Plaintiff James Dickof received medical treatment, counseling or services from numerous medical providers, doctors, nurses, physicians, all of whom may be called as witnesses to testify about the past and future medical conditions associated with Mr. Dickof's injuries. Plaintiff reserves the right to call any of these persons as witnesses at

trial to testify within the scope of their expert or factual knowledge related to Mr. Dickof's condition.

Plaintiff reserves the right to submit supplemental and/or rebuttal expert testimony.

Date: July 20, 2025                          Respectfully submitted,

                                             **THE PELS LAW FIRM L.L.C**
                                             /s/ Jon D. Pels_____
                                             Jon D. Pels, Esq., MD Bar No.: 11883
                                             jpels@pelslaw.com
                                             The Pels Law Firm LLC
                                             4845 Rugby Avenue, Third Floor
                                             Bethesda, MD 20814
                                             (301) 986-5570 (T)
                                             (301) 986-5571 (F)
                                             *Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on <u>July 20, 2025</u>, I caused a true and correct copy of the foregoing to be filed via the Court's ECF filing system, which will automatically send notice of same to all registered counsel of record, and served via electronic-mail and first-class mail, postage pre-paid, to:

Counsel for 3M COMPANY (f/k/a Minnesota Mining and Manufacturing Company):
    Michael A. Olsen
    Daniel L. Ring
    MAYER BROWN LLP
    71 South Wacker Drive
    Chicago, IL 60606
    molsen@mayerbrown.com
    dring@mayerbrown.com

    Brian Duffy
    Duffy & Young LLC
    96 Broad Street

6

Charleston, SC 29401
bduffy@duffyandyoung.com
3M_Service_AFFF_MDL@duffyandyoung.com

Adria Conklin
Mary Catherine Way
DLA Piper LLP
10809 Executive Center Drive
Suite 205
Little Rock, AR 72211
Adria.conklin@pcwlawllc.com
Marycatherine.way@pcwlawllc.com

Alysha Bohanon
Beth A Wilkinson
Brian L Stekloff
Jolee Porter
Keri L Arnold
Ralia Polechronis
Wilkinson Stekloff LLP
2001 M Street NW
Suite 10th Floor
Washington, DC 20036
abohanon@wilkinsonstekloff.com
bwilkinson@wilkinsonstekloff.com
bstekloff@wilkinsonstekloff.com
jporter@wilkinsonstekloff.com
karnold@wilkinsonstekloff.com
rpolechonis@wilkinsonstekloff.com

Daniel Leslie Ring
Richard F Bulger
Tyler D Alfermann
Priya Desai
Jenner and Block
353 N Clark Street
Chicago, IL 60654
Dring@jenner.com
rbulger@jenner.com
talfermann@jenner.com
pdesai@jenner.com

David Michael Cohen
Raquel Lucas Herraiz

Butler Snow LLP
810 7th Avenue
Suite 1105
New York, NY 10019
David.cohen@butlersnow.com
Raquel.lucas@butlersnow.com

Paul S Rosenblatt
Butler Snow
1020 Highland Colony Parkway
Suite 1400
Ridgland, MS 39157
Paul.rosenblatt@butlersnow.com

Philip Judson Combs
Sarah A Meadows
Sherrie Armstrong Davis
James A Proctor
Natalie Atkinson
Thomas Combs and Spann PLLC
300 Summers Street
Suite 1380
Charleston, WV 25301
pcombs@tcspllc.com
smeadows@tcspllc.com
sarmstrongdavis@tcspllc.com
jproctor@tcspllc.com
natkinson@amplaw.com

Trevor J Keenan
Jacob J Lantry
Campbell Conroy and O'Neil PC
20 City Square Suite 300,
Charlestown, MA 02129
tkeenan@campbell-trial-lawyers.com
jlantry@campbell-trial-lawyers.com

Andrew Rima
Craig Woods
Ken Baum
Laura A Sexton
Goldman Ismail Tomaselli Brennan and Baum LLP
200 South Wacker Drive
Suite 22nd Floor

Chicago, IL 60606
arima@goldmanismail.com
cwoods@goldmanismail.com
kbaum@goldmanismail.com
lsexton@goldmanismail.com

