IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**This Document Relates to**<br>**ALL CASES** |

**JOINT MOTION FOR EXTENSION OF TIME TO PROPOSE A PROCESS FOR SELECTING ADDITIONAL DISCOVERY POOL PLAINTIFFS FOR TIER 2 GROUP B**

Pursuant to Local Civ. Rule 6.01 (D.S.C.), Co-Lead Counsel for Plaintiffs and Defendants respectfully move this Court for a brief extension of time to propose a process for selecting which of the Additional Discovery Pool Plaintiffs should be included as Tier 2 Group B Cases. This Motion is based on the following grounds:

1. Pursuant to CMO 26.H. [Dkt. No. 7040], the parties are to propose a process for selecting which of the Additional Discovery Pool Plaintiffs should be included as Tier 2 Group B Cases by no later than July 21, 2025. (CMO 26.H. ¶ 3).

2. CMO 26.H also provides that in advance of the August 8, 2025 status conference, the parties shall: (a) advise the Court as to the progress of Tier 2 Discovery for the Group B cases (CMO 26.H. ¶ 5); and (b) submit to the Court a proposed expert discovery schedule for currently selected Group B cases and any proposed additional Group B cases. (CMO 26.H. ¶ 6).

3. The parties jointly request an extension of time as to the July 21, 2025 deadline for the parties to propose a process for selecting which of the Additional Discovery Pool Plaintiffs should be included as Tier 2 Group B Cases to allow them to attempt to reach agreement on a

1

proposed process. The parties further propose that the parties submit the proposed process for selecting which of the Additional Discovery Pool Plaintiffs should be included as Tier 2 Group B Cases in conjunction with the deadlines described in Paragraph 2, above.

4. Accordingly, the parties request an extension of fourteen (14) days to propose a process for selecting which of the Additional Discovery Pool Plaintiffs should be included as Tier 2 Group B Cases. With this requested extension, the deadline for submitting the proposed process will be August 4, 2025. The parties also intend to advise the Court as to the progress of Tier 2 Discovery for the Group B Cases and submit to the Court a proposed expert discovery schedule for currently selected Group B cases and any proposed additional Group B cases on August 4, 2025.

WHEREFORE, Co-Lead Counsel for Plaintiffs and Defendants respectfully request that the Court extend the time for the parties to propose a process for selecting which of the Additional Discovery Pool Plaintiffs should be included as Tier 2 Group B Cases to August 4, 2025.

Dated: July 21, 2025

Respectfully submitted,

| */s/Michael A. London* | */s/Joseph G. Petrosinelli* |
|---|---|
| Michael A London | Joseph G. Petrosinelli |
| Douglas and London PC | Williams & Connolly LLP |
| One State Street, 35th Floor | 680 Maine Ave., S.W. |
| New York, NY 10004 | Washington, DC 20024 |
| P: (212) 566-7500 | P: (202) 434-5547 |
| mlondon@douglasandlondon.com | jpetrosinelli@wc.com |
| | |
| Scott Summy | Michael A. Olsen |
| Baron & Budd, P.C. | Mayer Brown LLP |
| 3102 Oak Lawn Avenue | 71 South Wacker Drive |
| Suite 1100 | Chicago, IL 60606 |
| Dallas, TX 75219 | P: (312) 701-7120 |
| P: (214) 521-3605 | molsen@mayerbrown.com |

ssummy@baronbudd.com

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
P: (843) 216-9000
jrice@motleyrice.com

*Co-Lead Counsel for Plaintiffs*

Fred Thompson, III
Motley Rice LLC
28 Bridgeside Blvd.
Mt Pleasant, SC 29464
P: (843)-216-9000
F: (843)-216-9440
fthompson@motleyrice.com

*Liaison Counsel for Plaintiffs*

*Co-Lead Counsel for Defendants*

*/s/David E. Dukes*

David E. Dukes
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
P: (803) 255-9451
F: (803) 256-7500
david.dukes@nelsonmullins.com

Brian Duffy
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
P: (843) 720-2044
F: (843) 720-2047
bduffy@duffyandyoung.com

*Co-liaison Counsel for Defendants*

3