# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) MDL No. 2:18-mn-2873-RMG ) ) **This Document Relates to:** ) ) Case No. 2:25-cv-03255 ) ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, William Munson, ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in this action without prejudice as to all Defendants.

Respectfully submitted,

**FLEMING, NOLEN & JEZ, LLP**

By: s/ G. Sean Jez
G. Sean Jez
2800 Post Oak Blvd., Suite 6000
Houston, Texas 77056
(713) 621-7944
sean_jez@fleming-law.com

ATTORNEY FOR PLAINTIFF