IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br><br>CASE MANAGEMENT ORDER NO. 34<br><br>This Document Relates To All Actions |

**Appointment of Counsel to Plaintiffs' and Defendants' Leadership, Liaison, and Committee Positions**
**For the May 2025 through May 2026 Term**

1. In CMO Nos. 2, 3, 10, 15, and 24, the Court appointed attorneys as Plaintiffs' Co-Lead Counsel and Liaison Counsel, as well as to the Plaintiffs' Executive Committee ("PEC"). The Court also appointed attorneys as Defendants' Co-Lead Counsel and Co-Liaison Counsel, as well as to the Defense Coordination Committee ("DCC").

2. Each of those appointments were for one-year terms and each appointee is required to apply for continued service thereafter.

3. The Court has reviewed the applications of attorneys who seek re-appointment and/or who seek to be appointed in this MDL for the first time. The appointments for the May 2025 through May 2026 term are as follows:

**Plaintiffs' Appointments**

4. The Court appoints and/or reappoints:

   **PEC Lead Counsel:**

   Michael A. London[1]
   Douglas & London, P.C.
   One State Street–35th
   New York, NY 10004

---

[1] Michael London and Douglas & London, P.C. has moved offices and this reflects their new office address.

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Ave., #1100
Dallas, TX 75219

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

**PEC Liaison Counsel:**

Fred Thompson, III
Motley Rice, LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

**PEC Members:**

Charles E. Schaffer
Levin Sedran & Berman
510 Walnut St., 5th Fl.
Philadelphia, PA 19106

Richard S. Lewis
Hausfeld
1700 K St. N.W., Suite 650
Washington, DC 20006

Kevin Madonna
Madonna & Madonna, LLP[2]
48 Dewitt Mills Rd.
Hurley, NY 12443

Frank L. Gallucci, III
Plevin & Gallucci
55 Public Square, Suite 2222
Cleveland, OH 44113

William J. Jackson
Kelley Drye & Warren LLP
515 Post Oak Blvd., Suite 900

---

[2] PEC member Kevin Madonna's law firm has undergone a name-change since the last PEC re-appointment Order; this now reflects the name change from Kennedy Madonna, LLP to Madonna & Madonna, LLP

2

Houston, TX 77027

Wesley Bowden
Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A.
316 South Baylen St.
Pensacola, FL 32502

Nancy Christensen
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003

T. Roe Frazer, II
Frazer PLC
1 Burton Hills Blvd., Suite 215
Nashville, TN 37215

James Ferraro
The Ferraro Law Firm
600 Brickell Ave., Suite 3800
Miami, FL 33131

Christiaan A. Marcum
Rogers, Patrick, Westbook & Brickman
1037 Chuck Dawley Blvd., Building A
PO Box 1007
Mount Pleasant, SC 29465

Gregory A. Cade
Law Offices of Environmental Litigation Group, P.C.
2160 Highland Ave. South
Birmingham, AL 35205

Christina Cossich
Cossich, Sumich, Parsiola & Taylor LLC
8937 Highway 23
Belle Chasse, LA 70037

Gale D. Pearson
Fears Nachawati Law Firm
310 4th Avenue South
Suite 5010
Minneapolis, MN 55415

Carl Solomon
Solomon Law Group, LLC
P.O. Box 1866

Columbia, SC 29202

Todd Logan[3]
Edelson PC
350 North LaSalle Street, 14th Fl.
Chicago, IL 60654

Michael Stag
Stag Liuzza, LLC
365 Canal Street, Suite 2850
New Orleans, LA 70130

Ken Sansone
SL Environmental Law Group
91 North State Street, Suite 101
Concord, NH 03301

David Buchanan
Seeger Weiss[4]
55 Challenger Road – 6th Floor
Ridgefield Park, NJ 07660

Matthew Pawa
Pawa Law Group[5]
1280 Centre
Street, Suite 230
Newton Centre,
MA 02459

Larry R. Cohan
Saltz Mongeluzzi & Bendesky, P.C.
One Liberty Place, 52nd Floor
1650 Market St
Philadelphia, PA 19103

Stephanie Biehl, Esq.

---

[3] The law firm of Edelson has had a PEC member in the past, namely Benjamin Richman, Esq., but Mr. Richman has since left the firm. As such the firm seeks to replace Mr. Richman's PEC position with Todd Logan, Esq.

[4] The law firm of Seeger Weiss has had a PEC member in the past, namely Matt Pawa, Esq., but Mr. Pawa has since left the firm. As such the firm seeks to replace Mr. Pawa's PEC position with David Buchanan, Esq.

[5] Mr. Pawa has been a PEC member (through the Seeger Weiss law firm previously and initially in this MDL through the Hagen Berman law firm), but Mr. Pawa has switched law firms, as noted.

