**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | **MDL No. 2:18-mn-2873-RMG**<br><br>**This Document Relates To:**<br><br>***Donald Bouvet, et al. v. The 3M Company, et al.***<br>**Civil Action No. 2:24-cv-03439-RMG**<br><br>***City of Wausau v. AGC Chemicals Americas Inc., et al.***<br>**Civil Action No. 2:24-cv-04284-RMG** |

**NOTICE OF APPEARANCE**

Please take notice that James A. Holevas, of Nicolaides Fink Thorpe Michaelides Sullivan LLP hereby enters his appearance as additional counsel of record representing Defendant Alterra American Insurance Company in the above-captioned matters.

August 26, 2025                    Respectfully submitted,

*/s/ James A. Holevas*
James A. Holevas
jholevas@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
10 S. Wacker Dr., 36th Floor
Chicago, IL 60606
T: 312- 585-1400/F: 312-585-1401
*Counsel for Alterra American Insurance Company*

1

**CERTIFICATE OF SERVICE**

I certify that on August 26, 2025, a true and correct copy of the foregoing document was electronically filed using the CM/ECF system, which effected service on all counsel of record.

_/s/James A. Holevas_
James A. Holevas