# Exhibit 1

*Notice of Intent to Dissolve
Fire Service Plus, Inc.*

*Filed May 13, 2025*

Control Number : K935082

# STATE OF GEORGIA
## Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

### CERTIFICATE OF NOTICE OF INTENT TO DISSOLVE

I, **Brad Raffensperger**, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

**FIRE SERVICE PLUS, INC.**
a **Domestic Profit Corporation**

has filed a notice of intent to dissolve in the Office of the Secretary of State on **05/13/2025** and has paid the required fees pursuant to Title 14 of the Official Code of Georgia Annotated. Attached hereto is a true and correct copy of said notice of intent to dissolve.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on **05/13/2025**.





Brad Raffensperger
Secretary of State

# NOTICE OF INTENT TO DISSOLVE

*Electronically Filed*
Secretary of State
Filing Date: 5/13/2025 3:02:14 PM

## ARTICLE 1

| | |
|---|---|
| Business Name | : FIRE SERVICE PLUS, INC. |
| Control Number | : K935082 |

## ARTICLE 2

The date the dissolution was authorized was: 05/12/2025

## ARTICLE 3

Dissolution of the corporation was duly approved by the shareholders in accordance with O.C.G.A § 14-2-1402.

## ARTICLE 4

This Notice of Intent to Dissolve shall be effective on: 05/13/2025

## ARTICLE 5

The undersigned does hereby certify that a request for publication of a notice of intent to voluntarily dissolve the corporation along with the publication fee of $40.00 has been forwarded to the official organ of the county of the registered office as required by O.C.G.A. § 14-2-1403.1(b).

## AUTHORIZER INFORMATION

| | |
|---|---|
| Authorizer Signature | : Russell Braden Copeland |
| Authorizer Title | : Attorney In Fact |