# Exhibit 2

*Publication of Legal Notice in Fayette News*
*Dissolution of Corporation*
*Fire Service Plus, Inc.*

*Published May 21 & 28, 2025*

https://www.fayette-news.net/legal_notices/legal-notices-printed-may-28-2025/article_efcc85e9-479d-460f-90c8-df38ae1354f5.html

# Legal Notices Printed May 28, 2025

May 28, 2025





**Dissolution of Corporation**

NOTICE OF INTENT TO VOLUNTARILY DISSOLVE A CORPORATION

Notice is given that a Notice of Intent to Dissolve FIRE SERVICE PLUS, INC., a Georgia corporation, with its registered office at 473 Divided Drive, Peachtree City, Georgia 30269, has been delivered to the Secretary of State for filing in accordance with the Georgia Business Corporation Code. Persons with claims against the corporation are requested to send their claims to the corporation c/o Kathy Norton, FIRE SERVICE PLUS, INC., 473 Divided Drive, Peachtree City, Georgia 30269. Included in any claim should be the following information: name of claimant, address of claimant, amount of claim, basis for the claim and any relevant documentation for the claim. Except for claims that are contingent at the time of the filing of the Notice of Intent to Dissolve or that arise after the filing of the Notice of Intent to Dissolve, a claim against the corporation not otherwise barred will be barred unless a proceeding to enforce the claim is commenced within two years after the publication of this notice.

05/21,28

