# Exhibit 4

*Certificates of Termination*
*Fire Service Plus Housing, LLC*
*Fire Service Plus Transport, LLC*

*Filed November 19, 2024*

Control Number : 15077985

# STATE OF GEORGIA
## Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

### CERTIFICATE OF TERMINATION

I, **Brad Raffensperger**, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

**FIRE SERVICE PLUS HOUSING, LLC**

a Domestic Limited Liability Company

has been duly terminated on **11/19/2024** under the laws of the State of Georgia by the filing of documents in the office of the Secretary of State and by the paying of fees as required by the Official Code of Georgia Annotated and the Rules and Regulations promulgated there under. Attached hereto is a true and correct copy of said documents.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on **11/19/2024**.





Brad Raffensperger
Secretary of State

# Certificate of Termination

*Electronically Filed*  
Secretary of State  
Filing Date: 11/19/2024 3:46:05 PM

**Business Information**

| | |
|---|---|
| Business Name | : FIRE SERVICE PLUS HOUSING, LLC |
| Control Number | : 15077985 |
| Date of Formation | : 06/29/2015 |
| Business Type | : Domestic Limited Liability Company |

**Article 2**

Adequate provision of the debts, liabilities, and obligations of the limited liability company have been made therefor.

**Article 3**

There are no actions pending against the limited liability company in any court.

**Article 4**

The certificate of termination shall be effective on  : 11/19/2024

**Authorizer Information**

**Authorizer Signature :**  Ronald Thames          **Authorizer Title :**  Member

Control Number : 15078025

# STATE OF GEORGIA
## Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

**CERTIFICATE OF TERMINATION**

I, **Brad Raffensperger**, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

**FIRE SERVICE PLUS TRANSPORT, LLC**
a Domestic Limited Liability Company

has been duly terminated on **11/19/2024** under the laws of the State of Georgia by the filing of documents in the office of the Secretary of State and by the paying of fees as required by the Official Code of Georgia Annotated and the Rules and Regulations promulgated there under. Attached hereto is a true and correct copy of said documents.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on **11/19/2024**.





Brad Raffensperger
Secretary of State

# Certificate of Termination

*Electronically Filed*  
Secretary of State  
Filing Date: 11/19/2024 3:49:38 PM

**Business Information**

| | |
|---|---|
| Business Name | : FIRE SERVICE PLUS TRANSPORT, LLC |
| Control Number | : 15078025 |
| Date of Formation | : 06/29/2015 |
| Business Type | : Domestic Limited Liability Company |

**Article 2**

Adequate provision of the debts, liabilities, and obligations of the limited liability company have been made therefor.

**Article 3**

There are no actions pending against the limited liability company in any court.

**Article 4**

The certificate of termination shall be effective on : 11/19/2024

**Authorizer Information**

**Authorizer Signature :** Ronald Thames      **Authorizer Title :** Member