## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | Case No. 2:18-mn-2873-RMG<br><br>This document relates to:<br><br>All Cases in Which the United States Is a Named Defendant. |

## THE UNITED STATES' MOTION TO HOLD IN ABEYANCE CERCLA COST RECOVERY AND CONTRIBUTION CLAIMS

Defendant the United States of America, representing the United States Department of Defense, the Department of the Air Force, the Department of the Army, the Department of the Navy, the Department of Homeland Security, the Federal Aviation Administration, and other federal agencies (collectively, the "United States"), respectfully moves the Court to hold the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA") sections 107 and 113, 42 U.S.C. §§ 9607, 9613, cost recovery and contribution claims against the United States in abeyance in the interest of judicial economy. This request is for two reasons: (1) The U.S. Environmental Protection Agency ("EPA") is actively reviewing its Perfluorooctanoic Acid ("PFOA") and Perfluorooctanesulfonic Acid ("PFOS") (collectively "PFAS") hazardous substance designation under CERCLA and may reconsider that rule, and (2) to prevent double recovery under CERCLA. At this time, there is uncertainty about material aspects of the CERCLA claims, i.e., the future of the designation and whether Plaintiffs will recover the same costs through other claims or from other parties that are being sought under CERCLA. An abeyance is warranted in the interest of judicial economy.

The United States is prepared to provide regular updates to the Court in the joint status conferences, or as frequently as the Court deems necessary. For the reasons stated in the attached memorandum in support of this motion, the United States respectfully requests that the Court grant this motion.

Dated: September 8, 2025

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

*/s/ Sanya Shahrasbi*
SANYA SHAHRASBI
SHARI HOWARD
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Telephone: (202) 305-5810 (Shahrasbi)
Fax: (202) 514-8865
sanya.shahrasbi@usdoj.gov
shari.howard@usdoj.gov

*Counsel for the United States*

## STATEMENT AND CERTIFICATION

Pursuant to Local Civil Rule 7.02 and Case Management Order 2, the undersigned certifies that she has attempted in good faith to confer to resolve the matter contained in the motion with the affected parties before filing this motion. Counsel for the United States emailed the affected parties to provide notice and the basis for this filing, and an opportunity to meet and confer. The Plaintiffs who responded opposed this motion. Counsel for the United States met with Plaintiffs' Counsel who requested a meeting and exchanged emails with others.

*/s/ Sanya Shahrasbi*

*Attorney for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2025, I filed the foregoing Motion to Hold in Abeyance CERCLA Cost Recovery and Contribution Claims using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

*/s/ Sanya Shahrasbi*

*Attorney for the United States*