# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL 2873 <br><br> Case No. 2:18-mn-2873-RMG <br><br> Judge Richard M. Gergel <br><br> **This document relates to:** <br><br> *Abofsky et al v. 3M Company et al* <br> Case No. 2:25-cv-12506-RMG <br><br> *Hill et al. v. 3M Company, et al.* <br> Case No. 2:25-cv-12509 |

## DEFENDANTS' RESPONSE TO TEXT ORDER DOCUMENT NO. 8008

Defense leadership submits this statement in response to the Court's Text Order of September 11, 2025, MDL Document No. 8008. That Order addresses the filings on September 11 of multi-plaintiff Short Form Complaints in Case Numbers 2:25-cv-12506-RMG and 2:25-cv-12509-RMG, when the window for such filings had closed on September 10.

Defendants do not object to these certain filings being considered timely. From conferring with counsel for the plaintiffs, defense leadership understands that the timing of the filings made early in the morning on September 11 was the result of unavoidable technical issues that frustrated plaintiffs' efforts to file the complaints in an otherwise timely manner.

*Signature on next page*

Respectfully submitted,

| | |
|---|---|
| *s/ Joseph G. Petrosinelli* | *s/ Brian C. Duffy* |
| Joseph G. Petrosinelli | Brian C. Duffy (Fed ID No. 9491) |
| Williams & Connolly LLP | DUFFY & YOUNG, LLC |
| 725 Twelfth St., N.W. | 96 Broad Street |
| Washington DC 20005 | Charleston, SC 29401 |
| (202) 434-5547 | (843) 720-2044 |
| jpetrosinelli@wc.com | (843) 720-2047 |
| | bduffy@duffyandyoung.com |
| *Defendants' Co-Lead Counsel* | |
| | *Liaison Counsel for Defendant 3M Company* |
| Amanda Kitts | |
| Nelson Mullins Riley & Scarborough LLP | Daniel L. Ring, Esq. |
| 1320 Main Street / 17th Floor | Jenner & Block LLP |
| Post Office Box 11070 (29211-1070) | 353 North Clark Street |
| Columbia, SC 29201 | Chicago, IL 60654-3456 |
| (803) 799-2000 | (312) 923-2625 |
| amanda.kitts@nelsonmullins.com | dring@jenner.com |
| *Defendants' Co-Liaison Counsel* | *Counsel for Defendant 3M Company* |

September 12, 2025