UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Laurens County Water and Sewer Commission,<br><br>   Plaintiff,<br><br> v.<br><br>AGC Chemicals Americas, Inc., Anderson Regional Landfill, LLC, Archroma U.S. Inc., Arkema, Inc., Atotech USA, LLC, Clariant Corporation, Cone Mills Receiver, LLC, Corteva, Inc., Cryovac, Inc., Cryovac, LLC, Daikin America, Inc., EIDP, Inc., Firstsource Worldwide, LLC, Fitesa Simpsonville, Inc., Henkel US Operations Corporation, Huntsman International, LLC, Milliken & Company, Opperman Webbing, Inc., Palmetto Plating Company, Inc., Roll Technology Corporation, Solvay Specialty Polymers USA, LLC, The Chemours Company, T&S Brass and Bronze Works, Inc., and Unichem Specialty Chemicals, LLC.<br><br>   Defendants. | MDL No. 2:18-mn-02873-RMG<br><br>This Documents Relates to:<br><br>2:25-cv-11655-RMG<br><br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that the undersigned counsel, Jennifer H. Thiem of K&L Gates, LLP, hereby enters an appearance as counsel of record for Defendants, Cryovac, Inc. and Cryovac, LLC in the above-captioned matter.

                   **K&L GATES, LLP**

                   /s/ *Jennifer H. Thiem*
                   Jennifer H. Thiem (Federal Bar No. 9797)
                   134 Meeting Street, Suite 500
                   Charleston, SC  29401
                   Email:  jennifer.thiem@klgates.com
                   Telephone:  843.579.5600
                   Facsimile:  843-579.5601
                   *Attorneys for Defendant*
                   *Cryovac, Inc. and Cryovac, LLC*