# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | **MDL No. 2873**<br><br>Master Docket No. 2:18-mn-2873-RMG<br><br>**JUDGE RICHARD M. GERGEL**<br><br>This Document Relates to Actions Listed on Exhibit A |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) AND CASE MANAGEMENT ORDER NO. 35

Pursuant to Rule 41(a)(1)(A)(i) and Case Management Order No. 35, the action listed in Exhibit A attached is hereby **DISMISSED WITHOUT PREJUDICE** in its entirety, as to all defendants and listed plaintiffs, without costs to either party. Such dismissal shall include the dismissal of any derivative loss of consortium claim related to the underlying dismissed claims.

Date: September 15, 2025          Respectfully submitted,

**DUDDY & CZARNECKI PLLC**

By: */s/ Dean Meyer*
DEAN MEYER
601 Pennsylvania Ave NW
South Building, Suite 900
Washington, D.C. 20004
P: (312) 646-8146
E: dean.meyer@duddyczarnecki.com

*Counsel for Plaintiffs*

# EXHIBIT A

## Actions to be Dismissed

| Case No. | Case Name |
|---|---|
| 2:25-cv-11772-RMG | Steven Schwartz, et al. vs. 3M Company, et al. |
| 2:25-cv-11784-RMG | Garth Land, et al. vs. 3M Company, et al. |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2025, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Dean Meyer
*Counsel for Plaintiffs*