**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**This Document relates to:**<br><br>*City of Hialeah, Florida v. 3M Co., et al.*, No. 2:23-cv-01484<br><br>*City of Tampa, Florida v. 3M Co., et al.*, No. 2:20-cv-01889<br><br>*State of Alaska v. 3M Co., et al.*, No. 2:21-cv-02804<br><br>*Commonwealth of Massachusetts v. 3M Co.*, et al., No. 2:22-cv-01649<br><br>*State of New Hampshire v. 3M Co., et al.*, No. 2:19-cv-02285<br><br>*Palm Beach County v. 3M Co. et al.*, No. 2:24-cv-06957<br><br>*Howard County, Maryland v. 3M Co.*, et al., No. 2:23-cv-02463<br><br>*City of Monroe v. 3M Co., et al.*, No. 2:21-cv-2464<br><br>*City of Shreveport v. 3M Co., et al.*, No. 2:22-cv-04516<br><br>*Town of Oxford, Indiana v. 3M Co., et al.*, No. 2:24-cv-01577 |

**NOTICE OF APPEARANCE**

Please take notice that Anna Hrom of Williams & Connolly LLP hereby enters an appearance as additional counsel of record representing Tyco Fire Products LP and Chemguard,

Inc. in the above-captioned matters. She is admitted to the U.S. District Court for the District of Columbia. *See* CMO No. 1, ¶ 9.

Dated: September 22, 2025          By:   */s/ Anna Hrom*
                                         Anna Hrom
                                         Williams & Connolly LLP
                                         680 Maine Avenue, S.W.
                                         Washington, DC 20024
                                         P: (202) 434-5296
                                         F: (202) 434-5029
                                         ahrom@wc.com

                                         *Counsel for Tyco Fire Products LP
                                         and Chemguard, Inc.*

2