# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No.: 2:18-mn-2873-RMG <br><br> This Document Relates to: <br><br> *City of Florence, South Carolina* <br> C/A No.: 2:25-cv-11725-RMG <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Jennifer S. Cluverius of Maynard Nexsen PC hereby enters her appearance as counsel of record in the above-referenced matter for Defendant Celgard, LLC.

        Respectfully Submitted,

        s/ Jennifer S. Cluverius_____
        Jennifer S. Cluverius (Fed. ID No. 9992)
        MAYNARD NEXSEN PC
        104 South Main Street, Suite 900
        Greenville, South Carolina 29601
        Telephone: 864.282.1169
        Facsimile: 864.282.1177
        JCluverius@maynardnexsen.com

        *Attorney for Defendant Celgard, LLC*

September 23, 2025
Greenville, South Carolina