# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL No. 2:18-mn-2873-RMG |
| Weirton Area Water Board, et al. ) ) | This Document Relates To: Case No. 2:21-cv-00793-RMG |
| Plaintiffs, ) ) | Transferor Court: U.S.D.C. N.D. W.Va. |
| v. ) ) | Civil Action No. 5:20-cv-00102 |
| 3M Company, et al., ) ) ) | |
| Defendants. ) | |

**MOTION TO WITHDRAW JOSEPH M. CALLAGHAN AS COUNSEL**

COMES NOW Joseph M. Callaghan of the law firm Mayer Brown LLP, and, pursuant to Local Civil Rule 83.I.07(A) of the United States District Court for the District of South Carolina, respectfully moves this Court to permit him to withdraw as counsel for Defendant 3M Company in the above-captioned matters. 3M Company is and will continue to be represented by the law firms of Jenner & Block LLP and Thomas Combs & Spann PLLC, among others, in these proceedings. This withdrawal request is made with the consent of 3M Company and attorneys who will remain as counsel for 3M Company.

Therefore, for good cause shown, the undersigned requests that the Court withdraw his appearance as attorney of record in this matter.

Dated: September 25, 2025

Respectfully submitted,

/s/ Joseph M. Callaghan
Joseph M. Callaghan
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
jcallaghan@mayerbrown.com

*Counsel for Defendant 3M Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2025, this document was filed through the Electronic Case Filing System of the United States District Court, District of South Carolina, Charleston Division and will be served electronically by the system on all counsel of record.

/s/ Joseph M. Callaghan
Joseph M. Callaghan