**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No.: 2:18-mn-2873<br>Judge Richard Gergel<br><br>This Notice Relates to Following Actions:<br>2:25-cv-09486-RMG |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Peter A. Farrell, of the law firm of Kirkland & Ellis LLP, whose office, mailing address, and telephone number appear below, hereby enters an appearance in the above-referenced matter as counsel for Defendant Huntsman International, LLC.  To the extent proper service has not been completed, Huntsman International, LLC reserves all objections to personal jurisdiction, insufficient process, and insufficient service of process in the applicable underlying actions.  All notices, pleadings, and other filings for Huntsman International, LLC shall be served upon counsel for Defendant as set forth herein below.

This the 29th day of September 2025.

Respectfully submitted,

*s/ Peter A. Farrell*
Peter A. Farrell

KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Email: peter.farrell@kirkland.com

*Attorney For Defendant Huntsman International, LLC*

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing document was filed using the Court's CM/ECF system which will automatically send notice of the same to all registered counsel of record.

This the 29th day of September 2025.

s/ Peter A. Farrell
Peter A. Farrell

KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Email: peter.farrell@kirkland.com

*Attorney For Defendant Huntsman International, LLC*

2