# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |
| STATE OF NEW MEXICO, *et al.*<br><br>*Plaintiffs,*<br>-vs-<br><br>UNITED STATES OF AMERICA, *et al.*<br><br>*Defendants.* | **This Document Relates to:**<br>**No. 20-cv-02115-RMG** |

## UNOPPOSED MOTION FOR A STAY OF THE UNITED STATES' OCTOBER 8, 2025 DEADLINE TO RESPOND TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT IN LIGHT OF LAPSE OF APPROPRIATIONS

The United States of America hereby moves for a stay of the United States' October 8, 2025 deadline, Dkt. No. 7983, to respond to Plaintiffs' motion for partial summary judgment, Dkt. No. 7420, in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the federal defendants. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the United States' October 8, 2025 deadline, Dkt. No. 7983, to respond to Plaintiffs' motion for partial summary judgment, Dkt. No. 7420, until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. Opposing counsel has authorized counsel for the Government to state that the Plaintiffs have no position on this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the United States hereby moves for a stay of its October 8, 2025 deadline to respond to Plaintiffs' motion for partial summary judgment in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Date: October 1, 2025

                Respectfully submitted,

                ADAM R.F. GUSTAFSON
                ACTING ASSISTANT ATTORNEY GENERAL
                Environment & Natural Resources Division

                */s/ Shari M. Howard*
                Shari M. Howard
                Sanya Shahrasbi
                Trial Attorney
                U.S. Department of Justice
                Environment & Natural Resources Division
                Environmental Defense Section

P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-9407 (Howard)
shari.howard@usdoj.gov
sanya.shahrasbi@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all known counsel of record.

          */s/ Shari M. Howard*
          Shari M. Howard
          Trial Attorney