IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

|  |  |  |
|---|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) ) ) ) ) | MDL No. 2:18-mn-2873-RMG<br><br>**ORDER**<br><br>**This Order Relates to**<br>**Case No. 2:20-2115-RMG** |

Before the Court is the Government's motion to stay. (Dkt. No. 8131). On October 1, 2025, appropriations for funding the Department of Justice and other Federal Government operations lapsed. Because the Department of Justice is prohibited from engaging in its duties—including litigation activities—without appropriations, it seeks a stay of this action. *See* 31 U.S.C. § 1342. The Court has reviewed the Motion to Stay and, upon good cause shown in light of the lapse of appropriations, hereby **GRANTS** the Motion. (Dkt. No. 8131). This indicated case is hereby **STAYED** until Congress has appropriated funds for the Department of Justice, and all pending deadlines in this specific matter are extended for the same number of days as the lapse in funding.

**AND IT IS SO ORDERED.**

s/Richard Mark Gergel
Richard Mark Gergel
United States District Judge

October 3, 2025
Charleston, South Carolina

1