# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.: 2873<br><br>This Document Relates to:<br><br>All cases listed on Exhibits A and B |

## DEFENDANTS' SUBMISSION PURSUANT TO ORDER TO SHOW CAUSE REGARDING CMO 28 MOTIONS TO DISMISS

Pursuant to Paragraphs A(1) and (A)(2) of this Court's Order to Show Cause Regarding Defendants' Motion to Dismiss for Failure to Comply with Second Amended CMO 28 (ECF No. 8053), Defendants hereby submit **Exhibit A** listing all Plaintiffs who did not file an opposition to Defendants' CMO 28 motions to dismiss and whose claims and/or cases are to be dismissed entirely with prejudice ("Exhibit A Plaintiffs") and **Exhibit B** listing all Plaintiffs who did not file an opposition to Defendants' CMO 28 motions to dismiss and whose Unlisted Claims only are to be dismissed with prejudice ("Exhibit B Plaintiffs").

Respectfully submitted by the Defense Co-Leads and Liaison Counsel this 3rd day of October, 2025.

[*signatures on following page*]

By:/s/ *Joseph G. Petrosinelli*
Joseph G. Petrosinelli
Williams & Connolly LLP
680 Maine Avenue SW
Washington DC 20024
jpetrosinelli@wc.com
(202) 434-5000

By:/s/ *Daniel L. Ring*
Daniel L. Ring
Jenner and Block
353 N Clark Steet
Chicago, IL 60564
Dring@jenner.com
(312) 923-2625

By:/s/ *Amanda S. Kitts*
Amanda S. Kitts
Nelson Mullins Riley & Scarborough LLP
1320 Main Street / 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC  29201
amanda.kitts@nelsonmullins.com
(803) 799-2000

By: /s/ *Brian C. Duffy*
Brian C. Duffy
Duffy & Young LLC
96 Broad St.
Charleston, SC 29401
bduffy@duffyandyoung.com
(843) 720-2044

*Defense Leadership Counsel*

Columbia, South Carolina
October 3, 2025

2