**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

|  |  |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**This Document Relates to:**<br><br>*Frank Fletcher, Jr. v. 3M Company, et al.*, No. 2:24-cv-00356-RMG<br><br>*Ronald Anthony Livingston v. 3M Company, et al.*, No. 2:24-cv-00363-RMG<br><br>*Larry Dean Martin v. 3M Company, et al.*, No. 2:24-cv-00364-RMG<br><br>*Teresa Ann Donelson v. 3M Company, et al.*, No. 2:24-cv-00366-RMG<br><br>*Bradley Marc Liebeck v. 3M Company, et al.*, No. 2:24-cv-00368-RMG<br><br>*Edward Leroy Fogderud v. 3M Company, et al.*, No. 2:24-cv-00432-RMG<br><br>*George Manuel Dixon v. 3M Company, et al.*, No. 2:24-cv-00529-RMG<br><br>*John Aubert, Jr. v. 3M Company, et al.*, No. 2:24-cv-00849-RMG |

**<u>STIPULATION OF PARTIAL DISMISSAL OF UNLISTED PERSONAL INJURY CLAIMS WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 AND CASE MANAGEMENT ORDER NO. 28</u>**

Plaintiffs in the above-captioned cases, through their undersigned counsel, and Defendants, through the undersigned Defense Leadership Counsel, hereby agree and stipulate as follows:

1.     On March 13, 2024, the Court entered CMO 28, adopting a plan proposed by the PEC and Defense Leadership to address individual personal injury cases that do not fall within

CMO 26. [ECF No. 4681].  In accordance with the extended schedule under Second Amended CMO 28 and CMO 28A, plaintiffs who had filed actions in this MDL as of April 24, 2024 and who asserted or sought to assert an Unlisted Claim[1] had until September 10, 2024 to dismiss their Unlisted Claims without prejudice, subject to certain requirements to reactivate or refile those Unlisted Claims.  [ECF Nos. 4985, 5724].

2.     Each above-referenced Plaintiff had actions pending in this MDL as of April 24, 2024 and they each had an asserted Unlisted Claim pending as of April 24, 2024.

3.     Plaintiffs subsequently filed Amended Complaints that removed their Unlisted Claim and substituted a Listed Claim.  Specifically:

| Plaintiff Name | Alleged Injury in Complaint Pending as to April 24, 2024 | Alleged Listed Claim in Amended Complaint | Date Amended Complaint with Listed Claim Filed |
|---|---|---|---|
| Frank Fletcher, Jr. | Prostate Cancer | High Cholesterol | June 5, 2024 |
| Ronald Anthony Livingston[2] | Prostate Cancer | High Cholesterol | May 17, 2024 |
| Larry Dean Martin | Prostate Cancer | High Cholesterol | July 24, 2024 |
| Teresa Ann Donelson | Breast Cancer | High Cholesterol | July 10, 2024 |
| Bradley Marc Liebeck | Prostate Cancer and Non-Hodgkins Lymphoma | High Cholesterol | July 10, 2024 |
| Edward Leroy Fogderud | Prostate Cancer | High Cholesterol | May 17, 2024 |
| George Manuel Dixon | Bladder Cancer | High Cholesterol | May 17, 2024 |
| John Aubert, Jr. | Prostate Cancer | High Cholesterol | May 28, 2024 |

[1] For purposes of this Stipulation, an Unlisted Claim is any personal injury claim with the exception of claims for kidney cancer, testicular cancer, ulcerative colitis, thyroid disease, thyroid cancer, liver cancer, pregnancy induced hypertension, and/or high cholesterol.

[2] Plaintiff Livingston subsequently moved to amend his Complaint on July 23, 2025 to include thyroid disease in addition to the high cholesterol claim, which was granted and his Second Amended Complaint was filed on July 29, 2025.

|  |  |  |  |
|--|--|--|--|

4.      Plaintiffs' originally-submitted Plaintiff Fact Sheets ("PFSs") also included Unlisted Claims, which were subsequently removed when they submitted amended PFSs and/or Plaintiff Profile Forms.

5.      Plaintiffs stipulate and agree that the sole claim(s) that they are currently asserting or seeking to assert in the MDL Litigation are the above-referenced claims for high cholesterol and/or thyroid disease.

6.      Plaintiffs stipulate and agree that any/all causes of action related to any Unlisted Claims asserted in any/all of their Complaints and/or Plaintiff Fact Sheets are hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41 and CMO 28 as of the date Plaintiffs filed Amended Complaints and/or submitted Amended Plaintiff Fact Sheets or Plaintiff Profile Forms removing those Unlisted Claims.

7.      Plaintiffs further stipulate and agree that this dismissal shall include the dismissal of any derivative loss of consortium claim for the underlying dismissed claims.

SO STIPULATED AND AGREED THIS 15th day of October, 2025.

SCHOCHOR, STATON,
GOLDBERG AND CARDEA, P.A.

*/s/Joshua F. Kahn*
Jonathan Schochor (#07852 U.S. District Court
for the District of Maryland)
jschochor@sfspa.com
Kerry D. Staton (#00547 U.S. District Court for
the District of Maryland)
kstaton@sfspa.com
Joshua F. Kahn (#18238 U.S. District Court for
the District of Maryland)
jkahn@sfspa.com
Schochor, Staton, Goldberg and Cardea, P.A.
The Paulton
1211 St. Paul Street

3

Baltimore, Maryland 21212
(410) 234-1000 – telephone
(410) 234-1010 – facsimile

*Attorneys for Plaintiffs*


/s/ *Joseph G. Petrosinelli*
Joseph G. Petrosinelli
Williams & Connolly LLP
680 Maine Ave., S.W.
Washington, DC 20024
P: (202) 434-5547
F: (202) 434-5029
jpetrosinelli@wc.com

Daniel L. Ring
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654
P: (312) 923-2625
F: (312) 527-0484
dring@jenner.com

*Co-lead Counsel for Defendants*

*/s/Amanda S. Kitts*
Amanda S. Kitts
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
P: (803) 255-9594
F: (803) 256-7500
amanda.kitts@nelsonmullins.com

Brian Duffy
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
P: (843) 720-2044
F: (843) 720-2047
bduffy@duffyandyoung.com

*Co-liaison Counsel for Defendants*

4