**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS (AFFF) PRODUCTS LIABILITY LITIGATION** | **MDL NO.: 2:18-mn-2873-RMG**<br>**This Document Relates to:**<br><br>***Mauldin v. 3M Company, et al.***<br>2:21-cv-00366-RMG |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2 )**

Plaintiffs initiated the above-captioned action (hereinafter "*Mauldin*") by filing a complaint on September 11, 2020 in the Superior Court of California, County of Santa Clara in San Jose, California. Certain defendants removed this matter to the United States District Court, Northern District of California  (Case No. 5:20-cv-07212). This matter was transferred to the MDL via CTO-37 (MDL ECF 702) and Plaintiffs' complaint was amended as permitted by the court on April 20, 2021 (*Mauldin* ECF 150), June 29, 2023 (*Mauldin* ECF 224), and July 30, 2024 (*Mauldin* ECF 245). Certain defendants filed general denials and statements of affirmative defenses to the *Mauldin* complaint and also moved to dismiss pursuant to CMO 28 (amended mot. at MDL ECF 7581), and plaintiffs opposed (MDL ECF 7838).

In accordance with CMO 28 and the Court's September 19, 2025 Order to Show Cause (MDL ECF 8053), Plaintiffs now seek to dismiss with prejudice only the following claims of injury:

1. Plaintiff John Castro's unlisted injury of Chronic Lymphocytic Leukemia, as asserted in ¶ 19 of the third amended complaint (ECF 150), only;

2. Deceased Plaintiff William "Bruce" Staples' unlisted injury of bladder cancer, as asserted in ¶ 35 of the third amended complaint (ECF 150), only.

This notice of dismissal is effective only as to the above described unlisted injuries and does not have any effect on other claims; Plaintiffs' Listed Injuries remain. Plaintiffs reserve their rights to seek damages as to

secondary injuries, sequelae, symptoms or other forms of injuries directly related to Listed Injuries, as set forth in the Order to Show Cause, ECF 8053 at ¶ H.

Dated: October 15, 2025

Respectfully submitted,
*/s/ Elizabeth C. Pritzker*____
Jonathan K. Levine, Esq.
Elizabeth C. Pritzker, Esq.
Pritzker Levine LLP
1900 Powell Street, Suite 450
Emeryville, CA 94608
jkl@pritzkerlevine.com
ecp@pritzkerlevine.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Elizabeth C. Pritzker, Esq., hereby certify that on this 15th day of October , 2025, the foregoing document was filed using the Court's CM/ECF system which will automatically send notice of the same to all registered counsel of record.

/s/ Elizabeth C. Pritzker
Elizabeth C. Pritzker, Esq.