IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>This Document Relates to No. 2:25-cv-12095-RMG |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF, MATILDA O'KELLEY, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Plaintiff, Matilda O'Kelley, initiated the above-captioned action by filing a Short Form Complaint on September 4, 2025. None of the named defendants has answered, moved, or otherwise responded to the Short Form Complaint. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Plaintiff, Matilda O'Kelley, hereby dismisses his claims in the above-captioned action against all named defendants without prejudice. This notice of dismissal is effective only to the claims of Matilda O'Kelley and does not have any effect on other claims.

Date: October 29, 2025

Respectfully Submitted,

/s/ *Timothy J. Young*
TIMOTHY J. YOUNG (22677)
**THE YOUNG FIRM**
400 Poydras Street, Suite 2090
New Orleans, Louisiana 70130
Telephone (504) 680-4100
Facsimile (504) 680-4101
tjy@theyoungfirm.com
Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 29, 2025, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

/s/ *Timothy J. Young*
TIMOTHY J. YOUNG