# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG  **This Document Relates to:** The Cases Listed in the Table of Cases Below. |

## NOTICE OF RESTORATION OF APPROPRIATIONS

The United States of America hereby provides notice that on November 12, 2025 appropriations were restored to the Department of Justice after a forty-three-day lapse. As a result, Department of Justice attorneys are permitted to resume their usual civil litigation functions including their work related to the cases in the table below. *See Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026*, H.R. 5371, 119th Congress (2025-2026).

| Table of Cases | |
|---|---|
| **Case Caption** | **Case Number** |
| *City of Newburgh v. United States of America et al.* | 2:18-cv-03358-RMG |
| *City of Westfield, Massachusetts v. 3M Company et al.* | 2:18-cv-03435-RMG |
| *County of Suffolk v. United States of America* | 2:19-cv-01181-RMG |
| *Fiattarone et al. v. United States of America et al.* | 2:19-cv-01119-RMG |
| *Security Water District et al. v. USA* | 2:19-cv-02187-RMG |
| *Atlantic City Municipal Utilities Authority v. 3M Company et al.* | 2:19-cv-01223-RMG |
| *Lakewood Water Dist. v. United States of America et al.* | 2:20- cv-02899-RMG |
| *City of Airway Heights v. United States of America et al.* | 2:20-cv-01763-RMG |

1

| *State of New Mexico et al. v. United States et al.* | 2:20-cv-02115-RMG |
|---|---|
| *Town of New Windsor et al. v. United States of America et al.* | 2:21-cv-01496-RMG |
| *City of DuPont v. United States of America et al.* | 2:21-cv-03284-RMG |
| *City of Birmingham, Alabama v. 3M Company et al.* | 2:21-cv-00606-RMG |
| *City of Montgomery Alabama v. 3M Company et al.* | 2:22-cv-04296-RMG |
| *City of Mobile Alabama v. 3M Company et al.* | 2:23-cv-04044-RMG |
| *Manchester Township New Jersey. Department of Public Works & Utilities v. 3M Company et al.* | 2:23-cv-06349-RMG |
| *Liberty Utilities Litchfield Park Water & Sewer Corp. v. 3M Company et al.* | 2:23-cv-02627-RMG |
| *Town of Marana v. United States of America* | 2:24-cv-05962-RMG |
| *Art Schaap et al. v. United States of America et al.* | 2:24-cv-07040-RMG |
| *Village of Johnson City v. United States of America* | 2:24-cv-01216-RMG |
| *City of Ceiba Puerto Rico v. 3M Company et al.* | 2:24-cv-04110-RMG |
| *Barnstable Fire District v. United States of America* | 2:25-cv-00159-RMG |
| *Town of Plattsburgh v. United States of America* | 2:25-cv-02750-RMG |
| *City of Fort Worth v. United States et al.* | 2:25-cv-02636-RMG |

Dated: November 13, 2025

        Respectfully submitted,

        ADAM R.F. GUSTAFSON
        ACTING ASSISTANT ATTORNEY GENERAL
        Environment & Natural Resources Division

        */s/ Shari Howard*
        Shari Howard
        Sanya Shahrasbi
        U.S. Department of Justice
        Environment & Natural Resources Division
        Environmental Defense Section

P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-9407 (Howard)
shari.howard@usdoj.gov
sanya.shahrasbi@usdoj.gov

*Counsel for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2025, I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all known counsel of record.

        */s/ Shari Howard*
Shari Howard
Trial Attorney