# Exhibit A

| Plaintiff Name | Case Number |
|---|---|
| Carter, Christi | 2:25-cv-11252-RMG |
| Lowe, Hannelore | 2:25-cv-11252-RMG |
| Sotomayor, Edwin | 2:25-cv-11252-RMG |