IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION<br><br>DAVID ASSELTA, et al<br><br>    Plaintiffs,<br><br>v.<br><br>3M COMPANY, et al<br><br>    Defendants | MDL No: 2:18-mn-2873-RMG<br><br>JUDGE RICHARD GERGEL<br><br>This Documents Relates to<br>Civil Action No.: 2:25-cv-12193-RMG |

MOTION FOR WITHDRAWAL OF COUNSEL

Jonathan Schochor, Kerry D. Staton, Joshua F. Kahn and Schochor, Staton, Goldberg and Cardea, P.A., move pursuant to local rule 83-I-07(a) to withdraw their appearance in the above-captioned case.

1. The Movants are the attorneys of record for Plaintiff Robert Moore, Jr.

2. The attorney-client relationship has been terminated by the undersigned due to the clients' failure to cooperate and/or communicate regarding the continued prosecution of this case;

3. The last known mailing address for Plaintiff is 3650 Morral-Kirkpatrick Road West Morral, OH 43337 and the last known telephone number is 740-252-9960;

4. The Movants certify that they have provided a copy of this Motion and an Explanation of the Plaintiff's Right to Object to Withdrawal to the Plaintiff. *See*, Exhibit A.

WHEREFORE, Movants request that an order be entered withdrawing the appearance of Jonathan Schochor, Kerry D. Staton, Joshua F. Kahn and Schochor, Staton, Goldberg and Cardea, P.A. on behalf of Plaintiff Robert Moore, Jr.

    /s/ *Jonathan Schochor*
Jonathan Schochor (#07852 U.S. District Court for the District of Maryland)
jshochor@sfspa.com

*/s/ Kerry D. Staton*
Kerry D. Staton (#00547 U.S. District Court for the District of Maryland)
kstaton@sfspa.com

/s/ *Joshua F. Kahn*
Joshua F. Kahn (#l8238 U.S. District Court for The District of Maryland)
jkahn@sfspa.com
Schochor, Staton, Goldberg and Cardea, P.A.
1211 St. Paul Street
Baltimore, Maryland 21202
410-234-1000
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of December 2025, a copy of the aforegoing Motion to Withdraw Appearance of Counsel was sent via PACER to all parties and counsel of record and sent via certified mail to Plaintiff.

Robert Moore, Jr.
3650 Morral-Kirkpatrick Road West
Morral, OH 43337

**CARRIER FIRE & SECURITY CORPORATION** United Agent Group Inc.
801 US Highway 1
North Palm Beach, FL 33408

**CB GARMENT, INC.**
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

**FIRE SERVICE PLUS, INC.**
Ronald Eugene Thomas
473 Dividend Drive
Peachtree City, GA 30269

**LION GROUP, INC.**
QI Services, Inc.
Federal Reserve Building, 4th Floor
150 E. Fourth Street
Cincinnati, OH 45202

**MILLIKEN & COMPANY**
CT Corporation System
2 Office Park Court, Suite 103
Columbia, SC 29223

**PBI PERFORMANCE PRODUCTS, INC.**
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

*(Signature Block on Next Page)*

<u>/s/ Jonathan Schochor</u>
Jonathan Schochor (#07852 U.S. District Court for the District of Maryland)
jschochor@sfspa.com
