

**SCHOCHOR, STATON, GOLDBERG AND CARDEA, P.A.**

ATTORNEYS AT LAW

Jonathan Schochor°
Kerry D. Staton°
Jonathan E. Goldberg°
James D. Cardea°
Joshua F. Kahn°*

Gloria A. Worch°-
Michael S. Rubin°
Lauren A. Schochor+
Kristina E. Tyler^Δ

° MEMBER MD AND DC BARS
Δ MEMBER MD BAR
+ MEMBER DC AND PA BARS
* MEMBER NY BAR
- MEMBER VA BAR

December 5, 2025

**SENT VIA CERTIFIED MAIL**

Robert Moore, Jr.
3650 Morral Kirkpatrick Road West
Morral, OH 43337

      Re: Aqueous Film-Forming Foam (AFFF)

Dear Mr. Robert Moore, Jr.:

      As you know, you retained this law firm to represent you in a legal action pending in the United States District Court for the District of South Carolina regarding alleged exposure and injury from Aqueous Film-Forming Foam (AFFF). You have not responded to our repeated letters and phone calls which makes it impossible for us to continue our representation of you in this case. Accordingly, we are terminating our attorney-client relationship with you.

      Please be advised that we have filed a Motion with the Court seeking an Order allowing us to withdraw our representation of you in this case. The Motion was filed on December 5, 2025. You have a right to object to the withdrawal of counsel. Any response or objection to the Motion must be received by the Court within **seventeen (17) days** of the filing date, December 5, 2025. Your response may be in the form of a letter signed by you.

      We are enclosing a copy of your Complaint and Case Management Order 35 which sets forth the current deadlines and proof that needed to be submitted by **December 11, 2025**. We are also enclosing a copy of the Plaintiff Fact Sheet and authorizations that needed to be submitted along with your other evidence by the **December 11, 2025** deadline. Because you did not respond to our repeated letters and phone calls, the documents were not able to be submitted. If you wish to pursue your claim, you should seek an additional extension of time to file your documents and attempt to find another attorney to ensure your rights are protected.

                                      Very truly yours,

                                      Jonathan E. Goldberg

**Baltimore Office:** The Paulton • 1211 St. Paul Street • Baltimore, MD 21202 • Phone: 410-234-1000 • Fax: 410-234-1010
**Washington, DC Office:** 1050 Connecticut Avenue NW • Suite 500 • Washington, DC 20036 • Phone: 202-408-3300

Toll Free: 888-234-0001 • www.sfspa.com