IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION<br><br>CHARLES ADES, et al<br><br>　　　　Plaintiffs,<br><br>v.<br><br>3M COMPANY, et al<br><br>　　　　Defendants | MDL No: 2:18-mn-2873-RMG<br><br><br>JUDGE RICHARD GERGEL<br><br>This Documents Relates to<br>Civil Action No.: 2:25-cv-12190-RMG |

## <u>MOTION FOR WITHDRAWAL OF COUNSEL</u>

Jonathan Schochor, Kerry D. Staton, Joshua F. Kahn and Schochor, Staton, Goldberg and Cardea, P.A., move pursuant to local rule 83-I-07(a) to withdraw their appearance in the above-captioned case.

1. The Movants are the attorneys of record for Plaintiff Thomas Kaluzny.

2. The attorney-client relationship has been terminated by the undersigned due to the client's failure to cooperate and/or communicate regarding the continued prosecution of this case;

3. The last known mailing address for Plaintiff is 6244 S. Meridian Road, Jackson, MI 49201 and 207 Water Street, #12, Brooklyn, MI 49230 , and the last known telephone number is 248-719-5918;

4. The Movants certify that they have provided a copy of this Motion and an Explanation of the Plaintiffs' Right to Object to Withdrawal to the Plaintiff. *See*, Exhibit A.

WHEREFORE, Movants request that an order be entered withdrawing the appearance of Jonathan Schochor, Kerry D. Staton, Joshua F. Kahn and Schochor, Staton, Goldberg and Cardea, P.A. on behalf of Plaintiff Thomas Kaluzny.

*/s/ Jonathan Schochor*
Jonathan Schochor (#07852 U.S. District Court for the District of Maryland)
jschochor@sfspa.com

*/s/ Kerry D. Staton*
Kerry D. Staton (#00547 U.S. District Court for the District of Maryland)
kstaton@sfspa.com

*/s/ Joshua F. Kahn*
Joshua F. Kahn (#l8238 U.S. District Court for The District of Maryland)
jkahn@sfspa.com
Schochor, Staton, Goldberg and Cardea, P.A.
1211 St. Paul Street
Baltimore, Maryland 21202
410-234-1000
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of December 2025, a copy of the aforegoing

Motion to Withdraw Appearance of Counsel was sent via PACER to all parties and counsel of

record and mailed to Plaintiff.

Thomas Kaluzny
6244 S. Meridian Road
Jackson, MI 49201

207 Water Street, #12
Brooklyn, MI 49230

**CARRIER FIRE & SECURITY CORPORATION**
United Agent Group Inc.
801 US Highway 1
North Palm Beach, FL 33408

**CB GARMENT, INC.**
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

**FIRE SERVICE PLUS, INC.**
Ronald Eugene Thomas
473 Dividend Drive
Peachtree City, GA 30269

**LION GROUP, INC.**
QI Services, Inc.
Federal Reserve Building, 4th Floor
150 E. Fourth Street
Cincinnati, OH 45202

**MILLIKEN & COMPANY**
CT Corporation System
2 Office Park Court, Suite 103
Columbia, SC 29223

**PBI PERFORMANCE PRODUCTS, INC.**
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

*(Signature Block on Next Page)*

<u>/s/ Jonathan Schochor</u>
Jonathan Schochor (#07852 U.S. District Court for
the District of Maryland)
jshochor@sfspa.com