

**SCHOCHOR, STATON, GOLDBERG AND CARDEA, P.A.**

ATTORNEYS AT LAW

Jonathan Schochor°
Kerry D. Staton°
Jonathan E. Goldberg°
James D. Cardea°
Joshua F. Kahn°*

Gloria A. Worch°-
Michael S. Rubin°
Lauren A. Schochor+
Kristina E. Tyler^

° MEMBER MD AND DC BARS
Δ MEMBER MD BAR
+ MEMBER DC AND PA BARS
* MEMBER NY BAR
- MEMBER VA BAR

December 10, 2025

**SENT VIA CERTIFIED MAIL**
Thomas Kaluzny
6244 S. Meridian Road
Jackson, MI 49201

207 Water Street, #12
Brooklyn, MI 49230

Re: Your Aqueous Film-Forming Foam ("AFFF") Claim

Dear Mr. Kaluzny:

As you know, you retained this law firm to represent you in a legal action pending in the United States District Court for the District of South Carolina regarding alleged exposure and injury from Aqueous Film-Forming Foam (AFFF). You have not responded to our repeated letters and phone calls which makes it impossible for us to continue our representation of you in this case. Accordingly, we are terminating our attorney-client relationship with you.

Please be advised that we have filed a Motion with the Court seeking an Order allowing us to withdraw our representation of you in this case. The Motion was filed on December 10, 2025. You have a right to object to the withdrawal of counsel. Any response or objection to the Motion must be received by the Court within **seventeen (17) days** of the filing date, December 10, 2025. Your response may be in the form of a letter signed by you.

We are enclosing a copy of your Complaint and Case Management Order 35 which sets forth the current deadlines and proof that needs to be submitted by **December 11, 2025**. We are also enclosing a copy of the Plaintiff Fact Sheet and authorizations that need to be submitted along with your other evidence by the **December 11, 2025** deadline. You are responsible for meeting these deadlines. If you wish to pursue your claim, you should immediately retain another attorney to ensure your rights are protected.

Very truly yours,

*[signature]*

Jonathan E. Goldberg

JEG/bd

**Baltimore Office:** The Paulton • 1211 St. Paul Street • Baltimore, MD 21202 • Phone: 410-234-1000 • Fax: 410-234-1010
**Washington, DC Office:** 1050 Connecticut Avenue NW • Suite 500 • Washington, DC 20036 • Phone: 202-408-3300

Toll Free: 888-234-0001 • www.sfspa.com