IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) |  MDL No. 2:18-mn-2873-RMG<br><br>**ORDER**<br><br>**This Order Relates to All Cases** |

Before the Court is the Plaintiffs' motion for default judgment against Fire Service Plus, Inc. (Dkt. No. 7961). The Court grants the motion.

Fire Service Plus, Inc. is a defendant in thousands of cases in this MDL. On July 7, 2025, counsel for FSP moved to withdraw, (Dkt. No. 7481), affirming that FSP consented to the withdrawal, that FSP understood it could not proceed without counsel, that FSP understood failure to obtain counsel would result in default, and that FSP had the right to object to the withdrawal. FSP never objected, and the Court granted counsel's motion on July 18, 2025. (Dkt. No. 7565).

On September 3, 2025, Plaintiffs moved for default judgment against FSP for failure to obtain replacement counsel. (Dkt. No. 7961). Despite according FSP ample time to oppose said motion and obtain new counsel, FSP has not obtained replacement counsel nor opposed the Plaintiffs' motion.

"It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel." *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02, 113 S. Ct. 716, 721, 121 L. Ed. 2d 656 (1993. And "[i]t is undeniable that default judgments are warranted 'against defendants who failed to

1

appear or participate in the proceedings.' " *Fed. Trade Comm'n v. Pukke*, 53 F.4th 80, 106 (4th Cir. 2022) (quoting *Chafin v. Chafin*, 568 U.S. 165, 175, 133 S.Ct. 1017, 185 L.Ed.2d 1 (2013)).

The Court **GRANTS** Plaintiff's motion for default against FSP. (Dkt. No. 7961). FSP has not obtained replacement counsel and cannot further participate in this litigation. Default judgment is appropriate. *See Pukke*, 53 F.4th at 106.

**AND IT IS SO ORDERED.**

                                                s/ Richard Mark Gergel
                                                Richard Mark Gergel
                                                United States District Judge

December 11, 2025
Charleston, South Carolina