IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2873<br>Master Docket No. 2:18-mn-2873-RMG<br><br>This Document Relates to<br>2:25-cv-12114-RMG |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

PLEASE TAKE NOTICE that Plaintiffs Charles Lee Duncan Jr. and Jonterius Jamerson hereby **DISMISS WITHOUT PREJUDICE** all claims in this action as to all Defendants.

This Notice applies only to the Plaintiffs named above. All other Plaintiffs' claims remain as stated in the Complaint.

This 12th day of December, 2025

> By: /s/ W. Stacy Miller II
> W. Stacy Miller II
> N.C. Bar No. 21198
> MaryAnne M. Hamilton
> N.C. Bar No. 59323
> Post Office Box 6340
> Raleigh, NC 27628
> T: (919) 348-4361
> F: (919) 729-2953
> maryanne@millerlawgroupnc.com

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on December 12, 2025, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF).

  Notice of and access to this filing will be provided to all parties through CM/ECF.

               /s/ *MaryAnne M. Hamilton*
               MaryAnne M. Hamilton