# Exhibit A

| Plaintiff Name | Case Number |
|---|---|
| Patterson, Carla | 2:25-cv-11569-RMG |