# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG <br><br> This Document Relates To All Actions |

**JOINT MOTION FOR ENTRY OF PROPOSED CASE MANAGEMENT ORDER 26M**

The Defense Leadership and Plaintiffs' Executive Committee ("PEC') jointly move this Court to enter Proposed Case Management Order ("CMO") No. 26M, which amends the schedule for completing further discovery in the Tier 2 Group B cases selected by the Court by Orders dated July 19, 2024 [ECF 5361] and September 10, 2025 [ECF No. 7997].

On August 5, 2025 the Court issued CMO 26K extending the deadline to complete Tier 2 Discovery in the "Group B" CMO 26 personal injury bellwether cases until December 19, 2025. [ECF 7713]. The parties have engaged in significant discovery during this time period, but also encountered certain delays. In particular, both parties sought third-party discovery from the United States Air Force regarding activities at Peterson Space Force Base. Responses to those requests were slowed by the lapse in Federal Government funding during fall 2025. The parties are now working with the Government and the Air Force regarding these requests, including identifying available dates for a site visit. The Parties agree it is appropriate to extend Tier 2 Discovery to accommodate the delay created by the lapse in funding of the Federal Government. The Parties also will continue to advance other discovery (e.g., obtaining medical records or documents related to any property damage claims) as needed.

The parties have conferred and agree on the modified schedule contained in Proposed CMO 26M, attached as Exhibit A, which calls for Tier 2 discovery to be completed by March 19, 2026,

1

and requires that by the same date the parties propose selection of cases to move into expert discovery and a schedule for said expert discovery.

WHEREFORE, the Parties respectfully request that the Court enter proposed Case Management Order 26M, attached as Exhibit A.

Respectfully submitted,

Dated: December 18, 2025

Respectfully submitted,

*/s/ Fred Thompson*

Fred Thompson
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
P: (843) 216-9658
fthompson@motleyrice.com

*Plaintiffs' Liaison Counsel*

Michael A London
Douglas and London PC
One State Street, 35th Floor
New York, NY 10004
P: (212) 566-7500
mlondon@douglasandlondon.com

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue,
Suite 1100
Dallas, TX 75219
P: (214) 521-3605
ssummy@baronbudd.com

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
P: (843) 216-9000
jrice@motleyrice.com

*Co-lead Counsel for Plaintiffs*

*/s/ Daniel L. Ring*

Daniel L. Ring
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654-3456
P: (312) 923-2625
DRing@jenner.com

Joseph G. Petrosinelli
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington DC 20005
P: (202) 434-5547
jpetrosinelli@wc.com

*Co-Lead Counsel for Defendants*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/ Fred Thompson, III
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
P: (843) 216-9000
Fax: 843-216-9440
fthompson@motleyrice.com

*Plaintiffs' Liaison Counsel*
