**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.: 2:18-mn-02873-RMG<br><br>Notice of Dismissal<br><br>This Document Relates to:<br><br>*Plaintiffs Listed in Exhibit A* |

**NOTICE OF VOLUNTARY DISMISSAL BY LISTED PLAINTIFFS ONLY, WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the entire action of each Plaintiff listed in Exhibit A attached is hereby **DISMISSED WITHOUT PREJUDICE**, as to all defendants and without costs to any party. Such dismissal shall include the dismissal of any derivative loss of consortium claim for the underlying dismissed claims. All claims brought by the remaining captioned Plaintiffs shall remain against all Defendants.

Dated: December 29, 2025

Respectfully submitted,

By: *s/Merritt Cunningham*

Michael G. Stag (LA Bar 23314)
Merritt Cunningham (LA Bar 32843)
STAG LIUZZA, LLC
365 Canal St., Ste. 2850
New Orleans, LA 70130
Phone: (504) 593-9600
Fax: (504) 593-9601
mstag@stagliuzza.com
mcunningham@stagliuzza.com

| Case Number | Case Name | Plaintiff Name |
|---|---|---|
| 2:25-cv-13267-RMG | Abbott, et al v. The 3M Co., et al | Richard Binns |
| 2:25-cv-13267-RMG | Abbott, et al v. The 3M Co., et al | Crystal Cole |
| 2:25-cv-13267-RMG | Abbott, et al v. The 3M Co., et al | Bronwyn Chandler |
| 2:25-cv-13267-RMG | Abbott, et al v. The 3M Co., et al | Sherry Alves |
| 2:25-cv-13267-RMG | Abbott, et al v. The 3M Co., et al | Devyn Davis |
| 2:25-cv-13267-RMG | Abbott, et al v. The 3M Co., et al | Georgina Heyne |
| 2:25-cv-13267-RMG | Abbott, et al v. The 3M Co., et al | George Kissick |
| 2:25-cv-13267-RMG | Abbott, et al v. The 3M Co., et al | Faye Hobson-Morales |
| 2:25-cv-13271-RMG | Adams, et al v. The 3M Co., et al | Stacy Perez |
| 2:25-cv-13271-RMG | Adams, et al v. The 3M Co., et al | Jeremy Tartar |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 29, 2025, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

*s/Merritt Cunningham*
Merritt Cunningham