IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2873<br>Master Docket No. 2:18-mn-2873-RMG<br><br>This Document Relates to<br>2:25-cv-12114-RMG |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

PLEASE TAKE NOTICE that Plaintiffs Tyrone Bates, Demone Davis, and Terrance Hiley hereby **DISMISS WITHOUT PREJUDICE** all claims in this action as to all Defendants.

This Notice applies only to the Plaintiffs named above. All other Plaintiffs' claims remain as stated in the Complaint.

This 30th day of December, 2025

By: /s/ W. Stacy Miller II
W. Stacy Miller II
N.C. Bar No. 21198
MaryAnne M. Hamilton
N.C. Bar No. 59323
Post Office Box 6340
Raleigh, NC 27628
T: (919) 348-4361
F: (919) 729-2953
maryanne@millerlawgroupnc.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on December 30, 2025, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF).

    Notice of and access to this filing will be provided to all parties through CM/ECF.

    /s/ *MaryAnne M. Hamilton*
    MaryAnne M. Hamilton