IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | : | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | : : : : : | MDL No. 2:18-mn-2873-RMG<br><br>This Document Relates to<br>Case No. 2:20-cv-3480-RMG |

## MOTION FOR LEAVE TO SUBSTITUTE PARTY AND FILE AMENDED COMPLAINT AND SUPPLEMENTAL PLEADINGS

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Leave to Substitute Party and File Amended Complaint and Supplemental Pleadings, the Declaration of Nancy M. Christensen, and the exhibits annexed thereto, Plaintiff moves this Court for an order pursuant to Rules 15 and 25 of the Federal Rules of Civil Procedure granting Plaintiff leave to file the First Amended Complaint in this action.

**PLEASE TAKE FURTHER NOTICE**, pursuant to Local Rule 7.06, opposing affidavits and memoranda of law, if any, must be filed within fourteen days of the filing of this motion, unless the parties agree otherwise or the Court imposes a different schedule.

Dated: December 31, 2025                    Respectfully submitted,

                                            WEITZ & LUXENBERG, P.C.

                            By:    /s/ Nancy M. Christensen_____
                                   Nancy M. Christensen
                                   700 Broadway
                                   New York, NY 10003
                                   Tel #: (212) 558-5500
                                   Fax #: (212) 344-5461
                                   nchristensen@weitzlux.com