# EXHIBIT 1

2:18-mn-02873-RMG     Date Filed 01/06/26     Entry Number 8645-1     Page 1 of 2

| Table of Cases ||
|---|---|
| **Case Caption** | **Case Number** |
| *City of Newburgh v. United States of America et al.* | 2:18-cv-3358-RMG |
| *City of Westfield, Massachusetts v. 3M Company et al.* | 2:18-cv-3435-RMG |
| *County of Suffolk v. United States of America* | 2:19-cv-1181-RMG |
| *Fiattarone et al. v. United States of America et al.* | 2:19-cv-1119-RMG |
| *Security Water District et al. v. USA* | 2:19-cv-2187-RMG |
| *Atlantic City Municipal Utilities Authority v. 3M Company et al.* | 2:19-cv-1223-RMG |
| *Lakewood Water Dist. v. United States of America et al.* | 2:20- cv-2899-RMG |
| *City of Airway Heights v. United States of America et al.* | 2:20-cv-1763-RMG |
| *Town of New Windsor et al. v. United States of America et al.* | 2:21-cv-1496-RMG |
| *City of DuPont v. United States of America et al.* | 2:21-cv-3284-RMG |
| *City of Birmingham, Alabama v. 3M Company et al.* | 2:21-cv-00606-RMG |
| *City of Montgomery Alabama v. 3M Company et al.* | 2:22-cv-04296-RMG |
| *City of Mobile Alabama v. 3M Company et al.* | 2:23-cv-04044-RMG |
| *Manchester Township New Jersey Department of Public Works & Utilities v. 3M Company et al.* | 2:23-cv-06349-RMG |
| *Liberty Utilities Litchfield Park Water & Sewer Corp. v. 3M Company et al.* | 2:23-cv-2627-RMG |
| *Town of Marana v. United States of America* | 2:24-cv-5962-RMG |
| *Art Schaap et al. v. United States of America et al.* | 2:24-cv-7040-RMG |
| *Village of Johnson City v. United States of America* | 2:24-cv-1216-RMG |
| *City of Ceiba Puerto Rico v. 3M Company et al.* | 2:24-cv-4110-RMG |
| *Barnstable Fire District v. United States of America* | 2:25-cv-159-RMG |
| *Town of Plattsburgh v. United States of America* | 2:25-cv-2750-RMG |
| *City of Fort Worth v. United States et al.* | 2:25-cv-2636-RMG |
| *State of New Mexico v. United States et al.* | 2:20-cv-2115-RMG |