IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>This Document relates to:<br><br>All cases |

**JOINT SUBMISSION CONCERNING SITE SELECTION UNDER CMO 25C**

Pursuant to Case Management Order 25C ("CMO 25C"), the FTCA Plaintiffs[1] and Defendant United States of America ("United States") (collectively, the "Parties") jointly provide this submission in order to: (1) identify three sites that the Parties have agreed to include in the initial wave of four sites that will be subject to site-specific jurisdictional discovery and briefing addressing remaining issues related to the applicability of the FTCA's discretionary function exception; and (2) advise the Court that the Parties were unable to reach agreement on a fourth site to include in the initial wave and plan to submit simultaneous letter briefs outlining their respective positions as set forth in Paragraph 1(b) of CMO 25C. Specifically, the Parties report the following:

    1.       The Parties have agreed to include the three sites listed below (along with the FTCA cases associated with each site) in the initial wave of sites that will be subject to site-specific

---

[1] With one exception, the term "FTCA Plaintiffs" collectively refers to the plaintiffs who have asserted claims under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671–2680 ("FTCA"), that the United States moved to dismiss on February 26, 2024, for lack of subject matter jurisdiction based on the FTCA's discretionary function exception, 28 U.S.C. § 2680(a) (the "DFE"). *See* Dkt. No. 4548 at 1–2. The lone exception is Plaintiff City of Westfield, which dropped its FTCA claim against the United States in an amended pleading filed on January 16, 2025.

jurisdictional discovery and briefing addressing remaining issues related to the applicability of the FTCA's discretionary function exception:

| Site Name | Associated Cases |
|---|---|
| Mather Air Force Base | *Cal. Am. Water v. United States*, No. 2:20-cv-00834 |
| Fairchild Air Force Base | 1. *Fiattarone v. United States*, No. 2:19-cv-01119 |
| | 2. *B&B Inv. Props. v. United States*, No. 2:19-cv-01120 |
| | 3. *Kalispel Tribe v. 3M Co.*, No. 2:20-cv-01398 |
| | 4. *City of Airway Heights v. United States*, No. 2:20-cv-01763 |
| | 5. *Wash. State Dep't of Corrs. v. United States*, No. 2:20-cv-02030 |
| | 6. *Nyvchik v. United States*, No. 2:23-cv-05876 |
| Joint Base Lewis-McChord | 1. *Lakewood Water Dist. v. United States*, No. 2:20-cv-02899 |
| | 2. *City of DuPont v. United States*, No. 2:21-cv-03284 |

2.     The Parties were unable to reach agreement on the fourth site to include in the initial wave. The United States rejected the FTCA Plaintiffs' initial proposal to include Stewart Air National Guard Base and the FTCA Plaintiffs rejected the United States' alternative proposal to include Peterson Air Force Base (n/k/a Peterson Space Force Base) as the fourth site in the initial wave.

3.     In light of their dispute over the fourth site to include in the initial wave, the Parties have elected to file simultaneous letter briefs outlining their respective positions for the Court. Consistent with Paragraph 1(b) of CMO 25C, the Parties' letter briefs shall not exceed five single-spaced pages in length and will be filed simultaneously at 6:00 P.M. Eastern Standard Time on Friday, January 16, 2025.

Dated: January 9, 2026

*s/Andrew Croner*
Andrew Croner
Napoli Shkolnik
360 Lexington Avenue, 11th Fl.
New York, New York 10017
(212) 397-1000
acroner@napolilaw.com

*Representative Counsel for the FTCA Plaintiffs*

Respectfully submitted,

*s/Haroon Anwar*
Haroon Anwar
Acting Assistant Director
Civil Division, Torts Branch
U.S. Department of Justice
Washington, D.C.
Haroon.Anwar@usdoj.gov

*Counsel for Defendant United States of America*