IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2873<br>Master Docket No. 2:18-mn-2873-RMG<br><br>Notice of Dismissal<br><br>This Document Relates to<br>2:25-cv-12114-RMG |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that Kenneth Green, Tamaka Leke Jones, Derrick Jermaine Lewis, Desmond Lewis, and Sam Lashaun Sims **DISMISS WITHOUT PREJUDICE** all of their claims in their entirety, as to all defendants, without costs to either party.

This dismissal applies only to the plaintiffs listed above. All other plaintiffs' claims remain as stated in the Complaint.

This 21st day of January 2026.

By: /s/ W. Stacy Miller II
W. Stacy Miller II
N.C. Bar No. 21198
MaryAnne M. Hamilton
N.C. Bar No. 59323
Post Office Box 6340
Raleigh, NC 27628
T: (919) 348-4361
F: (919) 729-2953
maryanne@millerlawgroupnc.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on January 21, 2026, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF).

      Notice of and access to this filing will be provided to all parties through CM/ECF.

       /s/ *MaryAnne M. Hamilton*
      MaryAnne M. Hamilton