# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.: 2:18-mn-02873-RMG<br><br>Notice of Dismissal<br><br>This Document Relates to<br><br>*Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al No.: 2:25-cv-11956-RMG* |

### NOTICE OF DISMISSAL BY LISTED PLAINTIFFS ONLY, WITHOUT PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) & SECOND AMENDED CASE MANAGEMENT ORDER NO. 28

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and Paragraph 6 of the Second Amended CMO 28, the entire action of each Plaintiff listed in the attached Exhibit A is hereby **DISMISSED WITHOUT PREJUDICE**, as to all defendants and without costs to any party. Such dismissal shall include the dismissal of any derivative loss of consortium claims for the underlying dismissed claims.

Dated: January 26, 2026               Respectfully submitted,

By: */s/ Jospeh Y. Shenkar*
**Marc J. Bern & Partners LLP**
Joseph Y. Shenkar
South Carolina Bar No.: 77769
Fed. Bar No.: 10861
101 West Elm St. Suite 101
Conshohocken, PA 19428
(212) 702-5000
JShenkar@Bernllp.com
*Attorney for Plaintiff*

# Exhibit A

| Case Number | Case Name | Plaintiff Name (if injured party is deceased or Incapacitated, style as "PlaintiffName o/b/o Injured/deceased Part Plaintiff Name" |
|---|---|---|
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Scott Ahlers |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Brandi Arther |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Jerrett Carter |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Michael Chapman |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Leland Chatman |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Mrs. Leland Chatman |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Temis Coleman |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Mark Joseph Culbert |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Mrs. Mark Joseph Culbert |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Reginald Dodson Jr |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Jeremy Dyess |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Sr, Edward Easterling |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | David Forsythe |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Sammie Francher |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Roy Miller |

| | | |
|---|---|---|
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | June Fuller |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Jose Garcia III |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Anthony Gomez Sr |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Alex Gonzalez |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Haley White |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Robert Hall |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Adam Hanu |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Terry Heap |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Trent Horton |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Donald Inness |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Hather Bryan James |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Michael Jones |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | William LaPan |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Brandon Leavell |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Jefferey LeRoux |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Michael Anthony Lozano |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Dwayne M Mcalister |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Jessica Mercado |

| | | |
|---|---|---|
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Johnny Perkins |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Jose Rivera |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Mrs. Jose Rivera |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Kenneth Rodriquez |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Craig Servis |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Bobby Trotter |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Jonathan Warriors |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Joshua Wheeler Pearce |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Carlos White |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Darrell Williams |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Tavon Winselle |
| 2:25-cv-11956-RMG | Ahlers et al v. 3M Company (fka Minnesota Mining and Manufacturing Company) et al | Mrs. Tavon Winselle |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 26, 2026, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

                                                        By: */s/ Miranda Emerson*
                                                              Miranda Emerson, Paralegal
                                                              Marc J. Bern & Partners LLP