UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.: 2:18-mn-02873-RMG<br><br>Notice of Dismissal<br><br>This Document Relates to<br><br>*Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al No.: 2:25-cv-11985-RMG* |

### NOTICE OF DISMISSAL BY LISTED PLAINTIFFS ONLY, WITHOUT PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) & SECOND AMENDED CASE MANAGEMENT ORDER NO. 28

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and Paragraph 6 of the Second Amended CMO 28, the entire action of each Plaintiff listed in the attached Exhibit A is hereby **DISMISSED WITHOUT PREJUDICE**, as to all defendants and without costs to any party. Such dismissal shall include the dismissal of any derivative loss of consortium claims for the underlying dismissed claims.

Dated: January 26, 2026

Respectfully submitted,

By: */s/ Jospeh Y. Shenkar*
**Marc J. Bern & Partners LLP**
Joseph Y. Shenkar
South Carolina Bar No.: 77769
Fed. Bar No.: 10861
101 West Elm St. Suite 101
Conshohocken, PA 19428
(212) 702-5000
JShenkar@Bernllp.com
*Attorney for Plaintiff*

# Exhibit A

| Case Number | Case Name | Plaintiff Name (if injured party is deceased or Incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Part Plaintiff Name" |
|---|---|---|
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Matthew Berney |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Dwayne E. Brown |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Mrs. Dwayne E. Brown |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Eric Cochran |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Johnnie Cox |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Jesus Fabela |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Jonathan Dale High |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Kenan Hunnicutt |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Jeff Ingram |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Benjamin Jewett |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Michael Koory |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Joseph Krobath |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Stephanie Krobath |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Kenneth Manring |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Errol McDonald |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | James McNeilly |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Mrs. James McNeilly |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | David Miller |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Rose M. Miller |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Alexander Moreno |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Leeann Moreno |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Chelsey Pizano |

| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Arlie Riefer |
|---|---|---|
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Perry Robinson Jr |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Melvin Ruff |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Jason Smith |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Ian Spears |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Frank Stephen |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Mrs. Frank Stephen |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Aaron Tabbert |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Blanca Taylor |
| 2:25-cv-11985-RMG | Allen et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al | Bradley Taylor |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 26, 2026, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

By: */s/ Miranda Emerson*
Miranda Emerson, Paralegal
Marc J. Bern & Partners LLP