**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br><br>**This Document relates to ALL CASES** |

**NOTICE OF CHANGE OF ADDRESS**

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, effective January 8, 2026, the address of the undersigned counsel of record for Defendant 3M Company, has changed:

**OLD**: Goldman Ismail Tomaselli Brennan & Baum LLP
200 South Wacker Drive, 22nd Floor
Chicago, IL 60606

**NEW**: Goldman Ismail Tomaselli Brennan & Baum LLP
191 N. Wacker Drive, Suite 3000
Chicago, IL 60606

The telephone and facsimile numbers will remain the same. Please send all future notices, correspondence, and other documents in this action to the above address.

DATED: January 28, 2026

*/s/ Craig Woods*
Craig Woods
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
191 N. Wacker Dr., Suite 3000
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191
cwoods@goldmanismail.com

*Counsel for Defendant 3M Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED: January 28, 2026

*/s/ Craig Woods*

Craig Woods
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
191 N. Wacker Dr., Suite 3000
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191
cwoods@goldmanismail.com

*Counsel for Defendant 3M Company*