IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCT LIABILITY LITIGATION** | MDL No. 2:18-mn-02873-RMG |
| This document relates to:<br><br>Adams et al v. The 3M Company, et al.<br>Civil Action No.: 2:25-cv-12334 | **MOTION TO WITHDRAW COUNSEL** |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD AND SUBSTITUTE COUNSEL

COMES NOW, Michelle Lukic as counsel of record for Plaintiffs, and hereby moves this Honorable Court to permit Ms. Lukic to withdraw as counsel of record. Ms. Lukic further states in support:

1. Attorney Michelle Lukic is no longer employed at Keller Postman.

2. No substitution of counsel is necessary as the Plaintiffs will continue to be represented by Rebecca King of Keller Postman.

3. The relief sought herein will not prejudice any party of affect any pre-trial deadlines.

WHEREFORE, Michelle Lukic prays this Honorable Court issue an Order granting her motion to withdraw as counsel of record in this matter.

Dated: January 29, 2026

Respectfully submitted

/s/ *Michelle Lukic*
Michelle Lukic
michelle.lukic@kellerpostman.com
KELLER POSTMAN LLC
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5222

*Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I, Michellle Lukic, hereby certify that on January 29, 2026, I electronically filed the foregoing with the Clerk of Court for the District of South Carolina by using the CM/ECF System, which will send a notice of electronic filing to all registered counsel of record.

/s/Michelle Lukic
MICHELLE LUKIC