IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

**JOINT STIPULATION AS TO CASE MANAGEMENT ORDER NO. 25D**

Discovery and Briefing of Motions to Dismiss Under CERCLA § 113(h)

On December 10, 2025, the Court entered Case Management Order ("CMO") No. 25D (Dkt. No. 8542) concerning jurisdictional discovery and briefing for the remaining sites at issue in the United States' motion to dismiss under CERCLA § 113(h) (Dkt. No. 4550).

Whereas the parties were given 90 days after the entry of CMO 25D to complete limited written discovery restricted to: "(a) whether the cleanup efforts at [the relevant site] are being conducted under CERCLA Section 104[,] (b) whether [the Plaintiff's] claims seeking injunctive relief should be considered 'challenges' to the remedial action," and (c) "the cleanup efforts" at each site (Dkt. No. 8542, ¶ 2);

Whereas the parties concur that it is not likely that the parties can timely complete written discovery within the 90-day time period (by March 10, 2026);

Whereas the United States requires additional time to respond to certain written discovery requests propounded by the CERCLA 113(h) Plaintiffs;

Therefore, pursuant to CMO 25D, ¶ 4, the parties hereby jointly stipulate and agree to extend the written discovery period by an additional thirty days from March 10, 2026, to April 9, 2026. In support of this joint stipulation, the parties submit the following:

1

1. This Joint Stipulation exclusively relates to an extension of the written discovery period, as described in Paragraphs 1 through 4, of CMO 25D (Dkt. No. 8542).

2. The parties agree and stipulate that the United States will be granted a thirty-day extension of time until March 2, 2026, to fully respond to the CERCLA § 113(h) Plaintiffs' Requests for Production of Documents ("RFPD") propounded on December 31, 2025. The United States will make its document productions on a rolling basis during the agreed upon extension of time, and will submit its written responses and an initial substantive production of documents on or before February 17, 2026.

3. Given the aforementioned thirty-day extension granted for to the United States for its RFPD responses, the parties agree and stipulate that a reciprocal thirty-day extension of the written discovery window, until April 9, 2026, is likewise warranted to resolve any disputes regarding the sufficiency of the United States' responses to discovery requests, including but not limited to the United States' RFPD responses, and to perform any additional written discovery that may be necessary.

4. If the parties are unable to complete written discovery within the April 9, 2026, written discovery period, in accordance with CMO 25D, ¶ 4, either party may (i) seek the other side's agreement to file a stipulation jointly extending the written discovery period, or (ii) file a motion seeking to extend the written discovery period for good cause. Motions seeking to extend the written discovery period shall be no more than seven (7) double-spaced pages in length and must be filed at least fourteen (14) days prior to the expiration of the deadline to complete that discovery. The opposing party shall then have seven (7) days to file a response to the motion, which shall also be no more than seven (7) double-spaced pages in length.

Dated:  January 30, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant
Attorney General
Environment & Natural Resources
Division

*/s/ Shari Howard*
Shari Howard
Sanya Shahrasbi
Alvand D. Ghandhari
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources
Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-9407 (Howard)
shari.howard@usdoj.gov
sanya.shahrasbi@usdoj.gov
alvand.ghandhari@usdoj.gov

*Counsel for the United States*

KANNER & WHITELEY, LLC

*/s/ David Ivy-Taylor*
David Ivy-Taylor
d.ivy-taylor@kanner-law.com
701 Camp Street
New Orleans, LA 70130
Phone: (504) 524-5777

*Counsel for Plaintiff the State of New Mexico, and Representative Counsel for the CERCLA 113(h) Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2026, I electronically filed the foregoing joint stipulation with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all known counsel of record.

                                     */s/ Shari Howard*
                                     Shari Howard
                                     Trial Attorney