**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.: 2:18-mn-02873-RMG |

# EXHIBIT A

# TO CASE MANAGEMENT ORDER NO. 37

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.: 2:18-mn-02873-RMG<br><br>Notice of Dismissal<br><br>This Document Relates to<br><br>*[Insert Case Name/Number]* |

<u>**NOTICE OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**</u>
<u>**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) &**</u>
<u>**CASE MANAGEMENT ORDER NO. 37**</u>

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and pursuant to Case Management Order No. 37, each listed action as described in Exhibit A attached is hereby **DISMISSED WITHOUT PREJUDICE,** in its entirety**,** as to all defendants without costs to any party. Such dismissal shall include the dismissal of any loss of consortium claims derivative of the dismissed claims.

This dismissal is entered subject to Case Management Order No. 35 and No. 37.  It is a condition of this dismissal that if a Plaintiff seeks to refile his or her claims at a later date, such case may be brought only by direct filing in this MDL pursuant to Case Management Order No. 3, absent a subsequent Order and assuming this MDL continues to be active or another process is put in place. The Court retains jurisdiction over any previously asserted and dismissed claims. If a Plaintiff files a PFAS claim in violation of this paragraph, this dismissal will be converted to dismissal with prejudice upon motion by any Defendant named as a party in both this action and the later-filed action.

Dated: _____, 202_                    Respectfully submitted,

By:/s/_____

Attorney Name
Law Firm Name
Address
Address
Phone
Fax
Email

## EXHIBIT A

| Case Name | Case Number | Plaintiff Name | Plaintiff MDL Portal Number |
|-----------|-------------|----------------|------------------------------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

**IN RE: AQUEOUS FILM-FORMING**
**FOAMS PRODUCTS LIABILITY**
**LITIGATION**

MDL No.: 2:18-mn-02873-RMG

# EXHIBIT B

# TO CASE MANAGEMENT ORDER NO. 37

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.: 2:18-mn-02873-RMG<br><br>Notice of Dismissal<br><br>This Document Relates to<br><br>*[Insert Case Name/Number]* |

## NOTICE OF DISMISSAL BY LISTED PLAINTIFFS ONLY, WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) & CASE MANAGEMENT ORDER NO. 37

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and pursuant to Case Management Order No. 37, the entire action of each Plaintiff listed in Exhibit A attached is hereby **DISMISSED WITHOUT PREJUDICE,** as to all defendants and without costs to any party. Such dismissal shall include the dismissal of any loss of consortium claims derivative of the dismissed claims.

This dismissal is entered subject to Case Management Order No. 35 and No. 37. It is a strict condition of this dismissal that if a Plaintiff seeks to refile his or her claims at a later date, such case may be brought only by direct filing in this MDL pursuant to Case Management Order No. 3, absent a subsequent Order and assuming this MDL continues to be active or another process is put in place. The Court retains jurisdiction over any previously asserted and dismissed Claims. If a Plaintiff files a PFAS claim in violation of this paragraph, this dismissal will be converted to dismissal with prejudice upon motion by any Defendant named as a party in both this action and the later-filed action.

Dated: _____, 202_                         Respectfully submitted,

By:/s/_____

Attorney Name
Law Firm Name
Address
Address
Phone
Fax
Email

## EXHIBIT A

| Case Name | Case Number | Plaintiff Name | MDL Portal Number |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |