# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 2, 2026

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

> Re:  Maryland, et al.
>      v. 3M Company
>      No. 25-517
>      (Your No. 24-1218, 24-1270)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.  Justice Alito took no part in the consideration or decision of this petition.

Sincerely,

*[signature: Scott S. Harris]*

**Scott S. Harris**, Clerk