IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

|  |  |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |

MDL No. 2:18-mn-2873-RMG

**CASE MANAGEMENT ORDER NO. 6.K**

**This Order Relates to All Cases.**

### Alternative For Service of Process On Defendants
### (Amendments and Additional Defendants)

1.      CMO 6 provides the manner in which certain Defendants may be served with process of a Summons and Complaint that has been filed in, removed to, or transferred to this Multi-District Litigation ("MDL").

2.      This Order supplements CMO 6 and CMO 6.A through CMO 6.J to amend the service address for Defendants who may be served with process of a Summons and Complaint in accordance with CMO 6 and to provide additional Defendants who may be served with process of a Summons and Complaint in accordance with CMO 6. All provisions of CMO 6 shall apply to the Defendants listed in this CMO 6.K.

3.      For the sake of efficiency for all parties, the following Defendants have agreed to accept service of a Summons and Complaint, either filed directly into the MDL or transferred into the MDL, by the following method(s):

(a)      **Carrier Global Corporation**
          **(Amends Service Method Provided in CMO 6.C)**

          *and*

          **Kidde PLC, Inc., Kidde-Fenwal, Inc., UTC Fire and Security Americas Corp., Inc., and United Technologies Corporation**

1

**(Amends Service Method Provided in CMO 6)**

Service via email:     KiddeDefendantsAFFF@daypitney.com
KiddeDefendantsAFFF@sullcrom.com

**(b)     Mallory Safety and Supply LLC**
**(Amends Service Method Provided in CMO 6.H)**

Service via email:     jtann@grsm.com
scoyne@grsm.com
pfascases@mallory.com

**(c)     Witmer Public Safety Group, Inc.**
**(Amends Service Method Provided in CMO 6.J)**

Service via email:     msb@swblaw.com
knw@swblaw.com

**AND IT IS SO ORDERED.**

s/Richard M. Gergel
Richard Mark Gergel
United States District Judge

March 20, 2026
Charleston, South Carolina

2