**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 2:18-mn-2873-RMG<br><br>**ORDER**<br><br>**This Order Relates to**<br>**ALL CASES** |

Before the Court is the State of New Mexico's partial summary judgment motion, (Dkt. No. 7420), Plaintiffs Art Schaap and Renee Schaap's partial motion for summary judgment, (Dkt. No. 7421), the Government's motion to hold in abeyance CERCLA cost and recovery and contribution claims, (Dkt. No. 7987) (arguing abeyance would allow Plaintiffs time to resolve claims against third party sources and for Government to ensure compliance with CERCLA prohibition against double recovery), and the Government's motion to deny or defer ruling on the Schaap's motion, (Dkt. No. 7988) (arguing motion should be denied under FRCP 56(d) to allow for further discovery).

Plaintiffs' motions are **denied without prejudice** (Dkt. Nos. 7420, 7421). The Government's motions are **granted** as indicated below (Dkt. Nos. 7987, 7988). The Fourth Circuit recognizes a district court's "broad discretion in coordinating and administering multi-district litigation." *In re Showa Denko K.K. L-Tryptophan Prods. Liab. Litig.-II*, 953 F.2d 162, 165 (4th Cir. 1992); *Id.* ("The multiplicity of suits requires that the district court be allowed to combine procedures, appoint lead counsel, recognize steering committees of lawyers, limit and manage discovery, etc. to minimize expense to all litigants and to provide judicial efficiency."). The

1

Government rightly notes that CERCLA precludes double recovery and that judicial economy counsels against addressing Plaintiffs' claims at this time given related suits against third parties. Additionally, the Government's need for additional discovery to develop its case against the Schaap's on the merits counsels declining to consider the Schaap's motion at this juncture. *See* Rule 56(d) (court may defer or deny motion where nonmovant cannot present facts essential to opposition).

Further, at this time, the Court will not entertain dispositive motions related to CERCLA claims.

**AND IT IS SO ORDERED.**

　s/Richard Mark Gergel
Richard Mark Gergel
United States District Judge

March 23, 2026
Charleston, South Carolina

2