**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.: 2:18-mn-02873-RMG<br><br>**Notice of Dismissal**<br><br>*This Document Relates to Cases Listed in Exhibit A* |

### NOTICE OF DISMISSAL BY LISTED PLAINTIFFS ONLY, WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) & CASE MANAGEMENT ORDER NO. 37

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and pursuant to Case Management Order No. 37, the entire action of each Plaintiff listed in Exhibit A attached is hereby **DISMISSED WITHOUT PREJUDICE,** as to all defendants and without costs to any party. Such dismissal shall include the dismissal of any loss of consortium claims derivative of the dismissed claims.

This dismissal is entered subject to Case Management Order No. 35 and No. 37.  It is a strict condition of this dismissal that if a Plaintiff seeks to refile his or her claims at a later date, such case may be brought only by direct filing in this MDL pursuant to Case Management Order No. 3, absent a subsequent Order and assuming this MDL continues to be active or another process is put in place. The Court retains jurisdiction over any previously asserted and dismissed Claims. If a Plaintiff files a PFAS claim in violation of this paragraph, this dismissal will be converted to dismissal with prejudice upon motion by any Defendant named as a party in both this action and the later-filed action.

Dated: New York, New York
      March 26, 2026

Respectfully submitted,

**NAPOLI SHKOLNIK**

By: */s/ Nicholas Mindicino*
Nicholas Mindicino
360 Lexington Avenue, 11th Fl.
New York, New York 10017
(212) 397-1000
nmindicino@napolilaw.com

*Counsel for Plaintiff*

# EXHIBIT A

| Case Name | Case Number | Plaintiff Name | MDL Portal Number |
|---|---|---|---|
| Smith, et al. v. The 3M Company et. al. | 2:18-cv-03372-RMG | Conner, Angela | AFFF013046 |
| Hicks, et al. v. The 3M Company et. al. | 2:18-cv-03393-RMG | Wing, Diana | AFFF013785 |
| Dilwood, et al. v. The 3M Company et. al. | 2:18-cv-03407-RMG | Wilson, Ronald | AFFF015770 |
| Garcia, et al. v. The 3M Company et. al. | 2:18-cv-03418-RMG | Basye, Shevawn | AFFF231951 |
| Meck, et al v. The 3M Company et. al. | 2:22-cv-04348-RMG | Keefe, William | #N/A |
| Kevin Archer et al. v. The 3M Company et. al. | 2:23-cv-03554-RMG | Fischer, Isaac | AFFF016528 |
| Diane Davolio, et al v. The 3M Company et. al. | 2:24-cv-03635-RMG | Cote, Marlene | AFFF019818 |
| Bryan Alexander, et al v. The 3M Company et. al. | 2:24-cv-03941-RMG | Davis, Brian | AFFF019625 |
| Bill Morris, et al v. The 3M Company et. al. | 2:24-cv-05683-RMG | Obrien, Patrick Scott | AFFF017730 |
| Alejandro Arsola et al v. The 3M Company et. al. | 2:24-cv-07390-RMG | Garrard, John | AFFF020429 |
| Dan Adkins et al v. The 3M Company et. al. | 2:25-cv-00782-RMG | Eaton, Mark | AFFF073095 |
| Michael Guzman, et al v. The 3M Company et. al. | 2:25-cv-03176-RMG | Heady, Shannon | AFFF019576 |
| John Stephens et al v. The 3M Company et. al. | 2:25-cv-11374-RMG | Cryderman, Tammy | AFFF129688 |
| Angella Ashkins et al v. The 3M Company et. al. | 2:25-cv-11538-RMG | Benjamin, Diana | AFFF136180 |
| Dalenea Frazier et al v. The 3M Company et. al. | 2:25-cv-11558-RMG | George, April | AFFF221171 |
| Zachary Givens et al v. The 3M Company et. al. | 2:25-cv-11571-RMG | Haas, Amy | AFFF161682 |
| Andre Hoskins et al v. The 3M Company et. al. | 2:25-cv-11580-RMG | Hudson, Jerome | AFFF135397 |
| Sebastian Escalera et al v. The 3M Company et. al. | 2:25-cv-11597-RMG | Fitch, Vicki | AFFF228142 |
| Lisa Williams et al v. The 3M Company et. al. | 2:25-cv-11704-RMG | Yager, Rosaline | AFFF159856 |
| David Preston et al v. The 3M Company et. al. | 2:25-cv-11783-RMG | Proctor, Amanda | AFFF137378 |
| Gary Unrue et al v. The 3M Company et. al. | 2:25-cv-11787-RMG | Walters, Margaret | AFFF245912 |
| Vernon Edwards et al v. The 3M Company et. al. | 2:25-cv-13159-RMG | Kane, Robert | AFFF045382 |
| Bradley Abel et. al. v. The 3M Company et. al. | 2:25-cv-13329-RMG | Laciura, Donna | AFFF100796 |
| Ann O'Connor et al v. The 3M Company et. al. | 2:25-cv-13453-RMG | Perryman, Rylan | AFFF123763 |
| Tanya Bullington et al v. The 3M Company et. al. | 2:25-cv-13642-RMG | Campbell, Sadonna | AFFF071137 |