**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |
| | **NOTICE OF DISMISSAL** |
| | This Filing Relates to: |
| | *Cases Listed in Exhibit A* |

### NOTICE OF DISMISSAL OF SYENSQO SPECIALTY POLYMERS WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs in the actions listed in Exhibit A hereby dismiss without prejudice all claims brought against Defendant Syensqo Specialty Polymers USA, LLC, formerly known as Solvay Specialty Polymers USA LLC. Plaintiffs' claims against all other Defendants are not altered by this notice.

Dated: March 27, 2026

Respectfully submitted,

*/s/ Nicholas Mindicino*
NAPOLI SHKOLNIK
Nicholas Mindicino
360 Lexington Avenue, 11th Fl.
New York, NY 10017
Telephone: (212) 397-1000
nmindicino@napolilaw.com

*Attorney for Plaintiffs*

Exhibit A

| | |
|---|---|
| Manchester by the Sea v. AGC et al. | 2:26-cv-01008-RMG |
| St. Clair Water and Sewer Authority v. AGC et al. | 2:26-cv-01022-RMG |
| Town of Belington, WV v. AGC et al. | 2:26-cv-01056-RMG |
| Town of Fraser, CO v. AGC et al. | 2:26-cv-01057-RMG |
| Village of Eldred, IL v. AGC et al. | 2:26-cv-01058-RMG |
| Brookings-Deuel Rural Water System, Inc. v. AGC et al. | 2:26-cv-01070-RMG |
| City of Plaquemine Water System, LA v. AGC et al. | 2:26-cv-01272-RMG |