**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION, | ) ) ) | **C.A. NO. 2:18-MN-2873-RMG** |
| | ) | **This Document Relates to:** |
| | ) | |
| | ) | *City of Fresno v. 3M Co., Inc. , et al.* |
| | ) | **Case No. 2:26-cv-01415** |

**NOTICE OF APPEARANCE**

PLEASE take notice that Edward D. Buckley, Jr. of Clement Rivers, LLP hereby enters

an appearance as one of the attorneys of record for Defendant Asterion, LLC and Defendant

Benchmark Products, Inc.in the above-captioned action.

CLEMENT RIVERS, LLP

s/Edward D. Buckley, Jr.
Edward D. Buckley, Jr.  Federal I.D. #: 1559
P.O. Box 993, Charleston, SC  29402
(843) 724-6671;  E-mail:  ebuckley@ycrlaw.com
Attorneys for Defendants Asterion, LLC and
Benchmark Products, Inc.

Charleston, South Carolina

Dated: April 13, 2026