# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.: 2:18-mn-02873-RMG<br><br>Notice of Voluntary Dismissal<br><br>This Document Relates to<br><br>*Aguilar et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing Company) et al No.: 2:25-cv-11937-RMG*<br><br>*See Exhibit A* |

### NOTICE OF DISMISSAL BY LISTED PLAINTIFFS ONLY, WITHOUT PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) & SECOND AMENDED CASE MANAGEMENT ORDER NO. 28

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and Paragraph 6 of the Second Amended CMO 28, the entire action of each Plaintiff listed in the attached Exhibit A is hereby **DISMISSED WITHOUT PREJUDICE**, as to all defendants and without costs to any party. Such dismissal shall include the dismissal of any derivative loss of consortium claim for the underlying dismissed claims.

Dated: May 22, 2026                    Respectfully submitted,

By: */s/ Jospeh Y. Shenkar*

**Marc J. Bern & Partner, LLC**
Joseph Y. Shenkar
South Carolina Bar No. 77769,
Fed. Bar No.: 10861
101 West Elm St. Suite 101
Conshohocken, PA 19428
(212) 702-5000
JShenkar@Bernllp.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 22, 2026, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

By: */s/ Lazmy Montolio*

Lazmy Montolio, Paralegal

Marc J. Bern & Partners, LLP