**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:  AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-02873-RMG |

| | |
|---|---|
| **CARRIE BROCKMEIER,**  *et al.,* )<br>*Plaintiffs,* )<br>)<br>*v.* )<br>)<br>**THE 3M COMPANY,**  *et al.,* )<br>)<br>*Defendants.* )<br>) | **Case No. 2:25-cv-12500-RMG**<br><br>**NOTICE OF APPEARANCE** |

*PLEASE TAKE NOTICE* that Nicholas H. Mindicino, Esq., Senior Associate of the law firm of Napoli Shkolnik, hereby gives his Notice of Appearance as counsel for Plaintiffs, BRIAN GERSCH, BRIAN CHRISTLY, GAYE ELLISS, NICOLAS GARDNER, CONRAD DE LA TORRES, III, DONNA FLETCHER, RONALD CARPENTER, II, WAYNE CAMPBELL, TONIA COMBS, MARVIN CRINER, ROBERT EASTON, JOEY CHAPA, MONICA HERRERA, GISELLE FACEMIRE, LEANA CRUZ, DIANICA CASH, DEBBIE HIDALGO, KATHY FUCHS, LORAINE DENISE ELLIOTT, LORI HANSEN, SHEILA CHILDS, SUSANNE CLARK, MICHAEL DONIGAIN, IRIS EVANS, TORRIE FOX, E. H., BRANDON DAVIS, ROBERT CHAVIS, STEVEN GRANT, STACY GAEDE, CHRISTIE CULBERTSON, DONALD HAWKINS, BRENTON CALLUM, GARRETT GOINES, SHEA DUNN, TAMMY CURTIS, ADAM FISHER, DENNIS DELDUCA, LOIS G. EGNOR, STACEY DOCKERY, JUDY DARNELL, DANIEL DAVIS, ROBERT GRAY, VENUS GIARDINA, ANDRAE BROWN, NADINE CARLSON, SANDRA M. DURAN RUBIANO, DONALD HAILE, JR, DAVID L. GOGLEY, JR, CHRISTOPHER FUNCHESS, RILEY DAVIS, JASON GUSTANSKI, GENA CORRAL, RICHARD CATALANO, GARY GRAZIOLI, AMBER GENOA, DIONNE

FORPAHL, JULIE GIFFORD, YVONNE GATES, MARILYNN DOZIER, SUSAN H. CARMAN, GARY CATALANO, ALTEN FALETOI, MARY GERALD, GERALDENE HERNANDEZ, ANIAH HERNANDEZ, JOHN COOK, JODY BURNS, JONATHAN FELTS, LINDA CLICK, RAUL GARCIA, DAVID COLE, IV, JOSEPH CISNEROS, NICHOLAS CASPOLI, DEBRA BURKHART, NAVELLA CHADHA, RANDAL DUNBAR, BARBARA GARDNER, LEEANN FIEGLE, SHARON HESTER, ROBERT DEKEN, ROSA DIAZ, PAMELA CURTIS, JAMES E. FRANKLIN, STEVEN GALE, REBEKAH ETTERS, D. B., CHERYL FUNK, LIBBY HAUGSTED, ARDEAN GROSSMAN, LANE ETHERINGTON, DEBORAH COPELAND, STEVE FRAN MCMULLEN, PAMELYN EICHELBERGER, LOYD DODD, JOHN GIUDICE, DAVID HARP, ANGEL GEENEN, KENNETH COSTIGAN, DONNA CLIFTON, JOSHUA DAVIDSON, JULIANNE FEINSINGER, CYNTHIA CADE, STEPHANIE COLE, JERIT CRAFT, PAULA CROSLEY, SHEILA CONNOR, CAROLEN DAVIS, ANTHONY CARSON, DION CRAWFORD, CHADWICK DAWSON, ETHAN DAVIS, CARRIE BROCKMEIER, SAMEERAH ELJURF, JANIE GARCIA, LAWRENCE GUNNELLS, JAMES GREGORY, DEBORAH CHELETTE, ANDREA FISHER, BERNARD GIARDETTI, DAVID CHAPMAN, BOBIE GARRETT, TIMOTHY HEATH, JOHNNIE COFFMAN, JOHN DIVINE, JASON DURKEE, ANGELA GOFF, WILLIAM CULPEPPER, ALBERTINE HARRIS, GRACELYN GIBBS, PATRICIA CRAIG, JAMES GUINAND, HENRY CASTILLO, CHRIS CONTOPULOS, M. C., JOHN FOSTER, DEANN BUNCICH, JULIA EDWARDS, RICHARD S. BUBOLZ, MICHAEL CLEMONS, JOHN FABIAN, STELLA GUTIERREZ, MISTY COUSINS, STEVE BYRD, JOY FULLEN, TIMOTHY STRICKLAND, JUDY CLARK, MARSHA HILBURN, SHARON GIRLINGHOUSE, in the above-captioned matter and requests that all future correspondence and papers filed or served in connection with the above-captioned action are to be directed to the undersigned.

Dated: May 22, 2026                    Respectfully Submitted,

                                       */s/ Nicholas H. Mindicino*
                                       Nicholas H. Mindicino, Esq.
                                       **NAPOLI SHKOLNIK PLLC**
                                       400 Broadhollow Road, Suite 305
                                       Melville, NY  11747
                                       Tel. (212) 397-1000
                                       Fax. (646) 843-7603
                                       NMindicino@napolilaw.com

                                       ***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document was served on all parties who have appeared in this case on May 22, 2026, and who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Nicholas H. Mindicino*
Nicholas H. Mindicino, Esq.