**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:  AQUEOUS FILM-FORMING FOAMS<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-02873-RMG |

| | | |
|---|---|---|
| **LEONA HILL,**  *et al.,* | ) | |
| *Plaintiffs,* | )<br>)<br>) | **Case No. 2:25-cv-12509-RMG** |
| *v.* | )<br>) | |
| **THE 3M COMPANY,**  *et al.,* | )<br>) | **NOTICE OF APPEARANCE** |
| *Defendants.* | )<br>)<br>) | |

*PLEASE TAKE NOTICE* that Nicholas H. Mindicino, Esq., Senior Associate of the law firm of Napoli Shkolnik, hereby gives his Notice of Appearance as counsel for Plaintiffs, ZOLLIE MCBRIDE, LEONA HILL, ZAKARY KOLNICKI, JAMES MAPLE, JASON JONES, TATIANA LARSEN, LESLIE MAYNARD, JEWELL HOSEIN, BRYAN JANKOWSKI, MISHA KENSINGER, ANDRES NAVARRO, CORY KREKLOW, JESSICA JENKINS, NORMAN NEILSEN, ALBERT LINDER, SHARENNA MORRIS, LARY KNIGHT, SADIE OUELLETTE, DENNIS MOE, PAMELA R. HILL, CINDY KANE-HUACUJA, NATASA KOVACEVIC, HAZEL LEGORRETA, JERRY MURPHY, STEPHANIE JONES, STEPHANIE MCNUTT, ALVIN MADAN, JOHN JERNIGAN, TRINA MORROW, CHERYL MCNIMERY, MIKAYLA KEASTEAD, TYRONE JOHNSON, DAVID LARAMIE, JERRY JONES, JR, TAMARA KIL-MYERS, EMMANUEL JOSEPH, PATRICIA JOHNSON, TIM JONES, STACEY NEWTON, TIMOTHY MEDDERS, JUNE MCCUE, TANISHA C. LITTLEJOHN, MICHAEL KEMP, SHANTE MINUS, ROGER NOBLE, AMBER MCLEMORE, DAVID LOFTON, SUMMER JONES, JUDY OCONNOR, AMANDA MILAM, JAMES W. HUGGINS, JACQUELINE PANORIAS, JORGE MEDINA, NATASHA MATTSON, JENELLE LASSOFF-

BOURGEOIS, XAVIER MCDONALD, GEORGE PARSONS, OSVALDO MARTINEZ, ANGELA MULLEN, KEITH KRIZAK, MELISSA MAZZOLA, RENAE MYERS, ANGEL NASH, DAWNETTE OWINGS, KATHLEEN HOUGH, SHERRY KRUEGER, TANNER J. HOBENSACK, MONTANA R. MANN, VICKI HORVATH-HOPPER, ROBERT NORTON, KARENLYNE HILL, CALVIN JOHNSON, PAUL KEARSE, STEVEN MARTIN, STACY Y. PARRISH, MICHAEL LACROIX, LEROY PANT, TERRY NEELEY, TERRI JONES, DEBORAH JORDAN, RONALD PASCH, NEIL JOHNSON, TEYA LEWIS, SHAVON MALANGA, JULIE KORN, ISABELLA LASALLE, EDWEN LOPEZ, KATHERINE MORRIS, JEAN MERISIER, PETER KONOPASKY, JOHN V. NIPER, JR, CINDY HOUSEWRIGHT, ANDREA LEON, LEO KING, DARIN OLSEN, JOSEPH JOYCE, HEATHER DECORMIER, LARRY MATTHEWS, ZAYLIYAH MONTGOMERY, DANA HUGHES, CHRIS HONSOWETZ, AMBER JONES, CYNDIE KROHN, STEPHANIE HOPPER, KERRY JACOBS, LISA OLDS-BARNES, RAYMOND JARAMILLO, FLOYD HOSKINSON, THOMAS R. JONES, CURTIS P. JAMES, YVONNA JONES, CAROLYN JONES, TERESA NICHOLS, ERIC KING, SAMANTHA MALENOSKY, DEVLIN MCNEIL, HILDA MENDOZA, MARY MICK, ROBYN LAMLE, THOMAS MCCRAW, PEGGY MARTIN, SUSAN KENNEDY, JOEY JOSEPH, KYLE HOOVER, ABRA MUNOZ, JENNIFER JOHNSON, DOMINIC PALMITESSA, JASON MONTONYE, JEFFERY MCCURDY, WALTER MULLEN, DEIDRA JAMES, MADELEINE MARTINEZ, JAMIE METSCH, CHARLES HORN, CORY E. MYERS, MATTHEW HOUGH, NOEL LAUBE, TERRENCE KERN, REBECCA HOAG, REBECCA KREAMER, MICHAEL INGHAM, BOBBY LOCKE, LISA MILLER, DAVID HOFFMAN, CHELSEA HILL, AARON NOLAN, GENEVA NELSON, RUSSELL K. MCFADDEN, in the above-captioned matter and requests that all future

correspondence and papers filed or served in connection with the above-captioned action are to be

directed to the undersigned.

Dated: May 22, 2026                                    Respectfully Submitted,

                                                       */s/ Nicholas H. Mindicino*
                                                       Nicholas H. Mindicino, Esq.
                                                       **NAPOLI SHKOLNIK PLLC**
                                                       400 Broadhollow Road, Suite 305
                                                       Melville, NY  11747
                                                       Tel. (212) 397-1000
                                                       Fax. (646) 843-7603
                                                       NMindicino@napolilaw.com

                                                       ***Counsel for Plaintiff***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document was served on all parties who have appeared in this case on May 22, 2026, and who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Nicholas H. Mindicino*
Nicholas H. Mindicino, Esq.