**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:  AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-02873-RMG |

| | | |
|---|---|---|
| **CITY OF HUGO, MN,** | ) | **Case No. 2:25-cv-11629-RMG** |
| *Plaintiff,* | ) | |
| *v.* | ) | **NOTICE OF APPEARANCE** |
| **AGC CHEMICAL AMERICAS, INC.,**  *et al.,* | ) | |
| *Defendants.* | ) | |

**PLEASE TAKE NOTICE** that Coral M. Odiot, Esq., Partner of the law firm of Napoli Shkolnik, hereby gives her Notice of Appearance as counsel for Plaintiff, City of Hugo, MN, in the above-captioned matter and requests that all future correspondence and papers filed or served in connection with the above-captioned action are to be directed to the undersigned.

Dated: May 22, 2026

Respectfully Submitted,

*/s/ Coral M. Odiot*
Coral M. Odiot, Esq.
**NS PR LAW SERVICES LLC
    d/b/a NAPOLI SHKOLNIK**
1302 Avenida Ponce de Leon
San Juan, PR  00907
Tel: (787) 493-5088
Fax: (646) 843-7603
COdiot@nsprlaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document was served on all parties who have appeared in this case on May 22, 2026, and who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Coral M. Odiot*
Coral M. Odiot, Esq.