**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

|  |  |  |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:18-mn-2873-RMG This document relates to: 2:18-mn-02873-RMG; 2:18-cv-03372-RMG; 2:18-cv-03378-RMG; 2:18-cv-03385-RMG; 2:18-cv-03391-RMG; 2:18-cv-03392-RMG; 2:18-cv-03402-RMG; 2:19-cv-01119-RMG; 2:19-cv-03288-RMG; 2:19-cv-03290-RMG; 2:20-cv-01889-RMG; 2:20-cv-04191-RMG; 2:20-cv-04263-RMG; 2:24-cv-01955-RMG; 2:24-cv-06957-RMG; 2:25-cv-07197-RMG; 2:25-cv-07198-RMG; 2:25-cv-07199-RMG; 2:25-cv-07200-RMG; 2:25-cv-07511-RMG; 2:25-cv-08364-RMG; 2:25-cv-09450-RMG; 2:25-cv-09455-RMG; 2:25-cv-09459-RMG; 2:25-cv-11623-RMG; 2:25-cv-11629-RMG; 2:25-cv-12493-RMG; 2:25-cv-12500-RMG; 2:25-cv-12509-RMG; 2:26-cv-01022-RMG; 2:26-cv-01502-RMG |

### MOTION TO WITHDRAW

Pursuant to Local Rule 83.I.07 and Case Management Order No. 1, ¶ 6, ECF No. 3, attorney Sean P. Murphy moves to withdraw individually as counsel for all Plaintiffs in All Cases in which he is a has appeared on behalf of a Named Party. Sean P. Murphy will shortly no longer be employed by the firm Napoli Shkolnik as of May 23, 2026. Plaintiffs in each action listed above will continue to be represented ably by other attorneys from Napoli Shkolnik. Such counsel have appeared as counsel in each such action.

The actions from which Sean Murphy seeks to withdraw are listed below:

| Dkt. No. | Case Caption |
| --- | --- |
| 2:18-mn-02873-RMG | In Re Aqueous Film-Forming Foams Products Liability Litigation MDL 2873 |
| 2:18-cv-03372-RMG | Smith et al v. 3M Company, The et al |
| 2:18-cv-03378-RMG | Mann, Jr et al v. 3M Company, The et al |
| 2:18-cv-03385-RMG | Gokey et al v. 3M Company, The et al |
| 2:18-cv-03391-RMG | Kahler et al v. 3M Company, The et al |
| 2:18-cv-03392-RMG | Barker et al v. 3M Company, The et al |
| 2:18-cv-03402-RMG | Stacy et al v. 3M Company, The et al |
| 2:19-cv-01119-RMG | Fiattarone et al v. United States of America et al |
| 2:19-cv-03288-RMG | Schaap et al v. United States of America et al |
| 2:19-cv-03290-RMG | Teune et al v. United States of America et al |
| 2:20-cv-01889-RMG | City of Tampa, Florida v. 3M Company, The et al |
| 2:20-cv-04191-RMG | Vander Dussen et al v. 3M Company, The et al |
| 2:20-cv-04263-RMG | Dorene Dairy General Partnership et al v. 3M Company, The et al |
| 2:24-cv-01955-RMG | City of Faribault v. AGC Chemicals Americas Inc et al |
| 2:24-cv-06957-RMG | Palm Beach County v. The 3M Company et al |
| 2:25-cv-07197-RMG | City of Humboldt, Kansas v. Carrier Fire & Security Americas LLC et al |
| 2:25-cv-07198-RMG | City of Hiawatha Water Department v. Carrier Fire & Security Americas LLC et al |
| 2:25-cv-07199-RMG | Nikishka Bay Utilities, Inc. v. Carrier Fire & Security Americas LLC et al |
| 2:25-cv-07200-RMG | Persia Utility District v. Carrier Fire & Security Americas LLC et al |
| 2:25-cv-07511-RMG | City of Salem, Virginia v. AGC Chemicals Americas Inc., et al |
| 2:25-cv-08364-RMG | Lee Hammond Mutual Domestic Water Consumers Association v. AGC Chemicals Americas Inc et al |

| | |
|---|---|
| 2:25-cv-09450-RMG | City of Ucon, Idaho v. AGC Chemicals Americas Inc et al |
| 2:25-cv-09455-RMG | Rosewood Hills Property and Homeowners Association v. AGC Chemicals Americas Inc et al |
| 2:25-cv-09459-RMG | Village of Oquawka, Illinois v. AGC Chemicals Americas Inc et al |
| 2:25-cv-11623-RMG | CITY OF HOPKINS, MN v. AGC Chemicals Americas Inc. et al |
| 2:25-cv-11629-RMG | CITY OF HUGO, MN v. AGC Chemical Americas Inc. et al |
| 2:25-cv-12493-RMG | Acosta et al v. 3M Company et al |
| 2:25-cv-12500-RMG | Brockmeier et al v. 3M Company et al |
| 2:25-cv-12509-RMG | Hill et al v. 3M Company et al |
| 2:26-cv-01022-RMG | ST. CLAIR WATER AND SEWER AUTHORITY v. AGC Chemicals Americas Inc et al |
| 2:26-cv-01502-RMG | TOWN OF GRAMERCY, LA v. THE 3M COMPANY |

On behalf of all plaintiffs in the above referenced matters represented by Napoli Shkolnik,

Andrew Croner, Partner, consents to Sean Murphy's motion to withdraw individually.

Dated: May 22, 2026                          Respectfully submitted,

                                             /s/ Sean P. Murphy
                                             Sean P. Murphy, Esq.
                                             NAPOLI SHKOLNIK
                                             1302 Avenida Ponce de León
                                             Santurce, PR 00907
                                             Tel: 787-793-5088
                                             smurphy@nsprlaw.com

                                             /s/ Andrew W. Croner
                                             Andrew W. Croner, Esq.
                                             NAPOLI SHKOLNIK
                                             360 Lexington Avenue, 11th Floor
                                             New York, New York 10017
                                             Tel: (212) 397-1000
                                             Fax: (646) 843-7603
                                             acroner@napolilaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on May 22, 2026, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which shall send notice to all counsel of record.

*/s/ Sean P. Murphy*
Sean P. Murphy, Esq.
NAPOLI SHKOLNIK
1302 Avenida Ponce de León
Santurce, PR 00907
Tel: 787-793-5088
smurphy@nsprlaw.com
