**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br><br>**This Document Relates to**<br>**ALL CASES** |

## JOINT MOTION FOR ENTRY OF PROPOSED CASE MANAGEMENT ORDER 33D

The Defense Leadership and Plaintiffs' Executive Committee jointly move this Court to enter Proposed Case Management Order ("CMO") No. 33D, which provides a revised schedule and page limits for Rule 702 challenges related to thyroid cancer and liver cancer.

On March 26, 2025, this Court issued Case Management Order 33 (ECF No. 6863) setting forth a schedule for the disclosure of expert witnesses, expert discovery, and Rule 702 challenges related to thyroid cancer and liver cancer. The Parties have since diligently conducted and completed general causation expert discovery pursuant to CMO 33 and its amendments. The Parties met and conferred following the completion of this discovery and have agreed to an extension of the deadline to file Rule 702 Motions and to certain page limits for such motions. The Parties' agreement is reflected in Proposed CMO 33D, attached as Exhibit A.

WHEREFORE, the Parties respectfully request that the Court enter proposed Case Management Order 33D, attached as Exhibit A.

1

Dated: May 27, 2026                                     Respectfully submitted,

*/s/Michael A. London*                                  */s/ Daniel L. Ring*

Michael A London                                        Daniel L. Ring
Douglas and London PC                                   Jenner & Block LLP
One State Street, 35th Floor                            353 N. Clark St.
New York, NY 10038                                      Chicago, IL 60654
P: (212) 566-7500                                       P: (312) 923-2625
F: (212)-566-7501                                       F: (312) 527-0484
mlondon@douglasandlondon.com                            dring@jenner.com

Scott Summy                                             Joseph G. Petrosinelli
Baron & Budd, P.C.                                      Williams & Connolly LLP
3102 Oak Lawn Avenue                                    680 Maine Ave SW
Suite 1100                                              Washington, DC 20024
Dallas, TX 75219                                        P: (202) 434-5547
P: (214) 521-3605                                       F: (202) 434-5029
ssummy@baronbudd.com                                    jpetrosinelli@wc.com

Joseph F. Rice                                          *Co-Lead Counsel for Defendants*
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464                                Brian Duffy
P: (843) 216-9000                                       Duffy & Young LLC
F: (646)-843-7603                                       96 Broad Street
jrice@motleyrice.com                                    Charleston, SC 29401
                                                        P: (843) 720-2044
                                                        F: (843) 720-2047
*Co-Lead Counsel for Plaintiffs*                        bduffy@duffyandyoung.com

Fred Thompson, III                                      Amanda S. Kitts
Motley Rice LLC                                         Nelson Mullins Riley & Scarborough LLP
28 Bridgeside Blvd.                                     1320 Main Street, 17th Floor
Mt Pleasant, SC 29464                                   Columbia, SC 29201
P: (843)-216-9000                                       P: (803) 255-9594
F: (843)-216-9440                                       F: (803) 256-7500
fthompson@motleyrice.com                                amanda.kitts@nelsonmullins.com

*Liaison Counsel for Plaintiffs*                        *Co-liaison Counsel for Defendants*

2