**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE:  AQUEOUS FILM-FORMING FOAMS**
**PRODUCTS LIABILITY LITIGATION**

| | |
|---|---|
| Loachapoka Water Authority, Inc., et al. v. 3M Company, et al.,    ) | |
| M.D. Alabama, C.A. No. 3:26-00376    ) | MDL No. 2873 |

**ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in the above listed action on May 18, 2026. In the absence of any known opposition to the proposed transfer, the stay of transmittal regarding *Loachapoka Water Authority, Inc., et al.* was lifted on May 27, 2026, and the action was transferred to the District of South Carolina.

Plaintiffs move to reinstate the stay of CTO-308 and be allowed to oppose transfer of *Loachapoka Water Authority, Inc., et al.* to MDL No. 2873. While plaintiffs' counsel was served with the conditional transfer order, counsel missed the deadline for filing due to an inadvertent filing omission. Defendant 3M Company opposes reinstatement. The Panel is persuaded that the circumstances justify reinstatement of the conditional transfer order in order to permit the plaintiffs to pursue their opposition to transfer. Plaintiffs have provided a copy of their notice of opposition.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-308" filed on May 18, 2026, is REINSTATED insofar as it relates to this action.

IT IS FURTHER ORDERED that plaintiffs' notice of opposition is deemed filed as of the date of this order.

FOR THE PANEL:

Jessica D. Birnbaum
Clerk of the Panel