# Exhibit A

Exhibit A to Defendants' Motion to Dismiss With Prejudice for Failure to Comply with Case Management Order No. 37

| First Name | Last Name | Docket Number | AFF MDL Portal Number | CMO 37 Ticket Number | Date of Birth | State of Residence | Plaintiff's Counsel | MDL Filing/Transfer Date | Plaintiff filed or transferred to MDL on or after March 1, 2025? | Did Plaintiff submit a Plaintiff Profile Form where required under CMO 31 or submit an Amended Personal Injury Plaintiff Fact Sheet in accordance with the Applicable CMOs? |
|---|---|---|---|---|---|---|---|---|---|---|
| JACK | WOLFKILL | 2:20-cv-00491-RMG | AFFF011810 | R1P0150750 | | AZ | Saltz Mongeluzzi Bendesky | 2/3/2020 | No | No |
| CECILE | CULLEN | 2:21-cv-01978-RMG | | R1P0205290 | | PA | Saltz Mongeluzzi Bendesky | 7/1/2021 | No | No |
| WADE | WOXLAND | 2:21-cv-03896-RMG | AFFF129198 | R1P0150752 | | | Saltz Mongeluzzi Bendesky | 12/1/2021 | No | No |
| PAUL | DADAMO | 2:23-cv-02774-RMG | AFFF009810 | R1P0150966 | | NY | Stag Liuzza, LLC | 6/20/2023 | No | No |
| CRAIG | PIKE | 2:24-cv-00399-RMG | AFFF044670 | R1P0119453 | | FL | Environmental Litigation Group, P.C. | 1/25/2024 | No | No |
| RAY | CHANNELL | 2:24-cv-00401-RMG | AFFF054071 | R1P0117961 | | TX | Environmental Litigation Group, P.C. | 1/25/2024 | No | No |
| LYNN | ROMERO | 2:24-cv-00607-RMG | AFFF015846 | R1P0195526 | | TX | Napoli Shkolnik | 2/6/2024 | No | No |
| JESSICA | WEST | 2:24-cv-01673-RMG | AFFF005611 | R1P0150770 | | CA | Slater Slater Schulman LLP | 4/3/2024 | No | No |
| JOHN | GOZA | 2:24-cv-04242-RMG | AFFF094486 | R1P0118435 | | WA | Environmental Litigation Group, P.C. | 8/1/2024 | No | No |
| ANTHONY | PEREZ | 2:24-cv-05435-RMG | AFFF009623 | R1P0151404 | | CA | Stag Liuzza, LLC | 9/30/2024 | No | No |
| SHANONN | ASHLEY | 2:24-cv-05435-RMG | AFFF009634 | R1P0150818 | | VA | Stag Liuzza, LLC | 9/30/2024 | No | No |
| ROBERT | BRAZIL | 2:24-cv-05435-RMG | AFFF009703 | R1P0150878 | | AR | Stag Liuzza, LLC | 9/30/2024 | No | No |
| WAYNE | BUSH | 2:24-cv-05435-RMG | AFFF009726 | R1P0150896 | | PA | Stag Liuzza, LLC | 9/30/2024 | No | No |
| DONALD | CHAVES | 2:24-cv-05435-RMG | AFFF009760 | R1P0150925 | | AZ | Stag Liuzza, LLC | 9/30/2024 | No | No |
| GEORGE | COX | 2:24-cv-05435-RMG | AFFF009793 | R1P0150955 | | CA | Stag Liuzza, LLC | 9/30/2024 | No | No |
| HECTOR | POVENTUD | 2:24-cv-05435-RMG | AFFF010353 | R1P0151419 | | CA | Stag Liuzza, LLC | 9/30/2024 | No | No |
| DAVID | BOTTOMLEY | 2:24-cv-06808-RMG | AFFF117043 | R1P0117809 | | FL | Environmental Litigation Group, P.C. | 11/22/2024 | No | No |
| TIMOTHY | SEDLACEK | 2:24-cv-06808-RMG | AFFF031192 | R1P0119878 | | IL | Environmental Litigation Group, P.C. | 11/22/2024 | No | No |
| DONNA | TREPANEY | 2:24-cv-06808-RMG | AFFF080615 | R1P0120240 | | FL | Environmental Litigation Group, P.C. | 11/22/2024 | No | No |
| STEVEN | COBB | 2:24-cv-06810-RMG | AFFF059290 | R1P0117999 | | FL | Environmental Litigation Group, P.C. | 11/22/2024 | No | No |
| JOHN | SPAIN | 2:24-cv-06811-RMG | AFFF067262 | R1P0119998 | | FL | Environmental Litigation Group, P.C. | 11/22/2024 | No | No |
| DEMETRICE | JOINTER | 2:24-cv-06811-RMG | AFFF120333 | R1P0118736 | | IL | Environmental Litigation Group, P.C. | 11/22/2024 | No | No |
| MAX | GARREN | 2:24-cv-06811-RMG | AFFF100731 | R1P0118376 | | CA | Environmental Litigation Group, P.C. | 11/22/2024 | No | No |
| JAMES | DOWNING | 2:24-cv-07061-RMG | AFFF077176 | R1P0118189 | | VT | Environmental Litigation Group, P.C. | 12/6/2024 | No | No |
| MIKE | MERLINO | 2:24-cv-07062-RMG | AFFF078747 | R1P0119102 | | OR | Environmental Litigation Group, P.C. | 12/6/2024 | No | No |
| DANNY | SALCIDO | 2:24-cv-07063-RMG | AFFF092413 | R1P0119807 | | CA | Environmental Litigation Group, P.C. | 12/6/2024 | No | No |
| TENEQUIA | MATLOCK | 2:24-cv-07135-RMG | AFFF000885 | R1P0124121 | | TX | Levin, Papantonio, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A. | 12/9/2024 | No | No |
| JACK | MCCASLAND | 2:24-cv-07381-RMG | AFFF048384 | R1P0119046 | | TX | Environmental Litigation Group, P.C. | 12/18/2024 | No | No |
| LARRY | PRATT | 2:24-cv-07381-RMG | AFFF108414 | R1P0119530 | | NC | Environmental Litigation Group, P.C. | 12/18/2024 | No | No |
| JAMES | SHERWOOD | 2:24-cv-07382-RMG | AFFF105353 | R1P0119915 | | NH | Environmental Litigation Group, P.C. | 12/18/2024 | No | No |
| ROBERT | SPALLINO | 2:25-cv-00843-RMG | AFFF026210 | R1P0120000 | | NV | Environmental Litigation Group, P.C. | 2/13/2025 | No | No |
| LOUIS | WALLGREN | 2:25-cv-01045-RMG | AFFF100180 | R1P0151579 | | OK | Stag Liuzza, LLC | 2/21/2025 | No | No |