**Exhibit A**

**Non-Confidential Descriptive Index of Documents Sought to Be Sealed**

| EXHIBIT | DESCRIPTION | DESIGNATION UNDER AMENDED PROTECTIVE ORDER |
|---|---|---|
| A | Certain Portions of Exhibit A to Defendants' Motion to Dismiss With Prejudice for Failure to Comply with Case Management Order No. 37 [ECF No. 9569] | Confidential |
| A | Certain Portions of Exhibit A to Defendants' Motion to Dismiss Without Prejudice for Failure to Comply with Case Management Order No. 37 [ECF No. 9570] | Confidential |