**<u>EXHIBIT B</u>**

**Counsel's Certificate of Compliance**

Defendants' counsel hereby certifies that Defense Co-Lead Counsel's Motion to Seal Select Portions of Exhibits to Defendants' Motions to Dismiss was filed in compliance with Local Civil Rule 5.03, DSC, and CMO No. 17.

Dated: June 1, 2026

<u>/s/ *Joseph G. Petrosinelli*</u>
Joseph G. Petrosinelli
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
P: (202) 434-5547
F: (202) 434-5029
jpetrosinelli@wc.com

*Co-lead Counsel for Defendants*

*/s/Amanda S. Kitts*
Amanda S. Kitts
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
P: (803) 255-9594
F: (803) 256-7500
amanda.kitts@nelsonmullins.com

*Co-liaison Counsel for Defendants*