<u>**EXHIBIT D**</u>

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.  2:18-mn-2873-RMG<br><br>**This Document Relates to:**<br><br>**ALL CASES** |

**[PROPOSED] ORDER**

Before the Court is the Defendants' Motion to Seal Select Portions of Exhibits to Defendants' Motions to Dismiss. (Dkt. No. ___).  The Motion is properly brought pursuant to CMO No. 17.

After consideration of the Motion, IT IS HEREBY ORDERED that the Motion to Seal is GRANTED.

 

 

                                        _____

Richard Mark Gergel

June \_\_, 2026                                    United States District Judge
Charleston, South Carolina