**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| | ) | |
| **IN RE: AQUEOUS FILM-FORMING** | ) | MDL No. 2:18-mn-2873-RMG |
| **FOAMS PRODUCTS LIABILITY** | ) | |
| **LITIGATION** | ) | **NOTICE** |
| | ) | |
| | ) | **This Order Relates to** |
| | ) | **ALL CASES** |
| | ) | |
| | ) | |
| | ) | |

NOTICE is hereby given that the Court is considering the appointment of a Master to address the voluminous requested dismissals under CMO 37 (Dkt. Nos. 9569 and 9570).  Fed. R. Civ. P. 53(b)(1).   The Court finds that the voluminous number of disputes contained in these motions—which appear to concern thousands of individual plaintiffs—cannot be timely and effectively addressed by the Court or the Magistrate Judges of the District.  Fed. R. Civ. P. 53(a)(1)(C).

The Court is considering appointing the Hon Margaret B. Seymour (Ret.) of Saxton & Stump to address the motions and to prepare a Report and Recommendation for the Court. Judge Seymour served for 26 years as a federal judge for the District of South Carolina where she served as the court's chief judge.  The parties may file any objections to Judge Seymour's appointment or offer alternative candidates for appointment within 10 days of this order.

The Court will review the Report and Recommendation of the Master in accord with Fed. R. Civ. P. 53(f).  The Master will be compensated at a rate of $400.00 per hour, and the Court will initially allocate payment equally between the Plaintiffs and the Defendants, although the Court

1

reserves the right to revisit the allocation under the standards set forth under Fed. R. Civ. P. 53(g)(3).

        **AND IT IS SO ORDERED**.

<u>s/Richard Mark Gergel</u>
Richard Mark Gergel
United States District Judge

June 2, 2026
Charleston, South Carolina

2