UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2:18-mn-2873-RMG |
| | | This filing relates to: |
| | | Case No. 2:26-cv-01415-RMG |
| | | And any other case filed hereafter |

## **DEFENDANT SURTEC, INC.'S DEMAND FOR JURY TRIAL**

Defendant SurTec, Inc., by and through its undersigned counsel, hereby demands a trial by jury on all issues so triable.

This 5th day of June, 2026.

/s/ Peter N. Villar
Peter N. Villar
TROUTMAN PEPPER LOCKE LLP
100 Spectrum Center Drive, Suite 1500
Irvine, California 92618
Telephone:  949.622.2700
Email:  peter.villar@troutman.com

*Counsel for SurTec, Inc.*

330135547

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Demand for Jury Trial was electronically filed using the

Court's CM/ECF system, which will automatically send notice of the same to all registered counsel

of record.

This 5th day of June, 2026.

/s/ Peter N. Villar
Peter N. Villar
TROUTMAN PEPPER LOCKE LLP
100 Spectrum Center Drive, Suite 1500
Irvine, California 92618
Telephone:  949.622.2700
Email:  peter.villar@troutman.com

*Counsel for SurTec, Inc.*

330135547