**EXHIBIT A**

| Case Name | Case No. | Plaintiff Name | MDL Portal Number |
|---|---|---|---|
| Adams, et al. v. 3M Company, et al. | 2:25-cv-12312-RMG | Joseph Knight | AFFF249559 |
| Alexandra, et al. v. 3M Company, et al. | 2:25-cv-12146-RMG | Dyuro McDonald | AFFF186924 |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing document was served on all counsel and parties of record via the Court's Electronic Filing System.

*/s/ Matthew Haynie*
Matthew Haynie