**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.: 2:18-mn-02873-RMG <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br> **This Document Relates to:** <br> *Terrance Aboufhmen, et al. v. 3M Company, f/k/a Minnesota Mining and Manufacturing Company, et al.* <br> Case No. 2:25-cv-11781-RMG |

**NOTICE OF VOLUNTARY DISMISSAL BY LISTED PLAINTIFFS ONLY**
**WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE**
**41(a)(1)(A)(i) AND CASE MANAGEMENT ORDER NO. 37**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and pursuant to Case Management Order No. 37, the entire action of each Plaintiff listed in Exhibit A attached is hereby **DISMISSED WITHOUT PREJUDICE**, as to all defendants and without costs to any party. Such dismissal shall include the dismissal of any loss of consortium claims derivative of the dismissed claims.

This dismissal is entered subject to Case Management Order No. 35 and No. 37. It is a strict condition of this dismissal that if a Plaintiff seeks to refile his or her claims at a later date, such case may be brought only by direct filing in this MDL pursuant to Case Management Order No. 3, absent a subsequent Order and assuming this MDL continues to be active or another process is put in place. The Court retains jurisdiction over any previously asserted and dismissed Claims. If a Plaintiff files a PFAS claim in violation of this paragraph, this dismissal will be converted to dismissal with prejudice upon motion by any Defendant named as a party in both this action and the later-filed action.

Dated: <u>June 15, 2026</u>

Respectfully Submitted,

**ASHCRAFT & GEREL, LLP**

By: */s/ R. Bryant McCulley*
R. Bryant McCulley
bmcculley@ashcraftlaw.com
(USDC D.S.C. Fed. ID No. 14453)

*/s/ Benjamin H. Joyce*
Benjamin H. Joyce
bjoyce@ashcraftlaw.com
(USDC D.S.C. Fed. ID No. 11769)

*/s/ Shane H. Hursh*
Shane H. Hursh
shursh@ashcraftlaw.com
(USDC D.S.C. Fed. ID No. 14446)

701 East Bay Street
Suite 411
Charleston, SC 29403
Telephone: (843) 699-8280

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on June 15, 2026, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

<u>/s/ *Shane H. Hursh*</u>
Shane H. Hursh

**EXHIBIT A**

| Case Name | Case Number | Plaintiff Name | MDL Portal Number |
|---|---|---|---|
| *Terrance Aboufhmen, et al. v. 3M Company, et al.* | 2:25-cv-11781-RMG | Hassell, Ramar | AFFF091154 |
| *Terrance Aboufhmen, et al. v. 3M Company, et al.* | 2:25-cv-11781-RMG | Sowers, Monte | AFFF098520 |