IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

|  |  |  |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2:18-mn-2873-RMG **This Document Relates to:** All Plaintiffs Listed in Exhibit A to ECF Nos. 9569 and 9570 |

## JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 37

Pursuant to Local Civ. Rule 6.01 (D.S.C.), Co-Lead Counsel for Plaintiffs and Defendants respectfully move this Court for a brief extension of time for Plaintiffs to respond to Defendants' Motion to Dismiss With Prejudice For Failure to Comply With Case Management Order No. 37 (ECF No. 9569) and Defendants' Motion to Dismiss Without Prejudice For Failure to Comply With Case Management Order No. 37 (ECF No. 9570).  This Motion is based on the following grounds:

1.      Case Management Order No. 37 ("CMO 37)" (ECF No. 8876), provides that Defendants may move to dismiss Plaintiffs that Defendants determine to be non-compliant with the Applicable CMOs. (CMO 37, ¶¶ 7 & 16).

2.      On June 1, 2026, Defendants filed a Motion to Dismiss With Prejudice For Failure to Comply With Case Management Order No. 37 (ECF No. 9569) and a Motion to Dismiss Without Prejudice For Failure to Comply With Case Management Order No. 37 (ECF No. 9570) ("Defendants' Motions").

1

3.      Pursuant to CMO 37 and Local Civ. Rule 7.06, plaintiffs' oppositions or responses to Defendants' Motions are due within 14 days, which is June 15, 2026. (CMO 37, ¶¶ 7 & 16).

4.      CMO 37 further provides that "to the extent Plaintiff purports to cure during the pendency of the motion to dismiss, Defendants shall to the extent possible withdraw their motion to dismiss as to that Plaintiff without prejudice to refiling a new motion to dismiss if Defendants believe the purposed cure was effective." (CMO 37, ¶¶ 7 & 16).

5.      Following the filing of Defendants' Motions, Plaintiffs' counsel informed Defendants of certain Plaintiffs who have purported to cure the alleged deficiencies and/or who have voluntarily dismissed their claims.

6.      Accordingly, the parties request an extension of seven (7) days for Plaintiffs' oppositions or responses to Defendants' Motions in order to meet-and-confer with Plaintiffs' counsel such that Defendants can withdraw their motions to dismiss where appropriate.

WHEREFORE, Co-Lead Counsel for Plaintiffs and Defendants respectfully request that the Court extend the time for Plaintiffs to respond to Defendants' Motion to Dismiss With Prejudice For Failure to Comply With Case Management Order No. 37 (ECF No. 9569) and Defendants' Motion to Dismiss Without Prejudice For Failure to Comply With Case Management Order No. 37 (ECF No. 9570) to June 22, 2026.

Dated: June 15, 2026

Respectfully submitted,

/s/ *Michael A. London*                        /s/ *Daniel L. Ring*

Michael A. London                              Daniel L. Ring
Douglas and London PC                          Jenner & Block LLP
One State Street, 35th Floor                    353 N. Clark St.
New York, NY 10004                             Chicago, IL 60654
P: (212)-566-7500                              P: (312) 923-2625

2

F: (212)-566-7501
mlondon@douglasandlondon.com

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd
Mount Pleasant, SC 29464
P: (842) 216-9000
F: (646)-843-7603
jrice@motleyrice.com

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
P: (214)-521-3605
ssummy@baronbudd.com

*Co-lead Counsel for Plaintiffs*

Fred Thompson, III
Motley Rice LLC
28 Bridgeside Boulevard
Mt Pleasant, SC 29464
P: (843)-216-9000
F: (843)-216-9440
Email: fthompson@motleyrice.com

*Liaison Counsel for Plaintiffs*

F: (312) 527-0484
dring@jenner.com

Joseph G. Petrosinelli
Williams & Connolly LLP
680 Maine Ave. SW
Washington, DC 20024
P: (202) 434-5547
F: (202) 434-5029
jpetrosinelli@wc.com

*Co-lead Counsel for Defendants*

Brian Duffy
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
P: (843) 720-2044
F: (843) 720-2047
bduffy@duffyandyoung.com

*/s/ Amanda S. Kitts*

Amanda S. Kitts
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
P: (803) 255-9594
F: (803) 256-7500
amanda.kitts@nelsonmullins.com

*Co-liaison Counsel for Defendants*