**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| | ) | |
| **In Re: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) ) | **MDL No. 2:18-mn-2873-RMG**<br><br>**CASE MANAGEMENT ORDER NO 33D**<br><br>**This Order Relates to All Cases** |

## CASE MANAGEMENT ORDER NO 33D

On December 31, 2025, the Court issued Case Management Order 33C (ECF No. 8622), setting a briefing schedule for Rule 702 Motions as to general causation experts related to thyroid cancer and/or liver cancer. The Parties have since conferred and agreed to a revised briefing schedule and proposed page limits for the Rule 702 Motions. The Court hereby adopts the Parties' proposal and orders as follows:

1. Rule 702 Motions as to experts related to thyroid cancer and/or liver cancer shall be briefed on the following schedule:

    a. Rule 702 Motions to be filed no later than: July 24, 2026.

    b. Responses to Rule 702 Motions to be filed by: September 4, 2026.

    c. Replies in Support of Rule 702 Motions to be filed by: October 2, 2026

2. With respect to page limits:

    a. Defendants will file Motions on behalf of all Defendants not to exceed 58 pages in length total, addressing Rule 702 issues with respect to all general causation experts related to thyroid and liver cancer.

    b. To the extent Plaintiffs submit any Rule 702 Motions, those Motions will not exceed 58 pages in length total.

c. Oppositions to any opening brief shall be limited to the same number of pages as the opening brief.

d. Any reply briefs shall be limited in accordance with Local Civ. Rule 7.05(B).

**IT IS SO ORDERED.**

Dated: June 15, 2026                                 s/Richard M. Gergel
Charleston, South Carolina                    Hon. Richard M. Gergel
                                                              United States District Judge

1