**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) |

MDL No. 2:18-mn-2873-RMG

**This Document Relates to:**

*See Plaintiffs Listed on Exhibits A and B*

**DEFENDANTS' MOTION TO WITHDRAW THEIR MOTION TO
DISMISS AS TO CERTAIN PLAINTIFFS**

Pursuant to Case Management Order No. 37 ("CMO 37") [ECF Dkt. No. 8876], the Defense Leadership moved to dismiss moved to dismiss approximately 8,000 plaintiffs who failed to provide a Plaintiff Profile Form or an Amended Fact Sheet as required by the applicable CMOs and, for those subject to CMO 35, also failed to provide any medical records to support their alleged claims. [ECF Dkt. Nos. 9569 & 9570].

Defendants hereby move to withdraw their Motion to Dismiss as to the Plaintiffs listed on Exhibits A and B[1] without prejudice to refiling a new motion to dismiss if Defendants believe the purported cure was ineffective. The Plaintiffs listed on Exhibits A and B appear to have: (a) submitted a Plaintiff Profile Form or an Amended Fact Sheet and, for those subject to CMO 35, a medical record; and/or (b) dismissed their claims. Defendants expressly reserve the right to include Plaintiffs on any future Non-Compliance Lists or motions to dismiss to the extent there are other valid grounds for inclusion as provided by CMO 37.

---

[1] Plaintiffs on Exhibit A were initially included in ECF Dkt. No. 9569. Plaintiffs on Exhibit B were initially included in ECF Dkt. No. 9570.

Respectfully submitted,

Dated:  June 19, 2026

/s/ *Joseph G. Petrosinelli*
Joseph G. Petrosinelli
Williams & Connolly LLP
680 Maine Ave., S.W.
Washington, DC 20024
P: (202) 434-5547
F: (202) 434-5029
jpetrosinelli@wc.com

/s/ *Daniel L. Ring*
Daniel L. Ring
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654
P: (312) 923-2625
F: (312) 527-0484
dring@jenner.com

*Co-lead Counsel for Defendants*

/s/*Amanda S. Kitts*
Amanda S. Kitts
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
P: (803) 255-9594
F: (803) 256-7500
amanda.kitts@nelsonmullins.com

/s/ *Brian Duffy*
Brian Duffy
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
P: (843) 720-2044
F: (843) 720-2047
bduffy@duffyandyoung.com

*Co-liaison Counsel for Defendants*