**Exhibit A**

Plaintiffs Initially Included in ECF Dkt. No. 9569

| First Name | Last Name | AFFF MDL Portal Number | Docket Number | Plaintiff's Counsel |
|---|---|---|---|---|
| SHANONN | ASHLEY | AFFF009634 | 2:24-cv-05435-RMG | Stag Liuzza, LLC |
| ROBERT | BRAZIL | AFFF009703 | 2:24-cv-05435-RMG | Stag Liuzza, LLC |
| WAYNE | BUSH | AFFF009726 | 2:24-cv-05435-RMG | Stag Liuzza, LLC |
| DONALD | CHAVES | AFFF009760 | 2:24-cv-05435-RMG | Stag Liuzza, LLC |
| GEORGE | COX | AFFF009793 | 2:24-cv-05435-RMG | Stag Liuzza, LLC |
| CECILE | CULLEN | AFFF011914 | 2:21-cv-01978-RMG | Saltz Mongeluzzi Bendesky |
| PAUL | DADAMO | AFFF009810 | 2:23-cv-02774-RMG | Stag Liuzza, LLC |
| JACK | MCCASLAND | AFFF048384 | 2:24-cv-07381-RMG | Environmental Litigation Group, P.C. |
| ANTHONY | PEREZ | AFFF009623 | 2:24-cv-05435-RMG | Stag Liuzza, LLC |
| HECTOR | POVENTUD | AFFF010353 | 2:24-cv-05435-RMG | Stag Liuzza, LLC |
| JAMES | SHERWOOD | AFFF105353 | 2:24-cv-07382-RMG | Environmental Litigation Group, P.C. |
| ROBERT | SPALLINO | AFFF026210 | 2:25-cv-00843-RMG | Environmental Litigation Group, P.C. |
| LOUIS | WALLGREN | AFFF100180 | 2:25-cv-01045-RMG | Stag Liuzza, LLC |
| JACK | WOLFKILL | AFFF011810 | 2:20-cv-00491-RMG | Saltz Mongeluzzi Bendesky |
| WADE | WOXLAND | AFFF129198 | 2:21-cv-03896-RMG | Saltz Mongeluzzi Bendesky |