**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.: 2:18-mn-02873-RMG<br><br>This Document Relates to:<br><br>*See Exhibit 1* |

### PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE FOR FAILURE TO  COMPLY WITH CASE MANAGEMENT ORDER NO. 37

Plaintiffs, by and through undersigned counsel, hereby submit this response to Defendants' Motion to Dismiss Without Prejudice Plaintiffs who have failed to serve the court-ordered Personal Injury Fact Sheet. [ECF Dkt. 9570]. Undersigned counsel represents 1,619 plaintiffs identified in Exhibit A to Defendants' motion.

Plaintiffs share Defendants' objective of moving forward only with individuals who have a vested interest in actively litigating their claims. However, the requested relief fails to account for plaintiffs who have since served their Personal Injury Sheet, and undersigned counsel's ethical obligations prevent agreeing to voluntarily dismiss the remaining non-compliant plaintiffs without those plaintiffs' consent. Plaintiffs respectfully request that the Court deny Defendants' motion as to the 68 plaintiffs who are now in compliance with Case Management Order No. 37 ("CMO 37").

I.      **ARGUMENT**

A.  **The 21 Plaintiffs who have cured the deficiency should not be dismissed.**

Since the time Defendants filed their Motion, 68 of the plaintiffs represented by undersigned counsel on Defendants' Exhibit A list have served a Personal Injury Fact Sheet. Defendants withdrew their motion for 47 of these plaintiffs late Friday, June 19, 2026 (*see* ECF

Dkt. 9754-2), but 21 plaintiffs who have served fact sheets and supporting documents are still subject to Defendants' Motion These plaintiffs, listed in Exhibit 2 to this response, have substantially complied with their discovery obligations under CMO 37 and thus dismissal is not warranted under the circumstances. Defendants have suffered no prejudice from the delayed submission, and dismissing these claims now would serve only to punish these plaintiffs rather than advance the efficient administration and disposition of this litigation. As a result, Defendants' motion should be denied as to the plaintiffs listed on Exhibit 2 to this response.

**B.  Undersigned counsel cannot voluntarily dismiss the remaining plaintiffs.**

With respect to the remaining plaintiffs subject to Defendants' motion, undersigned counsel acknowledges that these individuals have not yet served a Personal Injury Fact Sheet, but the delay is not due to a lack of diligence. Despite repeated mailings, emails, phone calls, and text messages, undersigned counsel has been unable to obtain either a completed fact sheet from the plaintiffs listed in Exhibit 3 to this response, or their permission to voluntarily dismiss their claims as of the time of the filing of this response. There are pending extension requests for 75 of these individuals because they are currently incapacitated, incarcerated, or pending identification of next-of-kin. These individuals are identified in Exhibit 3 with an "*" next to the CMO 37 Ticket Number. For the remaining plaintiffs, whether the non-responsiveness is due to dual representation, changes in their physical condition, or because they no longer wish to remain in the case remains unclear. However, our ethical obligations prevent us from either moving to voluntarily dismiss their claims or stipulating to the dismissal of their claims without their consent.

**II.     CONCLUSION**

For the foregoing reasons, Plaintiffs respectfully request that the Court deny Defendants' Motion to Dismiss as to the plaintiffs in Exhibit 2 who have since served their fact sheets. With

respect to the remaining non-complaint plaintiffs in Exhibit 3, undersigned counsel is ethically prohibited from voluntarily stipulating to the dismissal of their claims and therefore takes no position on Defendants' motion as to these individuals.

Dated: June 22, 2026                    Respectfully submitted,

By:  */s/ Devin Bolton*

Devin Bolton
**WEITZ & LUXENBERG, PC**
1880 Century Park E, STE 700
Los Angeles, CA 90067
Tel: (212) 558-5500
Fax: (212) 344-5461
dbolton@weitzlux.com

James Bilsborrow
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Tel: (212) 558-5500
Fax: (212) 344-5461
jbilsborrow@weitzlux.com

*Atttorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June 2026, I electronically filed the foregoing Plaintiffs' Response to Defendants' Motion to Dismiss Without Prejudice with the Clerk of Court using the CM/ECF system, which automatically serves all counsel of record.

/s/ Devin Bolton
Devin Bolton