IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2:18-mn-2873-RMG |
| This Document Relates to: | ) ) | |
| Milberg, PLLC Plaintiffs in Exhibit A | ) ) | |

PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE
FOR FAILURE TO COMPLY WITH CMO 37

Plaintiffs listed in Exhibits A-E, by and through their counsel, Milberg, PLLC, respectfully submit this opposition to Defendants' motion to dismiss certain claims without prejudice pursuant to Case Management Order No. 37 ("CMO 37"), ECF No. 9570 (the "Motion").

Many of the Plaintiffs listed on the Motion's Exhibit A should no longer be included in the Motion. Some of these Plaintiffs have already complied with the applicable Case Management Order. Counsel is in possession of documents being prepared for service via portal. Counsel is also continuing to pursue all available means to obtain the documents necessary for a separate group of Plaintiffs to comply with the specified Case Management Order.

ARGUMENT

**I.    The Motion Is Moot as to Plaintiffs listed on Counsel's Exhibit A following Defendants' Withdrawal.**

On June 19, 2026, Defendants filed ECF No. 9754, withdrawing the Motion as to multiple Plaintiffs. (Attached Exhibit A) The Motion is moot and no further action by the Court is required.

**I.    The Motion Is Moot as to Plaintiffs Following Voluntary Dismissal Without Prejudice.**

Prior to filing this response, undersigned Counsel has filed Voluntary Dismissals on multiple cases. (Attached Exhibit B). Because those Plaintiffs have been voluntarily dismissed, Defendants Motion is moot as to these cases and no further action by the Court is required.

**II.    The Fact Sheet and Medical Records were Produced and therefore the Motion should be withdrawn or denied.**

Prior to filing this response, undersigned Counsel served the Plaintiff's Fact Sheet and Medical records pursuant to the applicable Case Management Orders. Because those Plaintiffs have served their Fact Sheet and Medical Records, Defendants' motion is moot and should be withdrawn or denied. (Attached Exhibit C).

**III.    Counsel requests the Motion to Dismiss be denied and requests additional time to submit the Fact sheets and Medical Records.**

Counsel has obtained the medical records and prepared Fact Sheets for the Plaintiffs on Attached Exhibit D.  Additional time is required solely to finalize and submit these materials. Plaintiffs respectfully request that the Court deny Defendants' Motion to Dismiss and grant a brief extension to complete these submissions.

**IV.    Counsel requests the Motion to Dismiss be denied to continue their communication efforts with Plaintiffs.**

Counsel has made consistent efforts to contact and retrieve the required signed Plaintiff Fact Sheets ("PFS") from each of the Plaintiffs. Counsel has utilized multiple channels of contact, including USPS mailings, electronic signature requests, emails, phone calls, and text messages. Despite counsels' repeated efforts, the named Plaintiffs have been unable to provide a signed PFS. Thus, undersigned counsel requests that Defendants' Motion to Dismiss be denied to allow counsel to continue their communication efforts in furtherance of the Plaintiffs' claims in the cases listed in attached Exhibit E.

**CONCLUSION**

For the Foregoing reasons, the Motion to Dismiss, no longer is applicable to Exhibits A and B and is moot. As for Exhibit C, Defendants Motion should be denied as the Case Management Order was complied with. As to Exhibit D, Plaintiffs request additional time to submit said documents and therefore Defendants' Motion should be denied. As to Exhibit E, Plaintiffs request additional time to procure said documents and therefore Defendants' Motion should be denied.

WHEREFORE, Plaintiffs represented by Milberg, PLLC respectfully request that the Court deny Defendants' motions to dismiss in full.

Respectfully submitted,

*/s/ Randi Kassan*
Randi Kassan, Esq.
Milberg PLLC
100 Garden City Plaza, Suite 408
Garden City, NY 11530
Telephone: (516) 741-5600
Fax: (516) 741-0128
E-mail: RKassan@milberg.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 22, 2026, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

/s/ Randi Kassan
Randi Kassan
Milberg, PLLC
100 Garden City Plaza, Suite 408
Garden City, NY 11530
Rkassan@milberg.com