# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| **In re: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | **Case No. 2:18-mn-02873-RMG** <br><br> **MDL No. 2873** |
| **This Document Relates to:** <br> **All Plaintiffs in Exhibits A, C, and D** | |

### LEVIN PAPANTONIO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 37

On June 1, 2026, Defendants filed a motion requesting the Court dismiss without prejudice certain Plaintiffs represented by Levin Papantonio Proctor Buchanan O'Brien Barr & Mougey, P.A. ("Levin Papantonio") for failing to comply with Case Management Order No. 37. Despite considerable efforts from counsel, the Plaintiffs at issue have not submitted a Plaintiff Fact Sheet with medical records supporting a qualifying *Leach* injury as required by Case Management Order No. 35.

Certain Plaintiffs identified in Defendants' motion – Markus Aguirre, Ralph Duncan, Claudia Hanson, Donald Hollingshed, Pliny Jones, Jimmy Gales, and Jill Lanto – have recently provided sufficient information to submit their Plaintiff Fact Sheet in compliance with both CMO 35 and 37. *See* Exhibit A (detailing PFS submission and cure dates for certain cases). Per the Court's direction in CMO 37, if a plaintiff cures a deficiency during the pendency of the motion to dismiss, "Defendants shall to the extent possible withdraw their motion to dismiss as to that Plaintiff." Doc. 8876, p. 9. On June 11, 2026, Counsel notified Defendants that these Plaintiffs had cured their CMO 37 deficiency and, on June 19, 2026, Defendants moved to withdraw their motion to dismiss as to these certain Plaintiffs (*see* Docs. 9754 and 9754-2, at pp. 14-15). On June 22, 2026, Counsel notified Defendants that Plaintiffs Gales and Lanto had also cured their CMO 37

deficiency. *See* Exhibit B, Email from A. Petrick to A. Kitts, D. Ring, and L. Montgomery (June 22, 2026). Plaintiffs Aguirre, Duncan, Hanson, Hollingshed, Jones, Gales, and Lanto therefore respectfully request that the Court deny Defendants' motion to dismiss as moot.

Another thirty-five (35) Plaintiffs, however, have cooperated with counsel and have provided their consent to voluntarily dismiss their claims without prejudice under CMO 37. *See* Exhibit C (detailing voluntary dismissal information for certain Plaintiffs). These Plaintiffs have voluntarily dismissed their claims without prejudice (*see* Doc. 9801) and respectfully request that the Court deny Defendants' motion to dismiss as moot.

Counsel has exhausted all reasonable efforts to comply with both CMO 35 and CMO 37 for other Plaintiffs identified by Defendants in their motion to dismiss. Counsel has called Plaintiffs, sent emails, text messages, letters, and engaged process servers to directly contact Plaintiffs at their residences in an effort to obtain a completed Plaintiff Fact Sheet and/or evidence of a qualifying injury. *See* Exhibit D (detailing communication attempts by counsel). However, despite these efforts, these Plaintiffs have failed to comply with the Court's orders and have not otherwise provided counsel with consent to voluntarily dismiss their claims without prejudice. Plaintiffs listed in Exhibit D respectfully request that the Court deny Defendants' motion to dismiss to allow counsel additional time to continue their communication efforts in furtherance of Plaintiffs' claims.

Dated: June 22, 2026

Respectfully submitted,

 /s/ Wesley A. Bowden
Wesley A. Bowden
Alyson M. Petrick
**LEVIN PAPANTONIO PROCTOR
BUCHANAN O'BRIEN BARR &
MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7186
Fax:     (850) 435-6186
wbowden@levinlaw.com
apetrick@levinlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2026, I electronically filed the above with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to counsel of record.

/s/ Wesley A. Bowden
Wesley A. Bowden