IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

|  |  |  |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2:18-mn-2873-RMG **This Document Relates to:** All Cases |

## JOINT MOTION FOR EXTENSION OF TIME TO REPLY TO CERTAIN OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 37

Pursuant to Local Civ. Rule 6.01 (D.S.C.), Co-Lead Counsel for Plaintiffs and Defendants respectfully move this Court for a brief extension of time for Defendants to reply to certain oppositions to Defendants' Motion to Dismiss With Prejudice For Failure to Comply With Case Management Order No. 37 (ECF No. 9569) and Defendants' Motion to Dismiss Without Prejudice For Failure to Comply With Case Management Order No. 37 (ECF No. 9570).  This Motion is based on the following grounds:

1.      Case Management Order No. 37 ("CMO 37") (ECF No. 8876), provides that Defendants may move to dismiss Plaintiffs that Defendants determine to be non-compliant with the Applicable CMOs. (CMO 37, ¶¶ 7 & 16).

2.      On June 1, 2026, Defendants filed a Motion to Dismiss With Prejudice For Failure to Comply With Case Management Order No. 37 (ECF No. 9569) and a Motion to Dismiss Without Prejudice For Failure to Comply With Case Management Order No. 37 (ECF No. 9570) ("Defendants' Motions").

1

3.     Pursuant to CMO 37 and Local Civ. Rule 7.06, Plaintiffs' oppositions or responses to Defendants' Motions were due within 14 days, which was June 15, 2026. (CMO 37, ¶¶ 8 & 17).

4.     On June 15, 2026, the parties filed a Motion to extend the time for Plaintiffs to file any oppositions or responses to Defendants' Motions. (ECF No. 9687).  The Court granted this Motion, and extended the deadline for Plaintiffs' oppositions to June 22, 2026. (ECF No. 9694).

5.     Pursuant to CMO 37, Defendants may file a reply to each opposition within 14 days of the filing of any opposition.  (CMO 37, ¶¶ 9 & 18).

6.     CMO 37 further provides that "[t]o the extent Defendants are making the same or substantially similar arguments in reply to arguments made by multiple Plaintiffs, they shall attempt to consolidate such replies to the extent possible." (CMO 37, ¶¶ 9 & 18).

7.     Following the filing of Defendants' Motions, Plaintiffs filed oppositions or responses to Defendants' Motions on various dates prior to and including June 22, 2026.

8.     Accordingly, the parties request that Defendants' replies, if any, to Plaintiffs' oppositions and responses to Defendants' Motions be filed within 14 days of June 22, 2026, which is July 6, 2026, even if Plaintiffs filed their oppositions or responses prior to June 22, 2026.

WHEREFORE, Co-Lead Counsel for Plaintiffs and Defendants respectfully request that the Court enter an Order that Defendants may file a reply to any oppositions or responses to Defendants' Motions that were filed on or before June 22, 2026 by July 6, 2026.

Dated: June 23, 2026

Respectfully submitted,

_/s/ Michael A. London_                                        _/s/ Daniel L. Ring_

Michael A. London                                             Daniel L. Ring
Douglas and London PC                                   Jenner & Block LLP
One State Street, 35th Floor                             353 N. Clark St.

New York, NY 10004
P: (212)-566-7500
F: (212)-566-7501
mlondon@douglasandlondon.com

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd
Mount Pleasant, SC 29464
P: (842) 216-9000
F: (646)-843-7603
jrice@motleyrice.com

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
P: (214)-521-3605
ssummy@baronbudd.com

*Co-lead Counsel for Plaintiffs*

Fred Thompson, III
Motley Rice LLC
28 Bridgeside Boulevard
Mt Pleasant, SC 29464
P: (843)-216-9000
F: (843)-216-9440
Email: fthompson@motleyrice.com

*Liaison Counsel for Plaintiffs*

Chicago, IL 60654
P: (312) 923-2625
F: (312) 527-0484
dring@jenner.com

Joseph G. Petrosinelli
Williams & Connolly LLP
680 Maine Ave. SW
Washington, DC 20024
P: (202) 434-5547
F: (202) 434-5029
jpetrosinelli@wc.com

*Co-lead Counsel for Defendants*

Brian Duffy
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
P: (843) 720-2044
F: (843) 720-2047
bduffy@duffyandyoung.com

*/s/ Amanda S. Kitts*

Amanda S. Kitts
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
P: (803) 255-9594
F: (803) 256-7500
amanda.kitts@nelsonmullins.com

*Co-liaison Counsel for Defendants*