Exhibit A to Defendants' Motion to Dismiss With Prejudice for Failure to Comply with Case Management Order No. 37

| First Name | Last Name | Docket Number | AFFF MDL Portal Number | CMO 37 Ticket Number | Date of Birth | State of Residence | Plaintiff's Counsel | MDL Filing/Transfer Date | Plaintiff filed or transferred to MDL on or after March 1, 2025? | Did Plaintiff submit a Plaintiff Profile Form where required under CMO 31 or submit an Amended Personal Injury Plaintiff Fact Sheet in accordance with the Applicable CMOs? | Solely for Plaintiffs subject to CMO 35, did the Plaintiff provide any medical records as required by CMO 35? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHRISTINA | KELLY | 2:20-cv-00534-RMG | AFFF011816 | R1P0150654 | | PA | Saltz Mongeluzzi Bendesky | 02/04/2020 | No | No | Not Subject to CMO 35 |
| TIMOTHY | ROBINSON | 2:23-cv-00397-RMG | AFFF051992 | R1P0119708 | | MO | Environmental Litigation Group, P.C. | 01/30/2023 | No | No | Not Subject to CMO 35 |
| TIMOTHY | ANDERSON | 2:23-cv-03432-RMG | AFFF000935 | R1P0107954 | | WA | Aylstock, Witkin, Kreis & Overholtz, PLC | 07/18/2023 | No | No | Not Subject to CMO 35 |
| ANTONIO | WILLIAMS | 2:23-cv-04192-RMG | AFFF037236 | R1P0120424 | | CA | Environmental Litigation Group, P.C. | 08/22/2023 | No | No | Not Subject to CMO 35 |
| ANTHONY | RODRIQUEZ | 2:23-cv-05533-RMG | AFFF001739 | R1P0107900 | | TX | ASK LLP | 10/31/2023 | No | No | Not Subject to CMO 35 |
| JOHN | NELSON | 2:24-cv-03249-RMG | AFFF071489 | R1P0119228 | | OH | Environmental Litigation Group, P.C. | 05/30/2024 | No | No | Not Subject to CMO 35 |
| PAUL | KRIDER | 2:24-cv-03906-RMG | AFFF005612 | R1P0150761 | | CA | Slater Slater Schulman LLP | 07/11/2024 | No | No | Not Subject to CMO 35 |
| JUSTIN | PFALTZGRAFF | 2:24-cv-03940-RMG | AFFF020117 | R1P0195114 | | FL | Napoli Shkolnik | 07/12/2024 | No | No | Not Subject to CMO 35 |
| FILIPPO | PALUMBO | 2:24-cv-04243-RMG | AFFF089911 | R1P0193925 | | NY | Environmental Litigation Group, P.C. | 08/01/2024 | No | No | Not Subject to CMO 35 |
| ANTHONY | WRIGHT | 2:24-cv-04243-RMG | AFFF093639 | R1P0197613 | | LA | Environmental Litigation Group, P.C. | 08/01/2024 | No | No | Not Subject to CMO 35 |
| JOSEPH | DAVIS | 2:24-cv-04314-RMG | AFFF011934 | R1P0150603 | | PA | Saltz Mongeluzzi Bendesky | 08/05/2024 | No | No | Not Subject to CMO 35 |
| HEATHER | BEER | 2:24-cv-05435-RMG | AFFF009659 | R1P0150843 | | WA | Stag Liuzza, LLC | 09/30/2024 | No | No | Not Subject to CMO 35 |
| MICHAEL | TALIK | 2:24-cv-05435-RMG | AFFF010502 | R1P0195872 | | OH | Stag Liuzza, LLC | 09/30/2024 | No | No | Not Subject to CMO 35 |
| JOHN | SMASHEY | 2:24-cv-06039-RMG | AFFF066610 | R1P0194913 | | | Murray Law Firm | 10/23/2024 | No | No | Not Subject to CMO 35 |
| CHARLES | MARTINEZ | 2:24-cv-06810-RMG | AFFF035794 | R1P0119015 | | FL | Environmental Litigation Group, P.C. | 11/22/2024 | No | No | Not Subject to CMO 35 |
| RICHARD | TASSELL | 2:24-cv-07381-RMG | AFFF122649 | R1P0196352 | | MS | Environmental Litigation Group, P.C. | 12/18/2024 | No | No | Not Subject to CMO 35 |
| JOSEPH | DOZIER | 2:24-cv-07384-RMG | AFFF041465 | R1P0105759 | | IL | Environmental Litigation Group, P.C. | 12/18/2024 | No | No | Not Subject to CMO 35 |
| MARIA | CORRALES | 2:24-cv-07391-RMG | AFFF020427 | R1P0195563 | | CA | Napoli Shkolnik | 12/18/2024 | No | No | Not Subject to CMO 35 |
| MARK | KRUG | 2:24-cv-07740-RMG | AFFF109753 | R1P0118844 | | PA | Environmental Litigation Group, P.C. | 12/11/2024 | No | No | Not Subject to CMO 35 |
| WILLIAM | LOVING | 2:25-cv-00843-RMG | AFFF090705 | R1P0118957 | | TX | Environmental Litigation Group, P.C. | 02/13/2025 | No | No | Not Subject to CMO 35 |
| WILLIAM | MCINTIRE | 2:25-cv-01045-RMG | AFFF067122 | R1P0151315 | | AZ | Stag Liuzza, LLC | 02/21/2025 | No | No | Not Subject to CMO 35 |
| ERIC | CAPMAN | 2:25-cv-01262-RMG | AFFF012489 | R1P0205346 | | MI | Frazer PLC | 02/28/2025 | No | No | Not Subject to CMO 35 |