**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.: 2:18-mn-02873-RMG<br><br>OPPOSITION TO THE MOTION TO DISMISS<br><br>This Document Relates to<br><br>*Adams et al v. THE 3M COMPANY, f/k/a Minnesota Mining and Manufacturing Co. et al*<br>*2:25-cv-12177-RMG* |

## OPPOSITION TO THE MOTION TO DISMISS

COMES NOW the Plaintiff, Matthew Shorney, by and through their counsel, Craig Carlson of The Carlson Law Firm to oppose the June 1, 2026, Motion to Dismiss. The Plaintiff filed in the Short Form Complaint, Case Number 2:25-cv-12177-RMG, should not be dismissed because of counsel's consistent efforts to contact and retrieve medical records from Plaintiff including phone calls, text messages, emails, and mailed letters. Despite counsel's efforts, Plaintiff has been unable to provide medical records, thus requests the court deny the motion to dismiss for this Plaintiff so counsel can continue their communication efforts in furtherance of the Plaintiff's case. Therefore, Plaintiff Matthew Shorney requests that their case, filed in the Short Form Complaint in the above listed matter, not be dismissed.

Dated: 06/30/2026

/s/ *Craig Carlson*
Craig Carlson
The Carlson Law Firm, P.C.
100 E Central Texas Expy
Killeen, TX 76541
Telephone: (254) 526-5688
Email: ccarlson@carsonattorneys.com

*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2026, a true and correct copy of the foregoing OPPOSITION TO THE MOTION TO DISMISS was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Dated: 06/30/2026

*/s/ Craig Carlson*
Craig Carlson
The Carlson Law Firm, P.C.
100 E Central Texas Expy
Killeen, TX 76541
Telephone: (254) 526-5688
Email: ccarlson@carsonattorneys.com

*Attorney for Plaintiff*