**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.: 2:18-mn-02873-RMG<br><br>**Notice of Dismissal**<br><br>*This Document Relates to Cases Listed in Exhibit A* |

### NOTICE OF DISMISSAL BY LISTED PLAINTIFFS ONLY, WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) & CASE MANAGEMENT ORDER NO. 37

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and pursuant to Case Management Order No. 37, the entire action of each Plaintiff listed in Exhibit A attached is hereby **DISMISSED WITHOUT PREJUDICE,** as to all defendants and without costs to any party. Such dismissal shall include the dismissal of any loss of consortium claims derivative of the dismissed claims.

This dismissal is entered subject to Case Management Order No. 35 and No. 37. It is a strict condition of this dismissal that if a Plaintiff seeks to refile his or her claims at a later date, such case may be brought only by direct filing in this MDL pursuant to Case Management Order No. 3, absent a subsequent Order and assuming this MDL continues to be active or another process is put in place. The Court retains jurisdiction over any previously asserted and dismissed Claims. If a Plaintiff files a PFAS claim in violation of this paragraph, this dismissal will be converted to dismissal with prejudice upon motion by any Defendant named as a party in both this action and the later-filed action.

Dated:  New York, New York
       July 2, 2026

Respectfully submitted,

**NAPOLI SHKOLNIK**

By: */s/ Nicholas Mindicino*
Nicholas Mindicino
360 Lexington Avenue, 11th Fl.
New York, New York 10017
(212) 397-1000
nmindicino@napolilaw.com

*Counsel for Plaintiff*

# EXHIBIT A

| Case Name | Case Number | Plaintiff Name | MDL Portal Number |
|---|---|---|---|
| Granville Morris et al. v. 3M Company et al | 2:25-cv-04039-RMG | Worthman, Heaven | AFFF080562 |
| Frederick Graziano et al v. Arkema, Inc. | 2:25-cv-11310-RMG | Williams, Tyler | AFFF160358 |
| Derik Robinson et al v. Arkema, Inc. | 2:25-cv-11337-RMG | Wright, John | AFFF222313 |
| Ben Williams et al v. Arkema, Inc. | 2:25-cv-11349-RMG | Fender, John | AFFF196209 |
| John Stephens et al v. Arkema, Inc. | 2:25-cv-11374-RMG | Mott, Mark | AFFF150804 |
| Angella Ashkins et al v. Arkema, Inc. | 2:25-cv-11538-RMG | Barnett, Robert | AFFF213151 |
| Dalenea Frazier et al v. Arkema, Inc. | 2:25-cv-11558-RMG | Garrison, Eric | AFFF198100 |
| Lori Jennings et al v. Arkema, Inc. | 2:25-cv-11586-RMG | Jeppesen, Darrell | AFFF171864 |
| Mark Donahue et al v. 3M et al | 2:25-cv-11612-RMG | Doss, Charles | AFFF202370 |
| Jodie L Kelly et al v. Arkema, Inc. | 2:25-cv-11714-RMG | King, Angel | AFFF199027 |
| Robert Merritt et al v. Arkema, Inc. | 2:25-cv-11757-RMG | miller, Lori | AFFF194594 |
| Micheal Pawlosky et al v. Arkema, Inc. | 2:25-cv-12485-RMG | Wedidge, Todd | AFFF159106 |
| Leona Hill et al v. Arkema, Inc. | 2:25-cv-12509-RMG | Horvath-Hopper, Vicki | AFFF182717 |
| Dean Carlson et al v. 3M et al | 2:25-cv-13610-RMG | Crawford, Daniel | AFFF020833 |
| Edward Whitaker et al v. 3M et al | 2:25-cv-13620-RMG | White, Sherry | AFFF065874 |
| Larry Marshall et al v. 3M et al | 2:25-cv-13648-RMG | Motley, Thomas | AFFF056028 |
| Bassem Tahhan et al v. 3M et al | 2:25-cv-14048-RMG | Taylor, Clara | AFFF057726 |
| Daniel Alaniz et al v. 3M et al | 2:26-cv-00064-RMG | Dohrman, Barbara | AFFF043285 |