IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2:18-mn-2873-RMG  **This Document Relates to:**  All Plaintiffs Listed in Exhibit A and B to ECF Nos. 9830 and 9831 |

**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND AND
REPLY TO DEFENDANTS' MOTIONS TO DISMISS FOR FAILURE TO
COMPLY WITH CASE MANAGEMENT ORDER NO. 37**

Pursuant to Local Civ. Rule 6.01 (D.S.C.), Co-Lead Counsel for Plaintiffs and Defendants respectfully move this Court for a brief extension of time to respond and reply to Defendants' Motion to Dismiss With Prejudice For Failure to Comply With Case Management Order No. 37 (ECF No. 9830) and Defendants' Motion to Dismiss Without Prejudice For Failure to Comply With Case Management Order No. 37 (ECF No. 9831). This Motion is based on the following grounds:

1. Case Management Order No. 37 ("CMO 37") (ECF No. 8876) provides that Defendants may move to dismiss Plaintiffs that Defendants determine to be non-compliant with the Applicable CMOs. (CMO 37, ¶¶ 7 & 16).

2. On June 25, 2026, Defendants filed a Motion to Dismiss With Prejudice For Failure to Comply With Case Management Order No. 37 (ECF No. 9830) and a Motion to Dismiss Without Prejudice For Failure to Comply With Case Management Order No. 37 (ECF No. 9831) ("Defendants' Motions"). Approximately 10,000 plaintiffs were included in Defendants' Motions.

1

3.      Pursuant to CMO 37 and Local Civ. Rule 7.06, plaintiffs' oppositions or responses to Defendants' Motions are due within 14 days, which is July 9, 2026. (CMO 37, ¶¶ 8 & 17).

4.      The parties request a one-week extension of time for Plaintiffs' oppositions or responses to Defendants' Motions, **up to and including July 16, 2026**.  This extension is requested due to the Fourth of July holiday and because additional time is needed for the parties to meet-and-confer with plaintiffs' counsel for certain plaintiffs who have purportedly cured their alleged deficiencies and/or who have voluntarily dismissed their claims.

5.      In addition, the parties request that Defendants' replies, if any, to Plaintiffs' oppositions or responses to Defendants' Motions be filed by **July 30, 2026**.  The parties request that this deadline apply to any oppositions or responses to Defendants' Motions to Dismiss filed on or before July 16, 2026.

WHEREFORE, Co-Lead Counsel for Plaintiffs and Defendants respectfully request that the Court extend the time for Plaintiffs to respond to Defendants' Motion to Dismiss With Prejudice For Failure to Comply With Case Management Order No. 37 (ECF No. 9830) and Defendants' Motion to Dismiss Without Prejudice For Failure to Comply With Case Management Order No. 37 (ECF No. 9831) to **July 16, 2026** and Defendants' replies, if any, to **July 30, 2026**.

Dated: July 6, 2026

Respectfully submitted,

/s/ *Michael A. London*                              /s/ *Daniel L. Ring*

Michael A. London                              Daniel L. Ring
Douglas and London PC                        Jenner & Block LLP
One State Street, 35th Floor                  353 N. Clark St.
New York, NY 10004                           Chicago, IL 60654
P: (212)-566-7500                             P: (312) 923-2625
F: (212)-566-7501                             F: (312) 527-0484

mlondon@douglasandlondon.com

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd
Mount Pleasant, SC 29464
P: (842) 216-9000
F: (646)-843-7603
jrice@motleyrice.com

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
P: (214)-521-3605
ssummy@baronbudd.com

*Co-lead Counsel for Plaintiffs*

Fred Thompson, III
Motley Rice LLC
28 Bridgeside Boulevard
Mt Pleasant, SC 29464
P: (843)-216-9000
F: (843)-216-9440
Email: fthompson@motleyrice.com

*Liaison Counsel for Plaintiffs*

dring@jenner.com

Joseph G. Petrosinelli
Williams & Connolly LLP
680 Maine Ave. SW
Washington, DC 20024
P: (202) 434-5547
F: (202) 434-5029
jpetrosinelli@wc.com

*Co-lead Counsel for Defendants*

Brian Duffy
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
P: (843) 720-2044
F: (843) 720-2047
bduffy@duffyandyoung.com

*/s/ Amanda S. Kitts*

Amanda S. Kitts
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
P: (803) 255-9594
F: (803) 256-7500
amanda.kitts@nelsonmullins.com

*Co-liaison Counsel for Defendants*