**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) |

MDL No. 2:18-mn-2873-RMG

**This Document Relates to:**

*See Plaintiffs Listed in Exhibit A*

**DEFENDANTS' SECOND CONSOLIDATED REPLY TO PLAINTIFFS' OPPOSITIONS AND RESPONSES TO DEFENDANTS' MOTIONS TO DISMISS FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 37**

Pursuant to Case Management Order No. 37 ("CMO 37") [ECF No. 8876], the Defense Leadership moved to dismiss approximately 8,000 plaintiffs who failed to provide a Plaintiff Profile Form or an Amended Fact Sheet as required by the applicable CMOs and, for those subject to CMO 35, also failed to provide any medical records to support their alleged claims. [ECF Nos. 9569 & 9570]. Plaintiffs identified in Exhibit A responded to Defendants' motions to dismiss and do not dispute that they: (1) are subject to CMO 35; and (2) have failed to provide any medical records. However, Plaintiffs argue that because they have now provided an Amended Fact Sheet, their cases should not be dismissed and they should be given additional time to collect and produce medical records.

But this is only half the cure necessary to survive dismissal. The Court required both a fact sheet and a medical record or records that substantiates the claimed injury(ies). By this point, the Court has given these Plaintiffs more than ample time to comply—months, in fact. Without any such medical records, Defendants are unable to assess the quality of Plaintiffs' cases and the failure to provide such records prejudices Defendants in this litigation. Plaintiffs' delay in providing any

medical records also impacts the more than one hundred thousand other plaintiffs in this MDL by diverting the Defendants' and the Court's time and resources away from compliant plaintiffs.

The Court specifically structured this requirement to impose a minimal burden on plaintiffs—one Plaintiffs' counsel should have satisfied before they even filed—with more than ample time to comply. When the Court entered CMO 35 on August 15, 2025, it clearly ordered Plaintiffs to provide a succinct record(s) to establish a diagnosis of injury. When the Court entered CMO 37 on February 25, 2026, the Court warned Plaintiffs they would be non-compliant and subject to dismissal if they failed to provide any medical records as required by CMO 35. CMO 35 and 37 do not order these Plaintiffs to provide extensive sets of medical records but simply the most basic medical records necessary to support their claims. Here, Plaintiffs do not dispute that they have not provided *any* medical records, even with the many additional months the Court has now afforded them.

Each of the Plaintiffs identified in Exhibit A were included in Complaints filed between March 1, 2025 and September 10, 2025 (the end of the CMO 35 Filing Facilitation Window). Pursuant to CMOs 5G, 31A, and 35, their Amended PFSs and medical records were due within 98 days of filing or transfer to the MDL, which means they were all due sometime before the end of 2025. Pursuant to CMO 37, Defendants properly issued Notices of Non-Compliance for the Plaintiffs listed in Exhibit A during March and April 2026 for failure to provide (1) an Amended Fact Sheet; and (2) any medical records to support their alleged claims. Plaintiffs failed to cure their non-compliance.

Defendants properly moved to dismiss Plaintiffs' claims as provided by CMO 37 on June 1, 2026. While Plaintiffs listed on Exhibit A may have now submitted an Amended Fact Sheet, they have still failed to provide any medical records. Plaintiffs have had multiple opportunities

2

and more than sufficient time to comply with the applicable CMOs and provide Defendants with the basic and fundamental information needed to evaluate Plaintiffs' claims. Accordingly, Plaintiffs' claims should be dismissed.


Respectfully submitted,

/s/ *Joseph G. Petrosinelli*
Joseph G. Petrosinelli
Williams & Connolly LLP
680 Maine Ave., S.W.
Washington, DC 20024
P: (202) 434-5547
F: (202) 434-5029
jpetrosinelli@wc.com

/s/ *Daniel L. Ring*
Daniel L. Ring
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654
P: (312) 923-2625
F: (312) 527-0484
dring@jenner.com

*Co-lead Counsel for Defendants*

/s/*Amanda S. Kitts*
Amanda S. Kitts
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
P: (803) 255-9594
F: (803) 256-7500
amanda.kitts@nelsonmullins.com

/s/ *Brian Duffy*
Brian Duffy
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
P: (843) 720-2044
F: (843) 720-2047
bduffy@duffyandyoung.com

*Co-liaison Counsel for Defendants*

Dated: July 6, 2026