**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

|  |  |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |

MDL No. 2:18-mn-2873-RMG

**This Document Relates to:**

*See Plaintiffs Listed on Exhibits A and B*

**DEFENDANTS' THIRD CONSOLIDATED REPLY TO PLAINTIFFS'
OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS FOR
FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 37**
*AND*
**MOTION TO WITHDRAW DEFENDANTS' MOTIONS TO DISMISS AS
TO CERTAIN PLAINTIFFS**

Pursuant to Case Management Order No. 37 ("CMO 37") [ECF No. 8876], the Defense Leadership moved to dismiss approximately 8,000 plaintiffs who failed to provide a Plaintiff Profile Form or an Amended Fact Sheet as required by the applicable CMOs and, for those subject to CMO 35, also failed to provide any medical records to support their alleged claims. [ECF Nos. 9569 & 9570].

Plaintiffs listed in Exhibit A all state in their responses that they cured the deficiencies forming the basis for Defendants' motions to dismiss.  In other words, Plaintiffs claim that they have now submitted a Plaintiff Profile Form or an Amended Fact Sheet as required by the applicable CMOs and, for those subject to CMO 35, they have provided a medical record. Defendants have reviewed Plaintiffs listed in Exhibit A and agree that these Plaintiffs appear to have submitted these documents.  Accordingly, Defendants hereby move to withdraw their Motion to Dismiss as to the Plaintiffs listed on Exhibits A without prejudice to refiling a new motion to

dismiss if Defendants determine Plaintiffs' new submissions to be insufficient to comply with CMO 37.  Defendants expressly reserve the right to include these Plaintiffs on any future Non-Compliance Lists or motions to dismiss to the extent there are other valid grounds for inclusion as provided by CMO 37.

Plaintiffs listed in Exhibit B all state they have now voluntarily dismissed their claims. Defendants have reviewed Plaintiffs listed in Exhibit B and agree that these Plaintiffs appear to have dismissed their claims.   Accordingly, Defendants hereby move to withdraw their Motion to Dismiss without prejudice as to the Plaintiffs listed on Exhibits B.

Respectfully submitted,

/s/ *Joseph G. Petrosinelli*
Joseph G. Petrosinelli
Williams & Connolly LLP
680 Maine Ave., S.W.
Washington, DC 20024
P: (202) 434-5547
F: (202) 434-5029
jpetrosinelli@wc.com

/s/*Amanda S. Kitts*
Amanda S. Kitts
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
P: (803) 255-9594
F: (803) 256-7500
amanda.kitts@nelsonmullins.com

/s/ *Daniel L. Ring*
Daniel L. Ring
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654
P: (312) 923-2625
F: (312) 527-0484
dring@jenner.com

/s/ *Brian Duffy*
Brian Duffy
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
P: (843) 720-2044
F: (843) 720-2047
bduffy@duffyandyoung.com

*Co-lead Counsel for Defendants*

*Co-liaison Counsel for Defendants*

Dated:  July 6, 2026