**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) <br> ) <br> )   MDL No. 2:18-mn-2873-RMG <br> ) <br> )   **This Document Relates to:** <br> ) <br> )   Response filed at ECF No. 9802 <br> ) |

**DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO**
**DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY**
**WITH CASE MANAGEMENT ORDER NO. 37**

Pursuant to Case Management Order No. 37 ("CMO 37") [ECF No. 8876], the Defense Leadership moved to dismiss approximately 8,000 plaintiffs who failed to provide a Plaintiff Profile Form or an Amended Fact Sheet as required by the applicable CMOs and, for those subject to CMO 35, also failed to provide any medical records to support their alleged claims. [ECF Nos. 9569 & 9570]. Defendants submit this Reply to Plaintiffs' Response filed by Milberg PLLC. [ECF No. 9802].

**I.      Plaintiffs' Response: Plaintiffs on Exhibit B Have Now Voluntarily Dismissed.**

For those Plaintiffs who have now voluntarily dismissed their claims, Defendants agree to withdraw their Motion to Dismiss as to these Plaintiffs and have included them in their Third Consolidated Reply to Plaintiffs' Oppositions [ECF No. 9924].[1]

---

[1] As of July 6, 2026, four plaintiffs listed on Plaintiffs' Exhibit B do not appear to have been dismissed: Starsha Massey (2:25-cv-12070); Robert Urban (No. 2:25-cv-12021); Francisco Valtierra (No. 2:25-cv-12161); and Carver Waldon (No. 2:25-cv-11861). Accordingly, Defendants have not included those Plaintiffs in their Third Consolidated Reply and Defendants' Motion should be granted as to those Plaintiffs.

**II.     Plaintiffs' Response: Plaintiffs on Exhibit C Have Now Submitted a Fact Sheet and Medical Records.**

Plaintiffs' claim that since Defendants filed their Motion, 18 plaintiffs have served a Personal Injury Fact Sheet and medical records. Defendants agree that 14 of the 18 plaintiffs identified below appear to have now submitted a Personal Injury Fact Sheet and a medical record(s) in the MDL Portal. Accordingly, Defendants agree to withdraw their Motion to Dismiss as to these Plaintiffs without prejudice to refiling a new motion to dismiss if Defendants determine Plaintiffs' new submissions to be insufficient to comply with CMO 37. Further, Defendants expressly reserve the right to include Plaintiffs on any future Non-Compliance Lists or motions to dismiss to the extent there are other valid grounds for inclusion as provided by CMO 37.

However, for the remaining plaintiffs in Exhibit C, Defendants respond as follows:

- Bernice Collins (Case No. 2:25-cv-12067). As of July 6, 2026, there is no Fact Sheet or any medical records for Bernice Collins in the MDL Portal. When Defendants filed their Motion, they did not identify an AFFF MDL Portal Number for Ms. Collins. In the response, Plaintiff identified her as AFFF216132. This AFFF MDL Portal Number is associated with Bernice Bouldin (Case No. 2:25-cv-12068). Based upon the Complaints and Ms. Bouldin's PFS, these Plaintiffs have different dates of birth and are not the same Plaintiff.

- Helen Hunter (Case No. 2:25-12115). As of July 6, 2026, there is no Fact Sheet or any medical records for Helen Hunter in the MDL Portal. When Defendants filed their Motion, they did not identify an AFFF MDL Portal Number for Ms. Hunter. In the response, Plaintiff identified her as AFFF234117. This AFFF MDL Portal Number is associated with James Hunter (Case No. 2:25-cv-12115). The Complaint, however, does not include James Hunter, only Helen Hunter. Based upon communications with counsel, Defendants understand that Ms. Hunter is James Hunter's child and James Hunter is the alleged injured party. No motion has been made to amend the Complaint.

- Samuel Murray (Case No. 2:25-cv-12067). As of July 6, 2026, there is no Fact Sheet or any medical records for Samuel Murray in the MDL Portal.

- Toby Sugg (Case No. 2:25-cv-12033). As of July 6, 2026, there is no Fact Sheet or any medical records for Toby Sugg in *Aceves v. 3M*, No. 2:25-cv-12033. There is a PFS for Toby Sugg under a different case number (*Alfred v. 3M*, No. 2:25-cv-12115). Based upon the dates of birth provided in the Complaints, this appears to

2

be the same Mr. Sugg.  However, there are no medical records for Mr. Sugg in the MDL Portal.

Accordingly, Defendants' Motion should be granted as to these four Plaintiffs.

**III.    Plaintiffs' Response: Plaintiffs on Exhibit D Need More Time to Submit Fact Sheets and Medical Records and Counsel Need More Time to Communicate With Plaintiffs on Exhibit E.**

Plaintiffs request additional time to submit Fact Sheets and medical records for approximately 50 pages of Plaintiffs listed on Exhibits D and E.  Plaintiffs do not dispute they have not provided any Personal Injury Fact Sheet or medical records for those plaintiffs. Defendants incorporate herein by reference their First Consolidated Reply to Plaintiffs' Oppositions [ECF No. 9922] and their Second Consolidated Reply to Plaintiffs' Oppositions [ECF No. 9923].  For the reasons provided in the First and Second Consolidated Replies, Defendants' Motion should be granted as to these Plaintiffs.


Respectfully submitted,

/s/ *Joseph G. Petrosinelli*
Joseph G. Petrosinelli
Williams & Connolly LLP
680 Maine Ave., S.W.
Washington, DC 20024
P: (202) 434-5547
F: (202) 434-5029
jpetrosinelli@wc.com

/s/ *Daniel L. Ring*
Daniel L. Ring
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654
P: (312) 923-2625
F: (312) 527-0484
dring@jenner.com

*Co-lead Counsel for Defendants*

/s/*Amanda S. Kitts*
Amanda S. Kitts
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
P: (803) 255-9594
F: (803) 256-7500
amanda.kitts@nelsonmullins.com

/s/ *Brian Duffy*
Brian Duffy
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
P: (843) 720-2044
F: (843) 720-2047
bduffy@duffyandyoung.com

*Co-liaison Counsel for Defendants*

Dated:  July 6, 2026

3