**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| | ) |
| | ) |
| IN RE: AQUEOUS FILM-FORMING | ) MDL No. 2:18-mn-2873-RMG |
| FOAMS PRODUCTS LIABILITY | ) |
| LITIGATION | ) **This Document Relates to:** |
| | ) |
| | ) Oppositions filed at ECF Nos.: |
| | ) |
| | ) 9755 (2:25-cv-07972-RMG) |
| | ) 9756 (2:25-cv-08299-RMG) |
| | ) 9757 (2:25-cv-09629-RMG) |
| | ) 9758 (2:25-cv-09750-RMG) |
| | ) 9759 (2:25-cv-09919-RMG) |
| | ) 9760 (2:25-cv-09923-RMG) |
| | ) 9761 (2:25-cv-09947-RMG) |
| | ) 9762 (2:25-cv-12190-RMG) |
| | ) 9764 (2:25-cv-12416-RMG) |
| | ) 9765 (2:25-cv-12193-RMG) |
| | ) 9766 (2:25-cv-09620-RMG) |

**DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITIONS TO
DEFENDANTS' MOTIONS TO DISMISS FOR FAILURE TO COMPLY
WITH CASE MANAGEMENT ORDER NO. 37**

Pursuant to Case Management Order No. 37 ("CMO 37") [ECF No. 8876], the Defense Leadership moved to dismiss approximately 8,000 plaintiffs who failed to provide a Plaintiff Profile Form or an Amended Fact Sheet as required by the applicable CMOs and, for those subject to CMO 35, also failed to provide any medical records to support their alleged claims. [ECF Nos. 9569 & 9570].  The above-referenced responses to Defendants' Motions were all filed by the same counsel, Schochor, Staton, Goldberg & Cardea, P.A.

Plaintiffs in the responses filed at ECF Nos. 9755-9762, 9764, and 9766 all state that they do not have any personal injury claims and thus, did not need to submit a Plaintiff Profile Form, Amended Fact Sheet, and/or medical records.  Rather, each of the Plaintiffs assert derivative claims

(e.g., loss of consortium, wrongful death) arising from a personal injury plaintiff. Although Plaintiffs were included in Defendants' motions to dismiss after failing to respond to their deficiency notices (the MDL Portal allows plaintiffs who receive a deficiency notice to respond that they have "never had a personal injury claim"), Defendants have since confirmed the information provided in their responses. Based upon this information, Defendants withdraw their motion with respect to these Plaintiffs.

Plaintiff in the response filed at ECF 9765 claims that Plaintiff Joy Karriker submitted her Amended Fact Sheet in the MDL Portal and is now in compliance with the applicable CMOs. Ms. Karriker was named as a Plaintiff in *Asselta et al. v. 3M Company, et al.*, 2:25-cv-12193-RMG, which was filed in this MDL on September 5, 2025. Thus, Ms. Karriker is subject to the Proof Requirements of CMO 35 and was required to provide medical records in support of her claims. As of July 6, 2026, Ms. Karriker has not provided any medical records.[1] Accordingly, Ms. Karriker is not in compliance with the applicable CMOs and her claims should be dismissed without prejudice pursuant to Defendants' Motion.

Respectfully submitted,

/s/ *Joseph G. Petrosinelli*
Joseph G. Petrosinelli
Williams & Connolly LLP
680 Maine Ave., S.W.
Washington, DC 20024
P: (202) 434-5547
F: (202) 434-5029
jpetrosinelli@wc.com

/s/*Amanda S. Kitts*
Amanda S. Kitts
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
P: (803) 255-9594
F: (803) 256-7500
amanda.kitts@nelsonmullins.com

/s/ *Daniel L. Ring*
Daniel L. Ring

/s/ *Brian Duffy*
Brian Duffy

---

[1] In the MDL Portal, Ms. Karriker has provided a document under the type "Proof of Personal Injury Damages." However, this document is an affidavit by Ms. Karriker stating that she has been unable to locate records regarding her work experience. It is not a medical record providing evidence of diagnosis.

2

3

Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654
P: (312) 923-2625
F: (312) 527-0484
dring@jenner.com

*Co-lead Counsel for Defendants*

Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
P: (843) 720-2044
F: (843) 720-2047
bduffy@duffyandyoung.com

*Co-liaison Counsel for Defendants*

Dated:  July 6, 2026

3

4919-3562-5655 v.2