**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG **This Document Relates to:** Response filed at ECF No. 9796 Paul Lindbom - No. 2:25-cv-11563-RMG Patricia Ciadella – No. 2:25-cv-12304-RMG Lydris Bowen - No. 2:25-cv-12329-RMG Anthony Valdes - No. 2:25-cv-12440-RMG Keanen Minott - 2:25-cv-12463-RMG Diana Gunder - No. 2:25-cv-09909- RMG Kathy Trickel - No. 2:25-cv-12304-RMG Lynne Birmingham - No. 2:25-cv-12329-RMG Justin Bovolick - No. 2:25-cv-12329-RMG Robert Gillett - No. 2:25-cv-12434-RMG Ehrrin Keenan - No. 2:25-cv-12440-RMG Ronald Creten - No. 2:25-cv-12449-RMG Michael Delehanty - No. 2:25-cv-12463-RMG Joseph Major - No. 2:25-cv-12498-RMG |

**DEFENDANTS' REPLY TO PLAINTIFFS' OMNIBUS RESPONSE TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 37**

Pursuant to Case Management Order No. 37 ("CMO 37") [ECF No. 8876], the Defense Leadership moved to dismiss approximately 8,000 plaintiffs who failed to provide a Plaintiff Profile Form or an Amended Fact Sheet as required by the applicable CMOs and, for those subject to CMO 35, also failed to provide any medical records to support their alleged claims. [ECF Nos. 9569 & 9570]. Defendants submit this Reply to Plaintiffs' Omnibus Response to Defendants' Motion to Dismiss Without Prejudice for Failure to Comply with Case Management Order No. 37. [ECF No. 9796].

Plaintiffs' response for the 14 above-captioned Plaintiffs indicates that: (1) Plaintiffs' counsel has filed a motion to withdraw as counsel for 5 Plaintiffs (Paul Lindbom, Patricia Ciadella, Lydris Bowen, Anthony Valdes, and Keanen Minott); (2) Plaintiff has voluntarily dismissed six Plaintiffs (Diana Gunder, Lynne Birmingham, Justin Bovolick, Ronald Creten, Michael Delenhanty, and Joseph Major); and (3) three Plaintiffs have cured their noticed deficiencies (Kathy Trickel, Robert Gillett, and Ehrrin Keenan).

Regarding those Plaintiffs where counsel has filed a motion to withdraw as counsel, Defendants do not take a position on counsel's motions. However, counsel's motions and counsel's inability to reach "Plaintiff and/or Plaintiff's next of kin" cannot be used to circumvent or otherwise excuse Plaintiffs' failure to comply with the applicable CMOs. Defendants incorporate herein by reference their First Consolidated Reply to Plaintiffs' Oppositions [ECF No. 9922]. For the reasons provided in the First Consolidated Reply, Defendants' Motion should be granted as to these Plaintiffs.

Regarding those Plaintiffs who have now voluntarily dismissed their claims, Defendants agree to withdraw their Motion to Dismiss as to these Plaintiffs and have included them in their Third Consolidated Reply to Plaintiffs' Oppositions [ECF No. 9924].

Finally, regarding the three Plaintiffs who have purportedly cured their noticed deficiencies, Defendants agree that Kathy Trickel and Ehrrin Keenan have now provided a Personal Injury Fact Sheet and medical records. Accordingly, Defendants agree to withdraw their Motion to Dismiss as to these two Plaintiffs without prejudice to refiling a new motion to dismiss if Defendants determine Plaintiffs' new submissions to be insufficient to comply with CMO 37. Further, Defendants expressly reserve the right to include Plaintiffs on any future Non-Compliance Lists or motions to dismiss to the extent there are other valid grounds for inclusion as provided by

CMO 37. However, as of July 6, 2026, Robert Gillett has not submitted any medical records.

Accordingly, Defendants' Motion should be granted as to Robert Gillett.

Respectfully submitted,

/s/ *Joseph G. Petrosinelli*
Joseph G. Petrosinelli
Williams & Connolly LLP
680 Maine Ave., S.W.
Washington, DC 20024
P: (202) 434-5547
F: (202) 434-5029
jpetrosinelli@wc.com

/s/*Amanda S. Kitts*
Amanda S. Kitts
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
P: (803) 255-9594
F: (803) 256-7500
amanda.kitts@nelsonmullins.com

/s/ *Daniel L. Ring*
Daniel L. Ring
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654
P: (312) 923-2625
F: (312) 527-0484
dring@jenner.com

/s/ *Brian Duffy*
Brian Duffy
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
P: (843) 720-2044
F: (843) 720-2047
bduffy@duffyandyoung.com

*Co-lead Counsel for Defendants*

*Co-liaison Counsel for Defendants*

Dated: July 6, 2026