**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

|  |  |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) |

MDL No. 2:18-mn-2873-RMG

**This Document Relates to:**

Response filed at ECF No. 9791

**DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO
DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY
WITH CASE MANAGEMENT ORDER NO. 37**

Pursuant to Case Management Order No. 37 ("CMO 37") [ECF No. 8876], the Defense Leadership moved to dismiss approximately 8,000 plaintiffs who failed to provide a Plaintiff Profile Form or an Amended Fact Sheet as required by the applicable CMOs and, for those subject to CMO 35, also failed to provide any medical records to support their alleged claims. [ECF Nos. 9569 & 9570]. Defendants submit this Reply to Plaintiffs' Response filed on behalf of 1,619 plaintiffs. [ECF No. 9791].

**A. Plaintiffs Response: 21 Plaintiffs have now cured the deficiency.**

Plaintiffs' claim that since Defendants filed their Motion, 68 of the plaintiffs have served a Personal Injury Fact Sheet. Of those, Defendants previously withdrew their Motion [*see* ECF No. 9754-2] for 47 plaintiffs. For the remaining 21 plaintiffs listed in Exhibit 2 to Plaintiffs' Response [ECF No. 9791-2], Defendants agree that the seven plaintiffs identified below appear to have now submitted a Personal Injury Fact Sheet and a medical record(s) in the MDL Portal.

| Docket Number | First Name | Last Name | AFFF MDL Portal Number | CMO 37 Ticket Number |
|---|---|---|---|---|
| 2:25-cv-11520-RMG | Nicholas | Casillas | AFFF136378 | R1P0174382 |
| 2:25-cv-11529-RMG | Raymond | Frank | AFFF171530 | R1P0176346 |
| 2:25-cv-11536-RMG | Justin | Natale | AFFF125491 | R1P0179458 |
| 2:25-cv-11676-RMG | Tiffany | Santos | AFFF182258 | R1P0180368 |
| 2:25-cv-11308-RMG | Kristi | Wisinger | AFFF191630 | R1P0178471 |
| 2:25-cv-11544-RMG | Annette | Himes | AFFF141409 | R1P0175076 |
| 2:25-cv-12147-RMG | Hejiao | Tang | AFFF131859 | R1P0173328 |

Accordingly, Defendants agree to withdraw their Motion to Dismiss as to these Plaintiffs without prejudice to refiling a new motion to dismiss if Defendants determine Plaintiffs' new submissions to be insufficient to comply with CMO 37.  Further, Defendants expressly reserve the right to include Plaintiffs on any future Non-Compliance Lists or motions to dismiss to the extent there are other valid grounds for inclusion as provided by CMO 37.

Eleven plaintiffs identified in Exhibit 2 and listed below did not submit medical records. Rather, these plaintiffs submitted a summary document created by National Record Retrieval.

| Docket Number | First Name | Last Name | AFFF MDL Portal Number | CMO 37 Ticket Number |
|---|---|---|---|---|
| 2:25-cv-11434-RMG | Pamela | Emerzian | AFFF156138 | R1P0176028 |
| 2:25-cv-11595-RMG | Edmund | Giese | AFFF208027 | R1P0176685 |
| 2:25-cv-11449-RMG | Kendyll | Herrera | AFFF228169 | R1P0174997 |
| 2:25-cv-11626-RMG | Sandro | Massolo | AFFF187515 | R1P0179018 |
| 2:25-cv-11679-RMG | Shannon | Pettygrove | AFFF197565 | R1P0179862 |
| 2:25-cv-11527-RMG | Devin | Punter | AFFF175367 | R1P0180184 |
| 2:25-cv-11737-RMG | Karl | Rencken | AFFF239591 | R1P0180389 |
| 2:25-cv-11676-RMG | Steven | Robbins | AFFF173263 | R1P0180336 |
| 2:25-cv-11511-RMG | Tiffany | Tobey | AFFF136195 | R1P0174174 |
| 2:25-cv-11659-RMG | Rhiannon | Way | AFFF190415 | R1P0178406 |
| 2:25-cv-11716-RMG | Jacob | Webb | AFFF225663 | R1P0178378 |

National Record Retrieval is a service created for lawyers.  *See* National Medical Record Retrieval Service for Lawyers, *National Record Retrieval*, https://nationalrecordretrieval.com/ (last visited July 6, 2026).  This vendor's services include the ability to contact relevant medical providers and obtain medical records. However, the summary document provided by these Plaintiffs is simply that – a summary generated for purposes of litigation.  These summaries do not include any actual

medical or insurance records.  Notably, the summaries include some medical information and diagnoses marked "unverified."  Such summaries are plainly inadequate to "establish a diagnosis of the injury(ies) alleged," as required by CMO 35.  In the absence of actual medical or insurance records, Defendants have no ability to confirm the accuracy of the information provided in these summaries.[1]  However, Defendants agree to withdraw their Motion to Dismiss as to these eleven Plaintiffs without prejudice to including Plaintiffs on a future Non-Compliance List and Motion to Dismiss for their failure to comply with CMO 37 and provide medical records.

As to the remaining plaintiffs listed in Exhibit 2, as of July 6, 2026, the three plaintiffs listed below have not submitted any medical records:

| Docket Number | First Name | Last Name | AFFF MDL Portal Number | CMO 37 Ticket Number |
|---|---|---|---|---|
| 2:25-cv-11422-RMG | Carl | Adler | AFFF135627 | R1P0176971 |
| 2:25-cv-11719-RMG | Kristina | Boswell | AFFF204904 | R1P0173708 |
| 2:25-cv-11878-RMG | Sharda | Hallman | AFFF180180 | R1P0176190 |

Accordingly, Defendants' Motion should be granted as to these three plaintiffs.

### B. Remaining Plaintiffs

As to the remaining Plaintiffs listed in Exhibit 3 to Plaintiffs' response, Plaintiffs do not dispute they have not provided any Personal Injury Fact Sheet or medical records for those plaintiffs.  Defendants incorporate herein by reference their First Consolidated Reply to Plaintiffs' Oppositions [ECF No. 9922].  For the reasons provided in the First Consolidated Reply, Defendants' Motion should be granted as to these Plaintiffs.[2]

---

[1] To the extent it would assist the Court, Defendants can submit an example summary for one of these Plaintiffs for *in camera* review.

[2] Defendants note that on the same day Plaintiffs' filed their response, they submitted requests for a 14-day extension for 75 Plaintiffs. Notably, many, if not all, of these Plaintiffs were granted an initial 21-day extension for their Fact Sheets and medical records in December 2025.

Respectfully submitted,

/s/ *Joseph G. Petrosinelli*
Joseph G. Petrosinelli
Williams & Connolly LLP
680 Maine Ave., S.W.
Washington, DC 20024
P: (202) 434-5547
F: (202) 434-5029
jpetrosinelli@wc.com

/s/ *Daniel L. Ring*
Daniel L. Ring
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654
P: (312) 923-2625
F: (312) 527-0484
dring@jenner.com

*Co-lead Counsel for Defendants*

Dated:  July 6, 2026

/s/ *Amanda S. Kitts*
Amanda S. Kitts
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
P: (803) 255-9594
F: (803) 256-7500
amanda.kitts@nelsonmullins.com

/s/ *Brian Duffy*
Brian Duffy
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
P: (843) 720-2044
F: (843) 720-2047
bduffy@duffyandyoung.com

*Co-liaison Counsel for Defendants*