**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) |

MDL No. 2:18-mn-2873-RMG

**This Document Relates to:**

Response filed at ECF No. 9806

**DEFENDANTS' REPLY TO LEVIN PAPANTONIO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 37**

Pursuant to Case Management Order No. 37 ("CMO 37") [ECF No. 8876], the Defense Leadership moved to dismiss approximately 8,000 plaintiffs who failed to provide a Plaintiff Profile Form or an Amended Fact Sheet as required by the applicable CMOs and, for those subject to CMO 35, also failed to provide any medical records to support their alleged claims. [ECF Nos. 9569 & 9570]. Defendants submit this Reply to Plaintiffs' Response filed by Levin Papantonio. [ECF No. 9806].

## I.    Plaintiffs' Response: Plaintiffs Who Have Been Withdrawn or Now Cured.

Plaintiffs request that Defendants' Motion be denied as moot as to seven plaintiffs. Five of those were previously included in Defendants' Motion to Withdraw [ECF Dkt. No. 9754] and the remaining two claim to have recently cured their CMO 37 deficiency. [1] Defendants do not agree that one of those Plaintiffs, Jill Lanto, has cured the deficiency as she has not submitted any medical records. Rather, Plaintiff Lanto submitted a summary document created by National

---

[1] Defendants agree that Plaintiff Jimmy Gales appears to have submitted a Fact Sheet and medical record(s) in the MDL Portal and have included him in their Third Consolidated Reply to Plaintiffs' Oppositions [ECF No. 9924].

Record Retrieval.   National Record Retrieval is a service created for lawyers.  *See* National Medical Record Retrieval Service for Lawyers, *National Record Retrieval*, https://nationalrecordretrieval.com/ (last visited July 6, 2026). This vendor's services include the ability to contact relevant medical providers and obtain medical records. However, the summary document provided by Plaintiff is simply that – a summary generated for purposes of litigation. The summary does not include any actual medical or insurance records.  Notably, the summary includes some medical information and diagnoses marked "unverified."  Such summaries are plainly inadequate to "establish a diagnosis of the injury(ies) alleged," as required by CMO 35.  In the absence of actual medical or insurance records, Defendants have no ability to confirm the accuracy of the information provided in these summaries.  However, Defendants agree to withdraw their Motion to Dismiss as to this Plaintiff without prejudice to including Plaintiff on a future Non-Compliance List and Motion to Dismiss for her failure to comply with CMO 37 and provide medical records.

## II.     Plaintiffs' Response: Plaintiffs Who Have Now Voluntarily Dismissed.

For those Plaintiffs who have now voluntarily dismissed their claims, Defendants agree to withdraw their Motion to Dismiss as to these Plaintiffs and have included them in their Third Consolidated Reply to Plaintiffs' Oppositions [ECF No. 9924].

## III.     Plaintiffs' Response: Counsel Requests More Time for Communication Efforts.

As to the remaining Plaintiffs listed in Exhibit D to Plaintiffs' response, Plaintiffs do not dispute they have not provided any Personal Injury Fact Sheet or medical records for those plaintiffs.  Defendants incorporate herein by reference their First Consolidated Reply to Plaintiffs' Oppositions [ECF No. 9922].  For the reasons provided in the First Consolidated Reply, Defendants' Motion should be granted as to these Plaintiffs.

Respectfully submitted,

/s/ *Joseph G. Petrosinelli*
Joseph G. Petrosinelli
Williams & Connolly LLP
680 Maine Ave., S.W.
Washington, DC 20024
P: (202) 434-5547
F: (202) 434-5029
jpetrosinelli@wc.com

/s/ *Daniel L. Ring*
Daniel L. Ring
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654
P: (312) 923-2625
F: (312) 527-0484
dring@jenner.com

*Co-lead Counsel for Defendants*

Dated:  July 6, 2026

/s/Amanda S. Kitts
Amanda S. Kitts
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
P: (803) 255-9594
F: (803) 256-7500
amanda.kitts@nelsonmullins.com

/s/ *Brian Duffy*
Brian Duffy
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
P: (843) 720-2044
F: (843) 720-2047
bduffy@duffyandyoung.com

*Co-liaison Counsel for Defendants*

3