**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL NO. 2873 |
| | Master Docket No. 2:18-mn-2873-RMG |
| | This Document Relates to: |
| | *Overbaugh et al. v. 3M Company et al.* 2:25-cv-11592-RMG |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS'**
**MOTION TO DISMISS**

COMES NOW plaintiff Kristina Soto Rivera, as Executor of the Estate of Isaac Cruz Campos (Deceased), by and through undersigned counsel, and responds to Defendants' Motion to Dismiss filed on June 2, 2026 as follows:

1.      Plaintiff filed his complaint on August 27, 2025.

2.      On November 29, 2025, Counsel submitted plaintiff's medical records to the AFFF MDL Portal, in compliance with CMO 37.

3.      On November 29, 2025, Counsel submitted plaintiff's Personal Injury Plaintiff Fact Sheet to the AFFF MDL Portal, in compliance with CMO 37.

4.      Defendants' Motion to Dismiss should therefore be denied.

By:     */s/ Michael A. Hochman*
Dr. MICHAEL A. HOCHMAN *(Admitted PHV)*
The ClaimBridge
5411 McPherson Rd, Ste 110
Laredo, TX 78041
Telephone: (956) 267-8147
Email: mike@theclaimbridge.com

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel certifies that a copy of the foregoing was served July 6, 2026 to all counsel of record via the Court's Electronic Filing System.

*/s/ Michael A. Hochman*
Attorney