**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

|  |  |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | **MDL No. 2:18-mn-2873-RMG** |
|  | This Document Relates To All Actions |

**JOINT MOTION FOR ENTRY OF**
**PROPOSED CASE MANAGEMENT ORDER NO. 26O**

The Defense Leadership and Plaintiffs' Executive Committee ("PEC') jointly move this Court to enter Proposed Case Management Order ("CMO") No. 26O, which amends the schedule for the Tier 2 Group B cases selected by the Court on July 19, 2024 [ECF 5361] and September 10, 2025 [ECF 7997].

On March 17, 2026, the Court issued CMO 26N deeming discovery in the Group B cases complete, with the exception of third-party discovery and routine supplementation [ECF 8932]. Absent good cause or agreement of the parties, further discovery of the parties is not anticipated. At the same time, the Court set a deadline of July 20, 2026 for the parties to propose selection of cases to move into expert discovery and a schedule for said expert discovery. The Parties have conferred and agree it is appropriate to extend the deadline for the selection of a Tier 2 plaintiff for expert discovery. The parties agree on the modified schedule contained in Proposed CMO 26O attached as Exhibit A, which requires that, by November 20, 2026, the parties propose selection of cases to move into expert discovery and a schedule for said expert discovery.

WHEREFORE, the Parties respectfully request that the Court enter proposed Case Management Order 26O, attached as Exhibit A.

Dated: July 13, 2026

Respectfully submitted,

/s/Michael A. London

Michael A. London
Douglas and London PC
One State Street, 35th Floor
New York, NY 10004
P: (212) 566-7500
mlondon@douglasandlondon.com

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue,
Suite 1100
Dallas, TX 75219
P: (214) 521-3605
ssummy@baronbudd.com

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
P: (843) 216-9000
jrice@motleyrice.com

*Co-lead Counsel for Plaintiffs*

Fred Thompson, III
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
P: (843) 216-9658
fthompson@motleyrice.com

*Plaintiffs' Liaison Counsel*

/s/ *Joseph G. Petrosinelli*

Daniel L. Ring
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654-3456
P: (312) 923-2625
DRing@jenner.com

Joseph G. Petrosinelli
Williams & Connolly LLP
680 Maine Ave. SW
Washington DC 20024
P: (202) 434-5547
jpetrosinelli@wc.com

*Co-Lead Counsel for Defendants*

Brian Duffy
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
P: (843) 720-2044
F: (843) 720-2047
bduffy@duffyandyoung.com

/s/Amanda S. Kitts

Amanda S. Kitts
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
P: (803) 255-9594
F: (803) 256-7500
amanda.kitts@nelsonmullins.com

*Co-liaison Counsel for Defendants*

2