**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.: 2:18-mn-02873-RMG<br><br>**Notice of Dismissal**<br><br>*This Document Relates to Cases Listed in Exhibit A* |

## NOTICE OF DISMISSAL OF DUPLICATE FILINGS BY LISTED PLAINTIFFS ONLY, AS TO LISTED ACTIONS ONLY, WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

The undersigned counsel has learned that the Plaintiff(s) listed in Exhibit A have inadvertently filed multiple actions in this MDL asserting the same or substantially similar claims. Such Plaintiff(s) now voluntarily dismiss the duplicate filing of the Plaintiff(s)' claims in the Docket Number listed in Exhibit A only. Such dismissal is entered pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and is without prejudice.

Dismissal of the Plaintiff(s) from the Docket number listed in Exhibit A shall have no effect on any other actions filed by the same Plaintiff. For the avoidance of doubt, because this dismissal is entered merely to cure the double or any multiple filing, such dismissal shall not be considered an adjudication on the merits of the dismissed claims. Further, such dismissal does not preclude counsel who represented Plaintiff in the dismissed action from asserting a claim for legal fees if appropriate.

Dated: New York, New York
July 16, 2026

Respectfully submitted,

**NAPOLI SHKOLNIK**

By: */s/ Nicholas Mindicino*
Nicholas Mindicino
360 Lexington Avenue, 11th Fl.

New York, New York 10017
(212) 397-1000
nmindicino@napolilaw.com

*Counsel for Plaintiff*

## EXHIBIT A

| Case Name | Case Number | Plaintiff Name | MDL Portal Number |
|---|---|---|---|
| Mark Donahue et al v. 3M et al | 2:25-cv-11612-RMG | EMERT, DAVID | AFFF156978 |
| Jeffrey Hendryx et al v. 3M et al | 2:25-cv-11615-RMG | HETRICK, TIFFANY | AFFF169139 |
| Guadalupe Mata et al v. 3M et al | 2:25-cv-11661-RMG | MEDROW, THOMAS | AFFF172937 |
| John Segari et al v. 3M et al | 2:25-cv-11736-RMG | SHAIYA, YUSUF | AFFF150558 |
| John Segari et al v. 3M et al | 2:25-cv-11736-RMG | SINCLAIR, SHANNON | AFFF182831 |
| Robert Merritt et al v. 3M et al | 2:25-cv-11757-RMG | MILLER, PAULA | AFFF221800 |
| Robert Merritt et al v. 3M et al | 2:25-cv-11757-RMG | MITCHELL, JUSTIN | AFFF136383 |
| Kim Arnold et al v. 3M et al | 2:25-cv-12470-RMG | WOMBLE, HENRY | AFFF164889 |
| Micheal Pawlosky et al v. 3M et al | 2:25-cv-12485-RMG | ROBINSON, MICHAEL | AFFF206801 |
| Lisa Addi et al v. 3M et al | 2:25-cv-12490-RMG | DINAPOLI, DEREK | AFFF169592 |
| Bernardo Acosta et al v. 3M et al | 2:25-cv-12493-RMG | YOUNG, ISSAC | AFFF141159 |
| De'Narie Hatcher et al v. 3M et al | 2:25-cv-12501-RMG | PHILLIPS, RICHARD | AFFF247963 |
| Kimberly Casteel et al v. 3M et al | 2:25-cv-12503-RMG | ZELLER, BRET | AFFF218687 |
| Leona Hill et al v. 3M et al | 2:25-cv-12509-RMG | PASCH, RONALD | AFFF175997 |
| Le'Undo Adams Sr et al v. 3M et al | 2:25-cv-13158-RMG | AUSTIN, LONNIE | AFFF102637 |
| Le'Undo Adams Sr et al v. 3M et al | 2:25-cv-13158-RMG | CLEMENTS, DAVID | AFFF048646 |
| Vernon Edwards et al v. 3M et al | 2:25-cv-13159-RMG | EDWARDS, VERNON | AFFF068214 |
| Albert Lucero et al v. 3M et al | 2:25-cv-13160-RMG | PEARSON, RONA | AFFF114585 |
| Albert Lucero et al v. 3M et al | 2:25-cv-13160-RMG | SAUNDERS, JOSHUA | AFFF085421 |