**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | **MDL No. 2:18-mn-2873-RMG**<br><br>**Case Management Order No. 26O**<br><br>This Document Relates to All Actions |

**SCHEDULING ORDER GOVERNING GROUP B PERSONAL
INJURY BELLWETHER TRIAL POOL CASES**

On July 19, 2024 the Court issued an Order selecting Tier 2 Personal Injury Bellwether Trial Pool plaintiffs, including three plaintiffs designated as "Group B" Plaintiffs. [ECF 5361]. That selection included two plaintiffs alleging thyroid disease and one alleging ulcerative colitis. On December 30, 2024 the Court issued Case Management Order ("CMO") 26F directing the parties to propose Additional Discovery Pool Plaintiffs alleging ulcerative colitis. [ECF 6526]. The Court approved the parties' proposal for the selection of these three Plaintiffs on April 3, 2025 [ECF 6914]. In CMOs 26L [ECF No. 7997] and 26M [ECF 8591], the Court advanced all three Plaintiffs to Tier 2 Discovery and set a deadline for the completion of such discovery by March 19, 2026. In CMO 26N [ECF 8932], a deadline of July 20, 2026 was set for the parties to propose selection of cases to move into expert discovery and a schedule for said expert discovery. The Court now issues this Order amending the schedule for further proceedings in the Group B CMO 26 personal injury bellwether cases as follows.

1. The submission deadline set in CMO 26N is amended to November 20, 2026. On this date, the parties will submit their proposed selection(s) (whether as a single agreed proposal or two competing proposals) as to which of the three Additional Discovery Pool Plaintiffs alleging

ulcerative colitis (Tracy Gutierrez, Mary Shuman, and Sylvia Smith) shall be selected to move into expert discovery. Plaintiff James Zajicek (having already been submitted to and approved by the Court) will move forward to expert discovery when it begins. Similarly, plaintiffs John Slagle and Karin Frazier (having already been submitted to and approved by the Court as plaintiffs alleging thyroid disease) will move forward to expert discovery when it begins.

2. Similarly, the parties' deadline to file a joint or competing proposals as to expert discovery for the Group B cases is amended to November 20, 2026.

**IT IS SO ORDERED.**

Dated: July 30, 2026
Charleston, South Carolina

s/Richard Mark Gergel
Hon. Richard M. Gergel
United States District Judge