**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) |

MDL NO. 2:18-MN-2873-RMG

**This document relates to:**
*Palm Beach County v. The 3M Company, et al*, 2:24-cv-06957-RMG

**STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS REGARDING PALM BEACH COUNTY FIRE RESCUE TRAINING FACILITY**

Palm Beach County, Florida ("Plaintiff") hereby stipulates to a dismissal with prejudice of all Plaintiff's Claims against the following Defendants in the above-captioned action arising out of, relating to, pertaining to, or concerning Palm Beach County Fire Rescue Training Facility:

The 3M Company, f/k/a Minnesota Mining and Manufacturing Co.
AGC Chemicals Americas, Inc.
Amerex Corporation
Arkema Inc.
Archroma U.S. Inc.
BASF Corporation
ChemDesign Products Inc.
Chemguard Inc.
Chemicals Incorporated
Clariant Corporation
Deepwater Chemicals, Inc.
Nation Ford Chemical Company
Tyco Fire Products LP

Palm Beach County Fire Rescue Training Facility was the designated CMO 32 site but is not the only site and/or cause of action at issue in the above-captioned action. The above-listed Defendants were not listed by Plaintiff in the Initial Product ID List or Final Product ID List as defined in Case Management Order No. 32A ("CMO 32A"). Accordingly, as ordered by the Court in CMO 32A, Plaintiff dismisses with prejudice all claims against the above-listed Defendants arising out of, relating to, pertaining to, or concerning Palm Beach County Fire Rescue Training

Facility.  The above-listed Defendants and all other Defendants hereby expressly reserve their rights to assert any and all defenses with regard to any claims remaining against them in this matter, in this MDL, or by this Plaintiff, including defenses based on lack of proper service of process and lack of personal jurisdiction.  Plaintiff hereby preserves all other causes of action alleged in the above-captioned matter.  As such this Stipulation shall not operate as a dismissal or waiver of any claims or damages raised by Plaintiff with respect to above-listed Defendants at other sites or locations or any other Defendant in the above captioned case. All parties to bear their own costs.

Dated: July 30, 2026

*/s/ Andrew W. Croner*
Andrew Croner, Esq.
Shayna E. Sacks, Esq.
Napoli Shkolnik
360 Lexington Avenue, 11th Fl.
New York, New York 10017
(212) 397-1000
acroner@napolilaw.com
ssacks@napolilaw.com

Hunter Shkolnik, Esq.
Napoli Shkolnik
1302 Avenida Ponce de León
Santurce, Puerto Rico 00907
(833) 271-4502
hunter@nsprlaw.com

Mark J. Dearman, Esq.
Dorothy P. Antullis, Esq.
Nicolle B. Brito, Esq.
Robbins Geller Rudman & Dowd LLP
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
(561) 750-3000 561
mdearman@rgrdlaw.com
dantullis@rgrdlaw.com
nbrito@rgrdlaw.com

*Counsel for Plaintiff Palm Beach County*

/s/ *Joseph G. Petrosinelli*
Joseph G. Petrosinelli
Williams & Connolly LLP
680 Maine Ave., S.W.
Washington, DC 20024
P: (202) 434-5547
F: (202) 434-5029
jpetrosinelli@wc.com

/s/ *Daniel L. Ring*
Daniel L. Ring
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654
P: (312) 923-2625
F: (312) 527-0484
dring@jenner.com

*Co-lead Counsel for Defendants*

/s/*Amanda S. Kitts*
Amanda S. Kitts
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
P: (803) 255-9594
F: (803) 256-7500
amanda.kitts@nelsonmullins.com

/s/ *Brian Duffy*
Brian Duffy
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
P: (843) 720-2044
F: (843) 720-2047
bduffy@duffyandyoung.com

*Co-liaison Counsel for Defendants*

4