**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No.: 2:18-mn-02873-RMG<br><br>**Notice of Dismissal**<br><br>*This Document Relates to Cases Listed in Exhibit A* |

**NOTICE OF DISMISSAL BY LISTED PLAINTIFFS ONLY, WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) & CASE MANAGEMENT ORDER NO. 37**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and pursuant to Case Management Order No. 37, the entire action of each Plaintiff listed in Exhibit A attached is hereby **DISMISSED WITHOUT PREJUDICE,** as to all defendants and without costs to any party. Such dismissal shall include the dismissal of any loss of consortium claims derivative of the dismissed claims.

This dismissal is entered subject to Case Management Order No. 35 and No. 37. It is a strict condition of this dismissal that if a Plaintiff seeks to refile his or her claims at a later date, such case may be brought only by direct filing in this MDL pursuant to Case Management Order No. 3, absent a subsequent Order and assuming this MDL continues to be active or another process is put in place. The Court retains jurisdiction over any previously asserted and dismissed Claims. If a Plaintiff files a PFAS claim in violation of this paragraph, this dismissal will be converted to dismissal with prejudice upon motion by any Defendant named as a party in both this action and the later-filed action.

Dated: New York, New York
       August 5, 2026

Respectfully submitted,

**NAPOLI SHKOLNIK**

By: */s/ Nicholas Mindicino*
Nicholas Mindicino
360 Lexington Avenue, 11th Fl.
New York, New York 10017
(212) 397-1000
nmindicino@napolilaw.com

*Counsel for Plaintiff*

## EXHIBIT A

| Case Name | Case Number | Plaintiff Name | MDL Portal Number |
|---|---|---|---|
| Jeffrey Hendryx et al v. 3M Company et al | 2:25-cv-11615-RMG | Holden, Johnny | AFFF135561 |
| Jeffrey Hendryx et al v. 3M Company et al | 2:25-cv-11615-RMG | Hosie, Brian | AFFF193315 |
| Maureen O'Brien et al v. 3M Company et al | 2:25-cv-11616-RMG | Parker Bowen, Rachel | AFFF174854 |
| Edith Reynolds et al v. 3M Company et al | 2:25-cv-11713-RMG | Rodriguez Rosado, Rafael | AFFF189567 |
| Edith Reynolds et al v. 3M Company et al | 2:25-cv-11713-RMG | Rodrigue, Allen | AFFF221776 |
| Jodie L Kelly et al v. 3M Company et al | 2:25-cv-11714-RMG | Kerns, Matthew as the Representative of the Estate of Kerns, Deila | AFFF210063 |
| Fred Pedregon et al v. 3M Company et al | 2:25-cv-11720-RMG | Phelps, Jennifer | AFFF128609 |
| Sheila Warthen et al v. 3M Company et al | 2:25-cv-11742-RMG | Watson, Barry | AFFF161709 |
| Gary Unrue et al v. 3M Company et al | 2:25-cv-11787-RMG | Venegas, Robert | AFFF230533 |
| Erin M Pemberton et al v. 3M Company et al | 2:25-cv-12098-RMG | Pennell, Sonia | AFFF170563 |
| George Gale Jr et al v. 3M Company et al | 2:25-cv-12118-RMG | Pankey, Richard | AFFF168575 |
| George Gale Jr et al v. 3M Company et al | 2:25-cv-12118-RMG | Kerns, Matthew as the Representative of the Estate of Kerns, Deila | AFFF227417 |
| Erica Acera et al v. 3M Company et al | 2:25-cv-12497-RMG | Field, Melisse | AFFF200296 |
| David Rice et al v. 3M Company et al | 2:25-cv-12502-RMG | Smith, Leon | AFFF160522 |
| Leona Hill et al v. 3M Company et al | 2:25-cv-12509-RMG | Locke, Bobby | AFFF235774 |
| Kenneth Allen et. al. v. 3M Company et al | 2:25-cv-13156-RMG | Allen, Anthony | AFFF099742 |
| Laura Andrews et al v. 3M Company et al | 2:25-cv-13331-RMG | Magro, Joanne | AFFF108567 |
| Amielia Akins et al v. 3M Company et al | 2:25-cv-13334-RMG | Donald, Donnie | AFFF098448 |
| Curtis Adams et al v. 3M Company et al | 2:25-cv-13335-RMG | Adams, Curtis | AFFF070693 |
| Curtis Adams et al v. 3M Company et al | 2:25-cv-13335-RMG | Marochi, John | AFFF035087 |
| Mark Acker et al v. 3M Company et al | 2:25-cv-13637-RMG | Rung, Todd | AFFF037691 |
| Merle Gutterman et al v. 3M Company et al | 2:25-cv-13638-RMG | Katzer, Andrea | AFFF099197 |
| Melissa Bauswell et al v. 3M Company et al | 2:25-cv-13640-RMG | Bergy, Tiffany | AFFF112118 |
| Nicholas Rousonelos III et al v. 3M Company et al | 2:25-cv-14055-RMG | Schacher, Samantha | AFFF050388 |
| Dianna Aguilar et al v. 3M Company et al | 2:26-cv-00065-RMG | Jones, Erica | AFFF108146 |
| Michael DiMaggio et al v. 3M Company et al | 2:26-cv-00083-RMG | Dougherty, Patricia | AFFF089831 |