**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2873<br><br>Master Docket No. 2:18-mn-2873<br><br>**This Document Relates to:**<br><br>***The People of the State of California, ex rel. Rob Bonta, Attorney General of California v. 3M Company, et al.***<br><br>**Case No. 2:23-cv-01531-RMG** |

## <u>MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT</u>

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law in Support of Motion for Leave to File Second Amended Complaint and accompanying exhibits, Plaintiff, the People of the State of California, *ex rel.* Rob Bonta, Attorney General of California (the "People"), moves this Court for an Order pursuant to Federal Rule of Civil Procedure 15(a)(2) granting the People leave to file their proposed Second Amended Complaint in this action.

Counsel for the People conferred with Plaintiffs' Executive Committee Co-Lead Counsel prior to the filing of this Motion. Co-Lead Counsel provided their consent. Furthermore, pursuant to Local Rule 7.02, counsel for the People conferred with counsel for Defendants who have appeared in this action prior to the filing of this Motion and shared with them the People's proposed Second Amended Complaint, including a redline comparison to the People's First Amended Complaint. All Defendants confirmed that they will not oppose the Motion.[1]

---

[1] Defendants have informed the People that by virtue of not opposing this Motion, no Defendant is waiving any defense including without limitation the defense of the lack of personal jurisdiction, and that all settled parties reserve the right to challenge at an appropriate time whether any of the

PLEASE TAKE FURTHER NOTICE, that pursuant to Local Rule 7.06, opposing affidavits and memoranda of law, if any, must be filed within fourteen days of the filing of this Motion, unless the parties agree otherwise or the Court imposes a different schedule.

Dated: August 6, 2026

Respectfully Submitted,

ROB BONTA
Attorney General of California

*/s/ Brendan Hughes*

NICHOLAS G. CAMPINS (SBN 238022)
DIJE NDREU (SBN 251278)
BRENDAN HUGHES (SBN 333690)
Deputy Attorneys General
JEREMY BROWN (SBN 269159)
Supervising Deputy Attorney General
DENNIS BECK (SBN 179492)
Acting Senior Assistant Attorney General

California Department of Justice
Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612
Telephone: (510) 879-0801
Fax: (510) 622-2270
Email: Nicholas.Campins@doj.ca.gov
        Dije.Ndreu@doj.ca.gov
        Brendan.Hughes@doj.ca.gov

*/s/ Stephanie D. Biehl*

MATTHEW K. EDLING
STEPHANIE D. BIEHL
ASHLEY B. CAMPBELL
MIRANDA C. HOLETON
BRITTANY M. DUTTON

---

claims might be subject to the releases under relevant Settlement Agreements. The DuPont Defendants—Corteva, Inc.; E.I. Du Pont De Nemours and Co.; DuPont de Nemours, Inc.; The Chemours Co.; and The Chemours Co. FC, LLC—informed the People that they oppose the Peoples' proposed amendment as futile, but do not plan to file an opposition brief. By not doing so, the DuPont Defendants reserve the right to contest the Peoples' claims in the future. The People reserve all rights accordingly.

2

**SHER EDLING LLP**
100 Montgomery St., Ste. 1410
San Francisco, CA 94104
Telephone: (628) 231-2500
Facsimile: (628) 231-2929
Email: matt@sheredling.com
      stephanie@sheredling.com
      ashley@sheredling.com
      miranda@sheredling.com
      brittany@sheredling.com

*Attorneys for the People of the State of*
*California, ex rel. Rob Bonta, Attorney General*
*of California*