**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | **MDL No. 2:18-mn-2873-RMG**<br><br>**This Document relates to:**<br>• *City of Hialeah, Florida v. 3M Co., et al.*; 2:23-cv-01484-RMG<br>• *City of Tampa, Florida v. E.I. Dupont de Nemours and Co., et al.*, 2:20-cv-01889-RMG<br>• *State of Alaska v. 3M Co., et al.* (2:21-cv-02804-RMG)<br>• *State of Alaska v. 3M Co.,* et al. (2:21-cv-02804-RMG)<br>• *State of New Hampshire v. 3M Co. et al.*, 2:19-cv-02285-RMG<br>• *Howard County, Maryland v. 3M Co., et al.*, 2:23-cv-02463-RMG<br>• *City of Monroe v. 3M Co., et al.* 2:21-cv-02464-RMG<br>• *Palm Beach County v. 3M Co., et al.*, 2:24-cv-06957-RMG<br>• *City of Shreveport v. 3M Co., et al.* 2:22-cv-04516-RMG<br>• *Commonwealth of Massachusetts v. 3M Co., et al.*, 2:22-cv-01649-RMG<br>• *Town of Oxford, Indiana v. 3M Co., et al.*, 2:24-cv-01577-RMG |

**PLAINTIFFS' MOTION TO SEAL SELECT PORTIONS OF**
**AND SELECT EXHIBITS TO**
**PLAINTIFFS' LETTER BRIEF IN RESPONSE TO DEFENDANTS' JULY 31, 2026**
**SUBMISSION**

Pursuant to Local Civil Rule 5.03 (D.S.C.) and Case Management Order No. 17 (CMO No. 17), Plaintiffs move to seal portions of and exhibits to Plaintiffs' Letter Brief in Response to Defendants' July 31, 2026, submission ("Plaintiffs' Response Brief") filed at ECF No. 10644. In support thereof, Plaintiffs state as follows:

1. Plaintiffs' Response Brief cites, discusses, and paraphrases certain documents designated by certain Defendants as Confidential under Case Management Order No. 4A ("CMO No. 4A").

2. Pursuant to CMO No. 4A, ¶7, the Parties must redact information designated as Confidential from any document filed with the Court, except that if a Party seeks to have the Court review information designated as Confidential, then it shall be filed under seal pursuant to this Court's Local Rules. Accordingly, when a Party files confidential materials with the Court, it must move to seal materials as described above to comply with the Amended Protective Order entered in this case. CMO No. 4A ¶ 8 [Dkt. No. 1523].

3. Because certain documents relevant to Plaintiffs' Response Brief are designated Confidential, Plaintiffs request that the following documents be sealed:

    (1) Select portions of Plaintiffs' Response Brief that quote, discuss, paraphrase, or describe Confidential material; and

    (2) Documents that remain designated Confidential and are attached to Plaintiffs' Response Brief as Exhibits A, B, C and D.

4. Exhibit No. 1 attached to this Motion to Seal provides a Descriptive Index of all Exhibits that Plaintiffs are moving to seal.

5. Local Civil Rule 5.03 and CMO No. 17 provide that a Party seeking to file documents under seal must "(1) identify, with specificity, the documents or portions thereof for which sealing is requested; (2) state the reasons why sealing is necessary; (3) explain (for each document or group of documents) why less drastic alternatives to sealing will not afford adequate protection; and (4) address the factors governing sealing of documents reflected in controlling case law." Local Civ. Rule 5.03.

6.     Plaintiffs have satisfied the first requirement of Local Civil Rule 5.02 by submitting the narrowly tailored non-confidential and Descriptive Index, attached to this motion as Exhibit 1, which identifies each document Plaintiffs seek to seal.

7.     Plaintiffs seek to file the documents listed in Exhibit 1 under seal in their entirety because filing redacted versions would be effectively meaningless. *See Doe v. Richland Cnty. Sch. Dist. Two*, No. 3:18-cv-02731-CMC (D.S.C. Mar. 5, 2020).

8.     Plaintiffs note that the Defendants' designations are purportedly made to protect confidential business information and/or trade secrets.

9.     Plaintiffs' designation of the Expert Report of Chris Higgins is made to protect documents referenced in the report that Defendants' have designated as purportedly containing confidential business information and/or trade secrets.

10.     Therefore, Plaintiffs respectfully request the Court grant this Motion to Seal.

11.     Pursuant to Local Civil Rule 7.02, counsel for Defendants have been consulted and consent to filing the designated documents under seal.

12.     Accordingly, pursuant to Section C of the Case Management Order No. 17, Plaintiffs will provide the Court with the documents sought to be sealed for an *in camera* review.

Dated: August 7, 2026

Respectfully submitted,

s/_Fred Thompson III___
Fred Thompson, III
Motley Rice
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
P: (800) 768-4026
fthompson@motleyrice.com

*Plaintiffs' Liaison Counsel*

Michael A London
Douglas and London PC
One State Street
35th Floor
New York, NY 10004
P: (212)-566-7500
F: (212)-566-7501
mlondon@douglasandlondon.com

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
P: (214)-521-3605
ssummy@baronbudd.com

Joseph F. Rice
Motley Rice
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
P: (800) 768-4026
jrice@motleyrice.com

*Co-lead Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 7, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/*Fred Thompson III*
Fred Thompson, III
Motley Rice
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
P: (800) 768-4026
fthompson@motleyrice.com

*Plaintiffs' Liaison Counsel*
