**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) |

MDL NO. 2:18-MN-2873-RMG

**This document relates to:**
*City of Tampa, Florida v. E.I. Dupont De Nemours and Company, et al.*, 2:20-cv-01889

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(ii)**

Pursuant to CMO 32A, the City of Tampa, Florida ("Plaintiff") hereby stipulates to a dismissal with prejudice of all Plaintiff's Claims pending against the Defendants listed below in the above-captioned action:

AGC Chemicals Americas, Inc.
Amerex Corporation
Angus Fire
Angus Fire Armour Corporation
The Ansul Company
Archroma Management LLC
Arkema Inc.
BASF Corporation
Buckeye Fire Equipment Company
Carrier Global Corporation
ChemDesign Products Inc.
Chemguard Inc.
Chemicals Incorporated
The Chemours Company FC LLC
Chubb Fire Limited
Ciba Inc.
Clariant Corp.
Corteva Inc.
Deepwater Chemicals, Inc.
Dupont De Nemours Inc.
Dynax Corp.
E-One, Inc. f/k/a Emergency One Inc.
EI DuPont de Nemours and Company
Kidde Firefighting Inc.

Kidde PLC Inc.
Kidde-Fenwal Inc.
National Foam Inc
Nation Ford Chemical Company
Raytheon Technologies Corporation
The Chemours Company
Tyco Fire Products LP
Tyco International PLC
United Technologies Corporation
Williams Fire & Hazard Control Inc.

Plaintiff hereby preserves all claims and causes of action alleged in the above-captioned matter against all remaining Defendants.  All Defendants hereby expressly reserve their rights to assert any and all defenses with regard to any claims remaining against them in this matter, in this MDL, or by this Plaintiff, including defenses based on lack of proper service of process and lack of personal jurisdiction.  All parties to bear their own costs.

Dated: August 10, 2026

/s/ T. Roe Frazer II
T. Roe Frazer II
T. Roe Frazer III
Frazer PLC
30 Burton Hills Blvd., Ste. 450
Nashville, TN  37215
P: (615) 647-0990
roe@frazer.law
trey@frazer.law

Andrew W. Croner
Napoli Shkolnik
360 Lexington Ave., 11th Fl.
New York, NY  10017
P: (212) 397-1000
acroner@napolilaw.com

Agostinho Ribeiro
Nicole L. Barber
Ventura Law
235 Main Street
Danbury, CT  06810
P: (202) 800-8000
augie@venturalaw.com
nicole@venturalaw.com

Frank C. Miranda
Frank Charles Miranda, P.A.
3226 West Cypress Street
Tampa, FL  33607
P: (813) 254-2637
frank@fcmlaw.com

*Counsel for City of Tampa*

/s/ *Joseph G. Petrosinelli*
Joseph G. Petrosinelli
Williams & Connolly LLP
680 Maine Ave., S.W.
Washington, DC 20024
P: (202) 434-5547
F: (202) 434-5029
jpetrosinelli@wc.com

/s/ *Amanda S. Kitts*
Amanda S. Kitts
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
P: (803) 255-9594
F: (803) 256-7500
amanda.kitts@nelsonmullins.com

/s/ *Daniel L. Ring*
Daniel L. Ring
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654
P: (312) 923-2625
F: (312) 527-0484
dring@jenner.com

*Co-lead Counsel for Defendants*

/s/ *Brian Duffy*
Brian Duffy
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
P: (843) 720-2044
F: (843) 720-2047
bduffy@duffyandyoung.com

*Co-liaison Counsel for Defendants*

4