UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION,** | **Master Docket No.: 2:18-mn2873**<br><br>**Notice of Voluntary Dismissal**<br><br>**This Document Relates to:**<br>**2-25-cv-012925RMG** |

**NOTICE OF DISMISSAL OF DUPLICATE FILINGS BY LISTED PLAINTIFFS ONLY, AS TO LISTED ACTIONS ONLY, WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

The undersigned counsel has learned that the Plaintiff(s) listed in Exhibit A have inadvertently filed multiple actions in this MDL the asserting the same or substantially similar claims. Such Plaintiff(s) now voluntarily dismiss the duplicate filing of the Plaintiff(s)' claims in the Docket Number lusted in Exhibit A only. Such dismissal is entered pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and is without prejudice.

Dismissal of the Plaintiff(s) from the Docket number listed in Exhibit A shall have no effect on any other actions filed by the same Plaintiff. For the avoidance of doubt, because this dismissal is entered merely to cure the double or any multiple filing, such dismissal shall not be considered an adjudication on the merits of the dismissed claims. Further, such dismissal does not preclude counsel who represented Plaintiff in the dismissed action from asserting a claim for legal fees if appropriate.

Dated: August 17, 2026

Respectfully submitted,

**TURNBULL, MOAK & PENDERGRASS, PC**

By: s/ Zach Peagler
Zach Peagler
2501 20th Place South
Suite 425
Birmingham, Alabama 35223
(205) 831-5040
zpeagler@turnbullfirm.com

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a copy of the foregoing was served on August 17, 2026, to all counsel of record via the Court's Electronic Filing System.

*/s Zach Peagler*

**Exhibit A**

| Plaintiff Name | Case Name | Case No. | AFFF Portal No. |
|---|---|---|---|
| Jacquelyn Carr | Crowder vs. 3M et al. | 2:25-cv-12925RMG | 190765 |
| Mark Blanchard | Crowder vs. 3M et al. | 2:25-cv-12925RMG | 200349 |