**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **In re: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | **Case No. 2:18-mn-02873-RMG** |
| **This Document Relates to:** ***Danny Abrams, Jr., et al. v. 3M Company, et al.*** **2:25-cv-11938-RMG** | **MDL No. 2873** |

**SUGGESTION OF DEATH**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby gives notice and suggests upon the record the death of Plaintiff Robert Woodstock on July 26, 2025. A motion for substitution of the proper party will be filed in accordance with Rule 25(a)(1).

Dated: August 18, 2026

Respectfully submitted,

*/s/ Alyson M. Petrick*
Wesley A. Bowden
Alyson M. Petrick
**LEVIN PAPANTONIO PROCTOR BUCHANAN O'BRIEN BARR & MOUGEY, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7186
Fax: (850) 435-6186
wbowden@levinlaw.com
apetrick@levinlaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2026, I electronically filed the above with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to counsel of record.

*/s/ Alyson M. Petrick*
Alyson M. Petrick