**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | ) | MDL No. 2:18-mn-2873-RMG<br><br>Notice of Voluntary Dismissal<br><br>This Document Relates to:<br>2:25-cv-04725-RMG, *Richard Belits v. 3M Company, et al.*<br><br>2:25-cv-04718-RMG, *David Ruiz v. 3M Company, et al.* |

**NOTICE OF DISMISSAL OF DUPLICATE FILINGS BY LISTED PLAINTIFFS ONLY, AS TO LISTED ACTIONS ONLY (PER CMO 38), WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

The undersigned counsel has learned that the Plaintiff(s) listed in Exhibit A have inadvertently filed multiple actions in this MDL the asserting the same or substantially similar claims. Such Plaintiff(s) now voluntarily dismiss the duplicate filing of the Plaintiff(s)' claims in the Docket Number listed in Exhibit A only. Such dismissal is entered pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and is without prejudice.

Dismissal of the Plaintiff(s) from the Docket number listed in Exhibit A shall have no effect on any other actions filed by the same Plaintiff. For the avoidance of doubt, because this dismissal is entered merely to cure the double or any multiple filing, such dismissal shall not be considered an adjudication on the merits of the dismissed claims. Further, such dismissal does not preclude counsel who represented Plaintiff in the dismissed action from asserting a claim for legal fees if appropriate.

Dated: August 24, 2026

Respectfully submitted,

**ROBINS CLOUD LLP**



Ian P. Cloud
State Bar No. 00783843
TX Southern District Bar No. 16508
2000 West Loop South, Suite 2200
Houston, TX 77027
(713) 650-1200 Telephone
(713) 650-1400 Facsimile
icloud@robinscloud.com

ATTORNEYS FOR PLAINTIFFS

**EXHIBIT A**

| **Case Name** | **Case No.** | **Plaintiff Name** | **MDL Portal Number** |
|---|---|---|---|
| Richard Belits vs. 3M Company, et al. | 2:25-cv-04725-RMG | Richard Belits | AFFF060236 |
| David Ruiz vs. 3M Company, et al. | 2:25-cv-04718-RMG | David Ruiz | AFFF109534 |