# EXHIBIT A

| Case Name | Case No. | Plaintiff Name | MDL Portal Number |
|---|---|---|---|
| **Acevedo, Veronica, et al. v. 3M Company, et al.** | 2:25-cv-11215-RMG | Gall, John | AFFF042869 |
| **Albert, Keith, et al. v. 3M Company, et al.** | 2:25-cv-11234-RMG | Howell, Lance | AFFF048826 |
| **Abukhdair, Zahra, et al. v. 3M Company, et al.** | 2:25-cv-11239-RMG | Estrada, Josephine | AFFF094571 |
| **Lipscomb, Lorenzo, et al. v. 3M Company, et al.** | 2:25-cv-11242-RMG | Salazar, Albert | AFFF107762 |
| **Abbott, Deborah Lynn, et al. v. 3M Company, et al.** | 2:25-cv-11355-RMG | Kocevar, Alice Eugenia | AFFF095619 |
| **Adee, Melissa, et al. v. 3M Company, et al.** | 2:25-cv-11427-RMG | McMenomy, Jefftey | AFFF029502 |
| **Abramson, John et al. v. 3M Company, et al.** | 2:25-cv-11475-RMG | James, Robb | AFFF070045 |
| Abramson, John et al. v. 3M Company, et al. | 2:25-cv-11475-RMG | Hill, Deborah | AFFF077711 |
| **Acosta Marquardt, et al. v. 3M Company, et al.** | 2:25-cv-11856-RMG | Ordaz, Vanessa | AFFF086323 |
| **Abreu Castillo, et al. v. 3M Company, et al.** | 2:25-cv-11864-RMG | Altamirano, Richard | AFFF028564 |
| **Abbott, James, et al. v. 3M Company, et al.** | 2:25-cv-11870-RMG | Abraham, Valsa | AFFF080809 |
| **Adkins, Tracey, et al. v. 3M Company, et al.** | 2:25-cv-12034-RMG | Wallis, Heather | AFFF077270 |
| **Alderete, Francisco, et al. v. 3M Company, et al.** | 2:25-cv-12077-RMG | Morgan, Gregory | AFFF066092 |
| **Alexander, Dennis, et al. v. 3M Company, et al.** | 2:25-cv-12145-RMG | Hahn, Dale | AFFF049823 |
| Alexander, Dennis, et al. v. 3M Company, et al. | 2:25-cv-12145-RMG | Baltimore, Raymond | AFFF100403 |
| Alexander, Dennis, et al. v. 3M Company, et al. | 2:25-cv-12145-RMG | Robinson, Charles | AFFF090632 |
| **Atherton Brletrick, et al. v. 3M Company, et al.** | 2:25-cv-12433-RMG | Everett, Aaron | AFFF110271 |