**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FORM PRODUCTS LIABILITY LITIGATION** | **MDL No.: 2:18-mn-02873-RMG**<br><br>This Document Relates to<br><br>*Horton et al v. 3M Company et al*<br><br>**No.: 2:25-cv-11816-RMG** |

**SUGGESTION OF DEATH**

In accordance with Federal Rules of Civil Procedure 25(a), undersigned counsel hereby notes the death of Plaintiff Samuel Joe Kimberlin who passed away on June 18th, 2026. Counsel respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Samuel Joe Kimberlin.

Dated: August 27th, 2026

Respectfully submitted,

/s/ Kyle A. Dingman
Kyle A. Dingman
Themis Law PLLC
7718 Wood Hollow Drive, Suite 105
Austin, TX 78731
Phone: (512) 727-3432
Email: kdingman@themislawpllc.com
***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 27th, 2026, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which shall send notice to all counsel of record.

*/s/ Kyle A. Dingman*
Kyle A. Dingman