**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS (AFFF) PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>*Addis et al v. 3M Company et al.*<br><br>Case No. 2:25-cv-11637-RMG | MDL No. 2873<br><br>JUDGE RICHARD GERGEL |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Lultisue Bradley hereby gives notice that his action is voluntarily dismissed from case 2:25-cv-11637-RMG. Each party shall bear their own attorneys' fees and costs.

Dated: August 28, 2026

Respectfully submitted,

**NIGH GOLDENBERG RASO & VAUGHN, PLLC**

By: */s/ Ashleigh E. Raso*

Ashleigh E. Raso (MN# 0393353)
Nigh Goldenberg Raso & Vaughn, PLLC
60 South 6th Street Suite 2800
Minneapolis, Minnesota 55402
P: (612) 656-8002 / F: (202) 792-7927
araso@nighgoldenberg.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I, Ashleigh Raso, hereby certify that on August 28, 2026, I caused true and correct copies of the foregoing to be transmitted via ECF to all counsel having registered an appearance on ECF.

Dated this 28th day of August, 2026.

**NIGH GOLDENBERG RASO & VAUGHN, PLLC**

By: *_/s/ Ashleigh E. Raso_*

Ashleigh E. Raso (MN# 0393353)
Nigh Goldenberg Raso & Vaughn, PLLC
60 South 6th Street Suite 2800
Minneapolis, Minnesota 55402
P: (612) 656-8002 / F: (202) 792-7927
araso@nighgoldenberg.com
Attorney for Plaintiff