**EXHIBIT A**

| **Case Name** | **Case No.** | **Plaintiff Name** | **MDL Portal Number** |
|---|---|---|---|
| Michael Argyle, et al vs. 3M Company, et al. | 2:25-cv-12093-RMG | Jennifer Cleary | AFFF173319 |
| Michael Argyle, et al vs. 3M Company, et al. | 2:25-cv-12093-RMG | Michael Wise | AFFF214317 |
| Michael Argyle, et al vs. 3M Company, et al. | 2:25-cv-12093-RMG | Cicora, Cheryl o/b/o Scott Cicora, Deceased | AFFF230822 |
| Michael Argyle, et al vs. 3M Company, et al. | 2:25-cv-12093-RMG | Gary Dennis | AFFF132344 |
| Rickey Adkins, et al vs. 3M Company, et al. | 2:25-cv-12281-RMG | Mike T. Gersjes | AFFF173375 |
| Rickey Adkins, et al vs. 3M Company, et al. | 2:25-cv-12281-RMG | Tedra Collins | AFFF126643 |
| Rickey Adkins, et al vs. 3M Company, et al. | 2:25-cv-12281-RMG | Lillian Defreest | AFFF246377 |
| Rickey Adkins, et al vs. 3M Company, et al. | 2:25-cv-12281-RMG | William Dorer | AFFF166338 |
| Rickey Adkins, et al vs. 3M Company, et al. | 2:25-cv-12281-RMG | Pamela Elsass | AFFF204964 |
| Rickey Adkins, et al vs. 3M Company, et al. | 2:25-cv-12281-RMG | Joseph Faherty | AFFF235977 |
| Rickey Adkins, et al vs. 3M Company, et al. | 2:25-cv-12281-RMG | Lisa Gonzales Ybarra | AFFF203188 |
| Rickey Adkins, et al vs. 3M Company, et al. | 2:25-cv-12281-RMG | Dennis Witmore | AFFF158013 |