**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | ) | MDL No. 2:18-mn-2873-RMG |
| | ) | Notice of Voluntary Dismissal |
| | ) | This Document Relates to: |
| | ) | **No.: 2:25-cv-12093-RMG** |

**SUGGESTION OF DEATH**

In accordance with Federal Rules of Civil Procedure 25(a), undersigned counsel hereby notes the death of Plaintiff Jose A. Davalos who passed away on April 15, 2026. Counsel respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Samuel Joe Kimberlin.

Dated: August 28th, 2026

Respectfully submitted:

**STANLEY LAW, P.C.**

Michael J. Stanley
mstanley@stanleylaw.com
State Bar No. 19046600
815 St. Charles Street, Suite 200
Houston, TX 77003
713-980-4381 – Telephone
713-980-1179 – Facsimile

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 28th, 2026, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which shall send notice to all counsel of record.

*/s/ Michael J. Stanley*____
Michael J. Stanley