**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| **In Re: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) ) ) | **MDL No. 2:18-mn-2873-RMG**<br><br>**CASE MANAGEMENT ORDER NO 33F**<br><br>**This Order Relates to All Cases** |

**CASE MANAGEMENT ORDER 33F**

On December 31, 2025, the Court issued Case Management Order 33C [ECF No. 8622], setting a briefing schedule for Rule 702 Motions as to general causation experts related to thyroid cancer and/or liver cancer. On July 30, 2026, the Court issued Case Management Order 33E, extending the deadline to file Rule 702 Motion to no later than August 24, 2026 [ECF No. 10496]. The Parties have since conferred and agreed to a further revised briefing schedule for the Rule 702 Motions. The Court hereby adopts the Parties' proposal and orders as follows:

1. Rule 702 Motions as to experts related to thyroid cancer and/or liver cancer shall be briefed on the following schedule:

    a. Rule 702 Motions to be filed no later than: August 26, 2026.

    b. Responses to Rule 702 Motions to be filed by: November 20, 2026.

    c. Replies in Support of Rule 702 Motions to be filed by: January 22, 2027.

2. In consultation with Plaintiff and Defense Leadership, the Court will advise the parties as to any further process or hearing on these motions, including the previously filed Rule 702 motions.

**IT IS SO ORDERED.**

s/Richard M. Gergel
Hon. Richard M. Gergel
United States District Judge

Dated: August 31, 2026
Charleston, South Carolina