**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | **MDL No. 2873**<br><br>**Master Docket No. 2:18-mn-2873**<br><br>**This Document Relates to:**<br><br>***The People of the State of California, ex rel. Rob Bonta, Attorney General of California v. 3M Company et al.***<br><br>**Case No. 2:23-cv-01531-RMG** |

**THE PEOPLE OF THE STATE OF CALIFORNIA'S**
**MOTION FOR TEMPORARY RESTRAINING ORDER**
**AND FOR PRELIMINARY INJUNCTION**

The People of the State of California, ex rel. Rob Bonta, Attorney General of California, hereby apply *ex parte* to the Court pursuant to Federal Rule of Civil Procedure 65 for a Temporary Restraining Order and for a Preliminary Injunction.

This application is made on the grounds set forth in the accompanying Memorandum in Support, Declarations, Exhibits, and Order to Show Cause filed herewith.

Dated: September 14, 2026

Respectfully submitted,

**ROB BONTA**
**Attorney General of California**

*/s/ Nicholas G. Campins*
NICHOLAS G. CAMPINS (SBN 238022)
DIJE NDREU (SBN 251278)
BRENDAN HUGHES (SBN 333690)
Deputy Attorneys General
JEREMY BROWN (SBN 269159)
Supervising Deputy Attorney General
DEBORAH M. SMITH (SBN 208960)
Acting Senior Assistant Attorney General
California Department of Justice

California Department of Justice
Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612
Telephone: (510) 879-0801
Fax: (510) 622-2270
Email: Nicholas.Campins@doj.ca.gov
Dije.Ndreu@doj.ca.gov
Brendan.Hughes@doj.ca.gov

*Stephanie D. Biehl*
MATTHEW K. EDLING
STEPHANIE D. BIEHL
ASHLEY B. CAMPBELL
MIRANDA C. HOLETON
BRITTANY M. DUTTON
**SHER EDLING LLP**
100 Montgomery St., Ste. 1410
San Francisco, CA 94104
Telephone: (628) 231-2500
Facsimile: (628) 231-2929
Email: matt@sheredling.com
stephanie@sheredling.com
ashley@sheredling.com
miranda@sheredling.com
brittany@sheredling.com

*Attorneys for the People of the State of California, ex rel. Rob Bonta, Attorney General of California*