**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | **MDL No. 2873**<br><br>**Master Docket No. 2:18-mn-2873**<br><br>**This Document Relates to:**<br><br>***The People of the State of California, ex rel. Rob Bonta, Attorney General of California v. 3M Company et al.***<br><br>**Case No. 2:23-cv-01531-RMG** |

**DECLARATION OF CRAIG STEINMAUS IN SUPPORT OF THE PEOPLE OF THE STATE OF CALIFORNIAâS <u>MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY INJUNCTION</u>**

I, Craig Steinmaus, declare as follows:

1. I am a Public Health Medical Officer III epidemiologist in the Water Toxicology section at the California Office of Environmental Health Hazard Assessment ("OEHHA") within the California Environmental Protection Agency ("Cal EPA"), a position I have held for over 20 years. In that role, I serve as an expert medical and scientific technical consultant directing health evaluations and risk assessments related to environmental contaminants, including those involving drinking water and water resources.

## I. QUALIFICATIONS

2. I am also a board-certified occupational and environmental medicine physician with over 12 years of patient care experience; an Adjunct Professor of Epidemiology at the University of California Berkeley ("UCB"); and Director of the UCB Arsenic Health Effects Research Group .

3. I have been involved in epidemiologic research on the health impacts of toxic chemical agents for over 25 years. I have training and experience with estimating the economic impact of health outcomes from chemical exposure.

4. I have been the Principal Investigator or Project Director on numerous National Institutes of Health ("NIH")-funded epidemiologic studies of environmental contaminants and cancer and other health effects.

5. I have contributed to environmental health risk assessments for both the U.S. Environmental Protection Agency ("U.S. EPA") the U.S. Food and Drug Administration, the European Food Safety Authority , and others.

6. I have published numerous systematic reviews and meta-analyses in peer-reviewed journals and have developed several new methods for assessing epidemiologic study quality and meta-analysis of epidemiologic data.

7. My work at the Cal EPA Water Toxicology section has involved systematic reviews and risk assessments of important environmental contaminants including nitrate, arsenic, perchlorate, fluoride, chromium, trihalomethanes, perfluorooctane sulfonic acid ("PFOS"), perfluorooctanoic acid ("PFOA"), ethylene oxide, benzene, formaldehyde, artificial food colorings, and many others.

8. I received a Masters in Public Health from the University of California, Berkeley in 1997, in which I received training in the general principles for estimating direct and indirect costs of health outcomes. In the years since, as a regular part of my work, I review literature on estimation of public health costs, including public health costs from chemical exposure.

9. A true and correct copy of my CV is attached hereto as **Exhibit A**.

## II. SCOPE OF WORK AND SUMMARY OF OPINIONS

10. I have been asked by the Office of the California Attorney General to evaluate the disease burden and associated costs of PFOA exposure in California. My analysis focuses on the costs of four health outcomes of PFOA exposure: kidney cancer, testicular cancer, low birth weight, and ulcerative colitis (together, the "PFOA Outcomes").

11. I conclude that a conservative estimate of the total direct and indirect costs in California associated with each of the PFOA Outcomes are as follows, for the time periods stated:

(a) 1950 to 2050 for kidney cancer is $13,378,720,866

(b) 1950 to 2050 for testicular cancer is $197,738,626

(c) 1999 to 2020 for low birth weight is $5,452,004,976

(d) 1999 to 2020 for ulcerative colitis is $1,472,706,422

12. These are gross totals that are not reduced to net present value. A table of the annual costs for each PFOA Outcome is attached as **Exhibit B**.

13. I hold these opinions to a reasonable degree of scientific certainty.

## III. METHODOLOGY

14. My analysis is based on standard methodology used in the field of epidemiology, risk assessment, and attributable risk. My financial cost calculations are based on methods described in published and peer-reviewed health economics studies/reports on the costs of health outcomes associated with environmental contaminant exposures. In particular, the methods I used in my analyses are very similar to those used by researchers at the New York University Grossman School of Medicine in a peer-reviewed study on the nationwide disease burden and associated cost of PFAS exposure.[1]

15. My basic methodology involved two major steps. In the first, I used what I determined to be the most appropriate and relevant data available to estimate how many new cases of the PFOA Outcomes have occurred or will occur on an annual basis as a result of PFOA exposure. In the next major step, I then multiplied this number of new cases per year by the typical costs per case, to arrive at annualized costs of PFOA exposure. In the following sections, I provide further details describing each step.

16. I approached this process differently for cancer than I did for birth weight and ulcerative colitis. For cancer, I was able to assess the costs over a large number of years, from the

[1] Vladislav Obsekov, Linda G. Kahn & Leonardo Trasande, *Leveraging Systematic Reviews to Explore Disease Burden and Costs of Per- and Polyfluoroalkyl Substance Exposures in the United States*, 15 EXPOSURE AND HEALTH 373 (2023).

time PFOA was first manufactured on a large scale (around 1950) to a reasonable period in the future (year 2050). Because the data to do this was more readily available for the United States as a whole than for California, my approach was to do these calculations for the entire United States but then adjust these costs to estimate costs just for California. These adjustments were done using U.S.-California differences in population, cancer occurrence, and cancer deaths (explained in further detail in subsequent sections). Because of time constraints and a greater difficulty in obtaining or estimating data for such a large number of years for birth weight and ulcerative colitis, I took a different approach for these outcomes. For these outcomes, I only estimated costs for the periods 1999-2000 and 2017-2020. Because this was a small number of more recent years, I was able to obtain and use California-specific data for my calculations involving these outcomes.

17. The first part of my assessment involved estimating PFOA exposure levels. The equation I used for my attributable fraction calculations (which is the same equation used by Obsekov et al. (2023)), required estimates of PFOA exposure divided into different exposure percentiles. The percentiles I chose were the same as used by Obsekov et al. (2023): the 0-9th, 10th-24th, 25th-49th, 50th-74th, 75th-89th, 90th-99th, and >99th percentiles. Because comprehensive, California-specific serum PFOA data are not available, I used serum PFOA levels from the large National Health and Nutrition Examination Surveys ("NHANES") conducted by the United States Centers for Disease Control and Prevention ("U.S. CDC"). A variety of data suggests that PFOA levels in California are very similar to those reported in NHANES data. NHANES has information on serum PFOA levels for the years 1999-2020.[2] NHANES offers a number of major advantages in analyses like this, including the availability of individual data on PFOA levels, individual data on potential confounding and demographic variables, transparent and well described data collection procedures and laboratory methods, and weighting variables which allow the development of nationally representative exposure estimates. Similar statewide data are

[2] Available at https://perma.cc/ZG7E-MQZS (last accessed on Sept. 9, 2026). NHANES is a continuous national health survey of Americans. Using reported survey weights, NHANES data facilitates calculation of serum PFOA levels that are representative of PFOA exposure across the United States.

not available from California. An example of the NHANES data and the percentile groups I used (for the year 2020) is shown in the following figure where ng/ml means nanograms per milliliter.

**Figure 1. Example of the serum PFOA levels and percentile groups used in my assessment**

| Percentiles of the population | 0-9th | 10-24th | 25-49th | 50-74th | 75-89th | 90-99th | >99th | Total |
|---|---|---|---|---|---|---|---|---|
| Population percent | 9% | 15% | 25% | 25% | 15% | 10% | 1% | 100% |
| Assigned serum PFOA (ng/mL) | 0.98 | 1.81 | 2.62 | 3.71 | 5.06 | 7.24 | 13.11 | |
| Kidney cancer relative risk | 1.0369 | 1.069 | 1.099 | 1.140 | 1.191 | 1.274 | 1.496 | |

18. For my cancer analyses, I used the 1999-2020 NHANES surveys to estimate PFOA exposures for those years. For the periods before 1999 and after 2020, because no large-scale nationwide data were available, I estimated the levels in these years using several different modeling procedures (described in greater detail below). As mentioned above, my calculations for ulcerative colitis and birth weight only involved the 1999-2000 and 2017-2020 periods. As such I used NHANES data from these two periods to estimate the serum PFOA levels for these outcomes.

19. Obsekov et al. (2023) also used NHANES exposure estimates in their analyses. However, my approach differed from Obsekov et al. (2023) in three respects:

(a) Obsekov et al. (2023) used only data from NHANES 2017-2018 (the most recent data available at the time of that study). In contrast, I used NHANES data from every year currently available, from 1999-2020. The additional data I used (and the corresponding increase in sample size) led to greater statistical power and precision in the PFOA serum level estimates.

(b) Obsekov et al. (2023) conservatively assigned the lowest end of the range of serum levels to each percentile group. In contrast, I used the median serum level values for each percentile group. Medians provide a more accurate indication of the typical exposure in each percentile group whereas the lower end of the range only represents the person with the lowest exposure and therefore underestimates the typical exposures in each group.

(c) Obsekov et al. (2023) assigned a serum PFOA value of zero to the 0-9th percentile group, which effectively assumes that there is a threshold below which PFOA causes no health effects. However, the very large majority of people in this percentile group had detectable PFOA levels and there is no convincing evidence that a threshold exists.[3] I therefore assigned the median value for the 0-9th percentile from NHANES to this percentile group, rather than a value of zero.

20. Once I developed the estimates of PFOA exposure for each year of my assessment, I next developed estimates of the degree to which PFOA increases the risk of each health outcome.

21. The degree to which PFOA affects each health outcome is called the exposure-response slope or exposure-response relationship. It is basically the increase in risk of each outcome for each 1 ng/ml increase in serum PFOA. For cancer and ulcerative colitis, most epidemiologic studies presented their results in terms of "relative risk" ("RR") rather than risk. RR is essentially the risk of the outcome in people who are exposed to an agent like PFOA divided by the risk in people who are not (or are exposed only to very low levels). For example, a RR of 2.0, means that the risk of the outcome in an exposed population is 2-times that of the risk in an unexposed population. Because most epidemiologic studies reported RRs, I used this metric (more specifically, the change in RR per 1 ng/ml of serum PFOA) in my attributable fraction calculations for ulcerative colitis and cancer.

22. For low birth weight, most studies presented their results in terms of a decrease in birth weight (in grams) per unit increase in serum PFOA rather than as a RR. For this reason, the exposure-response relationship I used in my analyses of this outcome is expressed in terms of the decrease in birth weight (in grams) for each 1 ng/ml increase in serum PFOA.

23. I obtained information on the exposure-response slope for each outcome from several different sources. My preference was to use values from peer-reviewed published reports produced by large governmental agencies or non-governmental organizations with extensive

[3] *See e.g.*, OEHHA, *Public Health Goals for PFOA and PFOS in Drinking Water* at 235–36 (Mar. 2024) (assigning 0.007 parts per trillion ("ppt") as the cancer health-protective concentration for PFOA in drinking water) ("OEHHA (2024)").

expertise in risk assessment when available. When these were not available, I used data from large peer-reviewed human epidemiologic studies I determined to be of high study quality. The sources I used to obtain the exposure-response relationship for each outcome are described in greater detail below.

24. In the next part of my assessment I calculated the "attributable fraction" ("AF") for each PFOA Outcome. The PFOA AF is the fraction of cases of a particular health outcome prevented by eliminating exposure to PFOA; it can also be considered the fraction of all cases caused by PFOA.[4] The AF is a function of the RR (or decrease in birth weight) in each percentile: the greater the RR (or the greater the decrease in birth weight), the larger the AF of cases for a particular PFOA Outcome. I calculated the AF using the formula from Rockhill 1998 (slightly adjusted so that I could also use it for birth weight). This is a standard, well-accepted method for calculating an AF. The AF formula is reproduced below:

**Figure 2: Attributable Fraction Formula**

$$AF = \sum p_i*(RR_i - 1) / [1 + \sum p_i*(RR_i - 1)]$$

Where, $p_i$ = the proportion of people in each percentile group i, $RR_i$ is the estimated RR in each percentile group i

25. Once I calculated the AFs, I then calculated the number of cases of each outcome attributable to PFOA by multiplying the AFs by the total number of cases occurring in the United States (for cancer) or California (for ulcerative colitis and birth weight) each year.

26. The next step was to assess the direct medical care costs associated with each new attributable case of the PFOA Outcome conditions. Direct costs include things like inpatient and outpatient care, medications, surgery, radiation, and/or cancer drugs. Direct medical care costs were usually only available for a limited number of years (e.g., only the year 2018 for kidney cancer) and were therefore adjusted for inflation by the Medical Care Index component of the Consumer Price Index published by the Federal Reserve Bank of St. Louis to estimate costs in years where cost data were not available.

[4] Beverly Rockhill, Beth Newman & Clarice Weinberg, *Use and Misuse of Population Attributable Fractions*, 88 AM. J. PUB. HEALTH 15, 16 (Jan. 1998).

27. Next I calculated the indirect costs associated with each new case of a PFOA Outcome. These indirect costs quantify the loss of quality of life, and the years of life lost, due to a PFOA outcome. I used the World Health Organization's ("WHO") methodology for calculating these indirect costs, as set forth in WHO 2024.[5] The WHO methodology is based on calculation of a Disability Adjusted Life Years ("DALY"). DALYs are commonly divided into two components: the years of healthy life lost due to disability (i.e., loss of productivity or lower quality of life) (YLD) and the years of life lost due to early death ("YLL"). The methods used to calculate the YLDs and YLLs for each health outcome are described below. Total indirect DALYs are then the sum of the YLD and YLL DALYs. These DALYs were then multiplied by a value of $100,000 per DALY[6] to obtain the total indirect cost per case.

28. Finally, I calculated the total cost per year in California attributable to each of the PFOA Outcomes. The total is the sum of direct and indirect costs of each new case, multiplied by the number of new cases per year that are attributable to PFOA. As mentioned earlier, for cancer, this was done for the United States as a whole, then United States costs were converted to California costs based on differences in populations, cancer cases, and deaths. For birth weight and ulcerative colitis, costs were calculated specifically for California.

## IV. OUTCOME-SPECIFIC ANALYSES

### A. Cancer PFOA Outcomes

29. In general, my analyses for cancer-related PFOA Outcomes followed the methodology utilized in Obsekov et al. (2023) and described above. Figure 1 from that report is reproduced below (as Figure 3) and generally summarizes the methodology utilized by Obsekov.

---

[5] WORLD HEALTH ORGANIZATION, *Methods and Data Sources for Global Burden of Disease Estimates 2000-2021*, 6 (May 2024).

[6] Peter J. Neumann et al., *Updating Cost-Effectiveness—The Curious Resilience of the $50,000-per-QALY Threshold*, 371. N. ENGL. J. MED. 796, 796–97 (2014).

**Figure 3: Obsekov et al. (2023) methodology**




30. My methods differed slightly from the above image and Obsekov's methods: I did not use the "(meta-analysis)" input, and I used the total number of cases of the outcome instead of "size of affected population (US Census)."

31. For the cancer PFOA Outcomes, I estimated yearly serum PFOA concentrations for the period 1999-2020 using NHANES data and for the other years (from 1950-1998 and 2021-2050) using a variety of standard modeling approaches.

32. I estimated serum PFOA levels for the periods prior to 1999 using data from three main sources: extrapolations involving serum levels from the 1999-2020 NHANES surveys; information on PFOA manufacturing use and emission levels for the years 1950 to 2003;[7] and a survey in Norwegian men which measured serum PFOA levels every 1-2 years from 1977 to 2006.[8]

[7] ORGANISATION FOR ECONOMIC CO-OPERATION AND DEVELOPMENT, *Working Towards a Global Emission Inventory of PFASS: Focus on PFCAS - Status Quo and the Way Forward*, OECD Environment, Health and Safety Publications Series on Risk Management No. 30. (2015); Paustenbach et al., *A Methodology for Estimating Human Exposure to Perfluorooctanoic Acid (PFOA): A Retrospective Exposure Assessment of a Community (1951–2003)*, 70 J. TOXICOLOGY & ENV'TL HEALTH 28 (2007).

