**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | **MDL No. 2873**<br><br>**Master Docket No. 2:18-mn-2873**<br><br>**This Document Relates to:**<br><br>***The People of the State of California, ex rel. Rob Bonta, Attorney General of California v. 3M Company et al.***<br><br>**Case No. 2:23-cv-01531-RMG** |

**DECLARATION OF ISSAM NAJM IN SUPPORT OF THE PEOPLE OF THE STATE OF CALIFORNIA'S MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY INJUNCTION**

I, Issam Najm, declare as follows:

1. I am an environmental engineer specializing in the evaluation and resolution of water quality and water treatment challenges facing water purveyors across the United States. I have been asked by the Office of the California Attorney General to evaluate the likely costs of treating drinking water and wastewater in California to remove per- and poly-fluoroalkyl substances ("PFAS"), with specific emphasis on perfluorooctanoic acid, PFOA.

## I. Qualifications

2. I hold a Bachelor's degree (1985) in Civil Engineering from the American University of Beirut, Lebanon, and a Master's degree (1987) and Ph.D. (1990) in Environmental Engineering from the University of Illinois at Urbana-Champaign.

3. I am a registered Professional Civil Engineer in California (C57496), and a Board-Certified Environmental Engineer in the specialty area of *Water Supply & Wastewater* (American Academy of Environmental Engineers & Scientists, Certification No. 04-10053).

4. In my 36 years of experience in the field of water quality and water treatment, I have been involved in a number of projects in the area of water treatment. Some of the topics covered by these projects include:

(a) Bench-scale and pilot-scale testing of water treatment technologies for contaminant removal from water, including PFAS.

(b) Conceptual design and cost estimation of water treatment systems for contaminant removal from water.

(c) Evaluation of the removal of chemicals with Granular Activated Carbon ("GAC"), Ion-Exchange ("IX") resin, or other adsorbents.

(d) Evaluation of the destruction of contaminants with chlorine, ozone, chlorine dioxide, and/or ultraviolet (UV) light.

(e) Evaluation of the formation and control of disinfection by-products during drinking water treatment.

5. I am currently a Vice President at Hazen and Sawyer, D.P.C., an environmental engineering consulting firm. From 2001 through 2025, I was the founder and president of Water Quality & Treatment Solutions, Inc., an environmental engineering and science consulting company located in Los Angeles, California. From 1990 to 2000, I was an engineer, and then Manager of the Applied Research Department of Montgomery Watson (later acquired by Stantec), a global environmental engineering consulting firm. During my tenure with Montgomery Watson, I was responsible for water quality and treatment evaluation projects conducted by the firm across the U.S. In all of these roles, I focused on the design, costing, and installation of water quality treatment systems for public and private clients.

6. I am an Adjunct Associate Professor of Civil & Environmental Engineering at the University of California Los Angeles (2004 to present). My primary teaching focus has been on the principles and design of physical & chemical processes in water treatment.

7. A more detailed description of my background and experience is included in the curriculum vitae attached as **Exhibit A**, along with a list of my publications.

## II. Scope of Work

8. I have been asked by the Office of the California Attorney General to provide an opinion of the probable capital and annual operations and maintenance ("O&M") costs to install/construct, and operate treatment systems to remove PFOA from the following:

(a) PFAS-contaminated California domestic wells;

(b) PFAS-contaminated California municipal wells;

(c) PFAS-contaminated California surface water sources; and

(d) PFAS-contaminated California municipal wastewater discharges.

9. My analysis does not include the following:

(a) An opinion on whether GAC or IX treatment will be utilized for an individual water source. I provide estimates for both types of treatment as context for likely costs.

(b) An opinion on the levels of PFOA or other PFAS in California's drinking water or wastewater.

(c) An opinion on whether the regulatory limits for PFOA or other PFAS are appropriate.

## III. Summary of Opinions

10. The probable total capital and O&M cost to remove PFOA from drinking water and wastewater treatment plant effluent in California for thirty years is expected to be between $31.3 billion and $102 billion. This figure is expressed in 2026 dollars to reflect net present value (NPV).

11. Those costs are broken down by source designation and treatment technology in Table 1.

**Table 1: Projected Ranges of the 2026 Probable 30-yr NPV for PFOA Treatment at California Water Sources and Wastewater Discharges Using GAC or IX Resin**

| Item | GAC Treatment | IX Resin Treatment |
|---|---|---|
| 21,945 Domestic Wells | $4.8B - $12B | $4.5B - $11.3B |
| 1360 Municipal Wells | $5.9B – $14.7B | $5.5B – $14.0B |
| 13 Surface Water Treatment Plants | $0.82B – $2.04B | $0.523B – $1.31B |
| 164 Wastewater Treatment Plants(1) | $29.3B - $73.3B | $20.8B - $52 B |
| **Total 30-Yr NPV Cost** | **$40.8B – $102B** | **$31.3B – $78.6B** |

(1) Assuming a discharge limit of 4 ng/L.

12. I hold these opinions to a reasonable degree of engineering certainty, consistent with the engineering cost methodologies I followed as described herein.

**IV. Background**

13. PFAS are a class of chemicals that are broadly used across many facets of human society. First developed in the 1940s, thousands of PFAS have been incorporated into countless industrial and consumer products.[1] Many of these products were manufactured to be stable under extreme physical and chemical conditions. Some PFAS compounds are prevalent in fire-fighting foam, non-stick coatings of cookware, and non-stain coatings of carpets and furniture, among many other applications. Other PFAS uses include personal care products and cosmetics, pesticides, pharmaceuticals, disposable food packaging printing inks, sealants, and adhesives.

14. Releases of PFAS to the environment can occur along the entire course of production, use, and disposal of PFAS-containing materials.[2] Due to the decades of PFAS production and use and PFAS resistance to destruction by normal environmental forces, they have accumulated in the environment, including in many drinking water supplies.

[1] Glüge, J., M. Scheringer, I.T. Cousins, J.C. DeWitt, G. Goldenman, D. Herzke, R. Lohmann, C.A. Ng, X. Trier, and Z. Wang. (2020). "An Overview of the uses of per- and polyfluoroalkyl substances (PFAS)." *Env't Sci: Processes Impacts*, 22:2345. https://perma.cc/NXD8-9M7F (last accessed on Sept. 9, 2026).

[2] De Silva, A.O., J.M. Armitage, T. A. Bruton, C. Dassuncao, W. Heiger-Bernays, X.C. Hu, A. Karrman, B. Kelly, C. Ng, A. Robuck, M. Sun, T.F. Webster, and E.M. Sunderland. (2021). "PFAS Exposure Pathways for Humans and Wildlife: A Synthesis of Current Knowledge and Key Gaps in Understanding." *Env't Toxicology and Chem.*, 40(3):631–657. https://perma.cc/892T-9KBS (last accessed on Sept. 10, 2026).

## V. Available PFAS Treatment Technologies

15. Contaminant removal technologies for water fall under one of two categories: *Destruction* Technologies and *Separation* Technologies.

### A. Destruction Technologies

16. Destruction technologies are those that utilize physical, chemical, and/or biological processes to break down individual PFAS molecules into smaller (and different) molecules. Because PFAS are highly resistant to destruction, special design and operational considerations must be given to achieve significant destruction of PFAS chemicals.

17. Over the last several years, several articles have been published in peer-reviewed journals discussing the destruction of PFAS by engineered systems. Many of the technologies considered require extreme chemical and physical conditions to achieve meaningful destruction of PFAS and were only evaluated for the treatment of high-strength wastewater or industrial waste and not for drinking water.[3,4,5] Some studies explored the use of biological systems designed to break down PFAS molecules under controlled conditions.[6]

18. Thus far, destruction technologies have not been adequately developed and engineered to be applied directly for the destruction of PFAS in drinking water. In addition, in the case of chemical destruction technologies, the PFAS destruction products and their environmental or public health impacts are completely unknown. Accordingly, I did not evaluate destruction technologies for this cost estimate.

---

[3] Soriano, A., Gorri, D., Urtiaga, A. (2017). "Efficient treatment of perfluorohexanoic acid by nanofiltration followed by electrochemical degradation of the NF concentrate." *Water Res*., 112: 147–156. https://perma.cc/4L3W-7GH6 (last accessed on Sept.10, 2026).

[4] Wang, Q., Liu, M., Zhao, H., Chen, Y., Xiao, F., Chu, W., Zhao, G. (2019). "Efficiently degradation of perfluorooctanoic acid in synergic electrochemical process combining cathodic electro-Fenton and anodic oxidation." *Chem. Eng'g J.*, 378. https://perma.cc/R9BJ-BS2X (last accessed on Sept. 10, 2026).

[5] Lu, D., S. Sha, J. Luo, Z. Huang, X.Z. Jackie. (2020). "Treatment train approaches for the remediation of per- and polyfluoroalkyl substances (PFAS): A critical review." *J. Hazardous Materials*, 386. https://perma.cc/R9QB-839A (last accessed on Sept. 10, 2026).

[6] Zhang, Z., D. Sarkar, J.K. Biswas, R. Datta. (2022). "Biodegradation of per- and polyfluoroalkyl substances (PFAS): A review." *Bioresource Tech.*, 344. https://perma.cc/7YZC-86ZP (last accessed on Sept. 10, 2026).

**B. Separation Technologies**

19. Separation technologies are systems that separate PFAS from the water and concentrate them on another medium that can be handled and disposed of separately. There are two types of separation technologies that are applicable for PFAS removal, these include filtration through a high-pressure membrane such as reverse osmosis ("RO") membranes, or using specialty adsorbents that can adsorb the PFAS out of the water.

**1. Filtration through RO Membranes**

20. RO membranes have long been used to separate dissolved constituents from water. By nature of how they operate, RO membranes are suitable, to some degree, for the removal of almost any ion from water. Under typical water conditions, PFAS chemicals in water are present in ionic form, which makes RO membranes highly efficient at PFAS removal.[7]

21. There are certain limitations to using RO technology for PFAS removal. One key technical limitation is that the PFAS and salts removed from the water are concentrated in a waste stream that requires proper handling and disposal. This waste stream could constitute as much as 10% of the total water treated through the membranes and would include all the PFAS and salts removed from the water. This reduces the overall quantity of water produced from the RO-treated source by 10%.

22. As a corollary, the concentrations of removed PFAS and salts in this waste stream (commonly called "concentrate") are likely to be about ten-times their concentrations in the original water treated through the process. Disposal of this waste stream is problematic. If the waste stream is discharged into the municipal sewer system, then the wastewater treatment plant will inherit the problem of PFAS concentration in influent, and may have to re-treat its effluent water to remove the PFAS before it is discharged back into the environment. In addition, as PFAS may also accumulate in the biosolids produced by the wastewater treatment plant, the available

[7] Tang, C. Y., Fu, Q. S., Robertson, A. P., Criddle, C. S., & Leckie, J. O. (2006). "Use of reverse osmosis membranes to remove perfluorooctane sulfonate (PFOS) from semiconductor wastewater." *Env. Sci. & Tech.*, 40(23):7343-7349. https://perma.cc/38F2-64RP (last accessed on Sept. 10, 2026).

options for the disposal of the biosolids may greatly diminish in light of PFOA and PFOS being classified as hazardous substances by the United States Environmental Protection Agency ("USEPA").[8]

23. RO is one of the most expensive water treatment technologies to construct and operate, and its implementation for surface water treatment requires ancillary pretreatment systems that further increase its cost. It is generally more expensive than GAC or IX treatment technologies.

24. For all these reasons, I did not evaluate RO as a drinking water treatment option in this analysis.

**2. Adsorption onto Specialty Material**

25. Adsorption treatment systems are commonly used to remove chemicals from water. In this process, water passes through a "filter" packed with specialty granular material. As water passes by the material in the filter, organic chemicals migrate from the water onto the surface of the material and attach to it. If the chemical adsorbs onto the material faster than the water passes through the filter, then the filtered water will have little to no chemical remaining in it. As the surface of the material becomes saturated with the adsorbed chemicals, the removal efficiency decreases, and the concentration of the chemical in the treated water begins to rise. Once the concentration in the treated water reaches a maximum allowable level, the filter is removed from service and the "spent" material is removed from the filter and replaced with fresh material. The spent material is then removed from the site and disposed of appropriately.

26. There are two main components to an adsorption treatment system: The first is the adsorbent material used to adsorb PFAS from water, and the second is the containers, or vessels, that house this material.

27. There are two types of adsorbents that have proven successful at removing PFAS from water: Granular Activated Carbon ("GAC") and synthetic Ion-Exchange ("IX") resin.

28. GAC is a common adsorbent material that has long been used for the removal of organic contaminants from drinking water. It is made from a range of materials such as coal, wood,

[8] *See* 40 C.F.R. § 302.4 (2024).

and coconut shells. The starting material is processed through a high temperature kiln under specific combustion conditions that result in the "activation" of the material and the creation of a large number of pores inside the material onto which organic chemicals can adsorb. GAC is sold by multiple suppliers including Calgon Carbon Corp. (Calgon™), Evoqua™, Jacobi™, and others. There are several treatment systems in California that utilize GAC adsorption for contaminant removal from groundwater and surface water.

29. IX resin is another common adsorbent material manufactured with special characteristics that allow it to adsorb PFAS and other ions from water. These proprietary resins are commercially available from various suppliers such as Purolite™, Calgon™, Evoqua™, Jacobi™, and ResinTech™. Notably, DuPont manufactures an effective IX resin called AmberLite PSR2+™. Resin adsorbents are currently used by several water systems in California to remove contaminants from water.

30. When the capacity of an adsorbent media is exhausted, the filter is removed from service and the "spent" adsorbent is removed from the filter and replaced with new adsorbent. The spent adsorbent must be disposed. The options for the handling and/or disposal of the spent adsorbent differ by type. These options, along with their environmental impacts, are to be considered when selecting the type of adsorbent used.

31. There are four options for disposing of spent GAC material:

(a) *Regeneration and Re-Routing to Other Applications* – Under this option, the GAC is sent to a regeneration facility where it is processed through a high temperature kiln that burns off the material adsorbed on the GAC (including PFAS) and restores a significant portion of the GAC adsorptive capacity. The regenerated GAC is then re-sold to non-drinking water applications such as wastewater treatment. The non-drinking water limitation is due to the fact that the spent GAC from the water treatment plant may be mixed with spent GAC from other non-potable applications, which then precludes it from use for drinking water treatment.

(b) *Regeneration and Return to Original Site* – Under this option, a supplier may enter into an agreement with the user to keep their GAC separated from other spent GAC, regenerate it, and return it to the same user for a lower unit price than new GAC. About 15% of the GAC material is burnt off during regeneration and must be replaced with new GAC. Based on my experience, there is only one GAC supplier offering this option in California and therefore the overall capacity for regeneration and return is quite limited.

(c) *Incineration* – Under this option, the supplier may send the spent GAC to an incineration facility where it is completely incinerated along with the PFAS and other chemicals adsorbed on it. I am aware of only 10 incineration facilities in the U.S., none of which is in California.

(d) *Landfill Disposal* – Under this option, the GAC is disposed of in a proper landfill facility. However, while this option may be less costly than the other options, the water system may be liable for any future leaching of PFAS and other contaminants from the GAC into the environment.

32. As for IX resins, incineration and landfill disposal are the only viable options as thermal regeneration of the IX resin is not viable. Chemical regeneration of the resin is possible but is not desirable because it involves extracting the PFAS off the resin into another liquid stream, which then has its own disposal challenges.

## VI. DESCRIPTION OF FULL-SCALE PFAS TREATMENT SYSTEMS

33. For purposes of my analysis, I assume all water treatment systems for PFAS[9] removal in California will be adsorption systems using either GAC or IX resin, given that destruction technologies are unproven and RO is not cost-effective.

[9] As noted, my analysis only evaluates the cost to treat water sources and wastewater treatment plants impacted by PFOA. The systems I describe herein are capable of removing many other PFAS. Accordingly, I refer to "PFAS treatment" throughout, even though I estimate costs only for systems that require treatment due to PFOA contamination.

34. I developed costs for the four types of applications listed in Table 2. They include domestic wells, municipal wells, municipal surface water sources, and wastewater discharges.

**Table 2: Classification of PFAS Treatment Systems Used in this Evaluation**

| Type | Possible Size in gallons per minute (gpm) | Configuration |
|---|---|---|
| Domestic Wells | 5 to ~25 gpm | Small-size pressure vessels |
| Municipal Wells | >25 gpm | Pressure vessels |
| Surface Water | Any | Open gravity contactors |
| Wastewater | Any | Open gravity contactors |

35. The first category includes PFAS treatment at a typical domestic well that serves a residence, multiple residences, or a commercial building. The well may have a production capacity between 5 and 25 gallons per minute ("gpm"), and the treatment system using GAC or resin will comprise of off-the-shelf pressure canisters (or vessels) similar to those used for whole house softening systems.

