# EXHIBIT 10

# C-8 TOXICITY STUDIES

- C-8 IS NOT A TERATOGEN OR A MUTAGEN. NO INFORMATION IS YET AVAILABLE TO INDICATE IT AS A CARCINOGEN.

- AN ACUTE ORAL TEST ON RATS -- DONE IN 1961 BY HASKELL LABORATORY SHOWED C-8 TO BE SLIGHTLY TOXIC (SAME TOXICITY AS TABLE SALT OR ASPIRIN).

- AN ACUTE ORAL TEST DONE ON DOGS IN 1965 BY HASKELL LABORATORY SHOWED C-8 TO EFFECT THE LIVER -- CAUSED INCREASED PLASMA ENZYME LEVELS WHICH IS INDICATIVE OF CELLULAR DAMAGE.

  *Check to see if it's reversible*

- AN ACUTE ORAL TEST ON RATS DONE IN 1968 BY HASKELL LABORATORY SHOWED C-8 TO BE SLIGHTLY TOXIC. IT CAUSED LIVER ENLARGEMENT AND GI TRACT IRRITATION.

- AN ACUTE INHALATION TEST ON RATS DONE IN 1969 BY HASKELL LABORATORY SHOWED C-8 TO BE MODERATELY TOXIC. IT CAUSED LIVER ENLARGEMENT.

- SUBACUTE INHALATION TEST ON RATS DONE IN 1979 BY HASKELL LABORATORY. IT CAUSED LIVER INJURY.

  *"These are reversible to a point can produce liver necrosis which is not reversible. Takes a lot of time @ high levels if you are ready to die"*

- AN EYE IRRITATION TEST ON RABBITS DONE IN 1979 BY HASKELL LABORATORY. IT CAUSED MODERATE EYE IRRITATION.

- A SKIN IRRITATION TEST ON RABBITS DONE IN 1979 BY HASKELL LABORATORY. IT CAUSED MILD SKIN IRRITATION.

- 3M CONDUCTED EYE AND SKIN IRRITATION STUDIES (THEY CONTRACTED OTHER ORGANIZATIONS TO CONDUCT THESE STUDIES). THEY FOUND C-8 TO CAUSE NO IRRITATION TO SKIN OF RABBITS AND MODERATE EYE IRRITATION (RABBITS).

- HASKELL LABORATORY IN 1980 CONDUCTED A STUDY TO DETERMINE IF C-8 IS ABSORBED THROUGH THE SKIN. WHEN IT WAS APPLIED TO THE BACKS OF RATS IN AQUEOUS FORM, IT WAS FOUND TO PENETRATE THE SKIN AND ELEVATED ORGANOFLUORIDE LEVELS WERE OBSERVED IN THE BLOOD.

- HASKELL LABORATORY IS CURRENTLY STUDYING HOW C-8 DISTRIBUTES AND BINDS IN THE BLOOD AND BODY AND HOW IT IS EXCRETED. THEY ARE ALSO DETERMINING WHETHER OR NOT C-8 IS METABOLIZED.

  *Is this done? results published?*

- PROVISIONAL AEL ESTABLISHED IN 9/79 AT 0.01 $mg/m^3$ (or 0.56 mpb). IT IS BASED ON REVERSIBLE LIVER CHANGES SEEN IN RATS EXPOSED TO 8 $mg/m^3$ FOR 4 HOURS/DAY FOR 5 DAYS/WEEK FOR 2 WEEKS.

- PERMANENT AEL ESTABLISHED IN 5/82 AT 0.01 $mg/m^3$.

JAS/nsw
21291W-8

AJP002995

binds to plasma albumin protein mainly - reason
in urine unchanged a depot

not metabolized
enz's not capable of metabolizing C-8

# EXHIBIT 11

File

MR-604

November 9, 1961

GERALD J. ARENSON
POLYCHEMICALS DEPARTMENT
RESEARCH & DEVELOPMENT DIVISION
EXPERIMENTAL STATION

TOXICITY OF TEFLON DISPERSING AGENTS

A brief summary of our toxicity work on AHT and other Teflon dispersing agents with emphasis on liver enlargement which seems to be the most sensitive sign of toxicity is given below. The detailed reports of work completed to date will be available within a few days.

AHT - (Ammonium 3,6 dioxa 2,5 di(trifluoro methyl undecafluorononanoate)

The oral ALD for rats was found to be 60 mg/kg. Survivors showed definite liver enlargement in doses down to 1.5 mg/kg and with possible changes at 0.45 and 0.13 mg/kg. Single doses of 12 mg/kg produced liver enlargement which tended to increase during the two months following the dose. One one-hundredth of the lethal dose or 0.6 mg/kg given daily 5 times a week for 2 weeks produced enlargement which was significant in those rats killed on the day of final treatment and in those killed 14 days later. Histological examination of the livers indicated that the enlargement was due to increase in cell size rather than an increase in the number of cells.

The lethal dose by skin absorption in rabbits was 130 mg/kg. Although the changes in liver weight in these rabbits are more difficult to evaluate, there was a tendency toward enlargement and similar signs of liver injury.

A 25% aqueous solution in contact with the eye caused damage which persisted through 8 days. Washing with water 20 seconds after instillation prevented permanent damage. Ten and twenty-five percent solutions were also irritating to guinea pig skin but did not cause skin sensitization.

$C_8$-APFC - (Ammonium perfluorocaprylate) JAZ

The oral ALD for rats was 570 mg/kg. Liver enlargement was definite down to a dose of 200 mg/kg with possible early signs down to 1.5 mg/kg.

AVM011173

060-2008-0002453

$C_9$-AFC - (Ammonium ω-hydrohexa decafluorononanoate)

The oral ALD was 1500 mg/kg. Survivors showed enlargement which appears evident in doses as low as 12 mg/kg.

"Teflon" Feeding Tests with "Teflon" 7, "Teflon" 6 made with $C_8$-APFC, "Teflon" 6Cmade with $C_9$ and "Teflon" 6C made with AHT.

The compounds were fed at a level of 25% in the diet of rats for 3 weeks. Rats were sacrificed 2, 3 and 5 weeks after feeding of test materials started.

Livers of rats sacrificed after two and three weeks of continuous feeding showed slight enlargement only in the group fed "Teflon" 6C with AHT. After a two-week rest period the remaining rats were killed and those fed "Teflon" 6C with AHT and "Teflon" $C_8$ APFC showed liver weights significantly different from the controls and those fed "Teflon" 7. The values of those fed "Teflon" 6C with $C_9$-AFC fell midway between the controls and the others. Although the numbers of animals used were small and the time of feeding relatively short, the trend observed confirms the earlier liver enlargement observed in rats fed 25% "Teflon" 6 resin in the diet for 90 days (H. Report No. 49-60). A direct comparison among these compounds is difficult to make in these feeding tests because we do not know the concentrations of the fluoro acid dispersing agents present.

Conclusions:

AHT is a very toxic compound. Not only does it have a low lethal dose but a single dose of 1/5 the lethal dose produced liver enlargement which increased with time. And 1/100 of the lethal dose fed 10 times produced definite liver enlargement. In addition, it was easily absorbed through the skin and produced liver damage in a second species. When "Teflon" containing less than 5 ppm AHT was fed to rats, it still produced enlargement which was apparent after 2 weeks.

The $C_8$ and $C_9$ acids have much lower acute toxicity, but they too have the ability to increase the size of the liver of rats at low doses. These short experiments may indicate differences in rate of development rather than qualitative differences but completion of microscopic examination of animals in the current series as well as dosing of greater numbers of rats at the critical levels and holding them for longer periods would be needed to establish the lowest effect level for each compound..

It is recommended that all of these materials, especially AHT, be handled with extreme care. Contact with the skin should be strictly avoided. Tests on a third species, e.g. dogs, should be carried out where changes in liver function could be studied over a long period of time. The results of such tests might also throw some light on any possible species differences in susceptibility. JAZ

DOROTHY B. HOOD
CHIEF, TOXICOLOGY SECTION

DBH:bah

# EXHIBIT 12

Jan 26 99 02:02p DuPont-Chambers Works 609-540-4654 p.2

CC: B. W. Karrh, M.D.

E. I. DU PONT DE NEMOURS & COMPANY
INCORPORATED
WILMINGTON, DELAWARE

EMPLOYEE RELATIONS DEPARTMENT

March 15, 1979

**PERSONAL AND CONFIDENTIAL**

P. G. GILBY
CD&P
B-13265

**CHAMBERS WORKS**
**FLUOROSULFACTANT STUDY**
(Ref. Letter from RDR to PGG, 1/23/79)

In response to our request to the plant for additional information to analyze the data statistically, we received a tabulation of the Dispensary Visits and Disability Wage incidents in the exposed and control groups (Attachment V). These data were broken down by body systems. We were also informed of the number of employees in each group who had abnormal liver function tests.

