# EXHIBIT 21

P1.834

# C-8 Project

## Phase Ib Review

## Presentation to C-8 PAC

## October 31, 1997

EXHIBIT
DuPont
113

RJC003955

P1.834.2

# Agenda

| | |
|---|---|
| 8:30-8:40 | Introduction |
| 8:40-8:50 | Emissions Projections |
| 8:50-9:10 | Goal of No C-8 in Blood |
| 9:10-9:30 | Milestones, Timelines, and Structure |
| 9:30-9:40 | Economic Analysis |
| 9:40-9:45 | FS-62 Conversion Issues |
| 9:45-9:55 | China Project |
| 9:55-10:00 | 1998 PAC Meetings |
| 10:00-10:30 | Discussion and Decisions |

Confidential - Subject to Protective Order

RJC003956

EID180516

HIGHLY CONFIDENTIAL- SUBJECT TO AFFF MDL PROTECTIVE ORDER

AFFF-MDL-EID-00163871

P1.834.3

# Decisions Required from the PAC

Accept or Recommend Changes to:

- C-8 Emissions Projections
- Goal of No C-8 in Blood
- Milestones, Timelines, and Structure
- Economic Analysis
- FS-62 Purchase
- China Project Emissions

Confidential - Subject to Protective Order

RJC003957

EID180518

HIGHLY CONFIDENTIAL- SUBJECT TO AFFF MDL PROTECTIVE ORDER

AFFF-MDL-EID-00163872

P1.834.4

DuPont Confidential

# C-8 Program Goals

## Principles:

Maintain a reasonable certainty of no harm to human health.

Maintain a reasonable certainty of no harm to the environment.

Comply with all laws and regulations governing the use and disposal of C-8 or its alternatives.

## Goals:

Decrease global direct and downstream C-8 emissions to the environment by 50% in 1998[1] and 80% in 2001[1] to a final goal, established by risk analysis, that will be accomplished by 2005. A tentative 2005 goal of complete elimination of C-8 emissions will be used for planning purposes pending completion of the risk analysis.

## Plans:

Perform a risk analysis by 4Q97

- Complete a risk analysis of C-8 containing products and processes by 4Q97 using both ecological risk assessment and D&RA techniques to refine conditions which produce a reasonable certainty of no short or long term harm to human health and the environment.
- Develop a model that allows the risk analysis to be updated with alternative surfactants.
- Perform additional biological and environmental studies on C-8 and alternatives to eliminate key gaps in the knowledge base.
- Develop a better understanding of the science of chronic exposure to C-8 and markers of that exposure.
- Update the AEL and CEG[2] for all surfactants based on the findings.
- Update exposure and emission goals to reflect risk analysis findings.

Pursue replacement of C-8

- Replacements should have at least an order of magnitude lower bioretention than C-8 and significantly less persistence in the environment.
- Replacements should be classified as having no worse than moderate acute toxicity.
- Replacements should perform similarly to C-8 in polymerization and customer processes.

Install equipment to recover and/or destroy surfactants

- Emissions will comply with all applicable laws and regulations.
- Emissions will meet internal C-8 emission reduction targets.

Continuously reduce C-8 exposure to employees and contractors

- Utilize the best practices for containment, industrial hygiene and replacement.
- Insure C-8 exposures are kept below the ceiling set by the AEL.

Assist customers in decreasing emissions and exposure.

- Assist the product stewardship team in assessment of key customers' processes.
- Share industrial hygiene, containment and destruction techniques with customers.
- Develop less persistent alternatives for products where C-8 is sent to the customer and assist the industry in the conversion to products made with these surfactants.
- Assist customers to reach emissions and exposures levels consistent with those established by the risk analysis.

Continuously reduce C-8 emissions to the environment (air, land, and water)

- Reduce exposure through emission reduction programs.
- Insure C-8 exposures are kept below the ceiling set by the CEG.

---

[1] versus actual 1993 emissions

[2] Acceptable Exposure Limit (AEL) and Community Exposure Guideline (CEG)

P1.834.5

# C-8 Emissions

**C-8 Emissions**

- Will not meet 50% reduction goal until 1999
  - ⇒ FEP carbon beds at Washington Works
  - ⇒ Shimizu Works recovery project
- 2001 goal beginning to slip
  - ⇒ Alternative surfactant conversion

| | BASE | | | | | 50% GOAL | | | 80% GOAL |
|---|---|---|---|---|---|---|---|---|---|
| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
| WASHINGTON WORKS | 80700 | 74770 | 82554 | 88600 | 62200 | 61200 | 32700 | 25800 | 13000 |
| DORDRECHT WORKS | 29106 | 35721 | 37264.6 | 30200 | 29500 | 15600 | 12000 | 9100 | 6300 |
| SHIMIZU | 20226 | 19900 | 23400 | 23700 | 38400 | 24400 | 8100 | 8250 | 8700 |
| SBU | 130032 | 130391 | 143819 | 141400 | 130100 | 101400 | 52800 | 42600 | 30000 |
| % Reduction | | -19% | -31% | -29% | -36% | 8% | 52% | 61% | 73% |

C8 EMISSIONS - FLUOROPOLYMERS



**C-8 Emissions Model**

- CEP does not function as a dynamic model for tracking programs
- Developing new C-8 emissions database and model

RJC003959

Confidential - Subject to Protective Order

EID180518

HIGHLY CONFIDENTIAL- SUBJECT TO AFFF MDL PROTECTIVE ORDER

AFFF-MDL-EID-00163874

P1.834.6

# Goal of No C-8 in Blood

**DUPONT CONFIDENTIAL**
**C-8 EXPOSURE TARGET**
**(DRAFT - 10/2/97)**

**DUPONT SHEA PRINCIPLES:**

Adhere to the highest standards for the safe operation of facilities and the protection of our employees.

Strengthen our businesses by making safety, health and environmental issues an integral part of all business activities and by continuously striving to align our businesses with PUBLIC expectations

Drive toward ZERO emissions, giving priority to those compounds that may present the greatest potential risk to health and the environment.

Continuously analyze and improve our practices, processes and products to reduce their risk and impact through the product life cycle.

**GOAL:**

Continue to reduce C-8 emissions in the workplace in a way that decreases worker exposure and the potential for accumulating C-8 in the human body. Voluntarily reduce monitored DuPont workplace levels to 10% of the AEL[1] by 1999, to 2% of the AEL by 2003, and to a final goal established by the risk analysis.

**PLAN:**

Assign global and site responsibility to develop a detailed plan and lead the implementation.

- The Operations line organization will lead implementation with support from Technology.
- This is a step change from current practices, and it is expected to require significant additional resources. A rough resource estimate is 0.2 SHEA leader, 1.0 Operations per site, 0.5 Technology per site, and $7.5MM in capital.

Pursue replacement of C-8.

Enhance OH area monitoring and PPE programs within DuPont with focus on insuring that all C-8 emission/exposure sources are identified, monitored, and have appropriate PPE and OH guidelines

Install and/or upgrade equipment to reduce "fugitive" C-8 emissions.

Reevaluate Operating Directions and upgrade to further reduce potential for exposure including eliminating human handling of powdered C-8.

Communicate best practices to our customers through the Product Stewardship team.

Complete a risk analysis by 6/98.

**Implementation Issues**

- This proposal drives towards levels of C-8 in the blood for employees new to the area that are at or near the current detection limits and assumes inhalation is the main exposure route (liquid C-8 is used).
- Controlling to a fraction of the AEL is believed to be the most practical method for monitoring exposure. The correlation between airborne C-8 and blood fluorides level is not firmly established, and this should be viewed as an estimate on controlling at the current detection limits.
- The only sure way to achieve no detectable C-8 is to stop using C-8.
- The AEL is the "official" exposure limit set by specialists at Haskell who are experts in this field.
- Existing efforts are showing some improvement, but they will not get to no detectable C-8 in the foreseeable future.
- This is a step-change program which will require significant new resources
  - ⇒ $500M+/year fixed cost
  - ⇒ $7.5MM capital
- The goal in this document involves significant extrapolation. The information to accurately set the goal is not currently available. The risk analysis will produce some of the required knowledge as it achieves the objective of re-evaluating the AEL and CEG. This might change the goal statement again.
- Pursuing both a replacement strategy and exposure reduction results in some redundancy.
- The team recommends continuing existing OH programs at this time but not implementing a major change in goals until the risk analysis is complete and decisions are made on alternative surfactants.

---

[1] Acceptable Exposure Limit. The AEL for C-8 is 0.01 $mg/m^3$

RJC003960

P1.834.7

# C-8 PACE Team Timing and Structure

## PACE Team Timing

- Changes since July PAC meeting:
- Delays
  - ⇒ FEP business team's earliest opportunity for a 5100 plant test is 4Q98 due to supply. Revised FEP timeline follows.
  - ⇒ Fibers (PTFE dispersion) conversion on hold due to problems with new spin matrix
- Improvements
  - ⇒ Possible early conversion of FEP Line 3
  - ⇒ China team interested in starting up on FS-62

## PACE Team Structure

- Reducing efforts on research
- Increasing efforts on development and commercialization

Surfactant PACE Teams




RJC003961

P1.834.8

## FLUOROPOLYMERS PRODUCT/PROCESS DEVELOPMENT OVERVIEW
### Alternate Surfactant to Replace C-8




| | | | | | |
|---|---|---|---|---|---|
| Critical Path: | 1. Surfactant Manufacturing | 1. CPD Synthesis | 1. FEL 1 & 2 for Facilities | 1. FEL 3 | 1. Facilities Operational |
| | 2. Polymer Manufacturing | 2. Semiworks Testing | 2. Plant Testing -Lead Site | 2. Repeat Manufacturing | 2. Manufacturing at All Sites |
| | 3. 8HBA Testing | 3. Toxicity Screening | 3. Begin Long Term Tests | 3. Continue Testing | 3. Stewardship Analysis Complete |
| | 4. Regulatory Approval | 4. Extraction Testing | 4. Begin FDA, ENICS, etc. | 4. Short Studies Complete | 4. Complete Food Contact |
| | 5. End Use Qualification | 5. Internal Testing | 5. Begin Alpha Testing | 5. Finishes Formulation | 5. Products Commercialized |

RJC003962

P1.834.9

## FEP Timing

**Line 3**

- The FEP Business team agreed to commission Line 3 with C-8 and then do a FS-62 test immediately after start up. The FS-62 polymer would go through a parallel qualification and be compared to C-8 to determine which would be used in commercial production.

  With the tight FEP supply situation and decisions made by the Line 3 team, any Line 3 plant tests are unlikely prior to start up. Planning to start up Line 3 with FS-62 only is risky without a plant trial and subsequent wire-line and end-use testing. The following scenario gives the flexibility to use either surfactant and allows a side-by-side comparison to establish what, if any, attributes in our process, in customers processes, and in end-use properties are due to surfactant. The total amount of C-8 actually used could be minimal if it is implemented shortly after start-up, and yet this option gives us flexibility and direct comparison of performance between C-8 and FS-62.

  Marv Jacobs is working to insure that we have facilities on Line 3 capable of using both C-8 and FS-62 at start up. This is expected to be approximately a $70M capital expenditure that will be funded outside the project. Two separate surfactant addition systems would provide maximum flexibility, but a single surfactant addition system designed so it can handle either C-8 or FS-62 would be acceptable. The latter would require deinventorying and cleaning prior to a surfactant type change. (Lines 1 and 2 currently have two separate surfactant systems: one for C-8 and one for TBSA/FS-62.)

