**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2:18-mn-2873-RMG<br><br>**ORDER**<br><br>**This Order Relates to:**<br>**2:23-cv-01531-RMG** |

Before the Court is Plaintiff the People of the State of California, *ex rel* Rob Bonta, Attorney General of California's motion for leave to file motion for temporary restraining order and preliminary injunction. (Dkt. No. 11579). Also pending is Plaintiff's TRO Motion and motion to seal. (Dkt. Nos. 11582, 11584). Plaintiff seeks to restrain Corteva, Inc. from effectuating a planned October 1, 2026, spinoff of "its Seed operating segment into an independent, publicly traded company, Vylor, Inc." and further requests "an asset-freezing preliminary injunction for the duration of this MDL covering at least the estimated diminution in total assets Corteva will likely realize immediately following the spinoff of its Seed operating segment (roughly $22 billion)." (Dkt. No. 11579 at 1-2). Plaintiffs' Co-Lead Counsel do not consent to Plaintiff filing its TRO Motion. (*Id.* at 2).

While Plaintiff has every right to challenge the transactions described in the proposed TRO Motion, other venues clearly exist which are better suited to addressing such relief, namely those states in which the relevant parties are incorporated or headquartered. *See* Second Amended Complaint, No. 2:23-cv-1531-RMG, Dkt. No. 58 at 8 (alleging Corteva is a Delaware corporation headquartered in Indiana).

Plaintiff's motion for leave to file (Dkt. No. 11579) is **DENIED** and Plaintiff's remaining motions are **DENIED AS MOOT**. (Dkt. Nos. 11582, 11584).

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

September 15, 2026
Charleston, South Carolina