**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | **MDL No. 2873**<br><br>**Master Docket No. 2:18-mn-2873**<br><br>**This Document Relates to:**<br><br>***The People of the State of California, ex rel. Rob Bonta, Attorney General of California v. 3M Company et al.***<br><br>**Case No. 2:23-cv-01531-RMG** |

**THE PEOPLE OF THE STATE OF CALIFORNIA'S
NOTICE OF APPEAL**

Pursuant to Fed. R. App. P. 4(a)(1) and 28 U.S.C. § 1292(a)(1), the People of the State of California, *ex rel.* Rob Bonta, Attorney General of California (the "People") hereby give notice that the People appeal to the United States Court of Appeals for the Fourth Circuit from the Order entered in the above-captioned case on September 15, 2026 (Dkt. No. 11627), denying the People's Motion for Leave to File Motion for Temporary Restraining Order and Preliminary Injunction and Motion to Shorten Time (Dkt. No. 11579).

Dated: September 17, 2026

Respectfully Submitted,

**ROB BONTA**
**Attorney General of California**

*/s/ Nicholas G. Campins*
NICHOLAS G. CAMPINS (SBN 238022)
DIJE NDREU (SBN 251278)
BRENDAN HUGHES (SBN 333690)
Deputy Attorneys General
JEREMY BROWN (SBN 269159)
Supervising Deputy Attorney General

DEBORAH M. SMITH (SBN 208960)
Acting Senior Assistant Attorney General

California Department of Justice
Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612
Telephone: (510) 879-0801
Fax: (510) 622-2270
Email: Nicholas.Campins@doj.ca.gov
Dije.Ndreu@doj.ca.gov
Brendan.Hughes@doj.ca.gov

**SHER EDLING LLP**

*/s/ Stephanie D. Biehl*
STEPHANIE D. BIEHL
ASHLEY B. CAMPBELL

100 Montgomery St., Ste. 1410
San Francisco, CA 94104
Telephone: (628) 231-2500
Facsimile: (628) 231-2929
Email: stephanie@sheredling.com
ashley@sheredling.com

*Attorneys for the People of the State of California, ex rel. Rob Bonta, Attorney General of California*