# APPEAL TRANSMITTAL SHEET (non-death penalty)

**Transmittal to 4CCA of notice of appeal filed:** 09/17/26

___ First NOA in Case
___ Subsequent NOA-same party
✓ Subsequent NOA-new party
___ Subsequent NOA-cross appeal
___ Paper ROA ___ Paper Supp.
Vols: ____________
Other: ____________

**District:** South Carolina

**Division:** Charleston

**Caption:** IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION MDL 2873
The People Of The State Of California v. 3M Company et al

**District Case No.:** 2:18-mn-02873 (2:23-cv-01531-RMG)

**4CCA No(s). for any prior NOA:** 24-1077,1225,1270; 25-1139,1143

**4CCA Case Manager:** T. Barton, K. Hancock, E. Borneisen

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other ____________

**Confinement**-Criminal Case**:**
___ Death row-use DP Transmittal
___ Recalcitrant witness
___ In custody
___ On bond
___ On probation

**Defendant Address-**Criminal Case**:**

**Fee Status:**
___ No fee required (USA appeal) ✓ Appeal fees paid in full ___ Fee not paid

**If the fee has not been paid, please check one of the following:**

**Criminal Cases:**
___ Defendant proceeded under CJA in district court.
___ Defendant did not proceed under CJA in district court.

**Civil, Habeas & 2255 Cases:**
___ Court granted & did not revoke IFP status (continues on appeal)
___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)
___ Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases**:
___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)
___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**District Judge:** Honorable Richard M Gergel

**Court Reporter** (list all): N/A

**Coordinator**: 803-253-3491

**Sealed Status** (check all that apply)**:**
____ Portions of record under seal
____ Entire record under seal
____ Party names under seal
____ Docket under seal

**Record Status for Pro Se Appeals** (check any applicable)**:**
___ Assembled electronic record available upon request
___ Additional sealed record available upon request
___ Paper record or supplement available upon request
___ No in-court hearings held
___ In-court hearings held – all transcript on file
___ In-court hearings held – all transcript not on file
___ Other:

**Record Status for Counseled Appeals** (check any applicable)**:**
✓ Assembled electronic record available upon request
___ Additional sealed record available upon request
___ Paper record or supplement available upon request
___ No in-court hearings held
___ In-court hearings held – all transcript on file
___ In-court hearings held – all transcript not on file
___ Other:

Deputy Clerk: S. Shealy Phone: 843-579-1406 Date: 09/17/26