**Exhibit A to Defendants' Motion to Dismiss Without Prejudice for Failure to Comply with Case Management Order No. 37**

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **First Name** | **Last Name** | **Docket Number** | **AFFF MDL Portal Number** | **CMO 37 Ticket Number** | **Date of Birth** | **State of Residence** | **Plaintiff's Counsel** | **MDL Filing/Transfer Date** | **Plaintiff filed or transferred to MDL on or after March 1, 2025?** | **Did Plaintiff submit a Plaintiff Profile Form where required under CMO 31 or submit an Amended Personal Injury Plaintiff Fact Sheet in accordance with the Applicable CMOs?** | **Solely for Plaintiffs subject to CMO 35, did the Plaintiff provide any medical records as required by CMO 35?** |
| 2 | LEE | IVERY | 2:25-cv-07675-RMG | AFFF243067 | R2P0182933 | [redacted] | TX | Keefe Law Firm | 7/17/2025 | Yes | Yes | No |
| 3 | WENDELL | SHRUM | 2:25-cv-07675-RMG | AFFF185856 | R2P0101495 | [redacted] | UT | Keefe Law Firm | 7/17/2025 | Yes | Yes | No |
| 4 | FRANKLIN | GRIZZELL | 2:25-cv-11189-RMG | AFFF161371 | R1P0207825 | [redacted] | AL | Environmental Litigation Group, P.C. | 8/18/2025 | Yes | Yes | No |
| 5 | JERRY | GRUHLER | 2:25-cv-11189-RMG | AFFF219448 | R1P0207824 | [redacted] | NJ | Environmental Litigation Group, P.C. | 8/18/2025 | Yes | Yes | No |
| 6 | JEFFREY | MONEY | 2:25-cv-11189-RMG | AFFF172442 | R1P0207719 | [redacted] | NJ | Environmental Litigation Group, P.C. | 8/18/2025 | Yes | Yes | No |
| 7 | DARRELL | RADFORD | 2:25-cv-11189-RMG | AFFF174113 | R1P0207723 | [redacted] | TX | Environmental Litigation Group, P.C. | 8/18/2025 | Yes | Yes | No |
| 8 | MICHAEL | SHUMAN | 2:25-cv-11189-RMG | AFFF212144 | R1P0207849 | [redacted] | NE | Environmental Litigation Group, P.C. | 8/18/2025 | Yes | Yes | No |
| 9 | STEPHANIE | CRANFORD | 2:25-cv-11542-RMG | AFFF175464 | R2P0091381 | [redacted] | MA | Napoli Shkolnik | 8/26/2025 | Yes | Yes | No |
| 10 | LORA | DELAPP | 2:25-cv-11545-RMG | AFFF143119 | R2P0061418 | [redacted] | IL | Napoli Shkolnik | 8/26/2025 | Yes | Yes | No |
| 11 | PHILLIP | HEINRICH | 2:25-cv-11660-RMG | AFFF177479 | R2P0076933 | [redacted] | FL | Napoli Shkolnik | 8/28/2025 | Yes | Yes | No |
| 12 | MICHEAL | TAYLOR | 2:25-cv-11733-RMG | AFFF184758 | R2P0070665 | [redacted] | FL | Napoli Shkolnik | 8/29/2025 | Yes | Yes | No |
| 13 | STEWART | VALENTINE | 2:25-cv-11787-RMG | AFFF144905 | R2P0093133 | [redacted] | CO | Napoli Shkolnik | 8/29/2025 | Yes | Yes | No |
| 14 | GEORGE | VINES | 2:25-cv-11824-RMG | AFFF116313 | R2P0033904 | [redacted] | MS | Aylstock, Witkin, Kreis & Overholtz, PLC | 9/1/2025 | Yes | Yes | No |
| 15 | MARY | HARRIS | 2:25-cv-11965-RMG | AFFF069251 | R1P0065859 | [redacted] | TX | Mucerino Law, PLLC | 9/3/2025 | Yes | Yes | No |
| 16 | TOMIKA | BURKE | 2:25-cv-12119-RMG | AFFF134269 | R2P0098046 | [redacted] | PA | Napoli Shkolnik | 9/4/2025 | Yes | Yes | No |
| 17 | MICHAEL | PERRY | 2:25-cv-12124-RMG | AFFF145233 | R2P0069765 | [redacted] | FL | Krause & Kinsman Group, LLC | 9/4/2025 | Yes | Yes | No |
| 18 | ROBERT | WEST | 2:25-cv-12250-RMG | AFFF245475 | R1P0083835 | [redacted] | CA | Trial Lawyers United LLC | 9/5/2025 | Yes | Yes | No |
| 19 | CHARLES | ALBUS | 2:25-cv-12263-RMG | AFFF041362 | R1P0013114 | [redacted] | MI | Aylstock, Witkin, Kreis & Overholtz, PLC | 9/5/2025 | Yes | Yes | No |
| 20 | GERALD | BANKS | 2:25-cv-13462-RMG | AFFF063938 | R2P0034012 | [redacted] | GA | Napoli Shkolnik | 11/19/2025 | Yes | Yes | No |
| 21 | FAITH | SCHMULT | 2:25-cv-14055-RMG | AFFF048121 | R2P0030974 | [redacted] | UT | Napoli Shkolnik | 12/31/2025 | Yes | Yes | No |
| 22 | KEITH | REICH | 2:26-cv-00071-RMG | AFFF030327 | R1P0054351 | [redacted] | CA | Napoli Shkolnik | 1/8/2026 | Yes | Yes | No |
| 23 | BRIANNA | ESQUER | 2:26-cv-00083-RMG | AFFF055846 | R2P0009418 | [redacted] | NV | Napoli Shkolnik | 1/8/2026 | Yes | Yes | No |