**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2:18-mn-2873-RMG<br><br>This Document Relates To:<br>**2:18-cv-03366-RMG** |

**MOTION TO WITHDRAW**

**COMES NOW** attorney D. Dean Batchelder, of the law firm Burg Simpson Eldredge Hersh & Jardine, P.C., and, pursuant to the Local Civil Rule 83.I.07 (A) for the United States District Court for the District of South Carolina, respectfully moves this Court to withdraw Sophia E. Kyziridis, Meghan Quinlivan, and Lewis A. Osterman as counsel of record for plaintiffs, including Class Representatives Lorencio Atchley, Patricia Atchley, Janet Bahner, Judy Barstad, Marilyn Bennett, Marnello Boddie, Alan Davis, Leslie Davis, Donald Easter, Theresa Easter, Carol Flathers, Rose Francis, Pennie Gale, Walter Gale, Billy Long, Linda Long, Deanne Lopez, Joyce Moore, Mary Niemetz, Lonnie Rouser, Rhonda Sharkey, Yvonne Strachan, Donald Taylor, and Phyllis Taylor (collectively, "Plaintiffs").

There is good cause for withdrawal of these attorneys as they left the firm of Burg Simpson Eldredge Hersh & Jardine, P.C. Plaintiffs will continue to be represented by Michael S. Burg as lead class counsel and D. Dean Batchelder in the referenced matter, both of whom are experienced counsel.

Dated: September 25, 2026.

Respectfully Submitted,

*/s/ D. Dean Batchelder*

D. Dean Batchelder
**BURG SIMPSON**
**ELDREDGE HERSH & JARDINE, P.C.**
40 Inverness Drive East
Englewood, Colorado 80112
Telephone: (303) 792-5595
Facsimile: (303) 708-0527
Email: dbatchelder@burgsimpson.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and thereby serving all counsel of record.

*s/ D. Dean Batchelder*
D. Dean Batchelder