**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | ) | MDL No. 2:18-mn-2873-RMG<br><br>**ORDER**<br><br>**This Order Relates to:**<br>**ALL CASES** |

Before the Court is the Report and Recommendation ("R&R") (Dkt. No. 11371) of Special Master Margaret Seymour, Retired United States District Judge, recommending rulings on four motions Defendants filed: (1) Motion to Dismiss With Prejudice for Failure to Comply with Case Management Order No. 37 (Dkt. No. 9569); (2) Motion to Dismiss Without Prejudice for Failure to Comply with Case Management Order No. 37 (Dkt. No. 9570); (3) Motion to Dismiss With Prejudice for Failure to Comply with Case Management Order No. 37 (Dkt. No. 9830); and (4) Motion to Dismiss Without Prejudice for Failure to Comply with Case Management Order No. 37 (Dkt. No. 9831). *See* (Dkt. No. 11371 at 2) (noting Defendants moved to withdraw their motions as to certain plaintiffs who had voluntarily dismissed their claims or attempted to cure deficiencies). Attached to the R&R are Exhibits A and B. Exhibit A concerns complaints filed before March 1, 2025, and Plaintiffs who failed to produce required Plaintiff Fact Sheets. Exhibit B concerns complaints filed on or after March 1, 2025, and Plaintiffs who failed to provide Plaintiff Fact Sheets and/or medical records. (*Id.* at 3).

As noted in the R&R, CMO 5 (Dkt. Nos. 6443 & 6255) required each personal injury Plaintiff ("Plaintiff") to serve an Amended Personal Injury Plaintiff Fact Sheet or Plaintiff Profile

Form (collectively, "PFS") to provide basic information about his or her claim. CMO 35 (Dkt. No. 7823), among other provisions, required Plaintiffs who file complaints on or after March 1, 2025, to submit medical records to support their claims. CMO 37 (Dkt. No. 8876) required Defendants to issue notices of non-compliance to Plaintiffs who failed to meet the requirements of CMOs 5 and/or 35.

The Special Master makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility for making a final determination remains with this Court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). The Court is charged with making a *de novo* determination only of those portions of the R&R to which specific objections are made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Special Master, or recommit the matter to the Special Master with instructions. Fed. R. Civ. P. 53; *see also* 28 U.S.C. § 636(b)(1).

Objections to the R&R were due on or before September 25, 2026. The following timely objections have been docketed:

- (Dkt. No. 11672)
- (Dkt. No. 11718)
- (Dkt. No. 11723)
- (Dkt. No. 11724)
- (Dkt. No. 11725) (deleted by the clerk; reference Corrected Dkt. No. 11726)
- (Dkt. No. 11726).

As to these objections, the Court defers ruling on the R&R and shortens Defendants' response time to **October 5, 2026**.

As to the remaining Plaintiffs concerned by the R&R, the Court finds that the Special Master ably stated the issues and correctly determined that the Plaintiffs listed on Exhibits A and B have failed to meet the pre-trial evidentiary requirements in this MDL as mandated by the applicable CMOs and should be dismissed as indicated in the R&R.

First, the R&R notes that 3,741 Plaintiffs did not oppose Defendants' motions to dismiss. On the R&R's Exhibits A and B, these Plaintiffs are listed under Plaintiff Category A. (Dkt. No. 11371 at 3). The R&R recommends these Category A Plaintiffs be dismissed for failure to prosecute and failure to comply with the Court's orders. (*Id.*). This recommendation was clearly correct.

Second, as to the remaining Plaintiffs listed on Exhibits A and B, the R&R examined and rejected various reasons Plaintiffs made for noncompliance with CMO 37. For example, the R&R rejected 9,764 Plaintiffs' argument through counsel that they needed additional time to obtain information from their clients and to "finish evaluating claims," or were unable to contact clients despite repeated attempts. (*Id.* at 4). The R&R correctly determined these excuses rang hollow because "Counsel identified in Category B on both Exhibits have had months, if not years, to obtain and supply to the court information about their clients." (*Id.* at 4). Thus, the R&R correctly rejected the argument that counsel needed more time to comply with applicable CMOs.

Third, the R&R noted that thirteen Plaintiffs did not dispute failure to comply with applicable CMOs and consented to dismissal of their claims. However, the R&R also noted that those Plaintiffs are likewise pursuing medical monitoring and/or property damages claims governed by CMO 5 and wished to ensure their interests in those claims were protected. (*Id.*) (noting these individuals are Plaintiff Category C on Exhibits A and B). The R&R recommended dismissing these Plaintiff's personal injury claims under CMO 37 but declined to consider

dismissal of these Plaintiffs' medical monitoring or property damage claim at this time. (*Id.* at 4-5). The Court finds that this recommendation was likewise correct.

Last, the R&R recommends dismissal of three Plaintiffs with duplicative claims with different counsel, Plaintiff Category D. (*Id.* at 5). The R&R correctly determined that "a Plaintiff's being represented by more than one firm has no bearing on whether that Plaintiff has complied with CMO 37" and accurately determined that dismissal is proper. (*Id.* 5).

In sum, with the exception of those Plaintiffs who filed the timely objections noted above and which the Court holds in abeyance, the Court adopts the R&R as the order of the Court and grants Defendants' motions to dismiss as indicated in the R&R and as reflected on Exhibits A and B. As noted before, Defendants' time to respond to the objections noted above is shortened to October 5, 2026.

**AND IT IS SO ORDERED.**

s/Richard Mark Gergel
Richard Mark Gergel
United States District Judge

September 28, 2026
Charleston, South Carolina