# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**This Document Relates to:**<br><br>*City of Clinton v. 3M Company*<br>No. 2:25-cv-04675-RMG<br><br>*City of Florence v. 3M Company*<br>No. 2:25-cv-04692-RMG<br><br>*Gaffney Board of Public Works v. 3M Company*<br>No. 2:25-cv-04668-RMG<br><br>*Grand Strand Water and Sewer Authority v. 3M Company*<br>No. 2:25-cv-04678-RMG<br><br>*Greenwood Commissioners of Public Works v. 3M Company*<br>No. 2:25-cv-04677-RMG<br><br>*Laurens County Water and Sewer Commission v. 3M Company*<br>No. 2:25-cv-04676-RMG<br><br>*South Carolina Public Service Authority, a/k/a Santee Cooper v. 3M Company*<br>No. 2:25-cv-04679-RMG<br><br>*City of Union v. 3M Company*<br>No. 2:25-cv-04657-RMG<br><br>*Woodruff-Roebuck Water District v. 3M Company*<br>No. 2:25-cv-04682-RMG |

**MOTION FOR STATUS CONFERENCE**

Pursuant to Federal Rule of Civil Procedure 16, Plaintiffs in the above-captioned actions respectfully request a status conference to address the status of their cases, which present unique factual and legal issues, and a path forward for pretrial proceedings in their cases that will not interfere with or undermine the efficient progress of this MDL.[1]

Plaintiffs are nine public water utilities serving communities across South Carolina. All are faced with PFAS contamination of their water sources and drinking water originating from upstream non-AFFF industrial sources.[2] All have validly opted out from the water provider settlements that were brokered in this MDL with 3M and other PFAS suppliers and users in order to pursue relief independently from the MDL class. *See, e.g.*, Exhibit 1 (3M Settlement Opt Outs). Plaintiffs' opt-out decisions were based upon thorough investigations of the levels of PFAS in their finished drinking water, PFAS levels in their water sources (including months of sampling at

[1] Pursuant to Local Civil Rule (D.S.C.) 7.02, counsel for Plaintiffs affirm that they conferred with counsel for Defendant prior to filing this motion and attempted in good faith to resolve the matter contained herein. Defendant objects to Plaintiffs' request for a status conference.

[2] *See* Compl., *City of Clinton v. 3M Co.*, No. 2:25-cv-04675-RMG, Dkt. No. 1 at ¶¶ 1–8 (D.S.C. May 29, 2025) (hereinafter "*Clinton* Complaint"); Compl., *City of Florence v. 3M Co.*, No. 2:25-cv-04692-RMG, Dkt. No. 1 at ¶¶ 1–8 (D.S.C. May 29, 2025); Compl., *Gaffney Bd. of Pub. Works v. 3M Co.*, No. 2:25-cv-04668-RMG, Dkt. No. 1 at ¶¶ 1–10 (D.S.C. May 29, 2025); Am. Compl., *Grand Strand Water & Sewer Auth. v. 3M Co.*, No. 2:25-cv-04678-RMG, Dkt. No. 30 at ¶¶ 1–8 (D.S.C. May 29, 2025); Compl., *Greenwood Comm'rs of Pub. Works v. 3M Co.*, No. 2:25-cv-04677-RMG, Dkt. No. 1 at ¶¶ 1–8 (D.S.C. May 29, 2025); Compl., *Laurens Cnty. Water & Sewer Comm'n v. 3M Co.*, No. 2:25-cv-04676-RMG, Dkt. No. 1 at ¶¶ 1–8 (D.S.C. May 29, 2025); Compl., *S.C. Pub. Serv. Auth., a/k/a Santee Cooper v. 3M Co.*, No. 2:25-cv-04679-RMG, Dkt. No. 1 at ¶¶ 1–8 (D.S.C. May 29, 2025); Compl., *City of Union v. 3M Co.*, No. 2:25-cv-04657-RMG, Dkt. No. 1 at ¶¶ 1–8 (D.S.C. May 29, 2025); Compl., *Woodruff-Roebuck Water Dist. v. 3M Co.*, No. 2:25-cv-04682-RMG, Dkt. No. 1 at ¶¶ 1–8 (D.S.C. May 29, 2025).

dozens of upstream locations), and the engineering solutions necessary to address their PFAS problems. *See, e.g.*, *Clinton* Compl., at ¶¶ 43–49.[3]

Some of the PFAS impacting Plaintiffs are attributable to 3M, while some are attributable to other PFAS suppliers. *Compare, e.g.*, *Clinton* Compl., at ¶¶ 4–5, 44–46, 50–67, *with*, *e.g.*, Second Am. Compl., *City of Clinton v. AGC Chems. Americas, Inc. et al.*, No. 2:25-cv-09486-RMG, Dkt. No. 1-1 at ECF pp. 445–96, at ¶¶ 4-5, 64–65, 73–101 (D.S.C. July 31, 2025) (hereinafter "*Clinton* Non-3M Complaint").[4] Plaintiffs sued the responsible industrial users of

[3] The scope and sources of contamination and the engineering solutions for said contamination are unique to each Plaintiff water system. Nevertheless, the complaints filed by Plaintiffs (which are all represented by the same undersigned counsel) follow the same format and plead the same causes of action, with differences in content generally resulting from differences in fate and transport and the identity of defendants specific to each case. Therefore, for ease of reference, Plaintiffs cite to the *Clinton* Complaint as representative of their complaints.

[4] Plaintiffs each sued the suppliers and dischargers of the PFAS impacting their respective water systems separately from 3M. Like with Plaintiffs' 3M-only cases, *see supra* note 2, the complaints in Plaintiffs' non-3M cases generally track one another's format and causes of action, with differences based on the cases' different fate and transport pathways and defendants. As a result, Plaintiffs again cite to just the City of Clinton's non-3M complaint as a representative example. The citations for Plaintiffs' other non-3M operative complaints are as follows: Second Am. Compl., *City of Florence v. AGC Chems. Americas, Inc. et al.*, No. 2:25-cv-11725-RMG, Dkt. No. 1-3 at ECF pp. 56–119 (D.S.C. Aug. 29, 2025); Am. Compl., *Gaffney Bd. of Pub. Works v. AGC Chems. Americas, Inc. et al.*, No. 2:25-cv-10635-RMG, Dkt. No. 1-1 at ECF pp. 640–93 (D.S.C. Aug. 13, 2025); Third Am. Compl., *Grand Strand Water & Sewer Auth. v. AGC Chems. Americas, Inc. et al.*, No.2:25-cv-11180-RMG, Dkt. No. 1-2 at ECF pp. 1283–1351 (D.S.C. Aug. 18, 2025); Am. Compl., *Grand Strand Water & Sewer Auth. v. AGC Chems. Americas, Inc. et al.*, No. 2:26-cv-00864-RMG, Dkt. No. 1-1 at ECF pp. 43–108; Second Am. Compl., *Greenwood Comm'rs of Pub. Works v. AGC Chems. Americas, Inc. et al.*, No. 2:25-cv-11669-RMG, Dkt. No. 1-3 at ECF pp. 95–150 (D.S.C. Aug. 28, 2025); Second Am. Compl., *Laurens Cnty. Water & Sewer Comm'n v. AGC Chems. Americas, Inc. et al.*, No. 2:25-cv-11655-RMG, Dkt. No. 1-3 at ECF pp. 128–85 (D.S.C. Aug. 28, 2025); Am. Compl., *S.C. Pub. Serv. Auth., a/k/a Santee Cooper v. AGC Chems. Americas, Inc. et al.*, No. 2:25-cv-10305-RMG, Dkt. No. 1-1 at ECF pp. 668–727 (D.S.C. Aug. 8, 2025); Am. Compl., *City of Union v. AGC Chems. Americas, Inc. et al.*, No. 2:25-cv-11014-RMG, Dkt. No. 1-1 at ECF pp. 603–58 (D.S.C. Aug. 15, 2025); Second Am. Compl., *Woodruff-Roebuck Water Dist. v. AFL Telecomms., LLC et al.*, No. 2:25-cv-11043-RMG, Dkt. No. 1-1 at ECF pp. 357–410 (D.S.C. Aug. 15, 2025).

PFAS-containing commercial products and the suppliers of those products in state court—except for 3M.[5] *See, e.g.*, *Clinton* Non-3M Compl., at ¶¶ 16–36.

All Plaintiffs bring local, site-specific PFAS contamination cases against 3M that do not involve AFFF and assert tort claims exclusively under South Carolina law. Nonetheless, Plaintiffs brought suit against 3M in federal court after observing 3M's removal of non-AFFF cases by similarly situated water utilities to federal court based on a "colorable" government contractor defense and the Fourth Circuit's decision in *Maryland v. 3M Co.*, 130 F.4th 380 (4th Cir. 2025). But it was not enough for 3M to have the opportunity to have its federal contractor defense heard in federal court. After filing motions to dismiss in Plaintiffs' cases, 3M moved for an intra-district transfer of Plaintiffs' cases to the AFFF MDL, where they now sit.[6]

---

[5] Following the addition of the "supplier defendants" to Plaintiffs' non-3M cases, EIDP, Inc. and DuPont de Nemours, Inc. (together, "DuPont"), which are defendants in all of Plaintiffs' non-3M cases, snap removed all of the non-3M cases to the AFFF MDL. *See, e.g.*, Not. of Removal, *Clinton v. AGC Chems. Americas, Inc. et al.*, No. 2:25-cv-09486-RMG, Dkt. No. 1 (D.S.C. July 31, 2025). Those removals were disputed by a consolidated motion for remand by Plaintiffs. *See* Joint Mot. to Remand, *In re AFFF Prods. Liab. Litig.*, No. 2:18-mn-02873-RMG, Dkt. No. 8111 (D.S.C. Sept. 29, 2025). The Court recently remanded the cases filed by Plaintiffs City of Union, Gaffney Board of Public Works, and Woodruff-Roebuck Water District and denied remand as to the other six plaintiffs' cases. *See* Order & Opinion, *In re AFFF Prods. Liab. Litig.*, No. 2:18-mn-02873-RMG, Dkt. No. 9363 (D.S.C. May 7, 2026); Notice, *In re AFFF Prods. Liab. Litig.*, No. 2:18-mn-02873-RMG, Dkt. No. 9862 (D.S.C. June 29, 2026). In the cases where the Court denied remand, Plaintiffs filed a Motion for Reconsideration or, in the alternative, to Certify Order for Interlocutory Appeal, which the Court denied. *See* Pls.' Mot. for Reconsideration, *In re AFFF Prods. Liab. Litig.*, No. 2:18-mn-02873-RMG, Dkt. No. 9606 (D.S.C. June 4, 2026); Or., *In re AFFF Prods. Liab. Litig.*, No. 2:18-mn-02873-RMG, Dkt. No. 11625 (D.S.C. Sept. 15, 2026).

[6] *See* Transfer Order, *City of Clinton v. 3M Co.*, No. 2:25-cv-04675-RMG, Dkt. No. 18 (D.S.C. Aug. 5, 2025); Transfer Order, *City of Florence v. 3M Co.*, No. 2:25-cv-04692-RMG, Dkt. No. 18 (D.S.C. Aug. 5, 2025); Transfer Order, *Gaffney Bd. of Pub. Works v. 3M Co.*, No. 2:25-cv-04668-RMG, Dkt. No. 18 (D.S.C. Aug. 5, 2025); Transfer Order, *Grand Strand Water & Sewer Auth. v. 3M Co.*, No. 2:25-cv-04678-RMG, Dkt. No. 18 (D.S.C. Aug. 5, 2025); Transfer Order, *Greenwood Comm'rs of Pub. Works v. 3M Co.*, No. 2:25-cv-04677-RMG, Dkt. No. 19 (D.S.C. Aug. 5, 2025); Transfer Order, *Laurens Cnty. Water & Sewer Comm'n v. 3M Co.*, No. 2:25-cv-04676-RMG, Dkt. No. 18 (D.S.C. Aug. 5, 2025); Transfer Order, *S.C. Pub. Serv. Auth., a/k/a Santee Cooper v. 3M Co.*, No. 2:25-cv-04679-RMG, Dkt. No. 18 (D.S.C. Aug. 5, 2025); Transfer Order, *City of Union*

MDL transfer serves to "promote the just and efficient conduct" of complex litigation. 28 U.S.C. § 1407(a). Relevant here, this purpose is effectuated through coordinated pretrial proceedings on issues common to the actions consolidated into an MDL. *See, e.g.*, *In re AFFF Prods. Liab. Litig.*, 357 F. Supp. 3d 1391, 1394–95 (J.P.M.L. 2018). Importantly, however, MDL consolidation does not erase the separate identities of the discrete actions included in the MDL. *Gelboim v. Bank of Am. Corp.*, 574 U.S. 405, 413 (2015). And as a result, transferee courts are afforded wide discretion to enter orders establishing separate litigation tracks for issues unique to particular cases. *See, e.g.*, *In re Digital Advert. Antitrust Litig.*, 555 F. Supp. 3d 1372, 1376 (J.P.M.L. 2021); *In re Equity Funding Corp. of Am. Securities Litig.*, 397 F. Supp. 884, 886 (J.P.M.L. 1975).

