IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2:18-mn-2873-RMG<br><br>**This Document Relates to ALL CASES** |

**REPORT CONCERNING MULTIPLE FILINGS AND REPRESENTATION**

On June 3, 2026, the Court entered Case Management Order 38 (ECF No. 9598), entitled "An Order Governing Personal Injury Plaintiffs with Multiple Filings and Representation." The Court's express purpose was to ensure "that each unique Plaintiff [would] have a single action pending before the Court that encompasses his or her entire personal injury claim." To this end, the Court directed Eisner Advisory Group (EAG) (as Portal Administrator) to work with the undersigned (as Special Master), in conjunction with Daniel Balhoff, to implement CMO 38.

I am pleased to report that all multiple filings and representation issues identified at the time of CMO 38 have been resolved. If the Court wishes me to supplement this report or to respond to any inquiries, I am prepared to comply.

Dated: October 13, 2026

/s/ John W. Perry, Jr.

John W. Perry, Jr.
Perry, Balhoff, Mengis & Burns, LLC
2141 Quail Run Drive
Baton Rouge, LA 70808
Ph: (225) 767-7730
perry@pbmbllc.com