**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS (AFFF) PRODUCTS LIABILITY LITIGATION** | MDL NO.: 2:18-mn-2873-RMG<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Ollie et al v. Tyco Fire Products L.P. et al*<br>*2:25-cv-06199-RMG* |

**NOTICE OF DISMISSAL AS TO DEFENDANT**
**VIDEOJET TECHNOLOGIES, INC. ONLY**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the entire claim of each Plaintiff listed in attached Exhibit A is hereby dismissed without prejudice as to defendant VideoJet Technologies, Inc., only, and without costs to any party. Such dismissal shall include the dismissal of any derivative loss of consortium claim for the underlying dismissed claims. Plaintiffs' claims against all other defendants are not dismissed and are unaffected by this stipulation. Neither the docket number nor any Plaintiff's action is terminated as a result of this stipulation.

Dated: October 13, 2026

**NAPOLI SHKOLNIK**

_______________________
Nicholas Mindicino
360 Lexington Avenue, 11th Fl.
New York, New York 10017
Telephone: (212) 397-1000
nmindicino@napolilaw.com
*Attorneys for Plaintiffs*

**RILEY SAFER HOLMES AND CANCILA LLP**

_/s/Natalie Ellis_____________
Natalie Ellis
1 South Dearborn Street, Suite 2200
Chicago, IL 60603
Telephone: (312) 471-8773
nellis@rshc-law.com
*One of the Attorneys for VideoJet Technologies, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 13, 2026, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

Nicholas Mindicino

**EXHIBIT A**

| **Plaintiff Name** | **Case Name** | **Case Number** |
|---|---|---|
| Kenyon Ollie | *Kenyon Ollie, et al., v. The 3M Company, et al.* | 2:25-cv-06199-RMG |
| Herlena Anderson | *Kenyon Ollie, et al., v. The 3M Company, et al.* | 2:25-cv-06199-RMG |
| Brian Cordes | *Kenyon Ollie, et al., v. The 3M Company, et al.* | 2:25-cv-06199-RMG |
| Joel Gonzalez | *Kenyon Ollie, et al., v. The 3M Company, et al.* | 2:25-cv-06199-RMG |
| Brenda Hale | *Kenyon Ollie, et al., v. The 3M Company, et al.* | 2:25-cv-06199-RMG |
| Darryl Johnson | *Kenyon Ollie, et al., v. The 3M Company, et al.* | 2:25-cv-06199-RMG |
| Avery Marshall | *Kenyon Ollie, et al., v. The 3M Company, et al.* | 2:25-cv-06199-RMG |
| Kimberly Stanley | *Kenyon Ollie, et al., v. The 3M Company, et al.* | 2:25-cv-06199-RMG |
| Jennifer Survis | *Kenyon Ollie, et al., v. The 3M Company, et al.* | 2:25-cv-06199-RMG |
| Stella Wujek | *Kenyon Ollie, et al., v. The 3M Company, et al.* | 2:25-cv-06199-RMG |
| James Wisner | *Kenyon Ollie, et al., v. The 3M Company, et al.* | 2:25-cv-06199-RMG |
| Deborah Arrington | *Kenyon Ollie, et al., v. The 3M Company, et al.* | 2:25-cv-06199-RMG |
| Krinstin Belcastro | *Kenyon Ollie, et al., v. The 3M Company, et al.* | 2:25-cv-06199-RMG |
| Charles Boan | *Kenyon Ollie, et al., v. The 3M Company, et al.* | 2:25-cv-06199-RMG |
| Tammy Dean | *Kenyon Ollie, et al., v. The 3M Company, et al.* | 2:25-cv-06199-RMG |
| Charles Dorsett | *Kenyon Ollie, et al., v. The 3M Company, et al.* | 2:25-cv-06199-RMG |
| Nitosha Harris | *Kenyon Ollie, et al., v. The 3M Company, et al.* | 2:25-cv-06199-RMG |
| Jaqueline Hawkins | *Kenyon Ollie, et al., v. The 3M Company, et al.* | 2:25-cv-06199-RMG |
| Steven Honeycutt | *Kenyon Ollie, et al., v. The 3M Company, et al.* | 2:25-cv-06199-RMG |
| Samantha McCoy | *Kenyon Ollie, et al., v. The 3M Company, et al.* | 2:25-cv-06199-RMG |
| Nicholas Tassoni | *Kenyon Ollie, et al., v. The 3M Company, et al.* | 2:25-cv-06199-RMG |
| Cody Thomas | *Kenyon Ollie, et al., v. The 3M Company, et al.* | 2:25-cv-06199-RMG |
| Lateasha Woodfork | *Kenyon Ollie, et al., v. The 3M Company, et al.* | 2:25-cv-06199-RMG |
| Teena Harris as representative of the estate of John W. Harris | *Kenyon Ollie, et al., v. The 3M Company, et al.* | 2:25-cv-06199-RMG |
| Brenda Hester | *Kenyon Ollie, et al., v. The 3M Company, et al.* | 2:25-cv-06199-RMG |
| Steven Seliga | *Kenyon Ollie, et al., v. The 3M Company, et al.* | 2:25-cv-06199-RMG |