**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | ) | MDL No. 2:18-mn-2873-RMG<br><br>**NOTICE**<br><br>**This Order Relates to ALL CASES** |

Before the Court is the Report and Recommendation ("R&R") of Special Master John Perry, Jr., recommending certain fee awards related to the DuPont and 3M Settlements. (Dkt. No. 11765 at 1) (explaining balance of 5% holdback is available for disbursement). No party has filed objections to the R&R. After a review of the R&R, the Court adopts the R&R in full as the order of the Court. The Special Master may take all actions consistent with this Order and the R&R to effectuate the recommendations noted therein.

**AND IT IS SO ORDERED**.

s/Richard Mark Gergel
Richard Mark Gergel
United States District Judge

October 19, 2026
Charleston, South Carolina