**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS (AFFF) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2873**<br><br>**Master Docket No. 2:18-mn-2873**<br><br>**This Document Relates To:**<br><br>***The People of the State of California, ex rel. Rob Bonta, Attorney General of California v. 3M Company et al.***<br><br>**Civil Action No. 2:23-cv-01531-RMG** |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD WITH ONGOING COUNSEL ALREADY IN PLACE**

The People of the State of California, ex rel. Rob Bonta, Attorney General of California ("People"), by and through undersigned counsel, respectfully move this Court for an Order withdrawing Tatiana K. Gaur, Sarah E. Morrison, and Stephanie Lai as attorneys of record for the People. Plaintiffs further state in support:

1. Attorney Tatiana K. Gaur is no longer employed by California Department of Justice, Office of the Attorney General.

2. Attorney Sarah E. Morrison is no longer employed by California Department of Justice, Office of the Attorney General.

3. Attorney Stephanie Lai is no longer employed by California Department of Justice, Office of the Attorney General.

4. No substitution of counsel is necessary as the People will continue to be

represented by attorneys with the California Department of Justice, Office of the Attorney General, who have appeared in this matter and will remain as counsel of record.

5. The relief sought herein will not prejudice any party or affect any pre-trial deadlines.

WHEREFORE, the People request that the Court issue an Order granting this Motion to Withdraw Tatiana K. Gaur, Sarah E. Morrison, and Stephanie Lai as counsel of record in this matter.

Dated: October 22, 2026

Respectfully submitted,

**ROB BONTA**
**Attorney General of California**

*/s/ Brendan Hughes*

NICHOLAS G. CAMPINS (SBN 238022)
DIJE NDREU (SBN 251278)
BRENDAN HUGHES (SBN 333690)
Deputy Attorneys General
JEREMY BROWN (SBN 269159)
Supervising Deputy Attorney General
DEBORAH M. SMITH (SBN 208960)
Senior Assistant Attorney General
California Department of Justice
Office of the Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: (619) 738-9339
Email: Nicholas.Campins@doj.ca.gov
Dije.Ndreu@doj.ca.gov
Brendan.Hughes@doj.ca.gov

*Attorneys for the People of the State of California, ex rel. Rob Bonta, Attorney General of California*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2026, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which shall send notice to all counsel of record.

Dated: October 22, 2026

*/s/ Brendan Hughes*
Brendan Hughes