**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| **In Re: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) ) ) | **MDL No. 2:18-mn-2873-RMG**<br><br>**CASE MANAGEMENT ORDER NO 4E**<br><br>**This Order Relates to All Cases** |

**CASE MANAGEMENT ORDER NO 4E**

On October 26, 2023, the Court issued an Amended Protective Order pursuant to Fed. R. Civ. P. 26(c) as Case Management Order 4D (ECF No. 3864). It has since come to the Court's attention that the application of the Amended Protective Order to certain basic information provided in plaintiff fact sheets served in this MDL has unintentionally and unnecessarily prevented parties subject to the Amended Protective Order from presenting to the United States Judicial Panel on Multidistrict Litigation ("JPML") certain information relevant to the transfer of cases to this MDL. To address these concerns, the Court hereby orders as follows:

1. For the avoidance of doubt, the Court clarifies that proceedings before the JPML in MDL No. 2873 constitute a purpose "in connection with the preparation for trial and litigation of this Action," as that phrase is used in the Amended Protective Order.

2. Solely for purposes of proceedings before the JPML in MDL No. 2873, parties may disclose the following information provided in response to an Amended Personal Injury Plaintiff Fact Sheet or a Plaintiff Profile Form without such disclosure constituting a violation of the Protective Order: case caption, plaintiff name, and plaintiff's alleged source of AFFF exposure.

a. With respect to plaintiff's alleged source of AFFF exposure for a plaintiff that submitted an Amended Personal Injury Plaintiff Fact Sheet, the information disclosed shall be limited to (i) the City, State, and/or Name of Water Provider provided in response to Question 16a and/or (ii) the City, State, and/or Name of Location provided in response to Question 17c.

b. With respect to plaintiff's alleged source of AFFF exposure for a plaintiff that submitted a Plaintiff Profile Form, the information disclosed shall be limited to (i) the City, State, and/or Name of Water Provider provided in response to Question I.A.1 and/or (ii) the City, State, and/or Name of Location provided in response to Question I.B.1.

**IT IS SO ORDERED.**

Dated: October 30, 2026
Charleston, South Carolina

s/Richard M. Gergel
Hon. Richard M. Gergel
United States District Judge