**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | ) | MDL No. 2:18-mn-2873-RMG<br><br>**ORDER**<br><br>**This Order Relates to:**<br>**ALL CASES** |

Before the Court is the Report and Recommendation ("R&R") (Dkt. No. 11371) of Special Master Margaret Seymour, Retired United States District Judge, recommending rulings on four motions Defendants filed: (1) Motion to Dismiss With Prejudice for Failure to Comply with Case Management Order No. 37 (Dkt. No. 9569); (2) Motion to Dismiss Without Prejudice for Failure to Comply with Case Management Order No. 37 (Dkt. No. 9570); (3) Motion to Dismiss With Prejudice for Failure to Comply with Case Management Order No. 37 (Dkt. No. 9830); and (4) Motion to Dismiss Without Prejudice for Failure to Comply with Case Management Order No. 37 (Dkt. No. 9831). *See* (Dkt. No. 11371 at 2) (noting Defendants moved to withdraw their motions as to certain plaintiffs who had voluntarily dismissed their claims or attempted to cure deficiencies).

Certain timely objections were filed as to the R&R. (Dkt. Nos. 11672, 11718, 11723, 11724, 11726). With the exception of these objections, the Court adopted the remainder of the R&R as the order of the Court. (Dkt. No. 11730). Defendants have filed their response to the indicated objections. (Dkt. No. 11784); (Dkt. No. 11784 at 2) (noting Defendants correctly

understand Court's adoption of R&R as incorporating their September 21, 2026 withdrawal motion). The Court addresses the docketed objections below.

- Counsel with respect to Objection (Dkt. No. 11672) states that after the filing of the R&R, Plaintiff Denniel Lodge completed and provided a Plaintiff Fact Sheet to Defendants. Defendants agree Lodge has completed a PFS and that her complaint should not be dismissed. The objection is sustained. *See* (Dkt. No. 11784-1)
- Counsel with respect to Objection (Dkt. No. 11718) objected as to four individuals.
  - Counsel contends Plaintiffs Jeffrey Perkins and Oscar Hernandez have served the missing PFS and/or medical records Defendants were entitled to. (*Id.* at 1). Defendants agree these individuals have cured their deficiencies. (Dkt. No. 11784-1). Accordingly, these objections are sustained.
  - As to Carl Bimbo and Andre McCoy, counsel claims their failure to comply with CMO 37 and provide medical records establishing the diagnosis of their claimed injuries is attributable to the delay of third parties. The Court overrules these objections. As the R&R noted, counsel has had extensive time to obtain the required records—records all ordinary litigants in non-MDL cases would need to timely provide to pursue their claims. (Dkt. No. 11784 at 4-5) (noting individuals have had over a year to obtain records—noting CMOs 35 and 37 "do not order these Plaintiffs to provide extensive sets of medical records but simply the most basic medical records necessary to support their claims"). Dismissal without prejudice is clearly appropriate as contemplated by the R&R. These objections are overruled.

- Counsel with respect to Objections (Dkt. No. 11723) admits the plaintiffs for whom he objects have failed to submit medical records as required under applicable CMOs. (*Id.* at 1). Counsel objects to dismissal without prejudice, however, and shifts the blame for noncompliance to third party providers. (*Id.* at 3). These objections ring hollow for the reasons just noted and explained in the R&R. Accordingly, counsel's objections are overruled.
- Counsel for Objection (Dkt. No. 11724) contend they have cured the deficiencies noted in the R&R. Defendants agree. (Dkt. No. 11784 at 3). The objections are sustained.
- Last, Counsel for Objection (Dkt. No. 11726) state that they have cured the deficiencies noted in the R&R. Defendants agree. (Dkt. No. 11784 at 5). The objections are sustained.

In sum, the Court further **ADOPTS** the R&R as to the 832 Plaintiffs who objected to the R&R and for whom objections have been overruled. *See* (Dkt. No. 11784-2) (listing said individuals). The motions to dismiss plaintiffs listed on (Dkt. No. 11784-1) are withdrawn as requested by Defendants. (Dkt. No. 11784).

**AND IT IS SO ORDERED.**

s/Richard Mark Gergel
Richard Mark Gergel
United States District Judge

November 3, 2026
Charleston, South Carolina