Exhibit A - Plaintiffs to be Dismissed Without Prejudice

| First Name | Last Name | Docket Number | AFFF MDL Portal Number | Plaintiff's Counsel | MDL Filing/Transfer Date | Plaintiff filed or transferred to MDL on or after March 1, 2025? | Did Plaintiff submit a Plaintiff Profile Form where required under CMO 31 or submit an Amended Personal Injury Plaintiff Fact Sheet in accordance with the Applicable CMOs? | Solely for Plaintiffs subject to CMO 35, did the Plaintiff provide any medical records as required by CMO 35? |
|---|---|---|---|---|---|---|---|---|
| DAVID | BARCKHOFF | 2:25-cv-02772-RMG | AFFF023814 | Napoli Shkolnik | 4/2/2025 | Yes | Yes | No |
| MARIA | NEWCOMB | 2:25-cv-03037-RMG | AFFF040570 | Napoli Shkolnik | 4/17/2025 | Yes | Yes | No |
| DAVID | BARNES | 2:25-cv-03799-RMG | AFFF094669 | Environmental Litigation Group, P.C. | 5/5/2025 | Yes | Yes | No |
| GORDON | COCHRAN | 2:25-cv-03799-RMG | AFFF052904 | Environmental Litigation Group, P.C. | 5/5/2025 | Yes | Yes | No |
| DARRYL | DEAN | 2:25-cv-03799-RMG | AFFF116347 | Environmental Litigation Group, P.C. | 5/5/2025 | Yes | Yes | No |
| KIMBERLY | GOINGS | 2:25-cv-03799-RMG | AFFF051929 | Environmental Litigation Group, P.C. | 5/5/2025 | Yes | Yes | No |
| MARIO | STEWART | 2:25-cv-03800-RMG | AFFF036094 | Environmental Litigation Group, P.C. | 5/5/2025 | Yes | Yes | No |
| JAZZMYN | TAYLOR | 2:25-cv-03800-RMG | AFFF076471 | Environmental Litigation Group, P.C. | 5/5/2025 | Yes | Yes | No |
| FREDERICK | THOMAS | 2:25-cv-03800-RMG | AFFF083803 | Environmental Litigation Group, P.C. | 5/5/2025 | Yes | Yes | No |
| MICHAEL | VELASQUEZ | 2:25-cv-03800-RMG | AFFF078330 | Environmental Litigation Group, P.C. | 5/5/2025 | Yes | Yes | No |
| SUTTON | SMITH | 2:25-cv-04040-RMG | AFFF100876 | Napoli Shkolnik | 5/14/2025 | Yes | Yes | No |
| SHELDON | LOOMIS | 2:25-cv-04043-RMG | AFFF043215 | Napoli Shkolnik | 5/14/2025 | Yes | Yes | No |
| TASH | LOWREY | 2:25-cv-05895-RMG | AFFF109635 | OnderLaw, LLC | 6/18/2025 | Yes | Yes | No |
| BRADLEY | ALERS | 2:25-cv-06890-RMG | AFFF115846 | OnderLaw, LLC | 7/8/2025 | Yes | Yes | No |
| TARANDA | HAMILTON | 2:25-cv-07727-RMG | AFFF057618 | The Gori Law Firm, P.C. | 7/17/2025 | Yes | Yes | No |
| JULIE | SNYDER-SCHNAKENBURG | 2:25-cv-07989-RMG | AFFF237686 | Napoli Shkolnik | 7/21/2025 | Yes | Yes | No |
| MARY | SCHUHMANN | 2:25-cv-08360-RMG | AFFF051528 | Mucerino Law, PLLC | 7/24/2025 | Yes | Yes | No |
| CHAD | HAMMER | 2:25-cv-08508-RMG | AFFF070885 | Mucerino Law, PLLC | 7/25/2025 | Yes | Yes | No |
| JOHN | ADAMS | 2:25-cv-08534-RMG | AFFF046839 | Mucerino Law, PLLC | 7/25/2025 | Yes | Yes | No |
| WARREN | FRAZIER | 2:25-cv-08933-RMG | AFFF096830 | Frazer PLC | 7/29/2025 | Yes | Yes | No |
| ROBERT | DEAN | 2:25-cv-10298-RMG | AFFF036714 | Napoli Shkolnik | 8/11/2025 | Yes | Yes | No |
| CRAIG | EMERICK | 2:25-cv-10298-RMG | AFFF037256 | Napoli Shkolnik | 8/11/2025 | Yes | Yes | No |
| BRANDON | MALKOWSKY | 2:25-cv-10298-RMG | AFFF062252 | Napoli Shkolnik | 8/11/2025 | Yes | Yes | No |
| CHARLES | MOCK | 2:25-cv-10441-RMG | AFFF072235 | OnderLaw, LLC | 8/12/2025 | Yes | Yes | No |
| DAWNMARIE | ARMATO | 2:25-cv-11230-RMG | AFFF061984 | Morgan & Morgan, PA | 8/19/2025 | Yes | Yes | No |
| CHRISTINE | PADOWITZ | 2:25-cv-11230-RMG | AFFF037040 | Morgan & Morgan, PA | 8/19/2025 | Yes | Yes | No |
| ERNEST | WASHINGTON | 2:25-cv-11252-RMG | AFFF025214 | Morgan & Morgan, PA | 8/20/2025 | Yes | Yes | No |
| PEDREN | ALUMBAUGH | 2:25-cv-11278-RMG | AFFF218823 | Napoli Shkolnik | 8/21/2025 | Yes | Yes | No |
| RENE | FAHLBERG | 2:25-cv-11278-RMG | AFFF131637 | Napoli Shkolnik | 8/21/2025 | Yes | Yes | No |
| HASAN | GOODBEE | 2:25-cv-11301-RMG | AFFF226446 | Napoli Shkolnik | 8/21/2025 | Yes | Yes | No |
| EUGENE | PECK | 2:25-cv-11338-RMG | AFFF141487 | Napoli Shkolnik | 8/22/2025 | Yes | Yes | No |
| KIRK | HUDSPETH | 2:25-cv-11343-RMG | AFFF139319 | Napoli Shkolnik | 8/22/2025 | Yes | Yes | No |
| RICHARD | TIMMERMAN | 2:25-cv-11354-RMG | AFFF215369 | Napoli Shkolnik | 8/22/2025 | Yes | Yes | No |
| MARY | MOORE | 2:25-cv-11468-RMG | AFFF130862 | Weitz & Luxenberg | 8/25/2025 | Yes | Yes | No |
| LARISA | BELISLE | 2:25-cv-11475-RMG | AFFF095165 | Aylstock, Witkin, Kreis & Overholtz, PLC | 8/25/2025 | Yes | Yes | No |
| GARY | FILLIDES | 2:25-cv-11509-RMG | AFFF095234 | Morgan & Morgan, PA | 8/26/2025 | Yes | Yes | No |
| MATEO | FRIETAS | 2:25-cv-11509-RMG | AFFF089338 | Morgan & Morgan, PA | 8/26/2025 | Yes | Yes | No |
| CHRISTOPHER | DALE | 2:25-cv-11510-RMG | AFFF098466 | Nations Law Firm | 8/26/2025 | Yes | Yes | No |
| JENNIFER | BINDER | 2:25-cv-11519-RMG | AFFF171032 | Napoli Shkolnik | 8/26/2025 | Yes | Yes | No |
| APRIL | GHOSTON | 2:25-cv-11558-RMG | AFFF231565 | Napoli Shkolnik | 8/27/2025 | Yes | Yes | No |
| NORMA | GIBSON | 2:25-cv-11558-RMG | AFFF166924 | Napoli Shkolnik | 8/27/2025 | Yes | Yes | No |
| ALEC | GRAFF-CAMPBELL | 2:25-cv-11571-RMG | AFFF242026 | Napoli Shkolnik | 8/27/2025 | Yes | Yes | No |
| HEATHER | WALKER | 2:25-cv-11577-RMG | AFFF025001 | Nigh Goldenberg Raso & Vaughn | 8/27/2025 | Yes | Yes | No |
| MARK | CASE | 2:25-cv-11578-RMG | AFFF239674 | Napoli Shkolnik | 8/27/2025 | Yes | Yes | No |

