# Exhibit A

## Non-Confidential Descriptive Index of Document Sought to Be Sealed

| Exhibit | Description |
|---|---|
| Confidential Exhibit 12 | Confidential Exhibit 12 to the Settlement Agreement, addressing specific rules and numeric values related to thresholds for Termination Rights, the Parties' expectations as to the level of participation in the agreement, and the conditions for triggering certain categories of payments and the calculation of such payments. |

**Exhibit B**

**Counsel's Certificate of Compliance**

Counsel for the Parties hereby certify that the Parties' Joint Motion for Leave to File Under Seal a Confidential Exhibit was filed in compliance with Local Civil Rule 5.03 and CMO No. 17.

Dated: November 3, 2026

Respectfully submitted,

/s/ Michael A. London
Michael A. London
Douglas and London PC
One State Street, 35th Floor
New York, NY 10004
P: (212)-566-7500
F: (212)-566-7501
mlondon@douglasandlondon.com

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
P: (214)-521-3605
ssummy@baronbudd.com

*Negotiating Plaintiffs' Counsel*

/s/ Daniel L. Ring
Daniel L. Ring
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654
P: (312) 923-2625
F: (312) 527-0484
dring@jenner.com

Brian Duffy
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
P: (843) 720-2044
F: (843) 720-2047
bduffy@duffyandyoung.com

*Counsel for 3M Company*

# **Exhibit C**

Confidential Documents Contemporaneously Submitted to the Court for
*In Camera* Review in Compliance with CMO No. 17

**Exhibit D**

*[Proposed Order filed under separate cover]*