**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br><br>**This Document Relates to ALL CASES** |

# [PROPOSED] ORDER

Before the Court is the Parties' Joint Motion for Leave to File Under Seal a Confidential Exhibit (Dkt. No. ___).

The Parties seek to seal Exhibit 12 to the Settlement Agreement, which is a Confidential Exhibit addressing specific rules and numeric values related to thresholds for Termination Rights, the Parties' expectations as to the level of participation in the agreement, and the conditions for triggering certain categories of payments and the calculation of such payments.

The Joint Motion to Seal complies with the protocol set forth in Case Management Order No. 17 and provides the notices and opportunity required by the governing law and Local Rules. The Court has reviewed in camera the information sought to be sealed. Having weighed the public right of access against competing interests, the Court finds that sealing is warranted here. Sealing is furthermore the least drastic method of protecting the information in light of its substance.

The Joint Motion to Seal (Dkt. No. ____) is **GRANTED**.

**AND IT IS SO ORDERED.**

_________________________, 2026

_______________________________
Richard Mark Gergel
United States District Judge
Charleston, South Carolina