# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG |

**IDENTIFICATION ORDER
PRIMARY COUNSEL DECLARATION**

The person completing this Declaration is under oath, subject to the penalties of perjury, and must provide information that is true and correct to the best of their knowledge. All references below to "Eligible Claimant" shall mean the person who claims to have been injured. "I" or "my" shall refer to the Primary Counsel executing this Declaration as required under Case Management Order No. 39 (the "ID Order"). All Declarants are reminded to carefully review the ID Order and their obligations thereunder.

**ALL ASPECTS OF THIS DECLARATION ARE DESIGNATED AS CONFIDENTIAL AND COVERED BY THE PROTECTIVE ORDER.**

I, ______________________________________________ [Primary Counsel], do hereby make the following statements under penalty of perjury of the laws of the United States:

1. I am Primary Counsel to the Eligible Claimants and Derivative Claimants listed on the exhibit[1] to this Declaration. I am either counsel of record in the Eligible Claimant's or Derivative Claimant's case and/or have an active retainer agreement and current attorney-client relationship with such Eligible Claimant or Derivative Claimant.

2. The Eligible Claimants and Derivative Claimants identified on the exhibit to this Declaration are all Eligible Claimants and Derivative Claimants for whom I am Primary Counsel.

3. I understand and acknowledge that identification on an ID Order Declaration neither requires nor entitles an Eligible Claimant or Derivative Claimant to participate in the Settlement.

[1] The Exhibit shall be the Primary Counsel Declaration Report which I understand shall be attached to this Declaration by the Claims Administrator and shall match the ID Order Report data which has been entered by my firm using the certifications process established by the Claims Administrator.

4. I further understand and acknowledge that by submission of this ID Order Declaration, I am subject to the jurisdiction of this MDL Court pursuant to its role and obligation to administer this Settlement.

5. The information provided herein as required by the ID Order is, to the best of my knowledge, accurate and complete as to each Eligible Claimant and Derivative Claimant identified.

6. As to those Eligible Claimants identified on the exhibit to this Declaration as having been dismissed without prejudice ("DWOP Plaintiffs"), who I have not disengaged from, I certify that:

    a. I have spoken with each DWOP Plaintiff since the date the ID Order was issued;

    b. Since the ID Order was issued, each DWOP Plaintiff has confirmed that s/he will produce all information pursuant to the ID Order and/or the 3M PI Settlement process; and

    c. I have conducted a diligent investigation concerning each DWOP Plaintiff's asserted claims since the dismissal of said claims.

7. I further understand and acknowledge, and agree to comply with, the request (if any) that the Settlement Administrator may make for the production of an Eligible Claimant's Retainer/Fee Agreement.

## VERIFICATION

I declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Declaration and verified that all of the information provided is true and correct to the best of my knowledge, information, and belief. I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct. Executed this ____ day of __________ [MONTH], 202__, at ___________________ [CITY, STATE].

_________________________________
Signature of Primary Counsel

_________________________________
Print Name

_________________________________
Law Firm

_________________________________
Date