# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG |

**IDENTIFICATION ORDER**
**DISENGAGED COUNSEL DECLARATION**

The person completing this Declaration is under oath, subject to the penalties of perjury, and must provide information that is true and correct to the best of their knowledge. All references below to "Eligible Claimant" shall mean the person who claims to have been injured. "I" or "my" shall refer to the Disengaged Counsel executing this Declaration as required under Case Management Order No. 39 (the "ID Order"). All Declarants are reminded to carefully review the ID Order and their obligations thereunder.

**ALL ASPECTS OF THIS DECLARATION ARE DESIGNATED AS CONFIDENTIAL AND COVERED BY THE PROTECTIVE ORDER.**

I, ______________________________________________ [Disengaged Counsel], do hereby make the following statements under penalty of perjury of the laws of the United States:

1. I was previously Primary Counsel to the Eligible Claimants and Derivative Claimants listed on the exhibit[1] to this Declaration. I was either counsel of record in the Eligible Claimant's or Derivative Claimant's case and/or had an active retainer agreement and current attorney-client relationship with such Eligible Claimant or Derivative Claimant.

2. The Eligible Claimants and Derivative Claimants identified on the exhibit to this Declaration have all been dismissed without prejudice.

3. I no longer represent the Eligible Claimants and Derivative Claimants identified on the exhibit to this Declaration. I have disengaged as their counsel and I no longer represent them for their alleged Eligible Injury/ies or Derivative Claims. I have confirmed termination of my representation of the Eligible Claimants and Derivative Claimants identified herein to said Eligible Claimants and Derivative Claimants, including by

[1] The Exhibit shall be the Disengaged Counsel Declaration Report which I understand shall be attached to this Declaration by the Claims Administrator and shall match the ID Order Report data which has been entered by my firm using the certifications process established by the Claims Administrator.

sending written confirmation of my disengagement as their counsel.

4. I further understand and acknowledge that by submission of this ID Order Declaration, I am subject to the jurisdiction of this MDL Court pursuant to its role and obligation to administer this Settlement.

5. The information provided herein as required by the ID Order is, to the best of my knowledge, accurate and complete as to each Eligible Claimant and Derivative Claimant identified.

**VERIFICATION**

I declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Declaration and verified that all of the information provided is true and correct to the best of my knowledge, information, and belief. I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct. Executed this ____ day of __________ [MONTH], 202__, at ___________________ [CITY, STATE].

_________________________________
Signature of Disengaged Counsel

_________________________________
Print Name

_________________________________
Law Firm

_________________________________
Date