# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG |

**IDENTIFICATION ORDER**
***PRO SE* ELIGIBLE CLAIMANT DECLARATION**

The person completing this Declaration is under oath, subject to the penalties of perjury, and must provide information that is true and correct to the best of their knowledge. All references below to "Eligible Claimant" shall mean the person who claims to have been injured. "I" or "my" shall refer to *Pro Se* Eligible Claimant executing this Declaration as required under Case Management Order No. 39 (the "ID Order"). All Declarants are reminded to carefully review the ID Order and their obligations thereunder.

**ALL ASPECTS OF THIS DECLARATION ARE DESIGNATED AS CONFIDENTIAL AND COVERED BY THE PROTECTIVE ORDER.**

I, ____________________________________________ [*Pro Se* Eligible Claimant], do hereby make the following statements under penalty of perjury of the laws of the United States:

1. I am a *pro se* litigant in the AFFF MDL and have a pending case filed before the MDL Court. I am also alleging Eligible Injury/ies. Therefore, I am a *Pro Se* Eligible Claimant with regards to the 3M PI Settlement.

2. I understand and acknowledge that submission of this ID Order Declaration neither requires nor entitles me to participate in the Settlement.

3. The information provided in my ID Order Response to this Declaration as required by the ID Order is, to the best of my knowledge, accurate and complete.

**VERIFICATION**

I declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Declaration and verified that all of the information provided is true and correct to the best of my knowledge, information, and belief. I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct. Executed this ____ day of __________ [MONTH], 202__, at ____________________ [CITY, STATE].

____________________________________
Signature of *Pro Se* Eligible Claimant

____________________________________
Print Name

____________________________________
Date

## ***Pro Se*** **Eligible Claimant ID Order Response Template**

*See sample template populated as illustrative example, below*

| Portal ID | Full name | Date of birth | SSN | Was ever identified on a dual rep report? | Attorney-Client Relationship | Loss of consortium non-injured party only? | Litigation Status | MDL docket number | Kidney cancer | Kidney cancer date of dx | Testicular cancer | Testicular cancer date of dx | Liver cancer | Liver cancer date of dx | Thyroid cancer | Thyroid cancer date of dx | UC | UC date of dx | Thyroid disease | Thyroid disease date of dx | Drinking Water Exposure? | Direct Exposure? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *[This data will be in the ID Order Portal report made available by the Claims Administrator; it is reported as per information already in the Portal. Any Pro Se Eligible Claimant that is required to be identified on a Response and Declaration and who does not appear on the Portal report will be assisted in registering to the Portal such that the information required to be provided in an ID Order Response and Declaration can ultimately be reflected in the Portal to allow the parties the visibility needed into the Eligible Claimants identified for the purposes of effectuating the ID Order]* | | | | | *ID Order respondents must indicate their current relationship to Eligible Claimant and should select "Pro se" where applicable*<br><br>*[Pro se]* | *[Plaintiffs may appear on the ID Order Portal report who are not themselves Eligible Claimants but Derivative Claimants only who are not independently asserting an Eligible Injury. This checkbox allows PI Counsel to identify such Derivative Claimants. Anyone so identified is then also required to provide information about which Eligible Claimant their Derivative Claim is associated with]*<br><br>*[Unlikely to apply for Pro Se Eligible Claimants]* | *Pro Se Eligible Claimants are necessarily filed in the MDL*<br><br>[Filed - MDL] | *Pro Se Eligible Claimants will need to provide an MDL docket number* | *Pro Se Eligible Claimants are required to provide information about their claim. The ID Order Portal report will reflect information provided in the Portal, but the ID Order Responses can and should update or amend that information for accuracy and completeness. Pro Se Eligible Claimants must indicate either "Yes" or "No" for each Eligible Injury. For each Eligible Injury indicated as a "Yes," the ID Order Response must provide a Date of Diagnosis, as such term is defined in the ID Order and Settlement Agreement. The parties will coordinate to facilitate the provision of such information and its reflection in the Portal.* | | | | | | | | | | | | | |

## **Sample** ***Pro Se*** **Eligible Claimant ID Order Response**

| Portal ID | Full name | Date of birth | SSN | Was ever identified on a dual rep report? | Attorney-Client Relationship | Loss of consortium non-injured party only? | Litigation Status | MDL docket number | Kidney cancer | Kidney cancer date of dx | Testicular cancer | Testicular cancer date of dx | Liver cancer | Liver cancer date of dx | Thyroid cancer | Thyroid cancer date of dx | UC | UC date of dx | Thyroid disease | Thyroid disease date of dx | Drinking Water Exposure? | Direct Exposure? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AFFF01234 | Jane Smith | 12/31/1984 | 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 | No | *Pro se* | No | Filed - MDL | 2:21-cv-09876-RMG | Yes | 4/25/1996 | No | N/A | No | N/A | No | N/A | Yes | 8/15/2003 | No | N/A | Yes | No |