# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG |

**IDENTIFICATION ORDER
3M DECLARATION**

The person completing this Declaration is under oath, subject to the penalties of perjury, and must provide information that is true and correct to the best of their knowledge. All references below to "Eligible Claimant" shall mean the person who claims to have been injured. "I" or "my" shall refer to the 3M Counsel executing this Declaration as required under Case Management Order No. 39 (the "ID Order"). All Declarants are reminded to carefully review the ID Order and their obligations thereunder.

**ALL ASPECTS OF THIS DECLARATION ARE DESIGNATED AS CONFIDENTIAL AND COVERED BY THE PROTECTIVE ORDER.**

I, _____________________________________________ [3M Counsel], do hereby make the following statements under penalty of perjury of the laws of the United States:

1. 3M has identified the Eligible Claimants listed on the exhibit to this Declaration. 3M has the right to offer the Settlement Program to the Eligible Claimants identified, and it is 3M's intent that the Eligible Claimants be included on the Final ID Order Report.

2. 3M has contacted Primary Counsel for the Eligible Claimants identified. 3M has explained the terms of the 3M PI Settlement and the Settlement Program to Primary Counsel and has requested that Primary Counsel submit an ID Order Response on behalf of the Eligible Claimant(s) they represent, such that said Eligible Claimant appears on an exhibit to the Primary Counsel Declaration as required under the ID Order.

3. To ensure the efficient administration of the 3M PI Settlement, and to provide as much information about all identifiable Eligible Claimants as possible, 3M submits this Declaration and the exhibit hereto.

4. Neither the submission of this Declaration nor any of its contents shall be deemed to supersede the submission(s), if any, from Primary Counsel on behalf of the Eligible Claimants identified. To the extent that this Declaration identifies an Eligible Claimant who also appears on another Declaration, 3M shall work with the NPC and the Claims

Administrator, as well as with Primary and PI Counsel and/or the CMO 38 Dual Representative Administrator as appropriate, to reconcile any conflicting data or information and de-duplicate and cure issues in the ID Order Report issued, such that the Final ID Order Report issued identifies each Eligible Claimant only once.

5. 3M understands and acknowledges that identification on an ID Order Declaration neither requires nor entitles an Eligible Claimant to participate in the Settlement.

6. The information provided herein as required by the ID Order is, to the best of my knowledge, accurate and complete as to each Eligible Claimant identified.

**VERIFICATION**

I declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Declaration and verified that all of the information provided is true and correct to the best of my knowledge, information, and belief. I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct. Executed this ____ day of __________ [MONTH], 202__, at ___________________ [CITY, STATE].

_________________________________
Signature of 3M Counsel

_________________________________
Print Name

_________________________________
Date

# 3M Declaration Exhibit Template

*See sample template populated as illustrative example, below*

<table>
<tr><th>Portal ID</th><th>Full name</th><th>Date of birth</th><th>SSN</th><th>Primary Counsel</th><th>Law Firm</th><th>Was ever identified on a dual rep report?</th><th>Litigation Status</th><th>MDL docket number</th><th>Non-MDL Court</th><th>Non-MDL docket number</th><th>Kidney cancer</th><th>Kidney cancer date of dx</th><th>Testicular cancer</th><th>Testicular cancer date of dx</th><th>Liver cancer</th><th>Liver cancer date of dx</th><th>Thyroid cancer</th><th>Thyroid cancer date of dx</th><th>UC</th><th>UC date of dx</th><th>Thyroid disease</th><th>Thyroid disease date of dx</th><th>Drinking Water Exposure?</th><th>Direct Exposure?</th></tr>
<tr><td colspan="7">[This data will be in the ID Order Portal report made available by the Claims Administrator; it is reported as per information already in the Portal. To the extent Eligible Claimants 3M intends to identify on its 3M Declaration are not already registered to the Portal, 3M will endeavor to facilitate - and the parties will coordinate with the intention of facilitating - the Eligible Claimant's registration to the Portal such that the information required to be provided in an ID Order Response and Declaration can ultimately be reflected in the Portal to allow the parties the visibility needed into the Eligible Claimants identified for the purposes of effectuating the ID Order]</td><td>3M shall indicate the litigation status for each Eligible Claimant identified on their Declaration:<br>[Filed - MDL];<br>[Filed - non-MDL];<br>[Dismissed w prej];<br>[DWOP];<br>[Never filed]</td><td colspan="3">3M shall provide filing information including the MDL docket number (for any cases indicated to be "Filed - MDL"), or the non-MDL court and docket number (for any cases indicated to be "Filed - non-MDL")</td><td colspan="14">Eligible Claimants who are identified on a 3M Declaration are required to provide information about their claim. The ID Order Portal report will reflect information provided in the Portal, but the ID Order Responses can and should update or amend that information for accuracy and completeness. 3M will work with Eligible Claimant's Primary Counsel where and as possible to provide, and/or will provide from review of the available information, a response of "Yes" or "No" for each Eligible Injury. For each Eligible Injury indicated as a "Yes," the ID Order Response must also provide a Date of Diagnosis, as such term is defined in the ID Order and Settlement Agreement. However, failure of the Eligible Claimants or 3M to provide all information required in an ID Order Response does not make any entry in 3M's ID Order Declaration deficient. To the extent that such Eligible Claimants elect to participate in the MSA's Settlement Program, they shall be required to submit all necessary documentation as part of an Election Form and Complete Claim Package.</td></tr>
</table>

# Sample 3M Declaration Exhibit Attachment

| Portal ID | Full name | Date of birth | SSN | Primary Counsel | Law Firm | Was ever identified on a dual rep report? | Litigation Status | MDL docket number | Non-MDL Court | Non-MDL docket number | Kidney cancer | Kidney cancer date of dx | Testicular cancer | Testicular cancer date of dx | Liver cancer | Liver cancer date of dx | Thyroid cancer | Thyroid cancer date of dx | UC | UC date of dx | Thyroid disease | Thyroid disease date of dx | Drinking Water Exposure? | Direct Exposure? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AFFF01234 | Jane Smith | 12/31/1984 | 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 | Bob Legal | Legal & Associates, LLC | No | Filed - non-MDL | N/A | Superior Court of New Jersey, Camden County | 24-c-1337 | Yes | 4/25/1996 | No | N/A | No | N/A | No | N/A | Yes | 8/15/2003 | No | N/A | Yes | No |
| AFFF56789 | John Doe | 7/1/1979 | 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 | Bob Legal | Legal & Associates, LLC | No | Filed - non-MDL | N/A | Circuit Court of Cook County, Illinois | 19-c-1816 | No | N/A | Yes | 2/20/2006 | No | N/A | No | N/A | Yes | 8/15/2003 | No | N/A | Yes | Yes |