# EXHIBIT E

## Appendix of relevant defined terms

For ease of reference, the Court uses the same defined terms herein as in the 3M PI MSA. The relevant definitions for purposes of this Order are as follows:

- Claims Administrator: The independent neutral third-party person selected and Court-appointed pursuant to Section 12.2 of the Settlement Agreement who is responsible for reviewing, analyzing, and approving the Claim Packages, and for allocating and distributing the Settlement Funds fairly and equitably among all Participating Claimants pursuant to the Allocation Procedures attached thereto as Exhibit 1. The Claims Administrator shall also be responsible for producing the Initial ID Order Report and the Final ID Order Report, and for providing notice to Eligible Claimants, including Estimated Allocation Tables.

- Derivative Claimant: A person or entity that as of the date of the ID Order, has sued one or more Released Parties derivatively, by reason of a personal or familial relationship to an Eligible Claimant and the Eligible Injury/ies claimed, by, through, under, or in relation to, the Eligible Claimant and the Eligible Injury/ies claimed. It is the intent of the Parties that the Derivative Claimant's Claim moves with and is treated the same as the Eligible Claimant's Claim, so long as the Eligible Claimant is a litigant. A Derivative Claimant who is not related to a litigant Eligible Claimant is obligated to appear on the ID Order Report discussed herein but is not otherwise able to participate in the Settlement without the participation of the related Eligible Claimant.

- Eligible Claimant: A person with a PFAS PI Claim asserting an Eligible Injury and exposure to PFAS, including a PFAS PI Claim filed in the MDL or other court. Any person with a PFAS PI Claim that was dismissed with prejudice prior to the Settlement Date is not an Eligible Claimant. For the avoidance of doubt, status as an Eligible Claimant does not entitle a person to payment under the Settlement.

- Eligible Injury: Kidney cancer, testicular cancer, liver cancer, thyroid cancer, ulcerative colitis, or thyroid disease.

- PFAS PI Claim: A personal-injury Claim asserting, in any manner, that such injury was caused in whole or in part by exposure to PFAS, whether or not such Claim has been filed in any court.

- PI Counsel: Any counsel that has any Interest in any PFAS PI Claim or in any Eligible Claimant.

- Primary Counsel: PI Counsel shall be deemed to be Primary Counsel for any Eligible Claimant (together with any Derivative Claimant) if they are counsel of record for such Eligible Claimant's case or if they have an engagement or retainer agreement with such Eligible Claimant, as of the ID Order Response Date, regardless of the status of the case and regardless of whether the case is currently, or ever was, filed in any court and irrespective of whether the case has ever been dismissed without prejudice. For the avoidance of doubt, the Parties' intent is that there will be one Primary Counsel for each

Eligible Claimant (together with any Derivative Claimant), and such Primary Counsel shall be responsible for completing the ID Order Response for such Eligible Claimant. For the further avoidance of doubt, PI Counsel is not the Primary Counsel for any Eligible Claimant with whom they have disengaged from representation.

- Settlement (or Settlement Agreement or Agreement): The Master Settlement Agreement, dated November 3, 2026, entered into by and between 3M and the NPC on behalf of Eligible Claimants and Derivative Claimants, and all exhibits attached thereto.