# EXHIBIT 3

**Edward Westbrook**

**From:** Rice, Joe <jrice@motleyrice.com>
**Sent:** Friday, August 28, 2026 3:05 PM
**To:** 'Lindsey Jones'; Michael London; ssummy@baronbudd.com
**Cc:** Thompson, Fred; jfriedman@friedman-lawyers.com; jayfriedman@friedman-lawyers.com; Will Lewis(External); Amy Hill; Dixie McCollum; Edward Westbrook; Terry Richardson(External); vkuzmich@friedman-lawyers.com
**Subject:** RE: AFFF MDL No. 2:18-mn-2873-RMG / The City of Columbia d/b/a Columbia Water v. 3M, et al. / Member Case No. 2:25-cv-03794-RMG RE: Request for Authorization to Conduct Case-Specific Discovery

Ok with Joe

Joe Rice
**Attorney at Law**

28 Bridgeside Blvd., Mt. Pleasant, SC 29464
o. 843.216.9159 f. 843.216.9290
jrice@motleyrice.com

**From:** Lindsey Jones <lindsey@richardsonthomas.com>
**Sent:** Thursday, August 27, 2026 1:46 PM
**To:** Michael London <mlondon@douglasandlondon.com>; Rice, Joe F. <jrice@motleyrice.com>; ssummy@baronbudd.com
**Cc:** Thompson, Fred <fthompson@motleyrice.com>; jfriedman@friedman-lawyers.com; jayfriedman@friedman-lawyers.com; Will Lewis <will@richardsonthomas.com>; Amy Hill <Amy@richardsonthomas.com>; Dixie McCollum <dixie@richardsonthomas.com>; Edward Westbrook <ewestbrook@rpwb.com>; Terry Richardson <terry@richardsonthomas.com>; vkuzmich@friedman-lawyers.com
**Subject:** AFFF MDL No. 2:18-mn-2873-RMG / The City of Columbia d/b/a Columbia Water v. 3M, et al. / Member Case No. 2:25-cv-03794-RMG RE: Request for Authorization to Conduct Case-Specific Discovery

CAUTION:EXTERNAL

Good afternoon:

Attached please find correspondence and discovery requests in the above referenced matter.

Thank you,
Lindsey

LINDSEY JONES

Paralegal

RICHARDSON THOMAS, LLC
1513 HAMPTON STREET
COLUMBIA, SC 29201
P: 803.569.1960 F: 803.632.8263

richardsonthomas.com

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.