# EXHIBIT 4

## Edward Westbrook

**From:** Michael London <mlondon@douglasandlondon.com>
**Sent:** Tuesday, September 1, 2026 9:37 AM
**To:** 'Lindsey Jones'; Joe Rice; Scott Summy
**Cc:** Fred Thompson; Jeffrey Friedman; jayfriedman@friedman-lawyers.com; Will Lewis(External); Amy Hill; Dixie McCollum; Edward Westbrook; Terry Richardson(External); vkuzmich@friedman-lawyers.com
**Subject:** RE: AFFF MDL No. 2:18-mn-2873-RMG / The City of Columbia d/b/a Columbia Water v. 3M, et al. / Member Case No. 2:25-cv-03794-RMG RE: Request for Authorization to Conduct Case-Specific Discovery

Good morning everyone,

We as co-lead counsel have conferred over your request. As an initial matter thank you for the well-drafted and detailed letter and explanation; it was appreciated. As you know the Court has managed this massive MDL – likely to go down as the largest and most complex ever – exceptionally well. Through this process and with the Court's oversight, he has triaged the litigation in large part so that lawyers or a given plaintiff's individual claims would not jump an otherwise orderly case management process or create a quasi-advanced litigation track for one case or a smaller sub-group of cases. As he often reminds us, "you can't eat an elephant in one bite".

That said, we do not want to stand in the way of Columbia's ability to address its unique issues at this time. While we are not able to sign these discovery demands nor do we believe they should they be filed with the Court, we will not stand in your way regarding the service of them on any relevant defendants.

Finally, if you have any questions or wish to discuss your discovery, any litigation issues over the past 8 years, or anything regarding this MDL I am available for a call or zoom, as I am sure my co-leads are if you wanted to reach them.

Thank you.

Michael/Scott/Joe

**From:** Lindsey Jones <lindsey@richardsonthomas.com>
**Sent:** Thursday, August 27, 2026 1:46 PM
**To:** Michael London <mlondon@douglasandlondon.com>; Joe Rice <jrice@motleyrice.com>; Scott Summy <ssummy@baronbudd.com>
**Cc:** Fred Thompson <fthompson@motleyrice.com>; Jeffrey Friedman <jfriedman@friedman-lawyers.com>; jayfriedman@friedman-lawyers.com; Will Lewis <will@richardsonthomas.com>; Amy Hill <Amy@richardsonthomas.com>; Dixie McCollum <dixie@richardsonthomas.com>; Edward Westbrook <ewestbrook@rpwb.com>; Terry Richardson <terry@richardsonthomas.com>; vkuzmich@friedman-lawyers.com

**Subject:** AFFF MDL No. 2:18-mn-2873-RMG / The City of Columbia d/b/a Columbia Water v. 3M, et al. / Member Case No. 2:25-cv-03794-RMG RE: Request for Authorization to Conduct Case-Specific Discovery

Good afternoon:

Attached please find correspondence and discovery requests in the above referenced matter.

Thank you,
Lindsey

LINDSEY JONES

Paralegal

RICHARDSON THOMAS, LLC
1513 HAMPTON STREET
COLUMBIA, SC 29201
P: 803.569.1960 F: 803.632.8263

richardsonthomas.com