# EXHIBIT 6

**From:** Brian Duffy
**To:** Amy Hill
**Cc:** Edward Westbrook; Terry Richardson; Will Lewis; Dixie McCollum; jfriedman@friedman-lawyers.com; jayfriedman@friedman-lawyers.com; Lindsey Jones; vkuzmich@friedman-lawyers.com
**Subject:** RE: The City of Columbia d/b/a Columbia Water v. 3M, et al.
**Date:** Wednesday, September 23, 2026 3:54:55 PM

**Caution:** This email originated outside of our organization. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Good afternoon, Amy.

In response to your letter, it is defense leadership's position that case-specific discovery of individual MDL member cases is not permitted. I expect Plaintiff's leadership would have the same view of cases that have not been advanced into the bellwether process. In any event, allowing case-specific discovery would be antithetical to the structure of the MDL that Judge Gergel has put in place and managed over the past nearly 8 years.

I hope you and the other members of your fantastic team are doing well.

Best,
Brian

Brian C. Duffy, Esq.
Duffy & Young, LLC
Honorary Consul of Ireland for South Carolina

843.720.2044

**From:** Amy Hill <Amy@richardsonthomas.com>
**Sent:** Tuesday, September 22, 2026 7:00 PM
**To:** Brian Duffy <bduffy@duffyandyoung.com>
**Cc:** Edward Westbrook <ewestbrook@rpwb.com>; Terry Richardson <terry@richardsonthomas.com>; Will Lewis <will@richardsonthomas.com>; Dixie McCollum <dixie@richardsonthomas.com>; jfriedman@friedman-lawyers.com; jayfriedman@friedman-lawyers.com; Lindsey Jones <lindsey@richardsonthomas.com>; vkuzmich@friedman-lawyers.com
**Subject:** The City of Columbia d/b/a Columbia Water v. 3M, et al.

Brian,

I hope you are well. Please see the attached letter and enclosed ***proposed*** case specific discovery. Please let me know if you have any questions or concerns. Any of the attorneys copied on this email will be happy to discuss the same with you or your team.

Thank you,
Amy

RICHARDSON THOMAS
**AMY L.B. HILL**
**PARTNER**
1513 HAMPTON STREET
COLUMBIA, SC 29201
**P:** 803.281.8150 **C:** 803.467.3914 **F:** 803.632.8263
richardsonthomas.com