# EXHIBIT 8

# BARON & BUDD SECURES $380 MILLION SETTLEMENT WITH DUPONT, CHEMOURS, AND CORTEVA OVER NORTH CAROLINA PFAS CONTAMINATION

September 10, 2026 | Press Releases (/news-category/press-releases)



*The settlement resolves claims of 11 North Carolina public entities alleging contamination from PFAS, commonly known as "forever chemicals."*

DALLAS –Baron & Budd (http://www.baronandbudd.com) has secured a $380 million settlement with DuPont, The Chemours Company, and Corteva on behalf of 11 North Carolina public entities to resolve claims arising from PFAS contamination. The entities – Bladen County, Brunswick County, Columbus County, Cumberland County, New Hanover County, Robeson County, Sampson County, Town of Wrightsville Beach, City of Lumberton, Village of Bald Head Island, and Lower Cape Fear Water and Sewer Authority – sought compensation for the impacts and costs associated with "forever chemicals" contamination. PFAS, or per- and polyfluoroalkyl substances, are man-made chemicals used to create many nonstick, stain resistant, and waterproof products.

"This settlement is ultimately about helping these communities move forward," said Scott Summy (https://baronandbudd.com/our-attorneys/scott-summy/), shareholder at Baron & Budd. "The public entities and water systems we represent have worked to protect the health, safety, and well-being of their residents while confronting the challenges and costs associated with PFAS contamination. This settlement will aid in providing these communities with the important resources necessary to protect their residents and address the impacts of PFAS contamination."

E. I. du Pont de Nemours and Company formerly owned and operated a chemical manufacturing facility located in Bladen County, North Carolina, commonly known as "Fayetteville Works." In connection with its separation and spin-off of The Chemours Company, ownership and operation of Fayetteville Works was transferred to Chemours FC, which has owned and operated Fayetteville Works as an independent company since July 1, 2015. The public entities alleged that environmental releases from Fayetteville Works resulted in PFAS contamination throughout the Lower Cape Fear region, including contamination of the drinking water of North Carolina residents, as well as groundwater, surface water, soil, and sediment.

"This settlement, which also involves the State of North Carolina, delivers meaningful relief for the communities we represent and North Carolinians as a whole. It helps ensure that these communities and taxpayers are not forced to bear the enormous costs of addressing PFAS contamination they did not cause," said Brett Land (https://baronandbudd.com/our-attorneys/brett-land/), shareholder at Baron & Budd.

Baron & Budd has represented hundreds of public water systems in PFAS contamination litigation. The Environmental Litigation Group at Baron & Budd has obtained several historic settlements, including a record $12.5 billion nationwide class settlement with 3M, the largest drinking water contamination settlement in U.S. history and a $1.1 billion nationwide class settlement on behalf of public water providers against DuPont and other manufacturers for PFAS contamination in drinking water supplies.

**About Baron & Budd, P.C.**

With more than 40 years of experience, Baron & Budd has the expertise and resources to handle complex litigation throughout the United States. As a law firm that takes pride in remaining at the forefront of litigation. Baron & Budd has spearheaded many significant cases for hundreds of public entities and tens of thousands of individuals. Since the firm was founded in 1977, Baron & Budd has achieved substantial national acclaim for its work on cutting-edge litigation, trying cases to verdict and settling cases in areas of litigation as diverse and significant as dangerous and highly addictive pharmaceuticals, defective medical devices, asbestos and mesothelioma, wildfires, environmental contamination, fraudulent banking practices, e-cigarettes, motor vehicles, federal whistleblower cases, and other consumer fraud issues.

## Related Posts

()