# EXHIBIT 9

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br>**This Document relates to:**<br>*City of Camden, et al., v. 3M Company*, No. 2:23-cv-XXXX-RMG |

**SETTLEMENT AGREEMENT BETWEEN PUBLIC WATER SYSTEMS AND 3M COMPANY**

This Settlement Agreement (including its Exhibits) is entered into, subject to Final Approval of the Court, as of June __, 2023, by and among the Class Representatives and 3M.

## 1. RECITALS

1.1. WHEREAS, Congress enacted the Safe Drinking Water Act ("SDWA"), 42 U.S.C. §§ 300f to 300j-27, to help ensure that the public is provided with safe Drinking Water, and the SDWA or other federal or state regulations may require Public Water Systems to monitor and treat their water supplies;

1.2. WHEREAS, this Settlement Agreement is intended to address Public Water Systems' Claims regarding alleged PFAS-related harm to Drinking Water and associated financial burdens, including Public Water Systems' potential costs of monitoring, treating, or remediating PFAS in Drinking Water;

1.3. WHEREAS, Class Members are Public Water Systems that have asserted or could assert potential Claims against 3M related to PFAS in water supplies;

1.4. WHEREAS, Interim Class Counsel and 3M's Counsel have engaged in extensive, arm's-length negotiations, and have—subject to the Final Approval of the Court as provided for herein—reached an agreement to settle and release Class Members' PFAS-related Claims against 3M in exchange for payment and subject to the terms and conditions set forth below;

1.5. WHEREAS, Class Representatives and Interim Class Counsel have concluded—after a thorough investigation and after carefully considering the relevant circumstances, including the Claims asserted, the legal and factual defenses to those Claims, and the applicable law, and the burdens, risks, uncertainties, and expense of litigation, as well as the fair, cost-effective, and assured method of resolving the Claims—that it would be in the best interests of Class Members to enter into this Settlement Agreement in order to avoid the uncertainties of litigation and to assure that the benefits reflected herein are obtained for Class Members, and further, that Class Representatives and Interim Class Counsel consider the Settlement set forth herein to be fair, reasonable, and adequate and in

2:23-cv-03147-RMG Date Filed 07/03/23 Entry Number 10-3 Page 505 of 507

# EXHIBIT J

**Systems that Settled PFAS-Related Claims Against 3M**

*The list of Public Water Systems that have settled their PFAS-related Claims against 3M*

1. City of Bemidji (Minnesota)
2. City of Guin Water and Sewer Board (Alabama)
3. City of Lake Elmo (Minnesota)
4. City of Rome (Georgia) (Final Agreement in Process)
5. Cooper Township (Michigan)
6. Gadsden Water Works & Sewer Board (Alabama)
7. Plainfield Charter Township (Michigan)
8. West Morgan-East Lawrence Water and Sewer Authority (Alabama)