# EXHIBIT 10

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2:18-mn-2873-RMG |
| | ) | Joint Status Report |
| | ) | This document relates to: *No. 2:21-cv-00146-RMG* |

**JOINT STATUS REPORT**

Pursuant to this Court's order of August 25, 2026, Plaintiff New Jersey Department of Environmental Protection ("Plaintiff") and Defendant United States of America ("Defendant") (Plaintiff and Defendant collectively, the "Parties"), report as follows on the status of this matter.

**BACKGROUND**

This action, *New Jersey Department of Environmental Protection v. United States*, No. 2:21-cv-00146-RMG, consists of claims brought by Plaintiff against Defendant pursuant to the federal Safe Drinking Water Act, 42 U.S.C. §§ 300f et seq., and the New Jersey Safe Drinking Water Act, N.J.S.A. §§ 58:12A-1 et seq (the "Claims"). On February 27, 2025, this Court issued an Order, ECF 6730, denying without prejudice Defendant's Global Motion to Dismiss for Lack of Jurisdiction Based on CERCLA Section 113(h), ECF 4550, which sought dismissal of this action, among others seeking injunctive relief, under Section 113(h) of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), and ordering the Parties to undertake site-specific jurisdictional discovery. In accordance with the Court's February 27, 2025, Order, the Parties engaged in written discovery through July 2025, when they entered into negotiations for possible settlement of the Claims. After agreeing to several mutual

discovery extensions pending continued settlement discussions, the Parties agreed to seek an Order from the Court holding this action in abeyance while settlement discussions continued.

On August 25, 2026, this Court issued an Order, ECF 11150, granting the Parties' joint motion to hold this action in abeyance until November 2, 2026, and instructing the Parties to file a status report by October 1, 2026, apprising the Court whether they intend, in consultation with each other, to reactivate the action or seek other disposition of the action.

**STATUS REPORT**

The Parties are continuing to evaluate settlement and case disposition options in the context of other PFAS-related claims and pending settlements in New Jersey and expect to resume active negotiations within the next 30 days or shortly thereafter. The Parties appreciate the Court's continued patience while their negotiations progress.

Dated: October 1, 2026

**JENNIFER DAVENPORT,**
**ATTORNEY GENERAL OF NEW JERSEY**
*Attorney for Plaintiffs*

By: */s/ Zach Lawrence*
Zach Lawrence
Deputy Attorney General
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 093
Trenton, New Jersey 08625-0093
Ph. (609) 376-2761

**KELLEY DRYE & WARREN LLP**
*Special Counsel to the Attorney General*

By: */s/ William J. Jackson*
William J. Jackson, Esq.
John D.S. Gilmour, Esq.
515 Post Oak Blvd. Suite 900
Houston, Texas 77027
Ph. (713) 355-5000

David I. Zalman, Esq.
David M. Reap, Esq.
3 World Trade Center
New York, New York 10007
Ph. (212) 808-7800

**COHN LIFLAND PEARLMAN HERRMAN & KNOPF LLP**
*Special Counsel to the Attorney General*

Leonard Z. Kaufman, Esq.
A Member of the Firm
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Ph. (201) 845-9600

**LAW OFFICE OF JOHN K. DEMA, P.C.**
*Special Counsel to the Attorney General*

John K. Dema, Esq.
Scott E. Kauff, Esq.
John T. Dema, Esq.
James Crooks, Esq.
1236 Strand Street, Suite 103
Christiansted, St. Croix
U.S. Virgin Islands 00820-5034
Ph. (340) 773-6142

**ADAM R.F. GUSTAFSON**
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ David Mitchell*
David Mitchell
Shari Howard
Sanya Shahrasbi
Alvand D. Ghandhari
Trial Attorneys
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-9737 (Mitchell)

david.mitchell@usdoj.gov
shari.howard@usdoj.gov
sanya.shahrasbi@usdoj.gov
alvand.ghandhari@usdoj.gov

*Counsel for the United States*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2026, I filed the foregoing Joint Status Report using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

Dated: October 1, 2026

*/s/ David M. Reap*

David M. Reap, Esq.
KELLEY DRYE & WARREN LLP
3 World Trade Center
New York, New York 10007
*Attorney for Plaintiff New Jersey Department of Environmental Protection*