# EXHIBIT A

*IN RE: Aqueous Film-Forming Foams (AFFF)*
*Products Liability Litigation*

**3M Litigating Personal Injury Plaintiff Fact Sheet Supplement**

In completing this Plaintiff Fact Sheet Supplement ("Supplement"), you are under oath, subject to the penalties of perjury, and must provide information that is true and correct to the best of your knowledge. All references below to "Plaintiff" shall mean the person who claims to have been injured. If you are filling this form out on behalf of someone who has died, is incapacitated, or is a minor, the questions relate to the deceased person, incapacitated person, or minor asserting claims in the lawsuit. "You" or "Your" shall refer to either the plaintiff who is seeking recovery for alleged personal injury/bodily injury or the person responding to the question below, depending on context of the question. Where information is requested, you are required to provide the information available to you, including information available to you in a representative capacity if you are completing this Supplement for another (e.g., for an incapacitated adult or minor). Materials prepared by your attorneys for use in the litigation (Attorney Work Product) are not required to be produced. You must complete this Supplement in accordance with the requirements and guidelines set forth in the applicable Case Management Order(s).

All 3M Litigating Personal Injury Plaintiffs must submit this Supplement via the AFFF MDL Portal (www.afffmdlportal.com). Responses and information contained in a Supplement shall be treated as judicial admissions binding on Plaintiff unless the Court, on motion, permits the admission to be withdrawn or amended. All 3M Personal Injury Litigating Plaintiffs' document submissions shall comply with the requirements of the Court's Order Establishing Protocol for Document Collection and Production, ECF No. 99, Attachment A (the "ESI Protocol").

**ALL ASPECTS OF THIS SUPPLEMENT ARE DESIGNATED AS CONFIDENTIAL AND COVERED BY THE PROTECTIVE ORDER. THIS DOCUMENT AND ANY MATERIALS SUBMITTED IN RESPONSE THERETO ARE SOLELY AVAILABLE TO 3M.**

**Supplemental Information Requirements**

1. Plaintiff's prior legal name(s), if any:

   ______________________________________________

2. Plaintiff's current or past preferred name(s) or nickname(s), if different from legal name:

   ______________________________________________

3. Filing date of complaint in original court of filing:

   _____/_____/_______
   MM DD YYYY

4. For each address identified in response to Amended PI PFS Question 16a or Plaintiff Profile Form Question I.A.1, provide Month Start and Month End.

5. For each address identified in response to Amended PI PFS Question 16a, or Plaintiff Profile Form Question I.A.1, provide a valid PWSID for Your water provider or select "Not A Public Water System."

6. For each location identified in response to Amended PI PFS Question 17c, or Plaintiff Profile Form Question I.B.1, provide Month Start and Month End.

7. For each injury as to which You selected "Yes" in response to Amended PI PFS Question 20, or Plaintiff Profile Form Question II.A, provide Plaintiff's date of diagnosis (MM/YYYY).

8. For each injury as to which You selected "Yes" in response to Amended PI PFS Question 20, or Plaintiff Profile Form Question II.A, provide page reference(s) to specific page(s) of medical records establishing plaintiff has the claimed injury (to the extent not already provided).

**<u>Supplemental Document Requirements</u>**

Certain document categories may not be required of all 3M Litigating Personal Injury Plaintiffs. See Case Management Order No. 40 ("CMO 40") for all document requirements for Litigating Plaintiffs. 3M Litigating Personal Injury Plaintiffs and their counsel are responsible for ensuring all applicable requirements are met. Failure to timely comply with all such requirements may result in the dismissal of claims against 3M and/or such other consequences as stated in applicable case management orders.

1. Medical Records – See CMO 40 ¶ 23b

2. Pharmacy Records – See CMO 40 ¶ 23c

3. Personnel and/or Employment Records – See CMO 40 ¶ 23d

4. Water Records – See CMO 40 ¶ 23e

5. Marriage, Death, and Probate Records – See CMO 40 ¶ 23f

6. Property Records – See CMO 40 ¶ 23g

7. Other Records Relating to PFAS Exposure – See CMO 40 ¶ 23h

8. Other Records Relating to Injury – See CMO 40 ¶ 23i

9. Non-Privileged Communications Relating to Litigation – See CMO 40 ¶ 23j

10. Identification of Choice of Law – See CMO 40 ¶ 23k

11. Declaration of Counsel – See CMO 40 ¶ 23l

12. Copies of Subpoena(s) Served by Plaintiff's Counsel – See CMO 40 ¶ 21

13. Records received in response to Subpoena(s) – See CMO 40 ¶ 24

14. Personal injury expert report(s) – See CMO 40 ¶ 27

15. Property damage expert report(s) – See CMO 40 ¶ 27

16. Fate and transport expert report(s) – See CMO 40 ¶ 28

17. Statute of Limitations Declaration – See CMO 40 ¶ 33

18. Certification for Cases Filed After ID Order Response Date – See CMO 40 ¶ 39

**Verification**

All information and documents submitted pursuant to this Supplement shall be verified by Plaintiff through the AFFF MDL Portal at the time of submission in a manner consistent with the process for verifying Amended Personal Injury Plaintiff Fact sheets.