# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG |

**STATUTE OF LIMITATIONS DECLARATION**

In completing this Declaration, you are under oath, subject to the penalties of perjury, and must provide information that is true and correct to the best of your knowledge. All references below to "Litigating Plaintiff" or "Plaintiff" shall mean the person who claims to have been injured. If you are filling this form out on behalf of someone who has died, is incapacitated, or is a minor, the questions relate to the deceased person, incapacitated person, or minor asserting claims in the lawsuit. "You" or "Your" shall refer to either the plaintiff who is seeking recovery for alleged personal injury/bodily injury or the person responding to the question below, depending on the context of the question. Where information is requested, you are required to provide the information available to you, including information available to you in a representative capacity if you are completing this Declaration for another (e.g., for an incapacitated adult or minor). If you cannot recall all the details requested, please provide as much information as you can. Materials prepared by your attorneys for use in the litigation (Attorney Work Product) are not required to be produced. To the extent that any response required additional space, please insert additional space or information or attach a continuation sheet referencing the question at issue.

**ALL ASPECTS OF THIS DECLARATION ARE DESIGNATED AS CONFIDENTIAL AND COVERED BY THE PROTECTIVE ORDER. THIS DOCUMENT AND ANY MATERIALS SUBMITTED IN RESPONSE THERETO ARE SOLELY AVAILABLE TO 3M.**

I, ____________________________________________ [Litigating Plaintiff], do hereby make the following statements under penalty of perjury of the laws of the United States:

1. I have been diagnosed with the following PFAS-related personal injury/ies, with the listed data of diagnosis: [LIST ALLCLAIMED INJURIES AND DIAGNOSIS DATES]

| | |
|---|---|
| Kidney Cancer: | ☐ Yes ☐ No – Diagnosis Date: ___________ |
| Testicular Cancer: | ☐ Yes ☐ No – Diagnosis Date: ___________ |
| Thyroid Disease: | ☐ Yes ☐ No – Diagnosis Date: ___________ |
| Ulcerative Colitis: | ☐ Yes ☐ No – Diagnosis Date: ___________ |
| Pregnancy-Induced Hypertension: | ☐ Yes ☐ No – Diagnosis Date: ___________ |

High Cholesterol: ☐ Yes ☐ No – Diagnosis Date: ___________
Liver Cancer: ☐ Yes ☐ No – Diagnosis Date: ___________
Thyroid Cancer: ☐ Yes ☐ No – Diagnosis Date: ___________
Other (Unlisted) Injury* (1 per line): ☐ Yes ☐ No

1) Injury: _________________________, Diagnosis Date: ____________
2) Injury: _________________________, Diagnosis Date: ____________
3) Injury: _________________________, Diagnosis Date: ____________
4) Injury: _________________________, Diagnosis Date: ____________
5) Injury: _________________________, Diagnosis Date: ____________
6) Injury: _________________________, Diagnosis Date: ____________

2. I first learned of my PFAS-related injury on ___________________ [DATE].

3. I first spoke to or corresponded with an attorney about potential litigation related to PFAS exposure on ___________________ [DATE].

4. I first retained counsel to investigate a claim related to PFAS exposure on ___________________ [DATE].

5. [*If different from the information provided in response to prompt 2:*] I first spoke to or corresponded with my **current** attorney about potential litigation related to PFAS exposure on ___________________ [DATE].

6. [*If different from the information provided in response to prompt 3:*] I first retained my **current** counsel to investigate a claim related to PFAS exposure on ___________________ [DATE].

7. [*If applicable – for those alleging Direct Exposure:*] I first used, handled, and/or was involved in the storage and/or disposal of, and/or was otherwise in proximity to AFFF, on ___________________ [DATE].

8. I first saw documents, advertisements, or packaging related to PFAS, on ___________________ [DATE]. [Provide a description of the documents, advertisements, or packaging you saw; please include additional pages as needed]: ___________________
________________________________________________________________________
________________________________________________________________________
________________________________________________________________________
________________________________________________________________________
________________________________________________________________________

9. I first learned that my injury, damage, and/or property damage may be related to PFAS in the following way [*please provide a description of how you first learned that your alleged injury, damage, and/or property damage may be related to PFAS*]:
________________________________________________________________________
________________________________________________________________________
________________________________________________________________________

________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________
_______________________________________________________________________________.

**VERIFICATION**

I declare under penalty of perjury subject to all applicable laws, that I have carefully reviewed the final copy of this Declaration and verified that all of the information provided is true and correct to the best of my knowledge, information, and belief. I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.

________________________________
Signature of Plaintiff

________________________________
Print Name

________________________________
Date