**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br><br>**This Document Relates to ALL CASES** |

# MOTION FOR ENTRY OF PROPOSED ORDER GRANTING CONTRIBUTION BAR AND JUDGMENT REDUCTION

3M Company ("3M") respectfully moves this Court to enter the Proposed Order Granting Contribution Bar and Judgment Reduction, which finds that the 3M Personal Injury Master Settlement Agreement ("3M PI MSA" or the "Settlement Agreement") is a good-faith settlement that would bar claims by any Non-Settling Defendant against 3M for contribution, indemnity, or any other similar relief, and provides for a corresponding reduction of any judgment entered against a Non-Settling Defendant as provided for by applicable law to account for amounts paid under the Settlement Agreement.

The Parties have met and conferred regarding this issue, and the Plaintiffs' Executive Committee consents to the filing of this motion and does not oppose entry of the Proposed Order Granting Contribution Bar and Judgment Reduction, attached as Exhibit A.

WHEREFORE, 3M respectfully requests that the Court enter Proposed Order Granting Contribution Bar and Judgment Reduction, attached as Exhibit A.

Dated: November 4, 2026

Respectfully submitted,

*s/ Daniel L. Ring*
Daniel L. Ring
Jenner & Block LLP
353 N. Clark St.
Chicago, IL 60654
P: (312) 923-2625
F: (312) 527-0484
dring@jenner.com

Brian Duffy
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
P: (843) 720-2044
F: (843) 720-2047
bduffy@duffyandyoung.com

*Counsel for 3M Company*