**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) ) ) | **MDL No. 2:18-mn-2873-RMG**<br><br>**CASE MANAGEMENT ORDER NO. 3G**<br><br>**This Order Relates to All Cases** |

**[PROPOSED] CASE MANAGEMENT ORDER NO. 3G**
**(AMENDING COMMON BENEFIT HOLDBACK FOR PERSONAL INJURY SETTLEMENTS)**

In Case Management Order (CMO) No. 3, the Court set a common benefit holdback assessment of 6% allotted for common benefit attorneys' fees and 3% allotted for reimbursement of permissible common benefit costs and expenses from any settlement(s) or judgment(s) paid by defendant(s). [ECF No. 72 at ¶16-21]. In that Order, the Court noted that "[t]his holdback assessment may be subject to modification depending on the future course of litigation". [ECF No. 72 at ¶21]. For good cause shown, the Court now finds that the aggregate nine-percent holdback previously established remains reasonable for settlements of personal injury claims. The Court further finds that, in light of the balance between the common benefit legal work performed and the common benefit costs and expenses incurred in connection with personal injury claims, the allocation of that aggregate holdback should be adjusted while preserving the same overall assessment. Accordingly, the Court hereby ORDERS as follows:

1. Paragraph 19 of Case Management Order No. 3 is amended solely with respect to settlements of personal injury claims. From any such settlement paid by a defendant, the holdback assessment shall be nine percent (9%) of the gross settlement amount, allocated as follows: eight

percent (8%) for common benefit attorneys' fees and one percent (1%) for reimbursement of permissible common benefit costs and expenses.

2. Defendants in consultation with the QSF Administrator shall ensure the foregoing amounts from settlements of personal injury claims are withheld so that these assessments are paid directly into the applicable interest-bearing common benefit fee and expense accounts established by order of the Court. The eight-percent fee assessment shall be deposited into the common benefit fee account, and the one-percent cost assessment shall be deposited into the common benefit expense account.

3. The revised allocation preserves the same reasonable nine-percent aggregate holdback established by Case Management Order No. 3 and changes only the allocation between common benefit fees and common benefit costs and expenses for settlements of personal injury claims.

4. Except as expressly amended by this Order, all other provisions of Case Management Order No. 3, as previously amended, remain in full force and effect. This Order does not alter the holdback applicable to any settlement or judgment other than a settlement of personal injury claims.

**IT IS SO ORDERED.**

Dated: ______________________, 202__
Charleston, South Carolina

_________________________________
Hon. Richard M. Gergel
United States District Judge