**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| **In Re: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) ) ) | **MDL No. 2:18-mn-2873-RMG**<br><br>**This Document Relates to All Cases** |

**JOINT MOTION FOR ENTRY OF PROPOSED CASE MANAGEMENT ORDER 33G**

The Defense Leadership and Plaintiffs' Executive Committee jointly move this Court to enter Proposed Case Management Order ("CMO") No. 33G, which provides a revised schedule for Rule 702 challenges related to thyroid cancer and liver cancer.

On March 26, 2025, this Court issued Case Management Order 33 [ECF No. 6863] setting forth a schedule for the disclosure of expert witnesses, expert discovery, and Rule 702 challenges related to thyroid cancer and liver cancer. The Parties have since diligently conducted and completed general causation expert discovery pursuant to CMO 33 and its amendments. On December 31, 2025, the Court issued Case Management Order 33C [ECF No. 8622], setting a briefing schedule for Rule 702 Motions as to general causation experts related to thyroid cancer and/or liver cancer. The current briefing schedule for such motions is set out in CMO 33F [ECF No. 11298].

The Parties have met and conferred on the briefing schedule for Rule 702 motions related to thyroid cancer and liver cancer, and agree that it is appropriate to extend the dates for briefing the Rule 702 motions as outlined in Proposed CMO 33G, attached as Exhibit A. The Parties therefore jointly move and request the Court enter Proposed CMO 33G.

WHEREFORE, the Parties respectfully request that the Court enter proposed Case Management Order 33G, attached as Exhibit A.

Dated: November 9, 2026

Respectfully submitted,

/s/ Michael A. London
Michael A. London
Douglas & London, P.C.
One State Street, 35th Floor
New York, New York 10004
P: (212) 566-7500
mlondon@douglasandlondon.com

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
P: (214) 521-3605
ssummy@baronbudd.com

T. David Hoyle
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
P: (843) 216-9000
dhoyle@motleyrice.com

*Co-Lead Counsel for Plaintiffs*

Fred Thompson, III
Motley Rice LLC 28
Bridgeside Blvd.
Mount Pleasant, SC 29464
P: (843) 216-9658
fthompson@motleyrice.com

*Plaintiffs' Liaison Counsel*

/s/ Daniel L. Ring
Daniel L. Ring
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654-3456
P: (312) 923-2625
dring@jenner.com

Joseph G. Petrosinelli
Williams & Connolly LLP
680 Maine Ave. SW
Washington DC 20024
Ph: (202) 434-5547
jpetrosinelli@wc.com

*Co-Lead Counsel for Defendants*

Brian Duffy
Duffy & Young LLC
96 Broad Street
Charleston, SC 29401
P: (843) 720-2044
F: (843) 720-2047
bduffy@duffyandyoung.com

Amanda S. Kitts
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
P: (803) 255-9594
F: (803) 256-7500
amanda.kitts@nelsonmullins.com

*Co-Liaison Counsel for Defendants*

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| **In Re: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) ) ) | **MDL No. 2:18-mn-2873-RMG**<br><br>**CASE MANAGEMENT ORDER NO 33G**<br><br>**This Order Relates to All Cases** |

**[PROPOSED] CASE MANAGEMENT ORDER 33G**

On December 31, 2025, the Court issued Case Management Order 33C [ECF No. 8622], setting a briefing schedule for Rule 702 Motions as to general causation experts related to thyroid cancer and/or liver cancer. The current briefing schedule for such motions is set out in CMO 33F [ECF No. 11298]. The Parties have since conferred and agreed to a further revised briefing schedule for the Rule 702 Motions. The Court hereby adopts the Parties' proposal and orders as follows:

1. Rule 702 Motions as to experts related to thyroid cancer and/or liver cancer shall be briefed on the following schedule:

   a. Rule 702 Motions were filed on August 26, 2026.

   b. Responses to Rule 702 Motions to be filed by: December 18, 2026.

   c. Replies in Support of Rule 702 Motions to be filed by: February 5, 2027.

2. In consultation with Plaintiff and Defense Leadership, the Court will advise the parties as to any further process or hearing on these motions.

**IT IS SO ORDERED.**

Dated: ___________________
Charleston, South Carolina

_______________________________________
Hon. Richard M. Gergel
United States District Judge