**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| **In Re: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) ) ) | **MDL No. 2:18-mn-2873-RMG**<br><br>**CASE MANAGEMENT ORDER NO 33G**<br><br>**This Order Relates to All Cases** |

**CASE MANAGEMENT ORDER 33G**

On December 31, 2025, the Court issued Case Management Order 33C [ECF No. 8622], setting a briefing schedule for Rule 702 Motions as to general causation experts related to thyroid cancer and/or liver cancer. The current briefing schedule for such motions is set out in CMO 33F [ECF No. 11298]. The Parties have since conferred and agreed to a further revised briefing schedule for the Rule 702 Motions. The Court hereby adopts the Parties' proposal and orders as follows:

1. Rule 702 Motions as to experts related to thyroid cancer and/or liver cancer shall be briefed on the following schedule:

   a. Rule 702 Motions were filed on August 26, 2026.

   b. Responses to Rule 702 Motions to be filed by: December 18, 2026.

   c. Replies in Support of Rule 702 Motions to be filed by: February 5, 2027.

2. In consultation with Plaintiff and Defense Leadership, the Court will advise the parties as to any further process or hearing on these motions.

**IT IS SO ORDERED.**

s/Richard M. Gergel
Hon. Richard M. Gergel
United States District Judge

Dated: November 13, 2026
Charleston, South Carolina