**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | **MDL No. 2:18-mn-2873-RMG**<br><br>**Case Management Order No. 26P**<br><br>This Document Relates To All Actions |

**SCHEDULING ORDER GOVERNING GROUP B PERSONAL INJURY BELLWETHER TRIAL POOL CASES**

On March 17, 2026, the Court issued CMO 26N deeming discovery in the Group B cases complete, with the exception of third-party discovery and routine supplementation [ECF 8932]. In CMO 26O [ECF 10497], a deadline of November 20, 2026 was set for the Parties to propose selection of cases to move into expert discovery and a schedule for said expert discovery. The Court now issues this Order amending the schedule for further proceedings in the Group B CMO 26 personal injury bellwether cases as follows:

1. The submission deadline set in CMO 26O is amended to March 19, 2027. On this date, the Parties will submit their proposed selection(s) (whether as a single agreed proposal or two competing proposals) as to which of the three Additional Discovery Pool Plaintiffs alleging ulcerative colitis (Tracy Gutierrez, Mary Shuman, and Sylvia Smith) shall be selected to move into expert discovery. Plaintiff James Zajicek (having already been submitted to and approved by the Court) will move forward to expert discovery when it begins. Similarly, plaintiffs John Slagle and Karin Frazier (having already been submitted to and approved by the Court as plaintiffs alleging thyroid disease) will move forward to expert discovery when it begins.

2. Similarly, the Parties' deadline to file a joint or competing proposals as to expert discovery for the Group B cases is amended to March 19, 2027.

**IT IS SO ORDERED.**

Dated: November 13, 2026
Charleston, South Carolina

s/Richard M. Gergel
Hon. Richard M. Gergel
United States District Judge