**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION** | MDL No. 2:18-mn-2873-RMG<br><br>This Order Relates to All Actions |

**ORDER FOR APPOINTMENT OF MATTHEW L. GARRETSON AS SETTLEMENT ADMINISTRATOR**

Upon Motion of the Negotiating Plaintiffs' Counsel ("NPC") and for good cause shown, the Court hereby Orders as follows:

1. Matthew L. Garretson of Garretson LLC is appointed as Settlement Administrator pursuant to Section 12.3 of the Master Settlement Agreement dated November 3, 2026.

2. The Settlement Administrator is authorized and directed to perform the duties, exercise the responsibilities, and carry out the authority assigned to the Settlement Administrator under the Settlement Agreement, its exhibits, and any implementing orders entered by this Court. In the event of a conflict between this Order and the MSA, the terms of the MSA shall control.

3. Without limiting the foregoing, the Settlement Administrator is authorized to oversee the work of the Claims Administrator, the Extraordinary Needs Fund Administrator, and the Healthcare Lien Resolution Administrator; provide guidance to the Parties and the administrators throughout the Settlement's implementation; decide requests assigned to him under Articles 3, 4 and 9; exercise the allocation and distribution discretion assigned to him under Articles 11 and 12; and perform the monitoring, reporting, ledgering and any other functions assigned to him under the Settlement Agreement.

4. The Settlement Administrator shall submit to the continuing jurisdiction of this Court for purposes of carrying out his responsibilities under the Settlement Agreement and this Order.

5. The fees, costs, and expenses incurred in the administration or work of the Settlement Administrator shall be paid in accordance with Article 11 of the Settlement Agreement.

6. The protections and limitations of liability set forth in the Settlement Agreement concerning the Settlement Administrator are incorporated into this Order, subject to applicable law and the continuing jurisdiction of this Court.

7. This Court retains continuing jurisdiction to interpret, enforce, amend, or supplement this Order and the Settlement Administrator's appointment as necessary to effectuate the Settlement Agreement.

**IT IS SO ORDERED**

Dated: November 13, 2026
Charleston, South Carolina

s/Richard M. Gergel
Hon. Richard M. Gergel
United States District Judge