Christine Prugh Payne
Gunster, Yoakley & Stewart P.A.
777 South Flagler Drive
Suite 500 East
West Palm Beach, FL 33401
cpayne@gunster.com

Lauren R Goldman
Gibson Dunn and Crutcher LLP
200 Park Avenue
47th Floor
New York, NY 10166
lgoldman@gibsondunn.com

Counsel for AGC CHEMICALS AMERICAS, INC.:

Andrew Kaplan
Peter Condron
Crowell and Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
akaplan@crowell.com
pcondron@crowell.com
agccaservice@crowell.com

Terri A Sutton
Kennedys CMK LLP
1420 Fifth Avenue
Suite 220
Seattle, WA 98101
Terri.sutton@kennedyslaw.com

Counsel for ALLSTAR FIRE EQUIPMENT CO.:
J. Scott Wood
Chris Furman
The Wood Group PLLC
600 Stewart Street
Suite 400

Seattle, WA 98104
swood@woodgrlaw.com
vleeper@woodgrlaw.com
cfurman@woodgrlaw.com
service@woodgrlaw.com

Elizabeth J. Carpenter
Cozen O-Conner (CA)
601 South Figueroa Street
Suite 3700
Los Angeles, CA 90071
ecarpenter@cozen.com

Zackary Paal
Gordon Rees Scully Mansukhani
701 Fifth Avenue
Ste. 2100
Seattle, WA 98104
zpaal@grsm.com

Counsel for AMEREX CORPORATION:
J Alan Truitt
Christopher James Williams
Evan Allister Ward
Kazmarek Mowrey Cloud Laseter LLP
1914 4th Avenue N
Suite 400
Birmingham, AL 35203
atruitt@kmcllaw.com
lkerrigan@kmcllaw.com
cjwilliams@kmcllaw.com
eward@kmcllaw.com

Jennifer A Simon
Kazmarek Mowrey Cloud Laseter LLP
1200 Peachtree Street NE
Suite 600
Atlanta, GA 30309
jsimon@kmcllaw.com

Robert Bruce Wallace
Maynard Nexsen
205 King Street
Suite 400

10

Charleston, SC 29401
bwallace@maynardnexsen.com
mtrevino@maynardnexsen.com

Counsel for ARCHROMA U.S., INC.:
Alexandra Caritis
Kirkland and Ellis LLP
609 Main Street
Suite 4500
Houston, TX 77002
Alexandra.caritis@kirkland.com

Kelli M Mulder
Kirkland and Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Kelli.mulder@kirkland.com

Peter A Farrell
Sarah E McVay
Tia Trout Perez
Michael F Williams
Kirkland and Ellis LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
Peter.farrell@kirkland.com
Sarah.mcvay@kirkland.com
Ttrout-perez@kirkland.com
ArchromaUS_AFFFMDL_Service@kirkland.com
mwilliams@kirkland.com

Steven D. Weber
PARKER POE ADAMS & BERNSTEIN LLP
620 South Tryon Street, Suite 800
Charlotte, North Carolina 28202
steveweber@parkerpoe.com
charlesraynal@parkerpoe.com
janicestafford@parkerpoe.com

Robert H. Jordan
PARKER POE ADAMS & BERNSTEIN LLP
850 Morrison Drive
Suite 400
Charleston, SC 29403

11

robertjordan@parkerpoe.com

Counsel for ARKEMA INC.:
Daniel A Spira
Michael L Lisak
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
dspira@sidley.com
AFFFArkemaService@sidley.com
mlisak@sidley.com

James A King
Porter Wright Morris and Arthur LLP
41 South High Street
Columbus, OH 43215
jking@porterwright.com

Paul J Zidlicky
Claire Homsher
Sidley Austin
1501 K Street NW
Suite 600
Washington, DC 20005
pzidlicky@sidley.com
chomsher@sidley.com

Heidi Levine
Alan E. Rothman
SIDLEY AUSTIN LLP
787 7th Avenue
New York, NY 10019
hlevine@sidley.com
arothman@sidley.com

Lisa M. Gilford
SIDLEY AUSTIN LLP
350 S Grand Ave
Los Angeles, CA 90071
lgilford@sidley.com