4

Sher Edling, LLP
100 Montgomery St., Suite 1410
San Francisco, CA 94104

J. Edward Bell, III
Bell Legal Group
219 Ridge Street
Georgetown, SC 29440

Elizabeth C. Pritzker, Esq.
Pritzker Levine LLP
1900 Powell Street, Suite 450
Emeryville, CA 94608

Hunter Shkolnik[6]
Napoli Shkolnik
1302 Avenida Ponce de Leon
Santurce, Puerto Rico 00907

Kevin Hanon, Esq.[7]
Singleton Schreiber, LLP
1641 North Downing Street
Denver, Colorado  80218

Elizabeth Fegan, Esq.
Fegan Scott LLC
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606

**Advisory Counsel to the PEC:**

Robert A. Bilott
Taft Stettinius & Hollister LLP
425 Walnut St., Suite 1800
Cincinnati, OH 45202

---

[6] Mr. Shkolnik was previously added as a PEC member by the Court by Order dated November 23, 2024 [ECF No. 6357].

[7] While Mr. Kevin Hannon did not seek re-appointment in 2023, he did seek the re-appointment in 2024 and returned back to the PEC

## **Defendants' Appointments**

5.   The Court appoints and/or reappoints as Defendants' Co-Lead Counsel:

   Joseph G. Petrosinelli
   Williams & Connolly LLP
   680 Maine Avenue SW
   Washington, DC 20024

   Daniel L. Ring
   Jenner & Block LLP
   353 N. Clark St.
   Chicago, IL 60654

6.   The Court appoints and/or reappoints as Defendants' Co-Liaison Counsel:

   Amanda S. Kitts
   Nelson Mullins Riley & Scarborough LLP
   1320 Main Street, Fl. 17
   Columbia, SC 29201

   Brian C. Duffy
   Duffy & Young LLC
   96 Broad Street
   Charleston, SC 29401

7.   The Court appoints and/or reappoints to the DCC:

   Joseph G. Petrosinelli
   Williams & Connolly LLP
   680 Maine Avenue SW
   Washington, DC 20024

   Daniel L. Ring
   Jenner & Block LLP
   353 N. Clark St.
   Chicago, IL 60654

   Amanda S. Kitts
   Nelson Mullins Riley & Scarborough LLP
   1320 Main St., 17th Fl.
   Columbia, SC 29201

   Brian C. Duffy
   Duffy & Young LLC
   96 Broad Street

Charleston, SC 29401

*AFFF Manufacturing Defendant Sub-Group:*

David E. Dukes
Nelson Mullins Riley & Scarborough LLP
1320 Main St., 17th Fl.
Columbia, SC 29201

Liam J. Montgomery
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024

Jessica Pahl
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024

Lyn P. Pruitt
PCW Law
10809 Executive Center Drive, Suite 205
Little Rock, AR 72211

Joanna Wright
Jenner & Block LLP
1155 Avenue of the Americas
New York NY 10036-2711

J. Liat Rome
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024

Brian Stekloff
Wilkinson Stekloff LLP
2001 M Street NW, 10th Fl.
Washington, DC 20036

*Non-AFFF Manufacturing Defendant Sub-Group:*

Mark S. Cheffo
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036-6797

Molly Craig
The Hood Law Firm, LLC
172 Meeting Street
Charleston, SC 29401

Amy M. Crouch
Shook Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108

Brent Dwerlkotte
Shook Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108

*United States of America Defendant Sub-Group:*

Haroon Anwar
United States Department of Justice
Civil Division, Environmental Torts Branch
175 N St., N.E.
Washington, DC 20002

Michele Greif
United States Department of Justice
Civil Division, Environmental Torts Branch
1100 L Street, NW
Room 3300
Washington, DC 20005

*Other Defendant Sub-Group:*

Elizabeth Knauer
Sive, Paget & Riesel P.C.
560 Lexington Ave., 15th Fl.
New York, NY 10022

Mark A. Chertok
Sive Paget & Riesel, P.C.
560 Lexington Ave., 15th Fl.
New York, NY 10022

8. The organizational structure, authority and responsibilities of these designated leadership, liaison and committee members remain as provided in CMO No. 2, as does a committee's and the Court's authority to amend or expand the appointments as circumstances warrant.

8

9. These designations are of a personal nature. Accordingly, the Court looks to these counsel to undertake personal responsibility to perform their designated functions and, should they become unable to do so, the Court reserves the discretion to replace counsel on their request or on the Court's own motion.

10. These designations to leadership, liaison and committee positions are for a period of one year. Each appointee must apply for continued service thereafter.

**AND IT IS SO ORDERED.**

<u>s/Richard Mark Gergel</u>
Richard Mark Gergel
United States District Judge

August 11, 2025
Charleston, South Carolina