[8] Line S. Haug, Cathrine Thomsen & Georg Becher, *Time Trends and the Influence of Age and Gender on Serum Concentrations of Perfluorinated Compounds in Archived Human Samples*, 43 ENV'TL SCI. & TECH. 2131 (2009).

These data sources show a consistent trend in PFOA exposure or potential exposure over time. For example, the manufacturing use and emissions data show a relatively steady rise in PFOA manufacturing use and emissions from 1950 to around 1975, followed by a more rapid increase from 1976 to the year 2000, and then a decline after the voluntary PFOA ban in the year 2000. A similar pattern was seen in the Norwegian study. That is, PFOA serum levels showed a fairly rapid increase from 1977 to the 1995-2000 period and then a decline thereafter. Serum levels from NHANES were consistent with these patterns in that they also showed a decline from the first survey in 1999-2000 to the last available survey year of 2020. Overall, the consistency across these data sources suggest that in combination they can be used to provide reasonably valid estimates of PFOA exposure over time.

33. To estimate annual serum PFOA levels in the United States for the years 1977 (the first year reported in Haug et al. (2009)) to 1998 (the year before NHANES data became available) I applied a variety of different models to the Norwegian data. I used SAS statistical software[9] to examine several different models and found that a linear regression model provided a very good statistical ($R^2$ = 0.99) and visual fit to these data. I then used the parameters from this model to estimate median serum PFOA levels for each year from 1977 to 1998. Percentile levels were then estimated by modeling the difference between median serum PFOA levels and the midpoint level in each exposure category using the available NHANES data. Again, I was able to identify models that provided a very good statistical and visual fit to these data.

34. Since validated and widely available methods for measuring serum PFOA had not yet been developed before 1977, essentially no information on serum PFOA levels in the general United States population were available for the 1950-1977 period. Because of this, and because the increase in manufacturing use levels from 1950 to 1977 appeared to be reasonably close to linear, I estimated the median yearly serum PFOA levels for each year in the 1950-1977 period simply by connecting a straight line between the level I estimated for 1977 in the procedures discussed above and a value of zero in 1950. The slope of this line was then used to model serum

[9] A program commonly used statistical program.

PFOA levels for the 1950 to 1977 period, and percentile midpoint levels for this period were estimated using the same procedures described above.

35. As mentioned above, there has been a mostly steady decline in serum PFOA levels in NHANES since the first survey that included serum PFOA (1999-2000) to the last (2017-2020). Based on this, I estimated serum PFOA levels for the years 2021 to 2050 by modeling the rate and pattern of decline seen in NHANES over the 1999-2020 period. An exponential model was found to provide the best statistical and visual fit for all category midpoints. This model is also biologically plausible since the exponential shape matches the exponential decay expected with a typical half-life elimination pattern.[10] The year 2050 was chosen as the final year of our assessment since estimated serum PFOA concentrations decreased to low levels by this time (e.g., close to 0.1 ng/ml) and because uncertainty is likely to increase the further our extrapolations extend beyond known values. An overall schematic showing the yearly serum PFOA estimates and the sources of data used to estimate them is provided in the following figure.

**Figure 4: Measured and estimated median serum PFOA levels 1950-2050**




36. For cancer, a latency period typically exists between the time a person is first exposed to a carcinogenic agent and the time the cancer is large enough to be diagnosed. Although

[10] Ying Li et al., *Half-lives of PFOS, PFHxS and PFOA After End of Exposure to Contaminated Drinking Water*, 75 OCCUP. & ENV'TL MED. 46 (2018).

the exact latency period for PFOA-caused cancer is unknown, I applied a 10-year latency period between exposure and cancer occurrence in my analyses. That is, the cancers estimated to be attributable to PFOA in any given year were assumed to have been caused by the PFOA levels occurring 10 years earlier. For example, serum levels that occurred in 1970 were used to calculate 1980 health outcome attributable fractions and costs. This 10-year period was selected because the minimum or average latency periods in all of the studies used in the exposure-response slopes I selected were roughly 8-10 years or more.

**B. Kidney Cancer**

37. Several regulatory and authoritative bodies and others have concluded that PFOA likely increases the risk of kidney cancer. OEHHA, in its 2024 Public Health Goal document, determined that there is "strong evidence that PFOA is a cause of kidney cancer."[11] The C8 Science Panel[12] determined that there is a "probable link" between PFOA exposure and kidney cancer.[13] Kidney cancer was also among the health outcomes evaluated in Obsekov et al. (2023).

38. For kidney cancer, I used an exposure-response slope of 0.037826 excess RR per 1 ng/ml increase in serum PFOA in my attributable fraction calculations.[14] I obtained this value from a published and internally and externally-peer reviewed report from OEHHA.[15] OEHHA determined this value based on the results of two high quality human studies of PFOA and kidney

---

[11] OEHHA (2024) at 10, 149.

[12] "During 2005-2013, the C8 Science Panel [consisting of three epidemiologists] carried out exposure and health studies in the Mid-Ohio Valley communities, which had been potentially affected by the releases of PFOA (or C8) emitted since the 1950s from the Washington Works plant in Parkersburg, West Virginia. They then assessed the links between C8 exposure and a number of diseases. . . . The main conclusions are in the form of Probable Link reports which summarize in each case whether the Science Panel found or did not find a link between exposure and disease. The detailed science behind the summaries in the Probable Link reports is published in articles in scientific journals." https://perma.cc/8ET8-LWM9 (last accessed on Sept. 9, 2026).

[13] C8 SCIENCE PANEL, *Probable Link Evaluation of Cancer* 1, 10 (2012), https://www.c8sciencepanel.org/pdfs/Probable_Link_C8_Cancer_16April2012_v2.pdf; C8 SCIENCE PANEL, *Supplemental Information Regarding Cancer Analyses* (2020), https://perma.cc/72QT-UXAA (last accessed on Sept. 9, 2026).

[14] OEHHA (2024).

[15] OEHHA (2024).

cancer.[16] OEHHA selected these two studies following a weight of the evidence approach and extensive evaluations of the quality of this evidence. I was a member of the team involved in this work. These evaluations were based on a set of criteria first proposed by Austin Bradford Hill in the 1950's, developed for the U.S. Surgeon General for his landmark report on smoking and lung cancer.[17] These have been modernized and improved by OEHHA, U.S. EPA, and others since that time. The Bradford-Hill criteria have probably been the most commonly used method for evaluating study quality and epidemiologic evidence for the last 50 years. OEHHA calculated exposure-response slopes of 0.0146 and 0.098 excess RR per 1 ng/ml serum PFOA for the Vieira et al. (2013) and Shearer et al. (2021) studies, respectively. And, as is consistent with OEHHA practice, they used the geometric mean of these two slopes to arrive at the overall exposure-response slope of 0.037826.

39. The exposure-response slope from OEHHA differs from that used in Obsekov et al. (2023) (they used a value of 0.016), which was based on a meta-analysis of four studies published by Bartell and Vieira (2021).[18] I declined to use the latter in my analysis based on my evaluation of the underlying studies. Specifically, I determined that three of the studies included subjects from the same C8 study area, and as such double-counted data from at least some research participants. This is inconsistent with widely accepted statistical practices, and as such, I discounted the Bartell and Vieira (2021) meta-analysis on which Obsekov et al. (2023) relied.

40. Based on the OEHHA exposure-response slope, I calculated the kidney cancer RR for each of the PFOA exposure percentiles. An example (for the year 2020) is shown in the following table.

---

[16] Verónica M. Vieira et al., *Perfluorooctanoic acid exposure and cancer outcomes in a contaminated community: a geographic analysis*, 121 ENV'TL HEALTH PERSPS. 318 (2013); Joseph J. Shearer et al., *Serum Concentrations of Per- and Polyfluoroalkyl Substances and Risk of Renal Cell Carcinoma*, 113 J. NAT'L CANCER INST. 580 (2021).

[17] Austin Bradford Hill, *The Environment and Disease: Association or Causation?*, 58 PROCS. ROYAL SOC'Y OF MED. 295 (1965).

[18] Scott M. Bartell & Verónica M. Vieria, *Critical review on PFOA, kidney cancer, and testicular cancer*, 71 J. Air & Waste Mgmt. Ass'n 663 (2021).

**Figure 5: Kidney Cancer Relative Risk**[19]

| Percentiles of the population | 0-9th | 10-24th | 25-49th | 50-74th | 75-89th | 90-99th | >99th | Total |
|---|---|---|---|---|---|---|---|---|
| Population percent | 9% | 15% | 25% | 25% | 15% | 10% | 1% | 100% |
| Assigned serum PFOA (ng/mL) | 0.98 | 1.81 | 2.62 | 3.71 | 5.06 | 7.24 | 13.11 | |
| Kidney cancer RR | 1.0369 | 1.069 | 1.099 | 1.140 | 1.191 | 1.274 | 1.496 | |

41. Applying the methodology set forth in Rockhill (1998), I then calculated the PFOA attributable fraction of kidney cancer. An example of these calculations is shown in the following figure where an attributable fraction of 11.86% was calculated for kidney cancer for the year 2020.

**Figure 6: Kidney Cancer Attributable Fraction**

| Percentiles of the population | 0-9th | 10-24th | 25-49th | 50-74th | 75-89th | 90-99th | >99th | Total |
|---|---|---|---|---|---|---|---|---|
| Population percent | 9% | 15% | 25% | 25% | 15% | 10% | 1% | 100% |
| Assigned serum PFOA (ng/mL) | 0.98 | 1.81 | 2.62 | 3.71 | 5.06 | 7.24 | 13.11 | |
| Kidney cancer RR | 1.0369 | 1.069 | 1.099 | 1.140 | 1.191 | 1.274 | 1.496 | |
| Attributable fraction (AF): | | | | | | | | |
| Numerator: ∑ p*(RR-1) | 0.00332 | 0.01028 | 0.02479 | 0.03508 | 0.02869 | 0.02739 | 0.00496 | 0.1345 |
| Denominator: 1+ ∑ p*(RR-1) | | | | | | | | 1.1345 |
| AF: Numerator / Denominator | | | | | | | | 11.86% |

42. My kidney cancer AF is higher than that used in Obsekov et al. (2023) because of the higher exposure-response slope in my analysis (*see* paragraph 37 above); and because Obsekov et al. (2023) applied the AF formula incorrectly. That is, they mistakenly put the summation sign in the denominator of the AF equation (shown correctly in Figure 2) in front of the "1+", instead of in the correct position behind the "1+". This resulted in an inaccurately low AF in that study.

43. Next, I calculated the direct and indirect costs associated with the excess cases of kidney cancer attributable to PFOA. I relied on the study by Shih et al. (2019) which estimated the direct treatment costs of kidney cancer for the first 12 months after diagnosis, for the year 2018.[20]

[19] Figure 6 is an exemplar of the calculations performed for this analysis, represents only one year of data calculated. I performed these same calculations for each year.

[20] Ya-Chen Tina Shih, et al., *Rising Economic Burden of Renal Cell Carcinoma Among Elderly Patients in the United States: Part II – An Updated Analysis of SEER-Medicare Data*, 37 PHARMACOECONOMICS 1495 (2019).

This cost was also applied to all the other years in this assessment after adjusting for medical inflation.

44. For YLD DALYs, I incorporated information on four phases of cancer described by the Institute for Health Metrics (2026): the diagnosis and treatment phase, the controlled phase, the metastatic phase, and the terminal phase. YLD DALYs were calculated by multiplying an outcome specific weight by the typical duration of the phase and then again by the number of cases or deaths involved in each phase. Weights and durations were obtained from reports by the Global Burden of Disease 2019 Cancer Risk Factors Collaborators (2022)[21] and authors from the International Agency for Research on Cancer (Soerjomataram et al., 2012).[22] YLL DALYs are calculated as the difference between patients' age at the time of death from the outcome in question and the patients' life expectancy at the time of this death. I calculated these using the average ages of death from kidney cancer and life expectancy tables published by the U.S. Department of Health, Education and Welfare and the U.S. CDC.

45. As mentioned previously, for the cancer outcomes, all of the calculations described in this section were based on data for the entire United States. In order to estimate California costs from these United States costs, I applied the adjustment factors to account for the differences between California and the United States in three key areas. These include: #1. the ratio of the number of cases of kidney cancer in California vs. the number in the United States (this ratio has been about 0.095 according to the U.S. CDC); #2. the ratio of deaths to incident cases in California vs. the United States (this ratio has been about 1.027 according to the U.S. CDC); #3. and the ratio of life expectancy at the time of kidney cancer death in California vs. the United States (this ratio has been about 1.048 according to the U.S. CDC).

---

[21] Khan Bao Tran, Justin J. Lang, et al., *The global burden of cancer attributable to risk factors, 2010-19: a systematic analysis for the Global Burden of Disease Study 2019*, 400 LANCET 563 (2022).

[22] Isabelle Soerjomataram et al., *Estimating and validating disability-adjusted life years at the global level: a methodological framework for cancer*, 12 BMC MED. RSCH. METHODOL. 125 (2012).

46. The strongest driver (i.e., PFOA serum levels appear directly proportional to costs over time) of costs for kidney (and testicular) cancer is PFOA blood serum levels, as the following visual reflects. Figure 7 below demonstrates that the direct and indirect costs associated with cancer PFOA Outcomes track closely with the PFOA blood serum levels from 10-years prior.

**Figure 7: Annual serum PFOA levels and annual total costs of PFOA-related kidney and testicular cancer in California for 1950-2050**




47. Because I applied a 10-year latency period, there were no costs for the 1950-1959 period. As seen in this figure, costs begin to peak in about 2009 since PFOA levels peaked about 10 years earlier. Costs begin to fall around 2020 because PFOA blood levels fell about 10-20 years earlier and impact of these declining levels overcomes the rising costs related to inflation and rising total cancer numbers that occur over time. There is a small increase from 2014 to 2018 because there was a small increase in serum PFOA 10 years earlier (i.e., from NHANES 2003 to NHANES 2007). In short, the highest costs occurred during the years 2000-2026 .

48. Ultimately, I calculated total kidney cancer costs to be $13,378,720,866.

### C. Testicular Cancer

49. My methods for calculating testicular cancer costs followed very similar methods to those described above for kidney cancer.

50. For testicular cancer, I was unable to find a reliable published estimate of the exposure-response slope, and as such generated my own from the available published research. Neither OEHHA nor U.S. EPA calculated exposure-response values for this outcome. A meta-analysis publication reported exposure-response estimates but their methods were flawed (Bartell and Vieira, 2021). These flaws included double counting of research participants and errors in assessing the relevant PFOA exposure levels. Although, U.S. EPA and OEHHA did not generate exposure-response estimates for testicular cancer, they did perform extensive study quality and risk of bias evaluations on the available research studies. I used the results of these reviews to identify a high-quality human epidemiologic study on PFOA and testicular cancer: Barry et al. (2013).[23] The senior author on this study was a member of the C8 Science Panel. I also performed an updated literature search in order to make sure I did not miss any important new studies published since the OEHHA and U.S. EPA reports (there were none). I assessed study quality using the modernized version of the Bradford-Hill criteria I used for kidney cancer and concluded that the positive results reported in the Barry et al. (2013) study were unlikely to be caused by chance, bias, or confounding. I used the results of this study and standard risk assessment modeling procedures to develop the exposure-response value used in my attributable fraction calculations for testicular cancer, as further discussed below.

51. A relatively recent meta-analysis also calculated an exposure-response slope between PFOA and testicular cancer using the Barry et al. (2013) study (Bartell and Vieira, 2021). However, I did not use the results of this paper for several reasons. First, these authors used the exposure category midpoints to represent the PFOA exposure levels in this study. And, because the highest category was open ended (e.g., ≥4423.47) they used a value of 4-times the 75th

[23] Vaughn Barry et al., *Perfluorooctanoic Acid (PFOA) Exposures and Incident Cancers among Adults Living Near a Chemical Plant*, 121 ENVT'L HEALTH PERSPS. 1313 (2013).

percentile as the exposure level in this category. Instead of doing this, I used the category medians provided for this study by the C8 Science Panel (2020) as depicted in Figure 8. I did this because category medians are more likely to represent the typical exposure level in each category compared to category midpoints, especially if the exposure is not evenly distributed within each category. In addition, the category midpoint in the highest exposure category is mostly unknown if the category is "open ended" (i.e., there is no upper bound). For open ended categories like this, the midpoint needs to be estimated. As a result, Bartell and Vieira's estimate was much higher than the median value provided by the C8 Science Panel and as such likely had an adverse impact on the accuracy of their exposure-response calculations.