36. The second category includes systems to treat municipal wells of a size larger than 25 gpm. Treatment systems for smaller size municipal wells (approximately 25 to 250 gpm) would likely be skid-mounted package treatment systems that require minimal construction activities. Larger size wells will require an engineered system and significant onsite construction.

37. For surface water treatment plants or wastewater treatment plants, PFAS treatment would likely require large gravity flow concrete basins to accommodate the large volumes of adsorbents required.

38. The following are more detailed descriptions of systems in each size category and the assumptions used in their cost development.

**A. Domestic Well PFAS Treatment Systems**

39. A domestic well system typically includes a well equipped with a pump that comes on for few hours each day to fill a storage tank, and then the water is pumped from the storage tank to one or more connections (residences or buildings). Some domestic well systems include chlorine addition for disinfection while others do not. With the low flowrate of 5 to 25 gpm, a PFAS treatment system is comprised of two small-size pressure filters set up in series.

40. These types of pressure filters come in a variety of sizes and are sold by many commercial providers. The filters are filled with either GAC or IX resin and operated until the target contaminant breaks through into the outlet of the first ("lead") filter, at which time the adsorption media (GAC or resin) in the lead filter is removed from the filter and replaced with new media. The water flowrate is then switched such that the second ("lag") filter becomes the lead filter, and the prior lead filter becomes the lag filter. This approach ensures that the new(er) adsorbent is always in the lag filter serving as a second barrier to PFAS breakthrough. This is the same approach used in large-scale systems as described in the following sections. A cartridge is commonly installed upstream of the filters to remove silts and sand that may be in the well water. If these materials enter the GAC or resin filters, they may clog them and shut down the filter system, requiring maintenance work to backwash the filters and put them back in service.

**Figure 1: Example Domestic Well PFAS Treatment System**



41. A domestic well PFAS treatment system requires minimal operational attention. However, private domestic well owners typical do not have the expertise, qualifications, or capability to conduct the required operational tasks. Specifically, water quality samples have to be collected at a set frequency (e.g., monthly or bi-monthly) from the outlet of each filter, properly packed on ice in a container, and transported to a certified laboratory for PFAS analysis. In addition, when the adsorbent requires replacement, it is unreasonable to expect the owner to open the lead

filter, remove the material from it, replace it with new material, and properly dispose of the removed material containing PFAS.

42. Operations and maintenance tasks are therefore generally conducted by a professional service provider that collects all water samples, sends them to a laboratory for analysis, and reports them back to the property owner and the appropriate regulatory oversight agency (e.g., county public health department, or another entity). The service provider comes to the site when needed to either replace the adsorbent in the filter or exchange the entire filter with a new filter that has the adsorbent material already in it. The service provider then empties the old filter, disinfects it, rinses it, fills it with new GAC or resin, and prepares it to be redeployed at the same or another treatment system. Finally, the service provider must take responsibility for transporting the used GAC or resin to a proper disposal facility such as a regeneration facility (for GAC) or an incinerator (for either GAC or IX resin).

**B. Municipal Wells PFAS Treatment Systems**

43. Municipal wells can have any production capacity, but they tend to be large wells (>500 gpm). PFAS treatment systems utilizing GAC or IX resin are typically configured as single or multiple parallel trains, each containing two pressure vessels in series. For small wells, the treatment system is likely to be a skid-mounted preassembled package system such as those shown in Figure 2.

**Figure 2: Example Small-Size Package Pressure Vessel PFAS Treatment System**
(Credit: Marlo, Inc.)




44. The vessels shown in Figure 2 can range in diameter from two to four feet and are mounted on a skid with all necessary intermediate piping. The entire skid is transported to the well site and set on the ground. Inlet water from the well is connected to one port while the treated water exits from another port. Such systems are available from various suppliers and are typically used in industrial water treatment applications as well. Package systems tend to be cheaper than engineered system per unit capacity because they require minimal design and installation costs. For municipal groundwater wells with large production capacities (>500 gpm), the use of the package treatment systems as those shown in Figure 2 becomes impractical. Instead, large steel vessels with diameters ranging from eight to 14 ft are installed and connected with large-diameter pipes to convey the water to and from the vessels. Each vessel is filled with either GAC or IX resin depending on the various local factors.

45. Figure 3 shows photographs of pressure-driven steel vessels currently deployed at water systems in California. The photo on the left is of an 8.6 million gallons per day ("MGD") (6,000 gpm) treatment system owned and operated by the Santa Clarita Valley Water Agency in Los Angeles County, while the photograph on the right is of a 25 MGD groundwater treatment plant owned and operated by the Yorba Linda Water District in Orange County.

**Figure 3: Example Large-Size Pressure Vessel Systems Applied for PFAS Removal from California Groundwater** (Credit: Santa Clarita Valley Water Agency (left) and Yorba Linda Water District (right))



46. The size of each filter vessel and the number of vessels required depend on the maximum flowrate and on the type of adsorbent used. The vessels shown in Figure 3 have a diameter of 12 ft, which is the typical large-size vessel. Smaller vessels with a 10-ft or 8-ft diameter are also used for smaller treatment systems.

47. As water is treated through the system, the operator collects samples from the outlet of the lead vessel and the outlet of the lag vessel on a set frequency, which may be monthly, bi-monthly, or quarterly depending on several factors. When the target PFAS concentration exceeds a pre-determined threshold value in the outlet of the lead vessel, the operator contacts the media supplier, receives a bid for replacement media, and contracts with the supplier to bring new media to the site, remove the old media from the lead vessel, and replaces it with new media. The water flow is then switched around such that the previously positioned lag vessel becomes the lead vessel, and then the previously positioned lead vessel (which received the new media) becomes the lag vessel. Finally, the supplier takes the old media and disposes it as discussed earlier.

**C. Surface Water Treatment Systems**

48. Surface water is not potable without adequate treatment. All surface water treatment plants included in this analysis already undergo chemical treatment, filtration, and disinfection, which is mostly done with chlorine. PFAS treatment with GAC or IX resin is then added between the filters and chlorine addition.

49. Unlike the pressure vessel treatment systems described above for groundwater treatment, surface water treatment plants are typically designed for the water to flow through them by gravity in order to minimize pumping cost, given the significantly larger volumes of water these systems typically handle.

50. Accordingly, surface water PFAS treatment would consist of multiple open (i.e., non-pressurized) filters operated in parallel. For a drinking water treatment plant, contactors downstream of filtration must be covered to avoid microbial contamination. For this reason, PFAS treatment contactors must be housed inside a building or have an engineered cover to prevent outside contamination.

51. Figure 4 shows photographs of an open gravity-flow GAC treatment system employed at a 40-MGD California surface water treatment plant. This system was designed for the removal of natural organic matter, but its configuration is the same as that used for PFAS removal.

52. While GAC has been used in open basin contactors as those shown in Figure 4 above, IX resin has not. Hence, the consideration of IX resin in open basins for PFAS removal at surface treatment plant is only conceptual at this time until it is applied and validated.

**Figure 4**: **Example Open GAC Contactors at a Surface Water Treatment Plant** (Left photograph is of the building structure housing the contactors and right photograph is of the contactors inside the building)



53. Surface water PFAS treatment operations and maintenance includes several steps. The treatment system operator collects PFAS samples from the outlet of each operating contactor on a set frequency. Once the target PFAS exceeds a certain threshold in the outlet of a specific contactor, the contactor is shut off and the supplier of the adsorptive media (GAC or IX resin) is contacted. The supplier then brings a new batch of media to the treatment plant, removes the old media, and places new media in the contactor. The supplier then takes the media away for disposal. The contactor is then rinsed with clean water and is then put back in service.

**D. Wastewater Treatment Systems**

54. Wastewater treatment plants are configured differently than surface water treatment plants. While surface water treatment is mostly about filtration to remove particles and disinfection to kill harmful microorganisms, wastewater treatment focuses on removing debris and organic material from the wastewater before the treated wastewater is discharged back into the environment. Some wastewater plants may include filtration and disinfection, commonly referred to as tertiary treatment, if the water is reused for irrigation or industrial use.

55. Unlike surface water treatment plants, GAC or resin contactors in a wastewater treatment plant do not need to be covered.

56. Similar to PFAS removal at surface water treatment plants, PFAS removal from wastewater would utilize parallel open basin contactors containing GAC or IX resin. While GAC has been used in open basin contactors as those shown in Figure 4 above, IX resin has not. Hence, the consideration of IX resin in open basins for PFAS removal at a wastewater treatment plant is only conceptual at this time until it is applied and validated.

57. The PFAS contactors in a wastewater treatment plant are operated in the same fashion as those in a surface water plant in which the effluent of each contactor is sampled for PFAS at a certain frequency. When the target PFAS concentration in the effluent of a contactor exceeds a certain target, the contactor is removed from service and the adsorbent media is replaced with new media before the contactor is put back in service.

## VII. GENERAL COSTING METHODOLOGY

58. The cost estimates developed herein are referred to as "Class 5" estimates in accordance with the guidelines of the Association for the Advancement of Cost Engineering International (AACEI), Recommended Practice 18R-97 (Rev. August 7, 2020).

59. AACEI Guidelines represent the standard industry practices for estimation of costs associated with environmental engineering practices.

60. A Class 5 estimate has the following characteristics:

(a) Project Definition: 0% to 2%

(b) End Usage (Typical Purpose of Estimate): Concept Screening

(c) Cost Estimating Methodology: parametric[10] model;

(d) Expected Accuracy at an 80% confidence level: Low: –20% to –50%; High: +30% to +100%.

61. After a cost is estimated, an 80% confidence range is incorporated by expressing the cost estimate as a range between the lower and upper bound of the estimated value. The cost ranges presented in this declaration reflect my cost calculations adjusted for the –30% and +75% range which is consistent with the AACEI Guidelines, with an 80% confidence that the actual cost would fall within this range.

62. For each system category, my general methodology consisted of the following steps.

63. First, I developed capital costs estimates as a function of the size of the treatment system (i.e., production capacity) for each treatment system category. A different approach was used for the domestic wells, municipal wells, surface water, and wastewater. Each approach is described in its relevant section below.

64. Second, I developed annual O&M cost estimates as a function of system size for each system category, based on case studies and my experience.

[10] "Parametric" in this context refers to a cost estimate that is expressed as a mathematical relationship between identifiable parameters and cost.

65. Third, I calculated the 30-year net present value ("NPV") of the annual O&M cost using the following equation, where $P$ is the NPV, $A_1$ is the annual cost for the first year, $h$ is the inflation rate (decimal), $i$ is the interest rate (decimal), and $n$ is the number of years for which the calculation is made.[11]

$$P = A_1 \frac{\left[1 - \frac{(1+h)^n}{(1+i)^n}\right]}{(i-h)}$$

66. The inflation rate, $h$, was set at 3.0%, which was the average inflation rate for the last four years.[12] The interest rate, $i$, was set at 5.5%, which was the average of the annual Federal Funds Rate +1% for the last four years.[13] The total NPV is then calculated as the sum of the capital cost and the NPV of the annual O&M cost derived by the above equation. The result is an NPV as a function of the system size.

67. Fourth, I applied the 80% confidence range on each of the capital cost, annual O&M cost, and the NPV. The result was a set of equations that define the upper limit and lower limit of the 80% confidence range as a function of treatment system size for each category.

68. Fifth, I determined the number of treatment systems that will be required in each system category. I assumed that all drinking water sources with at least one PFOA concentration measurement above the maximum contaminant level (MCL) of 4 ng/L will require treatment. I relied on information prepared by Dr. Graham Fogg and provided to me by counsel that included (1) a count of the number of domestic wells that have or are projected to exceed the PFOA MCL, and (2) a list of municipal wells and surface water sources monitored for PFAS and the concentration of PFOA measured in them ("PFOA Source List"). I also obtained from the

[11] White, J. A., Grasman, K. S., Case, K. E., Needy, K. L., & Pratt, D. B. (2020). *Fundamentals of Engineering Economic Analysis* (2nd ed.).

[12] Macrotrends, "U.S. Inflation Rate by Year." https://perma.cc/2PBM-3GCV (last accessed on Sept. 10, 2026).

[13] Federal Reserve Bank of St. Louis, "Federal Funds Effective Rate." https://perma.cc/JL4A-EY3R (last accessed on Sept. 10, 2026). I conservatively add 1% to reflect a markup on the Federal Fund Rate that market participants may incur.

California State Water Resources Control Board ("SWRCB") information about wastewater treatment plants ("WWTPs") that have been investigated for PFAS and the PFOA concentrations measured in their effluent, which I compiled into a "WWTP PFAS Database."

69. Sixth, I applied the upper limit and lower limit cost equations to the sources requiring treatment in the databases to calculate the total cost.

70. Finally, for the municipal well system categories, I extrapolated the cost estimates for the wells with monitoring data to the municipal wells that have not yet been sampled for PFAS.

71. All costs data obtained from other case studies were adjusted to 2026 dollars using a combination of Construction Cost Index ("CCI"), Material Price Index ("MPI"), and Skilled Labor Index ("SLI"), all published by Engineering News-Record ("ENR").[14] All costs presented herein are based on 2026 dollars.

## VII. COST OF PFAS TREATMENT AT CALIFORNIA DOMESTIC WELLS

72. California regulations define a domestic well as "a groundwater well used to supply water for the domestic needs of an individual residence or a water system that is not a public water system and that has no more than four service connections."[15] The water production rate (size) of a domestic well may vary from less than 5 gpm for a small single-family home to as much as 25 gpm for a business complex with 50+ people.

73. I understand that there is no comprehensive database of different domestic wells in California and their individual production capacities. Thus, this system category was assigned an average production capacity that is representative of the category. Applying an average production capacity is a reasonable approach to costing out treatment for thousands of domestic wells in California because these wells have a narrow production range that may fall between 5 and 25 gpm. Cost differences between different sizes in this narrow range are minimal.

---

[14] Engineering News-Record. "Construction Economics." https://perma.cc/PJJ3-7Z6Q (last accessed on Sept. 10, 2026).

[15] CA Health & Safety Code § 116681(g) (2021).

74. To select a representative production capacity for the domestic well system category, I referred to regulatory definitions of domestic wells. For example, the Los Angeles County Department of Public Health requires a minimum yield of 3 gpm for a private well serving one residence, and requires a 50% surplus capacity on a well shared by two or more residences.[16] Therefore, for a well serving two connections (i.e., residences), in Los Angeles County must produce a base yield of 6 gpm (3 per connection) plus 50% surplus (i.e. another 3 gpm), for a total production rate of 9 gpm. Domestic wells serving more connections or a business complex with more people would have a slightly higher production rate. For the purpose of this analysis, the average domestic well production capacity was set at 10 gpm, which is consistent with the SWRCB stated range of 6 to 12 gpm for a domestic well.[17]

75. Therefore, the cost of a 10-gpm treatment system is used for this analysis to calculate the cost of PFAS treatment for domestic wells requiring PFAS treatment in the State.

76. The treatment system will comprise of two "canisters" connected in series and operated in a lead-lag mode. The two canisters will contain either GAC or IX resin. Table 3 presents the general sizing criteria of domestic well treatment systems. The values listed are based on my professional experience with PFAS treatment systems.

**Table 3: Sizing Criteria for Domestic Well PFAS Treatment Systems**

| Item | Unit | GAC System | IX Resin System |
|---|---|---|---|
| Maximum Flowrate | gpm | 10 | 10 |
| Peaking Factor (Max/Ave Flow) | -- | 10 | 10 |
| Average Daily Flowrate | gpm | 1.0 | 1.0 |
| Number of Canisters | -- | 2; Lead-Lag | 2; Lead-Lag |
| Total EBCT at Max. Flow | minutes | 10 | 2 |
| Media Volume per Canister | $ft^3$ | 6.7 | 1.34 |

[16] County of Los Angeles Public Health. "Requirements and Procedures for Private Residential and Commercial Water Wells." https://perma.cc/2RR6-SYKP (last accessed on Sept. 10, 2026).

[17] SWRCB. (June 2025). "A Guide for Private Domestic Well Owners." https://perma.cc/CH4N-75WD (last accessed on Sept. 10, 2026).

77. The domestic well treatment system is assumed to operate 10% of the time (i.e., 2.4 hrs/day) at its full capacity of 10 gpm, which generates 1,440 gallons of treated water per day. This value is sufficient for 10 people consuming 150 gallons/day each.