We performed a "chi-square" test to test the significance of differences between the exposed and control groups. The attached table shows only those differences that were found to be statistically significant.

In the category, "Allergic, Endocrine, and Metabolic" disorders, a significantly higher incidence was found in the exposed group for both Dispensary Visits and Disability Wage incidents. This was attributed in the report to a higher number of diabetics in the exposed group.

The exposed group also showed significantly higher numbers for "mental and psychoneurotic" disorders and for disorders of "skin and cellular tissues."

The control group, on the other hand, had considerably more Disability Wage incidents for circulatory diseases, 25 compared to 5. This difference is highly significant ($P < 0.001$).

Explanations for these differences cannot be found from the available data. It would be helpful to find out what specific diagnosis within these general categories accounted for the differences between the two groups.

GK000378

[illegible] ABOUT

EXHIBIT
STRAIT #2
10-7-08

P000010173

GK000378

Although the number of employees with abnormal liver function tests was notably higher in the exposed group (6 compared to 1), the difference is not statistically significant ($P < 0.05$). Nevertheless, the data do suggest that the exposed group may be at an excess risk of developing liver disease, so continued surveillance would be advisable.

MEDICAL DIVISION

Sidney Pell

Sidney Pell
Manager
Epidemiology Section

SP:msd
Attach.

GK000379

## ORGANIC FLUORINE IN BLOOD

| GROUP (SAMPLE SIZE) | PPM ORGANIC FLUORINE* |
|---|---|
| **3M DATA** | |
| GENERAL POPULATION (106) | 0.002 TO 0.13 [0.02]** |
| PLANT OFFICE WORKER | 0.01 TO 0.06 |
| PLANT WORKER - GENERAL | 0.13 TO 1.18 |
| PLANT WORKER - LONG SERVICE IN F/C AREA | |
| NEWER PLANT | 0.9 TO 9.1 |
| OLDER PLANT | 5.9 TO 71 |
| **DU PONT DATA** | |
| WILMINGTON CONTROL GROUP (25) | (23 OF 25) 0 - 0.38 *** [0.094] |
| CHAMBERS WORKS GROUP (55) | (54 OF 55) 0 - 0.37 **** [0.15] |

## CONCLUSIONS

- CHAMBERS WORKS EMPLOYEES DO NOT HAVE ELEVATED LEVELS OF ORGANIC FLUORINE IN THEIR BLOOD AS WAS REPORTED FOR 3M WORKERS.
- THE MEAN VALUE FOR CHAMBERS WORKS EMPLOYEES WAS SLIGHTLY HIGHER THAN THE WILMINGTON CONTROL GROUP [0.15 VERSUS 0.094], BUT ALL VALUES ARE CONSIDERED TO BE "NORMAL" (<1 PPM) EXCEPT ONE VALUE IN THE WILMINGTON CONTROL GROUP (10.6 PPM).

* BY DIFFERENCE BETWEEN TOTAL AND INORGANIC FLUORINE

** [MEDIAN VALUES]

*** EXCEPT 2 VALUES 10.6; 0.78

**** EXCEPT 1 VALUE 0.89 PPM

GK000380

TABLE I

7/1/81

CONCENTRATION OF PERFLUOROOCTANOATE IN BLOOD (a)

| Sample PRAL No. | Date Sampled | GC Analysis Date Analyzed | [Cs], ug F/g b) |
|---|---|---|---|
| 81-2688 | 6/16/81 | 6/26/81 | 0.007 |
| 81-2689 | 6/16/81 | 6/26/81 | 0.011 |
| 81-2690 | 6/17/81 | 6/26/81 | n.d. |
| 81-2779 | 6/23/81 | 6/26/81 | 0.096 |

(a) Analysis as described in Lab Method ES-567 ("Determination of Perfluorooctanoic Acid in Blood, Gas Chromatographic Method", S. Stafford, 4/3/81), using the packed column GC analysis with perfluoro-n-octanoic acid as calibration standard.

(b) Although the analysis is specifically for perfluorooctanoate (acid or salts), concentrations are given in ppm fluorine for comparison with the results of total organic fluorine analyses. (ppm F = 0.688 x ppm perfluorooctanoic acid) Estimated uncertainty is ± 10% relative standard deviation. The lower limit for quantitation is 0.007 μgF/g. The detection limit is ∿ 0.004 μgF/g, but concentrations in that range cannot be well quantitated and are reported as < 0.007. None detected (n.d.) is reported for samples with $[C_s] \lesssim 0.004$ ppm. which cannot be distinguished from reagent background.

GK000381

GK000381

P000010176

8/3/81

TABLE I

CONCENTRATION OF PERFLUOROOCTANOATE IN BLOOD (a)

| Sample PRAL No. | Date Sample | GC Analysis Date Analyzed | [Ca], µg F/g b |
|---|---|---|---|
| 81-3076 | 7/14/81 | 7/28/81 & 7/29/81 | 0.014 |
| 81-3077 | 7/14/81 | 7/28/81 | 0.25 — |
| 81-3078 | 7/15/81 | 7/28/81 | 0.11 — |
| 81-3185 | 7/22/81 | 7/28/81 | 0.015 |
| 81-3186 | 7/22/81 | 7/29/81 | 0.033 |
| 81-3187 | 7/22/81 | 7/29/81 | n.d. |
| 81-3188 | 7/22/81 | 7/29/81 | 0.010 |
| 81-3189 | 7/22/81 | 7/28/81 | 0.12 — |
| 81-3190 | 7/22/81 | 7/28 & 7/29/81 | 0.015 |
| 81-3191 | 7/22/81 | 7/29/81 | 0.062 |
| 81-3192 | 7/22/81 | 7/29/81 | < 0.007 |
| 81-3193 | 7/23/81 | 7/29/81 | 0.016 |
| 81-3194 | 7/23/81 | 7/29/81 | 0.14 — |
| 81-3195 | 7/23/81 | 7/29/81 | 0.007 |
| 81-3196 | 7/23/81 | 7/29/81 | 0.15 — |
| 81-3197 | 7/23/81 | 7/30/81 | 0.032 |
| 81-3198 | 7/24/8 | 7/30/81 | 0.086 |
| 81-3199 | 7/24/8 | 7/30/81 | 0.027 |
| 81-2779 | 6/23/8 | 7/28/81 | 0.10(c) — |

(a) Analysis as described in Lab Method ES-567 ("Determination of Perfluorooctanoic Acid in Blood, Gas Chromatographic Method", S. Stafford, 4/3/81), using the packed column GC Analysis with perfluoro-n-octanoic acid as calibration standard.

(b) Although the analysis is specifically for perfluorooctanoate (acid or salts), concentrations are given in ppm fluorine for comparison with the results of total organic fluorine analyses. (ppm F = 0.688 x ppm perfluorooctanoic acid) Estimated uncertainty is ± 10% relative standard deviation. The lower limit for quantitation is 0.007 µgF/g. The detection limit is ~ 0.004 µgF/g, but concentrations in that range cannot be well quantitated and are reported as < 0.007. None detected (n.d.) is reported for samples with [Ca] ≤ 0.004 ppm, which cannot be distinguished from reagent background.

(c) Previously analyzed sample, re-analyzed for comparison with repeat sample 81-3189; result of the initial analysis on 81-2779 was 0.096, reported 7/13/81.

GK000382

GK000382

P000010177

111
8/24/51

ANALYTICAL RESULTS AS MICROGRAMS FLUORINE/GRAM BLOOD

| | Group A | Group B | Group C | Group D* | Group E | Group F |
|---|---|---|---|---|---|---|
| | 0.032 | 0.059 | 0.013 | {0.013} | 0.020 | N.D.** |
| | .015 | | .016 | {.015} | N.D.** | |
| | .033 | | N.D.** | {.007} | <.007*** | |
| | .014 | | | {.007} | <.007*** | |
| | .062 | | | {.011} | .010 | |
| | .077 | | | {.016} | | |
| | .140 | | | {.096} | | |
| | .025 | | | {.120} | | |
| | .084 | | | | | |
| | .150 | | | | | |
| | .110 | | | | | |
| | .039 | | | | | |
| | .027 | | | | | |
| | .250 | | | | | |
| | .150 | | | | | |
| Range | 0.014-.25 | - | 0-.016 | 0.007-.12 | 0-.020 | - |
| Mean | 0.0805 | 0.0590 | 0.0097 | 0.0356 | 0.0088 | 0 |
| Samples | 15 | 1 | 3 | 8 | 5 | 1 |
| Employees | 15 | 1 | 3 | 4 | 5 | 1 |

Overall: Range 0-.25 Mean 0.049 Samples 33 Employees 29

* Pre-work and post-work specimens were taken from 4 employees in Group D (Pre ). Time lapse between samples was 2-5 weeks. (Post)

** None detected. Zero concentration used in computing means.

*** The lower limit for quantitation is 0.007 and lower values are reported simply as <0.007; however, the 0.007 value was used in calculating means.