  Line 3 should be commissioned and go through start up using C-8 per the original design. This prevents the addition of another variable at start up. After the facilities have demonstrated first-quality production and made enough material for qualification, they can be switched to FS-62 and make another ~10 batches for a parallel qualification under a TA led by FEP Technology. The decision on which surfactant to use on an ongoing basis can be made by the FEP business team after the TA is run based on performance in our process, release test results, and end-use testing together with the known advantages of FS-62 that include $1.4MM annual cost savings, internal supply, and significant occupational health and environmental benefits.

- This was based on the assumption that FS-62 addition facilities would be funded out of the 1997 COD budget.
- It now appears that COD funds will not be available until 1998.
- FEP Line 3 Project estimates on completion range from 9 to 17 months after funding is available.
- Now investigating using Line 1 & 2 TBSA addition system.

**Lines 1&2**

- Schedule does not allow a test for 5100 until 4Q98 due to supply issues
- Making dispersion for customer (Finishes and Films) qualification in the semiworks to keep the program moving

RJC003963

P1.834.10

# Alternate Surfactants for FEP Time Line - WW

| | Dec. 96 | Jun 97 | Jul 97 PAC Aggressive Scenario | Oct 98 |
|---|---|---|---|---|
| Plant campaign (7-10 batches) TEFLON(R) 5100 with ZONYL(R) FS-62 | 1Q97 | 1Q98 | 4Q97 | 4Q98 |
| End Use evaluation: | | | | |
| Dispersion at TSL and Finishes | 2Q97 | 2Q98 | 4Q97 | 1Q99 |
| Wire coating (plenum primary) at TSL | 2Q97 | 2Q98 | 4Q97 | 1Q99 |
| Flake at color compounder | 2Q97 | 2Q98 | 4Q97 | 1Q99 |
| Customer | 3Q97 | 3Q98 | 1Q98 | 2Q99 |
| Repeat manufacturing - 5100 | 1998 | 1999 | 1Q98 | 3Q99 |
| Plant batch Line 3 recipe with ZONYL(R) FS-62 | 3/97 | 1Q98 | 2Q97 | 2Q97 |
| End Use evaluation of wire coating (plenum primary) at TSL | 2Q97 | 2Q98 | 2Q97 | 2Q97 |
| Commercial manufacturing | | | | |
| Dispersion (begin transition) | 4Q98 | 4Q99 | 1Q99 | 4Q99 |
| 5100 Cubes | 2H99 | 2H00 | 3Q98 | 3Q99 |
| Line 3 Cubes | 2Q99 | 2Q00 | 2Q97 | 3Q97 |
| All Cubes | 2000 | 2001 | 1999 | 2001 |

P1.834.11

# Impact of C-8 Programs on NPV of DuPont Fluoropolymers

| Scenario | NPV |
|---|---|
| 1. Do the emission reduction goals to 80% (abatement & recovery with no alternatives). | Base Case |
| 2. Replace C-8 with FS-62 in dispersion and FEP and aggressively pursue abatement and recovery | +$14MM |
| 3. Eliminate C-8 from all but Fine Powder and aggressively pursue abatement and recovery in Fine Powder | +$15MM |

Notes:

- Does not include positive NPV from Specialty Chemicals
- Assumes only earnings in the next 10 years and no residual value
- Most of NPV Increase due to FEP
- Details on the following sheets

Confidential - Subject to Protective Order

RJC003965

EID180524

HIGHLY CONFIDENTIAL- SUBJECT TO AFFF MDL PROTECTIVE ORDER

AFFF-MDL-EID-00163880

P1.834.12

SUMMARY AND COMPARISON OF SCENARIOS

| *NPV* | *SCENARIO* |
|---|---|
| 676 | 1. AGRESSIVE ABATEMENT & RECOVERY - NO C-8 ALTERNATIVE USED |
| 690 | 2. REPLACE C-8 WITH FS-62 IN DISPERSION AND FEP, AND AGRESSIVELY PURSUE ABATEMENT AND RECOVERY |
| 691 | 3. ELIMINATE C-8 FROM ALL BUT PTFE AND AGGRESSIVELY PURSUE ABATEMENT AND RECOVERY IN PTFE. |

NOTE: The modeling of Scenarios 2 and 3 does not include economic impact of Specialty Chemicals' investment and return in alternative surfactant manufacturing and marketing.

Other assumptions (irrespective of scenario)

- FS-62 price is $48/lb on an active ingredient basis
- C-8 price is $80/lb for virgin and $20/lb for recycle.
- FEP - has a blended C-8 qpu of .0085 and FS-62 qpu of .0045 (68.8% of C-8) based on 25% of the FEP coming from Line 3
- All except line 3 have C-8 qpu of 0.007 and FS-62 qpu of .0053 (75% of C-8 qpu) (based on a weighted average of low and high solids recipes)
- Line 3 has a C-8 qpu of .005 and FS-62 qpu of .0025 (50% of C-8 qpu)
- Dispersion has a qpu of 0.0034 for both C-8 and FS-62
- PFA has a qpu of 0.0057 for both C-8 and FS-62
- Granular and Micropowder variable cost unaffected
- Capital costs for FS-62 addition ~$50M/product/site
- Global capital cost for C-8 SHEA/OH equipment for C-8 containment: $5000M for FP, $1500M for FEP, $400M for PFA, $300M for Dispersion, $300M for Granular
- Capital cost for C-8 SHEA/OH equipment $500M for Finishes (globally) if dispersion not converted
- Capital cost for C-8 SHEA/OH equipment $750M for Fibers & Films if dispersion not converted
- Fixed cost addition for SHEA/OH assumes 1.5 people per site (DW, SW, WW) and 0.5 leader at $150M/person for scenario 1 with reduction in scope if FS-62 is used.
- Many numbers are shown to take place in one year only to simplify calculations. In most cases, they will really be a slow transition over a multi-year period as different products, grades, and regions are converted.

RJC003966

P1.834.13

1. AGRESSIVE ABATEMENT & RECOVERY - NO C-8 ALTERNATIVE USED
Invest in abatement and recovery technology as planned to reach 80% of emission goals.

| | NPV |
|---|---|
| WITH NO TERMINAL VALUE | 676 |
| WITH 50% TERMINAL VALUE | 969 |
| Discount rate = | 12% |

***ASSUMPTIONS***

- 10 years from now (2007) regulation will be promulgated somewhere in the world
- The market for PTFE dispersion shrinks by 50% globally between 2007 and 2010
- Beginning in 2007 costs (both C-8 and Fixed costs to support regulation) increase by 1% annually
- Competition does nothing to prevent this
- No change in projected sales volume or pricing
- Market and Cost effects do not occur until 2007 and after -- not modeled
- C-8 is 30% recycle - average price of $48.00
- PTFE dispersion variable cost decreases by $0.04/lb due to recycled C-8 beginning in 1998
- FEP variable cost decreases by $0.08/lb due to recycled C-8 beginning in 1998
- Fine Powder variable cost decreases by $0.04/lb due to recycled C-8 beginning in 1998
- PFA variable cost decreases by $0.07/lb due to recycled C-8 beginning in 1998
- SHEA/OH capital expenditures of $7.5MM for C-8 containment spread from 1999 to 2001
- Ongoing C-8 containment (SHEA/OH) fixed cost addition of $750M/year beginning 1999

RJC003967

P1.834.14

2. REPLACE C-8 WITH FS-62 IN DISPERSION AND FEP, AND AGRESSIVELY PURSUE ABATEMENT AND RECOVERY

| | |
|---|---|
| WITH NO TERMINAL VALUE | 690 |
| WITH 50% TERMINAL VALUE | 986 |
| Discount rate = | 12% |

***ASSUMPTIONS***

- 15 years from now regulation will be promulgated somewhere in the world
- PTFE dispersion variable cost decreases by $.04/lb due to recycled C-8 in 1998 and then continues at this level using FS-62 as replacement for C-8 in 1999.
- FEP variable cost decreases by $.08/lb due to recycled C-8 in 1998 and then by another $0.09/lb (to $0.17/lb) due to using FS-62 as replacement for C-8 beginning in 1999.
- Fine Powder variable cost decreases by $.04/lb and then by another $0.03/lb in 1999 (to $0.07/lb) due to use of recycled C-8 – see C-8 pricing
- PFA variable cost decreases by $.07/lb in 1998 due to use of recycled C-8, and then by another $0.06/lb (to $0.13/lb) beginning in 1999 due to use of recycled C-8 – see C-8 pricing
- C-8 pricing: 1998: C-8 is 30% recycle - avg price $48.00/lb
  1999 on: C-8 is 65% recycle - avg price $38.00/lb
- FS-62 allows a annual variable cost savings of $500M on waste disposal
- DuPont Specialty Chemicals benefits from increased manufacturing and sales of FS-62 – other SBU's revenues/costs/capital not reflected in NPV of scenario
- No change in projected sales volume or pricing of DuPont Fluoropolymers' products
- Beginning in 2012 costs (both C-8 and Fixed costs to support regulation) increase by 1% annually
- Period expense of $750M incurred over 1998 and 1999, for conversion to FS-62
- SHEA/OH capital expenditures of $5.7MM for C-8 containment spread over 1999 to 2001
- Ongoing C-8 containment (SHEA/OH) fixed cost addition of $400M/year beginning 1999

RJC003968

Confidential - Subject to Protective Order

EID190527

P1.834.15

3. ELIMINATE C-8 FROM ALL BUT PTFE AND AGGRESSIVELY PURSUE ABATEMENT AND RECOVERY IN PTFE.

| | |
|---|---|
| WITH NO TERMINAL VALUE | 691 |
| WITH 50% TERMINAL VALUE | 988 |
| Discount rate = | 12% |

***ASSUMPTIONS***

- PTFE dispersion variable cost decreases by $0.04/lb due to recycled C-8 in 1998 and then continues at this level by using FS-62 as replacement for C-8 in 1999
- FEP variable cost decreases by $0.08/lb due to recycled C-8 in 1998 and then to $0.17/lb using FS-62 as replacement for C-8 beginning 1999
- Fine Powder variable cost decreases by $0.4/lb in 1998 and then $0.07/lb beginning in 1999 due to recycled C-8
- PFA variable cost decreases by $0.07/lb in 1998 and then $0.13/lb beginning in 1999 due to recycled C-8
- Period expense of $1000M incurred for conversion to FS-62 with expenditures spread from 1998 to 2000
- DuPont Specialty Chemicals benefits from increased manufacturing and sales of FS-62 – other SBU's revenues/costs/capital not reflected in NPV of scenario
- No change in projected sales volume or pricing
- C-8 pricing: 1998, C-8 is 30% recycle - avg price $48.00
  1999, C-8 is 65% recycle - avg price $34.00
- FS-62 allows a cost savings of $600M on abatement/waste disposal
- SHEA/OH capital expenditures of $5000M for C-8 containment spread from 1999 to 2001
- Ongoing C-8 containment (SHEA/OH) fixed cost addition of $300M/year beginning in 1999

RJC003969

P1.834.16

# FS-62 Conversion Issues

## Specialty Chemicals Needs Business Commitments

- Specialty Chemicals is gaining new orders for other fluorosurfactants
- Lowest cost solution is to reconfigure FS-62 facilities
- Recommend order for 1,000 lb FS-62 to show Fluoroproducts' commitment to FS-62
  - ⇒Delivery in April 1998
  - ⇒Sufficient to produce 400M lb of FEP on Line 3
  - ⇒Cost of $68M
  - ⇒Would need 5M lb of FS-62 in 1998 to meet all scheduled production on Line 3