Here, the core purpose of promoting "just and efficient" litigation is not being realized with respect to Plaintiffs' cases, which present unique factual and legal issues.[7] The MDL's current case

---

*v. 3M Co*., No. 2:25-cv-04657-RMG, Dkt. No. 18 (D.S.C. Aug. 5, 2025); Transfer Order, *Woodruff-Roebuck Water Dist. v. 3M Co*., No. 2:25-cv-04682-RMG, Dkt. No. 18 (D.S.C. Aug. 5, 2025).

Of note, the district court transferred Plaintiffs' cases to the MDL via 28 U.S.C. § 1404, governing change of venue, and Local Civ. Rule 3.01(C) (D.S.C.) (authorizing the district court to order an intra-district transfer "from one division to another division"). *See, e.g.*, Transfer Order, *City of Clinton v. 3M Co.*, No. 2:25-cv-04675-RMG, Dkt. No. 18 (D.S.C. Aug. 5, 2025). The Judicial Panel on Multidistrict Litigation ("JPML") never had an opportunity to evaluate the propriety of including Plaintiffs' cases in the MDL, and Plaintiffs' cases were transferred to the MDL by the district court's order rather than an administrative assignment under the local assignment rules. *But see Scarborough v. Nat'l Ass'n of Sur. Bond Producers*, 474 F. Supp. 2d 64, 72 (D.D.C. 2007) ("[28 U.S.C. § 1407(a)] confers to the MDL Panel—and to no other body—the power to transfer cases from one district to another for the purpose of consolidated pretrial proceedings."); *Unified Messaging Sols., LLC v. United Online, Inc.*, 2013 WL 1874211, at *2 n.3 (N.D. Ill. May 3, 2013) (observing that J.P.M.L. Rule 7.2(a) permitted administrative assignment of cases to the MDL where the district's local assignment rules required assignment of cases filed as a potential tag-along action).

[7] Plaintiffs are aware of nine other non-AFFF PFAS cases brought by South Carolina water providers against 3M that are pending in the MDL that also assert claims under South Carolina law for PFAS contamination of their drinking water supplies.

management orders do not address cases brought by water providers such as Plaintiffs that opted out of the prior settlements, which leaves Plaintiffs with no ability to develop the factual and legal issues in their cases. And the motions practice and extensive discovery conducted in this MDL have little, if any, relevance to the issues in Plaintiffs' cases for a number of reasons.

For one, there are threshold legal issues in Plaintiffs' cases that the AFFF MDL's motion practice has not addressed. Before seeking transfer, 3M filed motions to dismiss in Plaintiffs' cases that: (1) argued the claims were time-barred by the statute of limitations; (2) challenged the sufficiency of the claims on the merits; and (3) did not raise 3M's production of MilSpec AFFF or its governmental contractor defense. Plaintiffs are unaware of any MDL decisions affecting the issues raised by 3M in their motions, and the current case management orders do not provide any procedures for resolving them. Furthermore, to the extent 3M asserts its government contractor defense bars Plaintiffs' claims for non-AFFF PFAS contamination, this Court has determined that the merits of that defense is ultimately a trial issue. *In re AFFF Prods. Liab. Litig.*, No. 2:18-mn-02873-RMG, 2022 WL 4291357, at *12 (D.S.C. Sept. 16, 2022).

The case management orders also leave Plaintiffs unable to discover the facts of their cases against 3M. Prior, current, and future discovery efforts in the MDL relate to AFFF products, sites, injuries, and claimants that are not at issue in Plaintiffs' cases. 3M has already settled with the majority of the water provider claimants, and discovery before that settlement focused on AFFF contamination at sites that are not relevant to South Carolina water supplies. Plaintiffs are also unaware of any discovery in personal injury cases that relates to South Carolina water supplies, and future discovery proposed by leadership for property damage claims does not include any sites in this state. Meanwhile, Plaintiffs require discovery that is case-specific and unrelated to the AFFF products that are the focus of this MDL, including on:

- The identity of the non-AFFF PFAS-containing products that 3M supplied to the upstream industrial facilities at issue in Plaintiffs' cases[8];

- The volume and duration of 3M's sales of non-AFFF products to the upstream industrial facilities;

- The chemical composition and degradation chemistry of the non-AFFF 3M products supplied to the upstream industrial facilities, and 3M's knowledge thereof;

- 3M's knowledge concerning the toxicity and potential health effects of exposure to the specific non-AFFF 3M products sold to the upstream industrial facilities;

- 3M's knowledge concerning the general environmental fate and transport of the specific non-AFFF 3M products sold to the upstream industrial facilities;

- 3M's knowledge of the disposal practices used by the upstream industrial facilities and/or such facilities' receiving publicly owned treatment works for the wastes generated by the use of 3M's non-AFFF products at said facilities;

- Communications exchanged between 3M and the owners and operators of the upstream industrial facilities pertaining to the health and safety and potential environmental effects of the non-AFFF 3M products sold to the upstream industrial facilities;

- Communications exchanged between 3M and the owners and operators of the upstream industrial facilities pertaining to the disposal of the wastes generated by the use of 3M's non-AFFF products at the facilities; and

- The fate and transport pathways specific to the PFAS discharged by the upstream industrial facilities to contaminate Plaintiffs' water sources, drinking water, and treatment infrastructure.

To the best of Plaintiffs' understanding of this vast MDL, such issues have not, are not, and will not be developed in the coordinated common discovery in the MDL, and the sites that have undergone and will undergo product identification discovery in the MDL are not representative of the sites at issue in Plaintiffs' cases.

---

[8] The specific industrial facilities at issue are identified in the corresponding lawsuits Plaintiffs filed against non-3M defendants. *See supra* note 3.

This Court has previously recognized that the "various different types of cases, claims, and parties in this MDL requires different Bellwether processes for the different case types that will proceed on different schedules and therefore be governed by subsequent CMOs." CMO 13 (Dec. 28, 2020). Therefore, Plaintiffs respectfully seek a status conference with the Court to address the coordination and management of their unique cases through pretrial discovery and motions practice that is separate from, and will not interfere with, the other work in this MDL.

Respectfully submitted,

*/s/ John B. White, Jr.*

John B. White, Jr. (Fed. Bar No. 4619)
Marghretta H. Shisko (Fed. Bar No. 11601)
Christopher R. Jones (Fed. Bar No. 13204)
Griffin L. Lynch (Fed. Bar No. 9580)
John B. White, Jr., P.A.
101 W. St. John St., Ste. 200
P.O. Box 2465 (29304)
Spartanburg, SC 29306
(864) 594-5988
jwhite@johnbwhitelaw.com
mshisko@johnbwhitelaw.com
cjones@johnbwhitelaw.com
glynch@johnbwhitelaw.com

Frank Jerome Tapley
Brett Cooper Thompson
Robert Akira Watson
Cory Watson, P.C.
2131 Magnolia Avenue South
Birmingham, AL 35205
(205) 328-2200
jtapley@CoryWatson.com
bthompson@CoryWatson.com
awatson@corywatson.com

*Counsel for Plaintiffs*

October 6, 2026

# Exhibit 1

JOHN B. WHITE JR. P.A.
Law Firm

November 29, 2023

**VIA CERTIFIED MAIL, FEDEX OVERNIGHT, & ELECTRONIC MAIL TO:**

| **Notice Administrator:** | **Special Master:** | **Claims Administrator:** |
|---|---|---|
| In re: Aqueous Film-Forming Foams Products Liability Litigation<br>c/o 3M Notice Administrator<br>1650 Arch Street, Suite 2210<br>Philadelphia, PA 19103 | Matthew Garretson<br>Wolf/Garretson LLC<br>P.O. Box 2806<br>Park City, UT 84060 | AFFF Public Water System Claims<br>P.O. Box 4466<br>Baton Rouge, LA 70821 |

**Counsel for 3M:**

| | | |
|---|---|---|
| Kevin H. Rhodes<br>Executive Vice President and Chief Legal Affairs Officer<br>Legal Affairs Department<br>3M Company<br>3M Center, 220-9E-01<br>St. Paul, MN 55144-1000 | Thomas J. Perrelli<br>Jenner & Block LLP<br>1099 New York Avenue, N.W., Suite 900<br>Washington, DC 20001-4412 | Richard F. Bulger<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, Illinois 60606 |

**Class Counsel:**

| | | |
|---|---|---|
| Scott Summy<br>Baron & Budd, P.C.<br>3102 Oak Lawn Ave., Ste. 1100<br>Dallas, Texas 75219 | Michael A. London<br>Douglas & London<br>59 Maiden Lane, 6th Floor<br>New York, NY 10038 | Paul J. Napoli<br>Napoli Shkolnik<br>1302 Av. Ponce de Leon<br>San Juan, Puerto Rico 00907 |
| Elizabeth A. Fegan<br>Fegan Scott LLC<br>150 S. Wacker Drive, 24th Floor<br>Chicago, IL 60606 | Joseph F. Rice<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464 | |

JOHN B. WHITE, JR.
jwhite@johnbwhitelaw.com
GRIFFIN LITTLEJOHN LYNCH
glynch@johnbwhitelaw.com
MARGHRETTA SHISKO
mshisko@johnbwhitelaw.com

291 SOUTH PINE STREET
P.O. BOX 2465
SPARTANBURG S.C. 29304
(864) 594-5988

**Clerk of South Carolina District Court:**
Clerk, United States District Court for the District of South Carolina
85 Broad Street
Charleston, SC 29401

Re: *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL No.: 2:18-mn-2873-RMG; *City of Camden, et al., v. E.I. DuPont de Nemours and Company, et al.*, No. 2:23-cv-03230-RMG

Request for Exclusion from the Class Action Settlement between Public Water Systems and 3M Company

To Whom it May Concern:

This firm represents the City of Clinton, along with Cory Watson, P.C. Enclosed please find a Request for Exclusion from the Class Action Settlement between Public Water Systems and 3M Company, along with an Affidavit in Support (collectively, the "Exclusion Documents"). Having timely submitted the Exclusion Documents before December 11, 2023, we understand that the City of Clinton will be excluded from the 3M Settlement Class and the 3M Class Action Settlement.

To the extent there are any questions or issues, the City of Clinton can be contacted through the undersigned. Additionally, I am in possession of the original Exclusion Documents if there is any need to inspect. Please confirm receipt of this letter and the Exclusion Documents, and please confirm that the City of Clinton will **NOT** be a member of the 3M Settlement Class and will **NOT** be a part of the 3M Class Action Settlement.

Sincerely,

John B. White, Jr.

Enclosures

CC: F. Jerome Tapley (jtapley@corywatson.com)
Marghretta Shisko (mshisko@johnbwhitelaw.com)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br>**This document relates to:**<br>*City of Camden, et al., v. 3M Company*, No. 2:23-cv-03147-RMG |
| **AFFIDAVIT IN SUPPORT OF REQUEST FOR EXCLUSION FROM THE CLASS ACTION SETTLEMENT BETWEEN PUBLIC WATER SYSTEMS AND 3M COMPANY** | |

PERSONALLY APPEARED BEFORE ME, THE UNDERSIGNED, WHO BEING DULY SWORN, STATES AS FOLLOWS:

1. My name is Tom Brooks. I am older than eighteen years of age, and I am the City Manager for the City of Clinton, South Carolina ("City of Clinton"). My address, telephone, facsimile number, and email address are as follows:

    a. Address: P.O. Box 748, Clinton, SC 29325

    b. Telephone: (864) 833-7505

    c. Facsimile: N/A

    d. Email Address: tbrooks@cityofclintonsc.com

2. The City of Clinton is an "Active Public Water System" in the United States that, as of the "Settlement Date" (June 22, 2023), has one or more "Impacted Water Sources," as set forth under the Settlement Agreement Between Public Water Systems and 3M Company filed in *City of Camden, et al. v. 3M Company*, No. 2:23-cv-03147-RMG.

3. I declare, under penalty of perjury in accordance with 28 U.S.C. § 1746, that I have been legally authorized to exclude the City of Clinton from the 3M Settlement Class and the 3M Class Action Settlement in the above-captioned matter. The address, telephone number, and email address for the City of Clinton are as follows:

    a. Address: M.S. Bailey Municipal Center, 211 North Broad St., Suite A, Clinton, SC 29325

    b. Telephone: (864) 833-7500

c. Facsimile: N/A

d. Email Address: tbrooks@cityofclintonsc.com

4. I am submitting a Request for Exclusion on behalf of the City of Clinton, and I am filing it with the Notice Administrator before December 11, 2023. As a result, the City of Clinton will not be a 3M Settlement Class Member and will not be bound by the 3M Class Action Settlement.

FURTHER AFFIANT SAYETH NAUGHT.

Tom Brooks

Sworn to and signed before me this

29th day of November, 2023.