Exhibit A - Plaintiffs to be Dismissed Without Prejudice

| First Name | Last Name | Docket Number | AFFF MDL Portal Number | Plaintiff's Counsel | MDL Filing/Transfer Date | Plaintiff filed or transferred to MDL on or after March 1, 2025? | Did Plaintiff submit a Plaintiff Profile Form where required under CMO 31 or submit an Amended Personal Injury Plaintiff Fact Sheet in accordance with the Applicable CMOs? | Solely for Plaintiffs subject to CMO 35, did the Plaintiff provide any medical records as required by CMO 35? |
|---|---|---|---|---|---|---|---|---|
| MARLANA | JOHNSON | 2:25-cv-11586-RMG | AFFF220863 | Napoli Shkolnik | 8/27/2025 | Yes | Yes | No |
| RICHARD | JONES | 2:25-cv-11586-RMG | AFFF206230 | Napoli Shkolnik | 8/27/2025 | Yes | Yes | No |
| GEORGE | FOUNTAIN | 2:25-cv-11597-RMG | AFFF241363 | Napoli Shkolnik | 8/27/2025 | Yes | Yes | No |
| YVONNE | FRANKLIN | 2:25-cv-11597-RMG | AFFF237400 | Napoli Shkolnik | 8/27/2025 | Yes | Yes | No |
| JAMES | BAUCHAT | 2:25-cv-11635-RMG | AFFF089883 | Nigh Goldenberg Raso & Vaughn | 8/27/2025 | Yes | Yes | No |
| THADDEUS | STREATER | 2:25-cv-11651-RMG | AFFF046716 | Morgan & Morgan, PA | 8/28/2025 | Yes | Yes | No |
| STEPHEN | SWANBERG | 2:25-cv-11651-RMG | AFFF095004 | Morgan & Morgan, PA | 8/28/2025 | Yes | Yes | No |
| SONDRA | LOGAN | 2:25-cv-11654-RMG | AFFF155008 | Napoli Shkolnik | 8/28/2025 | Yes | Yes | No |
| ROBIN | THOMAS | 2:25-cv-11673-RMG | AFFF130293 | Napoli Shkolnik | 8/28/2025 | Yes | Yes | No |
| ROBERT | TIMMINS | 2:25-cv-11673-RMG | AFFF223081 | Napoli Shkolnik | 8/28/2025 | Yes | Yes | No |
| ADAM | TUDOR | 2:25-cv-11673-RMG | AFFF203495 | Napoli Shkolnik | 8/28/2025 | Yes | Yes | No |
| PEGGY | WILLIAMS | 2:25-cv-11704-RMG | AFFF212058 | Napoli Shkolnik | 8/29/2025 | Yes | Yes | No |
| CLARENCE | WOOD | 2:25-cv-11704-RMG | AFFF228753 | Napoli Shkolnik | 8/29/2025 | Yes | Yes | No |
| SHARON | WORTH | 2:25-cv-11704-RMG | AFFF187745 | Napoli Shkolnik | 8/29/2025 | Yes | Yes | No |
| MICHAEL | LOPEZ | 2:25-cv-11706-RMG | AFFF132026 | The Kuykendall Group, LLC | 8/29/2025 | Yes | Yes | No |
| TRAVIS | POTTS | 2:25-cv-11706-RMG | AFFF161847 | The Kuykendall Group, LLC | 8/29/2025 | Yes | Yes | No |
| LACEY | BRAKE-BELLAMY | 2:25-cv-11719-RMG | AFFF234162 | Weitz & Luxenberg | 8/29/2025 | Yes | Yes | No |
| LAURA | AGUILAR | 2:25-cv-11738-RMG | AFFF066323 | Johnson Law Group | 8/29/2025 | Yes | Yes | No |
| JOHN | WASHINGTON | 2:25-cv-11742-RMG | AFFF239200 | Napoli Shkolnik | 8/29/2025 | Yes | Yes | No |
| SHIRLEY | WATKINS | 2:25-cv-11742-RMG | AFFF196350 | Napoli Shkolnik | 8/29/2025 | Yes | Yes | No |
| GRALYN | WILLIAMS | 2:25-cv-11742-RMG | AFFF220246 | Napoli Shkolnik | 8/29/2025 | Yes | Yes | No |
| THOMAS | UPTON | 2:25-cv-11787-RMG | AFFF213510 | Napoli Shkolnik | 8/29/2025 | Yes | Yes | No |
| JOANN | MITCHELL | 2:25-cv-11832-RMG | AFFF178301 | Trial Lawyers United LLC | 9/1/2025 | Yes | Yes | No |
| MICHELE | EYCLESHYMER | 2:25-cv-11912-RMG | AFFF065344 | The DiCello Law Firm | 9/2/2025 | Yes | Yes | No |
| ANTHONY | COLEMAN | 2:25-cv-11915-RMG | AFFF038103 | Shrader & Associates, LLP | 9/2/2025 | Yes | Yes | No |
| ANTHONY | MEREDITH | 2:25-cv-11937-RMG | AFFF100810 | Marc J. Bern & Partners LLP | 9/3/2025 | Yes | Yes | No |
| TRAVIS | MACK | 2:25-cv-11946-RMG | AFFF080443 | Nations Law Firm | 9/3/2025 | Yes | Yes | No |
| LINDSEY | THOMAS | 2:25-cv-11950-RMG | AFFF192771 | Milberg Coleman Bryson Phillips Grossman | 9/3/2025 | Yes | Yes | No |
| BEVERLY | TOWNSEND | 2:25-cv-11961-RMG | AFFF059538 | The DiCello Law Firm | 9/3/2025 | Yes | Yes | No |
| ANDREW | ANDERSON | 2:25-cv-11966-RMG | AFFF230633 | The Kuykendall Group, LLC | 9/3/2025 | Yes | Yes | No |
| BENNY | TACKETT | 2:25-cv-11966-RMG | AFFF212086 | The Kuykendall Group, LLC | 9/3/2025 | Yes | Yes | No |
| ANDREW | STRAUCH | 2:25-cv-11982-RMG | AFFF126491 | Mucerino Law, PLLC | 9/3/2025 | Yes | Yes | No |
| DAVID | WATERS | 2:25-cv-11990-RMG | AFFF069050 | The DiCello Law Firm | 9/3/2025 | Yes | Yes | No |
| JOHN | HAUPT | 2:25-cv-11998-RMG | AFFF246414 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| JEFFERY | HEFNER | 2:25-cv-11998-RMG | AFFF170548 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| RALPH | HENDERSON | 2:25-cv-11998-RMG | AFFF181311 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| JOYCE | HIGHTOWER | 2:25-cv-11998-RMG | AFFF155853 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| CORNELIA | HOLMAN | 2:25-cv-11998-RMG | AFFF157945 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| ANTHONY | HOLT | 2:25-cv-11998-RMG | AFFF218706 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| DANIEL | HUMPHREY | 2:25-cv-11998-RMG | AFFF195834 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| TRUDY | HUNT | 2:25-cv-11998-RMG | AFFF177622 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| MARYANN | HYDER | 2:25-cv-11998-RMG | AFFF193894 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| BARRY | JACKIER | 2:25-cv-11998-RMG | AFFF217860 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| ALBERT | JACKSON | 2:25-cv-11998-RMG | AFFF184696 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |

Exhibit A - Plaintiffs to be Dismissed Without Prejudice

| First Name | Last Name | Docket Number | AFFF MDL Portal Number | Plaintiff's Counsel | MDL Filing/Transfer Date | Plaintiff filed or transferred to MDL on or after March 1, 2025? | Did Plaintiff submit a Plaintiff Profile Form where required under CMO 31 or submit an Amended Personal Injury Plaintiff Fact Sheet in accordance with the Applicable CMOs? | Solely for Plaintiffs subject to CMO 35, did the Plaintiff provide any medical records as required by CMO 35? |
|---|---|---|---|---|---|---|---|---|
| RAMONA | JACKSON | 2:25-cv-11998-RMG | AFFF236609 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| DOJER | JAMES | 2:25-cv-11998-RMG | AFFF168215 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| SANDY | JANICSEK | 2:25-cv-11998-RMG | AFFF194111 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| MICHAEL | JENNINGS | 2:25-cv-11998-RMG | AFFF187336 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| BUFORD | JOHNSON | 2:25-cv-11998-RMG | AFFF192643 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| HARRY | JOHNSON | 2:25-cv-11998-RMG | AFFF235678 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| MARY | JOHNSON | 2:25-cv-11998-RMG | AFFF130621 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| HELEN | JOHNSON-CONNER | 2:25-cv-11998-RMG | AFFF248172 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| CLARENCE | JORDAN | 2:25-cv-11998-RMG | AFFF147962 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| NANCY | KARR | 2:25-cv-11998-RMG | AFFF222480 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| JOSEPH | KENT | 2:25-cv-11998-RMG | AFFF223237 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| MARK | KIM | 2:25-cv-11998-RMG | AFFF249200 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| ALICE | KINARD | 2:25-cv-11998-RMG | AFFF131689 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| BRIAN | KINNISON | 2:25-cv-11998-RMG | AFFF141966 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| ARTHUR | KIRCHMAN | 2:25-cv-11998-RMG | AFFF198022 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| GLENDA | KIRCHMAN | 2:25-cv-11998-RMG | AFFF150246 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| JOHN | KITCH | 2:25-cv-11998-RMG | AFFF209035 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| KELLY | LACY | 2:25-cv-11998-RMG | AFFF238610 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| CHRISTOPHER | LAFALCE | 2:25-cv-11998-RMG | AFFF130538 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| DEBORAH | PAOLINO | 2:25-cv-11998-RMG | AFFF249657 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| VALERIE | LANEY | 2:25-cv-12002-RMG | AFFF082919 | The DiCello Law Firm | 9/3/2025 | Yes | Yes | No |
| WILLIAM | WALLEN | 2:25-cv-12002-RMG | AFFF045811 | The DiCello Law Firm | 9/3/2025 | Yes | Yes | No |
| JESSE | RASSO | 2:25-cv-12015-RMG | AFFF099573 | The Miller Firm LLC | 9/3/2025 | Yes | Yes | No |
| DIAMOND | ADAMS | 2:25-cv-12017-RMG | AFFF244589 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| JAMES | ARDITO | 2:25-cv-12017-RMG | AFFF150395 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| DARIUS | BUCKLES | 2:25-cv-12017-RMG | AFFF215694 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| ADELAIDE | CARMANT | 2:25-cv-12017-RMG | AFFF145277 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| MARYELLEN | DOSTER | 2:25-cv-12017-RMG | AFFF246280 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| WENDY | GUY | 2:25-cv-12017-RMG | AFFF190279 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| ROXANNE | HARRIS | 2:25-cv-12017-RMG | AFFF176229 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| TYRONE | HERBERT | 2:25-cv-12017-RMG | AFFF158357 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| CURTIS | HERRIN | 2:25-cv-12017-RMG | AFFF142853 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| RANDY | HOLMAN | 2:25-cv-12017-RMG | AFFF199575 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| MARTIN | HUNTER | 2:25-cv-12017-RMG | AFFF203155 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| LINDA | KERNS | 2:25-cv-12017-RMG | AFFF138111 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| MARIE | KOTLOWSKI | 2:25-cv-12017-RMG | AFFF185931 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| WELDON | LUCAS | 2:25-cv-12017-RMG | AFFF212491 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| FRANCISCO | MARTINEZ | 2:25-cv-12017-RMG | AFFF195035 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| JADE | MCCAGG | 2:25-cv-12017-RMG | AFFF192273 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| DEBRA | MILLERVITZ | 2:25-cv-12017-RMG | AFFF168893 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| DARLENE | MULDROW | 2:25-cv-12017-RMG | AFFF208065 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| JOEY | PINA | 2:25-cv-12017-RMG | AFFF196962 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| ELMER | POWELL | 2:25-cv-12017-RMG | AFFF174047 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| STEVEN | SMITH | 2:25-cv-12017-RMG | AFFF149511 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |

Exhibit A - Plaintiffs to be Dismissed Without Prejudice

| First Name | Last Name | Docket Number | AFFF MDL Portal Number | Plaintiff's Counsel | MDL Filing/Transfer Date | Plaintiff filed or transferred to MDL on or after March 1, 2025? | Did Plaintiff submit a Plaintiff Profile Form where required under CMO 31 or submit an Amended Personal Injury Plaintiff Fact Sheet in accordance with the Applicable CMOs? | Solely for Plaintiffs subject to CMO 35, did the Plaintiff provide any medical records as required by CMO 35? |
|---|---|---|---|---|---|---|---|---|
| CARMEN | SOLIZ | 2:25-cv-12017-RMG | AFFF221783 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| CHAD | SOLOMON | 2:25-cv-12017-RMG | AFFF146687 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| JULIA | SUMMERS | 2:25-cv-12017-RMG | AFFF221647 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| ALTON | THOMAS | 2:25-cv-12017-RMG | AFFF212163 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| BRENDA | WARDLE | 2:25-cv-12017-RMG | AFFF181261 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| VALENTIN | YBARRA | 2:25-cv-12017-RMG | AFFF157017 | Turnbull, Moak & Pendergrass | 9/3/2025 | Yes | Yes | No |
| KEVIN | KLEPPANG | 2:25-cv-12021-RMG | AFFF208097 | Milberg Coleman Bryson Phillips Grossman | 9/3/2025 | Yes | Yes | No |
| RICHARD | HANSEN | 2:25-cv-12022-RMG | AFFF174934 | Milberg Coleman Bryson Phillips Grossman | 9/3/2025 | Yes | Yes | No |
| ZINNIA | NELSON | 2:25-cv-12022-RMG | AFFF169467 | Milberg Coleman Bryson Phillips Grossman | 9/3/2025 | Yes | Yes | No |
| DONALD | SHULER | 2:25-cv-12023-RMG | AFFF141271 | Trial Lawyers United LLC | 9/3/2025 | Yes | Yes | No |
| JAMES | TALIANO | 2:25-cv-12027-RMG | AFFF046275 | The DiCello Law Firm | 9/3/2025 | Yes | Yes | No |
| DELWIN | JONES | 2:25-cv-12041-RMG | AFFF186945 | Milberg Coleman Bryson Phillips Grossman | 9/3/2025 | Yes | Yes | No |
| TODD | PRINKEY | 2:25-cv-12049-RMG | AFFF157500 | Mucerino Law, PLLC | 9/3/2025 | Yes | Yes | No |
| CARRINGTON | BLACK | 2:25-cv-12072-RMG | AFFF193162 | The Kuykendall Group, LLC | 9/4/2025 | Yes | Yes | No |
| BEULAH | CARR | 2:25-cv-12072-RMG | AFFF238080 | The Kuykendall Group, LLC | 9/4/2025 | Yes | Yes | No |
| JOSEPH | EVANS | 2:25-cv-12072-RMG | AFFF164687 | The Kuykendall Group, LLC | 9/4/2025 | Yes | Yes | No |
| JAMES | FIELDS | 2:25-cv-12072-RMG | AFFF246945 | The Kuykendall Group, LLC | 9/4/2025 | Yes | Yes | No |
| CHARLES | GRAHAM | 2:25-cv-12072-RMG | AFFF181677 | The Kuykendall Group, LLC | 9/4/2025 | Yes | Yes | No |
| KRISTIN | GRAYBLAKE | 2:25-cv-12072-RMG | AFFF173811 | The Kuykendall Group, LLC | 9/4/2025 | Yes | Yes | No |
| CHARLES | HYMON | 2:25-cv-12072-RMG | AFFF180078 | The Kuykendall Group, LLC | 9/4/2025 | Yes | Yes | No |
| DANIEL | IHEANACHO | 2:25-cv-12072-RMG | AFFF173256 | The Kuykendall Group, LLC | 9/4/2025 | Yes | Yes | No |
| CORNELL | INGALLS | 2:25-cv-12072-RMG | AFFF182115 | The Kuykendall Group, LLC | 9/4/2025 | Yes | Yes | No |
| DEMETRIUS | LANE | 2:25-cv-12072-RMG | AFFF205039 | The Kuykendall Group, LLC | 9/4/2025 | Yes | Yes | No |
| DAMOND | LEE | 2:25-cv-12072-RMG | AFFF202120 | The Kuykendall Group, LLC | 9/4/2025 | Yes | Yes | No |
| BRUCE | MONTGOMERY | 2:25-cv-12072-RMG | AFFF172308 | The Kuykendall Group, LLC | 9/4/2025 | Yes | Yes | No |
| RODERICK | NEWMAN | 2:25-cv-12072-RMG | AFFF203134 | The Kuykendall Group, LLC | 9/4/2025 | Yes | Yes | No |
| ANTONIO | ROBINSON | 2:25-cv-12072-RMG | AFFF168382 | The Kuykendall Group, LLC | 9/4/2025 | Yes | Yes | No |
| JAMES | SHANNON | 2:25-cv-12072-RMG | AFFF175184 | The Kuykendall Group, LLC | 9/4/2025 | Yes | Yes | No |
| COREY | SIMPSON | 2:25-cv-12072-RMG | AFFF244988 | The Kuykendall Group, LLC | 9/4/2025 | Yes | Yes | No |
| DARREL | TINDALL | 2:25-cv-12072-RMG | AFFF173246 | The Kuykendall Group, LLC | 9/4/2025 | Yes | Yes | No |
| CHRISTOPHER | WILLIAMS | 2:25-cv-12072-RMG | AFFF125037 | The Kuykendall Group, LLC | 9/4/2025 | Yes | Yes | No |
| DANNY | WILSON | 2:25-cv-12072-RMG | AFFF166557 | The Kuykendall Group, LLC | 9/4/2025 | Yes | Yes | No |
| RACHEL | JOHNSON | 2:25-cv-12076-RMG | AFFF179772 | Milberg Coleman Bryson Phillips Grossman | 9/4/2025 | Yes | Yes | No |
| TREMECHIAN | HODGE-BARLOW | 2:25-cv-12089-RMG | AFFF222786 | Milberg Coleman Bryson Phillips Grossman | 9/4/2025 | Yes | Yes | No |
| JIGAR | PATEL | 2:25-cv-12097-RMG | AFFF231465 | Milberg Coleman Bryson Phillips Grossman | 9/4/2025 | Yes | Yes | No |
| ALBERT | THOMPSON | 2:25-cv-12100-RMG | AFFF195694 | Milberg Coleman Bryson Phillips Grossman | 9/4/2025 | Yes | Yes | No |
| HAROLD | ALEXANDER | 2:25-cv-12102-RMG | AFFF181284 | Milberg Coleman Bryson Phillips Grossman | 9/4/2025 | Yes | Yes | No |
| MICHAEL | BURNETT | 2:25-cv-12120-RMG | AFFF139860 | Turnbull, Moak & Pendergrass | 9/4/2025 | Yes | Yes | No |
| DEBRA | DAVIS | 2:25-cv-12120-RMG | AFFF186701 | Turnbull, Moak & Pendergrass | 9/4/2025 | Yes | Yes | No |
| LAWRENCE | HENRY | 2:25-cv-12120-RMG | AFFF176417 | Turnbull, Moak & Pendergrass | 9/4/2025 | Yes | Yes | No |
| LOUISE | HOWARD | 2:25-cv-12120-RMG | AFFF210601 | Turnbull, Moak & Pendergrass | 9/4/2025 | Yes | Yes | No |
| KENNETH | JACKSON | 2:25-cv-12120-RMG | AFFF179524 | Turnbull, Moak & Pendergrass | 9/4/2025 | Yes | Yes | No |
| RONALD | LONG | 2:25-cv-12120-RMG | AFFF181728 | Turnbull, Moak & Pendergrass | 9/4/2025 | Yes | Yes | No |
| JOHNNIE | MCCLURE | 2:25-cv-12120-RMG | AFFF192065 | Turnbull, Moak & Pendergrass | 9/4/2025 | Yes | Yes | No |