Counsel for BASF CORPORATION, Individually and as Successor-in-Interest to Ciba, Inc.:
Matthew A. Holian

Jessica Wilson
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, Massachusetts 02110
matt.holian@us.dlapiper.com
jessica.wilson@dlapiper.com
BASF-AFFF-Service@dlapiper.com

John Wellschlager
DLA PIPER LLP (US)
650 South Exeter Street Suite 1100
Baltimore, Maryland 21202
john.wellschlager@us.dlapiper.com

Craig Dashiell
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, New York 10020
cdashiell@lowenstein.com

Counsel for BUCKEYE FIRE EQUIPMENT COMPANY:
Michael L. Carpenter
Christopher M. Whelchel
Marshall P. Walker
GRAY, LAYTON, KERSH,
SOLOMON, FURR & SMITH, P.A.
516 South New Hope Road
P.O. Box 2336
Gastonia, NC 28053
mcarpenter@gastonlegal.com
cwhelchel@gastonlegal.com
mwalker@gastonlegal.com
BuckeyeAFFFservice@gastonlegal.com

Counsel for CARRIER GLOBAL CORPORATION, UNITED TECHNOLOGIES CORP.,
RAYTHEON TECHNOLOGIES CORPORATION:
Jonathan Isaac Handler
Day Pitney, LLP
One Federal Street
29th Floor
Boston, MA 02110
jihandler@daypitney.com
KiddeDefendantsAFFF@daypitney.com

13

Robert J Giuffra, Jr
Adam Brebner
Justin DeCamp
Nicole Friedlander
William B Monahan
Sullivan and Cromwell LLP
125 Broad Street
New York, NY 10004
giuffrar@sullcrom.com
brebnera@sullcrom.com
decampj@sullcrom.com
friedlandern@sullcrom.com
monahanw@sullcrom.com

Judson Owen Littleton
Sullivan and Cromwell LLP
1700 New York Avenue
Washington, DC 20006
littletonj@sullcrom.com

CB GARMENT, INC.:
830 Wilson Street
Eugene, OR 97402

Corporation Service Company
Registered Agent for CB Garment, Inc.
1127 Broadway St NE
Suite 310
Salem, OR 97301

Counsel for CHEMDESIGN PRODUCTS, INC.:
GORDON REES SCULLY MANSUKHANI, LLP
J. Hayes Ryan
Jonathan B. Blakley
One North Franklin
Suite 1600
Chicago, Illinois 60606
hayesryan@grsm.com
jblakeley@grsm.com
CDPI-AFFFMDLService@grsm.com

Counsel for CHEMGUARD, INC. and TYCO FIRE PRODUCTS L.P.:
David E. Dukes
Amanda S Kitts

14

NELSON MULLINS RILEY &
SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
david.dukes@nelsonmullins.com
Amanda.kitts@nelsonmullins.com

Joseph G. Petrosinelli
Jessica L. Pahl
Jacqueline Liat Rome
Williams & Connolly LLP
680 Maine Ave S.W.
Washington, DC 20024
jpetrosinelli@wc.com
jpahl@wc.com
lrome@wc.com
afffservice@wc.com
mdlafff@jci.com
Brian C Duffy
Duffy and Young LLC
96 Broad Street
Charleston, SC 29401
bduffy@duffyandyoung.com

Michael A Olsen
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
molsen@mayerbrown.com

Counsel for CHEMICALS INCORPORATED:
Oliver E Twaddell
Goldberg Segalla
711 3rd Avenue
Suite 1900
New York, NY 10017
otwaddell@goldbergsegalla.com
jparker@goldbergsegalla.com

Counsel for CHUBB FIRE, LTD.:
Ann Elizabeth Sternhell Blackwell
Richard P Cassetta
Stefani L Wittenauer
Bryan Cave Leighton Paisner LLP

15

211 North Broadway
Suite 3600
St. Louis, MO 63102
Liz.blackwell@bclplaw.com
Richard.cassetta@bclplaw.com
Stefani.wittenauer@bclplaw.com
Chubb_Service_AFFFMDL@bclplaw.com