**Figure 8: Category medians for testicular cancer exposure-response slope**

| Cumulative PFOA at time of testicular cancer diagnosis (ng/mL-years) | Mean of quartile (SD) | Median of quartile (range) |
|---|---|---|
| 0 to <150.398 | 108.8 (27.3) | 101.8 (81.9 – 150.4) |
| 150.398 to < 876.516 | 505.7 (283.5) | 475.4 (195.5 – 876.5) |
| 876.516 to < 4423.47 | 1740.4 (520.1) | 1789.5 (1197.4 – 2234.2) |
| ≥4423.47 | 7250.5 (4995.5) | 5214.1 (4423.5 – 16141.9) |

52. Second, the methods I use to estimate attributable fractions require the use of serum PFOA levels expressed in terms of ng/ml, not in terms of cumulative exposure (expressed in terms of ng/ml-years) as reported in the Barry et al. (2013) study. Cumulative exposure is calculated by measuring or estimating the average serum PFOA level (in ng/ml) a person has in each year of a study's follow-up period and then summing all the yearly values for that person. For example, if a person is exposed for 10 years and has a serum PFOA level of 10 ng/ml for each of those 10 years, then their cumulative exposure is 10 years x 10 ng/ml = 100 ng/ml-years. A study's follow-up period is usually the time or age from when the researchers first began to assess a person's exposure (in Barry et al. (2013) this was from age 20 years or 1952 (whichever was later)) until the time or age they were diagnosed with testicular cancer (or a similar age in the comparison groups without testicular cancer). Cumulative exposure indices are sometimes used by investigators because they account to both the exposure "intensity" (i.e., how high the serum PFOA

levels are) and the number of years a person is exposed. To calculate the average annual serum PFOA levels in terms of ng/ml needed for our attributable fraction calculations I needed to divide the cumulative exposure values from Barry et al. (2013) by the average number of years of this study's follow-up period. The average follow-up period was not provided in the study's publication. Bartell and Vieira (2021) converted cumulative exposure to an annual average serum PFOA level by dividing cumulative exposure by a follow-up period of 33 years, the average age when testicular cancer is diagnosed in the US. But this assumes that all the study participants were followed from birth. However, as noted above, many of them were not: follow-up in most did not start until age 20 years old. Thus, rather than dividing cumulative exposure by 33 years, I divided by a follow-up period of 16.3 years. I obtained this value through correspondence with Kyle Steenland, the senior author on the Barry et al. (2013) study.

53. I then used the annual average serum PFOA levels I calculated as described above and the results of the Barry et al. (2013) study to estimate the exposure-response relationship between serum PFOA and testicular cancer. Using risk assessment methods commonly used by OEHHA, U.S. EPA, and similar entities, I modeled the Barry et al. (2013) data using a variety of different modeling approaches and found that a model plotting the logarithm of RR versus exposure, with each RR weighted by the inverse of its variance (which is similar to weighting by sample size), fit the data well both visually and statistically ($R^2$ value = 0.96). This is the same basic model used by Bartell and Vieira (2021) to model the Barry et al. (2013) results. The result of this exposure-response slope indicates an increase in testicular cancer excess RR of 0.00393 for each 1 ng/ml increase in serum PFOA.

54. I estimated that the direct medical costs for each new case of testicular cancer were $25,157 per case. This figure is based on the findings reported in Aberger et al. (2014)[24] which estimated costs for the year 2013. These costs included total evaluation and treatment costs based on U.S. Medicare reimbursements and are a weighted average of the costs of advanced and

[24] Michael Aberger et al., *Testicular self-examination and testicular cancer: a cost-utility analysis*, 3 CANCER MED. 1629, 1630–32 (2014).

localized or regional cancers. Obsekov et al. (2023) (page 386) also used the Aberger et al. (2014) study. As with kidney cancer, I adjusted these costs for medical cost inflation to estimate the costs for the other years in my assessment.

55. Ultimately, I calculated total testicular cancer costs to be $197,738,626.

**D. Non-Cancer PFOA Outcomes**

56. The main difference between my analysis of cancer PFOA Outcomes and non-cancer PFOA Outcomes is the time period for which costs were calculated. For low birth weight and ulcerative colitis, I confine my cost estimates to the period 1999–2020, reflecting the availability of NHANES serum data during that period.

57. Annual costs for each year 1999–2020 are based on the PFOA serum levels and costs calculated for the years 2017–2020. Because PFOA serum levels drive costs and because these levels were lowest during 2017–2020, applying costs derived for 2017–2020 to every year from 1999 to 2020 represents a conservative method of calculating costs for the 1999-2020 period.

58. Other modifications to the standard methodology are addressed in each section.

**E. Low Birth Weight**

59. Several regulatory and authoritative bodies and others including the U.S. EPA have found that PFOA is associated with low birth weight ("LBW"). U.S. EPA has classified the association between PFOA and fetal growth restriction (which includes decreased birth weight) as "[e]vidence indicates (likely)."[25] This was primarily based on several high and medium confidence human birth weight studies.[26] LBW was a major driver of the estimated costs in the Obsekov et al. (2023) financial analysis.[27]

60. As with the methods described in the general methodology section, I started by dividing the population into PFOA exposure percentiles and assigning a PFOA level to each

---

[25] U.S. Environmental Protection Agency, *FINAL Human Health Toxicity Assessment for Perfluorooctanoic Acid (PFOA) and Related Salts*, EPA Document No. 815R24006 (Apr. 2024) ("US EPA (2024)") at 3-272, Table 3-15.

[26] *Id.*

[27] Obsekov et al. (2023) at 375, 389.

percentile group. I used NHANES serum PFOA levels for the period 2017–2020 and used the weights supplied by NHANES in order to provide nationally representative estimates (these weights are used since NHANES is not completely random sample).[28] I also limited the NHANES data to women of reproductive age, given that LBW is a function of fetal exposure (which comes from the mother). An example of the assigned PFOA serum levels for these women is shown in the following figure.

**Figure 9: Assigned PFOA levels for women of reproductive age**

| Exposure percentile | 0-9th | 10-24th | 25-49th | 50-74th | 75-89th | 90-99th | >99th |
|---|---|---|---|---|---|---|---|
| Percent in each percentile group | 9% | 15% | 25% | 25% | 15% | 10% | 1% |
| Assigned serum PFOA (ng/mL) | 0.355 | 0.549 | 0.762 | 1.143 | 1.740 | 2.681 | 5.240 |

61. In selecting the exposure-response slope between PFOA and birth weight, I used information from U.S. EPA's most recent risk assessment of PFOA.[29] This document has been internally and externally peer-reviewed, and it provides extensive and well documented study quality and risk of bias evaluations on the published studies on PFOA and LBW. As a quality control check, I also reviewed each of the studies identified by U.S. EPA (as well as studies published since that report), and I agree with U.S. EPA's overall assessments. Of the 43 studies U.S. EPA identified on PFOA and LBW, they selected two for use in their exposure-response calculations (Savig et al., 2018[30]; Wikstrom et al., 2020[31]). Both were determined to be "high

[28] *See e.g.*, United States Centers for Disease Control and Prevention & National Center for Health Statistics, *National Health and Nutrition Examination Survey, 2017–March 2020 Prepandemic File: Sample Design, Estimation, and Analytic Guidelines - Data Evaluation and Methods Research*, Vital and Health Statistics Series 2, Number 190 (May 2022) at 4, available at https://perma.cc/7PH3-JCZ7 (last accessed on Sept. 9, 2026).

[29] US EPA (2024).

[30] Sharon K. Sagiv et al., *Early-Pregnancy Plasma Concentrations of Perfluoroalkyl Substances and Birth Outcomes in Project Viva: Confounded by Pregnancy Hemodynamics?*, 187 (4) AM. J. OF EPIDEMIOLOGY 793 (2018).

[31] Sverre Wikström et al., *Maternal serum levels of perfluoroalkyl substances in early pregnancy and offspring birth weight*, 87 PEDIATRIC RESEARCH 1093 (2020).

confidence" studies by the U.S. EPA,[32] and both measured serum PFOA in early pregnancy. The latter is important because changes in pregnancy hemodynamics in the later trimesters of pregnancy can affect serum PFOA levels and potentially produce false positive results.[33] I used the geometric mean of the results of these two studies (reported as the change in birth weight in grams for each 1 ng/ml increase in serum PFOA) as the exposure-response slope in my attributable fraction calculations.[34] This is in contrast with the attributable fraction calculations for birth weight done by Obsekov et al. (2023) who used the results of a meta-analysis of 24 studies of PFOA and birth weight (Steenland et al., 2018). I did not use this meta-analysis because it included what I (and U.S. EPA) determined to be some lower quality studies.

62. The Wikström et al. (2020)[35] and Sagiv et al. (2018)[36] studies each provided estimates of the amount of birth weight reduction attributable to PFOA exposure. Each is a high or adequate quality study with low risk of bias, as determined by both OEHHA[37] and U.S. EPA[38].[39] Consistent with common practice used by OEHHA, I used the geometric mean between the exposure-response ratios presented in Wikstrom and Sagiv, as reflected below, to estimate that

[32] US EPA (2024).

[33] Marc-André Verner et al., *Associations of Perfluoroalkyl Substances (PFAS) with Lower Birth Weight: An Evaluation of Potential Confounding by Glomerular Filtration Rate Using a Physiologically Based Pharmacokinetic Model (PBPK)*, 123 (12) ENVIRONMENTAL HEALTH PERSPECTIVES 1317 (2015).

[34] Using the geometric mean is also a more conservative approach that likely results in aa lower value than using the arithmetic mean.

[35] Wikström et al. (2020).

[36] Sagiv et al. (2018).

[37] OEHHA (2024).

[38] US EPA (2024).

[39]The meta-analysis result from Steenland 2018 was also not selected because it does not include more recent studies, the study quality and bias assessment was limited, minimal analyses of confounding were performed, and it's unclear if all included studies are relevant to California.

each 1 ng/L increase in maternal PFOA serum levels results in a decrease of 14.17 grams in birth weight.

**Figure 10: Sagiv & Wikström geometric mean example**




63. I then multiplied the PFOA-birth weight exposure-response relationship by the PFOA level in each percentile group to obtain the estimated decrease in birth weight (BW) in each percentile group attributable to PFOA, as depicted below.

**Figure 11: Estimate decrease in birth weight in each percentile group**

| Exposure percentile | Reference | 0-9th | 10-24th | 25-49th | 50-74th | 75-89th | 90-99th | >99th |
|---|---|---|---|---|---|---|---|---|
| Percent in each percentile group | 0 | 9% | 15% | 25% | 25% | 15% | 10% | 1% |
| Assigned serum PFOA (ng/mL) | 0 | 0.355 | 0.549 | 0.762 | 1.143 | 1.740 | 2.681 | 5.240 |
| Attributable decrease in BW (grams) | 0.00 | 5.04 | 7.78 | 10.80 | 16.20 | 24.67 | 38.00 | 74.27 |

64. As with my analysis of the other PFOA Outcomes, instead of assigning a value of zero exposure and zero risk to the 0-9th percentile group (as was done by Obsekov (2023)), I assigned a PFOA exposure level to this percentile group based on the median PFOA level in the 0-9th percentile group in NHANES 2017-2020. An estimated PFOA-associated decrease in birth weight was then assigned to this group using the same methods used to assign decreases to the other PFOA percentile groups.

65. A level of PFOA was assigned and a corresponding decrease in birth weight was calculated for the 0-9th percentile group for the following reasons: there is no convincing evidence that there is a level below which PFOA does not affect birth weight; and the Wikström et al. (2020)

and Sagiv et al. (2018) studies had very low detection limits and their exposure-response results included very low exposure levels (i.e., their analyses did not incorporate a "no effect" or threshold level).

66. Next, I converted the decrease in birth weight (in grams) in each percentile group to a percentage of newborns with LBW. Cost estimates are not readily available for decreases in birth weight expressed in grams, but are available for births defined as "low birth weight." Birth weight below 2,500 grams is the commonly used definition of "low birth weight." Birth weight is approximately normally distributed. Thus, I can estimate the percentage of newborns with "low birth weight" from a decrease in birth weight in grams using the standard normal distribution equation: $P_i = \Phi\ [(2{,}500 \text{ grams} - \mu_i) / SD_i]$ where $P_i$ = percentage of births below 2,500 grams (i.e., the percentage with "low birth weight") in each PFOA percentile group; $\mu_i$ = estimated mean birth weight in each percentile group; $SD_i$ = standard deviation of the mean birth weight in each percentile group; and $\Phi$ = standard normal distribution. I used the standard deviation for birth weight for all births in California in these equations for all PFOA percentiles since the individual standard deviations for birth weight in each PFOA percentile are unknown. This is likely a conservative approach since the use of lower standard deviation values would raise the attributable fraction estimates.

67. Next, I calculated the PFOA-attributable fraction of LBW cases. I converted decreased birth weight (in grams) in each percentile to a percentage with LBW. The mean birth weight in California is 3,285.92 grams (with a standard deviation of ± 566.64 grams) for the years 2017-2020.[40] The percent of newborns with LBW in California reported by the California Department of Public Health is 6.98% (annual average for the years 2017-2020[41]).

68. For birth weight, I used an iterative process to convert decreases in birth weight into percentages of LBW. In order to make this conversion, I needed to change the decreases in

[40] Centers for Disease Control and Prevention, National Center for Health Statistics. National Vital Statistics System, Natality on CDC WONDER Online Database.

[41] California Department of Public Health, *Births*, State Dashboard: Maternal, Child, and Adolescent Health Division, https://perma.cc/G8BR-T9J6 (last accessed on Sept. 8, 2026).

birth weight I calculated for each PFOA exposure group into an actual birth weight since actual birth weights (e.g., a newborn's weight of 3200 grams), not decreases in birth weight (e.g., a 5 gram decrease from normal), were needed for the formula I used to make this conversion. Actual birth weights were calculated by subtracting the birth weight decreases I calculated from the average birth weight of children with no PFOA exposure (i.e., the reference group). However, I do not know the average birth weight in a group with no PFOA exposure since one probably does not exist (because of the ubiquity of the chemical). Because of this, I used an iterative process that involved an initial prediction at what that birth weight might be, but then changing it until the percent of children with LBW in our calculations (for all the PFOA quantiles combined) equaled the low birth rate reported for the state of California overall. Because this process makes sure that the combined percentage of LBW in the PFOA exposure categories models the actual reported level of low birth rate in California, it should help assure that our estimates do not under- or over-estimate the overall effects of PFOA in our state.[42]

69. Next, I calculated the increase in the percentage of LBW newborns in each non-reference PFOA percentile group relative to the zero-exposure reference category.

70. Then, I calculated the excess number of LBW births in each PFOA percentile group by multiplying the total number of births in California in each percentile group by the percent increase in LBW related to PFOA in each percentile group. I then summed the number of excess

[42] If PFOA exposure is common in California, and it decreases birth weight, then this statewide average doesn't represent the mean BW in children with zero PFOA exposure. I would like to estimate the mean birth weight in a potential reference group that has zero PFOA exposure ($BW_{ref}$) since our goal is to calculate the costs associated with any and all PFOA exposure above zero (*i.e.*, the additional costs over a scenario in which there is no PFOA exposure). Since PFOA exposure is ubiquitous and there are virtually no people with zero PFOA exposure, the mean BW in people with zero PFOA exposure ($BW_{ref}$) was estimated based on the following rationale and procedures: If PFOA lowers BW, then the mean BW in newborns with zero PFOA exposure ($BW_{ref}$) will be higher than the current statewide mean BW (where essentially everyone is exposed). Since essentially everyone is exposed, an iterative estimating process was used to estimate $BW_{ref}$: that is, a value was entered for $BW_{ref}$ in OEHHA's calculations but changed until the percent of LBW births across all PFOA percentile groups combined in these calculations equaled the percent with LBW currently reported for California.