78. "Empty bed contact time" ("EBCT") represents the time it takes the water to pass through the volume of the media in the vessel when flowing at maximum capacity. An EBCT of 10 minutes for GAC systems and 2 minutes for IX systems are the typical values currently used by water agencies for sizing PFAS treatment systems. The media volume in each canister is a calculated value obtained by multiplying the maximum flowrate by the EBCT. For example, at a flowrate of 10 gpm and an EBCT of 10 minutes, the volume is calculated at 100 gallons, which is equal to 13.36 $ft^3$. Since the system has two canisters, the volume in each canister is half this amount, which is 6.7 $ft^3$.

79. Two studies of domestic well treatment capital and O&M costs were relied upon for the development of the unit costs for the domestic well PFAS treatment system.[18,19]

80. The first report, authored by the Community Water Center ("CWC Report"), included detailed information on the effort and cost required to install, monitor, maintain, and manage the operation of pilot GAC adsorption systems at nine domestic well sites. While the systems were intended for 1,2,3-TCP removal from groundwater, they are identical to those required for PFAS removal.

81. The second report ("Roux Report") was commissioned by the County of San Luis Obispo and the California Department of Forestry and Fire Protection to evaluate PFAS treatment systems at domestic wells impacted by PFAS contamination originating at the San Luis Obispo County Regional Airport.

---

[18] Community Water Center. (June 2023). "123-TCP Treatment Pilot Project for Domestic Well Households in Northern Monterey County" ("CWC Report"). https://perma.cc/DN6M-HGG9 (last accessed on Sept. 10, 2026).

[19] Roux Associates, Inc. (April 2024). "Point-of-Entry (POE) Per- and Polyfluoroalkyl Substances (PFAS) Treatment Evaluation Report – San Luis Obispo County Regional Airport, 975 Airport Drive, San Luis Obispo, California | Prepared for: County of San Luis Obispo, California Department of Forestry and Fire Protection." ("Roux Report").

82. The CWC Report includes costs for eight of the nine GAC treatment systems of different sizes.[20] The size parameter selected was the total volume of GAC in the system. The eight systems ranged from 4 to 24 $ft^3$ in GAC volume (average 10.2 $ft^3$) compared to the 6.7 $ft^3$ of GAC required for the average domestic well system described in Table 3. Table 4 presents the information on the eight domestic well systems in the CWC report relied upon to calculate the 10-gpm treatment system cost. The correlation between the GAC volume and the 2026 cost was used to estimate the equipment cost of the 10-gpm GAC system and of the 10-gpm IX resin system. Those values are listed in Table 4. These values include installation cost.

**Table 4: CWC Report Information Used to Estimate the Capital Cost of a 10-gpm Domestic Well Treatment System**

| System | No. of Vessels | Total GAC, $ft^3$ | Design EBCT per Vessel, minutes[21] | 2026 Cost[22] |
|---|---|---|---|---|
| DWMC-01 | 2 | 7.2 | 3 | $13,179 |
| DWMC-02 | 4 | 24 | 5 | $18,471 |
| DWMC-04 | 4 | 24 | 5 | $18,800 |
| DWMC-10 | 2 | 4 | 1.7 | $9,791 |
| DWMC-14 | 2 | 7.2 | 3 | $10,380 |
| DWMC-15 | 2 | 4 | 1.7 | $11,203 |
| DWMC-19 | 2 | 7.2 | 3 | 9,604 |
| DWMC-21 | 2 | 4 | 1.7 | 9,275 |
| 10-gpm GAC System Containing 6.7 $ft^3$ of GAC: | | | | $13,977 |
| 10-gpm IX System containing 1.34 $ft^3$ of Resin: | | | | $9,323 |

83. Capital cost components of my domestic well treatment system cost estimate include the following, and are based on the cost analyses in the CWC and Roux Reports, as set forth in Table 5:

[20] I omitted costs for one system discussed in the CWC Report from my analysis because operational problems caused a significant and non-representative cost increase for that system.

[21] EBCT is calculated as a GAC vessel volume (gallons) divided by flow rate (gpm). The design EBCT per vessel in the CWC Report was based on a design flow rate of 9 gpm. I calculated the EBCT per vessel based on those parameters.

[22] I calculated these costs based solely on treatment system costs set forth in the CWC Report and omitted certain items (e.g. shade awning) that were not present in all projects. I then escalated these costs to 2026 dollars.

(a) Purchase and Installation of a 10-gpm treatment system using the costs listed in Table 4.

(b) Construction of a concrete slab on which the system will stand, and a shade awning to protect it from the elements.

(c) Piping and plumbing to connect the treatment system from the domestic well to the point of entry, which will be performed by a plumbing contractor.

(d) Outreach and oversight costs associated with the work required to manage programs for the purchase and installation of the treatment systems, including, outreach to homeowners, preparation and management of the paperwork required for the purchase and installation, issuance and bidding for the installation and maintenance contractor, and management of the contracts with the installation contractor.[23]

[23] The CWC Report describes the program oversight costs incurred by the State to oversee the domestic well treatment installation program. I assume the State of California would need to undertake a similar program to facilitate domestic well installation to address PFAS impacts, and provide for that cost in my estimate.

**Table 5 – Probable Capital Cost (2026) of a Domestic Well PFAS Treatment System**

| Item | GAC | IX Resin | Basis |
|---|---|---|---|
| Treatment System | $13,977 | $9,323 | Analysis of CWC Report Cost Data and updated from 2023 to 2026 costs using the published ENR Material Price Index (MPI) |
| Slab | $2,400 | $2,400 | 10’×12’ slab @ $20/ft$^2$ |
| Shade Awning | $1,500 | $1,500 | Estimated based on the CWC Report |
| Shipping & Delivery | $1,500 | $1,500 | Based on the Roux Report |
| Piping & Plumbing | $2,000 | $2,000 | Based on the Roux Report |
| Outreach/Management | $20,000 | $20,000 | Based on the $200K cost to manage the nine projects in the CWC Report, then discounted by a power of 0.80 to account for economies of scale |
| Probable Capital Cost | $41,000 | $37,000 | Rounded to the nearest $1000 |
| Lower End of Probable Capital Cost | $28,700 | $25,900 | Set at the lower bound of the 80% confidence for a Class 5 Cost Estimate (Cost–30%) |
| Upper End of Probable Capital Cost | $71,750 | $64,750 | Set at the upper bound of the 80% confidence for a Class 5 Cost Estimate (Cost+75%) |

84. O&M Costs include the following cost components and are also based on information and analysis in the Roux and CWC reports, as set forth in Table 6:

(a) PFAS monitoring costs include sample collection and analyses of samples on a bimonthly basis. Bimonthly sampling was assumed as the mid-point between a high frequency monthly sampling, and low-frequency quarterly sampling. Each sampling event conducted will include two samples from the effluent of the two vessels and two Field Reagent Blank (“FRB”) samples.

(b) Treatment media replacement costs are driven by the frequency changeout is required, which in turn is highly dependent on water chemistry and the type of adsorbent used. At this time, it is not possible to employ a parametric prediction of the changeout frequency. For domestic well treatment, as well as the other systems discussed in this declaration, I rely on my professional experience with the

evaluation of PFAS treatment systems utilizing GAC or IX resin for PFAS Removal. For domestic wells, the GAC system is assumed to treat 20,000 bed volumes ("BV") between each lead canister replacement, whereas the IX resin is assumed to treat up to 100,000 BVs between replacements. These values are reasonable based on my professional experience with PFAS treatment with both materials. These assumptions result in the need to replace the lead canister in each system every 23 months of operation.[24] When replacement is needed, the service provider would come to the well, remove the lead canister containing the exhausted adsorbent and replace it with a canister containing new adsorbent material.

(c) Annual system monitoring and maintenance costs are distinct from water quality monitoring costs and include the costs of contracting with a vendor for system inspections and maintenance as needed.

[24] GAC and IX have the same calculated replacement frequency is because there would be five-times as much GAC in the canister than IX. Because it requires five-times as much GAC media to treat the same number of BVs as IX, the effect of those factors cancel out in this scenario.

**Table 6: Probable Annual O&M Cost (2026) of a Domestic Well PFAS Treatment System**

| Item | GAC | IX Resin | Basis |
|---|---|---|---|
| System Utilization Rate | 10% | 10% | Average/Maximum flowrate |
| BVs to Lead Vessel Replacement | 20,000 | 100,000 | Based on my professional experience with PFAS removal with GAC and IX resins |
| Months between replacements | 23 | 23 | Calculated based on utilization rate, BVs to replacement, and system size |
| Monitoring Frequency | 6/yr | 6/yr | Assuming system monitoring every 2 months |
| Annual Monitoring and Maintenance Cost | $3,456 | $3,456 | Based on CWC Report |
| Annual Analytical Cost | $8,400 | $8,400 | Based on bi-monthly sampling of lead and lag with FRBs (total of 4 samples/event) @ $350/sample |
| Annual Lead Vessel Replacement Cost | $1,404 | $656 | Based on costs reported in the CWC report at $150/ft$^3$ of GAC and $500/ft$^3$ of IX resin (both including cost of disposal of exhausted adsorbent) |
| Probable Annual Cost | $13,300 | $12,500 | Rounded to the nearest $100 |
| Lower End of Probable Annual Cost | $9,300 | $8,800 | Set at the lower bound of the 80% confidence for a Class 5 Cost Estimate (Cost–30%) |
| Upper End of Probable Annual Cost | $23,300 | $21,900 | Set at the upper bound of the 80% confidence for a Class 5 Cost Estimate (Cost+75%) |

85. Applying the NPV formula set forth in paragraph 65, the probable 30-year NPV of the cost of a 10-gpm GAC treatment system may range from $219,100 to $547,750, while that of a 10-gpm IX resin treatment system may range from $205,100 to $512,750, as set forth in Table 7.

**Table 7: Probable Total NPV of Cost (2026) for a Domestic Well PFAS Treatment System**

| Item | GAC | IX Resin | Basis |
|---|---|---|---|
| Probable Capital Cost | $41,000 | $37,000 | Table 5 |
| Probable Annual O&M Cost | $13,300 | $12,500 | Table 6 |
| Probable 30-year NPV | $313,000 | $293,000 | Based on 30-yr operation with an interest rate of 5.5% and an annual inflation rate of 3.0% |
| Lower End of Probable 30-year NPV Cost | $219,100 | $205,100 | Set at the lower bound of the 80% confidence for a Class 5 Cost Estimate (Cost–30%) |
| Upper End of Probable 30-year NPV Cost | $547,750 | $512,750 | Set at the upper bound of the 80% confidence for a Class 5 Cost Estimate (Cost+75%) |

86. The California statewide cost for PFAS treatment at all impacted domestic wells is determined by multiplying the 30-year NPV cost of a single PFAS treatment system listed in Table 6 by the total number of domestic wells contaminated with PFAS, which, based on Dr. Fogg's analysis, is estimated to be 21,945 wells. The outcome is presented in Table 8, which shows that the California 30-year probable NPV for PFAS treatment at all impacted State domestic wells may range from a low of $4.5 billion (lower end of an IX system) to a high of $12 billion (upper end of a GAC system).

**Table 8: California NPV Cost (2026) for Domestic Well PFAS Treatment Systems**

| Item | GAC | IX Resin | Basis |
|---|---|---|---|
| Number of domestic wells requiring PFAS treatment | 21,945 | 21,945 | Value provided by Office of Attorney General |
| Probable NPV Cost/system | $313,000 | $293,000 | Table 6 |
| California Probable 30-year NPV Cost | $6.9B | $6.4B | Product of number of treatment systems and probable NPV cost/system |
| Lower End of Probable California 30-yr NPV Cost | $4.8B | $4.5B | Set at the lower bound of the 80% confidence for a Class 5 Cost Estimate (Cost–30%) |
| Upper End of Probable California 30-yr NPV Cost | $12B | $11.3B | Set at the upper bound of the 80% confidence for a Class 5 Cost Estimate (Cost+75%) |

## VIII. COST OF PFAS TREATMENT AT MUNICIPAL WELLS

87. "Municipal Wells" for purposes of this analysis refers to groundwater wells with a production capacity greater than 25 gpm that supply water to "community" or "non-transient non-community" public water systems. Municipal wells in California have a broad range of production capacities.

88. The treatment system for municipal wells typically includes pre-filters for silt removal followed by the contactor vessels. Other equipment include a waste backwash water tank, miscellaneous valves, and a concrete slab on which the vessels are set.

89. The primary equipment is the pressure vessels that will contain the media. The design criteria for the vessels are listed in Table 9.

**Table 9: Sizing Criteria of the Pressure Vessels in a PFAS Groundwater Treatment System**

| Item | Unit | GAC System | IX Resin System |
|---|---|---|---|
| System Configuration | -- | Parallel Trains | Parallel Trains |
| Vessels per Train | -- | 2; Lead-Lag | 2; Lead-Lag |
| EBCT per Vessel at Design Flow | minutes | 10 | 2 |
| Max. Flow per 12-ft diameter vessel | gpm | 1,000 | 2,000 |
| Loading rate at Max. Flow | gpm/ft$^2$ | ~8 to 9 | ~16 to 18 |
| Typical Media Depth | ft | ~11 to 12 | 4 to 5 |

90. The EBCT for GAC treatment was set at 10 minutes and for IX resin treatment at 2 minutes. These values are based on current design practice for PFAS treatment systems applied to groundwater supplies. Thus, for a vessel treating 1,000 gpm, the volume of GAC in the vessel must be 10,000 gallons (1,337 ft$^3$) to result in an EBCT of 10 minutes. A 12-ft diameter GAC vessel is required to treat 1,000 GPM and will contain GAC to a depth of about 12 ft to meet the EBCT of 10 minutes.

91. As is typically required by the SWRCB Division of Drinking Water ("DDW"), and as is the general practice in the municipal groundwater treatment industry, two treatment vessels are set up in series in which the first vessel achieves the bulk of the removal, while the second vessel serves as a "polishing" filter. Two 12-ft diameter vessels are set up in series with about 12 ft of GAC in them for each 1,000 gpm of flow, and it takes two 12-ft diameter vessels in series

with about 4 to 5 ft of IX resin in them to treat up to 2,000 gpm of flow. The number of dual-vessels required are then set up in parallel with each treating either 1,000 gpm (for GAC) or 2,000 gpm (for IX resin).

92. Costs for at least three items that may be required at individual treatment sites are excluded here, resulting in a likely underestimate of costs for the municipal well treatment systems. No chemical feed systems or other chemical addition requirements are included in this cost estimate. The water sources are assumed to already have chlorine feed systems for disinfection. Additionally, the estimates assume that sufficient space exists at each well site to accommodate the treatment system. If the treatment system does not fit on the site, additional costs will be incurred to acquire property to house the treatment system or to convey water to another location where the treatment system could be sited. The capital cost estimate also assumes that no building is needed to house any of the pressure vessels. If a building is necessary, such as in areas with severe weather or regular snow, it can significantly increase the capital cost of the treatment system.

93. The equipment markup costing approach was used to develop the capital cost estimates for the PFAS treatment systems employing pressure vessels. The approach works as follows:

(a) The cost of key equipment purchase and installation are estimated, along with the cost of a concrete slab for the equipment. The total is referred to as the total equipment cost.

(b) Then the construction cost components are estimated as markups on the total equipment cost. These components include (i) contractor mobilization at 5%, (ii) site work and yard piping at 20%, (iii) electrical work at 20%, and (iv) instrumentation and controls at 20%. The cost of the first fill of media in the contactors, along with the tax on the media and the media installation cost are added. A contractor overhead and profit (15% on equipment and construction activities) are added, along with a 30% construction contingency to account for unforeseen costs. The total of all these items is the construction cost.

(c) Professional services are then added also using a markup approach. However, their percentages varied depending on the size of the treatment systems. These include (i) engineering design which ranged from 12% for a 1,000 gpm system to 5% for a 20,000 gpm system, (ii) verification testing which varied from 7.4% for a 1,000 gpm system to 1.3% for a 20,000 gpm system, (iii) environmental permitting which varied from 2.4% for a 1,000 gpm system to 0.8% for a 20,000 gpm system, (iv) construction management which varied from 12% for a 1,000 gpm system to 5% for a 20,000 gpm system, (v) legal and administration costs which varied from 2.4% for a 1,000 gpm system to 0.8% for a 20,000 gpm system, and (vi) startup services before the system is taken over by the water agency which varied from 2.4% for a 1,000 gpm system to 0.8% for a 20,000 gpm system.

(d) The sum of the construction cost and the professional services costs constitutes the total capital cost.