GK000383

GK000383

P000010178

SPECIAL EXAMS

FLUORIDE-IN-URINE SAMPLE FOR MAC

TO VISIT SP.EX. ON DATE:

| EMPLOYEE | BASE-LINE URINE | FOLLOW-UP URINE |
| --- | --- | --- |
| | ① 11/8 AM ✓ | ② 11/10 PM ✓ |
| | ③ 11/8 AM ✓ | ④ 11/10 PM ✓ |
| | ⑤ 11/9 AM ✓ | ⑥ 11/11 AM ✓ |
| | ⑦ 11/10 AM ✓ | ⑧ very little sample 11/12 PM ✓ |
| ⑨ 36217 | 11-10 PM ✓ | 11-12 PM ✓ |

Cost Codes

Cost Codes (a) For FM = 5233

(b) For EC = 3200.

GK000384

GK000384

P000010179

11/16/76

| | FLUORIDATED | | DATE & TIME URINE VO | |
|---|---|---|---|---|
| NAME & NUMBER | WATER SUPPLY | TOOTH PASTE | BASE-LINE | FINAL SAMPLE |
| | yes | no. | 11/8 AM | 11/10 PM |
| | yes | no | 11/8 AM | 11/10 PM |
| | yes | yes | 11/9 AM | 11/11 PM |
| | yes | yes | 11/10 AM | 11/12 PM |
| | yes | yes | 11/10 PM | 11/12 PM |

The base-line urine sample was voided after worker had been away from worksite potential exposure to fluorides for at least 48 hours.

The final urine sample was voided after worker had been subjected to worksite potential exposure for a minimum of 48 hours clock time.

RESULTS

| HRS. ON JOB BETWEEN SAMPLES | MILLIGRAMS F per LITER BEFORE | AFTER | PICK-UP |
|---|---|---|---|
| 22 | 4.8 | 5.9 | 1.1 |
| 22 | 3.2 | 2.8 | 0 |
| 23 | 3.6 | 4.0 | 0.4 |
| 23 | 3.9 | 6.6 | 2.7 |
| 15 | 6.1 | 4.2 | 0 |

NIOSH RECOMMENDATION (Criteria Document, 4-8-76) = The postwork specimen shall not exceed 7.0 and shall not exceed the pre-work specimen by a pick-up greater than 3.0 milligrams F per liter of urine

GK000385

GK000385

P000010180

# EXHIBIT 13

P1.4465

0045 - [illegible]
(2) [illegible]

CC: A. R. Stoltenberg
D. A. Holmes
A. E. Wolters
J. L. Webster
J. W. Amacher
R. A. Dickison
M. E. Mayberry
L. M. Logue
A. F. Steinkruger
A. C. Huston

May 13, 1975

TO: M. J. MILLER

FROM: P. S. KOEPP/R. L. LEWIS

INVESTIGATION OF CURRENT "TEFLON"® WASTE DISPOSAL

Ref: 1) Your note of 2/21/75, to A. R. Stoltenberg, "'Teflon'® Landfill Basis"

2) Letter, R. L. Lewis to M. J. Miller, "Letart Landfill Disposal", 7/10/74

3) Letter, R. L. Lewis to A. C. Huston, "Letart Disposal - 'Teflon' Items", 8/14/74 (attached)

RAK007097

In determining if "Teflon" scrap should continue to be buried in a special landfill, currently Letart, you asked that we investigate the following:

- The reason for initially sending "Teflon" scrap to Letart.
- What is being buried at Letart?
- What are the reasons for continuing to send all "Teflon" scrap to Letart?
- What other disposal means might be suitable?

In the discussion following, we have attempted to answer these questions. Should you require more detail or additional information, please contact either of the authors.

The problems with disposing of "Teflon" waste are fear of toxicity, either from the "Teflon" itself or additives in some products. Although the fears of contamination of underground water supplies by "Teflon" scrap may be exaggerated, the possibility of small amounts of undesirable materials such as "Triton"® and C-8 being present does exist. For this reason, we have elected to not landfill "Teflon" waste at the local landfill, where large quantities of underground water serving both the Plant and the surrounding area are present.

(OVER)

EXHIBIT
PENGAD 800-631-6989
Rickard-10

EID916604

P1.4465.2



When the plant incinerator was originally planned, there was concern over how to dispose of "Butacite"® scrap, when the incinerator might be down for repair. Also, there was a problem handling "Delrin"® scrap during periods when the waste burner was inoperative. Tests had indicated the unsuitability of the Plant landfill for this purpose. It was decided to locate a new landfill site which would meet the following parameters:

- Not too far away.
- No underground aquifer.
- Near a river.
- Remote from habitation.
- Of adequate size.

RAK007098

Letart met all these requirements and was subsequently purchased.

"Teflon" waste was originally disposed of at sea, a very expensive and awkward procedure. Material had to be packed out in drums which were partially filled with stone to insure the drums would sink and filled drums had to be stored on plant until a sufficient number had accumulated to fill a barge. The Company suffered unfavorable publicity when a drum of waste was picked up in a fishing net, and a decision was made to discontinue this method. The Plant then arranged for disposal in the Parkersburg City landfill using a contract hauler. This arrangement was quite satisfactory until the city terminated the arrangement after several years as the landfill was filling up too rapidly. Also, the state began to regulate commercial landfills and outlawed disposing of industrial waste in them. It was about this time (1965) that the Letart site became available and disposal of "Teflon" waste was switched to the new site.

The Letart site is ideal for this purpose and the problems we have encountered have been caused primarily by failure to observe permit limitations. Current life of the landfill is estimated at 24 years, and more fill sites are available on, or adjacent to the property.

The current permit allows disposal of any dry solid material, non-toxic in nature, and which contains no leachable components. Also excluded are "Butacite" and "Delrin" waste due to formation of degradation products. All "Teflon" solid waste is sent to Letart except spent calcium chloride from HF absorbers which is still dumped at the old Plant landfill site. Scrap pipe and other metals removed from the "Teflon" process are also buried at Letart.

EID916605

# EXHIBIT 14

CC: R. J. Burger
C. R. Campbell
J. R. Broadway
J. L. Granquist
R. J. Zipfel
P. Thistleton
G. H. Stoltz
C. A. Robinson
K. G. Kronberg
J. F. Doughty

C-8 COMMUNICATIONS MEETING

OUTLINE, TALK & CHARTS

Seakler
EXHIBIT NO. 1
11-21-02 JM

C. E. STEINER
7/31/80

PERSONAL & CONFIDENTIAL

AJP002552

EID079399

Ollis-Stemple Deposition
Exhibit #86

C-8 COMMUNICATIONS MEETING OUTLINE

C. E. Steiner

INTRODUCTION

- C-8's desirable process qualities
- Short C-8 history in TFE & FEP Manufacture

TOXICITY

- Oral toxicity - slightly toxic
    - Compare to other compounds
- Skin contact - slightly to moderately toxic
- Inhalation toxicity - highly toxic
    - Compare to other compounds
    - Concentrations found in area are lower

INITIAL BLOOD TESTS

- 3M Data
- Our Results

RECOGNIZING EXPECTED OPERATOR QUESTIONS - A transition

- Some disbelieve based on past experience
- Short history of chemicals in industry showing why we are careful

MEDICAL RECORD STUDIES

- No evidence of health problem
- Studies thorough

PROVISIONAL AEL

- AEL committee has set provisional AEL of 0.55 mpb
- Not yet firm AEL
- This very low number is to protect people who work with C-8 every day
- The low provisional AEL and goal to reduce blood fluorine is the reason we are making changes in equipment and procedures.