Confidential - Subject to Protective Order



HIGHLY CONFIDENTIAL- SUBJECT TO AFFF MDL PROTECTIVE ORDER

P1.834.17

## C-8 Emissions from China Joint Venture

**Capacity**

- 1,000 tons Fine Powder
- 500 tons Dispersion

**Emissions - Scenario 1: All C-8**

- Assume C-8 used at a QPU of 0.004 for both*
- C-8 consumption of 13.2M lb
- Fine Powder dryer vent will have thermal destruction (assume 85% of FP C-8 destroyed)
- Dispersion C-8 will be split 50% to product and 50% in supernate
  - ⇒ Assume all C-8 in product eventually emitted to the environment
  - ⇒ Supernate will be destroyed (assume 98% of C-8 destroyed)
- Overall C-8 emission of 3.6M
  - ⇒ 27% of consumption vs. <10% at existing sites
  - ⇒ higher % emissions due to product mix (1/3 dispersion), scale, & no carbon beds

**Emissions - Scenario 2: C-8 for Fine Powder and FS-62 for Dispersion**

- Assume FS-62 is used for Dispersion and C-8 is used for Fine Powder at a QPU of 0.004*
- C-8 consumption of 8.8M lb
- Fine Powder dryer vent will have thermal destruction (assume 85% of FP C-8 destroyed)
- Overall C-8 emission of 1.3 M lb
  - ⇒ 15% of consumption vs. <10% at existing sites
  - ⇒ higher % emissions due to scale and no carbon beds
- Also considering scenario with some or all of the Fine Powder made with FS-62

**C-8 Goals**

- Recommend that thermal destruction of fine powder dryer vent and supernate be required for the China project if using C-8
- Recommend the China project has a maximum C-8 emission goal of 3.6M lb
- Recommend maintaining the global 2001 C-8 goal
- Recommend that China be included in the efforts to further reduce emissions

---

* Includes yield loss. QPU is slightly less than that from the WW cost sheets for 1996.

RJC003971

P1.834.18

# Proposed 1998 PAC Review Dates

| | |
|---|---|
| February 6, 1998 | 8:30-10:30 |
| April 23, 1998 | 8:30-10:30 |
| July 30, 1998 | 8:30-10:30 |
| October 29, 1998 | 8:30-10:30 |

Location ⇒ Chestnut Run 702 Video Conference Room
Washington Works Video Conference Room

P1.834.19

## Summary And Decisions

**C-8 Emission Projections**

- Will not meet 50% reduction goal until 1999
- 2001 goal beginning to slip
- Working on a more usable database than the CEP

**Goal of No C-8 In Blood**

- Document developed with principles, goals, and plans
- Would require significant new resources
  - ⇒ $500M+/year fixed cost
  - ⇒ $7.5MM capital
- Concern about setting goals that ignore Haskell recommendations and presuppose risk analysis outcome
- ☐ The team recommends continuing existing OH programs at this time and not implementing a major change in goals until the risk analysis is complete and decisions are made on alternative surfactants.

**PACE Team Timing and Structure**

- Moving from Research to Development

**FEP Timing**

- Plan developed for early conversion of Line 3 to FS-62. Working on FS-62 addition system.
- Significant delay in Lines 1&2 test versus discussion in July PAC
- ☐ Recommend purchasing 1,000 lb of FS-62 for delivery in April 1998

**Economics**

| Scenario | NPV |
|---|---|
| 1. Do the emission reduction goals to 80% (abatement & recovery with no alternatives). | Base Case |
| 2. Replace C-8 with FS-62 in dispersion and FEP and aggressively pursue abatement and recovery | +$14MM |
| 3. Eliminate C-8 from all but PTFE and aggressively pursue abatement and recovery in PTFE | +$15MM |

**China Project**

- ☐ Recommend that thermal destruction of fine powder dryer vent and supernate be required for the China project if using C-8.
- ☐ Recommend the China project has a maximum C-8 emission goal of 3.6M lb
- ☐ Recommend maintaining the global 2001 C-8 goal
- Applaud interest in FS-62

**1998 PAC Meetings**

- ☐ February 6, 1998
- ☐ April 23, 1998
- ☐ July 30, 1998
- ☐ October 29, 1998

RJC003973

# EXHIBIT 22

**Defendant has designated this document as Highly Confidential and therefore the State submits it to the Court for in-camera review in Compliance with CMO 17**

# EXHIBIT 23

[redacted]

DUPONT 200 YEARS

***DuPont: A Heritage of Technological & Marketplace Innovation in Teflon® Fluoropolymers***

## *Achieving Sustainable Growth*

**DuPont Capabilities**

- **Science & Technology**
- **Products & Brands**
- **Channel strength**
- **Global Reach & Expertise**



**Market Opportunities**

- **Large**
- **Unmet needs**
- **Reward innovation**

**DuPont Future Growth Drivers**

**Electronics**
**Biotechnology**
**Materials Science**
**Safety & Security**

[redacted]

# *Five Platforms for Sustainable Growth*




[redacted]

## *Fluoropolymers: Spanning the Growth Platforms*




[redacted]

## *DuPont Electronic & Communication Technologies*

***Deliver technologies that meet customers' needs for innovation and productivity in the electronic, information, and communication markets… create value beyond materials.***

| **Component businesses:** | **Teflon® Opportunity** |
|---|---|
| • **DuPont Fluoroproducts**<br>• Electronic Technologies<br>• DuPont Display Technologies<br>• DuPont Imaging Technologies | • **High purity fluid handling**<br>• **Printed circuit board films and laminates**<br>• |

*Segment sales and underlying ATOI, unaudited* [redacted]

# *DuPont Performance Materials*

***Provide customers with more productive, higher performance polymer materials, systems and solutions to improve the uniqueness, functionality, and profitability of their products.***

| Component businesses: | Teflon® Presence |
|---|---|
| • Engineering Polymers<br>• Packaging & Industrial Polymers<br>• DuPont-Teijin Films<br>• DuPont-Dow Elastomers | |

*Segment sales and underlying ATOI, unaudited* [redacted]

# *DuPont Coatings & Color Technologies*

***Develop and market coatings, ingredients and systems that address industrial and consumer needs for aesthetics, functionality, and durability.***

| Component businesses: | Teflon® Presence |
|---|---|
| • DuPont Performance Coatings<br>• White Pigments & Mineral Products | • Housewares and Industrial Teflon® Finishes |

*Segment sales and underlying ATOI, unaudited* [redacted]

# *DuPont Safety & Protection*

***Uniquely positioned to be a global leader in safety, security and protection… Leverage science, technology, know-how and a passion for safety to create solutions for customers.***

| Component businesses: | Teflon® Presence |
|---|---|
| • Advanced Fiber Systems<br>• DuPont Chemical Solutions<br>• Nonwovens<br>• DuPont Safety Resources<br>• DuPont Surfaces | • Wire and cable insulation, including low combustible |

*Segment sales and underlying ATOI, unaudited* [redacted]

# Fluoropolymers Overview

**Geographic Sales Split**




## Business Description:

A portfolio of businesses whose products comprise chemicals, polymers and value-added products based on polymers.

Our businesses are grounded in the DuPont proprietary knowledge of fluoro-organic chemistry and fluorine-based manufacturing know-how.

We serve a diverse array of markets that include: datacom, semicon, pharma, chemical process, transportation, construction, outerwear and housewares.

Our customers value the outstanding electrical properties, chemical inertness, high temperature performance and surface characteristics of our products.

## Industry Segments:

- Aerospace/Aircraft
- Chemical/Petrochemical
- Construction/Materials
- Electrical Appliances
- Electronics
- Home Furnishings
- Motor Vehicle
- Plastics
- Pharmaceutical
- Telecommunications

## Key Customers:

- Allstate
- Avaya
- Belden
- BGF
- BHA
- CDT
- CommScope
- Crane Resistoflex
- DeWal Ind.
- DMS
- Eaton
- Entegris
- Gore
- JPS Glass
- Keronite
- Nexans
- Nichias
- Nippon
- Pilot
- PTFE Compounds
- Rubadue
- Saint Gobain
- S-G
- Taconic
- Teadit
- Teleflex
- Titeflex
- Tyco

DUPONT
*The miracles of science*

## Power of Brands

**Brand Awareness Among Business Influencers**




[redacted]

# Global Fluoropolymers
## 2000 Revenue Share Position




**Total Revenue = $1.9B** [redacted]

## Fluoropolymers: Shaper of Today's DuPont

- **Brought Revolutionary Technology to Market**
  - Teflon® PTFE, FEP, PFA
  - "Slipperiest Substance in the World"
- **Built a Major Business for DuPont**
  - 60+ Years of Growth
  - Developed Diverse Markets/Applications
- **Brought Benefits to People's Lives through Performance, Safety, Reliability**
  - Wire Insulation/Cabling Products
  - Semiconductor Manufacturing
  - Transportation
  - Chemical Processing/Power Generation
  - Housewares

[redacted]

## Fluoropolymers: Creating DuPont's Future

- **Advanced Processes and Products**
  - Process G for Teflon®, Improved Polymer Functionality
- **Sustainable Growth**
  - New and Evolving Markets
  - New Business Models
- **Creating More Societal Value**
  - Manufacturing Processes w/ Smaller Environmental Footprint
  - High Purity Processes for Pharmaceuticals, Food and Semicon
  - Low Combustible Wire & Cabling Products
  - Alternative Energy
  - Advanced Housewares

[redacted]

## Current Developments

- Completed 5-Year Multi Product/Facility Expansion
- Process G
- Fire Safe Cables
- Automotive ETFE
- New Dispersion Products
- Hi-Temp & Co-Coagulated Fine Powder
- Food/Pharma
- PEKK
- Rotolining
- Fiber
- New Teflon.com Launch
- APFO Investment

[redacted]

## Fluoropolymers in DuPont's 21st Century: A Business Recognized for Value and Targeted for Growth

- Spans DuPont Growth Platforms
- Legendary Invention, Still Evolving
- High Value Product
  - Advances System Performance Across Markets
  - Helps Meet Needs in People's Lives
- Best-Known Brand
- Market Leadership
- Capacity Leadership
- Product and Process Innovation
- Consistent Investment
- Focus on Customer Relationships

[redacted]

m

[redacted]

# EXHIBIT 24

ENGINEERING PRE-PROJECT AUTHORIZATION

CONFIDENTIAL - FOR DUPONT PERSONNEL ONLY

**TITLE:** APFO Manufacturing Facilities
**PROJECT NO.:** 5532
**DEPT/PLANT CODES:** 8517
**CIMS ID NO:** FAY1235
**SUB OR JV (YES OR NO):** N

**Date:** 7/12/01
**SBU:** Fluoroproducts
**BUSINESS:** Fluoropolymers
**SITE:** Fayetteville Works
**DIVISION:** 1350 Polymers

**CATEGORY:** Growth

| **PPA COMMITMENT: ($M)** | **AMOUNT REQUESTED** | |
|---|---|---|
| CAPITALIZABLE ENGINEERING: | $1,300M | |
| CANCELLATION CHARGES: | $ 500M | |
| PRE-AUTHORIZATION CONSTRUCTION: | $ 0M | |
| **TOTAL PREPROJECT CAPITAL:** | **$1,800M** | |
| NONCAPITAL PLANT MPE: | 470M | |
| NONCAPITAL LEV ENGR | $1,100M | |
| NONCAPITAL CONTRACTOR DIRECT | $1,300M | |
| **TOTAL PREPROJECT NON-CAPITAL:** | **$2,870M** | **(Includes $655M through June)** |
| **TOTAL:** | **$4,670M** | |

FORECASTED TOTAL PROJECT COMMITMENT:

| | |
|---|---|
| CAPITAL | $20,300M |
| NONCAPITAL PLANT MPE | $ 3,325M |
| NONCAPITAL DUPONT LEV ENGR | $ 2,020M |
| NONCAPITAL CONTRACTOR DIRECT | $ 1,395M |
| **TOTAL PROJECT COMMITMENT** | **$27,030M** |

**ESTIMATE TYPE:** Formal VGA

**SCHEDULE:**

| | |
|---|---|
| AUTHORIZATION: | 09/27/01 |
| MECHANICAL COMPLETION: | 09/01/02 |
| START-UP: | 10/15/02 |
| PHYSICAL COMPLETION: | 04/01/03 |

**COMMENTS:**

There is a companion site development project required to maintain the schedule of the APFO project. We are submitting this project, whose capital cost is $1,400M, for concurrent authorization with this APFO project. Noncapital cost associated with the site development project is small and included in the above noncapital commitment.