Michele A Cunningham

Notary Public

My Commission expires: April 1, 2023

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br>**This document relates to:**<br>*City of Camden, et al., v. 3M Company*,<br>No. 2:23-cv-03147-RMG |
| **REQUEST FOR EXCLUSION FROM THE CLASS ACTION SETTLEMENT BETWEEN PUBLIC WATER SYSTEMS AND 3M COMPANY** | |

November 29, 2023

| | | |
|---|---|---|
| **Notice Administrator:**<br>In re: Aqueous Film-Forming Foams Products Liability Litigation<br>c/o 3M Notice Administrator<br>1650 Arch Street, Suite 2210<br>Philadelphia, PA 19103 | **Special Master:**<br>Matthew Garretson<br>Wolf/Garretson LLC<br>P.O. Box 2806<br>Park City, UT 84060 | **Claims Administrator:**<br>AFFF Public Water System Claims<br>P.O. Box 4466<br>Baton Rouge, LA 70821 |

**Counsel for 3M:**

| | | |
|---|---|---|
| Kevin H. Rhodes<br>Executive Vice President and Chief Legal Affairs Officer<br>Legal Affairs Department<br>3M Company<br>3M Center, 220-9E-01<br>St. Paul, MN 55144-1000 | Thomas J. Perrelli<br>Jenner & Block LLP<br>1099 New York Avenue, N.W., Suite 900<br>Washington, DC 20001-4412 | Richard F. Bulger<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, Illinois 60606 |

**Class Counsel:**

| | | |
|---|---|---|
| Scott Summy<br>Baron & Budd, P.C.<br>3102 Oak Lawn Ave., Ste. 1100<br>Dallas, Texas 75219 | Michael A. London<br>Douglas & London<br>59 Maiden Lane, 6th Floor<br>New York, NY 10038 | Paul J. Napoli<br>Napoli Shkolnik<br>1302 Av. Ponce de Leon<br>San Juan, Puerto Rico 00907 |
| Elizabeth A. Fegan<br>Fegan Scott LLC<br>150 S. Wacker Drive, 24th Floor<br>Chicago, IL 60606 | Joseph F. Rice<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464 | |

To Whom It May Concern:

My Public Water System, the City of Clinton, South Carolina ("City of Clinton"), does **NOT** want to be a Settlement Class Member in the Settlement Class and the Class Action Settlement with 3M that has been preliminarily approved by the Court in the *In re: Aqueous Film-Forming Foams Products Liability Litigation*. **Please exclude my Public Water System, the City of Clinton, from the 3M Settlement Class and the 3M Class Action Settlement**.

I understand that by providing the following Exclusion Request Form and contact information and by signing and submitting a copy of the following Exclusion Request Form, **I am opting my Public Water System out of the 3M Settlement Class, and it will NOT be a Class Member**. I understand that by timely submitting this form, my Public Water System is foregoing any right to any of the relief or other benefits provided under the 3M Class Action Settlement, does not gain any rights by virtue of the Settlement Agreement, and is not entitled to submit an Objection. I further understand that my Public Water System is NOT guaranteed an opportunity to opt back in. I also understand that, by opting out, my Public Water System will not be bound by any orders or judgment entered in the MDL Cases with respect to the Class Settlement.

I understand that if my Public Water System is a Class Member and wants to remain a Class Member, it does not need to do anything now. I understand that I should NOT return this Exclusion Request Form if my Public Water System wants to remain a Class Member. I understand that, if I have any questions, I may contact Class Counsel and/or visit www.PFASWaterSettlement.com BEFORE I mail this form to you and BEFORE **December 11, 2023.**

As set forth in the Notice of 3M Class Action Settlement, **I am filing a written and signed Request for Exclusion with the Notice Administrator to exclude the Public Water System of the City of Clinton from the 3M Settlement Class, and I am writing to opt out of the 3M Settlement Class and the 3M Class Action Settlement**. This Request for Exclusion is being sent via certified or first-class mail to the Notice Administrator, the Special Master, the Claims Administrator, Counsel for 3M, and Class Counsel at the addresses listed above.

Sincerely,

Tom Brooks

City Manager, City of Clinton, South Carolina

**Request for Exclusion**

Having acknowledged the information above, the Public Water System of **the City of Clinton**, in the State of South Carolina, hereby excludes itself from the 3M Settlement Class certified by United States District Court for the District of South Carolina in the *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL No. 2:18-mn-2873-RMG, and opt outs of the 3M Class Action Settlement.

**Submitting Individual**

Name: Tom Brooks

Address: P.O. Box 748, Clinton, SC 29325

Telephone: (864) 833-7505

Facsimile: N/A

Email: tbrooks@cityofclintonsc.com

**Eligible Claimant**

Name: City of Clinton, South Carolina

Address: M.S. Bailey Municipal Center, 211 North Broad St., Suite A, Clinton, SC 29325

Telephone: (864) 833-7500

Facsimile: N/A

Email: tbrooks@cityofclintonsc.com

Under penalty of perjury and in accordance with 28 U.S.C. § 1746, I declare that I am an official or employee authorized to take legal action on behalf of my Public Water System to exclude my Public Water System from the 3M Class Action Settlement:

Signature: ______________________

Print Name: Tom Brooks

Title: City Manager, City of Clinton, SC

Date: 11/29/23

Y WATSON
TORNEYS
M | MEMPHIS | NASHVILLE
Avenue S | Birmingham, Alabama | 35205

Requested

7022 3330 0001 8034 8107

US POSTAGE PITNEY BOWES
ZIP 35205 $ 008.77[0]
02 4W
0000373531 NOV. 29. 2023

AFFF Public Water System Claims
P.O. Box 4466
Baton Rouge, LA 70821

7022 3330 0001 8034 8107

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$ 3M

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Clinton

Postmark Here

11/29/23

Sent To AFFF Public Water

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AFFF Public Water System Claims
P.O. Box 4466
Baton Rouge, LA 70821

9590 9402 8147 3030 0543 75

2. Article Number *(Transfer from service label)*

7022 3330 0001 8034 8107

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

7022 3330 0001 8034 8107

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$ 3M

Extra Services & Fees *(check box, add fee as appropriate)*

- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Clinton

Postmark Here

11/29/23

Sent To AFFF Public Water

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

November 30, 2023

**VIA CERTIFIED MAIL TO:**

| | | |
|---|---|---|
| **Notice Administrator:**<br>In re: Aqueous Film-Forming Foams Products Liability Litigation<br>c/o 3M Notice Administrator<br>1650 Arch Street, Suite 2210<br>Philadelphia, PA 19103 | **Special Master:**<br>Matthew Garretson<br>Wolf/Garretson LLC<br>P.O. Box 2806<br>Park City, UT 84060 | **Claims Administrator:**<br>AFFF Public Water System Claims<br>P.O. Box 4466<br>Baton Rouge, LA 70821 |

**Counsel for 3M:**

| | | |
|---|---|---|
| Kevin H. Rhodes<br>Executive Vice President and Chief Legal Affairs Officer<br>Legal Affairs Department<br>3M Company<br>3M Center, 220-9E-01<br>St. Paul, MN 55144-1000 | Thomas J. Perrelli<br>Jenner & Block LLP<br>1099 New York Avenue, N.W., Suite 900<br>Washington, DC 20001-4412 | Richard F. Bulger<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, Illinois 60606 |

**Class Counsel:**

| | | |
|---|---|---|
| Scott Summy<br>Baron & Budd, P.C.<br>3102 Oak Lawn Ave., Ste. 1100<br>Dallas, Texas 75219 | Michael A. London<br>Douglas & London<br>59 Maiden Lane, 6th Floor<br>New York, NY 10038 | Paul J. Napoli<br>Napoli Shkolnik<br>1302 Av. Ponce de Leon<br>San Juan, Puerto Rico 00907 |
| Elizabeth A. Fegan<br>Fegan Scott LLC<br>150 S. Wacker Drive, 24th Floor<br>Chicago, IL 60606 | Joseph F. Rice<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464 | |

Re: *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL No.: 2:18-mn-2873-RMG; *City of Camden, et al., v. 3M Company*, No. 2:23-cv-03147-RMG

Request for Exclusion from the Class Action Settlement between Public Water Systems and 3M Company

To Whom it May Concern:

Enclosed please find a Request for Exclusion from the Class Action Settlement between Public Water Systems and 3M Company, along with an Affidavit in Support (collectively, the "Exclusion Documents"). Having timely submitted the Exclusion Documents before December

11, 2023, we understand the City of Florence, South Carolina ("Florence") will be excluded from the 3M Settlement Class and the 3M Class Action Settlement.

To the extent there are any questions or issues, Florence can be contacted through the undersigned. Additionally, I am in possession of the original Exclusion Documents if there is any need to inspect. Please confirm receipt of this letter and the Exclusion Documents, and please confirm that Florence will **NOT** be a member of the 3M Settlement Class and will **NOT** be a part of the 3M Class Action Settlement.

Sincerely,

Benjamin T. Zeigler, City Attorney
**Haynsworth Sinkler Boyd, P.A.**
135 S. Dargan Street, Suite 300
Florence, South Carolina 29506
Phone: 843.673.5304
Fax: 843.669.3815
Email: bzeigler@hsblawfirm.com

Enclosures

CC: Randall S. Osterman, City Manager

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br>**This document relates to:**<br>*City of Camden, et al., v. 3M Company*, No. 2:23-cv-03147-RMG |

**AFFIDAVIT IN SUPPORT OF REQUEST FOR EXCLUSION FROM THE CLASS ACTION SETTLEMENT BETWEEN PUBLIC WATER SYSTEMS AND 3M COMPANY**

PERSONALLY APPEARED BEFORE ME, THE UNDERSIGNED, WHO BEING DULY SWORN, STATES AS FOLLOWS:

1. My name is Randall S. Osterman. I am older than eighteen years of age, and I am the City Manager of the City of Florence, South Carolina ("Florence"). My address, telephone, facsimile number, and email address are as follows:

   a. Address: 324 West Evans Street, Florence South Carolina 29501

   b. Telephone: 843.665.3113

   c. Facsimile Number: 843.665.3110

   d. Email Address: rosterman@cityofflorence.com

2. Florence is an "Public Water System" is an "Active Public Water System" in the United States that, as of the "Settlement Date" (June 22, 2023), has one or more "Impacted Water Sources", as set forth under the Settlement Agreement Between Public Water Systems and 3M Company filed in *City of Camden, et al. v. 3M Company*, No. 2:23-cv-03147-RMG.

3. I declare, under penalty of perjury in accordance with 28 U.S.C. § 1746, that I have been legally authorized to exclude Florence from the 3M Settlement Class and the 3M Class Action Settlement in the above-captioned matter. The address, telephone number, and email address for Florence are as follows:

   a. Address: 324 West Evans Street, Florence South Carolina 29501

   b. Telephone: 843.665.3113

   c. Facsimile Number: 843.665.3110

d. Email Address: rosterman@cityofflorence.com

4. I am submitting a Request for Exclusion on behalf of Florence, and I am filing it with the Notice Administrator before December 11, 2023. As a result, Florence will not be a 3M Settlement Class Member and will not be bound by the 3M Class Action Settlement.

FURTHER AFFIANT SAYETH NAUGHT.

Name: Randall S. Osterman, City Manager

Sworn to and signed before me this

30 day of Nov, 2023.

Notary Public

My Commission expires: 11-9-30

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br>**This document relates to:**<br>*City of Camden, et al., v. 3M Company*,<br>No. 2:23-cv-03147-RMG |

**REQUEST FOR EXCLUSION
FROM THE CLASS ACTION SETTLEMENT
BETWEEN PUBLIC WATER SYSTEMS AND 3M COMPANY**

November 30, 2023

| | | |
|---|---|---|
| **Notice Administrator:**<br>In re: Aqueous Film-Forming Foams Products Liability Litigation<br>c/o 3M Notice Administrator<br>1650 Arch Street, Suite 2210<br>Philadelphia, PA 19103 | **Special Master:**<br>Matthew Garretson<br>Wolf/Garretson LLC<br>P.O. Box 2806<br>Park City, UT 84060 | **Claims Administrator:**<br>AFFF Public Water System Claims<br>P.O. Box 4466<br>Baton Rouge, LA 70821 |

**Counsel for 3M:**

| | | |
|---|---|---|
| Kevin H. Rhodes<br>Executive Vice President and Chief Legal Affairs Officer<br>Legal Affairs Department<br>3M Company<br>3M Center, 220-9E-01<br>St. Paul, MN 55144-1000 | Thomas J. Perrelli<br>Jenner & Block LLP<br>1099 New York Avenue, N.W., Suite 900<br>Washington, DC 20001-4412 | Richard F. Bulger<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, Illinois 60606 |

**Class Counsel:**

| | | |
|---|---|---|
| Scott Summy<br>Baron & Budd, P.C.<br>3102 Oak Lawn Ave., Ste. 1100<br>Dallas, Texas 75219 | Michael A. London<br>Douglas & London<br>59 Maiden Lane, 6th Floor<br>New York, NY 10038 | Paul J. Napoli<br>Napoli Shkolnik<br>1302 Av. Ponce de Leon<br>San Juan, Puerto Rico 00907 |
| Elizabeth A. Fegan<br>Fegan Scott LLC<br>150 S. Wacker Drive, 24th Floor<br>Chicago, IL 60606 | Joseph F. Rice<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464 | |

To Whom It May Concern:

My Public Water System, the City of Florence, South Carolina, a body politic and corporate and a political subdivision of the State of South Carolina ("Florence"), does **NOT** want to be a Settlement Class Member in the Settlement Class and the Class Action Settlement with 3M that has been preliminarily approved by the Court in the *In re: Aqueous Film-Forming Foams Products Liability Litigation*. **Please exclude my Public Water System, Florence, from the 3M Settlement Class and the 3M Class Action Settlement**.