Exhibit A - Plaintiffs to be Dismissed Without Prejudice

| First Name | Last Name | Docket Number | AFFF MDL Portal Number | Plaintiff's Counsel | MDL Filing/Transfer Date | Plaintiff filed or transferred to MDL on or after March 1, 2025? | Did Plaintiff submit a Plaintiff Profile Form where required under CMO 31 or submit an Amended Personal Injury Plaintiff Fact Sheet in accordance with the Applicable CMOs? | Solely for Plaintiffs subject to CMO 35, did the Plaintiff provide any medical records as required by CMO 35? |
|---|---|---|---|---|---|---|---|---|
| DAWN | WOOD | 2:25-cv-12120-RMG | AFFF219580 | Turnbull, Moak & Pendergrass | 9/4/2025 | Yes | Yes | No |
| MARLAN | PETTE | 2:25-cv-12124-RMG | AFFF147163 | Krause & Kinsman Group, LLC | 9/4/2025 | Yes | Yes | No |
| MILDRED | FITZPATRICK | 2:25-cv-12128-RMG | AFFF222527 | Trial Lawyers United LLC | 9/4/2025 | Yes | Yes | No |
| CARA | PETERSON-WHITFORD | 2:25-cv-12136-RMG | AFFF188949 | Krause & Kinsman Group, LLC | 9/4/2025 | Yes | Yes | No |
| RONEY | ROBERTSON | 2:25-cv-12157-RMG | AFFF248750 | Milberg Coleman Bryson Phillips Grossman | 9/4/2025 | Yes | Yes | No |
| JAY | CROSWAIT | 2:25-cv-12161-RMG | AFFF146297 | Milberg Coleman Bryson Phillips Grossman | 9/4/2025 | Yes | Yes | No |
| FREDRICK | BOWLES | 2:25-cv-12164-RMG | AFFF118641 | The Gori Law Firm, P.C. | 9/4/2025 | Yes | Yes | No |
| JERRY | MOFFEIT | 2:25-cv-12168-RMG | AFFF177905 | Trial Lawyers United LLC | 9/4/2025 | Yes | Yes | No |
| BERNARD | ANDERSON | 2:25-cv-12201-RMG | AFFF169495 | Mucerino Law, PLLC | 9/4/2025 | Yes | Yes | No |
| NINA | BLANKENSHIP | 2:25-cv-12241-RMG | AFFF053105 | Johnson Law Group | 9/5/2025 | Yes | Yes | No |
| MICHELE | STEPHENS | 2:25-cv-12242-RMG | AFFF082358 | Wagstaff and Cartmell | 9/5/2025 | Yes | Yes | No |
| JASON | HUDSON | 2:25-cv-12263-RMG | AFFF036840 | Aylstock, Witkin, Kreis & Overholtz, PLC | 9/5/2025 | Yes | Yes | No |
| PAUL | DUNN | 2:25-cv-12270-RMG | AFFF166284 | Krause & Kinsman Group, LLC | 9/5/2025 | Yes | Yes | No |
| SHARRETTE | ARNOLD | 2:25-cv-12278-RMG | AFFF105087 | Wagstaff and Cartmell | 9/5/2025 | Yes | Yes | No |
| RANDY | RAY | 2:25-cv-12322-RMG | AFFF188761 | Sbaiti & Company NJ LLC | 9/5/2025 | Yes | Yes | No |
| EDDY | TRIMNEL | 2:25-cv-12322-RMG | AFFF236517 | Sbaiti & Company NJ LLC | 9/5/2025 | Yes | Yes | No |
| CORI | BRANCO | 2:25-cv-12330-RMG | AFFF202203 | Bryson Harris Suciu & DeMay PLLC | 9/5/2025 | Yes | Yes | No |
| DONNIE | RHODES | 2:25-cv-12331-RMG | AFFF149085 | McDonald Worley, PC | 9/5/2025 | Yes | Yes | No |
| JACKIE | ELEE | 2:25-cv-12379-RMG | AFFF215441 | Cory Watson, P.C. | 9/9/2025 | Yes | Yes | No |
| OSCAR | FULGHAM | 2:25-cv-12379-RMG | AFFF140908 | Cory Watson, P.C. | 9/9/2025 | Yes | Yes | No |
| CHRISTINE | KIHIU | 2:25-cv-12379-RMG | AFFF199213 | Cory Watson, P.C. | 9/9/2025 | Yes | Yes | No |
| FRANK | BARRAZA | 2:25-cv-12406-RMG | AFFF168219 | Turnbull, Moak & Pendergrass | 9/9/2025 | Yes | Yes | No |
| CHESLEY | FRYE | 2:25-cv-12406-RMG | AFFF213385 | Turnbull, Moak & Pendergrass | 9/9/2025 | Yes | Yes | No |
| JARROD | GRIFFITH | 2:25-cv-12406-RMG | AFFF226161 | Turnbull, Moak & Pendergrass | 9/9/2025 | Yes | Yes | No |
| FRANKLIN | KENNAMER | 2:25-cv-12406-RMG | AFFF226544 | Turnbull, Moak & Pendergrass | 9/9/2025 | Yes | Yes | No |
| BONNIE | KRAMER | 2:25-cv-12406-RMG | AFFF151118 | Turnbull, Moak & Pendergrass | 9/9/2025 | Yes | Yes | No |
| MAYNARD | ROSEN | 2:25-cv-12406-RMG | AFFF163501 | Turnbull, Moak & Pendergrass | 9/9/2025 | Yes | Yes | No |
| SHEELA | SURCOUF | 2:25-cv-12406-RMG | AFFF242467 | Turnbull, Moak & Pendergrass | 9/9/2025 | Yes | Yes | No |
| RACHAEL | VIGIL | 2:25-cv-12406-RMG | AFFF191626 | Turnbull, Moak & Pendergrass | 9/9/2025 | Yes | Yes | No |
| THADDEUS | WOJCIK | 2:25-cv-12406-RMG | AFFF208807 | Turnbull, Moak & Pendergrass | 9/9/2025 | Yes | Yes | No |
| COLTEN | YANCEY | 2:25-cv-12406-RMG | AFFF138545 | Turnbull, Moak & Pendergrass | 9/9/2025 | Yes | Yes | No |
| TERRY | BRUNELL | 2:25-cv-12451-RMG | AFFF102754 | Aylstock, Witkin, Kreis & Overholtz, PLC | 9/10/2025 | Yes | Yes | No |
| PAULA | AKINS | 2:25-cv-12462-RMG | AFFF154669 | Turnbull, Moak & Pendergrass | 9/10/2025 | Yes | Yes | No |
| THOMAS | BILLIG | 2:25-cv-12462-RMG | AFFF243505 | Turnbull, Moak & Pendergrass | 9/10/2025 | Yes | Yes | No |
| KAREN | BLEUER | 2:25-cv-12462-RMG | AFFF218751 | Turnbull, Moak & Pendergrass | 9/10/2025 | Yes | Yes | No |
| RACHEL | BROCK | 2:25-cv-12462-RMG | AFFF205477 | Turnbull, Moak & Pendergrass | 9/10/2025 | Yes | Yes | No |
| RAYMOND | BURKS | 2:25-cv-12462-RMG | AFFF136644 | Turnbull, Moak & Pendergrass | 9/10/2025 | Yes | Yes | No |
| LUCRETIA | DAVIS | 2:25-cv-12462-RMG | AFFF125929 | Turnbull, Moak & Pendergrass | 9/10/2025 | Yes | Yes | No |
| DELANE | EVANS | 2:25-cv-12462-RMG | AFFF178417 | Turnbull, Moak & Pendergrass | 9/10/2025 | Yes | Yes | No |
| WILLIE | FOREMAN | 2:25-cv-12462-RMG | AFFF181753 | Turnbull, Moak & Pendergrass | 9/10/2025 | Yes | Yes | No |
| HOWARD | GUIDRY | 2:25-cv-12462-RMG | AFFF211569 | Turnbull, Moak & Pendergrass | 9/10/2025 | Yes | Yes | No |
| JACKIE | HENDERSON | 2:25-cv-12462-RMG | AFFF186941 | Turnbull, Moak & Pendergrass | 9/10/2025 | Yes | Yes | No |
| FREDERICK | HOLMES | 2:25-cv-12462-RMG | AFFF226117 | Turnbull, Moak & Pendergrass | 9/10/2025 | Yes | Yes | No |
| BOBBI | HUSTON | 2:25-cv-12462-RMG | AFFF210546 | Turnbull, Moak & Pendergrass | 9/10/2025 | Yes | Yes | No |