Counsel for CLARIANT CORPORATION, Individually and as Successor-in-Interest to
Sandoz Chemical Corp.:
Steven D. Weber
PARKER POE ADAMS & BERNSTEIN LLP
620 South Tryon Street, Suite 800
Charlotte, North Carolina 28202
steveweber@parkerpoe.com
janicestafford@parkerpoe.com

Melanie Black Dubis
Charles E. Raynal
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
melaniedubis@parkerpoe.com
charlesraynal@parkerpoe.com

Robert H. Jordan
PARKER POE ADAMS & BERNSTEIN LLP
850 Morrison Dr
Suite 400,
Charleston, SC 29403
robertjordan@parkerpoe.com

Counsel for CORTEVA, INC., DUPONT DE NEMOURS, INC. (f/k/a DowDuPont, Inc.),
E.I. DUPONT DE NEMOURS AND COMPANY (Individually and as Successor-in-
Interest to DuPont Chemical Solutions Enterprise), THE CHEMOURS COMPANY
(Individually and as Successor-in-Interest to DuPont Chemical Solutions Enterprise), THE
CHEMOURS COMPANY FC, LLC (Individually and as Successor-in-Interest to DuPont
Chemical Solutions Enterprise):
SHOOK, HARDY & BACON LLP
Brent Dwerlkotte
Amy M. Crouch
Jennifer E. Hackman
2555 Grand Boulevard
Kansas City, MO 64108

16

dbdwerlkotte@shb.com
amcrouch@shb.com
jhackman@shb.com
DBDWERLKOTTE@shb.com
sdrum@shb.com

HOOD LAW FIRM, LLC
Molly H. Craig
James B. Hood
Virginia Rogers Floyd
172 Meeting Street
Post Office Box 1508
Charleston, SC 29402
molly.craig@hoodlaw.com
james.hood@hoodlaw.com
virginia.floyd@hoodlaw.com

Counsel for DAIKIN AMERICA, INC.:
Theodore M Grossman
Rebekah E. Blake
Jones Day
250 Vesey Street
New York, NY 10281
tgrossman@jonesday.com
reblake@jonesday.com
cyeilding@balch.com
Support.Legal@daikin-america.com
EXT-AFFFMDLServiceDaikinAm@groups.jonesday.com

Steven N. Geise
Jones day
4655 Executive Drive
Suite 1500
San Diego, CA 92121
sngeise@jonesday.com

Louis A. Chaiten
James R. Saywell
Jones Day
901 Lakeside Ave East
Cleveland, Ohio 44114
lachaiten@jonesday.com
jsaywell@jonesday.com

Counsel for DEEPWATER CHEMICALS, INC.:
    Kurt D. Weaver
    Shook Hardy and Bacon LLP (IL)
    111 S Wacker Drive
    Suite 4700
    Chicago, IL 60606
    kweaver@shb.com
    Deepwater_AFFF_Service@shb.com

Counsel for DYNAX CORP.:
    Addie K.S. Ries
    Kirk G. Warner
    Clifton L. Brinson
    Danielle Barbara Dobosz
    SMITH, ANDERSON, BLOUNT, DORSETT,
    MITCHELL & JERNIGAN, L.L.P.
    150 Fayetteville Street
    Suite 2300
    Raleigh, North Carolina 27601
    aries@smithlaw.com
    kwarner@smithlaw.com
    cbrinson@smithlaw.com
    DynaxService@smithlaw.com
    ddobosz@smithlaw.com

Counsel for FIRE-DEX, LLC:
    Kevin Kenneally
    Noel Couch
    Freeman Mathis and Gary LLP
    One Boston Place
    201 Washington Street
    Suite 2200
    Boston, MA 02108
    kkenneally@fmglaw.com
    kevin.kenneally@fmglaw.com
    ncouch@fmglaw.com

    Joshua Ferguson
    James Mathew
    Freeman Mathis and Gary LLP
    1600 Market Street
    Suite 1210
    Philadelphia, PA 19103
    jferguson@fmglaw.com

Joshua.ferguson@fmglaw.com
jmmathew@fmglaw.com
james.mathew@fmglaw.com
jgreenfelder@bdblaw.com