LBW births related to PFOA from each PFOA percentile group to obtain the total number of births per year in California related to PFOA exposure.

71. Figure 12, below, shows the calculation results and the iterative process used to arrive at the attributable fraction and total count of PFOA LBW cases in California. I conclude that there are 1,738 cases of LBW per year in California attributable to PFOA exposure for the period 2017–2020.

**Figure 12: PFOA attributable fraction calculations for low birth weight**

| Exposure percentile | Reference | 0-9th | 10-24th | 25-49th | 50-74th | 75-89th | 90-99th | >99th | Total/average |
|---|---|---|---|---|---|---|---|---|---|
| Percent in each percentile group | 0 | 9% | 15% | 25% | 25% | 15% | 10% | 1% | 100% |
| Assigned serum PFOA (ng/mL) | 0 | 0.355 | 0.549 | 0.762 | 1.143 | 1.740 | 2.681 | 5.240 | |
| Attributable decrease in BW (grams) | 0.00 | 5.04 | 7.78 | 10.80 | 16.20 | 24.67 | 38.00 | 74.27 | |
| BW in this quantile | 3354.00 | 3348.96 | 3346.22 | 3343.20 | 3337.80 | 3329.33 | 3316.00 | 3279.73 | |
| z-score | -1.51 | -1.50 | -1.49 | -1.49 | -1.48 | -1.46 | -1.44 | -1.3761 | |
| Percent with LBW | 6.59% | 6.70% | 6.77% | 6.84% | 6.96% | 7.17% | 7.49% | 8.44% | 6.98% |
| Percent increase LBW related to PFOA | 0.00% | 0.11% | 0.18% | 0.25% | 0.37% | 0.58% | 0.90% | 1.85% | |
| All births in California | 0 | 40,342 | 67,236 | 112,061 | 112,061 | 67,236 | 44,824 | 4,482 | 448,243 |
| Number of LBW cases related to PFOA | 0 | 46 | 120 | 278 | 419 | 388 | 405 | 83 | 1,738 |

72. The next step involved calculating the financial costs of these LBW cases. These costs can be significant. The direct costs I evaluated here include initial hospitalization costs, which are $30,648 per case adjusted for medical inflation to 2018 dollars.[43] LBW has been linked to decreases in IQ in a number of studies and meta-analyses. As such, indirect costs for LBW are the YLD value associated with living with a lower IQ, estimated at $111,907 per case.[44] I did not include YLL costs for LBW.

[43] Niranjana M. Kowlessar, H. Joanna Jiang & Claudia Steiner, *Hospital Stays for Newborns, 2011*, Statistical Brief #163, Healthcare Cost and Utilization Project, Agency for Healthcare Research and Quality, Department of Health and Human Services (2013). Direct costs were adjusted using the personal health care costs from the CMS.

[44] C.E. Kormos et al., *Low birth weight and intelligence in adolescence and early adulthood: a meta-analysis*, 36 (2) J. PUBLIC HEALTH 213 (2013); Obsekov et al. (2023). Indirect costs were adjusted for by general inflation CPI data from the Minnesota Fed.

**Figure 13: PFOA-attributable low birth weight cost calculations**

| | | | |
|---|---|---|---|
| **C. COSTS** | | | |
| **1. Hospitalization** | | | |
| Cost per case for LBW | | 27,200 | From Kowlessar 2013 (Table 2) for the year 2011 |
| Cost per case all newborns | | 3,200 | From Kowlessar 2013 (Table 2) for the year 2011; this is subtracted out in order to estimate the additional cost of LBW |
| Additional cost of LBW | | 24,000 | This is for the year 2011. Probably a slight underestimate since "all newborns" include some that are preterm, LBW, or have other conditions. We will use this as a conservative estimate |
| Additional cost LBW inflation adjusted | | 30,648 | Adjusted for medical cost inflation to 2018 costs - see "CMS inflation" spreadsheet; Obsekov used a cost of $30,364 (they also cited Kowlessar 2011) |
| **2. IQ loss associated with LBW** | | | |
| IQ points lost per LBW case | | 4.98 | From Kormos 2014 - also cited by Obsekov 2023 |
| Cost for each 1 point of IQ loss | $ | 22,471 | From Gould 2009 for year 2006 - also cited by Obsekov 2023; adjusted for general inflation (see "Inflation IQ costs" spreadsheet) |
| Cost for total IQ loss per LBW case | $ | 111,907 | |
| **3. Total cost per case** | | | |
| Hospitalization + IQ loss | $ | 142,555 | |
| **4. Total cost all cases** | | | |
| New cases per year | | 1,738 | |

73. At this time, I have not calculated cost estimates for LBW for any periods other than 1999-2000 and 2017-2020. However, I have estimated the costs for the entire 1999-2020 period by applying the 2017-2020 annual costs to each year in the 1999 to 2020 period. This is a conservative approach because, as noted above, PFOA levels were lower in 2017-2020 than at any other point in the 1999-2020 period.

74. The result of this analysis is 1,738 excess cases per year of LBW in California, at a cost per year for all excess cases of $247,818,408.

### F. Ulcerative Colitis

75. Several studies and reviews have reported or concluded that PFOA exposure is associated with excess risks of ulcerative colitis. This includes Holm-Larsen (2026)[45] ("The results suggest that PFAS have negative health impacts with strongest evidence for celiac and

[45] Christina Elise Holm-Larsen et al., *Exposure to per- and polyfluoroalkyl substances (PFAS) and development of autoimmunity in humans and animals: a scoping review*, ARCHIVES OF TOXICOLOGY (2026).

inflammatory bowel disease . . ."), Phillipson and Bartell (2026) (meta-analysis finding a seven-percent increase in ulcerative colitis cases per 1-ng/ml increase in PFOA serum levels)[46] and the C8 Science Panel ("probable link").[47]

76. As with testicular cancer, I was unable to find a reliable exposure-response estimate for PFOA and ulcerative colitis from a previously published source. Exposure-response calculations were performed by Phillipson and Bartell (2026) but likely included several mistakes. These mistakes included using an inaccurate estimate for the midpoint exposure level in the highest exposure category and using an incorrect number of years when converting cumulative exposure (in ng/ml-year) to an annual average serum PFOA level (in ng/ml). Thus, to calculate an exposure-response slope for my analysis, I relied on the results from Steenland et al.'s (2013)[48] retrospective cohort study[49] in which exposure and disease history were assessed retrospectively from 1952 or birth (if later than 1952) until interview in residents of the mid-Ohio valley in an area near DuPont's Washington Works facility (i.e., the C8 study area). I used the results of the Steenland et al. (2013) study to derive an excess RR per ng/ml of serum PFOA value of 0.03144.

[46] Celina Nicole Phillipson & Scott Michael Bartell, *Exposure to per- and polyfluoroalkyl substances and*

*inflammatory bowel disease: review and meta-analysis*, JOURNAL OF EXPOSURE SCIENCE & ENVIRONMENTAL EPIDEMIOLOGY (2026).

[47] C8 Science Panel, Probable Link Evaluation of Autoimmune Disease (July 30, 2012), available at https://perma.cc/XDZ3-WGFB (last accessed on Sept. 8, 2026).

[48] Kyle Steenland et al., *Ulcerative Colitis and Perfluorooctanoic Acid (PFOA) in a Highly Exposed Population of Community Residents and Workers in the Mid-Ohio Valley*, 121 ENVIRO. HEALTH PERSPECT. 900 (2013).

[49] A "retrospective cohort study" is an observational research design in which investigators evaluate historical records to identify a group of people with a specific exposure and compare their subsequent health outcomes with an unexposed group.

77. To calculate this value, the RRs for quartiles of PFOA exposure were abstracted from Table 3 of Steenland et al. (2013), which summarized study participants' cumulative PFOA exposure based on modeled estimates of yearly serum PFOA levels from 1952 or birth (whichever was later) to the time of ulcerative colitis diagnosis (or a similar age in people without ulcerative colitis). More detailed exposure information, including category medians, was provided in a separate document provided by the C8 Science Panel:

**Figure 14: PFOA exposure quartiles from Steenland et al. (2013)**

| Cum PFOA (ng/mL) | Mean of quartile (SD) | Median of quartile (range) |
|---|---|---|
| 0 to <159 | 47.0 (43.3) | 33.4 (0.01 – 158.9) |
| 159 to <586 | 306.8 (120.4) | 274.3 (159.0 – 585.9) |
| 586 to <3500 | 1565.0 (820.3) | 1333.2 (586.0 – 3499.9) |
| ≥3500 | 12094.3 (15846.9) | 7715.8 (3500.0 – 626939.9) |

78. Unlagged results (i.e. no latency period was applied) from this study were used since exposure data were only provided for the unlagged results and because there is no obvious reason why a long lag period is needed to evaluate ulcerative colitis. In addition, only small differences were seen between the unlagged and 10-year lagged results so the decision to use unlagged results likely had little impact on the exposure-response slope calculations. As described for testicular cancer, the follow-up period was also needed for this study in order to convert cumulative exposures (ng/ml-years) into the annual average serum PFOA levels (ng/ml) for each exposure quartile. The follow-up period for Steenland et al. (2013) was not provided in the publication, so it had to be estimated. The follow-up period in this study began in 1952 or the date of birth, which ever came later. Thus, in terms of follow-up period, this cohort can be divided up into two general groups: Group 1: Those born in 1952 or later. Since the mean age of ulcerative colitis diagnosis in this study was 44 years, the average follow-up period in this group was likely reasonably close to 44 years. Group 2: Those born before 1952. For these people, follow-up began sometime after birth. The follow-up period in the second group was estimated by calculating their average age of birth (estimated to be 1940 based on information on this cohort from Winquist et

al. (2013)[50] Table 2) and subtracting that year from 1952 (the age their follow-up started). This period (12 years) was then subtracted from the average age of ulcerative colitis in this cohort (age 44) to estimate the average follow-up period in this group. The average follow-up period of these two groups combined, weighted by the percentage in each group, was then used to estimate the follow-up period in the study as a whole, which was calculated to be 39.5 years. Cumulative exposures (ng/ml-year) (the category medians) reported by Steenland et al. (2013) were then converted into annual average serum PFOA levels (ng/ml) by dividing them by the estimated follow-up period of 39.5 years.

79. I then used these annual average serum PFOA levels and the results of the Steenland et al. (2013) study to estimate the exposure-response relationship between serum PFOA and ulcerative colitis. As with testicular cancer, I examined a variety of different modeling approaches. Here I found that a model plotting the logarithm of RR versus exposure, with each RR weighted by the inverse of its variance, fit the data well both visually and statistically ($R^2$ value = 0.89) but only after removing the highest dose level. The excess RR of ulcerative colitis per 1 ng/ml of serum PFOA from this model was 0.03144. Assessing model fit after removing the highest exposure level is commonly done when the goal of the modeling is to evaluate the exposure-response relationships in the lower part of the study's exposure range. This was the case here since the Steenland et al. (2013) study involved the highly exposed C8 study area and therefore included a fairly large number of people whose exposures were much higher than typically seen in the general population of California.

[50] Andrea Winquist et al., *Design, Methods, and Population for a Study of PFOA Health Effects among Highly Exposed Mid-Ohio Valley Community Residents and Workers*, 121 (8) ENVIRO. HEALTH PERSPECT. 893 (2013).

80. Using this excess RR per ng/ml of serum PFOA I then calculated the numbers of ulcerative colitis cases per year in California attributable to PFOA using the same attributable fraction equation and the same procedures as used for testicular and kidney cancer. Because the total number of ulcerative colitis cases in California in any given year is unknown, I used information on the rate of ulcerative colitis in the United States population as a whole (cases per 100,000 people) from Lewis et al. (2023)[51] and multiplied this rate by the 2018 California population of 39,429,439 people to obtain an estimate of the total number of cases in California in 2018. Using these methods, I estimated the total additional (excess) cases per year in California of ulcerative colitis attributable to PFOA exposure was 121 cases per year.

**Figure 15: PFOA-attributable fraction of ulcerative colitis cases**

| **II. ATTRIBUTABLE FRACTION** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Percentiles of the population | Ref | 0-9th | 10-24th | 25-49th | 50-74th | 75-89th | 90-99th | >99th | Total |
| Population percent | | 9% | 15% | 25% | 25% | 15% | 10% | 1% | 100% |
| Assigned serum PFOA (ng/mL) | 0 | 0.450 | 0.739 | 1.104 | 1.653 | 2.343 | 3.469 | 8.291 | |
| UC relative risk | 1.000 | 1.0142 | 1.023 | 1.035 | 1.052 | 1.074 | 1.109 | 1.261 | |
| Attributable fraction: | | | | | | | | | |
| Numerator: ∑ p*(RR-1) | 0 | 0.00127 | 0.00348 | 0.00867 | 0.01300 | 0.01105 | 0.01091 | 0.00261 | 0.0510 |
| Denominator: 1+∑ p*(RR-1) | | | | | | | | | 1.0510 |
| AF: numerator / denominator | | | | | | | | | 4.85% |
| Cases per year all California | | | | | | | | | 2,484 |
| Total cases x AF | | | | | | | | | 121 |

81. Then, I calculated the direct and indirect costs associated with these cases. I largely relied on the results from Pilon et al. (2020) to estimate these costs.[52] This was a retrospective matched cohort study across the United States from 1999 to 2017 that assessed the direct medical care costs and some of the indirect costs of ulcerative colitis using a private insurance, employer claims database with almost 20 million insured individuals.

[51] James D. Lewis et al., *Incidence, Prevalence, and Racial and Ethnic Distribution of Inflammatory Bowel Disease in the United States*, 165 (5) GASTROENTEROLOGY 1197 (2023).

[52] Dominic Pilon et al., *Long-term direct and indirect costs of ulcerative colitis in a privately-insured United States population*, 36 (8) CURRENT MED. RESEARCH & OP. 1285 (2020).

82. Direct costs included medical visits, ER visits, inpatient admissions, and pharmacy costs and total $11,536 per case per year adjusted for medical inflation to reflect 2018 costs.[53]

83. Indirect costs included lost workdays, disability days, medical-related absenteeism costs, and short-term and long-term disability costs.[54] Costs due to presenteeism (decreased productivity while at work) were not included in Pilon et al. (2020), so these were estimated for using the absentee costs in Pilon et al. (2020) and the ratio of presenteeism to absenteeism costs in Rankala et al. (2021).[55] These indirect costs totaled $3,081 per case per year for 2018. This is likely an underestimate because it does not include the costs of other factors such as caregiver absenteeism, early retirement, delayed entry into the workforce, or unachieved educational and professional potential. I also compared studies providing supportive results (i.e., similar direct or indirect costs when adjusted for inflation): Burisch et al. (2025),[56] Cohen et al. (2015),[57] Gibson et al. (2008)[58] to check the cost calculations utilized. Ulcerative colitis is essentially a lifetime disease. In order to calculate the lifetime cost per case, I estimated the number of years a person lives with ulcerative colitis by subtracting the average age of ulcerative colitis diagnosis in the United States (age 41 years) from the average United States life expectancy (age 79 years). This period (79 years – 41 years = 38 years) was then multiplied by the yearly direct and indirect costs to obtain the lifetime cost per case of ulcerative colitis. Overall, the lifetime direct and indirect costs per ulcerative colitis case totaled $555,444. Costs for early death were not included since data are mixed on whether lifespans are shorter in people with ulcerative colitis.

---

[53] Direct costs were adjusted using the personal health care costs from the CMS.