94. Using the above approach, the capital cost was developed for 14 treatment systems with sizes ranging from 1,000 gpm to 20,000 gpm. The lower and upper ends of the 80% confidence range were calculated by multiplying each capital cost by 0.7 to get the lower end and by 1.75 to get the upper end.

95. Parametric equations were then used to fit the upper end and lower end of the confidence range around the calculated capital cost as a function of system size, in gpm. Hence, if the capacity of a municipal well is known, these equations are used to estimate the capital cost of a PFAS treatment system using either GAC or IX resin. The form of the parametric equations was as follows:

$$Cost = A \times [Capacity]^{B}$$

96. Where A and B are constants determined from fitting the cost values developed for the 1,000 gpm to 20,000 gpm systems.

97. For wells producing less than 1,000 gpm, the equipment markup approach was not reliable because the cost of a smaller system can greatly vary depending on the package system

purchased and is highly influenced by the local conditions. Hence, for the purpose of this analysis, the cost equations developed for the engineered systems larger than 1,000 gpm were extrapolated down to lower flowrate values in the range of 25 to 1000 gpm. With the equations converging to zero cost at zero flowrate, this approach assumes that the capital costs for the smaller systems are less than the cost of the 1,000 gpm.

98. The annual O&M costs were also developed for each of the systems discussed above (1,000 to 20,000 gpm). Certain assumptions and unit costs were used and some are outlined in Table 10. They included labor cost, media replacement cost, energy cost, analytical cost, and maintenance cost.

**Table 10: Unit Costs and Assumptions Made in the Development of the Annual O&M Costs**

| Item | Value & Basis |
|---|---|
| GAC BVs treated between replacement | 50,000 BVs |
| IX Resin BVs treated between replacement | 200,000 BVs |
| Treatment System Utilization Rate | 90% |
| Electric Energy Cost | \$0.15/kW-hr |
| Media Disposal Cost | \$30/ft$^3$ for GAC and \$100/ft$^3$ for IX resin |
| Analytical Cost | \$350/sample with one sample collected from the effluent of each vessel per month |
| Labor Cost | \$150,000/full-time equivalent (FTE)/yr and the number of FTE's required is calculated on a sliding scale from 1 FTE for a 1,000-gpm system to 2.75 FTEs for a 20,000-gpm system |
| Maintenance Cost | Set at 1% of the capital cost per year |

99. The upper and lower values of the 80% confidence on the annual costs for all the systems were then fit with the same type of parametric equation used for the capital cost discussed above.

100. The NPV for each system was then derived using the equation set forth in paragraph 65, using the same interest rate of 5.5% and an annual cost escalation rate of 3.0% as was used for domestic well treatment costs, for the same reasons.

101. The 80% confidence range limits were then calculated for each NPV value, and each set was fit with the same parametric equation form used for the capital cost and the annual costs.

102. The equations representing the lower end and the upper end of the 80% confidence in the probable capital cost, annual cost, and NPV are presented in Table 11 for either a GAC treatment system or an IX resin treatment system.

**Table 11: Parametric Equations for the Lower and Upper Limits of the 80% Confidence Range on the Probable Capital Cost, Annual O&M Cost, and 30-yr NPV for a Groundwater PFAS Treatment System**

| Item | 80% Confidence Limit | GAC Treatment | IX Resin Treatment |
|---|---|---|---|
| Probable Capital Cost | Lower Limit | $\$M = 2.8318 \times [MGD]^{0.8465}$ | $\$M = 2.6163 \times [MGD]^{0.6752}$ |
| | Upper Limit | $\$M = 7.0794 \times [MGD]^{0.8465}$ | $\$M = 6.5409 \times [MGD]^{0.6752}$ |
| Probable Annual O&M Cost | Lower Limit | $\$M/yr = 0.1926 \times [MGD]^{0.8253}$ | $\$M/yr = 0.1894 \times [MGD]^{0.8127}$ |
| | Upper Limit | $\$M/yr = 0.4820 \times [MGD]^{0.8253}$ | $\$M/yr = 0.4740 \times [MGD]^{0.8127}$ |
| Probable 30-yr NPV | Lower Limit | $\$M = 6.7832 \times [MGD]^{0.8344}$ | $\$M = 6.4744 \times [MGD]^{0.7651}$ |
| | Upper Limit | $\$M = 16.958 \times [MGD]^{0.8344}$ | $\$M = 16.186 \times [MGD]^{0.7651}$ |

103. Figures 5 and 6 provide a graphical representation of the cost equations and illustrate that there is an 80% probability that the cost value is somewhere in the shaded area between the lower and upper limit in each chart.

**Figure 5: Probable Capital Cost (top), Annual O&M Cost (middle), and 30-year NPV (bottom) for a GAC Treatment System to Remove PFAS from a Municipal Well**




**Figure 6: Probable Capital Cost (top), Annual O&M Cost (middle), and 30-year NPV (bottom) for an IX Resin Treatment System to Remove PFAS from a Municipal Well**




104. The parametric equations presented in Table 11 and Figures 5 and 6 were applied to the database of California municipal wells with PFOA concentration exceeding the MCL of 4 ng/L.

105. To identify the municipal water sources that require treatment, I relied on the PFOA Source List of municipal wells with PFOA detections equal to or greater than 4 ng/L. The database

included wells described as either Active (A), Inactive (I), or in Planning (P). As a conservative measure, only Active wells were included in this analysis.

106. A breakdown of the final database used is summarized in Table 12. While the database contained 15,317 municipal wells, only 10,735 (70.1%) are designated as Active wells and were thus included in this analysis. Of those active wells, as many as 8,858 (82.5%) were sampled for PFOA, and of those sampled as many as 1,122 wells had at least one sample containing more than 4 ng/L PFOA, which represents a positive rate of 12.7% (calculated as 1,122 divided by 8,858). Applying this hit rate of 12.7% to the total number of active Municipal Wells (10,735), the projected number of active wells requiring PFOA treatment is calculated at 1,360 wells, which consists of the 1,122 wells with PFOA detections above 4 ng/L and 238 wells that are projected to have PFOA above 4 ng/L.

**Table 12: Breakdown of Municipal Wells Included in the Analysis**

| Item | Value |
|---|---|
| Total No. of Active, Inactive, and Planned Wells in the Database | 15,317 |
| Total Active Municipal Wells | 10,735 |
| Calculated % of Municipal Wells that are Active | 70.1% |
| Total Active Municipal Wells Sampled for PFOA | 8,858 |
| % of Total Active Municipal Wells that were Sampled for PFOA | 82.5% |
| Total Active Municipal Wells Sampled with at least one PFOA at > 4 ng/L | 1,122 |
| Total Active Municipal Wells Sampled with all PFOA measured at < 4 ng/L | 7,736 |
| Total Active Municipal Wells not yet Sampled | 1,877 |
| % of Total Active Sources Sampled Requiring PFOA Treatment (i.e., > 4 ng/L) | 12.7% |
| Projected Active Municipal Wells Requiring PFOA Treatment | 1,360 |

107. The cost equations were applied to each of the 1,122 active wells in the database requiring treatment. To apply the equations, the production size of each well is needed, but this information is not available in any of the State databases.

108. To overcome this challenge, the following procedure was followed to estimate the production capacity of each municipal well:

(a) The population served, $P$, by each public water system included in the database was used to estimate the maximum water demand, $D_{max}$, of the water system using the following equations developed by the USEPA[25] for systems that are served predominantly by groundwater, ($D_{GW,Max}$) or served predominantly by surface water ($D_{SW,Max}$).

$$D_{GW,Max.} = 396.39 \times [P]^{0.97708}$$

$$D_{SW,Max.} = 369.71 \times [P]^{0.97757}$$

(b) The total system demand was then divided by the number of sources used by that water system to determine the maximum capacity of each source. The number of sources at each water system were also included in the PFOA Source List.

109. Applying this approach can overestimate the size of a treatment system at a well and underestimate it at another. For example, for systems that have a large surface water treatment plant and a small number of wells, this approach overestimates the production capacity of the wells because it assumes all sources in the system have the same production capacity. It is common that the surface water treatment plant can produce far more water than an individual well.

110. To mitigate the effect of this condition, the production capacity for municipal wells was capped at 2,000 gpm in my cost estimates, regardless of the value calculated using USEPA approach described above. That is, I limit the costs I assign to treatment of any municipal water source where the estimate production capacity of that source is greater than 2,000 gpm.

111. This is a conservative approach for the many water systems with multiple wells that do not operate all the wells at the same time. Many of them operate half their wells while they rest the other half, and then switch to the other half and rest the first half. In that case, the system demand is satisfied by half the actual number wells. Hence, the methodology utilized herein would underestimate the individual well capacity by 50%, and with it the size and cost of the PFAS treatment system.

[25] USEPA 815-R-05-010. (2005). "Economic Analysis for the Final Stage 2 Disinfectants and Disinfection By-Products Rule." USEPA, Office of Water, Washington, D.C.

112. Based on the above approach for estimating well capacity, it was determined that 247 wells out of the 1,122 wells requiring treatment are projected to have a capacity of less than 25 gpm. The cost for these wells was calculated based on the domestic wells costing methodology described earlier. For the remaining 875 wells with a capacity greater than 25 gpm, the parametric cost equations for the upper and lower ends of the confidence ranges outlined in Table 11 were applied. The combined capital costs for all 1,122 wells, along with their annual O&M costs, and 30-year NPVs were calculated for a GAC system or an IX resin system. The results are presented in Table 13.

**Table 13: Ranges of the Probable Capital Cost, Annual O&M Cost, and 30-yr NPV for PFAS Treatment required at 1,122 Wells**

| Item | GAC Treatment | IX Resin Treatment |
|---|---|---|
| Range of Probable Capital Cost | $2.01B – $5.04B | $1.85B – $4.6B |
| Range of Probable Annual O&M Cost | $139 M/yr – $347 M/yr | $136 M/yr – $341 M/yr |
| Range of Probable 30-yr NPV Cost | $4.9B – $12.2B | $4.6B – $11.6B |

113. The costs presented in Table 13 were then extended to the additional 238 unsampled active municipal wells. The costs for the total number of municipal wells (1,360) requiring treatment was calculated by multiplying the values in Table 13 by the ratio of 1,360 to 1,122. The resulting California costs are summarized in Table 14.

**Table 14: Projected Ranges of the Probable Capital Cost, Annual O&M Cost, and 30-yr NPV for PFAS Treatment at all 1,360 California Municipal Wells Likely to Require PFAS Treatment**

| Item | GAC Treatment | IX Resin Treatment |
|---|---|---|
| Range of Probable Capital Cost | $2.44B – $6.1B | $2.25B – $5.6B |
| Range of Probable Annual O&M Cost | $158 M/yr – $421 M/yr | $165 M/yr – $413M/yr |
| Range of Probable 30-yr NPV Cost | $5.9B – $14.7B | $5.5B – $14.0B |

114. The analysis shows that, within 80% confidence, the 30-yr NPV for PFAS treatment in California PFAS-impacted municipal wells may be between $5.5B and $14.7B.

## IX. Volume of Groundwater Treated

115. At counsel's request, I have prepared an estimate of the total volume of groundwater that would be treated annually if the domestic and municipal well treatment systems described herein were constructed and operational under my operational assumptions.

116. The total volume of groundwater annually treated by domestic wells would be 35,400 acre-feet/yr ("AF/yr"), calculated as the number of treatment systems (21,945) multiplied by 10 gpm production capacity for each treatment system, multiplied by 10% utilization rate, multiplied by 525,600 minutes per year, and then divided by 325,851, which is the conversion from gallons to acre-feet.

117. The total volume of groundwater treated by municipal wells annually would be 1.01 million acre-feet per year ("MAF/yr"), calculated as the sum of the production capacity of all 1,122 treated wells multiplied by 90% utilization rate for wells >25 gpm and by 10% for wells <25 gpm. The result is then multiplied by 525,600 minutes per year and then divided by 325,851, which is the conversion from gallons to acre-feet. The 1.01 MAF/yr for the 1,122 wells was extrapolated to the 1,360 wells by multiplying the 1.01 value by the ratio of the total active wells (10,735) to the total active wells in the monitoring database (8,858). The result is 1.22 MAF/yr.

118. The sum of the domestic and municipal volume of groundwater treated per year is calculated as the sum of 1.22 MAF/yr for the municipal wells and 35,400 AF/yr for the Domestic wells for a final total of 1.255 MAF/yr.

## X. Cost of PFAS Treatment at Surface Water Treatment Plants

119. This analysis assumes that large gravity-fed open basins, inside a building, will be utilized for PFAS removal at surface water treatment plants due to the typical large size of such plants.

120. The contactors, which serve the same purpose as the treatment vessels in the smaller systems described above, are concrete structures that are designed and constructed based on each plant's conditions. An intermediate pump station is required to lift the water from the effluent of the filters to the top of the new contactors.

121. The design criteria for surface water PFAS treatment utilizing GAC or IX resin are described in Table 15.

**Table 15: Sizing of Gravity-Fed Post-Filter Adsorbers for PFAS Removal at a Surface Water Treatment Plant**

| Item | Unit | GAC System | IX Resin System |
|---|---|---|---|
| Building Enclosure? | -- | Yes | Yes |
| EBCT per Contactor at Design Flow | minutes | 20 | 4 |
| Media Depth | ft | 11 | 6 |
| Number of Standby Contactors | -- | 2 | 1 |
| Loading rate at Design Flow | $gpm/ft^2$ | 4.1 | 11.2 |
| Contactor Area Required per MGD of Flow | $ft^2/MGD$ | 169 | 62 |

122. EBCT for GAC contactors was set at 20 minutes at design flow, while that for IX resin contactors was set at four (4) minutes. These values are double those used for groundwater treatment systems due to the anticipated impact of natural organic matter present in surface water on the removal of PFAS by either type of adsorbent. In addition, a building enclosure over all the contactors was included.

123. The media depth was set at 11 ft for GAC and 6 ft for IX resin based on my professional experience.

124. Based on the EBCT and media depth, the adsorber area required per MGD of flow is calculated at 169 $ft^2$ for GAC and 62 $ft^2$ for IX resin.

125. The parametric equation approach for estimating the capital cost of PFAS treatment at a surface water treatment plant. The equation establishes the relationship between contactor area required and the capital cost.

126. To obtain this relationship, three full-scale case studies were evaluated as the basis for the relationship between cost and size of the added adsorbers downstream of filters at a water treatment plant. The capital cost, adjusted to 2026, was determined for each case and then plotted

against the surface area of the contactors constructed. The three datapoints were then fitted with the power equation:

$$Cost = A \times [Area]^{B}$$

127. Where "*A*" and "*B*" are constants determined from the data fit. This relationship was then used to develop the final parametric model expressing the capital cost as a function of treatment plant capacity.

128. All three studies featured water treatment plants that incorporated post-filter GAC with intermediate pumping. The studies are described in Table 16.

**Table 16: Surface Water Treatment Case Studies**

| Item | Case 1 | Case 2 | Case 3 |
|---|---|---|---|
| State | California | North Carolina | Tennessee |
| Treatment Capacity | 40 MGD | 44 MGD | 80 MGD |
| Status | Constructed and in Operation | Constructed and in Operation | Cost Estimate only |
| Year of Cost Data | 2012 | 2019 | 2023 |
| Treatment System Added | GAC | GAC | GAC |

129. ***Case 1*** **–** In 2012, a water agency completed the construction of a post-filter GAC facility at its surface water treatment plant designed for the removal of Total Organic Carbon ("TOC") in order to reduce the formation of disinfection byproducts in their distribution system. The modifications also included a pump station downstream of the GAC contactors, an ultraviolet ("UV") disinfection facility, and a storage tank. The costs of the UV facility and storage tank were removed from the cost value for this analysis.

***130.*** ***Case 2*** **–** In 2019, a water agency in North Carolina began the construction of a post-filter GAC retrofit of its surface water treatment plant to remove PFAS from its water supply. The modifications also included an intermediate pump station to lift the water from the filter effluent to the GAC process influent. Information on the design and cost of the facility were obtained from online material and a presentation at the American Water Works Association Water Quality & Technology Conference held in Dallas, TX, in November 2023.

131. ***Case 3*** – In 2023, a Tennessee water agency designed a post-filter GAC facility at one of its water treatment plants. The GAC process was designed for TOC removal. Cost information was obtained from the design engineer at the 30% design stage.

132. Table 17 presents sizing and design parameters for the post-filter contactors at each of the three case studies analyzed.