EQUIPMENT IMPROVEMENTS

- Goal to reduce exposure to solid C-8, airborn C-8 and C-8 solutions
- Ingredients addition hood and stack
- Eliminate Weighing Citric Acid in C-8 hood
- Raising Dryer Air supply Inlets
- Seal Dryer Leaks
- Additional Dryer Windows
- Increase Ventillation During Outages
- Removing C-8 from Dryer Exhausts

AJP002553

EID079400

## PROTECTIVE EQUIPMENT

### Clothing and Gloves

- Needs to be disposable to prevent secondary contamination.
- An EOD is being prepared to evaluate clothing.
- Different protection levels for 3 exposure classes

### Breathing

- Equipment improvements will reduce airborne C-8 but high C-8 concentrations will still remain in some areas.
- Breathing air will be installed - ultimate solution.
- Comfo II air respirator with GMAH cartridge acceptable.

## TESTING

### Personal Air Samples

- Will Resample.

### Blood Samples

- Blood sampling will be resumed.
- Frequent sampling is not necessary.

### Area Air Samples

- Will continue to define progress.
- Often exceed provisional AEL before improvements.

AJP002554

## SUMMARY

- C-8 is toxic but can be handled safely.
- People working with C-8 generally accumulate organic fluorine in the blood, and levels generally correlate with job exposure potential.
- Although this has caused no health effects continued exposure is not tolerable.
- Our basic goals are to reduce exposures to below the provisional AEL, and to reduce organic fluorine levels in blood of exposed workers and prevent accumulation in new workers.
- This will require equipment changes that are being done.
- It will also require use of disposable protective clothing and use of breathing air or respirators for certain jobs.

One other ingredientient is needed -- your cooperation in controlling this hazard.

CES
6/3/80

EID079401

C-8 COMMUNICATION MEETING

The purpose of this meeting is to bring everyone up to date on our findings regarding C-8, our immediate program, and our long term plans.

Most of you know that C-8 is a fluorochemical surfactant that is used for producing fine powder, dispersion, granular and FEP. It has unique properties that allow it to wet Teflon's surface, shorten reaction cycle time, stabilize dispersions and provide sites for reactions. It has been used for Teflon® manufacture for over 25 years. Other chemicals have been tested but none match C-8's properties. Four years ago it was introduced in FEP manufacture where it was a manufacturing improvement.

Let's look over the highlights of the Technical history of C-8. In 1965 tests showed that C-8 was slightly toxic when swallowed. This was not surprising. There is a dose level where almost every chemical becomes poisonous, even water. (Chart 1). This chart shows the oral toxicity of C-8 relative to some common chemicals. These tests were done on animals, and represent what dose would kill 50% of the animals tested. I've scaled up the dose from test data to animal weights comparable to an operator's weight. You can see that C-8 is not as toxic as acetone. It has a lower toxicity like table salt.

C-8, like table salt, can also be absorbed through the skin where it is about as toxic as it is orally. But, based on this low toxicity, no change in our safety program was necessary.

AJP002555

EID079402

In 1969 it was found that C-8 was more toxic by inhalation, Chart 2. This second chart shows the approximate concentration that will kill test animals in a 4 hour period. This approximate lethal concentration for rats exceeds anything we have measured in the plant. The highest level ever measured in the plant is about 1/4 of that level -- and that a 1.1mpm leak at the feed end of No. 3 dryer which has been repaired. The other C-8 concentrations are generally about 1,000 to 10,000 times lower than this so people working in the area see no immediate effect. (.004-.04 mpm)

However, since 3M informed us in 1978 of organic fluorine being detected in the blood of their employees who worked with C-8, we have been reviewing and expanding our C-8 program. We have concluded that personnel routinely exposed to C-8 will absorb it in their body. Tests at Washington Works show that blood fluorine levels which indicate C-8 levels generally correlate with potential job exposure.

Repeated exposures can result in accumulation of C-8 in the blood. One of the things that we are studying with the blood samples is the rate that C-8 is eliminated from the body.

Some of the old timers remember when C-8 was treated with less respect and they wonder "Why is it suddenly harmful now?"

AJP002556

EID079403

Throughout the chemical industries over the last 50 years this story has been repeated with the same disbelief but often with more drastic consequences.

For example, carbon tetrachloride was used to clean auto parts and as a fire extinguisher for years, and now it is known to cause damage in some people and is used with care. The same story has been repeated several times for things like chloroform (which was used in cough suryp), methyl alcohol and other chemicals.

The difference between the ending of the C-8 story and the others is that Du Pont is reacting while C-8 levels in the blood are low and before any damage is done in the body.

The medical data show that no one has been injured by C-8 (Chart 4). The Medical Division after a thorough study has concluded that ". . .there is no conclusive evidence of an occupationally related health problem among workers exposed to C-8." All that was noted was a small increase in two liver enzyme levels. After 25 years of handling C-8 we see no damage among the workers. However, the potential is there -- C-8 has accumulated in the blood.

**Because of this accumulation we have decided to undertake programs to** minimize accumulation of C-8 in the blood of new workers.

EID079404

The AEL Committee of Haskell Laboratories has set a provisional Allowable Exposure Limit or "AEL" at 0.55 mpb of C-8 in air. This very low proposal is based on a safety factor of 800 below the level where reversible liver effects were observed. An AEL is the same thing as a TLV or EGL -- it is a safe concentration in the air of a working environment.

In order to meet the expected low AEL, equipment changes are necessary to protect from solid, liquid and airborn C-8.

The next transparencies show the changes that have been made recently to protect against C-8 exposure. To date we have:

- Modified the Fine Powder/Dispersion ingredients addition hood to reduce C-8 emissions and bring the mixing operations into the hood. C-8 tools will also be stored in the hood where possible.
- Improved the C-8 addition hood exhaust stack. The hood exhaust stack was close to an H & V inlet on the roof.
- Removed operations that don't have to be done in the C-8 hood -- like citric acid weighing. This has reduced exposure of concentration to the operators.

The dryers have been improved also:

- Air supply inlets have been raised to remove C-8 rich air from the ceiling.

EID079405

AJP002558

- Seals of No. 3 dryer doors and seams have been improved.
- Inspection windows have been added to reduce need to open dryer doors.

We have also put guards inside the dryer that will permit using the exhaust fans to remove C-8 when dryers are being cleaned. This has reduced some C-8 concentrations, but more work is to be done; for example, we plan to cover injection pump tanks, seal openings in floor and vent oscillating feeder compartments, sealing No. 3 dryer fans.

The next chart shows the three different protection levels required for three exposure classes: Low dry exposure, high dry exposure and wet exposure. A disposable garments of the appropriate design, gloves and air protection are recommended for each of these exposure classes. Sample garments have been selected and an EOD will be run to evaluate this clothing. Tyvek® was selected over cloth or paper garments because it is light fairly resistant to tearing, a good filter and disposable. Disposability is required to prevent secondary contamination when laundering. During this EOD, sample garments will be tried and evaluated by operators and mechanics.

C-8 will permeate all glove materials over a period of time. New flock lined latex gloves will be used in jobs where C-8 exposure is likely. Even these gloves will be permeated by C-8 over a period of time, so these gloves will be disposed of after each shift.

AJP002559

EID079406

Breathing protection is very important to reducing C-8 exposures. Equipment improvements will reduce airborn C-8 in most areas but there will still be areas where exposure is possible. A COMFO II air respirator with a special GMAH cartridge is required as a minimum. Breathing air is better and will be available soon. The yellow 3M masks are not acceptable.

I've had some questions on future C-8 air samples and blood samples. We now have our baseline data and have mapped out the problem areas. The procedures are modified and equipment improved so C-8 exposures will be reduced.

Blood sampling will probably be done on an annual basis in the future to define the real improvements in C-8 control.

Let me summarize the items covered:

- C-8 is toxic, but it can be used and controlled below the proposed toxic limit.
- In the past, people working with C-8 have accumulated organic fluorine in the blood and levels generally correlate with job exposure potential.
- Although this has caused no health effects, continued exposure should be minimized with controls.
- Our objective is to reduce exposures to below the provisional AEL, and to reduce organic fluorine levels in blood of exposed workers and to limit accumulation in new workers.

AJP002560

EID079407

- This will require equipment changes that are partially complete
- It will also require use of disposable protective clothing and use of breathing air or respirators for certain jobs.
- One other ingredient is needed -- Total Division cooperation in controlling this material.

AJP002561

EID079408

# EXHIBIT 15

P1.7108

T. A. Foster
R. N. Taylor
P. Thistleton

October 19, 1982

PERSONAL AND CONFIDENTIAL

TO: R. J. ZIPFEL

FROM: J. G. LOSCHIAVO J.G.L.