There is also an associated Washington Works Telomer capital project required to provide Telomer Iodide feedstock to the APFO facility. The high spot capital and

noncapital costs associated with this project are $750M and $200M, respectively. The Telomer project must support the projected APFO startup of 10/15/02.

**PRESENT CONDITIONS:**

Supply of a key surfactant from the 3M company, Ammonium Perfluoro Octanoate (APFO), used in worldwide fluoropolymer polymerization will be discontinued at the end of 2002. 3M has for many years been the largest supplier of APFO to Dupont and the global fluoropolymers industry. Besides 3M, there are only two other known producers of APFO, neither of which have capacity sufficient to meet DuPont's or the industry's needs. There are also no known alternatives for most of the fluoropolymers manufactured. It has been estimated that Dupont alone has spent over $10MM researching alternative surfactants for the past 25 years without success.

This PPA provides funding to begin work to install APFO capability in support of Dupont's total APFO need for maintaining the Fluoropolymer business. This is the first of what is expected to be a two phase program. The second phase will consolidate Dupont's C8 recycle/purification facilities with the manufacturing facilities provided for in phase one. Although provisions will be made for phase 2, the actual evaluation will not take place until after start up of phase 1 to allow focus on an expedited installation of the manufacturing facilities.

**OBJECTIVES:**

This project is the second part of a two part program to provide APFO manufacturing facilities at Fayetteville works. The first part is a separate, small project ($1,500M) to prepare site facilities for construction.

Install an APFO manufacturing facility at Fayetteville with a capacity of 250,000 lbs./yr. dry basis, in an expedited manner. There are two critical time windows driving the expedited installation. A start up prior to the end of 2002 provides savings for the purchase of APFO at $1.5MM/month. Start up after the end of 2002, but before the beginning of 2004, will assure the viability of the Fluoropolymer business.

The schedule goal is starting up APFO in October 2002 or sooner. Key APFO project dates are:

| | |
|---|---|
| Project Authorization | 09/01 |
| Mechanical Completion | 09/02 |
| Plant Start-up | 10/02 |

Key SHE objectives are:

- No recordable injuries or serious environmental incidents during construction and start-up,
- Project facilities will meet or exceed all Federal, State, DuPont Standards and Local Regulations. Project decisions will be aligned with DuPont, Fluoroproducts, and Site Safety, Health, and Environmental goals and objectives. The project execution goal will be zero injuries, environmental incidents and emissions below permit requirements,
- Meet DuPont Environmental Standards for exposure:
    - DuPont on site exposure limit (AEL) < .56 ppb,
    - DuPont offsite exposure limit (CEG) < .02 ppb, and

- There will be no APFO containing wastewater discharges to local waterways or local wastewater treatment facilities.

The quality goal is production of APFO (C-8) using Daikin cross-licensed technology that performs comparably to the existing 3M APFO with minimal changes to the existing Fluoropolymer recipes.

The goal manufacturing cost is 32$/lb. This cost is based on a Telomer Iodide raw material transfer price of 4.85 $/lb.

Goal investment cost is $78/lb. of product.

**SUMMARY SCOPE:**

The production process is a scaleup of the Daikin process for manufacture of APFO adapted to more restrictive DuPont safety, health and environmental standards. There are five main process steps, Oxidation, Spent Oleum Neutralization, Acid Fluoride Purification, Acid Fluoride Hydrolysis/ Perfluorooctanoic Acid (PFOA) Purification and PFOA Neutralization/APFO Packout. The equipment used in these processes is rather small (350-3,500 gal. vessels and 10 in. dia. purification column). Vessels are a mix of 316L ss and fluoropolymer lined carbon steel.

OXIDATION

C-8 Telomer and 65% oleum are catalytically reacted at an elevated temperature to form the C-8 acid fluoride (A/F) and spent oleum which contains fluorosulfonic acid, sulfur dioxide, dissolved iodine complex and small amounts of organic byproducts. The two phases are decanted in the reactor, the oleum phase sent to Spent Oleum Neutralization and the A/F phase to A/F Purification. Major equipment in this process is:

- Oxidation Reactor, jacketed, w/agitator,
- Oleum Storage Tank,
- Oleum Feed Pump, and
- C-8 Telomer Pump.

SPENT OLEUM NEUTRALIZATION

Spent oleum from Oxidation is dropped to a staging vessel, from which the oleum is trickle fed below the liquid level of a stirred neutralization vessel containing approximately 15% sodium hydroxide solution and a lesser amount of sodium bisulfite reducing agent. The oleum is neutralized to sodium sulfate, the iodine reduced to sodium iodide by the bisulfate and residual sulfur dioxide from the oleum mixture, and the various fluoroorganic acid compounds converted to their sodium salts. The slightly caustic salt solution is passed through carbon beds to remove the organic compounds and the remaining solution loaded into a trailer for shipment to the Chambers Works environmental treatment facility.

The neutralization vessel also receives/neutralizes all the byproduct water streams from the other parts of the process.

Major equipment in this process is:

- Staging Vessel,
- Neutralization Tank, jacketed, w/agitator,
- Loading Pump,
- Shipping Trailer,
- Sodium Hydroxide Storage Tank, traced and insulated, and

- Sodium Hydroxide Transfer Pump.

The carbon beds are leased from Calgon who regenerates the carbon in their facility, similar to the way the Washington Works C-8 carbon beds are handled. The shipping trailer will be leased.

A/F PURIFICATION

The A/F phase from Oxidation is fed to a vacuum batch distillation column where the lights are taken off to a foreshot tank and the product cut to a vessel which feeds the next process step. Column bottoms are accumulated in the pot and dropped to a ton cylinder for transfer to the Nafion ® Area for thermal destruction.

Major equipment in this process is:

- Distillation Column,
- Reboiler,
- Overhead Condenser,
- Bottoms Pump,
- Bottoms Cooler,
- Foreshot Tank w/jacket,
- A/F Product Tank w/jacket, and
- Steam Vacuum Jet.

A/F HYDROLYSIS/ PFOA PURIFICATION

Purified A/F is hydrolyzed in water to PFOA in the Hydrolyzation Reactor and crystallized. The resulting slurry contains hydrofluoric acid (HF) which must be washed from the crystal mass. The slurry is centrifuged to removed the HF solution, and the PFOA crystals reslurried in recycle water. The PFOA is then recrystallized and reslurried again with demineralized water to prepare for the next step.

Major equipment in this process is:

- Hydrolyzation Tank, jacketed, w/agitator,
- Centrifuge,
- Slurry Tank, jacketed, w/agitator,
- Crystallization Tank, jacketed, w/agitator,
- Wash Water tank, and
- Slurry Pump.

PFOA NEUTRALIZATION/APFO PACKOUT

The slurried PFOA from the previous step is fed to the Neutralization Tank where it is neutralized to the ammonium salt (APFO), diluted to finished product strength, pH adjusted and loaded into 330 gal. Shipping totes.

Major equipment in this process is:

- Neutralization Tank, jacketed, w/agitator,
- Packout Pump,
- Shipping Totes, and
- Heated Shipping Trailers (eased).

SUPPORT FACILITIES

Other major scope items in this category are:

- Waste Gas Scrubber System,
- Oleum Storage Area Scrubber System,
- Oxidation/Acid Fluoride Area Scrubber System,
- Operating Building,
- Building H&V/Dispersion Stack, and
- Control Room/Change Facilities.

**TECHNICAL RISKS:**

Technical risks assessment identified three high impact items:

- Branched vs Linear APFO surfactant effectiveness.
- Disposal of oleum/organic-containing waste streams.
- Ensure fluoride removal step is workable.

Technical programs and contingency plans have been developed for each item.

**POSITIVE SHE IMPACT:**

A key project objective is to manufacture APFO with a negligible impact on the community, employee health and the environment. The project team has developed a design basis that minimizes APFO emissions to a level well below drinking water standards in the water effluents to the local environment, and reduces APFO air emissions well below Community Environmental Guidelines and on-site exposure guidelines. This has been accomplished by using best engineering practices to control fugitive emissions from piping and equipment to very low levels, and by scrubbing process equipment breathing gas effluents.

The team will also design the oleum unloading, storage and in-process facilities in accordance with the oleum technology guardian committee best practices. This approach minimizes the probability, extent and impact of oleum releases beyond the confines of the enclosed operating building and unloading area and its emergency scrubber.

The team conducted an industrial hygiene screening review, an unusual and unprescribed preproject step, which uncovered scope items not normally found until early stages of production design. This should be a best practice for high hazard processes.

**QUANTITATIVE IMPACT:**

| | BEFORE | DELTA | TOTAL |
|---|---|---|---|
| Demonstrated Prod Rate (units/day) | 0 | 865 lb/d | 865 lb/d |
| Uptime (%) 90% | | | |
| Production Capability (units/year) | 250,000 lb/yr | | |
| FPFQY (%) 88.4% | | | |
| Other | | | |

**ECONOMICS:**

IRR: 27% PIT: 0.6 NPV: $17.2MM DP: 7.0 yrs PI: 1.9

**ASSUMPTIONS USED:**

1) Achieve one month of savings in 2002 with startup due to eliminating the need to purchase from 3M (December 2002 benefit of $1.5MM)
2) Post 3M purchase price will be $100/lb.
3) DuPont COM for C8 will be $40/lb.
4) Virgin C8 purchases that will be eliminated (Mlbs/yr)

| | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| WW | | | | | | | | | | |
| DW | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| Total | | | | | | | | | | |

**JUSTIFICATION:**

DuPont manufacture of APFO supports the long term viability of the fluoropolymer business which is currently in jeopardy due to 3M's withdrawal from the market. DuPont's manufacture also facilitates a cost advantage of a key raw material and prevents a competitive disadvantage that becomes possible if we do not manufacture.

**ALTERNATIVES CONSIDERED:**

After discussing potential supply with all known competitors and Fluorosurfactant suppliers, the following two options were the only viable ones worth considering:

1) Daikin manufacture: Daikin has current capability and were interested in adding capacity to support our needs. This option was rejected because it again gives a majority supply position to one company, who in this case, is our primary competitor in the fluoropolymer business.

2) Miteni manufacture: Miteni is a current supplier to Dupont in Europe, and were interested in adding capacity to support our needs. This option was rejected because it would give 100% supply to a single company.