I understand that by providing the following Exclusion Request Form and contact information and by signing and submitting a copy of the following Exclusion Request Form, **I am opting my Public Water System out of the 3M Settlement Class, and it will NOT be a Class Member**. I understand that by timely submitting this form, my Public Water System is foregoing any right to any of the relief or other benefits provided under the 3M Class Action Settlement, does not gain any rights by virtue of the Settlement Agreement, and is not entitled to submit an Objection. I further understand that my Public Water System is NOT guaranteed an opportunity to opt back in. I also understand that, by opting out, my Public Water System will not be bound by any orders or judgment entered in the MDL Cases with respect to the Class Settlement.

I understand that if my Public Water System is a Class Member and wants to remain a Class Member, it does not need to do anything now. I understand that I should NOT return this Exclusion Request Form if my Public Water System wants to remain a Class Member. I understand that, if I have any questions, I may contact Class Counsel and/or visit www.PFASWaterSettlement.com BEFORE I mail this form to you and BEFORE **December 11, 2023.**

As set forth in the Notice of 3M Class Action Settlement, **I am filing a written and signed Request for Exclusion with the Notice Administrator to exclude the Public Water System of Florence from the 3M Settlement Class, and I am writing to opt out of the 3M Settlement Class and the 3M Class Action Settlement**. This Request for Exclusion is being sent via certified or first-class mail to the Notice Administrator, the Special Master, the Claims Administrator, Counsel for 3M, and Class Counsel at the addresses listed above.

Sincerely,

**Randall S. Osterman**
City Manager, City of Florence, South Carolina
324 West Evans Street
Florence, South Carolina 29501
Phone: 843.665.3113
Email: rosterman@cityofflorence.com

## Request for Exclusion

Having acknowledged the information above, the Public Water System of the City of Florence, in the State of South Carolina, hereby excludes itself from the 3M Settlement Class certified by United States District Court for the District of South Carolina in the *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL No. 2:18-mn-2873-RMG, and opt outs of the 3M Class Action Settlement.

| **Submitting Individual** | **Eligible Claimant** |
|---|---|
| Name: Benjamin T. Zeigler, City Attorney | Name: City of Florence, South Carolina |
| | Attn: Randall S. Osterman, City Manager |
| Address: 135 S. Dargan Street, Suite 300 | Address: 324 West Evans Street |
| Florence, South Carolina 29506 | Florence, South Carolina 29501 |
| Telephone: 843.673.5304 | Telephone: 843.665.3113 |
| Facsimile: 843.669.3815 | Facsimile: 843.665.3110 |
| Email: bzeigler@hsblawfirm.com | Email: rosterman@cityofflorence.com |

Under penalty of perjury and in accordance with 28 U.S.C. § 1746, I declare that I am an official or employee authorized to take legal action on behalf of my Public Water System to exclude my Public Water System from the 3M Class Action Settlement:

Randall S. Osterman
City Manager
324 West Evans Street
Florence, South Carolina 29501
Phone: 843.665.3113
Email: rosterman@cityofflorence.com

**November 30, 2023**

JOHN B. WHITE JR. P.A.
Law Firm

November 21, 2023

**VIA CERTIFIED MAIL, FEDEX OVERNIGHT, & ELECTRONIC MAIL TO:**

| | | |
|---|---|---|
| **Notice Administrator:**<br>In re: Aqueous Film-Forming Foams Products Liability Litigation<br>c/o 3M Notice Administrator<br>1650 Arch Street, Suite 2210<br>Philadelphia, PA 19103 | **Special Master:**<br>Matthew Garretson<br>Wolf/Garretson LLC<br>P.O. Box 2806<br>Park City, UT 84060 | **Claims Administrator:**<br>AFFF Public Water System Claims<br>P.O. Box 4466<br>Baton Rouge, LA 70821 |

**Counsel for 3M:**

| | | |
|---|---|---|
| Kevin H. Rhodes<br>Executive Vice President and Chief Legal Affairs Officer<br>Legal Affairs Department<br>3M Company<br>3M Center, 220-9E-01<br>St. Paul, MN 55144-1000 | Thomas J. Perrelli<br>Jenner & Block LLP<br>1099 New York Avenue, N.W., Suite 900<br>Washington, DC 20001-4412 | Richard F. Bulger<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, Illinois 60606 |

**Class Counsel:**

<table>
<tr><td colspan="2">Scott Summy<br>Baron & Budd, P.C.<br>3102 Oak Lawn Ave., Ste. 1100<br>Dallas, Texas 75219</td><td colspan="2">Michael A. London<br>Douglas & London<br>59 Maiden Lane, 6th Floor<br>New York, NY 10038</td><td colspan="2">Paul J. Napoli<br>Napoli Shkolnik<br>1302 Av. Ponce de Leon<br>San Juan, Puerto Rico 00907</td></tr>
<tr><td colspan="3">Elizabeth A. Fegan<br>Fegan Scott LLC<br>150 S. Wacker Drive, 24th Floor<br>Chicago, IL 60606</td><td colspan="3">Joseph F. Rice<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464</td></tr>
</table>

JOHN B. WHITE, JR.
jwhite@johnbwhitelaw.com

GRIFFIN LITTLEJOHN LYNCH
glynch@johnbwhitelaw.com

MARGHRETTA SHISKO
mshisko@johnbwhitelaw.com

291 SOUTH PINE STREET
P.O. BOX 2465
SPARTANBURG S.C. 29304
(864) 594-5988

**Clerk of South Carolina District Court:**
Clerk, United States District Court for the District of South Carolina
85 Broad Street
Charleston, SC 29401

Re: *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL No.: 2:18-mn-2873-RMG; *City of Camden, et al., v. E.I. DuPont de Nemours and Company, et al.*, No. 2:23-cv-03230-RMG

Request for Exclusion from the Class Action Settlement between Public Water Systems and 3M Company

To Whom it May Concern:

This firm represents Gaffney Board of Public Works, along with Cory Watson, P.C. Enclosed please find a Request for Exclusion from the Class Action Settlement between Public Water Systems and 3M Company, along with an Affidavit in Support (collectively, the "Exclusion Documents"). Having timely submitted the Exclusion Documents before December 11, 2023, we understand that Gaffney Board of Public Works will be excluded from the 3M Settlement Class and the 3M Class Action Settlement.

To the extent there are any questions or issues, Gaffney Board of Public Works can be contacted through the undersigned. Additionally, I am in possession of the original Exclusion Documents if there is any need to inspect. Please confirm receipt of this letter and the Exclusion Documents, and please confirm that Gaffney Board of Public Works will **NOT** be a member of the 3M Settlement Class and will **NOT** be a part of the 3M Class Action Settlement.

Sincerely,

John B. White, Jr.

Enclosures

CC: F. Jerome Tapley (jtapley@corywatson.com)
Marghretta Shisko (mshisko@johnbwhitelaw.com)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br>**This document relates to:**<br>*City of Camden, et al., v. 3M Company*, No. 2:23-cv-03147-RMG |

**AFFIDAVIT IN SUPPORT OF REQUEST FOR EXCLUSION FROM THE CLASS ACTION SETTLEMENT BETWEEN PUBLIC WATER SYSTEMS AND 3M COMPANY**

PERSONALLY APPEARED BEFORE ME, THE UNDERSIGNED, WHO BEING DULY SWORN, STATES AS FOLLOWS:

1. My name is Donnie L. Hardin. I am older than eighteen years of age, and I am the General Manager of the Gaffney Board of Public Works. My address, telephone, facsimile number, and email address are as follows:

    a. Address: 210 East Frederick Street, Gaffney, SC 29340

    b. Telephone: (864) 488-8800

    c. Facsimile: (864) 488-8855

    d. Email Address: dhardin@gbpw.com

2. The Gaffney Board of Public Works is an "Active Public Water System" in the United States that, as of the "Settlement Date" (June 22, 2023), has one or more "Impacted Water Sources," as set forth under the Settlement Agreement Between Public Water Systems and 3M Company filed in *City of Camden, et al. v. 3M Company*, No. 2:23-cv-03147-RMG.

3. I declare, under penalty of perjury in accordance with 28 U.S.C. § 1746, that I have been legally authorized to exclude the Gaffney Board of Public Works from the 3M Settlement Class and the 3M Class Action Settlement in the above-captioned matter. The address, telephone number, and email address for the Gaffney Board of Public Works are as follows:

    a. Address: 210 East Frederick Street, Gaffney, SC 29340

    b. Telephone: (864) 488-8800

c. Facsimile: (864) 488-8855

d. Email Address: customerservice@gbpw.com

4. I am submitting a Request for Exclusion on behalf of the Gaffney Board of Public Works, and I am filing it with the Notice Administrator before December 11, 2023. As a result, the Gaffney Board of Public Works will not be a 3M Settlement Class Member and will not be bound by the 3M Class Action Settlement.

FURTHER AFFIANT SAYETH NAUGHT.

Donnie L. Hardin

Sworn to and signed before me this

7 day of November, 2023.

Kristen W Chapman

Notary Public

My Commission expires: 3-6-30

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br>**This document relates to:**<br>*City of Camden, et al., v. 3M Company*, No. 2:23-cv-03147-RMG |

**REQUEST FOR EXCLUSION**
**FROM THE CLASS ACTION SETTLEMENT**
**BETWEEN PUBLIC WATER SYSTEMS AND 3M COMPANY**

November 7, 2023

| | | |
|---|---|---|
| **Notice Administrator:**<br>In re: Aqueous Film-Forming Foams Products Liability Litigation<br>c/o 3M Notice Administrator<br>1650 Arch Street, Suite 2210<br>Philadelphia, PA 19103 | **Special Master:**<br>Matthew Garretson<br>Wolf/Garretson LLC<br>P.O. Box 2806<br>Park City, UT 84060 | **Claims Administrator:**<br>AFFF Public Water System Claims<br>P.O. Box 4466<br>Baton Rouge, LA 70821 |

**Counsel for 3M:**

| | | |
|---|---|---|
| Kevin H. Rhodes<br>Executive Vice President and Chief Legal Affairs Officer<br>Legal Affairs Department<br>3M Company<br>3M Center, 220-9E-01<br>St. Paul, MN 55144-1000 | Thomas J. Perrelli<br>Jenner & Block LLP<br>1099 New York Avenue, N.W., Suite 900<br>Washington, DC 20001-4412 | Richard F. Bulger<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, Illinois 60606 |

**Class Counsel:**

| | | |
|---|---|---|
| Scott Summy<br>Baron & Budd, P.C.<br>3102 Oak Lawn Ave., Ste. 1100<br>Dallas, Texas 75219 | Michael A. London<br>Douglas & London<br>59 Maiden Lane, 6th Floor<br>New York, NY 10038 | Paul J. Napoli<br>Napoli Shkolnik<br>1302 Av. Ponce de Leon<br>San Juan, Puerto Rico 00907 |
| Elizabeth A. Fegan<br>Fegan Scott LLC<br>150 S. Wacker Drive, 24th Floor<br>Chicago, IL 60606 | Joseph F. Rice<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464 | |

To Whom It May Concern:

My Public Water System, the Gaffney Board of Public Works, does **NOT** want to be a Settlement Class Member in the Settlement Class and the Class Action Settlement with 3M that has been preliminarily approved by the Court in the *In re: Aqueous Film-Forming Foams Products Liability Litigation*. **Please exclude my Public Water System, the Gaffney Board of Public Works, from the 3M Settlement Class and the 3M Class Action Settlement**.

I understand that by providing the following Exclusion Request Form and contact information and by signing and submitting a copy of the following Exclusion Request Form, **I am opting my Public Water System out of the 3M Settlement Class, and it will NOT be a Class Member**. I understand that by timely submitting this form, my Public Water System is foregoing any right to any of the relief or other benefits provided under the 3M Class Action Settlement, does not gain any rights by virtue of the Settlement Agreement, and is not entitled to submit an Objection. I further understand that my Public Water System is NOT guaranteed an opportunity to opt back in. I also understand that, by opting out, my Public Water System will not be bound by any orders or judgment entered in the MDL Cases with respect to the Class Settlement.

I understand that if my Public Water System is a Class Member and wants to remain a Class Member, it does not need to do anything now. I understand that I should NOT return this Exclusion Request Form if my Public Water System wants to remain a Class Member. I understand that, if I have any questions, I may contact Class Counsel and/or visit www.PFASWaterSettlement.com BEFORE I mail this form to you and BEFORE **December 11, 2023.**

As set forth in the Notice of 3M Class Action Settlement, **I am filing a written and signed Request for Exclusion with the Notice Administrator to exclude the Public Water System of the Gaffney Board of Public Works from the 3M Settlement Class, and I am writing to opt out of the 3M Settlement Class and the 3M Class Action Settlement**. This Request for Exclusion is being sent via certified or first-class mail to the Notice Administrator, the Special Master, the Claims Administrator, Counsel for 3M, and Class Counsel at the addresses listed above.

Sincerely,

Donnie L. Hardin

General Manager, Gaffney Board of Public Works

**Request for Exclusion**

Having acknowledged the information above, the Public Water System of the Gaffney Board of Public Works, in the State of South Carolina, hereby excludes itself from the 3M Settlement Class certified by United States District Court for the District of South Carolina in the *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL No. 2:18-mn-2873-RMG, and opt outs of the 3M Class Action Settlement.