Exhibit A - Plaintiffs to be Dismissed Without Prejudice

| First Name | Last Name | Docket Number | AFFF MDL Portal Number | Plaintiff's Counsel | MDL Filing/Transfer Date | Plaintiff filed or transferred to MDL on or after March 1, 2025? | Did Plaintiff submit a Plaintiff Profile Form where required under CMO 31 or submit an Amended Personal Injury Plaintiff Fact Sheet in accordance with the Applicable CMOs? | Solely for Plaintiffs subject to CMO 35, did the Plaintiff provide any medical records as required by CMO 35? |
|---|---|---|---|---|---|---|---|---|
| CINDY | JENKINS | 2:25-cv-12462-RMG | AFFF153937 | Turnbull, Moak & Pendergrass | 9/10/2025 | Yes | Yes | No |
| GABRIELLE | KLEYKAMP | 2:25-cv-12462-RMG | AFFF202023 | Turnbull, Moak & Pendergrass | 9/10/2025 | Yes | Yes | No |
| EMMETT | KYZER | 2:25-cv-12462-RMG | AFFF155471 | Turnbull, Moak & Pendergrass | 9/10/2025 | Yes | Yes | No |
| PATRICIA | LEDET | 2:25-cv-12462-RMG | AFFF125626 | Turnbull, Moak & Pendergrass | 9/10/2025 | Yes | Yes | No |
| HARRY | MCCREARY | 2:25-cv-12462-RMG | AFFF238016 | Turnbull, Moak & Pendergrass | 9/10/2025 | Yes | Yes | No |
| DANNELL | MCKINNON | 2:25-cv-12462-RMG | AFFF233417 | Turnbull, Moak & Pendergrass | 9/10/2025 | Yes | Yes | No |
| THOMAS | NEWS | 2:25-cv-12462-RMG | AFFF236167 | Turnbull, Moak & Pendergrass | 9/10/2025 | Yes | Yes | No |
| CAROLYN | RACETTE | 2:25-cv-12462-RMG | AFFF199390 | Turnbull, Moak & Pendergrass | 9/10/2025 | Yes | Yes | No |
| MARK | ROLOFF | 2:25-cv-12462-RMG | AFFF143254 | Turnbull, Moak & Pendergrass | 9/10/2025 | Yes | Yes | No |
| AVERYANNA | RYMUS | 2:25-cv-12462-RMG | AFFF135030 | Turnbull, Moak & Pendergrass | 9/10/2025 | Yes | Yes | No |
| CYNTHIA | SOLANO | 2:25-cv-12462-RMG | AFFF161630 | Turnbull, Moak & Pendergrass | 9/10/2025 | Yes | Yes | No |
| REBECCA | TAYLOR | 2:25-cv-12462-RMG | AFFF245181 | Turnbull, Moak & Pendergrass | 9/10/2025 | Yes | Yes | No |
| CHERYL | WADKINS | 2:25-cv-12462-RMG | AFFF127378 | Turnbull, Moak & Pendergrass | 9/10/2025 | Yes | Yes | No |
| CHERRYL | WALLACE | 2:25-cv-12462-RMG | AFFF150119 | Turnbull, Moak & Pendergrass | 9/10/2025 | Yes | Yes | No |
| JEFFERY | WELTE | 2:25-cv-12462-RMG | AFFF202613 | Turnbull, Moak & Pendergrass | 9/10/2025 | Yes | Yes | No |
| JESSE | WHITFIELD | 2:25-cv-12462-RMG | AFFF130623 | Turnbull, Moak & Pendergrass | 9/10/2025 | Yes | Yes | No |
| DARIN | WOODS | 2:25-cv-12462-RMG | AFFF175959 | Turnbull, Moak & Pendergrass | 9/10/2025 | Yes | Yes | No |
| DAVID | YULE | 2:25-cv-12462-RMG | AFFF162052 | Turnbull, Moak & Pendergrass | 9/10/2025 | Yes | Yes | No |
| JOHN | YOUNG | 2:25-cv-12463-RMG | AFFF246150 | Sbaiti & Company NJ LLC | 9/10/2025 | Yes | Yes | No |
| SHENETHIA | CARTER | 2:25-cv-12473-RMG | AFFF215857 | Napoli Shkolnik | 9/10/2025 | Yes | Yes | No |
| JOSEPH | SCHMIDT | 2:25-cv-12485-RMG | AFFF142426 | Napoli Shkolnik | 9/10/2025 | Yes | Yes | No |
| VERNON | HOUSE | 2:25-cv-12490-RMG | AFFF159082 | Napoli Shkolnik | 9/10/2025 | Yes | Yes | No |
| STEVE | SANTORO | 2:25-cv-12493-RMG | AFFF141544 | Napoli Shkolnik | 9/10/2025 | Yes | Yes | No |
| TYLER | DINGVELL | 2:25-cv-12495-RMG | AFFF165651 | Sbaiti & Company NJ LLC | 9/10/2025 | Yes | Yes | No |
| RICHARD | LANG | 2:25-cv-12501-RMG | AFFF225505 | Napoli Shkolnik | 9/10/2025 | Yes | Yes | No |
| HAZEL | LEGORRETA | 2:25-cv-12509-RMG | AFFF237689 | Napoli Shkolnik | 9/11/2025 | Yes | Yes | No |
| PORFIRIO | AMARO | 2:25-cv-12521-RMG | AFFF163637 | Weisbrod Matteis & Copley PLLC | 9/10/2025 | Yes | Yes | No |
| CARLOS | AYALA | 2:25-cv-12521-RMG | AFFF242525 | Weisbrod Matteis & Copley PLLC | 9/10/2025 | Yes | Yes | No |
| NEREIDA | CALZADA | 2:25-cv-12521-RMG | AFFF222048 | Weisbrod Matteis & Copley PLLC | 9/10/2025 | Yes | Yes | No |
| JOSEFINA | GARCIA | 2:25-cv-12521-RMG | AFFF189233 | Weisbrod Matteis & Copley PLLC | 9/10/2025 | Yes | Yes | No |
| JOANNE | PONCE | 2:25-cv-12521-RMG | AFFF175745 | Weisbrod Matteis & Copley PLLC | 9/10/2025 | Yes | Yes | No |
| PABLO | RIVERA | 2:25-cv-12521-RMG | AFFF217377 | Weisbrod Matteis & Copley PLLC | 9/10/2025 | Yes | Yes | No |
| TEOFILA | RIVERA | 2:25-cv-12521-RMG | AFFF131830 | Weisbrod Matteis & Copley PLLC | 9/10/2025 | Yes | Yes | No |
| MELINDA | VELASCO | 2:25-cv-12744-RMG | AFFF331957 | Environmental Litigation Group, P.C. | 9/30/2025 | Yes | Yes | No |
| SANDRA | MEZA | 2:25-cv-12780-RMG | AFFF073042 | Baron & Budd, P.C. | 10/2/2025 | Yes | Yes | No |
| AARON | DAVIS | 2:25-cv-12908-RMG | AFFF049744 | Environmental Litigation Group, P.C. | 10/9/2025 | Yes | Yes | No |
| MAVIS | TYRSEN | 2:25-cv-12910-RMG | AFFF090460 | Environmental Litigation Group, P.C. | 10/9/2025 | Yes | Yes | No |
| SALVADOR | RODRIGUEZ | 2:25-cv-12918-RMG | AFFF106484 | Environmental Litigation Group, P.C. | 10/9/2025 | Yes | Yes | No |
| WILLIAM | HINSON | 2:25-cv-12922-RMG | AFFF218824 | Turnbull, Moak & Pendergrass | 10/9/2025 | Yes | Yes | No |
| EDWARD | EVERITT | 2:25-cv-12924-RMG | AFFF128280 | Turnbull, Moak & Pendergrass | 10/9/2025 | Yes | Yes | No |
| FAUSTO | SOTO-GOMEZ | 2:25-cv-12924-RMG | AFFF228717 | Turnbull, Moak & Pendergrass | 10/9/2025 | Yes | Yes | No |
| MARK | COCCIO | 2:25-cv-12925-RMG | AFFF189983 | Turnbull, Moak & Pendergrass | 10/9/2025 | Yes | Yes | No |
| ROBYN | COX | 2:25-cv-12925-RMG | AFFF247073 | Turnbull, Moak & Pendergrass | 10/9/2025 | Yes | Yes | No |
| REBECCA | GONZALES-TINOCO | 2:25-cv-12925-RMG | AFFF177093 | Turnbull, Moak & Pendergrass | 10/9/2025 | Yes | Yes | No |