FIRE SERVICE PLUS, INC.:
Fire Services Plus, Inc.
c/o Ron Thames
473 Dividend Dr
Peachtree City, GA 30269

Counsel for GLOBE MANUFACTURING COMPANY, LLC:
James L Stengel
Paige Pavone
Orrick Herrington and Sutcliffe LLP
51 West 52nr Street
New York, NY 10019
jstengel@orrick.com
ppavone@orrick.com
AFFF_MDL_Service@orrick.com

Counsel for HONEYWELL SAFETY PRODUCTS USA, INC.:
Stephen D Feldman
Robinson Bradshaw and Hinson PA
434 Fayetteville Street
Suite 1600
Raleigh, NC 27601
sfeldman@robinsonbradshaw.com

Amanda Pickens Nitto
Gregory Lee Skidmore
Robinson Bradshaw and Hinson
600 South Tyron Street
Suite 2300
Charlotte, NC 28202
anitto@robinsonbradshaw.com
gskidmore@robinsonbradshaw.com
HON-MDL2873-Pleadings@robinsonbradshaw.com

Counsel for INNOTEX CORP.:
GOLDBERG SEGALLA LLP
George H. Buermann
Thomas S. Holmgren
Rosemarie C. Hebner

1037 Raymond Boulevard
Suite 1010
Newark, New Jersey 07102
gbuermann@goldbergsegalla.com
tholmgren@goldbergsegalla.com
jparker@goldbergsegalla.com
rhebner@goldbergsegalla.com

Counsel for CARRIER FIRE & SECURITY CORPORATION, KIDDE PLC, INC., UTC
FIRE & SECURITY AMERICAS CORP., INC.:
Adam Brebner
Sullivan and Cromwell LLP
125 Broad Street
New York, NY 10004
brebnera@sullcrom.com
KiddeDefendantsAFFF@daypitney.com

Counsel for LION GROUP, INC.:
Glenn A. Friedman
Paul A. Desrochers
LEWIS BRISBOIS BISGAARD & SMITH LLP
45 Fremont St
Suite 3000
San Francisco, CA 94105
Glenn.Friedman@lewisbrisbois.com
Paul.Desrochers@lewisbrisbois.com

Counsel for L.N. CURTIS AND SONS:
Brian Ledger
Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, California 92101
bledger@grsm.com
AFFF-LNCurtis-MDLService@grsm.com

Counsel for MALLORY SAFETY AND SUPPLY LLC:
Christopher Strunk
Gordon Rees Scully Mansukhani
315 Pacific Avenue
San Francisco, CA 94111
cstrunk@grsm.com
cwheatley@grsm.com
mmehall@grsm.com
scoyne@grsm.com

Sarah.Sanford@mallory.com

Peter C Condron
Crowell and Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
pcondron@crowell.com

Counsel for MILLIKEN & COMPANY:
Rachael Lewis Anna
Wyche, P.A.
200 East Broad Street, Suite 400
Greenville, SC 29601
ranna@wyche.com

Counsel for MINE SAFETY APPLIANCES CO.:
Dominique Savinelli
Husch Blackwell Llp
120 South Riverside Plaza
Suite 2200
Chicago, IL 60606-3912
Dominique.savinelli@huschblackwell.com
AFFF_MDL_Service@huschblackwell.com

Scott Michael Watson
Barnes and Thornburg
171 Monroe Avenue NW
Suite 1000
Grand Rapids, MI 49503
Scott.watson@btlaw.com

Joseph C Orlet
Husch Blackwell (MO)
8001 Forsyth Boulevard
Suite 1500
St. Louis, MO 63105
Joseph.orlet@huschblackwell.com

Paul Angelo Calfo
Husch Blackwell (CA)
355 South Grand Avenue
Suite 2850
Los Angeles, CA 90071
Paul.calfo@huschblackwell.com

21

Counsel for MUNICIPAL EMERGENCY SERVICES, INC. and NATION FORD
CHEMICAL COMPANY:
     Ruth Ann Levy
     Womble Bond Dickinson
     1221 Main Street
     Suite 1600
     Columbia, SC 29201
     Ruth.Levy@wbd-us.com
     NationFord@wbd-us.com
     MES@wbd-us.com
     MES@KCIC.com