[54] Indirect costs were adjusted for by general inflation CPI data from the Minnesota Fed.

[55] Rasmus Rankala et al., *Inflammatory bowel disease-related economic costs due to presenteeism and absenteeism*, 56 (6) GASTROENTEROLOGY 687 (2021).

[56] Johan Burisch et al., *The Cost of Inflammatory Bowel Disease Care: How to Make It Sustainable*, 23 CLINICAL GASTROENTEROLOGY & HEPATOLOGY 386 (2025).

[57] Russell Cohen et al., *Direct and indirect healthcare resource utilization and costs associated with ulcerative colitis in a privately-insured employed population in the US*, 18 (6) J. MED. ECON. 447 (2015).

[58] Teresa B. Gibson et al., *The Direct and Indirect Cost Burden of Crohn's Disease and Ulcerative Colitis*, 50 (11) J. OCCUP. & ENVIRON MED. 1261 (Nov. 2008).

84. The total cost for one year for additional ulcerative colitis cases in the 2017-2020 time period is $66,941,201 per year.

85. I also applied the above methods to calculate the excess number of ulcerative colitis cases per year for the years 1999-2000 and found that due to higher serum PFOA levels during that time, there were more excess ulcerative colitis cases per year at that time (334), making the additional cost per year for these excess cases $86,061,347 in each of those years.

86. At this time, I have not calculated cost estimates for ulcerative colitis for any periods other than 1999-2000 and 2017-2020. However, I have estimated the costs for the entire 1999-2020 period by applying the 2017-2020 annual costs to each year from 1999 to 2020. This led to a total cost estimate (i.e. all years combined) for the 1999-2020 period. This is a conservative approach because, as noted above, PFOA levels were lower in 2017-2020 than at any other point in the 1999-2020 period.

87. Ultimately, I calculated total ulcerative colitis costs of $1,472,706,422.

## V. CONSERVATIVE ESTIMATE

88. My estimate of the monetary cost of the four PFOA Outcomes in California is inherently conservative, for several reasons.

89. I underestimate the total direct medical care costs for kidney cancer by relying on Shih et al. (2019) for those costs. Shih et al. reported costs in 2018. Those costs are now outdated and underestimate direct care costs for cases in the future, at a minimum due to inflation. Moreover, those costs represent only the first twelve months of treatment. Accounting for only twelve months of treatment likely underestimates of the total costs of treating kidney cancer.

90. In calculating LBW costs, I used the standard deviation for birth weight for all births in California in these equations since the standard deviation for birth weights in each PFOA percentile are unknown. This is likely a conservative approach since the use of lower standard deviation values would increase the attributable fraction estimates.

91. LBW and ulcerative colitis costs are both estimated only for the period 1999–2020 and use the lowest annual serum levels during that period to estimate those costs. Thus, the cost

estimates for those PFOA Outcomes both underestimate the annual cost per case for each of the years evaluated, and totally exclude costs attributable to those conditions before 1999 and after 2020.

92. For both kidney cancer and birth weight the exposure-response slopes from two studies were combined based on the geometric mean rather than the arithmetic mean. Using the geometric mean in both instances resulted in a substantially lower estimates of the excess risk per ng/ml of serum PFOA than it would if the arithmetic mean was used. In the case of kidney cancer, this led to an excess RR per 1 ng/ml serum PFOA estimate that was 33% lower. In the case of birth weight, this led to a decrease in birth weight per 1 ng/ml serum PFOA estimate that was 38% lower. For ulcerative colitis, some evidence suggests that people with ulcerative colitis die at any earlier age than others. However, this is not consistent across all studies. Because of this, possible costs associated with early death were not included. Costs associated with caregiver absenteeism, early retirement, delayed entry into workforce, and unachieved educational and professional potential were also not included.

93. Neumann et al. (2014) suggested a cost per DALY (for calculating indirect costs) of $100,000-150,000. As a conservative measure, I used the lower bound of his recommended range.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 9th day of September, 2026, in Truckee, California.

By:

Craig Steinmaus

# EXHIBIT A

# CURRICULUM VITAE

**Craig M. Steinmaus, M.D., M.P.H.**
**July 31, 2026**

Public Health Medical Officer III
Office of Environmental Health Hazard Assessment
1515 Clay St., 16th Floor
Oakland, CA 94612
(415) 933-0190
craig.steinmaus@oehha.ca.gov

Adjunct Professor
University of California Berkeley
School of Public Health
craigs@berkeley.edu

## Personal Statement

I am board-certified occupational and environmental medicine physician with over 12 years of patient care experience; an Adjunct Professor of Epidemiology at the University of California Berkeley (UCB); a Public Health Medical Officer III at the California Environmental Protection Agency (Cal EPA); and Director of the UCB Arsenic Health Effects Research Group (ASRG). I have been involved in epidemiologic research on the health impacts of toxic chemical agents for over 25 years. I have been the Principal Investigator or Project Director on numerous National Institutes of Health (NIH)-funded epidemiologic studies of environmental contaminants and cancer and other health effects. I have been the lead instructor for several graduate courses at UCB and the University of California San Francisco (UCSF) on epidemiologic methods, risk assessment, causal inference, and systematic review. I have served on several NIH and Centers for Disease Control and Prevention (CDC) grant review study sections, and was a full member of the NIH Cancer, Heart, and Sleep Epidemiology study section. I was a panelist for US EPA's IRIS workshop on arsenic, a member of US EPA's Scientific Advisory Board Drinking Water Committee, an invited speaker and reviewer for the National Academy of Science (NAS), and an invited peer reviewer for risk assessment documents for the US EPA and US Food and Drug Administration. I have contributed to environmental health risk assessments for both the US EPA and the European Food Safety Authority (EFSA). I have published numerous systematic reviews and meta-analyses in peer-reviewed journals and have developed several new methods for assessing epidemiologic study quality and meta-analysis of epidemiologic data. My work at the Cal EPA Water Toxicology section and UCB has involved systematic reviews and risk assessments of important environmental contaminants including nitrate, arsenic, perchlorate, fluoride, chromium, and trihalomethanes, perfluorooctane sulfonic acid (PFOS), and perfluorooctanoic acid (PFOA), ethylene oxide, benzene, formaldehyde, and artificial food colorings.

## Education and Training

| | |
|---|---|
| 1980-1984 | University of California, Davis, BS Degree, Environmental Toxicology |
| 1984-1989 | University of California, Davis School of Medicine, MD, Medicine |
| 1989-1990 | University of California, Irvine, Internship, Internal Medicine |
| 1996-1997 | University of California, Berkeley, MPH, Environmental Health Sciences |
| 1998-1999 | University of California, San Francisco, Residency, Occupational and Environmental Medicine |

## Positions and Employment

| | |
|---|---|
| 1991-1997 | Lead Physician, ReadiCare and De La Cruz Occupational Medicine, Santa Clara CA |
| 1997-1998 | Staff Physician, Occupational Medicine Associates, San Leandro CA |

| | |
|---|---|
| 1997-2001 | Project Director, Arsenic Health Effects Research Group, University of California, Berkeley CA |
| 1998-2002 | Staff Physician, Occupational Health Services, University of California, San Francisco CA |
| 1999-current | Assistant Adjunct Professor, Department of Medicine, University of California, San Francisco CA |
| 2000-2010 | Assistant Adjunct Professor, School of Public Health, University of California, Berkeley CA |
| 2002-2003 | Medical Director, Passport Health Travel Medicine, Greenbrae CA |
| 2001-2005 | Assistant Director, Arsenic Health Effects Research Group, University of California, Berkeley CA |
| 2005-2014 | Associate Director, Arsenic Health Effects Research Group, University of California, Berkeley CA |
| 2005-2006 | Public Health Medical Officer II, Water Toxicology Section, Office of Environmental Health Hazard Assessment, California Environmental Protection Agency |
| 2006-current | Public Health Medical Officer III, Water Toxicology Section, Office of Environmental Health Hazard Assessment, California Environmental Protection Agency |
| 2010-2022 | Associate Adjunct Professor, School of Public Health, University of California, Berkeley CA |
| 2015-current | Director, Arsenic Health Effects Research Group, University of California, Berkeley CA |
| 2022-current | Adjunct Professor, School of Public Health, University of California, Berkeley CA |

**Other Experience and Professional Memberships**

| | |
|---|---|
| 1984 | High Honors, Environmental Toxicology, University of California, Davis |
| 1999 | Recipient, Resident's Research Presentation Award, American College of Occupational and Environmental Medicine |
| 2000-current | Board Certification, American Board of Preventive Medicine, Specialist in Occupational Medicine. Recertification in 2010 and 2020 |
| 2001-2004 | Member, California Occupational Safety and Health Administration (Cal-OSHA) Airborne Contaminants Scientific Advisory Committee |
| 2001-2006 | Recipient, Mentored Patient-Oriented Research Career Development Award (K23), National Institute of Environmental Health Sciences |
| 2003 | External Reviewer, University of California Office of the President, Public Health Goal: Perchlorate in Drinking Water |
| 2004-2009 | Temporary Member, Safety and Occupational Health Study Section, National Institute for Occupational Safety and Health |
| 2005-2011 | Editorial Board, Berkeley Wellness Letter, University of California, Berkeley CA |
| 2008-2015 | Member, Special Emphasis Panel, Loan Repayment Program for Clinical and Pediatric Researchers, National Institute of Environmental Health Sciences |
| 2011-2012 | Consultant, Corporación Nacional del Cobre de Chile (National Copper Corporation of Chile), Santiago, Chile |
| 2012 | Member, Special Emphasis Panel to Review K12 Grant Applications for the Building Interdisciplinary Research Careers in Women's Health (BIRCWH) Program, National Institutes of Health |
| 2012-2013 | Member, Children's Environmental Health and Disease Prevention Research Centers Review Committee, National Institute of Environmental Health Sciences/US Environmental Protection Agency |
| 2012-2016 | Consultant, Environmental Defender Law Center, Bozeman MT |
| 2012-2014 | Consultant, US Department of Justice, City of Colton v. American Promotional Events |
| 2013 | Panelist, The National Academies Workshop on the Toxicologic Assessment of Inorganic Arsenic, Committee on Inorganic Arsenic, National Research Council |
| 2013 | Panelist, Public Stakeholder Workshop to Inform EPA's Upcoming Integrated Risk Information System (IRIS) Toxicological Review of Inorganic Arsenic, US Environmental Protection Agency |

| | |
|---|---|
| 2013 | Peer Reviewer, Critical Aspects of US EPA's IRIS Assessment of Inorganic Arsenic, National Research Council |
| 2014-2016 | Temporary Member, Cancer, Heart, and Sleep Epidemiology Panel A Study Section (CHSA), National Institutes of Health |
| 2014 | Panelist, Health Effects and Mitigation of Arsenic: Current Research Efforts and Future Directions Workshop. National Institute of Environmental Health Sciences/US Environmental Protection Agency |
| 2014-2018 | Member, Scientific Advisory Board, Drinking Water Committee, US Environmental Protection Agency |
| 2015 | Peer Reviewer, Hazardous Identification Synthesis Section of the Inorganic Arsenic IRIS Toxicological Review, US Environmental Protection Agency |
| 2015 | Peer Reviewer, Rice and Rice Products Risk Assessment: Draft Report, US Food and Drug Administration |
| 2016-2020 | Member, Cancer, Heart, and Sleep Epidemiology Panel A Study Section (CHSA), National Institutes of Health |
| 2020-2021 | Member, Committee to Review the NTP Monograph on the Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects, National Academy of Sciences |

**Teaching**

| | |
|---|---|
| 1998-2015 | Instructor, PH 254B Occupational and Environmental Epidemiology, University of California, Berkeley |
| 2000-2018 | Instructor, PH 251C Causal Inference and Meta-Analysis in Epidemiology, University of California, Berkeley |
| 2010-2020 | Instructor, Epidemiology 206, Global Health Sciences, University of California, San Francisco |

**Peer-reviewed Publications**

**Senior/corresponding author*

1. Das R, Souter A, Sutton P, Beckman J, Santamaria B, Steinmaus CM et al, Farm worker illness following exposure to carbofuran and other pesticides-Fresno County, California, 1998. MMWR 48:113-6
2. *Steinmaus C, Balmes J. Government laboratory worker with lung cancer: beryllium, asbestos, or tobacco smoke? Environ Health Perspect. 2000 108:1003-6
3. Smith AH, Steinmaus CM. Arsenic in urine and water (Letter). Environ Health Perspect. 2000 108:A494-495
4. *Steinmaus CM, Moore L, Hopenhayn-Rich C, Biggs ML, Smith AH. Arsenic in drinking water and bladder cancer. Cancer Invest. 2000 18:174-82
5. *Steinmaus CM, Nunez S, Smith AH. Diet and bladder cancer: a meta-analysis of six dietary variables. Am J Epidemiol. 2000 151:693-702
6. Smith AH, Lopipero PA, Bates MN, Steinmaus CS. Arsenic epidemiology and drinking water standards. Science. 2002 296:2145-6
7. *Steinmaus CS, Yuan Y, Bates M, Smith AH. Case-control study of bladder cancer and drinking water arsenic in the western United States. Am J Epidemiol. 2003 158:1193-201
8. Bates MN, Rey OA, Biggs ML, Hopenhayn C, Moore LE, Kalman D, Steinmaus C, Smith AH. Case-control study of bladder cancer and exposure to arsenic in Argentina. Am J Epidemiol. 2004 159:381-9
9. *Steinmaus C, Lu M, Todd RL, Smith AH. Probability estimates for the unique childhood leukemia cluster in Fallon, Nevada, and risks near other US military aviation facilities. Environ Health Perspect. 2004 112:766-72
10. Zhuo H, Smith AH, Steinmaus C. Selenium and lung cancer: a quantitative analysis of heterogeneity in the current epidemiologic literature. Cancer Epidemiol Biomarkers Prev. 2004 13:771-8

11. Guha Mazumder DN, Steinmaus C, Bhattacharya P, von Ehrenstein OS, Ghosh N, Gotway M; Sil A, Balmes J, Haque R, Hira-Smith MM, Smith, AH. Bronchiectasis in persons with skin lesions due to arsenic in drinking water in West Bengal, India. Epidemiology. 2005 16:760-5

12. *Steinmaus C, Carrigan K, Kalman D, Atallah R, Smith AH. Dietary intake and arsenic methylation in a US population. Environ Health Perspect. 2005 113:1153-9

13. Moore L, Pfeiffer R, Warner M, Clark M, Skibola C, Steinmaus C, Alguacil J, Rothman N, Smith M, Smith AH. Identification of biomarkers of arsenic exposure and metabolism in urine using SELDI technology. J Biochem Mol Toxicol. 2005 19:176

14. *Steinmaus C, Yuan Y, Kalman D, Atallah R, Smith AH. Intra-individual variability in arsenic methylation in a US Population. Cancer Epidemiol Biomarkers Prev. 2005 14:919-24

15. *Steinmaus C, Yuan Y, Smith AH. The temporal stability of arsenic well water concentrations in western Nevada. Environ Res. 2005 99:164-8

16. Smith AH, Marshall G, Yuan Y, Ferreccio C, Liaw J, von Ehrenstein O, Steinmaus C, Bates M, Selvin S. Increased mortality from lung cancer and bronchiectasis in young adults following exposure to arsenic in utero and early childhood. Environ Health Perspect. 2006 114:1293-6

17. Cohen R, Steinmaus C, Quinlan P, Cooper M, Ku R. Development of Permissible Exposure Limits: the California experience. Int J Occup Environ Health. 2006 12:242-7

18. *Steinmaus C, Bates MN, Yuan Y, Kalman D, Atallah R, Rey O, Biggs ML, Hopenhayn C, Moore L, Hoang B, Smith AH, Arsenic methylation and bladder cancer risk in case-control studies in Argentina and the United States. J Occup Environ Med. 2006 48:478-88