**Table 17: Specifics of the GAC Contactors at the Three Case Studies**

| Item | Unit | Case 1 | Case 2 | Case 3 |
|---|---|---|---|---|
| Number of Contactors | # | 8 | 8 | 12 |
| Length of each Contactor | ft | 16.25 | 38 | 83 |
| Width of each Contactor | ft | 32 | 22 | 16 |
| GAC Depth | ft | 10 | 12.5 | 7 |
| Area of Each Contactor | $ft^2$ | 520 | 836 | 1,328 |
| Total Surface Area | $ft^2$ | 4,160 | 6,688 | 15,936 |
| Volume of GAC per Contactor | $ft^3$ | 5,200 | 10,450 | 9,296 |
| Total Volume of GAC | $ft^3$ | 41,600 | 83,600 | 111,552 |
| Loading Rate at Design Flowrate | $gpm/ft^2$ | 6.7 | 4.6 | 3.5 |
| EBCT at Design Flowrate | minutes | 11.2 | 20 | 15 |

133. Cases 1 and 2 each used eight (8) contactors with a surface area per contactor of 520 and 836 $ft^2$, respectively. Case 3 was designed to include 12 contactors, each with a surface area of 1,328 $ft^2$. The key sizing parameter, i.e., total surface area, ranged from 4,160 to 15,936 $ft^2$.

134. The cost data for the three case studies were analyzed and escalated to 2026 using the ENR CCI, described in paragraph 71, to adjust the local past construction cost to the 20-City average CCI for early 2026, which is reported by ENR at 14,136. The cost escalation is achieved by multiplying the construction cost from a past year by the ratio of the CCI in 2026 to the CCI value in that year.

135. The resulting 2026 capital costs were then plotted against the total contactor area at each plant and the plots are shown in Figure 7.

**Figure 7: Fit of the Parametric Model to the Capital Cost of the Three Case Studies Used in this Analysis, Escalated to a CCI of 14,136. The Cost Includes an Enclosure Building**




136. The three data points were fitted with the equation in paragraph 126 to determine the values of *A* and *B*. The resulting parametric equation fit has an "A" value of 0.0744 and a "B" value of 0.8315.

137. Starting with the parametric equation fit of the three case studies in Figure 7, the costs of adding PFAS treatment at five surface water treatment plants with design capacities of 10, 20, 50, 100, and 250 MGD was calculated. The total surface area for each size plant was calculated using the $ft^2$/MGD values in the last row of Table 15 and used in the parametric cost equation shown in Figure 7 to develop the probable capital cost for each of the five plants. Added to the capital cost was the cost of the initial fill of GAC or IX resin. The uncertainty bounds of –30% and +75% for a Class 5 cost estimate were then applied to each calculated capital cost to develop the upper and lower bounds of the capital cost equation.

138. The resulting lower and upper cost estimates for each size simulated are presented in Table 18 for either a GAC treatment system or an IX resin treatment system at a surface water treatment plant. Each set of lower and upper values were fitted with the parametric power equation shown in paragraph 95.

**Table 18: Upper and Lower Cost Estimates for GAC or IX Resin Treatment Addition to Surface Water Treatment Plants with Sizes Ranging from 10 to 250 MGD**

| System Capacity | GAC Lower Estimate | GAC Upper Estimate | IX Resin Lower Estimate | IX Resin Upper Estimate |
|---|---|---|---|---|
| 10 MGD | $35M | $88M | $16M | $40M |
| 20 MGD | $63M | $157M | $31M | $77M |
| 50 MGD | $130M | $325M | $61M | $153M |
| 100 MGD | $202M | $506M | $100M | $250M |
| 250 MGD | $404M | $1,010M | $195M | $487M |

139. The annual O&M costs were then developed for the five plant sizes to include the following:

(a) Labor Cost

(b) GAC or IX replacement Cost (assuming GAC replacement every 20,000 BVs treated, while IX resin replacement every 100,000 BVs)

(c) Energy Cost

(d) Analytical Cost

(e) Maintenance Cost

140. The annual O&M cost was based on the annual average flowrate which was determined by dividing the plant size (MGD) by a peaking factor of 2.5. This translates into a utilization rate of 40%.

141. The lower and upper bounds on the annual O&M costs were then applied, and a parametric equation was used to fit each bound using the same power equation that expresses cost as a function of plant size.

142. Finally, the 30-year NPV was determined using the same financial calculation described in paragraph 65 earlier for the municipal well treatment costs. The lower and upper bounds on the NPVs for the five plant sizes were calculated and a parametric equation was fit through each set.

143. The parametric equations developed for the probable capital, annual O&M, and 30-year NPV for a PFAS removal from a surface water treatment plant are presented in Table 19 below for a GAC treatment system and an IX resin treatment system. Two parametric equations are presented for each cost item and for each technology. The two equations represent the lower and upper ends of the 80% confidence in the probable cost.

**Table 19: Parametric Equations for the Lower and Upper Limits of the 80% Confidence Range on the Probable Capital Cost, Annual O&M Cost, and 30-yr NPV for PFAS Removal from Surface Water**

| Item | 80% Confidence Limit | GAC Treatment | IX Resin Treatment |
|---|---|---|---|
| Probable Capital Cost | Lower Limit | $\$M = 6.4472\times[MGD]^{0.7528}$ | $\$M = 2.9652\times[MGD]^{0.7637}$ |
| | Upper Limit | $\$M = 16.118\times[MGD]^{0.7528}$ | $\$M = 7.4131\times[MGD]^{0.7637}$ |
| Probable Annual O&M Cost | Lower Limit | $\$M/yr = 0.18\times[MGD]^{0.8765}$ | $\$M/yr = 0.148\times[MGD]^{0.8849}$ |
| | Upper Limit | $\$M/yr = 0.451\times[MGD]^{0.8765}$ | $\$M/yr = 0.371\times[MGD]^{0.8849}$ |
| Probable 30-yr NPV | Lower Limit | $\$M = 9.855\times[MGD]^{0.8132}$ | $\$M = 5.85\times[MGD]^{0.8398}$ |
| | Upper Limit | $\$M = 24.638\times[MGD]^{0.8132}$ | $\$M = 14.626\times[MGD]^{0.8398}$ |

144. Figures 8 and 9 provide graphical representations of the cost equations. What these charts say is that there is an 80% probability that the cost value is somewhere in the shaded area between the lower and upper limit in each chart.

**Figure 8: Probable Capital Cost (top), Annual O&M Cost (middle), and 30-year NPV (bottom) for a GAC Treatment System to Remove PFAS from a Surface Water**




**Figure 9: Probable Capital Cost (top), Annual O&M Cost (middle), and 30-year NPV (bottom) for an IX Resin Treatment System to Remove PFAS from a Surface Water**




145. The PFOA Source List includes fourteen large surface water sources of public drinking water with at least one sample containing PFOA above 4 ng/L. Two of those sources are used by the same water treatment plant. Therefore, costs were developed for 13 surface water

treatment plants. The capacities of nine of the 13 plants were available. For the remaining four plants, their capacities were estimated based on their population served using the 2005 USEPA equations in paragraph 108(a) for surface water. The capacities of the 13 plants ranged from a low of 0.06 MGD to a high of 40 MGD.

146. The parametric equations presented in Table 19 were applied to the 13 plants.

147. The resulting total costs for the 13 treatment plants are presented in Table 20. Depending on the technology implemented, the probable 30-yr NPV may range from a low of $523 M (IX resin) to a high of $2.04 B (GAC).

**Table 20: Projected Ranges of the Probable Capital Cost, Annual O&M Cost, and 30-yr NPV for PFAS Treatment at 13 California Surface Water Treatment Plants Requiring PFAS Treatment**

| Item | GAC Treatment | IX Resin Treatment |
|---|---|---|
| Range of Probable Capital Cost | $0.45B – $1.125B | $0.213B – $0.534B |
| Range of Probable Annual O&M Cost | $18 M/yr – $45 M/yr | $15 M/yr – $38 M/yr |
| Range of Probable 30-yr NPV Cost | $0.82B – $2.04B | $0.523B – $1.31B |

## XI. Cost of PFAS Treatment at Wastewater Treatment Plants

148. Applying GAC or IX resin for the removal of PFAS from the effluents of wastewater treatment plants requires the same process setup as that presented above for surface water plants with a slight modification in the design criteria, which is listed in Table 21. The two primary differences are that (1) the contactors do not need to be protected from the elements, and thus an enclosure building is not required and (2) the EBCT value is higher (30 minutes compared to 20 minutes) because wastewater has a higher concentration of organic matter, which competes with the PFAS for adsorption on the GAC or resin.

**Table 21: Sizing of Gravity-Fed Post-Filter Adsorbers for PFAS Removal at a Wastewater Treatment Plant**

| Item | Unit | GAC System | IX Resin System |
|---|---|---|---|
| Building Enclosure | -- | No | No |
| EBCT per Contactor at Design Flow | minutes | 30 | 6 |
| Media Depth | ft | 11 | 6 |
| Number of Standby Contactors | -- | 2 | 2 |
| Loading rate at Max. Flow | gpm/ft$^2$ | 2.7 | 7.5 |
| **Surface Area Required/MGD** | ft$^2$/MGD | 257 | 92.6 |

149. The same three case studies discussed in Section X and used for estimating the capital cost of PFAS treatment at surface water treatment plants are used to estimate PFAS treatment cost at wastewater treatment plants. However, the cost of the enclosure building had to be removed from each case. The resulting parametric cost equation fit of the three case studies without the building enclosure cost is presented in Figure 10.

**Figure 10: Fit of the Parametric Model to the Capital Cost of the three Case Studies Used in this Analysis, Escalated to a CCI of 14,136. The Cost excludes an Enclosure Building**




150. Starting with the parametric equation fit of the three case studies in Figure 10, the costs of adding PFAS treatment at five wastewater treatment plants with design capacities of 10, 20, 50, 100, and 250 MGD was calculated. The total surface area for each size plant was calculated using the ft$^2$/MGD values in the last row of Table 21 and used in the parametric cost equation shown in Figure 10 to develop the probable capital cost for each of the five plants. Added to the

capital cost was the cost of the initial fill of GAC or IX resin. The uncertainty bounds of –30% and +75% for a Class 5 cost estimate were then applied to each calculated capital cost to develop the upper and lower bounds of the capital cost equation.

151. The resulting lower and upper cost estimates for each size simulated are presented in Table 22 for either a GAC treatment system or an IX resin treatment system at a wastewater treatment plant. Each set of lower and upper values was fitted with the parametric power equation shown in paragraph 95.

**Table 22: Upper and Lower Cost Estimates for GAC or IX resin Treatment Addition to Wastewater Treatment Plants with Sizes Ranging from 10 to 250 MGD**

| System Capacity | GAC Lower Estimate | GAC Upper Estimate | IX Resin Lower Estimate | IX Resin Upper Estimate |
|---|---|---|---|---|
| 10 MGD | \$44M | \$111M | \$22M | \$55M |
| 20 MGD | \$70M | \$174M | \$35M | \$86M |
| 50 MGD | \$160M | \$399M | \$83M | \$206M |
| 100 MGD | \$255M | \$637M | \$134M | \$336M |
| 250 MGD | \$533M | \$1,332M | \$271M | \$678M |

152. It should be emphasized that, to my knowledge, no agency has implemented IX resin treatment in an open contactor, especially at a wastewater treatment plant. Therefore, the application of IX resin for PFAS treatment at a wastewater treatment plant remains a theoretical concept at this time.

153. After the capital costs were developed for the five treatment plant sizes, the annual O&M costs were then developed for them and they included the following:

(a) Labor Cost

(b) GAC or IX replacement Cost (assuming GAC replacement every 10,000 BVs treated, while IX resin replacement every 50,000 BVs)

(c) Energy Cost

(d) Analytical Cost

(e) Maintenance Cost

154. The annual O&M cost was based on the annual average flowrate which was determined by dividing the plant size (MGD) by a peaking factor of 2.5, which is equivalent to a utilization rate of 40%. The peaking factor was calculated as the average peaking factor from the from the WWTP PFAS Database.

155. The lower and upper bounds on the annual O&M costs were then applied, and a parametric equation was used to fit each bound using the same power equation that expresses cost as a function of plant size.

156. Finally, the 30-year NPV was determined using the same financial calculation described in paragraph 65 for the municipal well treatment costs. The lower and upper bounds on the NPVs for the five plant sizes were calculated and a parametric equation was fit through each set.

157. The parametric equations developed for the probable capital, annual O&M, and 30-year NPV for a PFAS removal from filtered wastewater are presented in Table 23 below for a GAC treatment system and an IX resin treatment system. Two parametric equations are presented for each cost item and for each technology. The two equations represent the lower and upper ends of the 80% confidence in the probable cost.

**Table 23 – Parametric Equations for the Lower and Upper Limits of the 80% Confidence Range on the Probable Capital Cost, Annual O&M Cost, and 30-yr NPV for PFAS Removal from Filtered Wastewater**

| Item | 80% Confidence Limit | GAC Treatment | IX Resin Treatment |
|---|---|---|---|
| Capital Cost | Lower Limit | $\$M = 7.172\times[MGD]^{0.7798}$ | $\$M = 3.443\times[MGD]^{0.7947}$ |
| | Upper Limit | $\$M = 17.929\times[MGD]^{0.7798}$ | $\$M = 8.606\times[MGD]^{0.7947}$ |
| Annual O&M Cost | Lower Limit | $\$M/yr = 0.270\times[MGD]^{0.9156}$ | $\$M/yr = 0.231\times[MGD]^{0.9153}$ |
| | Upper Limit | $\$M/yr = 0.675\times[MGD]^{0.9156}$ | $\$M/yr = 0.577\times[MGD]^{0.9153}$ |
| 30-yr NPV | Lower Limit | $\$M = 12.289\times[MGD]^{0.8573}$ | $\$M = 7.969\times[MGD]^{0.8786}$ |
| | Upper Limit | $\$M = 30.722\times[MGD]^{0.8573}$ | $\$M = 19.92\times[MGD]^{0.8786}$ |

158. Figures 11 and 12 provide a graphical representation of the cost equations. There is an 80% probability that the cost value is somewhere in the shaded area between the lower and upper limit in each chart.

**Figure 11: Probable Capital Cost (top), Annual O&M Cost (middle), and 30-year NPV (bottom) for a GAC Treatment System to Remove PFAS from a Filtered Wastewater**




**Figure 12: Probable Capital Cost (top), Annual O&M Cost (middle), and 30-year NPV (bottom) for an IX Resin Treatment System to Remove PFAS from a Filtered Wastewater**



159. It should be emphasized that the above approach is highly conservative as it may greatly underestimate the true cost of implementing PFAS treatment at wastewater treatment plants for two reasons:

(a) Most wastewater treatment plants do not employ filtration of the effluent before it is discharged to the environment. Implementing GAC or IX resin treatment requires that the water undergo filtration to remove the solid material before GAC or IX treatment. Otherwise, the GAC or IX contactors will clog up almost immediately. The cost of building filters upstream of GAC or IX treatment was not included in this cost analysis. Those costs would likely double the capital cost to implement PFAS removal.

(b) Even if a wastewater plant currently includes filters, those filters are not typically designed and operated for high solids removal as drinking water plant filters are. For example, the turbidity in filtered water at a drinking water treatment plant is typically at or below 0.1 NTU, while that in filtered wastewater can be as high as 2 NTU. The higher solids content in the filtered water will clog the downstream GAC or IX resin contactors. Hence, significant upgrades to the wastewater filer design and operation would need to be implemented before post-filter GAC or IX resin contactors can be efficiently operated. The costs of these upgrades are not included in this analysis.

160. To calculate total PFAS wastewater treatment costs in California, I used the "WWTP PFAS Database." Data for the WWTP PFAS Database was provided by Counsel. I understand it was assembled by the SWRCB and consists of PFAS sampling data from WWTPs, and other information about those WWTPs. At least some of the data was collected pursuant to the SWRCB-issued Order WQ 2020-0015-DWQ ("Order"). The Order required operators of 259

wastewater treatment plants to monitor for PFAS in their influent, effluent, biosolids, and other treatment plant components.[26]

161. The Order targeted a subset of the State's WWTPs with a design capacity exceeding 1 MGD. The combined data from the monitoring order and the other data transmitted to me are broken down as shown in Table 24.

**Table 24: PFAS Occurrence in WWTPs**

| | Database |
|---|---|
| Number of WWTPs with Reported PFAS Data | 215 |
| Number of WWTPs with Usable PFOA Results | 175 |
| Number of WWTPs with at least one PFOA results > 4 ng/L | 164 |

162. The monitoring data from the effluent of 215 WWTPs was received and analyzed for this effort with a focus on PFOA.

163. For this analysis, all samples reported as "non-detect" ("ND") but with a minimum reporting limit[27] greater than 4 ng/L for PFOA were removed from the analysis because it is not possible to determine if a sub-MRL reported value was actually less than or greater than 4 ng/L, and therefore that sample cannot be binned in either those requiring treatment or those not requiring treatment. This left data from 175 WWTPs with usable effluent PFOA results. The analysis showed that the PFOA concentrations exceeded 4 ng/L in the effluent of 93% (164 plants) of the 175 WWTPs analyzed.