ESTIMATE OF HUMAN C-8 EXPOSURE RESULTING FROM DRINKING OHIO RIVER WATER

As you requested, I estimated human exposure to C-8 as a result of drinking Ohio River water. As a result, I've found human exposure to C-8 to be very low. Using 1982 manufacturing conditions (and no scrubbing of Fine Powder Dryer exhaust), persons would be exposed to a C-8 dose roughly equivalent to 0.08% of the acceptable exposure limit (AEL). Using projected manufacturing conditions for 1987 (with scrubbing of Fine Powder Dryer exhaust), persons would be exposed to a C-8 dose roughly equivalent to 0.35% of the AEL. It should also be mentioned that C-8 is more toxic via the inhalation route than the oral route. Therefore, these percentages would in actuality be even lower.

Human C-8 exposure calculations were made using three separate sets of conditions:

- Case 1 - Reflects 1982 manufacturing conditions with no scrubbing of the Fine Powder Dryer exhaust.
- Case 2 - Reflects 1982 manufacturing conditions with scrubbing of the Fine Powder Dryer exhaust.
- Case 3 - Reflects projected 1987 manufacturing conditions with scrubbing of the Fine Powder Dryer exhaust.

The results of my calculations are contained in the attached Table. My calculations are also attached.

JGL:sdc
1799B-1

EID079287

000021

USEPA 6544

P1.7108.2

TABLE 1. Estimated Ohio River C-8 Concentrations and Human C-8 Exposure Reflecting 1982 and 1987 Manufacturing Conditions

| Case No. | C-8 Concentration in River Water (ppm by wt.) | Average Daily Amount of C-8 Ingested (µg) | % of Equivalent AEL Dose |
|---|---|---|---|
| 1 | $0.8 \times 10^{-4}$ | 0.08 | 0.08 |
| 2 | $1.1 \times 10^{-4}$ | 0.11 | 0.11 |
| 3 | $3.5 \times 10^{-4}$ | 0.35 | 0.35 |

P1.7108.3

## CALCULATIONS

### General Assumptions:

- An average person drinks 1 liter of water per day.
- An average person inhales $10m^3$ of air over an 8-hour shift.
- Average Ohio River flow rate is 13,880,000,000 lb. water per hour.
- The scrubber on the Fine Powder Dryer stacks would be 90% efficient.
- When the Fine Powder Dryer exhaust is not scrubbed, 3% of the total C-8 added to Fine Powder/Dispersion goes to the River.
- When the Fine Powder Dryer exhaust is scrubbed, 31% of the total C-8 added to Fine Powder/Dispersion goes to the River.
- Approximately 81% of the total C-8 added to FEP goes to the River.

### Specific Case Assumptions:

#### Case 1

- Fine Powder/Dispersion will manufacture 6.9 MMAP during 1982.
- An average of 0.0022 lb. of C-8 is added to make each pound of Fine Powder/Dispersion (35% solids).
- FEP will manufacture 6.7 MMAP during 1982
- An average 0.0016 lb. of C-8 is added to make each pound of FEP (low C-8 recipe).

#### Case 2

- Same as above except the Fine Powder Dryer exhaust is scrubbed throughout 1982.

#### Case 3

- Fine Powder/Dispersion will manufacture 16 MMAP during 1987.
- An average 0.0033 lb. of C-8 will be added to make each pound of Fine Powder/Dispersion (45% solids).
- FEP will manufacture 11 MMAP during 1987.
- An average 0.0030 lb. of C-8 will be added to make each pound of FEP (high C-8 recipe).

1799B-3

AJP002410

EID079289

000085

USEPA 6546

## Case 1 Calculations

Fine Powder/Dispersion:

$$\frac{\left(6.9 \times 10^6 \frac{\text{lb. TEFLON®}}{\text{yr.}}\right)\left(0.0022 \frac{\text{lb. C-8}}{\text{lb. TEFLON®}}\right)(.03)}{365 \frac{\text{days}}{\text{yr.}} \times 24 \frac{\text{hr.}}{\text{day}}} = 0.05 \frac{\text{lb. C-8}}{\text{hr.}}$$

goes to River

FEP:

$$\frac{\left(6.7 \times 10^6 \frac{\text{lb. TEFLON®}}{\text{yr.}}\right)\left(0.0016 \frac{\text{lb. C-8}}{\text{lb. TEFLON®}}\right)(0.81)}{365 \frac{\text{days}}{\text{yr.}} \times 24 \frac{\text{hr.}}{\text{day}}} = 1.00 \frac{\text{lb. C-8}}{\text{hr.}}$$

goes to River

Total C-8 going to the River per hour = $1.00 + 0.05 = 1.05 \frac{\text{lb. C-8}}{\text{hr.}}$

C-8 Concentration in River (wt./wt.) $= \left(\frac{1.05 \text{ lb. C-8/hr.}}{13{,}880{,}000{,}000 \text{ lb. water/hr.}}\right) \times 10^6 = 8 \times 10^{-5}$ ppm

Amount of C-8 Ingested with Drinking Water Each Day $= (1 \text{ liter of water})\left(1000 \frac{\text{gm water}}{\text{liter water}}\right)(8 \times 10^{-5} \text{ppm})(10^{-6})$

$= 8 \times 10^{-8}$ gm. or 0.08 µg of C-8

Amount of C-8 Inhaled at the AEL Concentration over an 8-hr. Shift $= \left(10 \frac{\mu\text{g of C-8}}{\text{m}^3 \text{ of air}}\right)(10\text{m}^3 \text{ of air}) = 100$ µg of C-8

Ingesting 0.08 µg of C-8 is equivalent to:

$$\frac{0.08 \ \mu\text{g of C-8}}{100 \ \mu\text{g of C-8}} \times 100 = \underline{0.08\% \text{ of the AEL}}$$

USEPA 6547

17998-4

EID079290

000057

P1.7108.5

## Case 2 Calculations

Fine Powder/Dispersion:

$$\frac{\left(6.9 \times 10^6 \frac{\text{lb. TEFLON®}}{\text{yr.}}\right)\left(0.0022 \frac{\text{lb. C-8}}{\text{lb. TEFLON®}}\right)(0.31)}{365 \frac{\text{days}}{\text{yr.}} \times 24 \frac{\text{hr.}}{\text{day}}} = 0.54 \frac{\text{lb. C-8}}{\text{hr.}}$$

going to River

FEP:

Same as shown in Case 1.

Total C-8 going to the River per hour = 1.00 + 0.54 = 1.54 $\frac{\text{lb. C-8}}{\text{hr.}}$

C-8 Concentration in River (wt./wt.) $= \left(\frac{1.54 \text{ lb. C-8/hr.}}{13{,}880{,}000{,}000 \text{ lb. water/hr.}}\right) \times 10^6 = 1 \times 10^{-4}$ ppm

Amount of C-8 Ingested with Drinking Water Each Day $= (1 \text{ liter of water})\left(1000 \frac{\text{gm water}}{\text{liter water}}\right)(1.1 \times 10^{-4} \text{ ppm})(10^{-6})$

$= 1.1 \times 10^{-7}$ gm. or 0.11 µg of C-8

Amount of C-8 Inhaled at the AEL Concentration over an 8-hour Shift = 100 µg of C-8

Ingesting 0.11 µg of C-8 is equivalent to:

$$\frac{0.11\ \mu g \text{ of C-8}}{100\ \mu g \text{ of C-8}} \times 100 = \underline{0.11\% \text{ of the AEL}}$$

1799B-5

USEPA 6548

EID079291

AJP002418

000085

P1.7108.6

## Case 3 Calculations

Fine Powder/Dispersion:

$$\frac{\left(16 \times 10^6 \frac{\text{lb. TEFLON®}}{\text{yr.}}\right)\left(0.0033 \frac{\text{lb. C-8}}{\text{lb. TEFLON®}}\right)(0.31)}{365 \frac{\text{days}}{\text{yr.}} \times 24 \frac{\text{hr.}}{\text{day}}} = 1.85 \frac{\text{lb. C-8}}{\text{hr.}}$$

going to River

FEP:

$$\frac{\left(11 \times 10^6 \frac{\text{lb. TEFLON®}}{\text{yr.}}\right)\left(0.0030 \frac{\text{lb. C-8}}{\text{lb. TEFLON®}}\right)(0.81)}{365 \frac{\text{days}}{\text{yr.}} \times 24 \frac{\text{hr.}}{\text{day}}} = 3.06 \frac{\text{lb. C-8}}{\text{hr.}}$$

going to River

Total C-8 going to the River per hour = $1.85 + 3.06 = 4.91 \frac{\text{lb. C-8}}{\text{hr.}}$