**PO COMPARISON**

| PO SPENDOUT: | AUTH DATE | AUTH AMT | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|
| CAPITAL | N/A | - | - | - | - |
| NONCAPITAL PLANT MPE | | - | - | - | - |
| NONCAPITAL LEV ENGR | | - | - | - | - |
| NONCAPITAL CONTR ENGR | | - | - | - | - |
| CURRENT FORECAST SPENDOUT: | 9/2001 | | | | |
| CAPITAL | | 20,300M | 1,700M | 18,400M | 200 |
| NONCAPITAL PLANT MPE | | 3,325M | 470M | 2,855M | - |
| NONCAPITAL LEV ENGR | | 2,020M | 1,350M | 670M | - |
| NONCAPITAL CONTR ENGR | | 1,395M | 1,335M | 60M | - |

IF DIFFERENCE >30%, EXPLAIN:

This need for this project had not been identified at the time of submittal of the 2001 capital budget.

**THIS PPA AUTHORIZES ENGINERING/SITE TO:**

- Complete FEL3 design,
- Begin production design as necessary to assure project stays on schedule for a September 2002 mechanical completion, and
- Place long lead equipment on order, including centrifuge, lined and unlined vessels, agitators and columns.

This funding will carry the project team through October 2001.

**ACCOUNTING:**

**PERMANENT INVESTMENT ADJUSTMENT:**

**6-DIGIT ENGG RESPONSIBILITY CODE (IF APPROPRIATE):** 152200
**RESPONSIBILITY (PLANT, ENGG OR SHARED):** SHARED

**DISTRIBUTION OF CAPITAL EXPENDITURES:** (D. Rurak)

| GCAP PRODUCT CODE | PRODUCT | PERCENT DISTRIBUTION |
|---|---|---|
| FC 00141 | PFA | 29.6 |
| FC 005H3 | FEP | 40.6 |
| FC 00115 | Fine Powder | 17.9 |
| FC 006H5 | Dispersion | 11.6 |
| FC 005H5 | Granular | 0.3 |

**DISTRIBUTION OF NONCAPITAL EXPENDITURES:** (D. Rurak)

| GEN LEDGER | SUBACCOUNT | PRODUCT | PERCENT DISTRIBUTION |
|---|---|---|---|
| 8301 | 019756 | PFA | 29.6 |
| | | FEP | 40.6 |
| | | Fine Powder | 17.9 |
| | | Dispersion | 11.6 |
| | | Granular | 0.3 |

**ACCOUNTABILITY:**

PROJECT LEADER: Tom Mistretta
Prepared by: Fred Kleiner

APPROVED:

| | |
|---|---|
| DIRECTOR BUSINESS ENGINEERING | VE Kleinfelter |
| FINANCE MANAGER | PK Maxwell |
| TECHNOLOGY DIRECTOR | LC Glasgow |
| SHE MANAGER | M Astorga |
| PLANT MANAGER | BL Hudson |
| BUSINESS MANAGER | DM Rurak |
| SOURCING DIRECTOR | JH Godfrey |
| IS DIRECTOR | TF Holmes |
| MANUFACTURING MANAGER | H vd Donk |
| ENGINEERING DIRECTOR-DUCAP | AC McCullin |
| GLOBAL BUSINESS DIRECTOR | TP McCann |
| OPERATIONS DIRECTOR | JH Waters |
| VP/GM | RF Angiullo |
| GROUP VP | CJ Naylor |

AUTHORIZED: SR VP RR Goodmanson

cc: K.M Killen, CRP711-2120D
S.G. Zen-Ruffinen, CRP711-2120C

REV. 9/00

ATTACHMENT A

**CRITICAL SUCCESS FACTORS:**
Provide supporting statements for each item.

1. **Set Up Project Team for Success:**
   We have assembled a hand-picked project team consisting of Fayetteville liaison, FLPR Technology, DuPont Engineering and Full Service Design Contractor personnel. Most of the members are coming from previous successful projects at Fayetteville and Washington Works.

2. **Manage Project Team for Success:**
   We have instituted a managing process combining the elements of PACE and the Gate Process similar to that successfully used on the Fayetteville Works PMDF project. This process assures that the Steering Team continually aligns project team efforts with the business goals throughout project execution.

3. **Front-End Load versus Business Goals:**
   The project team will follow GPI best practices to execute the project. The BOL has been issued and the POL has been drafted.

4. **Utilize Competitively Superior Technology:**
   This project utilizes the best available technology to produce APFO as determined by the business/technology scouting team. The process is well-known in the literature and a proprietary optimized process is in commercial operation. We have obtained the latter optimized process for our use.

5. **Minimize Non-Value Adding Investment:**
   The project team has reduced the initial scope and cost of the project by process simplification and improved process understanding to the minimum essential facility, a reduction of several million dollars. The team will address value engineering at the appropriate time in the FEL process.

6. **Ensure SHE Excellence on all Projects:**
   The project team will follow all PSM requirements as outlined in the GPI.

7. **Execute Projects with No Change:**
   The project team will adhere to a 'no change' process to control change during project execution. This process has been successfully used by project team leadership on previous projects.

8. **Ensure Sourcing Strategy Drives Smart Spending and Lowest Total Cost:**
   The project team has prepared a preliminary procurement plan in accordance with the best guidance of our sourcing leader.

ATTACHMENT B

**Appropriation Request Checklist**

| | The Statement is: TRUE | FALSE |
|---|---|---|
| 1. The project is consistent with the latest strategic intent and cash flow in the SBU's current business plan. | (X) | ( ) |
| 2. We do not need the concurrence of other SBUs or functions. | (X) | ( ) |
| 3. All necessary permits (environmental, product registration, building, operational use, etc.) have been obtained. | ( ) | (X) |
| 4. This project will not create a need for additional capital expenditures for Technical, Transportation or Power, General and Service (PG&S) facilities. | (X) | ( ) |
| 5. The proposed facilities will have a normal useful life. | (X) | ( ) |
| 6. No one has spent capital dollars in anticipation of project approval other than that provided in the PPA. | (X) | ( ) |
| 7. The Business Leader and/or Business Analyst has reviewed the project and its associated economics. | (X) | ( ) |
| 8. When the project is complete, the new facilities will comply with the DuPont Safety, Health & Environmental commitment and with governmental environmental regulations. | (X) | ( ) |
| 9. This project introduces no new or unusual health or safety hazards to site personnel, customers or common carriers. | (X) | ( ) |
| 10. Checklist 3.1E - Production Design Basis Project Environmental Summary has been completed and sent to the site SHE manager and to the project files. | (X) | ( ) |
| 11. This project proactively attempts to achieve essentially zero emissions, and includes best appropriate technology to do so. | (X) | ( ) |
| 12. This project strives to eliminate the known potential for Category A or serious PSM incidents. | (X) | ( ) |
| 13. This project does not increase the risk of chemical exposure to the plant or community. | (X) | ( ) |
| 14. This project proactively attempts to eliminate all facility related injuries including, but not limited to ergonomics, slips, trips, fall potential, hand injury potential, noise and chemical exposure. | (X) | ( ) |
| 15. Copies of the following documents have been forwarded to the Fluoroproducts Capital Leader: a) Process Hazards Assessment | (X) | ( ) |

b) Electrical Assessment
c) Ergonomics Assessment
d) Project Environmental Guidelines Documents

16. Procurement plan has been prepared and approved by the Fluoroproducts Capital Sourcing Leader. (X) ( )

REMARKS:

3. We will submit the environmental (air) permit the day after this PPA is approved (7/24/01). We anticipate permit approval within 90 days, prior to start of above ground work.

We are in the process of applying for the building permit, approval of which we anticipate receiving prior to start of field work in late September.

We will submit the soil conservation permit and receive approval prior to start of field work.

We do not expect any significant issues with the timing of these permit approvals.

# EXHIBIT 25

5/23/84

cc. R. E. PUTNAM

PERSONAL & CONFIDENTIAL

TO: T. M. KEMP
T. L. SCHRENK

FROM: J. A. SCHMID

Δ π EXHIBIT 12
Deponent Ingalls
Date 5/19/04 Rptr. DAD
WWW.DEPOBOOK.COM

C-8 MEETING SUMMARY
5/22/84 - WILMINGTON

THE REVIEW WAS HELD WITH BESPERKA, BENNETT, RIDDICK, GLEASON, HEGENBARTH, SERENBETZ, RAINES, KENNEDY, VON SCHRILTZ, AND INGALLS IN ATTENDENCE. COPIES OF THE CHARTS USED ARE ATTACHED.

THERE WAS A CONSENSUS THAT C-8, BASED ON ALL THE INFORMATION AVAILABLE FROM WITHIN THE COMPANY AND FROM 3M, DOES NOT POSE A HEALTH HAZARD AT LOW LEVEL CHRONIC EXPOSURE.

THERE WAS AGREEMENT THAT A DEPARTMENTAL POSITION NEEDED TO BE DEVELOPED CONCERNING THE CONTINUATION OF WORK DIRECTED AT ELIMINATION OF C-8 EXPOSURES OFF PLANT AS WELL AS TO OUR CUSTOMERS AND THE COMMUNITIES IN WHICH THEY OPERATE.

THERE WAS CONSENSUS REACHED THAT THE ISSUE WHICH WILL DECIDE FUTURE ACTION IS ONE OF CORPORATE IMAGE, AND CORPORATE LIABILITY. LIABILITY WAS FURTHER DEFINED AS THE INCREMENTAL LIABILITY FROM THIS POINT ON IF WE DO NOTHING AS WE ARE ALREADY LIABLE FOR THE PAST 32 YEARS OF OPERATION. CORPORATE IMAGE DISCUSSION CENTERED AROUND THE PERCEIVED DILIGENCE VERSUS OUR POLICIES IF WE ELECTED TO STOP WORK.

CURRENTLY, NONE OF THE OPTIONS DEVELOPED ARE, FROM A FINE POWDER BUSSINESS STANDPOINT, ECONOMICALY ATTRACTIVE AND WOULD ESSENTIALLY PUT THE LONG TERM VIABILITY OF THIS BUSSINESS SEGMENT ON THE LINE. FROM A BROADER CORPORATE VIEWPOINT THE COSTS ARE SMALL.

THE BASIS FOR A DECISION AT THIS POINT IS SUBJECTIVE AND IS MADE MORE DIFFICULT BY OUR CURRENT UNDERSTANDING OF TECHNOLOGY AND COST, AND THE IMPACT ON THE FINE POWDER BUSSINESS. IT'S NOT AN EASY AND OBVIOUS DICISION AS FOR EXAMPLE TBSA WAS.

EID602999

RJZ009986

LOOKING AHEAD, LEGAL AND MEDICAL WILL MOST LIKELY TAKE A POSITION OF TOTAL ELIMINATION. THEY HAVE NO INCENTIVE TO TAKE ANY OTHER POSITION. THE PRODUCT GROUP WILL TAKE A POSITION THAT THE BUSSINESS CANNOT AFFORD IT. THE END RESULT, IN MY OPPINON, WILL BE THAT WE ELIMINATE ALL C-8 EMMISIONS AT OUR MANUFACTURING SITES IN A WAY YET TO BE DEVELOPED WHICH DOES NOT ECONOMICALLY PENALIZE THE BUSSINESS, AND ADDRESSES THE C-8 EMISSION AND EXPOSURES OF OUR DISPERSION CUSTOMERS.