**Submitting Individual**

Name: Donnie L. Hardin, General Manager

Address: 210 East Frederick Street, Gaffney SC 29340

Telephone: (864) 488-8800

Facsimile: (864) 488-8855

Email: dhardin@gbpw.com

**Eligible Claimant**

Name: The Gaffney Board of Public Works

Address: 210 East Frederick Street, Gaffney SC 29340

Telephone: (864) 488-8800

Facsimile: (864) 488-8855

Email: customerservice@gbpw.com

Under penalty of perjury and in accordance with 28 U.S.C. § 1746, I declare that I am an official or employee authorized to take legal action on behalf of my Public Water System to exclude my Public Water System from the 3M Class Action Settlement:

Signature: Don Hardin

Print Name: Donnie L. Hardin

Title: General Manager

Date: 11-7-23

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br>**This document relates to:**<br>*City of Camden, et al., v. 3M Company*, No. 2:23-cv-03147-RMG |

**AFFIDAVIT IN SUPPORT OF REQUEST FOR EXCLUSION FROM THE CLASS ACTION SETTLEMENT BETWEEN PUBLIC WATER SYSTEMS AND 3M COMPANY**

PERSONALLY APPEARED BEFORE ME, THE UNDERSIGNED, WHO BEING DULY SWORN, STATES AS FOLLOWS:

1. My name is Christy S. Everett. I am older than eighteen years of age, and I am the Chief Executive Officer of Grand Strand Water & Sewer Authority. My address, telephone, facsimile number, and email address are as follows:

    a. Address: P.O. Box 2368, Conway, SC 29528-2368

    b. Telephone: (843) 443-8221

    c. Facsimile: (843) 347-4680

    d. Email Address: ceverett@gswsa.com

2. Grand Strand Water & Sewer Authority is an "Active Public Water System" in the United States that, as of the "Settlement Date" (June 22, 2023), has one or more "Impacted Water Sources," as set forth under the Settlement Agreement Between Public Water Systems and 3M Company filed in *City of Camden, et al. v. 3M Company*, No. 2:23-cv-03147-RMG.

3. I declare, under penalty of perjury in accordance with 28 U.S.C. § 1746, that I have been legally authorized to exclude Grand Strand Water & Sewer Authority from the 3M Settlement Class and the 3M Class Action Settlement in the above-captioned matter. The address, telephone number, and email address for Grand Strand Water & Sewer Authority are as follows:

    a. Address: 166 Jackson Bluff Road, Conway, SC 29526

    b. Telephone: (843) 443-8200

c. Facsimile: (843) 347-4680

d. Email Address: ceverett@gswsa.com

4. I am submitting a Request for Exclusion on behalf of Grand Strand Water & Sewer Authority, and I am filing it with the Notice Administrator before December 11, 2023. As a result, Grand Strand Water & Sewer Authority will not be a 3M Settlement Class Member and will not be bound by the 3M Class Action Settlement.

FURTHER AFFIANT SAYETH NAUGHT.

Christy S Everett

Christy S. Everett, P.E.

Sworn to and signed before me this

9th day of November, 2023.

Nichole B C

Notary Public

My Commission expires: 5-8-27

NICHOLE BOYD CLEMONS
MY COMMISSION EXPIRES
NOTARY PUBLIC
MAY 8, 2027
SOUTH CAROLINA

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br>**This document relates to:**<br>*City of Camden, et al., v. 3M Company*, No. 2:23-cv-03147-RMG |

**REQUEST FOR EXCLUSION**
**FROM THE CLASS ACTION SETTLEMENT**
**BETWEEN PUBLIC WATER SYSTEMS AND 3M COMPANY**

November _8_, 2023

| | | |
|---|---|---|
| **Notice Administrator:**<br>In re: Aqueous Film-Forming Foams Products Liability Litigation<br>c/o 3M Notice Administrator<br>1650 Arch Street, Suite 2210<br>Philadelphia, PA 19103 | **Special Master:**<br>Matthew Garretson<br>Wolf/Garretson LLC<br>P.O. Box 2806<br>Park City, UT 84060 | **Claims Administrator:**<br>AFFF Public Water System Claims<br>P.O. Box 4466<br>Baton Rouge, LA 70821 |

**Counsel for 3M:**

| | | |
|---|---|---|
| Kevin H. Rhodes<br>Executive Vice President and Chief Legal Affairs Officer<br>Legal Affairs Department<br>3M Company<br>3M Center, 220-9E-01<br>St. Paul, MN 55144-1000 | Thomas J. Perrelli<br>Jenner & Block LLP<br>1099 New York Avenue, N.W., Suite 900<br>Washington, DC 20001-4412 | Richard F. Bulger<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, Illinois 60606 |

**Class Counsel:**

| | | |
|---|---|---|
| Scott Summy<br>Baron & Budd, P.C.<br>3102 Oak Lawn Ave., Ste. 1100<br>Dallas, Texas 75219 | Michael A. London<br>Douglas & London<br>59 Maiden Lane, 6th Floor<br>New York, NY 10038 | Paul J. Napoli<br>Napoli Shkolnik<br>1302 Av. Ponce de Leon<br>San Juan, Puerto Rico 00907 |
| Elizabeth A. Fegan<br>Fegan Scott LLC<br>150 S. Wacker Drive, 24th Floor<br>Chicago, IL 60606 | Joseph F. Rice<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464 | |

To Whom It May Concern:

My Public Water System, Grand Strand Water & Sewer Authority, does **NOT** want to be a Settlement Class Member in the Settlement Class and the Class Action Settlement with 3M that has been preliminarily approved by the Court in the *In re: Aqueous Film-Forming Foams Products Liability Litigation*. **Please exclude my Public Water System, Grand Strand Water & Sewer Authority, from the 3M Settlement Class and the 3M Class Action Settlement**.

I understand that by providing the following Exclusion Request Form and contact information and by signing and submitting a copy of the following Exclusion Request Form, **I am opting my Public Water System out of the 3M Settlement Class, and it will NOT be a Class Member**. I understand that by timely submitting this form, my Public Water System is foregoing any right to any of the relief or other benefits provided under the 3M Class Action Settlement, does not gain any rights by virtue of the Settlement Agreement, and is not entitled to submit an Objection. I further understand that my Public Water System is NOT guaranteed an opportunity to opt back in. I also understand that, by opting out, my Public Water System will not be bound by any orders or judgment entered in the MDL Cases with respect to the Class Settlement.

I understand that if my Public Water System is a Class Member and wants to remain a Class Member, it does not need to do anything now. I understand that I should NOT return this Exclusion Request Form if my Public Water System wants to remain a Class Member. I understand that, if I have any questions, I may contact Class Counsel and/or visit www.PFASWaterSettlement.com BEFORE I mail this form to you and BEFORE **December 11, 2023.**

As set forth in the Notice of 3M Class Action Settlement, **I am filing a written and signed Request for Exclusion with the Notice Administrator to exclude the Public Water System of Grand Strand Water & Sewer Authority from the 3M Settlement Class, and I am writing to opt out of the 3M Settlement Class and the 3M Class Action Settlement**. This Request for Exclusion is being sent via certified or first-class mail to the Notice Administrator, the Special Master, the Claims Administrator, Counsel for 3M, and Class Counsel at the addresses listed above.

Sincerely,

Christy S. Everett, P.E.

Chief Executive Officer, Grand Strand Water & Sewer Authority

**Request for Exclusion**

Having acknowledged the information above, the Public Water System of Grand Strand Water & Sewer Authority, in the State of South Carolina, hereby excludes itself from the 3M Settlement Class certified by United States District Court for the District of South Carolina in the *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL No. 2:18-mn-2873-RMG, and opt outs of the 3M Class Action Settlement.

**Submitting Individual**

Name: Christy S. Everett, P.E.

Address: P.O. Box 2368, Conway, SC 29528-2368

Telephone: (843) 443-8221

Facsimile: (843) 347-4680

Email: ceverett@gswsa.com

**Eligible Claimant**

Name: Grand Strand Water & Sewer Authority

Address: 166 Jackson Bluff Road, Conway, SC 29526

Telephone: (843) 443-8221

Facsimile: (843) 347-4680

Email: ceverett@gswsa.com

Under penalty of perjury and in accordance with 28 U.S.C. § 1746, I declare that I am an official or employee authorized to take legal action on behalf of my Public Water System to exclude my Public Water System from the 3M Class Action Settlement:

Signature: Christy S Everett

Print Name: Christy S. Everett, P.E.

Title: Chief Executive Officer, Grand Strand Water & Sewer Authority

Date: 11-8-2023

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br>**This document relates to:**<br>*City of Camden, et al., v. 3M Company*, No. 2:23-cv-03147-RMG |

**AFFIDAVIT IN SUPPORT OF REQUEST FOR EXCLUSION FROM THE CLASS ACTION SETTLEMENT BETWEEN PUBLIC WATER SYSTEMS AND 3M COMPANY**

PERSONALLY APPEARED BEFORE ME, THE UNDERSIGNED, WHO BEING DULY SWORN, STATES AS FOLLOWS:

1. My name is Jeffery D. Meredith. I am older than eighteen years of age, and I am the General Manager of Greenwood Commissioners of Public Works. My address, telephone, facsimile number, and email address are as follows:

   a. Address: P.O. Box 549, Greenwood, SC 29648

   b. Telephone: (864) 942-8105

   c. Facsimile: (864) 942-8111

   d. Email Address: jmeredith@greenwoodcpw.com

2. Greenwood Commissioners of Public Works is an "Active Public Water System" in the United States that, as of the "Settlement Date" (June 22, 2023), has one or more "Impacted Water Sources," as set forth under the Settlement Agreement Between Public Water Systems and 3M Company filed in *City of Camden, et al. v. 3M Company*, No. 2:23-cv-03147-RMG.

3. I declare, under penalty of perjury in accordance with 28 U.S.C. § 1746, that I have been legally authorized to exclude Greenwood Commissioners of Public Works from the 3M Settlement Class and the 3M Class Action Settlement in the above-captioned matter. The address, telephone number, and email address for Greenwood Commissioners of Public Works are as follows:

   a. Address: P.O. Box 549, Greenwood, SC 29648

   b. Telephone: (864) 942-8105

c. Facsimile: (864) 942-8111

d. Email Address: jmeredith@greenwoodcpw.com

4. I am submitting a Request for Exclusion on behalf of Greenwood Commissioners of Public Works, and I am filing it with the Notice Administrator before December 11, 2023. As a result, Greenwood Commissioners of Public Works will not be a 3M Settlement Class Member and will not be bound by the 3M Class Action Settlement.

FURTHER AFFIANT SAYETH NAUGHT.

Jeffery D Meredith

Jeffery D. Meredith, P.E.

Sworn to and signed before me this

15th day of November 2023.

Jean A Coen

Notary Public

My Commission expires: May 25, 2027

JEAN A. COEN
NOTARY PUBLIC
MY COMMISSION EXPIRES 5/25/2027
SOUTH CAROLINA

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br>**This document relates to:**<br>*City of Camden, et al., v. 3M Company*, No. 2:23-cv-03147-RMG |

**REQUEST FOR EXCLUSION**
**FROM THE CLASS ACTION SETTLEMENT**
**BETWEEN PUBLIC WATER SYSTEMS AND 3M COMPANY**

November 15, 2023

| | | |
|---|---|---|
| **Notice Administrator:**<br>In re: Aqueous Film-Forming Foams Products Liability Litigation<br>c/o 3M Notice Administrator<br>1650 Arch Street, Suite 2210<br>Philadelphia, PA 19103 | **Special Master:**<br>Matthew Garretson<br>Wolf/Garretson LLC<br>P.O. Box 2806<br>Park City, UT 84060 | **Claims Administrator:**<br>AFFF Public Water System Claims<br>P.O. Box 4466<br>Baton Rouge, LA 70821 |

**Counsel for 3M:**

| | | |
|---|---|---|
| Kevin H. Rhodes<br>Executive Vice President and Chief Legal Affairs Officer<br>Legal Affairs Department<br>3M Company<br>3M Center, 220-9E-01<br>St. Paul, MN 55144-1000 | Thomas J. Perrelli<br>Jenner & Block LLP<br>1099 New York Avenue, N.W., Suite 900<br>Washington, DC 20001-4412 | Richard F. Bulger<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, Illinois 60606 |

**Class Counsel:**

| | | |
|---|---|---|
| Scott Summy<br>Baron & Budd, P.C.<br>3102 Oak Lawn Ave., Ste. 1100<br>Dallas, Texas 75219 | Michael A. London<br>Douglas & London<br>59 Maiden Lane, 6th Floor<br>New York, NY 10038 | Paul J. Napoli<br>Napoli Shkolnik<br>1302 Av. Ponce de Leon<br>San Juan, Puerto Rico 00907 |
| Elizabeth A. Fegan<br>Fegan Scott LLC<br>150 S. Wacker Drive, 24th Floor<br>Chicago, IL 60606 | Joseph F. Rice<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464 | |

To Whom It May Concern:

My Public Water System, Greenwood Commissioners of Public Works, does **NOT** want to be a Settlement Class Member in the Settlement Class and the Class Action Settlement with 3M that has been preliminarily approved by the Court in the *In re: Aqueous Film-Forming Foams Products Liability Litigation.* **Please exclude my Public Water System, Greenwood Commissioners of Public Works, from the 3M Settlement Class and the 3M Class Action Settlement**.