Exhibit A - Plaintiffs to be Dismissed Without Prejudice

| First Name | Last Name | Docket Number | AFFF MDL Portal Number | Plaintiff's Counsel | MDL Filing/Transfer Date | Plaintiff filed or transferred to MDL on or after March 1, 2025? | Did Plaintiff submit a Plaintiff Profile Form where required under CMO 31 or submit an Amended Personal Injury Plaintiff Fact Sheet in accordance with the Applicable CMOs? | Solely for Plaintiffs subject to CMO 35, did the Plaintiff provide any medical records as required by CMO 35? |
|---|---|---|---|---|---|---|---|---|
| PATRICK | HAYES | 2:25-cv-12925-RMG | AFFF182434 | Turnbull, Moak & Pendergrass | 10/9/2025 | Yes | Yes | No |
| ZOYA | PARKANSKY | 2:25-cv-12925-RMG | AFFF135280 | Turnbull, Moak & Pendergrass | 10/9/2025 | Yes | Yes | No |
| MICHAEL | STARKE | 2:25-cv-13154-RMG | AFFF078003 | Napoli Shkolnik | 10/27/2025 | Yes | Yes | No |
| DAVID | VALDEZ | 2:25-cv-13157-RMG | AFFF080775 | Napoli Shkolnik | 10/27/2025 | Yes | Yes | No |
| MARK | BAUGH | 2:25-cv-13158-RMG | AFFF077783 | Napoli Shkolnik | 10/27/2025 | Yes | Yes | No |
| WILLIAM | BRENNER | 2:25-cv-13158-RMG | AFFF078658 | Napoli Shkolnik | 10/27/2025 | Yes | Yes | No |
| GABRIEL | ESTRADA | 2:25-cv-13159-RMG | AFFF094276 | Napoli Shkolnik | 10/27/2025 | Yes | Yes | No |
| VAUGHN | GLADNEY | 2:25-cv-13159-RMG | AFFF044097 | Napoli Shkolnik | 10/27/2025 | Yes | Yes | No |
| ALBERT | LUCERO | 2:25-cv-13160-RMG | AFFF052654 | Napoli Shkolnik | 10/27/2025 | Yes | Yes | No |
| JERRY | MARTIN | 2:25-cv-13160-RMG | AFFF026001 | Napoli Shkolnik | 10/27/2025 | Yes | Yes | No |
| CRAIG | POPJES | 2:25-cv-13160-RMG | AFFF123205 | Napoli Shkolnik | 10/27/2025 | Yes | Yes | No |
| ROBERT | MERCER | 2:25-cv-13163-RMG | AFFF052885 | Napoli Shkolnik | 10/27/2025 | Yes | Yes | No |
| MICHAEL | HOHNBERGER | 2:25-cv-13165-RMG | AFFF054215 | Napoli Shkolnik | 10/27/2025 | Yes | Yes | No |
| JAMES | BEHELER | 2:25-cv-13166-RMG | AFFF100841 | Napoli Shkolnik | 10/27/2025 | Yes | Yes | No |
| LEON | HOLLIE | 2:25-cv-13166-RMG | AFFF121222 | Napoli Shkolnik | 10/27/2025 | Yes | Yes | No |
| ROBERT | SCHNEIDER | 2:25-cv-13166-RMG | AFFF172122 | Napoli Shkolnik | 10/27/2025 | Yes | Yes | No |
| JAMES | EWTON | 2:25-cv-13167-RMG | AFFF095452 | Napoli Shkolnik | 10/27/2025 | Yes | Yes | No |
| JOE | TOVAR | 2:25-cv-13167-RMG | AFFF079872 | Napoli Shkolnik | 10/27/2025 | Yes | Yes | No |
| JEANETTA | STARR | 2:25-cv-13170-RMG | AFFF091693 | Napoli Shkolnik | 10/28/2025 | Yes | Yes | No |
| ALFREDO | DAVILA-MARRERO | 2:25-cv-13330-RMG | AFFF057814 | Napoli Shkolnik | 11/10/2025 | Yes | Yes | No |
| ANTHONY | GRACI | 2:25-cv-13331-RMG | AFFF030811 | Napoli Shkolnik | 11/10/2025 | Yes | Yes | No |
| RAYMOND | FLETCHER | 2:25-cv-13334-RMG | AFFF109515 | Napoli Shkolnik | 11/10/2025 | Yes | Yes | No |
| BILLY | BARBEE | 2:25-cv-13341-RMG | AFFF062259 | Napoli Shkolnik | 11/10/2025 | Yes | Yes | No |
| MARTIN | BROMMER | 2:25-cv-13343-RMG | AFFF113410 | Napoli Shkolnik | 11/10/2025 | Yes | Yes | No |
| JENNIFER | GARNER | 2:25-cv-13460-RMG | AFFF069094 | Napoli Shkolnik | 11/19/2025 | Yes | Yes | No |
| ALFRED | MACIARIELLO | 2:25-cv-13461-RMG | AFFF086961 | Napoli Shkolnik | 11/19/2025 | Yes | Yes | No |
| PEGGY | STREETER | 2:25-cv-13554-RMG | AFFF229902 | Turnbull, Moak & Pendergrass | 11/24/2025 | Yes | Yes | No |
| RICKY | SWANTON | 2:25-cv-13554-RMG | AFFF155591 | Turnbull, Moak & Pendergrass | 11/24/2025 | Yes | Yes | No |
| RICHARD | PASTERNAK | 2:25-cv-13555-RMG | AFFF203030 | Turnbull, Moak & Pendergrass | 11/24/2025 | Yes | Yes | No |
| MARY | PEDERSON | 2:25-cv-13555-RMG | AFFF163025 | Turnbull, Moak & Pendergrass | 11/24/2025 | Yes | Yes | No |
| DANIEL | ROIZ | 2:25-cv-13555-RMG | AFFF147952 | Turnbull, Moak & Pendergrass | 11/24/2025 | Yes | Yes | No |
| ANGELA | GARBE | 2:25-cv-13557-RMG | AFFF240718 | Turnbull, Moak & Pendergrass | 11/24/2025 | Yes | Yes | No |
| LEON | GLOVER | 2:25-cv-13557-RMG | AFFF161151 | Turnbull, Moak & Pendergrass | 11/24/2025 | Yes | Yes | No |
| BRIAN | GONYEA | 2:25-cv-13557-RMG | AFFF195261 | Turnbull, Moak & Pendergrass | 11/24/2025 | Yes | Yes | No |
| BLANCA | GONZALEZ | 2:25-cv-13557-RMG | AFFF194905 | Turnbull, Moak & Pendergrass | 11/24/2025 | Yes | Yes | No |
| BOBBY | GOUCH | 2:25-cv-13557-RMG | AFFF236547 | Turnbull, Moak & Pendergrass | 11/24/2025 | Yes | Yes | No |
| VIOLET | GUYTON | 2:25-cv-13557-RMG | AFFF182158 | Turnbull, Moak & Pendergrass | 11/24/2025 | Yes | Yes | No |
| TERRY | HARDAWAY | 2:25-cv-13557-RMG | AFFF248983 | Turnbull, Moak & Pendergrass | 11/24/2025 | Yes | Yes | No |
| TRACY | HARL | 2:25-cv-13557-RMG | AFFF160461 | Turnbull, Moak & Pendergrass | 11/24/2025 | Yes | Yes | No |
| MICHELLE | HARMON | 2:25-cv-13557-RMG | AFFF219861 | Turnbull, Moak & Pendergrass | 11/24/2025 | Yes | Yes | No |
| JOSEPH | HARRIMAN | 2:25-cv-13557-RMG | AFFF152872 | Turnbull, Moak & Pendergrass | 11/24/2025 | Yes | Yes | No |
| BRUCE | HARTFORD | 2:25-cv-13557-RMG | AFFF167257 | Turnbull, Moak & Pendergrass | 11/24/2025 | Yes | Yes | No |
| SUSAN | JEFFERSON | 2:25-cv-13557-RMG | AFFF244295 | Turnbull, Moak & Pendergrass | 11/24/2025 | Yes | Yes | No |
| CONNIE | DOUGLAS | 2:25-cv-13558-RMG | AFFF208394 | Turnbull, Moak & Pendergrass | 11/24/2025 | Yes | Yes | No |