Counsel for NATIONAL FOAM, INC.:
     Greenberg Traurig, LLP
     Keith E. Smith
     Caleb J Holmes
     Jillian Cherly Kirn
     Kaitlyn R Maxwell
     Three Logan Square
     1717 Arch Street, Suite 400
     Philadelphia, PA 19103
     smithkei@gtlaw.com
     holmesc@gtlaw.com
     kirnj@gtlaw.com
     maxwellk@gtlaw.com
     NationalFoam_Service_of_Process@gtlaw.com

Counsel for PBI PERFORMANCE PRODUCTS, INC.:
     Kelsey J Moe
     Peter James Van Zandt
     Allen Glaessner Hazelwood and Werth LLP
     180 Montgomery Street
     Suite 1200
     San Francisco, CA 94104
     kmoe@aghwlaw.com
     pvanzandt@aghwlaw.com

     9800-d Southern Pine Blvd.
     Charlotte, SC 28273

Counsel for PERIMETER SOLUTIONS, LP:
     Matthew D Thurlow
     Morgan Lewis

1111 Pennsylvania Avenue NW
Washington, DC 20004
matthew.thurlow@morganlewis.com
perimeterservice@morganlewis.com

Counsel for RICOCHET MANUFACTURING COMPANY, LLC:
David F. Edelstein
Grace Baccare
Archer & Greiner, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043
dedelstein@archerlaw.com
gbaccare@archerlaw.com
Ricochet-AFFFMDLService@archerlaw.com

Counsel for SAFETY COMPONENTS FABRIC TECHNOLOGIES, INC.:
Jason Robert Benton
Parker Poe Adams and Bernstein
620 South Tryon Street
Suite 800
Charlotte, NC 28202
jasonbenton@parkerpoe.com
ppab-etpfasdefense@parkerpoe.com

Counsel for SOUTHERN MILLS, INC.:
James F Bogan, III
Bennett T Richardson
Curtis Allen Garrett, Jr
Kilpatrick Townsend and Stockton LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309
jbogan@kilpatricktownsend.com
btrichardson@kilpatricktownsend.com
agarrett@kilpatricktownsend.com
mdlservice@tencatefabrics.com
SMI-Mauldin-MDL@kilpatricktownsend.com

Counsel for STEDFAST USA, INC.:
Geoffrey M Coan
Vanessa V Pisano
Robert Buchholz
Hinshaw and Culbertson
53 State Street

27th Floor
Boston, MA 02109
gcoan@hinshawlaw.com
vpisano@hinshawlaw.com
rbuchholz@hinshawlaw.com
stedfastservice@hinshawlaw.com

George V Hanna, IV
Howser Newman and Besley
1508 Washington Street
PO Box 12009
Columbia, SC 29211
ghanna@hnblaw.com

Counsel for VERIDIAN LIMITED:
Stephanie G. Flynn
Nicolas J. Cherry
FOX ROTHSCHILD LLP
2 W. Washington St., Ste. 1100
PO Box 87,
Greenville, SC 29602
sgflynn@foxrothschild.com
ncherry@foxrothschild.com
lrussell@foxrothschild.com
kkolb@foxrothschild.com

Counsel for WITMER PUBLIC SAFETY GROUP, INC.:
Mark S. Barrow
Madison C. Killen
Sweeny, Wingate & Barrow, P.A.
1515 Lady Street
Post Office Box 12129
Columbia, SC 29211
msb@swblaw.com
mkk@swblaw.com

Counsel for W.L. GORE & ASSOCIATES, INC.:
Jeremy B. Esterkin
Morgan Lewis and Bockius LLP
300 South Grand Avenue
22nd Floor
Los Angeles, CA 90071
Jeremy.esterkin@morganlewis.com

Mark Steven Cheffo
Dechert LLP
1095 6th Ave
New York, NY 10036
Mark.cheffo@dechert.com
WLGore_AFFFMDL_Service@lists.dechert.com

/s/ Jon D. Pels
Jon D. Pels, Esq.