19. Setia MS, Steinmaus C, Ho CS, Rutherford GW. The role of BCG in prevention of leprosy: a meta-analysis. Lancet Infect Dis. 2006 6:162-70

20. *Steinmaus C, George CM, Kalman D, Smith AH. The evaluation of two new arsenic field test kits capable of detecting arsenic water concentrations close to 10 ug/L. Environ Sci Technol. 2006 40:3362-6

21. *George C, Smith AH, Kalman D, Steinmaus C. Reverse osmosis filter use and high arsenic drinking water concentrations in private well water. Arch Occup Environ Health. 2007 61:171-5

22. *Thundiyil JG, Yuan Y, Smith AH, Steinmaus C. Seasonal variation of arsenic concentration in wells in Nevada. Environ Res. 2007 104:367-73

23. Yuan Y, Marshall G, Ferreccio C, Steinmaus C, Selvin S, Liaw J, Bates MN, Smith AH. Increased acute myocardial infarction mortality in Region II of Chile due to arsenic in drinking water compared to lung and bladder cancer mortality. Am J Epidemiol. 2007 166:1381-91

24. *Steinmaus C, Miller MD, Blount BC, Howd R. Impact of smoking and thiocyanate on perchlorate and thyroid hormone associations in the 2001-2002 National Health and Nutrition Examination Survey. Environ Health Perspect. 2007 115:1333-8

25. *Steinmaus C, Moore L, Shipp M, Kalman D, Biggs ML, Hopenhayn C, Bates M, Zheng S, Smith AH. Genetic polymorphisms in MTHFR 677 and 1298, GSTM1 and T1, and metabolism of arsenic. J Toxicol Environ Health. 2007 70:159-70

26. Cohen R, Steinmaus C, Quinlan P, Roberts T, Cooper M. Keeping up with science. Developing PELs in California. The Synergist. 2007 March 32-5

27. Miller MD, Marty M, Broadwin R, Johnson K, Salmon AG, Winder B, Steinmaus C. The association between exposure to environmental tobacco smoke and breast cancer: a review by the California Environmental Protection Agency. Prev Med. 2007 44:93-106

28. Marshall G, Ferreccio C, Yuan Y, Bates M, Steinmaus C, Steve Selvin S, Liaw L, Smith AH. Fifty-year study of lung and bladder cancer mortality in Chile due to arsenic in drinking water. JNCI. 2007 99:920-8

29. Liaw J, Marshall G, Yuan Y, Ferreccio C, Steinmaus C, Smith AH. Increased childhood liver cancer mortality and arsenic in drinking water in northern Chile. Cancer Epidemiol Biomarkers Prev. 2008 17:1982-7

30. Hegedus CM, Skibola CF, Warner M, Skibola D, Clark M, Pfeiffer RM, Steinmaus C, Smith AH, Smith MT, Moore LE. Decreased urinary beta defensin-1 expression as a biomarker of response to arsenic. Toxicol Sci. 2008 106:74-82

31. Zhang L, Steinmaus C, Eastmond DA, Xin XK, Smith MT. Formaldehyde exposure and leukemia: a new meta-analysis and potential mechanisms. Mut Res Rev. 2008 681:150-68

32. *Steinmaus C, Smith AH, Jones RM, Smith MT. Meta-analysis of benzene exposure and non-Hodgkin lymphoma: biases could mask an important association. Occup Environ Med. 2008 65:371-8

33. Smith AH, Steinmaus C. Health effects of arsenic and chromium in drinking water: recent human findings. Ann Rev Public Health. 2009 30:107-22

34. Smith AH, Ercumen A, Yuan Y, Steinmaus CM. Increased lung cancer risks are similar whether arsenic is ingested or inhaled. J Expo Sci Environ Epidemiol. 2009 19:343-8

35. *Chak E, Rutherford GW, Steinmaus C. The role of breastfeeding in prevention of Helicobacter Pylori infection: a systematic review. Clin Infect Dis. 2009 15:430-7

36. *Steinmaus C, Yuan Y, Liaw J, Smith AH. On arsenic, diabetes, creatinine and multiple regression modeling: a response to the commentaries on our reanalysis. Epidemiology [Online]

37. *Steinmaus C, Yuan Y, Liaw J, Smith AH. Low level population exposure to inorganic arsenic in the United States and diabetes mellitus: a re-analysis. Epidemiology. 2009 20:807-15

38. Yuan Y, Liaw J, Steinmaus C, Smith AH. Kidney cancer mortality: fifty-year latency patterns related to arsenic exposure. Epidemiology. 2010 21:103-8

39. *Steinmaus C, Smith AH, Smith M. Response to Swaen et al. [Letter]. Occup Environ Med. 2010 67(4):287

40. *Steinmaus C, Yuan Y, Kalman D, Rey OA, Skibola CF, Dauphine D, Basu A, Porter KE, Hubbard A, Bates MN, Smith MT, Smith AH. Individual differences in arsenic metabolism and lung cancer in a case-control study in Cordoba, Argentina. Toxicol Appl Pharmacol. 2010 247(2):138-45

41. Porter KE, Basu A, Hubbard AE, Bates MN, Kalman D, Rey O, Smith A, Smith MT, Steinmaus C, Skibola CF. Association of genetic variation in cystathionine-beta-synthase and arsenic metabolism. Environ Res 2010 110:580-7

42. *Steinmaus C, Smith AH, Smith MT. Regarding "Meta-analysis and causal inference: a case study of benzene and non-Hodgkin lymphoma": an incomplete analysis. Ann Epidemiol. 2011 21:67-9

43. *Schwilk E, Zhang L, Smith MT, Smith AH, Steinmaus C. Formaldehyde and leukemia: an updated meta-analysis and evaluation of bias. J Occup Environ Med. 2010 52(9):878-86

44. *Steinmaus C, Miller M, Smith M. Perchlorate in drinking water during pregnancy and neonatal thyroid hormone levels in California. J Occup Environ Med. 2010 52:1217-524

45. *Dauphiné DC, Ferreccio C, Guntur S, Yuan Y, Hammond SK, Balmes J, Smith AH, Steinmaus C. Lung function in adults following in utero and childhood exposure to arsenic in drinking water: preliminary findings. Int Arch Occup Environ Health. 2011 84(6):591-600

46. Smith AH, Marshall G, Yuan Y, Liaw J, Ferreccio C, Steinmaus C. Evidence from Chile that arsenic in drinking water may increase mortality from pulmonary tuberculosis. Am J Epidemiol. 2011 173(4):414-20

47. Smith AH, Steinmaus CM. Arsenic in drinking water. BMJ. 2011 342:d2248.

48. Basu A, Mitra S, Chung J, Guha Mazumder DN, Ghose N, Kalman DA, von Ehrenstein OS, Steinmaus C, Liaw J, Smith AH. Creatinine, diet, micronutrients, and arsenic methylation in West Bengal, India. Environ Health Perspect. 2011 119(9):1308-13

49. Duong A, Steinmaus C, McHale CM, Vaughan CP, Zhang L. Reproductive and developmental toxicity of formaldehyde: a systematic review. Mutat Res. 2011 728(3):118-38

50. *Steinmaus C, Miller M, Smith M. Relative source contribution of perchlorate and other goitrogens in newborn thyroid function. Author’s Reply. J Occup Environ Med. 2011 53(5):466-7

51. *Yuhara H, Steinmaus C, Cohen S, Corley D, Tei Y, Buffler P. Is diabetes mellitus an independent risk factor for colon cancer and rectal cancer? A meta-analysis. Am J Gastroenterol. 2011 106(11):1911-21

52. Hickenbotham A, Roorda A, Glasser A, Steinmaus C. Meta-analysis of sex differences in presbyopia, Invest Ophthalmol Vis Sci. 2012 53(6):3215-20

53. Smith AH, Marshall G, Liaw J, Yuan Y, Ferreccio C, Steinmaus C. Mortality in young adults following in utero and childhood exposure to arsenic in drinking water. Environ Health Perspect. 2012 120(11):1527-31

54. Ahsan H, Steinmaus C. Arsenical skin lesions predict risk of internal cancer: implications for prevention and future research. Invited Commentary. Am J Epidemiol. 2013 177(3):213-6

55. *Steinmaus CM, Ferreccio C, Romo JA, Yuan Y, Cortes S, Marshall G, Moore LE, Balmes JR, Liaw J, Golden T, Smith AH. Drinking water arsenic in northern Chile: high cancer risks 40 years after exposure cessation. Cancer Epidemiol Biomarkers Prev. 2013, 22(4):623-30

56. Kalman DA, Dills RL, Steinmaus C, Yunus M, Khan AF, Prodhan MM, Yuan Y, Smith AH. Occurrence of trivalent monomethyl arsenic and other urinary arsenic species in a highly exposed juvenile population in Bangladesh. J Expo Sci Environ Epidemiol. 2013 24:113-20

57. Yuhara H, Steinmaus C, Corley D, Koike J, Igarashi M, Suzuki T, Mine T. Meta-analysis: the risk of venous thromboembolism in patients with inflammatory bowel disease. Aliment Pharmacol Ther. 2013 37(10):953-62

58. *Steinmaus C, Miller MD, Cushing L, Blount BC, Smith AH. Combined effects of perchlorate, thiocyanate, and iodine on thyroid function in the National Health and Nutrition Examination Survey 2007-08. Environ Res. 2013 123:17-24

59. *Ferreccio C, Yuan Y, Calle J, Benítez H, Parra RL, Smith AH, Liaw J, Steinmaus C. Arsenic, tobacco smoke, and occupation: associations of multiple agents with lung and bladder cancer risks. Epidemiology. 2013 24(6):898-905

60. *Ferreccio C, Smith AH, Durán V, Barlaro T, Benítez H, Valdés R, Aguirre JJ, Moore LE, Acevedo J, Vásquez MI, Pérez L, Yuan Y, Liaw J, Cantor KP, Steinmaus C. Case-control study of arsenic in drinking water and kidney cancer in uniquely exposed Northern Chile. Am J Epidemiol. 2013 Sep 1;178(5):813-8.

61. Moore LE, Karami S, Steinmaus C, Cantor KP. Use of OMIC technologies to study arsenic exposure in human populations. Environ Mol Mutagenesis. 2013 54(7):589-95

62. *Dauphiné DC, Smith AH, Yuan Y, Balmes JR, Bates MN, Steinmaus C. Case-control study of arsenic in drinking water and lung cancer in California and Nevada. Int J Environ Res Public Health. 2013 10(8):3310-24

63. Smith AH, Yunus M, Khan AF, Ercumen A, Yuan Y, Smith MH, Liaw J, Balmes J, von Ehrenstein O, Raqi R, Kalman D, Alam DS, Streatfield PK, Steinmaus C. Chronic respiratory symptoms in children following in utero and early life exposure to arsenic in drinking water in Bangladesh. Int J Epidemiol. 2013 42(4):1077-86.

64. *Melak D, Ferreccio C, Kalman D, Parra R, Acevedo J, Pérez L, Cortés S, Smith AH, Yuan Y, Liaw J, Steinmaus C. Arsenic methylation and lung and bladder cancer in a case-control study in northern Chile. Toxicol Appl Pharmacol. 2014 15;274(2):225-31

65. *Steinmaus C, Ferreccio C, Acevedo J, Yuan Y, Liaw J, Durán V, Cuevas S, García J, Meza R, Valdés R, Valdés G, Benítez H, VanderLinde V, Villagra V, Cantor KP, Moore LE, Perez SG, Steinmaus S, Smith AH. Increased lung and bladder cancer incidence in adults after in utero and early-life arsenic exposure. Cancer Epidemiol Biomarkers Prev. 2014 23:1529-38

66. *Welling R, Beaumont JJ, Petersen SJ, Alexeeff GV, Steinmaus C. Chromium VI and stomach cancer: a meta-analysis of the current epidemiological evidence. Occup Environ Med. 2015 Feb;72(2):151-9.

67. Smith AH, Marshall G, Yuan Y, Ferreccio C, Steinmaus C, Liaw J, Smith MT, Wood L, Heirich M, Fritzemeier RM, Pegram M. Rapid reduction in breast and ovarian cancer mortality with inorganic arsenic in drinking water. E-Biomedicine 2014 Nov 1;1(1):58-63

68. *Steinmaus C, Ferreccio C, Yuan Y, Acevedo J, González F, Perez L, Cortés S, Balmes JR, Liaw J, Smith AH. Elevated lung cancer in younger adults and low concentrations of arsenic in water. Am J Epidemiol. 2014 Dec 1;180(11):1082-7

69. Poghosyan A, Morel-Espinosa M, Valentin-Blasini L, Blount BC, Ferreccio C, Steinmaus CM, Sturchio NC. Chlorine isotopic composition of perchlorate in human urine as a means of distinguishing among exposure sources. J Expo Sci Environ Epidemiol. 2016 May-Jun;26(3):324-8

70. *Steinmaus C, Ferreccio C, Smith AH. Three authors reply. Am J Epidemiol. 2015 1;182(1):90-2

71. *Steinmaus C, Pearl M, Kharrazi M, Blount B, Miller MD, Pearce EN, Valentin-Blasini L, DeLorenze G, Hoofnagle A, Liaw J. Thyroid hormones and moderate exposure to perchlorate during pregnancy In women in southern California. Environ Health Perspect 2016;124(6):861-7.

72. *Carlos-Wallace FM, Zhang L, Smith MT, Rader G, Steinmaus C. Parental, in utero, and early-life exposure to benzene and risk of childhood leukemia: a meta-analysis. Am J Epidemiol 2016;183(1):1-14

73. *Steinmaus C, Castriota F, Ferreccio C, Smith AH, Yuan Y, Liaw J, Acevedo J, Pérez L, Meza R, Calcagno S, Uauy R, Smith MT. Obesity and excess weight in early adulthood and high risks of arsenic-related cancer in later life. Environ Res. 2015;142:594-601

74. Lai PY, Cottingham KL, Steinmaus C, Karagas MR, Miller MD. Arsenic and rice: translating research to address health care providers' needs. J Pediatr. 2016;167(4):797-803

75. Vinnikov D, Blanc PD, Steinmaus C. Is smoking a predictor for acute mountain sickness? Findings from a meta-Analysis. Nicotine Tob Res. 2016;18(6):1509-16

76. *Steinmaus CM. Perchlorate in water supplies: sources, exposures, and health effects. Curr Environ Health Rep. 2016;3(2):136-43

77. Vinnikov D, Khafagy A, Blanc PD, Brimkulov N, Steinmaus C. High-altitude alpine therapy and lung function in asthma: systematic review and meta-analysis. Europ Res J. 2016; 6;2(2)

78. Vinceti M, Ballotari P, Steinmaus C, Malagoli C, Luberto F, Malavolti M, Giorgi Rossi P. Long-term mortality patterns in a residential cohort exposed to inorganic selenium in drinking water. Environ Res. 2016;150:348-56

79. *Steinmaus C, Ferreccio C, Acevedo J, Balmes JR, Liaw J, Troncoso P, Dauphiné DC, Nardone A, Smith AH. High risks of lung disease associated with early-life and moderate lifetime arsenic exposure in northern Chile. Toxicol Appl Pharmacol. 2016;313:10-15.