164. To apply the parametric equations in Table 23, the design capacity of each WWTP is required. Of the 164 WWTPs with PFOA above 4 ng/L, 136 WWTPs were in the monitoring order, which included the design capacities of the plants. For the remaining 28 WWTPs, their

[26] SWRCB Order WQ 2020-0015-DWQ. (2020). https://perma.cc/59WB-9S4G (last accessed on Sept. 10, 2026).

[27] "Minimum reporting limit" is the lowest concentration of an analyte that can be reliably measured with confidence surpassing a set threshold, usually 95%, pursuant to an established laboratory analytical method. Analytes detected in a sample at levels below the MRL cannot be quantified with that high degree of confidence, and are generally reported out as "non-detect" ("ND").

design capacities were obtained from online references and documents. The full list of those 28 WWTPs and the references for their capacities are presented in Table 25.

**Table 25: Listing of WWTPs with PFOA > 4 ng/L and the References Relied Upon to Obtain their Design Capacities**

| WWTP | Reference |
|---|---|
| SF Airport Mel Leong TP-Sanitary Waste | San Francisco Int'l Airport Mel Leong Treatment Plant Project Survey. https://perma.cc/7SCT-QFZT (last accessed on Sept. 10, 2026). |
| Cambria CSD WWTP | California Regional Water Quality Control Board—Central Coast Region. "Staff Report for Regular Meeting of November 13-14, 2014." https://perma.cc/NP5J-BPPR (last accessed on Sept. 10, 2026). |
| Oxnard WWTP | MKN Associates. "City of Oxnard Wastewater Treatment Plant Unit Processes Optimization Study." https://perma.cc/HAC7-E699 (last accessed on Sept. 10, 2026). |
| Selma-Kingsburg-Fowler CSD WWTF | SWRCB Order WQ 2020-0015-DWQ. (2020). https://perma.cc/59WB-9S4G (last accessed on Sept. 10, 2026). |
| Tahoe Truckee Sanitation Agency | CEQA Website. "SCH Number 1998052005—Tahoe-Truckee Sanitation Agency Water Reclamation Expansion Project." https://perma.cc/ZJ3T-49P9 (last accessed on Sept. 10, 2026). |
| Encina Water Pollution Control Facility | Encina Wastewater Authority. https://perma.cc/DG2R-JPP8 (last accessed on Sept. 10, 2026). |
| Visalia Water Reclamation Facility (WRF) | Valley Voice. (March 2019). "Visalia's new wastewater facility is greener, safer." https://perma.cc/SC7Q-TF39 (last accessed on Sept. 10, 2026). |
| Lompoc City Regional Wastewater Reclamation Plant | California Regional Water Quality Control Board—Central Coast Region. "Staff Report for Regular Meeting of December 1, 2011." |

| WWTP | Reference |
|---|---|
| | https://perma.cc/2ZZH-D6HD (last accessed on Sept. 10, 2026). |
| Coachella Sanitary District | California Regional Water Quality Control Board—Colorado River Basin Region. (2000). "Order No. 00-032: National Pollutant Discharge Elimination System Permit & Waste Discharge Requirements for Coachella Sanitary District, Owner/Operator Wastewater Treatment Plant." https://perma.cc/LAQ4-XFMV (last accessed on Sept. 10, 2026). |
| Carmel Reclamation | Carmel Area Wastewater District. "Wastewater Treatment Plant." https://perma.cc/RWE4-D9VH (last accessed on Sept. 10, 2026). |
| Linda County Water District WWTP | Linda County Water District. (Oct. 2025). "Notice of Public Hearing on Proposed Adjustments to Water and Sewer Rates." https://perma.cc/456Y-FGWM (last accessed on Sept. 10, 2026). |
| Palo Alto Regional WQCP | California Regional Water Quality Control Board—San Francisco Bay Region. (2025). "Tentative Order R2-2025-00XX." https://perma.cc/MPA3-ZFUN (last accessed on Sept. 10, 2026). |
| FSSD Subregional WWTP | Fairfield-Suisun Sewer District. "About Fairfield-Suisun Sewer District." https://perma.cc/T27P-4EK5 (last accessed Sept. 10, 2026). |
| San Mateo WWTP | Clean Water Program: San Mateo. "Wastewater Treatment Plant Nutrient Removal and Wet Weather Flow Management Upgrade and Expansion Project." https://perma.cc/2NUR-F5FN (last accessed on Sept. 10, 2026). |
| Joint Water Pollution Control Plant, Carson | Los Angeles County Sanitation Districts. "A.K. Warren Water Resource Facility." https://perma.cc/V39U-7NLF (last accessed on Sept. 10, 2026). |

| WWTP | Reference |
|---|---|
| Colton/San Bernadino STP, RIX | CEQA Website. (2007). "SCH Number 2007021068: Rapid Infiltration and Extraction (RIX) Enhancement Project." https://perma.cc/253A-JG8U (last accessed on Sept. 10, 2026). |
| Novato and Ignacio WWTP | CEQA Website. (2005). "SCH Number 2004072033: Novato Sanitary District Wastewater Facility Plan Project." https://perma.cc/LWQ8-L9FM (last accessed on Sept. 10, 2026). |
| Los Angeles-Glendale WWRP | LA Sanitation. "Los Angeles-Glendale Water Reclamation Plant." https://perma.cc/33NG-59J4 (last accessed on Sept. 10, 2026). |
| Vallejo F&WD (formerly SFCD) WWTP | California Regional Water Quality Control Board—San Francisco Bay Region. (2023). "Order R2-2023-0001." https://perma.cc/LXS2-NTD3 (last accessed on Sept. 10, 2026). |
| Turlock City, Turlock Regional Water Quality Control Facility | City of Turlock. "Treat Water." https://perma.cc/82CN-YUAQ (last accessed on Sept. 10, 2026). |
| Central Contra Costa SD WWTP | Contra Costa Location Agency Formation Commission. (2008). "Contra Costa LAFCO: Water and Wastewater Municipal Services Review for Central Contra Costa County, Section 5.0: Central Contra Costa Sanitary District Wastewater Service." https://perma.cc/628H-Z4JE (last accessed on Sept. 10, 2026). |
| San Jose/Santa Clara WPCP | California Regional Water Quality Control Board—San Francisco Bay Region. (2009). "Notice of Application & Public Hearing for Discharge Permit & Issuance of Cease & Desist Order." https://perma.cc/VX7E-KF5Y (last accessed on Sept. 10, 2026). |
| Hale Avenue Resource Recovery Facility (HARRF) Recycled Water | City of Escondido. "Hale Avenue Resource Recovery Facility (HARRF)." |

| WWTP | Reference |
|---|---|
| | https://perma.cc/VTC8-TUNC (last accessed on Sept. 10, 2026). |
| EBDA Common Outfall | CEQA Website. (2022). "SCH Number 2022070326: East Bay Dischargers Authority (EBDA), EBDA Common Outfall, Reissuance of NPDES Permit." https://perma.cc/2EZ5-HF4P (last accessed on Sept. 10, 2026). |
| EBMUD WPCP | East Bay Municipal Utility District. "Wastewater treatment." https://perma.cc/9GPC-J765 (last accessed on Sept. 10, 2026). |
| SF-SE Water Pollution Control Plant, N-Point & Bayside | California Regional Water Quality Control Board—San Francisco Bay Region. (2008). "Staff Summary Report." https://perma.cc/FNW9-4BJT (last accessed on Sept. 10, 2026). |
| Barstow Wastewater Treatment Plant | California Regional Water Quality Control Board—Lahontan Region. (2019). "Meeting of July 10, 2019—Bishop." https://perma.cc/J7SR-4EPH (last accessed on Sept. 10, 2026). |
| Dublin San Ramon SD WWTP | Fagerstrom Engineering. "Dublin-San Ramon WWTP Laboratory." https://perma.cc/89QX-9YCA (last accessed on Sept. 10, 2026). |

165. The parametric cost equations presented in Table 23 for the 80% confidence range were applied to the WWTPs in the database and the probable total capital, annual O&M, and NPV costs were calculated if the WWTP was to meet a discharge limit of 4 ng/L, 10 ng/L, or 20 ng/L. The results are plotted in Figures 13 and 14. The analysis shows that the probable 30-year NPV cost of compliance with a discharge limit of 4 ng/L for PFOA or PFOS in the 164 WWTPs exceeding this limit may range from a low of $21B (IX resin) to a high of $73B (GAC).

**Figure 13: Probable Capital (top) and 30-yr NPV (bottom) of PFAS Treatment at Impacted WWTP using GAC**




**Figure 14: Probable Capital (top) and 30-yr NPV (bottom) of PFAS Treatment at Impacted WWTP using IX Resin**




## XII. SUMMARY

166. The outcome of the cost estimate is summarized in Table 26. The total 30-year NPV for PFAS treatment has an 80% likelihood to fall between a low of $31.3 billion, which represents the lower 80% confidence limit for implementing IX resin treatment at all locations, to a high of $102 billion, which represents the upper end of the 80% confidence limit for implementing GAC treatment at all locations.

**Table 26: Projected Ranges of the 2026 Probable Capital, Annual O&M, and 30-yr NPV for PFAS Treatment at California Drinking Water Sources and Wastewater Treatment Plants using either GAC or IX Resin**

| Item | GAC Treatment | IX Resin Treatment |
|---|---|---|
| ***Capital Costs*** | | |
| 21,945 Domestic Wells | $0.63 B – $1.6 B | $0.57 B – $1.4 B |
| 1360 Municipal Wells | $2.44 B – $6.1 B | $2.25 B – $5.6 B |
| 13 Surface Water Treatment Plants | $0.45B – $1.125B | $0.213B – $0.534B |
| 164 Wastewater Treatment Plants(1) | $12B – $31B | $6.3B– $15.8B |
| **Total Capital Cost** | **$15.5B – $39.8B** | **$9.3B – $23.3B** |
| ***Annual O&M Costs*** | | |
| 21,945 Domestic Wells | $204M/yr - $511M/yr | $193M/yr - $481M/yr |
| 1360 Municipal Wells | $158M/yr – $421M/yr | $165M/yr – $413M/yr |
| 13 Surface Water Treatment Plants | $18M/yr – $45M/yr | $15M/yr – $38M/yr |
| 164 Wastewater Treatment Plants(1) | $827M/yr - $2.07 B/yr | $707M/yr - $1.77B/yr |
| **Total Annual O&M Costs** | **$1.2B/yr – $3.1B/yr** | **$1.1B/yr – $2.7B/yr** |
| ***30-Yr NPV Costs*** | | |
| 21,945 Domestic Wells | $4.8B - $12B | $4.5B - $11.3B |
| 1360 Municipal Wells | $5.9 B – $14.7 B | $5.5 B – $14.0 B |
| 13 Surface Water Treatment Plants | $0.82B – $2.04B | $0.523B – $1.31B |
| 164 Wastewater Treatment Plants(1) | $29.3B - $73.3B | $20.8B - $52B |
| **Total 30-Yr NPV Cost** | **$40.8B – $102B** | **$31.3B – $78.6B** |

(1) Assuming a discharge limit of 4 ng/L.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Executed on this 12th day of September 2026, in Los Angeles, California.

By:



Issam Najm

# EXHIBIT A

# Issam Najm, Ph.D., P.E., BCEE



(818) 366-8340
Email
Los Angeles, California
LinkedIn

### Education

Ph.D., Civil & Environmental Engineering, University of Illinois at Urbana-Champaign, 1990

M.S., Civil & Environmental Engineering, University of Illinois at Urbana-Champaign, 1987

B.S., Civil Engineering, American University of Beirut, Lebanon, 1985

### Certifications/Licenses

Civil Engineer, CA, 1997, (C57496)

Board Certified Environmental Engineer, Water Supply (04-10053)

### Areas of Expertise

- Groundwater and Surface Water Treatment
- Bench and pilot testing
- Distribution System water quality evaluation
- Evaluation of Full-Scale Treatment Plant
- Classes on water quality and water treatment

### Experience

- 35 years of experience
- 10 with Montgomery Watson
- 25 with WQTS
- Joined Hazen and Sawyer in 2026

*Dr. Issam Najm is an environmental engineer with 35+ years of experience in drinking water treatment science and engineering. He is a national expert in the field of water quality and water treatment. He holds a Bachelor of Science degree in Civil Engineering, as well as M.S. and Ph.D. degrees in Environmental Engineering. He is a registered Professional Civil Engineer in California, a Board-Certified Environmental Engineer, and an Adjunct Associate Professor of Civil and Environmental Engineering at the University of California Los Angeles.*

## EDUCATION:

| | |
|---|---|
| Ph.D., Environmental Engineering, Univ. of Illinois at Urbana-Champaign | 1990 |
| M.S., Environmental Engineering, Univ. of Illinois at Urbana-Champaign | 1987 |
| B.S., Civil Engineering, American Univ. of Beirut, Lebanon | 1985 |

## PROFESSIONAL EXPERIENCE

**Hazen and Sawyer, D.P.C.**
*Los Angeles, California*
2026 – Present: Vice President

**Water Quality & Treatment Solutions, Inc. (WQTS)**
*Los Angeles, California*
2001 – 2025: Founder and President

**Montgomery Watson (now part of Stantec)**
*Pasadena, California*
1997 – 2000: Vice President and Manager, Applied Research Department
1994 – 1997: Principal Engineer; Applied Research Department
1992 – 1994: Supervising Engineer; Applied Research Department
1990 – 1992: Senior Engineer, Applied Research Department

## TEACHING EXPERIENCE

2007 – Present
Adjunct Associate Professor
Civil & Environmental Engineering Department
University of California Los Angeles
*Physical & Chemical Processes in Water Treatment*

1998 – 2005
Instructor
Civil & Environmental Engineering Department
University of California Los Angeles
*Physical & Chemical Processes in Water Treatment*
*Design of Water Treatment Plants*

Updated August 24, 2026

## LITIGATION SUPPORT & EXPERT TESTIMONY (2016 – Present)

- *West Virginia Rivers Coalition, Inc. v. The Chemours Company, FC, LLC*. Case No. 2:24-CV-00701, United States District Court, Southern District of West Virginia at Charleston, Retained by Plaintiff, Deposition on July 26, 2025, No Court Testimony.
- *Bonnar et al. v. Affinitylifestyles.com, Inc. d/b/a Real Water, LLC, a Nevada Corporation,* Lead Case No. A831169, District Court, Clark County, Nevada, Retained by Plaintiff, Deposition on May 19, 2023, Testimony on March 6, 2025.
- *Hunter Brown. v. Affinitylifestyles.com, Inc. d/b/a Real Water, LLC, a Nevada Corporation,* Lead Case No. A831169, District Court, Clark County, Nevada, Retained by Plaintiff, Deposition on May 19, 2023, Testimony on October 14, 2024.
- *Christopher Noah Wren, a Minor Child, et al. v. Affinitylifestyles.com, Inc. d/b/a Real Water, LLC, a Nevada Corporation, et al.,* Lead Case No. A831169, District Court, Clark County, Nevada, Retained by Plaintiff, Deposition on May 19, 2023, Testimony on June 3, 2024.
- *Hunwardsen, Myles et al. v. Affinitylifestyles.com, Inc. d/b/a Real Water, LLC, a Nevada Corporation, et al.,* Lead Case No. A831169, District Court, Clark County, Nevada, Retained by Plaintiff, Deposition on May 19, 2023, Testimony on January 26, 2024.
- *Orion Gallagher et al. v. Affinitylifestyles.com, Inc. d/b/a Real Water, LLC, a Nevada Corporation, et al.,* Lead Case No. A831169, District Court, Clark County, Nevada, Retained by Plaintiff, Deposition on May 19, 2023, Testimony on September 18, 2023.
- *Santa Clarita Valley Water Agency v. Whittaker Corporation*. Case No. 2:18-CV-6825-GW (RAOX), United States District Court, Central District of California, Retained by Plaintiff, Deposition on August 4, 2021, Testimony on November 24, 2021.
- *Crystal Good, et al. v. American Water Works Company, Inc., et al.* Case No. 2:14-CV-01374, US District Court, Southern District of West Virginia, Retained by Defendants, Deposition on April 20, 2016, No Court Testimony.