C-8 Concentration in River (wt./wt.) $= \left(\frac{4.91 \text{ lb. C-8/hr.}}{13{,}880{,}000{,}000 \text{ lb. water/hr.}}\right) \times 10^6 = 3.5 \times 10^{-4}$ ppm

Amount of C-8 Ingested with Drinking Water Each Day $= \left(1 \text{ liter of water}\right)\left(1000 \frac{\text{gm water}}{\text{liter water}}\right)\left(3.5 \times 10^{-4} \text{ ppm}\right)\left(10^{-}\right)$

$= 3.5 \times 10^{-7}$ gm. or 0.35 µg of C-8

Amount of C-8 Inhaled at the AEL Concentration over an 8-hour Shift = 100 µg of C-8

Ingesting 0.11 µg of C-8 is equivalent to:

$$\frac{0.35 \ \mu\text{g of C-8}}{100 \ \mu\text{g of C-8}} \times 100 = \underline{0.35\% \text{ of the AEL}}$$

USEPA 6549

1799B-6

000089

EID079292

# EXHIBIT 16

**Defendant has designated this document as Highly Confidential and therefore the State submits it to the Court for in-camera review in Compliance with CMO 17**

# EXHIBIT 17

CC: H. A. Smith, D12022-2
J. M. Stallings, D12026-3
H. V. Bradley/J. R. Smalley
H. D. Ramsey
A. C. Huston
H. T. Begg
T. M. Kemp
M. J. Walker
R. D. Lanyon

January 30, 1987

O. G. WIKA
ENERGY & ENVIRONMENTAL AFFAIRS
POLYMER PRODUCTS DEPARTMENT
WILMINGTON, DE. D12014

Walt See #2 HCl is OK based on the new existing CEG Howard 6K/87
I was hopeful someone else would request CEG for at least Acetic + formaldeh... No luck

COMMUNITY PROTECTION
CMA AIR TOXICS CONTROL POLICY
"FENCELINE SCREENING" SURVEY

A "fenceline screening" survey for all chemicals emitted to the atmosphere at Washington Works has been completed. The basis used for the analysis was the 1984 WV Air Emissions Inventory and the Engineering Service Division Report - Accession No. 17138, dated 2/10/86.

All emission sources for a specific chemical were reviewed on an area or cluster within an area basis, and the emissions that could occur simultaneously added together to arrive at a maximum pound per hour emission rate. In some cases emissions were adjusted to account for production rate increases from 1984 to 1986. Each maximum pound per hour rate was then compared to the de minimus values shown in the Engineering Department's report based on the TLV or AEL for the chemical in $mg/m^3$. If the site total de minimus rate for a chemical was exceded, then the second step - dispersion screening model was used to calculate the maximum or the property line concentration. The resulting value was compared to 1/100 of the TLV or AEL.

The results are shown in Attachment I. Six chemicals, two emitted from Delrin® and four from Fluoropolymers were not eliminated by the Step 2 screening. In addition, no TLV's or AEL's were available for some chemicals and the screening could not be completed. These chemicals and their emission rates are also tabulated for your use.

Please call me on 863-4491 if you have any questions.

W. M. Stewart

W. M. STEWART
SENIOR ENGINEER
WASHINGTON WORKS

WMS:jel
1366H

EXHIBIT Re Hartten 11-5-09

Anzuiello EXHIBIT NO. 9 11/22/02

EID229345

CF025193

## ATTACHMENT I

| BTO | CHEMICAL | Site Emission Rate - lb/hr | Property Line Cp-mg/m$^3$ | TLV or AEL/100 mg/m$^3$ |
|---|---|---|---|---|
| **Not Eliminated By Step 2 Screening** | | | | |
| Delrin® | Acetic Acid | 277.9 | 2.50 | 0.25** |
| | Formaldehyde | 39.0<br>11.7* | 0.22<br>0.12* | 0.015**<br>0.015** |
| Fluoropolymers | Ammonium Perfluorooctonoate (C-8) | 2.9 | 0.0048 | 0.0001 |
| | Hydrochloric Acid | 298*** | 0.39 | 0.07** |
| | Perfluoroallyl-Chloride (PFAC) | 28.4 | 0.036 | 0.0136 |
| | Tetrafluoroethylene (TFE) | 2718*** | 4.52 | 2.2 |
| **No TLV or AEL Available** | | | | |
| Power | Dodecaneodioic Acid | 4.2 | 0.30 | |
| Fluoropolymers | Hexafluoroethane (K-116) | 8.8 | 0.010 | |
| | Pentafluoroethane (K-125) | 6.3 | 0.010 | |
| | Tri fluoromethane (F-23) | 222 | 0.287 | |

HCl now has a CEG of 0.5ppm (.75mg/m³) ∴ we are OK

* from fugitive emissions
** ACGIH values
*** Routine purges for short periods

1367H
/jel

EID229346

CF025194

EID229347.TIF (2400x3200x2 tiff)

## HAZARD REVIEW OF PRIORITY CHEMICALS

Chemical__________________ Site___________ Date________

Raw Material_____ Intermediate_____ Product______ Waste_______

Volume lbs./year________ Volume Next 5 Years Up___ Down___ Stable___

Used: On Site______ Some Off Site______ Wide Distribution________

Customers?_____________

How Shipped and/or Received ______________________________________________________________________

Other Containers Used on Site ______________________________

Disposal/Environmental Impact: Incinerator_______ Landfill________

Deep Well_______ River_______ Waste Treatment Facility______

Other ____________________________________________________

Brief Description of Use (How Handled?)(Closed System?) ____________________________________________________________________________________________________________

Frequency of Use ____________________________________

No. Potentially Exposed: Male______ Female______

EID229347

CF025195

EID229348.TIF (2400x3200x2 tiff)



Exposure Levels: Average__________ Range__________

Exposure Potential: Inhalation__________ Skin__________

Other__________

Protective Equipment__________

Special Ventilation__________

Special Personal Hygiene Practices__________

Complaints/Site Medical Experience__________

How Spills are Handled__________

Chemical Handled by Non Du Pont:

On Site__________

Off Site__________

Customers__________

HAS/12/83

# EXHIBIT 18

AR226-2393

# C-8 REDUCTION & CONTROL PROGRAMS

## STATUS

R. J. ZIPFEL

6-11-87

RJZ026555

EID091378

003546-19 - 06/09/87 - RJZ:kst

EID137075

# MEETING AGENDA

- AIM
- GROUNDRULES
- PLAN POLICY AND GOALS
- C-8 SAFETY AND HEALTH INFORMATION
- ENVIRONMENTAL CONTROL PROGRAMS
- WORK ENVIRONMENT PROGRAMS
  - -- C-8 IN BLOOD HISTORY
  - -- C-8 IN AIR HISTORY
- PATH FORWARD / ACTION ITEMS
- CONCLUSIONS

RJZ026556

# MEETING AIM

TO REVIEW THE FLUOROPRODUCTS C-8 REDUCTION AND CONTROL PLAN THROUGH OPEN DISCUSSIONS AROUND THE HISTORY AND STATUS OF THE C-8 RELATED PROGRAMS TO ASSURE THAT ALIGNMENT BETWEEN CORPORATE SAFETY AND SPD BUSINESS OBJECTIVES CONTINUES.

RJZ026557

EID091380

003546-20 – 06/03/87 – RJZ:kst

## GROUND RULES

- HOLD QUESTIONS UNTIL END OF PRESENTATION EXCEPT IF MEANING IS NOT CLEAR.