SOME INFORMATION WHICH WE JUST DEVELOPED 5/21/84 IS THAT DETECTIBLE LEVELS OF C-8 ARE IN BOTH THE LUBECK, W.V. AND THE LITTLE HOCKING, OHIO WATER SYSTEMS. WE SHOULD HAVE QUANTITATIVE NUMBERS IN THE NEXT TWO WEEKS. ALSO WITH THE DEVELOPMENT OF OUR CURRENT FINE POWDER EXPANSION PLAN, WHICH TAKES CAPACITY UP TO 8.2 MMAP, THROUGH A COMBINATION OF EQUIPMENT AND RECIPE CHANGES, C-8 AIR EMMISIONS WILL RISE FROM FROM THE CURRENT 12,000 LBS./YR. TO 25,200 LBS./YR.. THE INCREASE FOR THE COMBINED DIVISIONS WILL INCREASE FROM A CURRENT 16,000 TO 25,200 LBS./YR. OR A NET 9,200 LBS. DUE TO A 4,000 LB. OFFSET WITH THE IMPLEMENTATION OF THE TBSA PROGRAM. THIS WILL INCREASE FURTHER WITH THE INSTALLATION OF THE THIRD DRYER ( 12MMAP FINE POWDER ) TO ABOUT 37,000 LBS./YR..

C-8 WILL NOW BECOME A MAJOR ISSUE ON ALL FURTHER PROJECT WORK IN THE FINE POWDER AREA, STARTING WITH THE WILMINGTON SCOPE REVIEW 6/29/84. IN PREPERATION FOR THAT REVIEW I HAVE REQUESTED THE ESD GROUND LEVEL CONCENTRATION STUDY BE REDONE USING THE NEW PRODUCTION VOLUMES AND RECIPE (45% SOLIDS). ALSO WE HAVE INCLUDED IN THE DRAFT SCOPE OF WORK A NEW SMALL EXHAUST SYSTEM IN THE FRONT END OF THE DRYER BED TO TRY TO CATCH MOST OF THE C-8 IN A MUCH LOWER VOLUME AIR STREAM. THE PROJECT WILL PUT THIS STREAM TO THE EXHAUST STACK. THE INTENT IS TO FIRST REDUCE IN PLANT EXPOSURE, AND SECOND LEAVE A FUTURE CAPABILITY FOR TREATMENT OF THIS RELATIVELY CONCENTRATED STREAM.

I BELIEVE WE NEED TO SIT BACK DOWN WITH THE NEW INFORMATION WE NOW HAVE, AND THE FEEDBACK WE HAVE GOTTEN FROM THESE MEETINGS AND JOINTLY WITH PUTNAM REVIEW OUR PLANT POSITION. RAINES AT ONE POINT HAD REJECTED REDUCTION AS AN OPTION. THIS NEEDS TO BE INCLUDED IN OUR THINKING AGAIN.

RJZ009987

EID603000

RJZ009987

# C-8 HISTORY

| | |
|---|---|
| 8/51 | BEGAN USE OF C-8 IN DISPERSION POLYMERIZATION. FEW PRECAUTIONS IN HANDLING. |
| 6/27/78 | ADVISED PERSONNEL THAT 3M FOUND ELEVATED ORGANIC FLUORINE LEVELS IN BLOOD OF WORKERS EXPOSED TO FLUORINATED SURFACTANTS. STARTED INTERNAL REVIEW AND MONITORING. |
| 9/79 | PROVISIONAL AEL ESTABLISHED BY HASKEL. |
| 3/20/81 | 3M ADVISED THAT C-8 CAUSED BIRTH DEFECTS IN THE UNBORN WHEN FED BY STOMACH TUBE TO FEMALE RATS. ALL FEMALE EMPLOYEES WITH POTENTIAL C-8 EXPOSURE WERE PROMPTLY TRANSFERED TO OTHER PLANT AREAS. |
| 4/10/81 | C-8 SPECIFIC BLOOD TEST DEVELOPED AND PUT IN USE. |
| 3/1/82 | STUDIES COMPLETE WHICH FIND C-8 NOT TO BE A TERATOGEN AND NO ADVERSE HEALTH EFFECTS. |
| 5/17/82 | FINAL AEL ESTABLISHED. |

JAS/NSW
2717W-1

RJZ009988

5/21/84

RJZ009988

EID603001

# C-8 EXPOSURE LIMITS

| | |
|---|---|
| AEL IN AIR | 0.56 MOLES PER BILLION<br>OR .56 PPB<br>OR 10 MICROGRAMS/$M^3$ |
| BLOOD LEVELS | NONE ESTABLISHED |
| PUBLIC EXPOSURE LIMITS | NONE ESTABLISHED |

AEL OF .01 MG/$M^3$ BASED ON REVERSIBLE LIVER CHANGES SEEN IN RATS EXPOSED TO 8 MG/$M^3$ FOR 4 HOURS/DAY FOR 5 DAYS/WEEK FOR 2 WEEKS.

JAS/NSW
2717W-2

RJZ00989

5/21/84

RJZ009989

EID603002

# C-8 WASHINGTON WORKS POLICY
## ESTABLISHED 6/80

- REDUCE EXPOSURE BELOW AEL BY ENGINEERING CONTROLS AND PROTECTIVE EQUIPMENT.
- REDUCE EXPOSURE BY ENGINEERING CONTROLS AND PROTECTIVE EQUIPMENT SO THAT ELEVATED ORGANIC FLUORINE LEVELS IN BLOOD WILL DECREASE AND ACCUMULATION OF ORGANIC FLUORIDES IN NEW WORKERS WILL BE LIMITED.

## RESULTS

- EXPOSURES HAVE BEEN REDUCED AND MAINTAINED BELOW AEL LEVELS.
- C-8 LEVELS IN THE BLOOD ARE DECREASING.

Go to Charles Raines review

JAS/NSW
2717W-3

5/21/84

RJZ009990

EID603003

# C-8 DATA TO-DATE

- IT IS NOT A TERATOGEN
- IT IS NOT A MUTAGEN
- IT IS NOT AN EMBRYOTOXIN
- IT IS NOT A CARCINOGEN
- IT IS MODERATELY TOXIC
- IT HAS A estimated BIOLOGICAL HALF LIFE OF TWO YEARS IN HUMAN BLOOD

JAS 5/21/84

RJZ009991

EID603004

OFF PLANT EMISSIONS

WATER - 16,000 LBS. PER YEAR

AIR - 16,000 LBS. PER YEAR

PRODUCT - 5,000 LBS. PER YEAR

RJZ000002

JAS 5/21/84

RJZ009992

EID603005

## BLOOD DATA

| | | |
|---|---|---|
| VIA WATER | - | UNKNOWN |
| VIA AIR | - | .026 PPM (NON-TEFLON®) |
| VIA PRODUCT | - | .027 PPM (SPRUANCE PLANT) |

JAS/NSW
2717W-6

5/21/84

RJZ009993

EID603006

# C-8 PROGRAM

WATER - TBSA

AIR - DECISION ON ENGINEERING STUDY

JAS/NSW
2717W-7

JAS 6/21/89

RJZ009994

EID603007

## ENGINEERING STUDY

DEFINE METHODS OF REMOVING C-8 FROM THE FINE POWDER DRYER EXHAUSTS STACKS:

- TRAILER PARK NEAR PLANT SITE ESTIMATED TO HAVE ANNUAL MEAN C-8 CONCENTRATION OF .0056 PPB (~~1% OF AEL~~) (1/100 of AEL).

- ESTIMATE OF PROBABILITY OF EXPOSURE AT THIS LOCATION TO C-8 LEVELS ABOVE THE AEL IS .0002.

2717W-8

JAS 5/21/84

RJZ009995

RJZ009995

EID603008

HIGHLY CONFIDENTIAL- SUBJECT TO AFFF MDL PROTECTIVE ORDER 

## ENGINEERING STUDY RESULTS

- THERMAL DESTRUCTION
  - ECONOMICS

    $1MM + INVESTMENT

    $1MM ANNUAL OPERATING COST

    (APPROXIMATELY $0.15/LB. OF PRODUCT)

- ~~CARBON ADSORPTION~~
  - ~~TECHNICAL UNCERTAINTY~~

- SCRUBBING AND RECOVERY
  - $3.5MM + INVESTMENT
  - $2.5MM ANNUAL OPERATING COST (APPROXIMATELY $0.40/LB. OF PRODUCT)
  - $1.5MM DEVELOPMENT COST
  - POTENTIAL BREAK-EVEN IF RECOVERED C-8 IS USABLE

JHS 5/21/84

RJZ009996

EID603009

CURRENT ACTIVE PROGRAM ITEMS

- C-8 FATE IN PROCESS WILL DEPEND ON WHETHER TFE DIMER IS USED TO REDUCE TFE EXPLOSIBILITY IN DISPERSION/FINE POWDER POLYMERIZATION.

- DIELECTRIC DRYING OF FINE POWDER IS BEING INVESTIGATED FOR ITS POTENTIAL BENEFIT IN C-8 RECOVERY.

RJZ009997

JRS 5/21/84

RJZ009997

EID603010

# EXHIBIT 26

Internal Correspondence

CONFIDENTIAL

AUG 28 1979

| | | |
|---|---|---|
| THOSE PRESENT: | SAM BOYD | DUPONT |
| | F.A. GRIFFITH | 220-2E |
| | GERRY KENNEDY | DUPONT |
| | L.C. KROGH | 223-6SE |
| | FRANK MARASCIA | DUPONT |
| | BLAIN MCKUSICK | DUPONT |
| | R.A. PROKOP | 236-2B |
| | ROBERT READ | DUPONT |
| | RON RICHARDSON | DUPONT |
| | [illegible] | 220-2E |

From: R. A. PROKOP 236-2B

Subject: MEETING MINUTES

Date: August 27, 1979

3M

---

Those present met in Chicago, Illinois on July 20, 1979 to discuss the effects of fluorochemical exposure on employees.

Ron Richardson reported on the DuPont program for investigating fluorochemicals in blood at the Chambers Works. In this location, fluorochemical telomer intermediates and surfactants are converted or produced in closed systems. No dusty materials are produced. Fluorochemical exposure levels are low--generally less than 0.25 ppm, although occasional increases to 2 ppm were noted, (possibly due to a drumming operation).

Blood samples were taken from 55 employees at the Chambers Works who have been exposed to fluorochemicals and the values of serum organic fluorine compared with values from a Wilmington control group of 25 persons. The serum organic fluorine levels of the Chambers Works Group ranged from 0 to 0.37 ppm with median values of 0.15 ppm. The Wilmington control group values ranged from 0 to 0.38 ppm with a median 0.094 ppm.

The DuPont analytical chemists believe the higher values for the Chambers Works employees, compared to the control group, are real. The DuPont personnel present at the meeting regarded both sets of values as "normal".

It was pointed out that serum organic fluorine values for the DuPont control group is much higher than those for the 3M control group (0.094 vs 0.04).

A retrospective health and morbidity study was carried out on 200 employees exposed to fluorochemicals and results compared with a matched plant control group. No adverse health effects were observed.

No further analysis of blood for serum organic fluorine is planned by DuPont.

02 010679

DuPont personnel were asked whether or not they analyzed the blood of persons working with FC-143 for serum organic fluorine. They confirmed that they had. A total of eight employees serum samples were analyzed Two workers had levels of 0.4 ppm. Six operators hac levels of from 2 to 21 ppm. The average was 10 ppm.

DuPont has noted that blood containing fluorochemicals dries to a brownish color rather than the red color normally observed for blood. 3M was asked whether we had made similar observations. The reply was negative.