I understand that by providing the following Exclusion Request Form and contact information and by signing and submitting a copy of the following Exclusion Request Form, **I am opting my Public Water System out of the 3M Settlement Class, and it will NOT be a Class Member**. I understand that by timely submitting this form, my Public Water System is foregoing any right to any of the relief or other benefits provided under the 3M Class Action Settlement, does not gain any rights by virtue of the Settlement Agreement, and is not entitled to submit an Objection. I further understand that my Public Water System is NOT guaranteed an opportunity to opt back in. I also understand that, by opting out, my Public Water System will not be bound by any orders or judgment entered in the MDL Cases with respect to the Class Settlement.

I understand that if my Public Water System is a Class Member and wants to remain a Class Member, it does not need to do anything now. I understand that I should NOT return this Exclusion Request Form if my Public Water System wants to remain a Class Member. I understand that, if I have any questions, I may contact Class Counsel and/or visit www.PFASWaterSettlement.com BEFORE I mail this form to you and BEFORE **December 11, 2023.**

As set forth in the Notice of 3M Class Action Settlement, **I am filing a written and signed Request for Exclusion with the Notice Administrator to exclude the Public Water System of Greenwood Commissioners of Public Works from the 3M Settlement Class, and I am writing to opt out of the 3M Settlement Class and the 3M Class Action Settlement**. This Request for Exclusion is being sent via certified or first-class mail to the Notice Administrator, the Special Master, the Claims Administrator, Counsel for 3M, and Class Counsel at the addresses listed above.

Sincerely,

Jeffery R Meredith

Jeffery D. Meredith, P.E.

General Manager, Greenwood Commissioners of Public Works

## Request for Exclusion

Having acknowledged the information above, the Public Water System of **Greenwood Commissioners of Public Works**, in the State of South Carolina, hereby excludes itself from the 3M Settlement Class certified by United States District Court for the District of South Carolina in the *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL No. 2:18-mn-2873-RMG, and opt outs of the 3M Class Action Settlement.

**Submitting Individual**

Name: Jeffery D. Meredith, P.E.

Address: P.O. Box 549, Greenwood, SC 29648

Telephone: (864) 942-8105

Facsimile: (864) 942-8111

Email: jmeredith@greenwoodcpw.com

**Eligible Claimant**

Name: Greenwood Commissioners of Public Works

Address: P.O. Box 549, Greenwood, SC 29648

Telephone: (864) 942-8105

Facsimile: (864) 942-8111

Email: jmeredith@greenwoodcpw.com

Under penalty of perjury and in accordance with 28 U.S.C. § 1746, I declare that I am an official or employee authorized to take legal action on behalf of my Public Water System to exclude my Public Water System from the 3M Class Action Settlement:

Signature: Jeffery D Meredith

Print Name: Jeffery D. Meredith, P.E.

Title: General Manager, Greenwood Commissioners of Public Works

Date: 11-15-23

JOHN B. WHITE JR. P.A.
Law Firm

November 29, 2023

**VIA CERTIFIED MAIL, FEDEX OVERNIGHT, & ELECTRONIC MAIL TO:**

| **Notice Administrator:** | **Special Master:** | **Claims Administrator:** |
|---|---|---|
| In re: Aqueous Film-Forming Foams Products Liability Litigation<br>c/o 3M Notice Administrator<br>1650 Arch Street, Suite 2210<br>Philadelphia, PA 19103 | Matthew Garretson<br>Wolf/Garretson LLC<br>P.O. Box 2806<br>Park City, UT 84060 | AFFF Public Water System Claims<br>P.O. Box 4466<br>Baton Rouge, LA 70821 |

**Counsel for 3M:**

| | | |
|---|---|---|
| Kevin H. Rhodes<br>Executive Vice President and Chief Legal Affairs Officer<br>Legal Affairs Department<br>3M Company<br>3M Center, 220-9E-01<br>St. Paul, MN 55144-1000 | Thomas J. Perrelli<br>Jenner & Block LLP<br>1099 New York Avenue, N.W., Suite 900<br>Washington, DC 20001-4412 | Richard F. Bulger<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, Illinois 60606 |

**Class Counsel:**

| | | |
|---|---|---|
| Scott Summy<br>Baron & Budd, P.C.<br>3102 Oak Lawn Ave., Ste. 1100<br>Dallas, Texas 75219 | Michael A. London<br>Douglas & London<br>59 Maiden Lane, 6th Floor<br>New York, NY 10038 | Paul J. Napoli<br>Napoli Shkolnik<br>1302 Av. Ponce de Leon<br>San Juan, Puerto Rico 00907 |
| Elizabeth A. Fegan<br>Fegan Scott LLC<br>150 S. Wacker Drive, 24th Floor<br>Chicago, IL 60606 | Joseph F. Rice<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464 | |

JOHN B. WHITE, JR.
jwhite@johnbwhitelaw.com

GRIFFIN LITTLEJOHN LYNCH
glynch@johnbwhitelaw.com

MARGHRETTA SHISKO
mshisko@johnbwhitelaw.com

291 SOUTH PINE STREET
P.O. BOX 2465
SPARTANBURG S.C. 29304
(864) 594-5988

**Clerk of South Carolina District Court:**
Clerk, United States District Court for the District of South Carolina
85 Broad Street
Charleston, SC 29401

Re: *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL No.: 2:18-mn-2873-RMG; *City of Camden, et al., v. E.I. DuPont de Nemours and Company, et al.*, No. 2:23-cv-03230-RMG

Request for Exclusion from the Class Action Settlement between Public Water Systems and 3M Company

To Whom it May Concern:

This firm represents Laurens County Water and Sewer Commission, along with Cory Watson, P.C. Enclosed please find a Request for Exclusion from the Class Action Settlement between Public Water Systems and 3M Company, along with an Affidavit in Support (collectively, the "Exclusion Documents"). Having timely submitted the Exclusion Documents before December 11, 2023, we understand that Laurens County Water and Sewer Commission will be excluded from the 3M Settlement Class and the 3M Class Action Settlement.

To the extent there are any questions or issues, Laurens County Water and Sewer Commission can be contacted through the undersigned. Additionally, I am in possession of the original Exclusion Documents if there is any need to inspect. Please confirm receipt of this letter and the Exclusion Documents, and please confirm that Laurens County Water and Sewer Commission will **NOT** be a member of the 3M Settlement Class and will **NOT** be a part of the 3M Class Action Settlement.

Sincerely,

John B. White, Jr.

John B. White, Jr.

Enclosures

CC: F. Jerome Tapley (jtapley@corywatson.com)
Marghretta Shisko (mshisko@johnbwhitelaw.com)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br>**This document relates to:**<br>*City of Camden, et al., v. 3M Company*, No. 2:23-cv-03147-RMG |

**AFFIDAVIT IN SUPPORT OF REQUEST FOR EXCLUSION FROM THE CLASS ACTION SETTLEMENT BETWEEN PUBLIC WATER SYSTEMS AND 3M COMPANY**

PERSONALLY APPEARED BEFORE ME, THE UNDERSIGNED, WHO BEING DULY SWORN, STATES AS FOLLOWS:

1. My name is Jeff Field. I am older than eighteen years of age, and I am the Executive Director of Laurens County Water and Sewer Commission, a South Carolina special purpose district ("LCWSC"). My address, telephone, facsimile number, and email address are as follows:

    a. Address: P.O. Box 1006, Laurens, SC 29360

    b. Telephone: (864) 682-6516

    c. Facsimile: (864) 682-3260

    d. Email Address: jfield@lcwsc.com

2. LCWSC is an "Active Public Water System" in the United States that, as of the "Settlement Date" (June 22, 2023), has one or more "Impacted Water Sources," as set forth under the Settlement Agreement Between Public Water Systems and 3M Company filed in *City of Camden, et al. v. 3M Company*, No. 2:23-cv-03147-RMG.

3. I declare, under penalty of perjury in accordance with 28 U.S.C. § 1746, that I have been legally authorized to exclude LCWSC from the 3M Settlement Class and the 3M Class Action Settlement in the above-captioned matter. The address, telephone number, and email address for LCWSC are as follows:

    a. Address: 3850 U.S. Hwy. 221 S., Laurens, SC 29360

    b. Telephone: (864) 682-3250

c. Facsimile: (864) 682-3260

d. Email Address: jfield@lcwsc.com

4. I am submitting a Request for Exclusion on behalf of LCWSC, and I am filing it with the Notice Administrator before December 11, 2023. As a result, LCWSC will not be a 3M Settlement Class Member and will not be bound by the 3M Class Action Settlement.

FURTHER AFFIANT SAYETH NAUGHT.

Jeff Field, P.E.

Sworn to and signed before me this

29th day of November, 2023.

Wendy Medlock

Notary Public

My Commission expires: 01/17/2027

WENDY W MEDLOCK NOTARY PUBLIC SOUTH CAROLINA

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br>**This document relates to:**<br>*City of Camden, et al., v. 3M Company*, No. 2:23-cv-03147-RMG |

**REQUEST FOR EXCLUSION**
**FROM THE CLASS ACTION SETTLEMENT**
**BETWEEN PUBLIC WATER SYSTEMS AND 3M COMPANY**

November 29, 2023

| | | |
|---|---|---|
| **Notice Administrator:**<br>In re: Aqueous Film-Forming Foams Products Liability Litigation<br>c/o 3M Notice Administrator<br>1650 Arch Street, Suite 2210<br>Philadelphia, PA 19103 | **Special Master:**<br>Matthew Garretson<br>Wolf/Garretson LLC<br>P.O. Box 2806<br>Park City, UT 84060 | **Claims Administrator:**<br>AFFF Public Water System Claims<br>P.O. Box 4466<br>Baton Rouge, LA 70821 |

**Counsel for 3M:**

| | | |
|---|---|---|
| Kevin H. Rhodes<br>Executive Vice President and Chief Legal Affairs Officer<br>Legal Affairs Department<br>3M Company<br>3M Center, 220-9E-01<br>St. Paul, MN 55144-1000 | Thomas J. Perrelli<br>Jenner & Block LLP<br>1099 New York Avenue, N.W., Suite 900<br>Washington, DC 20001-4412 | Richard F. Bulger<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, Illinois 60606 |

**Class Counsel:**

| | | |
|---|---|---|
| Scott Summy<br>Baron & Budd, P.C.<br>3102 Oak Lawn Ave., Ste. 1100<br>Dallas, Texas 75219 | Michael A. London<br>Douglas & London<br>59 Maiden Lane, 6th Floor<br>New York, NY 10038 | Paul J. Napoli<br>Napoli Shkolnik<br>1302 Av. Ponce de Leon<br>San Juan, Puerto Rico 00907 |
| Elizabeth A. Fegan<br>Fegan Scott LLC<br>150 S. Wacker Drive, 24th Floor<br>Chicago, IL 60606 | Joseph F. Rice<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464 | |

To Whom It May Concern:

My Public Water System, Laurens County Water and Sewer Commission ("LCWSC"), a South Carolina special purpose district, does **NOT** want to be a Settlement Class Member in the Settlement Class and the Class Action Settlement with 3M that has been preliminarily approved by the Court in the *In re: Aqueous Film-Forming Foams Products Liability Litigation*. **Please exclude my Public Water System, LCWSC, from the 3M Settlement Class and the 3M Class Action Settlement**.

I understand that by providing the following Exclusion Request Form and contact information and by signing and submitting a copy of the following Exclusion Request Form, **I am opting my Public Water System out of the 3M Settlement Class, and it will NOT be a Class Member**. I understand that by timely submitting this form, my Public Water System is foregoing any right to any of the relief or other benefits provided under the 3M Class Action Settlement, does not gain any rights by virtue of the Settlement Agreement, and is not entitled to submit an Objection. I further understand that my Public Water System is NOT guaranteed an opportunity to opt back in. I also understand that, by opting out, my Public Water System will not be bound by any orders or judgment entered in the MDL Cases with respect to the Class Settlement.

I understand that if my Public Water System is a Class Member and wants to remain a Class Member, it does not need to do anything now. I understand that I should NOT return this Exclusion Request Form if my Public Water System wants to remain a Class Member. I understand that, if I have any questions, I may contact Class Counsel and/or visit www.PFASWaterSettlement.com BEFORE I mail this form to you and BEFORE **December 11, 2023.**

As set forth in the Notice of 3M Class Action Settlement, **I am filing a written and signed Request for Exclusion with the Notice Administrator to exclude the Public Water System of LCWSC from the 3M Settlement Class, and I am writing to opt out of the 3M Settlement Class and the 3M Class Action Settlement**. This Request for Exclusion is being sent via certified or first-class mail to the Notice Administrator, the Special Master, the Claims Administrator, Counsel for 3M, and Class Counsel at the addresses listed above.

Sincerely,

Jeff Field, P.E.

Executive Director, Laurens County Water and Sewer Commission

**Request for Exclusion**

Having acknowledged the information above, the Public Water System of **Laurens County Water and Sewer Commission**, a special purpose district in the State of South Carolina, hereby excludes itself from the 3M Settlement Class certified by United States District Court for the District of South Carolina in the *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL No. 2:18-mn-2873-RMG, and opt outs of the 3M Class Action Settlement.

| **Submitting Individual** | **Eligible Claimant** |
|---|---|
| Name: Jeff Field, P.E. | Name: Laurens County Water and Sewer Commission |
| Address: P.O. Box 1006, Laurens, SC 29360 | Address: 3850 U.S. Hwy. 221 S., Laurens, SC 29360 |
| Telephone: (864) 682-6516 | Telephone: (864) 682-3250 |
| Facsimile: (864) 682-3260 | Facsimile: (864) 682-3260 |
| Email: jfield@lcwsc.com | Email: jfield@lcwsc.com |

Under penalty of perjury and in accordance with 28 U.S.C. § 1746, I declare that I am an official or employee authorized to take legal action on behalf of my Public Water System to exclude my Public Water System from the 3M Class Action Settlement:

Signature: ____________________

Print Name: Jeff Field, P.E.