Exhibit A - Plaintiffs to be Dismissed Without Prejudice

| First Name | Last Name | Docket Number | AFFF MDL Portal Number | Plaintiff's Counsel | MDL Filing/Transfer Date | Plaintiff filed or transferred to MDL on or after March 1, 2025? | Did Plaintiff submit a Plaintiff Profile Form where required under CMO 31 or submit an Amended Personal Injury Plaintiff Fact Sheet in accordance with the Applicable CMOs? | Solely for Plaintiffs subject to CMO 35, did the Plaintiff provide any medical records as required by CMO 35? |
|---|---|---|---|---|---|---|---|---|
| CAROL | EMMERLING | 2:25-cv-13558-RMG | AFFF154736 | Turnbull, Moak & Pendergrass | 11/24/2025 | Yes | Yes | No |
| JORGE | LEON | 2:25-cv-13558-RMG | AFFF217680 | Turnbull, Moak & Pendergrass | 11/24/2025 | Yes | Yes | No |
| BRUCE | BENZEL | 2:25-cv-13559-RMG | AFFF159099 | Turnbull, Moak & Pendergrass | 11/24/2025 | Yes | Yes | No |
| THOMAS | BURGESS | 2:25-cv-13559-RMG | AFFF138009 | Turnbull, Moak & Pendergrass | 11/24/2025 | Yes | Yes | No |
| CHRISTOPHER | PEGG | 2:25-cv-13562-RMG | AFFF170946 | Turnbull, Moak & Pendergrass | 11/24/2025 | Yes | Yes | No |
| SHERRY | ALEXANDER | 2:25-cv-13569-RMG | AFFF136354 | Turnbull, Moak & Pendergrass | 11/24/2025 | Yes | Yes | No |
| VIRGINIA | KENT | 2:25-cv-13569-RMG | AFFF146074 | Turnbull, Moak & Pendergrass | 11/24/2025 | Yes | Yes | No |
| ERNEST | EVANS | 2:25-cv-13601-RMG | AFFF065427 | Napoli Shkolnik | 12/1/2025 | Yes | Yes | No |
| YVETTE | JOHNSON | 2:25-cv-13601-RMG | AFFF123446 | Napoli Shkolnik | 12/1/2025 | Yes | Yes | No |
| IRISH | HESTER | 2:25-cv-13609-RMG | AFFF083632 | Napoli Shkolnik | 12/1/2025 | Yes | Yes | No |
| CARROLL | CLARK | 2:25-cv-13610-RMG | AFFF109491 | Napoli Shkolnik | 12/1/2025 | Yes | Yes | No |
| JAMES | JONES | 2:25-cv-13613-RMG | AFFF029774 | Napoli Shkolnik | 12/1/2025 | Yes | Yes | No |
| JOSE | SANCHEZ | 2:25-cv-13615-RMG | AFFF064215 | Napoli Shkolnik | 12/1/2025 | Yes | Yes | No |
| DAVID | SHOUP | 2:25-cv-13615-RMG | AFFF033514 | Napoli Shkolnik | 12/1/2025 | Yes | Yes | No |
| JEFFREY | WINDHORST | 2:25-cv-13617-RMG | AFFF123213 | Napoli Shkolnik | 12/1/2025 | Yes | Yes | No |
| VESTER | HOLMAN | 2:25-cv-13630-RMG | AFFF187968 | Krause & Kinsman Group, LLC | 12/1/2025 | Yes | Yes | No |
| RILEY | MAHONEY | 2:25-cv-13632-RMG | AFFF233672 | Krause & Kinsman Group, LLC | 12/1/2025 | Yes | Yes | No |
| JOHN | MACDOUGALL | 2:25-cv-13634-RMG | AFFF191381 | Krause & Kinsman Group, LLC | 12/1/2025 | Yes | Yes | No |
| MARCIE | ZAMBRYSKI | 2:25-cv-13636-RMG | AFFF099140 | Napoli Shkolnik | 12/1/2025 | Yes | Yes | No |
| CATHERINE | GIBBS | 2:25-cv-14052-RMG | AFFF096142 | Napoli Shkolnik | 1/6/2026 | Yes | Yes | No |
| REGINA | LAWSON | 2:25-cv-14057-RMG | AFFF089407 | Napoli Shkolnik | 12/31/2025 | Yes | Yes | No |
| SANDRA | COOPER | 2:26-cv-00065-RMG | AFFF114371 | Napoli Shkolnik | 1/8/2026 | Yes | Yes | No |