80. *Hall EM, Acevedo J, López FG, Cortés S, Ferreccio C, Smith AH, Steinmaus CM. Hypertension among adults exposed to drinking water arsenic in Northern Chile. Environ Res. 2017;153:99-105

81. *Steinmaus C, Smith MT. Steinmaus and Smith respond to "Proximity to Gasoline Stations and Childhood Leukemia". Am J Epidemiol. 2017;185(1):5-7

82. Smith AM, Smith MT, La Merrill MA, Liaw J, Steinmaus C. 2,4-Dichlorophenoxyacetic acid (2,4-D) and risk of non-Hodgkin lymphoma: a meta-analysis accounting for exposure levels. Ann Epidemiol [in press]

83. Rubin R, Pearl M, Kharrazi M, Blount BC, Miller MD, Pearce EN, Valentin-Blasini L, DeLorenze G, Liaw J, Hoofnagle AN, Steinmaus C. Maternal perchlorate exposure in pregnancy and altered birth outcomes. Environ Res. 2017 Oct;158:72-81

84. de la Rosa R, Steinmaus C, Akers NK, Conde L, Ferreccio C, Kalman D, Zhang KR, Skibola CF, Smith AH, Zhang L, Smith MT. Associations between arsenic (+3 oxidation state) methyltransferase (AS3MT) and N-6 adenine-specific DNA methyltransferase 1 (N6AMT1) polymorphisms, arsenic metabolism, and cancer risk in a Chilean population. Environ Mol Mutagen. 2017 Jul;58(6):411-422

85. *Nardone A, Ferreccio C, Acevedo J, Enanoria W, Blair A, Smith AH, Balmes J, Steinmaus C. The impact of BMI on non-malignant respiratory symptoms and lung function in arsenic exposed adults of Northern Chile. Environ Res. 2017, Oct;158:710-719

86. Smith AH, Marshall G, Roh T, Ferreccio C, Liaw J, Steinmaus C. Lung, Bladder, and Kidney Cancer Mortality 40 Years After Arsenic Exposure Reduction. J Natl Cancer Inst. 2018 Mar 1;110(3):241-249

87. Agarwal S, Steinmaus C, Harris-Adamson C. Sit-stand workstations and impact on low back discomfort: a systematic review and meta-analysis. Ergonomics. 2018 Apr;61(4):538-552.

88. Kim MW, Greenfield BK, Snyder RE, Steinmaus CM, Riley LW. The association between community-associated Staphylococcus aureus colonization and disease: a meta-analysis. BMC Infect Dis. 2018 Feb 21;18(1):86

89. Dorjee K, Choden T, Baxi SM, Steinmaus C, Reingold AL. Risk of cardiovascular disease associated with exposure to abacavir among individuals with HIV: A systematic review and meta-analyses of results from 17 epidemiologic studies. Int J Antimicrob Agents. 2018 Nov;52(5):541-553.

90. *Castriota F, Acevedo J, Ferreccio C, Smith AH, Liaw J, Smith MT, Steinmaus C. Obesity and increased susceptibility to arsenic-related type 2 diabetes in Northern Chile. Environ Res. 2018 Nov;167:248-254.

91. Roh T, Steinmaus C, Marshall G, Ferreccio C, Liaw J, Smith AH. Age at Exposure to Arsenic in Water and Mortality 30-40 Years After Exposure Cessation. Am J Epidemiol. 2018 Nov 1;187(11):2297-2305.

92. Lin PC, Steinmaus C. Childhood CT Scans and Subsequent Cancer Risk-A Meta-Analysis. Journal of Medicine and Health 2019 9 (1), 29-45

93. *Eick SM, Ferreccio C, Acevedo J, Castriota F, Cordero JF, Roh T, Smith AH, Smith MT, Steinmaus C. Socioeconomic status and the association between arsenic exposure and type 2 diabetes. Environ Res. 2019 May;172:578-585.

94. Castriota F, Rieswijk L, Dahlberg S, La Merrill MA, Steinmaus C, Smith MT, Wang JC. A State-of-the-Science Review of Arsenic's Effects on Glucose Homeostasis in Experimental Models. Environ Health Perspect. 2020 Jan;128(1):16001

95. Khan MA, Hira-Smith M, Ahmed SI, Yunus M, Hasan SMT, Liaw J, Balmes J, Raqib R, Yuan Y, Kalman D, Roh T, Steinmaus C, Smith AH. Prospective cohort study of respiratory effects at ages 14 to 26 following early life exposure to arsenic in drinking water. Environ Epidemiol. 2020 Apr 9;4(2):e089

96. *Eick SM, Steinmaus C. Arsenic and Obesity: a Review of Causation and Interaction. Curr Environ Health Rep. 2020 Sep;7(3):343-351

97. Rana I, Rieswijk L, Steinmaus C, Zhang L. Formaldehyde and Brain Disorders: A Meta-Analysis and Bioinformatics Approach. Neurotox Res. 2021 Jun;39(3):924-948.

98. Bozack AK, Boileau P, Wei L, Hubbard AE, Sillé FCM, Ferreccio C, Acevedo J, Hou L, Ilievski V, Steinmaus CM, Smith MT, Navas-Acien A, Gamble MV, Cardenas A. Exposure to arsenic at different life-stages and DNA methylation meta-analysis in buccal cells and leukocytes. Environ Health. 2021 Jul 9;20(1):79.

99. Rana I, Dahlberg S, Steinmaus C, Zhang L. Benzene exposure and non-Hodgkin lymphoma: a systematic review and meta-analysis of human studies. Lancet Planet Health. 2021 Sep;5(9):e633-e643.

100. Miller MD, Steinmaus C, Golub MS, Castorina R, Thilakartne R, Bradman A, Marty MA. Potential impacts of synthetic food dyes on activity and attention in children: a review of the human and animal evidence. Environ Health. 2022 Apr 29;21(1):45.

101. Bozack AK, Boileau P, Hubbard AE, Sillé FCM, Ferreccio C, Steinmaus CM, Smith MT, Cardenas A. The impact of prenatal and early-life arsenic exposure on epigenetic age acceleration among adults in Northern Chile. Environ Epigenet. 2022 Jun 1;8(1):dvac014.

102. Beene D, Collender P, Cardenas A, Harvey C, Huhmann L, Lin Y, Lewis J, LoIacono N, Navas-Acien A, Nigra A, Steinmaus C, van Geen A. A mass-balance approach to evaluate arsenic intake and excretion in different populations. Environ Int. 2022 Jun 26;166:107371.

103. Iyer S, Kauffman D, Steinmaus C, Hoover S. Biomonitoring California Protocol for Following up on Elevated Levels of Urinary Arsenic. Int J Environ Res Public Health. 2023 Mar 27;20(7):5269.

104. Gandhi SA, Min B, Fazio JC, Johannson KA, Steinmaus C, Reynolds CJ, Cummings KJ. The Impact of Occupational Exposures on the Risk of Idiopathic Pulmonary Fibrosis: A Systematic Review and Meta-Analysis. Ann Am Thorac Soc. 2023 Dec 14.

105. *Blanco E, Acevedo J, Pérez L, Herrera M, Durán V, Barlaro T, Meza R, Roa JC, Parra R, Benitez H, Schwalb ME, Steinmaus C, Ferreccio C. Arsenic in drinking water and breast cancer: a case-control study from a high exposure area in Northern Chile. Breast Cancer Res Treat. 2025;213(1):127-135.

106. Mansoor JK, Borras E, Wong EM, Rodriguez LP, Silveira A, Ferreccio C, Davis CE, Steinmaus C, Schelegle ES. Evaluation of lung oxidative stress and inflammatory state using exhaled breath condensate analysis in early-life arsenic exposure. J Breath Res. 2025 Oct 21;19(4):046010.

107. Schwalb ME, Ferreccio C, Blanco E, Smith AH, Steinmaus C. Arsenic in Drinking Water and Prostate Cancer: A Population-Based Case-Control Study in Northern Chile. Cancer Epidemiol Biomarkers Prev. 2025 Dec 1;34(12):2201-2207.

108. Kwon D, Bozack AK, Ferreccio C, McCormick N, Steinmaus CM, de la Rosa R, Cardenas A. Arsenic exposure at birth, socioeconomic status, and epigenetic aging among adults in northern Chile. Environ Res. 2026 Jun 15;299:124377.

109. de la Rosa R, Steinmaus C, Nardone A, Silveira A, Acevedo J, Ferreccio C, Smith MT, Sillé FCM. Long-term effect of early-life arsenic exposure on morning plasma cortisol in adults from Antofagasta, Chile. Environ Health. 2026 May 6;25(1):56.

**Book Chapters**

1. Smith AH, Biggs ML, Moore L, Haque R, Steinmaus CM, Lopipero P. Cancer Risks from Arsenic in Drinking Water: Implications for Drinking Water Standards. In: W Chappell, CO Abernathy and RL Calderon (eds): Arsenic Exposure and Health Effects, July 12-15, 1998, San Diego, California. Oxford: Elsevier Science, Ltd., pp. 191-9

2. Steinmaus C. Water, Drinking and Arsenic. In: Colditz GA and Golson JG (eds): Encyclopedia of Cancer and Society. Sage Publications. 2008

3. Ting D and Steinmaus C. Perchlorate: Human Toxicity. In: Encyclopedia of Environmental Health. Elsevier. Oxford, 2011, pp. 364-370

4. *Steinmaus C. Water Pollution. In: La Dou J, Harrison R (eds): Current Occupational and Environmental Medicine. 5th Edition. Lange

5. Cantor KP, Steinmaus C, Ward MH, Beane LE Freeman. Chapter 18. Water Contaminants. Cancer Epidemiology and Prevention. 4th Edition. Schottenfeld and Fraumeni (eds). Oxford University Press

**Government Reports**

1. Signs and Symptoms Following Aerial Spraying for Light Brown Apple Moth. Office of Environmental Health Hazard Assessment. February 2008

2. Drinking Water Consumption Default Values. Office of Environmental Health Hazard Assessment. June, 2008

3. Evidence on the Carcinogenicity of Fluoride and its Salts. Reproductive and Cancer Hazard Assessment Branch. Office of Environmental Health Hazard Assessment. California Environmental Protection Agency. July 2011. http://www.oehha.ca.gov/prop65/hazard_ident/pdf_zip/fluoride070811.pdf

4. Public Health Goal for Perchlorate in Drinking Water. Office of Environmental Health Hazard Assessment. California Environmental Protection Agency. November 2014. http://oehha.ca.gov/water/phg/010711perchlorate.html

5. Public Health Goal, Nitrates/Nitrites in Drinking Water. Office of Environmental Health Hazard Assessment. May 2018. https://oehha.ca.gov/water/chemicals/nitrite-and-nitrate

6. Review of the Revised NTP Monograph on the Systematic Review of Fluoride Exposure and Neurodevelopmental and Cognitive Health Effects. A Letter Report. National Academy of Sciences. 2021. https://nap.nationalacademies.org/read/26030

7. Health Effects Assessment: Potential Neurobehavioral Effects of Synthetic Food Dyes in Children. Final Report. Office of Environmental Health Hazard Assessment. California Environmental Protection Agency. April 16, 2021. https://oehha.ca.gov/risk-assessment/report/health-effects-assessment-potential-neurobehavioral-effects-synthetic-food-dyes-children

8. Notification Level Recommendation. Perfluorohexane Sulfonic Acid in Drinking Water. Office of Environmental Health Hazard Assessment. California Environmental Protection Agency. March 2022. https://oehha.ca.gov/sites/default/files/media/pfhxsnl031722.pdf

9. Public Health Goals. Haloacetic Acids in Drinking Water. Office of Environmental Health Hazard Assessment. California Environmental Protection Agency. December 2022. https://oehha.ca.gov/water/crnr/haloacetic-acids-drinking-water

10. Public Health Goals. Perfluorooctanoic Acid and Perfluorooctane Sulfonic Acid in Drinking Water. Final. Office of Environmental Health Hazard Assessment. California Environmental Protection Agency. March 2024. https://oehha.ca.gov/media/downloads/air/public-health-goal-document/pfoapfosphgfinaldraft040524.pdf

11. Notification Level Recommendation. Perfluorohexanoic Acid in Drinking Water. Office of Environmental Health Hazard Assessment. California Environmental Protection Agency. September 2024. https://oehha.ca.gov/sites/default/files/media/2024-10/pfhxanl091824.pdf

12. Public Health Goals. Proposed Health-Protective Concentration for the Noncancer Effects of Hexavalent Chromium in Drinking Water. Second Public Review Draft. Office of Environmental Health Hazard Assessment. California Environmental Protection Agency. March 2025. https://oehha.ca.gov/sites/default/files/media/2025-03/PHGCr6seconddraft032825.pdf

**Conference Abstracts [Recent]**

1. †Blanco, E., Steinmaus, C., & Ferreccio, C. (2022, September). Inorganic arsenic in drinking water and breast cancer risk: a case-control study in Northern Chile. In ISEE Conference Abstracts (Vol. 2022, No. 1).

2. †Bozack, A., Boileau, P., Hubbard, A. E., Sillé, F. C., Ferreccio, C., Steinmaus, C. M., ... & Cardenas, A. (2022, September). Evidence of epigenetic age acceleration among adults with prenatal and early life arsenic exposure in Northern Chile. In ISEE Conference Abstracts (Vol. 2022, No. 1).

3. †Poceros-Coba, Alma A., Ana Estrada-Florez, Ted Toal, Paul Lott, Macarena Garrido, Craig Steinmaus, Catterina Ferrecio R, and Luis Carvajal-Carmona. "Elucidating arsenic dependent carcinogenesis in humans." Cancer Research 82, no. 12_Supplement (2022): 229-229.

4. †Gandhi, S., Min, B., Johannson, K. A. M., Steinmaus, C., Reynolds, C., & Cummings, K. J. (2023). The Impact of Occupational Exposures on the Risk of Idiopathic Pulmonary Fibrosis-A Systematic Review and Meta-analysis. C95. NOT JUST GENES: ENVIRONMENTAL EXPOSURES AND INTERSTITIAL LUNG DISEASE, A5937-A5937.

5. K.A. Rychlik, E.J. Illingworth, S.E. Attreed, S.S. Sanchez, A. Grant-Alfieri, M.C. Rodriguez Steube, A. Mathur, I.F. Sanchez, C. Tang, M. Suresh, G. Lopez-Cecetaite, P. Sadhukhan, M. Hoque, R. Tasneen, E. Nuermberger, C. Ferreccio, C.M. Steinmaus, M.T. Smith, F.C.M. Sillé, S17-02: The Long-term Impact of Perinatal Exposures on Susceptibility to Immune-mediated Diseases, Toxicology Letters, Volume 384, Supplement 1, 2023, Page S43

6. Molly E Schwalb, PhD, MPH, Catterina Ferreccio, MD, MPH, Estela Blanco, PhD, MPH, MA Craig Steinmaus, MD, MPH. Arsenic in drinking water and prostate cancer: A population-based case-control study in northern Chile. ISEE Conference Abstracts. Atlanta 2025 [accepted]

**Past Research Support**

R21ES035517 Cardenas A and de la Rosa R (PI) 01/01/23-01/01/24 Role: Consultant
Programming of Epigenetic Clocks from Early-life Arsenic Exposure
Agency: National Institute of Environmental Health Sciences

Goal: To evaluate the association between early-life arsenic exposure and DNA methylation epigenetic aging
Amount: $208,145

P42ES04705 Smith MT (PI) 04/01/17 - 03/31/22 Role: Project Director
*Exposomics and Arsenic Epidemiology - Project 1 in Program Grant Toxic Substances in the Environment*
Agency: National Institute of Environmental Health Sciences
Goal: To provide information that will allow the population risks from arsenic in drinking water to be more accurately assessed by providing new data on cancer and non-cancer outcomes, susceptibility, and disease mechanisms.
Amount: $675,434

R01ES014032 Steinmaus C (PI) 04/01/14-03/31/20 Role: PI
*Cancer in Adults Following In Utero and Early-life Exposure to Arsenic*
Agency: National Institute of Environmental Health Sciences
Goal: To investigate lung, breast, and prostate cancer risks from early life arsenic exposures and other factors such as metabolism, genetics, and immune function that may confer susceptibility or be important in toxic mechanisms.
Amount: $2,218,719

R21ES027107 Steinmaus/Schlegel (PI) 07/01/16 – 07/31/19 Role: Co-PI

*Using Exhaled Breath to Evaluate the Long-term Mechanisms of Early-life Arsenic Exposure*
Agency: National Institute of Environmental Health Sciences

Goal: To investigate whether biomarkers in exhaled breath can be used to help identify the mechanisms or pathological processes involved in lung disease in adults following exposure to toxic agents as children.
Amount: $375,506

R01ES021799 Smith AH (PI) 12/01/13-11/30/17 Role: Co-investigator
*Cohort Follow-up Study of Children Exposed to Arsenic In Utero and Early Childhood*
Agency: National Institute of Environmental Health Sciences
Goal: To further investigate the effects of early life exposure to arsenic. We will continue to follow a cohort of Bangladeshi children to further assess their respiratory health, as well as study markers of early life effects for several other important chronic diseases, including cardiovascular diseases, diabetes and renal effects.
Amount: $2,155,083

14-E0020 Steinmaus/Khazzari (PI) 07/01/15-06/30/17 Role: Co-PI
*Using CalEnviroScreen to Evaluate the Relationship between Perchlorate in Drinking Water and Thyroid Function in California Newborns*
Agency: Office of Environmental Health Hazard Assessment/Sequoia Foundation
Goal: To evaluate associations between perchlorate concentrations in drinking water and newborn screening levels of TSH.
Amount: $62,445

P42ES04705 Smith MT (PI) 04/01/11 - 03/31/17 Role: Co-investigator
*Arsenic Biomarker Epidemiology - Project 3 in Program Grant Toxic Substances in the Environment*
Agency: National Institute of Environmental Health Sciences
Goal: To provide information that will allow the population risks from arsenic in drinking water to be more accurately assessed by providing new data on cancer and non-cancer outcomes and disease mechanisms.