## PROFESSIONAL CERTIFICATIONS

- Professional Civil Engineer, California (1997). Registration Number C 57496
- American Academy of Environmental Engineers & Scientists (AAEES), Board Certified Environmental Engineer, Water Supply (04-10053)

## AWARDS AND RECOGNITIONS

- A.P. Black Research Award – American Water Works Association – 2021
- George Warren Fuller Award – American Water Works Association – 2017
- Best Paper Award – AWWA Water Quality Division – 2014
- Dr. Pankaj Parekh Research Innovation Award – Water Research Foundation – 2014
- Best Research Paper Award – AWWA Water Science & Research Division – 2007
- Best Publication Award – AWWA – 2007
- Board-Certified Environmental Engineer, American Academy of Environmental Engineers
- Young Civil Engineer Achievement Award, University of Illinois at Urbana-Champaign, Civil & Environmental Engineering Alumni Association, 1999
- Academic Achievement Award for best doctoral dissertation, American Water Works Association, 1990

## MEMBERSHIP IN PROFESSIONAL ORGANIZATIONS

- American Water Works Association (AWWA)
- American Academy of Environmental Engineers & Scientists (AAEES)

## PROFESSIONAL VOLUNTEER SERVICES

- Associate Editor, *AWWA Water Science*, AWS, American Water Works Association, 2018 – Present
- American Academy of Environmental Engineers & Scientists, AAEES; Board of Trustees; 2015 – 2017
- AWWA CA-NV Section; SOURCE Editorial Advisory Committee, Chair; 2014 – 2017
- Disinfection By-Products Technical Action Workgroup, AWWA: 2012 – Present
- AWWA; Water Research & Science Division Trustee, 2007 – 2013
- Journal AWWA Editorial Advisory Board, Chair; 2009 – 2013
- Journal AWWA Editorial Advisory Board, Member – 2001 to 2009
- Peer Review Editorial Board, Journal AWWA, Chair; 2006 to 2009
- AWWA; Inorganic Contaminants Committee: Chair; 2002 – 2006
- AWWA; Organic Contaminants Research Committee, Chair; 1998 – 2001

## PUBLISHED WORKS

### Peer Reviewed Publications

1. Najm, I.N., (2025). "National Cost of Compliance with a Drinking Water MCL for Hexavalent Chromium". *AWWA Water Science*, 7:e70035, https://doi.org/10.1002/aws2.70035
2. Najm, I.N.; K. Linden; B. Liu, B.; J. Liles, and S. Winners, (2022). "Destruction of 1,4-Dioxane and VOCs with UV-H2O2 in a High Alkalinity Groundwater". *AWWA Water Science*, e1296. https://doi.org/10.1002/aws2.1296
3. Su, Y.; K.R. Muller; H. Yoshihara-Saint; I. Najm; D. Jassby. "Nitrate Removal in an Electrically Charged Granular-Activated Carbon Column," *Environ. Sci. Technol*. 55, 24, 16597-16606 (2021). https://doi.org/10.1021/acs.est.1c02152
4. Najm, I.N.; B.T. Gallagher; N. Vishwanath; N.K. Blute; A. Gorzalski; A. Feffer; & S. Richardson (2021). "PFAS Removal with GAC and a Specialty Adsorbent – A Case Study". *AWWA Water Science*, 3(5) http://dx.doi.org/10.1002/aws2.1245
5. Seidel, C.J.; I.N. Najm; N.K. Blute; C.J. Corwin; & X. Wu. (2013) "National and California Treatment Costs to Comply with Potential Hexavalent Chromium MCLs", *Journal AWWA*, **105**:6. E320–E336. https://doi.org/10.5942/jawwa.2013.105.0080
6. Najm, I.N. "An Alternative Interpretation of Disinfection Kinetics". *Journal AWWA*, **98**:11 (2006).
7. Najm, I.N.; M. Kennedy; & W. Naylor. "Lignite vs Bituminous GAC for Biofiltration – A Case Study". *Journal AWWA*, **97**:1 (2005).
8. Rosen, J.S.; I. Najm; J. Sobrinho; & S. Via. (2004) "Role of Variability in Design, Implementation, and Interpretation of Microbial Inactivation Studies," *Water Science & Technology: Water Supply*, 4(2):93-101.
9. Najm, I.N.; K. Rakness; M. Hotaling; S. Via; & D. Rexing. (2004) "A Proposed C×T Table for the Synergistic Inactivation of *Cryptosporidium* with Ozone and Chloramine," *Journal AWWA* **96**(6) 105-113.
10. Nerenberg, R., B.E. Rittmann, and I.N. Najm. (2002) "Perchlorate Reduction in a Hydrogen-Based Membrane Biofilm Reactor". *Journal AWWA*, **94**(11):103-114.
11. Najm, I.N. (2001) "User-Friendly Carbonate Chemistry Charts". *Journal AWWA*, **93**(11):86-93.
12. Najm, I.N.; R.R. Trussell. (2001) "NDMA Formation in Water & Wastewater". *Journal AWWA*, **93**:2

13. Najm, I.N.; J.P. Marcinko; & J.A. Oppenheimer. "Impact of Water Quality and Analytical Methodology on TOC Analytical Results." *Journal AWWA*, **92**(8) (2000).
14. Trussell, R.R.; & I.N. Najm. Application of Advanced Oxidation Processes for the Destruction of Disinfection By-Product Precursors. In *Formation and Control of Disinfection By-Products in Drinking Water*. Philip Singer, Editor. American Water Works Association. Denver, CO (1999).
15. Najm, I.N.; C.H. Tate; and D. Selby. "Optimizing Enhanced Coagulation With PAC Addition: Case Study". *Journal AWWA*, **90**:10 (1998).
16. Najm, I.N.; E.M. Aieta; J.A. Oppenheimer; and B.T. Gallagher. "Impact of Turbidity on the Inactivation of *Giardia cysts* With Ozone". *Water Supply*, Vol. 16; Nos 1/2, pp. 419-442 (1998).
17. Kawamura, S., I.N. Najm, K.M. Gramith, "Filter Trough Modifications to Minimize Media Loss During Filter Washing," *Journal AWWA*, **89**:12 (1997).
18. Najm, I.N., "Advances in the Mathematical Modeling of Powdered Activated Carbon Processes," *Journal AWWA* **88**:10 (1996).
19. Najm, I.N., and S.W. Krasner, "Effects of Bromide and Natural Organic Matter on the Formation of Ozonation By-Products," *Journal AWWA*, **87**:1 (1995).
20. Najm, I.N., N.L. Patania, J.G. Jacangelo, S.W. Krasner, "Evaluating Surrogates for Disinfection By-Products," *Journal AWWA*, **86**:6 (1994).
21. Najm, I.N., V.L. Snoeyink, Y. Richard, "Removal of 2,4,6-Trichlorophenol and Natural Organic Matter From Water Supplies Using PAC in Floc-Blanket Reactors," *Water Research*, **27**:4 (1992).
22. Najm, I.N., V.L. Snoeyink, and Y. Richard, "Effect of Initial SOC Concentration on its Activated Carbon Adsorption Capacity in Natural Water," *Journal AWWA*, **83**:8 (1991).
23. Najm, I.N., V.L. Snoeyink, B.W. Lykins, and J.Q. Adams, "Powdered Activated Carbon for Drinking Water Treatment: A Critical Review," *Journal AWWA*, **83**:1 (1991).
24. Najm, I.N., V.L. Snoeyink, M.T. Suidan, C.H. Lee, and Y. Richard, "Effect of Particle Size and Background Organics on the Adsorption Efficiency of PAC," *Journal AWWA* **82**:1:65-72 (1990).
25. Wang, Y.T., M.T Suidan , J.T. Pfeffer, and I.N. Najm, "The Effect of Concentration of Phenols on Their Batch Methanogenesis," *Biotechnology and Bioengineering* **33**:1353-1357 (1989).
26. Suidan, M.T., I.N. Najm, Y.T. Wang, and J.T. Pfeffer, "Anaerobic Biodegradation of Phenol: Inhibition Kinetics and System Stability," *Journal of Environmental Engineering, ASCE* **114**:6 (1988).

## Published Research Reports

1. Najm, I.N. *Treatment Strategies for the Removal of Lithium from Drinking Water – Project 5258*. The Water Research Foundation, Denver, CO (2025)
2. Najm, I.N., Romero-Maraccini, O., Maraccini, P.A., Teefy, S. *Verification of the Effect of pH on the Microbial Inactivation Efficiency of Free Chlorine – Project 4701*. The Water Research Foundation, Denver, CO (2019)
3. Najm, I.N. Strontium in Water: *Critical Review of its Treatment Options and Considerations for its Removal*. Final Report, Water Research Foundation, Denver, CO (2016)
4. Najm, I.N.; N.L. Patania-Brown; E.Y. Seo; B.T. Gallagher; K.M. Gramith; N. Blute; X. Wu; M. Yoo; S. Liang; S. Maceiko; S. Kader; & J. Lowry. *Impact of Water Quality on Hexavalent Chromium Removal Efficiency and Cost.* Final Report, Water Research Foundation, Denver, CO (2014).
5. Najm, I.N.; N.L. Patania-Brown; B.T. Gallagher; E.Y. Seo; & K.M. Gramith. *Minimizing Waste Backwash Water from a Biological Denitrification Treatment System.* Final Report, Water Research Foundation, Denver, CO (2014).
6. Najm, I.N.; N.L. Patania Brown; & K. Gramith. *Quantifying Hydrazine in Chloraminated Water*. Final Report, Water Research Foundation, Denver, CO (2011).
7. Najm, I.N.; N.L. Patania Brown; & K. Gramith. *Minimizing Backwash Volume from Coagulation/Filtration for Arsenic Removal*. Final Report, Water Research Foundation, Denver, CO (2010).

8. Najm, I.N.; N.L. Patania Brown; K. Gramith; & T. Hargy. *Validating Disinfection in Ozone Contactors*. Final Report, Water Research Foundation, Denver, CO (2008).
9. Najm, I.N.; N.L. Patania Brown; & K. Gramith. *Minimizing Backwash Water Volume Generated from the Coagulation/Filtration Process used for Arsenic Removal*. Final Report, Water Research Foundation, Denver, CO (2007).
10. Najm, I.N.; & N.L. Patania Brown. *Formation of Hydrazine as a Chloramine By-Product*. Final Report, Water Research Foundation, Denver, CO (2006).
11. Singer, Philip C.; H.S. Weinberg; K. Brophy; L. Liang; M. Roberts; I. Grisstede; S. Krasner; H. Baribeau; H. Arora; & I. Najm. *Relative Dominance of Haloacetic Acids and Trihalomethanes in Treated Drinking Water*. Final Report. Awwa Research Foundation, Denver, CO (2002).
12. Najm, I.N., & R.R. Trussell. "Emerging Water Treatment Technologies." In *Emerging Water Contaminants*. Report by the National Research Council (1999).
13. Najm, I.N., V.L. Snoeyink, T.L. Galvin, and Y. Richard, "Evaluation of Powdered Activated Carbon Use for the Control of Organic Compounds During Drinking Water Treatment," Final Report, AWWARF, (January 1991).
14. Najm, I.N. "Evaluation of the Use of Powdered Activated Carbon for the Control of Organic Compounds During Drinking Water Treatment," Ph.D. Dissertation, University of Illinois at Urbana-Champaign, Urbana, Illinois (1990).
15. Najm, I.N., "Kinetics of Anaerobic Biodegradation of Phenolic Compounds," M.S. Thesis, University of Illinois at Urbana-Champaign, Urbana, Illinois (1987).

## TECHNICAL CONFERENCE PRESENTATIONS

1. Najm, I.N. "Monitoring for Nitrification Prevention and Control with an Update on New Total Ammonia Method," In Proceedings of the AWWA Annual Conference and Exposition, Washington, DC (June 21 – 24, 2026)
2. Najm, I.N. "National Cost of Compliance with Cr6 MCL," In Proceedings of the AWWA Annual Conference and Exposition, Washington, DC (June 21 – 24, 2026)
3. Najm, I.N., Parbhoo, K. "Impact of Water Age on Chloramine Stability and Nitrification in Water Distribution Systems," In Proceedings of the AWWA Annual Conference and Exposition, Washington, DC (June 21 – 24, 2026)
4. Najm, I.N., "Viable Technologies for Lithium Removal from Drinking Water," AWWA Water Quality Technology Conference, Tacoma, WA (November 9 – 12, 2025)
5. Najm, I.N., Teefy, S. "A Rapid Low-Cost Method for Total Ammonia Measurement," In Proceedings of the AWWA Annual Conference and Exposition, Denver, CO (June 8 – 12, 2025)
6. Najm, I.N., Alvord, M. "Five Years of Operation of Multiple PFAS Removal Ion-Exchange Plants," In Proceedings of the AWWA Annual Conference and Exposition, Denver, CO (June 8 – 12, 2025)
7. Najm, I.N., "National Cost of Compliance with a Cr(VI) MCL," In Proceedings of the Association of State Drinking Water Administrators, ASDWA Annual Conference, Long Beach, California (October 22, 2025)
8. Najm, I.N., "California and National Cost of Compliance with a Cr(VI) MCL," In Proceedings of the AWWA Annual Conference and Exposition, Anaheim, California (June 10 – 13, 2024)
9. Maravilla, J., Najm, I.N., Sangines, L., Yang, C-C, Lamb, J. "Solving the Mystery of Turbidity Spikes in Treated Water (Hint: Follow the Manganese)," In Proceedings of the AWWA Annual Conference and Exposition, Anaheim, California (June 10 – 13, 2024)
10. Najm, I.N., Plumlee, M., Pannu, M., Grieco, S. "Bench Testing of PFAS Removal with IX Resin – Strengths and Weaknesses" In Proceedings of the AWWA Annual Conference and Exposition, Anaheim, California (June 10 – 13, 2024)
11. Maravilla, J., Najm, I.N., Sangines, L., Yang, C-C, Lamb, J. "Fate of Manganese through three Residuals Treatment Trains – Mechanical vs. Non-Mechanical Drying," In Proceedings of the AWWA Annual Conference and Exposition, Anaheim, California (June 10 – 13, 2024)

12. Najm, I.N., Najm, G., Gallagher, B., Plumlee, M., Pannu, M., Grieco, S., "Removal of PFAS with IX Resins and Other Adsorbents – Predicting Full-Scale Treatment Performance with Bench-Scale Testing," AWWA Water Quality Technology Conference, Dallas, TX (November 2023)
13. Najm, I.N., Sheikh, A. "CFD Modeling to Optimize the Design of a Chloramine Boosting System in a Water Reservoir," AWWA Water Quality Technology Conference, Dallas, TX (November 2023)
14. Najm, I.N., Teefy, S. "A Simple, Rapid, and Low-Cost Method for Measuring Total and Free Ammonia in Water Containing Chloramine," AWWA Water Quality Technology Conference, Dallas, TX (November 2023)
15. Najm, I.N., Sheikh, A. "CFD Modeling to Optimize the Design of a Chloramine Boosting System in a Water Reservoir," AWWA Ca-NV Section Spring Conference, Las Vegas, NV (Oct 2023)
16. Najm, I.N., Teefy, S. "A Simple, Rapid, and Low-Cost Method for Measuring Total and Free Ammonia in Water Containing Chloramine," AWWA CA-NV Section Fall Conference, Las Vegas, NV (October 2023)
17. Najm, I.N. "Application of Ion-Exchange (IX) Resin for PFAS Removal from Drinking Water," USEPA Workshop: Small Systems Challenges and Solutions, Cincinnati, OH (September 20223)
18. Najm, I.N., "Destruction of Saxitoxins and Other Cyanotoxins with Permanganate and Chlorine," AWWA CA-NV Section Spring Conference, San Diego CA (April 2023)
19. Najm, I.N., "Preparing for the Unknown," AWWA CA-NV Section Spring Conference, San Diego, CA (April 2023)
20. Najm, I.N., Ali, H. (M), "Pilot Testing of PFAS Removal at a Surface Water Treatment Plant," AWWA CA-NV Section Spring Conference, San Diego, CA (April 2023)
21. Najm, I.N.; V. Whitener; G. Najm; M. Bates; H. Ali; S. Diamond; & K. Purkayastha, "Pilot Testing of PFAS Removal from a High-TOC Surface Water," In Proceedings of the AWWA Water Quality Technology Conference, Cincinnati, OH (2022)
22. Najm, I.N.; B.T. Gallagher; M. Bates; H. Ali; & S. Diamond, "Destruction of Saxitoxin and other Cyanotoxins with Permanganate and Chlorine," In Proceedings of the AWWA Water Quality Technology Conference, Cincinnati, OH (2022)
23. Najm, I.N.; S. Cole; & M. Alvord, "PFAS Removal with IX Resin – Bench-Scale Predictions vs. Full-Scale Performance," In Proceedings of the AWWA Annual Conference & Exposition, San Antonio, TX (2022)
24. Najm, I.N.; B.T. Gallagher; K. Chung; M. Stasiak; J. Leung; J. Kuo; M. Zafer; & V.L. Snoeyink, "Impact of pH Adjustment and Extended Stagnation on the Release of Metals from Premise Plumbing," In Proceedings of the AWWA Annual Conference & Exposition, San Antonio, TX (2022)
25. Najm, I.N. & A. Rhodes, "Impact of a Watershed Fire on the City of Santa Barbara's Water Treatment Plant", Presentation at the California-Nevada AWWA Section Virtual Fall Conference (2021)
26. Najm, I.N. (Invited Keynote Speaker), "Resilience in a Time of Uncertainty", AWWA California-Nevada Section Fall Conference (2021)
27. Najm, I.N. & J. Leung, "Course Correction: How LADWP Shifted from a Phosphate Strategy to a pH-Adjustment Strategy for Corrosion Control," Presentation at the AWWA Summit on Lead and Water Quality (2021)
28. Najm, I.N., "Particulate Matter Removal in Water Treatment – Historical Perspective and Current State of the Science," Presentation at the California-Nevada AWWA Section Virtual Fall Conference (2020)
29. Najm, I.N., & L. Lyford, "Managing Manganese Challenges in an Ozone Water Treatment Plant," Presentation at the California-Nevada AWWA Section Virtual Fall Conference (2020)
30. Najm, I.N. "Bench-Scale Testing Methodology for Evaluating PFAS Removal with IX Resin," Presentation at the California-Nevada AWWA Section Virtual Fall Conference, (2020).
31. Najm, I.N. "PFAS Removal from Drinking Water – Technical Requirements & Anticipated Costs," Association of California Water Agencies Regulatory Summit, Sacramento, CA (2019).
32. Najm, I.N., P. Maraccini, D. Ferguson, G. Rajagopalan, M. Rivera, G. Kowalski, A. Javier, & D. Christensen, "PFAS Removal with GAC using the Rapid Small-Scale Column Test Procedure," In Proceedings of the AWWA Annual Conference & Exposition, Denver, CO (2019).
33. Najm, I.N., O. Romero-Maraccini, V. Dabbaghian, & P. Liu, "Pilot-Scale Evaluation of Chlorite Addition for Nitrification Control and Prevention," In Proceedings of the AWWA Annual Conference & Exposition, Denver, CO (2019).