RJZ026558

EID091381

003546-35 - 06/09/87 - RJZ:kst

EID137078

# C-8 CONTROL PLAN POLICY AND GOALS

- REDUCE PUBLIC EXPOSURE THROUGH THE ECONOMICAL IMPLEMENTATION OF THE OPTIMUM TECHNOLOGIES AVAILABLE
- REDUCE EXPOSURE BELOW AEL BY ENGINEERING CONTROLS AND PROTECTIVE EQUIPMENT
- REDUCE EXPOSURE BY ENGINEERING CONTROLS AND PROTECTIVE EQUIPMENT SO THAT ELEVATED ORGANIC FLUORINE LEVELS IN BLOOD WILL DECREASE AND ACCUMULATION OF ORGANIC FLUORIDES IN NEW WORKERS WILL BE LIMITED

EID091382

RJZ026559

003546-27 – 05/19/87 – RJZ:kst

# C-8 DATA TO DATE

- IT IS NOT A TERATOGEN
- IT IS NOT AN EMBRYOTOXIN
- IT IS NOT A MUTAGEN
- IT IS MODERATELY TOXIC -- LD 50 540 mg/kg
- IT HAS AN ESTIMATED BIOLOGICAL HALF LIFE OF ONE TO THREE YEARS IN HUMAN BLOOD
- NO KNOWN REPORTS OF HEALTH RELATED EFFECTS REPORTED BY DuPONT

  -- 3M HAS HAD ONE EMPLOYEE WITH REVERSIBLE LIVER DAMAGE (UPDATED JANUARY 1987)

RJZ026560

003546-2 - 06/09/87 - RJZ:kst

EID091383

EID137080

# C-8 EXPOSURE LIMITS

| | |
|---|---|
| AEL IN AIR | 0.56 MOLES PER BILLION |
| | 0.01 $mg/m^3$ |
| BLOOD LEVELS | NONE ESTABLISHED |
| PUBLIC EXPOSURE LIMITS | NONE ESTABLISHED |

RJZ026561

EID091384

003546-21&22 – 06/09/87 – RJZ:kst

EID137081

# C-8 HISTORY

| | |
|---|---|
| 8/51 | Began use of C-8 in dispersion polymerization. Few precautions in handling. |
| 6/07/78 | Advised personnel that 3M found elevated organic fluorine levels in blood of workers exposed to fluorinated surfactants. Started internal review and monitoring. |
| 9/79 | Provisional AEL established by Haskell. |
| 3/20/81 | 3M advised that C-8 caused birth defects in unborn when fed by stomach tube to female rats. All female employees with potential C-8 exposure were promptly transferred to other plant areas. |
| 4/10/81 | C-8 specific blood test developed and put in use. |
| 3/01/82 | Studies completed which found C-8 not to be a teratogen and no adverse health effects. |
| 5/17/82 | Final AEL established at 0.01 $mg/m^3$ or 0.56 ppb. |
| 8/85 | First commercial shipment of TBSA from Chambers Works. |
| 12/86 | Demonstrated feasibility in the laboratory to economically concentrate C-8 in water solutions. |

RJZ026562

003546-1 – 06/09/87 – RJZ:kst

EID091385

EID137082

# C-8 ENVIRONMENTAL CONTROL PROGRAMS

## STATUS VERSUS 1984

| | 1984 | CURRENT |
|---|---|---|
| **AIR** | | |
| • FINE POWDER DRYER VENT SCRUBBING AND RECOVERY | 1988-89 | 1989 |
| **WATER** | | |
| • REPLACE C-8 WITH TBSA | 100% in 1985 | 15% in 1987<br>30% in 1990 |
| • ELIMINATE SUPERNATE PONDS | --- | NEW ITEM<br>1H88 |

003546-32 – 06/03/87 – RJZ:kst

EID091386

RJZ026563

EID137083

# WASHINGTON WORKS

## OFF PLANT EMISSIONS

| | POUNDS C-8 | |
|---|---|---|
| | 1983 | 1986 |
| WATER | 21,700 | 19,100 |
| AIR | 12,700 | 16,200 |
| PRODUCT | 8,000 | 8,300 |
| OFF-PLANT DISPOSAL | 7,700 | 8,300 |
| | 50,100 | 51,900 |

RJZ026564

EID091387

003546-10&11 - 06/03/87 - RJZ:kst

EID137084

# C-8 LEVELS IN DRINKING WATER

| | DISTANCE FROM NO. 5 OUTFALL (miles) | C-8 LEVEL -- PPB 1984 | 1987 |
|---|---|---|---|
| PARKERSBURG | 7.50 UPSTREAM | ND | ND |
| WASH. WORKS | 0.50 UPSTREAM | ND | ND |
| LUBECK WATER DISTRICT | 0.25 DOWNSTREAM | 1.1 | 1.9 |
| | 0.25 DOWNSTREAM | 1.5 | 1.9 |
| LITTLE HOCKING | 3.00 DOWNSTREAM | 0.6 | ND |
| RAVENSWOOD | 29.0 DOWNSTREAM | ND | -- |

RJZ026565

ND = NOT DETECTABLE

003546-7 - 06/10/87 - RJZ:kst

EID091388

# FINE POWDER DRYER C-8 EMISSIONS REDUCTION

## LABORATORY STUDIES

- DEMONSTRATED ABILITY TO SCRUB TO 95% EFFICIENCY
- CAN CONCENTRATE TO 5% USING ION EXCHANGE
- CAN CONCENTRATE TO GREATER THAN 10% USING REVERSE OSMOSIS
- DEMONSTRATED SUCCESSFUL POLYMERIZATION USING RECOVERED VIRGIN C-8 FROM ION EXCHANGE

# SURFACTANT RECOVERY ACTION ITEMS

- START UP TEST C-8 SCRUBBER ON FINE POWDER DRYER EXHAUST - 3Q87

- DEMONSTRATE FEASABILITY TO ECONOMICALLY CONCENTRATE AND REUSE C-8 AND OTHER SURFACTANT SOLUTIONS - 4Q87

- COMMERCIAL RECOVERY AND RECYCLE OF C-8 IN FINE POWDER

  -- AUTHORIZE $3MM IN 2Q88

  -- STARTUP 2H89

- APPLY ABOVE TECHNOLOGIES TO FEP IF ECONOMICAL

RJZ026567

EID091390

003546-28 - 06/09/87 - RJZ:kst

# TBSA REPLACEMENT IN FEP

- NO PANACEA
- 15% CONVERTED IN 1987 - 1.2 MM LBS. FEP
- ADVANTAGES

-- REDUCES SURFACTANT DISCHARGE TO OHIO RIVER

| | LBS OF SURFACTANT TO RIVER IN 1986 (if 100% of type) |
|---|---|
| C-8 | 17,500 |
| TBSA | 7,400 |

-- CAN MAKE UNIQUE HIGH HFPI/LOW MV POLYMERS WITHOUT PENALTY

-- DEMONSTRATED 20% HIGHER POLYMERIZING RATES

-- $1 MM COMPANY COST SAVINGS POTENTIAL

RJZ026568

EID091391

003546-30 - 06/09/87 - RJZ:kst

EID137088

# TBSA REPLACEMENT IN FEP

- DISADVANTAGES

  -- 30 - 40% RATE PENALTY IN HUMID HEAT TREATING - LOSS OF 1.5 - 2.0 MMAP CAPABILITY

  -- QUALITY PROBLEMS - COLOR AND GEL

  -- DISPERSION AND DRY FLAKE PRODUCTS REQUIRE FDA CLEARANCE

  -- EXPECT TBSA TO ACCUMULATE IN THE BLOOD

Gel levels in TE-9248 is very low

9250 is high.

No $Ba(NO_3)_2$ used on TBSA products

RJZ026569

RJZ026570

EID091392

003546-31 – 05/19/87 – RJZ:kst

EID137089

# TBSA REPLACEMENT IN FEP

- DISADVANTAGES

  -- 30 - 40% RATE PENALTY IN HUMID HEAT TREATING - LOSS OF 1.5 - 2.0 MMAP CAPABILITY

  -- QUALITY PROBLEMS - COLOR AND GEL

  -- DISPERSION AND DRY FLAKE PRODUCTS REQUIRE FDA CLEARANCE

  -- EXPECT TBSA TO ACCUMULATE IN THE BLOOD

Gel levels in TE-9248 is very low

9250 is high.