Gerry Kennedy of DuPont reviewed the results of subacute, two week toxicity studies on rats using DuPont fluorochemicals (slides attached). A variety of effects were observed including liver weight changes, degenerative liver changes, kidney changes, gastroenteritis, hematopoetic changes, testes changes, etc. In some cases the changes were reversible--in others they were not. With fluorochemical alcohols and acids, the toxicity on a sub-acute basis was considerably higher than would be predicted from acute data. In certain cases the unexpected high toxicity resulted in the death of all animals in the test group.

Some serum organic fluorine levels were measured on the rats used in some of these studies. Values of 20 to 40 ppm were found.

R. A. Prokop of 3M reviewed the analytical methods for determining FC-143 in serum, urine and liver. (Slides attached.) The methods involve extraction, esterification and analysis by gas chromotography. The current methods are more sensitive than those previously given to DuPont. A draft of the future Belisle and Hagen publication on analysis of FC-143 was given to B. McKusick.

F. A. Ubel of 3M reviewed health data on 3M employees exposed to fluoro-chemicals. 3M has not observed any health effects related to fluorochemical exposure. A retrospective epidemiology study is being carried out which involved approximately 5000 employees. The study will not be complete until around the end of the year. Thus far, 3M has seen no abnormalities related to fluorochemical exposure.

DuPont personnel were shown the serum organic fluorine values of a 3M employee who previously had a very high level of serum organic fluorine and who had been removed from fluorochemical exposure. The data showed that the serum organic fluorine level was slowly decreasing.

The question arose as to whether FC-143 might be depositing in the bone as $Ca(C_7F_{15}CO_2^-)_2$. No information on the possibility is available at the present time.

DuPont personnel were also shown the serum organic fluorine values from persons in rural China.

02 010680

F. A. Griffith reviewed 90 day subacute animal studies on FC-143, FC-95 and FM-3422. (Slides attached.) They were given the structure of FC-95 and told that FM-3422 was an alcohol derived from a perfluorinated sulfonic acid. It was pointed out that the effects observed in these studies were very similar to those observed in the DuPont subacute studies. It was also noted that the toxicity of the 3M compounds generally appeared to be higher than the DuPont compounds.

3M was asked whether serum organic fluorine levels had been measured in these studies. DuPont was told that serum organic fluorine levels were measured for FC-143, but not for the others. It was agreed that the serum organic fluorine levels found in the study would be sent to Blaine McKusick.

3M was also asked if they planned any further studies. DuPont was told that we plan metabolic studies on FC-143. DuPont would be interested in the results of these studies. They will visit 3M when we are ready to report the results.

DuPont was asked if they had carried out any chronic studies on fluorochemicals in the past and if they planned any in the future. In both cases the answer was negative. Fluorochemicals have a low priority in their chronic testing program. They would not carry out such studies unless they were forced to by regulations.

DuPont is considering an 8E notification under TSCA on their fluorochemicals because of their potential for bioaccumulation. Alternate ways of informing other regulatory agencies are also being considered. 3M was asked if we had considered 8E notification. DuPont was told that we had considered it several times, but felt that since we have seen no adverse human health effects and our chemicals had no widespread potential for bioaccumulation, we did not feel we had a reportable case.

DuPont will inform 3M prior to making notification to any government agency on the subject of fluorochemicals as it relates to this meeting.

DuPont confirmed that perfluoroisobutylene is indeed as toxic as literature values indicate. They have had two deaths of persons working with this compound in spite of the fact that these workers were using a hood. A third person was found unconscious and eventually recovered with no apparent ill effects.

R. A. Prokop

RAP:df

cc: J. D. LaZerte - 236-1

02 010681

# EXHIBIT 27

**Defendant has designated this document as Highly Confidential and therefore the State submits it to the Court for in-camera review in Compliance with CMO 17**

# EXHIBIT 28

**Internal Correspondence**

3M

**To:** W. A. Weppner 223-6S-04

**From:** L. J. Pickett 53-3S-02

**Subject:** FC-143 MSDS and Labeling Recommendations **3M RESTRICTED**

**Date:** January 3, 1997

The following are my recommendations on the ICI MSDS and the ICI/Hoechst FC-143 labeling issues based on discussions with St. Paul and Antwerp personnel, along with reviewing product history notes.

**BACKGROUND**

ICI UK does not directly buy FC-143. We ship powdered FC-126 and FC-143 to Antwerp where it is diluted to make various 1000 series FC products for sale in Europe. Note: FC-143 is made by fractionating $C_8$ acid to yield > 95% $C_7F_{15}C00\text{-}NH_4+$ (~ 80% linear). FC-126 is made using the lower cuts from the $C_8$ acid fractionation (so it's got more "dirt" in it) to yield ~ 80 - 88% $C_7F_{15}C00\text{-}NH_4+$ (~ 78% linear).

Currently ICI UK is purchasing FC-126, FC-1005 and FC-1013 from 3M Antwerp. FC-1005 is compromised of ~ 30% FC-126 in water. FC-1013 is ~ 30% FC-143 in water. Some of these products are also purchased by DuPont and other smaller customers in Europe.

**LABELING**

The labeling of FC-143 as a carcinogen was raised by DuPont back in 1993. DuPont informed us of their FC-143 two year rat feeding study (@ 300ppm) results. The study showed benign tumors in the testis, liver and pancreas at an increased incidence when compared to the control. There was no increased incidence of cancer in any of the FC-143 fed rats. In the end DuPont decided they did not want a carcinogen warning on FC-143 because they use it in food contact and medical products.

3M Antwerp advises me that they can put an R40 label on product they sell to ICI (and Hoechst) as they make up special runs of material for each customer. However they will not label product going to other customers in Europe the same way. DuPont and other customers would not like to have these types of products coming into their facilities with an R40 label on them.

Note: the ACGIH (American Conference of Governmental Industrial Hygienists) added a A3 designation (animal carcinogen) to their TLV in 1992-93. "The agent is carcinogenic in experimental animals at a relatively high does, by route(s) of administration, at site(s), of histiologic type(s) or by mechanism(s) that are not considered relevant to worker exposure. Available epidemiologic studies do not confirm an increased risk of cancer in exposed humans. Available evidence suggests that the agent is not likely to cause cancer in humans except under uncommon or unlikely routes or levels of exposure". 3M opposed the A3 designation but received no response.

3M and DuPont test data indicate that FC-143 is not an animal carcinogen and ACGIH has stated that there is no evidence that this is a human carcinogen in normal use. Therefore, I do not believe we should apply an R40 label to any of these chemistries.

**MSDS**

Hoechst Germany produces a 97 - 100% straight chained telomer version of FC-143 that they sell to us in a 30% solution as HOGE 205. (We will be repacking this material in the future and reselling it as FC-1015X). They use the CAS number for the straight chained $C_8$ on their MSDS, as do we. We can certainly set up a different FC-143 designation for Hoechst/Dyneon, such as FC-143I, and create a different MSDS indicating the branched species. However an MSDS is a health and safety document, not a product data sheet. Since we have documentation in our files showing that the linear material performs better than the branched, it re-inforces our position that the branched material is an impurity. For these reasons, along with our previous decisions in this area, I recommend that the MSDS not be changed to indicate the branched species.

Please call me at 8-4538 if you have any questions or if I can be of further assistance.

LJP/abm

Dale

# EXHIBIT 29

**Defendant has designated this document as Highly Confidential and therefore the State submits it to the Court for in-camera review in Compliance with CMO 17**

# EXHIBIT 30

**Defendant has designated this document as Highly Confidential and therefore the State submits it to the Court for in-camera review in Compliance with CMO 17**

# EXHIBIT 31

**Defendant has designated this document as Highly Confidential and therefore the State submits it to the Court for in-camera review in Compliance with CMO 17**

# EXHIBIT 32A

**Defendant has designated this document as Highly Confidential and therefore the State submits it to the Court for in-camera review in Compliance with CMO 17**

# EXHIBIT 32B

**Defendant has designated this document as Highly Confidential and therefore the State submits it to the Court for in-camera review in Compliance with CMO 17**

# EXHIBIT 33

**Defendant has designated this document as Highly Confidential and therefore the State submits it to the Court for in-camera review in Compliance with CMO 17**

# EXHIBIT 34

**Defendant has designated this document as Highly Confidential and therefore the State submits it to the Court for in-camera review in Compliance with CMO 17**

# EXHIBIT 35

**Defendant has designated this document as Highly Confidential and therefore the State submits it to the Court for in-camera review in Compliance with CMO 17**

# EXHIBIT 36

# Memorandum

**To:** Michael Kaplan

**CC:** Bobby Rickard, Donna Zimmerman, Susan Stalnecker, Robin Leonard

**Date:** 2/24/2006

**Re:** Epidemiology Review Board and PFOA

---

We, the members of the Epidemiology Review Board (ERB) for DuPont, are writing to provide comments on and raise questions about DuPont's research program on potential health risks of perfluorooctanoic acid (PFOA). The ERB has heard presentations on multiple occasions over the last several years with regard to PFOA, addressing on-going studies of workers, population exposures and exposure biomarkers, and toxicology.. Recently, the February 18 meeting of the ERB focused exclusively on DuPont's program of research on PFOA. This presentation was informative and gave the ERB some handle on the scope of the program, its directions, and its management. We would, however, like to reach a still better level of understanding.

These presentations of the research activities and discussions of potential health effects of PFOA also raise concern for members of the ERB about the role of this group in DuPont's overall approach to PFOA. The February 18 meeting left questions only partially answered as to the long-range and strategic management of the research program, which now involves multiple lines of investigation and several institutions. Given the many gaps in understanding of population exposures to PFOA and of possible health consequences, we strongly advise against any public statements asserting that PFOA does not pose any risk to health. It appears to us that no party can claim sufficient knowledge that PFOA does or does not pose any risk to health. We also question the evidential basis of DuPont's public expression asserting, with what appears to be great confidence, that PFOA does not pose a risk to health. In this circumstance, as we understand it, the burden of proof is now placed on DuPont's shoulders to assemble the best scientific evidence that can be assembled.

While we interpret our general charge as providing guidance on epidemiologic research and attendant ethical issues, the discussions around PFOA necessarily involve interdisciplinary research. Epidemiologic findings must be interpreted in a broad context set by the full set of scientific evidence. Consequently, we find it difficult to limit the scope of our questions and advice solely to the epidemiologic studies. The February 18 meeting was intended to provide this context and it did so successfully, but left the general concerns set out in this letter.





EXHIBIT
tabbies
Ansley-10

We write, then, to ask that you bring greater clarity to the ERB's role in the context of the PFOA investigations. The description by Bobby Rickard needs augmentation, and he mentioned advisory committee architectures that do not appear to be firmly in place. From the ERB's perspective, DuPont does not have an adequately integrated research plan, particularly for the longer-term. We have yet to see a written document that sets out all of the elements of the research plan, with timelines. Consequently, our ability to assist with the epidemiologic research program is constrained and may be of less value to you than we could make it. Given the level of worker exposures relative to community levels, it is clear that well designed epidemiologic studies of exposed employees are needed. It is not clear, however, that DuPont has yet put in place the appropriate level of commitment to launching scientifically adequate health studies of potentially exposed employees.

We have joined the ERB because of our shared view that DuPont has a strong commitment to use epidemiologic approaches to assure the health of its workers and to make certain that its manufacturing activities and products do not threaten public health. Such ideals are vital, but often difficult to implement in practice. The current concern about PFOA is a formidable challenge for DuPont's researchers, including its epidemiologists. We want to be as helpful as possible, but find ourselves at sea about, and therefore somewhat frustrated by, the lack of an integrated DuPont approach.