Title: Executive Director, Laurens County Water and Sewer Commission

Date: November 29, 2023

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br>**This document relates to:**<br>*City of Camden, et al., v. 3M Company*, No. 2:23-cv-03147-RMG |

**AFFIDAVIT IN SUPPORT OF REQUEST FOR EXCLUSION FROM THE CLASS ACTION SETTLEMENT BETWEEN PUBLIC WATER SYSTEMS AND 3M COMPANY**

PERSONALLY APPEARED BEFORE ME, THE UNDERSIGNED, WHO BEING DULY SWORN, STATES AS FOLLOWS:

1. My name is Rebecca Roser. I am older than eighteen years of age, and I am the Associate General Counsel of South Carolina Public Service Authority a/k/a Santee Cooper. My address, telephone, facsimile number, and email address are as follows:

   a. Address: 1 Riverwood Drive, Moncks Corner, SC 29461

   b. Telephone: 843-761-7073 and 803-237-8775

   c. Facsimile: N/A

   d. Email Address: Rebecca.roser@santeecooper.com

2. South Carolina Public Service Authority a/k/a Santee Cooper is an "Active Public Water System" in the United States that, as of the "Settlement Date" (June 22, 2023), has one or more "Impacted Water Sources" as set forth under the Settlement Agreement Between Public Water Systems and 3M Company filed in *City of Camden, et al. v. 3M Company*, No. 2:23-cv-03147-RMG.

3. I declare, under penalty of perjury in accordance with 28 U.S.C. § 1746, that I have been legally authorized to exclude South Carolina Public Service Authority a/k/a Santee Cooper from the 3M Settlement Class and the 3M Class Action Settlement in the above-captioned matter. The address, telephone number, and email address for South Carolina Public Service Authority a/k/a Santee Cooper are as follows:

   a. Address: 1 Riverwood Drive, Moncks Corner, SC 29461

   b. Telephone: 843-761-7073

c. Facsimile: N/A

d. Email Address: Rebecca.roser@santeecooper.com

4. I am submitting a Request for Exclusion on behalf of South Carolina Public Service Authority a/k/a Santee Cooper, and I am filing it with the Notice Administrator before December 11, 2023. As a result, South Carolina Public Service Authority a/k/a Santee Cooper will not be a 3M Settlement Class Member and will not be bound by the 3M Class Action Settlement.

FURTHER AFFIANT SAYETH NAUGHT.

Rebecca Roser

Sworn to and signed before me this 4th day of December, 2023.

Notary Public

My Commission expires: 07/26/2032

Chloe Marlow

CHLOE N. MARLOW
MY COMM EXP.
NOTARY PUBLIC
07/26/2032
SOUTH CAROLINA

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br>**This document relates to:**<br>*City of Camden, et al., v. 3M Company*,<br>No. 2:23-cv-03147-RMG |

**REQUEST FOR EXCLUSION**
**FROM THE CLASS ACTION SETTLEMENT**
**BETWEEN PUBLIC WATER SYSTEMS AND 3M COMPANY**

December 4, 2023

| | | |
|---|---|---|
| **Notice Administrator:**<br>In re: Aqueous Film-Forming Foams Products Liability Litigation<br>c/o 3M Notice Administrator<br>1650 Arch Street, Suite 2210<br>Philadelphia, PA 19103 | **Special Master:**<br>Matthew Garretson<br>Wolf/Garretson LLC<br>P.O. Box 2806<br>Park City, UT 84060 | **Claims Administrator:**<br>AFFF Public Water System Claims<br>P.O. Box 4466<br>Baton Rouge, LA 70821 |

**Counsel for 3M:**

| | | |
|---|---|---|
| Kevin H. Rhodes<br>Executive Vice President and Chief Legal Affairs Officer<br>Legal Affairs Department<br>3M Company<br>3M Center, 220-9E-01<br>St. Paul, MN 55144-1000 | Thomas J. Perrelli<br>Jenner & Block LLP<br>1099 New York Avenue, N.W., Suite 900<br>Washington, DC 20001-4412 | Richard F. Bulger<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, Illinois 60606 |

**Class Counsel:**

| | | |
|---|---|---|
| Scott Summy<br>Baron & Budd, P.C.<br>3102 Oak Lawn Ave., Ste. 1100<br>Dallas, Texas 75219 | Michael A. London<br>Douglas & London<br>59 Maiden Lane, 6th Floor<br>New York, NY 10038 | Paul J. Napoli<br>Napoli Shkolnik<br>1302 Av. Ponce de Leon<br>San Juan, Puerto Rico 00907 |
| Elizabeth A. Fegan<br>Fegan Scott LLC<br>150 S. Wacker Drive, 24th Floor<br>Chicago, IL 60606 | Joseph F. Rice<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464 | |

To Whom It May Concern:

My Public Water System, South Carolina Public Service Authority a/k/a Santee Cooper, does **NOT** want to be a Settlement Class Member in the Settlement Class and the Class Action Settlement with 3M that has been preliminarily approved by the Court in the *In re: Aqueous Film-Forming Foams Products Liability Litigation*. **Please exclude my Public Water System, South Carolina Public Service Authority a/k/a Santee Cooper, from the 3M Settlement Class and the 3M Class Action Settlement**.

I understand that by providing the following Exclusion Request Form and contact information and by signing and submitting a copy of the following Exclusion Request Form, **I am opting my Public Water System out of the 3M Settlement Class, and it will NOT be a Class Member**. I understand that by timely submitting this form, my Public Water System is foregoing any right to any of the relief or other benefits provided under the 3M Class Action Settlement, does not gain any rights by virtue of the Settlement Agreement, and is not entitled to submit an Objection. I further understand that my Public Water System is NOT guaranteed an opportunity to opt back in. I also understand that, by opting out, my Public Water System will not be bound by any orders or judgment entered in the MDL Cases with respect to the Class Settlement.

I understand that if my Public Water System is a Class Member and wants to remain a Class Member, it does not need to do anything now. I understand that I should NOT return this Exclusion Request Form if my Public Water System wants to remain a Class Member. I understand that, if I have any questions, I may contact Class Counsel and/or visit www.PFASWaterSettlement.com BEFORE I mail this form to you and BEFORE **December 11, 2023.**

As set forth in the Notice of 3M Class Action Settlement, **I am filing a written and signed Request for Exclusion with the Notice Administrator to exclude the Public Water System of South Carolina Public Service Authority a/k/a Santee Cooper from the 3M Settlement Class, and I am writing to opt out of the 3M Settlement Class and the 3M Class Action Settlement**. This Request for Exclusion is being sent via certified or first-class mail to the Notice Administrator, the Special Master, the Claims Administrator, Counsel for 3M, and Class Counsel at the addresses listed above.

Sincerely,

Rebecca Roser, Associate General Counsel

**Request for Exclusion**

Having acknowledged the information above, the Public Water System of South Carolina Public Service Authority a/k/a Santee Cooper, in the State of South Carolina, hereby excludes itself from the 3M Settlement Class certified by United States District Court for the District of South Carolina in the *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL No. 2:18-mn-2873-RMG, and opt outs of the 3M Class Action Settlement.

| **Submitting Individual** | **Eligible Claimant** |
|---|---|
| Name: Rebecca Roser | Name: South Carolina Public Service Authority a/k/a Santee Cooper |
| Address: 1 Riverwood Drive, Moncks Corner, SC 29461 | Address: 1 Riverwood Drive, Moncks Corner, SC 29461 |
| Telephone: 843-761-7073 | Telephone: 843-761-7073 |
| Facsimile: N/A | Facsimile: N/A |
| Email: Rebecca.roser@santeecooper.com | Email: Rebecca.roser@santeecooper.com |

Under penalty of perjury and in accordance with 28 U.S.C. § 1746, I declare that I am an official or employee authorized to take legal action on behalf of my Public Water System to exclude my Public Water System from the 3M Class Action Settlement:

Signature: [signature]

Print Name: Rebecca Roser

Title: Associate General Counsel

Date: December 4, 2023

JOHN B. WHITE JR. P.A.
Law Firm

November 30, 2023

**VIA CERTIFIED MAIL, FEDEX OVERNIGHT, & ELECTRONIC MAIL TO:**

| | | |
|---|---|---|
| **Notice Administrator:**<br>In re: Aqueous Film-Forming Foams Products Liability Litigation<br>c/o 3M Notice Administrator<br>1650 Arch Street, Suite 2210<br>Philadelphia, PA 19103 | **Special Master:**<br>Matthew Garretson<br>Wolf/Garretson LLC<br>P.O. Box 2806<br>Park City, UT 84060 | **Claims Administrator:**<br>AFFF Public Water System Claims<br>P.O. Box 4466<br>Baton Rouge, LA 70821 |

**Counsel for 3M:**

| | | |
|---|---|---|
| Kevin H. Rhodes<br>Executive Vice President and Chief Legal Affairs Officer<br>Legal Affairs Department<br>3M Company<br>3M Center, 220-9E-01<br>St. Paul, MN 55144-1000 | Thomas J. Perrelli<br>Jenner & Block LLP<br>1099 New York Avenue, N.W., Suite 900<br>Washington, DC 20001-4412 | Richard F. Bulger<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, Illinois 60606 |

**Class Counsel:**

| | | |
|---|---|---|
| Scott Summy<br>Baron & Budd, P.C.<br>3102 Oak Lawn Ave., Ste. 1100<br>Dallas, Texas 75219 | Michael A. London<br>Douglas & London<br>59 Maiden Lane, 6th Floor<br>New York, NY 10038 | Paul J. Napoli<br>Napoli Shkolnik<br>1302 Av. Ponce de Leon<br>San Juan, Puerto Rico 00907 |
| Elizabeth A. Fegan<br>Fegan Scott LLC<br>150 S. Wacker Drive, 24th Floor<br>Chicago, IL 60606 | Joseph F. Rice<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464 | |

JOHN B. WHITE, JR.
jwhite@johnbwhitelaw.com

GRIFFIN LITTLEJOHN LYNCH
glynch@johnbwhitelaw.com

MARGHRETTA SHISKO
mshisko@johnbwhitelaw.com

291 SOUTH PINE STREET
P.O. BOX 2465
SPARTANBURG S.C. 29304
(864) 594-5988

**Clerk of South Carolina District Court:**
Clerk, United States District Court for the District of South Carolina
85 Broad Street
Charleston, SC 29401

Re: *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL No.: 2:18-mn-2873-RMG; *City of Camden, et al., v. E.I. DuPont de Nemours and Company, et al.*, No. 2:23-cv-03230-RMG

Request for Exclusion from the Class Action Settlement between Public Water Systems and 3M Company

To Whom it May Concern:

This firm represents the City of Union, along with Cory Watson, P.C. Enclosed please find a Request for Exclusion from the Class Action Settlement between Public Water Systems and 3M Company, along with an Affidavit in Support (collectively, the "Exclusion Documents"). Having timely submitted the Exclusion Documents before December 11, 2023, we understand that the City of Union will be excluded from the 3M Settlement Class and the 3M Class Action Settlement.

To the extent there are any questions or issues, the City of Union can be contacted through the undersigned. Additionally, I am in possession of the original Exclusion Documents if there is any need to inspect. Please confirm receipt of this letter and the Exclusion Documents, and please confirm that the City of Union will **NOT** be a member of the 3M Settlement Class and will **NOT** be a part of the 3M Class Action Settlement.

Sincerely,

John B. White, Jr.

John B. White, Jr.

Enclosures

CC: F. Jerome Tapley (jtapley@corywatson.com)
Marghretta Shisko (mshisko@johnbwhitelaw.com)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br>**This document relates to:**<br>*City of Camden, et al., v. 3M Company*, No. 2:23-cv-03147-RMG |

**AFFIDAVIT IN SUPPORT OF REQUEST FOR EXCLUSION FROM THE CLASS ACTION SETTLEMENT BETWEEN PUBLIC WATER SYSTEMS AND 3M COMPANY**

PERSONALLY APPEARED BEFORE ME, THE UNDERSIGNED, WHO BEING DULY SWORN, STATES AS FOLLOWS:

1. My name is Joe Nichols. I am older than eighteen years of age, and I am the City Administrator for the City of Union, South Carolina ("City of Union"). My address, telephone, facsimile number, and email address are as follows:

   a. Address: P.O. Box 987, Union, SC 29379

   b. Telephone: (864) 429-1727

   c. Facsimile: (864) 429-1780

   d. Email Address: jnichols@cityofunion.org

2. The City of Union is an "Active Public Water System" in the United States that, as of the "Settlement Date" (June 22, 2023), has one or more "Impacted Water Sources," as set forth under the Settlement Agreement Between Public Water Systems and 3M Company filed in *City of Camden, et al. v. 3M Company*, No. 2:23-cv-03147-RMG.