R01ES020365 Steinmaus C (PI) 07/01/11 – 05/30/16 Role: PI
*Perchlorate and Thyroid Hormones in Pregnancy and Infants in Southern California*
Agency: National Institute of Environmental Health Sciences

Goal: To assess the relationship between urinary and serum levels of perchlorate and thyroid hormones in pregnant women and infants in San Diego using 3000 existing samples.
Amount: $2,088,936

None Smith MT (PI) 04/01/14-03/31/2015 Role: Co-investigator
*Arsenic and Immune Function*
Agency: UCB Superfund Program
Goal: Assess immune effects of arsenic using epidemiologic samples from Chile
Amount: $38,786

R01CA129558 Smith AH (PI) 09/07/11 – 02/28/14 Role: Co-investigator
*Early Life Arsenic Exposure and Adult Mortality in Region II, Chile*
Agency: National Cancer Institute
Goal: To examine relative risks for cancer and other major causes of mortality in a population exposed to arsenic in water during early life and *in utero.*
Amount: $636,614

R01ES017463 Steinmaus C (PI) 07/01/09 – 06/30/13
*Early Life Arsenic Exposure and Life-long Respiratory Effects* Role: PI
Agency: National Institute of Environmental Health Sciences
Goal: To assess the effects of childhood or *in utero* exposure to arsenic in drinking water in Chile on lung function and the prevalence of respiratory symptoms and disease in adulthood.
Amount: $1,307,254

R01ES014032 Steinmaus C (PI) 04/01/07 - 03/31/12 Role: PI
*Arsenic Cancer Case-Control Studies in a Uniquely Exposed Area in Chile*
Agency: National Institute of Environmental Health Sciences
Goal: To investigate cancer risks from early life arsenic exposures and other factors such as metabolism, genetics, and proteomics that may also confer susceptibility.
Amount: $1,553,632

R01HL081520 Smith AH (PI) 05/1/07 - 04/30/12 Role: Co-investigator
*Arsenic and Child Respiratory Health in Bangladesh*
Agency: National Institute of Environmental Health Sciences
Goal: To study lung function in relation to arsenic exposure in childhood and *in utero*.
Amount: $2,252,689

5K23ES011133 Steinmaus C (PI) 09/15/2001-10/31/2005 Role: PI
*Mentored Training in Research on Arsenic*
Agency: National Institute of Environmental Health Sciences
Goal: Arsenic risk assessment and susceptibility in studies in South America and the US
Amount: $485,166

5R01ES011317 Smith AH (PI) 03/22/02 - 09/31/06 Role: Project Director
*California Nevada Arsenic and Lung Cancer Study*
Agency: National Institute of Environmental Health Sciences
Goal: Epidemiologic case-control study of arsenic and lung cancer
Amount: $1,407,211

None Smith AH (PI) 06/01/00-12/31/04
Role: Project Director
*Arsenic Lung Accumulation Study*
Goal: To evaluate the accumulation of arsenic in deceased exposed subjects
Amount: $120,000

None Smith AH (PI) 01/01/99-12/31/02
Role: Project Director
*California Arsenic Methylation Study*
Goal: Measure arsenic urinary metabolites and assess relationship to cancer risks
Amount: $220,000

5R01ES007459 Smith AH (PI) 01/08/97 - 07/31/00 Role: Project Director
*Bladder Cancer Case-Control Study of Arsenic in Water*
Agency: National Institute of Environmental Health Sciences
Goal: Epidemiologic case-control study of arsenic and bladder cancer
Amount: $1,103,888

**Invited Lectures (selected recent lectures):**

"The Toxicology of Perfluorooctanoic Acid (PFOA) and Perfluorooctane Sulfonate (PFOS)". Western Occupational and Environmental Medical Association. Napa, CA. October 8th, 2022

"Public Health Goals and Health Protective Concentrations for PFOA and PFOS". Green Science Policy institute, September 1, 2021.

"California Proposed Public Health Goals and Non-cancer Health Protective Health Concentrations for PFOA and PFOS in Drinking Water". US Environmental Protection Agency, ECOS, and ASTHO. August 30, 2021

"Health Effects of Perchlorate in Drinking Water". Los Angeles Regional Water Quality Control Board, Simi Valley. July 11 2019

"Arsenic and Cancer: A Review", Southeast Asia Regional Conference on Groundwater Arsenic. Hanoi, Vietnam, Nov 2, 2017

"Development of Public Health Goals", California State Water Resources Control Board, Webinar, April 13, 2017

"Mortality Associated with Early Life Exposure to Arsenic". Society for Toxicology Annual Meeting. Baltimore, MD. March 13 2017.

"Arsenic Toxicity: Who is Most Susceptible?" 6th International Congress on Arsenic in the Environment (As2016). Stockholm, Sweden. June 20 2016.

"Environmental Epidemiology: Methods". Chilean Congress of Epidemiology/Chilean Congress of Public Health). Coquimbo, Chile. Dec 1 2016.

"The Toxicity of Arsenic in Water: What We've Learned From the Deserts of Chile". Columbia University. Superfund Research Program. New York, NY. Jan 28 2016.

"Thyroid Hormones and Perchlorate Exposure During Pregnancy. The San Diego Perchlorate Study". International Society of Exposure Science Annual Meeting. Las Vegas NV. Oct 22 2015.

"The Long-Term Health Effects Associated with Early-Life Arsenic Exposure". 41st Annual Summer Meeting of The Toxicology Forum, Society for Risk Analysis. Colorado Springs, CO. July 12-16 2015.

"The Combined Effects of Arsenic Exposure and Obesity on Lung and Bladder Cancer Risks in a Uniquely Exposed Population in Northern Chile". 2014 Superfund Research Program Annual Meeting. San Jose CA. Nov 13 2014.

"Case-control Study of Arsenic and Cancer in Northern Chile: Results". Jornada Arsenicismo y Cáncer. Departamento de Salud Pública. Región de Antofagasta. Universidad de Antofagasta. Antofagasta Chile. Oct 23 2014.

"Susceptibility to Arsenic Effects". Health Effects and Mitigation of Arsenic: Current Research Efforts and Future Directions. National Institute of Environmental Health Sciences. Webinar. May 7 2014.

"Methods Needed to Identify Susceptible Individuals and Populations". Health Effects and Mitigation of Arsenic: Current Research Efforts and Future Directions. National Institute of Environmental Health Sciences/Superfund Research Program. Research Triangle Park, NC. March 3 2014

"Exposure to Multiple Goitrogens: Implications for Regulators". Society for Risk Analysis Annual Meeting. Denver CO. Dec 8 2014.

"*In utero* and Childhood Arsenic Exposure and High Risks of Cancer in Adulthood: Recent Findings from Northern Chile". Environmental Health Seminar. Department of Environmental and Occupational Health Sciences. University of Washington. Seattle, WA. October 24 2013.

"Reducing the Dangers from Exposure to Arsenic". 15th International Conference of the Pacific Basin Consortium for Environment and Health. Honolulu, HI. Sept 25 2013.

"Arsenic and Non-Cancer Outcomes". Inorganic Arsenic Workshop. National Research Council. National Academy of Sciences. Washington DC. April 4 2013.

# EXHIBIT B

| Year | Calif total costs kidney cancer | Calif total costs testis cancer | Calif total costs low birth weight | Calif total costs ulcerative colitis |
|---|---|---|---|---|
| 1960 | $ 765,116 | $ 24,035 | | |
| 1961 | $ 872,227 | $ 27,301 | | |
| 1962 | $ 945,875 | $ 30,152 | | |
| 1963 | $ 1,015,804 | $ 33,653 | | |
| 1964 | $ 1,152,781 | $ 37,894 | | |
| 1965 | $ 1,290,465 | $ 41,626 | | |
| 1966 | $ 1,451,868 | $ 47,742 | | |
| 1967 | $ 1,628,207 | $ 54,730 | | |
| 1968 | $ 1,840,352 | $ 59,417 | | |
| 1969 | $ 2,156,239 | $ 69,462 | | |
| 1970 | $ 2,362,936 | $ 83,054 | | |
| 1971 | $ 2,656,535 | $ 95,693 | | |
| 1972 | $ 3,051,197 | $ 110,352 | | |
| 1973 | $ 3,435,417 | $ 123,635 | | |
| 1974 | $ 4,090,568 | $ 154,184 | | |
| 1975 | $ 4,843,388 | $ 186,752 | | |
| 1976 | $ 5,370,484 | $ 213,730 | | |
| 1977 | $ 6,133,558 | $ 245,706 | | |
| 1978 | $ 7,109,867 | $ 246,941 | | |
| 1979 | $ 8,317,804 | $ 276,383 | | |
| 1980 | $ 10,039,229 | $ 341,630 | | |
| 1981 | $ 12,031,112 | $ 394,982 | | |
| 1982 | $ 13,953,502 | $ 408,241 | | |
| 1983 | $ 15,219,022 | $ 438,913 | | |
| 1984 | $ 15,857,479 | $ 477,742 | | |
| 1985 | $ 17,421,341 | $ 455,517 | | |
| 1986 | $ 19,060,355 | $ 472,617 | | |
| 1987 | $ 20,789,140 | $ 417,922 | | |
| 1988 | $ 29,289,249 | $ 486,491 | | |
| 1989 | $ 39,621,320 | $ 689,807 | | |
| 1990 | $ 50,901,078 | $ 897,822 | | |
| 1991 | $ 64,202,812 | $ 1,124,601 | | |
| 1992 | $ 76,476,192 | $ 1,237,719 | | |

| | | | | |
|---|---|---|---|---|
| 1993 | $ 89,011,565 | $ 1,445,412 | | |
| 1994 | $ 103,392,371 | $ 1,629,283 | | |
| 1995 | $ 117,723,487 | $ 2,033,924 | | |
| 1996 | $ 139,604,763 | $ 2,228,858 | | |
| 1997 | $ 150,145,520 | $ 2,410,654 | | |
| 1998 | $ 168,592,997 | $ 2,930,119 | | |
| 1999 | $ 171,031,861 | $ 3,057,623 | $ 247,818,408 | $ 66,941,201 |
| 2000 | $ 200,383,033 | $ 3,232,041 | $ 247,818,408 | $ 66,941,201 |
| 2001 | $ 223,016,729 | $ 3,255,199 | $ 247,818,408 | $ 66,941,201 |
| 2002 | $ 243,071,024 | $ 3,992,494 | $ 247,818,408 | $ 66,941,201 |
| 2003 | $ 267,001,988 | $ 3,935,895 | $ 247,818,408 | $ 66,941,201 |
| 2004 | $ 294,892,327 | $ 4,626,660 | $ 247,818,408 | $ 66,941,201 |
| 2005 | $ 326,895,704 | $ 4,996,179 | $ 247,818,408 | $ 66,941,201 |
| 2006 | $ 328,313,701 | $ 5,256,075 | $ 247,818,408 | $ 66,941,201 |
| 2007 | $ 349,764,774 | $ 5,072,574 | $ 247,818,408 | $ 66,941,201 |
| 2008 | $ 370,181,411 | $ 5,478,069 | $ 247,818,408 | $ 66,941,201 |
| 2009 | $ 366,954,453 | $ 5,449,461 | $ 247,818,408 | $ 66,941,201 |
| 2010 | $ 370,617,279 | $ 5,968,549 | $ 247,818,408 | $ 66,941,201 |
| 2011 | $ 355,992,502 | $ 4,927,562 | $ 247,818,408 | $ 66,941,201 |
| 2012 | $ 346,519,708 | $ 5,006,956 | $ 247,818,408 | $ 66,941,201 |
| 2013 | $ 339,687,922 | $ 4,623,939 | $ 247,818,408 | $ 66,941,201 |
| 2014 | $ 349,879,403 | $ 5,015,411 | $ 247,818,408 | $ 66,941,201 |
| 2015 | $ 380,368,974 | $ 4,905,539 | $ 247,818,408 | $ 66,941,201 |
| 2016 | $ 368,863,738 | $ 5,505,141 | $ 247,818,408 | $ 66,941,201 |
| 2017 | $ 365,669,710 | $ 5,526,601 | $ 247,818,408 | $ 66,941,201 |
| 2018 | $ 382,143,213 | $ 5,436,819 | $ 247,818,408 | $ 66,941,201 |
| 2019 | $ 305,427,311 | $ 4,730,415 | $ 247,818,408 | $ 66,941,201 |
| 2020 | $ 293,868,200 | $ 4,469,806 | $ 247,818,408 | $ 66,941,201 |
| 2021 | $ 223,998,483 | $ 3,573,272 | | |
| 2022 | $ 251,238,833 | $ 3,883,382 | | |
| 2023 | $ 255,551,361 | $ 3,927,491 | | |
| 2024 | $ 255,769,470 | $ 4,073,222 | | |
| 2025 | $ 223,954,546 | $ 3,472,196 | | |
| 2026 | $ 232,255,087 | $ 3,551,578 | | |
| 2027 | $ 210,151,600 | $ 3,229,098 | | |
| 2028 | $ 217,373,133 | $ 3,292,327 | | |
| 2029 | $ 211,848,334 | $ 3,133,359 | | |

| | | | | |
|---|---|---|---|---|
| 2030 | $ | 204,832,494 | $ | 2,960,270 |
| 2031 | $ | 197,600,961 | $ | 2,775,712 |
| 2032 | $ | 192,958,400 | $ | 2,624,990 |
| 2033 | $ | 185,630,238 | $ | 2,471,373 |
| 2034 | $ | 182,667,476 | $ | 2,327,476 |
| 2035 | $ | 176,183,651 | $ | 2,220,609 |
| 2036 | $ | 170,209,202 | $ | 2,099,928 |
| 2037 | $ | 166,466,635 | $ | 2,006,351 |
| 2038 | $ | 159,916,687 | $ | 1,910,254 |
| 2039 | $ | 151,543,482 | $ | 1,822,439 |
| 2040 | $ | 145,420,103 | $ | 1,744,410 |
| 2041 | $ | 139,456,221 | $ | 1,668,695 |
| 2042 | $ | 133,597,200 | $ | 1,598,456 |
| 2043 | $ | 127,677,707 | $ | 1,522,457 |
| 2044 | $ | 122,110,072 | $ | 1,447,238 |
| 2045 | $ | 116,715,395 | $ | 1,374,086 |
| 2046 | $ | 111,540,719 | $ | 1,303,438 |
| 2047 | $ | 106,514,945 | $ | 1,235,164 |
| 2048 | $ | 101,620,043 | $ | 1,171,455 |
| 2049 | $ | 96,954,133 | $ | 1,110,952 |
| 2050 | $ | 92,596,072 | $ | 1,053,238 |