34. Najm, I.N. "Navigating the Chemistry of Manganese and its Removal through a Water Treatment Plant," In Proceedings of the AWWA California-Nevada Section Fall Conference, San Diego, CA (2019).
35. Najm, I.N., N. Turner, A. Kanold, & C. Hurshman. "Design, Cost, and Performance of a Spray Aeration System for THM Removal from a Treated Water Reservoir," In Proceedings of the AWWA Water Quality Technology Conference, Dallas, TX (2019).
36. Najm, I.N. "Back to the Basics: Challenges and Solutions for Small Systems/Groundwater Treatment – Hexavalent Chromium (Cr6)," In Proceedings of the AWWA California-Nevada Section Spring Conference, Sacramento, CA (2019).
37. Najm, I.N., O. Romero-Maraccini, P. Maraccini. "Examining the Effect of Water pH on Microbial Inactivation with Free Chlorine.", In Proceedings of the AWWA Annual Conference & Exposition, Las Vegas, NV (2018).
38. Najm, I.N.; M. DeHaan; C. Busch; P. Swaim; & B. Emerson, "Heavy Metals Removal to Ultra-Low Levels – A Bench-Scale Study", In Proceedings of the AWWA Annual Conference & Exposition, Philadelphia, PA (2017).
39. Najm, I.N.; Romero-Maraccini, O.; Gallagher, B. & M. Paulucci, "Cyanotoxins & MIB Removal with Powdered Activated Carbon", In Proceedings of the AWWA California-Nevada Section Spring Conference, Sacramento, CA (2016).
40. Najm, I.N. "Minimizing Waste Brine Production from Ion-Exchange Plants Operated for Cr(VI) Removal from Groundwater", In Proceedings of the AWWA California-Nevada Section Spring Conference, Sacramento, CA (2016).
41. Najm, I.N. "Cyanotoxins Removal with Drinking Water Treatment Technologies", In Proceedings of the AWWA Annual Conference & Exposition, Chicago, IL (2016).
42. Najm, I.N. & S. Teefy, "Proposed Chlorine CT Values for Giardia Inactivation at pH Greater than 9.0." In Proceedings of the AWWA Water Quality Technology Conference, Salt Lake City, UT (2015).
43. Najm, I.N. "Application of the Segregated Flow Analysis (SFA) Method for Calculating Disinfection Across a Contactor." In Proceedings of the AWWA Water Quality Technology Conference, Salt Lake City, UT (2015).
44. Najm, I.N. & G. Deol; L. Hakes; & P. Zhou. "Cyanotoxins Removal with Water Treatment Technologies Applied to South Bay Aqueduct Water." In Proceedings of the AWWA California-Nevada Section Conference, Anaheim, CA (2015).
45. Najm, I.N. & M. Rho. "Biological Removal of VOCs from Groundwater – Results of a Bench-Scale Study." In Proceedings of the AWWA CA-NV Section Fall Conference, Anaheim, CA (2014).
46. Najm, I.N. "Critical Review of California DPH's Cost of Compliance with Cr(VI) MCL." In Proceedings of the AWWA CA-NV Section Fall Conference, Anaheim, CA (2014).
47. Najm, I.N., "Feasibility and Cost of Hexavalent Chromium Removal from Groundwater," Paper presented at the Association of California Water Agency's Regulatory Summit, Oxnard, California (2013).
48. Najm, I.N. "National, California, and Community Cost of Implementing a Cr(VI) MCL." Paper presented at the Water Research Foundation Hexavalent Chromium Workshop, Sacramento, CA (2013).
49. Najm, I.N.; T.J. Kim; & C. Ajwani. "Optimizing Biological Denitrification of Groundwater – Recovering Waste Backwash Water & Co-Removal of Hexavalent Chromium." In Proceedings of the AWWA Water Quality Technology Conference, Long Beach, CA (2013).
50. Najm, I.N.; N.L. Patania-Brown; N. Blute; X. Wu; S. Kader. "Feasibility and Cost of Hexavalent Chromium Removal from Groundwater." In Proceedings of the AWWA Water Quality Technology Conference, Long Beach, CA (2013).
51. Najm, I.N., N.L. Patania Brown, N. Blute, & S. Kader, "Impact of Water Quality on Cr(VI) Treatment Efficiency and Cost," In Proceedings of the AWWA Annual Conference & Exposition, Denver, Colorado (2013).
52. Najm, I.N., D.J. Askenaizer, & R. Takidin, "Performance & Cost of Biological Denitrification of Groundwater," In Proceedings of the AWWA Annual Conference & Exposition, Denver, Colorado (2013).
53. Najm, I.N., & D.J. Askenaizer, "Pilot-Scale Evaluation of Biological Denitrification of Groundwater." Paper presented at the AWWA Inorganic Contaminants Workshop, Sacramento, California (2013).
54. Najm, I.N., C. Seidel, N. Blute, C. Corwin, X. Wu, "Hexavalent Chromium Treatment Goals – Community and National Cost Implications." In Proceedings of the AWWA Water Quality Technology Conference, Toronto, California (2012).

55. Najm, I.N., & G. Lynch, "Fitting an Arsenic & Manganese Treatment Plant on a 'Postage Stamp'", In Proceedings of the AWWA CA-NV Section Fall Conference, San Diego, California (2012).
56. Najm, I.N., & D.J. Askenaizer, "Pilot-Scale Evaluation of Biological Denitrification of Groundwater." In Proceedings of the AWWA CA-NV Section Fall Conference, San Diego, California (2012).
57. Najm, I.N., S. Thomson; & L. Chiourn, "Impact of Watershed Fire on a Water Treatment Plant – The Santa Barbara Experience," In Proceedings of the AWWA CA-NV Section FALL Conference, Sacramento, California (2010)
58. Teefy, S., I.N. Najm, L. Sangines, B. Gentry, & C. Pena, "Full-Scale Demonstration of Bromate Control with Pre-Chloramination." In Proceedings of the AWWA Annual Conference & Exposition, Chicago, Illinois (2010).
59. Najm, I.N., N.L. Patania Brown, K. Gramith, J. Ma, "A Novel Use of Ultra-Light Media in a Coagulation-Filtration Process for Arsenic Removal from Groundwater". In Proceedings of the AWWA Annual Conference & Exposition, Chicago, Illinois (2010).
60. Najm, I.N., S. Thomson; & L. Chiourn, "Impact of Watershed Fire on DBP Formation & Control – The Santa Barbara Experience," In Proceedings of the AWWA Annual Conference & Exposition, Chicago, Illinois (2010).
61. Najm, I.N., N.L. Patania Brown, K.M. Gramith, "Hydrazine Formation as a By-Product of Chloramine Addition to Natural Waters," In Proceedings of the AWWA Annual Conference & Exposition, Chicago, Illinois (2010).
62. Najm, I.N., B.T. Gallagher, M. Phillibert, J. Meyerhofer, R. Anderson, & S. Thomson. "A Novel Approach to Sulfide Removal from Groundwater", In Proceedings of the AWWA Annual Conference & Exposition, San Diego, California (2009).
63. Teefy, S.M., A. O'Brien, J. Fong, & I. Najm. "When T&O Destruction is the Primary Goal, what is the Optimum Ozone-Peroxide Process Configuration?". In Proceedings of the AWWA Annual Conference & Exposition, San Diego, California (2009).
64. Patania Brown, N., I. Najm, K. Gramith, S. Liang, B. Boman, & I. Babbitt. "Hydrogen-Based Autotrophic Biodegradation of Nitrate & Perchlorate in Groundwater," In Proceedings of the AWWA Annual Conference, San Diego, California (2009).
65. Teefy, S.M., C. Pena, B. Gentry, I. Najm, A. Mofidi. "Comparison of Bromate Control Strategies – pH Suppression vs. Chloramine Addition." In Proceedings of the AWWA Water Quality Technology Conference, Cincinnati, Ohio (2008).
66. Najm, I.N., D. Dempsey, Y. C. Guo. "Hydrazine as a Chloramine By-Product", In Proceedings of the AWWA Annual Conference, San Francisco, California (2005).
67. Najm, I.N., S.M. Teefy, S.E. Barrett. "NDMA Formation from Water Treatment Polymers". In Proceedings of the AWWA Annual Conference, Orlando, Florida (2004).
68. Najm, I.N. "Control of Nitrosamine Formation in Water Treatment". In Proceedings AWWA Annual Conference, Anaheim, California (2003).
69. Najm, I.N., S. Teefy, & L. Hidas. "Optimizing the Use of Carbon Dioxide for Bromate Control." In Proceedings of the AWWA Annual Conference, Anaheim, California (2003).
70. Rosen, J.S.; I.N. Najm; S.H. Via; J.A.H. Sobrinho; & M.M. Marshall. "Effects of Variability on the Developing Regulations for Ozone Inactivation of *Cryptosporidium parvum*." In Proceedings of the AWWA Water Quality Technology Conference, Seattle, WA (November 2002).
71. Najm, I.N., M. Kennedy, and Bill Naylor. "Full-Scale Comparison Between Lignite GAC and Bituminous GAC for Biofiltration". In Proceedings of the AWWA Water Quality & Technology Conference, Seattle, WA (November, 2002).
72. Najm, I.N., and J. Ma. "Formation of Nitrosamines as By-Products of Chloramination". Paper presented at the AWWA Annual Conference in New Orleans, Louisiana (June, 2002)
73. Najm, I.N., and S. Teefy. "Reducing Bromate Formation with Carbon Dioxide Addition". Paper presented at the AWWA Annual Conference in New Orleans, Louisiana (June, 2002)
74. Najm, I.N.; and R.R. Trussell. "NDMA Formation in Water & Wastewater". Paper presented at the AWWA Water Quality Technology Conference in Salt Lake City (November, 2000)
75. Rittmann, B.E.; R. Nerenberg; & I.N. Najm. "Autohydrogenotrophic Perchlorate Reduction," Paper Presented at the AWWA Inorganic Contaminants Workshop, Albuquerque, NM (February 28 & 29, 2000)

76. Najm, I.N.; R.R. Trussell; L. Boulos; B. Gallagher; R. Bowcock; C. Williams; and D. Clifford. “Application of Ion-Exchange Technology for Perchlorate Removal from Drinking Water,” Paper presented at the AWWA Annual Conference, Chicago, IL (June, 1999)
77. Teefy, S.; & I.N. Najm. “Evaluating Performance of Backwash Water Treatment Processes Using Indigenous Aerobic Bacterial Spores,” Paper presented at the AWWA Annual Conference, Chicago, IL (June, 1999)
78. Najm, I.N., R.R. Trussell, D.E. Clifford, and R. Bowcock. “Evaluating Ion-Exchange Technology for Perchlorate Treatment,” Paper presented at the National Groundwater Association’s Specialty Conference on Perchlorate and MTBE, Anaheim, California (June, 1998).
79. Najm, I.N., R.R. Trussell, E.M. Aieta. “Comparing Kinetic Models for *Giardia* and *Cryptosporidium* Inactivation with Ozone”. Paper presented at the AWWA Water Quality Technology Conference, Denver, CO (November, 1997).
80. Najm, I.N., E.M. Aieta, J.A. Oppenheimer, B.T. Gallagher. “Impact of Natural Water Quality on the Inactivation of *Giardia* With Ozone,” Paper presented at IWSA Conference, Madrid, Spain (September, 1997).
81. Trussell, R.R., I.N. Najm, “Feasibility of DBP Destruction With Advanced Oxidation Processes,” Paper presented at the Disinfection By-Products Symposium, University of Houston, Houston, TX, March 20-21 (1997).
82. Najm, I.N., S. Liang, M. Davis, and E.M. Aieta, “Comparison Between RSSCT and Pilot-Scale GAC Performance for TOC Removal,” Paper presented at the AWWA specialty workshop on “GAC and Membranes: Bench- and Pilot-Scale Evaluations” in Cincinnati, OH (March 1996).
83. Najm, I.N., and J.P. Marcinko, “Impact of Analytical Methodology and Water Quality on TOC Analytical Results,” In Proc. of the American Water Works Association Water Quality Technology Conference in New Orleans, LA (Nov. 1995).
84. Reich, K., I.N. Najm, K. Helm, and E.M. Aieta, “Industrial Use of Reclaimed Water: Implications of Water Quality”, In Proc. of the Water Environment Federation Annual Conference in Miami Beach, FL (Oct. 1995).
85. Najm, I.N., S. Espinoza, J. P. Marcinko, C. H. Tate, and D. Selby, “Improving Enhanced Coagulation Performance With PAC Addition,” In Proc. of the 1995 American Water Works Association Annual Conference, Anaheim, California (June, 1995).
86. Najm, I.N., "Advances in Mathematical Modeling of Powdered Activated Carbon Processes," Paper presented at the IWSA specialized conference on Activated Carbon in Drinking Water Treatment in Amsterdam, The Netherlands (September 1994).
87. Najm, I.N., and S.W. Krasner, "Effects of Bromide and Natural Organic Matter on the Formation of Ozonation By-Products," Paper presented at the 1994 American Water Works Association Annual Conference, New York City, New York (June 1994).
88. Najm, I.N. "Powdered Activated Carbon in Drinking Water Treatment," Paper presented at the 1994 American Water Works Association Annual Conference, New York City, New York (June 1994).
89. Najm, I.N., N.L. Patania, J.G. Jacangelo, and S.W. Krasner, “Effect of Coagulation on the Removal of DBP Precursors,” Paper presented at the 1991 American Water Works Association Water Quality Technology Conference, Orlando, FL (November 1991).
90. Najm, I.N., and J.G. Jacangelo, “Formation and Control of Disinfection By-products,” Paper presented at the 1991 annual conference of the California/Nevada section of the American Water Works Association, Anaheim, CA (October 1991).
91. Najm, I.N., V.L. Snoeyink, and Y. Richard, “Predicting Activated Carbon Capacities for Synthetic Organic Chemicals Present in Natural Waters,” Paper presented at the 1991 American Water Works Association Annual Conference, Philadelphia, PA (June 1991).
92. Najm, I.N., V.L. Snoeyink, M.T. Suidan, and Y. Richard, "Powdered Activated Carbon in Floc-Blanket Reactors," presented at the 1989 American Water Works Association Annual Conference, Los Angeles, CA (June 1989).