No $Ba(NO_3)_2$ used on TBSA products

RJZ026569

RJZ026570

EID091392

003546-31 – 05/19/87 – RJZ:kst

EID137090

# TBSA CONVERSION ACTION ITEMS

- CONTINUE WITH TRANSITION AS BUSINESS OPPORTUNITIES EXIST
  - FORECAST OF 30% CONVERSION BY 1990
- EXPAND HUMID HEAT TREATING CAPABILITY
- SEEK FDA APPROVAL OF TBSA BASED RESINS

EID091393

RJZ026571

003546-29 – 05/19/87 – RJZ:kst

# SUPERNATE POND ELIMINATION

**BENEFIT** -- ELIMINATE C-8 CONTAMINATION OF LUBECK WATER SYSTEM AQUIFER FROM THESE PONDS

**STATUS** -- PROJECT APPROVED ($320M) 11/86

-- PERMIT APPROVAL 3Q87

-- START-UP 11/87

EID091394

RJZ026572

003546-33 - 06/10/87 - RJZ:kst

# WORK ENVIRONMENT PROGRAMS

(in place since 1981)

## EQUIPMENT DESIGN

- EQUIPMENT SEALS AND GASKETS
- LEAK MAINTENANCE
- OVERALL BUILDING VENTILATION CONTROL
- VENTILATED HOODS OVER DRYER DOORS
- VENT STACK HEIGHT FOR PROPER DISPERSION
- INGREDIENT MAKEUP STATION

## PROTECTIVE EQUIPMENT

- COMFO HALF MASK RESPIRATORS
- BREATHING AIR RESPIRATORS
- LATEX RUBBER GLOVES

## MONITORING

- AFFECTED PERSONNEL BLOOD LEVELS
- PERSONAL AIR MONITORING
- CRITICAL AREA AIR MONITORING

RJZ026573

EID091395

003546-14 – 05/19/87 – RJZ:kst

EID137093

# C-8 TRENDS IN AIR

## C-8 IN AIR (MPB)

AEL = 0.56 MPB

| PERSONAL SAMPLES | 1980 | 1981 | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 (YTD) |
|---|---|---|---|---|---|---|---|---|
| FEP POLYKETTLE OPERATOR | -- | 0.12 | 0.09 | 0.09 | 0.19 | 0.08 | 0.13 | 0.08 |
| FEP WET FINISHING OPERATOR | 0.95 | 0.30 | 0.09 | 0.11 | 0.09 | 0.17 | 0.12 | 0.08 |
| RAW DISPERSION A/C OPERATOR | 1.20 | 0.26 | 0.09 | 0.21 | 0.20 | 0.36 | 0.76 | 0.30 |
| FINE POWDER DRYER OPERATOR | 1.40 | 0.56 | 0.15 | 0.06 | 0.10 | 0.78 | 0.87 | 0.11 |

RJZ026574

003546-3&4 - 06/09/87 - RJZ:kst

# C-8 TREND IN BLOOD

| | C-8 IN BLOOD (PPM) | | | | | |
|---|---|---|---|---|---|---|
| | 1981 | 1982 | 1983 | 1984 | 1985 | 1986 |
| FEP PROCESS OPERATOR (17) | 1.53 | 1.48 | 1.14 | 1.09 | 1.09 | 1.22 |
| FEP SERVICE OPERATOR (18) | 0.60 | 0.59 | 0.57 | 0.53 | 0.53 | 0.56 |
| RAW DISPERSION PROCESS OPERATOR (18) | 7.66 | 6.67 | 6.36 | 6.38 | 5.96 | 6.57 |
| GRANULAR PROCESS OPERATOR ( 7) | 3.44 | 3.12 | 2.64 | 2.70 | 2.38 | 2.93 |
| FINE POWDER SERVICE OPERATOR (19) | 2.25 | 2.07 | 1.74 | 1.59 | 1.37 | 1.37 |
| MONOMER OPERATOR (31) | 1.01 | 1.02 | 0.83 | 0.82 | 0.81 | -- |
| ALL TEFLON* OPERATORS (490) | 0.98 | 0.92 | -- | -- | -- | -- |

* DuPont's registered trademark for its fluorocarbon resin

003546-5&6 - 06/09/87 - RJZ:kst RJZ026575

EID091397

EID137095

3M_AFFF_MDL00320896

# FINE POWDER DRYING
# C-8 IN AIR HISTORY

1980 - 1981 - INITIAL CONTROL PROGRAM

1982 - 1985 - C-8 LEVELS BELOW 0.6 MPB

JUNE - DEC '85 - "FRESH AIR" TO DRYER SWITCHED FROM DRYER ROOM TO EXTERNAL

- INSTALLED NEW LARGE DRYER

- C-8 LEVELS ROSE TO 2.3 MPB

ACTION TO RESPOND

- INSTALLED VENTS ON FLOAT TANKS

- RELOCATED PACKOUT ROOM H&V INTAKE

- INSTALLED LARGER DRYER ROOM EXHAUST FAN

- PROVIDED FRESH AIR TO DRYER CONTROL ROOM

AUG '86 - C-8 LEVELS FELL TO 0.9 MPB

ACTION ITEM

- REPLACED GASKETS ON NO. 3 DRYER

DEC '86 - TODAY - C-8 LEVELS FELL TO 0.2 MPB

RJZ026576

003546-23 - 06/10/87 - RJZ:kst

EID091398

EID137096

# ACTIVITY AT OTHER SITES

| SITE | ACTIVITY |
|---|---|
| • DORDRECHT | -- Initial blood sampling<br>-- C-8 in air monitoring |
| • MDF | -- No blood sampling<br>-- C-8 in air monitoring |
| • CHAMBERS WORKS | -- Initial blood and air sampling<br>-- Not sampling today |
| • 3M | -- Blood sampling for organic fluoride<br>-- Highest levels now below 10 ppm |
| • SPRUANCE | -- Initial blood and air sampling<br>-- Not sampling today |
| • OUTSIDE DuPONT END USER (CHEMFAB) | -- Notified of birth defect problem<br>-- Told to continue existing practices<br>-- No sampling |
| • C & P | -- No blood sampling for other telomer products including TBSA |

RJZ026577

003546-8&9 – 06/09/87 – RJZ:kst

# ACTION ITEMS

## ADMINISTRATIVE

- ESTABLISH A MAXIMUM SAFE C-8 IN BLOOD CONCENTRATION
- ESTABLISH A MAXIMUM SAFE C-8 IN DRINKING WATER LEVEL
- USE AIR AND BLOOD MONITORING AT ALL DIRECT USER SITES FOR THOSE PERSONNEL AND AREAS WHERE EXPOSURE IS GREATEST
  -- ESTABLISH A MINIMUM THRESHOLD LEVEL
  -- PERIODIC SAMPLING TO MONITOR PERFORMANCE
- REVIEW C-8 IN BLOOD DATA IN DETAIL TO DETERMINE IF ADDITIONAL CONTROL DEVICES ARE REQUIRED

## MAINTENANCE

- MAINTAIN PRIORITY ON SEALING OF NEW DRYER AT WASHINGTON WORKS

RJZ026578

## PROCESS

- EXAMINE BENEFITS OF PURCHASE OF AQUEOUS SOLUTIONS OF C-8 VERSUS POWDER
- CONTINUE TO EXAMINE NEW SURFACTANTS LIKE C-9, C-10 AND C-12

EID091400

003546-25 - 06/09/87 - RJZ:kst

## CONCLUSIONS

- SIGNIFICANT ENVIRONMENTAL REDUCTIONS ARE EXPECTED BY 1989.

- PRESENT CONTROL SYSTEMS HAVE REDUCED C-8 IN BLOOD CONCENTRATIONS FROM 1979 LEVELS. FURTHER REDUCTIONS ARE EXPECTED IN THE FUTURE.

- ELIMINATION OF C-8 IN EMPLOYEES BLOOD APPEARS UNLIKELY.

EID091401

RJZ026579

003546-34 - 06/04/87 - RJZ:kst

KEY POINTS

- Karrh agreed to work directly with his counterpart at 3M to get the 3M C-8 chronic study in rats released.

- Karrh stated that we should consider reducing the pressure on the conversion of C-8 to TBSA in FEP. It was agreed that business needs should drive this program.

- Karrh and Todd asked if there was a way to determine if there was an aquifier water flow from under the supernate ponds to the Lubeck Water System wells. R. J. Zipfel has lead on this.

- Karrh asked if supernate shipment to Chambers Works was the long term solution for the disposal of supernate containing C-8. Zipfel answered yes, but there is a low probability chance on the development of a new strain of bacteria which could destroy the C-8 or recovery using the technology being developed for the fine powder dryer vent.

- Karrh asked what is the significance of the high C-8 concentration in the blood of the raw dispersion operator.

- It was stated that all people who have had their blood tested have had their C-8 levels reported to them.

- Karrh requested that we get information on the accumulation of other fluorine containing surfactants in the blood of employees. Of specific note was TBSA in Chambers Works personnel.

- Karrh asked why progress in our use of aqueous C-8 solution in lieu of powder has been so slow. Zipfel responded that liquid C-8 is presently on order by Chambers Works and Dordrecht.

- Karrh stated that we need to continue to pursue those programs aimed at reducing the public exposure to C-8 as vigorously as we can. He further stated that he agreed that our people will continue to have measureable C-8 levels in blood.

- The action items recommended by Zipfel were all agreed to.

EID091402

RJZ026580

PC#4-2 - 06/15/87 - RJZ:kst

# EXHIBIT 19

**Defendant has designated this document as Highly Confidential and therefore the State submits it to the Court for in-camera review in Compliance with CMO 17**

# EXHIBIT 20

## Defendant has designated this document as Highly Confidential and therefore the State submits it to the Court for in-camera review in Compliance with CMO 17