We recommend careful consideration of the issues that we have raised in this letter as well as further discussion with the ERB. Specifically we urge that a plan be established for epidemiologic studies of PFOA risk in the DuPont workforce and that this plan be located in the context of DuPont's integrated research plan concerning PFOA biological effects. We are, as always, willing to assist in this effort, but we believe that there is need that this plan be developed as a high priority--the highest, from our point of view.

Epidemiology Review Board

Thomas Beuchamp
Mark Cullen
Ellen Eisen
Jonathan Samet
Noah Seixas
David Wegman

# EXHIBIT 37

**Defendant has designated this document as Highly Confidential and therefore the State submits it to the Court for in-camera review in Compliance with CMO 17**

# EXHIBIT 38

DUPONT

# Press Release Details

View All News →

## DuPont Announces New and Sustained Commitments Related to PFAS Chemicals

AUGUST 28, 2019

Download

WILMINGTON, Del., Aug. 28, 2019 /PRNewswire/ -- As a responsible partner in addressing concerns about the health and environmental impacts of per- and polyfluoroalkyl substances (PFAS), DuPont today announced a set of comprehensive commitments related to its use of these substances. The commitments represent both new and strengthened positions on sustainability and environmental and chemical stewardship.

PFAS are a group of chemicals that includes perfluorooctanoic acid (PFOA), perfluorooctanesulfonic acid (PFOS), GenX, and other chemicals, and have been used by many manufacturers to produce a broad range of industrial and consumer products and firefighting foams as early as the 1940s.

DuPont does not make PFOA, PFOS or GenX. Further, DuPont never manufactured or sold firefighting foam. While its use of other PFAS is a fraction of a percent of the total PFAS used globally, the company is actively pursuing alternatives where possible in its manufacturing processes.

"As a science-based company, DuPont is constantly learning from the past to innovate for the future – in our policies and protocols as well as our products," said Alexa Dembek, Chief Technology & Sustainability Officer, DuPont. "These commitments help ensure our actions align with our expectations for ourselves and the expectations of the communities we serve."

Safety, health and protecting the planet are core values at DuPont. Living our core values is our commitment to our employees, customers and the communities in which we operate. As such, the company commits to the following:

- We will eliminate the use of long-chain PFAS in recently integrated operations by the end of 2019.
- We will eliminate the purchase and use of all firefighting foams made with PFAS at our sites by the end of 2021.
- We will continue to remediate our sites that have a PFAS footprint.
- We support U.S. EPA and global regulatory efforts to develop science-based guidelines for PFAS and commit to meeting these requirements in our global operations.
- Beginning in 2020, we expect to provide free access to our product stewardship software, grant royalty-free licenses to others that want to pursue PFAS remediation using our PFAS water treatment resin technologies, and fund grants to universities and other research institutes for new, innovative PFAS remediation technologies.
- Also beginning in 2020, we expect to add external experts to supplement our existing review processes for the use and handling of substances of concern.
- Finally, we will share our progress toward meeting these commitments.

"These commitments are designed to strengthen our current chemicals management and stewardship practices so that the new DuPont's manufacturing and supply chain choices match our commitments to sustainability, our customers and the communities in which we operate," said Dembek.

DuPont works with customers and industry leaders in safety, healthcare, nutrition, electronics, mobility and construction to deliver game-changing, innovative solutions to address some of the biggest challenges facing the world.

View the full commitments.

For more information, please visit us at https://www.dupont.com/pfas.html, and follow us on Twitter @DuPont_news.

About DuPont
DuPont (NYSE: DD) is a global innovation leader with technology-based materials, ingredients and solutions that help transform industries and everyday life. Our employees apply diverse science and expertise to help customers advance their best ideas and deliver essential innovations in key markets including electronics, transportation, construction, water, health and wellness, food and worker safety. More information can be found at www.dupont.com/.

Cookie Preferences

Cautionary Statement Regarding Forward-Looking Statements
This communication contains "forward-looking statements" within the meaning of the federal securities laws, including Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. In this context, forward-looking statements often address expected future business and financial performance and financial condition, and often contain words such as "expect," "anticipate," "intend," "plan," "believe," "seek," "see," "will," "would," "target," and similar expressions and variations or negatives of these words.

On April 1, 2019, the company completed the separation of its materials science business into a separate and independent public company by way of a pro rata dividend-in-kind of all the then outstanding stock of Dow Inc. (the "Dow Distribution"). The company completed the separation of its agriculture business into a separate and independent public company on June 1, 2019, by way of a pro rata dividend-in-kind of all the then outstanding stock of Corteva, Inc. (the "Corteva Distribution").

Forward-looking statements address matters that are, to varying degrees, uncertain and subject to risks, uncertainties and assumptions, many of which that are beyond DuPont's control, that could cause actual results to differ materially from those expressed in any forward-looking statements. Forward-looking statements are not guarantees of future results. Some of the important factors that could cause DuPont's actual results to differ materially from those projected in any such forward-looking statements include, but are not limited to: (i) ability and costs to achieve all the expected benefits from the Dow Distribution and the Corteva Distribution (together, the "Distributions"); (ii) restrictions under intellectual property cross license agreements entered into in connection with the Distributions; (iii) non-compete restrictions agreed in connection with the Distributions; (iv) the incurrence of significant costs in connection with the Distributions, including costs to service debt incurred by the Company to establish the relative credit profiles of Corteva, Dow and DuPont and increased costs related to supply, service and other arrangements that, prior to the Dow Distribution, were between entities under the common control of DuPont; (v) risks related to indemnification of certain legacy liabilities of E. I. du Pont de Nemours and Company ("Historical EID") in connection with the Corteva Distribution; (vi) potential liability arising from fraudulent conveyance and similar laws in connection with the Distributions; (vii) failure to effectively manage acquisitions, divestitures, alliances, joint ventures and other portfolio changes, including meeting conditions under the Letter Agreement entered in connection with the Corteva Distribution, related to the transfer of certain levels of assets and businesses; (viii) uncertainty as to the long-term value of DuPont common stock; (ix) potential inability or reduced access to the capital markets or increased cost of borrowings, including as a result of a credit rating downgrade and (x) other risks to DuPont's business, operations and results of operations including from: failure to develop and market new products and optimally manage product life cycles; ability, cost and impact on business operations, including the supply chain, of responding to changes in market acceptance, rules, regulations and policies and failure to respond to such changes; outcome of significant litigation, environmental matters and other commitments and contingencies; failure to appropriately manage process safety and product stewardship issues; global economic and capital market conditions, including the continued availability of capital and financing, as well as inflation, interest and currency exchange rates; changes in political conditions, including tariffs, trade disputes and retaliatory actions; impairment of goodwill or intangible assets; the availability of and fluctuations in the cost of energy and raw materials; business or supply disruption, including in connection with the Distributions; security threats, such as acts of sabotage, terrorism or war, natural disasters and weather events and patterns which could result in a significant operational event for DuPont, adversely impact demand or production; ability to discover, develop and protect new technologies and to protect and enforce DuPont's intellectual property rights; unpredictability and severity of catastrophic events, including, but not limited to, acts of terrorism or outbreak of war or hostilities, as well as management's response to any of the aforementioned factors. These risks are and will be more fully discussed in DuPont's current, quarterly and annual reports and other filings made with the U.S. Securities and Exchange Commission, in each case, as may be amended from time to time in future filings with the SEC. While the list of factors presented here is considered representative, no such list should be considered a complete statement of all potential risks and uncertainties. Unlisted factors may present significant additional obstacles to the realization of forward-looking statements. Consequences of material differences in results as compared with those anticipated in the forward-looking statements could include, among other things, business disruption, operational problems, financial loss, legal liability to third parties and similar risks, any of which could have a material adverse effect on DuPont's consolidated financial condition, results of operations, credit rating or liquidity. You should not place undue reliance on forward-looking statements, which speak only as of the date they are made. DuPont assumes no obligation to publicly provide revisions or updates to any forward-looking statements whether as a result of new information, future developments or otherwise, should circumstances change, except as otherwise required by securities and other applicable laws. A detailed discussion of some of the significant risks and uncertainties which may cause results and events to differ materially from such forward-looking statements is included in the section titled "Risk Factors" (Part II, Item 1A) of DuPont's Quarterly Report on Form 10-Q filed on August 6, 2019 as may be modified by DuPont's subsequent quarterly reports on Form 10-Q and current reports on Form 8-K.

DuPont™, the DuPont Oval Logo, and all trademarks and service marks denoted with ™, ℠ or ® are owned by affiliates of DuPont de Nemours, Inc. unless otherwise noted.

View original content to download multimedia:http://www.prnewswire.com/news-releases/dupont-announces-new-and-sustained-commitments-related-to-pfas-chemicals-300908072.html

SOURCE DuPont

Cookie Preferences

**Investor Contacts:**

Ann Giancristoforo
Ann.Giancristoforo@dupont.com
+1 989-294-5890

DuPont Investor Relations:
+1 302-295-5783

**Media Contacts:**

Dan Turner
Daniel.A.Turner@dupont.com
+1 302-299-7628

**Proxy Related Contacts:**

Computershare (transfer agent)
+1-866-644-4129 (Toll-free; US + Canada only)
+1 201-680-6578 (Toll; outside US + Canada)
+1 800-231-5469 (Hearing Impaired)

© (2026) DuPont de Nemours, Inc. All rights reserved. DuPont™, the DuPont Oval Logo, and all products, unless otherwise noted, denoted with ™, ℠ or ® are trademarks, service marks or registered trademarks of affiliates of DuPont de Nemours, Inc.

Cookie Preferences

# EXHIBIT 39

DUPONT

# DuPont de Nemours, Inc. Statement on Poly and Per-Fluorinated Alkyl Substances (PFAS)

Established in June 2019, DuPont de Nemours, Inc. (DuPont) is a multi-industrial advanced solutions provider. DuPont de Nemours, Inc. has never manufactured PFOA, PFOS or firefighting foam.

While DuPont is not a PFAS manufacturer, it does use select PFAS only when necessary to impart specific performance criteria in select industrial products that are essential to the safety and the critical functioning of society. Our limited use of PFAS is managed as Substances of Concern (SoC) consistent with the company's Chemical Management Policy – Substances of Concern. In collaboration with our customers, DuPont will continue to pursue alternatives to PFAS where alternatives exist. Additionally, we have rigorous systems and processes in place to ensure that PFAS are used safely and our emissions are controlled.

We will continue to support science-based PFAS regulation and commit to complying with regulation globally.

We are committed to continuous improvement of our chemical stewardship process and to upholding the highest standards for the safe operation of our facilities and the protection of the environment, our employees, customers, and the people in the communities in which we operate.



© 2026 DuPont. All rights reserved. DuPont™, the DuPont Oval Logo, and all trademarks and service marks denoted with ™, ℠ or ® are owned by affiliates of DuPont de Nemours, Inc. unless otherwise noted.

# EXHIBIT 40

**Defendant has designated this document as Highly Confidential and therefore the State submits it to the Court for in-camera review in Compliance with CMO 17**

# EXHIBIT 41

**Defendant has designated this document as Highly Confidential and therefore the State submits it to the Court for in-camera review in Compliance with CMO 17**

# EXHIBIT 42

**Defendant has designated this document as Highly Confidential and therefore the State submits it to the Court for in-camera review in Compliance with CMO 17**