3. I declare, under penalty of perjury in accordance with 28 U.S.C. § 1746, that I have been legally authorized to exclude the City of Union from the 3M Settlement Class and the 3M Class Action Settlement in the above-captioned matter. The address, telephone number, and email address for the City of Union are as follows:

   a. Address: 101 Sharpe Avenue, Union, SC 29379

   b. Telephone: (864) 429-1727

   c. Facsimile: (864) 429-1780

d. Email Address: jnichols@cityofunion.org

4. I am submitting a Request for Exclusion on behalf of the City of Union, and I am filing it with the Notice Administrator before December 11, 2023. As a result, the City of Union will not be a 3M Settlement Class Member and will not be bound by the 3M Class Action Settlement.

FURTHER AFFIANT SAYETH NAUGHT.

Joe Nichols

Sworn to and signed before me this

30th day of November, 2023.

Kathy A Teague

Notary Public

My Commission expires: 3/19/24

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br>**This document relates to:**<br>*City of Camden, et al., v. 3M Company*, No. 2:23-cv-03147-RMG |
| **REQUEST FOR EXCLUSION FROM THE CLASS ACTION SETTLEMENT BETWEEN PUBLIC WATER SYSTEMS AND 3M COMPANY** | |

November 30, 2023

| | | |
|---|---|---|
| **Notice Administrator:**<br>In re: Aqueous Film-Forming Foams Products Liability Litigation<br>c/o 3M Notice Administrator<br>1650 Arch Street, Suite 2210<br>Philadelphia, PA 19103 | **Special Master:**<br>Matthew Garretson<br>Wolf/Garretson LLC<br>P.O. Box 2806<br>Park City, UT 84060 | **Claims Administrator:**<br>AFFF Public Water System Claims<br>P.O. Box 4466<br>Baton Rouge, LA 70821 |

**Counsel for 3M:**

| | | |
|---|---|---|
| Kevin H. Rhodes<br>Executive Vice President and Chief Legal Affairs Officer<br>Legal Affairs Department<br>3M Company<br>3M Center, 220-9E-01<br>St. Paul, MN 55144-1000 | Thomas J. Perrelli<br>Jenner & Block LLP<br>1099 New York Avenue, N.W., Suite 900<br>Washington, DC 20001-4412 | Richard F. Bulger<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, Illinois 60606 |

**Class Counsel:**

| | | |
|---|---|---|
| Scott Summy<br>Baron & Budd, P.C.<br>3102 Oak Lawn Ave., Ste. 1100<br>Dallas, Texas 75219 | Michael A. London<br>Douglas & London<br>59 Maiden Lane, 6th Floor<br>New York, NY 10038 | Paul J. Napoli<br>Napoli Shkolnik<br>1302 Av. Ponce de Leon<br>San Juan, Puerto Rico 00907 |
| Elizabeth A. Fegan<br>Fegan Scott LLC<br>150 S. Wacker Drive, 24th Floor<br>Chicago, IL 60606 | Joseph F. Rice<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464 | |

To Whom It May Concern:

My Public Water System, the City of Union, South Carolina ("City of Union"), does **NOT** want to be a Settlement Class Member in the Settlement Class and the Class Action Settlement with 3M that has been preliminarily approved by the Court in the *In re: Aqueous Film-Forming Foams Products Liability Litigation*. **Please exclude my Public Water System, the City of Union, from the 3M Settlement Class and the 3M Class Action Settlement**.

I understand that by providing the following Exclusion Request Form and contact information and by signing and submitting a copy of the following Exclusion Request Form, **I am opting my Public Water System out of the 3M Settlement Class, and it will NOT be a Class Member**. I understand that by timely submitting this form, my Public Water System is foregoing any right to any of the relief or other benefits provided under the 3M Class Action Settlement, does not gain any rights by virtue of the Settlement Agreement, and is not entitled to submit an Objection. I further understand that my Public Water System is NOT guaranteed an opportunity to opt back in. I also understand that, by opting out, my Public Water System will not be bound by any orders or judgment entered in the MDL Cases with respect to the Class Settlement.

I understand that if my Public Water System is a Class Member and wants to remain a Class Member, it does not need to do anything now. I understand that I should NOT return this Exclusion Request Form if my Public Water System wants to remain a Class Member. I understand that, if I have any questions, I may contact Class Counsel and/or visit www.PFASWaterSettlement.com BEFORE I mail this form to you and BEFORE **December 11, 2023.**

As set forth in the Notice of 3M Class Action Settlement, **I am filing a written and signed Request for Exclusion with the Notice Administrator to exclude the Public Water System of the City of Union from the 3M Settlement Class, and I am writing to opt out of the 3M Settlement Class and the 3M Class Action Settlement**. This Request for Exclusion is being sent via certified or first-class mail to the Notice Administrator, the Special Master, the Claims Administrator, Counsel for 3M, and Class Counsel at the addresses listed above.

Sincerely,

Joe Nichols

City Administrator, City of Union, South Carolina

**Request for Exclusion**

Having acknowledged the information above, the Public Water System of **the City of Union**, in the State of South Carolina, hereby excludes itself from the 3M Settlement Class certified by United States District Court for the District of South Carolina in the *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL No. 2:18-mn-2873-RMG, and opt outs of the 3M Class Action Settlement.

**Submitting Individual**

Name: Joe Nichols

Address: P.O. Box 987, Union, SC 29379

Telephone: (864) 429-1727

Facsimile: (864) 429-1780

Email: jnichols@cityofunion.org

**Eligible Claimant**

Name: City of Union, South Carolina

Address: 101 Sharpe Ave., Union, SC 29379

Telephone: (864) 429-1727

Facsimile: (864) 429-1780

Email: jnichols@cityofunion.org

Under penalty of perjury and in accordance with 28 U.S.C. § 1746, I declare that I am an official or employee authorized to take legal action on behalf of my Public Water System to exclude my Public Water System from the 3M Class Action Settlement:

Signature: ______________________

Print Name: Joe Nichols

Title: City Administrator, City of Union, SC

Date: November 30, 2023

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br>**This document relates to:**<br>*City of Camden, et al., v. 3M Company*, No. 2:23-cv-03147-RMG |

**AFFIDAVIT IN SUPPORT OF REQUEST FOR EXCLUSION FROM THE CLASS ACTION SETTLEMENT BETWEEN PUBLIC WATER SYSTEMS AND 3M COMPANY**

PERSONALLY APPEARED BEFORE ME, THE UNDERSIGNED, WHO BEING DULY SWORN, STATES AS FOLLOWS:

1. My name is Kermit E. Johnson. I am older than eighteen years of age, and I am the General Manager of Woodruff-Roebuck Water District. My address, telephone, facsimile number, and email address are as follows:

   a. Address: P.O. Box 182, Woodruff, SC 29388

   b. Telephone: (864) 476-3188

   c. Facsimile: (864) 476-3190

   d. Email Address: kjohnson@wrwd.org

2. Woodruff-Roebuck Water District is an "Active Public Water System" in the United States that, as of the "Settlement Date" (June 22, 2023), has one or more "Impacted Water Sources," as set forth under the Settlement Agreement Between Public Water Systems and 3M Company filed in *City of Camden, et al. v. 3M Company*, No. 2:23-cv-03147-RMG.

3. I declare, under penalty of perjury in accordance with 28 U.S.C. § 1746, that I have been legally authorized to exclude Woodruff-Roebuck Water District from the 3M Settlement Class and the 3M Class Action Settlement in the above-captioned matter. The address, telephone number, and email address for Woodruff-Roebuck Water District, South Carolina are as follows:

   a. Address: 9890 Highway 221, Woodruff, SC 29388

   b. Telephone: (864) 476-3188

c. Facsimile: (864) 476-3190

d. Email Address: kjohnson@wrwd.org

4. I am submitting a Request for Exclusion on behalf of Woodruff-Roebuck Water District, and I am filing it with the Notice Administrator before December 11, 2023. As a result, Woodruff-Roebuck Water District will not be a 3M Settlement Class Member and will not be bound by the 3M Class Action Settlement.

FURTHER AFFIANT SAYETH NAUGHT.

Kermit E. Johnson

Sworn to and signed before me this

9th day of November, 2023.

Notary Public

My Commission expires: 10/10/2024

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br>**This document relates to:**<br>*City of Camden, et al., v. 3M Company*,<br>No. 2:23-cv-03147-RMG |

# REQUEST FOR EXCLUSION FROM THE CLASS ACTION SETTLEMENT BETWEEN PUBLIC WATER SYSTEMS AND 3M COMPANY

November 9, 2023

| | | |
|---|---|---|
| **Notice Administrator:**<br>In re: Aqueous Film-Forming Foams Products Liability Litigation<br>c/o 3M Notice Administrator<br>1650 Arch Street, Suite 2210<br>Philadelphia, PA 19103 | **Special Master:**<br>Matthew Garretson<br>Wolf/Garretson LLC<br>P.O. Box 2806<br>Park City, UT 84060 | **Claims Administrator:**<br>AFFF Public Water System Claims<br>P.O. Box 4466<br>Baton Rouge, LA 70821 |

**Counsel for 3M:**

| | | |
|---|---|---|
| Kevin H. Rhodes<br>Executive Vice President and Chief Legal Affairs Officer<br>Legal Affairs Department<br>3M Company<br>3M Center, 220-9E-01<br>St. Paul, MN 55144-1000 | Thomas J. Perrelli<br>Jenner & Block LLP<br>1099 New York Avenue, N.W., Suite 900<br>Washington, DC 20001-4412 | Richard F. Bulger<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, Illinois 60606 |

**Class Counsel:**

| | | |
|---|---|---|
| Scott Summy<br>Baron & Budd, P.C.<br>3102 Oak Lawn Ave., Ste. 1100<br>Dallas, Texas 75219 | Michael A. London<br>Douglas & London<br>59 Maiden Lane, 6th Floor<br>New York, NY 10038 | Paul J. Napoli<br>Napoli Shkolnik<br>1302 Av. Ponce de Leon<br>San Juan, Puerto Rico 00907 |
| Elizabeth A. Fegan<br>Fegan Scott LLC<br>150 S. Wacker Drive, 24th Floor<br>Chicago, IL 60606 | Joseph F. Rice<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464 | |

To Whom It May Concern:

My Public Water System, Woodruff-Roebuck Water District, does **NOT** want to be a Settlement Class Member in the Settlement Class and the Class Action Settlement with 3M that has been preliminarily approved by the Court in the *In re: Aqueous Film-Forming Foams Products Liability Litigation*. **Please exclude my Public Water System, Woodruff-Roebuck Water District, from the 3M Settlement Class and the 3M Class Action Settlement.**

I understand that by providing the following Exclusion Request Form and contact information and by signing and submitting a copy of the following Exclusion Request Form, **I am opting my Public Water System out of the 3M Settlement Class, and it will NOT be a Class Member**. I understand that by timely submitting this form, my Public Water System is foregoing any right to any of the relief or other benefits provided under the 3M Class Action Settlement, does not gain any rights by virtue of the Settlement Agreement, and is not entitled to submit an Objection. I further understand that my Public Water System is NOT guaranteed an opportunity to opt back in. I also understand that, by opting out, my Public Water System will not be bound by any orders or judgment entered in the MDL Cases with respect to the Class Settlement.

I understand that if my Public Water System is a Class Member and wants to remain a Class Member, it does not need to do anything now. I understand that I should NOT return this Exclusion Request Form if my Public Water System wants to remain a Class Member. I understand that, if I have any questions, I may contact Class Counsel and/or visit www.PFASWaterSettlement.com BEFORE I mail this form to you and BEFORE **December 11, 2023.**

As set forth in the Notice of 3M Class Action Settlement, **I am filing a written and signed Request for Exclusion with the Notice Administrator to exclude the Public Water System of Woodruff-Roebuck Water District from the 3M Settlement Class, and I am writing to opt out of the 3M Settlement Class and the 3M Class Action Settlement**. This Request for Exclusion is being sent via certified or first-class mail to the Notice Administrator, the Special Master, the Claims Administrator, Counsel for 3M, and Class Counsel at the addresses listed above.

Sincerely,

Kermit E. Johnson

General Manager, Woodruff-Roebuck Water District

**Request for Exclusion**

Having acknowledged the information above, the Public Water System of **Woodruff-Roebuck Water District**, in the State of South Carolina, hereby excludes itself from the 3M Settlement Class certified by United States District Court for the District of South Carolina in the *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL No. 2:18-mn-2873-RMG, and opt outs of the 3M Class Action Settlement.

**Submitting Individual**

Name: Kermit E. Johnson

Address: P.O. Box 182, Woodruff, SC 29388

Telephone: (864) 476-3188

Facsimile: (864) 476-3190

Email: kjohnson@wrwd.org

**Eligible Claimant**

Name: Woodruff-Roebuck Water District

Address: 9890 Hwy 221, Woodruff, SC 29388

Telephone: (864) 476-3188

Facsimile: (864) 476-3190

Email: kjohnson@wrwd.org

Under penalty of perjury and in accordance with 28 U.S.C. § 1746, I declare that I am an official or employee authorized to take legal action on behalf of my Public Water System to exclude my Public Water System from the 3M Class Action Settlement:

Signature: Kermit E. Johnson

Print Name: Kermit E. Johnson

Title: General Manager, Woodruff-Roebuck Water District

Date: 11/09/2023